# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: May 5, 2005 |

Hearing date:  To be scheduled, only if objections are timely filed and served.

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005, FOR THE QUARTER OF JANUARY 2005 – MARCH 2005**

Name of Applicant:  **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to:  **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention:  **July 19, 2001**

Period for which compensation and reimbursement is sought:  **February 1, 2005 – February 28, 2005**

Amount of Compensation sought as actual,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT

reasonable, and necessary:     **$4,948.50 for the period**

Amount of expense reimbursement sought as
actual, reasonable, and necessary:     **$40.40 for the period**

This is a __x__ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(3.20)** hours, and the corresponding estimated compensation *that will be requested in a*
*future application* is approximately $ **(370.50)**.

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |

2

| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
|---|---|---|---|---|---|
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |

| May 12, 2004 | January 1, 2004-January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004-March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004-April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004-May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004-September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004-October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2005 – December 31, 2005 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | Pending | Pending |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $290.00 | 9.60 | $2,784.00 |
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $260.00 | 4.40 | $1,144.00 |
| J.E. Holmes | Of Counsel | 12 years | Real Estate | $260.00 | .50 | $130.00 |
| Betsy J. Burn | Associate | 5 Years | Bankruptcy | $220.00 | 1.00 | $220.00 |

4

Grand Total for Fees:  $4,278.00
Blended Rate:          $276.00

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Anne R. Price | Paralegal | 2 years | Bankruptcy | $105.00 | 5.60 | $588.00 |
| Karla Lucas | Project Assistant | 1 year | Environmental | $75.00 | 1.10 | $82.50 |

Grand Total for Fees:   $670.50
Blended Rate:    $100.07

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | .70 | $52.50 |
| 02399/06031 | Li Tungsten | 2.50 | $631.50 |
| 02399/06032 | Charleston | 7.20 | $2,066.50 |
| 02399/06091 | Fee Applications | 6.70 | $815.50 |
| 02399/06092 | Laurens County Property | 2.10 | $527.50 |
| 02399/09007 | Alchem Chemical Co. | 3.00 | $855.00 |
| **TOTAL** | | **22.20** | **$4,948.50** |

### Expense Summary

| Description | Amount |
|---|---|
| Telephone | $17.45 |
| CopyOut | $22.95 |
| **Total** | **$40.40** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 6 day of _April_____, 2005

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/09

7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 5, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

March 17, 2005
Invoice 673026 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 02/28/05 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

02/09/05   Locate and provide information for Attorney Carlisle's review regarding air issue.
K. LUCAS                                          0.70 hrs.    75.00/hr                    $52.50

**Fees for Legal Services**................................................................................   **$52.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. LUCAS | 0.70 | 75.00 | 52.50 |
| TOTAL | 0.70 | $75.00 | $52.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/17/2005 | VENDOR: Rose-Marie T. Carlisle; INVOICE#: 021005; DATE: 2/17/2005 - Phone charages for conference call with Lydia Duff, Bob Emmett and other Grace Representatives on 1/5/05. | 14.70 |
| 02/22/2005 | Telephone 1-864-234-9363 | 0.05 |
| 02/23/2005 | Telephone 1-864-234-9363 | 0.10 |
| 02/24/2005 | Telephone 1-864-234-9363 | 0.10 |
| 02/28/2005 | Telephone 1-864-234-9363 | 0.05 |
| **Total Charges for Other Services Provided/Expenses Incurred**...................................... | | **$15.00** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.30 |
| Telephone - Out | 14.70 |
| TOTAL | $15.00 |

**Net current billing for this invoice** ...............................................................   **$67.50**

**GRAND TOTAL**................................................................................   **$67.50**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $52.50 |
| Charges for Other Services Provided/Expenses Incurred | $15.00 |
| **Net current billing for this invoice** .................................................................. | **$67.50** |

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# .Nelson
# Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                March 17, 2005
ATTN: Lydia Duff, Esq.                                    Invoice 673027 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 02/28/05 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

02/02/05    Review communication from EPA representative relating to site (0.1); confer with Mr.
            Melchers regarding claims issues related to same (0.2); forward communication to client
            contact and leave detailed voice mail message to EPA representative (0.1).
            R.T. CARLISLE                           0.40 hrs.    260.00/hr           $104.00

02/03/05    Confer with client representative regarding claim filed by United States (0.3); confer with
            representatives of EPA and DOJ regarding same (0.4); detailed voice mail message to client
            representative regarding same (0.1).
            R.T. CARLISLE                           0.80 hrs.    260.00/hr           $208.00

