# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: May 31, 2005 at 4:00p.m. |

Hearing date: To be scheduled, only if objections are
timely filed and served.

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM MARCH 1, 2005 THROUGH MARCH 31, 2005, FOR THE QUARTER OF JANUARY 2005 – MARCH 2005

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **March 1, 2005 – March 31, 2005** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$6,494.00 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT
C

Amount of expense reimbursement sought as
actual, reasonable, and necessary:           **$71.74 for the period**

This is a _x_ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately
**(3.40)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately **$ (391.50).**

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
|---|---|---|---|---|---|
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002 – September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002 – October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002 – November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003 – January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002 – December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003 – March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003 – April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003 – December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004 – January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

3

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
|---|---|---|---|---|---|
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004- June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | Pending | Pending |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen- sation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $290.00 | 10.60 | $3,074.00 |
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $260.00 | 8.20 | $2,132.00 |
| B.F. Hawkins, Jr. | Partner | 14 years | Environmental | $290.00 | .40 | $116.00 |
| Betsy J. Burn | Associate | 5 Years | Bankruptcy | $220.00 | 1.40 | $308.00 |

Grand Total for Fees:  $5,630.00
Blended Rate:      $273.30

4

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 3 years | Environmental | $125.00 | 1.20 | $150.00 |
|---|---|---|---|---|---|---|
| Anne R. Price | Paralegal | 2 years | Bankruptcy | $105.00 | 6.30 | $661.50 |
| Karla Lucas | Project Assistant | 1 year | Environmental | $75.00 | .70 | $52.50 |

Grand Total for Fees:    $864.00
Blended Rate:    $105.37

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 2.40 | $479.50 |
| 02399/06031 | Li Tungsten | 1.30 | $338.00 |
| 02399/06032 | Charleston | 14.30 | $3,901.00 |
| 02399/06091 | Fee Applications | 7.70 | $969.50 |
| 02399/06092 | Laurens County Property | 3.10 | $806.00 |
| **TOTAL** | | **28.80** | **$6,494.00** |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $2.80 |
| Photocopies | $1.85 |
| Federal Express | $67.09 |
| **TOTAL** | **$71.74** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this ___ day of _____, 2005

_____(L.S.)

Notary Public for South Carolina

My Commission Expires: 9/3/09

7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline:  May 31, 2005 at 4:00 p.m.
Hearing Date:  TBD only if necessary

**FEE DETAIL FOR NELSON MULLINS RILEY
& SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR
THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 20, 2005
Invoice 677922 Page 1

| Our Matter # | 02399/06000 | For Services Through 03/31/05 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

**03/01/05** Review RCRA question and provide input to Attorney Carlisle.
B.F. HAWKINS, JR.                       0.40 hrs.    290.00/hr
$116.00

**03/01/05** Confer with client representative regarding waste manifest issue (0.1); confer with Attorneys Smith and Hawkins regarding same (0.1); follow-up discussion with client representative (0.1).
R.T. CARLISLE                           0.30 hrs.    260.00/hr
$78.00

**03/03/05** Update Attorney Carlisle's working file materials for Subpart UUU research.
L.J. JENNINGS                           0.20 hrs.    125.00/hr
$25.00

**03/08/05** Per Attorney Carlisle's request, create case file for Libby, Montana indictment and create folder for incoming news articles and create folder for incoming indictment.
K. LUCAS                                0.70 hrs.    75.00/hr
$52.50

**03/19/05** Detailed voice mail message to Mr. Obradovic following up on manifest issue.
R.T. CARLISLE                           0.10 hrs.    260.00/hr
$26.00

**03/24/05** Confer with Messrs. Obradovic and Porter regarding manifest issue in North Carolina (0.2); confer with Attorney Smith regarding his experience in use of temporary generator ID numbers (0.2); research regarding same (0.1).
R.T. CARLISLE                           0.50 hrs.    260.00/hr
$130.00

**03/29/05** Confer with Mr. Williford regarding one-time generator I.D. number (0.1); electronic mail memorandum to client regarding same (0.1).
R.T. CARLISLE                           0.20 hrs.    260.00/hr
$52.00

**Fees for Legal Services** .................................................................................................... **$479.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.40 | 290.00 | 116.00 |
| R.T. CARLISLE | 1.10 | 260.00 | 286.00 |
| L.J. JENNINGS | 0.20 | 125.00 | 25.00 |
| K. LUCAS | 0.70 | 75.00 | 52.50 |
| TOTAL | 2.40 | $199.79 | $479.50 |

W.R. Grace & Co.

April 20, 2005
Invoice 677922 Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/01/2005 | Telephone 1-410-531-4795 | 0.05 |
|---|---|---|
| 03/01/2005 | Telephone 1-901-820-2065 | 0.30 |
| 03/14/2005 | Telephone 1-410-531-4795 | 0.30 |
| 03/19/2005 | Telephone 1-901-820-2065 | 0.05 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$0.70** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.70 |
| TOTAL | $0.70 |

**Net current billing for this invoice** ...................................................................................   **$480.20**

**GRAND TOTAL**...............................................................................................................   **$480.20**

W.R. Grace & Co.

April 20, 2005
Invoice 677922 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $479.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.70 |

**Net current billing for this invoice** ............................................................... **$480.20**

---

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

April 20, 2005
Invoice 677923 Page 1

| Our Matter # | 02399/06031 | For Services Through 03/31/05 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

03/01/05     Review voice mail from client contact regarding communications on claims by United States (0.1); confer with client representative regarding same and regarding conferring with others as to same (0.1); respond to communications regarding schedule and purpose of conferring (0.1).

          R.T. CARLISLE         0.30 hrs.     260.00/hr       $78.00

03/07/05     Participate in conference call on issues related to claims made by United States (0.9); review follow-up electronic mail memorandum (0.1).

          R.T. CARLISLE         1.00 hrs.     260.00/hr       $260.00

**Fees for Legal Services** .................................................................................... **$338.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.30 | 260.00 | 338.00 |
| TOTAL | 1.30 | $260.00 | $338.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/01/2005 | Telephone 1-901-820-2065 | 0.85 |
| 03/22/2005 | Telephone 1-410-531-4210 | 0.10 |
| 03/22/2005 | Telephone 1-410-531-4210 | 0.10 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................................. | | **$1.05** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.05 |
| TOTAL | $1.05 |

**Net current billing for this invoice** ................................................................. **$339.05**

**GRAND TOTAL**.................................................................................... **$339.05**

W.R. Grace & Co.

April 20, 2005
Invoice 677923 Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.
Li Tungsten
Our Matter # 02399/06031

| | |
|---|---:|
| Fees for Professional Services | $338.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.05 |
| **Net current billing for this invoice**.................................................................. | **$339.05** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                      April 20, 2005
ATTN: Lydia Duff, Esq.                                          Invoice 677924 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

| Our Matter # | 02399/06032 | For Services Through 03/31/05 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

03/01/05    Review message from Mr. Bailey, review plans, reply with comment on drawings (0.4);
telephone conference with Mr. Bucens regarding local engineer for fee reduction program for
site stormwater fee, land disturbance permitting, and potential for pre-treatment permit from
DHEC, discuss surface water sample and compliance point issues; contact Attorney Carlisle
regarding surface water issue, analysis for determination of compliance point (0.7).
N.J. SMITH                                    1.10 hrs.    290.00/hr            $319.00

03/02/05    Telephone conference with Attorney Carlisle regarding goal and plans for clean up, status of
plan approval and wetland permitting, and surface water compliance issue to address.
N.J. SMITH                                    0.20 hrs.    290.00/hr             $58.00

03/02/05    Review current documents and regulations relevant to point of compliance issues on surface
water sampling.
R.T. CARLISLE                                 1.80 hrs.    260.00/hr            $468.00

03/03/05    Review memorandum regarding timing for wetlands permitting process, then instruct Project
Assistant Lucas regarding filing of same.
L.J. JENNINGS                                 0.30 hrs.    125.00/hr             $37.50

03/03/05    Conference with Attorney Carlisle regarding Point of Compliance research, then review file
and provide Attorney Carlisle with same.
L.J. JENNINGS                                 0.20 hrs.    125.00/hr             $25.00

03/04/05    Begin review of package from Mr. Bailey for wetlands permit, final draft.
N.J. SMITH                                    0.40 hrs.    290.00/hr            $116.00

03/07/05    Continue review of draft application package (0.6); contact Ms. Sanger at OCRM regarding
additional information and forms required for permit (0.2).
N.J. SMITH                                    0.80 hrs.    290.00/hr            $232.00

03/08/05    Complete review of application, comments, and contact Mr. Bailey with same (1.6); review
consent agreement, decision document for information for comments (0.5).
N.J. SMITH                                    2.10 hrs.    290.00/hr            $609.00

03/08/05    Conference with Attorney Carlisle regarding Consent Agreement and Amendment for 89-34-
SW, then research and provide copies of same to Attorney Smith.
L.J. JENNINGS                                 0.50 hrs.    125.00/hr             $62.50

03/09/05    Complete revisions to wetlands application narrative and package, drawings, and narrative,
forward to Mr. Bailey.
N.J. SMITH                                    2.10 hrs.    290.00/hr            $609.00

W. R. Grace & Co.

April 20, 2005
Invoice 677924  Page 2

| | | | | |
|---|---|---|---|---|
| 03/11/05 | Call from Ms. Sanger, OCRM project manager, regarding scope of wetland permit and clean up, wetland mitigation and restoration issues. | | | |
| | N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 03/11/05 | Review regulatory information on surface water sampling and standards. | | | |
| | R.T. CARLISLE | 0.70 hrs. | 260.00/hr | $182.00 |
| 03/14/05 | Reply to electronic mail memorandum from Mr. Bucens regarding point of compliance for surface water RGOs. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 260.00/hr | $52.00 |
| 03/16/05 | Message from Mr. Hanley, reply with explanation of Corps and state difference for calculations in SOP. | | | |
| | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 03/17/05 | Brief discussion with Mr. Hanley regarding revisions to application, schedule for meeting. | | | |
| | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 03/22/05 | Contact Mr. Ridgell for meeting schedule; contact Corps staff. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/23/05 | Continue coordination of pre-application meeting with agency staff. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/25/05 | Telephone conference with Ms. Sanger regarding scope of meeting, her availability; follow up with Mr. Hanley on status. | | | |
| | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 03/28/05 | Follow up with Ms. Socha on schedule for meeting (0.2); telephone conference with Ms. Sanger, and later receive confirmation for April 6 (0.2); follow up with Mr. Bailey regarding schedule (0.1). | | | |
| | N.J. SMITH | 0.50 hrs. | 290.00/hr | $145.00 |
| 03/29/05 | Finalize meeting coordination on wetlands permit application with Corps and OCRM, including preparation of letter to agencies confirming meeting and delivering draft materials (0.7); correspondence with Mr. Bailey and Mr. Hanley regarding meeting (0.2); telephone conference with Mr. Bailey regarding final pieces to complete for meeting (0.2). | | | |
| | N.J. SMITH | 1.10 hrs. | 290.00/hr | $319.00 |
| 03/30/05 | Telephone conference with Mr. Bailey, finalize information for pre-application meeting with agencies, correspondence and package of documents (0.3); message to Mr. Bucens regarding recommendations to proceed with meeting (0.2); review replies and finalize correspondence and confirm meeting with Corps for conference room (0.2). | | | |
| | N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |

**Fees for Legal Services** ............................................................................................. **$3,901.00**

W. R. Grace & Co.

April 20, 2005
Invoice 677924  Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 10.60 | 290.00 | 3,074.00 |
| R.T. CARLISLE | 2.70 | 260.00 | 702.00 |
| L.J. JENNINGS | 1.00 | 125.00 | 125.00 |
| TOTAL | 14.30 | $272.80 | $3,901.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/04/2005    Telephone 1-617-498-2667 | 0.90 |
|---|---|
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | **$0.90** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.90 |
| TOTAL | $0.90 |

**Net current billing for this invoice** ................................................................................. **$3,901.90**

**GRAND TOTAL**................................................................................................................... **$3,901.90**

W. R. Grace & Co.

April 20, 2005
Invoice 677924  Page 4

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $3,901.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.90 |

**Net current billing for this invoice** ...............................................................  **$3,901.90**

---

| **Terms of Payment:  Balance due within thirty days of invoice date** |
|---|

**WIRING INSTRUCTIONS**

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

April 20, 2005
Invoice 677925 Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 03/31/05 |
| Name of Matter: | Fee Applications | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/01/05 | Edit and review January 2005 Interim Fee Application.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 03/01/05 | Analyze bills and draft January 2005 Interim Fee Application for attorney review.<br>A.R. PRICE | 2.80 hrs. | 105.00/hr | $294.00 |
| 03/14/05 | Follow up on status of January 2005 Interim Fee Application and update tracking chart.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 03/14/05 | Review PACER to determine if 15th Quarterly Fee Application has been filed and follow up with co-counsel on same.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 03/16/05 | Follow up with debtor's counsel on service issue related to fee applications.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 03/17/05 | Review bills and draft February 2005 Interim Fee Application (2.9); revise and update tracking chart with new hearing and objection deadlines (0.3); draft status memo to attorney regarding same (0.3).<br>A.R. PRICE | 3.50 hrs. | 105.00/hr | $367.50 |
| 03/24/05 | Edit February 2005 Interim Fee Application.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 03/24/05 | Review PACER to determine if 14th Quarterly Fee Application approved; review filed order and update chart.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |

Fees for Legal Services ................................................................................................... **$969.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.40 | 220.00 | 308.00 |
| A.R. PRICE | 6.30 | 105.00 | 661.50 |
| TOTAL | 7.70 | 125.91 | 969.50 |

W. R. Grace & Co.

April 20, 2005
Invoice 677925  Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/03/2005 | Federal Express charge | 10.97 |
| 03/03/2005 | Federal Express charge | 10.97 |
| 03/08/2005 | Telephone 1-561-362-1506 | 0.15 |
| 03/09/2005 | Photocopies 37 Page(s) | 1.85 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$23.94** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.85 |
| Fed Ex | 21.94 |
| Telephone | 0.15 |
| TOTAL | $23.94 |

**Net current billing for this invoice** ................................................................................ **$993.44**

**GRAND TOTAL**.............................................................................................................. **$993.44**

W. R. Grace & Co.

April 20, 2005
Invoice 677925  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---:|
| Fees for Professional Services | $969.50 |
| Charges for Other Services Provided/Expenses Incurred | $23.94 |
| **Net current billing for this invoice** ................................................................ | **$993.44** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Vicki B. Finkelstein
7500 Grace Drive
Columbia, MD 21044

April 20, 2005
Invoice 677926 Page 1

Our Matter #          02399/06092                    For Services Through 03/31/05
Name of Matter:       Laurens County Property

| | | | | |
|---|---|---|---|---|
| 03/01/05 | Review report sent by RMT via express mail relating to design and maintenance of landfill caps (0.1); confer with Ms. Finkelstein regarding same (0.1); draft edits to declaration of restrictive covenants (0.3). | | | |
| | R.T. CARLISLE | 0.50 hrs. | 260.00/hr | $130.00 |
| 03/02/05 | Complete revisions to draft restrictive covenants (0.3); draft side agreement (1.8); confer with Attorney Fant regarding sufficiency of certain provisions (0.2); transmit drafts to client with recommendations (0.1). | | | |
| | R.T. CARLISLE | 2.40 hrs. | 260.00/hr | $624.00 |
| 03/14/05 | Confer with client regarding attachment to restrictive covenant; review file drawings relating to same; follow-up discussion with client. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 260.00/hr | $52.00 |

**Fees for Legal Services** ................................................................................... **$806.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 3.10 | 260.00 | 806.00 |
| TOTAL | 3.10 | 260.00 | 806.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/01/2005 | Federal Express charge | 45.15 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$45.15** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 45.15 |
| TOTAL | $45.15 |

Net current billing for this invoice ................................................................. **$851.15**

GRAND TOTAL................................................................................................... **$851.15**

W. R. Grace & Co.

April 20, 2005
Invoice 677926  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.
Laurens County Property
Our Matter # 02399/06092

| | |
|---|---|
| Fees for Professional Services | $806.00 |
| Charges for Other Services Provided/Expenses Incurred | $45.15 |

**Net current billing for this invoice** ...................................................................... **$851.15**

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | )SS | |
| COUNTY OF NEW CASTLE | ) | |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 10th day of May 2005 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

### 1. Summary of Application of Nelson Mullins Riley & Scarborough, LLP for Compensation for Services Rendered and Reimbursement of Expenses as

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

Special Counsel to W. R. Grace & Co., et al., for the First Interim Period,
From March 1, 2005 Through March 31, 2005, for the Quarter of January
2005 – March 2005; and

2. Fee Detail for Nelson Mullins Riley & Scarborough LLP's Monthly Fee
Application for the Period March 1, 2005 Through March 31, 2005.

Dated: May 10, 2005

*Patricia E. Cuniff*

Patricia E. Cuniff

Sworn to and subscribed before
me this 10th day of May, 2005

*Holly T. Walsh*

Notary Public
My Commission Expires: 02/11/06

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP