IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF
REQUEST TO CHANGE FILING DATE REGARDING MOTION OF
THE DEBTORS FOR AN ORDER AUTHORIZING THE IMPLEMENTATION
OF THE 2005-2007 LONG-TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES**

The undersigned hereby certifies that:

1.      On June 10, 2005, counsel to the above-referenced debtor and debtor-in-posession electronically filed and served their *Motion of the Debtors for an Order Authorizing the Implementation of the 2005-2007 Long-Term incentive Program for Key Employees (Docket No. 8606)* (the "Motion").

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      Pursuant to the case mangagement procedures in these chapter 11 cases,

for any motion to be heard at the July 18, 2005 hearing, it should have been filed and served by

June 13, 2005.

3.      On June 14, 2005, counsel to the above-captioned debtor and debtor-in-

possession (the "Debtor") was contacted by counsel for David T. Austern, Future Claimants'

Representative, who indicated that several pages were missing from the Motion electronically

filed on June 10, 2005.

4.      On June 15, 2005, Debtors' counsel confirmed that the image filed with

the Court on June 10, 2005, was missing several pages from the Motion.  Debtors' counsel

refiled the Motion on June 15, 2005, with a complete image of the Motion, which can be found

at Docket Number 8624.

5.      A complete copy of the Motion was served on all parties required to

receive notice pursuant to Del. Bankr. LR 2002-1 on June 10, 2005.

6.      Accordingly, the Debtors request that the date for filing the Motion be

corrected to accurately reflect the correct filing date of June 10, 2005.


*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

7.    Upon the correction of the filing date, Debtors' counsel will file a Notice

of Withdrawal of the Motion located at Docket No. 8606.


Dated: June 16, 2005

                                    KIRKLAND & ELLIS LLP
                                    David M. Bernick P.C.
                                    Janet S. Baer
                                    200 East Randolph Drive
                                    Chicago, IL 60601
                                    Telephone: (312) 861-2000
                                    Facsimile: (312) 861-2200


                                    -and-

                                    PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                    & WEINTRAUB P.C.

                                    Laura Davis Jones (Bar No. 2436)
                                    David W. Carickhoff, Jr. (Bar No. 3715)
                                    919 North Market Street, 17th Floor
                                    P.O. Box 8705
                                    Wilmington, DE 19899-8705 (Courier 19801)
                                    Telephone: (302) 652-4100
                                    Facsimile: (302) 652-4400

                                    Co-Counsel for Debtors and Debtors in Possession