**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**

**April 2005**

Professional [illegible]
W R Grace [illegible] Audit
For the [illegible] April 30, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $578.00 | 14.3 | $ 8,265.40 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $578.00 | 5.0 | $ 2,890.00 |
| Thomas Barbieri | Audit Partner | >20 | Integrated Audit | $732.00 | 1.0 | $ 732.00 |
| Peter Woolf | Partner | 25 | Integrated Audit | $450.00 | 2.2 | $ 990.00 |
| Steven Halterman | Director | >20 | Integrated Audit | $640.00 | 2.0 | $ 1,280.00 |
| Jason C Theros | Director | >10 | Integrated Audit | $410.00 | 0.5 | $ 205.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | Integrated Audit | $332.00 | 32.0 | $ 10,624.00 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $259.00 | 10.5 | $ 2,719.50 |
| Sandra David | Audit Manager | 7 | Integrated Audit | $252.00 | 25.0 | $ 6,300.00 |
| Sandra David | Audit Manager | 7 | Puerto Rico Statutory Audit | $216.00 | 15.8 | $ 3,412.80 |
| Paul Spector | DMG Manager | 6 | Integrated Audit | $210.00 | 1.5 | $ 315.00 |
| Ryan Grady | Audit Senior Associate | 4 | Integrated Audit | $172.00 | 117.7 | $ 20,244.40 |
| Andrew David Ralston | Audit Senior Associate | 6 | Integrated Audit | $165.00 | 23.1 | $ 3,811.50 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 88.5 | $ 16,372.50 |
| Maria J. Afuang | Audit Senior Associate | 4 | Integrated Audit | $160.00 | 121.0 | $ 19,360.00 |

| Name | Role | | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Matthew Higgins | Audit Associate | 2 | Integrated Audit | $140.00 | 1.3 | $ 182.00 |
| Krzysztof Krakowiak | Audit Associate | 5 | Puerto Rico Statutory Audit | $109.00 | 107.5 | $ 11,717.50 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $93.00 | 100.5 | $ 9,346.50 |
| Michael McDonnell | Audit Associate | 3 | Puerto Rico Statutory Audit | $109.00 | 104.5 | $ 11,390.50 |
| Michael McDonnell | Audit Associate | 3 | Integrated Audit | $121.00 | 23.5 | $ 2,843.50 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $122.00 | 69.7 | $ 8,503.40 |
| Lyndsay Signori | Audit Associate | 1 | Integrated Audit | $93.00 | 2.5 | $ 232.50 |
| Nicholas Stromann | Audit Associate | 2 | Integrated Audit | $122.00 | 27.7 | $ 3,379.40 |
| Tony T Truong | Audit Associate | 1 | Integrated Audit | $80.00 | 6.5 | $ 520.00 |
| Margaret Bermudez | Office Staff | 23 | Integrated Audit | $60.00 | 0.3 | $ 18.00 |
| Anila Pahwa | Office Staff | >3 | Integrated Audit | $110.00 | 0.5 | $ 55.00 |
| Marion Radeer | Office Staff | <1 | Integrated Audit | $60.00 | 2.0 | $ 120.00 |
| Allison Reeder | Office Staff | 2 | Integrated Audit | $70.00 | 11.0 | $ 770.00 |
| | | TOTAL | | | 917.6 | $ 146,600.40 |

Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| | |
|---|---|
| Total Cost of Tracking Time Billed to Grace | $ 2,276.60 |
| Total Hours Spent Tracking Time | 20.6 |

## Summary of PwC's Fees By Project Category:
## April 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 20.6 | $2,276.60 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |

| | | |
|---|---|---|
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 917.60 | $146,600.40 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 938.20 | $148,877.00 |

Expense Summary
April 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $754.16 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $754.16 |