# EXHIBIT - A

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended April 30, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $578.00 | 14.3 | $ 8,265.40 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $578.00 | 5.0 | $ 2,890.00 |
| Thomas Barbieri | Audit Partner | >20 | Integrated Audit | $732.00 | 1.0 | $ 732.00 |
| Peter Woolf | Partner | 25 | Integrated Audit | $450.00 | 2.2 | $ 990.00 |
| Steven Halterman | Director | >20 | Integrated Audit | $640.00 | 2.0 | $ 1,280.00 |
| Jason C Theros | Director | >10 | Integrated Audit | $410.00 | 0.5 | $ 205.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | Integrated Audit | $332.00 | 32.0 | $ 10,624.00 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $259.00 | 10.5 | $ 2,719.50 |
| Sandra David | Audit Manager | 7 | Integrated Audit | $252.00 | 25.0 | $ 6,300.00 |
| Sandra David | Audit Manager | 7 | Puerto Rico Statutory Audit | $216.00 | 15.8 | $ 3,412.80 |
| Paul Spector | DMG Manager | 6 | Integrated Audit | $210.00 | 1.5 | $ 315.00 |
| Ryan Grady | Audit Senior Associate | 4 | Integrated Audit | $172.00 | 117.7 | $ 20,244.40 |
| Andrew David Ralston | Audit Senior Associate | 6 | Integrated Audit | $165.00 | 23.1 | $ 3,811.50 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $185.00 | 88.5 | $ 16,372.50 |
| Maria J. Afuang | Audit Senior Associate | 4 | Integrated Audit | $160.00 | 121.0 | $ 19,360.00 |
| Matthew Higgins | Audit Associate | 2 | Integrated Audit | $140.00 | 1.3 | $ 182.00 |
| Krzysztof Krakowiak | Audit Associate | 5 | Puerto Rico Statutory Audit | $109.00 | 107.5 | $ 11,717.50 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $93.00 | 100.5 | $ 9,346.50 |
| Michael McDonnell | Audit Associate | 3 | Puerto Rico Statutory Audit | $109.00 | 104.5 | $ 11,390.50 |
| Michael McDonnell | Audit Associate | 3 | Integrated Audit | $121.00 | 23.5 | $ 2,843.50 |
| Lauren Misier | Audit Associate | 2 | Integrated Audit | $122.00 | 69.7 | $ 8,503.40 |
| Lyndsay Signori | Audit Associate | 1 | Integrated Audit | $93.00 | 2.5 | $ 232.50 |
| Nicholas Stromann | Audit Associate | 2 | Integrated Audit | $122.00 | 27.7 | $ 3,379.40 |
| Tony T Truong | Audit Associate | 1 | Integrated Audit | $80.00 | 6.5 | $ 520.00 |
| Margaret Bermudez | Office Staff | 23 | Integrated Audit | $60.00 | 0.3 | $ 18.00 |
| Anila Pahwa | Office Staff | >3 | Integrated Audit | $110.00 | 0.5 | $ 55.00 |
| Marion Radeer | Office Staff | <1 | Integrated Audit | $60.00 | 2.0 | $ 120.00 |
| Allison Reeder | Office Staff | 2 | Integrated Audit | $70.00 | 11.0 | $ 770.00 |
| | | TOTAL | | | 917.6 | $ 146,600.40 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/1/2005 | 1.0 | Review engagement results |
| 4/3/2005 | 0.3 | Read February financial statements |
| 4/12/2005 | 0.5 | Discuss currency hedge accounting with S Halterman, T Hutcherson (PwC), T Delbrugge, E Felon, J Gibbs (Grace) |
|  | 0.5 | Discuss quarter review progress and issues with S David and M McDonnell (PwC) |
| 4/14/2005 | 0.5 | Read annual report draft text |
| 4/15/2005 | 0.8 | Discuss quarter review status and issues with R Grady, P Reinhardt and J Afuang |
|  | 1.4 | Review quarter review file |
|  | 1.1 | Discuss company and engagement background with R Keehan, T Hutcherson, and R Grady (PwC) |
|  | 0.7 | Review continuance assessment |
| 4/20/2005 | 0.5 | Audit committee call to discuss earnings release |
| 4/26/2005 | 3.1 | Review draft Form 10-Q |
|  | 0.4 | Read audit committee advance materials. |
| 4/27/2005 | 1.8 | Attend audit committee meeting |
|  | 0.7 | Discuss accrual issues with B Tarola and B Kenny (Grace) |
| 4/29/2005 | 0.4 | Discuss accruals issue with T Hutcherson and R Grady (PwC) |
|  | 0.3 | Read Grace memo on accruals issue |
|  | 0.3 | Discuss accruals issue with B Tarola (Grace) |
|  | **14.3** | **Total Grace Financial Statement Audit Charged Hours** |
|  | **14.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Robert Keehan**

| | | |
|------|-------|----------------------------------|
| 4/15/2005 | 1.0 | Engagement Orientation |
| 4/17/2005 | 0.5 | Engagement Orientation |
| 4/18/2005 | 0.5 | Engagement Orientation |
| 4/20/2005 | 1.0 | Review 10-Q and quarterly review procedures |
| 4/30/2005 | 2.0 | Review 10-Q and quarterly review procedures |
| | 5.0 | **Total Grace Financial Statement Audit Charged Hours** |
| | 5.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Thomas Barbieri**

| 4/19 | 1.0 | Read Grace press release and provide commentary to engagement team |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Peter Woolf**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/15/2005 | 0.5 | Review schedule for Q |
| 4/18/2005 | 0.2 | Discuss schedule and Q with Jody Underhill |
| 4/19/2005 | 0.5 | Discuss schedule and Q with Jody Underhill |
| 4/20/2005 | 1.0 | Review 10Q etc. |
| | **2.2** | **Total Grace Audit Charged Hours** |
| | **2.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Steven Halterman**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/11/2005 | 1.0 | Read client 10-K filing and disclosures and research currency hedge accounting |
| 4/12/2005 | 0.5 | Discuss currency hedge accounting with Bill Bishop and Todd Hutcherson (PwC) |
| 4/12/2005 | 0.5 | Research accounting for foreign currency hedges |
| | **2.0** | **Total Grace Time Tracking Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: James C Theros**

| 4/6/2005 | 0.5 | reviewed scoping memo and requirements from team |
|----------|-----|--------------------------------------------------|
|          | 0.5 | **Total Grace Time Tracking Charged Hours** |
|          | 0.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
Month ended April 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Todd Hutcherson**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/1/2005 | 1.0 | Discuss background of currency hedge accounting with Tim Delbrugee (Grace) |
|  | 1.0 | Research hedge accounting and contact S Halterman (PwC National) |
| 4/5/2005 | 2.0 | Review 2004 engagement economics and initiated fee structure for 2005 |
| 4/8/2005 | 4.0 | Attend and participate in legal reserve meeting; assessment on 2004 audit results |
| 4/11/2005 | 1.2 | Review planning for Q1 limited review |
|  | 1.4 | Call with Ryan Grady (PwC) on execution of quarter plan |
|  | 0.4 | Call with Tim Delbrugge (Grace) on hedge accounting |
| 4/12/2005 | 1.0 | Discuss currency hedge accounting with S Halterman, B Bishop (PwC), T Delbrugge, E Felon, J Gibbs (Grace) |
|  | 1.6 | Wrap up of performance reviews for engagement team |
| 4/14/2005 | 0.5 | Prepare continuance assessment |
|  | 0.8 | Discuss quarter review status and issues with R Grady, P Reinhardt and J Afuang |
| 4/15/2005 | 1.1 | Discuss company and engagement background with R Keehan, B Bishop, and R Grady (PwC) |
| 4/19/2005 | 1.2 | Review quarter review file |
|  | 0.4 | Read earnings release |
|  | 1.3 | Review critical matters for sign-off |
|  | 0.9 | Meeting with M Brown (grace) to discuss results |
| 4/20/2005 | 0.5 | Audit committee call to discuss earnings release |
|  | 1.5 | Sign-off of completion steps and review of database |
| 4/21/2005 | 3.6 | Review draft Form 10-Q |
|  | 0.4 | Read audit committee advance materials. |
| 4/26/2005 | 0.6 | Compile comments on 10-Q |
|  | 1.4 | Call with Bob Eydt, National SEC reviewer |
| 4/27/2005 | 1.8 | Attend audit committee meeting |
|  | 0.7 | Discuss accrual issues with B Tarola and B Kenny (Grace) |
|  | 0.7 | Discuss accrual issues with T Delbruge (Grace) |
| 4/29/2005 | 0.4 | Discuss accruals issue with B Bishop and R Grady (PwC) |
|  | 0.3 | Read Grace memo on accruals issue |
|  | 0.3 | Contact German office to discuss accrual issue |
|  | **32.0** | **Total Grace Financial Statement Audit Charged Hours** |
|  | **32.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Tax**
**Month ended Aprl 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Jody Beth Underhill**

**TAX TIME INCURRED**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/8/2005 | 0.5 | E-mails re: request for quarterly information |
| 4/12/2005 | 0.5 | Follow up e/mail request re: request for  quarterly information |
| 4/14/2005 | 1.5 | Preliminary review of quarterly information along with e/m's requesting additional missing information |
| 4/19/2005 | 4.0 | Start review of Effective Tax Rate (ETR) schedule as prepared by client and draft related review points to discuss w Peter Woolf. |
| 4/20/2005 | 4.0 | Finish review of ETR, discussion of ETR and review points with Peter Woolf.  Draft and send e/m to Bill Bishop and the rest of audit team re: Q1 provision. |
| | **10.5** | **Total Grace Tax Charged Hours** |
| | **10.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report**
Month ended April 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Sandra David**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/6/05 | 0.9 | Review Q1 checklist |
| 4/6/05 | 1.1 | Answer team's questions regarding Q1review |
| 4/7/2005 | 6.0 | Supervise team in the areas of A/R, inventory, A/P and accruals |
| 4/8/2005 | 1.0 | Answer team's questions regarding Q1 review. |
| 4/11/2005 | 2.5 | Meet with management to review quarterly checklist, fluxes and Q1 activity |
| 4/11/2005 | 1.5 | Review fluctuations and quarterly checklist information provided |
| 4/12/2005 | 7.5 | Earnings call with Grace senior management |
| 4/14/2005 | 4.5 | Finalize Q1 review procedure related to Europe, Asia Pacific and South America fluctuations |
| | **25.0** | |

**Darex Puerto Rico TIME INCURRED**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/18/2005 | 0.8 | Record time for March Time Summary Report |
| 4/19/2005 | 1.8 | Review agenda, quarterly balance sheet and P& L fluxes in preparation for closing meeting |
| 4/19/2005 | 1.2 | Quarterly closing meeting with Doug Hughes, Charlie Sebestyen, and Jack McGee |
| 4/21/2005 | 0.5 | Discuss questions with audit team regarding Darex Puerto Rico audit work |
| 4/22/2005 | 5.0 | Supervise and review cash, a/r and prepaids for Darex Puerto Rico |
| 4/28/2005 | 4.5 | Supervise and review inventory, a/p and accruas for Darex Puerto Rico |
| 4/29/2005 | 2.0 | Review inventory for Darex Puerto Rico with audit team |
| | **15.8** | **Total Grace Audit Charged Hours** |
| | **40.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Tax**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Paul Spector**

**TAX TIME INCURRED**

| | | |
|------|-----|-----|
| 4/26/2005 | 0.5 | Allocated time to update CAAT Tracking progress and archival status. |
| 4/28/2005 | 0.5 | Coordinate transition of CAAT Assignment from Andrew Ralston (PwC) to Matt Higgins (PwC), and communicate with Ryan Grady (PwC) |
| 4/29/2005 | 0.5 | Follow up on status with Andrew and Matt and follow up on revenue allocation with Ryan Grady (all PwC). |

|  | **1.5** | **Total Grace Tax Charged Hours** |
|--|---------|-----------------------------------|

|  | **1.5** | **Total Hours** |
|--|---------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Ryan Grady**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/5/2005 | 2.8 | Document planning procedures for first quarter review |
| | 2.5 | Create scoping schedule for first quarter review |
| | 2.5 | Document planning procedures for first quarter review |
| | 0.5 | Begin drafting a planning memo for first quarter review |
| 4/6/2005 | 1.3 | Read February financial statement package |
| | 2.1 | Review prior year audit planning procedures and scoping memoranda relative to audit of internal controls |
| | 1.2 | Document planning and scoping procedures for first quarter review |
| | 0.8 | Roll forward audit committee presentation |
| | 2.5 | Read latest Grace bankruptcy news |
| | 1.8 | Continue work on scoping/planning memo for first quarter review |
| 4/7/2005 | 1.2 | Review first draft of trial balance and identify high risk accounts for review |
| | 1.5 | Continue with documentation of planning/scoping |
| | 1.3 | Revise scoping/planning memo for submission to partner for review |
| | 0.5 | Revise scoping/planning memo for submission to partner for review |
| 4/8/2005 | 1.8 | Review first draft of consolidated results for the first quarter and set up analysis |
| | 2.1 | Set up worksheet to document benchmarking analytical procedures against other companies |
| | 1.5 | Discuss first quarter issues with M Brown (Grace) |
| | 1.3 | Document discussion with M Brown in database and set expecations for analytical procedures |
| | 1.5 | Review work performed by engagement team associates on analytical procedures |
| | 1.1 | Review remainder of planning stages and related documentation |
| 4/11/2005 | 1.4 | Prepare scoping analysis for year end financial statement audit for discussion with partner/manager |
| | 0.5 | Review independence procedures for international teams |
| | 0.5 | Prepare for meeting with Grace and PwC to discuss status of the first quarter and related issues |
| | 0.4 | Review responsibility matrix for first quarter |
| | 0.7 | Prepare for meeting with Grace and PwC to discuss status of the first quarter and related issues |
| | 0.8 | Review draft quarterly questionnaire checklist for submission to client |
| | 2.5 | Format and review consolidated schedules to facilitate analytical procedures |
| | 1.3 | Prepare for meeting with Grace and PwC to discuss status of the first quarter and related issues |
| | 0.8 | Meeting with N Fausto (Grace) to transition workload and knowledge |
| 4/12/2005 | 2.5 | Read GPC earnings call materials and prepare for call |
| | 0.8 | Review materiality calculation and compare to the prior year calculation |
| | 1.2 | Update scoping schedule based on revised figures and reformat |
| | 1.5 | Review initial results of analytical procedures performed |
| | 1.5 | Set up fluctuation analysis and prepare questions for client |
| | 1.0 | Review remainder of GPC earnings call materials and compare to analytics performed |
| 4/13/2005 | 1.3 | Review Davison earnings call package and prepare for earnings call |
| | 4.0 | Attend Davison earnings call with Grace management |
| | 1.8 | Research Grace and related competitor news and prior year performance and results |
| | 0.9 | Update and refine benchmarking analytics file |
| | 1.0 | Update and refine benchmarking analytics file |
| | 0.5 | Review analytical procedures performed for Company #1 |
| 4/14/2005 | 1.0 | Meeting with M Brown, J Rielly, G Herndon (Grace), P Reinhardt, J Afuang (PwC) to discuss issues identified in the quarter |
| | 1.4 | Review analytical procedures performed for Davison Chemicals |

|            | 1.9 | Document planning and scoping steps for year end and for Sarbanes Oxley |
|------------|-----|--------------------------------------------------------------------------|
|            | 1.5 | Prepare and review flux analysis for consolidated balance sheet |
|            | 0.7 | Review work documented for corporate officer life insurance accounts |
|            | 0.8 | Review Davison Chemicals planning steps |
| 4/15/2005  | 1.6 | Prepare for meeting with B Bishop (PwC) |
|            | 0.8 | Update B Bishop (PwC) and issues and status for first quarter review |
|            | 1.5 | Review SAS 100 review work performed in Corporate section |
|            | 0.9 | Prepare for call with R Keehan (PwC) |
|            | 1.1 | Audit introduction conference call with Robert Keehan, B Bishop and T Hutcherson (PwC) |
|            | 1.2 | Review work performed on inventory section of Davison Chemicals dbase |
| 4/18/2005  | 2.1 | Review SAS 100 review procedures for Davison Chemicals - accounts receivable, inventory |
|            | 0.4 | Read press release draft and begin to compile comments |
|            | 1.6 | Prepare consolidated balance sheet fluctuation analysis and prepare questions for Grace |
|            | 0.6 | Prepare consolidated balance sheet fluctuation analysis and prepare questions for Grace |
|            | 1.1 | Review prior year legal issues and compare to current year summary |
|            | 1.0 | Meet with M Shelnitz (Grace) and J Afuang (PwC) to discuss current year legal issues |
|            | 0.7 | Review draft cash flow statement support |
| 4/19/2005  | 1.1 | Review revised draft press release and compile commentary |
|            | 0.6 | Research SFAS 146 for client |
|            | 0.9 | Review severance memo for Davison Chemicals |
|            | 0.9 | Review revised draft press release and compile commentary |
|            | 1.2 | Review updated analytical procedures documented for Company #1 trial balance |
|            | 0.8 | Continue work on consolidated balance sheet flux |
| 4/20/2005  | 0.5 | Review and read revised press release |
|            | 0.6 | Review Board of Directors minutes summary |
|            | 1.5 | Review cash flow worksheet and related support |
|            | 1.0 | Coach N Stromann (PwC) through cash flow review |
|            | 0.9 | Research accounting guidance for take or pay contracts |
|            | 1.2 | Document review of take-or-pay contract |
|            | 1.3 | Document review of client-prepared severance memo |
|            | 1.0 | Read latest press release and assess changes made since prior version |
| 4/21/2005  | 0.8 | Read Grace bankruptcy news |
|            | 1.2 | Review work performed on self-insured risk accounts and correlate to guidance |
|            | 0.8 | Review work on corporate officer life insurance |
|            | 1.1 | Review quarterly trend analysis |
|            | 0.6 | Review corporate costs bridge |
|            | 0.8 | Review first draft of representation letter |
|            | 0.7 | Research accounting guidance for corporate officer life insurance |
|            | 0.4 | Review work performed for incentive compensation accruals |
|            | 0.5 | Review work performed for interest expense analytics |
|            | 0.5 | Review work performed for long term incentive plan accruals |
|            | 0.7 | Review work performed for inventory costing (LIFO) |
| 4/22/2005  | 2.1 | Review latest template version of automated disclosure checklist and related update |
|            | 1.5 | Read draft shell of Form 10-Q |
|            | 0.9 | Read draft shell of Form 10-Q |
| 4/25/2005  | 1.8 | Read revised draft Form 10-Q |
|            | 2.0 | Read revised draft Form 10-Q and compare to disclosure checklist |
|            | 0.4 | Research required disclosures under SEC regulation S-X |
| 4/26/2005  | 1.1 | Research required disclosures under SEC regulation S-X |
|            | 1.4 | Review partially completed disclosure checklist |
| 4/27/2005  | 1.0 | Review completion steps in database |
| 4/29/2005  | 1.2 | Review completion steps in database |

| | |
|---|---|
| 1.0 | Review work performed in GPC section of the database |
| 1.1 | Review revisions to draft form 10-Q |

**117.7**    **Total Grace Time Tracking Charged Hours**

**117.7**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Andrew David Ralston**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/8/2005 | 2.00 | Prepare the data request for quarter 1 2005 |
| 4/12/2005 | 0.06 | Phone call to Mark Pires (Grace) to discuss the data extract requirements |
| 4/12/2005 | 1.00 | Create the ACL project and prepare the programme for the quarter 1 data |
| 4/13/2005 | 1.50 | Creating the Monarch model to extract data from the closing trial balance report |
| 4/13/2005 | 2.50 | Analysing the data in an attemt to find out why my totals did not match the totals from the clients report |
| 4/20/2005 | 1.00 | Reviewing the work I had previously completed so that I can create a performance apraisal |
| 4/27/2005 | 2.50 | Importing the quarter 1 transaction data and formating it for the analysis |
| 4/28/2005 | 8.50 | Performing the roll forward test and analysing the descrepancies |
| 4/28/2005 | 1.00 | Discussing the roll forward descrepancies with Mark Pirus (grace) |
| 4/29/2005 | 3.00 | Rerunning and anlysing the output from the roll forward test with the new closing trial balance data |
| | **23.1** | **Total Grace Financial Statement Audit Charged Hours** |
| | **23.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/11/2005 | 1.0 | Work on Davison Questionaire |
| | 1.0 | Work on Responsibility matrix |
| | 0.8 | Meeting with J.Reilly (Grace) to go over the PBC listing |
| | 1.5 | Time reporting for March |
| | 2.0 | Read through support received from J.Reilly |
| | 0.2 | Review Davison Call materials |
| | 0.5 | Read through the consolidation schedules |
| 4/12/2005 | 1.0 | Working on the materiality spreadsheet |
| | 0.5 | Fluxing the SOAR for Davison |
| | 6.5 | working on Inventory Obsolescence |
| 4/13/2005 | 0.8 | Read through the Davison Earnings Call packets |
| | 4.0 | Attended the Davison Earnings Call |
| | 3.2 | Working on inventory obsolescence |
| 4/14/2005 | 2.0 | Working on materiality spreadsheet |
| | 3.0 | Documenting Inventory Obsolescence |
| | 0.6 | Meeting with M.Brown, J.Reilly, G.Herndon (all Grace), R.Grady and J.Afuang (all PwC) to review issues during the quarter |
| | 0.9 | Documenting in the database for planning |
| 4/15/2005 | 1.0 | Working on revenue analytics |
| | 4.0 | Reviewing LIFO |
| | 1.0 | Meeting with B.Bishop, R.Grady, and J.Afuang (all PwC) to update Bill on the issues in the quarter |
| | 0.5 | Meeting with M.Brown and J.Reillly (all grace) to update on the status of the audit |
| | 1.0 | Reviewing the bankruptcy February reporting package for the courts |
| | 0.5 | Working on the Art fluctuations |
| 4/18/2005 | 2.5 | Reviewing GPC LIFO |
| | 1.0 | Reviewing ART LIFO |
| | 5.5 | Documenting ART Balance sheet fluctuations |
| 4/19/2005 | 7.5 | Reviewing Davison LIFO |
| | 0.5 | Meeting with J.Reilly (Grace) to review questions on the audit |
| | 1.0 | Documenting the Database |
| 4/20/2005 | 5.0 | Documenting the database |
| 4/26/2005 | 1.0 | Meeting with T.Delbrugge (Grace) to give comments on the 10-Q |
| | 2.0 | Documenting the database for the first quarter |
| | 5.0 | Reviewing the Automated Disclosure Checklist |
| 4/27/2005 | 5.0 | Wrapping up the documentation of the first quarter database and reviewing work |
| | 2.0 | Finishing the Automated Disclosure Checklist |
| 4/28/2005 | 0.7 | Fraud meeting with B.Kenny (Grace) and R.Grady (PwC) |
| | 1.0 | Documenting the fraud meeting with B.Kenny |
| | 3.0 | Reviewing the first quarter work and planning for the 2nd quarter |
| | 1.0 | Reading through the 10-Q |
| | 2.3 | Documenting the database and the inventory steps |

| | | |
|---|---|---|
| **4/29/2005** | 2.0 | Preparing the PBC listings for the 2nd Quarter |
| | 3.0 | Documenting in the database and reading through the journal entry testing spreadsheet |

| | |
|---|---|
| **88.5** | **Total Grace Time Tracking Charged Hours** |

| | |
|---|---|
| **88.5** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report
Month ended April 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name: Maria J. Afuang

| 4/1/2005 | 4.0 | Time and expense reporting |
|----------|-----|----------------------------|
| 4/4/2005 | 8.0 | Reviewing last year's first quarter database |
| 4/6/2005 | 4.0 | Reviewing february monthly financial report |
|          | 4.0 | Reviewing last year's first quarter interim database |
| 4/7/2005 | 0.8 | Time and expense reporting |
|          | 3.2 | Reviewing last year's external working paper file |
| 4/8/2005 | 2.0 | Updating 1st quarater database with latest master data set |
|          | 1.6 | Prepare list of Co. Procedure Questionnaire for Monday's discussion |
|          | 2.4 | Working on the database-Standard planning procedures:  a.  Engagement letter database; b. Update understanding of client's business |
|          | 1.6 | Prepare first quarter responsibility matrix |
|          | 0.4 | Doing time reporting |
| 4/11/2005 | 1.8 | Complete steps A and B in the database |
|           | 0.6 | Updating responsibility matrix and sending it to other team members |
|           | 1.6 | Preparing questions for Glenn (Grace) regarding the PBC list |
|           | 2.4 | Reviewing/planning things to be done in the database |
|           | 1.6 | Listing the objectives and things completed in year end audit |
| 4/12/2005 | 0.4 | Updating corporate responsibility matrix and sending it out to the rest of the engagement team |
|           | 0.8 | Organizing worksheet for the flux analysis |
|           | 0.7 | Setting up materiality |
|           | 3.1 | Preparing worksheet for foreign entities for flux analysis |
|           | 1.0 | Doing time reporting |
| 4/13/2005 | 1.2 | Updating list of related entities |
|           | 2.8 | Documentation of standard planning procedures: a.  Prepare and document review strategy step;  b.  Inquire about changes in internal control step. |
|           | 0.8 | Update planning steps |
|           | 0.6 | Revising step in planning, answering coaching notes |
|           | 0.4 | Discussion with Brian Kenny (Grace) regarding updates in internal control |
|           | 1.1 | Update plan for client management and audit committee communication |
|           | 0.8 | Review things still to be completed in the database |
|           | 0.3 | Doing time reporting |
| 4/14/2005 | 0.9 | Doing the multilocation planning procedures |
|           | 1.7 | Compiling/updating list of clients for related entities step |
|           | 1.4 | Answering coaching notes-summarizing planning meetings |
|           | 1.0 | Meeting with Michael Brown, John Reiley, Glenn Herndon (all Grace) with Ryan Grady and Pam Reinhardt |
|           | 0.6 | Reviewing steps in the database |

WR Grace & Co., Inc.
Time Summary Report
Month ended April 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Matthew Higgins**

| 4/28/2005 | 1.3 | Be brought up to speed as the DMG portion of the project that is being transitioned to me. |
|-----------|-----|--------------------------------------------------------------------------------------------|
|           | 1.3 | **Total Grace Audit Charged Hours** |
|           | 1.3 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Krzysztof Krakowiak**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/7/2005 | 0.3 | Meet with Adean Singleton to obtain Fixed Asset Rollforward |
| | 0.5 | Analyze Fixed Asset Rollforward . Set up Fixed Asset schedules. |
| | 0.5 | Discuss inventory accounts with Mike McDonnell |
| | 3.0 | Perform testing on Fixed Assets |
| | 1.2 | Determine sampling and audit methodology for inventory. |
| 4/11/2005 | 0.2 | Document work performed on Darex Puerto Rico. |
| | 4.6 | Make sample selections of inventory purchases for 2003 and 2004. Document the sample and for ward to Gregory Manning. |
| | 2.5 | Document property, plant & equipment in the database for 2003 and 2004. |
| | 2.4 | Peform analytical testing of inventory for 2003 and 2004. |
| 4/12/2005 | 0.3 | Document work performed on Darex Puerto Rico |
| | 3.3 | Perform analytical procedures on fixed assets for 2003 and 2004. |
| | 2.7 | Discuss sample selections for purchases of inventory for 2003 and 2004. |
| | 1.7 | Document inventory testing in the database. |
| 4/13/2005 | 1.1 | Document work performed on Darex Puerto Rico. |
| | 4.7 | Detemine sampling methodology for testing of year end-inventory using alternative methods. |
| | 2.3 | Meet with Greg Manning to discuss sample sizes |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Erica Margolius** | | |
| **4/4/2005** | 0.3 | Add Denise Baumann and Regina Underwood (PwC) to the independence database |
| **4/11/2005** | 0.2 | Print Q1 responsibility matrix |
| | 0.4 | Add PwC tax employees to Independence database; create and deploy confirmations |
| | 0.9 | Add replica of WR Grace S&I Plan 2004 database to workspace |
| | 0.5 | Add WR Grace Defined Benefits Plan 2004 database to workspace |
| | 1.1 | Add new WR Grace Integrated Audit - Q1 Review database to workspace |
| | 0.1 | Sign and submit appraisal for WR Grace |
| | 0.3 | Add foreign PwC employees to independence database; create and deploy confirmations |
| | 0.7 | Review Summary of Unadjusted Differences and Summary of Aggregate Deficiencies in prior year database |
| | 1 | Review critical matters in prior year database |
| | 1.2 | Document step "Update our understanding of any material weaknesses and significant deficiencies that existed at prior period end" and mark step as complete |
| **4/12/2005** | 0.2 | Email N. Stromann (PwC) about independence status of WR Grace Columbia SA |
| | 0.2 | Email Claudia Cardona (PwC) about independence status of WR Grace Columbia SA |
| | 0.4 | Review GEMS database to see whether WR Grace Columbia SA still on the independence website |
| | 0.8 | Download first consolidated SOAR report from email and review |
| | 0.5 | Review first quarter responsibility matrix for assigned areas |
| | 2.1 | Create Davison balance sheet and profit and loss fluctuation worksheet and make selections for analytics using consolidated SOAR reports and the trial balance |
| | 1.9 | Make selecions for Vydac balance sheet and profit and loss fluctuation analytics using consolidated SOAR reports and the trial balance. Email to P. Reinhardt (PwC). |
| | 1 | Perform materiality calculation for both Grace Davison and Vydac. Email to P. Reinhardt (PwC). |
| | 1.3 | Begin performing tie out of Davison, ART, and GPC LIFO calculations |
| **4/13/2005** | 0.5 | Meeting with J. Afuang and B. Kenny |
| | 3.6 | Continue performing LIFO summary tie out for GPC |
| | 2.7 | Continue performing LIFO summary tie out for Davison |
| | 0.4 | Review of prior year documentation for Core/Noncore operating costs testing for corporate |
| | 0.8 | Research accounting for long term incentive plans in Comperio |
| **4/14/2005** | 0.1 | Create independence confirmation for Robert Keehan, Grace concurring partner |
| | 0.2 | Make copy of 2004 Annual Report |
| | 1.9 | Tie out 2004 Annual Report (Lookback) |
| | 0.3 | Add R. Keehan (PwC) new recurring partner as a team member of Q1 2005, Year End 2005 and 2004 integrated audit databases |
| | 0.7 | Flux Davison top 15 sales customers |
| **4/15/2005** | 0.7 | Call PwC global technology services and request access to GEMS for Grace engagement |
| | 1.6 | Summarize Board of Directors Meeting (Corporate) dated 3/3/2005 |
| | 1.8 | Summarize Audit Committee Meeting dated 3/3/2005 |
| | 1.3 | Summarize Compensation Committee Meeting dated 3/3/2005 |
| | 0.6 | Review prior year materiality planning and perform materiality calculation for Q1 ART |
| | 2 | Using ART reporting package, create balance sheet and profit & loss worksheets and make fluctuation selections |
| | 1.2 | Review prior year documentation, perform fluctuation analysis on Sales Returns and tie out to trial balance |
| | 0.4 | Make copies of first draft of press release |
| | 0.3 | Fax press release to email account and forward to T. Hutcherson (PwC) |
| | 0.2 | Email J. Reilly (Grace) concerning fourth quarter 2004 top 15 customer sales |

| | | |
|---|---|---|
| 4/18/2005 | 0.7 | Review Davison's first quarter balance sheet flux obtained from P. Reinhardt (PwC) |
| | 0.3 | Review the updated Corporate trial balance to match long term incentive plan March 31 liability balances |
| | 0.4 | Obtain soft copy versions of the long term incentive plan schedules from K. Blood (Grace) and attach to the database |
| | 0.5 | Obtain the latest consolidated SOAR schedule from R. Grady (PwC). Agree the Davison and Corporate trial balance numbers to the SOAR report for the related steps in the database. |
| | 1.7 | Create a trend analysis for the first quarter corporate overhead bridge, core expenses |
| | 4.4 | Perform long term incentive plan (LTIP) tie out |
| | | |
| 4/19/2005 | 0.6 | Meeting with K. Blood (Grace) to go over LTIP payouts and Core overhead expense fluctuations |
| | 2.1 | Tie out Balance sheet of press release to support |
| | 4.6 | Tie out updated version of press release |
| | 0.5 | Fax press release to self and email T. Hutcherson and B. Bishop (PwC) most updated copy of the press release |
| | 0.2 | Make copies of updated press release |
| | | |
| 4/20/2005 | 0.5 | Speak to Rebecce Del Bianco (Grace) about Corporate Core overhead |
| | 0.3 | Speak with Karen Blood (Grace) about LTIP payouts |
| | 0.9 | Meeting with L. Marchman (Grace) about Accounts Receivable analytics |
| | 1.6 | Agree word version of press release to old copy of press release |
| | 2.1 | Blue tic news wire version of press release to word version of press release |
| | 1.7 | Foot news wire version of press release |
| | 0.6 | Meet with M. Brown (Grace) to discuss last minute updates to press release |
| | 1.4 | Begin adding non-public entities (retirement plans) to independence database |
| | | |
| 4/21/2005 | 0.2 | Review updated corporate trial balance provided by L. Misler (PwC) to agree long term incentive plan tie out balances to trial balance |
| | 1.7 | Continue adding non-public entities (retirement plans) to independence database |
| | 0.5 | Create word versions of independence affiliates and GEMS affiliates |
| | 0.4 | Review year end FAS 134 binder in association with Corporate overhead |
| | 0.8 | Document changes in Core expenses in Q1 database |
| | 0.5 | Document fluxes in Top 15 sales customers in database |
| | 0.7 | Document accounts receivable analytics in database and mark step as complete |
| | 0.3 | Review updated corporate trial balance |
| | | |
| 4/25/2005 | 0.5 | Review prior year Q1 report for statement of cash flows |
| | 2.1 | Perform final tie out of press release |
| | 0.7 | Organize binder for Press Release |
| | 1.1 | Update GEMS database for retirement plans |
| | 1.3 | Update Word document with updated GEMS related entities |
| | 0.2 | Mark planning step "Update Independence requirements and GEMS" and mark as complete |
| | 0.1 | Email Q1 report to Protivit portal and print a copy of the report out |
| | 0.3 | Finish documentation and mark "Tie out Press Release" step as complete |
| | 0.6 | Speak with K. Blood (Grace) about long term incentive plan |
| | 0.5 | Finish documentation of Long term incentive plan step and mark as complete |
| | 0.2 | Email K. Blood (Grace) about Corporate overhead open item concerning coprorate connecticut fringe benefits |
| | 0.7 | Begin performing preliminary tie out of Q1 report |
| | | |
| 4/26/2005 | 7.8 | 10Q tie out |
| | 0.2 | Add Francois Barnard to the database list for both the Grace 2005 Q1 database and the 2004 integrated database |
| | | |
| 4/27/2005 | 0.2 | E-mail C. Park (PwC) about first day at Grace |
| | 1.1 | Receive updated Corporate Bridge from M. Brown (Grace), finish documentation, and mark core costs step as complete |
| | 0.8 | Receive updated Long Term Incentive Plan information about 2002-2004 payments, update documentation, and mark step as complete |
| | 0.4 | Add M. Higgins (PwC) to independence database and create a US confirmation for him |

|  | 0.1 | Sent M. Higgins (PwC) initial US independence confirmation |
|  | 5.4 | 10Q tie out |
| 4/28/2005 | 0.4 | Obtain the updated version of the corporate bridge for the first quarter from M. Brown (Grace) and tie out to the trial balance. Look for changes from the prior version. Document findings in step. |
|  | 3.7 | 10Q tie out |
| 4/29/2005 | 4.9 | 10Q tie out |
|  | 0.6 | Meet with M. Brown (Grace) to discuss questions on 10Q |
|  | **100.5** | **Total Grace Audit Charged Hours** |
|  | **100.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
Month ended April 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Michael McDonnell**

**Darex Puerto Rico TIME INCURRED**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 4/1/2005 | 0.5 | Communicate with R. Brown regarding timing of the audit |
| | 1.0 | Preparing Q1 Request list |
| | 0.5 | Completeing AFS Form |
| | 0.3 | establishing New Charge code for Darex Puerto Rico |
| | 0.8 | Audit planning |
| | 1.0 | Binding and preparing for Filing 2003 and 2004 audit files |
| 4/4/2005 | 0.5 | Making AFS updates |
| | 2.5 | Creating DB and planning steps |
| | 1.0 | Coordinating audit with the client and staff. |
| 4/5/2005 | 2.0 | Coordinating with the client, R Brown, Charlie Sebestyn, J McGee |
| | 1.5 | Review of 2002 tax work and financials |
| | 1.5 | Inventory testing procedures discussion with client |
| | 3.0 | Review of 2002 audit work AP, Cash, PPE |
| 4/6/2005 | 3.5 | Planning steps,communicate to client, feb and march time tracking |
| | 2.5 | Inventory discussions regarding testing approach, and communicating to the client |
| | 2.0 | Reporting time for feb and March |
| 4/7/2005 | 4.0 | Beginning the Summary of comfort cash, and AR |
| 4/8/2005 | 4.0 | Working on the the Summary of comfort inventory and PPE |
| | 1.0 | Review of the open items |
| | 0.5 | AP discussions with staff |
| | 0.5 | PPE discussions with staff |
| 4/19/2005 | 1.0 | Reviewing the status of the AR,AP, Cash with staff |
| 4/20/2005 | 5.0 | Summary of Comfort (SOC) completion |
| | 2.0 | Initiating the completion step documentation in the database |
| | 1.0 | Reviewing Inventory rollforward testing procedures. |
| 4/21/2005 | 1.0 | Documenting the completion steps in the database |
| | 1.5 | Documenting the Going concern critical matter in the database |
| | 1.0 | Reviewing the AP lead with staff, including flux analytics |
| | 2.0 | Reviewing the cash lead with the staff including the flux analytics and reconciliation testing. |
| | 2.0 | Reviewing the AR lead with staff, including: flux analytics, ratios and AR liquation testing. |
| | 1.0 | Reviewing the Accruals lead with the staff including flux analytics |
| | 1.5 | Reviewing the PPE testing, including lead, flux analytics, additions testing and depreciation expense analytics |
| 4/22/2005 | 3.0 | Reviewing the database with Sandy David |
| | 1.0 | Reviewing the search for unrecorded liabilites |
| | 3.0 | Performing Revenue testing |
| | 2.0 | Assisting in the AR liquidation testing for 2003. |
| 4/25/2005 | 2.0 | Reviewing the AR testing |
| | 2.0 | Review in detail the AR Liquidation testing for 2004 and final documentaion |
| | 2.0 | AR Analytics documentation review for 2003 and 2004 |

|  |  |  |
|---|---|---|
|  | 1.0 | Meet with Charlie Sebestyn credit Mgr to discuss status of Fas 109 footnote, tax payments accruals and other opens. |
|  | 1.0 | Review cash step documentation for incorporation of review comments |
|  | 1.0 | Review AR for evidence of incorporation of review comments |
| 4/26/2005 | 1.5 | AR review signing off of the documentation in the db |
|  | 4.0 | Interco sales mark up of inventory sales. |
|  | 2.0 | Inventory Rollforward testing completion and reievw |
| 4/27/2005 | 3.0 | Inventory Rollforward testing and review. |
|  | 3.5 | Equity Testing, and documenting the steps in the db. |
|  | 3.0 | Review of tax, payments and book entries as opposed to toplevel entries in the past |
|  | 1.5 | AP review of database documentation |
| 4/28/2005 | 2.5 | Completion of the intercompany testing of sales mark up |
|  | 1.0 | Completion of the intercompany testing of elimination testing |
|  | 2.5 | Review of the inventory documentation in the DB |
|  | 3.0 | Revenue testing and documentation in the DB |
|  | 1.0 | Flux explanations and analytics |
|  | 1.0 | Revenue recognition documentation |
| 4/29/2005 | 1.0 | Review of the accruals section of the DB |
|  | 2.0 | Completion of the equity section of the db |
|  | 1.0 | Completion of the revenue section of the db |
|  | **104.5** | **Total Grace Darex Puerto Rico Charged Hours** |

**Audit Hours**

|  |  |  |
|---|---|---|
| 4/11/2005 | 4.5 | Qtr review R brown J McGee S david |
|  | 2.5 | Reviewing accruals from year end to investigate accuracy |
|  | 2.0 | Planning of alternitive investory testing procedures in lieu of a physical observation |
|  | 1.0 | Accounts Payable Testing Review |
| 4/12/2005 | 5.0 | Attending the earnings call meeting |
|  | 3.0 | Review of the planning steps |
| 4/19/2005 | 2.0 | Quarterly Close Meeting with R. Brown |
|  | 2.0 | Documenting the quarter review procedures in the database |
| 4/26/2005 | 1.5 | Review the 10q for items pertaining to GPC |
|  | **23.5** | **Total Grace Financial Statement Audit Charged Hours** |
|  | **128.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended April 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lauren Misler**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/12/2005 | 2.5 | Preparation of Balance Sheet and Income Statement fluctuation analysis questions based on quarter end trial balance/P&L |
| | 1.6 | Review of the Prior Year Database for instructions and note of performance of Q1 Review of Reserves |
| | 1.1 | Met with G. Herndon (Grace) to initially review the Balance Sheet Fluctuation questions posed |
| | 1.0 | Review of the Health and Welfare Clearing Account |
| 4/13/2005 | 2.1 | Research on Comperio FAS 141 and FIN 45 for information regarding offsetting debits on purchase commitments |
| | 1.2 | Review of the Health and Welfare Clearing accoung and documentation of review for the Quarter |
| | 0.8 | Review of COLI - initial walkthrough of documentation provided by client |
| | 0.9 | Creation of follow up list of open items from Balance Sheet fluctuation analysis meeting with G. Herndon (Grace) |
| | 0.7 | Creation of P&L Fluctuation questions for discussion with management for Corporate accounts |
| | 1 | Review of Grace history for documentation |
| | 1.3 | Review of Prior year asbestos reserve model information for use in evaluation changes during review procedures for quarter |
| 4/14/2005 | 1.1 | Review, documenation and tie-out of the COLI account for the 10Q Review |
| | 0.8 | Follow up on all Balance Sheet open items |
| | 0.9 | Set up of the P&L Fluctuation analysis from spreadsheets provided by the client |
| | 1 | Follow up on the asbestos reserve |
| | 1.3 | Documentation of the Asbestos reserve review |
| | 1.4 | Documentation of the Health and Welfare Clearance Review |
| | 0.9 | Follow up on all coaching notes |
| | 2.1 | Transfer of all tick marks and refooting of the ART financial statements for year end |
| 4/15/2005 | 2.1 | Documentation and review of the earnings per share calculation and the options outstanding rollforward |
| | 1.2 | creation of updated corporate open items listiing |
| | 3.4 | Review of the Environmental Reserve and documentation of findings |
| | 1.3 | Receipt and review of updated P&L for Corporate accounts |
| 4/18/2005 | 1.7 | Review of Interest Expense Calculation and documentation of support for the quarter review |
| | 1.2 | Read through of the Bankruptcy Plan of Reorganization |
| | 2.1 | Review of the Equity Rollforward |
| | 1.6 | Review of Self-Insurance Accounts and documentation of support and review |
| | 0.8 | Follow up on foreign currency translation to trace and agree to equity rollforward |
| | 0.6 | Discussion about consolidated trial balance fluctuation amounts |
| 4/19/2005 | 3.8 | Review of and documentation of all Departmental Accruals including chapter 11 reorganization |
| | 3.1 | Documenation and review of Earnings per share and shares outstanding documentation |
| | 2.1 | Discussion of Grace performance and coaching from R. Grady (PwC) |
| 4/20/2005 | 1.3 | Update of the Balance Sheet fluctuation analysis |
| | 0.8 | Discussion of the P&L Fluctuation analysis with R. Grady (Grace) to go over for the consolidated accounts |
| | 2.5 | Review of the Trending analysis of Pre-Tax Core Accounts |
| | 3.4 | Creation of the Foreign Fee Schedule |
| 4/21/2005 | 3.1 | Update and tie out of the P&L through SAP system to the SOAR system |
| | 1.4 | Review of the latest copy of the Press Release |

|  |  |  |
|---|---|---|
|  | 0.8 | Completion of FAS123 Account steps |
|  | 0.9 | Completion of the Review of the Corporate trial balance |
|  | 0.6 | Assisted E. Margolius (PwC) on the completion of the LTIP tie-out |
|  | 1.2 | Creation of reminder emails regarding the foreign fee negotiations |
| 4/22/2005 | 1.1 | Follow up on all open items and creation of open item list for discussion with client for corporate areas |
|  | 2 | Completion and follow up on trend analysis of pre-tax income |
|  | 0.8 | Review of prior year workpapers for follow up on events that occurred that would effect pre-tax income |
|  | 1.1 | Follow up on foreign fee arrangement documentation with updates received from foreign teams |
|  | **69.7** | **Total Grace Audit Charged Hours** |
|  | **69.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended  April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Lyndsay Signori**

| | | |
|------|-------|----------------------------------|
| 4/1/2005 | 2.5 | Organizing external work papers, assembling tax work papers |
| | 2.5 | **Total Grace Audit Charged Hours** |
| | 2.5 | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended April 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Nicholas Stromann**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/18/2005 | 0.4 | Download Grace Q1 2005 Quarterly Review audit database; add replica to desktop workspace |
| | 1.5 | Review Template Manager for updates to the interim review report; compare to the Grace interim review report for Q3 2004; update and draft the report for Q1 2005 |
| | 0.8 | Review Q1 Earnings Releases |
| | 1.0 | Davison Revenue Analytics - documentation of expectations and rationale thereof |
| | 2.1 | Begin tie out of the Grace First Quarter Press Release |
| 4/19/2005 | 0.5 | Tie-out of foreign exchange adjustments |
| | 2.4 | Continue tie out of the Press Release |
| | 0.5 | Create open items list for Press Release Tie-out |
| | 0.3 | Review open items with M. Brown (Grace) |
| | 0.6 | Discuss upcoming tie out of Cash Flow Statement with R. Grady (PwC) |
| 4/20/2005 | 0.7 | Review the audit database for open items |
| | 1.0 | Discuss the tie out with R. Grady (PwC) |
| | 4.3 | Cash Flow Statement tie out |
| | 2.4 | Finish Press Release Tie-out |
| | 0.8 | Filing audit files |
| 4/21/2005 | 0.4 | Add the Press Release to the Grace Communications Database |
| | 0.7 | Install latest version of the PwC research tool, Comperio |
| | 2.9 | Research COLI guidance, especially FASB FTB 85, TIS 2240 |
| | 0.6 | Compile relevant research and forward to R. Grady (PwC) |
| | 0.8 | Research GEMS independence database guidance regarding the inclusion of pension plans |
| 4/25/2005 | 0.4 | Create and Print an Automated Disclosure Checklist of the first quarter Form 10-Q |
| | 0.7 | Print the latest version of the Q and give it an intial formatting review |
| 4/26/2005 | 0.5 | Get DHL mailing materials to send the latest fee check received to the PwC lockbox; data entry of the billing and payment information into the fee tracking spreadsheet |
| 4/27/2005 | 1.4 | Begin transferring tickmarks to the final version of the Advanced Refining Technologies (ART) Financial Statements |
| | **27.7** | **Total Grace Audit Charged Hours** |
| | **27.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Tony T Truong**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/6/2005 | 4.5 | Perform Courts inventory count at International Warehouse Services (third-party warehouse) in Port Everglades (Fort Lauderdale, Florida) for PricewaterhouseCoopers office in England. |
| 4/11/2005 | 2.0 | Document results of Courts inventory count at International Warehouse Services (third-party warehouse) in Port Everglades (Fort Lauderdale, Florida) for PricewaterhouseCoopers office in England. |
| | 6.5 | **Total Grace Audit Charged Hours** |
| | 6.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|-----------------------------------|

**Name:  Margaret Bermudez**

| 4/15/2005 | 0.3 | Retrieve/reformat wip long text for Peter. |
|-----------|-----|--------------------------------------------|
| | 0.3 | **Total Grace Audit Charged Hours** |
| | 0.3 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Tax**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Anila Pahwa**

**TAX TIME INCURRED**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 4/4/2005 | 0.3 | Running GFS reports, Formatting/Printing and Distribution communications |
| 4/4/2005 | 0.2 | Assist John Newstead with Time tracking corrections |
| | **0.5** | **Total Grace Financial Statement Audit Charged Hours** |
| | **0.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended April 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Marion Radeer**

| | | |
|------|-----|-----------------------------------------------------------------------|
| **4/5/2005** | 2.0 | W.R. Grace engagement retter, formatting, typing, distribution and filing |
| | **2.0** | **Total Grace Audit Charged Hours** |
| | **2.0** | **Total Hours** |

# EXHIBIT - B

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended April 30, 2005

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| **William T. Bishop** | 4/27/05 | Audit Partner | $22.00 | Parking for audit committee meeting |
| | | | **$22.00** | |
| **Ryan Grady** | 2/16/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 2/17/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 2/21/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 2/25/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 2/26/05 | Audit Senior Associate | $ 10.53 | Weekend roundtrip mileage to/from Grace (26 miles, no base, = 26 x $0.405) |
| | 3/1/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 3/2/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 3/3/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 3/4/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 3/21/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 3/23/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 3/24/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 3/25/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 4/5/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 4/6/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 4/7/05 | Audit Senior Associate | $ 22.68 | Mileage from home to office, then to Grace, then back home (82 miles, less 26 base round trip = 56 x $.405) |
| | 4/8/05 | Audit Senior Associate | $ 22.68 | Mileage from home to office, then to Grace, then back home (82 miles, less 26 base round trip = 56 x $.405) |
| | 4/11/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 4/12/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 4/13/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 4/14/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 4/15/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | 4/18/05 | Audit Senior Associate | $ 12.96 | Roundtrip mileage to/from Grace (58 miles, less 26 base round trip = 32 x $0.405) |
| | | | **$ 315.09** | |
| **Lauren Misler** | 4/12/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 4/13/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 4/14/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 4/15/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 4/18/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 4/19/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 4/20/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 4/21/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | | | **$ 81.00** | |
| **Pam Reinhardt** | 4/11/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/12/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/13/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/14/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/15/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/18/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/19/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/20/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/21/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/25/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/26/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/27/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/28/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 4/29/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | | | **$ 68.04** | |
| **Maria J. Afuang** | 4/6/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/7/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/8/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/9/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/11/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/12/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/13/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/14/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/15/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/18/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/19/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/20/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/25/05 | Audit Senior Associate | $ 10.15 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/26/05 | Audit Senior Associate | $ 10.00 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/27/05 | Audit Senior Associate | $ 10.00 | Mileage in exces of normal commute ((50-25)*.405) |
| | 4/28/05 | Audit Senior Associate | $ 10.00 | Mileage in exces of normal commute ((50-25)*.405) |
| | | | **$ 162.00** | |
| **Michael McDonnell** | 4/5/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/6/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/7/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/8/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/11/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/12/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/19/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/21/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/22/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/25/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/26/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/27/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/28/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/29/2005 | Audit Associate | 3.65 | Mileage (13m-4commuting)*0.405' |
| | 4/8/2005 | Audit Associate | $ 20.00 | Picking up files |
| | 4/5/2005 | Audit Associate | $ 5.00 | Picking up files |
| | 3/31/2005 | Audit Associate | $ 30.00 | Picking up files |
| | | | **$ 106.03** | |
| | | **Grand Total** | **$ 754.16** | |