IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 8486 |

**DEBTORS' MOTION FOR LEAVE TO FILE A REPLY TO
OBJECTIONS TO EXTENSION OF PLAN EXCLUSIVITY**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby request authority pursuant to Del.Bankr.LR 9006-1(d) to file a reply in further support of the *Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon* (Docket No. 8486 ) (the "Exclusivity Motion"), which is currently scheduled for hearing before this Court on June 27, 2005 at 12:00 p.m.

On June 10, 2005, the PD Committee, PI Committee, and the Future Claimants' Representative each filed objections to the Exclusivity Motion (Docket Nos. 8600, 8598, and 8599, respectively) (collectively, the "Objections").

Given the various issues raised in the Objections, the Debtors request an opportunity to file a brief reply to address the assertions contained in the Objections.

WHEREFORE, the Debtors respectfully request the entry of an Order granting it authority to file the reply, which is attached hereto as <u>Exhibit 1</u>.

Dated: June 17, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

SO ORDERED this ___ day

of June, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge