IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  July 28, 2005**
**Hearing Date:  August 29, 2005 at 12:00 p.m. ET**

## NOTICE OF FILING DEBTORS' TWELFTH
## OMNIBUS OBJECTION TO CERTAIN CLAIMS FILED BY
## THE LAW FIRM OF SPEIGHTS & RUNYAN (NON-SUBSTANTIVE)

**PLEASE TAKE NOTICE** that on June 17, 2005, the above-captioned debtors

and debtors in possession (the "Debtors") filed the Debtors' Twelfth Omnibus Objection to

Certain Claims Filed by the Law Firm of Speights & Runyan (Non-Substantive) (the "Twelfth

Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware

seeking the disallowance of certain claims filed by the law firm of Speights & Runyan.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a

copy of the Twelfth Omnibus Objection (with all exhibits):  (i) the U.S. Trustee; (ii) the Core

Group as defined in the current Case Management Procedures; (iii) Speights & Runyan; and (iv)

the purported claimants under the Unauthorized Claims (as defined in the Twelfth Omnibus

Objection).  Parties requesting special notice pursuant to Federal Rule of Bankruptcy Procedure

2002 will receive a copy of the Twelfth Omnibus Objection without the Exhibits.  Any party

may obtain a copy of the Twelfth Omnibus Objection with all Exhibits by requesting the same

from BMC at (888) 909-0100 or by going onto the BMC website at

http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1.     A hearing on the Twelfth Omnibus Objection will be held before the

Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street,

Wilmington, Delaware on **August 29, 2005 at 12:00 p.m. ET** (the "Claims Hearing").

2.     Any party wishing to oppose the relief requested in the Twelfth Omnibus

Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market

Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis

LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601,

and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff,

Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705

(Courier 19801), so as to be received on or before **July 28, 2005.**  Only those responses timely

filed with the Court and received by the Debtors' counsel will be considered by the Court.

3.     If no response is filed, served and received by July 28, 2005, the Court

will be requested to enter an order, similar to the form of proposed order that is Exhibit M to the

Twelfth Omnibus Objection disallowing the claims as requested in the Twelfth Omnibus

Objection.

4.     Any response should contain the following:

a.     a caption setting forth the name of the Court, the name of the

Debtors, the case number and the title of the Objection to which the response is directed;

2

b.       the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

c.       the claim number(s) of the claim objection(s) to which the response is directed;

d.       the specific factual basis and supporting legal argument upon which the party will rely in opposing the Twelfth Omnibus Objection; and

e.       any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5.       If you file a response to the Twelfth Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6.       You need not respond to the Twelfth Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Twelfth Omnibus Objection. If you do not timely file and serve a response to the Twelfth Omnibus Objection, the relief requested in the Twelfth Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Twelfth Omnibus Objection shall be deemed (i) waiver of your right to respond to the Twelfth Omnibus Objection and (ii) your consent to the relief requested in the Twelfth Omnibus Objection respecting your Claim.

7.       The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions**

3

regarding the Twelfth Omnibus Objection, please call Rachel Schulman at Kirkland &

Ellis LLP at (312) 861-2441.


Dated: June 17, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

4