**EXHIBIT A**

## EXHIBIT A

Chart Summarizing the Unauthorized Claims

| | Claim Number | Claimant Identified on Claim Form | Building/Job for Which Claim was Filed | Building or Job as Claimant | Claimant Not on S&R's 2019 Statement | Claimant on 2019 Statement but Improper basis for Representation |
|---|---|---|---|---|---|---|
| 1 | 6736<br><br>Exhibit B | "McCormick Place" | "2301 South Lake Shore Drive Chicago, Illinois 60616 United States" | x | x | |
| 2 | 6734<br><br>Exhibit C | "Northwest Community Hospital" | "800 W. Central Road - Arlington Heights, IL United States" | | x | |
| 3 | 6726<br><br>Exhibit D | "Harvard Public Health (Harv Vanguard Med. Asso" | "23 Miner Street Boston, MA 02215 United States" | | x | |
| 4 | 6661<br><br>Exhibit E | "American Medical Association Building" | 515 North State Street Chicago, IL United States | x | | x |
| 5 | 6672<br><br>Exhibit F | "Employer's Mutual Job" | "Wausau WI United States WI" | x | | x |
| 6 | 6721<br><br>Exhibit G | "Maryland Casualty Co." | "3910 Keswick Road Baltimore, MD 21221 United States" | | x | |
| 7 | 6701<br><br>Exhibit H | "Pilot Life Insurance Company" | "100 N. Green Street #M Greensboro, NC 27401 United States" | | x | |
| 8 | 11591<br><br>Exhibit I | "Laborer's 310 Union Office Building" | "3250 Euclid Avenue Cleveland, OH 44115 United States" | x | | x |
| 9 | 6630<br><br>Exhibit J | "The Greater Fort Wayne Chamber of Commerce" | "835 Ewing Street Fort Wayne, IN 46802 United States" | | | x |

| | Claim Number | Claimant Identified on Claim Form | Building/Job for Which Claim was Filed | Building or Job as Claimant | Claimant Not on S&R's 2019 Statement | Claimant on 2019 Statement but Improper basis for Representation |
|----|---------|-----------|----------------|--|--|---|
| 10 | 10873 Exhibit K | "Byars Machine Company" | "Laurens, SC United States" | | | x |

10

**EXHIBIT B**

# WR Grace
## Property Damage
### Index Sheet

SR00000504

Claim Number:    00006736

Receive Date:    03/27/2003

## Multiple Claim Reference

Claim Number    _____

- [ ] MMPOC    Medical Monitoring Claim Form
- [ ] PDPOC    Property Damage
- [ ] NAPO    Non-Asbestos Claim Form
- [ ]    Amended

Claim Number    _____

- [ ] MMPOC    Medical Monitoring Claim Form
- [ ] PDPOC    Property Damage
- [ ] NAPO    Non-Asbestos Claim Form
- [ ]    Amended

## Attorney Information

Firm Number:    00131

Firm Name:    Speights & Runyan

Attorney Number:    00168

Attorney Name:    Amanda G Steinmeyer

Zip Code:    29924

Cover Letter Location Number:    SR00000504

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRPD0004/WRPD0013

Document Number: WRPD000641

# PART 1:  CLAIMING PARTY INFORMATION

**NAME:**

`MCCORMICK PLACE`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**    **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*          *MI*  *Last*

*First*          *MI*  *Last*

**GENDER:**  ☐ MALE    ☐ FEMALE    ■

**Mailing Address:**

*Street Address*

*City*                *State*      *Zip Code*
                      *(Province)*  *(Postal Code)*

*Country*

# PART 2:  ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`SPEIGHTS & RUNYAN`

**Name of Attorney:**

`AMANDA`                    `G` `STEINMEYER`
*First*                    *MI* *Last*

**Mailing Address:**

`P O BOX 685 - 200 JACKSON AVENUE EAST`
*Street Address*

`HAMPTON`                    `SC`    `29924`
*City*                      *State*  *Zip Code*
                            *(Province)* *(Postal Code)*

**Telephone:**

`(803) 943-4444` ■
*Area Code*

REC'D MAR 27 2003

WR Grace        PD.4.13.641
      00006736
SR=504

9276101                                    SERIAL #

# PART 3:  PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

2301 S. LAKESHORE DRIVE
*Street Address*

CHICAGO
*City*

IL
*State (Province)*

60616
*Zip Code (Postal Code)*

UNITED STATES
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes   ☐ No

4. When did you purchase the property?

   ☐☐ - ☐☐ - 1969
   *Month   Day   Year*

5. What is the property used for (check all that apply)
   - ☐ Owner occupied residence
   - ☐ Residential rental
   - ☒ Commercial
   - ☐ Industrial   Specify: _____
   - ☐ Other   Specify: _____

6. How many floors does the property have?   ☐☐☐   **UNKNOWN**

7. What is the approximate square footage of the property?   ☐☐☐☐☐☐   **UNKNOWN**

8. When was the property built?
   - ☐ Before 1969
   - ☒ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?
   - ☐ Wood frame
   - ☒ Structural concrete
   - ☐ Brick
   - ☐ Steel beam/girder
   - ☐ Other   Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes   ☐ No

9276102

**SERIAL #**

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

| | Year | Description | |

| | Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes   ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

| | Year | Description | |

| | Year | Description | |

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation
☒ Other      Specify:  SURFACE TREATMENT

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | Year |   ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 9 6 9 | Year |   ☐ Don't know.

9276103                                           SERIAL #⌐

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> SEE ATTACHED

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

**2003**
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

**2003**
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

> SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

**9276104**

**SERIAL #⌋**

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
| | Description | |
| Year | | |
| | Description | |
| Year | | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes    ☐ No    **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

SEE ATTACHED

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes    ☐ No  NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
| | Description | |
| Year | | |
| | Description | |
| Year | | |

# W.R. Grace & Co.

# Asbestos Property Damage

# (9276)

# Proof of Claim Form

# Missing Page

1     2     3     4     5

(6)   (7)   (8)   9    10

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED V. W.R. GRACE & COMPANY ET AL

   b. Court where suit originally filed: HAMPTON SC    Docket No.: 92CP25279
      *County/State*

   c. Date filed: 12 - 23 - 1992
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                    **SERIAL #**

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

    a. Description of claim: _____

    b. Date submitted: ☐☐ - ☐☐ - ☐☐☐☐ ■
       *Month  Day   Year*

    c. Name of entity to whom claim was submitted:
       ☐ Grace
       ☐ Other _____
       *Name of Entity*

    a. Description of claim: _____

    b. Date submitted: ☐☐ - ☐☐ - ☐☐☐☐ ■
       *Month  Day   Year*

    c. Name of entity to whom claim was submitted:
       ☐ Grace
       ☐ Other _____
       *Name of Entity*

    a. Description of claim: _____

    b. Date submitted: ☐☐ - ☐☐ - ☐☐☐☐
       *Month  Day   Year*

    c. Name of entity to whom claim was submitted:
       ☐ Grace
       ☐ Other _____
       *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

| 0 3 | - | 3 0 | - | 2 0 0 3 |

*Month  Day   Year*

SIGNATURE OF CLAIMANT   AMANDA G. STEINMEYER

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

SERIAL #⌋

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

**Response to Question 19:** Refer to Question 17 Response.

**Response to Question 21:** Refer to Question 17 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

## EXHIBIT C

# WR Grace
## Property Damage
### Index Sheet

SR00000504 ■

| Claim Number: | 00006734 | | Receive Date: | 03/27/2003 |
|---|---|---|---|---|

## Multiple Claim Reference

Claim Number _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ — Amended

Claim Number _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ — Amended

## Attorney Information

| Firm Number: | 00131 | Firm Name: | Speights & Runyan |
|---|---|---|---|
| Attorney Number: | 00168 | Attorney Name: | Amanda G Steinmeyer |

Zip Code: 29924

Cover Letter Location Number: SR00000504

| Attachments<br>Medical Monitoring | Attachments<br>Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

| Other | |
|---|---|
| | ☐ Non-Standard Form |
| | ☐ Amended |
| | ☐ Post-Deadline Postmark Date |

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

NORTHWEST COMMUNITY HOSPITAL

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**     **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*      *MI*      *Last*

*First*      *MI*      *Last*

**GENDER:** ☐ MALE ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*      *State (Province)*      *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

SPEIGHTS & RUNYAN

**Name of Attorney:**

AMANDA      G   STEINMEYER

*First*      *MI*      *Last*

**Mailing Address:**

P O BOX 685 - 200 JACKSON AVENUE EAST

*Street Address*

HAMPTON      SC    29924

*City*      *State (Province)*      *Zip Code (Postal Code)*

**Telephone:**

(803) 943-4444

*Area Code*

REC'D MAR 27 2003

WR Grace     PD.4.13.639
00006734
SR=504

9276101

SERIAL #

# PART 3:  PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1.  What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

    `800 W. CENTRAL ROAD`
    *Street Address*

    `ARLINGTON HEIGHTS`                    `IL`
    *City*                                                    *State*              *Zip Code*
                                                              *(Province)*      *(Postal Code)*
    `UNITED STATES`
    *Country*

2.  Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

    ☐ Yes      ☒ No

3.  Do you currently own the property listed in Question 1, above?

    ☒ Yes      ☐ No

4.  When did you purchase the property?  `☐☐` - `☐☐` - `1963`
                                             *Month  Day    Year*

5.  What is the property used for (check all that apply)
    ☐ Owner occupied residence
    ☐ Residential rental
    ☒ Commercial
    ☐ Industrial    Specify:
    ☐ Other          Specify:

6.  How many floors does the property have?  `☐☐☐`  **UNKNOWN**

7.  What is the approximate square footage of the property?  `☐☐☐☐☐☐☐`  **UNKNOWN**

8.  When was the property built?
    ☒ Before 1969
    ☐ 1969 - 1973
    ☐ After 1973

9.  What is the structural support of the property?
    ☐ Wood frame
    ☒ Structural concrete
    ☐ Brick
    ☐ Steel beam/girder
    ☐ Other          Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes      ☐ No

                9276102                                    **SERIAL #┘**

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
|---|---|---|---|---|---|
*Year*

| | | | | Description | |
|---|---|---|---|---|---|
*Year*

| | | | | Description | |
|---|---|---|---|---|---|
*Year*

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
|---|---|---|---|---|---|
*Year*

| | | | | Description | |
|---|---|---|---|---|---|
*Year*

| | | | | Description | |
|---|---|---|---|---|---|
*Year*

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1: Allegation with respect to asbestos from a Grace product in the property

☐ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

---

• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.

---

**C.** **Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other      Specify: SURFACE TREATMENT

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | |
|---|---|---|---|
*Year*      ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 | 9 | 6 | 3 |
|---|---|---|---|
*Year*      ☐ Don't know.

9276103                                SERIAL #⌋

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes     ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

SEE ATTACHED

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2003
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2003
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes     ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes     ☐ No

9276104                                    SERIAL #⌐

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
| Year | Description | |
| Year | Description | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes        ☐ No        **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

SEE ATTACHED

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes        ☐ No  NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
| Year | Type of testing: | |
| Year | Company/Individual | |
| Year | Type of testing: | |
| Year | Company/Individual | |
| Year | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes        ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
| Year | Description | |
| Year | Description | |

9276105                                    **SERIAL #**

# W.R. Grace & Co.

# Asbestos Property Damage

# (9276)

# Proof of Claim Form

# Missing Page

1        2        3        4        5

(6)      (7)      (8)       9        10

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED
   V. W.R. GRACE & COMPANY ET AL.

   b. Court where suit originally filed: HAMPTON SC        Docket No.: 92CP25279
   County/State

   c. Date filed: 12 - 23 - 1992
   Month  Day  Year

   ---

   a. Caption

   b. Court where suit originally filed:
   County/State

   c. Date filed:    -    -
   Month  Day  Year

   ---

   a. Caption

   b. Court where suit originally filed:
   County/State

   c. Date filed:    -    -
   Month  Day  Year

   (Attach additional pages if necessary.)

9276109                                                    SERIAL #⌐

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

a. Description of claim:

b. Date submitted: ☐☐ – ☐☐ – ☐☐☐☐
   *Month    Day    Year*

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other
   *Name of Entity*

---

a. Description of claim:

b. Date submitted: ☐☐ – ☐☐ – ☐☐☐☐
   *Month    Day    Year*

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other
   *Name of Entity*

---

a. Description of claim:

b. Date submitted: ☐☐ – ☐☐ – ☐☐☐☐
   *Month    Day    Year*

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other
   *Name of Entity*

---

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

SIGNATURE OF CLAIMANT  AMANDA G. STEINMEYER    [0][3] – [3][0] – [2][0][0][3]
                                                   *Month    Day    Year*

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

SERIAL #

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

    **Response to Question 19:**  Refer to Question 17 Response.

    **Response to Question 21:**  Refer to Question 17 Response.

    **Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

    **Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

**EXHIBIT D**

# WR Grace

### Property Damage
### Index Sheet

SR00000504

Claim Number:    00006726

Receive Date:    03/27/2003

## Multiple Claim Reference

Claim Number _____

☐ MMPOC    Medical Monitoring Claim Form

☐ PDPOC    Property Damage

☐ NAPO    Non-Asbestos Claim Form

☐    Amended

Claim Number _____

☐ MMPOC    Medical Monitoring Claim Form

☐ PDPOC    Property Damage

☐ NAPO    Non-Asbestos Claim Form

☐    Amended

## Attorney Information

Firm Number:    00131

Firm Name:    Speights & Runyan

Attorney Number:    00168

Attorney Name:    Amanda G Steinmeyer

Zip Code:    29924

Cover Letter Location Number:    SR00000504

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Document Number: WRPD000631

## PART 1:  CLAIMING PARTY INFORMATION

NAME:

HARVARD PUBLIC HEALTH (HARV VANGUARD MED. ASSO

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):          F.E.I.N. (Business Claimants)

*(last four digits of SSN)*

Other names by which claiming party has been known (such as maiden name or married name):

*First*          *MI*   *Last*

*First*          *MI*   *Last*

GENDER:   ☐ MALE     ☐ FEMALE

Mailing Address:

*Street Address*

*City*          *State*          *Zip Code*
                 *(Province)*     *(Postal Code)*

*Country*

## PART 2:  ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

SPEIGHTS & RUNYAN

Name of Attorney:

AMANDA          G   STEINMEYER

*First*          *MI*   *Last*

Mailing Address:

P O BOX 685 - 200 JACKSON AVENUE EAST

*Street Address*

HAMPTON          SC          29924

*City*          *State*          *Zip Code*
                 *(Province)*     *(Postal Code)*

Telephone:

(803) 943-4444

*Area Code*

REC'D MAR 27 2003

WR Grace          PD.4.13.631
          00006726
SR=504

9276101                                    SERIAL #⌋

## PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

**23 MINER STREET**
*Street Address*

**BOSTON**          **MA**     **02215**
*City*              *State*    *Zip Code*
                    *(Province)*  *(Postal Code)*

**UNITED STATES**
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - ☐☐☐☐
                                          *Month  Day  Year*

5. What is the property used for? (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other    Specify: _____

6. How many floors does the property have?    ☐☐☐    **UNKNOWN**

7. What is the approximate square footage of the property?    ☐☐☐☐☐☐☐    **UNKNOWN**

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☒ Structural concrete
   ☐ Brick
   ☐ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes    ☐ No

9276102                              SERIAL #⌐

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
*Year*

| | | | | | Description | |
*Year*

| | | | | | Description | |
*Year*

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes   ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
*Year*

| | | | | | Description | |
*Year*

| | | | | | Description | |
*Year*

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other   Specify:  SURFACE TREATMENT

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | |
*Year*   ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | | | |
*Year*   ☒ Don't know.

9276103

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

SEE ATTACHED

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2003
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2003
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

9276104                    **SERIAL #**

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
|---|---|---|
| Year | Description | |
| Year | Description | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes    ☐ No    **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

SEE ATTACHED

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes    ☐ No    NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
|---|---|---|
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
|---|---|---|
| Year | Description | |
| Year | Description | |

**9276105**

**SERIAL #**

# W.R. Grace & Co.

# Asbestos Property Damage

# (9276)

# Proof of Claim Form

# Missing Page

1    2    3    4    5

(6)  (7)  (8)  9   10

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption   ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED
   V. W. R. GRACE & COMPANY ET AL.

   b. Court where suit originally filed: HAMPTON SC   Docket No.: 92CP25279
   *County/State*

   c. Date filed: 12 - 23 - 1992
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:   Docket No.:
   *County/State*

   c. Date filed:   -   -
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:   Docket No.:
   *County/State*

   c. Date filed:   -   -
   *Month   Day   Year*

(Attach additional pages if necessary.)

9276109                                   **SERIAL #**

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

    a.  Description of claim: _____

    b.  Date submitted: □□ - □□ - □□□□
                *Month*   *Day*   *Year*

    c.  Name of entity to whom claim was submitted:
         □ Grace
         □ Other _____
               *Name of Entity*

---

    a.  Description of claim: _____

    b.  Date submitted: □□ - □□ - □□□□
                *Month*   *Day*   *Year*

    c.  Name of entity to whom claim was submitted:
         □ Grace
         □ Other _____
               *Name of Entity*

---

    a.  Description of claim: _____

    b.  Date submitted: □□ - □□ - □□□□
                *Month*   *Day*   *Year*

    c.  Name of entity to whom claim was submitted:
         □ Grace
         □ Other _____
               *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

                                                     03 - 30 - 2003

SIGNATURE OF CLAIMANT AMANDA G. STEINMEYER         *Month*   *Day*   *Year*

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

            9276110                               **SERIAL #**

Copyright © 2002 NCS Pearson, Inc. All rights reserved.

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

   **Response to Question 19:** Refer to Question 17 Response.

   **Response to Question 21:** Refer to Question 17 Response.

   **Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

   **Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

## EXHIBIT E

# WR Grace
## Property Damage
### Index Sheet

SR00000504

| Claim Number: | 00006661 | Receive Date: | 03/27/2003 |
|---|---|---|---|

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

| Firm Number: | 00131 | Firm Name: | Speights & Runyan |
|---|---|---|---|
| Attorney Number: | 00168 | Attorney Name: | Amanda G Steinmeyer |

Zip Code: 29924

Cover Letter Location Number: SR00000504

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRPD0003/WRPD0012

Document Number: WRPD000566

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

AMERICAN MEDICAL ASSOCIATION BUILDING

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**   **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE    ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*    *State (Province)*    *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

SPEIGHTS & RUNYAN

**Name of Attorney:**

AMANDA    G    STEINMEYER
*First*    *MI*    *Last*

**Mailing Address:**

P O BOX 685 - 200 JACKSON AVENUE EAST
*Street Address*

HAMPTON    SC    29924
*City*    *State (Province)*    *Zip Code (Postal Code)*

**Telephone:**

(803) 943-4444
*Area Code*

RECD MAR 2 7 2003

WR Grace       PD.3.12.566
00006661
SR=504

9276101

SERIAL #

## PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

515 NORTH STATE STREET
*Street Address*

CHICAGO                         IL
*City*                          *State*      *Zip Code*
                                *(Province)* *(Postal Code)*

UNITED STATES
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - 1959
   *Month   Day   Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other         Specify: _____

6. How many floors does the property have?    ☐☐☐    UNKNOWN

7. What is the approximate square footage of the property?    ☐☐☐☐☐☐☐    UNKNOWN

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☒ Structural concrete
   ☐ Brick
   ☐ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes    ☐ No

9276102                                    SERIAL #⌐

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
|------|-------------|------------------------------------------|
| Year | Description | |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
|------|-------------|------------------------------------------|
| Year | Description | |
| Year | Description | |

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

---
• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.
---

**C.** **Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation
☒ Other      Specify: SURFACE TREATMENT

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | ☒ I did not install the product(s) |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1959 | ☐ Don't know. |
| Year | |

9276103                                    SERIAL #

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

SEE ATTACHED

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2 0 0 3
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2 0 0 3
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

9276104                              SERIAL #⌋

25. If you responded Yes to question 22, or 24, and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| | | | | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
*Year*

| | | | | Description | |
*Year*

| | | | | Description | |
*Year*

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes    ☐ No    **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

**SEE ATTACHED**

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes    ☐ No    NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| | | | | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
*Year*  Type of testing:

| | | | | Company/Individual | |
*Year*  Type of testing:

| | | | | Company/Individual | |
*Year*  Type of testing:

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| | | | | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
*Year*

| | | | | Description | |
*Year*

| | | | | Description | |
*Year*

**9276105**

**SERIAL #**

# W.R. Grace & Co.

## Asbestos Property Damage

## (9276)

## Proof of Claim Form

## Missing Page

1       2       3       4       5

(6)     (7)     (8)     9       10

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED
   V. W.R. GRACE & COMPANY ET AL

   b. Court where suit originally filed: HAMPTON SC    Docket No.: 92CP25279
   *County/State*

   c. Date filed: 12 - 23 - 1992
   *Month  Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
   *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month  Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
   *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month  Day   Year*

   (Attach additional pages if necessary.)

9276109                                    SERIAL #⌐

## C.  NON-LAWSUIT CLAIMS

1.  If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

a.  Description of claim:

b.  Date submitted:  ☐☐ - ☐☐ - ☐☐☐☐
                    *Month*  *Day*  *Year*

c.  Name of entity to whom claim was submitted:
     ☐ Grace
     ☐ Other
            *Name of Entity*

---

a.  Description of claim:

b.  Date submitted:  ☐☐ - ☐☐ - ☐☐☐☐
                    *Month*  *Day*  *Year*

c.  Name of entity to whom claim was submitted:
     ☐ Grace
     ☐ Other
            *Name of Entity*

---

a.  Description of claim:

b.  Date submitted:  ☐☐ - ☐☐ - ☐☐☐☐
                    *Month*  *Day*  *Year*

c.  Name of entity to whom claim was submitted:
     ☐ Grace
     ☐ Other
            *Name of Entity*

# PART 5:  SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION:  To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

SIGNATURE OF CLAIMANT  AMANDA G. STEINMEYER

0 3 - 3 0 - 2 0 0 3
*Month*  *Day*  *Year*

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

SERIAL #⌋

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

**Response to Question 19:** Refer to Question 17 Response.

**Response to Question 21:** Refer to Question 17 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

# EXHIBIT F

# WR Grace

## Property Damage
### Index Sheet

SR00000504

Claim Number: 00006672

Receive Date: 03/27/2003

## Multiple Claim Reference

Claim Number _____

☐ MMPOC    Medical Monitoring Claim Form
☐ PDPOC    Property Damage
☐ NAPO     Non-Asbestos Claim Form
☐          Amended

Claim Number _____

☐ MMPOC    Medical Monitoring Claim Form
☐ PDPOC    Property Damage
☐ NAPO     Non-Asbestos Claim Form
☐          Amended

## Attorney Information

Firm Number: 00131

Firm Name: Speights & Runyan

Attorney Number: 00168

Attorney Name: Amanda G Steinmeyer

Zip Code: 29924

Cover Letter Location Number: SR00000504

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**

☐ Non-Standard Form
☐ Amended
☐ Post-Deadline Postmark Date

Box/Batch: WRPD0003/WRPD0012

Document Number: WRPD000577

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

EMPLOYER'S MUTUAL JOB

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*   *MI*   *Last*

*First*   *MI*   *Last*

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*   *State (Province)*   *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

SPEIGHTS & RUNYAN

**Name of Attorney:**

AMANDA   G   STEINMEYER

*First*   *MI*   *Last*

**Mailing Address:**

P O BOX 685 - 200 JACKSON AVENUE EAST

*Street Address*

HAMPTON   SC   29924

*City*   *State (Province)*   *Zip Code (Postal Code)*

**Telephone:**

(803) 943-4444

*Area Code*

REC'D MAR 27 2003

WR Grace   PD.3.12.577
00006672
SR=504

9276101

SERIAL #

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

Street Address

WAUSAU
City

UNITED STATES
Country

WI
State
(Province)

Zip Code
(Postal Code)

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes     ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes     ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - 1966
Month    Day    Year

5. What is the property used for (check all that apply)?
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other    Specify: _____

6. How many floors does the property have?    ☐☐☐    UNKNOWN

7. What is the approximate square footage of the property?    ☐☐☐☐☐☐    UNKNOWN

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes     ☐ No

9276102                                    SERIAL #⌐

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
Year

| | Description | |
Year

| | Description | |
Year

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
Year

| | Description | |
Year

| | Description | |
Year

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

**C.** **Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation
☒ Other    Specify:  SURFACE TREATMENT

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | ☒ I did not install the product(s)
Year

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

1966    ☐ Don't know.
Year

9276103                                      SERIAL #

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

SEE ATTACHED

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2003
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2003
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

9276104                                    SERIAL #⌐

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
| Year | Description | |
| Year | Description | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes    ☐ No    | If Yes, Attach All Documents Related To Any Testing Of The Property. |

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

| SEE ATTACHED |

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes    ☐ No    NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
| Year | Description | |
| Year | Description | |

9276105                                          SERIAL #

# W.R. Grace & Co.

# Asbestos Property Damage

# (9276)

# Proof of Claim Form

# Missing Page

| 1 | 2 | 3 | 4 | 5 |

⑥  ⑦  ⑧  9  10

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☑ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☑ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption  ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED V. W.R. GRACE & COMPANY ET AL.

b. Court where suit originally filed: HAMPTON  SC       Docket No.: 92CP25279
   *County/State*

c. Date filed: 12 - 23 - 1992
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:                     Docket No.:
   *County/State*

c. Date filed:    -    -
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:                     Docket No.:
   *County/State*

c. Date filed:    -    -
   *Month   Day   Year*

(Attach additional pages if necessary.)

9276109

SERIAL #

**C.** **NON-LAWSUIT CLAIMS** ■

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

a. Description of claim: [ ]

b. Date submitted: [ ] - [ ] - [ ]   ■
   *Month   Day   Year*

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other [ ]
   *Name of Entity*

---

a. Description of claim: [ ]

b. Date submitted: [ ] - [ ] - [ ]
   *Month   Day   Year*                              ■

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other [ ]
   *Name of Entity*

---

a. Description of claim: [ ]

b. Date submitted: [ ] - [ ] - [ ]
   *Month   Day   Year*

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other [ ]
   *Name of Entity*

---

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

SIGNATURE OF CLAIMANT   *AMANDA G. STEINMEYER*          [0 3] - [3 0] - [2 0 0 3]
                                                         *Month   Day   Year*

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

**SERIAL #** ■

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

**Response to Question 19:** Refer to Question 17 Response.

**Response to Question 21:** Refer to Question 17 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

**EXHIBIT G**

# WR Grace

Property Damage

Index Sheet

SR00000504

**Claim Number:**    00006721

**Receive Date:**    03/27/2003

## Multiple Claim Reference

Claim Number _____

- ☐ MMPOC    Medical Monitoring Claim Form
- ☐ PDPOC    Property Damage
- ☐ NAPO    Non-Asbestos Claim Form
- ☐    Amended

Claim Number _____

- ☐ MMPOC    Medical Monitoring Claim Form
- ☐ PDPOC    Property Damage
- ☐ NAPO    Non-Asbestos Claim Form
- ☐    Amended

## Attorney Information

Firm Number:    00131

Firm Name:    Speights & Runyan

Attorney Number:    00168

Attorney Name:    Amanda G Steinmeyer

Zip Code:    29924

Cover Letter Location Number:    SR00000504

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0004/WRPD0013

Document Number: WRPD000626

## PART 1: CLAIMING PARTY INFORMATION

NAME:

MARYLAND CASUALTY CO.

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):    F.E.I.N. (Business Claimants)

☐☐☐☐    ☐☐-☐☐☐☐☐☐☐

*(last four digits of SSN)*

Other names by which claiming party has been known (such as maiden name or married name):

*First*    *MI*    *Last*

*First*    *MI*    *Last*

GENDER: ☐ MALE  ☐ FEMALE    ■

Mailing Address:

*Street Address*

*City*    *State (Province)*    *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

SPEIGHTS & RUNYAN

Name of Attorney:

AMANDA    G    STEINMEYER
*First*    *MI*    *Last*

Mailing Address:

P O BOX 685 - 200 JACKSON AVENUE EAST
*Street Address*

HAMPTON    SC    29924
*City*    *State (Province)*    *Zip Code (Postal Code)*

Telephone:

(803) 943-4444    ■
*Area Code*

REC'D MAR 27 2003

WR Grace    PD.4.13,626
00006721
SR=504

9276101    SERIAL #

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

`3910 KESWICK ROAD`
*Street Address*

`BALTIMORE`
*City*

`MD` *State (Province)* `21221` *Zip Code* *(Postal Code)*

`UNITED STATES`
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4. When did you purchase the property?

`   ` - `   ` - `1969`
*Month   Day   Year*

5. What is the property used for (check all that apply)

☐ Owner occupied residence
☐ Residential rental
☒ Commercial
☐ Industrial    Specify: `_____`
☐ Other    Specify: `_____`

6. How many floors does the property have?    `   `    **UNKNOWN**

7. What is the approximate square footage of the property?    `       `    **UNKNOWN**

8. When was the property built?
☐ Before 1969
☒ 1969 - 1973
☐ After 1973

9. What is the structural support of the property?
☐ Wood frame
☒ Structural concrete
☐ Brick
☐ Steel beam/girder
☐ Other    Specify: `_____`

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes    ☐ No

**9276102**

**SERIAL #**⌐

236276-1 - 23

**A.  Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| Year | | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

| Year | | | | | Description | |

| Year | | | | | Description | |

11.  To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes      ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

| Year | | | | | Description | |

| Year | | | | | Description | |

**B.  Claim Category**

12.  For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.

**C.  Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property**

13.  For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other      Specify:  SURFACE TREATMENT

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14.  When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | | | | ☒ I did not install the product(s) |

15.  If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 | 9 | 6 | 9 |
Year      ☐ Don't know.

9276103                                SERIAL #⌋

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes   ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

SEE ATTACHED

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2003
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2003
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes   ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes   ☐ No

9276104                                    **SERIAL #⌐**

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
|---|---|---|
| Year | Description | |
| Year | Description | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes    ☐ No    **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

SEE ATTACHED

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes    ☐ No   NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
|---|---|---|
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
|---|---|---|
| Year | Description | |
| Year | Description | |

**9276105**                                              **SERIAL #**

# W.R. Grace & Co.

# Asbestos Property Damage

# (9276)

# Proof of Claim Form

# Missing Page

1    2    3    4    5

(6)    (7)    (8)    9    10

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED V. W.R. GRACE & COMPANY ET AL.

   b. Court where suit originally filed: HAMPTON  SC  Docket No.: 92CP25279
   *County/State*

   c. Date filed: 12 - 23 - 1992
   *Month  Day  Year*

   a. Caption

   b. Court where suit originally filed: Docket No.:
   *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month  Day  Year*

   a. Caption

   b. Court where suit originally filed: Docket No.:
   *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month  Day  Year*

   (Attach additional pages if necessary.)

9276109                          SERIAL #⌐

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

a. Description of claim:

b. Date submitted: ☐☐ – ☐☐ – ☐☐☐☐
   Month   Day   Year

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other
   Name of Entity

---

a. Description of claim:

b. Date submitted: ☐☐ – ☐☐ – ☐☐☐☐
   Month   Day   Year

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other
   Name of Entity

---

a. Description of claim:

b. Date submitted: ☐☐ – ☐☐ – ☐☐☐☐
   Month   Day   Year

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other
   Name of Entity

---

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

SIGNATURE OF CLAIMANT  AMANDA G. STEINMEYER     03 – 30 – 2003
                                                 Month  Day  Year

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc. All rights reserved.

SERIAL #

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

**Response to Question 19:** Refer to Question 17 Response.

**Response to Question 21:** Refer to Question 17 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

**EXHIBIT H**

# WR Grace

## Property Damage

### Index Sheet

SR00000504

| Claim Number: | 00006701 | Receive Date: | 03/27/2003 |

---

## Multiple Claim Reference

| Claim Number | _____ | ☐ MMPOC | Medical Monitoring Claim Form |
| | | ☐ PDPOC | Property Damage |
| | | ☐ NAPO | Non-Asbestos Claim Form |
| | | ☐ | Amended |

| Claim Number | _____ | ☐ MMPOC | Medical Monitoring Claim Form |
| | | ☐ PDPOC | Property Damage |
| | | ☐ NAPO | Non-Asbestos Claim Form |
| | | ☐ | Amended |

---

## Attorney Information

| Firm Number: | 00131 | Firm Name: | Speights & Runyan |
| Attorney Number: | 00168 | Attorney Name: | Amanda G Steinmeyer |

Zip Code: 29924

Cover Letter Location Number: SR00000504

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

| Other | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0004/WRPD0013

Document Number: WRPD000608

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

PILOT LIFE INSURANCE COMPANY

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**    **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE    ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*    *State (Province)*    *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

SPEIGHTS & RUNYAN

**Name of Attorney:**

AMANDA    G    STEINMEYER
*First*    *MI*    *Last*

**Mailing Address:**

P O BOX 685 - 200 JACKSON AVENUE EAST
*Street Address*

HAMPTON    SC    29924
*City*    *State (Province)*    *Zip Code (Postal Code)*

**Telephone:**

(803) 943-4444
*Area Code*

REC'D MAR 27 2003

WR Grace    PD.4.13.606
**00006701**
SR=504

9276101

**SERIAL #**

## PART 3:  PROPERTY INFORMATION

**A. Real Property For Which A Claim Is Being Asserted**

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

`100 N. GREEN STREET #M`
*Street Address*

`GREENSBORO`
*City*

`NC` `27401`
*State* *Zip Code*
*(Province)* *(Postal Code)*

`UNITED STATES`
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - `1928`
   *Month*  *Day*  *Year*

5. What is the property used for (check all that apply)?
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other    Specify: _____

6. How many floors does the property have?    ☐☐☐    UNKNOWN

7. What is the approximate square footage of the property?    ☐☐☐☐☐☐☐    UNKNOWN

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes    ☐ No

**9276102**                    **SERIAL #⌐**

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
Year

| | | | | Description | |
Year

| | | | | Description | |
Year

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
Year

| | | | | Description | |
Year

| | | | | Description | |
Year

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:   Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:   Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

**C.** **Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other    Specify: SURFACE TREATMENT

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | | ☒ I did not install the product(s)
Year

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | | | | ☒ Don't know.
Year

9276103                                    **SERIAL #**

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes, attach all such documents. ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> **SEE ATTACHED**

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

|2|0|0|3|
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> **SEE ATTACHED**

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

|2|0|0|3|
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> **SEE ATTACHED**

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

> **SEE ATTACHED**

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

**9276104**                    **SERIAL #**

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| | | | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
*Year*

| | | | Description | |
*Year*

| | | | Description | . |
*Year*

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes     ☐ No     **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

**SEE ATTACHED**

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes     ☐ No     **NOT APPLICABLE**

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| | | | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
*Year* | Type of testing: | |

| | | | Company/Individual | |
*Year* | Type of testing: | |

| | | | Company/Individual | |
*Year* | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes     ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| | | | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
*Year*

| | | | Description | |
*Year*

| | | | Description | . |
*Year*

# W.R. Grace & Co.

# Asbestos Property Damage

# (9276)

# Proof of Claim Form

# Missing Page

1    2    3    4    5

(6)    (7)    (8)    9    10

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED
   V. W.R. GRACE & COMPANY ET AL.

   b. Court where suit originally filed:  HAMPTON  SC        Docket No.:  92CP25279
   *County/State*

   c. Date filed:  12 - 23 - 1992
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:                    Docket No.:
   *County/State*

   c. Date filed:    -    -
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:                    Docket No.:
   *County/State*

   c. Date filed:    -    -
   *Month   Day   Year*

   (Attach additional pages if necessary.)

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

   a. Description of claim: [_____]

   b. Date submitted: [__]-[__]-[____]  ■
      *Month* *Day* *Year*

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other [_____]
              *Name of Entity*

   a. Description of claim: [_____]

   b. Date submitted: [__]-[__]-[____]
      *Month* *Day* *Year*                    ■

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other [_____]
              *Name of Entity*

   a. Description of claim: [_____]

   b. Date submitted: [__]-[__]-[____]
      *Month* *Day* *Year*

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other [_____]
              *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

*Signature* [03]-[30]-[2003]
                *Month* *Day* *Year*

SIGNATURE OF CLAIMANT   AMANDA G. STEINMEYER

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

9276110

SERIAL #⌐

Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

**Response to Question 19:** Refer to Question 17 Response.

**Response to Question 21:** Refer to Question 17 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

**EXHIBIT I**

# WR Grace
### Property Damage
### Index Sheet

SR00000611

| Claim Number: | 00011591 | Receive Date: | 03/31/2003 |
|---|---|---|---|

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC    Medical Monitoring Claim Form
- [ ] PDPOC    Property Damage
- [ ] NAPO    Non-Asbestos Claim Form
- [ ]        Amended

Claim Number _____

- [ ] MMPOC    Medical Monitoring Claim Form
- [ ] PDPOC    Property Damage
- [ ] NAPO    Non-Asbestos Claim Form
- [ ]        Amended

## Attorney Information

| Firm Number: | 00131 | Firm Name: | Speights & Runyan |
|---|---|---|---|
| Attorney Number: | 00227 | Attorney Name: | Daniel A Speights |

Zip Code: 29924

Cover Letter Location Number: SR00000611

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Document Number: WRPD002907

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`LABORER'S 310 UNION OFFICE BUILDING`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*        *MI*  *Last*

*First*        *MI*  *Last*

**GENDER:** ☐ MALE    ☐ FEMALE    ■

**Mailing Address:**

*Street Address*

*City*        *State (Province)*  *Zip Code (Postal Code)*

*Country*

# PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

`SPEIGHTS & RUNYAN`

**Name of Attorney:**

`AMANDA`        `G` `STEINMEYER`

*First*        *MI*  *Last*

**Mailing Address:**

`P O BOX 685 - 200 JACKSON AVENUE EAST`

*Street Address*

`HAMPTON`        `SC` `29924`

*City*        *State (Province)*  *Zip Code (Postal Code)*

**Telephone:**

`(803) 943-4444` ■

*Area Code*

RECD MAR 3 1 2003

9276101

WR Grace    PD.15.59.2907
00011591
SR=611

**SERIAL #**

## PART 3:  PROPERTY INFORMATION

**A.** **Real Property For Which A Claim Is Being Asserted**

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

`3250 EUCLID AVENUE`
*Street Address*

`CLEVELAND`     `OH`     ` `
*City*          *State*      *Zip Code*
              *(Province)*  *(Postal Code)*

`UNITED STATES`
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☐ Yes    ☒ No    ■

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes    ☐ No

4. When did you purchase the property?    `  ` - `  ` - `1972`
                                          *Month*  *Day*  *Year*

5. What is the property used for? (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other         Specify: _____

6. How many floors does the property have?    `   `    UNKNOWN

7. What is the approximate square footage of the property?    `UNKNOWN `

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete              ■
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes    ☐ No

**9276102**                              **SERIAL #⌋**

**A. Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| | Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

| | Year | Description | |

| | Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes        ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

| | Year | Description | |

| | Year | Description | |

**B. Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

* If you checked Category 1 in question 12, complete section C.
* If you checked Category 2 in question 12, complete section D.

**C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation
☐ Other     Specify: _____

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | Year |      ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 | 9 | 7 | 2 |
| Year |      ☐ Don't know.

9276103                                    **SERIAL #⌐**

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☒ Yes     ☐ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

NOT APPLICABLE

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2003
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2003
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes     ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes     ☐ No

9276104                    **SERIAL #**

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
| Year | | Description | |
| Year | | Description | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes    ☐ No    **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

SEE ATTACHED

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes    ☐ No    NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
| | | Type of testing: | |
| Year | | Company/Individual | |
| | | Type of testing: | |
| Year | | Company/Individual | |
| | | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
| Year | | Description | |
| Year | | Description | . |

# W.R. Grace & Co.

# Asbestos Property Damage

# (9276)

# Proof of Claim Form

# Missing Page

1    2    3    4    5

(6)    (7)    (8)    9    10

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1.  Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2.  Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1.  Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED
   V. W.R. GRACE & COMPANY ET AL.

   b. Court where suit originally filed: HAMPTON  SC        Docket No.: 92CP25279
   *County/State*

   c. Date filed: 12 - 23 - 1992
   *Month   Day    Year*

   a. Caption

   b. Court where suit originally filed:            Docket No.:
   *County/State*

   c. Date filed:    -    -
   *Month   Day    Year*

   a. Caption

   b. Court where suit originally filed:            Docket No.:
   *County/State*

   c. Date filed:    -    -
   *Month   Day    Year*

(Attach additional pages if necessary.)

9276109                              SERIAL #⌋

## C. NON-LAWSUIT CLAIMS

1.  If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

a.  Description of claim: _____

b.  Date submitted: [  ] - [  ] - [    ]
         *Month*  *Day*  *Year*

c.  Name of entity to whom claim was submitted:
    ☐ Grace
    ☐ Other  _____
            *Name of Entity*

a.  Description of claim: _____

b.  Date submitted: [  ] - [  ] - [    ]
         *Month*  *Day*  *Year*

c.  Name of entity to whom claim was submitted:
    ☐ Grace
    ☐ Other  _____
            *Name of Entity*

a.  Description of claim: _____

b.  Date submitted: [  ] - [  ] - [    ]
         *Month*  *Day*  *Year*

c.  Name of entity to whom claim was submitted:
    ☐ Grace
    ☐ Other  _____
            *Name of Entity*

## PART 5:  SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

SIGNATURE OF CLAIMANT  AMANDA G. STEINMEYER

[ 0 3 ] - [ 3 0 ] - [ 2 0 0 3 ]
*Month*    *Day*    *Year*

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

SERIAL #⌋

**Response to Question 19:** Through this bankruptcy process.

**Response to Question 21:** Refer to Question 19 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.



INVOICE

**ZONOLITE**

W. R. GRACE & CO.

**GRACE**

CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093    CHICAGO, ILLINOIS 60680

6-5-72

INVOICE DATE | INVOICE NO. | LOCATION
5-31-72 | 82-951 |
SHIPPED VIA
ZONOLITE TRUCK

CUST. NO. 21994

4-934-035

| PLANT | DIST. | TERRITORY | YOUR ORDER NO. |
| 657 | 657 | 511 | |

SHIPPED FROM — CAR. NO.
NEW CASTLE

CUST. ORDER NO. AND DATE
PM    5-29-72
BILL OR LADING NO. CHECKED
F-024

SOLD TO
PARATONE PLASTERING
1040 E. 123RD ST.
CLEVELAND, OHIO    44106

SHIP TO
SAME
C/O LABORER'S LOCAL 310
UNION OFFICE BLDG.
3250 EUCLID AVE.
CLEVELAND, OHIO

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | | | |
|---|---|---|---|---|---|
| | 160 | BAGS MONO-KOTE MK-3 | 41-04-01-1-19 | 2.40 | 4380.00 |
| | | PLUS 4 1/2% SALES TAX | | | 16.20 |
| | | PLUS FREIGHT CHARGE | | | 24.00 |
| | | | | | 4400.20 |

$88.1.20 CASH DISCOUNT ALLOWED IF PAID BY    6-16-72
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.
THIS ORDER IS SCHEDULED FOR SHIP T ON OR ABOUT



# ZONOLITE

CONSTRUCTION PRODUCTS DIVISION

P.O. BOX 7093   CHICAGO, ILLINOIS 60680

6-21-72

| QUANTITY ORDERED | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 125 | BASS MONO KOTE MK-3 | 41-06-01-1-19 | 2.40 | $300.00 |
| | PLUS 4½% SALES TAX......... | | | 13.50 |
| | PLUS FREIGHT CHARGE......... | | | 21.00 |
| | | | | $334.50 |

LOCATION  1-034-033   CUST. NO.

PLANT DIST.   TERRITORY   YOUR ORDER NO.

657 651 511

SHIPPED FROM   NEW CASTLE   CAR. NO.

CUST. ORDER NO. AND DATE  P1-6-15-72

BILL OF LADING NO. CHECKED  7-125

SALE

LOCAL 310 LABOR UNION HALL
EAST 220 6 EUCLID AVE.
CLEVELAND, OHIO

SHIP TO

ATMOS PLASTERING
E. 123rd. ST.
CLEVELAND, OHIO 44106

$6.00  CASH DISCOUNT ALLOWED IF PAID BY  6-30-72

☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT

**EXHIBIT J**

# WR Grace

Property Damage

Index Sheet

SR00000503

| Claim Number: | 00006630 | Receive Date: | 03/27/2003 |

## Multiple Claim Reference

| Claim Number | _____ | | | |
|---|---|---|---|---|
| | | ☐ | MMPOC | Medical Monitoring Claim Form |
| | | ☐ | PDPOC | Property Damage |
| | | ☐ | NAPO | Non-Asbestos Claim Form |
| | | ☐ | | Amended |

| Claim Number | _____ | | | |
|---|---|---|---|---|
| | | ☐ | MMPOC | Medical Monitoring Claim Form |
| | | ☐ | PDPOC | Property Damage |
| | | ☐ | NAPO | Non-Asbestos Claim Form |
| | | ☐ | | Amended |

## Attorney Information

| Firm Number: | 00131 | Firm Name: | Speights & Runyan |
|---|---|---|---|
| Attorney Number: | 00168 | Attorney Name: | Amanda G Steinmeyer |

Zip Code: 29924

Cover Letter Location Number: SR00000503

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

| Other | | |
|---|---|---|
| | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0003/WRPD0011

Document Number: WRPD000535

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

THE GREATER FORT WAYNE CHAMBER OF COMMERCE

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

Other names by which claiming party has been known (such as maiden name or married name):

*First*          *MI*  *Last*

*First*          *MI*  *Last*

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*          *State (Province)*   *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

SPEIGHTS & RUNYAN

**Name of Attorney:**

AMANDA        G  STEINMEYER

*First*          *MI*  *Last*

**Mailing Address:**

P O BOX 685 - 200 JACKSON AVENUE EAST

*Street Address*

HAMPTON        SC  29924

*City*          *State (Province)*   *Zip Code (Postal Code)*

**Telephone:**

(803) 943-4444

*Area Code*

**REC'D MAR 2 7 2003**

WR Grace     PD.3.11.535
00006630
SR=503

9 2 7 6 1 0 1

**SERIAL #**

## PART 3: PROPERTY INFORMATION

**A. Real Property For Which A Claim Is Being Asserted**

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

835 EWING STREET
*Street Address*

FORT WAYNE                    IN    46802
*City*                       *State*    *Zip Code*
                             *(Province)*  *(Postal Code)*
UNITED STATES
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes    ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - 1928
                                          *Month  Day    Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: 
   ☐ Other         Specify: 

6. How many floors does the property have?    004

7. What is the approximate square footage of the property?    38400

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: 

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes    ☐ No

9276102                              **SERIAL #**

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

*Year*

| | | | | | Description | |

*Year*

| | | | | | Description | |

*Year*

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

*Year*

| | | | | | Description | |

*Year*

| | | | | | Description | |

*Year*

## B. Claim Category

12. For which category are you making a claim on the property?

    ☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

    ☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

    ☐ Monokote-3 fireproofing insulation

    ☒ Other    Specify: SURFACE TREATMENT

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | | ☒ I did not install the product(s) |

*Year*

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | | | | ☒ Don't know. |

*Year*

9276103                SERIAL #

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

SEE ATTACHED

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2003
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2003
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

9276104                        SERIAL #⌐

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
|------|-------------|-----------------------------------|
| Year | Description | |
| Year | Description | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes    ☐ No    **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

SEE ATTACHED

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes    ☐ No    NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
|------|--------------------|-----------------------------------|
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
|------|-------------|-----------------------------------------------------------------------------|
| Year | Description | |
| Year | Description | |

# W.R. Grace & Co.

# Asbestos Property Damage

# (9276)

# Proof of Claim Form

# Missing Page

1        2        3        4        5

6        7        8        9        10

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption  ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED V. W.R. GRACE & COMPANY ET AL.

b. Court where suit originally filed: HAMPTON  SC    Docket No.: 92CP25279
   *County/State*

c. Date filed: 12 – 23 – 1992
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:    Docket No.:
   *County/State*

c. Date filed:   –   –
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:    Docket No.:
   *County/State*

c. Date filed:   –   –
   *Month   Day   Year*

(Attach additional pages if necessary.)

9276109                                SERIAL #

**C.** **NON-LAWSUIT CLAIMS**

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

a. Description of claim:

b. Date submitted: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other
   *Name of Entity*

---

a. Description of claim:

b. Date submitted: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other
   *Name of Entity*

---

a. Description of claim:

b. Date submitted: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

c. Name of entity to whom claim was submitted:
   ☐ Grace
   ☐ Other
   *Name of Entity*

## PART 5:  SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

| | |
|---|---|
| *[signature]* | 03 - 30 - 2003 |
| SIGNATURE OF CLAIMANT  AMANDA G. STEINMEYER | *Month   Day   Year* |

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

SERIAL #

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

**Response to Question 19:** Refer to Question 17 Response.

**Response to Question 21:** Refer to Question 17 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

**EXHIBIT K**



# WR Grace
## Property Damage
### Index Sheet

SR00000617 ■

| Claim Number: | 00010873 | | Receive Date: | 03/31/2003 |

## Multiple Claim Reference

| Claim Number | _____ | ☐ MMPOC | Medical Monitoring Claim Form |
| | | ☐ PDPOC | Property Damage |
| | | ☐ NAPO | Non-Asbestos Claim Form |
| | | ☐ | Amended |

| Claim Number | _____ | ☐ MMPOC | Medical Monitoring Claim Form |
| | | ☐ PDPOC | Property Damage |
| | | ☐ NAPO | Non-Asbestos Claim Form |
| | | ☐ | Amended |

## Attorney Information

| Firm Number: | 00131 | Firm Name: | Speights & Runyan |
| Attorney Number: | 00168 | Attorney Name: | Amanda G Steinmeyer |

Zip Code: 29924

Cover Letter Location Number: SR00000617

| Attachments<br>Medical Monitoring | Attachments<br>Property Damage | Non-Asbestos |
| --- | --- | --- |
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

BYARS MACHINE COMPANY

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE   ☐ FEMALE   ■

**Mailing Address:**

*Street Address*

*City*    *State (Province)*    *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

SPEIGHTS & RUNYAN

**Name of Attorney:**

AMANDA   G   STEINMEYER

*First*    *MI*    *Last*

**Mailing Address:**

P C BOX 685 - 200 JACKSON AVENUE EAST

*Street Address*

HAMPTON

*City*

SC   29924

*State (Province)*   *Zip Code (Postal Code)*

**Telephone:**

(803) 943-4444   ■

*Area Code*

RECD MAR 3 1 2003

WR Grace    PD.11.44.2191
00010873
SR=617

9276101

**SERIAL #**

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

Street Address

City: LAURENS

State (Province): SC

Zip Code (Postal Code):

Country: UNITED STATES

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4. When did you purchase the property?
☐☐ - ☐☐ - 1973
Month  Day  Year

5. What is the property used for (check all that apply)
☐ Owner occupied residence
☐ Residential rental
☒ Commercial
☐ Industrial    Specify:
☐ Other    Specify:

6. How many floors does the property have?    ☐☐☐    UNKNOWN

7. What is the approximate square footage of the property?    ☐☐☐☐☐☐☐    UNKNOWN

8. When was the property built?
☐ Before 1969
☒ 1969 - 1973
☐ After 1973

9. What is the structural support of the property?
☐ Wood frame
☐ Structural concrete
☐ Brick
☒ Steel beam/girder
☐ Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes    ☐ No

9276102

SERIAL #

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
*Year*

| | | | | | Description | |
*Year*

| | | | | | Description | |
*Year*

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes        ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
*Year*

| | | | | | Description | |
*Year*

| | | | | | Description | |
*Year*

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation
☐ Other      Specify: |                                        |

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | |
*Year*        ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 | 9 | 7 | 3 |
*Year*        ☐ Don't know.

**9 2 7 6 1 0 3**                                    **SERIAL #**

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☒ Yes    ☐ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

NOT APPLICABLE

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2003
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2003
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

9276104                                    SERIAL #⌐

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| | | | | | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
| *Year* | | | | | | |

| | | | | | Description | |
| *Year* | | | | | | |

| | | | | | Description | |
| *Year* | | | | | | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes      ☐ No      **If Yes, Attach All Documents Related To Any Testing Of The Property.**

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

SEE ATTACHED

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes      ☐ No  NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| | | | | | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
| *Year* | | | | | Type of testing: | |

| | | | | | Company/Individual | |
| *Year* | | | | | Type of testing: | |

| | | | | | Company/Individual | |
| *Year* | | | | | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes      ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| | | | | | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
| *Year* | | | | | | |

| | | | | | Description | |
| *Year* | | | | | | |

| | | | | | Description | |
| *Year* | | | | | | |

9276105                              **SERIAL #:**

# W.R. Grace & Co.

# Asbestos Property Damage

# (9276)

# Proof of Claim Form

# Missing Page

1        2        3        4        5

(6)      (7)      (8)      9        10

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☑ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☑ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED V._W.R._GRACE_&_COMPANY_ET_AL

b. Court where suit originally filed: HAMPTON SC    Docket No.: 92CP25279
   *County/State*

c. Date filed: 12 - 23 - 1992
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:              Docket No.:
   *County/State*

c. Date filed:    -    -
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:              Docket No.:
   *County/State*

c. Date filed:    -    -
   *Month   Day   Year*

(Attach additional pages if necessary.)

9276109                                          SERIAL #⌐

## C. NON-LAWSUIT CLAIMS

1.  If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

    a.  Description of claim:

    b.  Date submitted: ☐☐ - ☐☐ - ☐☐☐☐
                  Month  Day  Year

    c.  Name of entity to whom claim was submitted:
        ☐ Grace
        ☐ Other
                *Name of Entity*

    a.  Description of claim:

    b.  Date submitted: ☐☐ - ☐☐ - ☐☐☐☐
                  Month  Day  Year

    c.  Name of entity to whom claim was submitted:
        ☐ Grace
        ☐ Other
                *Name of Entity*

    a.  Description of claim:

    b.  Date submitted: ☐☐ - ☐☐ - ☐☐☐☐
                  Month  Day  Year

    c.  Name of entity to whom claim was submitted:
        ☐ Grace
        ☐ Other
                *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

    Date: 03 - 30 - 2003
             Month  Day  Year

SIGNATURE OF CLAIMANT    AMANDA G. STEINMEYER

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9276110

Copyright © 2002 NCS Pearson, Inc.   All rights reserved.

SERIAL #⌐

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

**Response to Question 19:** Through this bankruptcy process.

**Response to Question 21:** Refer to Question 17 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

**INVOICE**

# ZONOLITE

**W. R. GRACE & CO.**

**GRACE**

CONSTRUCTION PRODUCTS DIVISION
62 WHITTEMORE AVE., CAMBRIDGE, MASS. 02140

PLEASE REMIT
WITH COPY OF INVOICE
TO:
P.O. BOX 96160
CHICAGO, ILLINOIS 60690

| INVOICE DATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/23/73 | 16-007 | 6-032-052 | 616 611 114 | 10-063 | VERBAL | | |

| SHIPPED VIA | CUSTOMER NO. | SHIPPED FROM | CAR NUMBER | | CHECKED |
|---|---|---|---|---|---|
| CUSTOMERS TRUCK | 04603 | KEARNEY | P/U | 4-27 | |

D - U - N - S 04 - 827 - 2637

SOLD TO
GRYMES MACHINE CO.
P.O. BOX 402
LAURENS, S.C.

SHIP TO   SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 30 | 30 | BAGS ZONOLITE MK (41-06-01-1-19) | 2.55 | $ 76.50 |
| | | PLUS 4% SALES TAX | | 3.06 |
| | | | | $ 79.56 |

THIS ORDER IS SCHEDULED FOR SHIPMENT
ON OR ABOUT _____

X $ 1.53  CASH DISCOUNT ALLOWED IF PAID BY 4/9/73

NO CASH DISCOUNT · NET 30 DAYS

TO AVOID DELAY, REFER ALL MATTERS REGARDING THIS SHIPMENT, "OTHER THAN PAYMENTS," TO THE SALES BRANCH SERVING YOU

Use of the above goods shall be an acceptance of the conditions of sale on the reverse side hereof as the only conditions applying to the sale of said goods



**INVOICE**

# ZONOLITE

W. R. GRACE & CO.

**GRACE**

CONSTRUCTION PRODUCTS DIVISION

62 WHITTEMORE AVE., CAMBRIDGE, MASS. 02140

PLEASE REMIT
WITH COPY OF INVOICE
TO:
P.O. BOX 96160
CHICAGO, ILLINOIS 60690

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NUMBER | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 5-7-73 | 16-083 | 6=939-059 | 616 | 612 | 114 | 18-574 | |

| SHIPPED VIA | CUSTOMER NO. | SHIPPED FROM | CAR NUMBER | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|---|
| ICK UP | 64683 | KEARNEY | PU | 5/135 | |

D - U - N - S 04 - 827 - 2637

SOLD TO •
EVANS MACHINE CO.
P. O. BOX 466
LAURENS, S. C.

S
H
I
P

T
O

SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 100 | 100 | BAGS ZONOLITE MK 3 (41-06-01-1-19) | 2.55 | $ 255.00 |
| | | PLUS 4% SALES TAX | | 10.20 |
| | | | | $ 265.20 |

THIS ORDER IS SCHEDULED FOR SHIPMENT
ON OR ABOUT _____

X  $ 5.10  CASH DISCOUNT ALLOWED IF PAID BY 5-28-73

NO CASH DISCOUNT - NET 30 DAYS

TO AVOID DELAY, REFER ALL MATTERS REGARDING THIS SHIPMENT, "OTHER THAN PAYMENTS," TO THE SALES BRANCH SERVING
Use of the above goods shall be an acceptance of the conditions of sale on the reverse side hereof as the only conditions applying to the sale of said goods.



**GRACE**

ZONOLITE
CONSTRUCTION PRODUCTS DIVISION
62 WHITTEMORE AVE, CAMBRIDGE, MASS 02140

| INVOICE DATE | INVOICE NO. | | PLANT | DIST. | TERRITORY | OUR ORDER NUMBER | |
|---|---|---|---|---|---|---|---|
| 3-14-73 | 16-183 | 3-859 | 616 | 611 | 114 | 10-757 | |
| SHIPPED VIA | | CUSTOMER NO. | SHIPPED FROM | | CXN NUMBER | | BILL OF LADING NO. |
| PICK UP | | | KEARNEY | | PU | | 3/183 |

D-U-N-S 04-827-2637

SOLD TO
BYARS MACHINE CO.
LAURENS, S. C. 29360

SHIP TO   SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 150 | 150 | BAGS ZONOLITE MK (41-06-01-1-19) | 2.55 | 382.50 |
| | | PLUS 4% SALES TAX | | 15.30 |
| | | | | 397.80 |

☒ S 7.65 CASH DISCOUNT ALLOWED IF PAID BY 3-1-73

☐ NO CASH DISCOUNT · NET 30 DAYS

TO AVOID DELAY, REFER ALL MATTERS REGARDING THIS SHIPMENT, "OTHER THAN PAYMENTS," TO THE SALES BRANCH SERVING YOU

Receive goods shall be an acceptance of the conditions of sale on the reverse side hereof as the only conditions applying to the sale of said goods.

**INVOICE**

## ZONOLITE

CONSTRUCTION PRODUCTS DIVISION
62 WHITTEMORE AVE., CAMBRIDGE, MASS. 02140

W. R. GRACE & CO.

**GRACE**

PLEASE REMIT
WITH COPY OF INVOICE
TO:
P.O. BOX 86180
CHICAGO, ILLINOIS 60690

D - U - N - S 04 · 827 · 2637

SHIPPED VIA:
PICK UP

CUSTOMER NO.
HEADLEY

SOLD TO

MARS MACHINE CO.
P. O. BOX 185
LAURENS, S. C.

SHIP TO
SAME

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 50 | 50 | BAGS ZONOLITE MK (41-06-01-1-19) | 2.40 | $ 120.00 |
|  |  | PLUS 4% SALES TAX |  | 4.80 |
|  |  |  |  | $ 124.80 |

**THIS ORDER IS SCHEDULED FOR SHIPMENT ON OR ABOUT _____**

$ _____ CASH DISCOUNT ALLOWED IF PAID BY _____

NO CASH DISCOUNT · NET 30 DAYS

TO AVOID DELAY, REFER ALL MATTERS REGARDING THIS SHIPMENT, "OTHER THAN PAYMENTS," TO THE SALES BRANCH SERVING YOU.

Use of the above goods shall be an acceptance of the conditions of sale on the reverse side hereof as the only conditions applying to the sale of said goods.

# WR Grace
### Property Damage
### Index Sheet

SR00000946

Claim Number: **00016009**

Receive Date: **05/17/2005**

## Multiple Claim Reference

Claim Number

| | | |
|---|---|---|
| ☐ | MMPOC | Medical Monitoring Claim Form |
| ☐ | PDPOC | Property Damage |
| ☐ | NAPO | Non-Asbestos Claim Form |
| ☐ | | Amended |

Claim Number

| | | |
|---|---|---|
| ☐ | MMPOC | Medical Monitoring Claim Form |
| ☐ | PDPOC | Property Damage |
| ☐ | NAPO | Non-Asbestos Claim Form |
| ☐ | | Amended |

## Attorney Information

Firm Number: **00131**

Firm Name: **Speights & Runyan**

Attorney Number: **00227**

Attorney Name: **Daniel A Speights**

Zip Code: **29924**

Cover Letter Location Number: **SR00000946**

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |
| **Other** | ☐ Non-Standard Form | ☒ Amended per Objection |
| | ☐ Amended | Original Claim #: _10873_ |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0023/WRPD0090

Document Number: WRPD004496

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 10869 | SC | 10/1/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10869 | SC | 11/5/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10871 | SC | 5/11/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10872 | SC | 4/23/1972 | Invoice | W R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10873 | SC | 4/9/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10873 | SC | 3/28/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10873 | SC | 4/2/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10873 | SC | 2/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10874 | SC | 12/3/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10874 | SC | 12/19/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10875 | SC | 7/27/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10876 | SC | 1/1/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |

WR Grace    PD.23.90.4496
00016009
SR=946

RECD MAY 17 2005

911 - 1601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                              )         Chapter 11
                                    )
W. R. Grace & Co., et al.[1],       )         Case No. 01-01139 (JKF)
                                    )         Jointly Administered
            Debtors.                )
                                    )
                                    )
                                    )

### Notice of Supplemental Submission of Certain Speights & Runyan
### Asbestos Property Damage Claims

Pursuant to the Court's Order Granting Limited Waiver of Del.Bankr.L.R. 3007-1 for

the Purpsose of Streamlining Objections Pursuant to Certain Claims Filed Pursuant to the Bar

Date Order, and the Debtor's Notice of Intent to Object for Materially Insufficient

Supporting Information received on March 17, 2005, Speights & Runyan, as the authorized

representative of certain claimants, and as class counsel *Anderson Memorial Hospital v. W.*

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearhorn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Horaco International, Inc., Kootenai Development Corporation, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

RECD MAY 17 2005

- 1 -

*R. Grace & Co. et al.*, Case No. 92-CP-25-279 (Circuit Court of Hampton County, SC),

hereby supplements and/or amends the following claims (listed by claim number) currently

pending and submitted pursuant to the Court's Bard Date Order of April 22, 2002: 6620,

6634, 6636, 6636, 6637, 6639, 9912, 9913, 10509, 10511, 10512, 10513, 10514, 10515,

10516, 10517, 10519, 10520, 10521, 10523, 10524, 10528, 10529, 10530, 10531, 10532,

10535, 10536, 10537, 10538, 10539, 10540, 10587, 10588, 10590, 10663, 10664, 10665,

10668, 10669, 10670, 10672, 10673, 10674, 10675, 10679, 10680, 10685, 10689, 10691,

10692, 10694, 10696, 10696, 10697, 10698, 10700, 10701, 10704, 10706, 10707, 10708,

10709, 10711, 10712, 10713, 10717, 10720, 10722, 10723, 10725, 10726, 10727, 10728,

10731, 10732, 10733, 10738, 10744, 10745, 10746, 10747, 10748, 10750, 10751, 10752,

10753, 10754, 10755, 10756, 10757, 10758, 10760, 10761, 10762, 10763, 10765, 10766,

10767, 10768, 10769, 10770, 10771, 10772, 10773, 10774, 10775, 10776, 10777, 10778,

10779, 10781, 10782, 10783, 10784, 10785, 10786, 10787, 10789, 10790, 10791, 10792,

10793, 10794, 10795, 10796, 10797, 10798, 10799, 10800, 10801, 10802, 10804, 10805,

10806, 10807, 10808, 10810, 10834, 10835, 10836, 10837, 10838, 10839, 10840, 10841,

10843, 10844, 10846, 10847, 10849, 10850, 10851, 10852, 10853, 10854, 10855, 10856,

10857, 10858, 10859, 10860, 10861, 10862, 10863, 10864, 10865, 10866, 10867, 10868,

10869, 10871, 10872, 10873, 10874, 10875, 10876, 10877, 10879, 10880, 10881, 10882,

10915, 10916, 10918, 10919, 10923, 10924, 10926, 10927, 10928, 10930, 10943, 10945,

10946, 10947, 10949, 10952, 10955, 10956, 10957, 10958, 10959, 10960, 10961, 10962,

10965, 10966, 10967, 10968, 10969, 10970, 10971, 10972, 10973, 10974, 10975, 10976,

10977, 10978, 10979, 10980, 10981, 10982, 10983, 10984, 10985, 10986, 10989, 10990,

10991, 10992, 10993, 10994, 10995, 10996, 10997, 10998, 10999, 11000, 11001, 11002,

11003, 11004, 11005, 11007, 11008, 11009, 11010, 11011, 11012, 11013, 11014, 11015,
11016, 11017, 11019, 11020, 11021, 11022, 11023, 11024, 11025, 11026, 11027, 11028,
11029, 11030, 11031, 11032, 11034, 11035, 11036, 11037, 11038, 11039, 11040, 11041,
11043, 11045, 11046, 11047, 11048, 11049, 11050, 11051, 11052, 11053, 11054, 11055,
11056, 11057, 11059, 11061, 11062, 11063, 1064, 11066, 11067, 11067, 11068, 11069,
11070, 11071, 11072, 11074, 11075, 11078, 11080, 11082, 11085, 11086, 11087, 11088,
11089, 11092, 11095, 11096, 11097, 11098, 11100, 11101, 11104, 11104, 11105, 11109,
11110, 11111, 11112, 11115, 11116, 11117, 11119, 11120, 11121, 11122, 11124, 11126,
11127, 11130, 11131, 11133, 11134, 11135, 11136, 11137, 11138, 11139, 11140, 11142,
11145, 11146, 11147, 11148, 11149, 11152, 11153, 11155, 11156, 11157, 11158, 11160,
11161, 11167, 11168, 11169, 11170, 11172, 11173, 11176, 11177, 11178, 11179, 11180,
11183, 11184, 11185, 11186, 11187, 11188, 11190, 11191, 11192, 11193, 11194, 11195,
11196, 11198, 11199, 11200, 11201, 11202, 11203, 11204, 11205, 11207, 11208, 11210,
11211, 11213, 11217, 11218, 11219, 11220, 11221, 11222, 11223, 11225, 11226, 11228,
11229, 11230, 11231, 11232, 11233, 11234, 11235, 11240, 11242, 11243, 11244, 11245,
11246, 11247, 11248, 11249, 11250, 11251, 11251, 11253, 11254, 11255, 11256, 11257,
11258, 11259, 11260, 11261, 11262, 11263, 11324, 11384, 11385, 11386, 11387, 11388,
11389, 11390, 11391, 11392, 11393, 11394, 11396, 11398, 11399, 11400, 11401, 11403,
11405, 11406, 11407, 11409, 11410, 11411, 11412, 11414, 11415, 11416, 11419, 11420,
11422, 11423, 11424, 11426, 11427, 11428, 11430, 11431, 11432, 11433, 11434, 11438,
11439, 11440, 11441, 11442, 11443, 11444, 11446, 11447, 11448, 11450, 11451, 11453,
11454, 11455, 11456, 11457, 11458, 11460, 11462, 11463, 11484, 11485, 11486, 11487,
11488, 11489, 11490, 11491, 11492, 11493, 11494, 11495, 11496, 11497, 11498, 11499,

11500, 11501, 11502, 11503, 11504, 11506, 11508, 11508, 11509, 11512, 11514, 11515,

11516, 11517, 11519, 11522, 11523, 11524, 11525, 11526, 11527, 11528, 11529, 11530,

11531, 11532, 11533, 11534, 11535, 11536, 11537, 11538, 11539, 11540, 11541, 11542,

11543, 11544, 11546, 11547, 11549, 11550, 11551, 11553, 11554, 11555, 11558, 11559,

11560, 11561, 11562, 11566, 11567, 11568, 11569, 11570, 11571, 11572, 11573, 11574,

11575, 11577, 11578, 11579, 11580, 11581, 11582, 11583, 11584, 11585, 11586, 11587,

11588, 11589, 11590, 11592, 11593, 11594, 11595, 11596, 11597, 11598, 11599, 11600,

11602, 11603, 11604, 11605, 11606, 11686, 11687, 11688, 11689, 11691, 11692, 11693,

11694, 11696, 11697, 11698, 11699, 11700, 11701, 11701, 11701, 11701, 11701, 11703,

11704, 11705,. 11707, 11708, 11710, 11711, 11712, 11714, 11715, 11716, 11720, 11721,

11723, 11724, 14409, 14410, 10510 / 10759, 10525 / 10527, 10533 / 10534 / 11722,

10533 / 10534 / 11722, 10533 / 10534 / 11722, 10676 / 11685, 10683 / , 1079, 10687

/ 10988, 10695 / 10917 / 11128 , 10700 (Add-on), 10716 / 10718 ,  10949, 10749 /

10948, 10780 & 11518, 10848 / 10870, 10878 / 10845, 10954 ,  11695, 11018 / 11227,

11106 / 11144, 11114 / 11402, 11118 / 10729, 11129 ,  10666, 11151 / 11125 , 11175

/ 11237, 11181 / 11182, 11437 / 11436, 11510 ,  11702, 11717 / 11718, 6697 / 11252,

6869 / 10710, 6880 / 11102 , 6893 / , 0714, 6899 / 11576, 6901 / 11236, 6916 / 11174,

9838, 9839, 9840, 9841, 9842, 9843, 9844, 9845, 9846, 9847, 9848, 9849, 9850, 9851, 9852,

9853, 9854, 9855, 9856, 9857, 9858, 9859, 9860, 9861, 9862, 9863, 9864, 9865, 9866, 9867,

9868, 9869, 9870, 9871, 9872, 9873, 9874, 9875, 9876, 9877, 9878, 9879, 9880, 9881, 9882,

9883, 9884, 9885, 9886, 9887, 9888, 9889, 9890, 9891, 9892, 9893, 9895, 9896, 9897, 9909,

9910, 9925, 9928, 9970, 9988, 9993, 10018, 10019, 10020, 10053, 10058, 10078, 10160,

10208, 10229, 10230, 10237, 10303, 10319, 10597, 10621, 11322, 11323, 11618, 11619,

11620, 11621, 11622, 11623, 11624, 11625, 11626, 11627, 11628, 11629, 11630, 11631,
11632, 11633, 11634, 11635, 11636, 11637, 11638, 11639, 11640, 11641, 11642, 11643,
11644, 11645, 11646, 11647, 11648, 11649, 11650, 11651, 11652, 11653, 11654, 11655,
11656, 11657, 11658, 11659, 11660, 11661, 11662, 11663, 11664, 11665, 11666, 11667,
11668, 11669, 11670, 11671, 11672, 11673, 11674, 11675, 11676, 11677, 11678, 11679,
11680, 11681, 11682, 11683, 11684, 11735, 11745, 11800, 11802, 11817, 11819, 11820,
11866, 11876, 11918, 11957, 11962, 12291, 12292, 12293, 12294, 12295, 12296, 12297,
12298, 12299, 12300, 12301, 12302, 12303, 12304, 12305, 12306, 12307, 12308, 12309,
12310, 12311, 12312, 12313, 12314, 12315, 12316, 12317, 12318, 12319, 12320, 12321,
12322, 12323, 12324, 12325, 12326, 12327, 12328, 12329, 12330, 12331, 12332, 12333,
12334, 12335, 12336, 12337, 12338, 12339, 12340, 12341, 12342, 12343, 12344, 12345,
12346, 12347, 12348, 12349, 12350, 12351, 12352, 12353, 12354, 12355, 12356, 12357,
12358, 12359, 12360, 12361, 12362, 12363, 12365, 12366, 12367, 12368, 12369, 12370,
12371, 12372, 12373, 12374, 12375, 12376, 12377, 12378, 12379, 12380, 12381, 12382,
12383, 12384, 12385, 12386, 12387, 12388, 12389, 12390, 12391, 12392, , 12393, 12394,
12395, 12396, 12397, 12398, 12399, 12400, 12401, 12402, 12403, 12404, 12405, 12406,
12407, 12408, 12409, 12410, 12411, 12412, 12413, 12414, 12415, 12416, 12417, 12418,
12419, 12420, 12421, 12422, 12423, 12424, 12425, 12426, 12427, 12428, 12429, 12430,
12431, 12432, 12433, 12434, 12435, 12436, 12437, 12438, 12439, 12440, 12441, 12442,
12443, 12444, 12445, 12446, 12447, 12448, 12449, 12450, 12451, 12452, 12453, 12454,
12455, 12456, 12457, 12458, 12459, 12460, 12461, 12462, 12463, 12464, 12465, 12466,
12467, 12468, 12469, 12470, 12471, 12472, 12473, 12474, 12475, 12476, 12477, 12478,
12479, 12480, 12481, 12482, 12483, 12484, 12485, 12486, 12487, 12488, 12489, 12490,

12491, 12492, 12493, 12494, 12495, 12496, 12497, 12498, 12499, 12500, 12501, 12502,

12503, 12504, 12505, 12506, 12507, 12508, 12509, 12510, 12511, 12512, 12513, 12514,

12515, 12516, 12517, 12518, 12519, 12520, 12521, 12522, 12523, 12524, 12525, 12526,

12527, 12528, 12529, 12530, 12531, 12532, 12533, 12534, 12535, 12536, 12537, 12538,

12539, 12540, 12541, 12542, 12543, 12544, 12545, 12546, 12547, 12548, 12549, 12550,

12551, 12552, 12553, 12554, 12555, 12556, 12557, 12558, 12559, 12560, 12561, 12562,

12563, 12564, 12565, 12566, 12567, 12568, 12570, 12571, 12572, 12573, 12574, 12575,

12576, 12577, 12578, 12579, 12580, 12581, 12582, 12583, 12584, 12585, 12586, 12587,

12588, 12589, 12590, 12591, 12592, 12593, 12594, 12616, 13950 and 14885.

In response to the Debtor's Objections and the W. R. Grace & Co. Asbestos Property Damage Proof of Claim form subject to the Bar Order, Speights & Runyan have collected and compiled almost twenty thousand (20,000) documents requested by the Debtor in its Proof of Claim form for the above-referenced claims.[2] The documents have been summarized pursuant to the instructions on the W. R. Grace Asbestos Property Damage Proof of Claim form and these summaries have been forwarded to the Debtor and the Debtor's representative. The complete summary is attached hereto as Attachment "B."

By listing these documents for Debtor's review, the claimant's do not intend to waive, and expressly reserve all claims of privilege and confidentiality attendant to those documents upon which such claims are appropriate. Subject to this reservation, these documents are available for inspection by the Debtor or its counsel upon agreement of a review process that protects the claimant's right and ability to assert appropriate privileges and/or confidentiality. The Claimants' further reserve the right to amend or supplement their document summaries as new or different information is located and acquired.

---

[2] The claim numbers and associated building locations are listed in Attachment "A" to this Notice.

Respectfully Submitted,

Daniel A. Speights
Marion C. Fairey, Jr.
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, South Carolina 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

By: _____

May 16, 2005
Hampton, South Carolina

- 7 -

## SPEIGHTS & RUNYAN
### ATTORNEYS AT LAW
### 200 JACKSON AVENUE, EAST
### POST OFFICE BOX 685
### HAMPTON, SOUTH CAROLINA 29924
### (803) 943-4444

TELECOPIER
(803) 943-4599
EMAIL: BFAIREY@SPEIGHTSRUNYAN.COM

MARION C. FAIREY, JR.

May 16, 2005

*Via Facsimile and UPS Overnight*
Joseph S. Nacca
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace and Co. (Supplemental Information)
201 South Lyndale Avenue
Faribault, Minnesota 55021

Re:  *W.R. Grace & Company, et al.*
     *Bankruptcy Case No. 01-01139 (JKF)*
     *(Supplemental Information)*
     *Claim Nos.:* 6620, 6634, 6636, 6636, 6637, 6639, 9912, 9913, 10509,
     10511, 10512, 10513, 10514, 10515, 10516, 10517, 10519, 10520, 10521,
     10523, 10524, 10528, 10529, 10530, 10531, 10532, 10535, 10536, 10537,
     10538, 10539, 10540, 10587, 10588, 10590, 10663, 10664, 10665, 10668,
     10669, 10670, 10672, 10673, 10674, 10675, 10679, 10680, 10685, 10689,
     10691, 10692, 10694, 10696, 10696, 10697, 10698, 10700, 10701, 10704,
     10706, 10707, 10708, 10709, 10711, 10712, 10713, 10717, 10720, 10722,
     10723, 10725, 10726, 10727, 10728, 10731, 10732, 10733, 10738, 10744,
     10745, 10746, 10747, 10748, 10750, 10751, 10752, 10753, 10754, 10755,
     10756, 10757, 10758, 10760, 10761, 10762, 10763, 10765, 10766, 10767,
     10768, 10769, 10770, 10771, 10772, 10773, 10774, 10775, 10776, 10777,
     10778, 10779, 10781, 10782, 10783, 10784, 10785, 10786, 10787, 10789,
     10790, 10791, 10792, 10793, 10794, 10795, 10796, 10797, 10798, 10799,
     10800, 10801, 10802, 10804, 10805, 10806, 10807, 10808, 10810, 10834,
     10835, 10836, 10837, 10838, 10839, 10840, 10841, 10843, 10844, 10846,
     10847, 10849, 10850, 10851, 10852, 10853, 10854, 10855, 10856, 10857,
     10858, 10859, 10860, 10861, 10862, 10863, 10864, 10865, 10866, 10867,
     10868, 10869, 10871, 10872, 10873, 10874, 10875, 10876, 10877, 10879,

REC'D MAY 17 2005

Joseph S. Nacca
Rust Consulting, Inc.
May 16, 2005
Page 2

10880, 10881, 10882, 10915, 10916, 10918, 10919, 10923, 10924, 10926,
10927, 10928, 10930, 10943, 10945, 10946, 10947, 10949, 10952, 10955,
10956, 10957, 10958, 10959, 10960, 10961, 10962, 10965, 10966, 10967,
10968, 10969, 10970, 10971, 10972, 10973, 10974, 10975, 10976, 10977,
10978, 10979, 10980, 10981, 10982, 10983, 10984, 10985, 10986, 10989,
10990, 10991, 10992, 10993, 10994, 10995, 10996, 10997, 10998, 10999,
11000, 11001, 11002, 11003, 11004, 11005, 11007, 11008, 11009, 11010,
11011, 11012, 11013, 11014, 11015, 11016, 11017, 11019, 11020, 11021,
11022, 11023, 11024, 11025, 11026, 11027, 11028, 11029, 11030, 11031,
11032, 11034, 11035, 11036, 11037, 11038, 11039, 11040, 11041, 11043,
11045, 11046, 11047, 11048, 11049, 11050, 11051, 11052, 11053, 11054,
11055, 11056, 11057, 11059, 11061, 11062, 11063, 1064, 11066, 11067,
11067, 11068, 11069, 11070, 11071, 11072, 11074, 11075, 11078, 11080,
11082, 11085, 11086, 11087, 11088, 11089, 11092, 11095, 11096, 11097,
11098, 11100, 11101, 11104, 11104, 11105, 11109, 11110, 11111, 11112,
11115, 11116, 11117, 11119, 11120, 11121, 11122, 11124, 11126, 11127,
11130, 11131, 11133, 11134, 11135, 11136, 11137, 11138, 11139, 11140,
11142, 11145, 11146, 11147, 11148, 11149, 11152, 11153, 11155, 11156,
11157, 11158, 11160, 11161, 11167, 11168, 11169, 11170, 11172, 11173,
11176, 11177, 11178, 11179, 11180, 11183, 11184, 11185, 11186, 11187,
11188, 11190, 11191, 11192, 11193, 11194, 11195, 11196, 11198, 11199,
11200, 11201, 11202, 11203, 11204, 11205, 11207, 11208, 11210, 11211,
11213, 11217, 11218, 11219, 11220, 11221, 11222, 11223, 11225, 11226,
11228, 11229, 11230, 11231, 11232, 11233, 11234, 11235, 11240, 11242,
11243, 11244, 11245, 11246, 11247, 11248, 11249, 11250, 11251, 11251,
11253, 11254, 11255, 11256, 11257, 11258, 11259, 11260, 11261, 11262,
11263, 11324, 11384, 11385, 11386, 11387, 11388, 11389, 11390, 11391,
11392, 11393, 11394, 11396, 11398, 11399, 11400, 11401, 11403, 11405,
11406, 11407, 11409, 11410, 11411, 11412, 11414, 11415, 11416, 11419,
11420, 11422, 11423, 11424, 11426, 11427, 11428, 11430, 11431, 11432,
11433, 11434, 11438, 11439, 11440, 11441, 11442, 11443, 11444, 11446,
11447, 11448, 11450, 11451, 11453, 11454, 11455, 11456, 11457, 11458,
11460, 11462, 11463, 11484, 11485, 11486, 11487, 11488, 11489, 11490,
11491, 11492, 11493, 11494, 11495, 11496, 11497, 11498, 11499, 11500,
11501, 11502, 11503, 11504, 11506, 11508, 11508, 11509, 11512, 11514,
11515, 11516, 11517, 11519, 11522, 11523, 11524, 11525, 11526, 11527,
11528, 11529, 11530, 11531, 11532, 11533, 11534, 11535, 11536, 11537,
11538, 11539, 11540, 11541, 11542, 11543, 11544, 11546, 11547, 11549,
11550, 11551, 11553, 11554, 11555, 11558, 11559, 11560, 11561, 11562,
11566, 11567, 11568, 11569, 11570, 11571, 11572, 11573, 11574, 11575,

Joseph S. Nacca
Rust Consulting, Inc.
May 16, 2005
Page 3

11577, 11578, 11579, 11580, 11581, 11582, 11583, 11584, 11585, 11586,
11587, 11588, 11589, 11590, 11592, 11593, 11594, 11595, 11596, 11597,
11598, 11599, 11600, 11602, 11603, 11604, 11605, 11606, 11686, 11687,
11688, 11689, 11691, 11692, 11693, 11694, 11696, 11697, 11698, 11699,
11700, 11701, 11701, 11701, 11701, 11703, 11704, 11705,. 11707,
11708, 11710, 11711, 11712, 11714, 11715, 11716, 11720, 11721, 11723,
11724, 14409, 14410, 10510 / 10759, 10525 / 10527, 10533 / 10534 /
11722, 10533 / 10534 / 11722, 10533 / 10534 / 11722, 10676 /
11685, 10683 / , 1079, 10687 / 10988, 10695 / 10917 / 11128 , 10700
(Add-on), 10716 / 10718 , 10949, 10749 / 10948, 10780 & 11518,
10848 / 10870, 10878 / 10845, 10954 , 11695, 11018 / 11227, 11106
/ 11144, 11114 / 11402, 11118 / 10729, 11129 , 10666, 11151 /
11125 , 11175 / 11237, 11181 / 11182, 11437 / 11436, 11510 , 11702,
11717 / 11718, 6697 / 11252, 6869 / 10710, 6880 / 11102 , 6893 / ,
0714, 6899 / 11576, 6901 / 11236, 6916 / 11174, 9838, 9839, 9840,
9841, 9842, 9843, 9844, 9845, 9846, 9847, 9848, 9849, 9850, 9851, 9852,
9853, 9854, 9855, 9856, 9857, 9858, 9859, 9860, 9861, 9862, 9863, 9864,
9865, 9866, 9867, 9868, 9869, 9870, 9871, 9872, 9873, 9874, 9875, 9876,
9877, 9878, 9879, 9880, 9881, 9882, 9883, 9884, 9885, 9886, 9887, 9888,
9889, 9890, 9891, 9892, 9893, 9895, 9896, 9897, 9909, 9910, 9925, 9928,
9970, 9988, 9993, 10018, 10019, 10020, 10053, 10058, 10078, 10160,
10208, 10229, 10230, 10237, 10303, 10319, 10597, 10621, 11322, 11323,
11618, 11619, 11620, 11621, 11622, 11623, 11624, 11625, 11626, 11627,
11628, 11629, 11630, 11631, 11632, 11633, 11634, 11635, 11636, 11637,
11638, 11639, 11640, 11641, 11642, 11643, 11644, 11645, 11646, 11647,
11648, 11649, 11650, 11651, 11652, 11653, 11654, 11655, 11656, 11657,
11658, 11659, 11660, 11661, 11662, 11663, 11664, 11665, 11666, 11667,
11668, 11669, 11670, 11671, 11672, 11673, 11674, 11675, 11676, 11677,
11678, 11679, 11680, 11681, 11682, 11683, 11684, 11735, 11745, 11800,
11802, 11817, 11819, 11820, 11866, 11876, 11918, 11957, 11962, 12291,
12292, 12293, 12294, 12295, 12296, 12297, 12298, 12299, 12300, 12301,
12302, 12303, 12304, 12305, 12306, 12307, 12308, 12309, 12310, 12311,
12312, 12313, 12314, 12315, 12316, 12317, 12318, 12319, 12320, 12321,
12322, 12323, 12324, 12325, 12326, 12327, 12328, 12329, 12330, 12331,
12332, 12333, 12334, 12335, 12336, 12337, 12338, 12339, 12340, 12341,
12342, 12343, 12344, 12345, 12346, 12347, 12348, 12349, 12350, 12351,
12352, 12353, 12354, 12355, 12356, 12357, 12358, 12359, 12360, 12361,
12362, 12363, 12365, 12366, 12367, 12368, 12369, 12370, 12371, 12372,
12373, 12374, 12375, 12376, 12377, 12378, 12379, 12380, 12381, 12382,
12383, 12384, 12385, 12386, 12387, 12388, 12389, 12390, 12391, 12392,

Joseph S. Nacca
Rust Consulting, Inc.
May 16, 2005
Page 4

12393, 12394, 12395, 12396, 12397, 12398, 12399, 12400, 12401, 12402,
12403, 12404, 12405, 12406, 12407, 12408, 12409, 12410, 12411, 12412,
12413, 12414, 12415, 12416, 12417, 12418, 12419, 12420, 12421, 12422,
12423, 12424, 12425, 12426, 12427, 12428, 12429, 12430, 12431, 12432,
12433, 12434, 12435, 12436, 12437, 12438, 12439, 12440, 12441, 12442,
12443, 12444, 12445, 12446, 12447, 12448, 12449, 12450, 12451, 12452,
12453, 12454, 12455, 12456, 12457, 12458, 12459, 12460, 12461, 12462,
12463, 12464, 12465, 12466, 12467, 12468, 12469, 12470, 12471, 12472,
12473, 12474, 12475, 12476, 12477, 12478, 12479, 12480, 12481, 12482,
12483, 12484, 12485, 12486, 12487, 12488, 12489, 12490, 12491, 12492,
12493, 12494, 12495, 12496, 12497, 12498, 12499, 12500, 12501, 12502,
12503, 12504, 12505, 12506, 12507, 12508, 12509, 12510, 12511, 12512,
12513, 12514, 12515, 12516, 12517, 12518, 12519, 12520, 12521, 12522,
12523, 12524, 12525, 12526, 12527, 12528, 12529, 12530, 12531, 12532,
12533, 12534, 12535, 12536, 12537, 12538, 12539, 12540, 12541, 12542,
12543, 12544, 12545, 12546, 12547, 12548, 12549, 12550, 12551, 12552,
12553, 12554, 12555, 12556, 12557, 12558, 12559, 12560, 12561, 12562,
12563, 12564, 12565, 12566, 12567, 12568, 12570, 12571, 12572, 12573,
12574, 12575, 12576, 12577, 12578, 12579, 12580, 12581, 12582, 12583,
12584, 12585, 12586, 12587, 12588, 12589, 12590, 12591, 12592, 12593,
12594, 12616, 13950 and 14885.

Dear Counsel and Claims Processing Agent:

Enclosed please find the Notice of Supplemental Submission of Certain Speights &
Runyan Asbestos Property Damage Claims with attached document summaries. Subject to this
Notice, whose voluminous attachments are being sent via overnight mail as instructed, are
intended to supplement 1,143 (one thousand one-hundred forty-three) claims identified in the
Notice in "Attachment A." The documents identified in the summary are available for inspection
as set forth in the Notice at such time as may be mutually acceptable to the Claimants and the
Debtor.

When making arrangements to view the documents, please contact me at (803) 943-4444.

If you have any questions or concerns, please do not hesitate to give me a call. Please
accept my kindest regards

Sincerely,

Marion C. Fairey, Jr.

MCF/smh
Enclosure

**EXHIBIT L**

03/08/2005    12:27    U.S. BANKRUPTCY → NANCY    NO.086    D02

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL INC., | ) | Case No. 01-10578 (RTL). |
| T&N LIMITED, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | [Related Docket Nos. 2951 + 3095] |

ORDER APPROVING STIPULATION WITHDRAWING (i) CERTAIN CLAIMS
FILED BY THE LAW FIRM OF SPEIGHTS & RUNYAN AND
(ii) THE DEBTORS' PROCEDURAL OBJECTIONS TO CERTAIN
OTHER CLAIMS FILED BY SPEIGHTS & RUNYAN

Upon consideration of the *Stipulation Withdrawing (i) Certain Claims Filed By*

*The Law Firm Of Speights & Runyan And (ii) The Debtors' Procedural Objections To Certain*

---

[1] The U.S. Debtors are Carter Automotive Company, Inc., Federal-Mogul Corporation, Federal-Mogul Dutch Holdings Inc., Federal-Mogul FX, Inc., Federal-Mogul Global Inc., Federal-Mogul Global Properties, Inc., Federal-Mogul Ignition Company, Federal-Mogul Mystic Inc., Inc., Federal-Mogul Piston Rings, Inc., Federal-Mogul Powertrain, Inc., Federal-Mogul Products, Inc., Federal-Mogul Puerto Rico, Inc., Federal-Mogul Tri-Way, Inc., Federal-Mogul U.K. Holdings, Inc., Federal-Mogul Venture Corporation, Federal-Mogul World Wide, Inc., Felt Products Manufacturing Co., FM International LLC, Ferodo America, Inc., Gasket Holdings Inc., J.W.I. Holdings, Inc., McCord Sealing, Inc., and T&N Industries Inc.

The English Debtors are AE Dayton Services Limited, AE Group Machines Limited, AE Holdings Limited, AE International Limited, AE Limited, AE Piston Products Limited, AE Sales (Africa) Limited, Aeroplane & Motor Aluminium Castings Limited, Amber Supervision Limited, Ashburton Road Services Limited, Associated Engineering Group Limited, Awncast Limited, Bearings (North-Western) Limited, Brake Linings Limited, Calvert Rubber Co. Limited, Contact 100 Limited, Coinold Limited, Cranhold Limited, Dealings Limited, Duraplington Services Limited, Duron Limited, E W Engineering Limited, Edmunds, Walker & Co. Limited, Engineering Components Limited, Federal-Mogul Acquisition Company Limited, Federal-Mogul Aftermarket UK Limited, Federal-Mogul Bradford Limited, Federal-Mogul Brake Systems Limited, Federal-Mogul Bridgwater Limited, Federal-Mogul Camshaft Castings Limited, Federal-Mogul Camshafts Limited, Federal-Mogul Engineering Limited, Federal-Mogul Eurofriction Limited, Federal-Mogul Export Services Limited, Federal-Mogul Friction Products Limited, Federal-Mogul Global Growth Limited, Federal-Mogul Ignition (UK) Limited, Federal-Mogul Powertrain Systems International Limited, Federal-Mogul Sealing Systems (Cardiff) Limited, Federal-Mogul Sealing Systems (Rochdale) Limited, Federal-Mogul Sealing Systems (Slough) Limited, Federal-Mogul Sealing Systems Limited, Federal-Mogul Shoreham Limited, Federal-Mogul Sintered Products Limited, Federal-Mogul Systems Protection Group Limited, Federal-Mogul Technology Limited, Federal-Mogul U.K. Limited, Ferodo Caernarfon Limited, Ferodo Limited, FHE Technology Limited, Fleetside Investments Limited, F-M UK Holding Limited, FP Diesel Limited, Friction Materials Limited, G.B. Tools & Components Exports Limited, Greefscope Limited, Grid Limited, Halls Gaskets Limited, Hepworth & Grandage Limited, High Precision Equipment Limited, Inblot Limited, Instazweeder Limited, J.W. Roberts Limited, Kings Park Housing Limited, Lidden Limited, Lanch Limited, Lanode Precision Equipment Limited, Leeds Piston Ring & Engineering Co. Limited, M.T.A. (Kettering) Limited, Mauro Engineering Co. Limited, Mobile Distributing (Spares) Limited, Moores Plastic Units Limited, Newalls Insulation Company Limited, Ouhill Limited, Payen (Europe) Limited, Pecal Limited, Pressworks Components Limited, Sistration Limited, Sourcelook Limited, Specialloid, Limited, STS (1996) Limited, TAF International Limited, T&N Holdings Limited, T&N International Limited, T&N Investments Limited, T&N Limited, T&N Materials Research Limited, T&N Shelf Fifteen Limited, T&N Piston Products Group Limited, T&N Properties Limited, T&N Shelf Eight Limited, T&N Shelf Eighteen Limited, T&N Shelf Fifteen Limited, T&N Shelf Five Limited, T&N Shelf Four Limited, T&N Shelf Fourteen Limited, T&N Shelf Nine Limited, T&N Shelf Nineteen Limited, T&N Shelf One Limited, T&N Shelf Seven Limited, T&N Shelf Six Limited, T&N Shelf Sixteen Limited, T&N Shelf Ten Limited, T&N Shelf Thirteen Limited, T&N Shelf Thirty Limited, T&N Shelf Thirty-One Limited, T&N Shelf Thirty-Three Limited, T&N Shelf Three Limited, T&N Shelf Twenty Limited, T&N Shelf Twenty-Eight Limited, T&N Shelf Twenty-Five Limited, T&N Shelf Twenty-Four Limited, T&N Shelf Twenty-Nine Limited, T&N Shelf Twenty-Six Limited, T&N Shelf Twenty-Two Limited, T&N Shelf Two Limited, T&N Trade Marks Limited, T&N Welfare Trust Limited, TBA Belting Limited, TBA Belting (Residual) Limited, TBA Industrial Products Limited, Telford Rubber Processors Limited, Telford Technology Supplies Limited, The British Piston Ring Company Limited, The Washington Chemical Company Limited, Tinblo Limited, Touchdown Adhesive Products Limited, Turner & Newall Limited, Turner Brothers Asbestos Company Limited, Tysnda Limited, Vanwall Cars Limited, Wellworthy Limited, Wellworthy Property Developments Limited, and William C. Jones (Polymers) Limited. Unlike all the other English Debtors, T&N Investments Limited is a Scottish rather than English company and has commenced administration proceedings in Scotland rather than England to 2002.

32440-001\DOCS_DE:99972.1

*Other Claims Filed By Speights & Runyan* (the "Stipulation"), attached hereto as Exhibit 1, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Stipulation is approved; and it is further

ORDERED that the 1228 claims listed on Exhibit A to the Stipulation (the "Withdrawn Claims") are withdrawn with prejudice; and it is further

ORDERED that any votes to accept or reject the Debtors' plan of reorganization submitted in connection with the Withdrawn Claims are void and shall not be considered for the purposes of determining acceptance or rejection of the Debtors' plan of reorganization or for any other purpose; and it is further

ORDERED that the Objections (as defined in the Stipulation) are withdrawn without prejudice with respect to the 1687 claims listed on Exhibit B to the Stipulation (the "Other Claims"); and it is further

ORDERED that the Debtors rights to raise further objections to the Other Claims on any grounds are expressly reserved and preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or relating to this order.

Dated: March 8, 2005

Raymond T. Lyons
Honorable Raymond T. Lyons
United States Bankruptcy Court Judge

**EXHIBIT M**

# EXHIBIT M

Proposed Order

11

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

Related to Docket No. _____

## ORDER REGARDING DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) DISALLOWING CERTAIN CLAIMS FILED BY THE LAW FIRM OF SPEIGHTS & RUNYAN

This matter coming before the Court on the *Debtors' Twelfth Omnibus Objection (Non-Substantive) to Certain Claims Filed by the Law Firm of Speights & Runyan* (the "Motion"); the Court having reviewed and considered the Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O); and (iii) no further notice or hearing on the Motion being required:

IT IS HEREBY ORDERED THAT each of the Unauthorized Claims (as defined in the Motion) is hereby disallowed, with prejudice.

Wilmington, Delaware

Dated: _____, 2005

_____

UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT N**

Janet
Baer/Chicago/Kirkland-Ellis
06/17/2005 01:03 PM

To   "Samuel Blatnick" <Sblatnick@kirkland.com>

cc

bcc

Subject   Fw: Grace Ch. 11--Duplicate Claims


----- Original Message -----
From: Richard.Finke
Sent: 06/17/2005 12:34 PM
To: jbaer@kirkland.com; mbrowdy@kirkland.com
Subject: FW: Grace Ch. 11--Duplicate Claims


            As per my prior e-mail.  This will be the first of three.

-----Original Message-----
From: Finke, Richard
Sent: Friday, February 18, 2005 1:58 PM
To: Daniel Speights (E-mail)
Cc: Beber, Robert H.
Subject: Grace Ch. 11--Duplicate Claims


            Mr. Speights:
                        You may recall our discussion on Wednesday when I
advised you
that I am aware of at least two situations where Speights & Runyan filed
asbestos property damage claims for properties that are also the subject
of claims filed by the owners of the properties.  The following is the
claim information relating to those two situations:

            3250 Euclid Avenue, Cleveland, Ohio
                        Claim No. 2785--filed by Building Laborers Union
Local 310
(current owner)
                        Claim No. 11591--filed by Speights & Runyan

            101 Ash Street, San Diego, California
                        Claim No. 9776--filed by Shapery Developers Gas &
Electric
Property LP (current
                                                        owner)
                        Claim No. 10922--filed by Speights & Runyan
                        Claim No. 11308--filed by Sempra Energy, San Diego
Gas &
Electric, and Enova
                                                        (former owners
and current tenants)

In light of the apparently duplicative nature of Claim Nos. 11591 and
10922, Grace requests that Speights & Runyan withdraw those claims.
                        Thank you for your consideration of this request.

            Richard C. Finke

**EXHIBIT O**

Janet
Baer/Chicago/Kirkland-Ellis
06/17/2005 01:02 PM

To  "Samuel Blatnick" <Sblatnick@kirkland.com>

cc

bcc

Subject  Fw: S&R PD Claims--2019 Statement


----- Original Message -----
From: Richard.Finke
Sent: 06/17/2005 12:34 PM
To: jbaer@kirkland.com; mbrowdy@kirkland.com
Subject: FW: S&R PD Claims--2019 Statement


          The second of three.

-----Original Message-----
From: Finke, Richard
Sent: Thursday, February 24, 2005 3:36 PM
To: Daniel Speights (E-mail)
Subject: FW: S&R PD Claims--2019 Statement


          Mr. Speights:

                    During our February 16 meeting I indicated that Grace
had
identified a number of claims that were filed by your firm on behalf of
claimants it did not appear to represent.  Attached please find a list
of 168 claims filed in Grace's Ch. 11 proceedings by Speights & Runyan
on behalf of claimants that are not included in your firm's 2019
statement.  Grace interprets these omissions as evidence either that
your firm lacked the requisite authorization to file those claims on
behalf of the named claimants, or that the 2019 statement is incomplete.
 Grace therefore requests that, as part of the proposed stipulation we
discussed on February 16, Speights & Runyan agree to withdraw claims on
the attached list to the extent they were not authorized by the
claimants named therein.  In addition, Grace requests that Speights &
Runyan supplement its 2019 statement if and to the extent one or more
claimants was erroneously omitted from that statement.

                    To the extent the listed claims are not withdrawn
and/or were
not filed on behalf of claimants included in a proper 2019 statement,
Grace reserves the right to seek dismissal of the claims by the
bankruptcy court and any other appropriate relief.

          Richard C. Finke
          Senior Litigation Counsel
          W.R. Grace & Co.



NotonSpeights2019Lst2-18.xls

**EXHIBIT P**

Janet
Baer/Chicago/Kirkland-Ellis

06/17/2005 01:02 PM

To    "Samuel Blatnick" <Sblatnick@kirkland.com>

cc

bcc

Subject    Fw: Speight & Runyan Claims


----- Original Message -----
From: Richard.Finke
Sent: 06/17/2005 12:35 PM
To: jbaer@kirkland.com; mbrowdy@kirkland.com
Subject: FW: Speight & Runyan Claims

            Third of three.
-----Original Message-----
From: Finke, Richard
Sent: Monday, March 07, 2005 2:12 PM
To: Daniel Speights (E-mail)
Cc: Beber, Robert H.; Siegel, David
Subject: FW: Speight & Runyan Claims


            Mr. Speights:

            As we discussed generally last Monday, I am forwarding for your
consideration the attached list of 374 claims filed by your firm.  The
Debtors in Grace's Ch. 11 proceedings hereby request that Speights &
Runyan withdraw each of the 374 claims on the grounds that they lack
certain fundamental prerequisites of asbestos property damage claims in
this bankruptcy.  Specifically, the claims contain one or more of the
following deficiencies:
            (1) the claims were filed on behalf of buildings or construction
job sites, not on behalf         of persons or entities with legally
cognizable interests in the properties in         question such as would
give them standing to assert the claims;
            (2) the claims were filed on behalf of construction companies,
building supply stores,              paint and plastering contractors, and
other
similar businesses that may have purchased         Grace products but lack
any legally cognizable interests in the properties in question such
as would give them standing to assert the claims;
            (3) the claims lack street addresses (and in a few cases, city
addresses).
To the extent the claims identified on the attachment are not withdrawn,
Grace reserves the right to seek dismissal of the claims by the
bankruptcy court and any other appropriate relief.

            By providing the attached list at this time, I do not believe
there
is a need for us to meet in Miami on Wednesday, as we had discussed.
Let me know if you disagree.

            Richard C. Finke

**EXHIBIT Q**

*CF*
*Grace*

# KIRKLAND & ELLIS LLP

**AND AFFILIATED PARTNERSHIPS**

200 East Randolph Drive
Chicago, Illinois 60601

John Donley
To Call Writer Directly:
312 861-2068
jdonley@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

May 27, 2005

Daniel A. Speights
Amanda G. Steinmeyer
Speights & Runyan
Attorneys at Law
200 Jackson Avenue East
Hampton, South Carolina  29924

Dear Mr. Speights:

We have been reviewing the several thousand asbestos property-damage proofs of claim filed by your firm against the W. R. Grace & Co. bankruptcy estates, and it appears that your firm may not represent many of the claimants.  Many of the claims are filed on behalf of buildings or projects, not actual claimants.  The fact that the forms were signed by a lawyer from your firm, and not the claimant as required, further suggests that your firm may not actually represent these claimants.

To avoid the effort of investigating thousands of claims, we have identified the attached list of claims as a first step.  With regard to these claims, we would appreciate if you could send us documentation that your firm actually represents these clients.  We expect that such documentation would be readily available and not voluminous and would be grateful if you could provide it to us within a week.  We may need to pursue this matter further through formal discovery if our informal communications on this matter are not sufficient.

Thank you for your attention to this matter.  Please do not hesitate to contact me if you have any questions.

Sincerely,

John Donley

London        Los Angeles        Munich        New York        San Francisco        Washington, D.C.

# KIRKLAND & ELLIS LLP

Daniel A. Speights
May 27, 2005
Page 2

JD/lic

cc:     Richard Finke
        Janet S. Baer

**Exhibit A**

| Claim Number(s) | Claimant |
|---|---|
| 6874 | M&T Banks |
| 10833 | Ahmanson Center |
| 10973 | "Hospital," Petaluma, CA |
| 11125 | "Hospital," Carroll, IA |
| 10834 | McCrory Summwalt Construction Co. |
| 10852 | Frank Ulmer Lumber Co. |
| 10924 | Smith Plastering, |
| 10928 | Woodcock Plastering |
| 11154 | Stadium in Storm Lake, Sioux City, IA |
| 10768 | Woodman Tower Building |
| 11556 | Montgomery Ward-Randhurst Shopping Center |
| 11557 | Mid Continent Building |
| 11086 | Zoo Job, Little Rock, AK |
| 11413 | Dale Spicer-Hospital Job, Kanawha City, WV |
| 11179 | Investment Tower Job, Cleveland |
| 11420 | Moran Job, Market Street, Seattle |
| 10770, 10771 and 10772 | Bowery Savings Bank |
| 6643 | W.C. Froelich Inc. |
| 10773 | Leonard's Hospital |
| 6726 | "Harvard Public Health (Harv Vanguard Med. Asso" |
| 6661 | American Medical Association Building |
| 6672 | Employer's Mutual Job |