## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | Objection Deadline: June 10, 2005 at 4:00 p.m. |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 8481

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Second Supplemental Application of David T. Austern, Future Claimants' Representative, for Authorization to Extend the Terms of Employment of CIBC World Markets Corp as Financial Advisor ("Second Supplemental Application") filed with the Court on May 23, 2005 and entered on the Court's docket as Docket No. 8481. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Second Supplemental Application appears thereon. Pursuant to the Second Supplemental Application, objections to the Application were to be filed no later than June 10, 2005.

SWIDLER BERLIN LLP

Dated: June 14, 2005      By: _____
Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on June 14, 2005, I caused a copy of the *Certification of No Objection Regarding Docket No. 8481* to be served upon those persons listed below:

David M. Bernick, P.C.
Janet S. Baer, Esquire
James W. Kapp, III, Esquire
Samuel L. Blatnick, Esquire
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lock Box 35
Wilmington, DE 19801

*Debra O. Fullem*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP