## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 11, 2005 at 4:00 p.m.
Hearing date:  To be scheduled, only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the Fortieth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from May 1, 2005 through May 31, 2005, seeking

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L. B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation in the amount of $17,670.50 and reimbursement for actual and necessary expenses in the amount of $421.11 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 11, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
        June 20, 2005

                      Respectfully submitted,

                      Michael R. Lastowski (DE I.D. No. 3892)
                      Richard W. Riley (DE I.D. No. 4052)
                      DUANE MORRIS LLP
                      1100 North Market Street, Suite 1200
                      Wilmington, DE 19801
                      Telephone:    (302) 657-4900
                      Facsimile:    (302) 657-4901
                      E-mail:        mlastowski@duanemorris.com

                      - and –

                      William S. Katchen (Admitted in NJ Only)
                      DUANE MORRIS LLP
                      One Riverfront Plaza
                      Newark, New Jersey 07102
                      Telephone:    (973) 424-2000
                      Facsimile:    (973) 424-2001
                      E-mail:        wskatchen@duanemorris.com

                      -and -

                      Lewis Kruger
                      STROOCK & STROOCK & LAVAN LLP
                      180 Maiden Lane
                      New York, New York 10038-4982
                      Telephone:    (212) 806-5400
                      Facsimile:    (212) 806-6006
                      e-mail:        lkruger@stroock.com

                      *Co-Counsel for the Official Committee of Unsecured Creditors of*
                      *W. R. Grace & Co., et al*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

**W.R. Grace & Co., et al.**                    Case No. 01-01139 (JKF)

               Debtors.          Jointly Administered

**Objection Date: July 11, 2005 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**

### THIRTY-NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### FROM APRIL 1, 2005 THROUGH APRIL 30, 2005

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **May 1, 2005 through May 31, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$17,670.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$421.11** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hours and the corresponding compensation requested is approximately $185.00[2]

This is the fortieth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Fortieth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| September 23, 2004 | 8/1/04-<br>8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 –<br>9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 –<br>10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 –<br>11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 -<br>12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 –<br>1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 –<br>2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 –<br>3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 –<br>4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |

## Quarterly Fee Applications

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | | |
| May 18, 2005 | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | | |

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

June 17, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1099420                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 13.80 hrs. at | $525.00 /hr. = | $7,245.00 | |
| RW RILEY | PARTNER | 0.80 hrs. at | $415.00 /hr. = | $332.00 | |
| WS KATCHEN | PARTNER | 13.10 hrs. at | $575.00 /hr. = | $7,532.50 | |
| CM WINTER | ASSOCIATE | 0.50 hrs. at | $310.00 /hr. = | $155.00 | |
| MF HAHN | ASSOCIATE | 0.40 hrs. at | $290.00 /hr. = | $116.00 | |
| VL AKIN | PARALEGAL | 11.60 hrs. at | $185.00 /hr. = | $2,146.00 | |
| SE WALLACE | MISCELLANEOUS | 0.50 hrs. at | $180.00 /hr. = | $90.00 | |
| TJ HANNON | MISCELLANEOUS | 0.30 hrs. at | $180.00 /hr. = | $54.00 | |
| | | | | | $17,670.50 |

DISBURSEMENTS
DOCUMENT RETRIEVAL                              21.20
MEETING EXPENSE                                278.10
OVERNIGHT MAIL                                  60.81
PRINTING & DUPLICATING                          56.25
TELECOPY                                         4.75
TOTAL DISBURSEMENTS                                         $421.11

BALANCE DUE THIS INVOICE                                  $18,091.61

PREVIOUS BALANCE                                          $66,193.71

TOTAL BALANCE DUE                                         $84,285.32

Duane Morris
June 17, 2005
Page 2

File # K0248-00001                                              INVOICE #  1099420
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 5/3/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 5/13/2005 | 004 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $115.00 |
| 5/13/2005 | 004 | WS KATCHEN | REVIEW STATUS OF LEGISLATION. | 0.30 | $172.50 |
| 5/16/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE'S MEMO. | 0.20 | $115.00 |
| 5/16/2005 | 004 | WS KATCHEN | MEMO TO COMMITTEE MEMBER. | 0.10 | $57.50 |
| 5/17/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $115.00 |
| 5/17/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: PENSION ISSUES. | 0.40 | $230.00 |
| 5/19/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.30 | $55.50 |
| 5/19/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.40 | $74.00 |
| 5/20/2005 | 004 | MF HAHN | REVIEW DOCUMENTS AND FEE APPLICATIONS SERVED | 0.40 | $116.00 |
| 5/23/2005 | 004 | WS KATCHEN | E-MAIL TO COMMITTEE. | 0.20 | $115.00 |
| 5/23/2005 | 004 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH ARLENE KRIEGER. | 0.20 | $115.00 |
| 5/24/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL. | 0.50 | $92.50 |
| 5/26/2005 | 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY RE: CASE STATUS AND LEGISLATION | 0.30 | $172.50 |
| | | | Code Total | 3.90 | $1,582.50 |

Duane Morris
June 17, 2005
Page 3

File # K0248-00001                                              INVOICE #  1099420
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/3/2005 005 | WS KATCHEN | REVIEW DEBTORS' QUARTERLY REPORTS OF ASSET SALES LESS THAN $250,000 AND SETTLEMENTS. | 0.20 | $115.00 |
| 5/3/2005 005 | WS KATCHEN | REVIEW STIPULATION RE: CARUCCIO CLAIMS. | 0.10 | $57.50 |
| 5/6/2005 005 | WS KATCHEN | REVIEW ORDER - OBJECTION TO CLAIMS RE:  LOCAL LODGE 726 (3 CLAIMS) | 0.20 | $115.00 |
| 5/6/2005 005 | WS KATCHEN | REVIEW STIPULATION AND ORDER RE: UNITED STEEL WORKERS. | 0.10 | $57.50 |
| 5/6/2005 005 | WS KATCHEN | REVIEW ORDER RE:  FESTA | 0.10 | $57.50 |
| 5/6/2005 005 | WS KATCHEN | REVIEW ORDER RE:  CMO - ESTIMATION | 0.10 | $57.50 |
| 5/6/2005 005 | WS KATCHEN | REVIEW ORDER - OBJECTION TO CLAIMS ; LOCAL LODGE 727 | 0.20 | $115.00 |
| 5/9/2005 005 | WS KATCHEN | REVIEW AGENDA FOR HEARINGS ON MAY 16, 2005. | 0.20 | $115.00 |
| 5/12/2005 005 | WS KATCHEN | REVIEW UPDATE ON NEW JERSEY DEP INVESTIGATION V. DEBTOR. | 0.20 | $115.00 |
| 5/13/2005 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION, MEMORANDUM OF POINTS AND AUTHORITIES AND APPENDIX RELATING TO PI CMO AND QUESTIONNAIRE | 3.10 | $1,627.50 |
| 5/14/2005 005 | WS KATCHEN | REVIEW DEBTOR'S MEMO IN SUPPORT OF MOTION TO APPROVE CMO V. QUESTIONNAIRE. | 1.80 | $1,035.00 |
| 5/26/2005 005 | WS KATCHEN | REVIEW CONSULTING AGREEMENT. | 0.10 | $57.50 |
| 5/26/2005 005 | WS KATCHEN | REVIEW §1121(D). | 0.10 | $57.50 |
| 5/27/2005 005 | MR LASTOWSKI | REVIEW SUPPLEMENTAL PROPERTY DAMAGE CLAIM OBJECTIONS | 0.30 | $157.50 |
| 5/27/2005 005 | WS KATCHEN | REVIEW MOTION TO OBJECT TO SEVERAL PD CLAIMS | 0.10 | $57.50 |
| 5/29/2005 005 | WS KATCHEN | ESTIMATION RESEARCH. | 2.70 | $1,552.50 |
| | | Code Total | 9.60 | $5,350.00 |

Duane Morris
June 17, 2005
Page 4

File # K0248-00001                                        INVOICE #  1099420
   W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2005 | 006 | MR LASTOWSKI | REVIEW NINTH OMNIBUS CLAIM OBJECTION | 0.20 | $105.00 |
| 5/20/2005 | 006 | MR LASTOWSKI | REVIEW TENTH OMNIBUS CLAIM OBJECTION | 0.20 | $105.00 |
| | | | Code Total | 0.40 | $210.00 |

Duane Morris
June 17, 2005
Page 5

File # K0248-00001                                              INVOICE # 1099420
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 1/26/2005 | 007 | CM WINTER | TELEPHONE CALL FROM PARALEGAL AT CROSSMARK RE FUNDS BEING HELD RE PREPETITION MARKETING AND RETURNING CALL | 0.10 | $31.00 |
| 3/29/2005 | 007 | CM WINTER | TELEPHONE CALL FROM SETH MEISEL REGARDING DELL LEASED EQUIPMENT AND EMAIL TO MONTY CLAYBROOK RE SAME | 0.40 | $124.00 |
| 5/9/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 1.20 | $630.00 |
| 5/11/2005 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM CRAIG ADAMS (CREDITOR) RE: STATUS | 0.30 | $157.50 |
| 5/26/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.50 | $262.50 |
| 5/26/2005 | 007 | WS KATCHEN | ATTEND CONFERENCE AT STROOCK - DEBTOR/COMMITTEE. | 3.50 | $2,012.50 |
| 5/26/2005 | 007 | WS KATCHEN | TRAVEL TO NEW YORK CITY AT 1/2 FOR MEETING AT STROOCK. | 0.50 | $287.50 |
| 5/26/2005 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY RE: LITIGATION STRATEGY (CONFIDENTIAL). | 0.20 | $115.00 |
| | | | Code Total | 6.70 | $3,620.00 |

Duane Morris
June 17, 2005
Page 6

File # K0248-00001                                    INVOICE #  1099420
     W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/25/2005 | 008 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO MAKE CERTAIN PENSION PLAN CONTRIBUTIONS | 0.40 | $210.00 |
| 5/26/2005 | 008 | WS KATCHEN | REVIEW MOTION RE:  LAKE CHARLES PENSION PLAN. | 0.20 | $115.00 |
| 5/26/2005 | 008 | WS KATCHEN | REVIEW DEFINED BENEFIT PLAN CONTRIBUTIONS | 0.20 | $115.00 |
| | | | Code Total | 0.80 | $440.00 |

Duane Morris
June 17, 2005
Page 7

File # K0248-00001                                    INVOICE #  1099420
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/25/2005 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO ENTER INTO POST-RETIREMENT CONSULTING AGREEMENT WITH FORMER GENERAL COUNSEL | 0.30 | $157.50 |
| 5/26/2005 010 | MR LASTOWSKI | REVIEW DAVID AUSTERN'S SECOND SUPPLEMENTAL APPLICATION TO RETAIN CIBC WORLD WIDE MARKETS | 0.30 | $157.50 |
| | | Code Total | 0.60 | $315.00 |

Duane Morris
June 17, 2005
Page 8

File # K0248-00001                                                INVOICE #  1099420
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/4/2005 | 012 | VL AKIN | PREPARE SIXTEENTH INTERIM FEE APPLICATION OF DUANE | 0.90 | $166.50 |
| 5/11/2005 | 012 | VL AKIN | CONFERENCE WITH J. GRACE AT THE TRUSTEE'S OFFICE REGARDING MARCH 2005 FEE APPLICATION OF DUANE. REVIEW APPLICATION REGARDING TRUSTEE ISSUES FORWARD EMAIL TO M. LASTOWKI, B. KATCHEN AND D. SPEERS REGARDING SAME. | 0.60 | $111.00 |
| 5/12/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING APRIL 2005 BILL FOR DUANE | 0.40 | $74.00 |
| 5/13/2005 | 012 | RW RILEY | REVIEWING CNO FOR MARCH 2005 DUANE MORRIS FEE APPLICATION | 0.10 | $41.50 |
| 5/13/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING MARCH 2005 FEE APPLICATION OF DUANE. REVIEW DOCKET | 0.30 | $55.50 |
| 5/13/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING MARCH 2005 FEE APPLICATION OF DUANE | 0.40 | $74.00 |
| 5/16/2005 | 012 | VL AKIN | REVIEW SIXTEENTH QUARTERLY FEE APPLICATION PER M. LASTOWSKI'S CONFERENCE WITH US TRUSTEE | 0.40 | $74.00 |
| 5/18/2005 | 012 | MR LASTOWSKI | REVIEW AND APPROVE DUANE MORRIS 16TH QUARTERLY FEE APPLICATION | 0.60 | $315.00 |
| 5/18/2005 | 012 | VL AKIN | REVIEW & EDIT APRIL 2005 DRAFT BILL | 0.70 | $129.50 |
| 5/18/2005 | 012 | VL AKIN | EDIT SIXTEENTH QUARTERLY FEE APPLICATION OF DUANE | 0.60 | $111.00 |
| 5/18/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CNO FOR MARCH 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 5/18/2005 | 012 | VL AKIN | FILE AND SERVE 16TH QUARTERLY FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 5/20/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING APRIL 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 5/23/2005 | 012 | VL AKIN | PREPARE APRIL 2005 FEE APPLICATION OF DUANE | 1.40 | $259.00 |
| 5/24/2005 | 012 | VL AKIN | FILE AND SERVE APRIL 2005 FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| | | | Code Total | 8.60 | $1,818.00 |

Duane Morris
June 17, 2005
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1099420

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/9/2005 | 013 | VL AKIN | FILE FOURTEENTH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 5/12/2005 | 013 | RW RILEY | REVIEWING FEE APPLICATION FOR COMMITTEE PROFESSIONAL FOR MARCH 2005. | 0.70 | $290.50 |
| 5/16/2005 | 013 | VL AKIN | FILE 5TH QUARTERLY FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| 5/16/2005 | 013 | VL AKIN | REVIEW NOTICE OF APPLICATION FOR 5TH QUARTERLY FEE APPLICATION OF CAPSTONE | 0.10 | $18.50 |
| 5/19/2005 | 013 | VL AKIN | FILE SIXTEENTH QUARTERLY FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 5/20/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING MARCH 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 5/20/2005 | 013 | VL AKIN | SCAN, FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE MARCH 2005 FEE APP OF STROOCK | 0.30 | $55.50 |
| | | | Code Total | 2.50 | $623.50 |

Duane Morris
June 17, 2005
Page 10

File # K0248-00001                                           INVOICE #  1099420
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/3/2005 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT 4/24/05 HEARING | 0.50 | $262.50 |
| 5/4/2005 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF 4/24/05 HEARING | 0.50 | $262.50 |
| 5/9/2005 015 | MR LASTOWSKI | REVIEW AGENDA FOR 5/16/05 HEARING AND ITEMS IDENTIFIED THEREON | 2.90 | $1,522.50 |
| 5/9/2005 015 | VL AKIN | REVIEW DOCKET REGARDING STATUS OF HEARING ON 5/16/05 | 0.30 | $55.50 |
| 5/13/2005 015 | VL AKIN | ARRANGE FOR M. LASTOWSKI TO ATTEND 5/16 HEARING BY TELECONFERENCE | 0.20 | $37.00 |
| 5/20/2005 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT 5/16/05 HEARING | 0.30 | $157.50 |
| | | Code Total | 4.70 | $2,297.50 |

Duane Morris
June 17, 2005
Page 11

File # K0248-00001                                          INVOICE #  1099420
    W.R. GRACE & CO.

| 5/2/2005 016 | MR LASTOWSKI | REVIEW CORRESPONDENCE TO THIRD CIRCUIT RE: SEALED AIR APPEAL | 0.30 | $157.50 |
|---|---|---|---|---|
| 5/26/2005 016 | WS KATCHEN | REVIEW SETTLEMENT CYTEC AND WYETH. | 0.20 | $115.00 |
| | | Code Total | 0.50 | $272.50 |

Duane Morris
June 17, 2005
Page 12

File # K0248-00001                                    INVOICE # 1099420
     W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/5/2005 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS | 1.50 | $787.50 |
| 5/25/2005 | 017 | MR LASTOWSKI | CYTEC SETTLEMENT MOTION | 0.20 | $105.00 |
| 5/25/2005 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.20 | $105.00 |
| | | | Code Total | 1.90 | $997.50 |

File # K0248-00001                                    INVOICE #  1099420
    W.R. GRACE & CO.

| Date | | Name | Description | | |
|---|---|---|---|---|---|
| 5/6/2005 | 025 | SE WALLACE | LEGAL RESEARCH CONCERNING NEW JERSEY SUPERIOR COURT, GLOUCESTER COUNTY OPINION, OLIVO ET AL V OWNES ILLINOIS, EXXON MOBILE, ET AL, L 001459 00 (V MARCHELLO) | 0 50 | $90.00 |
| 5/9/2005 | 025 | TJ HANNON | REQUESTING NJ DAILY DECISION ALERT CASE FOR W. KATCHEN. | 0 30 | $54.00 |
| | | | Code Total | 0.80 | $144.00 |

June 17, 2005
Page 14

File # K0248-00001                                    INVOICE #  1099420
    W.R. GRACE & CO.

| | | |
|---|---:|---:|
| TOTAL SERVICES | 41.00 | $17,670.50 |

June 17, 2005
Page 15

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1099420

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/31/2005 | MEETING EXPENSE | | 278.10 |
| | | Total: | $278.10 |
| | | | |
| 5/16/2005 | OVERNIGHT MAIL PACKAGE SENT TO LEWIS KRAUGER ESQ KEN PASQUALE AT STROOCK & STROCK & LAVAN LLP - NEW YORK CITY, NY FROM WILLIAM S KATCHEN ESQ AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #849270698044) | | 11.51 |
| 5/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791076596752) | | 9.24 |
| 5/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790517395472) | | 18.21 |
| 5/24/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790031690435) | | 11.22 |
| 5/24/2005 | OVERNIGHT MAIL PACKAGE SENT TO SIEGEL DAVID B. AT SENIOR V.P. AND GENERAL COUNSE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790031679452) | | 10.63 |
| | | Total: | $60.81 |
| | | | |
| 5/31/2005 | TELECOPY | | 4.75 |
| | | Total: | $4.75 |
| | | | |
| 5/31/2005 | DOCUMENT RETRIEVAL | | 21.20 |
| | | Total: | $21.20 |
| | | | |
| 5/31/2005 | PRINTING & DUPLICATING | | 56.25 |
| | | Total: | $56.25 |
| | | | |
| | TOTAL DISBURSEMENTS | | $421.11 |