IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 27, 2005 AT
12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

**UNCONTESTED MATTERS:**

1.    Motion of Massachusetts Department of Environmental Protection for Relief from the Automatic Stay and Setoff [Filed: 3/19/04] (Docket No. 5317)

       Related Documents:

       a.    Notice of Withdrawal of Motion of Massachusetts Department of Environmental Protection for Relief from Automatic Stay and Setoff [Filed: 6/3/05] (Docket No. 8547)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: April 9, 2004 at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to the Motion of the Massachusetts Department of
      Environmental Protection for Relief from the Automatic Stay and Setoff [Filed:
      4/9/04] (Docket No. 5426)

Status: The Massachusetts Department of Environmental Protection has withdrawn this
motion. This matter will not go forward.


2.    Second Supplemental Application of David T. Austern, Future Claimants'
      Representative, for Authorization to Extend the Terms of Employment of CIBC World
      Markets Corp. as Financial Advisor [Filed: 5/23/05] (Docket No. 8481)

      Related Documents:

      a.    [Proposed] Order Authorizing David T. Austern, Future Claimants
            Representative, to Extend Terms of Employment of CIBC World Markets Corp.
            as Financial Advisor [Filed: 5/23/05] (Docket No. 8481)

      **b.    Certification of No Objection Regarding Docket No. 8481 [Filed: 6/20/05]
            (Docket No. 8641)**

      Response Deadline: June 10, 2005, at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

      **Status: No parties have objected to the relief requested in the Application.
      Accordingly, the counsel to David T. Austern, have filed a certificate of no objection
      and respectfully request the entry of the order attached to the Application.**


3.    Motion of Debtors for Entry of an Order Approving a Settlement Agreement with Cytec
      Industries, Inc., Wyeth Holdings Corporation, and Wyeth, Requiring Creation of a
      Certain Trust, and Authorizing Actions Thereunder [Filed: 5/23/05] (Docket No. 8483)

      Related Documents:

      a.    [Proposed] Order Approving a Settlement Agreement with Cytec Industries, Inc.,
            Wyeth Holdings Corporation, and Wyeth, Requiring Creation of a Certain Trust,
            and Authorizing Actions Thereunder [Filed: 5/23/05] (Docket No. 8483)

      **b.    Certification of No Objection Regarding Docket No. 8483 [Filed: 6/15/05]
            (Docket No. 8626)**

91100-001\DOCS_DE:108815.4

Response Deadline: June 10, 2005, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

4.    Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 8/23/05] (Docket No. 8484)

Related Documents:

a.    [Proposed] Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees [Filed: 8/23/05] (Docket No. 8484)\

b.    **Certification of No Objection Regarding Docket No. 8484 [Filed: 6/15/05] (Docket No. 8627)**

Response Deadline: June 10, 2005, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

5.    Motion for an Order Authorizing the Debtors to Enter Into a Post-Retirement Consulting Agreement with its Former General Counsel and Chief Restructuring Officer to Provide Consulting Services Related to the Debtors' Pending Litigation and Chapter 11 Cases [Filed: 5/23/05] (Docket No. 8485)

Related Documents:

a.    [Proposed] Order Authorizing the Debtors to Enter Into a Post-Retirement Consulting Agreement with its Former General Counsel and Chief Restructuring Officer to Provide Consulting Services Related to the Debtors' Pending Litigation and Chapter 11 Cases [Filed: 5/23/05] (Docket No. 8485)

b.    **Certification of Counsel Re: Docket No. 8485 [Filed: 6/17/05] (Docket No. 8638)**

Response Deadline: June 10, 2005, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the motion. However, the Debtors did receive informal comments from the Property Damage Committee and filed a revised proposed order addressing such comments, which order is attached to their certification of counsel. The Debtors respectfully request the entry of the order attached to the certification of counsel.**

6.  Motion for Entry of an Order Authorizing the Debtors to Contribute Funds to (A) The Lake Charles Union Pension Plan and (B) the Chattanooga Union Pension Plan to Support Amendments to Enhance Benefits Under Those Plans [Filed: 5/23/05] (Docket No. 8487)

    Related Documents:

    a.  [Proposed] Order Authorizing the Debtors to Contribute Funds to (A) The Lake Charles Union Pension Plan and (B) the Chattanooga Union Pension Plan to Support Amendments to Enhance Benefits Under Those Plans [Filed: 5/23/05] (Docket No. 8487)

    b.  **Certification of No Objection Regarding Docket No. 8487 [Filed: 6/15/05] (Docket No. 6/15/05)**

    Response Deadline: June 10, 2005, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

## QUARTERLY FEE APPLICATIONS

7.  Fifteenth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2004 Through December 31, 2004.

    Related Documents:

    a.  Certification of Counsel Regarding Fifteenth Quarter Project Category Summary for the Fifteenth Interim Fee Period and Certain Prior Amounts [Filed: 6/10/05] (Docket No. 8601)

91100-001\DOCS_DE:108815.4

4

    b.      Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Fifteenth Period and Certain Prior Amounts [Filed: 6/10/05] (Docket No. 8603)

<u>Responses Received:</u>

**a.      Fee Auditor's Final Report Regarding Fee Application of Bilzin, Sumberg Dunn Baena Price & Axelrod LLP for the Fifteenth Interim Period [Filed: 6/8/05] (Docket No. 8578)**

**b.      Response of Bilzin Sumberg Baena Price & Axel rod LLP to Fee Auditor's Final Report for the Fifteenth Interim Period [Filed: 6/17/05] (Docket No. 8636)**

<u>Status:</u>  This matter will be going forward.

## CONTESTED MATTERS

8.     Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 5/23/05] (Docket No. 8486)

<u>Related Documents:</u>

    a.      [Proposed] Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 5/23/05] (Docket No. 8486)

<u>Response Deadline:</u> June 10, 2005, at 4:00 p.m.

<u>Responses Received:</u>

    a.      Response of the Official Committee of Equity Security Holders in Support of the Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. Section 1121(D) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 6/9/05] (Docket No. 8581)

    b.      Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 6/10/05] (Docket No. 8598)

    c.      Future Claimants Representative's Objection to Debtors' Eighth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon [Filed: 6/10/05] (Docket No. 8599)

    d.     Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Filed: 6/10/05] (Docket No. 8600)

**Replies Received:**

**a.     Debtors' Motion for Leave to File a Reply to Objections to Extension of Plan Exclusivity [Filed: 6/17/05] (Docket No. 8639)**

       **i.     Debtors' Reply to Objections to Extension of Plan Exclusivity [Filed: 6/17/05] (Docket No. 8639)**

Status: This matter will be going forward.

## CLAIMS OBJECTIONS:

9.     Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5525)

Response Deadline: June 4, 2004 at 4:00 p.m.

Responses Received:

    a.     Response of Spaulding & Slye Construction LP (Claim No. 203) to Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 06/03/04] (Docket No. 5701)

Status: The Debtors and Spaulding & Slye Construction LP have settled this matter. The Debtors will be filing a stipulation with the Court outlining the settlement of this claim.

10.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

Response Deadline: June 4, 2004 at 4:00 p.m.

Responses Received: (none listed as no contested matters are going forward)

Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on July 18, 2005 at 12:00 p.m.

11.    Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 01/12/05] (Docket No. 7545)

Response Deadline: February 11, 2005, extended to February 25, 2005 at 4:00 p.m.

Responses Received: (none listed as no contested matters are going forward)

Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on July 18, 2005 at 12:00 p.m.

12.    Debtors' Ninth Omnibus Objection to Claims (Substantive) [Filed: 5/18/05] (Docket No. 8464)

Related Documents:

a.    [Proposed] Order Granting the Relief Sought in Debtors' Ninth Omnibus Objection to Claims (Substantive) [Filed: 5/18/05] (Docket No. 8464)

b.    Declaration of Mark A. Shelnitz in Support of Debtors' Ninth Omnibus Objection to Claims (Substantive) [Filed: 5/18/05] (Docket No. 8464)

Response Deadline: June 10, 2005 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will be going forward.

13.    Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) [Filed: 5/18/05] (Docket No. 8465)

Related Documents:

a.    [Proposed] Order Granting the Relief Sought in Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) [Filed: 5/18/05] (Docket No. 8465)

b.    Declaration of Mark A. Shelnitz in Support of Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) [Filed: 5/18/05] (Docket No. 8465)

Response Deadline: June 10, 2005 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

91100-001\DOCS_DE:108815.4

7

Status:  This matter will be going forward.

14.    Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) [Filed: 5/18/05] (Docket No. 8466)

Related Documents:

a.    [Proposed] Order Granting the Relief Sought in Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) [Filed: 5/18/05] (Docket No. 8466)

b.    Declaration of Mark A. Shelnitz in Support of Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) [Filed: 5/18/05] (Docket No. 8466)

Response Deadline: June 10, 2005 at 4:00 p.m.

Responses Received:  Unresolved Responses to this matter are listed on the attached Exhibit A.

Status:  This matter will be going forward.

## ADVERSARY MATTERS:

15.    Renewed Motion for an Order Approving, Authorizing, and Implementing Settlement Agreement Filed by Cryovac, Inc., Official Committee of Asbestos Personal Injury Claimants, Official Committee of Asbestos Property Damage Claimants, and Sealed Air Corporation [Filed: 04/01/05] (Adv. Pro. No. 02-2210, Docket No. 729)

Response Deadline:  April 21, 2005 at 4:00 p.m.

Responses Received:

a.    Debtors' Response to Renewed Motion for an Order Approving, Authorizing and Implementing Settlement Agreement [Filed: 04/21/05] (Adv. Pro. No. 02-2210, Docket No. 738)

Status:  This matter will be going forward

16.    Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.  Objection of Maryland Casualty Company to Motion of the Scotts Company
    Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of
    Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified
    Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay
    [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.  Response of One Beacon America Insurance Company and Seaton Insurance
    Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil
    Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the
    Extent Necessary From the Modified Preliminary Injunction Order Dated January
    22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083,
    Docket No. 14)

c.  Objection of Continental Casualty Company and Boston Old Colony Insurance
    Company to the Scotts Company's Motion Seeking Relief From the Automatic
    Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed:
    2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status:  This matter will go forward.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

**STATUS CONFERENCE**

17.    Case Management/Estimation Issues Regarding Asbestos Property Damage Claim.

Status: A status conference on this matter will go forward and the parties anticipate presenting a case management order for the estimation of asbestos property damage claims.

Dated: June 20, 2005                     KIRKLAND & ELLIS LLP
                                         David M. Bernick P.C.
                                         Janet S. Baer
                                         200 East Randolph Drive
                                         Chicago, IL 60601
                                         Telephone: (312) 861-2000
                                         Facsimile: (312) 861-2200

                                         -and-

                                         PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                         & WEINTRAUB P.C.


                                         Laura Davis Jones (Bar No. 2436)
                                         David W. Carickhoff, Jr. (Bar No. 3715)
                                         919 North Market Street, 16th Floor
                                         P.O. Box 8705
                                         Wilmington, DE 19899-8705 (Courier 19801)
                                         Telephone: (302) 652-4100
                                         Facsimile: (302) 652-4400

                                         Co-Counsel for Debtors and Debtors in Possession