IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF RULE 30(b)(6) DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30(b)(6), and 45 of the Federal Rules of Civil Procedure, counsel for the above-captioned Debtors will take the deposition of the person employed by The Fort Wayne Chamber of Commerce who possesses the most knowledge of whether The Fort Wayne Chamber of Commerce (i) retained the law firm Speights & Runyan to represent The Fort Wayne Chamber of Commerce in the above-captioned bankruptcy cases; or (ii) authorized the law firm of Speights & Runyan to file a proof of claim on The Fort Wayne Chamber of Commerce's behalf in the above-captioned bankruptcy cases.

The deposition will take place on July 11, 2005, at 9:00 a.m. at the offices of The Fort Wayne Chamber of Commerce, 826 Ewing Street, Fort Wayne, Indiana 46802 before a notary public or other officer duly authorized to administer oaths. The deposition shall continue on successive business days thereafter, as necessary, until completion. However, it is not expected that the depositions will take any significant time.

**PLEASE TAKE FURTHER NOTICE** that the deponent is requested to bring with him/her to the deposition the following documents (Please note that documents related to privileged attorney-client advice, if any, are not being requested):

1. Any and all documents reviewed by the deponent from the date of this Notice of Deposition to the date of the deposition, upon which the witness may rely for his or her testimony.

2. Any documents related to the retention of the law firm of Speights & Runyan for the purpose of filing a proof of claim or representing Byars Machine Co. in the above-captioned bankruptcy cases.

3. Any documents that support or otherwise relate to any proofs of claim that the Fort Wayne Chamber of Commerce filed in the above-captioned bankruptcy cases.

4. Any and all other documents upon which the witness will rely for her testimony.

Wilmington, Delaware

Dated: June 20, 2005

                Respectfully submitted,
                KIRKLAND & ELLIS LLP
                David M. Bernick, P.C.
                Michelle Browdy
                Janet S. Baer
                Samuel L. Blatnick
                200 East Randolph Drive
                Chicago, Illinois 60601
                (312) 861-2000

                and

                PACHULSKI, STANG, ZIEHL, YOUNG,
                JONES & WEINTRAUB, PC

                */s/ Scotta McFarland*
                Laura Davis Jones (Bar No. 2436)
                David W. Carickoff, Jr. (Bar No. 3715)
                Scotta E. McFarland (Bar No. 4184)
                919 North Market Street, 16th Floor
                P.O. Box 8705
                Wilmington, DE 19899-8705 (Courier 19801)
                (302) 652-4100

                Co-Counsel for the Debtors and Debtors in Possession