IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify that on June 21, 2005 I caused a copy of the foregoing **Certification of No Objection** to be served upon: (i) the Notice Parties, (ii) the Fee Auditor, (iii) the Office of the United States Trustee, and (iv) the Debtor (attn: David B. Siegel) via first class U. S. Mail.


                                                                             */s/Kathleen J. Campbell*
                                                                             Kathleen J. Campbell

Dated: June 21, 2005

{D0026472:1 }