IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 8534 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE MONTHLY APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005**
**(DOCKET NO. 8534)**

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on May 31, 2005 a monthly application ("Application") [Docket No. 8534] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before June 20, 2005. No objections to the Application have been received by the undersigned.

{D0044985:1 }

Moreover, the Court's docket reflects that no objections to the Application were filed.

In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

                    CAPLIN & DRYSDALE, CHARTERED
                    Elihu Inselbuch
                    399 Park Avenue
                    New York, NY 10022
                    (212) 319-7125

                          -and-

                    CAPLIN & DRYSDALE, CHARTERED
                    Peter Van N. Lockwood
                    One Thomas Circle, N.W.
                    Washington, D.C. 20005
                    (202) 862-5000

                          - and -

                    CAMPBELL & LEVINE, LLC

                    */s/Kathleen J. Campbell*
                    Kathleen J. Campbell (I.D. #4229)
                    800 N. King Street
                    Suite 300
                    Wilmington, DE 19899
                    (302) 426-1900

                    Counsel for the Official Committee
                      of Asbestos Personal Injury Claimants

Dated: June 21, 2005