IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) **Objection Deadline: July 12, 2005 at 4:00p.m.** |
| | **Hearing Date : TDB only if necessary** |

# FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY                      June 6, 2005
5400 BROKEN SOUND BLVD., N.W.             Invoice No. ******
BOCA RATON, FL  33487                     Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   05/31/05

Matter #            734680.1         VS. HONEYWELL INTERNATIONAL

### Litigation and Litigation Consulting

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/05 | JMA | Receipt and review letter from State of NJ re: mansion tax refund | .20 | 77.00 |
| 05/04/05 | JMA | Letter to clients re: mansion tax refund | .20 | 77.00 |

### Fee Application, Applicants

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/05 | MEF | Fee Application - review April fee detail | .30 | 78.00 |
| 05/06/05 | MEF | Fee Application - prepare 38th monthly fee application | .40 | 104.00 |
| 05/06/05 | MEF | Fee Application - letter to P. Cuniff regarding 38th monthly fee application | .20 | 52.00 |
| 05/10/05 | JMA | Review and execute 38th monthly interim fee application | .30 | 115.50 |
| 05/10/05 | MEF | Fee Application - finalize 38th Monthly Fee Application | .30 | 78.00 |

Total Fees:                                                       581.50

```
W.R. GRACE & COMPANY                                   June 6, 2005
Client No.               734680                        Page      3
INVOICE NO.              ******


SUMMARY OF FEES:

    *---------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*   RATE    HOURS             FEES
    J M AGNELLO                      385.00    .70             269.50
    M E FLAX                         260.00   1.20             312.00
                        TOTALS                1.90             581.50
```