# EXHIBIT B

```
W.R. GRACE & COMPANY                              June 6, 2005
Client No.                    734680              Page      2
INVOICE NO.                   ******


            Disbursements

05/31/05 Faxes                                        12.00
05/31/05 Computer Searches                            14.24
05/31/05 Federal Express                              38.50
                                                   -------------
Total Costs                                            64.74
                                                   -------------
Total Due this Matter                                 646.24
=============
```