EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**October 1, 2004 through October 31, 2004 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 6.0 | $660 | $ 3,960.00 | $ - |
| Matt Frank | 44.5 | $440 | $ 19,580.00 | $ - |
| William Vawter | 0.5 | $310 | $ 155.00 | $ - |
| **Total Customs & International Trade Services Fees** | 51.0 | | $ 23,695.00 | $ - |
| Bryan Collins | 20.5 | $600 | $ 12,300.00 | $ - |
| Lawrence Axelrod | 0.5 | $600 | $ 300.00 | $ - |
| John Keenan | 1.0 | $600 | $ 600.00 | $ - |
| Jonathan Forrest | 44.5 | $515 | $ 22,917.50 | $ 148.00 |
| Matthew Gareau | 48.0 | $475 | $ 22,800.00 | $ - |
| **Total National Tax Services Fees** | 114.5 | | $ 58,917.50 | $ 148.00 |
| Fred Levitan | 1.5 | $310 | $ 465.00 | $ - |
| Faye Geli | 0.5 | $65 | $ 32.50 | $ - |
| **Total Monthly Statement & Fee Application Fees** | 2.0 | | $ 497.50 | $ - |
| **Total Deloitte Tax LLP Fees for October** | **167.5** | | **$ 83,110.00** | **$ 148.00** |
| | | Blended Rate | $ 496.18 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 10/01/04 | FRANK, MATT | Focused Assessment | Review/Analysis of transaction sample universe by MID | 1.5 | $440 | $ 660.00 | $ - |
| 10/01/04 | FRANK, MATT | Focused Assessment | Review/Edit of Grace Compliance Improvement Plan | 1.0 | $440 | $ 440.00 | $ - |
| 10/01/04 | MCGUIRE, MICHELE | Focused Assessment | Reviewed MID information | 0.5 | $660 | $ 330.00 | $ - |
| 10/01/04 | MCGUIRE, MICHELE | Focused Assessment | Reviewed Grace CIP | 0.5 | $660 | $ 330.00 | $ - |
| 10/04/04 | FRANK, MATT | Focused Assessment | Review/Edit of Grace Compliance Improvement Plan Final Drafts | 1.5 | $440 | $ 660.00 | $ - |
| 10/05/04 | FRANK, MATT | Focused Assessment | Weekly Conference Call with Grace re Implementation Plan | 1.5 | $440 | $ 660.00 | $ - |
| 10/05/04 | FRANK, MATT | Focused Assessment | Conference call with Grace re Transfer Pricing Adjustments | 1.0 | $440 | $ 440.00 | $ - |
| 10/05/04 | LEVITAN, FRED | Focused Assessment | Billing | 1.0 | $310 | $ 310.00 | $ - |
| 10/05/04 | MCGUIRE, MICHELE | Focused Assessment | Conference Call re transfer pricing | 1.0 | $660 | $ 660.00 | $ - |
| 10/07/04 | LEVITAN, FRED | Focused Assessment | Billing | 0.5 | $310 | $ 155.00 | $ - |
| 10/11/04 | FRANK, MATT | Focused Assessment | Review of MID transaction sample | 1.0 | $440 | $ 440.00 | $ - |
| 10/12/04 | FRANK, MATT | Focused Assessment | Review of draft vendor and broker instructions | 2.0 | $440 | $ 880.00 | $ - |
| 10/12/04 | FRANK, MATT | Focused Assessment | Weekly Conference Call with Grace re Implementation Plan | 1.0 | $440 | $ 440.00 | $ - |
| 10/12/04 | MCGUIRE, MICHELE | Focused Assessment | Weekly conference call with Grace re implementation plan | 1.0 | $660 | $ 660.00 | $ - |
| 10/13/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 0.5 | $440 | $ 220.00 | $ - |
| 10/14/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 3.0 | $3 | $ 1,320.00 | $ - |
| 10/15/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 4.5 | $5 | $ 1,980.00 | $ - |
| 10/17/04 | COLLINS, BRYAN P. | Ruling Request | Preparing for adverse conference with IRS | 1.0 | $600 | $ 600.00 | $ - |
| 10/18/04 | COLLINS, BRYAN P. | Ruling Request | Preparing for adverse conference with IRS; met with J Keenan re: appeals process | 3.5 | $600 | $ 2,100.00 | $ - |
| 10/18/04 | FORREST, JONATHAN I | Ruling Request | Preparation for adverse conference with IRS | 3.0 | $515 | $ 1,545.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | Expense |
|---|---|---|---|---|---|---|---|
| 10/18/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 4.0 | $440 | $ 1,760.00 | $ - |
| 10/18/04 | KEENAN, JOHN R | Ruling Request | Meet with Bryan Collins to discuss appeals process; etc. strategy with respect to withdrawing PLR, etc. | 1.0 | $600 | $ 600.00 | $ - |
| 10/19/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 2.0 | $600 | $ 1,200.00 | $ - |
| 10/19/04 | FORREST, JONATHAN I | Ruling Request | Lunch to discuss adverse conference response | 0.0 | $515 | $ - | $ 56.00 |
| 10/19/04 | FORREST, JONATHAN I | Ruling Request | Preparation for adverse conference with IRS | 2.0 | $515 | $ 1,030.00 | $ - |
| 10/19/04 | FRANK, MATT | Focused Assessment | Analysis of FOIA data for Filing Prior Disclosures | 2.0 | $440 | $ 880.00 | $ - |
| 10/19/04 | FRANK, MATT | Focused Assessment | Weekly Conference Call with Grace re Implementation Plan | 1.0 | $440 | $ 440.00 | $ - |
| 10/19/04 | GAREAU, MATTHEW E | Ruling Request | Read PLRs re: reverse acquisition and lonely parent rule/NOL carrybacks. | 2.5 | $475 | $ 1,187.50 | $ - |
| 10/20/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 1.0 | $600 | $ 600.00 | $ - |
| 10/20/04 | FORREST, JONATHAN I | Ruling Request | Conference call fee | 0.0 | $515 | $ - | $ 7.00 |
| 10/20/04 | FRANK, MATT | Focused Assessment | Review/Analysis of FOIA data for Filing Prior Disclosures | 2.5 | $440 | $ 1,100.00 | $ - |
| 10/20/04 | GAREAU, MATTHEW E | Ruling Request | Read and researched PLRs re: reverse acquisition and lonely parent rule/NOL carrybacks. | 7.5 | $475 | $ 3,562.50 | $ - |
| 10/21/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 1.0 | $600 | $ 600.00 | $ - |
| 10/21/04 | FORREST, JONATHAN I | Ruling Request | Preparation for adverse conference with IRS | 3.5 | $515 | $ 1,802.50 | $ - |
| 10/21/04 | FRANK, MATT | Focused Assessment | Review/Analysis of FOIA data for Filing Prior Disclosures | 1.5 | $440 | $ 660.00 | $ - |
| 10/21/04 | FRANK, MATT | Focused Assessment | Discussion with Paul Donovan | 0.5 | $440 | $ 220.00 | $ - |
| 10/21/04 | GAREAU, MATTHEW E | Ruling Request | Read PLRs re: reverse acquisition and lonely parent rule/NOL carrybacks. | 4.0 | $475 | $ 1,900.00 | $ - |
| 10/21/04 | VAWTER, WILLIAM | Focused Assessment | Discussed next steps in Prior disclosure with Paul Donovan | 0.5 | $310 | $ 155.00 | $ - |
| 10/22/04 | FORREST, JONATHAN I | Ruling Request | Reviewed outline for adverse conference response memo | 6.0 | $515 | $ 3,090.00 | $ - |
| 10/22/04 | FRANK, MATT | Focused Assessment | Review/Analysis of FOIA data for Filing Prior Disclosures | 1.5 | $440 | $ 660.00 | $ - |
| 10/22/04 | GAREAU, MATTHEW E | Ruling Request | Prepared outline for adverse conference response. | 4.0 | $475 | $ 1,900.00 | $ - |
| 10/25/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 3.0 | $600 | $ 1,800.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | Expense |
|---|---|---|---|---|---|---|---|
| 10/25/04 | FORREST, JONATHAN I | Ruling Request | Reviewed adverse conference response memo | 5.0 | $515 | $ 2,575.00 | $ - |
| 10/25/04 | FRANK, MATT | Focused Assessment | Review/Analysis of FOIA data for Filing Prior Disclosures | 0.5 | $440 | $ 220.00 | $ - |
| 10/25/04 | FRANK, MATT | Focused Assessment | Review of draft vendor and broker instructions | 0.5 | $440 | $ 220.00 | $ - |
| 10/25/04 | FRANK, MATT | Focused Assessment | Review/Edit of Post Entry audit policy | 0.5 | $440 | $ 220.00 | $ - |
| 10/25/04 | FRANK, MATT | Focused Assessment | Review/Edit of Error Log | 1.0 | $440 | $ 440.00 | $ - |
| 10/25/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of adverse conference response memo. | 11.0 | $475 | $ 5,225.00 | $ - |
| 10/25/04 | GELI, FAYE | Focused Assessment | Pulled year-to date report | 0.5 | $65 | $ 32.50 | $ - |
| 10/25/04 | MCGUIRE, MICHELE | Focused Assessment | Reviewed documents | 0.5 | $660 | $ 330.00 | $ - |
| 10/25/04 | MCGUIRE, MICHELE | Focused Assessment | Reviewed Prior Disclosure data | 0.5 | $660 | $ 330.00 | $ - |
| 10/25/04 | MCGUIRE, MICHELE | Focused Assessment | Weekly conference call with Grace re implementation plan | 1.0 | $660 | $ 660.00 | $ - |
| 10/25/04 | MCGUIRE, MICHELE | Focused Assessment | Reviewed suppier instructions | 1.0 | $660 | $ 660.00 | $ - |
| 10/26/04 | AXELROD, LAWRENCE M | Ruling Request | SRLY/Lonely Parent rule issue | 0.5 | $600 | $ 300.00 | $ - |
| 10/26/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 3.5 | $600 | $ 2,100.00 | $ - |
| 10/26/04 | FORREST, JONATHAN I | Ruling Request | Reviewed adverse conference response memo | 9.0 | $515 | $ 4,635.00 | $ - |
| 10/26/04 | FRANK, MATT | Focused Assessment | Weekly Conference Call with Grace re Implementation Plan | 1.5 | $440 | $ 660.00 | $ - |
| 10/26/04 | FRANK, MATT | Focused Assessment | Review of draft vendor and broker instructions | 2.0 | $440 | $ 880.00 | $ - |
| 10/26/04 | FRANK, MATT | Focused Assessment | Review/Analysis of transaction sample universe | 1.0 | $440 | $ 440.00 | $ - |
| 10/26/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of adverse conference response memo. | 7.0 | $475 | $ 3,325.00 | $ - |
| 10/27/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 2.0 | $600 | $ 1,200.00 | $ - |
| 10/27/04 | FORREST, JONATHAN I | Ruling Request | Overtime dinner while drafting adverse conference response memo | 0.0 | $515 | $ - | $ 38.00 |
| 10/27/04 | FORREST, JONATHAN I | Ruling Request | Reviewed adverse conference response memo | 13.0 | $515 | $ 6,695.00 | $ - |
| 10/27/04 | FRANK, MATT | Focused Assessment | Review/Edit of final manufacturer data in transaction sampling spreadsheet | 1.5 | $440 | $ 660.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | Other |
|---|---|---|---|---|---|---|---|
| 10/27/04 | FRANK, MATT | Focused Assessment | Review of draft vendor and broker instructions | 2.0 | $440 | $ 880.00 | $ - |
| 10/27/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of adverse conference response memo. | 8.0 | $475 | $ 3,800.00 | $ - |
| 10/28/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 3.0 | $600 | $ 1,800.00 | $ - |
| 10/28/04 | FORREST, JONATHAN I | Ruling Request | Lunch to discuss adverse conference response memo | 0.0 | $515 | $ - | $ 47.00 |
| 10/28/04 | FORREST, JONATHAN I | Ruling Request | Reviewed adverse conference response memo | 3.0 | $515 | $ 1,545.00 | $ - |
| 10/28/04 | FRANK, MATT | Focused Assessment | Review/Edit of transaction sample universe | 1.0 | $440 | $ 440.00 | $ - |
| 10/28/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft procedures | 0.5 | $440 | $ 220.00 | $ - |
| 10/28/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of adverse conference response memo. | 4.0 | $475 | $ 1,900.00 | $ - |
| 10/29/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 0.5 | $600 | $ 300.00 | $ - |
| 10/29/04 | FRANK, MATT | Focused Assessment | Review of final transaction sample | 0.5 | $440 | $ 220.00 | $ - |
| 10/29/04 | FRANK, MATT | Focused Assessment | Review of foreign vendor payable lists from customs | 0.5 | $440 | $ 220.00 | $ - |
| | | | **TOTALS:** | **167.5** | | **$ 83,110.00** | **$ 148.00** |