EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**November 1, 2004 through November 30, 2004 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 3.0 | $660 | $ 1,980.00 | $ - |
| Matt Frank | 19.5 | $440 | $ 8,580.00 | $ - |
| **Total Customs & International Trade Services Fees** | 22.5 | | $ 10,560.00 | $ - |
| Bryan Collins | 35.0 | $600 | $ 21,000.00 | $ 331.00 |
| Jonathan Forrest | 45.0 | $515 | $ 23,175.00 | $ 94.00 |
| Matthew Gareau | 46.0 | $475 | $ 21,850.00 | $ - |
| Kelley James | 0.2 | $75 | $ 15.00 | $ - |
| **Total National Tax Services Fees** | 126.2 | | $ 66,040.00 | $ 425.00 |
| Fred Levitan | 2.0 | $310 | $ 620.00 | $ - |
| **Total Monthly Statement & Fee Application Fees** | 2.0 | | $ 620.00 | $ - |
| **Total Deloitte Tax LLP Fees for November** | 150.7 | | $ 77,220.00 | $ 425.00 |
| | | Blended Rate | $ 512.41 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 11/01/04 | COLLINS, BRYAN P. | Ruling Request | Preparing for adverse conference with IRS | 1.0 | $600 | $ 600.00 | $ - |
| 11/01/04 | FRANK, MATT | Focused Assessment | Telephone calls with Grace regarding CIP plan | 0.5 | $440 | $ 220.00 | $ - |
| 11/01/04 | FRANK, MATT | Focused Assessment | Review or transaction testing | 1.0 | $440 | $ 440.00 | $ - |
| 11/01/04 | FRANK, MATT | Focused Assessment | Review of foreign vendor payables universe from customs | 0.5 | $440 | $ 220.00 | $ - |
| 11/01/04 | GAREAU, MATTHEW E | Ruling Request | Preparation for adverse conference with IRS re: lonely parent rule ruling request. | 1.0 | $475 | $ 475.00 | $ - |
| 11/02/04 | COLLINS, BRYAN P. | Ruling Request | Preparing for Adverse Conference with IRS | 4.0 | $600 | $ 2,400.00 | $ - |
| 11/02/04 | FORREST, JONATHAN I | Ruling Request | Prepared for adverse conference with IRS | 4.5 | $515 | $ 2,317.50 | $ - |
| 11/02/04 | FRANK, MATT | Focused Assessment | Review of revised transaction testing | 0.5 | $440 | $ 220.00 | $ - |
| 11/02/04 | FRANK, MATT | Focused Assessment | Review of revised foreign vendor payables universe from Customs | 0.5 | $440 | $ 220.00 | $ - |
| 11/02/04 | GAREAU, MATTHEW E | Ruling Request | Met with B Collins and J Forrest to prepare for adverse conference. | 4.0 | $475 | $ 1,900.00 | $ - |
| 11/03/04 | COLLINS, BRYAN P. | Ruling Request | Lunch to discuss Adverse Conference | 0.0 | $600 | $ - | $ 119.00 |
| 11/03/04 | COLLINS, BRYAN P. | Ruling Request | Preparing for Adverse Conference with IRS | 5.0 | $600 | $ 3,000.00 | $ - |
| 11/03/04 | FORREST, JONATHAN I | Ruling Request | Prepared for adverse conference with IRS | 9.0 | $515 | $ 4,635.00 | $ - |
| 11/03/04 | FRANK, MATT | Focused Assessment | Conference call with Grace team and Customs personnel | 1.0 | $440 | $ 440.00 | $ - |
| 11/03/04 | FRANK, MATT | Focused Assessment | Review/Analysis of transaction sample universe | 0.5 | $440 | $ 220.00 | $ - |
| 11/03/04 | FRANK, MATT | Focused Assessment | Review/Analysis of Customs correspondence | 0.5 | $440 | $ 220.00 | $ - |
| 11/03/04 | FRANK, MATT | Focused Assessment | Review/Analysis of WR Grace billing detail | 1.0 | $440 | $ 440.00 | $ - |
| 11/03/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of example slides for adverse conference. | 8.0 | $475 | $ 3,800.00 | $ - |
| 11/03/04 | MCGUIRE, MICHELE | Focused Assessment | Weekly Conference call with Grace Re CIP | 1.0 | $660 | $ 660.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | Expense |
|---|---|---|---|---|---|---|---|
| 11/04/04 | COLLINS, BRYAN P. | Ruling Request | Car Service for client from airport for Adverse Conference | 0.0 | $600 | $ - | $ 53.00 |
| 11/04/04 | COLLINS, BRYAN P. | Ruling Request | Car Service for client to airport for Adverse Conference | 0.0 | $600 | $ - | $ 54.00 |
| 11/04/04 | COLLINS, BRYAN P. | Ruling Request | Lunch with client following Adverse Conference | 0.0 | $600 | $ - | $ 105.00 |
| 11/04/04 | COLLINS, BRYAN P. | Ruling Request | IRS Conference Meeting | 8.0 | $600 | $ 4,800.00 | $ - |
| 11/04/04 | FORREST, JONATHAN I | Ruling Request | Taxi for adverse conference with IRS | 0.0 | $515 | $ - | $ 10.00 |
| 11/04/04 | FORREST, JONATHAN I | Ruling Request | Attended adverse conference at IRS. | 5.0 | $515 | $ 2,575.00 | $ - |
| 11/04/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 1.0 | $440 | $ 440.00 | $ - |
| 11/04/04 | GAREAU, MATTHEW E | Ruling Request | Prepare for adverse conference, client meeting, and post-conference debrief. | 4.0 | $475 | $ 1,900.00 | $ - |
| 11/05/04 | COLLINS, BRYAN P. | Ruling Request | Call with client re: follow-up to Adverse Conference. | 3.0 | $600 | $ 1,800.00 | $ - |
| 11/05/04 | FORREST, JONATHAN I | Ruling Request | Prepared for response to adverse conference | 2.5 | $515 | $ 1,287.50 | $ - |
| 11/05/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 1.5 | $440 | $ 660.00 | $ - |
| 11/08/04 | COLLINS, BRYAN P. | Ruling Request | IRS Submission with Jonathan Forrest | 1.0 | $600 | $ 600.00 | $ - |
| 11/08/04 | FORREST, JONATHAN I | Ruling Request | Prepared for response to adverse conference | 7.0 | $515 | $ 3,605.00 | $ - |
| 11/08/04 | FRANK, MATT | Focused Assessment | Review/Analysis of WR Grace billing detail | 1.0 | $440 | $ 440.00 | $ - |
| 11/08/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 2.0 | $440 | $ 880.00 | $ - |
| 11/08/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 7.0 | $475 | $ 3,325.00 | $ - |
| 11/08/04 | LEVITAN, FRED | Focused Assessment | Billing | 2.0 | $310 | $ 620.00 | $ - |
| 11/09/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 3.0 | $515 | $ 1,545.00 | $ - |
| 11/09/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 0.5 | $440 | $ 220.00 | $ - |
| 11/09/04 | FRANK, MATT | Focused Assessment | Discussion of draft vendor and broker instructions | 0.5 | $440 | $ 220.00 | $ - |
| 11/09/04 | FRANK, MATT | Focused Assessment | Weekly Conference Call with Grace re Implementation Plan | 1.5 | $440 | $ 660.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | Expenses |
|---|---|---|---|---|---|---|---|
| 11/09/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 5.0 | $475 | $ 2,375.00 | $ - |
| 11/10/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 2.0 | $515 | $ 1,030.00 | $ - |
| 11/10/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 2.0 | $475 | $ 950.00 | $ - |
| 11/11/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft procedures | 1.0 | $440 | $ 440.00 | $ - |
| 11/11/04 | MCGUIRE, MICHELE | Focused Assessment | Review of broker instructions | 2.0 | $660 | $ 1,320.00 | $ - |
| 11/12/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 1.0 | $475 | $ 475.00 | $ - |
| 11/15/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 3.0 | $600 | $ 1,800.00 | $ - |
| 11/15/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 7.0 | $515 | $ 3,605.00 | $ - |
| 11/15/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 6.5 | $475 | $ 3,087.50 | $ - |
| 11/16/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 2.0 | $600 | $ 1,200.00 | $ - |
| 11/16/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 2.0 | $515 | $ 1,030.00 | $ - |
| 11/16/04 | FRANK, MATT | Focused Assessment | Review/Edit of broker instructions | 1.5 | $440 | $ 660.00 | $ - |
| 11/16/04 | FRANK, MATT | Focused Assessment | Weekly status call with Grace team | 0.5 | $440 | $ 220.00 | $ - |
| 11/16/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 7.5 | $475 | $ 3,562.50 | $ - |
| 11/17/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 1.0 | $600 | $ 600.00 | $ - |
| 11/17/04 | FORREST, JONATHAN I | Ruling Request | Fax | 0.0 | $515 | $ - | $ 45.00 |
| 11/17/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 1.5 | $515 | $ 772.50 | $ - |
| 11/18/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 2.5 | $600 | $ 1,500.00 | $ - |
| 11/18/04 | FORREST, JONATHAN I | Ruling Request | Lunch to discuss adverse conference response memo | 0.0 | $515 | $ - | $ 39.00 |
| 11/19/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 2.5 | $600 | $ 1,500.00 | $ - |
| 11/23/04 | FRANK, MATT | Focused Assessment | Conference call with Grace team and Customs personnel | 1.5 | $440 | $ 660.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| 11/23/04 | JAMES, KELLEY M | Ruling Request | | 0.2 | $75 | $ 15.00 | $ - |
| 11/24/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 1.0 | $600 | $ 600.00 | $ - |
| 11/30/04 | COLLINS, BRYAN P. | Ruling Request | Communication with client re: withdrawal of Ruling Request | 1.0 | $600 | $ 600.00 | $ - |
| 11/30/04 | FORREST, JONATHAN I | Ruling Request | Communicate with client re: withdrawal of Ruling Request | 1.5 | $515 | $ 772.50 | $ - |
| 11/30/04 | FRANK, MATT | Focused Assessment | Weekly Conference Call with Grace re Implementation Plan | 1.0 | $440 | $ 440.00 | $ - |
| | | | **TOTALS:** | **150.7** | | **$ 77,220.00** | **$ 425.00** |