UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al., ) | |
| ) | Case No. 01-1139-JKF |
| Debtor. ) | And all related actions |
| ) | |

THIRD AMENDED STATEMENT OF SILBER
PEARLMAN, LLP UNDER BANKRUPTCY RULE 2019

I, Michael J. Hanners, a representative of Silber Pearlman, LLP, declare as follows:

1. I am an associate of the law firm of Silber Pearlman, LLP (hereinafter the "Firm"). I am a member in good standing of the bar of the state of Texas.

2. I have personal knowledge of the facts set forth herein. I make this Third Amended Statement ("Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and the Court's Order of October 22, 2004.

3. The Firm is a professional corporation organized under the laws of the state of Texas, with offices for the practice of law located at 2711 N. Haskell Ave., 5th Floor, Dallas, Texas 75204-2911.

4. As of the date of this Third Amended Statement, the Firm represents thousands of personal injury claimants (the "Claimants" or individually "Claimant") who have been injured by asbestos products manufactured, marketed, distributed, sold, or produced by Debtor and others, and thus hold claims against, *inter alia*, the Debtor.

5. Pursuant to the Court's Order this Statement is filed without the exhibits, which are being provided in CD format to the Clerk of the Court, counsel for the Debtor and the United States

Trustee. The exhibits consist of (a) blank, but unredacted, exemplars, of each form of agreement or instrument whereby the Firm is empowered to act on behalf of Claimants, and (b) an Excel spreadsheet in electronic format containing the following data: the name and address of each Claimant, a space reserved for the social security number, the identification of the exemplars, the amount of each liquidated claim or indication that the claim is unliquidated, the date of acquisition of the claim, the type of disease giving rise to the claim, and the pertinent facts related to employment of the Firm.

6. The nature of the claim held by each Claimant is a personal injury tort claim for damages caused by asbestos products manufactured by the Debtor.

7. Since the Claimants were exposed to asbestos products manufactured by the Debtor more than one year prior to the filing of the above-captioned bankruptcy case, each of the Claimants may have "acquired" his or her claim more than one year prior to the filing of this bankruptcy case. The Claimants affirmatively assert that the statutes of limitations applicable to their claims did not begin to run on the date of exposure and reserve all procedural and substantive rights pertaining to their claims.

8. The Claimants are represented by the Firm under a fee agreement which is subject to the attorney-client privilege. The Firm holds each such instrument as executed between the parties.

9. The Firm does not hold any claims against or interests in the Debtor, excepting what some could characterize as a beneficial interest (a contingent fee) in certain claims, settlements and/or judgments for asbestos personal injuries of some of the Firm's clients.

10. The filing of the Firm's Third Amended Statement does not waive any rights including (i) the Claimants' rights to have final orders in non-core matters entered only after *de novo*

review by a district judge; (ii) the Claimants' rights to trial by jury in any proceeding and any trial on their claims, (iii) the Claimants' rights to have the reference withdrawn by the District court in any matter subject to mandatory or discretionary withdrawal or abstention to the extent not previously directed; (iv) the Claimants' rights in not submitting themselves to the jurisdiction of the Bankruptcy Court; or (v) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which the Claimants are or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments the Firm's Claimants expressly reserve.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 21, 2005, at Dallas, Texas.

**SILBER PEARLMAN, LLP**

By: _/s/ Michael J. Hanners_
Michael J. Hanners

Cityplace Center East – 5th Floor
2711 N. Haskell Ave., LB 32
Dallas, TX 75204-2911
214-874-7000
214-824-8100 fax

ATTORNEYS FOR CERTAIN ASBESTOS PLAINTIFFS

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| W. R. GRACE & CO., et al., ) | |
| ) | Case No. 01-1139-JKF |
| Debtor. ) | And all related actions |
| ) | |

## NOTICE OF FILING THIRD AMENDED
## STATEMENT UNDER BANKRUPTCY RULE 2019

**TO ALL PARTIES ON THE OFFICIAL SERVICE LIST:**

PLEASE TAKE NOTICE that Silber Pearlman, LLP has filed its Third Amended Statement Under Bankruptcy Rule 2019 pursuant to the Court's Order of October 22, 2004. Exhibits have not been scanned but may be accessed by parties who obtain Court order authorizing access.

In compliance with the Court's order, copies of this Notice are being served via United States mail, postage prepaid, upon the parties on the Official Service List.

DATED: June 21, 2005.

SILBER PEARLMAN, LLP

By: *[signature]*
Michael J. Hanners

Cityplace Center East – 5th Floor
2711 N. Haskell Ave., LB 32
Dallas, TX 75204-2911
214-874-7000
214-824-8100 fax

ATTORNEYS FOR CERTAIN ASBESTOS PLAINTIFFS

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| W. R. GRACE & CO., et al., | ) |
| | ) Case No. 01-1139-JKF |
| Debtor. | ) And all related actions |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Silber Pearlman, LLP's Notice of Filing Third Amended Statement Under Bankruptcy Rule 2019 was served on all parties of the official service list in this matter. Due to the voluminous nature of the service list, this office has not attached a copy of the service list hereto, however, will make copies available to any party upon request. Said service was completed via United States First Class Mail, postage prepaid, on this 21st day of June, 2005.

SILBER PEARLMAN, LLP

By: _____
Michael J. Hanners

Cityplace Center East – 5th Floor
2711 N. Haskell Ave., LB 32
Dallas, TX 75204-2911
214-874-7000
214-824-8100 fax

ATTORNEYS FOR CERTAIN ASBESTOS PLAINTIFFS

# SILBER PEARLMAN, L L P
*Attorneys and Counselors*

TELEPHONE (214) 874-7000  2711 N HASKELL AVE ; FIFTH FLOOR. LB 32; DALLAS. TEXAS 75204-2911  FAX (214) 824-8100

June 21, 2005

**VIA U. S. FIRST CLASS MAIL**

David D. Bird
Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 Market St., 5th Floor
Wilmington, DE  19801-3024

      IN RE:    *W. R. GRACE & CO.*, Debtor.
                      Case No. 01-1139-JKF (Chapter 11)

Dear Clerk:

      Enclosed please find one original and three (3) copies of Third Amended Statement of Silber Pearlman, LLP under Bankruptcy Rule 2019, Notice of Filing Third Amended Statement under Bankruptcy Rule 2019, and Certificate of Service.

      Please file the originals and return file-marked copies to me in the enclosed self-addressed, postage-paid envelope.

      Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact Michael J. Hanners at the above number.

                                        Sincerely,

                                        SILBER PEARLMAN, LLP

                                        Brenda Burns
                                        Legal Secretary

Enclosures

5153506 1D