EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**December 1, 2004 through December 31, 2004 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Matt Frank | 27.0 | $440 | $ 12,540.00 | $ - |
| Michele McGuire | 4.0 | $660 | $ 2,640.00 | |
| **Total Customs & International Trade Services Fees** | **31.0** | | **$ 15,180.00** | **$ -** |
| | | | | |
| Bryan Collins | 5.5 | $600 | $ 3,300.00 | $ - |
| John Keenan | 0.5 | $600 | $ 300.00 | $ - |
| Jonathan Forrest | 4.0 | $515 | $ 2,060.00 | $ - |
| Kelley James | 0.1 | $75 | $ 7.50 | $ - |
| Donna Anastasi | 0.5 | $75 | $ 37.50 | $ - ` |
| **Total National Tax Services Fees** | **10.6** | | **$ 5,705.00** | **$ -** |
| | | | | |
| Fred Levitan | 2.2 | $310 | $ 682.00 | $ - |
| **Total Monthly Statement & Fee Application Fees** | **2.2** | | **$ 682.00** | **$ -** |
| | | | | |
| **Total Deloitte Tax LLP Fees for December** | **43.8** | | **$ 21,567.00** | **$ -** |
| | | Blended Rate | $ 492.40 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|------|----------|
| 12/02/04 | FRANK, MATT | Focused Assessment | Review and analysis of final transaction universe from FA team | 0.5 | 440 | $ 220.00 | $ - |
| 12/02/04 | LEVITAN, FRED | Focused Assessment | Billing: Started compiling info for November | 0.5 | 310 | $ 155.00 | $ - |
| 12/03/04 | FORREST, JONATHAN I | Ruling Request | Teleconference with client re: withdrawal of Ruling Request | 1.0 | 515 | $ 515.00 | $ - |
| 12/03/04 | FRANK, MATT | Focused Assessment | Review of follow-up comments to broker/vendor instruction | 0.5 | 440 | $ 220.00 | $ - |
| 12/03/04 | FRANK, MATT | Focused Assessment | Review/Analysis of transaction sample universe | 0.5 | 440 | $ 220.00 | $ - |
| 12/03/04 | FRANK, MATT | Focused Assessment | Telephone calls with Grace team | 0.5 | 440 | $ 220.00 | $ - |
| 12/03/04 | LEVITAN, FRED | Focused Assessment | Finished draft of November bill | 0.5 | 310 | $ 155.00 | $ - |
| 12/06/04 | FRANK, MATT | Focused Assessment | Review of vendor/broker instructions | 0.5 | 440 | $ 220.00 | $ - |
| 12/06/04 | FRANK, MATT | Focused Assessment | Review of manual and related comments | 1.0 | 440 | $ 440.00 | $ - |
| 12/07/04 | FRANK, MATT | Focused Assessment | Weekly conference Call with Grace to review action items | 1.0 | 440 | $ 440.00 | $ - |
| 12/07/04 | FRANK, MATT | Focused Assessment | Review/edit of compliance manual | 0.5 | 440 | $ 220.00 | $ - |
| 12/07/04 | FRANK, MATT | Focused Assessment | Review/edit of vendor/broker instructions | 0.5 | 440 | $ 220.00 | $ - |
| 12/07/04 | FRANK, MATT | Focused Assessment | Finalization of October and November billing | 1.0 | 440 | $ 440.00 | $ - |
| 12/08/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing issues re: withdrawal of Ruling Request | 2.0 | 600 | $ 1,200.00 | $ - |
| 12/08/04 | FORREST, JONATHAN I | Ruling Request | Review issues re: withdrawal of Ruling Request; discussed IRS exam issues with J Keenan | 2.0 | 515 | $ 1,030.00 | $ - |
| 12/08/04 | FRANK, MATT | Focused Assessment | Conference call with Grace Re transfer pricing | 1.0 | 660 | $ 660.00 | $ - |
| 12/08/04 | FRANK, MATT | Focused Assessment | Preparation and review of documents | 2.0 | 660 | $ 1,320.00 | $ - |
| 12/08/04 | FRANK, MATT | Focused Assessment | Conference call with Grace team re transfer pricing issues | 1.0 | 440 | $ 440.00 | $ - |
| 12/08/04 | FRANK, MATT | Focused Assessment | Review/edit of customs compliance manual | 2.5 | 440 | $ 1,100.00 | $ - |
| 12/08/04 | KEENAN, JOHN R | Ruling Request | Call from Jonathan Forrest to discuss what happens procedurally at the end of an IRS examination of a Form 1129 | 0.5 | 600 | $ 300.00 | $ - |
| 12/08/04 | MCGUIRE, MICHELE | Focused Assessment | conf call re transfer pricing, prep, review of docs | 3.0 | 660 | $ 1,980.00 | $ - |

| Date | Name | | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/09/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing issues re: withdrawal of Ruling Request | 1.0 | 600 | $ | 600.00 | $ | - |
| 12/09/04 | FRANK, MATT | Focused Assessment | Conference call with Grace team and Customs personnel re FA | 1.0 | 440 | $ | 440.00 | $ | - |
| 12/09/04 | FRANK, MATT | Focused Assessment | Finalization of Grace compliance manual | 1.0 | 440 | $ | 440.00 | $ | - |
| 12/09/04 | FRANK, MATT | Focused Assessment | Draft of memo concerning Grace Canada's transfer pricing data | 2.5 | 440 | $ | 1,100.00 | $ | - |
| 12/09/04 | LEVITAN, FRED | Focused Assessment | Billing | 1.0 | 310 | $ | 310.00 | $ | - |
| 12/10/04 | FRANK, MATT | Focused Assessment | Draft of memo concerning transfer pricing and financial data to CBP | 4.0 | 440 | $ | 1,760.00 | $ | - |
| 12/12/04 | MCGUIRE, MICHELE | Focused Assessment | reviewed TP memo | 1.0 | 660 | $ | 660.00 | $ | - |
| 12/13/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing issues re: withdrawal of Ruling Request | 0.5 | 600 | $ | 300.00 | $ | - |
| 12/13/04 | FRANK, MATT | Focused Assessment | Review/edit of transfer pricing memo to CBP | 1.0 | 440 | $ | 440.00 | $ | - |
| 12/14/04 | FRANK, MATT | Focused Assessment | Review/edit of transfer pricing memo to CBP | 1.0 | 440 | $ | 440.00 | $ | - |
| 12/14/04 | FRANK, MATT | Focused Assessment | Weekly status call with Grace team | 0.5 | 440 | $ | 220.00 | $ | - |
| 12/14/04 | LEVITAN, FRED | Focused Assessment | Finished billing | 0.2 | 310 | $ | 62.00 | $ | - |
| 12/15/04 | ANASTASI, DONNA MARIE | Ruling Request | | 0.5 | 75 | $ | 37.50 | $ | - |
| 12/15/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing draft of withdrawal letter | 1.0 | 600 | $ | 600.00 | $ | - |
| 12/15/04 | FORREST, JONATHAN I | Ruling Request | Drafted withdrawal letter | 1.0 | 515 | $ | 515.00 | $ | - |
| 12/15/04 | FRANK, MATT | Focused Assessment | Finalization of memo to CBP re transfer pricing and the supporting financial data | 1.0 | 440 | $ | 440.00 | $ | - |
| 12/15/04 | FRANK, MATT | Focused Assessment | Telephone Call with CBP re supporting financial data calculations | 0.5 | 440 | $ | 220.00 | $ | - |
| 12/15/04 | JAMES, KELLEY M | Ruling Request | | 0.1 | 75 | $ | 7.50 | $ | - |
| 12/16/04 | FRANK, MATT | Focused Assessment | Review/edit of memo and comments re transfer pricing and supporting financial data | 1.0 | 440 | $ | 440.00 | $ | - |
| 12/17/04 | FRANK, MATT | Focused Assessment | Review of issues from CF29 response and PEAs | 0.5 | 440 | $ | 220.00 | $ | - |
| 12/29/04 | COLLINS, BRYAN P. | Ruling Request | Protest letter draft | 1.0 | 600 | $ | 600.00 | $ | - |
| | | | **TOTALS:** | 43.8 | | | $21,567.00 | $ | - |