# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

April 30, 2005

Invoice Number **65088**      **91100  00001**      **LDJ**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD  21044

| | |
|---|---|
| Balance forward as of last invoice, dated:   April 20, 2005 | $251,391.84 |
| Net balance forward | $251,391.84 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**      **04/30/2005**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | |
| 04/29/05 | PEC | Prepare Debtors' Fifteenth Quarterly Report of Asset Sales From January 1, 2005 Through March 31, 2005 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets for filing and service | 0.40 | 140.00 | $56.00 |
| | **Task Code Total** | | **0.40** | | **$56.00** |
| **Case Administration [B110]** | | | | | |
| 03/25/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/25/05 | PEC | Update critical dates memo | 0.30 | 140.00 | $42.00 |
| 03/28/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/28/05 | PEC | Update critical dates memo | 0.50 | 140.00 | $70.00 |
| 03/28/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/29/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/29/05 | PEC | Update critical dates memo | 0.50 | 140.00 | $70.00 |
| 03/29/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/30/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/30/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/30/05 | PEC | Update critical dates | 0.60 | 140.00 | $84.00 |
| 03/31/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate paries | 0.40 | 140.00 | $56.00 |

**Invoice number 65088**     91100  00001     .                    **Page 2**

| | | | | | |
|---|---|---|---|---|---|
| 03/31/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 04/01/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate paries | 0.30 | 140.00 | $42.00 |
| 04/01/05 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 04/01/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 04/01/05 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 04/04/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/04/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 04/04/05 | PEC | Return calls to various parties regarding case status | 0.30 | 140.00 | $42.00 |
| 04/04/05 | DWC | Review and respond to creditor Kerr-McGee Corp. email re: status of case. | 0.40 | 320.00 | $128.00 |
| 04/04/05 | SLP | Maintain docket control. | 3.00 | 70.00 | $210.00 |
| 04/05/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/05/05 | PEC | Update critical dates | 1.30 | 140.00 | $182.00 |
| 04/05/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 04/05/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 04/06/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/06/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 04/06/05 | PEC | Review docket | 0.30 | 140.00 | $42.00 |
| 04/06/05 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 04/07/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/07/05 | PEC | Update critical dates | 1.20 | 140.00 | $168.00 |
| 04/07/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 04/07/05 | RMO | Maintain document control | 0.50 | 75.00 | $37.50 |
| 04/07/05 | SLP | Prepare hearing binder. | 7.00 | 70.00 | $490.00 |
| 04/08/05 | PEC | Update critical dates | 1.10 | 140.00 | $154.00 |
| 04/08/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 04/08/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 04/08/05 | SLP | Maintain docket control. | 2.00 | 70.00 | $140.00 |
| 04/08/05 | SLP | Prepare hearing binder. | 1.00 | 70.00 | $70.00 |
| 04/08/05 | KSN | Prepare hearing binders for 4/25/05 hearing.(updated binders and labeled) | 0.50 | 55.00 | $27.50 |
| 04/11/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/11/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 04/11/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 04/11/05 | RMO | Maintain document control | 0.30 | 75.00 | $22.50 |
| 04/11/05 | SLP | Prepare hearing binder. | 7.00 | 70.00 | $490.00 |
| 04/12/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/12/05 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 04/12/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |

**Invoice number 65088**      91100  00001                                      **Page 3**

| 04/12/05 | SLP | Maintain docket control. | 0.30 | 70.00 | $21.00 |
|---|---|---|---|---|---|
| 04/12/05 | SLP | Prepare hearing binder. | 2.00 | 70.00 | $140.00 |
| 04/13/05 | RMO | Maintain document control. | 0.50 | 75.00 | $37.50 |
| 04/13/05 | RMO | Maintain document control/document request from Vanessa. | 0.30 | 75.00 | $22.50 |
| 04/13/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 04/14/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 04/15/05 | RMO | Match Pleadings with Court. | 0.30 | 75.00 | $22.50 |
| 04/15/05 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 04/18/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/18/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 04/18/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 04/18/05 | DCC | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 04/18/05 | CJB | Prepare hearing notebook for hearing on 4/25/05. | 4.40 | 60.00 | $264.00 |
| 04/19/05 | PEC | Review docket for 2/25/05 hearing transcript | 0.20 | 140.00 | $28.00 |
| 04/19/05 | PEC | Respond to requests for hearing transcripts for the 2/28/05 and 3/21/05 hearing | 0.40 | 140.00 | $56.00 |
| 04/19/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 04/19/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/19/05 | DWC | Review Court's email re: revised 2019 Order. | 0.20 | 320.00 | $64.00 |
| 04/19/05 | SLP | Prepare hearing binder. | 0.30 | 70.00 | $21.00 |
| 04/19/05 | SLP | Maintain docket dontrol. | 0.30 | 70.00 | $21.00 |
| 04/20/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/20/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 04/20/05 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 04/21/05 | PEC | Review daily correspondence and pleading and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/21/05 | RMO | Match Pleadings with Court. | 0.30 | 75.00 | $22.50 |
| 04/21/05 | SLP | Maintain docket control. | 2.30 | 70.00 | $161.00 |
| 04/22/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 04/22/05 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 04/22/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 04/25/05 | SLP | Maintain docket control. | 3.30 | 70.00 | $231.00 |
| 04/25/05 | MSC | Review documents for critical dates, further handling and distribution | 0.30 | 135.00 | $40.50 |
| 04/26/05 | SLP | Maintain docket control. | 3.30 | 70.00 | $231.00 |
| 04/26/05 | MSC | Review documents for critical dates, further handling and distribution | 0.30 | 135.00 | $40.50 |
| 04/27/05 | SLP | Maintain docket control. | 4.00 | 70.00 | $280.00 |
| 04/27/05 | MSC | Review documents for critical dates, further handling and distribution | 0.20 | 135.00 | $27.00 |
| 04/28/05 | PEC | Update critical dates memo | 1.50 | 140.00 | $210.00 |
| 04/28/05 | PEC | Review daily correspondence and pleadings and forward to | 0.40 | 140.00 | $56.00 |

**Invoice number  65088**      91100   00001                                          **Page  4**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | the appropriate parties | | | |
| 04/28/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 04/28/05 | DWC | Address revisions to distribution procedures for paperflow of pleadings and other documents. | 0.30 | 320.00 | $96.00 |
| 04/29/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 04/29/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 04/29/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 04/29/05 | PEC | Review preliminary hearing binders | 0.50 | 140.00 | $70.00 |
| 04/29/05 | SLP | Prepare hearing binder. | 3.00 | 70.00 | $210.00 |
| 04/29/05 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| | | **Task Code Total** | **82.50** | | **$7,818.50** |

**WRG-Claim Analysis (Asbestos)**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/05 | PEC | Prepare Certification of Counsel Regarding Case Management order for the Estimation of Asbestos Property Damage Liabilities for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 04/06/05 | DWC | Call with Sal Bianca re: case management order for estimation trial and insurer's objection. | 0.20 | 320.00 | $64.00 |
| 04/13/05 | DWC | Review and respond to emails and call with J. Friedland re: motion to seek approval of CMO and questionnaire re: asbestos claims. | 0.40 | 320.00 | $128.00 |
| 04/21/05 | DWC | Draft motion to vacate order re: estimation CMO. | 1.30 | 320.00 | $416.00 |
| 04/25/05 | DWC | Email to R. Schulman re: notice of intent to object to PD claims. | 0.20 | 320.00 | $64.00 |
| 04/29/05 | DWC | Review and respond to M. Hurford emails re: asbestos PI case management scheduling order. | 0.40 | 320.00 | $128.00 |
| | | **Task Code Total** | **3.10** | | **$884.00** |

**WRG Claim Analysis**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/05 | DWC | Review brief of PacifiCorp and Van Cott re: leave to file late claims. | 1.20 | 320.00 | $384.00 |
| 04/06/05 | PEC | Prepare Claim Settlement Notice for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 04/06/05 | PEC | Prepare Stipulation Resolving Claim of Sciences International for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 04/06/05 | DWC | Call with R. Schulman re: outstanding claims and emails with Sue Herschaft at BMC re: same. | 0.40 | 320.00 | $128.00 |
| 04/06/05 | DWC | Review and revise notice of settlement with Sciences International and email P. Cuniff re: same. | 0.60 | 320.00 | $192.00 |
| 04/07/05 | PEC | Return calls to various parties regarding case status | 0.30 | 140.00 | $42.00 |
| 04/07/05 | DWC | Call with counsel for Weatherford re: claims. | 0.20 | 320.00 | $64.00 |

**Invoice number 65088**       91100   00001                                    **Page 5**

| | | | | | |
|---|---|---|---|---|---|
| 04/08/05 | DWC | Review Solow objection to motion to approve stipulation with St. Paul Companies re: its claim re: Solow Appeal Bond, review other objections to same. | 0.90 | 320.00 | $288.00 |
| 04/12/05 | DWC | Call wtih S. Blatnick re: Home Insurance Co. | 0.20 | 320.00 | $64.00 |
| 04/13/05 | DWC | Emails with V. Preston and S. Blatnick re: Home Ins. Co. issues. | 0.40 | 320.00 | $128.00 |
| 04/19/05 | DWC | Call with George First re: plan questions and status. | 0.20 | 320.00 | $64.00 |
| 04/19/05 | DWC | Call with Scott Brown re: real estate tax claim. | 0.20 | 320.00 | $64.00 |
| 04/21/05 | DWC | Prepare orders re: union claim objections for April 25, 2005 hearing and emails with R. Schulman re: same. | 0.70 | 320.00 | $224.00 |
| 04/21/05 | DWC | Review stipulation resolving Caruccio claim. | 0.20 | 320.00 | $64.00 |
| 04/22/05 | DWC | Review and revise orders re: 4th and 5th omnibus objection to claims; email co-counsel re: same. | 0.60 | 320.00 | $192.00 |
| 04/25/05 | DWC | Review and revise brief opposing Pacificorp motion for leave to file late claim. | 2.20 | 320.00 | $704.00 |
| 04/25/05 | DWC | Emails with M. Martin re: NH's claim. | 0.20 | 320.00 | $64.00 |
| 04/26/05 | DWC | Review NL Industries, Inc.'s claims against Homco, Grace and Remedium, draft memo re: same; call with Marcus Martin re: same. | 6.20 | 320.00 | $1,984.00 |
| 04/27/05 | DWC | Review Weatherford claims and draft memo re: same. | 5.20 | 320.00 | $1,664.00 |
| 04/27/05 | MSC | Correspondence to D.K. Hogan Law firm, enclosing 2002 service list | 0.10 | 135.00 | $13.50 |
| 04/28/05 | PEC | Prepare Certification of Counsel Regarding Motion for Approval of the Joint Stipulation and Consent Order of the Debtors and the St. Paul Companies, Inc. Concerning the Classification and Treatment of St. Paul's Claim with Respect to the Solow Appeal Bond and for Modification of the Automatic Stay for filing and Service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 04/29/05 | PEC | Draft Certificate of No Objection Regarding Claim Settlement Notice and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 04/29/05 | PEC | Prepare Stipulation Resolving Claim Between the Debtor and Frank and Linda Caruccio for filing and service | 0.40 | 140.00 | $56.00 |
| 04/29/05 | DWC | Review and revise quarterly reports re: settlements and asset sales. | 0.90 | 320.00 | $288.00 |
| 04/29/05 | DWC | Review and exeucte Cert of No Obj. re: claim settlement notice. | 0.20 | 320.00 | $64.00 |
| | | **Task Code Total** | **24.10** | | **$7,099.50** |

**WRG-Employ. App., Others**

| | | | | | |
|---|---|---|---|---|---|
| 04/01/05 | DWC | Emails with Will Sparks re: retaining special counsel. | 0.20 | 320.00 | $64.00 |
| 04/05/05 | DWC | Draft application to retain Beveridge and Diamond, and call with Pam Marks re: same. | 3.80 | 320.00 | $1,216.00 |
| 04/08/05 | PEC | Prepare Limited Objection to Application Authorizing the Employment of Anderson Kill & Olick, P.C. as Special Insurance Counsel for the Official Committee of Asbestos Personal Injury Claimants for filing and service (.4); Draft | 0.50 | 140.00 | $70.00 |

**Invoice number 65088**       91100   00001                                  **Page 6**

|          |       | Affidavit of Service (.1)                                                                                                                                      |      |        |            |
|----------|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|------------|
| 04/08/05 | DWC   | Review and revise limited objection to application to employ Anderson Kill as special insurance counsel.                                                         | 0.50 | 320.00 | $160.00    |
| 04/11/05 | DWC   | Finalize Beveridge & Diamond retention application.                                                                                                            | 0.40 | 320.00 | $128.00    |
| 04/12/05 | DWC   | Review Woodcock retention order and email re: same.                                                                                                            | 0.20 | 320.00 | $64.00     |
| 04/15/05 | DWC   | Call with M. Hurford re: reply in support of motion to retain Anderson Kill (.2); review reply (.4).                                                           | 0.60 | 320.00 | $192.00    |
| 04/26/05 | DWC   | Email J. Hughes re: Gordon & Rees.                                                                                                                             | 0.20 | 320.00 | $64.00     |
| 04/27/05 | DWC   | Draft affidavit of disinterestedness for Gordon Rees for ordinary course retention and email re: same.                                                          | 0.50 | 320.00 | $160.00    |
| 04/27/05 | MSC   | Draft preliminary Notice of Agenda of Matters Scheduled for Hearing on May 16, 2005                                                                            | 0.90 | 135.00 | $121.50    |
| 04/28/05 | DWC   | Email Candace Smith re: Gordon Rees retention.                                                                                                                 | 0.20 | 320.00 | $64.00     |
| 04/28/05 | PEC   | Prepare Certification of Counsel Regarding Application of the Debtors for the Entry of an Order Authorizing the Employment of Cahill, Gordon & Reindel for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00     |
| 04/29/05 | DWC   | Call with Gordon & Rees re: retention.                                                                                                                         | 0.20 | 320.00 | $64.00     |
|          |       | **Task Code Total**                                                                                                                                           | **8.80** |    | **$2,451.50** |

**WRG-Fee Apps., Applicant**

|          |       |                                                                                                                                                                |      |        |            |
|----------|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|------------|
| 03/25/05 | PEC   | Prepare Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.'s January 2005 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1); Prepare for filing and service (.3) | 0.80 | 140.00 | $112.00    |
| 04/04/05 | CAK   | Review and update January Fee Application.                                                                                                                     | 0.40 | 140.00 | $56.00     |
| 04/05/05 | CAK   | Revise February Fee Application                                                                                                                                | 0.10 | 140.00 | $14.00     |
| 04/07/05 | CAK   | Edit 15th Quarterly Fee Application.                                                                                                                           | 0.20 | 140.00 | $28.00     |
| 04/07/05 | LDJ   | Review and revise interim fee application (February 2005)                                                                                                      | 0.30 | 595.00 | $178.50    |
| 04/07/05 | LDJ   | Review and finalize fifteenth quarterly fee application                                                                                                        | 0.30 | 595.00 | $178.50    |
| 04/08/05 | CAK   | Revise 15th Quarterly Fee Application.                                                                                                                         | 0.10 | 140.00 | $14.00     |
| 04/08/05 | CAK   | Revise February Fee Application.                                                                                                                               | 0.10 | 140.00 | $14.00     |
| 04/08/05 | PEC   | Draft Notice of Filing of Quarterly Fee Application of PSZYJW for the Period of October 1, 2004 Through December 31, 2004 and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00    |
| 04/08/05 | PEC   | Prepare Quarterly Fee Application of PSZYJW for the Period of October 1, 2004 Through December 31, 2004 for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 140.00 | $70.00     |
| 04/08/05 | DWC   | Finalize PSZYJ&W 15th quarterly fee application.                                                                                                               | 0.40 | 320.00 | $128.00    |
| 04/11/05 | CAK   | Edit February Fee Application                                                                                                                                  | 0.10 | 140.00 | $14.00     |
| 04/11/05 | PEC   | Prepare Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.'s February 2005 Monthly Fee Application for filing and service (.4); File and serve (.4)        | 0.80 | 140.00 | $112.00    |
| 04/11/05 | DWC   | Review PSZYJ&W February 2005 fee application.                                                                                                                  | 0.30 | 320.00 | $96.00     |
| 04/19/05 | CAK   | Review and update March Fee Application.                                                                                                                       | 0.40 | 140.00 | $56.00     |

**Invoice number 65088**    91100    00001    **Page 7**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/05 | PEC | Draft Certificate of No Objection Regarding PSZYJW's January 20045 Monthly Fee Application and Certificate of Service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | CAK | Revise March Fee Application. | 0.10 | 140.00 | $14.00 |
| 04/21/05 | PEC | Prepare Certificate of No Objection Regarding PSZYJW's January 2005 Monthly Fee Application for filing and service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | DWC | Review and execute Cert of No Obj. for PSZYJ&W January fee application. | 0.10 | 320.00 | $32.00 |
| 04/25/05 | LDJ | Review and finalize interim fee application (March 2005) | 0.20 | 595.00 | $119.00 |
| 04/27/05 | CAK | Edit March Fee Application. | 0.10 | 140.00 | $14.00 |
| 04/27/05 | KKY | Serve (.1) and prepare for filing and service (.2) forty-eighth fee app of Pachulski Stang for March 2005 | 0.30 | 145.00 | $43.50 |
| 04/27/05 | DWC | Review PSZYJ&W March fee application. | 0.30 | 320.00 | $96.00 |
| 04/27/05 | MSC | Draft Certificate of Service of Forty-Eighth Monthly Application Of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. For Compensation For Services Rendered And Reimbursement Of Expenses As Co-Counsel To The Debtors For The Period From March 1, 2005 Through March 31, 2005 | 0.10 | 135.00 | $13.50 |
| 04/27/05 | MSC | Preparation for filing and service of Forty-Eighth Monthly Application Of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. For Compensation For Services Rendered And Reimbursement Of Expenses As Co-Counsel To The Debtors For The Period From March 1, 2005 Through March 31, 2005 | 0.20 | 135.00 | $27.00 |
| 04/29/05 | CAK | Update spreadsheet with amounts requested in the January through March Fee Applications in preparation of the next quarterly. | 0.90 | 140.00 | $126.00 |
| 04/29/05 | CAK | Review and update 16th Quarterly Fee Application. | 1.10 | 140.00 | $154.00 |
| | | **Task Code Total** | **9.80** | | **$1,934.00** |

**WRG-Fee Applications, Others**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/05 | PEC | Prepare Carella Byrne Bain Gilfillan Cecchi Stewart & Olstein's February 2005 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1); Prepare for filing and service (.3) | 0.80 | 140.00 | $112.00 |
| 03/25/05 | PEC | Prepare Latham & Watkin's February 2005 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1); Prepare for filing and service (.3) | 0.80 | 140.00 | $112.00 |
| 03/25/05 | PEC | Prepare Casner & Edwards January 2005 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1); Prepare for filing and service (.3) | 0.80 | 140.00 | $112.00 |
| 03/30/05 | PEC | Draft Certification of No Objection Regarding Steptoe & Johnson's October Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 03/30/05 | PEC | Draft Certification of No Objection Regarding Steptoe & Johnson's November Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |

**Invoice number 65088**       91100   00001                                    **Page 8**

| | | | | | |
|---|---|---|---|---|---|
| 03/30/05 | PEC | Draft Certification of No Objection Regarding Steptoe & Johnson's December Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 03/30/05 | PEC | Draft Certification of No Objection Regarding the Blackstone Group's January Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 03/30/05 | PEC | Draft Certification of No Objection Regarding Nelson Mullins Riley & Scarborough's January Monthly Fee Application and Certificate of Service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 04/01/05 | DWC | Emails with W. Sparks re: Protiviti fees. | 0.20 | 320.00 | $64.00 |
| 04/04/05 | DWC | Review motion to extend CIBC employment and CIBC fee applications and respond to W. Sparks email re: overcharge in CIBC quarterly fee application. | 0.40 | 320.00 | $128.00 |
| 04/11/05 | DWC | Emails with W. Sparks re: professional fees in avoidance actions. | 0.20 | 320.00 | $64.00 |
| 04/12/05 | PEC | Correspond with Tiffany Wood at Kirkland & Ellis regarding CNO for their fraudulent conveyance fee application | 0.20 | 140.00 | $28.00 |
| 04/14/05 | DWC | Call wtih J. Nacca re: K&E fee application. | 0.20 | 320.00 | $64.00 |
| 04/18/05 | DWC | Call with Gary Levin at Woodcock Washburn re: fees in connection with certain work for Debtors. | 0.20 | 320.00 | $64.00 |
| 04/19/05 | DWC | Review Woodcock fee request and relevant documents. | 0.70 | 320.00 | $224.00 |
| 04/20/05 | PEC | Draft Certificate of No Objection Regarding Deloitte Consulting LLP's September 2004 Monthly Fee Application and Certificate of Service | 0.40 | 140.00 | $56.00 |
| 04/20/05 | PEC | Draft Certificate of No Objection Regarding Latham & Watkins LLP's February 2005 Monthly Fee Application and Certificate of Service | 0.40 | 140.00 | $56.00 |
| 04/20/05 | PEC | Draft Certificate of No Objection Regarding Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein's February 2005 Monthly Fee Application and Certificate of Service | 0.40 | 140.00 | $56.00 |
| 04/20/05 | PEC | Draft Certificate of No Objection Regarding Casner & Edwards LLP's January 2005 Monthly Fee Application and Certificate of Service | 0.40 | 140.00 | $56.00 |
| 04/20/05 | PEC | Draft Certificate of No Objection Regarding Deloitte & Touche LLP's July 2004 Monthly Fee Application and Certificate of Service | 0.40 | 140.00 | $56.00 |
| 04/20/05 | PEC | Draft Certificate of No Objection Regarding Deloitte & Touche LLP's August 2004 Monthly Fee Application and Certificate of Service | 0.40 | 140.00 | $56.00 |
| 04/20/05 | PEC | Draft Certificate of No Objection Regarding Deloitte Consulting LLP's July 2004 Monthly Fee Application and Certificate of Service | 0.40 | 140.00 | $56.00 |
| 04/20/05 | PEC | Draft Certificate of No Objection Regarding Deloitte Consulting LLP's August 2004 Monthly Fee Application and Certificate of Service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | PEC | Prepare Certificate of No Objection Regarding Deloitte & Touche LLP's July 2004 Monthly Fee Application for filing and service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | PEC | Prepare Certificate of No Objection Regarding Deloitte & | 0.40 | 140.00 | $56.00 |

**Invoice number 65088**    91100   00001                    **Page 9**

| | | | | | |
|---|---|---|---|---|---|
| | | Touche LLP's August 2004 Monthly Fee Application for filing and service | | | |
| 04/21/05 | PEC | Prepare Certificate of No Objection Regarding Deloitte Consulting LLP's July 2004 Monthly Fee Application for filing and service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | PEC | Prepare Certificate of No Objection Regarding Deloitte Consulting LLP's August 2004 Monthly Fee Application for filing and service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | PEC | Prepare Certificate of No Objection Regarding Deloitte Consulting LLP's September 2004 Monthly Fee Application for filing and service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | PEC | Prepare Certificate of No Objection Regarding Latham & Watkins LLP's February 2005 Monthly Fee Application for filing and service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | PEC | Prepare Certificate of No Objection Regarding Carella Byrne Bain Gilfillan Cecchi Stewart & Olstein's February 2005 Monthly Fee Application for filing and service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | PEC | Prepare Certificate of No Objection Regarding Casner & Edwards LLP's January 2005 Monthly Fee Application for filing and service | 0.40 | 140.00 | $56.00 |
| 04/21/05 | DWC | Review and execute Certs of No Obj. for Deloitte entities July, August and September fee applications; Casner Edwards January fee application; Carella Byrne's February fee application and Latham Watkins February fee application. | 0.90 | 320.00 | $288.00 |
| 04/21/05 | DWC | Email to Gary Levin re: Woodcock's fee request. | 0.30 | 320.00 | $96.00 |
| 04/22/05 | DWC | Review Woodcock application for "past services amount". | 0.20 | 320.00 | $64.00 |
| 04/26/05 | DWC | Review and exeucte Cert of No Obj. for Pitney Hardin's January fee application and emails re: same. | 0.20 | 320.00 | $64.00 |
| 04/26/05 | MSC | Draft Certificate of No Objection (No Order Required) Regarding Forty-Fifth Interim Fee Application of Pitney Hardin LLP  for Compensation and Reimbursement of Expenses for January 1, 2005 through January 31, 2005 | 0.20 | 135.00 | $27.00 |
| 04/26/05 | MSC | Preparation for and filing of Certificate of No Objection (No Order Required) Regarding Forty-Fifth Interim Fee Application of Pitney Hardin LLP  for Compensation and Reimbursement of Expenses for January 1, 2005 through January 31, 2005 | 0.20 | 135.00 | $27.00 |
| 04/27/05 | KKY | Serve (.1) and prepare for filing and service (.2) forty-seventh fee app of Wallace King for February 2005 | 0.30 | 145.00 | $43.50 |
| 04/27/05 | MSC | Draft Certificate of Service of Forty-Seventh Monthly Interim Application Of Wallace King Domike & Branson PLLC For Compensation And Reimbursement Of Expenses For February 1, 2005 Through February 28, 2005 | 0.10 | 135.00 | $13.50 |
| 04/27/05 | MSC | Preparation for filing and service of Forty-Seventh Monthly Interim Application Of Wallace King Domike & Branson PLLC For Compensation And Reimbursement Of Expenses For February 1, 2005 Through February 28, 2005 | 0.20 | 135.00 | $27.00 |
| 04/29/05 | PEC | Draft Certificate of No Objection Regarding Woodcock Washburn's January 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service | 0.80 | 140.00 | $112.00 |

**Invoice number 65088**      91100  00001                                    **Page  10**

|          |      |                                                                                                                                            |       |        |          |
|----------|------|--------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|----------|
|          |      | (.4)                                                                                                                                        |       |        |          |
| 04/29/05 | PEC  | Draft Certificate of No Objection Regarding Kirkland & Ellis' January 2005 Monthly Fee  Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80  | 140.00 | $112.00  |
| 04/29/05 | DWC  | Review and execute Certs of No Obj. re: fee applications of Kirkland and Ellis and Woodcock & Washburn.                                     | 0.20  | 320.00 | $64.00   |
|          |      | **Task Code Total**                                                                                                                        | **19.30** |    | **$3,366.00** |

**Financial Filings [B110]**

|          |      |                                                                                                                                            |       |        |          |
|----------|------|--------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|----------|
| 04/01/05 | DWC  | Review monthly operating report for February 2005.                                                                                         | 0.40  | 320.00 | $128.00  |
| 04/04/05 | PEC  | Prepare February 2005 Monthly Operating Report for filing and service                                                                      | 0.30  | 140.00 | $42.00   |
| 04/05/05 | DWC  | Calls with Jeff Heck at US Trustee's and Michael Brown at Grace regarding US Trustee questions re: Monthly Operating Reports and emails re: same. | 1.10 | 320.00 | $352.00 |
| 04/06/05 | DWC  | Calls with Mike Brown and Jeff Heck re: US Trustee issues with monthly operating reports and emails re: same.                               | 0.90  | 320.00 | $288.00  |
| 04/28/05 | DWC  | Review proposed language in monthly operating reports to address U.S. Trustee issues; emails with U.S. Trustee and Michael Brown re: same; call with M. Brown re: same. | 0.70 | 320.00 | $224.00 |
|          |      | **Task Code Total**                                                                                                                        | **3.40** |     | **$1,034.00** |

**Litigation (Non-Bankruptcy)**

|          |      |                                                                                                                                            |       |        |          |
|----------|------|--------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|----------|
| 03/21/05 | SEM  | Conference with Jan Baer re: todays hearing (.50); preparation of orders for hearing (.80)                                                  | 1.30  | 425.00 | $552.50  |
| 03/29/05 | PEC  | Draft Certificate of No Objection Regarding  Debtors' Motion to Extend Time to Remove Actions and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 04/01/05 | DWC  | Review renewed motion to approve and implement settlement agreement with Sealed Air and Cryovac.                                           | 1.20  | 320.00 | $384.00  |
| 04/06/05 | PEC  | Draft Preliminary Agenda for 4/25/05 Hearing                                                                                                | 1.30  | 140.00 | $182.00  |
| 04/06/05 | PEC  | Revise and review 4/25/05 Preliminary Agenda                                                                                                | 0.60  | 140.00 | $84.00   |
| 04/07/05 | PEC  | Revise and update Preliminary Notice of Agenda for 4/25/05 Hearing.                                                                         | 0.30  | 140.00 | $42.00   |
| 04/07/05 | PEC  | Revise and review Preliminary Agenda for 4/25/05 Hearing                                                                                    | 1.10  | 140.00 | $154.00  |
| 04/07/05 | DWC  | Review draft agenda for April 25, 2005 hearing and email co-counsel re: same.                                                              | 0.50  | 320.00 | $160.00  |
| 04/07/05 | DWC  | Respond to W. Sparks email re: Woodcock retention and Solow Appeal.                                                                         | 0.30  | 320.00 | $96.00   |
| 04/08/05 | PEC  | Revise and review 4/25/05 Preliminary Agenda                                                                                                | 0.80  | 140.00 | $112.00  |
| 04/08/05 | PEC  | Review preliminary hearing binders for 4/25/05 Hearing                                                                                      | 0.80  | 140.00 | $112.00  |
| 04/08/05 | DWC  | Finalize preliminary agenda notice, including calls and                                                                                    | 1.20  | 320.00 | $384.00  |

**Invoice number 65088**      91100   00001                                    **Page 11**

| | | | | | |
|---|---|---|---|---|---|
| | | emails with co-counsel re: same. | | | |
| 04/11/05 | PEC | Draft Notice and Certificate of Service regarding Motion to Approve Settlement Agreement and Remediation Agreement Concerning the Hatco Site (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 04/11/05 | DWC | Review and revise motion to approve settlement re: Idatco facility; draft order approving same; review various exhibits to motion; calls and emails with S. Platnick re: same. | 6.50 | 320.00 | $2,080.00 |
| 04/14/05 | DWC | Review certification of counsel and proposed order re: schedule on case management motion and calls and emails re: same. | 0.60 | 320.00 | $192.00 |
| 04/18/05 | PEC | Revise and review 4/25/05 Agenda | 1.10 | 140.00 | $154.00 |
| 04/18/05 | PEC | Draft Certificate of service for 4/25/05 Agenda | 0.10 | 140.00 | $14.00 |
| 04/18/05 | PEC | Draft Service List for 4/25/05 Agenda | 1.00 | 140.00 | $140.00 |
| 04/18/05 | PEC | Review hearing binders for 4/25/05 Hearing | 0.80 | 140.00 | $112.00 |
| 04/18/05 | PEC | Prepare Agenda for 4/28/05 hearing to be hand filed with the Court (.3); Prepare Agenda for service (.2) | 0.50 | 140.00 | $70.00 |
| 04/18/05 | DWC | Finalize agenda for April 18, 2005 hearing and call with co-counsel re: same. | 1.60 | 320.00 | $512.00 |
| 04/19/05 | PEC | Correspond electronically with Tiffany Wood of Kirkland & Ellis regarding the Agenda for the 4/25/05 Hearing | 0.20 | 140.00 | $28.00 |
| 04/19/05 | PEC | Draft Amended Notice of Agenda for 4/25/05 Hearing | 0.80 | 140.00 | $112.00 |
| 04/19/05 | PEC | Revise and review Amended Agenda for 4/25/05 hearing | 0.50 | 140.00 | $70.00 |
| 04/19/05 | DWC | Call re: hearing on Monday. | 0.20 | 320.00 | $64.00 |
| 04/21/05 | PEC | Revise and review Amended Notice of Agenda for 4/25/05 Hearing (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 04/21/05 | DWC | Review and execute certification of counsel re: changing date of filing for agenda. | 0.20 | 320.00 | $64.00 |
| 04/21/05 | DWC | Review and revise limited response to Sealed Air settlement motion and emails re: same. | 0.60 | 320.00 | $192.00 |
| 04/21/05 | DWC | Review and revise amended agenda for April 25, 2005 hearing. | 0.80 | 320.00 | $256.00 |
| 04/22/05 | PEC | Prepare Motion to Vacate Order Re: Briefing Schedule for Case Management Order and Questionnaire for filing and service | 0.30 | 140.00 | $42.00 |
| 04/22/05 | DWC | Prepare for hearing on April 25, 2005. | 4.80 | 320.00 | $1,536.00 |
| 04/22/05 | DWC | Revise motion to vacate as per co-counsel's comments. | 0.50 | 320.00 | $160.00 |
| 04/25/05 | DWC | Prepare for and attend hearing (6.0); confer with client and co-counsel re: results of same (.5). | 6.50 | 320.00 | $2,080.00 |
| 04/28/05 | PEC | Revise and review Preliminary Notice of Agenda for 5/16/05 Hearing | 1.10 | 140.00 | $154.00 |
| 04/28/05 | DWC | Draft orders regarding motion to approve stipulation re: Solow Appeal and application to retain counsel re: same; draft certifications of counsel re: same. | 2.10 | 320.00 | $672.00 |
| 04/28/05 | DWC | Review and revise agenda for May 16, 2005 hearing and email co-counsel re: same. | 0.70 | 320.00 | $224.00 |
| 04/28/05 | DWC | Review and respond to co-counsel re: procedural issues. | 0.30 | 320.00 | $96.00 |
| 04/29/05 | PEC | Prepare Debtors' Fifteenth Quarterly Report of Settlements From January 1, 2005 Through March 31, 2005 in | 0.40 | 140.00 | $56.00 |

**Invoice number 65088**   91100  00001                                    **Page  12**

|  |  | Accordance with That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding for filing and service |  |  |  |
|---|---|---|---|---|---|
| 04/29/05 | PEC | Revise and review 5/16/05 Preliminary Agenda | 0.50 | 140.00 | $70.00 |
| 04/29/05 | DWC | Finalize preliminary agenda and review emails re: same. | 0.50 | 320.00 | $160.00 |
|  |  | **Task Code Total** | **45.00** |  | **$11,908.50** |

**Operations [B210]**

| 04/15/05 | DWC | Review March 21, 2005 transcript re: motion to approve compensation for new CEO. | 0.50 | 320.00 | $160.00 |
|---|---|---|---|---|---|
| 04/15/05 | DWC | Draft certification of counsel re: revised order to motion to approve new CEO compensation (includes review of prior order and CEO agreement) and revise order; call with J. Baer re: same. | 1.00 | 320.00 | $320.00 |
| 04/21/05 | DWC | Review asbestos committee's supplemental objection to CEO Motion. | 0.30 | 320.00 | $96.00 |
|  |  | **Task Code Total** | **1.80** |  | **$576.00** |

**Tax Issues [B240]**

| 04/11/05 | DWC | Call with Carol Fink re: IRS settlement. | 0.20 | 320.00 | $64.00 |
|---|---|---|---|---|---|
| 04/12/05 | DWC | Review Carol Fink email re: IRS settlement and respond to same; email clerk re: entry of order on IRS Settlement and Woodcock Washburn retention; email co-counsel re: same. | 0.80 | 320.00 | $256.00 |
| 04/12/05 | DWC | Review IRS Order entered and email re: same. | 0.20 | 320.00 | $64.00 |
|  |  | **Task Code Total** | **1.20** |  | **$384.00** |
|  |  | **Total professional services:** | **199.40** |  | **$37,512.00** |

## Costs Advanced:

| 02/02/2005 | PAC | Pacer - Court Research | $2.10 |
|---|---|---|---|
| 02/03/2005 | PAC | Pacer - Court Research | $1.47 |
| 02/06/2005 | PAC | Pacer - Court Research | $1.75 |
| 02/10/2005 | PAC | Pacer - Court Research | $18.62 |
| 02/12/2005 | PAC | Pacer - Court Research | $5.53 |
| 02/15/2005 | PAC | Pacer - Court Research | $1.19 |
| 02/15/2005 | PAC | Pacer - Court Research | $5.88 |
| 02/18/2005 | PAC | Pacer - Court Research | $1.47 |

**Invoice number  65088**      91100  00001                    **Page  13**

| | | | |
|---|---|---|---|
| 02/19/2005 | PAC | Pacer - Court Research | $1.26 |
| 02/23/2005 | PAC | Pacer - Court Research | $3.50 |
| 02/24/2005 | PAC | Pacer - Court Research | $9.94 |
| 02/26/2005 | PAC | Pacer - Court Research | $1.82 |
| 03/01/2005 | FE | Federal Express [E108] | $15.28 |
| 03/01/2005 | RE | Reproduction Expense. [E101] | $4.35 |
| 03/05/2005 | RE | Reproduction Expense. [E101] | $2.25 |
| 03/09/2005 | TR | Transcript---J&J Transcribers,Inc. [E116] | $422.71 |
| 03/10/2005 | PAC | 91100 - 001 PACER charges for 03/10/2005 | $1.40 |
| 03/16/2005 | BM | Business Meal---Deep Blue Bar & Grill.(DWC) [E111] | $28.75 |
| 03/16/2005 | BM | Business Meal---Cavanaugh's Restaurant. [E111] | $73.00 |
| 03/21/2005 | BM | Business Meal---Healy's Cafe. [E111] | $44.20 |
| 03/22/2005 | PAC | 91100 - 001 PACER charges for 03/22/2005 | $9.94 |
| 03/23/2005 | PAC | 91100 - 001 PACER charges for 03/23/2005 | $13.44 |
| 03/24/2005 | FX | Fax Transmittal. [E104] | $20.00 |
| 03/24/2005 | PAC | 91100 - 001 PACER charges for 03/24/2005 | $11.55 |
| 03/24/2005 | RE | Reproduction Expense. [E101] | $6.00 |
| 03/25/2005 | PAC | 91100 - 001 PACER charges for 03/25/2005 | $12.18 |
| 03/25/2005 | RE | Reproduction Expense. [E101] | $5.70 |
| 03/26/2005 | PAC | 91100 - 001 PACER charges for 03/26/2005 | $8.12 |
| 03/28/2005 | DH | DHL | $12.39 |
| 03/28/2005 | DH | DHL | $12.39 |
| 03/28/2005 | DH | DHL | $29.40 |
| 03/29/2005 | DH | DHL | $8.77 |
| 03/29/2005 | DH | DHL | $8.77 |
| 03/29/2005 | DH | DHL | $14.14 |
| 03/30/2005 | PAC | 91100 - 001 PACER charges for 03/30/2005 | $10.71 |
| 03/30/2005 | RE | Reproduction Expense. [E101] | $3.15 |
| 03/31/2005 | DC | Tristate | $15.00 |
| 03/31/2005 | DC | Tristate | $30.00 |
| 03/31/2005 | DH | DHL | $18.09 |
| 03/31/2005 | DH | DHL | $10.30 |
| 03/31/2005 | DH | DHL | $10.30 |
| 03/31/2005 | PAC | 91100 - 001 PACER charges for 03/31/2005 | $3.15 |
| 03/31/2005 | PAC | 91100 - 001 PACER charges for 03/31/2005 | $11.97 |
| 03/31/2005 | RE | Reproduction Expense. [E101] | $1.20 |
| 04/01/2005 | DH | DHL | $10.30 |
| 04/01/2005 | DH | DHL | $10.30 |
| 04/01/2005 | DH | DHL | $18.09 |
| 04/01/2005 | PO | Postage | $0.60 |
| 04/01/2005 | RE | (F8 CORR 30 @0.15 PER PG) | $4.50 |
| 04/01/2005 | RE | (F8 DOC 9 @0.15 PER PG) | $1.35 |
| 04/01/2005 | RE | (F2 CORR 112 @0.15 PER PG) | $16.80 |

**Invoice number 65088**      91100  00001                    **Page 14**

| 04/02/2005 | RE | Reproduction Expense. [E101] | $3.60 |
|---|---|---|---|
| 04/04/2005 | DC | Tristate | $54.00 |
| 04/04/2005 | DC | Tristate | $15.00 |
| 04/04/2005 | PO | Postage | $7.70 |
| 04/04/2005 | RE | (G7 CORR 256 @0.15 PER PG) | $38.40 |
| 04/04/2005 | RE | (F7 AGR 256 @0.15 PER PG) | $38.40 |
| 04/04/2005 | RE | (G8 CORR 1857 @0.15 PER PG) | $278.55 |
| 04/04/2005 | RE | (F4 CORR 1238 @0.15 PER PG) | $185.70 |
| 04/04/2005 | RE | (F2 CORR 1788 @0.15 PER PG) | $268.20 |
| 04/05/2005 | DC | Tristate | $79.50 |
| 04/05/2005 | FE | Federal Express [E108] | $16.63 |
| 04/05/2005 | RE | (F8 CORR 14 @0.15 PER PG) | $2.10 |
| 04/06/2005 | DC | Tristate | $54.00 |
| 04/06/2005 | DC | Tristate | $15.00 |
| 04/06/2005 | DH | DHL | $10.91 |
| 04/06/2005 | DH | DHL | $20.82 |
| 04/06/2005 | DH | DHL | $10.91 |
| 04/06/2005 | FX | (G3 12128 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 7 @1.00 PER PG) | $7.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | FX | (G3 CORR 8 @1.00 PER PG) | $8.00 |
| 04/06/2005 | PO | Postage | $6.60 |
| 04/06/2005 | RE | (F8 AGR 4 @0.15 PER PG) | $0.60 |
| 04/06/2005 | RE | (F7 AGR 3 @0.15 PER PG) | $0.45 |
| 04/06/2005 | RE | (F7 AGR 11 @0.15 PER PG) | $1.65 |
| 04/06/2005 | RE | (F7 DOC 4 @0.15 PER PG) | $0.60 |
| 04/06/2005 | RE | (G8 CORR 54 @0.15 PER PG) | $8.10 |
| 04/06/2005 | RE | (G8 AGR 2 @0.15 PER PG) | $0.30 |
| 04/07/2005 | DH | DHL | $19.50 |
| 04/07/2005 | DH | DHL | $10.35 |
| 04/07/2005 | DH | DHL | $10.35 |
| 04/07/2005 | RE | (F5 CORR 184 @0.15 PER PG) | $27.60 |
| 04/07/2005 | RE | (F5 CORR 95 @0.15 PER PG) | $14.25 |
| 04/07/2005 | RE | (F5 CORR 411 @0.15 PER PG) | $61.65 |
| 04/07/2005 | RE | (F5 CORR 1108 @0.15 PER PG) | $166.20 |

**Invoice number  65088**          91100   00001                     **Page  15**

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 04/07/2005 | RE | (F7 CORR 1679 @0.15 PER PG) | $251.85 |
| 04/07/2005 | RE | (G9 CORR 62 @0.15 PER PG) | $9.30 |
| 04/07/2005 | RE | (F7 AGR 5 @0.15 PER PG) | $0.75 |
| 04/07/2005 | RE | (F8 DOC 36 @0.15 PER PG) | $5.40 |
| 04/07/2005 | RE | (F2 CORR 117 @0.15 PER PG) | $17.55 |
| 04/07/2005 | RE | (F7 DOC 9 @0.15 PER PG) | $1.35 |
| 04/08/2005 | DC | Tristate | $15.00 |
| 04/08/2005 | DC | Tristate | $63.00 |
| 04/08/2005 | DC | Tristate | $360.00 |
| 04/08/2005 | DC | Tristate | $22.50 |
| 04/08/2005 | DC | Tristate | $22.50 |
| 04/08/2005 | PO | Postage | $6.60 |
| 04/08/2005 | PO | Postage | $34.20 |
| 04/08/2005 | PO | Postage | $0.85 |
| 04/08/2005 | PO | Postage | $93.60 |
| 04/08/2005 | PO | Postage | $42.35 |
| 04/08/2005 | RE | (F5 CORR 33 @0.15 PER PG) | $4.95 |
| 04/08/2005 | RE | (F5 CORR 74 @0.15 PER PG) | $11.10 |
| 04/08/2005 | RE | (F7 AGR 2 @0.15 PER PG) | $0.30 |
| 04/08/2005 | RE | (F5 CORR 48 @0.15 PER PG) | $7.20 |
| 04/08/2005 | RE | (F5 CORR 63 @0.15 PER PG) | $9.45 |
| 04/08/2005 | RE | (F7 AGR 9 @0.15 PER PG) | $1.35 |
| 04/08/2005 | RE | (F7 AGR 16 @0.15 PER PG) | $2.40 |
| 04/08/2005 | RE | (F7 AGR 15 @0.15 PER PG) | $2.25 |
| 04/08/2005 | RE | (F5 CORR 48 @0.15 PER PG) | $7.20 |
| 04/08/2005 | RE | (F7 AGR 181 @0.15 PER PG) | $27.15 |
| 04/08/2005 | RE | (F6 AGR 156 @0.15 PER PG) | $23.40 |
| 04/08/2005 | RE | (F5 CORR 33 @0.15 PER PG) | $4.95 |
| 04/08/2005 | RE | (G8 CORR 504 @0.15 PER PG) | $75.60 |
| 04/08/2005 | RE | (G7 CORR 500 @0.15 PER PG) | $75.00 |
| 04/08/2005 | RE | (G9 CORR 2736 @0.15 PER PG) | $410.40 |
| 04/08/2005 | RE | (G8 CORR 2 @0.15 PER PG) | $0.30 |
| 04/08/2005 | RE | (G9 A 2 @0.15 PER PG) | $0.30 |
| 04/08/2005 | RE | (F4 CORR 116 @0.15 PER PG) | $17.40 |
| 04/11/2005 | DC | Tristate | $15.00 |
| 04/11/2005 | DC | Tristate | $15.90 |
| 04/11/2005 | DC | Tristate | $12.00 |
| 04/11/2005 | DC | Tristate | $342.00 |
| 04/11/2005 | PO | Postage | $563.37 |
| 04/11/2005 | PO | Postage | $3.10 |
| 04/11/2005 | PO | Postage | $26.95 |
| 04/11/2005 | PO | Postage | $15.40 |
| 04/11/2005 | RE | (F5 CORR 155 @0.15 PER PG) | $23.25 |

**Invoice number 65088**       91100  00001        **Page  16**

| 04/11/2005 | RE | (F5 CORR 40 @0.15 PER PG) | $6.00 |
|---|---|---|---|
| 04/11/2005 | RE | (F5 CORR 38 @0.15 PER PG) | $5.70 |
| 04/11/2005 | RE | (F5 CORR 12 @0.15 PER PG) | $1.80 |
| 04/11/2005 | RE | (F5 CORR 6 @0.15 PER PG) | $0.90 |
| 04/11/2005 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 04/11/2005 | RE | (F8 AGR 3 @0.15 PER PG) | $0.45 |
| 04/11/2005 | RE | (F7 AGR 4 @0.15 PER PG) | $0.60 |
| 04/11/2005 | RE | (F7 AGR 37 @0.15 PER PG) | $5.55 |
| 04/11/2005 | RE | (G9 CORR 101 @0.15 PER PG) | $15.15 |
| 04/11/2005 | RE | (F4 CORR 165 @0.15 PER PG) | $24.75 |
| 04/11/2005 | RE | (F4 CORR 3081 @0.15 PER PG) | $462.15 |
| 04/11/2005 | RE | (F7 DOC 582 @0.15 PER PG) | $87.30 |
| 04/11/2005 | RE | (G8 CORR 5500 @0.15 PER PG) | $825.00 |
| 04/11/2005 | RE | (G7 CORR 5544 @0.15 PER PG) | $831.60 |
| 04/11/2005 | RE | (G8 AGR 2 @0.15 PER PG) | $0.30 |
| 04/11/2005 | RE | (G8 A 12 @0.15 PER PG) | $1.80 |
| 04/11/2005 | RE | (F2 CORR 3765 @0.15 PER PG) | $564.75 |
| 04/11/2005 | RE | (F4 CORR 3752 @0.15 PER PG) | $562.80 |
| 04/11/2005 | SO | Secretarial Overtime---(H.T.Walsh) | $40.44 |
| 04/12/2005 | DC | Tristate | $15.90 |
| 04/12/2005 | DH | DHL | $12.87 |
| 04/12/2005 | DH | DHL | $12.87 |
| 04/12/2005 | FE | Federal Express [E108] | $51.54 |
| 04/12/2005 | FX | Fax Transmittal. [E104] | $13.00 |
| 04/12/2005 | RE | (F5 CORR 1 @0.15 PER PG) | $0.15 |
| 04/12/2005 | RE | (F8 DOC 54 @0.15 PER PG) | $8.10 |
| 04/12/2005 | RE | (F4 CORR 1572 @0.15 PER PG) | $235.80 |
| 04/12/2005 | RE | Reproduction Expense. [E101] | $5.25 |
| 04/12/2005 | RE | Reproduction Expense. [E101] | $0.15 |
| 04/13/2005 | RE | (F8 DOC 8 @0.15 PER PG) | $1.20 |
| 04/13/2005 | RE | (F2 CORR 37 @0.15 PER PG) | $5.55 |
| 04/13/2005 | RE | Reproduction Expense. [E101] | $4.95 |
| 04/14/2005 | RE | (F5 CORR 12 @0.15 PER PG) | $1.80 |
| 04/14/2005 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 04/14/2005 | RE | (F5 CORR 1 @0.15 PER PG) | $0.15 |
| 04/14/2005 | RE | (G9 CORR 138 @0.15 PER PG) | $20.70 |
| 04/14/2005 | RE | (G8 CORR 33 @0.15 PER PG) | $4.95 |
| 04/15/2005 | DC | Tristate | $15.00 |
| 04/15/2005 | DC | Tristate | $396.00 |
| 04/15/2005 | DC | Tristate | $23.85 |
| 04/15/2005 | DC | Tristate | $23.85 |
| 04/15/2005 | DH | DHL | $8.82 |
| 04/15/2005 | DH | DHL | $8.82 |

**Invoice number 65088**      91100  00001                              **Page  17**

| 04/15/2005 | DH | DHL | $14.22 |
| 04/15/2005 | PO | Postage | $0.60 |
| 04/15/2005 | PO | Postage | $376.25 |
| 04/15/2005 | PO | Postage | $2.10 |
| 04/15/2005 | PO | Postage | $14.19 |
| 04/15/2005 | RE | (F7 AGR 2 @0.15 PER PG) | $0.30 |
| 04/15/2005 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 04/15/2005 | RE | (F8 CORR 37 @0.15 PER PG) | $5.55 |
| 04/15/2005 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 04/15/2005 | RE | (F8 CORR 4 @0.15 PER PG) | $0.60 |
| 04/15/2005 | RE | (F7 AGR 143 @0.15 PER PG) | $21.45 |
| 04/15/2005 | RE | (F7 AGR 102 @0.15 PER PG) | $15.30 |
| 04/15/2005 | RE | (F7 DOC 16 @0.15 PER PG) | $2.40 |
| 04/15/2005 | RE | (G9 AGR 1040 @0.15 PER PG) | $156.00 |
| 04/15/2005 | RE | (F8 CORR 17 @0.15 PER PG) | $2.55 |
| 04/15/2005 | RE | (G8 AGR 3974 @0.15 PER PG) | $596.10 |
| 04/15/2005 | RE | (F7 AGR 50 @0.15 PER PG) | $7.50 |
| 04/15/2005 | RE | (F7 AGR 234 @0.15 PER PG) | $35.10 |
| 04/15/2005 | RE | (F2 CORR 302 @0.15 PER PG) | $45.30 |
| 04/15/2005 | RE | (F2 CORR 6 @0.15 PER PG) | $0.90 |
| 04/15/2005 | RE | (F4 CORR 664 @0.15 PER PG) | $99.60 |
| 04/15/2005 | RE | (F4 CORR 1968 @0.15 PER PG) | $295.20 |
| 04/15/2005 | RE | (F2 CORR 2841 @0.15 PER PG) | $426.15 |
| 04/15/2005 | RE | (F2 AGR 2 @0.15 PER PG) | $0.30 |
| 04/15/2005 | RE | (F4 CORR 380 @0.15 PER PG) | $57.00 |
| 04/15/2005 | SO | Secretarial Overtime---(H.T.Walsh) | $40.44 |
| 04/15/2005 | SO | Secretarial Overtime---(H.T.Walsh) | $16.18 |
| 04/16/2005 | RE | Reproduction Expense. [E101] | $1.05 |
| 04/18/2005 | DC | Tristate | $79.50 |
| 04/18/2005 | DC | Tristate | $15.90 |
| 04/18/2005 | DC | Tristate | $5.00 |
| 04/18/2005 | DH | DHL | $8.64 |
| 04/18/2005 | PO | Postage | $0.83 |
| 04/18/2005 | RE | (F8 AGR 16 @0.15 PER PG) | $2.40 |
| 04/18/2005 | RE | (F7 AGR 41 @0.15 PER PG) | $6.15 |
| 04/18/2005 | RE | (F5 CORR 238 @0.15 PER PG) | $35.70 |
| 04/18/2005 | RE | (F5 CORR 119 @0.15 PER PG) | $17.85 |
| 04/18/2005 | RE | (F5 AGR 1 @0.15 PER PG) | $0.15 |
| 04/18/2005 | RE | (F5 AGR 1 @0.15 PER PG) | $0.15 |
| 04/18/2005 | RE | (F7 AGR 68 @0.15 PER PG) | $10.20 |
| 04/18/2005 | RE | (F8 CORR 3 @0.15 PER PG) | $0.45 |
| 04/18/2005 | RE | (F7 AGR 68 @0.15 PER PG) | $10.20 |
| 04/18/2005 | RE | (F7 CORR 34 @0.15 PER PG) | $5.10 |

**Invoice number 65088**      91100   00001                    **Page  18**

| 04/18/2005 | RE | (F4 CORR 1257 @0.15 PER PG) | $188.55 |
| 04/18/2005 | RE | (F8 DOC 27 @0.15 PER PG) | $4.05 |
| 04/19/2005 | DC | Tristate | $5.00 |
| 04/19/2005 | DH | DHL | $11.61 |
| 04/19/2005 | DH | DHL | $11.61 |
| 04/19/2005 | DH | DHL | $23.25 |
| 04/19/2005 | FE | Federal Express [E108] | $74.55 |
| 04/19/2005 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 04/19/2005 | RE | (G8 AGR 705 @0.15 PER PG) | $105.75 |
| 04/19/2005 | RE | (F4 CORR 245 @0.15 PER PG) | $36.75 |
| 04/19/2005 | RE | (F2 CORR 219 @0.15 PER PG) | $32.85 |
| 04/19/2005 | RE | (F4 CORR 173 @0.15 PER PG) | $25.95 |
| 04/19/2005 | RE | (F2 CORR 87 @0.15 PER PG) | $13.05 |
| 04/19/2005 | RE | Reproduction Expense. [E101] | $2.25 |
| 04/19/2005 | RE | Reproduction Expense. [E101] | $2.25 |
| 04/20/2005 | RE | (F8 AGR 17 @0.15 PER PG) | $2.55 |
| 04/20/2005 | RE | (G8 CORR 34 @0.15 PER PG) | $5.10 |
| 04/21/2005 | DC | Tristate | $15.00 |
| 04/21/2005 | DC | Tristate | $30.00 |
| 04/21/2005 | DC | Tristate | $72.00 |
| 04/21/2005 | DC | Tristate | $79.50 |
| 04/21/2005 | DH | DHL | $18.19 |
| 04/21/2005 | DH | DHL | $10.35 |
| 04/21/2005 | DH | DHL | $10.35 |
| 04/21/2005 | DH | DHL | $8.64 |
| 04/21/2005 | PO | Postage | $9.54 |
| 04/21/2005 | PO | Postage | $13.65 |
| 04/21/2005 | PO | Postage | $0.60 |
| 04/21/2005 | PO | Postage | $9.96 |
| 04/21/2005 | RE | (F6 AGR 3 @0.15 PER PG) | $0.45 |
| 04/21/2005 | RE | (F7 AGR 13 @0.15 PER PG) | $1.95 |
| 04/21/2005 | RE | (F8 CORR 21 @0.15 PER PG) | $3.15 |
| 04/21/2005 | RE | (F8 CORR 65 @0.15 PER PG) | $9.75 |
| 04/21/2005 | RE | (F8 DOC 27 @0.15 PER PG) | $4.05 |
| 04/21/2005 | RE | (F7 AGR 3 @0.15 PER PG) | $0.45 |
| 04/21/2005 | RE | (F7 AGR 2 @0.15 PER PG) | $0.30 |
| 04/21/2005 | RE | (F4 CORR 75 @0.15 PER PG) | $11.25 |
| 04/21/2005 | RE | (F2 CORR 437 @0.15 PER PG) | $65.55 |
| 04/21/2005 | RE | (F7 AGR 5 @0.15 PER PG) | $0.75 |
| 04/21/2005 | RE | (F8 CORR 28 @0.15 PER PG) | $4.20 |
| 04/21/2005 | RE | (F8 CORR 13 @0.15 PER PG) | $1.95 |
| 04/21/2005 | RE | (F7 AGR 42 @0.15 PER PG) | $6.30 |
| 04/21/2005 | RE | (F5 CORR 111 @0.15 PER PG) | $16.65 |

**Invoice number 65088**     91100  00001                    **Page  19**

| 04/21/2005 | RE | (F2 CORR 430 @0.15 PER PG) | $64.50 |
| 04/21/2005 | RE | (G9 AGR 170 @0.15 PER PG) | $25.50 |
| 04/21/2005 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 04/21/2005 | RE | (F2 CORR 29 @0.15 PER PG) | $4.35 |
| 04/21/2005 | RE | (F4 CORR 272 @0.15 PER PG) | $40.80 |
| 04/22/2005 | DC | Tristate | $15.00 |
| 04/22/2005 | DC | Tristate | $5.00 |
| 04/22/2005 | DC | Tristate | $70.00 |
| 04/22/2005 | DC | Tristate | $15.90 |
| 04/22/2005 | DH | DHL | $12.91 |
| 04/22/2005 | PO | Postage | $13.80 |
| 04/22/2005 | RE | (F5 AGEND 21 @0.15 PER PG) | $3.15 |
| 04/22/2005 | RE | (F7 AGR 22 @0.15 PER PG) | $3.30 |
| 04/22/2005 | RE | (G9 CORR 261 @0.15 PER PG) | $39.15 |
| 04/22/2005 | RE | (F8 CORR 6 @0.15 PER PG) | $0.90 |
| 04/22/2005 | RE | (G9 CORR 437 @0.15 PER PG) | $65.55 |
| 04/22/2005 | RE | (F7 AGR 12 @0.15 PER PG) | $1.80 |
| 04/22/2005 | RE | (F8 CORR 13 @0.15 PER PG) | $1.95 |
| 04/22/2005 | RE | (F4 CORR 200 @0.15 PER PG) | $30.00 |
| 04/22/2005 | RE | (F4 CORR 2 @0.15 PER PG) | $0.30 |
| 04/25/2005 | BM | Business Meal---Healey's Cafe. [E111] | $38.00 |
| 04/25/2005 | DC | Tristate | $15.00 |
| 04/25/2005 | DC | Tristate | $42.75 |
| 04/25/2005 | DC | Tristate | $81.00 |
| 04/25/2005 | PO | Postage | $16.77 |
| 04/25/2005 | RE | (F8 DOC 10 @0.15 PER PG) | $1.50 |
| 04/25/2005 | RE | (F8 DOC 10 @0.15 PER PG) | $1.50 |
| 04/25/2005 | RE | (F8 DOC 54 @0.15 PER PG) | $8.10 |
| 04/25/2005 | RE | (F8 DOC 56 @0.15 PER PG) | $8.40 |
| 04/25/2005 | RE | (F2 CORR 1353 @0.15 PER PG) | $202.95 |
| 04/25/2005 | RE | (F2 AGR 506 @0.15 PER PG) | $75.90 |
| 04/25/2005 | SO | Secretarial Overtime---(V.A.Preston) | $36.75 |
| 04/26/2005 | FE | Federal Express [E108] | $44.87 |
| 04/26/2005 | RE | (F8 AGR 35 @0.15 PER PG) | $5.25 |
| 04/26/2005 | RE | (F8 DOC 27 @0.15 PER PG) | $4.05 |
| 04/26/2005 | RE | (F4 3 669 @0.15 PER PG) | $100.35 |
| 04/27/2005 | DC | Tristate | $15.00 |
| 04/27/2005 | DC | Tristate | $9.00 |
| 04/27/2005 | RE | (F5 CORR 8 @0.15 PER PG) | $1.20 |
| 04/27/2005 | RE | (F5 CORR 34 @0.15 PER PG) | $5.10 |
| 04/27/2005 | RE | (F8 AGR 7 @0.15 PER PG) | $1.05 |
| 04/27/2005 | RE | (F5 CORR 2 @0.15 PER PG) | $0.30 |
| 04/27/2005 | RE | (F7 CORR 39 @0.15 PER PG) | $5.85 |

**Invoice number  65088**          91100  00001                          **Page  20**

| 04/27/2005 | RE | (F6 CORR 39 @0.15 PER PG) | $5.85 |
| 04/27/2005 | RE | (F2 CORR 237 @0.15 PER PG) | $35.55 |
| 04/27/2005 | RE | (F4 CORR 117 @0.15 PER PG) | $17.55 |
| 04/27/2005 | RE | (F4 CORR 2 @0.15 PER PG) | $0.30 |
| 04/27/2005 | SO | Secretarial Overtime---(C.Neuberger) | $18.95 |
| 04/28/2005 | DC | Tristate | $15.00 |
| 04/28/2005 | DC | Tristate | $5.00 |
| 04/28/2005 | PO | Postage | $1.20 |
| 04/28/2005 | PO | Postage | $9.96 |
| 04/29/2005 | DC | Tristate | $15.00 |
| 04/29/2005 | DC | Tristate | $35.00 |
| 04/29/2005 | DC | Tristate | $387.00 |
| 04/29/2005 | PO | Postage | $6.00 |
| 04/29/2005 | PO | Postage | $5.40 |
| 04/29/2005 | PO | Postage | $1.70 |
| 04/29/2005 | PO | Postage | $127.20 |
| 04/30/2005 | WL | Westlaw - Legal Research [E106] | $138.85 |

Total Expenses:          **$14,813.08**

## Summary:

| | |
|---|---|
| Total professional services | $37,512.00 |
| Total expenses | $14,813.08 |
| Net current charges | $52,325.08 |
| | |
| Net balance forward | $251,391.84 |
| **Total balance now due** | **$303,716.92** |

| CAK | Knotts, Cheryl A. | 3.60 | 140.00 | $504.00 |
|---|---|---|---|---|
| CJB | Bouzoukis, Charles J. | 4.40 | 60.00 | $264.00 |
| DCC | Crossan, Donna C. | 0.20 | 75.00 | $15.00 |
| DWC | Carickhoff, David W | 70.90 | 320.00 | $22,688.00 |
| KKY | Yee, Karina K. | 0.60 | 145.00 | $87.00 |
| KSN | Neil, Karen S. | 0.50 | 55.00 | $27.50 |
| LDJ | Jones, Laura Davis | 0.80 | 595.00 | $476.00 |
| MSC | Chappe, Marlene S. | 2.80 | 135.00 | $378.00 |
| PEC | Cuniff, Patricia E. | 64.40 | 140.00 | $9,016.00 |
| RMO | Olivere, Rita M. | 2.20 | 75.00 | $165.00 |
| SEM | McFarland, Scotta E. | 1.30 | 425.00 | $552.50 |
| SLP | Pitman, L. Sheryle | 47.70 | 70.00 | $3,339.00 |
| | | 199.40 | | $37,512.00 |

**Invoice number 65088**          91100  00001                                    **Page 21**

## Task Code Summary

|      |                                  | Hours  | Amount      |
|------|----------------------------------|--------|-------------|
| AD   | Asset Disposition [B130]         | 0.40   | $56.00      |
| CA   | Case Administration [B110]       | 82.50  | $7,818.50   |
| CR01 | WRG-Claim Analysis (Asbestos)    | 3.10   | $884.00     |
| CR02 | WRG Claim Analysis               | 24.10  | $7,099.50   |
| EA01 | WRG-Employ. App., Others         | 8.80   | $2,451.50   |
| FA   | WRG-Fee Apps., Applicant         | 9.80   | $1,934.00   |
| FA01 | WRG-Fee Applications, Others     | 19.30  | $3,366.00   |
| FF   | Financial Filings [B110]         | 3.40   | $1,034.00   |
| LN   | Litigation (Non-Bankruptcy)      | 45.00  | $11,908.50  |
| OP   | Operations [B210]                | 1.80   | $576.00     |
| TI   | Tax Issues [B240]                | 1.20   | $384.00     |
|      |                                  | 199.40 | $37,512.00  |

## Expense Code Summary

| | |
|---|---|
| Working Meals [E1 | $183.95 |
| Delivery/Courier Service | $2,632.55 |
| DHL- Worldwide Express | $419.23 |
| Federal Express [E108] | $202.87 |
| Fax Transmittal [E104] | $128.00 |
| Pacer - Court Research | $136.99 |
| Postage [E108] | $1,411.07 |
| Reproduction Expense [E101] | $8,984.10 |
| Overtime | $152.76 |
| Transcript [E116] | $422.71 |
| Westlaw - Legal Research [E106 | $138.85 |
| | $14,813.08 |