## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.<br><br>                 Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 28, 2005 @ 4:00 p.m.**<br>**Hearing Date: July 18, 2005 @ 12:00 noon** |

## NOTICE OF FILING OF SUPPLEMENT TO EXHIBIT "A" TO THE MOTION OF STATE OF MONTANA FOR RELIEF FROM THE AUTOMATIC STAY

Please take notice that the State of Montana, by and through its attorneys, is filing the attached Supplement to Exhibit "A" - Additional State Court Actions Pending - to the Motion for Relief from the Automatic Stay [Docket Item No. 8582, Filed June 9, 2005].

Dated: June 23, 2005

                                                 **MONZACK AND MONACO, P.A.**

                                                 __/s/ Francis A. Monaco, Jr._____
                                                 Francis A. Monaco, Jr. (#2078)
                                                 Kevin J. Mangan (#3810)
                                                 1201 Orange Street
                                                 Wilmington, DE 19801
                                                 (302) 656-8162
                                                 Counsel for the State of Montana

Document #: 44989