Supplement to EXHIBIT A

STATE OF MONTANA / ASBESTOS CASES                New Cases Served Since 4/13/05

| First Named Plaintiff | Case # | Montana County |
|---|---|---|
| Petrusha, Robert | BDV-2004-532 | Cascade |
| Petrusha, Lorainne | DDV 04-779 | Cascade |
| Steele | ADV-04-781 | Cascade |
| Dickerman | BDV-04-963 | Cascade |
| Michels | BDV-04-963 | Cascade |
| Goyen | ADV-04-1268 | Cascade |
| Masters | ADV-04-1463 | Cascade |
| Zugg | ADV 2004-576 | Lewis and Clark |
| Stacy | CDV-2004-652 | Lewis and Clark |
| Thomson | CDV-2004-858 | Lewis and Clark |
| Lucas | CDV-2004-868 | Lewis and Clark |
| Blaine | CDV-02-293 | Cascade |
| Filopoulos | CDV 03-854 | Cascade |
| Pierce | CDV 04-690 | Cascade |