## CERTIFICATE OF SERVICE

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on June 23, 2005 upon:**

### SEE ATTACHED SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.


__6/23/2005_____            ___/s/ Heidi E. Sasso_____
Date                                               Heidi E. Sasso

Document #: 370