**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Deadline: June 20, 2005 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 8535**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to LECG, LLC's Second Interim Application For Compensation For Services Rendered and Reimbursement of Expenses during the period of March 1, 2005, through March 31, 2005 (the "Application Period"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 20, 2005.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay LECG, LLC $51,215.40 which represents 80% of the fees ($64,019.25) and $474.80, which represents 100% of the expenses requested in the Application for the period

[continued to next page]

March 1, 2005 through March 31, 2005, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Date: June 23, 2005

        BILZIN SUMBERG BAENA PRICE
          & AXELROD LLP
        Counsel of the Official Committee
          of Asbestos Property Damage Claimants
        2500 Wachovia Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131-2336
        Telephone: (305) 374-7580
        Facsimile: (305) 374-7593

        -and-

        FERRY, JOSEPH & PEARCE, P.A.

        /s/ Theodore J. Tacconelli
        Michael B. Joseph (No. 392)
        Theodore J. Tacconelli (No. 2678)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE 19899
        Tel:    (302) 575-1555
        Fax:    (302) 575-1714

        *Counsel to the Official Committee of*
        *Asbestos Property Damage Claimants*