EXHIBIT B

## W.R. Grace & Co.
## Hours Spent by Each Person
January 1, 2005 through January 31, 2005

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 6.5 | $660 | $ 4,290.00 | $ 723.00 |
| Matt Frank | 15.5 | $440 | $ 6,820.00 | $ 502.00 |
| Fred Levitan | 4.5 | $310 | $ 1,395.00 | |
| **Total Customs & International Trade Services** | 26.5 | | $ 12,505.00 | $ 1,225.00 |
| | | | | |
| Tim Tuerff (Principal) | 0.3 | $600 | $ 180.00 | |
| Bryan Collins (Partner) | 2.0 | $600 | $ 1,200.00 | $ 3.00 |
| Jonathan Forrest (Senior Manager) | 9.5 | $515 | $ 4,892.50 | |
| Sibel Owji (Senior Manager) | 2.1 | $515 | $ 1,081.50 | |
| **Total National Tax Services Fees** | 13.9 | | $ 7,354.00 | $ 3.00 |
| | | | | |
| **Total Deloitte Tax LLP Fees for February** | 40.4 | | $ 19,859.00 | $ 1,228.00 |
| | | Blended Rate | $ 491.56 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 01/04/05 | FRANK, MATT | Focused Assessment | Weekly conference Call with Grace to review action items | 1.0 | $440.00 | $ 440.00 | $ - |
| 01/13/05 | FRANK, MATT | Focused Assessment | Preparation for onsite meeting at Grace-Davison | 2.0 | $440.00 | $ 880.00 | $ - |
| 01/13/05 | LEVITAN, FRED | Focused Assessment | Preparation of support information for onsite meeting | 4.5 | $310.00 | $ 1,395.00 | $ - |
| 01/14/05 | FRANK, MATT | Focused Assessment | Preparation of materials for meeting at Grace-Davison | 1.0 | $440.00 | $ 440.00 | $ - |
| 01/18/05 | FRANK, MATT | Focused Assessment | Onsite meeting at Grace-Davison | 6.0 | $440.00 | $ 2,640.00 | $ 502.00 |
| 01/18/05 | MCGUIRE, MICHELE | Focused Assessment | Onsite meeting at Grace-Davison | 6.0 | $660.00 | $ 3,960.00 | $ 723.00 |
| 01/20/05 | FRANK, MATT | Focused Assessment | Quanitification of potential NAFTA exposure | 1.5 | $440.00 | $ 660.00 | $ - |
| 01/20/05 | MCGUIRE, MICHELE | Focused Assessment | Reviewed Action List memo | 0.5 | $660.00 | $ 330.00 | $ - |
| 01/21/05 | FRANK, MATT | Focused Assessment | Response to action items from Jan 18th meeting | 1.5 | $440.00 | $ 660.00 | $ - |
| 01/21/05 | Tuerff, T Timothy | Int'l Tax | Due Diligence - India | 0.3 | $600.00 | $ 180.00 | $ - |
| 01/24/05 | Owji, Sibel | Int'l Tax | Draft & send correspondence re: Due Diligence | 0.7 | $515.00 | $ 360.50 | $ - |
| 01/25/05 | COLLINS, BRYAN P. | Ruling Request | Teleconference with client, review draft protest letter | 1.0 | $600.00 | $ 600.00 | $ 1.00 |
| 01/25/05 | FORREST, JONATHAN I | Ruling Request | Teleconference with client re: withdrawal of Ruling Request; reviewed drafts | 1.5 | $515.00 | $ 772.50 | $ - |
| 01/25/05 | FRANK, MATT | Focused Assessment | Finalization of attachments for transfer pricing memo | 0.5 | $440.00 | $ 220.00 | $ - |
| 01/26/05 | Owji, Sibel | Int'l Tax | Call w/ Client & follow ups. Various corresp. | 0.8 | $515.00 | $ 412.00 | $ - |
| 01/27/05 | FORREST, JONATHAN I | Ruling Request | Edit draft of withdrawal letter | 1.5 | $515.00 | $ 772.50 | $ - |
| 01/27/05 | FRANK, MATT | Focused Assessment | Drafted engagement letter | 2.0 | $440.00 | $ 880.00 | $ - |
| 01/27/05 | Owji, Sibel | Int'l Tax | India due diligence related efforts, | 0.6 | $515.00 | $ 309.00 | $ - |
| 01/28/05 | FORREST, JONATHAN I | Ruling Request | Edit draft of withdrawal letter | 5.0 | $515.00 | $ 2,575.00 | $ - |
| 01/31/05 | COLLINS, BRYAN P. | Ruling Request | Review draft protest letter | 1.0 | $600.00 | $ 600.00 | $ 2.00 |
| 01/31/05 | FORREST, JONATHAN I | Ruling Request | Reviewed draft protest letter | 1.5 | $515.00 | $ 772.50 | $ - |
| | | | | 40.4 | | $ 19,859.00 | $ 1,228.00 |