IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., *et al.*,[1] ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) **Objection Date: July 13, 2005, at 4:00 p.m.** | |
| ) **Hearing Date: Scheduled if Necessary (Negative Notice)** | |

## SUMMARY OF SIXTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2005 through February 28, 2005 |
| Amount of Compensation Sought: | $23,798.50 |
| Less 20% Holdback for Hourly Rate Services: | ($4,759.70) |
| Amount of Expense Reimbursement Sought: | $185.00 |
| Amount of Payment Sought Hereunder: | $19,223.80 |

This is a:   xx monthly   __ interim   __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Date: July 13, 2005, at 4:00 p.m.
Hearing Date: Scheduled if Necessary (Negative Notice)

## SIXTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

This sixth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services and custom procedures review services[2] to the Debtors during the period from February 1, 2005 through February 28, 2005. Attached hereto as Exhibit A is the Verification of Tim Tuerff of Deloitte Tax.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Customs procedures review services, along with tax services, are rendered to the Debtors by personnel of Deloitte Tax.

## BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004, tax advisory services, along with customs procedures review services, for which compensation and expense reimbursement is sought hereunder were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte Tax in this Application: (a) a table containing a summary of fees sought by professional, reflecting the professionals' name, position, hourly billing rate, total hours billed and total fees sought for the provision of tax advisory services and customs procedures review services, and (b) tables containing a summary of fees sought for the provision of tax advisory services and customs procedures review services broken into project categories.

In addition to the foregoing tables, attached hereto is Exhibit B, pertaining to the provision of tax advisory services and customs procedures review services, consisting of (a) a chart summarizing the fees sought by Deloitte Tax by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the

professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

## Summary of Fees Sought by Professional

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michele McGuire | Principal – Customs & International Trade Services | $660 | 3.5 | $2,310 |
| Matthew Frank | Manager – Customs & International Trade Services | $440 | 11.0 | $4,840 |
| Mary Kostopoulos | Senior Consultant – Customs & International Trade Services | $310 | 4.0 | $1,240 |
| Fred Levitan | Senior Consultant – Customs & International Trade Services | $310 | 2.0 | $620 |
| Tim Tuerff | Partner – National Tax | $600 | 3.8 | $2,280 |
| Bryan Collins | Partner – National Tax | $600 | 5.0 | $3,000 |
| Jonathan Forrest | Senior Manager – National Tax | $515 | 7.0 | $3,605 |
| Sibel Owji | Senior Manager – National Tax | $515 | 9.4 | $4,841 |
| Matthew Gareau | Senior Manager – National Tax | $475 | 2.0 | $950 |
| Jason Hall | Administrative – National Tax | $75 | 1.5 | $113 |

Total Fees:    $23,799
Total Hours:   49.2
Blended Rate:  $483.71

## Tax Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Ruling Request | 27.2 | $8,390 |
| Customs Audit/Focused Assessment | 18.5 | $14,676 |
| TOTAL | 45.7 | $19,859 |

## Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | 3.5 | $733 |
| TOTAL | 3.5 | $733 |

## EXPENSE SUMMARY

| | | |
|---|---|---|
| Working Meals | | $0 |
| Telephone Calls/Faxes | | $0 |
| Travel Expenses | | $185 |
| TOTAL | | $185 |

Dated: June 20, 2005

DELOITTE TAX LLP

*[signature: Tim Tuerff]*

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone: (202) 378-5223
Facsimile: (202) 661-1934

Tax service providers for Debtors and Debtors in Possession