EXHIBIT B

# W.R. Grace & Co.
## Hours Spent by Each Person
February 1, 2005 through February 28, 2005

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 3.5 | $660 | $ 2,310.00 | $ 185.00 |
| Matt Frank | 11.0 | $440 | $ 4,840.00 | |
| Mary Kostopoulos | 4.0 | $310 | $ 1,240.00 | |
| **Total Customs & International Trade Services** | 18.5 | | $ 8,390.00 | $ 185.00 |
| | | | | |
| Tim Tuerff (Principal) | 3.8 | $600 | $ 2,280.00 | |
| Bryan Collins (Partner) | 5.0 | $600 | $ 3,000.00 | |
| Jonathan Forrest (Senior Manager) | 7.0 | $515 | $ 3,605.00 | |
| Gareau, Matthew E. (Manager) | 2.0 | $475 | $ 950.00 | |
| Sibel Owji (Senior Manager) | 9.4 | $515 | $ 4,841.00 | |
| **Total National Tax Services Fees** | 27.2 | | $ 14,676.00 | $ - |
| | | | | |
| Fred Levitan | 2.0 | $310 | $ 620.00 | |
| Hall, Jason (Administrative) | 1.5 | $75 | $ 112.50 | |
| **Total Monthly Statement & Fee Application Fees** | 3.5 | | $ 732.50 | $ - |
| | | | | |
| **Total Deloitte Tax LLP Fees for February** | 49.2 | | $ 23,798.50 | $ - |
| | | Blended Rate | $ 483.71 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 02/01/05 | FORREST, JONATHAN I | Ruling Request | Reviewed draft protest letter | 2.5 | $515.00 | $ 1,287.50 | |
| 02/02/05 | COLLINS, BRYAN P. | Ruling Request | Review draft protest letter, 1993-1996 tax years | 3.0 | $600.00 | $ 1,800.00 | |
| 02/02/05 | FORREST, JONATHAN I | Ruling Request | Reviewed draft protest letter | 1.0 | $515.00 | $ 515.00 | |
| 02/02/05 | FRANK, MATT | Focused Assessment | Assembly of binders of all correspondence and notes for grace | 3.0 | $440.00 | $ 1,320.00 | |
| 02/02/05 | FRANK, MATT | Focused Assessment | Conference call with Bruce Bell & Paul Donovan Re Prior Disclosure and strategy | 1.5 | $440.00 | $ 660.00 | |
| 02/02/05 | KOSTOPOULOS, MARY | Focused Assessment | Copying correspondence | 1.0 | $310.00 | $ 310.00 | $ - |
| 02/02/05 | MCGUIRE, MICHELE | Focused Assessment | Call with Matt, Bruce, and Paul | 1.5 | $660.00 | $ 990.00 | $ - |
| 02/04/05 | MCGUIRE, MICHELE | Focused Assessment | Meeting at Grace with Bruce and Paul | 2.0 | $660.00 | $ 1,320.00 | $ 185.00 |
| 02/07/05 | COLLINS, BRYAN P. | Ruling Request | Review protest letter | 1.0 | $600.00 | $ 600.00 | |
| 02/08/05 | COLLINS, BRYAN P. | Ruling Request | Review protest letter | 1.0 | $600.00 | $ 600.00 | |
| 02/08/05 | FORREST, JONATHAN I | Ruling Request | Teleconference with client re: protest, reviewing same | 2.5 | $515.00 | $ 1,287.50 | |
| 02/09/05 | FORREST, JONATHAN I | Ruling Request | Reivewing protest | 1.0 | $515.00 | $ 515.00 | |
| 02/09/05 | Hall, Jason C. | Ruling Request | Billing | 1.0 | $75.00 | $ 75.00 | |
| 02/09/05 | Owji, Sibel | Int'l Tax | China conf. call. Related corresp & commun. | 0.9 | $515.00 | $ 463.50 | $ - |
| 02/10/05 | Hall, Jason C. | Ruling Request | Billing | 0.5 | $75.00 | $ 37.50 | $ - |
| 02/10/05 | Owji, Sibel | Int'l Tax | Malaysian Tax questions. Call w/ Grace counsel | 0.8 | $515.00 | $ 412.00 | $ - |
| 02/11/05 | Owji, Sibel | Int'l Tax | Review & follow ups re: China expansion project | 1.5 | $515.00 | $ 772.50 | $ - |
| 02/14/05 | Owji, Sibel | Int'l Tax | Call w/ Debra Poole re: Malaysia call arrangemnt. | 0.4 | $515.00 | $ 206.00 | $ - |
| 02/15/05 | FRANK, MATT | Focused Assessment | Review of edits to compliance manual | 0.5 | $440.00 | $ 220.00 | |
| 02/15/05 | FRANK, MATT | Focused Assessment | Conference call with Grace import team | 0.5 | $440.00 | $ 220.00 | |
| 02/15/05 | FRANK, MATT | Focused Assessment | Review of edits to Prior Disclosure follow up letter | 0.5 | $440.00 | $ 220.00 | |
| 02/15/05 | LEVITAN, FRED | Focused Assessment | Billing | 1.0 | $310.00 | $ 310.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| 02/16/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 1.0 | $440.00 | $ 440.00 | |
| 02/16/05 | Owji, Sibel | Int'l Tax | China conf call | 2.0 | $515.00 | $ 1,030.00 | $ - |
| 02/16/05 | Tuerff, T Timothy | Int'l Tax | Teleconf to disc. China & requirements for establishing new companies and the taxation of expanding operations in china | 2.0 | $600.00 | $ 1,200.00 | $ - |
| 02/17/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 1.0 | $440.00 | $ 440.00 | |
| 02/17/05 | KOSTOPOULOS, MARY | Focused Assessment | Checking import manual for edits | 3.0 | $310.00 | $ 930.00 | $ - |
| 02/17/05 | Owji, Sibel | Int'l Tax | Malaysia Conf call. Follow up on email traffic. | 2.9 | $515.00 | $ 1,493.50 | $ - |
| 02/17/05 | Tuerff, T Timothy | Int'l Tax | Teleconf w/ client & Malaysia ofc to disc. Holding company and reduced tax cost on movement of cash between foreign affiliates | 1.8 | $600.00 | $ 1,080.00 | $ - |
| 02/19/05 | Owji, Sibel | Int'l Tax | Rvw. Email traffic including China expansion corres. | 0.4 | $515.00 | $ 206.00 | $ - |
| 02/21/05 | LEVITAN, FRED | Focused Assessment | Billing | 1.0 | $310.00 | $ 310.00 | $ - |
| 02/21/05 | Owji, Sibel | Int'l Tax | Rvw of email traffic & attached docs sent by client | 0.5 | $515.00 | $ 257.50 | $ - |
| 02/22/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 2.0 | $440.00 | $ 880.00 | |
| 02/22/05 | LEVITAN, FRED | Focused Assessment | Billing | 0.5 | $310.00 | $ 155.00 | $ - |
| 02/25/05 | FRANK, MATT | Focused Assessment | Review/edit of Import manual | 1.0 | $440.00 | $ 440.00 | |
| 02/25/05 | GAREAU, MATTHEW E | Ruling Request | Preparation of billing analysis for Ruling Request | 2.0 | $475.00 | $ 950.00 | |
| | | | | 49.7 | | $ 23,953.50 | $ 185.00 |