EXHIBIT B

## W.R. Grace & Co.
## Hours Spent by Each Person
March 1, 2005 through March 31, 2005

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 2.0 | $660 | $ 1,320.00 | |
| Matt Frank | 6.0 | $440 | $ 2,640.00 | |
| Daniel Zumbrunnen | 4.9 | $230 | $ 1,127.00 | |
| **Total Customs & International Trade Services** | 12.9 | | $ 5,087.00 | $    - |
| | | | | |
| Tim Tuerff (Principal) | 0.8 | $600 | $ 480.00 | |
| Sibel Owji (Senior Manager) | 1.0 | $515 | $ 515.00 | |
| **Total National Tax Services Fees** | 1.8 | | $ 995.00 | $    - |
| | | | | |
| Fred Levitan | 1.8 | $310 | $ 558.00 | |
| Owaki, Midori (Administrative) | 0.5 | $75 | $ 37.50 | |
| **Total Monthly Statement & Fee Application Fees** | 2.3 | | $ 595.50 | |
| | | | | |
| **Total Deloitte Tax LLP Fees for March** | 17.0 | | $ 6,677.50 | $    - |
| | | Blended Rate | $ 392.79 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 03/01/05 | Owji, Sibel | Int'l Tax | UK due diligence related commun. & corresp. | 1.0 | $515.00 | $ 515.00 | $ - |
| 03/01/05 | Owaki, Midori | Ruling Request | Billing | 0.5 | $75.00 | $ 37.50 | $ - |
| 03/03/05 | Tuerff, T Timothy | Int'l Tax | Review engagements. Call w/ Debra Poole | 0.8 | $600.00 | $ 480.00 | $ - |
| 03/03/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 1.0 | $440.00 | $ 440.00 | $ - |
| 03/07/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 0.5 | $440.00 | $ 220.00 | $ - |
| 03/08/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 0.5 | $440.00 | $ 220.00 | $ - |
| 03/08/05 | ZUMBRUNNEN, DANIEL | Focused Assessment | Edited compliance manual | 3.9 | $230.00 | $ 897.00 | $ - |
| 03/09/05 | FRANK, MATT | Focused Assessment | Finalization of edits to Import Manual | 4.0 | $440.00 | $ 1,760.00 | |
| 03/09/05 | ZUMBRUNNEN, DANIEL | Focused Assessment | Edited compliance manual | 1.0 | $230.00 | $ 230.00 | $ - |
| 03/15/05 | LEVITAN, FRED | Focused Assessment | Billing | 0.3 | $230.00 | $ 69.00 | $ - |
| 03/17/05 | MCGUIRE, MICHELE | Focused Assessment | Discussions and review about import manual | 1.0 | $660.00 | $ 660.00 | $ - |
| 03/17/05 | MCGUIRE, MICHELE | Focused Assessment | Discussions and review of communications with Customs | 1.0 | $660.00 | $ 660.00 | $ - |
| 03/17/05 | LEVITAN, FRED | Focused Assessment | Billing | 1.0 | $310.00 | $ 310.00 | $ - |
| 03/31/05 | LEVITAN, FRED | Focused Assessment | Billing | 0.5 | $310.00 | $ 155.00 | $ - |
| | | | | 17.0 | | $ 6,653.50 | $ - |