5

## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire hereby certify that on this 24th day of June, 2005, I caused a true and correct copy of the foregoing Response to be served on the attached service list in the manner indicated.

            BALLARD SPAHR ANDREWS &
            INGERSOLL, LLP

Dated: June 24, 2005     /s/ William M. Kelleher
            William M. Keileher, Esquire (No. 3961)

6

**Via Federal Express**

Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, Illinois 60601
Attn: Rachel Reagler Schulman

**Via Hand Delivery**

Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Attn: David W. Carickhoff, Jr.