**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 7/18/05** |
| | ) | **Hearing Date: Scheduled if Necessary** |

**NOTICE OF FILING OF**
**TWELFTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2005 THROUGH MAY 31, 2005**

TO: (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **July 18, 2005.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future Claimants' Representative

Date: June 27, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 7/18/05** |
| | ) | **Hearing Date: Scheduled if Necessary** |

**COVER SHEET**
**TWELFTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2005 THROUGH MAY 31, 2005**

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | May 1, 2005 through May 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $3,596.00 |
| 80% of Fees to be Paid: | $2,876.80 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $309.93 |
| Total Fees @ 80% and Expenses: | $3,186.73 |

This is an: _X_ interim ____ monthly ____ final application

The total time expended in preparation and filing of previous fee monthly and quarterly applications for Phillips, Goldman & Spence, P.A. during this time period was .40 hours and the corresponding fees are $118.00. The time spent for this interim fee application will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees + Costs Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt No. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,948.07 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,938.36 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,526.84 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No 7997 | N/A | $2,187.60 | $2,187.60 |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,600.51 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,951.95 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,982.54 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt No. 7783 | $20,646.00 | $1,018.20 | Filed 6/14/05 Dkt No 8613 | N/A | $4,129.20 | N/A |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees + Costs Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 8th Monthly Application 1.1.05-1.31.05 Filed 2.28.05 Dkt No. 7918 | $9,247.00 | $2,039.47 | Filed 3.29.05 Dkt No. 8135 | $9,437.07 | $1,850.00 | $9,437.07 |
| 9th Monthly Application 2.2.05-2.28.058 Filed 4.8.05 Dkt No. 8191 | $3,373.00 | $164.44 | Filed 4.25.05 Dkt No. 8284 | $2,862.84 | $674.60 | $2,862.84 |
| 4th Quarterly Application 1.1.05-3.31.05 Filed 4.29.05 Dkt No. 8303 | $16,747.50 | $2,665.29 | Filed Dkt No. | N/A | $6,653.80 | N/A |
| 10th Monthly Application 3.1.05-3.31.05 Filed 4.26.05 Dkt No. 8285 | $4,127.50 | $461.38 | Filed 6.6.05 Dkt No. 8553 | $3,763.38 | 825.00 | $3,763.38 |
| 11th Monthly Application 4.1.05-4.30.05 Filed 6.6.05 Dkt No. 8554 | $4,910.00 | $195.51 | Filed Dkt No. | $4,123.51 | $982.00 | |

**CURRENT COMPENSATION SUMMARY**

**MAY 1, 2005 THROUGH MAY 31, 2005**

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 8.90 | 3,115.00 |
| Celeste A. Hartman | Sr. Paralegal/8 years/20 years prior experience | 130.00 | 3.70 | 481.00 |
| Grand Total: | | | | $3,596.00 |
| Blended Rate: | | | | $285.40 |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications | 4.70 | 831.00 |
| Litigation | 7.90 | 2,765.00 |
| Total | 12.60 | 3,596.00 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | $9.12 |
| Postage | N/A | $11.85 |
| Overnight Courier | Federal Express | $77.16 |
| Photocopies (15¢ per page) | N/A | $208.80 |
| Facsimile ($1 per page outgoing only) | N/A | $3.00 |
| Total | | $309.93 |

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future Claimants' Representative

Date: June 27, 2005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**VERIFICATION OF JOHN C. PHILLIPS, JR.**

State of Delaware :
: ss
New Castle County :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

1. I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

2. I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 27TH DAY OF JUNE 2005.

Notary Public
My commission expires: 1-10-06

TANYA L. BIRDSELL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 10, 2006

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MAY 1, 2005
# THROUGH MAY 31, 2005

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

June 20, 2005

Swidler Berlin, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC 20007

File WRG-AUS/JCP
Invoice number 57679

Re: W. R. Grace & Co.
David T. Austern
Case No.: 01-01139 (RLB)

| | | |
|---|---|---|
| Subtotal for FEES only: | 05/31/05 | $3,596.00 |
| Subtotal for COSTS only: | 05/31/05 | $309.93 |
| | | ------------- |
| CURRENT PERIOD FEES AND COSTS: | 05/31/05 | $3,905.93 |
| | | ============= |

************************************************************

Please remit duplicate copy with payment. Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.



June 20, 2005

Swidler Berlin, LLP

File WRG-AUS/JCP
Invoice number 57679

Re: W. R. Grace & Co.
David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 4.7 | 831.00 |
| LITIGATION | 7.9 | 2,765.00 |
| Subtotal for FEES only: 05/31/05 | 12.6 | $3,596.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 8.90 | 8.90 | 3,115.00 | 0.00 | 0.00 |
| 130.00 | CAH | 3.70 | 3.70 | 481.00 | 0.00 | 0.00 |
| Totals | | 12.60 | 12.60 | 3,596.00 | 0.00 | 0.00 |

-Fees-

Sort Fields:
Grouping code (Paginate)
Client code
Actual employee code (Subtotals)
Transaction date

Range Fields:
Client code I WRG - WRG
Invoice Number I 57679 - 57679

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 05/02/05 | Review of miscellaneous pleadings. Review of Claims Settlement Notice; review of Report of Asset Sales. | 0.30 | 105.00 | Li |
| WRG | LITIGATION | JCP | 05/03/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 05/04/05 | Review of miscellaneous pleadings; review of Order re: Briefing Schedule on CMO; review of Order Authorizing Fasta Employment Agreement; review of miscellaneous Orders. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 05/05/05 | Review of Order Vacating Briefing Schedule re: CMO; review of miscellaneous pleadings and Orders. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 05/06/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 05/09/05 | Review of Agenda for 05/16/05 Hearing; memorandum to paralegal re: telephonic participation. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 05/10/05 | Review of Amended Agenda for 05/16/05 Hearing; review of Debtors' Motion for Leave re: Personal Injury CMO Brief and proposed Order; e-mail from and e-mail to Rich Wyron. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 05/11/05 | Review of and revise letter to counsel for Debtor re: telephonic participation in 05/16/05 Hearing; review of miscellaneous pleadings. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 05/13/05 | Review of miscellaneous pleadings and Orders. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 05/14/05 | Review of Debtors' Motion and Brief to Approve Personal Injury CMO and Questionaire (extremely voluminous). | 3.50 | 1,225.00 | |
| WRG | LITIGATION | JCP | 05/16/05 | Review of miscellaneous pleadings; review of Amended Agenda for 05/16/05 Hearing; e-mail from and e-mail to Rick Wyron; phone conference with Judge Fitzgerald and all counsel. | 0.70 | 245.00 | |
| WRG | LITIGATION | JCP | 05/17/05 | Review of miscellaneous pleadings and Order re: Discovery in Property Damage claims. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 05/18/05 | Review of miscellaneous pleadings and Orders. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 05/19/05 | Review of miscellaneous pleadings and Order Granting Debtor's Motion to File Reply Brief in Support of Motion to Approve Personal Injury CMO. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 05/23/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |

-Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 05/24/05 | Review of Debtors' 8th Motion to Extend Exclusivity; review of Debtors' Motion for Consulting Agreement for David Siegel (General counsel and CRO); review of Cytec Settlement Motion; review of Pension Contribution Motion; review of Union Pension Motion. | 0.70 | 245.00 | Li |
| WRG | LITIGATION | JCP | 05/25/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 05/27/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 05/31/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| | | | | | 7.90 | 2,765.00 | |
| | | | | | 7.90 | 2,765.00 | |

-Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/02/05 | Download, print and file Certificate of No Objection for Swidler Berlin's February Fee Application. | 0.20 | 26.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/06/05 | Respond to e-mail from D. Fullem; download, print and scan 4th quarterly Fee Application of Swidler Berlin and serve same. | 0.60 | 78.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/16/05 | Download and file CIBC's 4th Quarterly and 10th Monthly Fee Applications. | 0.50 | 65.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/23/05 | Download and file April Fee Application for CIBC. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/23/05 | Download CIBC employment extension and give to John C. Phillips, Jr. for review. | 0.20 | 26.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/23/05 | Download and file 4th Quarterly Fee Application of David Austern. | 0.40 | 52.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/23/05 | Review of and revise employment extension application; file and serve same after execution. | 0.60 | 78.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/25/05 | File Certificate of No Objection for Austern, Swidler Berlin and CIBC (5) (system slow). | 0.80 | 104.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/31/05 | Code pre-bill to prepare Fee Application. | 0.10 | 13.00 | |
| | | | | | 3.70 | 481.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/06/05 | Review of and execute Swidler Berlin's 4th Quarterly Fee Application. | 0.10 | 35.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/20/05 | E-mail from Debra Fullem with enclosure; review of and revise draft Notice of and 2nd Supplemental Application to Extend Employment of CIBC with proposed Order. | 0.30 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/23/05 | Conference with Celeste A. Hartman: review of, revise and execute Notice of 2nd Supplemental Application of Austern to Extend CIBC's Employment. | 0.30 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/28/05 | Review of and revise pre-bill for April Fee Application. | 0.30 | 105.00 | |
| | | | | | 1.00 | 350.00 | |
| | | | | | 4.70 | 831.00 | |
| | | | | | 12.60 | 3,596.00 | |

32 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# MAY 1, 2005
# THROUGH MAY 31, 2005

Phillips, Goldman & Spence, P.A.



June 20, 2005

Swidler Berlin, LLP

File WRG-AUS/JCP
Invoice number 57679

Re: W. R. Grace & Co.
David T. Austern

COSTS ADVANCED

| | | |
|---|---|---|
| 04/14/05 | Photocopies | 208.80 |
| 05/01/05 | Federal Express | 77.16 |
| 05/06/05 | Postage | 11.85 |
| 05/11/05 | Facsimile | 3.00 |
| 05/31/05 | Long distance phone charges | 9.12 |
| | Subtotal for COSTS only: 05/31/05 | $309.93 |

PAYMENTS/ADJUSTMENTS

| | | | |
|---|---|---|---|
| 06/16/05 | Multiple | Check No.: 439387 - WR Grace. | 3,763.39CR |
| | | Subtotal for PAYMENTS/ADJUSTMENTS: | $3,763.39CR |

**CERTIFICATE OF SERVICE**

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on June 27, 2005, I caused the *Notice, Cover Sheet to the Twelfth Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Time Period May 1, 2005 through May 31, 2005,* be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.

Celeste A. Hartman

CELESTE A. HARTMAN

***Hand Delivery and E-mail: ljones@pszyj.com***
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

***Via First Class U.S. Mail***
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
***Via Hand Delivery***

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

***Via Federal Express and E-mail: feeaudit@whsmithlaw.com***
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

***Via Federal Express and E-mail: william.sparks@grace.com***
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail: syoder@bayardfirm.com***
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP