IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

_____x

IN RE:                                                                    In Proceedings for a
                                                                                  Reorganization under
W.R. Grace & Co., *et al.*                              )          Chapter 11

            Debtor.                                                       Case No. 01-1139 (JKF)
_____x


**SUPPLEMENTAL VERIFIED STATEMENT
IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019
FILED BY MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC**


GARY W. KENDALL, being first duly sworn, hereby deposes and states as follows:

I am an attorney with the firm of Michie Hamlett Lowry Rasmussen & Tweel

PLLC, 500 Court Square, Suite 300, Charlottesville, Virginia 22902.

2.      This Supplemental Verified Statement is filed in accordance with Rule 2019 of

the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order

Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004, (the

"Revised Order").

3.      The law firm of Michie Hamlett Lowry Rasmussen & Tweel PLLC has been

retained as counsel for individual creditors in the above-referenced bankruptcy.  The list of each

of these creditors names and addresses is attached hereto.  This list consists solely of those

creditors retained since this firm's last Verified Statement filing and is in addition to the creditors

previously identified.

4.    Each creditor named on the attached list has executed a Power of Attorney Agreement authorizing Michie Hamlett Lowry Rasmussen & Tweel PLLC to represent the creditor in bankruptcy proceedings.

5.    The address of each Creditor is provided as set forth in the exhibit list.

6.    Michie Hamlett Lowry Rasmussen & Tweel PLLC does not hold any claims against or interest in the Debtor.

7.    Michie Hamlett Lowry Rasmussen & Tweel PLLC will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

8.    Exhibits have not been scanned but may be accessed by parties who obtain Court order authorizing access.

DATED: June _21st_, 2005          MICHIE HAMLETT LOWRY
                                  RASMUSSEN & TWEEL PLLC


                                  By: _____
                                       Gary W. Kendall

Sworn to before me this _21st_ day of
June, 2005 in the
City of Charlottesville, Virginia.

Kelly G. Donato
Notary Public

My commission expires: November 30, 2008.

# GENERAL POWER OF ATTORNEY

EXHIBIT A

To:    MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC

The undersigned claimant hereby authorizes Gary W. Kendall, Esq., as attorney in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have filed for bankruptcy in the United States Bankruptcy Court, including but not limited to:

Babcock and Wilcox Company;

Pittsburgh Corning Corporation;

Armstrong World Industries, Inc.;

Owens Corning, A Delaware Corporation;

W.R. Grace & Company;

United States Gypsum Corporation, et al, a subsidiary of USG Corporation, A Delaware Corporation;

Federal Mogul Global, Inc.;

G-I Holdings, Inc.;

North American Refractories Company; and

A.P. Green Industries, Inc.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers Gary W. Kendall, Esq. to vote on behalf of the undersigned claimant on any Plan of Reorganization on which undersigned claimant is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this           day of _____, 2003.

_____
FIELD(2) FIELD(3) FIELD(1) FIELD(4)

Address:

FIELD(5)
FIELD(6)
FIELD(7), FIELD(8)  FIELD(9)

_____
 FIELD(10)
Claimant's Social Security Number