2

## CERTIFICATE OF SERVICE

     I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Certificate of No Objection Regarding Docket No. 8386* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

     I certify the foregoing to be true and correct under the penalty of perjury

Dated: June 27, 2005                                  */s/ William D. Sullivan*
                                                                    William D. Sullivan