# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:   July 18, 2005 at 4:00 p.m. |

## FORTY-THIRD MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2005 THROUGH MAY 31, 2005

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | May 1, 2005 through May 31, 2005 |
| Amount of fees to be approved as actual, reasonable and necessary: | $22,543.00[1] |
| Amount of expenses sought as actual, reasonable and necessary: | $113.87 |

This is a(n): ___ interim          ____ final application.          __x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1] Due to an inadvertent accounting error, some fees incurred prior to this Application were excluded from prior fee applications. Accordingly, these fees are included for payment in this Application.

58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |
| 12/29/03 4877 | 11/1/03 through 11/30/03 | $10,696.50/ $207.22 | $8,557.20/ $207.22 | 4986 1/26/04 |
| 1/28/04 5005 | 12/1/03 through 12/25/03 | $10,843.00/ $543.07 | $8,674.40/ $543.07 | 5135 2/19/04 |
| 2/27/04 5187 | 12/26/03 through 1/31/04 | $16,269.00/ $1,034.60 | $13,015.20/ $1,034.60 | 5342 3/24/04 |
| 4/6/04 5403 | 2/1/04 through 2/29/04 | $11,591.50/ $673.24 | $9,273.20/ $673.24 | 5501 4/28/04 |
| 4/25/04 5502 | 3/1/04 through 3/31/04 | $12,715.00/ $1,402.19 | $10,172.00/ $1,402.19 | 5616 5/19/04 |
| 5/28/04 5656 | 4/1/04 through 4/30/04 | $8,492.50/ $782.53 | $6,794.00/ $782.53 | 5844 6/21/04 |
| 6/28/04 5883 | 5/1/04 though 5/31/04 | $16,891.00/ $180.37 | $13,512.80/ $180.37 | 5996 7/20/04 |
| 7/29/04 6061 | 6/1/04 through 6/30/04 | $30,666.50/ $1,008.14 | $24,533.50/ $1,008.14 | 6223 8/20/04 |

58909v1

| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |
|---|---|---|---|---|
| 9/28/04 6485 | 8/1/04 through 8/31/04 | $20,512.00/ $1,821.42 | $16,409.60/ $1,821.42 | 6780 10/28/04 |
| 10/28/04 6779 | 9/1/04 through 9/30/04 | $20,634.50/ $1,231.46 | $16,076.60/ $1,231.46 | 7001 11/19/04 |
| 11/30/04 7063 | 10/1/04 through 10/31/04 | $20,982.00/ $144.74 | $16,785.60/ $144.74 | 7327 12/22/04 |
| 12/28/04 7381 | 11/1/04 through 11/30/04 | $26,383.00 $1,843.03 | $21,106.40 $1,843.03 | 7600 1/20/05 |
| 1/28/05 7640 | 12/1/04 through 12/25/04 | $27,170.50 $457.47 | $21,736.40 $457.47 | 7852 2/22/05 |
| 3/3/05 7940 | 12/26/04 though 1/31/05 | $25,021.50 $1,466.97 | $20,017.20 $1,466.97 | 8127 3/28/05 |
| 4/1/05 8153 | 2/1/05 through 2/28/05 | $21,980.00 $240.36 | $17,584.00 $240.36 | 8291 4/27/05 |
| 5/6/05 8379 | 3/1/05 through 3/31/05 | $13,210.50 $138.07 | $10,568.40 $138.07 | 8528 5/31/05 |
| 5/31/05 8529 | 4/1/05 through 4/30/05 | $13,310.00 $450.86 | $10,648.00 $450.86 | 8668 6/22/05 |

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 1, 2005 THROUGH MAY 31, 2005

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $470 | 28.6 | $13,442.00 |
| Rhonda L. Thomas | $220 | 24.9 | $5,478.00 |
| Melissa N. Flores | $135 | 26.3 | $3,550.50 |
| Frances A. Panchak | $145 | .5 | $72.50 |
| **TOTAL** | | **80.3** | **$22,543.00** |

58909v1

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## MAY  1, 2005 THROUGH MAY 31, 2005

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | .4 | $88.00 |
| Asset Disposition | 2.8 | $1,241.00 |
| Business Operations | 2.4 | $678.00 |
| Case Administration | 13.0 | $2,827.00 |
| Claims Analysis Obj. & Resolution (Asbestos) | 1.0 | $220.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 13.2 | $4,754.00 |
| Committee, Creditors' Noteholders', or Equity Holders' | 1.8 | $846 |
| Employee Benefits/Pension | 4.10 | 1,827.00 |
| Employment Applications, Others | 3.4 | $1,031.00 |
| Fee Applications, Applicant | 15.1 | $3,318.00 |
| Fee Applications, Others | 15.4 | $2,844.00 |
| Hearings | .4 | $88.00 |
| Litigation and Litigation Consulting | 2.4 | $928.00 |
| Plan and Disclosure Statement | 4.7 | $1,809.00 |
| Relief From Stay Proceedings | .2 | $44.00 |
| **TOTAL** | **80.3** | **$22,543.00** |

58909v1

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## MAY 1, 2005 THROUGH MAY 31, 2005

| Expense Category | Total Expenses |
|---|---|
| Federal Express | $51.12 |
| Professional Services | $32.75 |
| Messenger Services | $30.00 |
| **TOTAL** | **$113.87** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By:

Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: June 28, 2005

58909v1

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    JUNE 17, 2005
                                          MATTER :  W9600-001
                                          INVOICE : 192957

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  ASSET ANALYSIS AND RECOVERY

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/05/05 | RLT | REVIEWED MOTION FOR LEAVE TO (1) FILE A BRIEF IN SUPPORT OF MOTION TO APPROVE PI CMO AND QUESTIONNAIRE THAT EXCEEDS PAGE LIMITS SET FORTH UNDER LOCAL RULES, AND (2) EXTEND THE DEADLINE FOR FILING THE MOTION TO APPROVE THE PI CMO AND QUESTIONNAIRE | .40 |

### T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| R L THOMAS   | 220.00 | .40   | 88.00  |
| TOTALS       |        | .40   | 88.00  |

TOTAL FEES :                                    88.00

TOTAL DUE  :                                    88.00

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JUNE 17, 2005
                                            MATTER :  W9600-002
                                            INVOICE :  192958


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

    RE:  ASSET DISPOSITION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/02/05 | TC | REVIEWED NOTICE OF SALE RELATING TO DE MINIMUS ASSETS | .50 |
| 05/02/05 | TC | REVIEWED NOTICE OF ALLTECH SETTLEMENT | .50 |
| 05/12/05 | RLT | REVIEWED ORDER APPROVING A SETTLEMENT AGREEMENT AND A REMEDIATION AGREEMENT CONCERNING THE HATCO SITE AND APPROVING AN ASSOCIATED PROFESSIONAL SERVICE AGREEMENT AND AUTHORIZING TRANSACTIONS THEREUNDER | .30 |
| 05/13/05 | TC | REVIEWED ORDER APPROVING A SETTLEMENT AND REMEDIATION AGREEMENT INVOLVING THE HATCO SITE | .70 |
| 05/24/05 | TC | REVIEWED MOTION TO APPROVE A SETTLEMENT AGREEMENT WITH CYTEC AND OTHERS AND TO CREATE A TRUST AND OTHER ACTIONS REQUIRED THEREUNDER | .80 |


### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|---|---|------|-------|--------|
| R L THOMAS | | 220.00 | .30 | 66.00 |
| T CURRIER | | 470.00 | 2.50 | 1175.00 |
| | TOTALS | | 2.80 | 1241.00 |


                    TOTAL FEES :            1,241.00

                    TOTAL DUE :             1,241.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 17, 2005
                                              MATTER : W9600-003
                                              INVOICE : 192959


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

     RE:  BUSINESS OPERATIONS


   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
   ----  ----   -------------------------------                     -----

04/11/05 RLT   REVIEWED NOTICE OF INTENT TO PURCHASE, ACQUIRE        .10
               OR OTHERWISE ACCUMULATE EQUITY SECURITIES FILED
               BY CITADEL KENSINGTON GLOBAL STRATEGIES FUND
               LTD

04/12/05 RLT   REVIEWED ORDER AUTHORIZING THE DEBTORS TO ENTER       .20
               INTO A SETTLEMENT AGREEMENT WITH THE
               INTERNATIONAL REVENUE SERVICE WITH RESPECT TO
               CERTAIN TAX CLAIMS ARISING IN THE DEBTORS' 1993
               - 1996 TAXABLE YEARS AND DIRECTING THE DEBTORS
               TO PAY: (1) ALL INDEMNIFIED TAXES DUE PURSUANT
               TO SUCH AGREEMENT AND (2) ALL STATE INDEMNIFIED
               TAXES DUE FOR THE DEBTORS' 1990-1992 TAXABLE
               YEARS

04/12/05 RLT   REVIEWED MOTION TO APPROVE COMPROMISE MOTION          .30
               FOR ENTRY OF AN ORDER APPROVING A SETTLEMENT
               AGREEMENT AND A REMEDIATION AGREEMENT
               CONCERNING THE HATCO SITE AND APPROVING AN
               ASSOCIATED PROFESSIONAL SERVICE AGREEMENT AND
               AUTHORIZING TRANSACTIONS THEREUNDER

05/02/05 TC    REVIEWED OPERATING REPORTS                            .60

05/03/05 RLT   REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING       .40
               REPORT FOR FILING PERIOD MARCH 2005 FILED BY
               W.R. GRACE & CO.

05/23/05 RLT   REVIEWED MOTION TO APPROVE A SETTLEMENT               .40
               AGREEMENT WITH CYTEC INDUSTRIES, INC., WYETH
               HOLDINGS CORPORATION, AND WYETH, REQUIRING
               CREATION OF A CERTAIN TRUST, AND AUTHORIZING
               ACTIONS THEREUNDER
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-003
INVOICE : 192959

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  BUSINESS OPERATIONS

05/23/05 RLT    REVIEWED MOTION TO AUTHORIZE THE DEBTORS TO          .40
                CONTRIBUTE FUNDS TO (A) THE LAKE CHARLES UNION
                PENSION PLAN AND (B) THE CHATTANOOGA UNION
                PENSION PLAN TO SUPPORT AMENDMENTS TO ENHANCE
                BENEFITS UNDER THOSE PLANS FILED BY W.R. GRACE
                & CO


                    T I M E   S U M M A R Y
                    -----------------------

|               |        | RATE   | HOURS | TOTALS |
|---------------|--------|--------|-------|--------|
| R L THOMAS    |        | 220.00 | 1.80  | 396.00 |
| T CURRIER     |        | 470.00 |  .60  | 282.00 |
|               | TOTALS |        | 2.40  | 678.00 |

                    TOTAL FEES :              678.00

                    TOTAL DUE  :              678.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 17, 2005
                                            MATTER :  W9600-004
                                            INVOICE : 192960


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

     RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/27/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/29/05 | MNF | DISCUSS ISSUES WITH TKDC SCANNING FEE APPS IN WORD FORMAT | .30 |
| 05/03/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/04/05 | TC | REVIEWED ORDER WITHOUT PREJUDICE DENYING MOTION TO RETAIN CAHILL GORDON | .30 |
| 05/05/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/06/05 | TC | REVIEWED COMMUNICATION TO COMMITTEE RE CASE STATUS AND NEXT CALL | .50 |
| 05/09/05 | TC | REVIEWED AGENDA NOTICE FOR HEARING 5/16 | .50 |
| 05/09/05 | TC | REVIEWED AMENDED AGENDA NOTICE FOR HEARING 5/16 | .20 |

---

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-004
INVOICE : 192960

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 05/10/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/11/05 MNF | MAINTAIN AND ORGANIZE CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AN D ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/12/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/13/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/17/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 05/23/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 17, 2005
                                              MATTER : W9600-004
                                              INVOICE : 192960
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

     RE:  CASE ADMINISTRATION
```

```
05/25/05 MNF   MAINTAINED AND ORGANIZED CASE FILES BY            1.00
               REVIEWING EACH INCOMING PLEADING, MATCHING THE
               PLEADING TO THE DOCKET AND ARRANGING THE
               PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL
               ORDER

05/31/05 TC    REVIEWED MATERIALS IN ADVANCE OF TODAY'S           .60
               CONFERENCE CALL MEETING

05/31/05 TC    ATTENDED WRGRACE COMMITTEE MEETING BY             1.10
               CONFERENCE CALL
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                            RATE    HOURS        TOTALS
                            ----    -----        ------

     M N FLORES            135.00    9.80        1323.00
     T CURRIER             470.00    3.20        1504.00
                   TOTALS           13.00        2827.00


                    TOTAL FEES :                 2,827.00


                    TOTAL DUE  :                 2,827.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JUNE 17, 2005
                                             MATTER :  W9600-005
                                             INVOICE : 192961

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

04/20/05 RLT   REVIEWED SUPPLEMENTAL OBJECTION TO OF THE            .20
               OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE
               CLAIMANTS AND OFFICIAL COMMITTEE OF ASBESTOS
               PERSONAL INJURY CLAIMANTS TO THE MOTION OF THE
               DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO
               ENTER INTO (A) AN EMPLOYMENT AGREEMENT WITH ITS
               CURRENT CHIEF OPERATING OFFICER UNDER WHICH HE
               WOULD ASSUME THE POSITION OF CHIEF EXECUTIVE
               OFFICER OF THE DEBTORS ("CEO") AND (B) A
               POST-RETIREMENT AGREEMENT WITH THE CURRENT CEO
               WHEREBY HE WOULD PROVIDE CONSULTING SERVICES
               RELATED TO DEBTORS' CHAPTER 11 CASES (RELATED
               DOCUMENT(S){7753 ) FILED BY OFFICIAL COMMITTEE
               OF ASBESTOS PERSONAL INJURY CLAIMANTS

05/16/05 RLT   REVIEWED PROTECTIVE ORDER GOVERNING DISCOVERY        .40
               FOR PURPOSES OF ESTIMATING THE DEBTORS'
               ASBESTOS PROPERTY DAMAGE LIABILITY.

05/18/05 RLT   REVIEWED MOTION TO DISALLOW CLAIMS DEBTORS'          .10
               NINTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)
               FILED BY W.R. GRACE & CO.

05/18/05 RLT   REVIEWED MOTION TO DISALLOW CLAIMS DEBTORS'          .30
               TENTH OMNIBUS OBJECTION TO CLAIMS
               (NON-SUBSTANTIVE)  .


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-005
INVOICE :  192961

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


T I M E   S U M M A R Y
-----------------------

|  | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| R L THOMAS | 220.00 | 1.00 | 220.00 |
| TOTALS | | 1.00 | 220.00 |


TOTAL FEES :                    220.00

TOTAL DUE  :                    220.00



**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-006
INVOICE :  192962

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/07/05 | RLT | REVIEWED ORDER (SEVENTH CONTINUATION) GRANTING RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 04/08/05 | RLT | REVIEWED RESPONSE TO (1) DEBTORS' MOTION FOR APPROVAL OF THE JOINT STIPULATION AND CONSENT ORDER OF THE DEBTORS AND THE ST. PAUL COMPANIES, INC. CONCERNING THE CLASSIFICATION AND TREATMENT OF ST. PAUL'S CLAIM WITH RESPECT TO THE SOLOW APPEAL BOND AND FOR MODIFICATION OF THE AUTOMATIC STAY (D.I. 7775); AND (2) THE APPLICATION OF THE DEBTORS FOR THE ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT OF CAHILL, GORDON & REINDEL AS SPECIAL COUNSEL TO THE DEBTORS (D.I. 7776) (OF SHELDON H. SOLOW, SOLOW DEVELOPMENT CORPORATION, SOLOVIEFF REALTY COMPANY, LLC AND SOLOW BUILDING COMPANY, LLC | .30 |
| 04/11/05 | RLT | REVIEWED RESPONSE TO (1) DEBTORS' MOTION FOR APPROVAL OF THE JOINT STIPULATION AND CONSENT ORDER OF THE DEBTORS AND THE ST. PAUL COMPANIES, INC., CONCERNING THE CLASSIFICATION AND TREATMENT OF ST. PAUL'S CLAIM WITH RESPECT TO THE SOLOW APPEAL BOND AND FOR MODIFICATION OF TH AUTOMATIC STAY (D.I. 7775) AND (2) THE APPLICATION OF CAHILL, GORDON & REINDEL AS SPECIAL COUNSEL TO THE DEBTORS | .30 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-006
INVOICE :  192962

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | |
|---|---|---|
| 04/11/05 RLT | REVIEWED OBJECTION TO THE DEBTORS' MOTION FOR APPROVAL OF THE JOINT STIPULATION AND CONSENT ORDER OF THE DEBTORS AND THE ST. PAUL COMPANIES, INC. CONCERNING THE CLASSIFICATION AND TREATMENT OF ST. PAUL'S CLAIM WITH RESPECT TO THE SOLOW APPEAL BOND AND FOR MODIFICATION OF THE AUTOMATIC STAY | .30 |
| 04/12/05 RLT | REVIEWED ORDER APPROVING STIPULATION AND ORDER RESOLVING THE CLAIMS OF CITICORP DEL-LEASE, INC. | .20 |
| 04/29/05 RLT | REVIEWED STIPULATION RESOLVING CLAIM BETWEEN W.R. GRACE & CO. AND FRANK AND LINDA CARUCCIO | .20 |
| 05/02/05 TC | REVIEWED NOTICE OF SETTLEMENT AND QUARTERLY REPORT OF ASSET SALES | .60 |
| 05/02/05 TC | REVIEWED STIPULATION RESOLVING CARRUCIO CLAIM | .40 |
| 05/03/05 RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 727 CLAIM NO. 5699 | .30 |
| 05/03/05 RLT | REVIEWED ORDER APPROVING STIPULATION AND ORDER RESOLVING OBJECTION TO CLAIM NO. 13283 OF THE UNITED STEEL WORKERS OF AMERICA | .30 |
| 05/03/05 RLT | REVIEWING ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 726 CLAIMS NO. 7030 | .30 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-006
INVOICE :  192962

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | |
|---|---|---:|
| 05/03/05 RLT | REVIEWING ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 726 CLAIMS NO. 7031 | .30 |
| 05/03/05 RLT | REVIEWING ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 726 CLAIMS NO. 7032 | .30 |
| 05/03/05 RLT | REVIEWING ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 726 CLAIMS NO. 7029 (SUBSTANTIVE). | .20 |
| 05/03/05 RLT | REVIEWED ORDER (NINTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .30 |
| 05/03/05 RLT | REVIEWED ORDER (EIGHTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .30 |
| 05/03/05 RLT | REVIEWED ORDER (SECOND CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE). | .30 |
| 05/03/05 RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 727 CLAIM NO. 5698 | .20 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-006
INVOICE :  192962

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | |
|---|---|---:|
| 05/04/05 TC | REVIEWED 9TH CONTINUATION ORDER | .40 |
| 05/04/05 TC | REVIEWED 8TH CONTINUATION ORDER | .30 |
| 05/04/05 TC | REVIEWED SECOND CONTINUATION ORDER REGARDING 8TH CLAIM OBJECTION | .30 |
| 05/04/05 TC | REVIEWED ORDERS GRANTING RELIEF RE CLAIM OF INTERNATIONAL BROTHERHOOD OF BOILERMAKERS | .50 |
| 05/04/05 TC | REVIEWED ORDER RE CLAIMS OF STEELWORKERS | .30 |
| 05/09/05 TC | REVIEWED ORDER DENYING APPROVAL OF JOINT STIPULATION WITH ST PAUL TRAVELLERS COMPANIES | .30 |
| 05/16/05 RLT | REVIEWED ORDER APPROVING STIPULATION AND ORDER RESOLVING CERTAIN CLAIMS OF THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | .30 |
| 05/16/05 RLT | REVIEWED ORDER (THIRD CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS | .30 |
| 05/16/05 RLT | REVIEWED ORDER (TENTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .30 |
| 05/16/05 RLT | REVIEWED ORDER (NINTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .30 |
| 05/18/05 RLT | REVIEWED MOTION TO DISALLOW CLAIMS DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY) FILED BY W.R. GRACE & CO. | .30 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 17, 2005
                                              MATTER :  W9600-006
                                              INVOICE :  192962


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)
```

| Date | | Description | Hours |
|---|---|---|---|
| 05/18/05 | TC | ORDER RESOLVING CLAIMS OF MASSACHUSETTS DEPT OF ENVIRONMENTAL PROTECTION | .40 |
| 05/18/05 | TC | REVIEWED PROTECTIVE ORDER RE DISCOVERY | .50 |
| 05/18/05 | TC | REVIEWED THIRD CONTINUATION ORDER ON SUBSTANTIVE CLAIMS OBJECTIONS | .40 |
| 05/18/05 | TC | REVIEWED TENTH CONTINUATION ORDER FOR CLAIMS OBJECTION | .40 |
| 05/18/05 | TC | REVIEWED 11TH CLAIMS OBJECTION (NON ASBESTOS GATEWAY) | .70 |
| 05/18/05 | TC | REVIEWED 10TH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | .80 |
| 05/20/05 | TC | REVIEWED 9TH CONTINUATION ORDER | .40 |
| 05/20/05 | TC | REVIEWED NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS | .70 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

   R L THOMAS           220.00     5.80         1276.00
   T CURRIER            470.00     7.40         3478.00
                TOTALS            13.20         4754.00


              TOTAL FEES :                      4,754.00


              TOTAL DUE  :                      4,754.00
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-007
INVOICE :  192963

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
     EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 05/25/05 | TC | REVIEWED MATERIALS FORWARD TO EQUITY COMMITTEE BY TED WECHSLER RE GRACE PERFORMANCE AND OTHER MATTERS IN PREPARATION FOR OUR COMMITTEE CALL NEXT WEEK. | 1.80 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| T CURRIER | 470.00 | 1.80 | 846.00 |
| TOTALS | | 1.80 | 846.00 |

TOTAL FEES :                          846.00

TOTAL DUE  :                          846.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  JUNE 17, 2005
MATTER :  W9600-008
INVOICE :  192964

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/04/05 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO ENTER INTO EMPLOYMENT AGREEMENTS | .50 |
| 05/09/05 | TC | REVIEWED ORDER DENYING RETENTION OF CAHILL GORDON | .20 |
| 05/23/05 | RLT | REVIEWED MOTION TO AUTHORIZE DEBTORS TO MAKE LEGALLY REQUIRED MINIMUM CONTRIBUTIONS TO DEFINED BENEFIT PENSION PLANS COVERING DEBTORS' EMPLOYEES FILED BY W.R. GRACE & CO. | .40 |
| 05/24/05 | TC | REVIEWED MOTION TO ENTER INTO A POST RETIREMENT CONSULTING AGREEMENT WITH THE GENERAL COUNSEL | .90 |
| 05/24/05 | TC | REVIEWED MOTION TO MAKE LEGALLY REQUIRED PENSION CONTRIBUTIONS | .80 |
| 05/24/05 | TC | REVIEWED MOTION AUTHORIZING DEBTORS TO CONTRIBUTE FUNDS TO THE LAKE CHARLES UNION PENSION PLAN AND THE CHATTANOOGA UNION PENSION PLAN TO SUPPORT AMENDMENTS TO ENHANCE BENEFITS UNDER THOSE PLANS | 1.30 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| R L THOMAS | 220.00 | .40 | 88.00 |
| T CURRIER | 470.00 | 3.70 | 1739.00 |
| TOTALS | | 4.10 | 1827.00 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :   W9600-008
INVOICE :   192964

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  EMPLOYEE BENEFITS / PENSION

TOTAL FEES :                              1,827.00

TOTAL DUE  :                              1,827.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A Professional Corporation

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 17, 2005
                                              MATTER :  W9600-010
                                              INVOICE :  192965


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

   RE:  EMPLOYMENT APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/11/05 | RLT | REVIEWED OBJECTION TO THE APPLICATION OF THE DEBTORS FOR THE ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT OF CAHILL, GORDON & REINDEL AS SPECIAL COUNSEL TO THE DEBTORS | .30 |
| 04/11/05 | RLT | REVIEWED LIMITED OBJECTION TO APPLICATION AUTHORIZING THE EMPLOYMENT OF ANDERSON KILL & OLICK, P.C. AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .20 |
| 04/12/05 | RLT | REVIEWED APPLICATION TO EMPLOY BEVERIDGE & DIAMOND, P.C. AS SPECIAL COUNSEL TO THE DEBTORS | .30 |
| 04/12/05 | RLT | REVIEWED ORDER MODIFYING AND EXPANDING THE SCOPE OF SERVICES PROVIDED WOODCOCK WASHBURN, LLP | .20 |
| 05/03/05 | RLT | REVIEWING ORDER AUTHORIZING DEBTORS TO ENTER INTO (A) AN EMPLOYMENT AGREEMENT WITH ITS CURRENT CHIEF OPERATING OFFICER UNDER WHICH HE WOULD ASSUME THE POSITION OF CHIEF EXECUTIVE OFFICER OF THE DEBTORS ("CEO") AND (B) A POST-RETIREMENT AGREEMENT WITH THE CURRENT CEO WHEREBY HE WOULD PROVIDE CONSULTING SERVICES RELATED TO DEBTORS' CHAPTER 11 CASES | .30 |
| 05/04/05 | RLT | REVIEWED ORDER DENYING WITHOUT PREJUDICE DEBTORS' APPLICATION TO EMPLOY CAHILL, GORDON & REINDEL AS SPECIAL COUNSEL TO THE DEBTORS. | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 17, 2005
                                              MATTER :  W9600-010
                                              INVOICE :  192965


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

    RE:  EMPLOYMENT APPLICATIONS, OTHERS


05/11/05 RLT    REVIEWED ORDER APPROVING THE APPLICATION OF THE          .20
                DEBTORS FOR THE ENTRY OF AN ORDER AUTHORIZING
                EMPLOYMENT OF BEVERIDGE & DIAMOND, P.C. AS
                SPECIAL COUNSEL TO THE DEBTORS

05/11/05 TC     REVIEWED ORDER AUTHORIZING RETENTION OF LEGC             .30

05/11/05 TC     REVIEWED ORDER AUTHORIZING RETENTION OF                  .30
                BEVERIDGE DIAMOND

05/23/05 RLT    REVIEWED MOTION TO AUTHORIZE THE DEBTORS TO              .30
                ENTER INTO A POST-RETIREMENT CONSULTING
                AGREEMENT WITH ITS FORMER GENERAL COUNSEL AND
                CHIEF RESTRUCTURING OFFICER TO PROVIDE
                CONSULTING SERVICES RELATED TO THE DEBTORS'
                PENDING LITIGATION AND CHAPTER 11 CASES

05/24/05 TC     REVIEWED SECOND SUPPLEMENTAL APPLICATION OF             .60
                DAVID AUSTERN AS FUTURES REPRESENTATIVE TO
                EXTEND THE EMPLOYMENT OF CIBC

05/25/05 MNF    EMAILS TO L. C. RE: MONTHLY FEE APPS                    .20
```

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 135.00 | .20 | 27.00 |
| R L THOMAS | 220.00 | 2.00 | 440.00 |
| T CURRIER | 470.00 | 1.20 | 564.00 |
| TOTALS | | 3.40 | 1031.00 |

TOTAL FEES :                          1,031.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JUNE 17, 2005
MATTER : W9600-010
INVOICE : 192965

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

TOTAL DUE : 1,031.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-011
INVOICE :  192966

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/02/05 | MNF | REVIEW FINAL BILLS RE: 3/1/05-3/31/05 TIME | .50 |
| 05/02/05 | MNF | DRAFT AND PREPARE SERVICE FOR 41ST MONTHLY FEE APP OF KRLS | 1.50 |
| 05/03/05 | MNF | FINALIZE BILLS AND SEND SAME TO ACCOUNTING | .50 |
| 05/06/05 | MNF | E-FILE AND SERVE 41ST MONTHLY FEE APP OF KRLS (1.0); CALENDAR DATES RE: SAME (.1); SCAN & CONVERT AND SEND TO FEE AUDITOR (.4) | 1.50 |
| 05/06/05 | RLT | REVIEWED AND COMMENTED ON KRLS 41S FEE APPLICATION | .40 |
| 05/06/05 | TC | REVIEWED KLETT ROONEY FEE APPLICATION | .70 |
| 05/09/05 | MNF | REVIEW PRE-BILLS FOR 4/1/05-4/30/05 | .30 |
| 05/09/05 | MNF | EMAIL TO FEE AUDITOR RE: 41ST MONTHLY FEE APP OF KRLS | .20 |
| 05/10/05 | TC | REVIEWED KLETT ROONEY FEE APPLICATON | .60 |
| 05/12/05 | FAP | PREPARE QUARTERLY FEE AND EXPENSE SUMMARIES | .30 |
| 05/12/05 | MNF | DRAFT 16TH NOTICE RE QUARTERLY FEE APP OF KRLS (.4) DRAFT QUARTERLY FEE APP OF KRLS FOR 12/26/04-3/31/05(1.6) | 2.00 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-011
INVOICE :  192966

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| | | |
|---|---|---:|
| 05/12/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION SIXTEENTH QUARTERLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 26, 2004 THROUGH MARCH 31, 2005 | .10 |
| 05/16/05 MNF | E-FILE AND SERVE 16TH QUARTERLY FEE APP OF KRLS ( 1.0) CALENDAR DATES (.1); CONVERT & EMAIL SAME TO FEE AUDITOR (.4) | 1.50 |
| 05/16/05 TC | REVIEWED FILED KLETT ROONEY APPLICATION | .50 |
| 05/16/05 TC | REVIEWED KRAMER LEVIN FEE APPLICATION | .40 |
| 05/17/05 MNF | REVIEW/MAKE EDITS TO PRE-BILLS FOR 4/1/05-4/30/05 TIME(.6); SCAN & EMAIL SAME TO RT (.2) | .80 |
| 05/24/05 MNF | REVIEW MAKE EDITS TO 4/1/05-4/30/05 PRE-BILLS | .60 |
| 05/24/05 RLT | REVIEWED AND EDITED APRIL PREBILLS | .70 |
| 05/25/05 MNF | REVIEW FINAL BILLS RE: 4/1/05-4/30/05 TIME | .50 |
| 05/26/05 FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR APRIL 2005 | .20 |
| 05/27/05 TC | REVIEWED 42ND FEE APPLICATION OF KLETT ROONEY | .70 |
| 05/31/05 TC | REVIEWED KRLS FEE APPLICATION | .60 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    JUNE 17, 2005
MATTER :  W9600-011
INVOICE : 192966
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, APPLICANT


## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 145.00 | .50 | 72.50 |
| M N FLORES | 135.00 | 9.90 | 1336.50 |
| R L THOMAS | 220.00 | 1.20 | 264.00 |
| T CURRIER | 470.00 | 3.50 | 1645.00 |
| TOTALS | | 15.10 | 3318.00 |


TOTAL FEES :                    3,318.00


TOTAL DUE  :                    3,318.00


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-012
INVOICE :  192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/08/05 | RLT | REVIEWED NINTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A., LOCAL BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | .10 |
| 04/11/05 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB | .10 |
| 04/11/05 | RLT | REVIEWED TENTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | .10 |
| 04/11/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION MARCH 2005 FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |
| 04/12/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (FORTY-SEVENTH) OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | .10 |

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 17, 2005
                                              MATTER :  W9600-012
                                              INVOICE :  192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 04/12/05 RLT | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS AND ALLOWING PAYMENT OF HOLDBACKS FOR SERVICES RENDERED. | .20 |
| 04/12/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | .10 |
| 04/13/05 RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-NINTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF FEBRUARY 2005 FILED BY PRICEWATERHOUSECOOPERS LLP | .10 |
| 04/20/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY L. TERSIGNI CONSULTING, P.C. | .10 |
| 04/20/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY CONWAY, DEL GENIO, GRIES & CO., LLC | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-012
INVOICE :  192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 04/20/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY CONWAY, DEL GENIO, GRIES & CO., LLC | .10 |
| 04/28/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 20 | .10 |
| 04/29/05 MNF | E-FILE AND SERVE 44TH MONTHLY FEE APP OF KRAMER LEVIN (1.0) SCAN AND CONVERT SAME RE: EMAIL TO FEE AUDITOR (1.0) | 2.00 |
| 04/29/05 RLT | REVIEWED FORTY-FOURTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTLALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005 | .10 |
| 04/29/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF MARCH 1, 2005 THROUGH MARCH 31, 2005 FILED BY FERRY, JOSEPH & PEARCE, P.A. | .10 |
| 04/29/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF MARCH 1, 2005 THROUGH MARCH 31, 2005 | .10 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-012
INVOICE : 192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 04/29/05 RLT | REVIEWED FORTY-EIGHTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION AND REIMBURSEMENT OT EXPENSES FOR THE MONTH OF MARCH 2005 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS OBJECTIONS | | .10 |
| 04/29/05 RLT | REVIEWED FOURTH QUARTERLY APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A., LOCAL BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005 | | .10 |
| 04/29/05 RLT | REVIEWED ELEVENTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005 | | .10 |
| 05/02/05 MNF | E-FILE AND SERVE CNO RE: QUARTERLY FEE APP OF KRAMER LEVIN | | .80 |
| 05/02/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF MARCH 1, 2005 THROUGH MARCH 31, 2005 FILED BY LEGAL ANALYSIS SYSTEMS, INC. | | .10 |
| 05/02/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF MARCH 1, 2005 THROUGH MARCH 31, 2005 FILED BY CAMPBELL & LEVINE, LLC | | .10 |
| 05/02/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF MARCH 1, 2005 THROUGH MARCH 31, 2005 FILED BY CAPLIN & DRYSDALE, CHARTERED | | .10 |
| 05/02/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF MARCH 1, 2005 THROUGH MARCH 31, 2005 FILED BY L. TERSIGNI CONSULTING, P.C. | | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-012
INVOICE : 192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 05/02/05 RLT | REVIEWED ELEVENTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005 | .10 |
| 05/02/05 RLT | REVIEWED AND COMMENTED ON 41ST MONTHLY FEE APPLICATION OF KRLS | .30 |
| 05/03/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 05/03/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 FILED BY BMC GROUP | .10 |
| 05/03/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY BMC GROUP | .10 |
| 05/04/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF BUCHANAN INGERSOLL PC AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005 | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-012
INVOICE :  192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 05/04/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF BUCHANAN INGERSOLL PC AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005. | .10 |
| 05/04/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF BUCHANAN INGERSOLL PC AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD JANUARY 1, 2005 THROUGH JANUARY 31, 2005 | .10 |
| 05/04/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF BUCHANAN INGERSOLL PC AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004. | .10 |
| 05/04/05 RLT | REVIEWED TRANSCRIPT OF HEARING HELD ON APRIL 25, 2005 BEFORE THE HONORABLE JUDITH K. FITZGERALD | .40 |
| 05/04/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD OF FEBRUARY 1, 2005 THROUGH FEBURARY 28, 2005 | .10 |
| 05/05/05 RLT | REVIEWED FOURTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC (F/K/A CAPSTONE CORPORATE RECOVERY LLC), FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005 | .10 |
| 05/05/05 RLT | REVIEWED APPLICATION FOR COMPENSATION (FORTY-SIXTH) OF PITNEY HARDIN LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JUNE 17, 2005
                                              MATTER : W9600-012
                                              INVOICE : 192967


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

    RE:  FEE APPLICATIONS, OTHERS


05/05/05 RLT    REVIEWED APPLICATION FOR COMPENSATION              .10
                (FORTY-FIRST) OF CASNER & EDWARDS, LLP FOR
                COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
                FOR FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

05/05/05 RLT    REVIEWED APPLICATION FOR COMPENSATION OF           .10
                WOODCOCK WASHBURN FOR COMPENSATION AND FOR
                REIMBURSEMENT OF EXPENSES FOR MARCH 1, 2005
                THROUGH MARCH 31, 2005, FOR THE QUARTERLY FEE
                PERIOD OF JANUARY - MARCH 2005 FILED BY
                WOODCOCK WASHBURN LLP

05/05/05 RLT    REVIEWED APPLICATION FOR COMPENSATION OF           .30
                PETITION FOR PAYMENT OF CURRENTLY OUTSTANDING
                FEES AND EXPENSES REFERENCED IN THE DEBTOR'S
                MOTION FOR AUTHORIZATION TO MODIFY AND EXPAND
                THE SCOPE OF SERVICES PROVIDED BY WOODCOCK
                WASHBURN LLP

05/05/05 RLT    REVIEWED APPLICATION FOR COMPENSATION OF NELSON    .30
                MULLINS RILEY & SCARBOROUGH, LLP FOR
                COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
                FROM MARCH 1, 2005 THROUGH MARCH 31, 2005 FOR
                THE QUARTER OF JANUARY 2005 THROUGH MARCH 2005

05/05/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION      .10
                AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD
                SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
                MARCH 1, 2005 THROUGH MARCH 31, 2005. FILED BY
                RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC

05/05/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION    .10
                OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS
                LIABILITY DEFENSE COUNSEL, FOR THE PERIOD
                JANUARY 1, 2005 THROUGH MARCH 31, 2005
                (SIXTEENTH QUARTERLY) FILED BY SPECIAL ASBESTOS
                PRODUCTS LIABILITY DEFENSE COUNSEL


PENNSYLVANIA      ●      DELAWARE      ●      NEW JERSEY      ●      WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-012
INVOICE :  192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 05/05/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION APRIL 2005 FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |
| 05/05/05 RLT | REVIEWED FOURTH QUARTERLY INTERIM FEE APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005 | .10 |
| 05/11/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION {SIXTEENTH VERIFIED OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005 | .10 |
| 05/11/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION {FIFTEENTH INTERIM VERIFIED OF WALLACE, KING, DOMIKE & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | .10 |
| 05/12/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR MARCH, 2005 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP | .10 |
| 05/12/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005 FILED BY LEGAL ANALYSIS SYSTEMS, INC | .20 |

---

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-012
INVOICE : 192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 05/12/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005 FILED BY L. TERSIGNI CONSULTING, P.C. | .20 |
| 05/12/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005 FILED BY CAMPBELL & LEVINE, LLC | .20 |
| 05/12/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005 FILED BY CAPLIN & DRYSDALE, CHARTERED | .20 |
| 05/12/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR SIXTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .10 |
| 05/12/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FOURTH QUARTERLY INTERIM FEE APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005 | .10 |
| 05/12/05 RLT | REVIEWED QUARTERLY FEE APPLICATION OF KRAMER, LEVIN, NAFTALIS & FRANKEL LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005 FILED BY OFFICIAL COMMITTEE OF EQUITY HOLDERS | .10 |
| 05/12/05 RLT | REVIEWED TENTH MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-012
INVOICE :  192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, OTHERS


| 05/13/05 MNF | DRAFT NOTICE RE: 12TH QUARTERLY FEE APP REQUEST OF KRAMER LEVIN (.4) EMAIL TO L. COTTO RE: SAME (.1) EDITS TO 12TH QUARTERLY FEE APP OF KRAMER (.2) | .70 |
|---|---|---|
| 05/16/05 MNF | E-FILE AND SERVE 12TH QUARTERLY FEE APP OF KRAMER LEVIN (1.0); CALENDAR DATES (.1); CONVERT & EMAIL SAME TO FEE AUDITOR(.4) | 1.50 |
| 05/16/05 RLT | REVIEWED APPLICATION FOR COMPENSATION / THIRTIETH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MARCH 2005 FILED BY PRICEWATERHOUSECOOPERS LLP | .10 |
| 05/16/05 RLT | REVIEWED THIRTIETH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR MARCH 2005 FILED BY PRICEWATERHOUSECOOPERS LLP | .10 |
| 05/16/05 RLT | REVIEWED FIFTH QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005 | .10 |
| 05/16/05 RLT | REVIEWED FORTY-SECOND MONTHLY AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005 FILED BY CASNER & EDWARDS LLP | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-012
INVOICE : 192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 05/16/05 | RLT | REVIEWED THIRTY-EIGHTH MONTHLY FEE APPLICATION - FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005 FILED BY CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | .10 |
| 05/17/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR APRIL, 2005 | .10 |
| 05/17/05 | RLT | REVIEWED SIXTEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 200 | .10 |
| 05/18/05 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005 (RELATED DOCUMENT(S){8124, {8444, {8392 ) FILED BY CASNER & EDWARDS LLP | .10 |
| 05/18/05 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES OF STEPTOE & JOHNSON LLP AS SPECIAL TAX COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIFTEENTH QUARTERLY INTERIM PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-012
INVOICE :  192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---:|
| 05/18/05 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION OF WOODCOCK AND WASHBURN FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL AND AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL. FOR THE SIXTEENTH QUARTERLY INTERIM PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005 ( | .10 |
| 05/19/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION TWENTY-SEVENTH APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | .10 |
| 05/19/05 | RLT | REVIEWED TWENTY-EIGHTH APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF MARCH 1, 2005 THROUGH MARCH 31, 2005 | .10 |
| 05/19/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD, FROM MARCH 1, 2005 THROUGH MARCH 31, 2005 | .10 |
| 05/20/05 | RLT | REVIEWED AND COMMENTED ON CNO FOR 44TH FEE APPLICATION OF KRAMER LEVIN | .30 |
| 05/23/05 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 44TH FEE APP OF KRAMER LEVIN | .20 |
| 05/23/05 | MNF | DRAFT CNO RE: 44TH MONTHLY FEE APP OF KRAMER LEVIN | .50 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-012
INVOICE : 192967

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  FEE APPLICATIONS, OTHERS

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 05/23/05 | RLT | REVIEWED FOURTH QUARTERLY INTERIM FEE APPLICATION OF DAVIDT. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005 | .20 |
| 05/23/05 | RLT | REVIEWED ELEVENTH MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005 | .20 |
| 05/23/05 | RLT | REVIEWED SECOND SUPPLEMENTAL APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EXTEND THE TERMS OF EMPLOYMENT OF CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR | .20 |
| 05/24/05 | MNF | E-FILE AND SERVE CNO RE: 44TH MONTHLY FEE APP OF KRAMER LEVIN | .70 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| M N FLORES | 135.00 | 6.40 | 864.00 |
| R L THOMAS | 220.00 | 9.00 | 1980.00 |
| TOTALS | | 15.40 | 2844.00 |

TOTAL FEES :                              2,844.00

TOTAL DUE  :                              2,844.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-014
INVOICE :  192971

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 05/05/05 | RLT | REVIEWED AGENDA FOR MAY 16TH HEARING | .40 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| R L THOMAS | 220.00 | .40 | 88.00 |
| TOTALS | | .40 | 88.00 |

TOTAL FEES :                                   88.00

TOTAL DUE  :                                   88.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-015
INVOICE :  192968

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/20/05 | RLT | REVIEWED ORDER (MODIFIED) SETTING BRIEFING SCHEDULE AND HEARING REGARDING CASE MANAGEMENT ORDER AND PROOF OF CLAIM/QUESTIONNAIRE FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES | .30 |
| 04/28/05 | RLT | REVIEWED RULE 2019 STATEMENT FIRST SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY ENVIRONMENTAL LITIGATION GROUP, P.C | .10 |
| 05/03/05 | TC | REVIEWED ORDER VACATING BRIEFING SCHEDULE ON CASE MANAGEMENT PROCEDURES | .40 |
| 05/05/05 | RLT | REVIEWED BRIEF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF W.R. GRACE & CO.'S MOTION TO APPROVE PI CMO AND QUESTIONNAIRE | .40 |
| 05/17/05 | TC | REVIEWED PROTECTIVE ORDER GOVERNING DISCOVERY FOR PURPOSES OF ESTIMATING DEBTORS' ASBESTOS PROPERTY DAMAGE LIABILITY | .60 |
| 05/25/05 | TC | REVIEWED PETER PEARSON'S RESPONSES TO INTERROGATORIES | .60 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-015
INVOICE : 192968

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

RE:  LITIGATION AND LITIGATION CONSULTING

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .80 | 176.00 |
| T CURRIER | 470.00 | 1.60 | 752.00 |
| TOTALS | | 2.40 | 928.00 |

TOTAL FEES :                    928.00

TOTAL DUE  :                    928.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2005
MATTER :  W9600-016
INVOICE :  192969

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/03/05 | RLT | REVIEWED ORDER SETTING BRIEFING SCHEDULE AND HEARING REGARDING CASE MANAGEMENT ORDER AND PROOF OF CLAIM/QUESTIONNAIRE FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES | .30 |
| 05/03/05 | RLT | REVIEWED ORDER VACATING MODIFIED ORDER SETTING BRIEFING SCHEDULE AND HEARING REGARDING CASE MANAGEMENT ORDER AND PROOF OF CLAIM/QUESTIONNAIRE FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES | .30 |
| 05/05/05 | RLT | REVIEWED MOTION TO APPROVE W.R. GRACE & CO.'S MOTION TO APPROVE PI CMO AND QUESTIONNAIRE FILED BY W.R. GRACE & CO. | .30 |
| 05/11/05 | TC | REVIEWED MOTION TO APPROVE PI CMO QUESTIONAIRE | .60 |
| 05/11/05 | TC | REVIEWED BRIEF IN SUPPORT OF MOTION ON PICMO | 1.20 |
| 05/11/05 | TC | REVIEWED APPENDIX SUPPORTING BRIEF AND MOTION FOR APPROVAL ON PICMO | .60 |
| 05/18/05 | RLT | REVIEWED ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO (1) FILE A BRIEF IN SUPPORT OF THEIR MOTION TO APPROVE THEIR PI CMO AND QUESTIONNAIRE THAT EXCEEDS PAGE LIMITS SET FORTH, AND (2) EXTEND THE DEADLINE FOR FILING THE MOTION TO APPROVE THE PI CMO AND QUESTIONNAIRE. | .40 |
| 05/23/05 | RLT | REVIEWED MOTION TO EXTEND TIME IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON FILED BY W.R. GRACE & CO | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JUNE 17, 2005
MATTER :   W9600-016
INVOICE :  192969

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  PLAN AND DISCLOSURE STATEMENT

05/24/05 TC    REVIEWED MOTION TO EXTEND EXCLUSIVITY AGAIN                .70

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

R L THOMAS              220.00     1.60           352.00
T CURRIER               470.00     3.10          1457.00
                 TOTALS            4.70          1809.00


                 TOTAL FEES :                   1,809.00


                 TOTAL DUE  :                   1,809.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2005
MATTER :  W9600-017
INVOICE : 192970

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05   T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/04/05 | RLT | REVIEWED ORDER DENYING WITHOUT PREJUDICE DEBTORS' MOTION FOR APPROVAL OF THE JOINT STIPULATION AND CONSENT ORDER OF THE DEBTORS AND THE ST. PAUL COMPANIES, INC. CONCERNING THE CLASSIFICATION AND TREATMENT OF ST. PAUL'S CLAIM WITH RESPECT TO THE SOLOW APPEAL BOND AND FOR MODIFICATION OF THE AUTOMATIC STAY | .20 |

### T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| R L THOMAS   | 220.00 | .20   | 44.00  |
| TOTALS       |        | .20   | 44.00  |

TOTAL FEES :                                    44.00

TOTAL DUE  :                                    44.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     JUNE 17, 2005
                                              MATTER :   W9600-000
                                              INVOICE :  192956


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/05    T C

    RE:   EXPENSES


        DESCRIPTION OF EXPENSE ADVANCES                    AMOUNT
        -------------------------------                    ------

05/09/05 FEDERAL EXPRESS -   FEDEX   - # 3-802-49428        14.08
05/11/05 FEDERAL EXPRESS -   FEDEX   - # 3-826-84922        14.47
05/17/05 FEDERAL EXPRESS -   FEDEX   - # 3-814-39638        22.57
05/18/05 PROFESSIONAL SERVICES -   PARCELS, INC.            15.00
05/18/05 MESSENGER SERVICES -   PARCELS, INC.  - # 30024    15.00
05/18/05 MESSENGER SERVICES -   PARCELS, INC.  - # 29865    15.00
05/18/05 PROFESSIONAL SERVICES -   PARCELS, INC.  - #       17.75
         10563

                       TOTAL EXPENSE ADVANCES :           113.87

                       TOTAL DUE  :                       113.87

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**