## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
|  | **Objection Deadline July 18, 2005 @ 4:00 p.m.** |

## FORTY-SIXTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Holders* |
| Date of Retention: | *As of July 18, 2001 nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | *May 1, 2005 through and including May 31, 2005* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$19,218.50* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$2,198.56* |

This is a(n):  __x__  monthly       __ __       interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $16,079.20 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – Dememder 31, 2001 | $32,467.50 / $2,338.23 | $25,974.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $19,046.00 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $29,106.00 / $2,894.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $26,060.00 / $2,107.64 |
| May 15, 2002 (1st Quarterly) | January 1, 2002 – March 31, 2002 | $92,765.00 / $6,963.66 | $92,765.00 / $6,963.66 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $23,035.20 / $2,669.24 |
| August 5, 2002 10th Monthly | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $19,385.60 / $2,299.11 |
| September 4, 2002 11th Montly | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $16,314.00 / $388.61 |
| September 18, 2002 (2nd Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 / $5,356.96 | $69,340.00 / $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $22,466.80 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $26,878.80 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $20,467.60 / $1,761.46 |
| November 21, 2002 (3rd Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 / $10,070.69 | $87,266.50 / $10,070.69 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $31,910.00 / $2,124.93 |
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |

KL2:2396857.2

| | | | |
|---|---|---|---|
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $9,482.80 / $816.82 |
| February 25, 2003 | January 1, 2003 – January 31, 2003 | $11,100.00 / $927.47 | $8,880.00 / $927.47 |
| March 11, 2003 (4th Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 / $3,575.61 | $70,445.00 / $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $10,734.40 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $21,575.20 / $452.38 |
| May 15, 2003 (5th Quarterly) | January 1, 2003 – March 31, 2002 | $51,487.00 / $1,619.93 | $51,487.00 / $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $6,087.20 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $7,528.77 / $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $8,341.60 / $137.09 |
| August 21, 2003 (6th Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 / $1,839.08 | $27,447.00 / $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $7,418.00 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $489.69 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $12,003.20 / $334.63 |
| December 19, 2003 (7th Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $10,507.20 / $174.04 |
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $11,629.60 / $273.00 |
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $14,076.00 / $1,599.14 |
| February 27, 2004 (8th Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $7,183.20 / $436.47 |

| | | | |
|---|---|---|---|
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $472.11 | $11,643.00 / $472.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $2,874.70 / $0.00 |
| July 13, 2004 (9th Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 / $1,451.43 | $31,674.50 / $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $8,672.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $18,561.60 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $10,818.40 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $7,634.80 / $125.25 |
| November 1, 2004 (10th Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 / $1,840.66 | $48,415.50 / $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $19,586.40 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $103,167.20 / $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $122,980.00 / $4,236.79 |
| January 27, 2005 (11th Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 / $995.20 | $47,550.00 / $995.20 |
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $102,312.89 / $3,246.49 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $115,731.60 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $19,765.20 / $2,444.84 |
| April 7, 2005 (12th Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 / $14,406.04 | $325,213.60 / $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $21,131.20 / $2,827.24 |
| May 16, 2005 (13th Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 / $12,593.68 | $183,897.00 / $12,593.67 |

KL2:2396857.2

| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $23,958.44 / $1,323.60 |
|---|---|---|---|

## SUMMARY OF TIME FOR BILLING PERIOD
## MAY 1, 2005 THROUGH MAY 31, 2005

| **Name** | **Total Billed Hours** | **Hourly Billing Rate** | **Total Compensation** |
|---|---|---|---|
| Nadler, Ellen R. | 02.7 | 660.00 | $ 1,782.00 |
| Bentley, Phillip | 03.5 | 595.00 | $ 2,082.50 |
| Becker, Gary M. | 19.9 | 520.00 | $10,348.00 |
| Becker, Gary M. | 05.0 | 260.00 | $ 1,300.00 |
| Dimos, Bill | 01.4 | 275.00 | $ 385.00 |
| Cotto, Lisa | 16.2 | 205.00 | $ 3,321.00 |
| **TOTAL** | **48.7** | | **$19,218.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 04/01/05 through 04/30/05 | Total Fees for the Period 04/01/05 through 04/30/05 |
|---|---|---|
| Case Administration | 02.5 | $ 610.50 |
| Creditor Committee | 07.0 | $ 3,925.00 |
| Bankruptcy Motions | 02.5 | $ 1,016.50 |
| Fee Applications, Applicant | 20.0 | $ 5,927.00 |
| Claim Analysis Objection (Asbestos) | 08.2 | $ 4,619.50 |
| Fraudulent Conveyance Adv. Proceeding | 00.4 | $ 208.00 |
| Hearings | 03.1 | $ 1,612.00 |
| Travel/Non Working | 05.0 | $ 1,300.00 |
| **Total** | **48.7** | **$19,218.50** |

KL2:2396857.2

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 2/1/05 through 2/28/05 |
|---|---|
| Photocopying | $ 782.85 |
| Postage | $ 0.37 |
| Messenger/Courier | $ 9.86 |
| Out-Of-Town Travel | $1,305.98 |
| Cab Fares | $ 99.50 |
| Subtotal | $2,198.56 |

Dated: June 21, 2005

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____

Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

FOR THE PERIOD MAY 1, 2005 THROUGH MAY 31, 2005

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 417.52 |
| Subtotal | $417.52 |

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 06/20/2005 11:01:25

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele 1.00/photo 0.15/w.o manu services

PRE-BILLING SUMMARY REPORT

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 05/31/2005 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 05/31/2005 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 19,218.50 | 2,198.56 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 05/31/2005 | 05/31/2005 |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 122,480.16 | | |
| DISBURSEMENTS: | 4,286.60 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 141,376.94 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 05/31/05 | LAST PAYMENT DATE: | 06/14/05 |
| LAST BILL NUMBER: | 412177 | ACTUAL FEES BILLED TO DATE: | 1,411,056.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 1,411,056.50 |
| LAST BILL THRU DATE: | 04/30/05 | FEES WRITTEN OFF TO DATE: | 154,323.18 |

FOR ACCTG USE ONLY:                          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee                  (4) Excessive Legal Time          (7) Fixed Fee
(2) Late Time & Costs Posted           (5) Business Development           (8) Premium
(3) Pre-arranged Discount              (6) Summer Associate              (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

PAGE 2

alp_132c: Client Summary
                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP
                         *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:42

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Total Unbilled Amount |
|---|---|---|---|---|---|---|
| 00720 | NADLER, ELLEN R. | PARTNER | 05/17/05 | 05/31/05 | 2.70 | 1,782.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 05/02/05 | 05/31/05 | 3.50 | 2,082.50 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 05/15/05 | 05/16/05 | 5.00 | 1,300.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 05/03/05 | 05/31/05 | 19.90 | 10,348.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 05/03/05 | 05/31/05 | 1.40 | 385.00 |
| | PARAPROFESSIONALS | | | | | |
| 05623 | COTTO, LISA | PARALEGAL | 05/04/05 | 05/31/05 | 16.20 | 3,321.00 |
| | Total: | | | | 48.70 | 19,218.50 |

## U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 03/25/05 | 05/27/05 | 782.85 |
| 0880 | POSTAGE | 05/19/05 | 05/19/05 | 0.37 |
| 0930 | MESSENGER/COURIER | 05/31/05 | 05/31/05 | 9.86 |
| 0940 | CAB FARES | 05/31/05 | 05/31/05 | 99.50 |
| 0950 | OUT-OF-TOWN TRAVEL | 05/15/05 | 05/31/05 | 1,305.98 |
| | Total | | | 2,198.56 |
| | Grand Total | | | 21,417.06 |

## B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 06/20/05 11:01:42)

| Bill Date Thru Date Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total Collections | Date | Balance Due |
|---|---|---|---|---|---|---|
| PRIOR TO 2001 | 138,553.50 | 16,080.63 | | 154,634.13 | | |
| YEAR 2002 | 326,261.32 | 22,724.32 | | 348,985.64 | | |
| YEAR 2003 | 148,244.50 | 5,109.30 | | 153,353.80 | | |
| 01/29/04 12/31/03 382765 | 17,595.00 | 1,599.14 | | 19,194.14 | 07/02/04 | |
| 02/25/04 01/31/04 384579 | 8,979.00 | 436.47 | | 9,415.47 | 04/13/04 | |
| 04/30/04 02/29/04 388529 | 8,888.00 | 545.85 | | 9,433.85 | 10/18/04 | |
| 05/27/04 03/30/04 390208 | 13,058.00 | 469.11 | | 13,527.11 | 08/03/04 | |
| 06/29/04 05/31/04 391727 | 14,237.00 | 389.30 | | 14,626.30 | 03/23/05 | |
| 07/31/04 06/30/04 392045 | 10,840.00 | 1,279.24 | | 12,119.24 | 10/18/04 | |
| 08/23/04 06/30/04 394084 | 23,202.00 | 148.22 | | 23,350.22 | 11/16/04 | |
| 01/25/05 09/30/04 396938 | 40,815.00 | 995.20 | | 41,810.20 | 01/25/05 | |
| 03/10/05 12/31/04 408613 | 283,792.50 | 13,630.01 | | 259,950.61 | 03/30/05 | 37,471.90 |
| 05/09/05 03/31/05 409910 | 157,929.50 | 12,555.24 | | 110,486.10 | 05/09/05 | 59,998.64 |
| 05/31/05 04/30/05 412177 | 29,314.00 | 1,323.60 | | 23,750.44 | | 6,887.16 |
| 06/20/05 04/30/05 413661 | 19,218.56 | 2,198.56 | | 0.00 | | 21,417.06 |
| Total: | 1,240,927.82 | 79,484.19 | | 1,194,637.25 | | 125,774.76 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 06/20/2005 11:01:22

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:       1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

---

PRE-BILLING SUMMARY REPORT

---

|                          |            |     | TO: | 05/31/2005 |
|--------------------------|------------|-----|-----|------------|
| UNBILLED TIME FROM:      | 05/03/2005 |     | TO: | 05/27/2005 |
| UNBILLED DISB FROM:      | 03/25/2005 |     |     |            |

                              FEES              COSTS
                              ----              -----

GROSS BILLABLE AMOUNT:        610.50            707.10
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                    05/31/2005        05/27/2005
CLOSE MATTER/FINAL BILLING?   YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH

FEES:                         610.50            UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:                707.10            PAID FEE RETAINER:            0.00
FEE RETAINER:                   0.00            PAID DISB RETAINER:           0.00
DISB RETAINER:                  0.00            TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:           1,317.60           TRUST BALANCE:

                                               BILLING HISTORY

                                               ------- --------
DATE OF LAST BILL:            06/20/05           LAST PAYMENT DATE:          06/14/05
LAST BILL NUMBER:            413661  ACTUAL FEES BILLED TO DATE:           246,236.50
                                   ON ACCOUNT FEES BILLED TO DATE:              0.00
                                     TOTAL FEES BILLED TO DATE:           246,236.50
LAST BILL THRU DATE:                      FEES WRITTEN OFF TO DATE:        78,443.00

---

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development        (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER:            DATE OF BILL:          Processed by:              FRC:              CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Run Date & Time: 06/20/2005 11:01:22

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1941981
Bill Frequency: M

Status : ACTIVE

## U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|--------|---------------|-------|--------|--------|----------------------|--------|
| 06208 | DIMOS, BILL | CRED | 05/03/05 | 05/31/05 | 1.40 | 385.00 |
| 05623 | COTTO, LISA | CRED | 05/19/05 | 05/20/05 | 1.10 | 225.50 |
| | | Total: | | | 2.50 | 610.50 |

Sub-Total Hours :   0.00 Partners   0.00 Counsels   1.40 Associates   1.10 Legal Assts   0.00 Others

## U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 03/25/05 | 05/27/05 | 707.10 |
| | Total | | | 707.10 |

Grand Total   1,317.60

## B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 06/20/05 11:01:22)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | ----Collections---- Total | Date | Applied From OA | Balance Due |
|-----------|-----------|-------|----------|--------------|---------------------------|------|-----------------|-------------|
| PRIOR TO 2001 | | | | | | | | |
| YEAR 2002 | | | | | | | | |
| YEAR 2003 | | | | | | | | |
| 01/29/04 | 12/31/03 | 382765 | 71,036.50 | 8,160.18 | 79,196.68 | 02/27/04 | | |
| 02/25/04 | 01/31/04 | 384579 | 63,892.50 | 13,613.26 | 77,505.76 | 04/13/04 | | |
| 04/30/04 | 02/29/04 | 388529 | 42,737.00 | 3,649.07 | 46,386.07 | 05/07/04 | | |
| 05/27/04 | 04/30/04 | 390208 | 6,246.50 | 1,364.34 | 7,610.84 | 02/27/04 | | |
| 06/29/04 | 05/31/04 | 391727 | 4,124.00 | 436.47 | 4,560.47 | 04/13/04 | | |
| 07/31/04 | 06/30/04 | 392045 | 2,552.50 | 43.85 | 2,596.35 | 06/29/04 | | |
| 08/23/04 | 06/30/04 | 394084 | 2,589.00 | 114.15 | 2,703.15 | 08/03/04 | | |
| 01/25/05 | 09/30/04 | 396938 | 2,331.00 | 13.05 | 2,344.05 | 03/23/05 | | |
| 03/30/05 | 12/31/04 | 408613 | 3,114.00 | 87.30 | 3,201.30 | 10/18/04 | | |
| 05/09/05 | 03/31/05 | 409910 | 3,718.50 | 125.39 | 3,843.89 | 11/16/04 | | |
| 05/09/05 | 04/30/05 | 412177 | 6,640.00 | 180.51 | 6,820.51 | 01/25/05 | | |
| 06/20/05 | 04/30/05 | 413661 | 14,172.00 | 8,280.84 | 22,452.84 | 03/30/05 | | |
| | | | 11,728.00 | 2,080.43 | 13,808.43 | 05/09/05 | | |
| | | | 1,549.50 | 783.80 | 2,333.30 | 06/14/05 | | |
| | | | 610.50 | 707.10 | | | | 1,317.60 |
| | | Total: | 237,041.50 | 39,639.74 | 275,363.64 | | | 1,317.60 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     3

Run Date & Time: 06/20/2005 11:01:22

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:      1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| DIMOS, BILL | 05/03/05 | Read through documents | 0.10 | 27.50 | 5671828 | 05/10/05 |
| DIMOS, BILL | 05/10/05 | Read through documents (0.1) | 0.10 | 27.50 | 5675563 | 05/13/05 |
| DIMOS, BILL | 05/11/05 | Read through documents (0.1) | 0.10 | 27.50 | 5676562 | 05/13/05 |
| DIMOS, BILL | 05/16/05 | Read through documents | 0.20 | 55.00 | 5680629 | 05/17/05 |
| DIMOS, BILL | 05/17/05 | Reviewed documents (0.2). | 0.20 | 55.00 | 5682981 | 05/19/05 |
| DIMOS, BILL | 05/18/05 | Reviewed documents. | 0.10 | 27.50 | 5682980 | 05/19/05 |
| DIMOS, BILL | 05/19/05 | Read through documents (0.1) | 0.10 | 27.50 | 5686758 | 05/23/05 |
| COTTO, LISA | 05/19/05 | e-mail Jim re: distribution list | 0.10 | 20.50 | 5711618 | 06/01/05 |
| DIMOS, BILL | 05/20/05 | Read through documents. | 0.10 | 27.50 | 5686757 | 05/23/05 |
| COTTO, LISA | 05/20/05 | organize files, receive pleadings and file accordingly | 1.00 | 205.00 | 5713617 | 06/01/05 |
| DIMOS, BILL | 05/23/05 | Read through documents (0.1) | 0.10 | 27.50 | 5693628 | 05/26/05 |
| DIMOS, BILL | 05/24/05 | Read through documents (0.1). | 0.10 | 27.50 | 5693627 | 05/26/05 |
| DIMOS, BILL | 05/26/05 | Read through documents (0.1). | 0.10 | 27.50 | 5697682 | 05/31/05 |
| DIMOS, BILL | 05/31/05 | Read through documents (0.1) | 0.10 | 27.50 | 5717719 | 06/02/05 |

Fee Total                                                 2.50      610.50

Fee Total                                                 2.50      610.50

**U N B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING          0820 | | | | | | |
| PHOTOCOPYING | | | | | | |
| NOVOD  GORDON | | | | | | |
| PHOTOCOPYING | NOVOD, G N | 03/25/05 | 19.35 | 6933241 | 143732 | 03/29/05 |
| NOVOD  GORDON | | | | | | |
| PHOTOCOPYING | NOVOD, G N | 03/30/05 | 96.45 | 6937914 | 143839 | 03/31/05 |
| ? | | | | | | |
| PHOTOCOPYING | NOVOD, G N | 03/30/05 | 473.85 | 6939823 | 143890 | 04/01/05 |
| COTTO  LISA | | | | | | |
| PHOTOCOPYING | COTTO, L C | 05/12/05 | 49.35 | 6987111 | 146260 | 05/16/05 |
| COTTO  LISA | | | | | | |
| PHOTOCOPYING | COTTO, L C | 05/13/05 | 0.30 | 6989996 | 146425 | 05/18/05 |
| COTTO  LISA | | | | | | |
| PHOTOCOPYING | COTTO, L C | 05/16/05 | 1.50 | 6989997 | 146425 | 05/18/05 |
| COTTO  LISA | | | | | | |
| PHOTOCOPYING | COTTO, L C | 05/16/05 | 18.45 | 6989998 | 146425 | 05/18/05 |
| COTTO  LISA | | | | | | |
| PHOTOCOPYING | COTTO, L C | 05/17/05 | 17.40 | 6992438 | 146474 | 05/19/05 |
| COTTO  LISA | | | | | | |
| PHOTOCOPYING | COTTO, L C | 05/18/05 | 5.85 | 6995231 | 146545 | 05/20/05 |
| COTTO  LISA | | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number: 1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | | COTTO, L C | 05/25/05 | 23.40 | 7003688 | 146825 | 05/27/05 |
| COTTO LISA | | | | | | | |
| PHOTOCOPYING | | COTTO, L C | 05/27/05 | 1.20 | 7011804 | 146931 | 06/01/05 |
| COTTO LISA | | | | | | | |

0820 PHOTOCOPYING Total :                707.10

Costs Total :                707.10

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1941981
Bill Frequency: M

Status        : ACTIVE

**B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    T I M E    S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| DIMOS, BILL | 1.40 | 385.00 | | | | | |
| COTTO, LISA | 1.10 | 225.50 | | | | | |
| Total: | 2.50 | 610.50 | | | | | |

**B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 707.10 | | | | | |
| Costs Total : | 707.10 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    05/10/2005                          TO:    05/31/2005
UNBILLED DISB FROM:                                        TO:    05/31/2005

| FEES | COSTS |
|---|---|

GROSS BILLABLE AMOUNT:              3,925.00                0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                          05/31/2005
CLOSE MATTER/FINAL BILLING?         YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:           BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|

FEES:                               3,925.00
DISBURSEMENTS:                          0.00                UNIDENTIFIED RECEIPTS:           0.00
FEE RETAINER:                           0.00                PAID FEE RETAINER:               0.00
DISB RETAINER:                          0.00                PAID DISB RETAINER:              0.00
TOTAL OUTSTANDING:                  3,925.00                TOTAL AVAILABLE FUNDS:           0.00
                                                            TRUST BALANCE:

BILLING HISTORY

                                                           06/20/05           LAST PAYMENT DATE:          06/14/05
DATE OF LAST BILL:                                  413661 ACTUAL FEES BILLED TO DATE:    169,684.50
LAST BILL NUMBER:                               ON ACCOUNT FEES BILLED TO DATE:                0.00
                                                       TOTAL FEES BILLED TO DATE:         169,684.50
LAST BILL THRU DATE:                                   FEES WRITTEN OFF TO DATE:           17,642.50

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted        (5) Business Development        (8) Premium
(3) Pre-arranged Discount           (6) Summer Associate           (9) Rounding         (10) Client Arrangement

BILL NUMBER:                 DATE OF BILL:               Processed by:                   FRC:              CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Run Date & Time: 06/20/2005 11:01:23

| Matter No: 056772-00002 | | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: | 1941981 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M | |
| Matter Name : CREDITOR COMMITTEE | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | | |
| Matter Opened : 07/27/2001 | | | Status | : ACTIVE |

UNBILLED TIME SUMMARY

| Emp Id Employee Name | Group | ------ Total Unbilled ------ | | |
| | | Oldest | Latest | Hours | Amount |

| 00720 | NADLER, ELLEN R. | LITI | 05/23/05 | 05/31/05 | 1.50 | 990.00 |
| 02495 | BENTLEY, PHILIP | CRED | 05/10/05 | 05/31/05 | 1.00 | 595.00 |
| 05292 | BECKER, GARY M. | CRED | 05/23/05 | 05/31/05 | 4.50 | 2,340.00 |

Total:                                                                    7.00      3,925.00

Sub-Total Hours :    2.50 Partners    4.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

BILLING & PAYMENT HISTORY (Reflects Payments As of 06/20/05 11:01:23)

| Bill Date Thru Date Bill# | Fee & OA | Billed Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|
| PRIOR TO 2001 | | | | | | |
| YEAR 2002 | 11,113.50 | 1,628.57 | | 12,742.07 | | |
| YEAR 2002 | 34,996.50 | 2,032.99 | | 37,029.49 | | |
| YEAR 2003 | 21,568.00 | 122.55 | | 21,690.55 | | |
| 01/29/04 12/31/03 382765 | 2,415.00 | 36.00 | | 2,452.00 | 02/27/04 | |
| 02/25/04 01/31/04 384579 | 2,284.00 | .00 | | 2,284.00 | 04/13/04 | |
| 04/10/04 02/29/04 388529 | 1,717.50 | .00 | | 1,717.50 | 06/29/04 | |
| 05/27/04 04/30/04 390208 | 4,468.00 | 23.40 | | 4,491.40 | 08/03/04 | |
| 06/29/04 05/31/04 391727 | 2,466.00 | 2.00 | | 2,468.00 | 03/23/05 | |
| 07/31/04 06/30/04 392045 | 1,789.00 | .00 | | 1,789.00 | 10/18/04 | |
| 08/23/04 06/30/04 394084 | 5,567.00 | .00 | | 5,567.00 | 11/16/04 | |
| 01/25/05 09/30/04 396938 | 19,241.00 | 774.70 | | 20,015.70 | 01/25/05 | |
| 03/30/05 12/31/04 408613 | 33,341.00 | 1,986.42 | | 35,327.42 | 03/30/05 | |
| 05/09/05 03/31/05 409910 | 17,252.00 | 48.95 | | 17,300.95 | 05/09/05 | |
| 05/31/05 04/30/05 412177 | 7,540.00 | 13.65 | | 7,553.65 | 06/14/05 | |
| 06/20/05 04/30/05 413661 | 3,925.00 | .00 | | .00 | | 3,925.00 |

Total:         169,684.50       6,669.23                    172,428.73                  3,925.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS. - 06975          ProForma Number:      1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 05/10/05 | Review emails | 0.10 | 59.50 | 5684378 | 05/19/05 |
| NADLER, ELLEN R. | 05/23/05 | Exchange of voicemails w/G. Becker re: committee call (.10) | 0.10 | 66.00 | 5688432 | 05/24/05 |
| BECKER, GARY M. | 05/23/05 | Conf Weschler re committee conference call (0.3); conf. Nadler re committee call (0.1) | 0.40 | 208.00 | 5692276 | 05/25/05 |
| BECKER, GARY M. | 05/24/05 | Conf. with Klett re committee call and attention to materials from Weschler re same (0.5) | 0.50 | 260.00 | 5691837 | 05/25/05 |
| BECKER, GARY M. | 05/26/05 | Preparations for equity committee conference call, including review of materials from Weschler and conf. with Bentley | 0.80 | 416.00 | 5717025 | 06/02/05 |
| BECKER, GARY M. | 05/27/05 | Prepare for equity committee call (0.3) | 0.30 | 156.00 | 5717062 | 06/02/05 |
| NADLER, ELLEN R. | 05/31/05 | Telephonic meeting of the Committee (1.00); followup w.G. Becker (.40) | 1.40 | 924.00 | 5709342 | 06/01/05 |
| BENTLEY, PHILIP | 05/31/05 | Committee conf call, and discs GB | 0.90 | 535.50 | 5709529 | 06/01/05 |
| BECKER, GARY M. | 05/31/05 | Prepare for and conduct equity committee meeting (2.5) | 2.50 | 1,300.00 | 5717229 | 06/02/05 |

Fee Total                                          7.00      3,925.00

Fee Total                                          7.00      3,925.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00002                                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status          : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| NADLER, ELLEN R. | 1.50 | 990.00 | | | | | |
| BENTLEY, PHILIP | 1.00 | 595.00 | | | | | |
| BECKER, GARY M. | 4.50 | 2,340.00 | | | | | |
| Total: | 7.00 | 3,925.00 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1941981
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    05/03/2005
UNBILLED DISB FROM:

TO:
TO:    05/17/2005

FEES                    COSTS

GROSS BILLABLE AMOUNT:                1,016.50            0.00
  AMOUNT WRITTEN DOWN:
          PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
        THRU DATE:                05/17/2005
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                      FEES:        1,016.50
            DISBURSEMENTS:             0.00    UNIDENTIFIED RECEIPTS:        0.00
            FEE RETAINER:             0.00        PAID FEE RETAINER:        0.00
           DISB RETAINER:             0.00       PAID DISB RETAINER:        0.00
       TOTAL OUTSTANDING:        1,016.50    TOTAL AVAILABLE FUNDS:        0.00
                                                 TRUST BALANCE:

                                  BILLING HISTORY

                                    06/20/05        LAST PAYMENT DATE:        06/14/05
    DATE OF LAST BILL:                413661 ACTUAL FEES BILLED TO DATE:    118,118.00
    LAST BILL NUMBER:           ON ACCOUNT FEES BILLED TO DATE:        0.00
                                 TOTAL FEES BILLED TO DATE:    118,118.00
    LAST BILL THRU DATE:              FEES WRITTEN OFF TO DATE:        -572.50

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER:    _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------ Total Unbilled ------------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 05/03/05 | 05/11/05 | 1.60 | 832.00 |
| 06621 | COTTO, LISA PARAPROFESSIONALS | CRED | 05/17/05 | 05/17/05 | 0.90 | 184.50 |
| | Total: | | | | 2.50 | 1,016.50 |

Sub-Total Hours :    0.00 Partners    1.60 Counsels    0.00 Associates    0.90 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 06/20/05 11:01:23)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2002 | | | 1,450.00 | 198.00 | | 1,648.00 | | |
| YEAR 2003 | | | 16,218.50 | .00 | | 16,218.50 | | |
| 01/29/04 | 12/31/03 | 382765 | 3,544.50 | 1.80 | | 3,546.30 | 02/27/04 | |
| 02/25/04 | 01/31/04 | 384579 | 261.50 | .00 | | 261.50 | 04/13/04 | |
| 04/30/04 | 02/29/04 | 388529 | 2,233.00 | 4.50 | | 2,237.50 | 06/29/04 | |
| 05/27/04 | 04/30/04 | 390208 | 1,039.50 | 4.05 | | 1,043.55 | 08/03/04 | |
| 06/29/04 | 05/31/04 | 391727 | 2,827.50 | .00 | | 2,827.50 | 09/23/05 | |
| 07/31/04 | 06/30/04 | 392045 | 1,667.50 | .00 | | 1,667.50 | 10/18/04 | |
| 08/23/04 | 06/30/04 | 394084 | 1,138.50 | .00 | | 1,138.50 | 11/16/04 | |
| 01/25/05 | 09/30/04 | 396938 | 2,128.50 | .00 | | 2,128.50 | 01/25/05 | |
| 03/30/05 | 12/31/04 | 408611 | 73,176.00 | 1,232.19 | | 74,408.19 | 03/30/05 | |
| 05/09/05 | 03/31/05 | 409910 | 11,104.50 | 4,902.80 | | 16,007.30 | 05/09/05 | |
| 05/31/05 | 04/30/05 | 412177 | 312.00 | 330.55 | | 642.55 | 06/14/05 | |
| 06/20/05 | 04/30/05 | 413661 | 1,016.50 | .00 | | .00 | | 1,016.50 |
| | Total | | 118,118.00 | 6,673.89 | | 123,775.39 | | 1,016.50 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE      12

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      1941981
Bill Frequency: M

Status        : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 05/03/05 | Review debtors motion to settle claim | 0.20 | 104.00 | 5669464 | 05/06/05 |
| BECKER, GARY M. | 05/09/05 | Review hearing agenda and related pleadings, including claims objections, order regarding CEO and ersonal injury CMO briefing schedule | 0.70 | 364.00 | 5675263 | 05/12/05 |
| BECKER, GARY M. | 05/11/05 | Review amended hearing agenda and related pleadings | 0.70 | 364.00 | 5675264 | 05/12/05 |
| COTTO, LISA | 05/17/05 | t/c's and e-mails with Phil re: hearing date for motion to approve PI CMO and Questionnaire; review docket and e-mail information (.1); then t/c with court re: confirm hearing date (.2); then t/c's with debtors counsel re: hearing date (.1); review docket, pull schedule order, make copies and deliver to attorney (.2); print appendix to motion from pacer and update files with motion (.2) | 0.90 | 184.50 | 5698383 | 05/31/05 |

| | | Fee Total | 2.50 | 1,016.50 | | |

| | | Fee Total | 2.50 | 1,016.50 | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.60 | 832.00 | | | | | |
| COTTO, LISA | 0.90 | 184.50 | | | | | |
| Total: | 2.50 | 1,016.50 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1941981
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    05/04/2005
UNBILLED DISB FROM:    05/19/2005

TO:    05/31/2005
TO:    05/31/2005

| FEES | COSTS |
|------|-------|
| ----- | ----- |

GROSS BILLABLE AMOUNT:    5,927.00
AMOUNT WRITTEN DOWN:
PREMIUM:

ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                 05/31/2005            10.23

05/31/2005

CLOSE MATTER/FINAL BILLING?    YES    OR    NO

EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

FEES:                            5,927.00
DISBURSEMENTS:                      10.23        UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                        0.00            PAID FEE RETAINER:        0.00
DISB RETAINER:                       0.00           PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:               5,937.23        TOTAL AVAILABLE FUNDS:       0.00
                                                       TRUST BALANCE:

                                                   BILLING HISTORY

DATE OF LAST BILL:               06/20/05            LAST PAYMENT DATE:        06/14/05
LAST BILL NUMBER:                413661 ACTUAL FEES BILLED TO DATE:      81,260.50
                                       ON ACCOUNT FEES BILLED TO DATE:        0.00
                                            TOTAL FEES BILLED TO DATE:    81,260.50
LAST BILL THRU DATE:                          FEES WRITTEN OFF TO DATE:    -5,705.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development        (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT             Supv Prtnr : MAYER THOMAS MOERS - 03976  Status      : ACTIVE
Matter Opened : 07/27/2001

## UNBILLED TIME SUMMARY

| | | | | ------- Total Unbilled ------- | |
| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 05/09/05 | 05/25/05 | 5.80 | 3,016.00 |
| | PARAPROFESSIONALS | | | | | |
| 05623 | COTTO, LISA | CRED | 05/04/05 | 05/31/05 | 14.20 | 2,911.00 |
| | Total: | | | | 20.00 | 5,927.00 |

Sub-Total Hours :    5.80 Partners    0.00 Counsels    0.00 Associates    14.20 Legal Assts    0.00 Others

## UNBILLED COSTS SUMMARY

| | | | ------ Total Unbilled ------ | |
| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0880 | POSTAGE | 05/19/05 | 05/19/05 | 0.37 |
| 0930 | MESSENGER/COURIER | 05/31/05 | 05/31/05 | 9.86 |
| | Total | | | 10.23 |

Grand Total                                                                                5,937.23

## BILLING & PAYMENT HISTORY (Reflects Payments As of 06/20/05 11:01:23)

| | | | | ------ Collections ------ | | Balance |
| Bill Date Thru Date Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Due |
|---|---|---|---|---|---|---|
| PRIOR TO 2001 | 10,165.00 | 191.48 | | 10,356.48 | | |
| YEAR 2002 | 33,105.00 | 183.14 | | 33,288.14 | | |
| YEAR 2003 | 10,325.00 | 53.60 | | 10,378.60 | | |
| 01/29/04 12/31/03 382765 | 2,080.00 | .00 | | 2,080.00 | 07/02/04 | |
| 02/25/04 01/31/04 384579 | 1,758.00 | .00 | | 1,758.00 | 10/18/04 | |
| 04/30/04 02/29/04 388529 | 951.00 | .00 | | 951.00 | 10/18/04 | |
| 05/27/04 04/30/04 390208 | 78.00 | .00 | | 78.00 | 08/03/04 | |
| 07/31/04 06/30/04 392045 | 939.00 | .00 | | 939.00 | 10/18/04 | |
| 08/23/04 06/30/04 394084 | 1,170.00 | .00 | | 1,170.00 | 11/16/04 | |
| 01/25/05 09/30/04 396938 | 2,470.50 | .00 | | 2,470.50 | 01/25/05 | |
| 03/30/05 12/31/04 408613 | 3,764.50 | 9.56 | | 3,764.06 | 03/30/05 | |
| 05/09/05 03/31/05 409910 | 6,133.50 | 10.27 | | 6,143.77 | 05/09/05 | |
| 05/31/05 04/30/05 412177 | 2,404.00 | .00 | | 2,404.00 | 06/14/05 | |
| 06/29/05 04/30/05 413661 | 5,927.00 | 10.23 | | | | 5,937.23 |
| Total: | 81,260.50 | 458.28 | | 75,781.55 | | 5,937.23 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1941981
Bill Frequency: M

Status    ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| COTTO, LISA | 05/04/05 | t/c with Melinda and Gary re: quarterly. | 0.20 | 41.00 | 5672696 | 05/10/05 |
| COTTO, LISA | 05/09/05 | t/c with Gary re: status of Quarterly (.1); t/c with Melinda re: dates for Quarterly (.1); draft quarterly fee application (.2). | 0.40 | 82.00 | 5672697 | 05/10/05 |
| BECKER, GARY M. | 05/09/05 | Review and revise invoice and conf. accounting re quarterly fee application | 0.50 | 260.00 | 5675265 | 05/12/05 |
| COTTO, LISA | 05/10/05 | receive charts, review, draft quarterly fee application | 2.70 | 553.50 | 5675339 | 05/12/05 |
| COTTO, LISA | 05/11/05 | continue to draft quarterly fee application. | 1.00 | 205.00 | 5675338 | 05/12/05 |
| COTTO, LISA | 05/12/05 | finish drafting application (2.0); review with Gary (.3); revise and prepare for filing (1.0); make copies (.2); prepare federal express and draft letter and send to local counsel for filing (.4); update files and send copy to accounting (.2). | 4.10 | 840.50 | 5681059 | 05/17/05 |
| BECKER, GARY M. | 05/12/05 | Review and execute quarterly fee application | 0.40 | 208.00 | 5691838 | 05/25/05 |
| COTTO, LISA | 05/13/05 | e-mail from local counsel re: receipt of quarterly, discussion on quarterly and then email word copy back (.1). | 0.10 | 20.50 | 5681058 | 05/17/05 |
| BECKER, GARY M. | 05/17/05 | Review fee auditors draft report, exchange email with Bossay re same; direction to Cotto re same (0.6); review time entries in question and call Bossay (0.5) | 1.10 | 572.00 | 5692278 | 05/25/05 |
| COTTO, LISA | 05/17/05 | E-mail's and t/c's with Gary re: fee auditor's initial report on our quarterly fee application for Oct. through Dec. 2005; review report, questioned, then e-mail copy of report and list of expenses (.2); review application for disputed entries, make copies and deliver to attorney (1.0); pull quarterly and monthly fee applications, make copies and deliver to attorney (.8). | 2.20 | 451.00 | 5698384 | 05/31/05 |
| BECKER, GARY M. | 05/18/05 | Review backup data for fee auditor questions (0.6); conf. fee auditor re questions (0.5); prepare written response to fee auditor (1.0). | 2.10 | 1,092.00 | 5692277 | 05/25/05 |
| BECKER, GARY M. | 05/19/05 | Revise and send letter to fee auditor (1.0); exchange email with Cotto re future fee applications (0.2). | 1.20 | 624.00 | 5692279 | 05/25/05 |
| COTTO, LISA | 05/19/05 | discussions with Gary and accounting on fee objections and time entries and certain named matters. | 0.40 | 82.00 | 5711619 | 06/01/05 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:      1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status         : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| COTTO, LISA | 05/25/05 | draft monthly fee application including discussions with Melinda on time detail, change charts, finalize and deliver to Gary for review | 3.00 | 615.00 | 5698385 | 05/31/05 |
| BECKER, GARY M. | 05/25/05 | Review, revise and execute monthly fee application and conf. Cotto re same | 0.50 | 260.00 | 5716976 | 06/02/05 |
| COTTO, LISA | 05/31/05 | forward copy of fee application to Melinda | 0.10 | 20.50 | 5708176 | 06/01/05 |

Fee Total                                          20.00          5,927.00

Fee Total                                          20.00          5,927.00

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| POSTAGE 0880 | | | | | | |
| POSTAGE | BECKER, G M | 05/19/05 | 0.37 | 6997058 | 146590 | 05/23/05 |
| BECKER GARY M.    05292 | | | | | | |

0880 POSTAGE Total :                               0.37

| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | COTTO, L C | 05/31/05 | 9.86 | 7013007 | 146940 | 06/01/05 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | | | | | |

0930 MESSENGER/COURIER Total :                     9.86

Costs Total :                                      10.23