```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   18
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS - 06975       Proforma Number: 1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name           Hours      Amount           Bill        W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
-----------------------------------------------------------      ----------    -------------------------  -------------

BECKER, GARY M.          5.80     3,016.00
COTTO, LISA             14.20     2,911.00
       Total:           20.00     5,927.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                   Amount           Bill        W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward
-----------------------------------------------------------      ----------    -------------------------  -------------

0880 POSTAGE                         0.37
0930 MESSENGER/COURIER               9.86

         Costs Total :             10.23
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    19
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

Special Billing Instructions:

---------------------------------------------------- PRE-BILLING SUMMARY REPORT ----------------------------------------------------

    UNBILLED TIME FROM:      05/02/2005         TO:    05/31/2005
    UNBILLED DISB FROM:      05/17/2005         TO:    05/17/2005

                              FEES                           COSTS
                              ----                           -----

    GROSS BILLABLE AMOUNT:     4,619.50                      75.75
    AMOUNT WRITTEN DOWN:
           PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
           THRU DATE:                         05/31/2005                             05/17/2005
    CLOSE MATTER/FINAL BILLING?   YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:



---------------------------------------------------------------------------------------------------------------------------
                                  ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
                                  --------------------------                           --------------
                 FEES:            60,463.66           UNIDENTIFIED RECEIPTS:        0.00
        DISBURSEMENTS:               801.91              PAID FEE RETAINER:         0.00
         FEE RETAINER:                 0.00             PAID DISB RETAINER:         0.00
        DISB RETAINER:                 0.00           TOTAL AVAILABLE FUNDS:        0.00
    TOTAL OUTSTANDING:            61,265.57                  TRUST BALANCE:
                                                         BILLING HISTORY
                                                         ---------------
    DATE OF LAST BILL:           06/20/05             LAST PAYMENT DATE:          06/14/05
    LAST BILL NUMBER:            413661       ACTUAL FEES BILLED TO DATE:      432,075.00
                                             ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                TOTAL FEES BILLED TO DATE:     432,075.00
    LAST BILL THRU DATE:                          FEES WRITTEN OFF TO DATE:        -202.00


FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee             (4) Excessive Legal Time         (7) Fixed Fee
     (2) Late Time & Costs Posted       (5) Business Development         (8) Premium
     (3) Pre-arranged Discount          (6) Summer Associate             (9) Rounding            (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                         PAGE    20
Run Date & Time: 06/20/2005 11:01:23                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                           Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status    : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y       ------------- Total Unbilled -------
Emp Id Employee Name                Group              Oldest       Latest       Hours      Amount

00720  NADLER, ELLEN R.             LITI              05/17/05    05/25/05        1.20       792.00
02495  BENTLEY, PHILIP              CRED              05/02/05    05/26/05        2.50     1,487.50
05292  BECKER, GARY M.              CRED              05/05/05    05/31/05        4.50     2,340.00
                                                                                 -----     --------
                         Total:                                                   8.20     4,619.50

Sub-Total Hours :     3.70 Partners        4.50 Counsels        0.00 Associates     0.00 Legal Assts    0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y     ----- Total Unbilled -----
                                            Oldest       Latest        Total
Code  Description                            Entry        Entry        Amount

0820  PHOTOCOPYING                         05/17/05     05/17/05        75.75
                                                                       ------
                         Total:                                         75.75

                                Grand Total                          4,695.25
                                                                    =========

B I L L I N G   &   P A Y M E N T    H I S T O R Y    (Reflects Payments As of 06/20/05 11:01:23)
                                         ------- Billed -------        Applied   ---- Collections ----      Balance
Bill Date Thru Date Bill#      Fee & OA   Disbursement                 From OA       Total       Date         Due

PRIOR TO 2001                   44,026.00      5,710.65                              49,736.65
  YEAR 2002                     78,495.50      6,087.88                              84,583.38
  YEAR 2003                     42,529.00         44.28                              42,573.28
01/29/04 12/31/03 382765           582.00           .00                                 582.00  07/02/04
02/25/04 01/31/04 388579            56.50                                                56.50  10/18/04
04/30/04 02/29/04 388529           247.50         497.50                                745.00  10/18/04
05/27/04 04/30/04 390208         2,282.00          48.51                              2,330.51  08/03/04
06/29/04 05/31/04 391727         2,205.50         110.25                              2,315.75  03/23/05
07/31/04 06/30/04 392045              .00          18.84                                 18.84  10/18/04
08/23/04 06/30/04 394084        11,360.50          22.83                             11,383.33  01/31/05
01/25/05 09/30/04 396938         3,405.00          25.99                              3,430.99  01/25/05
03/30/05 12/31/04 408613       131,501.50       1,510.65                            123,387.75  03/30/05      9,624.40
05/09/05 03/31/05 409910        97,100.50       4,150.91                             57,225.65  05/25/05     44,025.76
05/31/05 04/30/05 412177        13,541.50          15.60                             10,636.94  06/14/05      2,920.16
06/20/05 04/30/05 413661         4,619.50          75.75                                   .00                4,695.25
                              -----------    ----------                            -----------              ----------
                    Total:     431,952.50      18,319.64                            389,006.57              61,265.57
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    21
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00012                                 Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                        Hours     Amount       Index#   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP       05/02/05  Review asbestos estimation materials                   0.70      416.50     5673349  05/10/05
BENTLEY, PHILIP       05/03/05  Review asbestos estimation materials                   0.30      178.50     5673348  05/10/05
BECKER, GARY M.       05/05/05  Conf. Pasquale re asbestos issues                      0.30      156.00     5669465  05/06/05
BECKER, GARY M.       05/06/05  Review asbestos related cases for estimation           1.00      520.00     5671746  05/10/05
                                procedures
BECKER, GARY M.       05/11/05  Review progress of judiciary committee on              0.50      260.00     5675266  05/12/05
                                asbestos bill
NADLER, ELLEN R.      05/17/05  Begin review of pleadings in support of P.I.           1.00      660.00     5682488  05/18/05
                                questionnaire (1.00)
BECKER, GARY M.       05/17/05  Initial review of Debtors brief on PI CMO and          0.80      416.00     5692281  05/25/05
                                conf. Nadler re same (0.4); review new issues in
                                other asbestos bankruptcies relevant to Grace
                                (0.4)
BENTLEY, PHILIP       05/17/05  Review emails re asbestos                              0.20      119.00     5699326  05/31/05
BECKER, GARY M.       05/19/05  Review Grace motion to establish asbestos              1.20      624.00     5692280  05/25/05
                                personal injury questionnaire
NADLER, ELLEN R.      05/25/05  Exchange of emails w/G. Becker re: Debtors'            0.20      132.00     5693994  05/26/05
                                motion on PI CMO and Questionnaire (.20)
BECKER, GARY M.       05/25/05  Email to internal KL team re debtors motion for        0.30      156.00     5716965  06/02/05
                                PI CMO (0.3)
BENTLEY, PHILIP       05/26/05  Review Debtor's CMO motion, and related papers,        1.30      773.50     5699327  05/31/05
                                and discs GB
BECKER, GARY M.       05/31/05  Conf. Bentley and Horowitz re submission in            0.40      208.00     5717172  06/02/05
                                support of Debtors PI CMO (0.4)
                                                                                     ------    --------
                                                       Fee Total                       8.20    4,619.50

U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee             Date          Amount    Index#   Batch No   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------
PHOTOCOPYING                0820
   PHOTOCOPYING                           BECKER, G M       05/17/05         75.75    6992439   146474    05/19/05
                                                                            -------
                                      0820 PHOTOCOPYING Total :              75.75
   BECKER, GARY M.

                     Costs Total :                                           75.75
```

```
alp_132r: Matter Detail                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    22
                                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours        Amount           Bill          W/o / W/u        Transfer To       Clnt/Mtr    Carry Forward

NADLER, ELLEN R.            1.20         792.00

BENTLEY, PHILIP             2.50       1,487.50

BECKER, GARY M.             4.50       2,340.00

         Total:             8.20       4,619.50

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                        Amount           Bill          W/o / W/u        Transfer To       Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                         75.75

         Costs Total :                    75.75
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    23
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00013                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status      : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   05/24/2005            TO:    05/24/2005
          UNBILLED DISB FROM:                         TO:

                                    FEES                        COSTS

   GROSS BILLABLE AMOUNT:          208.00                        0.00
   AMOUNT WRITTEN DOWN:
              PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
            THRU DATE:                          05/24/2005
CLOSE MATTER/FINAL BILLING?  YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

                    FEES:           1,367.00
           DISBURSEMENTS:               0.00      UNIDENTIFIED RECEIPTS:      0.00
           FEE RETAINER:                0.00         PAID FEE RETAINER:      0.00
          DISB RETAINER:                0.00        PAID DISB RETAINER:      0.00
      TOTAL OUTSTANDING:            1,367.00     TOTAL AVAILABLE FUNDS:      0.00
                                                         TRUST BALANCE:
                                                      BILLING HISTORY
       DATE OF LAST BILL:            06/20/05          LAST PAYMENT DATE:     03/30/05
        LAST BILL NUMBER:             413661  ACTUAL FEES BILLED TO DATE:    77,600.00
                                                 ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                   TOTAL FEES BILLED TO DATE:   77,600.00
     LAST BILL THRU DATE:                          FEES WRITTEN OFF TO DATE:    1,392.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
   (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____      FRC:            CRC:
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   24
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00013                                         Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status   : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y          ------- Total Unbilled -------
Emp Id  Employee Name          Group              Oldest      Latest       Hours     Amount

05292   BECKER, GARY M.        CRED              05/24/05    05/24/05      0.40     208.00

                         Total:                                             0.40     208.00

Sub-Total Hours :   0.00 Partners    0.40 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 06/20/05 11:01:23)
                                     ........ Billed ........      Applied    ....... Collections .......   Balance
Bill Date  Thru Date   Bill#        Fee & OA      Disbursement     From OA      Total         Date           Due

PRIOR TO 2001                       2,212.50          389.75                 2,602.25
YEAR 2002                          66,342.00          550.91                66,892.91
YEAR 2003                           5,623.00        1,009.80                 6,632.80
04/30/04  02/29/04    388529        1,186.50             .00                 1,186.50   10/18/04
05/27/04  04/30/04    390208          621.50             .00                   621.50   08/03/04
08/23/04  06/30/04    394084          247.50             .00                   247.50   01/31/05
03/30/05  12/31/04    408613              .00          61.21                    61.21   03/30/05
05/09/05  03/31/05    409910          520.00             .00                      .00                         520.00
05/31/05  04/30/05    412177          639.00             .00                      .00                         639.00
06/20/05  04/30/05    413661          208.00             .00                      .00                         208.00

           Total:                  77,600.00        2,011.67                78,244.67                       1,367.00
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    25
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00013                                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date        Description                        Hours       Amount       Index#   Batch Date
BECKER, GARY M.          05/24/05   Review letter from Baer re Sealed Air      0.40       208.00     5691839   05/25/05
                                    Settlement

                                                    Fee Total                  0.40       208.00

                                                    Fee Total                  0.40       208.00
```

```
alp_132r: Matter Detail                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   26
                                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00013                                     Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours       Amount          Bill        W/o / W/u     Transfer To   Clnt/Mtr    Carry Forward
----------------------------------------------------------------------------------------------------------------
BECKER, GARY M.          0.40        208.00
         Total:          0.40        208.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE    27
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00039                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status     : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:    05/13/2005     TO: 05/16/2005
    UNBILLED DISB FROM:    05/31/2005     TO: 05/31/2005

                            FEES                            COSTS

GROSS BILLABLE AMOUNT:      1,612.00                       277.08
AMOUNT WRITTEN DOWN:
          PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
        THRU DATE:                        05/16/2005                  05/31/2005
CLOSE MATTER/FINAL BILLING?  YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                  ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH

    FEES:                              24,565.50
DISBURSEMENTS:                          1,638.96      UNIDENTIFIED RECEIPTS:      0.00
FEE RETAINER:                               0.00      PAID FEE RETAINER:          0.00
DISB RETAINER:                              0.00      PAID DISB RETAINER:         0.00
TOTAL OUTSTANDING:                     26,204.46      TOTAL AVAILABLE FUNDS:      0.00
                                                      TRUST BALANCE:
                                           BILLING HISTORY

DATE OF LAST BILL:          06/20/05    LAST PAYMENT DATE:              04/21/05
LAST BILL NUMBER:           413661      ACTUAL FEES BILLED TO DATE:    91,251.50
                                        ON ACCOUNT FEES BILLED TO DATE:     0.00
                                        TOTAL FEES BILLED TO DATE:     91,251.50
LAST BILL THRU DATE:                    FEES WRITTEN OFF TO DATE:       3,475.68

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee            (4) Excessive Legal Time       (7) Fixed Fee
   (2) Late Time & Costs Posted      (5) Business Development       (8) Premium
   (3) Pre-arranged Discount         (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____     FRC: _____     CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   28
                                                       *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y                 ------------- Total Unbilled -------------
Emp Id Employee Name               Group                    Oldest      Latest             Hours        Amount
                                                            -------     -------            -------     ---------
05292 BECKER, GARY M.              CRED                     05/13/05    05/16/05           3.10        1,612.00

                            Total:                                                          3.10        1,612.00

Sub-Total Hours :    0.00 Partners    3.10 Counsels    0.00 Associates     0.00 Legal Assts   0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y    --------- Total Unbilled --------
Code Description                                  Oldest      Latest            Total
                                                  Entry       Entry            Amount
                                                 --------    --------          --------
0940  CAB FARES                                  05/31/05    05/31/05            99.50
0950  OUT-OF-TOWN TRAVEL                         05/31/05    05/31/05           177.58

                            Total                                                277.08
                                                                              =========
                       Grand Total                                              1,889.08
                                                                              =========

B I L L I N G  &  P A Y M E N T    H I S T O R Y  (Reflects Payments As of 06/20/05 11:01:23)
                                      ------- Billed --------       Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#             Fee & OA    Disbursement      From OA    Total         Date       Due
--------- -------- ------             --------    ------------      -------    --------   ----------    --------
YEAR 2003                             45,704.82        58.14                   45,762.96
YEAR 2003                              5,544.00        25.00                    5,569.00
01/29/04 12/31/03  382765              2,021.00          .00                    2,021.00  07/02/04
05/27/04 04/30/04  390208              1,237.50          .00                    1,237.50  10/18/04
06/29/04 05/31/04  391727              3,785.50          .00                    3,785.50  03/23/05
07/31/04 06/30/04  392045              1,845.50       127.40                    1,972.90  01/31/05
01/25/05 09/30/04  396938              3,960.00        14.00                    3,974.00  04/21/05
03/30/05 12/31/04  408613             11,539.00       549.14                      549.14  03/30/05   11,539.00
05/09/05 03/31/05  409910              9,126.50     1,361.88                         .00              10,488.38
05/31/05 04/30/05  412177              2,288.00          .00                         .00               2,288.00
06/20/05 04/30/05  413661              1,612.00       277.08                         .00               1,889.08
                            Total:    88,663.82     2,412.64                   64,872.00              26,204.46
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    29
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/20/2005 11:01:23

Matter No: 056772-00019                                        Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name              Work Date     Description                                     Hours       Amount       Index#     Batch Date

BECKER, GARY M.            05/13/05  Prepare for 5/16 hearing                             0.30       156.00       5661840    05/25/05
BECKER, GARY M.            05/16/05  Prepare for and attend omnibus hearing               2.80     1,456.00       5680512    05/17/05

                                                     Fee Total                            3.10     1,612.00

                                                     Fee Total                            3.10     1,612.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code               Employee                                  Date           Amount    Index#    Batch No   Batch Date

CAB FARES            0940
  GARY M. BECKER                                                                                                        
  CAB FARES - VENDOR-GARY M. BECKER PARKING    BECKER, G M               05/31/05        19.50    7015011   146939     06/01/05
  GARY M. BECKER                                                                                                        
  CAB FARES - VENDOR-GARY M. BECKER TAXI       BECKER, G M               05/31/05        80.00    7015009   146939     06/01/05

                                  0940 CAB FARES Total :                                 99.50

OUT-OF-TOWN TRAVEL   0950
  GARY M. BECKER                                                                                                        
  OUT-OF-TOWN TRAVEL - VENDOR-GARY M. BECKER   BECKER, G M               05/31/05       177.58    7015010   146939     06/01/05
  HOTEL

                                  0950 OUT-OF-TOWN TRAVEL Total :                       177.58

                     Costs Total :                                                      277.08
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   30
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name          Hours      Amount      Bill    W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward

BECKER, GARY M.         3.10     1,612.00

      Total:            3.10     1,612.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                 Amount                 Bill    W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward

0940 CAB FARES                    99.50
0950 OUT-OF-TOWN TRAVEL          177.58

         Costs Total :           277.08
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE    31
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00028                               Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                       Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                          PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:    05/15/2005                TO:    05/16/2005
                UNBILLED DISB FROM:    05/15/2005                TO:    05/15/2005

                              FEES                                   COSTS

    GROSS BILLABLE AMOUNT:                                           1,128.40
    AMOUNT WRITTEN DOWN:
    PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                      05/16/2005                                    05/15/2005
    CLOSE MATTER/FINAL BILLING?     YES    OR    NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                      ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

              FEES:                 23,613.00       UNIDENTIFIED RECEIPTS:        0.00
    DISBURSEMENTS:                   1,128.40          PAID FEE RETAINER:         0.00
     FEE RETAINER:                       0.00         PAID DISB RETAINER:         0.00
    DISB RETAINER:                       0.00       TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:                  24,741.40       TRUST BALANCE:

                                               BILLING HISTORY

    DATE OF LAST BILL:            06/20/05          LAST PAYMENT DATE:       06/14/05
    LAST BILL NUMBER:              413661     ACTUAL FEES BILLED TO DATE:   40,007.00
                                              ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                 TOTAL FEES BILLED TO DATE: 40,007.00
                                                 FEES WRITTEN OFF TO DATE:  17,857.00

    LAST BILL THRU DATE:

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    32
                                                       *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:     1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status    : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y   ------------- Total Unbilled -------------
Emp Id  Employee Name                Group         Oldest        Latest         Hours        Amount
                                                   -------       -------        -----        ------
05292  BECKER, GARY M.               CRED          05/15/05      05/16/05        5.00      1,300.00

                               Total:                                            5.00      1,300.00

Sub-Total Hours :   0.00 Partners    5.00 Counsels     0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y   ----- Total Unbilled -----
Code   Description                            Oldest         Latest            Total
                                               Entry          Entry           Amount
                                               -----          -----           ------
0950   OUT-OF-TOWN TRAVEL                     05/15/05       05/15/05         1,128.40

                               Total                                          1,128.40
                               Grand Total                                    2,428.40
                                                                           ==========

B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 06/20/05 11:01:23)
                                      ------ Billed ------         Applied   ---- Collections ----       Balance
Bill Date  Thru Date  Bill#       Fee & OA       Disbursement      From OA       Total         Date         Due
---------  ---------  -----       --------       ------------      -------       -----         ----         ---
YEAR 2002                         2,275.00            .00                      2,275.00
YEAR 2003                         3,700.00         205.00                      3,905.00
01/29/04   12/31/03   382765        705.00         197.00                        902.00    07/02/04
02/25/04   01/31/04   384579        495.00            .00                        495.00    10/18/04
05/27/04   04/30/04   390208        742.50         279.00                      1,021.50    10/18/04
06/29/04   05/31/04   391727        621.50         264.00                        885.50    03/23/05
07/31/04   06/30/04   392045      1,485.00       1,045.70                      2,530.70    01/31/05
01/25/05   09/30/04   396938      2,970.00            .00                      2,970.00    04/21/05
03/30/05   12/31/04   408613     16,308.50            .00                           .00                 16,308.50
05/09/05   03/31/05   409910      4,964.50            .00                           .00                  4,964.50
05/31/05   04/30/05   412177      1,040.00         180.00                        180.00    06/14/05      1,040.00
06/20/05   04/30/05   413661      1,300.00       1,128.40                           .00                  2,428.40
                                  --------       --------                      --------                ---------
                       Total:    36,607.00       3,299.10                     15,164.70                 24,741.40
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   33
                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:23

Matter No: 056772-00028                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                    Status       : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                     Hours        Amount      Index#    Batch Date

BECKER, GARY M.       05/15/05     Travel to Pittsburgh for omnibus hearing (bill   2.50         650.00   5680514   05/17/05
                                   at 1/2 normal rate)
BECKER, GARY M.       05/16/05     Return from Pittsburgh (bill at 1/2 normal       2.50         650.00   5680513   05/17/05
                                   rate)
                                                              Fee Total             5.00       1,300.00

                                                              Fee Total             5.00       1,300.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee                    Date           Amount       Index#    Batch No   Batch Date

OUT-OF-TOWN TRAVEL            0950
   CITICORP DINERS CLUB             BECKER, G M                 05/15/05       1,128.40    7018021    147068     06/02/05
   OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
   CLUB WESTCHESTER PITTS
                                     0950 OUT-OF-TOWN TRAVEL Total :           1,128.40


                         Costs Total :                                         1,128.40
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   34
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 06/20/2005 11:01:24

Matter No: 056772-00028                        Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1941981
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name           Hours         Amount         Bill       W/o / W/u      Transfer To    Clnt/Mtr     Carry Forward
-------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.         5.00         1,300.00
        Total:          5.00         1,300.00       _____   _____                                 _____

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                      Amount         Bill       W/o / W/u      Transfer To    Clnt/Mtr     Carry Forward
-------------------------------------------------------------------------------------------------------------------------

0950 OUT-OF-TOWN TRAVEL              1,128.40
        Costs Total :                1,128.40       _____   _____                                 _____
```

```
alp_132rc: Client Analysis Sheet              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   1
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/20/05 11:01:44              Worked : 12/31/99 thru 06/20/05
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

-------- Matter --------
Number    Name                        Hours       Fees        Disbursements   Total Charges    Resp Partners          Class   Freq  Stat
-----------------------------------------------------------------------------------------------------------------------------------

00001  CASE ADMINISTRATION             2.50      610.50          707.10         1,317.60       BENTLEY PHILIP  - 02495    M     B
00002  CREDITOR COMMITTEE              7.00    3,925.00            0.00         3,925.00       BENTLEY PHILIP  - 02495    M     B
00005  BANKR. MOTIONS                  2.50    1,016.50            0.00         1,016.50       BENTLEY PHILIP  - 02495    M     B
00008  FEE APPLICATIONS, APPLIC       20.00    5,927.00           10.23         5,937.23       BENTLEY PHILIP  - 02495    M     B
00012  CLAIM ANALYSIS OBJECTION        8.20    4,619.50           75.75         4,695.25       BENTLEY PHILIP  - 02495    M     B
00013  FRAUDULENT CONVEYANCE AD        0.40      208.00            0.00           208.00       BENTLEY PHILIP  - 02495    M     B
00019  HEARINGS                        3.10    1,612.00          277.08         1,889.08       BENTLEY PHILIP  - 02495    M     B
00028  TRAVEL\NON-WORKING              5.00    1,300.00        1,128.40         2,428.40       BENTLEY PHILIP  - 02495    M     B
                                   -------- ----------- ---------------- ---------------
       Client Total                  48.70   19,218.50        2,198.56        21,417.06
                                   ======== =========== ================ ===============
```