# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 18, 2005 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| Neitzel, Charlotte | Partner | $ 375.00 | 1.0 | $ 375.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 0.5 | $ 150.00 |
| | | | | |
| **Total** | | | **1.50** | **525.00** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $            - |
| Photocopies | $        76.20 |
| Facsimiles | $            - |
| Long Distance Telephone | $          1.30 |
| Outside Courier | $            - |
| Westlaw | $            - |
| Travel Expense | $            - |
| Document Production | $            - |
| Federal Express | $        56.49 |
| Research Service | $            - |
| Tab Stock | $            - |
| Other Expenses | $            - |
| Color Copies | $            - |
| **Total** | **$        133.99** |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 701070 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/12/05 | KJC | FOIA appeal re health certificates from ATSDR. | 0.20 | $ | 60.00 |
| 04/13/05 | CLN | Review of letter from ATSDR regarding appeal of FOIA. | 0.30 | | 112.50 |
| 04/13/05 | CLN | Review of letter from ATSDR re appeal of FOIA. | 0.20 | | 75.00 |
| 04/21/05 | CLN | Review of FOIA letter and draft letter in response. | 0.50 | | 187.50 |
| 04/21/05 | KJC | Review FOIA appeal letter. | 0.30 | | 90.00 |

**Total Fees Through April 30, 2005:**    **1.50**   **$**    **525.00**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 375.00 | 1.00 | $ | 375.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 0.50 | | 150.00 |

**Total Fees:**    **1.50**   **$**    **525.00**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/21/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-426-12095; DATE: 3/21/2005  -  Courier, Acct. 0802-0410-8. 03-10; Tyler Mace Washington, DC | $ | 18.54 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 701070 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/01/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-450-42117; DATE: 4/1/2005  -  Courier, Acct. 0802-0410-8. 03-23; Mark Grummer Washington, DC | 17.49 |
| 04/01/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-450-42117; DATE: 4/1/2005  -  Courier, Acct. 0802-0410-8. 03-23; Tyler Mace Washington, DC | 20.46 |
| 04/04/05 | 358 | Photocopy | 53.70 |
| 04/05/05 | | Long Distance Telephone: 2028795932, 13 Mins., TranTime:14:05 | 1.30 |
| 04/05/05 | 146 | Photocopy | 21.90 |
| 04/07/05 | 4 | Photocopy | 0.60 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **133.99** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 76.20 |
| Long Distance Telephone | | 1.30 |
| Federal Express | | 56.49 |
| **Total Disbursements:** | **$** | **133.99** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | March | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 3.2 | $ 1,040.00 |
| Haag, Susan | Paralegal | $ 135.00 | 3.4 | $ 459.00 |
| | | | | |
| **Total** | | | **6.60** | **$ 1,499.00** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $        6.90 |
| Facsimiles | $          - |
| Long Distance Telephone | $          - |
| Federal Express | $          - |
| Tab Stock | $          - |
| Lexis | $          - |
| Consulting Fee | $          - |
| Postage | $          - |
| Research Services | $          - |
| Professional Services | $          - |
| **Total** | **$        6.90** |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 701070 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/06/05 | EKF | Review and revise February 2005 fee application (.50). | 0.50 | $  162.50 |
| 04/06/05 | SH | Draft February 2005 monthly fee application. | 1.60 | 216.00 |
| 04/07/05 | EKF | Review revised February 2005 fee application (.20). | 0.20 | 65.00 |
| 04/07/05 | SH | Revise February fee application. | 0.80 | 108.00 |
| 04/11/05 | SH | Revise February fee application (.70); compile and file February fee application (.30). | 1.00 | 135.00 |
| 04/13/05 | EKF | Conference with KJCoggon re fee billing issues (.20); review bankruptcy court docket re amendment to fee procedures (.50). | 0.70 | 227.50 |
| 04/14/05 | EKF | Telephone conference with Tyler Mace re fee issues (.20); review transcript of hearing on 11/15/04 re fees for Grand Jury investigation (1.00). | 1.20 | 390.00 |
| 04/19/05 | EKF | Review and revise March 2005 invoices [prebills] (.60). | 0.60 | 195.00 |
| | | **Total Fees Through April 30, 2005:** | **6.60** | **$  1,499.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 3.20 | $  1,040.00 |
| SH | Susan Haag | Paralegal | 135.00 | 3.40 | 459.00 |
| | | | **Total Fees:** | **6.60** | **$  1,499.00** |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 701070 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/11/05 | 46 | Photocopy | $ | 6.90 |
| | | **Total Disbursements:** | **$** | **6.90** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 6.90 |
| **Total Disbursements:** | **$** | **6.90** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *67.09* |
| 674800 | 08/12/04 | Bill | | 730.05 |

**Matter 00440 - Indictment**

| Name | Position | Hourly Rate | March | Total Comp |
|------|----------|-------------|-------|------------|
| Neitzel, Charlotte | Partner | $ 375.00 | 5.8 | $ 2,175.00 |
| McCarthy, John D. | Partner | $ 345.00 | 0.8 | $ 276.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 25.8 | $ 7,740.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 38.5 | $ 6,160.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 21.1 | $ 2,743.00 |
| Haraldson, Stephen | Doc. Control Clerk | $ 60.00 | 8.5 | $ 510.00 |
| Floyd, Mary Beth | Info. Specialist | $ 135.00 | 1.3 | $ 175.50 |
| | | | | |
| **Total** | | | **101.80** | **$ 19,779.50** |

**Matter 00440 - Indictment**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 264.75 |
| Facsimile | $ - |
| Long Distance Telephone | $ 6.70 |
| Federal Express | $ 121.42 |
| Outside Courier | $ 8.80 |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 401.67** |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 699591 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

**Regarding: Indictment**

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/05 | CLN | Response. | 0.30 | $    112.50 |
| 02/01/05 | MCL | Research databases and review documents (3.50); review and respond to e-mails (0.50). | 4.00 | 520.00 |
| 02/01/05 | JLS | Telephone conference (0.20). | 0.20 | 32.00 |
| 02/02/05 | JDM | Analyze questions (.50); telephone conference (.30). | 0.80 | 276.00 |
| 02/02/05 | MCL | Telephone conferences (.50); research databases (.50); review documents (.50). | 1.50 | 195.00 |
| 02/03/05 | CLN | Conference re documents (.30); identify and provide documents (3.00). | 3.30 | 1,237.50 |
| 02/03/05 | MCL | Draft letter (.30); compile files and documents (.20). | 0.50 | 65.00 |
| 02/03/05 | JLS | Conferences re documents (0.60); database research (2.30). | 2.90 | 464.00 |
| 02/15/05 | KJC | Email exchange re documents (0.80). | 0.80 | 240.00 |
| 02/15/05 | MCL | Review databases (4.00); telephone conference re historical documents (.30). | 4.30 | 559.00 |
| 02/17/05 | KJC | Telephone conference (1.10); follow up telephone conference (0.60). | 1.70 | 510.00 |
| 02/17/05 | MCL | Research documents (2.30); draft e-mail (.20). | 2.50 | 325.00 |
| 02/21/05 | CLN | Respond to inquiry. | 0.30 | 112.50 |
| 02/22/05 | KJC | Review and respond to email (0.50); review privilege log (0.60). | 1.10 | 330.00 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | | | | | |
|---|---|---|---|---|---|
| | | | Page | 3 | |
| | | | Invoice No.: | 699591 | |
| | | | Client No.: | 04339 | |
| | | | Matter No.: | 00440 | |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 02/22/05 | MCL | Review and locate documents and indices (2.00). | 2.00 | 260.00 |
| 02/22/05 | JLS | Database research. | 1.50 | 240.00 |
| 02/23/05 | CLN | Conference. | 1.30 | 487.50 |
| 02/23/05 | KJC | Conference (1.50). | 1.50 | 450.00 |
| 02/23/05 | MCL | Conference. | 1.50 | 195.00 |
| 02/23/05 | JLS | Conference. | 1.40 | 224.00 |
| 03/02/05 | KJC | Review and respond to email. | 0.20 | 60.00 |
| 03/03/05 | KJC | Review and prepare requested documents (.30); telephone conference (.20). | 0.50 | 150.00 |
| 03/03/05 | MCL | Research and review documents in databases. | 1.00 | 130.00 |
| 03/04/05 | JLS | Database research. | 1.20 | 192.00 |
| 03/07/05 | KJC | Conference (5.30); follow up emails (.60). | 5.90 | 1,770.00 |
| 03/07/05 | MCL | Draft index (.50). | 0.50 | 65.00 |
| 03/07/05 | JLS | Database research. | 0.60 | 96.00 |
| 03/08/05 | KJC | Review and respond to email (0.40); email (0.30). | 0.70 | 210.00 |
| 03/08/05 | MCL | Assist with location and organization of documents. | 1.50 | 195.00 |
| 03/08/05 | JLS | Database research (0.90); read and respond to e-mails and voicemails (0.40); database research (1.20); conferences (0.30); draft letter (0.20); telephone conference (0.20). | 3.20 | 512.00 |
| 03/09/05 | JLS | Prepare documents. | 1.80 | 288.00 |
| 03/10/05 | KJC | Conference (0.60); research (0.40); review and respond to email (0.80); review document (0.20). | 2.00 | 600.00 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 699591 |
| Client   No.: | 04339 |
| Matter  No.: | 00440 |

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 03/10/05 | JLS | Conference (0.60); database research (0.60). | 1.20 | 192.00 |
| 03/11/05 | KJC | Address billing procedures (0.60); review documents (0.70); telephone conference (0.30). | 1.60 | 480.00 |
| 03/11/05 | MCL | Research (.30); read and respond to e-mails (.20). | 0.50 | 65.00 |
| 03/11/05 | JLS | Telephone conference (0.30); database research (4.9). | 5.20 | 832.00 |
| 03/14/05 | JLS | Database research. | 2.80 | 448.00 |
| 03/16/05 | KJC | Review and respond to email and telephone messages. | 0.30 | 90.00 |
| 03/22/05 | KJC | Review documents. | 2.30 | 690.00 |
| 03/22/05 | JLS | Read and respond to e-mails (0.40); database research (1.20). | 1.60 | 256.00 |
| 03/23/05 | KJC | Email exchange. | 0.20 | 60.00 |
| 03/23/05 | JLS | Database research. | 1.10 | 176.00 |
| 03/24/05 | MCL | Locate and provide information. | 1.30 | 169.00 |
| 03/24/05 | JLS | Database research (2.90); prepare exhibit (0.90). | 3.80 | 608.00 |
| 03/25/05 | KJC | Telephone conferences and email exchange. | 0.30 | 90.00 |
| 03/25/05 | JLS | Database research and review of document (0.80); prepare exhibit (2.70); telephone conference (0.10). | 3.60 | 576.00 |
| 04/04/05 | KJC | Research (1.70); e-mail exchange and telephone conferences (1.10). | 2.80 | 840.00 |
| 04/05/05 | KJC | Review and revise database (0.50); research (0.60). | 1.10 | 330.00 |
| 04/05/05 | JLS | Conference re files. | 0.30 | 48.00 |
| 04/06/05 | SCH | Database/document research. | 5.00 | 300.00 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 699591 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Itemized Services**

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 04/07/05 | JLS | Conferences re documents (0.3); database research (1.60). | 1.90 | 304.00 |
| 04/07/05 | SCH | Database/document research. | 3.00 | 180.00 |
| 04/12/05 | KJC | Telephone conference (0.30); research (0.40). | 0.70 | 210.00 |
| 04/12/05 | JLS | Read and respond to e-mails. | 0.90 | 144.00 |
| 04/13/05 | CLN | Conference. | 0.30 | 112.50 |
| 04/13/05 | KJC | Telephone conference (0.20); research (0.30). | 0.50 | 150.00 |
| 04/13/05 | JLS | Telephone conferences and database research. | 0.60 | 96.00 |
| 04/13/05 | SCH | Telephone conference and e-mail memoranda; database research. | 0.50 | 30.00 |
| 04/15/05 | CLN | Conference. | 0.30 | 112.50 |
| 04/18/05 | KJC | Telephone conference (0.30); research (0.50). | 0.80 | 240.00 |
| 04/19/05 | JLS | Database research. | 0.60 | 96.00 |
| 04/19/05 | MBF | Research for KCoggon. | 1.30 | 175.50 |
| 04/21/05 | JLS | Read and respond to e-mails including database research. | 0.40 | 64.00 |
| 04/28/05 | KJC | Telephone conference. | 0.80 | 240.00 |
| 04/29/05 | JLS | Database research. | 1.70 | 272.00 |

**Total Fees Through April 30, 2005:**   **101.80**   **$**   **19,779.50**

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| CLN | Charlotte L. Neitzel | Partner | $ 375.00 | 5.80 | $ 2,175.00 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 699591 |
| Client   No.: | 04339 |
| Matter  No.: | 00440 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| JDM | John D. McCarthy | Partner | 345.00 | 0.80 | 276.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 25.80 | 7,740.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 38.50 | 6,160.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 21.10 | 2,743.00 |
| SCH | Stephen Haraldson | Other | 60.00 | 8.50 | 510.00 |
| MBF | Mary Beth Floyd | Information Specialist | 135.00 | 1.30 | 175.50 |
| | | **Total Fees:** | | 101.80 | $  19,779.50 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-363-66275; DATE: 2/11/2005  -  Courier, Acct. 0802-0410-8. 02-03 | $ | 54.30 |
| 03/03/05 | 1 | Photocopy | | 0.15 |
| 03/07/05 | 230 | Photocopy | | 34.50 |
| 03/07/05 | 16 | Photocopy | | 2.40 |
| 03/08/05 | 2 | Photocopy | | 0.30 |
| 03/08/05 | 1 | Photocopy | | 0.15 |
| 03/08/05 | 56 | Photocopy | | 8.40 |
| 03/08/05 | 3 | Photocopy | | 0.45 |
| 03/08/05 | 54 | Photocopy | | 8.10 |
| 03/08/05 | 480 | Photocopy | | 72.00 |
| 03/08/05 | 276 | Photocopy | | 41.40 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | | 7 |
| Invoice No.: | | 699591 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00440 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-414-04743; DATE: 3/11/2005  -  Courier, Acct. 0802-0410-8. 03-07 | 15.23 |
| 03/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-414-04743; DATE: 3/11/2005  -  Courier, Acct. 0802-0410-8. 03-07 | 17.39 |
| 03/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-414-04743; DATE: 3/11/2005  -  Courier, Acct. 0802-0410-8. 03-08 | 34.50 |
| 03/15/05 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7261843; DATE: 3/15/2005  -  Courier, Acct. HO7068. 03-07 | 8.80 |
| 03/22/05 | 92 | Photocopy | 13.80 |
| 03/23/05 | 1 | Photocopy | 0.15 |
| 04/04/05 | | Long Distance Telephone: 20 Mins., TranTime:13:06 | 2.00 |
| 04/13/05 | 544 | Photocopy | 81.60 |
| 04/13/05 | 3 | Photocopy | 0.45 |
| 04/18/05 | 3 | Photocopy | 0.45 |
| 04/19/05 | 3 | Photocopy | 0.45 |
| 04/28/05 | | Long Distance Telephone: 47 Mins., TranTime:13:54 | 4.70 |

|  | **Total Disbursements:** | **$** | **401.67** |
|---|---|---|---|

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

Page         8
Invoice No.:   699591
Client   No.:   04339
Matter  No.:   00440

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 264.75 |
| Long Distance Telephone | | 6.70 |
| Outside Courier | | 8.80 |
| Federal Express | | 121.42 |
| **Total Disbursements:** | **$** | **401.67** |

**Trust Applied to Matter** $ 0.00
**Total Balance Due This Matter** $ 20,181.17