IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br>Defendants. | Adv. Proc. No. 02-2210 (JKF) |

**ELEVENTH QUARTERLY FEE APPLICATION REQUEST
OF FERRY, JOSEPH & PEARCE, FOR APPROVAL
AND ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
FOR THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005**

Name of Applicant: <u>Ferry, Joseph & Pearce, P.A.</u>

Authorized to provide
professional services to: <u>Official Committee of Asbestos Property Damage Claimants</u>

Date of retention: <u>April 18, 2001</u>

Period for which compensation and
reimbursement is sought: <u>January 1, 2005 through March 31, 2005</u>

Amount of compensation sought
as actual reasonable and necessary: <u>$5,536.50</u>

Amount of expense reimbursement
sought as actual reasonable and

necessary: $742.22

This is an: _X_ interim ___ final application

This is the Eleventh quarterly application filed in the District Court for the captioned adversaries.

## CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005

| Date Filed; Docket No. | Total Fee Requested | Total Expenses Requested | Cert. of No Objection Date Filed; Docket No. | Amount of Fees Paid/ To Be Paid (80%) | Amount of Expenses Paid/To Be Paid (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|
| 4/12/05; #732 | $702.00 | $210.58 | 5/4/05; #740 | $561.60 | $210.58 | $140.40 |
| 4/12/05; #733 | $1,846.50 | $26.49 | 5/4/05; #741 | $1,477.20 | $26.49 | $369.30 |
| 4/21/05; #737 | $2,988.00 | $505.15 | 5/13/05; #742 | $2,390.40 | $505.15 | $597.60 |
| TOTAL | $5,536.50 | $742.22 | N/A | $4,428.40 | $741.22 | $1,107.30 |

## CUMULATIVE SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS:

| Name of professional person | Position of the Applicant, Number of Years with Firm, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael B. Joseph | Partner, 25, Various, 1976, Bankruptcy | $300.00 | 0 | $0.00 |
| Theodore J. Tacconelli | Partner, 13, Various, 1988, Bankruptcy, Commercial Litigation | $240.00 | 13 | $3,120.00 |
| Rick S. Miller | Partner, 6, 1995, Various, Bankruptcy, General Litigation | $225.00 | 0.3 | $67.50 |
| Lisa L. Coggins | Associate, 3.5, 2002, Bankruptcy, General Practice | $165.00 | 0.6 | $99.00 |
| Steven G. Weiler | Associate, 1, 2004, Bankruptcy, General Practice | $150.00 | 5 | $750.00 |
| Andrea L. Del Collo | Paralegal, 1.5, 2003 | $100.00 | 15 | $1,500.00 |
| Grand Total: | | | 33.9 | $5,536.50 |
| Blended Rate: | | | | $163.00 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY:

| Project Category | Total Hours for the Interim Period | Total Fees for the Interim Period |
|---|---|---|
| Fraudulent Conveyance Adversary Proceeding | 33.9 | $5,536.50 |
| Total: | 33.9 | $5,536.50 |

## CUMULATIVE EXPENSE SUMMARY:

| Expense Category | Total Expenses for the Interim Period |
|---|---|
| Facsimile ($1.00 per page) | $0.00 |
| In-House Reproduction | $173.40 |
| Outside Reproduction | $317.23 |
| Courier & Express Carriers | $91.93 |
| Postage | $34.66 |
| Web Pacer | $0.00 |
| Document Imaging/Scanning | $0.00 |
| Service Supplies | $125.00 |
| **Total** | **$742.22** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br><br> (Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEALED AIR CORPORATION and CRYOVAC, INC., <br> Defendants. | Adv. Proc. No. 02-2210 (JKF) |

## ELEVENTH QUARTERLY FEE APPLICATION REQUEST OF FERRY, JOSEPH & PEARCE, FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005

Ferry, Joseph & Pearce, P.A. (the "Applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("PD Committee") of the above-captioned debtors (the "Debtors") and the plaintiffs in the captioned adversaries pending in this Court, hereby submits its eleventh quarterly fee application request (the "Request") pursuant to 11 U.S.C. §§ 330 and 331 for approval and allowance of compensation for services rendered and for reimbursement of expenses incurred in connection therewith, respectfully represents as follows:

### I. Introduction

1. Applicant, as counsel to the PD Committee, seeks (i) approval and allowance, pursuant to Section 331 of the Bankruptcy Code of compensation for the professional services rendered by Applicant as counsel for the PD Committee from January 1, 2005 through March 31,

2005 (the "Eleventh Quarterly Fee Period") in the aggregate amount of $5,536.50 representing 33.9 hours of professional services and (ii) reimbursement of actual and necessary expenses incurred by the Applicant during the Eleventh Quarterly Fee Period in connection with the rendition of such professional services in the aggregate amount of $742.22.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. Background

3. On April 2, 2001, each of the Debtors filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage their properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' Chapter 11 cases have been procedurally consolidated and are being jointly administered. No trustee or examiner has been appointed in this case.

4. On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of Applicant as its counsel.

5. By order dated June 21, 2001 (the "Retention Order"), the Court authorized the PD Committee to retain the Applicant nunc pro tunc to April 9, 2001, pursuant to 11 U.S.C. §§ 1103 and 328, on a general retainer basis, to represent the PD Committee in the Consolidated Cases.

6. On or about February 20, 2002, the Court authorized the PD Committee and the Official Committee of Asbestos Personal Injury Claimants (the "PI Committee") to commence the captioned adversary proceedings. Thereafter, the Court entered its July 10, 2002 order withdrawing the reference to the Bankruptcy Court with respect to fees and costs incurred in the captioned adversary proceedings. However, on January 13, 2005, the District Court referred jurisdiction of the Sealed Air Settlement and "any related proceedings" back to this Court.

7. This is the Eleventh Quarterly Fee Application request that the Applicant has filed with the Court for an allowance of compensation and reimbursement of expenses for services

rendered to the PD Committee in the captioned adversary proceedings. Previously, the Applicant has filed with the Court three monthly Fee Applications that are the subject of this Request, which are summarized as follows:

| Date Filed; Docket No. | Period Covered | Fees Requested | Expenses Requested | Objections |
|---|---|---|---|---|
| 4/12/05; #732 | 1/1/05-1/31/05 | $702.00 | $210.58 | N/A |
| 4/12/05; #733 | 2/1/05-2/28/05 | $1,846.50 | $26.49 | N/A |
| 4/21/05; #737 | 3/1/05-3/31/05 | $2,988.00 | $505.15 | N/A |
| N/A | N/A | $5,536.50 | $742.22 | N/A |

8. Applicant has received no payment and no promise for payment from any source for services rendered in connection with these cases. There is no agreement or understanding between Applicant and any other person for the sharing of compensation to be received hereunder.

9. As stated in the Certification of Theodore J. Tacconelli, Esquire, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for and on behalf of the PD Committee solely in connection with these cases.

### III. Summary of Services Rendered

10. In accordance with Local Rule 2016-2 dated December 12, 1996 and the Administrative Fee Order, and to assist the Court, the Debtors, the Trustee and other parties in interest in evaluating this Request, the primary services performed by Applicant during the Eleventh Quarterly Fee Period are summarized in the Summary attached hereto as Exhibit "B." The summary reflects certain services of major importance which required the special attention, efforts and skill of Applicant. Applicant's services throughout the Eleventh Quarterly Fee Period have been valuable to the PD Committee and the plaintiffs in providing advice and counsel.

11. In accordance with the Administrative Fee Order and the Local Rules, a summary sheet of the attorneys and their corresponding names, year of admission, hourly rates and the

number of hours incurred by each is set forth on Attachment B. The hourly rates reflect what Applicant generally charges its other clients for similar services. The itemizations including identification of services performed by the attorneys sorted by date and time keeper are attached hereto as Exhibit "C." The itemizations also contain a statement of Applicant's disbursements, necessarily incurred in the performance of Applicant's duties as counsel to the PD Committee.

12. Applicant has worked closely with the PD Committee's primary counsel, Bilzin Sumberg Baena Price & Axelrod, LLP, to avoid unnecessary duplication of services.

### IV. Conclusion

13. Applicant has necessarily and properly expended 33.9 hours of services in the performance of its duties as counsel to the PD Committee during the Eleventh Quarterly Fee Period. Such services have a fair market value of $5,536.50. The work involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

14. In addition, Applicant incurred actual out-of-pocket expenses in connection with the rendition of services to the PD Committee in the sum of $742.22 for which it respectfully requests reimbursement in full.

15. Applicant charges $.15 per page for in-house photocopying services. Applicant charges the actual cost from the vendor for out-sourced photocopying and document retrieval, and computerized legal research. Applicant charges $1.00 per page for out-going facsimile transmissions, and does not charge for in-coming facsimiles.

16. Applicant has reviewed the requirements set forth in Local Rule 2016-2 and believes that this application for quarterly compensation complies therewith.

17. Applicant has made no prior application in this or any other Court for the relief sought herein.

WHEREFORE, Applicant respectfully requests pursuant to the Administrative Fee Order: a) the approval and allowance, pursuant to section 331 of the Bankruptcy Code of compensation for professional services rendered to the PD Committee during the Eleventh Quarterly Fee Period of January 1, 2005 through March 31, 2005 in the amount of $5,536.50 b) the approval and allowance of Applicant's out-of-pocket expenses incurred in connection with the rendition of such services during the Eleventh Quarterly Fee Period of January 1, 2005 through March 31, 2005 in the amount of $742.22; and c) such other relief as the Court deems just.

Date: June 2, 2005

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555

Counsel to the Official Committee of Asbestos Property Damage Claimants