## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al., | Adv. Proc. No. 02-2210 (JKF) |
| Plaintiffs, | |
| v. | |
| SEALED AIR CORPORATION and CRYOVAC, INC., Defendants. | |

### NOTICE OF APPLICATION

TO:   PARTIES ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on June 2, 2005, Ferry, Joseph & Pearce, P.A. filed and served its Eleventh Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants matter related to the fraudulent transfer lawsuit against Sealed Air Corporation for the Period of January 1, 2005 through March 31, 2005 in the above-captioned adversary proceeding.

PLEASE TAKE FURTHER NOTICE that at the Court's request, this Application has been withdrawn from the above-captioned adversary proceeding and re-filed today in the main proceeding herein.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed **on or before June 22, 2005 at 4:00 p.m. prevailing Eastern Time** and at the same time be served upon the undersigned counsel and the parties on the attached service list.

A HEARING ON THE APPLICATION WILL BE HELD ON **SEPTEMBER 26, 2005 AT 12:00 P.M.**

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Date: June 28, 2005            FERRY, JOSEPH & PEARCE, P.A.

                                    /s/ Theodore J. Tacconelli
                                    Michael B. Joseph (#392)
                                    Theodore J. Tacconelli (#2678)
                                    824 Market Street, Suite 904
                                    P.O. Box 1351
                                    Wilmington, DE 19899
                                    Telephone: (302) 575-1555

                                    Local Counsel to the Official Committee of
                                    Asbestos Property Damage Claimants

James H. M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones
  & Weintraub, P.C.
919 North Market Street
Suite 1600
P. O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue
36th Floor
New York, NY 10022

Marla Rosoff Eskin, Esq.
Campbell & Levine, LLC
801 N. King Street
Suite 300
Wilmington, DE 19801

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P. O. Box 25130
Wilmington, DE 19899

United States Trustee
Attn: Frank J. Perch, III, Esq.
844 King Street, Room 2207
Wilmington, DE 19801

3