# EXHIBIT "C"

# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Tel:   (302) 575-1555      Fax:   (302) 575-1714

W.R. Grace Fraudulent Transfer                               January 1, 2005 – January 31, 2005

Inv #:      15763

RE:   W.R. Grace Fraudulent Transfer

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B18 | Fee Applications, Others - | 1.80 | 208.00 |
| B25 | Fee Applications, Applicant - | 3.90 | 446.00 |
| B32 | Litigation and Litigation Consulting - | 0.20 | 48.00 |
| | Total | 5.90 | $702.00 |
| | Grand Total | 5.90 | $702.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Theodore J. Tacconelli | 240.00 | 0.80 | 192.00 |
| Legal Assistant - AD | 100.00 | 5.10 | 510.00 |
| Total | | 5.90 | $702.00 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | 210.58 |
| **Total Disbursements** | **$210.58** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-13-05 | Fee Applications, Others - draft Certificate of No Objection re: Bilzin 9-10/04 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| | Fee Applications, Others - draft Certificate of No Objection re: Bilzin 11/04 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| Jan-14-05 | Fee Applications, Others - review Certificate of No Objection re: Bilzin Sumberg 9/04-10/04 fee app | 0.10 | TJT |
| | Fee Applications, Others - review Certificate of No Objection re: Bilzin Sumberg 11/04 fee app | 0.10 | TJT |
| | Fee Applications, Others - review docket (.1) prepare documents for filing (.1) and e-file and serve Certificate of No Objection re: Bilzin 9-10/04 fee app (.3) | 0.50 | AD |
| | Fee Applications, Others - review docket (.1) prepare documents for filing (.1) and e-file and serve Certificate of No Objection re: Bilzin 11/04 fee app (.3) | 0.50 | AD |
| Jan-22-05 | Litigation and Litigation Consulting - review order from third circuit re: 02-8061 appeal | 0.10 | TJT |
| | Litigation and Litigation Consulting - prepare email J Sakalo re: order from third circuit in apeal 02-8061 | 0.10 | TJT |
| Jan-18-05 | Fee Applications, Applicant - finish drafting documents for Ferry, Joseph & Pearce's 4/04-6/04 fee app and briefly review | 0.70 | AD |
| Jan-19-05 | Fee Applications, Applicant - draft documents for Ferry, Joseph & Pearce's 7/04-9/04 fee app and review all documents | 1.60 | AD |
| Jan-20-05 | Fee Applications, Applicant - review and revise Ferry, Joseph & Pearce's 8th quarterly fee app | 0.20 | TJT |
| | Fee Applications, Applicant - review and revise Ferry, Joseph & Pearce's 9th quarterly fee app | 0.20 | TJT |
| | Fee Applications, Applicant - prepare Ferry, Joseph & Pearce's 4/04-6/04 fee app for filing (.1) efile and serve fee app (.5) | 0.60 | AD |
| | Fee Applications, Applicant - prepare Ferry, Joseph & Pearce's 7/04-9/04 fee app for filing (.1) efile and serve fee app (.5) | 0.60 | AD |
| | Totals | 5.90 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Jan-06-05 | Expense - Blue Marble Logistics - delivery charge | 30.00 |
| Jan-12-05 | Expense - Blue Marble Logistics - delivery charge | 30.00 |
| Jan-14-05 | Expense - copying cost | 15.60 |
| | Expense - postage | 4.80 |
| Jan-20-05 | Expense - copying cost | 113.10 |
| | Expense - postage | 17.08 |
| | Totals | $210.58 |
| | **Total Fees & Disbursements** | $912.58 |
| | **Balance Due Now** | |
| | | $912.58 |

**Ferry, Joseph & Pearce, P.A.**
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Tel: (302) 575-1555     Fax: (302) 575-1714

W.R. Grace Fraudulent Transfer     February 1, 2005 – February 28, 2005

Inv #: 15764

**RE:** W.R. Grace Fraudulent Transfer

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.40 | 96.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 67.50 |
| B18 | Fee Applications, Others - | 0.30 | 72.00 |
| B25 | Fee Applications, Applicant - | 8.80 | 1,227.00 |
| B32 | Litigation and Litigation Consulting - | 2.50 | 384.00 |
| | **Total** | **12.30** | **$1,846.50** |
| | **Grand Total** | **12.30** | **$1,846.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Rick S. Miller | 225.00 | 0.30 | 67.50 |
| Steven G. Weiler | 150.00 | 2.90 | 435.00 |
| Theodore J. Tacconelli | 240.00 | 3.10 | 744.00 |
| Legal Assistant - AD | 100.00 | 6.00 | 600.00 |
| **Total** | | **12.30** | **$1,846.50** |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | 26.49 |
| **Total Disbursements** | **$26.49** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-14-05 | Case Administration - review email from L Koster re: motion to withdraw reference in adversary proceeding and teleconference with L Koster re: same | 0.20 | TJT |
| | Case Administration - review email from L Koster re: withdraw of reference and Call to L Koster re: same | 0.20 | TJT |
| Feb-18-05 | Committee, Creditors', Noteholders' or -confer with T. Tacconelli re: procedure requirements of holdback motion | 0.30 | RSM |
| Feb-11-05 | Fee Applications, Others - teleconference with A Danzeisen re: motion for payment of holdbacks | 0.10 | TJT |
| Feb-25-05 | Fee Applications, Others - Call to A Danzeisen re: Bilzin Sumberg fee app binder for Judge Fitzgerald | 0.10 | TJT |
| | Fee Applications, Others - prepare email to A Danzeisen re: Bilzin Sumberg fee app binder for Judge Fitzgerald | 0.10 | TJT |
| Feb-03-05 | Litigation and Litigation Consulting - review letter to third circuit clerk re: PI appeal re: 02-8061 | 0.10 | TJT |
| Feb-15-05 | Litigation and Litigation Consulting - Prepare motion to shorten with prepared order and Certificate of Service re: motion for entry of order approving holdbacks (.6); revise same (.1); prepare notice, Certificate of Service re: motion of same (.3); teleconference with R. Bello re: filing for both documents (.1); revise same (.1); revise motion (.1); prepare exhibits for motion (.1); scan, file and serve motion to shorten and motion (.8); forward filed version of motion to shorten and motion to R. Bello (.1) | 2.30 | SGW |
| Feb-18-05 | Litigation and Litigation Consulting - Follow-up e-mail to R. Bello re: status of motion to shorten re: PD Comm. motion allowing holdbacks | 0.10 | SGW |
| Feb-08-05 | Fee Applications, Applicant - draft Certificate of No Objection and Certificate of No Objection Certificate of Service re: Ferry, Joseph & Pearce's 8th quarterly fee app | 0.30 | AD |
| | Fee Applications, Applicant - draft Certificate of No Objection and Certificate of No Objection Certificate of Service re: Ferry, Joseph & Pearce's 9th quarterly fee app | 0.30 | AD |
| Feb-10-05 | Fee Applications, Applicant - review Certificate of No Objection re: Ferry, Joseph & Pearce's 8th quarterly fee app | 0.10 | TJT |
| | Fee Applications, Applicant - review Certificate of No Objection re: Ferry, Joseph & Pearce's 9th quarterly fee app | 0.10 | TJT |
| | Fee Applications, Applicant - review docket (.1); prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection for 8th quarterly fee app (.3) | 0.50 | AD |
| | Fee Applications, Applicant - review docket (.1); prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection for 9th quarterly fee app (.3) | 0.50 | AD |
| Feb-15-05 | Fee Applications, Applicant - teleconference with A Danzeisen re: motion for payment of holdbacks (x3) | 0.40 | TJT |
| | Fee Applications, Applicant - review motion for payment of holdbacks and proposed order | 0.20 | TJT |
| | Fee Applications, Applicant - confer with S Weiler re: preparing motion to shorten notice re: motion for payment of holdbacks | 0.20 | TJT |
| | Fee Applications, Applicant - review draft of motion to shorten notice and confer with S Weiler re: same | 0.20 | TJT |
| | Fee Applications, Applicant - review notice of motion re: motion for | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | payment of holdbacks | | |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 11/04 pre-bill | 0.10 | TJT |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 12/04 pre-bill | 0.10 | TJT |
| | Fee Applications, Applicant - review email from J Baer re: changes to motion for payment of holdbacks | 0.10 | TJT |
| | Fee Applications, Applicant - confer with S Weiler re: revisions to motion for payment of holdbacks as requested by debtors' counsel (Baer) | 0.10 | TJT |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 8th and 9th quarterly fee apps, update exhibit chart to holdback motion and send email to S Weiler re: same | 0.40 | AD |
| | Fee Applications, Applicant - draft documents for Ferry, Joseph & Pearce's 11/04 fee app and finalize documents | 0.50 | AD |
| | Fee Applications, Applicant - draft documents for Ferry, Joseph & Pearce's 12/04 fee app and finalize documents | 0.50 | AD |
| Feb-16-05 | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 11/04 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 12/04 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Applicant - prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's 11/04 fee app (.4) | 0.50 | AD |
| | Fee Applications, Applicant - prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's 12/04 fee app (.4) | 0.50 | AD |
| Feb-25-05 | Fee Applications, Applicant - Follow-up with R. Bello re: status of motion to shorten re: motion for approval of hold backs (.1); obtain signed order from docket (.1) | 0.20 | SGW |
| | Fee Applications, Applicant - Discuss electronic service of Order re: PD Comm. Motion for Approval of holdbacks with legal assistant (.1); discuss gathering and serving of relevant FT Fee Apps. on JKF's Chambers in Pittsburgh, PA with legal assistant (.2) | 0.30 | SGW |
| | Fee Applications, Applicant - review order granting motion to shorten time | 0.10 | TJT |
| | Fee Applications, Applicant - confer with paralegal re: submission of fee applications as ordered | 0.20 | TJT |
| | Fee Applications, Applicant - review fee binder for submission to Judge Fitzgerald as ordered | 0.10 | TJT |
| | Fee Applications, Applicant - confer with S Weiler re: 20% holdback motion (.1); obtain copies of monthly fee apps (FJ&P & Bilzin) for binders as requested by Judge Fitzgerald's order (1.6) | 1.70 | AD |
| | Fee Applications, Applicant - review binders briefly prior to sending to Judge Fitzgerald and send to Judge Fitzgerald | 0.30 | AD |
| | Totals | 12.30 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Feb-10-05 | Expense - copying cost | 12.60 |
| | Expense - postage | 4.80 |
| Feb-16-05 | Expense - copying cost | 7.80 |
| | Expense - postage | 1.29 |
| | Totals | $26.49 |
| | **Total Fees & Disbursements** | $1,872.99 |
| | **Balance Due Now** | |
| | | $1,872.99 |

**Ferry, Joseph & Pearce, P.A.**
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Tel: (302) 575-1555   Fax: (302) 575-1714

W.R. Grace Fraudulent Transfer                March 1, 2005 – March 31, 2005

Invoice No.: 15989

RE: W.R. Grace Fraudulent Transfer

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B18 | Fee Applications, Others - | 1.40 | 154.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 48.00 |
| B25 | Fee Applications, Applicant - | 3.50 | 440.00 |
| B32 | Litigation and Litigation Consulting - | 8.10 | 1,944.00 |
| B34 | Fraudulent Conveyance Adv. Proceeding - | 2.30 | 354.00 |
| B36 | Plan and Disclosure Statement - | 0.20 | 48.00 |
| | **Total** | **15.70** | **$2,988.00** |
| | **Grand Total** | **15.70** | **$2,988.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 0.60 | 99.00 |
| Steven G. Weiler | 150.00 | 2.10 | 315.00 |
| Theodore J. Tacconelli | 240.00 | 9.10 | 2,184.00 |
| Legal Assistant - AD | 100.00 | 3.90 | 390.00 |
| **Total** | | **15.70** | **$2,988.00** |

## DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Expense - | | 505.15 |
| **Total Disbursements** | | **$505.15** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-05 | *Fee Applications, Applicant* - draft Certificates of No Objection for Ferry, Joseph & Pearce's 11/04 and 12/04 fee apps with Certificates of Service and confer with S Weiler re: filing of same | 0.70 | AD |
| Mar-02-05 | *Litigation and Litigation Consulting* - confer with S Weiler re: filing motion to approve sealed air settlement agreement | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review sealed air settlement motion and order for possible revisions in order to refile as directed by Judge Fitzgerald | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with J Sakalo re: revisions to sealed air settlement motion and order (x2) | 0.20 | TJT |
| Mar-06-05 | *Claims Analysis Obj. & Res. (Asbestos)* prepare email to S Weiler re: cmo regarding motion for payment of holdbacks, revise answer adding another affirmative defense | 0.20 | TJT |
| Mar-07-05 | *Fee Applications, Applicant* - review Certificate of No Objection re: motion to approve payment of holdbacks and confer with S Weiler re: same | 0.20 | TJT |
| Mar-09-05 | *Fee Applications, Applicant* - prepare, file, and serve Certificate of No Objection's re: Ferry, Joseph & Pearce's 30th & 31st Monthly Fee Applications (.3); e-mail same to R. Bello and Fee Auditor (.1) | 0.40 | SGW |
| Mar-11-05 | *Fraudulent Conveyance Adv. Proceeding-* Review docket for entry of order re: PD Committee's Motion for Allowance of Holdbacks | 0.10 | SGW |
| | *Litigation and Litigation Consulting* - review email from J Sakalo re: motion to approve Sealed Air settlement agreement | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - locate and review prior Sealed Air settlement motion and send to J Sakalo | 0.50 | TJT |
| Mar-14-05 | *Fee Applications, Others* - review and revise Bilzin's 12/04 fee app and draft Certificate of Service re: same | 0.50 | AD |
| Mar-15-05 | *Fee Applications, Others* - review Bilzin Sumberg 12/04 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - prepare documents for filing (.1) e-file and serve HRA's 12/04 fee app (.4) | 0.50 | AD |
| Mar-17-05 | *Fee Applications, Applicant* - begin drafting Ferry, Joseph & Pearce's 10/04-12/04 quarterly fee app; calculate quarterly figures for summary; draft notice, Certificate of Service and order re: same | 1.00 | AD |
| Mar-18-05 | *Fee Applications, Applicant* - draft exhibit a to Ferry, Joseph & Pearce's 10/04-12/04 quarterly fee app and finalize for submission to tjt | 0.30 | AD |
| Mar-19-05 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's quarterly fee app 10/04-12/04 prior to filing | 0.20 | TJT |
| Mar-21-05 | *Fee Applications, Applicant* - prepare documents for filing (.1) e-file and serve Ferry, Joseph & Pearce's 10/04-12/04 quarterly fee app (.5) | 0.60 | AD |
| Mar-22-05 | *Fraudulent Conveyance Adv. Proceeding-* scan and forward hold back order with exhibits 1-5 attached thereto | 0.10 | SGW |
| Mar-28-05 | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: Bilzin Sumberg's 12/04 fee app | 0.30 | AD |
| | *Plan and Disclosure Statement* - review transcript of 3/21/05 hearing re: order approving holdbacks | 0.20 | TJT |
| Mar-30-05 | *Fraudulent Conveyance Adv. Proceeding-* Create subfile re: PD Committee renewed settlement motion with Certificate of Service and service list (.2) | 0.20 | SGW |
| | *Litigation and Litigation Consulting* - trade emails with S Baena re: | 0.30 | TJT |

| | | | |
|---|---|---|---|
| | renewed settlement motion (x3) | | |
| | *Litigation and Litigation Consulting* - trade emails with B Wolff re: renewed settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review renewed settlement motion | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - confer with S Weiler re: filing and service of renewed settlement motion | 0.10 | TJT |
| Mar-31-05 | *Fraudulent Conveyance Adv. Proceeding*- e-mail from T. Tacconelli re: filing of renewed motion to approve settlement | 0.10 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding*- confer with T. Tacconelli re: renewed motion to approve Sealed Air settlement and related case status | 0.30 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding*- confer with T. Tacconelli re: filing of renewed motion to approve Sealed Air Settlement | 0.20 | LLC |
| | *Fraudulent Conveyance Adv. Proceeding*- Briefly disucss logistics of renewed settlement motion with T. Tacconelli (.1); prepare and revise notice re: same (.3); scan same (.2); Revise motion re: same (.7) | 1.30 | SGW |
| | *Litigation and Litigation Consulting* - Call to and teleconferences with Judge Fitzgerald's DE clerk re: procedure for filing Sealed Air settlement agreement (x2) | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review email from S Baena re: settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from J Sakalo re: Settlement motion | 0.10 | TJT |
| | Litigation and Litigation Consulting - review email from S Weiler re: settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with B Wolff re: proposed order for settlement motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review email from J Sakalo with draft of proposed order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review draft of proposed order and blackline version from previous order | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - teleconferences with A Danzeisen re: Sealed Air settlement motion (x2) | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review email from B Wolff re: questions and comments regarding proposed order (x2) | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review email from S Baena re: questions and comments regarding proposed order (x2) | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review email from B Wolff re: revised settlement motion, final version | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review miscellaneous emails regarding remaining issues for settlement motion and order (x13) | 1.30 | TJT |
| | *Litigation and Litigation Consulting* - various conferences with S Weiler re: changes and modifications to settlement motion and order | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - review and revise draft of notice of motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with Judge Fitzgerald's Pittsburgh clerk re: procedures for filing settlement motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with J Sakalo re: objection deadline for settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with B Wolff re: objection deadline for settlement motion and issue regarding caption | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with S Baena re: issue regarding caption for settlement motion | 0.20 | TJT |

| | | |
|---|---:|---|
| *Litigation and Litigation Consulting* - review 3/21/05 hearing transcript re: issue regarding caption | 0.20 | TJT |
| *Litigation and Litigation Consulting* - review order entered by Judge Wolin withdrawing reference of adversary proceeding | 0.20 | TJT |
| *Litigation and Litigation Consulting* - prepare email to S Baena re: issue regarding caption for settlement motion | 0.10 | TJT |
| *Litigation and Litigation Consulting* - confer with L Coggins re: possible filing of settlement motion after hours | 0.20 | TJT |
| *Fee Applications, Applicant* - confer with paralegal re: 2005 fee applications | 0.10 | TJT |

*Totals*          *15.70*

## DISBURSEMENTS

| | | |
|---|---|---:|
| Mar-09-05 | *Expense* - Postage | 4.80 |
| | *Expense* - copies | 12.60 |
| Mar-15-05 | *Expense* - copying cost | 2.70 |
| | *Expense* - postage | 0.37 |
| | *Expense* - Blue Marble Logistics - copies | 82.54 |
| Mar-21-05 | *Expense* - copying cost | 9.00 |
| | *Expense* - postage | 1.52 |
| Mar-25-05 | *Expense* - Federal Express | 31.93 |
| Mar-31-05 | *Expense* - service supplies | 125.00 |
| | *Expense* - Blue Marble Logistics - copies | 234.69 |
| | *Totals* | *$505.15* |

**Total Fees & Disbursements** $3,493.15

**Balance Due Now** $3,493.15