IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br><br>Defendants. | Adv. Proc. No. 02-2210 (JKF) |

SUMMARY OF THE THIRTY-SIXTH MONTHLY APPLICATION OF
FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
THE PERIOD OF MAY 1, 2005 THROUGH MAY 31, 2005

| | |
|---|---|
| Name of Applicant: | Ferry, Joseph & Pearce, P.A. |
| Authorized to provide professional services to: | Official Committee of Asbestos Property Damage Claimants |
| Date of retention: | April 18, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2005 through May 31, 2005 |
| Amount of compensation sought as actual reasonable and necessary: | $948.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $0.00 |

This is a(n):   __X__ monthly _____ interim _____ final application

Prior Monthly Fee Applications:

| Date Filed/ Docket No. | Period Covered | Requested | | Authorized | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 09/17/2002 #252 | 06/01/02- 06/30/02 | $3,964.50 | $976.15 | $3,171.60 (80% of $3,964.50) | $976.15 |
| 10/09/2002 #314 | 07/01/02- 07/31/02 | $3,257.50 | $130.46 | $2,606.00 (80% of $3,257.50) | $130.46 |
| 11/04/2002 #343 | 08/01/02- 08/31/02 | $4,906.50 | $118.35 | $3,925.20 (80% of $4,906.50) | $118.35 |
| 11/27/2002 #390 | 09/01/02- 09/30/02 | $6,350.50 | $663.43 | $5,080.40 (80% of $6,350.50) | $663.43 |
| 01/10/03 #417 | 10/01/02- 10/31/02 | $5,140.50 | $245.76 | $4,112.40 (80% of $5,140.50) | $245.76 |
| 01/14/03 #421 | 11/01/02- 11/30/02 | $4,832.50 | $582.49 | $3,866.00 (80% of $4,832.50) | $582.49 |
| 02/10/03 #434 | 12/01/02- 12/31/02 | $2,086.00 | $142.86 | $1,668.80 (80% of $2,086.00) | $142.86 |
| 03/14/03 #456 | 01/01/03 - 01/31/03 | $2,244.00 | $349.85 | $1,795.20 (80% of $2,244.00) | $349.85 |
| 04/09/03 #471 | 02/01/03 - 02/28/03 | $1,234.00 | $90.65 | $987.20 (80% of $1,234.00) | $90.65 |
| 5/14/03 #495 | 03/01/03 - 03/30/03 | $1,979.00 | $177.91 | $1,583.20 (80% of $1,979.00) | $177.91 |
| 5/28/03 #507 | 04/01/03 - 04/30/03 | $4,445.00 | $1,021.21 | $3,556.00 (80% of $4,445.00) | $1,021.21 |
| 8/5/03 #539 | 05/01/03 - 05/31/03 | $1,767.00 | $164.21 | $1,413.60 (80% of $1,767.00) | $164.21 |
| 8/5/03 #540 | 06/01/03 - 06/30/03 | $1,194.00 | $188.41 | $955.20 (80% of $1,194.00) | $188.41 |
| 9/18/03 #565 | 07/01/03 - 07/31/03 | $921.00 | $91.11 | $736.80 (80% of $921.00) | $91.11 |
| 10/3/03 #576 | 8/01/03- 8/31/03 | $1,820.00 | $603.48 | $1,456.00 (80% of $1,820.00) | $603.48 |
| 12/8/03 #602 | 9/1/03- 9/30/03 | $995.00 | $53.53 | $796.00 (80% of $995.00) | $53.53 |

| | | | | | |
|---|---|---|---|---|---|
| 12/22/03 #608 | 10/1/03-10/31/03 | $1,250.00 | $128.71 | $1,000.00 (80% of $1,250.00) | $128.71 |
| 1/15/04 #618 | 11/1/03-11/30/03 | $1,955.00 | $0.00 | $1,564.00 (80% of $1,955.00) | $0.00 |
| 3/10/04 #639 | 12/1/03-12/31/03 | $647.00 | $7.80 | $517.60 (80% of $647.00) | $7.80 |
| 3/15/04 #641 | 1/1/04-1/31/04 | $742.50 | $14.00 | $594.00 (80% of $742.50) | $14.00 |
| 3/24/04 #643 | 2/1/04-2/29/04 | $747.00 | $60.02 | $597.60 (80% of $747.00) | $60.02 |
| 4/26/04 #653 | 3/1/04-3/31/04 | $918.00 | $316.19 | $734.40 (80% of $918.00) | $316.19 |
| 5/14/04 #660 | 4/1/04-4/30/04 | $999.90 | $782.02 | $799.20 (80% of $999.90) | $782.02 |
| 6/29/04 #669 | 5/1/04-5/31/04 | $504.00 | $15.32 | $403.20 (80% of $504.00) | $15.32 |
| 8/4/04 #679 | 6/1/04-6/30/04 | $1,438.50 | $50.40 | $1,150.80 (80% of $1,438.50) | $50.40 |
| 8/16/04 #682 | 7/1/04-7/31/04 | $438.00 | $62.93 | $350.40 (80% of $438.00) | $62.93 |
| 10/12/04 #693 | 8/1/04-8/31/04 | $832.50 | $55.00 | $666.00 (80% of $832.50) | $55.00 |
| 11/15/04 #698 | 9/1/04-9/30/04 | $225.00 | $36.97 | $180.00 (80% of $225.00) | $36.97 |
| 12/9/04 #707 | 10/1/04-10/31/04 | $274.50 | $4.42 | N/A | N/A |
| 2/16/04 #721 | 11/1/04-11/30/04 | $2,106.00 | $341.80 | N/A | N/A |
| 2/16/05 #722 | 12/1/04-12/31/04 | $589.50 | $4.13 | N/A | N/A |
| 4/12/05 #732 | 1/1/05-1/31/05 | $702.00 | $210.58 | N/A | N/A |
| 4/12/05 #733 | 2/1/05-2/28/05 | $1,846.50 | $26.49 | N/A | N/A |
| 4/21/05 #737 | 3/1/05-3/31/05 | $2,988.00 | $505.15 | N/A | N/A |
| 5/23/05 #743 | 4/1/05-4/30/05 | $1,596.00 | $4,874.05 | N/A | N/A |