## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing in behalf of the Chapter 11 Bankruptcy Estate of W.R. GRACE & CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br><br>Defendants. | Adv. Proc. No. 02-2210 (JKF) |

### NOTICE OF APPLICATION

TO: PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on June 8, 2005, Ferry, Joseph & Pearce, P.A. filed and served its Thirty-Sixth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of May 1, 2005 through May 31, 2005 (the "Application") in the above-captioned adversary proceeding.

PLEASE TAKE FURTHER NOTICE that at the Court's request, this Application has been withdrawn from the above-captioned adversary proceeding and re-filed today in the main proceeding herein.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before *June 28, 2005 at 4:00 p.m.* prevailing Eastern Time and at the same time be served upon the undersigned counsel and the parties on the attached service list.

A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 28, 2005                    FERRY, JOSEPH & PEARCE, P.A.

                                       /s/ Theodore J. Tacconelli
                                       Michael B. Joseph (No. 392)
                                       Theodore J. Tacconelli (No. 2678)
                                       824 Market Street, Suite 904
                                       P.O. Box 1351
                                       Wilmington, DE 19899
                                       (302) 575-1555

                                       Local Counsel to the Official Committee of
                                       Asbestos Property Damage Claimants