# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Tel:   (302) 575-1555       Fax:   (302) 575-1714

W.R. Grace Fraudulent Transfer                    May 1, 2005 – May 31, 2005

Invoice No.     16548

RE:     W.R. Grace Fraudulent Transfer

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B18 | Fee Applications, Others - | 0.50 | 50.00 |
| B25 | Fee Applications, Applicant - | 7.50 | 898.00 |
| | **Total** | **8.00** | **$948.00** |
| | **Grand Total** | **8.00** | **$948.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 0.40 | 66.00 |
| Steven G. Weiler | 150.00 | 0.20 | 30.00 |
| Theodore J. Tacconelli | 240.00 | 0.80 | 192.00 |
| Legal Assistant - AD | 100.00 | 6.60 | 660.00 |
| **Total** | | **8.00** | **$948.00** |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| May-03-05 | *Fee Applications, Applicant* - draft Ferry, Joseph & Pearce's 1/05 Certificate of No Objection and Certificate of Service | 0.30 | AD |
| | *Fee Applications, Applicant* - draft Ferry, Joseph & Pearce's 2/05 Certificate of No Objection and Certificate of Service | 0.30 | AD |
| May-04-05 | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's 1/05 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's 2/05 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review docket; prepare for filing; and e-file and serve Certificate of No Objection for Ferry, Joseph & Pearce's 1/05 fee app | 0.50 | AD |
| | *Fee Applications, Applicant* - review docket; prepare for filing; and e-file and serve Certificate of No Objection for Ferry, Joseph & Pearce's 2/05 fee app | 0.50 | AD |
| May-07-05 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 4/05 prebill | 0.10 | TJT |
| May-12-05 | *Fee Applications, Applicant* - draft Ferry, Joseph & Pearce's Certificate of No Objection and Certificate of No Objection Certificate of Service for 3/05 fee app | 0.30 | AD |
| May-13-05 | *Fee Applications, Applicant* - prepare for filing, and e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection for 3/05 fee app | 0.50 | AD |
| May-18-05 | *Fee Applications, Others* - modify Ferry, Joseph & Pearce's 4/05 invoice; draft summary, notice and Certificate of Service for 4/05 fee app | 0.50 | AD |
| May-19-05 | *Fee Applications, Applicant* - Determine for Ferry, Joseph & Pearce's 4/05 Fee Application: $4,853.60 disbursement on 4/28/05 (.1); teleconference with Parcel's and review of docket re: same (.1) | 0.20 | SGW |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 4/06 fee app prior to filing | 0.10 | TJT |
| May-20-05 | *Fee Applications, Applicant* - trade emails with S Weiler re: need additional information concerning 4K Parcel charge for 4/05 fee app (x3); revise invoice to further explain 4K Parcel charge | 0.20 | AD |
| May-24-05 | *Fee Applications, Applicant* - begin drafting Ferry, Joseph & Pearce's 11th interim fee app | 0.30 | AD |
| May-25-05 | *Fee Applications, Applicant* - continue calculating quarterly totals and drafting Ferry, Joseph & Pearce's 11th interim quarterly fee app | 1.50 | AD |
| May-26-05 | *Fee Applications, Applicant* - confer with T. Tacconelli re: to include already approved fees in 11th quarterly that were omitted in holdback order (9/03-12/03 and 1/04-3/04); revise fee app doucments to include already approved fees in 11th quarterly; draft additional language explaining additional fees; confer with Coggins re: same | 1.50 | AD |
| May-31-05 | *Fee Applications, Applicant* - Review 12th quarterly Fee Application and confer with legal assistant re: same | 0.40 | LLC |
| | *Fee Applications, Applicant* - review and revise 11th quarterly fee app | 0.40 | TJT |
| | *Fee Applications, Applicant* - confer with L Coggins (x2) re: omitted fees from Ferry, Joseph & Pearce's exhibit in holdback order | 0.20 | AD |

| | | | |
|------|-------------|-------|--------|
| | Totals | 8.00 | |

**Total Fees & Disbursements**                                   $948.00

**Balance Due Now**

                                                                 $948.00