# EXHIBIT A

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|-------|-------------|
| | | | January | February | March | |
| Lund, Kenneth | Partner | $ 415.00 | 6.5 | 0 | 0 | $ 2,697.50 |
| Brown, Linnea | Partner | $ 425.00 | 2.9 | 0 | 0 | $ 1,232.50 |
| Neitzel, Charlotte | Partner | $ 375.00 | 5.1 | 0 | 0 | $ 1,912.50 |
| Harris, Colin | Partner | $ 350.00 | 0.3 | 0 | 0 | $ 105.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 4.4 | 1.1 | 0 | $ 1,650.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 24.3 | 0 | 0 | $ 3,159.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 3.7 | 0.7 | 0 | $ 704.00 |
| Newhams, Susan | Info. Specialist | $ 145.00 | 1 | 0 | 0 | $ 145.00 |
| | | | | | | |
| TOTAL | | | 48.2 | 1.8 | 0 | $ 11,605.50 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | January | February | March | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ 12.60 | $ 8.40 | $ - | $ 21.00 |
| Facsimilies | $ 53.00 | $ 288.00 | $ - | $ 341.00 |
| Long Distance Telephone | $ 4.30 | $ 7.60 | $ - | $ 11.90 |
| Outside Courier | $ - | $ 13.46 | $ - | $ 13.46 |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 406.72 | $ - | $ 406.72 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ 79.35 | $ 9.73 | $ - | $ 89.08 |
| Westlaw | $ 3.47 | $ - | $ - | $ 3.47 |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ 406.55 | $ - | $ 406.55 |
| Tab Stock | $ - | $ - | $ - | $ - |
|  |  |  |  | $ - |
| **TOTAL** | **$ 152.72** | **$ 1,140.46** | **$ -** | **$ 1,293.18** |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/22/04 | LB | Prepare for and telephone conference with Tyler Mace and KWLund re factual information re letter to DOJ and AUSA (.60); prepare follow-up correspondence to Tyler Mace re same (.30). | 0.90 | $   382.50 |
| 01/03/05 | MCL | Draft document re 104(e) response document production chronology pursuant to KWLund's request. | 7.50 | 975.00 |
| 01/04/05 | LB | Review correspondence from US responding to Grace letter re draft indictment (.20); review Elizabeth Anderson expert report and portions of Weis materials (1.00); draft email to Tyler Mace responding to his request re Weis risk memo (.40); telephone conference with Tyler Mace re same (.20); telephone conference with KWLund re same (.20). | 2.00 | 850.00 |
| 01/04/05 | CLN | Conference with Dori Kuchinsky re Whitehouse allegations (.30); identify Whitehouse documents to send to Dori Kuchinsky in response to her request for the source of Whitehouse allegations regarding 250 cases, more than 29 household and 11 non-occupational and documents critiquing Whitehouse studies (3.50). | 3.80 | 1,425.00 |
| 01/04/05 | MCL | Draft document re 104(e) response document production chronology pursuant to KWLund's request. | 7.00 | 910.00 |
| 01/05/05 | CLN | Conference with Jim Bentz re documents needed for upcoming meeting (.30); conference with Dori Kuchinsky and transmit documents requested by Jim Bentz to prepare for meeting with US on Friday (.70). | 1.00 | 375.00 |
| 01/05/05 | MCL | Finalize document re 104(e) response document production chronology (1.00); telephone conference with KWLund re same (.20); draft email to Tyler Mace re same (.30). | 1.50 | 195.00 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 692460 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/05/05 | JLS | Database research to locate documents for Tyler Mace of Kirkland and Ellis. | 0.80 | 128.00 |
| 01/14/05 | KJC | Telephone conference with KWLund re issues on Libby. | 0.20 | 60.00 |
| 01/18/05 | KJC | Review and revise email re US Attorney request. | 0.80 | 240.00 |
| 01/20/05 | CGH | Review email from KWLund re documents requested by client (.10); review archive file list and request additional boxes in search for PRI 2154 (.10); email to KWLund re status and location of same (.10). | 0.30 | 105.00 |
| 01/25/05 | KWL | Review draft response to DOJ at request of Tyler Mace (2.60); telephone conference with Tyler Mace re same (.40). | 3.00 | 1,245.00 |
| 01/25/05 | KJC | Respond to requests from Mark Grummer and Tyler Mace. | 2.20 | 660.00 |
| 01/26/05 | KWL | Telephone conference with KJCoggon re Kirkland & Ellis response letter (.30); review additional EPA documentation re DOJ response issues (1.80); review draft letter to DOJ at request of Tyler Mace (.90). | 3.00 | 1,245.00 |
| 01/26/05 | MCL | Locate and provide documents and information re 104(c) responses for KJCoggon (1.00). | 1.00 | 130.00 |
| 01/27/05 | JLS | Respond to request from Bob Merriam for documents shipments to expanding plants including conferences with KJCoggon (0.20); database research re same (1.40); read and respond to e-mails re same (0.20). | 1.80 | 288.00 |
| 01/28/05 | CLN | Telephone conference with Dori Kuchinsky re Whitehouse letter on Asbestos Legislation (.20); conference with SCHaraldson re location of same (.10). | 0.30 | 112.50 |
| 01/28/05 | SKN | Search for written testimony to Senate Judiciary Committee by Alan Whitehouse re impact of pending asbestos legislation on citizens of Libby, Montana. | 1.00 | 145.00 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 692460 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/31/05 | KWL | Telephone conference with Richard Finke re Grace shipping records (.20); conference with KJCoggon re same (.30). | 0.50 | 207.50 |
| 01/31/05 | KJC | Respond to inquiry from Kirkland & Ellis and client (0.90); conference with KWLund re same (0.30). | 1.20 | 360.00 |
| 01/31/05 | MCL | Read and respond to e-mails re requests for documents and production box information from Matthew Murphy (.50); research databases to locate information re same (3.50); draft spreadsheet re same (3.00); conference with KJCoggon re task assignments (.30). | 7.30 | 949.00 |
| 01/31/05 | JLS | Respond to request from Bob Merriam for documents shipments to expanding plants including conferences with KJCoggon (0.20); review Eschenbach documents (0.90). | 1.10 | 176.00 |

**Total Fees Through January 31, 2005:    48.20   $   11,163.50**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| LB | Linnea Brown | Partner | $ 425.00 | 2.90 | $   1,232.50 |
| KWL | Kenneth W. Lund | Partner | 415.00 | 6.50 | 2,697.50 |
| CLN | Charlotte L. Neitzel | Partner | 375.00 | 5.10 | 1,912.50 |
| CGH | Colin G. Harris | Partner | 350.00 | 0.30 | 105.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 4.40 | 1,320.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 3.70 | 592.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 24.30 | 3,159.00 |
| SKN | Susan Newhams | Information Specialist | 145.00 | 1.00 | 145.00 |
| | | **Total Fees:** | | **48.20   $   11,163.50** | |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/13/04 | | Long Distance Telephone: 4105314355, 15 Mins., TranTime:09:25 | $ 1.40 |
| 12/16/04 | | Long Distance Telephone: 2028795177, 28 Mins., TranTime:16:01 | 2.70 |
| 12/17/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-906-23566; DATE: 12/17/2004 - Courier, Acct. 0802-0410-8. 12-10; Christopher Chiou Washington, DC | 41.92 |
| 12/17/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-906-23566; DATE: 12/17/2004 - Courier, Acct. 0802-0410-8. 12-14; Christopher Chiou Washington, DC | 16.92 |
| 12/24/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-920-03606; DATE: 12/24/2004 - Courier, Acct. 0802-0410-8. 12-17; Richard Senfteben Boca Raton, Fl | 20.51 |
| 01/04/05 | 53 | Facsimile | 53.00 |
| 01/21/05 | 84 | Photocopy | 12.60 |
| 01/28/05 | 1 | Westlaw | 3.47 |
| | | **Total Disbursements:** | **$ 152.52** |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 692460 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 12.60 |
| Facsimile | | 53.00 |
| Long Distance Telephone | | 4.10 |
| Federal Express | | 79.35 |
| Westlaw | | 3.47 |
| **Total Disbursements:** | **$** | **152.52** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *219.96* |
| 667181 | 05/17/04 | Bill | | 568.45 |
| | 02/15/05 | Cash Receipt | | -61.38 |
| | *Outstanding Balance on Invoice 667181:* | | *$* | *0.00* |
| 671980 | 07/09/04 | Bill | | 2,748.36 |
| | 02/15/05 | Cash Receipt | | -507.10 |
| | *Outstanding Balance on Invoice 671980:* | | *$* | *0.00* |
| 674800 | 08/12/04 | Bill | | 765.34 |
| | 12/23/04 | Cash Receipt | | -659.34 |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 696896 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Regarding: Libby, Montana Asbestos

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 02/01/05 | JLS | Review documents re ore shipments from Libby for KJCoggon. | 0.70 | $ | 112.00 |
| 02/22/05 | KJC | Conference with JLSherman re documents and search. | 0.40 | | 120.00 |
| 02/28/05 | KJC | Telephone conferences with Jim Freeman and email exchange with client re Libby ore shipments. | 0.70 | | 210.00 |
| | | **Total Fees Through February 28, 2005:** | **1.80** | **$** | **442.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 1.10 | $ | 330.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 0.70 | | 112.00 |
| | | **Total Fees:** | | **1.80** | **$** | **442.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/14/05 | | Other Expense: IRON MOUNTAIN RECORDS AL-10986 Document Storage December 2004 | $ | 203.36 |
| 01/24/05 | | Other Expense: IRON MOUNTAIN RECORDS P566542 Document Storage | | 203.36 |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 696896 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/31/05 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7256289; DATE: 1/31/2005 - Courier, Acct. HO7068. 01-25; Katheryn Coggon | 13.46 |
| 02/01/05 | 56 | Photocopy | 8.40 |
| 02/02/05 | | Long Distance Telephone: 6174265900, 11 Mins., TranTime:13:01 | 1.00 |
| 02/03/05 | | Document Production: VENDOR: Document Technologies Inc.; INVOICE#: 167693; DATE: 2/3/2005 - Heavy Litigation, Copies, Binding, File Folders | 406.55 |
| 02/03/05 | 77 | Facsimile | 77.00 |
| 02/03/05 | 63 | Facsimile | 63.00 |
| 02/03/05 | 84 | Facsimile | 84.00 |
| 02/03/05 | 64 | Facsimile | 64.00 |
| 02/04/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-991-43888; DATE: 2/4/2005 - Courier, Acct. 0802-0410-8. 02-01; Richard Senftleben Boca Raton, Fl | 9.73 |
| 02/17/05 | | Long Distance Telephone: 2028795177, 66 Mins., TranTime:09:32 | 6.60 |

**Total Disbursements:**                                    **$    1,140.46**

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 696896 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Disbursement Summary

| | | |
|---|---|---:|
| Document Production | $ | 406.55 |
| Photocopy | | 8.40 |
| Facsimile | | 288.00 |
| Long Distance Telephone | | 7.60 |
| Outside Courier | | 13.46 |
| Federal Express | | 9.73 |
| Other Expense | | 406.72 |
| **Total Disbursements:** | **$** | **1,140.46** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $ | *219.96* |
| 667181 | 05/17/04 | Bill | | 568.45 |
| | 02/15/05 | Cash Receipt | | -61.38 |
| | | *Outstanding Balance on Invoice 667181:* | $ | *0.00* |
| 671980 | 07/09/04 | Bill | | 2,748.36 |
| | 02/15/05 | Cash Receipt | | -507.10 |
| | | *Outstanding Balance on Invoice 671980:* | $ | *0.00* |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | January | February | March | |
| Flaagan, Elizabeth | Partner | $    325.00 | 1.3 | 0.5 | 1 | $    910.00 |
| Haag, Susan | Paralegal | $    135.00 | 4 | 3.8 | 2.3 | $    1,363.50 |
| | | | | | | |
| TOTAL | | | 5.3 | 4.3 | 3.3 | $    2,273.50 |

**Bankruptcy Matters - 00390**

| Description | January | February | March | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Photocopies | $ 16.50 | $ 21.75 | $ 9.00 | $ 47.25 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ 16.62 | $ 19.46 | $ 19.20 | $ 55.28 |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ 842.11 | $ 1,805.92 | $ 2,648.03 |
| Postage | $ - | $ - | $ - | $ - |
|  |  |  |  |  |
| **TOTAL** | **$ 33.12** | **$ 883.32** | **$ 1,834.12** | **$ 2,750.56** |

Holme Roberts & Owen LLP

February 15, 2005

'.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**garding: Bankruptcy Matters**

### Itemized Services

| 'ate | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 1/03/05 | EKF | Review and finalize October 2004 monthly fee application. | 0.20 | $ | 65.00 |
| 1/03/05 | SH | Calculate October 2004 monthly fee application. | 1.40 | | 189.00 |
| 1/04/05 | SH | Compile October 2004 monthly fee application. | 0.40 | | 54.00 |
| 1/11/05 | EKF | Review and revise December 2004 prebill/invoice. | 0.30 | | 97.50 |
| 1/27/05 | EKF | Review and revise monthly fee application for November 2004. | 0.30 | | 97.50 |
| 1/27/05 | SH | Draft November fee application (.80); compile and file November fee application (.30); draft December fee application (.80). | 1.90 | | 256.50 |
| 1/28/05 | EKF | Initial review of amended disclosure statement. | 0.50 | | 162.50 |
| 1/28/05 | SH | Compile and file December fee application. | 0.30 | | 40.50 |
| | | **Total Fees Through January 31, 2005:** | **5.30** | **$** | **962.50** |

### Timekeeper Rate Summary

| nitials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KF | Elizabeth Flaagan | Partner | $ 325.00 | 1.30 | $ | 422.50 |
| H | Susan Haag | Paralegal | 135.00 | 4.00 | | 540.00 |
| | | **Total Fees:** | | **5.30** | **$** | **962.50** |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 696896 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 02/07/05 | SH | Calculate fifteenth interim fee application charts. | 1.70 | $ | 229.50 |
| 02/08/05 | EKF | Review, revise and finalize fifteenth interim quarterly fee application. | 0.50 | | 162.50 |
| 02/08/05 | SH | Draft fifteenth interim fee application. | 1.50 | | 202.50 |
| 02/09/05 | SH | Review prior fee applications to assist accounting with application of funds paid. (1.80 hours N/C) | 0.00 | | 0.00 |
| 02/11/05 | SH | Compile and file fifteenth interim fee application. | 0.60 | | 81.00 |
| | | **Total Fees Through February 28, 2005:** | **4.30** | **$** | **675.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 0.50 | $ | 162.50 |
| SH | Susan Haag | Paralegal | 135.00 | 3.80 | | 513.00 |
| SH | Susan Haag | Paralegal | 0.00 | 0.00 | | 0.00 |
| | | **Total Fees:** | | **4.30** | **$** | **675.50** |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

Page          15
Invoice No.:  696896
Client  No.:  04339
Matter  No.:  00390

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 12/30/04 | | Consulting Fee: MORRIS JAMES HITCHENS & W 271742 HRO Legal Fees and Costs in WRGrace Case | $ | 842.11 |
| 01/07/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-942-06800; DATE: 1/7/2005 - Courier, Acct. 0802-0410-8. 01-04; William Weller Wilmington, De | | 9.73 |
| 02/04/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-991-43888; DATE: 2/4/2005 - Courier, Acct. 0802-0410-8. 01-27; William Weller Wilmington, De | | 9.73 |
| 02/07/05 | 37 | Photocopy | | 5.55 |
| 02/11/05 | 108 | Photocopy | | 16.20 |
| | | **Total Disbursements:** | $ | **883.32** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 842.11 |
| Photocopy | | 21.75 |
| Federal Express | | 19.46 |
| **Total Disbursements:** | **$** | **883.32** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |

Holme Roberts & Owen LLP

April 20, 2005

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 698544 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 03/01/05 | SH | Begin calculating January monthly fee application. | 0.50 | $ | 67.50 |
| 03/02/05 | SH | Finalize January monthly fee application. | 1.40 | | 189.00 |
| 03/04/05 | SH | Compile January fee application for filing. | 0.40 | | 54.00 |
| 03/15/05 | EKF | Review fee auditor's final report for the fourteenth interim period (.20); review and revise February 2005 invoices [prebills] (.80). | 1.00 | | 325.00 |

| | | **Total Fees Through March 31, 2005:** | **3.30** | **$** | **635.50** |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.00 | $ | 325.00 |
| SH | Susan Haag | Paralegal | 135.00 | 2.30 | | 310.50 |

| | | | **Total Fees:** | **3.30** | **$** | **635.50** |
|---|---|---|---|---|---|---|

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/18/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-376-72011; DATE: 2/18/2005 - Courier, Acct. 0802-0410-8. 02-11; William Weller Wilmington, De | $ | 9.60 |

Holme Roberts & Owen LLP

April 20, 2005

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 698544 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/22/05 | | Consulting Fee: MORRIS JAMES HITCHENS & W 273349 Professional Services HRO fees and Costs in WR Grace Case through 123104 | 1,202.25 |
| 03/04/05 | 60 | Photocopy | 9.00 |
| 03/11/05 | | Consulting Fee: MORRIS JAMES HITCHENS & W 274274 Professional Services through January 31 2005 WR Grace | 603.67 |
| 03/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-414-04743; DATE: 3/11/2005 - Courier, Acct. 0802-0410-8. 03-04; William Weller Wilmington, De | 9.60 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **1,834.12** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,805.92 |
| Photocopy | | 9.00 |
| Federal Express | | 19.20 |
| **Total Disbursements:** | **$** | **1,834.12** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $   *16.41* |

**Ninth Circuit Appeal - 00420**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|-------|-------------|
| | | | January | February | March | |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 26 | 36.2 | 0 | $ 18,660.00 |
| Brown, Linnea | Partner | $ 425.00 | 13.6 | 0 | 0 | $ 5,780.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 1.7 | 0 | 0 | $ 272.00 |
| Floyd, Mary Beth | Info. Specialist | $ 135.00 | 2.3 | 0 | 0 | $ 310.50 |
| | | | | | | |
| TOTAL | | | 43.6 | 36.2 | - | $ 25,022.50 |

## Ninth Circuit Appeal - 00420

| Description | January | | February | | March | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Parking | $ | - | $ | 88.76 | $ | - | $ | 88.76 |
| Photocopies | $ | 102.30 | $ | 0.75 | $ | - | $ | 103.05 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | 3.10 | $ | - | $ | 3.10 |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | 19.84 | $ | - | $ | - | $ | 19.84 |
| Service of Process | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | 199.50 | $ | - | $ | - | $ | 199.50 |
| Meal Expenses | $ | - | $ | 182.87 | $ | - | $ | 182.87 |
| Travel Expense | $ | - | $ | 1,492.73 | $ | - | $ | 1,492.73 |
| Color Copies | $ | 3.25 | $ | - | $ | - | $ | 3.25 |
| Other Expenses | $ | 0.35 | $ | - | $ | - | $ | 0.35 |
| Consulting Fee | $ | - | $ | 6,319.50 | $ | - | $ | 6,319.50 |
| | | | | | | | | |
| TOTAL | $ | 325.24 | $ | 8,087.71 | $ | - | $ | 8,412.95 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 692460 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/12/05 | KJC | Review email and material re preparation for oral argument. | 0.50 | $   150.00 |
| 01/14/05 | KJC | Telephone conference with LBrown re preparation for oral argument. | 0.30 | 90.00 |
| 01/18/05 | KJC | Telephone conference with Chris Landau re preparation for appeal hearing (.20); preparation for appeal hearing (2.60). | 2.80 | 840.00 |
| 01/20/05 | LB | Scope work re 9th Circuit oral argument preparation assistance (.10); telephone conference with KJCoggon re same (.10); voice mail to MBFloyd re same (.10). | 0.30 | 127.50 |
| 01/20/05 | KJC | Preparation for appeal hearing including telephone conference with LBrown. | 4.20 | 1,260.00 |
| 01/21/05 | KJC | Prepare for appeal hearing. | 1.30 | 390.00 |
| 01/21/05 | MBF | Lexis search for cases cited in appellate briefs for LBrown. | 2.30 | 310.50 |
| 01/23/05 | LB | Prepare for meeting with KJCoggon re 9th Circuit oral argument including review of cases. | 6.50 | 2,762.50 |
| 01/24/05 | LB | Complete review of cases (3.00); conference with KJCoggon re same re preparation for her meetings with Kirkland & Ellis re appeal (3.80). | 6.80 | 2,890.00 |
| 01/24/05 | KJC | Preparation for appeal hearing including conference with LBrown. | 4.80 | 1,440.00 |
| 01/25/05 | KJC | Telephone conference with Chris Landau re preparation for oral argument (1.20); preparation for oral argument (1.10). | 2.30 | 690.00 |
| 01/26/05 | KJC | Telephone conference with Chris Landau and John O'Quinn re oral argument. | 2.80 | 840.00 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/27/05 | KJC | Preparation for oral argument. | 1.70 | 510.00 |
| 01/30/05 | KJC | Preparation for oral argument. | 0.80 | 240.00 |
| 01/31/05 | KJC | Preparation for oral argument. | 4.50 | 1,350.00 |
| 01/31/05 | JLS | Respond to request from Kirkland & Ellis re documents for appeal brief including database research (1.40); conferences with KJCoggon re same (0.30). | 1.70 | 272.00 |

**Total Fees Through January 31, 2005:**    **43.60**    **$  14,162.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| LB | Linnea Brown | Partner | $ 425.00 | 13.60 | $ | 5,780.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 26.00 | | 7,800.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 1.70 | | 272.00 |
| MBF | Mary Beth Floyd | Information Specialist | 135.00 | 2.30 | | 310.50 |

**Total Fees:**    **43.60**    **$  14,162.50**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/31/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-931-53203; DATE: 12/31/2004 - Courier, Acct. 0802-0410-8. 12-22; Chris Landau Washington, DC | $ | 9.92 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 692460 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/31/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-931-53203; DATE: 12/31/2004  -  Courier, Acct. 0802-0410-8. 12-22; Tyler Mace Washington, DC | 9.92 |
| 01/21/05 | 1 | Lexis | 99.22 |
| 01/24/05 | 1 | Lexis | 100.28 |
| 01/31/05 | 5 | Color Photocopy | 3.25 |
| 01/31/05 | 328 | Photocopy | 49.20 |
| 01/31/05 | 8 | Photocopy | 1.20 |
| 01/31/05 | 292 | Photocopy | 43.80 |
| 01/31/05 | 54 | Photocopy | 8.10 |
| 01/31/05 | 7 | Tab Stock | 0.35 |

**Total Disbursements:**                    $     **325.24**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 102.30 |
| Federal Express | | 19.84 |
| Lexis | | 199.50 |
| Color Photocopy | | 3.25 |
| Tab Stock | | 0.35 |

**Total Disbursements:**    $     **325.24**

Computer-assisted legal research, such as Lexis and Westlaw, is used for the direct benefit of our clients, saving a significant amount of time required by an attorney performing the same function manually.  We pass on to you only our cost of this service, as reflected above, as a substantial reduction in the overall cost of delivering our legal services.

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 696896 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/05 | KJC | Travel to Washington D.C. for meetings re preparation for oral argument (3.0) (3.0 N/C) (NWT 50%); prepare for oral argument (8.0). | 11.00 | $ 3,300.00 |
| 02/02/05 | KJC | Mock trial and preparation for appeal hearing (6.0); travel from Washington D.C. to Denver (3.0) (3.0 N/C) (NWT 50%). | 9.00 | 2,700.00 |
| 02/04/05 | KJC | Travel from Denver to Seattle for appeal hearing (2.5) (2.5 N/C) (NWT 50%); preparation for appeal hearing (2.5). | 5.00 | 1,500.00 |
| 02/06/05 | KJC | Prepare for oral argument. | 2.00 | 600.00 |
| 02/07/05 | KJC | Prepare for and attend oral argument before Ninth Circuit. | 4.50 | 1,350.00 |
| 02/11/05 | KJC | Telephone conference with W. Corcoran re oral argument (.5); review and respond to e-mail re further correspondence related to oral argument (.5). | 1.00 | 300.00 |
| 02/12/05 | KJC | Travel from Seattle to Denver (3.0) (3.0 N/C) (NWT 50%). | 3.00 | 900.00 |
| 02/14/05 | KJC | Follow up re appeal. | 0.40 | 120.00 |
| 02/15/05 | KJC | Follow up re oral argument on appeal (0.3). | 0.30 | 90.00 |

**Total Fees Through February 28, 2005:** **36.20** **$ 10,860.00**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 36.20 | $ 10,860.00 |
| | | **Total Fees:** | | **36.20** | **$ 10,860.00** |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 696896 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/21/04 | | Consulting Fee: VENDOR: PriceWaterhouse Coopers LLP; INVOICE#: 9305-001260-3; DATE: 5/21/2004 - Professional Services rendered from October 1, 2003 through April 30, 2004 re W.R Grace & Company | $ 6,319.50 |
| 01/13/05 | | Travel Expense: VENDOR: Majest International; INVOICE#: 27979; DATE: 1/13/2005 - Air fare for KJCoggon from Denver to Wash/Dulles to Denver 02/01-02/03/05 (Prep for appeal hearing) | 464.39 |
| 01/18/05 | | Travel Expense: VENDOR: Majest International; INVOICE#: 28045; DATE: 1/18/2005 - Air fare for KJCoggon from Denver to Seattle to Denver 02/04-02/12/05 (Appeal Hearing) | 268.40 |
| 01/31/05 | | Long Distance Telephone: 2028795213, 17 Mins., TranTime:09:51 | 1.70 |
| 01/31/05 | | Long Distance Telephone: 9018202023, 14 Mins., TranTime:14:06 | 1.40 |
| 02/01/05 | | Other Meal Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Meals for one person (2/1 breakfast $8.00; 2/1 dinner $59.90; 2/2 breakfast $23.67; and 2/2 dinner $12.00) | 103.57 |
| 02/01/05 | | Parking: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Parking | 30.00 |
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Tips | 3.00 |
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Taxis (2/1 taxi Dulles Airport to hotel $46.00; 2/2 taxi hotel to Dulles Airport $51.00) | 97.00 |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 696896 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE# 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Mileage | 16.20 |
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE# 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Airfare - change fee for early return | 100.00 |
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE# 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Hotel (one night at $246.18 per night) | 246.18 |
| 02/06/05 | | Other Meal Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Meals for one person (2/6 dinner $35.28; 2/7 breakfast $35.52; 2/12 lunch $8.50) | 79.30 |
| 02/06/05 | | Parking: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Parking | 58.76 |
| 02/06/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Tips | 12.00 |
| 02/06/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Mileage | 32.40 |
| 02/06/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Hotel (one night at $253.16 per night) | 253.16 |
| 02/17/05 | 5 | Photocopy | 0.75 |

| | | | |
|---|---|---|---|
| | | **Total Disbursements:** | **$    8,087.71** |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

Page             22
Invoice No.:   696896
Client  No.:    04339
Matter  No.:   00420

## Disbursement Summary

| | | |
|---|---|---:|
| Consulting Fee | $ | 6,319 50 |
| Parking | | 88 76 |
| Photocopy | | 0 75 |
| Long Distance Telephone | | 3 10 |
| Travel Expense | | 1,492 73 |
| Other Meal Expense | | 182 87 |
| **Total Disbursements:** | **$** | **8,087 71** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | *$   1,529.83* |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |
| | 10/19/04 | Cash Receipt | -3,457.23 |
| | *Outstanding Balance on Invoice 661254:* | | *$   606.53* |
| 667181 | 05/17/04 | Bill | 24,421.15 |
| | 02/15/05 | Cash Receipt | -4,110.75 |
| | *Outstanding Balance on Invoice 667181:* | | *$   0.00* |