# **EXHIBIT B**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth Lund | Partner | Environmental | $415.00 | 6.5 | $2,697.50 |
| Linnea Brown | Partner | Environmental | $425.00 | 16.5 | $7,012.50 |
| Charlotte Neitzel | Partner | Environmental | $375.00 | 5.1 | $1,912.50 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $325.00 | 2.8 | $910.00 |
| Colin Harris | Partner | Litigation | $350.00 | 0.3 | $105.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $300.00 | 67.7 | $20,310.00 |
| Joan Sherman | Paralegal | Environmental | $160.00 | 6.1 | $976.00 |
| Susan Haag | Paralegal | Bankruptcy | $135.00 | 10.1 | $1,363.50 |
| Carla Latuda | Paralegal | Environmental | $130.00 | 24.3 | $3,159.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $135.00 | 2.3 | $310.50 |
| Susan Newhams | Info. Spec. | Environmental | $145.00 | 1.0 | $145.00 |
| **TOTAL** | | | | **142.7** | **$38,901.50** |