# EXHIBIT C

| DESCRIPTION | TOTAL | |
|---|---|---|
| Parking | | $88.76 |
| Photocopies | | $171.30 |
| Facsimiles | | $341.00 |
| Long Distance Telephone | | $15.00 |
| Outside Courier | | $13.46 |
| Travel Expense | | $1,492.73 |
| Lexis | | $199.50 |
| Meal Expenses | | $182.87 |
| Tab Stock | | $0.35 |
| Other Expenses | | $406.72 |
| Westlaw | | $3.47 |
| Federal Express | | $164.20 |
| Color Copies | | $3.25 |
| Document Production | | $406.55 |
| Professional Billable Services | | $2,648.03 |
| Consulting Fee | | $6,319.50 |
| Research Services | | $0.00 |
| **TOTALS** | | **$12,456.69** |