## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | (Jointly-Administered) |
| _____ ) | |
| ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PERSONAL INJURY CLAIMANTS and ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PROPERTY DAMAGE CLAIMANTS OF ) | |
| W.R. GRACE & CO., suing on behalf of the ) | |
| Chapter 11 Bankruptcy Estate of W.R. ) | Adv. Proc. No. 02-2210 (JKF) |
| GRACE & CO., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| -against- ) | |
| ) | |
| SEALED AIR CORPORATION and ) | |
| CRYOVAC, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 8696[1]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Eleventh Quarterly Fee Application Request of Ferry, Joseph & Pearce, P.A. For Approval And Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for The Period of January 1, 2005 through March 31, 2005 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears

---

[1] This Application was formerly docket no. 744 in adversary proceeding no. 02-2210 (JKF).

thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 22, 2005.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Dated: June 28, 2005

Local Counsel to the Official Committee of Asbestos Property Damage Claimants