IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>)<br>W.R. GRACE & CO., et al. )<br>)<br>Debtors. )<br>)<br>) | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>**(Jointly Administered)**<br>Ref. Docket No. 8378<br>Deadline to Object: September 9, 2005<br>Hearing: September 26, 2005 at 12:00 p.m. |

**NOTICE OF HEARING DATE AND DEADLINE TO OBJECT
TO SWIDLER BERLIN LLP FOURTH QUARTERLY
FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2005 THROUGH MARCH 31, 2005**

**PLEASE TAKE NOTICE** that Swidler Berlin LLP, counsel to David T. Austern, the Future Claimants' Representative ("FCR") has filed with the Court on May 6, 2005, a Fourth Quarterly Fee Application for Compensation and Reimbursement of Expenses incurred during the time period January 1, 2005 through March 31, 2005, Docket No. 8378. The Application inadvertently set forth the incorrect objection deadline and did not include a hearing date. Please note that the deadline to object to the Application is September 9, 2005 and the hearing date is September 26, 2005 at 12:00 p.m.

Any questions regarding this Notice or otherwise may be directed to undersigned counsel for the FCR.

Dated: June 28, 2005

SWIDLER BERLIN LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
Future Claimants' Representative

## CERTIFICATE OF SERVICE

     I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on June 28, 2005, I caused a copy of the foregoing Notice of Corrected Hearing Date and Deadline to Object relating to Docket Entry No. 8378 to be served upon those persons listed in the attached Service List.

                                            _/s/ Debra O. Fullem_
                                            Debra O. Fullem, Senior Legal Assistant
                                            Swidler Berlin LLP

## SERVICE LIST

*Regular Mail*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Regular Mail*
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
 Wilmington, DE  19801
*Email:* **feeaudit@whsmithlaw.com** *and* **slbossay@whsmithlaw.com**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
 Suite 1275
Dallas, TX  75201

*E-mail: william.sparks@grace.com and john.port@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044
*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
 Steven M. Yoder, Esquire
 The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
 Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP