## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| Debtor. | ) | Objection Date: July 18, 2005 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### TWELFTH MONTHLY INTERIM APPLICATION OF
### CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Twelfth Monthly Application of CIBC World Markets Corp. for Compensation for

Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time

period May 1, 2005 through May 31, 2005 seeking payment of fees in the amount of $80,000.00

(80% of $100,000.00) and reimbursement of expenses in the amount of $2,926.99

(the "Application") for a total of $82,926.99.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **July 18, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of

Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By: _____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: June 28, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | **Case No. 01-1139 (JKF)** |
| | **Jointly Administered** |
| **Debtor.** | Objection Date: July 18, 2005 at 4:00 p.m. |
| | Hearing: Scheduled if Necessary (Negative Notice) |

### TWELFTH MONTHLY INTERIM APPLICATION OF
### CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
### TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### MAY 1, 2005 THROUGH MAY 31, 2005

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004 |
| Period for which compensation and reimbursement is sought: | May 1, 2005 – May 31, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $2,926.99 |

This is a   _x_ monthly         ___ interim         ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $100,000.00.

### COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

#### MAY 2005

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 125.50 | NA |
| Financial Analysis Related | 90.25 | NA |
| Hearing Attendance | 1.00 | NA |
| TOTAL | 216.75 | NA |

### EXPENSE SUMMARY (Exhibit B, Expense Detail)

#### MAY 2005

| Expense Category | Total |
|---|---|
| Meals | $   240.28 |
| Air fare | 883.35 |
| Hotel | 530.70 |
| Transportation | 10.00 |
| Telephone | 83.78 |
| Research | 80.16 |
| Desktop Publishing & Document Production | 1,098.72 |
| Total Expenses: | $   2,926.99 |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____

Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: _____, 2005

---

[2] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Ritwik Chatterjee | 5/1/2005 | 4.3 | Business Operations | Prepare report to FCR; related financial analysis |
| David Jaffee | 5/1/2005 | 6.0 | Financial Analysis | Financial analysis in connection with Preparation of report to FCR |
| Joseph Radecki | 5/2/2005 | 6.3 | Business Operations | Review and prepare FCR report; review related financial analysis; review pension information and documents |
| Jonathan Brownstein | 5/2/2005 | 8.5 | Due Diligence Review | Review of Grace due diligence to date and industry/competitor review; update of FCR presentation |
| Ritwik Chatterjee | 5/2/2005 | 9.3 | Business Operations | Prepare report to FCR; related financial analysis |
| David Jaffee | 5/2/2005 | 8.3 | Financial Analysis | Financial analysis in connection with Preparation of report to FCR |
| Joseph Radecki | 5/3/2005 | 6.3 | Business Operations | Review of March 2005 Monthly Operating Report; Review of document on Bermuda issue from Blackstone; Review financial analysis |
| Jonathan Brownstein | 5/3/2005 | 7.0 | Financial Analysis | Review/update of valuation analysis for Q1; Review of March 2005 Monthly Operating Report; Review of Bermuda claim |
| Ritwik Chatterjee | 5/3/2005 | 10.0 | Business Operations | Review of March 2005 Monthly Operating Report; Materials on Bermuda issue from Blackstone, Prepare report to FCR; related financial analysis |
| David Jaffee | 5/3/2005 | 7.3 | Financial Analysis | Review monthly operating report and analyze vs. prior periods; assist in financial analysis and drafting of FCR report |
| Joseph Radecki | 5/4/2005 | 4.0 | Business Operations | Travel to meeting with FCR |
| Jonathan Brownstein | 5/4/2005 | 4.0 | Business Operations | Travel to meeting with FCR |
| Ritwik Chatterjee | 5/4/2005 | 4.0 | Business Operations | Travel to meeting with FCR |
| Joseph Radecki | 5/5/2005 | 7.0 | Business Operations | Detailed Review of Grace with FCR (incl. Return travel); Financial call with Company management & Blackstone |
| Jonathan Brownstein | 5/5/2005 | 7.0 | Business Operations | Detailed Review of Grace with FCR (including return travel time); Q1 Conference Call with Management |
| Ritwik Chatterjee | 5/5/2005 | 6.8 | Business Operations | Detailed Review of Grace with FCR (including travel Washington - NY); Q1 financial review call with Company |
| Jonathan Brownstein | 5/6/2005 | 3.3 | Business Operations | Review of pension motion and documents; internal discussions re: same |
| Ritwik Chatterjee | 5/6/2005 | 4.0 | Business Operations | Review and analysis of pension motion and documents; CIBC team meeting re: same matter |
| Ritwik Chatterjee | 5/9/2005 | 2.5 | Business Operations | Review and analysis of pension motion and documents |
| David Jaffee | 5/9/2005 | 4.0 | Business Operations | Financial analysis of industry; Analysis of pension issues |
| Joseph Radecki | 5/10/2005 | 2.0 | Business Operations | Review and analysis of pension motion and documents |
| Ritwik Chatterjee | 5/10/2005 | 3.8 | Business Operations | Review and analysis of pension motion and documents |
| David Jaffee | 5/10/2005 | 3.3 | Business Operations | Analysis of pension issues |
| Jonathan Brownstein | 5/11/2005 | 2.5 | Financial Review | Financial analysis; Review of industry/competitors |
| Joseph Radecki | 5/12/2005 | 4.3 | Financial Review | Internal discussions re industry/competitors; Review and analysis of pension motion and documents |
| Jonathan Brownstein | 5/12/2005 | 3.5 | Financial Review | Financial analysis; Review of industry/competitors |
| Ritwik Chatterjee | 5/12/2005 | 3.8 | Financial Review | Review of industry/competitors and comparable results |
| David Jaffee | 5/12/2005 | 5.0 | Financial Analysis | Financial analysis; Review of industry/competitors |
| Jonathan Brownstein | 5/13/2005 | 3.0 | Business Operations | Review and analysis of pension motion and documents |
| David Jaffee | 5/13/2005 | 6.3 | Financial Analysis | Financial analysis; Review of industry/competitors |
| Joseph Radecki | 5/16/2005 | 0.5 | Business Operations | Call with JB re: hearing update |
| Jonathan Brownstein | 5/16/2005 | 1.0 | Hearing Attendance | Hearing attendance via telephone; internal discussion with JR re: same |
| David Jaffee | 5/16/2005 | 4.8 | Financial Analysis | Financial analysis; Review of industry/competitors |
| David Jaffee | 5/17/2005 | 3.0 | Business Operations | Review of industry/competitors |
| Jonathan Brownstein | 5/18/2005 | 1.5 | Business operations | Review Siegel motion |
| David Jaffee | 5/18/2005 | 1.0 | Business Operations | Review Siegel motion |
| Joseph Radecki | 5/19/2005 | 1.0 | Business operations | Review motion on Siegel |
| Jonathan Brownstein | 5/19/2005 | 3.0 | Financial Analysis | Financial analysis; Review of competitors |
| Ritwik Chatterjee | 5/19/2005 | 2.0 | Business operations | Review Siegel motion |
| David Jaffee | 5/19/2005 | 5.0 | Financial Analysis | Financial analysis of competitors |
| Ritwik Chatterjee | 5/20/2005 | 3.0 | Financial Analysis | Various financial analysis |
| Ritwik Chatterjee | 5/23/2005 | 1.8 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 5/24/2005 | 1.8 | Financial Analysis | Review financial analysis |
| Jonathan Brownstein | 5/24/2005 | 2.0 | Business Operations | Review Cytec motion; internal discussions re: same |
| David Jaffee | 5/24/2005 | 2.0 | Business Operations | Read motion regarding; internal discussions re: same |
| Joseph Radecki | 5/25/2005 | 1.0 | Business Operations | Review motion on Cytec; internal CIBC team meeting re: Cytec |
| Jonathan Brownstein | 5/25/2005 | 1.5 | Business Operations | Review Cytec motion |
| Ritwik Chatterjee | 5/25/2005 | 1.3 | Business Operations | Review Cytec motion; internal CIBC team meeting re: same matter |
| David Jaffee | 5/25/2005 | 1.0 | Business Operations | Review Cytec Industries' motion |
| Ritwik Chatterjee | 5/26/2005 | 2.5 | Financial Analysis | Various financial analysis |
| David Jaffee | 5/26/2005 | 4.0 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 5/27/2005 | 2.0 | Financial Review | Review of industry competitors and related analysis |
| Jonathan Brownstein | 5/27/2005 | 2.3 | Financial Review | Financial analysis; Review of industry |
| Ritwik Chatterjee | 5/27/2005 | 2.0 | Financial Review | Review of industry competitors and related analysis |
| David Jaffee | 5/27/2005 | 4.5 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 5/30/2005 | 1.5 | Business Operations | Review of industry competitors and related analysis |
| Ritwik Chatterjee | 5/30/2005 | 0.8 | Business Operations | Review Grace docket |
| Joseph Radecki | 5/31/2005 | 0.8 | Business Operations | Internal meeting with JB re: multiple case issues |
| Jonathan Brownstein | 5/31/2005 | 1.8 | Business Operations | Review Grace docket; internal discussion with JR re: various case matters |

# EXHIBIT B

**W.R. Grace & Co.**
**CIBC Expense Detail Report (May 1, 2005 – May 31, 2005)**
**(Dates represent expense posting date)**

**Travel Meals**

| | | | |
|---|---|---|---|
| Rit Chatterjee | 05/25/05 | 16.18 | |
| Rit Chatterjee | 05/25/05 | 9.02 | |
| Joe Radecki (group meal) | 05/30/05 | 200.00 | |
| Joe Radecki | 05/30/05 | 15.08 | |
| **Subtotal Meals:** | | | **$ 240.28** |

**Air fare**

| | | | |
|---|---|---|---|
| Jon Brownstein | 05/25/05 | 294.45 | |
| Rit Chatterjee | 05/25/05 | 294.45 | |
| Joe Radecki | 05/30/05 | 294.45 | |
| **Subtotal Air fare:** | | | **$ 883.35** |

**Hotel**

| | | | |
|---|---|---|---|
| Jon Brownstein | 05/25/05 | 176.90 | |
| Rit Chatterjee | 05/25/05 | 176.90 | |
| Joe Radecki | 05/30/05 | 176.90 | |
| **Subtotal Hotel:** | | | **$ 530.70** |

**Transportation**

| | | | |
|---|---|---|---|
| Rit Chatterjee (taxi) | 05/25/05 | 10.00 | |
| **Subtotal Transportation:** | | | **$ 10.00** |

**Telephone**

| | | | |
|---|---|---|---|
| Rit Chatterjee | 05/25/05 | 83.78 | |
| **Subtotal Telephone:** | | | **$ 83.78** |

**Research**

| | | | |
|---|---|---|---|
| Courts Pacer Service Center | 05/06/05 | 80.16 | |
| **Subtotal Research:** | | | **$ 80.16** |

**Desktop Publishing & Document Production**

| | | | |
|---|---|---|---|
| David Jaffee | 05/31/05 | 1,098.72 | |
| **Subtotal Desktop Publishing** **& Document Production:** | | | **$1,098.72** |

| | | | |
|---|---|---|---|
| **TOTAL EXPENSES:** | | | **$2,926.99** |

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK   )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1.     I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.     No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3.     I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Twelfth Monthly Interim Application of CIBC World Markets Corp. for the time period May 1, 2005 through May 31, 2005 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.



_____
Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this 22nd day of June, 2005

_____

My commission expires:

## CERTIFICATE OF SERVICE

       I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on June 28, 2005, I caused the *Notice, Twelfth Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period May 1, 2005 through May 31, 2005, Affidavit, Exhibit A, and Exhibit B*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

       Under penalty of perjury, I certify the foregoing to be true and correct.


Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

<u>**SERVICE LIST**</u>

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: <u>feeaudit@whsmithlaw.com</u> and slbossay@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm


***E-mail: meskin@del.camlev.com***
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


**E-mail: james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


**E-mail: pvnl@capdale.com**
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


**E-mail: rserrette@stroock.com**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: jsakalo@bilzin.com**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


**E-mail: david.heller@lw.com and carol.hennessey@lw.com**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


**E-mail: pbentley@kramerlevin.com**
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP