*NO ORDER REQUIRED*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | (Jointly-Administered) |
| ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PERSONAL INJURY CLAIMANTS and ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PROPERTY DAMAGE CLAIMANTS OF ) | |
| W.R. GRACE & CO., suing on behalf of the ) | |
| Chapter 11 Bankruptcy Estate of W.R. ) | Adv. Proc. No. 02-2210 (JKF) |
| GRACE & CO., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| -against- ) | |
| ) | |
| SEALED AIR CORPORATION and ) | |
| CRYOVAC, INC., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 8697[1]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Thirty-Sixth Monthly Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of May 1, 2005 through May 31, 2005 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] This Application was formerly docket no. 745 in adversary proceeding no. 02-2210 (JKF).

Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 28, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay Ferry, Joseph & Pearce, P.A. $758.40 which represents 80% of the fees ($948.00) and $0.00, which represents 100% of the expenses requested in the Application for the period May 1, 2005 through May 31, 2005, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: June 29, 2005              FERRY, JOSEPH & PEARCE, P.A.

/s/Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Local Counsel to the Official Committee of
Asbestos Property Damage Claimants