# Exhibit A

## W.R. Grace - 15th Interim (October - December, 2004)
## Fee and Expense Chart with Recommendations
### Exhibit A-1

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8594 | $51,000.00 | $798.96 | $51,000.00 | $798.96 |
| Total: | $51,000.00 | $798.96 | $51,000.00 | $798.96 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8411 | $188,359.50 | $39,401.44 | $188,359.50 | $39,401.44 |
| Total: | $188,359.50 | $39,401.44 | $188,359.50 | $39,401.44 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8144 | $266,590.00 | $19,938.53 | $261,786.00 | $18,552.14 |
| Total: | $266,590.00 | $19,938.53 | $261,786.00 | $18,552.14 |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7812 | $525,000.00 | $9,134.68 | $525,000.00 | $9,134.68 |
| Total: | $525,000.00 | $9,134.68 | $525,000.00 | $9,134.68 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7765 | $70,965.00 | $6,325.46 | $70,965.00 | $6,325.46 |
| Total: | $70,965.00 | $6,325.46 | $70,965.00 | $6,325.46 |

| CAPLIN AND DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7763 | $217,378.50 | $3,469.69 | $216,217.00 | $3,469.69 |
| Total: | $217,378.50 | $3,469.69 | $216,217.00 | $3,469.69 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7722 | $224,310.00 | $2,919.64 | $224,310.00 | $2,919.64 |
| Total: | $224,310.00 | $2,919.64 | $224,310.00 | $2,919.64 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7675 | $61,801.00 | $2,399.56 | $61,801.00 | $2,399.56 |
| Total: | $61,801.00 | $2,399.56 | $61,801.00 | $2,399.56 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7791 | $64,935.00 | $45,135.82 | $64,935.00 | $45,135.82 |
| Total: | $64,935.00 | $45,135.82 | $64,935.00 | $45,135.82 |

| CIBC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8222 | $400,000.00 | $2,726.28 | $400,000.00 | $2,726.28 |
| Total: | $400,000.00 | $2,726.28 | $400,000.00 | $2,726.28 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8242 | $150,000.00 | $116.26 | $150,000.00 | $116.26 |
| Total: | $150,000.00 | $116.26 | $150,000.00 | $116.26 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7868 | $21,300.00 | $53.00 | $21,300.00 | $53.00 |
| Total: | $21,300.00 | $53.00 | $21,300.00 | $53.00 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7760 | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |
| Total: | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7869 | $23,449.00 | $2,479.28 | $23,449.00 | $2,479.28 |
| Total: | $23,449.00 | $2,479.28 | $23,449.00 | $2,479.28 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8143 | $94,492.50 | $128.02 | $94,492.50 | $128.02 |
| Total: | $94,492.50 | $128.02 | $94,492.50 | $128.02 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7833 | $35,631.50 | $4,318.47 | $35,631.50 | $4,318.47 |
| Total: | $35,631.50 | $4,318.47 | $35,631.50 | $4,318.47 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7777 | $2,286,400.00 | $112,633.42 | $2,279,008.50 | $110,200.64 |
| Total: | $2,286,400.00 | $112,633.42 | $2,279,008.50 | $110,200.64 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7761 | $74,535.50 | $2,445.24 | $74,535.50 | $2,445.24 |
| Total: | $74,535.50 | $2,445.24 | $74,535.50 | $2,445.24 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8188 | $406,517.00 | $14,406.04 | $400,556.50 | $14,265.04 |
| Total: | $406,517.00 | $14,406.04 | $400,556.50 | $14,265.04 |

| LATHAM & WATKINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8513 | $103,141.00 | $4,617.85 | $103,141.00 | $4,617.85 |
| Total: | $103,141.00 | $4,617.85 | $103,141.00 | $4,617.85 |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7764 | $1,455.00 | $0.00 | $1,455.00 | 0.00 |
| Total: | $1,455.00 | $0.00 | $1,455.00 | 0.00 |

| LUKINS & ANINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7780 | $47,855.50 | $2,545.26 | $47,855.50 | $2,545.26 |
| Total: | $47,855.50 | $2,545.26 | $47,855.50 | $2,545.26 |

| LEXECON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7767 | $51,176.03 | $3,247.68 | $51,176.03 | $3,247.68 |
| Total: | $51,176.03 | $3,247.68 | $51,176.03 | $3,247.68 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8053 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| Total: | $29,961.00 | $133.51 | $29,961.00 | $133.51 |

| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7766 | $0.00 | $235.66 | $0.00 | $235.66 |
| Total: | $0.00 | $235.66 | $0.00 | $235.66 |

| OFFICIAL COMMITTEE OF PROPERTY DAMAGE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8022 | $0.00 | $2,914.73 | $0.00 | $2,742.22 |
| Total: | $0.00 | $2,914.73 | $0.00 | $2,742.22 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8203 | $122,618.00 | $116,277.58 | $122,618.00 | $116,277.58 |
| Total: | $122,618.00 | $116,277.58 | $122,618.00 | $116,277.58 |

| PHILLIPS GOLDMAN ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7783 | $20,646.00 | $1,018.20 | $20,646.00 | $1,018.20 |
| Total: | $20,646.00 | $1,018.20 | $20,646.00 | $1,018.20 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8051 | $171,475.50 | $21,247.51 | $171,475.50 | $21,247.51 |
| Total: | $171,475.50 | $21,247.51 | $171,475.50 | $21,247.51 |

| PRICEWATERHOUSECOOPERS LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7819 | $874,323.01 | $31,689.29 | $842,531.26 | $28,010.99 |
| Total: | $874,323.01 | $31,689.29 | $842,531.26 | $28,010.99 |

| PROTIVITI ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7813 | $409,720.74 | $21,786.26 | $409,720.74 | $18,363.69 |
| Total: | $409,720.74 | $21,786.26 | $409,720.74 | $18,363.69 |

| REED SMITH LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7758 | $279,969.75 | $7,166.00 | $279,969.75 | $7,166.00 |
| Total: | $279,969.75 | $7,166.00 | $279,969.75 | $7,166.00 |

| RICHARDSON PATRICK ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7786 | $243,826.00 | $37,283.69 | $241,808.50 | $37,283.69 |
| Total: | $243,826.00 | $37,283.69 | $241,808.50 | $37,283.69 |

| WARREN H. SMITH & ASSOCIATES ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7936 | $49,923.50 | $576.91 | $49,923.50 | $576.91 |
| Total: | $49,923.50 | $576.91 | $49,923.50 | $576.91 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8460 | $61,078.00 | $1,943.15 | $61,078.00 | $1,943.15 |
| Total: | $61,078.00 | $1,943.15 | $61,078.00 | $1,943.15 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7851 | $653,133.20 | $166,252.30 | $648,355.70 | $166,252.30 |
| Total: | $653,133.20 | $166,252.30 | $648,355.70 | $166,252.30 |

| SWIDLER BERLIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7924 | $295,064.25 | $17,028.89 | $294,835.25 | $16,887.09 |
| Total: | $295,064.25 | $17,028.89 | $294,835.25 | $16,887.09 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7762 | $198,387.00 | $325.51 | $198,387.00 | $325.51 |
| Total: | $198,387.00 | $325.51 | $198,387.00 | $325.51 |

| WALLACE KING | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8044 | $48,025.50 | $16,269.49 | $48,025.50 | $15,617.72 |
| Total: | $48,025.50 | $16,269.49 | $48,025.50 | $15,617.72 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7794 | $538,596.00 | $191,155.08 | $538,596.00 | $191,027.08 |
| Total: | $538,596.00 | $191,155.08 | $538,596.00 | $191,027.08 |

---

[1] Stroock expense total includes $140,422.11 for fees and costs of Navigant Consulting.