In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT A - CONTINUED

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | NATIONAL UNION FIRE INSURANCE<br>C/O MICHAEL S DAVIS ESQ<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 9553 | $46,971,746.00 (S) | CROSS-DEBTOR DUPLICATE | $0.00 | (S) | CONTINUED TO 7/18/2005 12:00 PM |
| 2 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15324 | $258,629.24 (A) | NO LIABILITY EXPUNGE | $0.00 | (A) | CONTINUED TO 7/18/2005 12:00 PM |
| 3 | STATE OF NEW JERSEY DEPT OF<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140<br>W.R. GRACE & CO.-CONN. | 871 | $149,730.68 (P) | REDUCE AND ALLOW | $27,491.00 | (P) | CONTINUED TO 7/18/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured