Hearing Date: Monday, June 27, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | COMMONWEALTH OF MASSACHUSETTS DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01142 | 1480 | $3,250.59<br>$830.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 2 | COMMONWEALTH OF MASSACHUSETTS DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01143<br>ALEWIFE BOSTON LTD. | 1481<br>ALEWIFE LAND CORPORATION | $3,250.59<br>$830.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 3 | SAFETY KLEEN CORPORATION<br>PO BOX 11393<br>COLUMBIA SC 29211 | 01-01140<br>W.R. GRACE & CO.-CONN. | 163 | $162,429.45 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority           (U) - Unsecured

Page 1 of 1

6/17/2005 9:40:18 AM

Hearing Date: Monday, June 27, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BAKER, LAWRENCE<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14063 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 2 | BAKER, LAWRENCE<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14072 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 3 | CITY OF CHATTANOOGA<br>101 E 11TH ST #102<br>CHATTANOOGA TN 37402 | 01-01139<br>W.R. GRACE & CO. | 78 | $16,225.83 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 4 | CITY OF HOUSTON<br>ATTN DEBRA GUERRERO<br>4200 LEELAND<br>HOUSTON TX 77023 | 01-01139<br>W.R. GRACE & CO. | 9 | $643.08 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 5 | CLARKE, REV WINSTON<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14061 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 6 | CLARKE, REV WINSTON<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14069 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 7 | DUKE ENERGY CORPORATION<br>PO BOX 1244<br>CHARLOTTE NC 28201-1244 | 01-01139<br>W.R. GRACE & CO. | 115 | $1,066.55 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 8 | GREENVILLE COUNTY TAX COLLECTOR<br>301 UNIVERSITY RDG STE 700<br>GREENVILLE SC 29601 | 01-01139<br>W.R. GRACE & CO. | 2177 | $42,191.16 | (S) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 9 | GST CORPORATION<br>8295 TOURNAMENT DR #150<br>MEMPHIS TN 38125 | 01-01139<br>W.R. GRACE & CO. | 83 | $2,339.25 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 10 | HACKENSAC RIVERKEEPER INC<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14067 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 9 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 11 | HACKENSACK RIVERKEEPER INC<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14059 | $404,432,019.36 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 12 | HERRING, MARTHA WEBB<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14064 | $404,432,019.36 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 13 | HERRING, MARTHA WEBB<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14071 | $404,432,019.36 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 14 | INTERFAITH COMMUNITY ORGANIZATION<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14065 | $404,432,019.36 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 15 | INTERFAITH COMMUNITY ORGANIZATION<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14073 | $404,432,019.36 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 16 | LAERDAL MEDICAL CORPORATION<br>ATTN: PAT GOODWIN<br>167 MYERS CORNERS RD<br>WAPPINGERS FALLS NY 12590 | 01-01139<br>W.R. GRACE & CO. | 1135 | $350.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 17 | LOCKE, ROBERT H<br>C/O DAVID C CASEY<br>150 FEDERAL ST<br>BOSTON MA 02110 | 01-01139<br>W.R. GRACE & CO. | 9566 | $7,000,000.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 18 | MILWAUKEE SOLVENTS & CHEMICALS CORP<br>PO BOX 444<br>BUTLER WI 53007-0444 | 01-01139<br>W.R. GRACE & CO. | 15467 | $33,747.80 | (U) | EXPUNGE | SUSTAINED |
| 19 | NAVAS, MARGARITA<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14060 | $404,432,019.36 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

\*\*(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 9 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 20 | NAVAS, MARGARITA A<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14068 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 21 | SHEEHAN, WILLIAM<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14058 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 22 | SHEEHAN, WILLIAM<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14066 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 23 | VINCENT TULLINO AND PHILOMENA TULLINO<br>C/O LARKIN AXELROD TRACHTE & TETENBAUM LLP<br>34 ROUTE 17K<br>NEWBURGH NY 12550 | 01-01139<br>W.R. GRACE & CO. | 2286 | $31,000,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 24 | WEBB, MARGARET<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14062 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 25 | WEBB, MARGARET<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14070 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
## OMNIBUS 9 - EXHIBIT C - SUSTAINED

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | CUSTOM BLEND COFFEE SERVICE<br>8042 NORTH DR<br>HIGHLAND IN 46322 | 01-01139<br>W.R. GRACE & CO. | 1682 | $417.95 (U) | REDUCE AND ALLOW | $297.63 | (U) | SUSTAINED |
| 2 | LEAVENWORTH COUNTY KANSAS<br>C/O KEYTA D KELLY<br>LEAVENWORTH COUNTY<br>COURTHOUSE<br>300 WALNUT<br>LEAVENWORTH KS 66048 | 01-01139<br>W.R. GRACE & CO. | 596 | $20.16 (P) | REDUCE AND ALLOW | $5.33 | (P) | SUSTAINED |
| 3 | MCSPADDEN REAL ESTATE<br>517 UNION AVE STE 236<br>KNOXVILLE TN 37902 | 01-01139<br>W.R. GRACE & CO. | 2000 | $3,240.31 (U) | REDUCE AND ALLOW | $3,150.00 | (U) | SUSTAINED |
| 4 | PACIFIC GAS AND ELECTRIC<br>PO BOX 8329<br>STOCKTON CA 95208 | 01-01139<br>W.R. GRACE & CO. | 403 | $14,338.57 (U) | REDUCE AND ALLOW | $6,230.30 | (U) | SUSTAINED |
| 5 | SOUTH CAROLINA ELECTRIC & GAS<br>C/O L V SCHIESSER<br>SCANA SERVICES<br>1426 MAIN ST MAIL CODE 130<br>COLUMBIA SC 29218 | 01-01139<br>W.R. GRACE & CO. | 1987 | $32,458.29 (U) | REDUCE AND ALLOW | $31,978.61 | (U) | SUSTAINED |
| 6 | TAYLOR, DUANE, BARTON & GILMAN<br>ATTN: JAMES J DUANE III<br>111 DEVONSHIRE ST<br>BOSTON MA 02109 | 01-01139<br>W.R. GRACE & CO. | 854 | $1,679.03 (P) | RECLASSIFY AND ALLOW | $1,679.03 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured