# In re: W.R. GRACE & CO., et al

## OMNIBUS 10 - EXHIBIT A - SUSTAINED - SURVIVING CLAIMS

Hearing Date: Monday, June 27, 2005

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DICKINSON WRIGHT PLLC<br>C/O MICHAEL C HAMMER ESQ<br>500 WOODWARD AVE #4000<br>DETROIT MI 48226<br>Relief Requested: EXPUNGE | 01-01139 | 15465 | $66,531.21 | (U) | | DICKINSON WRIGHT PLLC<br>MICHAEL C HAMMER ESQ<br>500 WOODWARD AVE #4000<br>DETROIT MI 48226 | 01-01139 | 15461 | $66,531.21 | (U) |
| 2 | GERLING KONZERN ALLGEMEINE VERSICH<br>C/O JURGEN MULLER<br>GEREONSHOF<br>COLOGNE 50597<br>GERMANY<br>Relief Requested: EXPUNGE | 01-01139 | 15363 | $50,000.00 | (U) | | GERLING KONZERN ALLGEMEINE VERSICHE<br>C/O JURGEN MULLER<br>GEREONSHOF<br>COLOGNE 50597<br>GERMANY | 01-01139 | 15332 | $50,000.00 | (U) |
| 3 | MILWAUKEE SOLVENTS & CHEMICALS COR<br>PO BOX 444<br>BUTLER WI 53007-0444<br>Relief Requested: EXPUNGE | 01-01139 | 15463 | $33,747.80 | (U) | | MILWAUKEE SOLVENTS & CHEMICALS CORP<br>PO BOX 444<br>BUTLER WI 53007-0444 | 01-01139 | 15467 | $33,747.80 | (U) |
| 4 | MOBILE STORAGE GROUP INC<br>7590 N GLENOAKS BLVD<br>BURBANK CA 91504<br>Relief Requested: EXPUNGE | 01-01139 | 3211 | $1,599.70 | (U) | | MOBILE STORAGE GROUP INC<br>7590 N GLENOAKS BLVD<br>BURBANK CA 91504 | 01-01139 | 15464 | $1,599.70 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 1 of 1

6/17/2005 10:03:53 AM

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 10 - EXHIBIT B - ARIZONA DEPARTMENT OF REVENUE**

Hearing Date: Monday, June 27, 2005

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE<br>PHOENIX, AZ 85007 | 01-01139 | 15457 | $257.74 | (A) | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007 | 01-01140 | 15468 | $382.03 | (A) |
| | Relief Requested: EXPUNGE | | | | | | | | | |
| 2 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007 | 01-01140 | 15466 | $294.88 | (A) | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007 | 01-01140 | 15468 | $382.03 | (A) |
| | Relief Requested: EXPUNGE | | | | | | | | | |
| 3 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY & COLLECTION SECTION<br>ARIZONA ATTY GENERAL<br>1275 W WASHINGTON<br>PHOENIX, AZ 85018 | 01-01140 | 719 | $162.89<br>$232,312.30<br>$14,075.08 | (A)<br>(P)<br>(U) | | | | | |
| | Relief Requested: OBJECTION WITHDRAWN | | | | | | | | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.