**In re: W.R. GRACE & CO., et al**
**OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE**

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4802 | 01-01139<br>W.R. GRACE & CO. | 2107 | $4,637.55 (P) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 2 | BERRY & BERRY<br>C/O C RANDALL BUPP ESQ<br>PLASTIRAS & TERRIZZI<br>24 PROFESSIONAL CENTER PKWY STE 150<br>SAN RAFAEL CA 94903 | 01-01139<br>W.R. GRACE & CO. | 1325 | $233,540.00 (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 3 | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 649 | $4,380.00 (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 4 | DARKS, TYRONE P<br>ID #239667<br>PO BOX 97<br>MCALESTER OK 74502 | 01-01139<br>W.R. GRACE & CO. | 1474 | $25,000,000.00 (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 5 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 339 | $7,026.79 (U) | EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 6 | MICRO WAREHOUSE<br>1690 OAK ST<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1653 | $255.63 (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 7 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $5,282.77 (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 8 | PALAZZO, RAPHEAL J<br>C/O DONOVAN CORRECTIONAL FAC<br>FAC 17-131-U<br>480 ALTA RD<br>SAN DIEGO CA 92119 | 01-01139<br>W.R. GRACE & CO. | 2661 | $12,000.00 (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 9 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 639 | $3,384.90 (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority                    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 10 | WEST GROUP<br>THOMAS J LALLIER<br>FOLEY & MANSFIELD PLLP<br>1108 NICOLLET MALL #200<br>MINNEAPOLIS MN 55403 | 01-01140<br>W.R. GRACE & CO.-CONN. | 342 | $1,188.55 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ALBURY, RICKY M<br>PO BOX AB20480<br>MARSH HARBOUR<br>ABACO<br>BAHAMAS | 01-01139<br>W.R. GRACE & CO. | 2512 | $5,000,000.00 | (P) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 2 | AMERICAN HARDWARE CTR INC<br>2746 EVANS MILL RD<br>LITHONIA GA 30058 | 01-01139<br>W.R. GRACE & CO. | 1179 | $365.72 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 3 | AMERICAN TRANSPORTATION GROUP<br>AGENT FOR COMPANIA SUD-<br>AMERICANA DE SAPORES<br>ATTN JESUS PAGAN<br>99 WOOD AVE S 9TH FL<br>ISELIN NJ 08830 | 01-01140<br>W.R. GRACE & CO.-CONN. | 118 | $4,100.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 4 | APV<br>D&B RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 296 | $652.39 | (A) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 5 | BERNARD, VIRGIE<br>1122 SO ORANGE<br>LAFAYETTE LA 70501 | 01-01139<br>W.R. GRACE & CO. | 2608 | BLANK | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 6 | CAPITAL ONE<br>ATTN: PAM M SCHARNHORST<br>PO BOX 85015<br>RICHMOND VA 23285-5015 | 01-01139<br>W.R. GRACE & CO. | 1307 | $580.83 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 7 | CEMEX INC<br>3820 NORTHDALE BLVD<br>#100B<br>TAMPA FL 33624-1860 | 01-01139<br>W.R. GRACE & CO. | 2003 | $1,040.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 8 | CIFELLI, ALBERT S<br>15 HUTCHINSON ST<br>LOWELL MA 01851 | 01-01139<br>W.R. GRACE & CO. | 2291 | BLANK | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 9 | CINCINNATI BELL TELEPHONE COMPANY<br>201 E FOURTH ST<br>CINCINNATI OH 45202 | 01-01139<br>W.R. GRACE & CO. | 3239 | $965.67 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 10 | COLUMBIA GAS OF OHIO INC<br>200 CIVIC CENTER DR 8TH FL<br>COLUMBUS OH 43215 | 01-01140<br>W.R. GRACE & CO.-CONN. | 102 | $2,679.16 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |

Page 1 of 4

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Hearing Date: Monday, June 27, 2005

6/17/2005 9:24:03 AM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 11 | COMMISSIONERS OF PUBLIC WORKS<br>PO BOX B<br>CHARLESTON SC 29402 | 01-01140<br>W.R. GRACE & CO.-CONN. | 578 | $399.54 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 12 | CONECTIV POWER DELIVERY<br>REVENUE MANAGEMENT<br>5 COLLINS DRIVE #2076<br>CARNEY'S POINT NJ 08069 | 01-01140<br>W.R. GRACE & CO.-CONN. | 105 | $2,144.82 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 13 | CROSBY, ANNIE<br>624 ECHO CAVE LN<br>CHARLOTTE NC 28217 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15447 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 14 | DUN & BRADSTREET<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01140<br>W.R. GRACE & CO.-CONN. | 209 | $88,987.50 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 15 | FARIAS / FARIAS<br>8408 EL GATO RD<br>LAREDO TX 78045 | 01-01139<br>W.R. GRACE & CO. | 1919 | $340.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 16 | GRAFCOR PAKAGING INC<br>121 LOOMIS ST<br>ROCKFORD IL 61101 | 01-01139<br>W.R. GRACE & CO. | 944 | $680.22 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 17 | GRAY, KEVIN L<br>57851 CASTRO ST<br>PLAQUEMINE LA 70764-4305 | 01-01139<br>W.R. GRACE & CO. | 2596 | UNKNOWN<br>$500,000.00 | (P)<br>(U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 18 | GRAY, KEVIN L<br>57851 CASTRO ST<br>PLAQUEMINE LA 70764 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2597 | $500,000.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 19 | HOLMES, LONNIE<br>9416 BURNSIDE<br>CHICAGO IL 60619 | 01-01139<br>W.R. GRACE & CO. | 2514 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 20 | KONICA BUSINESS TECHNOLOGIES<br>TRACY HYSLER<br>500 DAY HILL RD<br>WINDSOR CT 06095 | 01-01139<br>W.R. GRACE & CO. | 2035 | $2,596.77 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 21 | MARTEN BROWN INC<br>1191 2ND AVE STE 2200<br>SEATTLE WA 98101 | 01-01139<br>W.R. GRACE & CO. | 784 | $1,500.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 22 | MAYES, ROGER L<br>14 GINGHAM CT<br>MAULDIN SC 29662 | 01-01139<br>W.R. GRACE & CO. | 7365 | BLANK | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority              (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 23 | METHODIST HOSPITAL<br>MARIAN C GRICE<br>1265 UNION AVE<br>MEMPHIS TN 38104 | 01-01140<br>W.R. GRACE & CO.-CONN | 1092 | BLANK | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 24 | NATIONAL GYPSUM COMPANY<br>2001 REXFORD RD<br>CHARLOTTE NC 28211 | 01-01139<br>W.R. GRACE & CO. | 3308 | $3,228.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 25 | OFFICE TEAM<br>DIV OF ROBERT HALF INTERNATIONAL<br>ATTN MICHELE CABRAL<br>5720 STONERIDGE DR STE 3<br>PLEASANTON CA 94588-2700 | 01-01139<br>W.R. GRACE & CO. | 99 | $695.72 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 26 | RANDSTAD NORTH AMERICA<br>ATTN: KERRI GOBER<br>2015 SOUTHPARK PLACE<br>ATLANTA GA 30339 | 01-01139<br>W.R. GRACE & CO. | 657 | $4,300.04 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 27 | RIGELTON JR, MACK<br>PO BOX 5742<br>NEW ORLEANS LA 70157-0432 | 01-01139<br>W.R. GRACE & CO. | 2829 | $1,000,000.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 28 | RIGELTON REV, D M<br>PO BOX 5742<br>NEW ORLEANS LA 70157-0432 | 01-01139<br>W.R. GRACE & CO. | 2677 | $1,000,000.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 29 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139<br>W.R. GRACE & CO. | 15373 | BLANK | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 30 | SERVICE FILTRATION CORPORATION<br>2800 MACARTHUR BLVD<br>NORTHBROOK IL 60062-2005 | 01-01139<br>W.R. GRACE & CO. | 2822 | $535.38 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 31 | SFI OF DELAWARE LLC<br>225 W OLNEY RD<br>NORFOLK VA 23510 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1392 | $2,260.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 32 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01140<br>W.R. GRACE & CO.-CONN. | 159 | $4,596.16 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 33 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01139<br>W.R. GRACE & CO. | 160 | $4,380.82 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |

Page 3 of 4

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/17/2005 9:24:03 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 34 | THE OLD LINE LIFE INSURANCE<br>C/O ROBERT E PIERCE<br>2437 S LOTUS AVE<br>FRESNO CA 93706 | 01-01140<br>W.R. GRACE & CO.-CONN | 1086 | BLANK | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 35 | THE SHERWIN WILLIAMS COMPANY<br>ATTN: JOHN M YARO<br>101 PROSPECT AVE NW<br>CLEVELAND OH 44115 | 01-01139<br>W.R. GRACE & CO. | 321 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 36 | UNIFIRST CORP<br>68 JONSPIN RD<br>WILMINGTON MA 01887 | 01-01139<br>W.R. GRACE & CO. | 4817 | $291.65 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 37 | USX ENGINEERS AND CONSULTANTS INC<br>4000 TECHNICAL DR<br>ATTN GARY R STADELMAN<br>MONROEVILLE PA 15146 | 01-01139<br>W.R. GRACE & CO. | 2127 | $1,020.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 38 | VINSON & ELKINS LLP<br>ATTN: LYDIA PROTOPAPAS<br>2300 FIRST CITY TOWER<br>1001 FANNIN<br>HOUSTON TX 77002-6760 | 01-01139<br>W.R. GRACE & CO. | 451 | $1,936.89 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

Page 4 of 4

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/17/2005 9:24:03 AM

# In re: W.R. GRACE & CO., et al
# OMNIBUS 11 - EXHIBIT C - STIPULATION

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested |
|---|---|---|---|---|---|---|
| 1 | MATTHEWS ELECTIC SUPPLY CO<br>C/O SIROTE & PERMUTT PC<br>ATTN COLLECTION DEPT<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | 01-01140<br>W.R. GRACE & CO.-CONN. | 272 | $866.25 | (U) | STIPULATION |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

\**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | *Agenda No. 14* |
| Debtors. | ) | *Re: Docket No. 8466* |

## STIPULATION RESOLVING CLAIM NO. 272 OF

## MATTHEWS ELECTRIC SUPPLY CO.

This Stipulation is entered into this 16th day of June, 2005, between W.R. Grace & Co. and its affiliates (collectively, the "Debtors") and Matthews Electric Supply Co. ("Claimant").

**WHEREAS**, on April 2, 2001 (the "Petition Date"), the Debtors commenced their respective reorganizations by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

K&E 10580430.1

**WHEREAS**, this Court issued its Bar Date Order on April 22, 2002, which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims.

**WHEREAS**, on or about July 2, 2001, the Claimant filed a proof of claim in the amount of $910.96 (hereinafter, "Claim No. 272"). The Claimant asserted that the basis of Claim No. 272 was amounts due on an open account.

**WHEREAS**, in the Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) (the "Non-Asbestos Gateway Omnibus Objection"), filed on or about May 18, 2005, the Debtors objected to Claim No. 272.

**WHEREAS**, on or about June 1, 2005, the Claimant filed a response to the Non-Asbestos Gateway Omnibus Objection asserting that Claim No. 272 should not be disallowed and expunged but should be allowed in full.

**NOW, THEREFORE**, for good and valuable consideration, the parties hereby stipulate and agree as follows:

1. Claim No. 272 shall be allowed as a general unsecured non-priority claim in the amount of $866.25, which will be paid after confirmation of and pursuant to the terms and conditions of the Debtors' anticipated Chapter 11 Plan or Plans.

2. Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

3.  Once this Stipulation becomes effective, the Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register to reflect that Claim shall be allowed as outlined herein.

4.  The Claimant agrees that it is forever barred, estopped, and enjoined from asserting any additional pre-petition claims against the Debtors.

5.  The parties shall take whatever additional action, if any, is necessary to make sure that the Claimant's Claim is treated as outlined herein.

**STIPULATED AND AGREED:**

**MATTHEWS ELECTRIC SUPPLY CO.**    **W. R. GRACE & CO., et al.**

By: *[signature]*    By: *[signature]*

One of its attorneys    One of Their Attorneys
Rodney E. Nolen    Janet S. Baer
Sirote & Permutt, P.C.    Rachel Reagler Schulman
2311 Highland Avenue    Kirkland & Ellis LLP
Birmingham, AL  35205    200 East Randolph Drive
    Chicago, IL  60601
Counsel for the Claimant    (312) 861-2000

and

Laura Davis Jones
David Carickhoff
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

3

Hearing Date: Monday, June 27, 2005

In re: W.R. GRACE & CO., et al
# OMNIBUS 11 - EXHIBIT D - CLAIM WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS PO BOX 12548 AUSTIN TX 78711-2548 | 01-01139 W.R. GRACE & CO. | 5302 | $0.00 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CLAIM WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
# OMNIBUS 11 - EXHIBIT E - OBJECTION WITHDRAWN

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | CUMMINGS, BRENDA FAYE<br>1802 ROBINSON RD #256<br>GRAND PRAIRIE TX 75051-3885 | 01-01139<br>W.R. GRACE & CO. | 1914 | BLANK   (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | OBJECTION WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority           (U) - Unsecured

Hearing Date: Monday, June 27, 2005

In re: W.R. GRACE & CO., et al
## OMNIBUS 11 - EXHIBIT F - ALLOWED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested |
|---|---|---|---|---|---|---|
| 1 | AGILENT TECHNOLOGIES<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 01-01139<br>W.R. GRACE & CO. | 777 | $562.00 | (U) | ALLOW CLAIM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured