## EXHIBIT A

### Business Operations (.10 Hours; $ 72.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 05/03/05 | PVL | 720.00 | 0.10 | Review LTC e-mail. |

**Total Task Code .03**        **.10**

### Case Administration (8.00 Hours; $ 2,943.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 2.00 | $720 | 1,440.00 |
| Julie W. Davis | .60 | $560 | 336.00 |
| Rita C. Tobin | .80 | $415 | 332.00 |
| Robert C. Spohn | 1.60 | $200 | 320.00 |
| Andrew D. Katznelson | 2.00 | $175 | 350.00 |
| David B. Smith | 1.00 | $165 | 165.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 05/02/05 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 05/02/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/02/05. (.1) |
| 05/03/05 | PVL | 720.00 | 0.10 | Review e-mail. |
| 05/04/05 | PVL | 720.00 | 0.30 | Review 2 miscellaneous filings (.1); review Wasseirstein letters to Baer (.2). |

| 05/04/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/04/05. (.5) |
| 05/04/05 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 05/05/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/05/05 (.1); retrieve documents requested by attorney (.3). |
| 05/05/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/29/05 (.1); (late entry for 4/29/05). |
| 05/06/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/06/05 (.1). |
| 05/09/05 | PVL | 720.00 | 0.40 | Review 20 miscellaneous filings (.1); review agenda (.1); review e-mail (.2); teleconference Wolff (.1). |
| 05/09/05 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 05/09/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/09/05 (.1). |
| 05/10/05 | PVL | 720.00 | 0.20 | Review WGR motion re est. brief (.1); review 6 miscellaneous filings (.1). |
| 05/10/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/10/05 (.3). |
| 05/13/05 | JWD | 560.00 | 0.60 | Report to EI, PVNL re status of case |
| 05/16/05 | PVL | 720.00 | 0.30 | Grace omni hearing via phone. |
| 05/16/05 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 05/17/05 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 05/19/05 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |

| 05/23/05 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 05/23/05 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 05/23/05 | DBS | 165.00 | 0.70 | Compile document for attorney review. |
| 05/24/05 | PVL | 720.00 | 0.30 | Review 6 miscellaneous filings (.1); review Siegal motion and e-mail Hurford (.2). |
| 05/24/05 | DBS | 165.00 | 0.30 | Compile document for attorney review. |
| 05/27/05 | PVL | 720.00 | 0.20 | Review 7 miscellaneous filings (.1); review e-mail (.1). |
| 05/29/05 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |

**Total Task Code .04        8.00**


## Claim Analysis Objection & Resolution (Asbestos) (45.10 Hours; $ 20,280.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 9.20 | $720 | 6,624.00 |
| Leslie M. Kelleher | 27.20 | $415 | 11,288.00 |
| Jeffrey A. Liesemer | 1.00 | $405 | 405.00 |
| Harry M. Schwirck | 7.70 | $255 | 1,963.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/06/05 | JAL | 405.00 | 0.60 | Legal research and review thereof re asbestos bankruptcy issues. |
| 05/09/05 | JAL | 405.00 | 0.40 | Legal research and review thereof re issues in case. |
| 05/10/05 | LMK | 415.00 | 1.10 | Background review of asbestos issues in bankruptcy and estimation issues. |
| 05/11/05 | PVL | 720.00 | 0.60 | Review e-mail (.2); review est. motion (.4). |
| 05/11/05 | LMK | 415.00 | 1.60 | Background reading re: estimation. |
| 05/12/05 | PVL | 720.00 | 0.40 | Confer LMK (.3); review e-mail (.1). |

| 05/12/05 | LMK | 415.00 | 2.30 | Background reading and estimation issues (1.8); conf. w/PVNL re: estimation issues (.50). |
|---|---|---|---|---|
| 05/13/05 | PVL | 720.00 | 2.80 | Review Grace motion re est. CMO and questionnaire. |
| 05/13/05 | LMK | 415.00 | 2.70 | Research re: claims estimation issues. |
| 05/14/05 | PVL | 720.00 | 0.70 | Review 2005 Rand report. |
| 05/15/05 | PVL | 720.00 | 0.30 | Review Rand report. |
| 05/16/05 | PVL | 720.00 | 1.70 | Confer WBS, NDF, KNB, HMS re est. |
| 05/16/05 | LMK | 415.00 | 2.10 | Conf. w/TWS re: estimation issues (.30) Research re: estimation issues (1.8). |
| 05/17/05 | LMK | 415.00 | 2.00 | Research re: estimation issues. |
| 05/18/05 | PVL | 720.00 | 0.70 | Teleconference Almy re est. brief. |
| 05/18/05 | LMK | 415.00 | 1.00 | Research re: estimation issues. |
| 05/19/05 | LMK | 415.00 | 2.10 | Research re: estimation issues. |
| 05/20/05 | LMK | 415.00 | 2.30 | Research re: estimation issues. |
| 05/22/05 | PVL | 720.00 | 0.80 | Review Rand report (.3); review Behrens article (.5). |
| 05/22/05 | LMK | 415.00 | 1.20 | Background reading re: estimation issues. |
| 05/23/05 | HMS | 255.00 | 7.70 | Response to Debtor's estimation brief |
| 05/23/05 | LMK | 415.00 | 1.00 | Background reading re: estimation issues. |
| 05/24/05 | PVL | 720.00 | 0.20 | Confer NDF, KNB. |
| 05/24/05 | LMK | 415.00 | 1.80 | Research re: estimation issues. |
| 05/25/05 | LMK | 415.00 | 1.70 | Reading and research re: estimation issues (1.5); conf. w/JWD re: TDP (.20). |
| 05/26/05 | PVL | 720.00 | 0.50 | Confer HMS (.3); teleconference Almy (.2). |
| 05/26/05 | LMK | 415.00 | 1.80 | Research re: estimation issues. |
| 05/27/05 | LMK | 415.00 | 2.50 | Research re: estimation issues. |

| 05/31/05 | PVL | 720.00 | 0.50 | Teleconference Frankel (.4); teleconference Wyron (.1). |

**Total Task Code .05**        **45.10**


## Claim Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 144.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/02/05 | PVL | 720.00 | 0.10 | Reviewed Alltech settlement notice, |
| 05/23/05 | PVL | 720.00 | 0.10 | Review 3 omni claims objections. |

**Total Task Code .06**        **.20**


## Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 238.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $795 | 238.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/02/05 | EI | 795.00 | 0.20 | Memo to Committee re: Hatco settlement. |
| 05/13/05 | EI | 795.00 | 0.10 | Report to all constituencies at PALS meeting (.1). [Total time of 1.6 hours divided among 16 cases.] |

**Total Task Code .07**        **.30**


## Employee Benefits/Pension (.30 Hours; $ 216.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $720 | 216.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/24/05 | PVL | 720.00 | 0.30 | Review 2 pension motions. |

**Total Task Code .08**     **.30**

## Employment Applications, Others (.10 Hours; $ 72.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/05 | PVL | 720.00 | 0.10 | Review revised AKO retention application order and e-mail Eskin. |

**Total Task Code .10**     **.10**

## Fee Applications, Applicant (7.30 Hours; $ 2,189.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.80 | $415 | 1,577.00 |
| Andrew D. Katznelson | 3.50 | $175 | 612.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/04/05 | RCT | 415.00 | 0.50 | Review emails and conference with ADK re: holdbacks. |

| 05/05/05 | RCT | 415.00 | 0.60 | Prebills. |
| 05/10/05 | ADK | 175.00 | 1.00 | Worked on Interim fee application. |
| 05/11/05 | RCT | 415.00 | 1.00 | Review interim fee app. |
| 05/11/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 05/12/05 | RCT | 415.00 | 1.00 | Review exhibits for monthly fee apps. |
| 05/12/05 | ADK | 175.00 | 0.50 | Worked on revisions to fee application. |
| 05/20/05 | RCT | 415.00 | 0.50 | Review final of monthly fee app. |
| 05/23/05 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 05/24/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 05/31/05 | RCT | 415.00 | 0.20 | Review fee app schedule for June. |

**Total Task Code .12       7.30**


## Fee Applications, Others (.40 Hours; $ 288.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $720 | 288.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/05/05 | PVL | 720.00 | 0.10 | Review 4 fee applications. |
| 05/09/05 | PVL | 720.00 | 0.10 | Review 5 fee applications. |
| 05/15/05 | PVL | 720.00 | 0.10 | Review 2 fee applications. |
| 05/16/05 | PVL | 720.00 | 0.10 | Review 13 miscellaneous filings. |

**Total Task Code .13       .40**


## Litigation and Litigation Consulting (48.50 Hours; $ 16,454.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .90 | $795 | 715.50 |
| Walter B. Slocombe | 5.30 | $590 | 3,127.00 |
| Albert G. Lauber | .60 | $580 | 348.00 |
| Trevor W. Swett | .40 | $560 | 224.00 |
| Nathan D. Finch | 5.40 | $475 | 2,565.00 |
| Leslie M. Kelleher | 2.00 | $405 | 830.00 |
| Harry M. Schwirck | 33.90 | $255 | 8,644.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/05 | EI | 795.00 | 0.40 | Memo re: Bermuda insurance claim and Siegel (.2); t/c PVNL re: same (.2). |
| 05/05/05 | AGL | 580.00 | 0.20 | Review letter to CA3 re Sealed Air. |
| 05/09/05 | AGL | 580.00 | 0.20 | Review pending orders/motions. |
| 05/09/05 | TWS | 560.00 | 0.30 | Introductory briefing for LMK on asbestos bankruptcy issues |
| 05/10/05 | LMK | 415.00 | 0.40 | Background review in asbestos issues in bankruptcy |
| 05/12/05 | AGL | 580.00 | 0.20 | Review notice of agenda for 5/16 hearing. |
| 05/12/05 | EI | 795.00 | 0.50 | On plane, read Grace CMO/Questionnaire motion. |
| 05/12/05 | NDF | 475.00 | 0.40 | Prepare for meeting with committee members to discuss asbestos estimation and case status (.2); travel to Florida for meeting to discuss asbestos estimation and case status (.2). |
| 05/13/05 | NDF | 475.00 | 0.20 | Meeting with committee members to discuss asbestos estimation and case status (.2). |
| 05/14/05 | LMK | 415.00 | 1.00 | Background reading re: asbestos issues in bankruptcy. |
| 05/15/05 | WBS | 590.00 | 2.00 | Start review of USG CMO/Questionnaire papers. |
| 05/16/05 | WBS | 590.00 | 3.30 | Review Debtors submission and questionnaire, outline of points to be made (1.8), meeting with PVNL NDF, KNB re our response (1.5). |
| 05/16/05 | NDF | 475.00 | 2.90 | Read debtors brief re Questionnaire and make comments re same (1.1); conference with PVNL et KNB re response (1.8). |

| | | | | |
|---|---|---|---|---|
| 05/16/05 | HMS | 255.00 | 5.00 | Background reading on case (3.3); meeting on opposition to Grace questionnaire and case management brief (1.7) |
| 05/17/05 | HMS | 255.00 | 1.00 | Meeting with KNB on Grace brief and work on brief |
| 05/18/05 | HMS | 255.00 | 2.70 | Opposition to questionnaire memo |
| 05/18/05 | LMK | 415.00 | 0.30 | Background reading re: bankruptcy issues in asbestos litigation. |
| 05/19/05 | TWS | 560.00 | 0.10 | Conf L.Kelleher re asbestos tort analysis |
| 05/19/05 | HMS | 255.00 | 3.20 | Estimation Brief response |
| 05/19/05 | LMK | 415.00 | 0.30 | Background reading re: asbestos issues in bankruptcy. |
| 05/20/05 | NDF | 475.00 | 1.50 | Working on brief in response to estimation issues (1.5). |
| 05/20/05 | HMS | 255.00 | 3.00 | Reply to estimation brief |
| 05/24/05 | HMS | 255.00 | 3.10 | Reply to estimation brief |
| 05/25/05 | HMS | 255.00 | 4.40 | Reply to estimation brief |
| 05/26/05 | HMS | 255.00 | 8.50 | Questionnaire section for reply to Grace estimation brief |
| 05/27/05 | HMS | 255.00 | 3.00 | Questionnaire section for reply to Grace estimation brief |
| 05/31/05 | NDF | 475.00 | 0.40 | Begin work on insert for brief on estimation (.4). |

**Total Task Code .16        48.50**


**Plan & Disclosure Statement (47.60 Hours; $ 19,614.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $795 | 397.50 |
| Peter Van N. Lockwood | .40 | $720 | 288.00 |
| Trevor W. Swett | .10 | $560 | 56.00 |

| | | | | |
|---|---|---|---|---|
| Kimberly N. Brown | 42.30 | $405 | 17,131.50 | |
| Jeffrey A. Liesemer | 4.30 | $405 | 1,741.50 | |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/05 | EI | 795.00 | 0.50 | T/c George Mattson of Goldman Sachs re: Sealed Air shares and memo. |
| 05/05/05 | KNB | 405.00 | 2.90 | Review file re estimation in preparation for response to questionnaire motion |
| 05/10/05 | JAL | 405.00 | 2.30 | Review and analysis of pleadings, exhibits and related papers re issues in case. |
| 05/10/05 | JAL | 405.00 | 0.50 | Legal research and review thereof re issues in case. |
| 05/11/05 | KNB | 405.00 | 1.00 | Review estimation questionnaire and motion |
| 05/11/05 | JAL | 405.00 | 0.10 | Legal research re issues in case. |
| 05/12/05 | KNB | 405.00 | 0.20 | E-mail group re brief, scheduling meeting |
| 05/16/05 | KNB | 405.00 | 5.10 | Read Debtors' brief, questionnaire (3.3); confer PVNL, NDF, WBS, HMS re same (1.8) |
| 05/17/05 | KNB | 405.00 | 3.80 | Confer L.Kelleher re state law research project (.5); confer HMS re brief (.7); e-mail team re points for brief (2.6) |
| 05/18/05 | KNB | 405.00 | 1.20 | Confer HMS re brief (.1); e-mail re same (.1) |
| 05/24/05 | PVL | 720.00 | 0.30 | Review excl. motion and e-mail Hurford (.2); review e-mail and letter Wasserstein (.1). |
| 05/24/05 | KNB | 405.00 | 4.30 | Confer HMS re Grace estimation brief (.2); confer PVNL, NDF re same (.2); review G-I estimation brief (3.2); draft Grace estimation response (.7) |
| 05/25/05 | KNB | 405.00 | 8.10 | Draft estimation response (7.5); confer BAS, HMS re same (.6) |
| 05/26/05 | KNB | 405.00 | 8.10 | Draft estimation response |
| 05/26/05 | TWS | 560.00 | 0.10 | E-mail to/from KNB re estimation |
| 05/27/05 | KNB | 405.00 | 0.20 | Review BAS e-mail re research for estimation brief (.1); respond to same (.1) |

| 05/27/05 | JAL | 405.00 | 1.40 | Research re issues in case. |
| 05/31/05 | PVL | 720.00 | 0.10 | Review Wasserstein letter to Baer. |
| 05/31/05 | KNB | 405.00 | 7.40 | Confer BAS re research for brief (.2); draft brief (7.2) |

**Total Task Code .17**       **47.60**


## Travel – Non Working (.30 Hours; $ 119.25)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | .30 | $397.50 | 119.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 05/12/05 | EI | 397.50 | 0.10 | Travel to PALS meeting in Orlando, less work on plane (.1).  [Total of 1.6 hours divided by 16 cases.] |
| 05/13/05 | EI | 397.50 | 0.20 | Return trip to NY following meetings in Orlando (.2).  [Total time of 3.2 hours divided among 16 cases.] |

**Total Task Code .21**       **.30**


## Fee Auditor Matters (3.10 Hours; $ 1,317.00)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | .10 | $720 | 72.00 |
| Rita C. Tobin | 3.00 | $415 | 1,245.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 05/05/05 | PVL | 720.00 | 0.10 | Review draft response to Smith and e-mail RCT. |
| 05/06/05 | RCT | 415.00 | 3.00 | Gather information and draft response to fee auditor. |

**Total Task Code .32**       **3.10**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 40.02 |
| Database Research | 3,233.48 |
| Long Distance-Equitrac In-House | 0.63 |
| NYO Long Distance Telephone | 4.94 |
| Outside Local Deliveries | 23.02 |
| Telecopier/Equitrac | 11.55 |
| Xeroxing | 531.15 |
| Total: | $3,844.79 |