**EXHIBIT B**

**Business Operations (.1 Hours; $ 72.00)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03  .1**

**Case Administration (8.0 Hours; $ 2,943.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  8.0**

**Claim Analysis Objection & Resolution (Asbestos) (45.1 Hours; $ 20,280.50)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05  45.1**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 144.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06  .2**

**Committee Creditors', Noteholders' or Equity Holders') (.3 Hours; $ 238.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  .3**

**Employee Benefits/Pension (.3 Hours; $ 216.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**             .3

**Employment Applications, Others (.1 Hours; $ 72.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**             .1

**Fee Applications, Applicant (7.3 Hours; $ 2,189.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**             7.3

**Fee Applications others (.4 Hours; $ 288.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**             .4

**Litigation and Litigation Consulting (48.5 Hours; $ 16,454.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**             48.5

**Plan & Disclosure Statement (47.6 Hours; $ 19,614.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**             47.6

**Travel Non-Working (.3 Hours; $ 119.25)**

{D0045260:1 }

- 3 -

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21            .3**


**Fee Auditor Matters (3.1 Hours; $ 1,317.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32            3.1**

{D0045260:1 }