## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 40.02 |
| Database Research | 3,233.48 |
| Long Distance-Equitrac In-House | 0.63 |
| NYO Long Distance Telephone | 4.94 |
| Outside Local Deliveries | 23.02 |
| Telecopier/Equitrac | 11.55 |
| Xeroxing | 531.15 |
| Total: | $3,844.79 |

{D0045261:1 }