```
Client Number:   4642                Grace Asbestos Personal Injury Claimants                                 Page:   1
Matter     000                       Disbursements                                                          6/22/2005
                                                                                                       Print Date/Time:
                                                                                                            06/22/2005
                                                                                                             3:09:53PM
Attn:                                                                                                        Invoice #

                                              PREBILL / CONTROL REPORT
                                                   Trans Date Range:   1/1/1950  to: 5/31/2005
Matter     000
Disbursements
Bill Cycle:        Monthly           Style:         i1          Start:      4/16/2001
                                                                    Last Billed : 5/25/2005              13,655
```

Trust Amount Available

Total Expenses Billed To Date    $258,349.11

```
                                                        Billing Empl:      0120     Elihu  Inselbuch
                                                        Responsible Empl:  0120     Elihu  Inselbuch
                                                        Alternate Empl:    0120     Elihu  Inselbuch
                                                        Originating Empl:  0120     Elihu  Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0101 | RCS | Robert C. Spohn | 0.00 | 112.35 | 0.00 | 112.35 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 40.02 | 0.00 | 40.02 |
| 0128 | SAT | Samira A Taylor | 0.00 | 60.90 | 0.00 | 60.90 |
| 0149 | JPC | John P Cunningham | 0.00 | 4.95 | 0.00 | 4.95 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 37.95 | 0.00 | 37.95 |
| 0208 | MP | Mitzie Patrick | 0.00 | 87.60 | 0.00 | 87.60 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 1.50 | 0.00 | 1.50 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 35.40 | 0.00 | 35.40 |
| 0308 | DBS | David B Smith | 0.00 | 2.25 | 0.00 | 2.25 |
| 0309 | HMS | Harry M Schwirck | 0.00 | 32.40 | 0.00 | 22.20 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 3,446.27 | 0.00 | 3,439.67 |
|  |  |  | **0.00** | **3,861.59** | **0.00** | **3,844.79** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1799137 | Photocopy | E | 05/02/2005 | 0999 C&D | 0.00 | $0.90 | | 0.00 | $0.90 | | 0.90 |
| 1799150 | Photocopy | E | 05/02/2005 | 0999 C&D | 0.00 | $0.60 | | 0.00 | $0.60 | | 1.50 |
| 1800358 | Fax Transmission to 12145239159 | E | 05/03/2005 | 0999 C&D | 0.00 | $0.60 | | 0.00 | $0.60 | | 2.10 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/22/2005 |

Print Date/Time: 06/22/2005 3:09:53PM

Attn:                                                                                                                         Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1800359 | Fax Transmission to 12145239157 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 2.70 |
| 1800360 | Fax Transmission to 12148248100 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 3.45 |
| 1800361 | Fax Transmission to 17136501400 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 3.60 |
| 1800362 | Fax Transmission to 13125516759 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 4.20 |
| 1800363 | Fax Transmission to 14067527124 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 4.80 |
| 1800364 | Fax Transmission to 13026565875 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5.40 |
| 1800365 | Fax Transmission to 15108354913 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6.00 |
| 1800366 | Fax Transmission to 12165750799 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6.60 |
| 1800367 | Fax Transmission to 13053796222 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7.20 |
| 1800368 | Fax Transmission to 14124718308 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 7.80 |
| 1800369 | Fax Transmission to 12123440994 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 8.40 |
| 1800370 | Fax Transmission to 14122615066 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 9.00 |
| 1800371 | Fax Transmission to 16179510679 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 9.60 |
| 1800372 | Fax Transmission to 12145239158 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 10.20 |
| 1800373 | Fax Transmission to 12145991171 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 10.80 |
| 1800374 | Fax Transmission to 18432169450 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 11.40 |
| 1800375 | Fax Transmission to 17136501400 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11.85 |
| 1800376 | Fax Transmission to 18432169290 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 12.45 |
| 1800377 | Fax Transmission to 13024269947 | E | 05/03/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 13.05 |
| 1800457 | Photocopy | E | 05/03/2005 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 13.95 |
| 1800509 | Photocopy | E | 05/03/2005 | 0149 | JPC | 0.00 | $4.95 | 0.00 | $4.95 | 18.90 |
| 1800802 | Photocopy | E | 05/04/2005 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 19.50 |
| 1800853 | Photocopy | E | 05/04/2005 | 0199 | ADK | 0.00 | $1.50 | 0.00 | $1.50 | 21.00 |
| 1801040 | Equitrac - Long Distance to 8054993572 | E | 05/05/2005 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 21.32 |
| 1801296 | Lasership to Swidler Berlin on 4/21 | E | 05/06/2005 | 0999 | C&D | 0.00 | $23.02 | 0.00 | $23.02 | 44.34 |
| 1801552 | Photocopy | E | 05/06/2005 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 45.54 |
| 1801553 | Photocopy | E | 05/06/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 45.84 |
| 1801554 | Photocopy | E | 05/06/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 46.44 |
| 1801842 | Equitrac - Long Distance to 2127352324 | E | 05/09/2005 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 46.64 |
| 1802231 | Equitrac - Long Distance to 8054993572 | E | 05/10/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 46.70 |
| 1802874 | Photocopy | E | 05/11/2005 | 0999 | C&D | 0.00 | $31.20 | 0.00 | $31.20 | 77.90 |
| 1802931 | Photocopy | E | 05/11/2005 | 0999 | C&D | 0.00 | $15.30 | 0.00 | $15.30 | 93.20 |
| 1802941 | Photocopy | E | 05/11/2005 | 0999 | C&D | 0.00 | $101.25 | 0.00 | $101.25 | 194.45 |
| 1805043 | Photocopy | E | 05/12/2005 | 0238 | SLG | 0.00 | $3.00 | 0.00 | $3.00 | 197.45 |
| 1805057 | Photocopy | E | 05/12/2005 | 0199 | ADK | 0.00 | $36.45 | 0.00 | $36.45 | 233.90 |
| 1803583 | Photocopy | E | 05/13/2005 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 234.35 |
| 1803584 | Photocopy | E | 05/13/2005 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 234.80 |
| 1804567 | Photocopy | E | 05/16/2005 | 0238 | SLG | 0.00 | $2.70 | 0.00 | $2.70 | 237.50 |
| 1804568 | Photocopy | E | 05/16/2005 | 0238 | SLG | 0.00 | $13.05 | 0.00 | $13.05 | 250.55 |
| 1805217 | Photocopy | E | 05/16/2005 | 0238 | SLG | 0.00 | $2.70 | 0.00 | $2.70 | 253.25 |
| 1805218 | Photocopy | E | 05/16/2005 | 0238 | SLG | 0.00 | $13.05 | 0.00 | $13.05 | 266.30 |
| 1805407 | Photocopy | E | 05/17/2005 | 0208 | MP | 0.00 | $87.60 | 0.00 | $87.60 | 353.90 |
| 1805411 | Photocopy | E | 05/17/2005 | 0101 | RCS | 0.00 | $79.65 | 0.00 | $79.65 | 433.55 |
| 1805416 | Photocopy | E | 05/17/2005 | 0101 | RCS | 0.00 | $32.70 | 0.00 | $32.70 | 466.25 |
| 1805937 | Photocopy | E | 05/18/2005 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 473.45 |
| 1806496 | Federal Express to Katie Hemming and Warren Smith from EI on 5/12 | E | 05/20/2005 | 0120 | EI | 0.00 | $31.73 | 0.00 | $31.73 | 505.18 |
| 1806502 | Federal Express to Kater Hemming from EI on 5/11 | E | 05/20/2005 | 0120 | EI | 0.00 | $8.29 | 0.00 | $8.29 | 513.47 |
| 1807017 | Photocopy | E | 05/23/2005 | 0309 | HMS | 0.00 | $4.80 | 0.00 | $4.80 | 518.27 |
| 1807020 | Photocopy | E | 05/23/2005 | 0309 | HMS | 0.00 | $0.90 | 0.00 | $0.90 | 519.17 |
| 1807027 | Photocopy | E | 05/23/2005 | 0309 | HMS | 0.00 | $4.50 | 0.00 | $4.50 | 523.67 |
| 1807038 | Photocopy | E | 05/23/2005 | 0309 | HMS | 0.00 | $1.80 | 0.00 | $1.80 | 525.47 |
| 1807054 | Photocopy | E | 05/23/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 526.37 |
| 1807491 | Photocopy | E | 05/24/2005 | 0309 | HMS | 0.00 | $10.20 | 0.00 | $0.00 | 526.37 |
| 1807549 | Photocopy | E | 05/24/2005 | 0999 | C&D | 0.00 | $6.60 | 0.00 | $0.00 | 526.37 |
| 1810016 | Photocopy | E | 05/24/2005 | 0309 | HMS | 0.00 | $10.20 | 0.00 | $10.20 | 536.57 |
| 1810074 | Photocopy | E | 05/24/2005 | 0999 | C&D | 0.00 | $6.60 | 0.00 | $6.60 | 543.17 |
| 1809253 | Photocopy | E | 05/26/2005 | 0308 | DBS | 0.00 | $2.25 | 0.00 | $2.25 | 545.42 |
| 1809256 | Photocopy | E | 05/26/2005 | 0128 | SAT | 0.00 | $60.90 | 0.00 | $60.90 | 606.32 |
| 1809996 | Equitrac - Long Distance to 6179512505 | E | 05/26/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 606.37 |
| 1811138 | Database Research/Lexis Charges for HS on 5/23 | E | 05/31/2005 | 0999 | C&D | 0.00 | $44.42 | 0.00 | $44.42 | 650.79 |
| 1812038 | NYO Long Distance Telephone - For April 2005 | E | 05/31/2005 | 0999 | C&D | 0.00 | $1.31 | 0.00 | $1.31 | 652.10 |
| 1812048 | NYO Long Distance Telephone - For April 2005 | E | 05/31/2005 | 0999 | C&D | 0.00 | $1.16 | 0.00 | $1.16 | 653.26 |
| 1812069 | NYO Long Distance Telephone - For April 2005 | E | 05/31/2005 | 0999 | C&D | 0.00 | $1.16 | 0.00 | $1.16 | 654.42 |
| 1812078 | NYO Long Distance Telephone - For April 2005 - TAC Conf. Call with JWD | E | 05/31/2005 | 0999 | C&D | 0.00 | $1.31 | 0.00 | $1.31 | 655.73 |
| 1812849 | Database Research-Westlaw by LK on 5/12-26 | E | 05/31/2005 | 0999 | C&D | 0.00 | $1,652.73 | 0.00 | $1,652.73 | 2,308.46 |
| 1812850 | Database Research-Westlaw by HS on 5/16-25 | E | 05/31/2005 | 0999 | C&D | 0.00 | $140.19 | 0.00 | $140.19 | 2,448.65 |
| 1812851 | Database Research-Westlaw by BAS on 5/26-31 | E | 05/31/2005 | 0999 | C&D | 0.00 | $139.22 | 0.00 | $139.22 | 2,587.87 |
| 1812852 | Database Research-Westlaw by JAL on 5/6 & 10 | E | 05/31/2005 | 0999 | C&D | 0.00 | $457.34 | 0.00 | $457.34 | 3,045.21 |
| 1812853 | Database Research-Westlaw by KNB on 5/26 | E | 05/31/2005 | 0999 | C&D | 0.00 | $253.18 | 0.00 | $253.18 | 3,298.39 |
| 1812854 | Database Research-Westlaw by KNB/MLR on 5/24 | E | 05/31/2005 | 0999 | C&D | 0.00 | $45.26 | 0.00 | $45.26 | 3,343.65 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                         Page:  1
Matter      000                    Disbursements                                                                                    6/22/2005
                                                                                                                                Print Date/Time:
                                                                                                                                   06/22/2005
                                                                                                                                   3:09:53PM
Attn:                                                                                                                              Invoice #
1812855   Database Research-Westlaw by KNB/NR on 5/26    E  05/31/2005   0999   C&D      0.00      $43.79    0.00    $43.79     3,387.44
1812856   Database Research-Westlaw by SAT/BAS on 5/26   E  05/31/2005   0999   C&D      0.00     $457.35    0.00   $457.35     3,844.79
Total Expenses                                                                           0.00   $3,861.59    0.00 $3,844.79


                    Matter Total Fees                                                           0.00                0.00

                    Matter Total Expenses                                                   3,861.59            3,844.79

                    Matter Total                                                    0.00   3,861.59     0.00   3,844.79


                    Prebill Total Fees

                    Prebill Total Expenses                                                 $3,861.59           $3,844.79

                    Prebill Total                                                   0.00  $3,861.59     0.00  $3,844.79


Previous Billings

InvoiceNo      InvoiceDate          InvoiceTotal         OpenTotal

36,593         07/26/2002            121,163.25          1,414.09
37,961         11/30/2002             36,076.50            542.50
46,677         08/27/2004                240.00            240.00
47,114         09/30/2004              6,171.50          6,171.50
47,743         11/22/2004             26,475.00          5,295.00
48,023         12/27/2004             75,199.50         15,039.90
48,027         12/27/2004              1,419.00          1,419.00
48,421         01/28/2005            115,704.00         23,140.80
48,886         02/28/2005             40,743.50          8,148.70
49,224         03/28/2005             33,445.00          6,689.00
49,444         04/21/2005             39,442.24         39,442.24
49,903         05/25/2005             16,567.07         16,567.07
                                     512,646.56        124,109.80
```