IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS PF | ) | |
| W.R. GRACE & CO., suing of behalf of the | ) | |
| Chapter 11 Bankruptcy estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | Adv. No. 02-2210 |
| Plaintiffs, | ) | [LEAD DOCKET] |
| | ) | |
| Against | ) | |
| | ) | |
| SEALED AIR CORPORATION and | ) | |
| CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | Adv. No. 02-2211 |
| W.R. GRACE & CO., suing on behalf of the | ) | |
| Chapter 11 Bankruptcy Estate of W.R. Grace | ) | |
| & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Against | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, | ) | |
| INC. and | ) | **Affects Dockets 02-2210 and 02-2211** |
| NATIONAL MEDICAL CARE, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

{D0045263:1} DOC# 181598 v1 - 10/25/2002

**SEVENTEENTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD MAY 1, 2005 THROUGH MAY 31, 2005**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2005 through May 31, 2005 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,424.40 (80% of $8,030.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $00 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/02 | June 1, 2002 through June 30, 2002 | $51,153.60 (80% of $63,942.00) | $0 | $51,153.60 (80% of $63,942.00) | $0 |
| 10/02 | July 1, 2002 through July 31, 2002 | $98,641.60 (80% of $123,302.00) | $0 | $98,641.60 (80% of $123,302.00) | $0 |
| 10/02 | August 1, 2002 through August 31, 2002 | $143,564.40 (80% of $179,455.50) | $0 | $143,564.40 (80% of $179,455.50) | $0 |
| 10/02 | September 1, 2002 through September 30, 2002 | $122,646.40 (80% of $153,308.00) | $0 | **Pending** | $0 |
| 11/02 | October 1, 2002 through October 31, 2002 | 110,203.60 (80% of 137,754.50) | $0 | 110,203.60 (80% of 137,754.50) | $0 |

{D0045263:1}                                  2

| | | | | | |
|---|---|---|---|---|---|
| 12/02 | November 1, 2002 through November 30, 2002 | 124,049.20 (80% of 155,061.50) | $0 | 124,049.20 (80% of 155,061.50) | $0 |
| 1/03 | December 1, 2002 through December 30, 2002 | 25,134.40 (80% of 31,418.00) | $0 | 25,134.40 (80% of 31,418.00) | $0 |
| 2/03 | January 1, 2003 through January 31, 2002 | $35,169.20 (80% of $43,961.50) | $0 | $35,169.20 (80% of $43,961.50) | $0 |
| 3/03 | February 1, 2003 through February 28, 2003 | $21,661.20 (80% of $27,076.50) | $0 | $21,661.20 (80% of $27,076.50) | $0 |
| 4/03 | March 1, 2003 through March 31, 2003 | $10,393.20 (80% of $12,991.50) | $0 | $10,393.20 (80% of $12,991.50) | $0 |
| 5/03 | April 1, 2003 through April 30, 2003 | $3,540.40 (80% of $4,425.50) | $0 | $3,540.40 (80% of $4,425.50) | $0 |
| 6/03 | May 1, 2003 through May 31, 2003 | $2,552.80 (80% of $3,191.00) | $0 | $2,552.80 (80% of $3,191.00) | $0 |
| 7/03 | June 1, 2003 through June, 30, 2003 | $2,736.40 (80% of $3,420.50) | $0 | $2,736.40 (80% of $3,420.50) | $0 |
| 8/03 | July 1. 2003 through July 31, 2003 | $1,548.40 (80% of $1,935.50) | $0 | $1,548.40 (80% of $1,935.50) | $0 |
| 9/03 | August 1, 2003 through August 31, 2003 | $2,986.40 (80% of$3,733.00) | $0 | $2,986.40 (80% of$3,733.00) | $0 |
| 10/03 | September 1, 2003 through September 30, 2003 | $1,476.40 (80% of $1,845.50) | $0 | $1,476.40 (80% of $1,845.50) | $0 |
| 12/03 | October 1, 2003 through October 31, 2003 | $4,692.40 (80% of $5,865.50) | $0 | $4,692.40 (80% of $5,865.50) | $0 |
| 1/04 | November 1, 2003 through November 30, 2003 | $952.80 (80% of $1,191.00) | $0 | $952.80 (80% of $1,191.00) | $0 |
| 2/04 | December 1, 2003 though December 31, 2003 | $380.80 (80% of 476.00) | $0 | $380.80 (80% of 476.00) | $0 |
| 8/04 | June 1, 2004 through June 30, 2004 | $226.40 (80% of $283.00) | $0 | **Pending** | $0 |
| 8/30/04 | July 1, 2004 through July 31, 2004 | $192.00 (80% of $240.00) | $0 | **Pending** | $0 |
| 10/4/04 | August 1, 2004 through August 31, 2004 | $4,937.20 (80% of $6,171.50) | $0 | **Pending** | $0 |
| 12/30/04 | November 1, 2004 through November 30, 2004 | $1,135.20 (80% of $1,419.00) | $0 | **Pending** | $0 |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD MAY 1, 2005 THROUGH MAY 31, 2005
CAPLIN & DRYSDALE, CHARTERED**

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Rita C. Tobin (RCT) | Associate | 14 | .2 | $415 | $83.00 |
| Brian A. Skretny (BAS) | Associate | 5 | 26.5 | $290 | $7,685.00 |
| Andrew D. Katznelson (ADK) | Paralegal | 4 | 1.5 | $160/175 | $262.50 |
| **Total** | | | **28.2** | | **$8,030.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 5/1/05 through 5/31/05 | Total Fees for the Period 5/1/05 through 5/31/05 |
|---|---|---|
| Fraudulent Conveyance Adv. Proceeding | 28.2 | $8,030.50 |
| **Grand totals** | **28.2** | **$8,030.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period May 1, 2005 through May 31, 2005 |
|---|---|---|
| Outside Reproduction & Courier Service | | $.00 |
| In-House Reproduction ($0.15 per page) | | $.00 |
| Facsimile ($0.15 per page) | | $.00 |
| Federal Express | | $.00 |
| Long Distance Telephone Calls | | $.00 |
| Air & Train Transportation | | $.00 |
| Meal Expense | | $.00 |

| | | |
|---|---|---|
| Messenger Service | | $.00 |
| Local Transportation | | $.00 |
| Miscellaneous Exp | | $.00 |
| Conference Meals | | $.00 |
| Postage | | $.00 |
| Research Material | | $.00 |
| Westlaw/Lexis | | $.00 |
| Professional Fees & Expert Witness Fees | | $.00 |
| Court Reporting/Transcript Service | | $.00 |
| Travel – Ground Transportation | | $.00 |
| Travel – Hotel Charges | | $.00 |
| Travel - Miscellaneous | | $.00 |
| **Total:** | | **$ 0.00** |

          CAPLIN & DRYSDALE, CHARTERED

*/s/Elihu Inselbuch*
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY 10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Mark T. Hurford (I.D. #3299)
800 King Street, Suite 300
Wilmington, Delaware 19801
(302) 426-1900

Counsel for the Official Committee
 of Asbestos Personal Injury Claimants

Dated: June 29, 2005