## EXHIBIT A

**Fraudulent Conveyance Advanced Proceeding (28.20 Hours; $ 8,030.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .20 | $415 | 83.00 |
| Brian A. Skretny | 26.50 | $290 | 7,685.00 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/20/04 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 12/21/04 | RCT | 415.00 | 0.20 | Review fee applications (monthly). |
| 12/21/04 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 05/26/05 | BAS | 290.00 | 6.00 | Meet with KNB re assignments related to Grace's motion to approve PI CMO and Questionnaire (.5); review Debtor's argument re FRE 408 and read cases cited therein (2.0); draft response to Debtor's argument re FRE 408 (3.5). |
| 05/27/05 | BAS | 290.00 | 7.00 | Review Debtor's argument re Daubert and cases cited therein (1.5); distinguish cases cited in by Debtor in Daubert section (5.5). |
| 05/30/05 | BAS | 290.00 | 6.00 | Complete memo distinguishing cases and responding to Debtor's argument re Daubert (6.0). |
| 05/31/05 | BAS | 290.00 | 7.50 | Review Debtor's argument that estimation determines merits of claims (1.0); distinguish cases cited within that argument (6.5). |

**Total Task Code .30**    28.20

{D0045264:1 }