# SIGN-IN SHEET

CASE NAME: W.R. Grace　　　　COURTROOM NO.: 6

CASE NO.: 01-1139　　　　DATE: 6/27/05

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kenneth Pasquale | Stroock + Stroock + Lavan LLP | Official Comm of Unsecured Creditors |
| Teresa Currier | " | Official Comm of Equity Holders |
| Jay Sakalo | Bilzin Sumberg | PD Committee |
| Scott Baena | Bilzin Sumberg | PD Committee |
| Theodore Tacconelli | Ferry Joseph & Pearce | " |
| Joseph Radecki | CIBC World Markets | Future Claims Rep |
| Janet S. Baer | K&E | " |
| David M. Bernick | " | W.R. Grace |
| Nathan Spewhr | " | WRGrace |
| Dan Glosband | " | WRGrace |
| Jan Friedland | K&E | CNA Insurance |
| David Crichlow | PSZ&J | WRGrace |
| Jeffrey Wisler | Connolly Bove | Maryland Casualty/Zurich |
| Linda DiLUiG | Lin & Bates | London Market Insurers |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

David Klauder　　O.S. Trustee　 
Roger Frankel FCR　Swidler Phillips Goldman  FCR　O.S. Trustee

(OVER)

WR Grace

| Name | Firm | Representing |
|---|---|---|
| Mark Chehi | Skadden Arps | — Sealed Air Corporation |
| Henry Wasserstein | " | " |
| Bert Wolf | " | " |
| William Sullivan | Buchanan Ingersoll | ZAI Plaintiffs |
| Michael Lastowski | Duane Morris | ZAI Plaintiffs |
| Linda Carmichael | White and Williams | Equity Committee |
| Mark T. Hurford | Campbell + Levine | ACC |
| Ronald E. Reinsel | Caplin + Drysdale | Asbestos PI Comm |
| Jennifer L. Scoliard | Klehr Harrison | DK Acquisition et al. |
| Kevin Mangan | Monzack + Monaco | State of Montana |

## PROCEEDING MEMO

**DATE:** 6/27/05
**TIME:** 12:00 p.m.

**IN RE: WR Grace**

**CASE NO.:** 01-11396

**CHAPTER:**

**ADVERSARY NO:**

**ATTORNEYS:**
**COURTCALL - 1-800-285-8640**
Telephonic Appearances by:
March Coleman - US Fire Ins. Co.
Tiffany Cobb - The Scotts Co.
Micahel Davis - AIG
Bruce Levin - Spaulding & Slye Construction
Elizabeth DeCristofaro - Listen Only/ Continental Casualty Co.
Jonathan Brownstein - Future Claimants
David Parsons - Listen Only/ Reaud, Morgan & Quinn
Jack Cohn - Federal Ins. Co.
Allyn Danzeisen - Official Comm. Of Property Damage Claimants
Darrell Scott - Listen Only/ Official Comm. Of Property Claimants
Sarah Edwards - Listen Only/ Royal
Gary Becker - Official Comm. If Equity Holders
Edward Westbrook - ZAI Claimants
David Bernick - Listen Only/ Debtors
Jonathan Friedland - Listen Only/ Debtors
Lori Sinanyan 0- Listen Only/ Debtors
Michael Brown - Seaton Ins. & Commercial Union Ins.

523001.1 6/24/5

7

Stefano Calogero - Allstate Ins.
Barbara Seniawski - Traverlers
Chirstopher Candon - Libby Claimants

**NATURE OF PROCEEDINGS:**
Omnibus Hearing

**OUTCOME:**