IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Hearing Date: July 19, 2005 at 9:00 a.m. (Pittsburgh)** |
| | ) | **Related Docket Nos. 8582, 8708** |
| | ) | |

**JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS IN THE DEBTORS' OBJECTION TO THE MOTION OF THE STATE OF MONTANA FOR RELIEF FROM THE AUTOMATIC STAY [DI 8582]**

The Official Committee of Asbestos Personal Injury Claimants (the "Asbestos PI Committee"), by and through its undersigned counsel, hereby files this limited joinder to the Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay [DI 8708]. The Asbestos PI Committee joins in the ultimate conclusion asserted by the Debtors that the relief requested therein should be denied. The Asbestos PI Committee asserts that the State of Montana fails to meet its burden for relief from the automatic stay. In addition, the Asbestos PI Committee asserts that the State of Montana has failed to present any legitimate reason why its claims against the Debtors should be liquidated now, while thousands of asbestos personal injury claims remain subject to the automatic stay.

(Remainder of page intentionally left blank)

{D0045336:1 }

Joining in the ultimate conclusion sought by the Debtors (that Montana's lift-stay motion should be denied) does not mean that the Asbestos PI Committee agrees with or supports any of the factual recitations or characterizations of past events in these bankruptcy proceedings set forth in the Debtors' responding papers.

Dated: June 29, 2005

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Marla R. Eskin (I.D. #2989)
Mark T. Hurford (I.D. #3229)
800 North King Street
Suite 300
Wilmington, DE  19801
(302) 426-1900

–and–

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY  10022–4614
(212) 319–7125

–and–

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862–5000

Counsel to the Official Committee
    of Asbestos Personal Injury Claimants