IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    CHAPTER 11

W. R. GRACE & CO., et al.,                                Case No. 01-01139 (JFK)
                                                          (Jointly Administered)
                        Debtors.

_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim

that was filed on behalf of American Dental Association Building, Chicago, Illinois (Claim No.

6665).  No adversary proceeding has been filed against this claimant; and the claimant has not

voted on a plan or otherwise participated significantly in this case.

Dated this 24th day of June, 2005.

                                        LOIZIDES & ASSOCIATES

                                        By:_____
                                        Christopher D. Loizides (#3968)
                                        Michael J. Joyce (#4563)
                                        Legal Arts Bldg., 1225 King Street, Suite 800
                                        Wilmington, DE 19801
                                        Telephone: (302) 654-0248
                                        Facsimile: (302) 654-0728 (fax)
                                        E-mail: loizides@loizides.com

                                        -and-

                                        SPEIGHTS & RUNYAN
                                        Daniel A. Speights (SC Bar No. 4252)
                                        200 Jackson Avenue, East
                                        P.O. Box 685
                                        Hampton, SC  29924
                                        Telephone:  (803) 943-4444
                                        Facsimile:  (803) 943-4599

                                        Co-Counsel for the Speights & Runyan Claimants