IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

Maria Kenion, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 29th day of June 2005, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**SUMMARY APPLICATION OF KIRKLAND & ELLIS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD, FROM MAY 1, 2005 THROUGH MAY 31, 2005**

Maria Kenion

Sworn to and subscribed before
me this 29th day of June 2005

Notary Public
My Commission Expires: 02/11/06

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

***Hand Delivery***
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

***Federal Express***
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

***Federal Express and E-mail:***
***william.sparks@grace.com***
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

***E-mail: meskin@del.camlev.com***
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

***E-mail: ttacconelli@ferryjoseph.com***
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

***E-mail: mlastowski@duanemorris.com***
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

***E-mail: currier@klettrooney.com***
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

***E-mail: james_kapp@chicago.kirkland.com***
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail: pvnl@capdale.com***
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: rserrette@stroock.com***
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

***E-mail: david.heller@lw.com and carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP