## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 29th day of June, 2005, I did cause to be served true and correct copies of the foregoing **Notices of Withdrawal of Proof of Claim:**

    **(1) First Baptist Church, Cookeville, TN (Claim No. 6695);**

    **(2) 69th Street Terminal Restaurant (claim # unknown);**

    **(3) 95 Wall Street Building (Claim No. 6882);**

    **(4) 140 Broadway Building (claim # unknown);**

    **(5) 230 West Monroe Building (claim # unknown);**

    **(6) 350 Park Avenue Building (Claim No. 6904);**

    **(7) Albert Lee Savings & Loan (claim # unknown);**

    **(8) American Bank (Claim No. 6833);**

    **(9) American Dental Association Building (Claim No. 6665);**

    **(10) Anderson Complex Building (claim # unknown);**

    **(11) AT&T, 1964-1965 NY World's Fair Exhibit Bldg. (claim # unknown);**

    **(12) Austin Savings & Loan (claim # unknown);**

    **(13) Avco Research Laboratories (claim # unknown);**

    **(14) BVM Visitation (Claim No. 6832);**

    **(15) Bayway Refinery (claim # unknown);**

(16) **Beverly Wilshire Building (Claim No. 6644);**

(17) **Charlotte Public Library (Claim No. 6704);**

(18) **Chase Manhattan Bank (claim # unknown);**

(19) **Chippenhan Hospital (claim # unknown);**

(20) **Church Job, Manly, Iowa (claim # unknown);**

(21) **Church of the Immaculate Conception (claim # unknown);**

(22) **Columbia Mall (claim # unknown);**

(23) **Continental Illinois National Bank & Trust (claim # unknown);**

(24) **Continental Inn (Claim No. 5649);**

(25) **Copley Hospital (claim # unknown);**

(26) **Cupples Products Company (claim # unknown);**

(27) **E.I. DuPont Building (Claim No. 6656);**

(28) **First Baptist Church, Baton Rouge, LA (Claim No. 6730);**

(29) **Laborer's 310 Union Office Building (Claim No. 11591); and**

(30) **Leonard's Hospital (Claim No. 10773)**

on the parties listed on the attached service list as indicated thereon.

Dated: June 29, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

*Co-counsel for the Speights & Runyan Claimants*

## SERVICE LIST

## VIA FIRST CLASS MAIL

Laura Davis Jones, Esquire
David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*

Steven Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
*(Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE  19801
*(Counsel to Asbestos PI Committee)*

Robert Dehney, Esquire
Michael Busenkill, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
*(Counsel to Travelers Casualty and Surety Company)*

Mark Collins, Esquire
Deborah Spivack, Esquire
Richards Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
*(Counsel to Chase Manhattan Bank)*

Michael Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899-1351
*(Counsel to Asbestos PD Committee)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
*(United States Trustee)*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397
*(Counsel to Equity Committee)*

James Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*(Counsel to Debtor)*

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
*(Debtor)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue,27[th] Floor
New York, NY 10022
*(Counsel to Asbestos PI Committee)*

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*(Counsel to Official Committee of Property Damage Claimants)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022-3852
*(Counsel to Equity Committee)*

David Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*