# EXHIBIT 2

# HR&A                                                                INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*


May 16, 2005

Invoice No. HRA20050516


Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the period ending April, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.0 hours @ $ 500 per hour | $ 500.00 |
| Joshua Katz<br>2.1 hours @ $ 175 per hour | 367.50 |
| **TOTAL DUE:** | **$ 867.50** |

*Please remit to **new** corporate address below:*

P.O. BOX 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

NORTHERN CALIFORNIA      LOS ANGELES      WASHINGTON DC      NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace).
For the period ending April, 2005.

|            | FFR      | JSK      |             |
|------------|----------|----------|-------------|
| 03/31/2005 | 0.5      |          |             |
| 04/01/2005 |          |          |             |
| 04/02/2005 |          |          |             |
| 04/03/2005 |          |          |             |
| 04/05/2005 |          |          |             |
| 04/06/2005 |          |          |             |
| 04/07/2005 |          |          |             |
| 04/08/2005 |          |          |             |
| 04/09/2005 |          |          |             |
| 04/10/2005 |          |          |             |
| 04/11/2005 |          |          |             |
| 04/12/2005 |          |          |             |
| 04/13/2005 |          |          |             |
| 04/14/2005 |          |          |             |
| 04/15/2005 |          |          |             |
| 04/16/2005 |          |          |             |
| 04/17/2005 |          |          |             |
| 04/18/2005 |          |          |             |
| 04/19/2005 |          |          |             |
| 04/20/2005 |          |          |             |
| 04/21/2005 |          |          |             |
| 04/22/2005 |          |          |             |
| 04/23/2005 |          | 1.0      |             |
| 04/24/2005 |          |          |             |
| 04/25/2005 |          |          |             |
| 04/26/2005 |          |          |             |
| 04/27/2005 |          |          |             |
| 04/28/2005 | 0.5      | 1.1      |             |
| 04/29/2005 |          |          |             |
| 04/30/2005 |          |          | TOTAL HOURS |
| TOTAL:     | 1.0      | 2.1      | 3.1         |
| RATE:      | $500     | $175     | TOTAL FEES  |
| AMOUNT:    | $500.00  | $367.50  | $867.50     |

PERIOD ENDING APRIL, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 03/31/05 | 0.5 | Talk to Josh Katz about request to Jay Sakalo for documents. |
| 04/28/05 | 0.5 | Talk with Josh Katz about committee phone call. |
| TOTAL: | 1.0 | |

APRIL, 2005, TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u>  <u>TASK</u>

04/23/05  1.0   Review of January PPT material on Libby; Grace Database; review on Libby claims; e-mail to Francine F. Rabinovitz discussing same.

04/28/05  1.1   W. R. Grace Co. conference call (0.7); briefing of Francine F. Rabinovitz on call (0.3); review of pertinent news (0.1).

TOTAL:    2.1