# EXHIBIT 2

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

June 16, 2005

Invoice No. HRA20050616

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of May, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>0.5 hours @ $ 500 per hour | $     250.00 |
| Joshua Katz<br>6.6 hours @ $ 175 per hour | 1,155.00 |
| **TOTAL DUE:** | **$ 1,405.00** |

*Please remit to **new** corporate address below:*

P.O. BOX 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA      LOS ANGELES      WASHINGTON DC      NEW YORK

MAY, 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

05/12/05  0.50 Discussion with Josh Katz about committee phone call.

TOTAL:    0.50

MAY, 2005, TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>      <u>TIME</u>   <u>TASK</u>

05/02/05   1.2    Review of recent SEC filings on Festa appointment and quarterly earnings.

05/03/05   0.1    Review of Form 3 SEC filing.

05/12/05   0.6    Coverage and briefing of weekly Grace conference call for Francine F. Rabinovitz.

05/16/05   1.2    Concurrent review of Grace 10k for First Quarter 2005 and preparation of summation sheet with key figures (1.2).

05/19/05   2.0    Review of memo in support of proposed PI CMO (1.1); review of motion to approve question (0.1); review of questionnaire and associated documents (0.8).

05/26/05   0.5    Weekly conference call (0.3); quick e-mail summary to Francine F. Rabinovitz and Paul J. Silvern. (0.2).

05/31/05   1.0    Review of Rand 2005 Asbestos litigation report (http://www.rand.org/publications/MG/MG162/index.html).

TOTAL:     6.6