```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                        Invoice Number      1288204
One Town Center Road                   Invoice Date        06/24/05
Boca Raton, FL    33486                Client Number        172573
```

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
    Fees                               35,672.00

                 TOTAL BALANCE DUE UPON RECEIPT        $35,672.00
                                                      ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1288204<br>Invoice Date      06/24/05<br>Client Number       172573<br>Matter Number        60026 |

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 05/02/05 | Restivo | Telephone call with R. Finke re: estimation issues. | .50 |
| 05/03/05 | Cameron | Meet with J. Restivo regarding property damage proofs of claims and objections (0.2); review file materials regarding same (0.9); review new correspondence and e-mails (0.5). | 1.60 |
| 05/04/05 | Cameron | Continued review of file materials relating to asbestos property damage claims (1.5) and telephone call to J. Baer regarding status of proceeding and work tasks (.3). | 1.80 |
| 05/05/05 | Cameron | Review pleadings relating to property damage claims in preparation for telephone call with R. Finke. | .90 |
| 05/06/05 | Cameron | Continued review of materials relating to estimation proceeding for property damage claims (2.7); e-mails with R. Finke regarding same (0.2); telephone call with R. Finke regarding same (0.2). | 3.10 |
| 05/06/05 | Lord | Research docket and update 2002 Service List. | .40 |

172573 W. R. Grace & Co.                          Invoice Number 1288204
60026  Litigation and Litigation Consulting        Page    2
       June 24, 2005


        Date    Name                                              Hours
        --------  -----------                                      -----


        05/07/05 Cameron       Review of various expert materials    2.40
                               relating to traditional property
                               damage claims.

        05/09/05 Cameron       Review of expert witness file         4.80
                               relating to traditional property
                               damage cases (2.4); review
                               estimation proceeding materials
                               (1.9); telephone call with R.
                               Finke regarding same (0.3);
                               e-mails regarding same (0.2).

        05/09/05 Restivo       Review new pleadings relating to      1.00
                               property damage estimation; review
                               emails re:  same.

        05/10/05 Cameron       Telephone call and e-mails with R.    2.40
                               Finke regarding meeting for
                               property damage estimation
                               proceeding (0.5); review materials
                               in preparation for meeting with R.
                               Finke regarding property damage
                               estimation proceedings (1.9).

        05/11/05 Cameron       Meet with J. Restivo to discuss       1.90
                               inquiry from R. Finke (0.4);
                               telephone call to R. Finke
                               regarding same (0.1); review
                               property damage estimation
                               proceeding materials (1.4).

        05/11/05 Restivo       Telephone conferences with R.         1.00
                               Finke re: estimation issues.

        05/12/05 Cameron       Continued review of asbestos          2.90
                               property damage materials for
                               meeting with R. Finke and K&E for
                               estimation proceeding preparation
                               (2.7); meet with J. Restivo to
                               discuss same (0.2).

        05/13/05 Cameron       Additional review of expert           1.90
                               materials relating to asbestos
                               property damage claims.

        05/14/05 Cameron       Expert file and fact witness file     1.80
                               reviews.

```
172573 W. R. Grace & Co.                        Invoice Number 1288204
60026  Litigation and Litigation Consulting     Page    3
       June 24, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/16/05 | Cameron | Prepare for meeting in Chicago regarding asbestos property damage estimation proceeding (1.8); meet with J. Restivo regarding same (0.4). | 2.20 |
| 05/16/05 | Restivo | Receipt and review of new pleadings. | .70 |
| 05/17/05 | Cameron | Review asbestos property damage trial materials and materials from K&E lawyers regarding property damage estimation proceeding (2.6); multiple e-mails and telephone calls with R. Finke regarding same (0.8); meet with J. Restivo regarding same (0.2). | 3.60 |
| 05/17/05 | Cameron | Review protective order from hearing and e-mails regarding same. | .70 |
| 05/17/05 | Restivo | Review new material. | .50 |
| 05/18/05 | Cameron | Prepare for and meet with R. Finke, J. Restivo, L. Flatley regarding strategy for traditional property damage estimation proceeding (1.7); follow-up meeting with R. Finke regarding same (0.7); prepare for meeting at K&E in Chicago by review of additional materials provided by R. Finke (1.5); e-mails from R. Finke regarding Libby issues (0.6). | 4.50 |
| 05/18/05 | Flatley | Attend part of meeting with R. Finke, J. Restivo and D. Cameron re:  asbestos property damage claim. | 1.10 |
| 05/18/05 | Restivo | Meeting with R. Finke to discuss strategy for property damage estimation issues. | 1.50 |
| 05/19/05 | Cameron | Prepare for and attend meeting in Chicago with R. Finke and K&E lawyers (6.8); review meeting notes and to-do list for summary memo (0.9). | 7.70 |

```
172573 W. R. Grace & Co.                      Invoice Number 1288204
60026  Litigation and Litigation Consulting   Page    4
       June 24, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/20/05 | Cameron | Emails relating to meeting in Chicago (.40); review notes of meeting for memo (.60); draft, review and revise memo of 5/19 meeting (1.40). | 2.40 |
| 05/21/05 | Cameron | Review materials relating to expert witnesses used in property damage litigation. | 1.40 |
| 05/23/05 | Cameron | Review expert file in regard to K&E request for materials. | 1.80 |
| 05/23/05 | Lord | Additional updates for 2002 Service List. | .20 |
| 05/24/05 | Atkinson | Review files re:  Kirkland & Ellis request for deposition testimony, trial testimony, expert reports. | .50 |
| 05/24/05 | Cameron | Expert file review for response to K&E inquiries (1.90); telephone call with R. Finke re: product ID issues (.30); revise claims information (.60); review materials from R. Finke re: traditional property damage cases and regulations (.30). | 3.10 |
| 05/25/05 | Atkinson | Review off-site storage files for expert materials per requests from Kirkland & Ellis. | 1.40 |
| 05/25/05 | Cameron | Additional review of expert materials from prior litigation and meeting summary. | 1.30 |
| 05/25/05 | Restivo | Review new planning material. | .80 |
| 05/26/05 | Cameron | Multiple telephone calls with R. Finke and experts regarding property damage (0.5); review of files and expert reports/disclosures (1.9); begin summary of same (0.9). | 3.30 |

```
172573  W. R. Grace & Co.                      Invoice Number 1288204
60026  Litigation and Litigation Consulting    Page   5
        June 24, 2005
```

| Date | Name | | Hours |
|------|------|------|------|

05/27/05 Cameron    Telephone calls with R. Finke and    2.20
                    expert regarding property damage
                    litigation (0.4); review expert
                    reports and disclosures regarding
                    same in preparation for meeting (1.8)

05/28/05 Cameron    Review expert materials for    1.50
                    meetings.

05/31/05 Atkinson   Review files for experts materials    1.80
                    per requests from Kirkland & Ellis.

05/31/05 Cameron    Telephone call with R. Finke    2.60
                    regarding meetings (0.2); review
                    expert materials and prior trial
                    materials to provide to K&E (1.4);
                    e-mails regarding same (0.2);
                    prepare for meeting in New York
                    with R. Finke (0.8).

                                       ------
                              TOTAL HOURS    75.20

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 6.00 | at $ | 525.00 | = | 3,150.00 |
| Lawrence E. Flatley | 1.10 | at $ | 495.00 | = | 544.50 |
| Douglas E. Cameron | 63.80 | at $ | 490.00 | = | 31,262.00 |
| John B. Lord | 0.60 | at $ | 175.00 | = | 105.00 |
| Maureen L. Atkinson | 3.70 | at $ | 165.00 | = | 610.50 |

```
                CURRENT FEES                        35,672.00


                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT          $35,672.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1288205 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 06/24/05 |
| Boca Raton, FL 33487 | Client Number | 172573 |


==============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

        Fees                                3,234.00
        Expenses                                0.00

                   TOTAL BALANCE DUE UPON RECEIPT           $3,234.00
                                                           ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1288205
5400 Broken Sound Blvd., N.W.            Invoice Date        06/24/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60027


==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

    Date    Name                                            Hours
    --------  -----------                                    -----

05/19/05 Cameron       Travel to airport, to Chicago and     4.70
                       to K&E office for meetings
                       (one-half time) (1.5); return to
                       airport in Chicago and wait in
                       airport during prolonged flight
                       delay and cancellation (one-half
                       time) (3.2).

05/20/05 Cameron       Return to airport and return          1.90
                       flight to Pittsburgh (one-half
                       time).

                                                            ------
                                          TOTAL HOURS        6.60


TIME SUMMARY          Hours          Rate          Value
-----------------------  ----------------------   -------
Douglas E. Cameron     6.60  at  $  490.00  =    3,234.00

                      CURRENT FEES                          3,234.00


                                                        ------------
                      TOTAL BALANCE DUE UPON RECEIPT       $3,234.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1288206
5400 Broken Sound Blvd., N.W.                  Invoice Date        06/24/05
Boca Raton, FL 33487                           Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

    Fees                              3,577.00
    Expenses                              0.00

             TOTAL BALANCE DUE UPON RECEIPT        $3,577.00
                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1288206
5400 Broken Sound Blvd., N.W.                  Invoice Date       06/24/05
Boca Raton, FL 33487                           Client Number        172573
                                               Matter Number         60028


===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

   Date    Name                                                Hours
-------- -----------                                           -----


05/03/05 Cameron          Review materials regarding              .80
                          Canadian claims.

05/09/05 Cameron          Review Canadian claims information.     .60

05/10/05 Cameron          Review materials from ZAI Trial        1.30
                          record relating to experts.

05/18/05 Cameron          E-mails from R. Finke regarding         .80
                          ZAI claims.

05/24/05 Cameron          Review materials from R. Finke         1.40
                          regarding EPA pronouncements on
                          vermiculite (1.1); e-mails
                          regarding same (.3).

05/26/05 Cameron          Additional review of EPA               .40
                          pronouncements and web site
                          information relating to
                          vermiculite.

05/27/05 Cameron          Review website information            1.10
                          regarding vermiculite (0.3);
                          review Canadian claims information
                          (0.8).

```
172573 W. R. Grace & Co.                    Invoice Number 1288206
60028  ZAI Science Trial                    Page   2
       June 24, 2005


05/31/05 Cameron          Review materials from R. Finke        .90
                          regarding Canadian claims.

                                                       ------
                                            TOTAL HOURS   7.30


TIME SUMMARY              Hours          Rate        Value

------------------------  ----------------------    -------
Douglas E. Cameron          7.30  at  $  490.00  =   3,577.00

                          CURRENT FEES                           3,577.00


                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT       $3,577.00
                                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1288207
5400 Broken Sound Blvd., N.W.                  Invoice Date        06/24/05
Boca Raton, FL 33487                           Client Number        172573


==========================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

      Fees                            3,437.50
      Expenses                            0.00

                  TOTAL BALANCE DUE UPON RECEIPT          $3,437.50
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                 Invoice Number    1288207
5400 Broken Sound Blvd., N.W.               Invoice Date     06/24/05
Boca Raton, FL 33487                        Client Number     172573
                                            Matter Number       60029


=======================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 05/02/05 | Muha | Final review of quarterly application materials. | .70 |
| 05/03/05 | Lord | E-mail with S. Ament re: quarterly fee application (.1); review and revise same (1.1). | 1.20 |
| 05/04/05 | Cameron | Review materials relating to fee applications. | .80 |
| 05/05/05 | Cameron | Review and revise fee application materials. | .90 |
| 05/06/05 | Cameron | Additional review of fee application materials. | .70 |
| 05/06/05 | Lord | Review revise and prepare 16th quarterly fee application for e-filing and service (1.7). | 1.70 |
| 05/10/05 | Lord | E-file and perfect service of 16th quarterly fee application. | .80 |
| 05/10/05 | Muha | Review and revise fee and expense detail for April 2005 fee application. | 1.00 |
| 05/17/05 | Muha | Revisions to monthly fee and expense detail for April 2005 fee application. | .70 |

```
172573 W. R. Grace & Co.                        Invoice Number 1288207
60029  Fee Applications-Applicant               Page   2
       June 24, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/23/05 | Muha | Finish review, analysis and revisions to April 2005 monthly fee application materials. | .50 |
| 05/24/05 | Lord | Research docket and draft CNO to Reed Smith March monthly fee application (.4); review, revise and finalize Reed Smith monthly May fee application for e-filing and service (1.0). | 1.40 |
| 05/24/05 | Muha | Review fee application/CNO information and e-mails to and from J. Lord re: filing of CNOs. | .20 |
| 05/26/05 | Lord | E-file and perfect service for March CNO. | .40 |
| 05/30/05 | Cameron | Review fee application issues. | .70 |
| 05/31/05 | Lankford | Review, scan, e-file and perfect service of RS's 46th Fee Application. | 1.50 |

```
                                                              ------
                                         TOTAL HOURS          13.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 3.10 | at $ | 490.00 | = | 1,519.00 |
| Andrew J. Muha | 3.10 | at $ | 260.00 | = | 806.00 |
| John B. Lord | 5.50 | at $ | 175.00 | = | 962.50 |
| Lisa Lankford | 1.50 | at $ | 100.00 | = | 150.00 |

```
                           CURRENT FEES                       3,437.50


                                                           ------------
                    TOTAL BALANCE DUE UPON RECEIPT            $3,437.50
                                                           ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                                Invoice Number        1288208
One Town Center Road                           Invoice Date          06/24/05
Boca Raton, FL    33486                         Client Number          172573


==============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

     Fees                                   539.00
     Expenses                                 0.00

                    TOTAL BALANCE DUE UPON RECEIPT              $539.00
                                                          ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1288208
One Town Center Road                     Invoice Date       06/24/05
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60030


==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

   Date   Name                                            Hours
-------- -----------                                      -----

05/16/05 Cameron         Attend hearing (0.7); meet with J.   1.10
                         Baer regarding same (0.2); e-mails
                         to R. Finke regarding same (0.2).

                                                          ------
                                        TOTAL HOURS        1.10


TIME SUMMARY               Hours          Rate         Value
------------------------   --------------------------  -------
Douglas E. Cameron         1.10  at  $  490.00   =     539.00

                         CURRENT FEES                              539.00


                                                             ------------
               TOTAL BALANCE DUE UPON RECEIPT                    $539.00
                                                             ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1288209
One Town Center Road                     Invoice Date        06/24/05
Boca Raton, FL    33486                   Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                              1,666.00
    Expenses                              0.00

               TOTAL BALANCE DUE UPON RECEIPT         $1,666.00
                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1288209
One Town Center Road                     Invoice Date       06/24/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number         60035


======================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

    Date   Name                                              Hours
 -------- -----------                                        -----

05/05/05 Cameron       Review e-mails and attachments          .90
                       regarding document production and
                       related issues in Montana
                       investigation.

05/10/05 Cameron       Review materials relating to            .90
                       witness files and historical
                       documents for Montana
                       investigation.

05/31/05 Cameron       Review witness and exhibit list        1.60
                       provided by government (1.4);
                       e-mails regarding same (0.2).

                                                             ------
                                          TOTAL HOURS          3.40


TIME SUMMARY              Hours         Rate         Value
------------------------  -----------------------   -------
Douglas E. Cameron        3.40  at  $  490.00  =  1,666.00

                          CURRENT FEES                       1,666.00

                                                          ------------
                TOTAL BALANCE DUE UPON RECEIPT              $1,666.00
                                                          =============