02/04/05    Electronic mail memorandum to client representative regarding response to EPA and DOJ
            relating to claim (0.1); detailed voice mail regarding same (0.1).
            R.T. CARLISLE                           0.20 hrs.    260.00/hr            $52.00

02/07/05    Draft electronic mail memorandum to Mr. Doyle regarding claim for site (0.2); review draft
            consent decree for proper classification of settlement (0.2); detailed voice mail message to
            client representative regarding same (0.1); review electronic mail memorandum from  client
            representative regarding classification issue (0.1); edit and transmit electronic mail
            memorandum to Mr. Doyle (0.1).
            R.T. CARLISLE                           0.70 hrs.    260.00/hr           $182.00

02/09/05    Review electronic mail memorandum from DOJ representative (0.1); electronic mail
            memorandum to client representative regarding same (0.1).
            R.T. CARLISLE                           0.20 hrs.    260.00/hr            $52.00

02/11/05    Review electronic mail memorandum from DOJ representative relating to claim.
            R.T. CARLISLE                           0.10 hrs.    260.00/hr            $26.00

02/11/05    Update file with correspondence, etc., and provide information for Attorney Carlisle's review.
            K. LUCAS                                0.10 hrs.     75.00/hr             $7.50

**Fees for Legal Services**............................................................................................................    **$631.50**

W.R. Grace & Co.

March 17, 2005
Invoice 673027  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 2.40 | 260.00 | 624.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 2.50 | $252.60 | $631.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/02/2005 | Telephone 1-212-637-3165 | 0.05 |
| 02/02/2005 | Telephone 1-410-531-4210 | 0.10 |
| 02/03/2005 | Telephone 1-410-531-4210 | 0.10 |
| 02/03/2005 | Telephone 1-443-803-5751 | 0.90 |
| 02/03/2005 | Telephone 1-212-637-3165 | 0.10 |
| 02/03/2005 | Telephone 1-410-531-4210 | 0.10 |
| 02/07/2005 | Telephone 1-410-531-4210 | 0.05 |
| 02/28/2005 | Telephone 1-410-531-4210 | 0.25 |
| **Total Charges for Other Services Provided/Expenses Incurred**..................................... | | **$1.65** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.65 |
| TOTAL | $1.65 |

Net current billing for this invoice ................................................................................. **$633.15**

GRAND TOTAL.......................................................................................................... **$633.15**

W.R. Grace & Co.

March 17, 2005
Invoice 673027  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Li Tungsten
Our Matter # 02399/06031

---

| | |
|---|---|
| Fees for Professional Services | $631.50 |
| Charges for Other Services Provided/Expenses Incurred | $1.65 |
| **Net current billing for this invoice** ................................................................. | **$633.15** |

---

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 17, 2005
Invoice 673028 Page 1

| Our Matter # | 02399/06032 | For Services Through 02/28/05 |
| --- | --- | --- |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

02/03/05      Review several messages regarding OCRM correspondence on isolated wetlands, and review federal regulation on clean up in wetlands to discuss with RMT and OCRM (0.4); contact Mr. Bailey regarding coordination of Nationwide Permit with Corps and OCRM (0.1).
N.J. SMITH      0.50 hrs.      290.00/hr      $145.00

02/08/05      Telephone conference with Mr. Ball of Corps regarding planned impacts, process coordination with OCRM for both upland wetlands and marsh (0.5); telephone conference with Mr. Hanley regarding wetlands permit for clean up excavation, restoration plans and delineation report, strategy for state and federal agency coordination, scope of information for application; continue review of full size plans, note corrections for agency processing (0.6).
N.J. SMITH      1.10 hrs.      290.00/hr      $319.00

02/09/05      Follow up on stormwater issue and reply to Mr. Bucens (0.3); review correspondence from RMT to DHEC regarding excavation alteration issue and continue drawing review (0.2).
N.J. SMITH      0.50 hrs.      290.00/hr      $145.00

02/10/05      Office conference with Mr. Epps at DHEC regarding water quality certification and permit process, coordination meeting for Land and Waste Bureau, Water Bureau, OCRM and Corps for pre-application review, discuss impacts and schedule.
N.J. SMITH      0.40 hrs.      290.00/hr      $116.00

02/11/05      Complete review and comments on drawings for wetland permit (0.3); contact Mr. Hanley regarding coordination of staff for meeting, comments on drawings (0.1).
N.J. SMITH      0.40 hrs.      290.00/hr      $116.00

02/11/05      Update file with incoming correspondence, etc., for Attorney Smith.
K. LUCAS      0.10 hrs.      75.00/hr      $7.50

02/14/05      Complete mark up of notes to add to permit drawings, follow up with Mr. Hanley on same, coordination for pre-application meeting (0.3); telephone conference with Mr. Hughes regarding project manager for permit, meeting request (0.9); conference call with Mr. Bailey, Mr. Bucens, Mr. Hanley and Mr. Crocker regarding permitting issues, removal of restoration and pursuing permanent fill for on site wetlands (0.3); telephone conference with Mr. Hance regarding off site cost of mitigation credits (0.1); prepare short memo to Mr. Bucens on schedule and cost as requested (0.2).
N.J. SMITH      1.80 hrs.      290.00/hr      $522.00

02/15/05      Telephone conference with Mr. Bailey regarding final drawing form and comments, scheduling for DHEC review (0.2); telephone conference with Mr. Hance regarding mitigation credits, critical area credits (0.2); complete memo to Mr. Bucens (0.5).

W.R. Grace & Co.

March 17, 2005
Invoice 673028  Page 2

| | | | |
|---|---|---|---|
| N.J. SMITH | 0.90 hrs. | 290.00/hr | $261.00 |

02/16/05  Review notes and drawings to prepare for call (0.2); telephone conference with Ms. Smith, Mr. Hanley, et al, of RMT regarding wetlands permit application, details for same, mitigation, coordination for pre-application meeting (0.7); telephone conference with Mr. Joyner regarding staff assigned to permit for OCRM (0.2).

| | | | |
|---|---|---|---|
| N.J. SMITH | 1.10 hrs. | 290.00/hr | $319.00 |

02/17/05  Analyze SOP from RMT for impacts and mitigation for development of strategy with permitting agencies.

| | | | |
|---|---|---|---|
| N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |

**Fees for Legal Services**................................................................................................. **$2,066.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 7.10 | 290.00 | 2,059.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 7.20 | $287.01 | $2,066.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/24/2005 | VENDOR: Ikon Office Solutions; INVOICE#: L07131182; DATE: 2/24/2005 | 22.95 |

**Total Charges for Other Services Provided/Expenses Incurred**.................................... **$22.95**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 22.95 |
| TOTAL | $22.95 |

**Net current billing for this invoice** ................................................................................. **$2,089.45**

**GRAND TOTAL**.............................................................................................................. **$2,089.45**

W.R. Grace & Co.

March 17, 2005
Invoice 673028  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $2,066.50 |
| Charges for Other Services Provided/Expenses Incurred | $22.95 |

**Net current billing for this invoice** ................................................................ **$2,089.45**

---

**Terms of Payment:  Balance due within thirty days of invoice date**

---

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                     March 17, 2005
ATTN: Lydia Duff, Esq.                        Invoice 673029 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #         02399/06091              For Services Through 02/28/05
Name of Matter:      Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/01/05 | Analyze bills and draft December 2004 Fee Application for attorney review (2.3); revise 15th Quarterly Fee Application and Summary with additional information obtained from December 2004 invoices (2.2).<br>A.R. PRICE | 4.50 hrs. | 105.00/hr | $472.50 |
| 02/02/05 | Edit and review December 2004 Fee Application.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 02/02/05 | Edit and revise 15th Quarterly Fee Application after revisions to include December billing.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 02/11/05 | Provide materials for Attorney Hawkins' review.<br>K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 02/28/05 | Review PACER to determine status of CONO for November 2004 Fee Application (0.1); update chart (0.1).<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 02/28/05 | Edit and review final revisions to 15th Quarterly Fee Application.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 02/28/05 | Edit, finalize, and compile exhibits for 15th Quarterly Fee Application.<br>A.R. PRICE | 1.10 hrs. | 105.00/hr | $115.50 |

**Fees for Legal Services**.................................................................................................. **$815.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.00 | 220.00 | 220.00 |
| A.R. PRICE | 5.60 | 105.00 | 588.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 6.70 | 121.72 | 815.50 |

**Net current billing for this invoice** ................................................................................. **$815.50**

**GRAND TOTAL**.................................................................................................... **$815.50**

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $815.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................ **$815.50**

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

| | |
|---|---|
| W. R. Grace & Co.<br>ATTN: Vicki B. Finkelstein<br>7500 Grace Drive<br>Columbia, MD  21044 | March 17, 2005<br>Invoice 673031  Page  1 |

| | | |
|---|---|---|
| Our Matter # | 02399/06092 | For Services Through 02/28/05 |
| Name of Matter: | Laurens County Property | |

| 02/14/05 | Research file and provide information for Attorney Carlisle's review. | | | |
|---|---|---|---|---|
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |

| 02/15/05 | Confer with Ms. Finkelstein regarding restrictive covenants (0.1); detailed voice mail message to Mr. Webb regarding agreement (0.2). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |

| 02/22/05 | Confer with Mr. Webb regarding arrangements for landfill cells (0.3); electronic mail memorandum to Ms. Finkelstein regarding status (0.2). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.50 hrs. | 260.00/hr | $130.00 |

| 02/23/05 | Confer with Messrs. Medler and Emmett regarding design of cover and maintenance of land at Scuffletown Road in Laurens County (0.3); detailed voice mail message to Mr. Webb requesting related documents (0.1); edit draft declaration covenants (0.4); respond to electronic mail memorandum from Ms. Finkelstein (0.1); confer with Attorney Fant regarding side agreement issues (0.2). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 1.10 hrs. | 260.00/hr | $286.00 |

| 02/24/05 | Detailed voice mail message to Mr. Webb regarding documents and need for sending by FedEx for weekend receipt. | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |

**Fees for Legal Services**................................................................................................... **$527.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 2.00 | 260.00 | 520.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 2.10 | 251.19 | 527.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 02/23/2005 | Telephone 1-410-531-4751 | 0.70 |
|---|---|---|
| 02/24/2005 | Telephone 1-202-514-3907 | 0.10 |
| **Total Charges for Other Services Provided/Expenses Incurred**................................... | | **$0.80** |

W.R. Grace & Co.

March 17, 2005
Invoice 673031 Page 2

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.80 |
| TOTAL | $0.80 |

Net current billing for this invoice ....................................................................................... **$528.30**

GRAND TOTAL.................................................................................................................... **$528.30**

W.R. Grace & Co.

March 17, 2005
Invoice 673031 Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Laurens County Property
Our Matter # 02399/06092

| | |
|---|---|
| Fees for Professional Services | $527.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.80 |

**Net current billing for this invoice ................................................................**  **$528.30**

---

**Terms of Payment:  Balance due within thirty days of invoice date**

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Vicki B. Finkelstein
7500 Grace Drive
Columbia, MD 21044

March 17, 2005
Invoice 673030 Page 1

Our Matter #          02399/09007                    For Services Through 02/28/05
Name of Matter:       Alchem Chemical Co.

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/11/05 | Follow up on first amendment.<br>J.E. HOLMES | 0.50 hrs. | 260.00/hr | $130.00 |
| 02/14/05 | Message from Ms. Johns with waste determination submittal, review same and analyze for any comments.<br>N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |
| 02/15/05 | Continue review of regulations and waste determination and development of comments on same.<br>N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |
| 02/16/05 | Prepare notes on analysis on waster determination for discussion with Ms. Johns.<br>N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 02/22/05 | Review notes and call Ms. Johns regarding waste determination, discuss land disposal restrictions, determine analysis accurate and discuss real estate boundary issue for replacement well, potential for replacement to be on Fulton County parcel (0.6); telephone conference with Attorney Holmes regarding real estate file information to show parcel boundary, or prior access agreement with county (0.2).<br>N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |

Fees for Legal Services................................................................................................  **$855.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.50 | 290.00 | 725.00 |
| J.E. HOLMES | 0.50 | 260.00 | 130.00 |
| TOTAL | 3.00 | 285.00 | 855.00 |

Net current billing for this invoice ................................................................................  **$855.00**

**GRAND TOTAL**................................................................................................................  **$855.00**

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | |
|---|---|
| Fees for Professional Services | $855.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ................................................................. **$855.00**

---

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 15th day of April 2005 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

1. **SUMMARY OF APPLICATION OF NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL
TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM
PERIOD, FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28,
2005, FOR THE QUARTER OF JANUARY 2005 – MARCH 2005;
AND

2.    FEE DETAIL FOR NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR
THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY
28, 2005.

Dated: April 15, 2005

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 15th day of April, 2005

_____
Notary Public
My Commission Expires: 02/11/06

**HOLLY T. WALSH**
**Notary Public - Delaware**
My Comm. Expires Feb. 11, 2006

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail:** *syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail:** *meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail:** *ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail:** *mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail:** *currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:**
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail: pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: rserrette@stroock.com***
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail: david.heller@lw.com and***
***carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP