REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                     Invoice Number      1288214
One Town Center Road                                Invoice Date        06/24/05
Boca Raton, FL   33486                              Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Fees                                    0.00
    Expenses                            1,444.96

              TOTAL BALANCE DUE UPON RECEIPT            $1,444.96
                                                        =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                         Invoice Number      1288214
One Town Center Road                    Invoice Date       06/24/05
Boca Raton, FL    33486                 Client Number       172573
                                        Matter Number        60026
```

======================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Description | Amount |
|---|---:|
| Telephone Expense | 5.25 |
| PACER | 7.20 |
| Duplicating/Printing/Scanning | 487.05 |
| Outside Duplicating | 63.10 |
| Lodging | 190.97 |
| Transportation | 24.00 |
| Air Travel Expense | 448.39 |
| Automobile Rental | 30.00 |
| Taxi Expense | 95.00 |
| Meal Expense | 38.00 |
| Telephone - Outside | 50.00 |
| General Expense | 6.00 |

```
            CURRENT EXPENSES                         1,444.96
                                                  --------------

            TOTAL BALANCE DUE UPON RECEIPT          $1,444.96
                                                  ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1288214 |
| One Town Center Road | Invoice Date | 06/24/05 |
| Boca Raton, FL  33486 | Client Number | 172573 |
| | Matter Number | 60026 |

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 04/30/05 | PACER-Electronic docket access charge for April 2005. | 7.20 |
| 05/03/05 | 561-362-1533/BOCA RATON, FL/19 | .95 |
| 05/03/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 05/03/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/04/05 | 312-861-2000/CHICAGO, IL/2 | .10 |
| 05/06/05 | 561-362-1533/BOCA RATON, FL/24 | 1.20 |
| 05/06/05 | ATTY # 0887: 22 COPIES | 3.30 |
| 05/09/05 | 561-362-1533/BOCA RATON, FL/5 | .25 |
| 05/10/05 | ATTY # 0718; 288 COPIES | 43.20 |
| 05/10/05 | ATTY # 0887: 22 COPIES | 3.30 |
| 05/10/05 | ATTY # 0887: 22 COPIES | 3.30 |
| 05/11/05 | ATTY # 0710: 4 COPIES | .60 |
| 05/11/05 | 714-368-6346/SANTA ANA, CA/13 | .65 |
| 05/13/05 | ATTY # 0349: 2 COPIES | .30 |
| 05/13/05 | ATTY # 0710: 5 COPIES | .75 |
| 05/13/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/13/05 | ATTY # 0710: 6 COPIES | .90 |

| | | |
|---|---|---:|
| 172573 W. R. Grace & Co. | | Invoice Number   1288214 |
| 60026  Litigation and Litigation Consulting | | Page    2 |
| June 24, 2005 | | |

| | | |
|---|---|---:|
| 05/13/05 | ATTY # 0710: 2 COPIES | .30 |
| 05/13/05 | ATTY # 0710: 1 COPIES | .15 |
| 05/13/05 | ATTY # 0710: 1 COPIES | .15 |
| 05/16/05 | ATTY # 0559; 16 COPIES | 2.40 |
| 05/17/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/17/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 05/18/05 | ATTY # 0536: 1 COPIES | .15 |
| 05/18/05 | ATTY # 0536: 1 COPIES | .15 |
| 05/18/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/19/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/20/05 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/05 | ATTY # 0710: 14 COPIES | 2.10 |
| 05/20/05 | ATTY # 0710: 14 COPIES | 2.10 |
| 05/20/05 | ATTY # 0710: 10 COPIES | 1.50 |
| 05/20/05 | ATTY # 0710: 10 COPIES | 1.50 |
| 05/20/05 | ATTY # 0710: 10 COPIES | 1.50 |
| 05/20/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 05/20/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 05/20/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 05/20/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/20/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/20/05 | ATTY # 0559: 5 COPIES | .75 |
| 05/20/05 | ATTY # 0559: 10 COPIES | 1.50 |
| 05/20/05 | ATTY # 0559: 5 COPIES | .75 |
| 05/20/05 | ATTY # 0559; 3 COPIES | .45 |
| 05/23/05 | ATTY # 0536 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                              Invoice Number   1288214
 60026  Litigation and Litigation Consulting           Page      3
        June 24, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 05/23/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/23/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/24/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC.--copying for service of CNO. | 63.10 |
| 05/24/05 | ATTY # 0710; 27 COPIES | 4.05 |
| 05/24/05 | ATTY # 0710; 26 COPIES | 3.90 |
| 05/24/05 | 561-362-1533/BOCA RATON, FL/20 | .95 |
| 05/24/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 05/24/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 05/25/05 | ATTY # 0856; 470 COPIES | 70.50 |
| 05/25/05 | 561-362-1533/BOCA RATON, FL/6 | .30 |
| 05/26/05 | Meal Expense - - DOUGLAS E. CAMERON DINNER DURING TRIP TO CHICAGO FOR STRATEGY MEETING AT K&E (5/19-5/20/05). | 38.00 |
| 05/26/05 | Lodging - - DOUGLAS E. CAMERON TRIP TO CHICAGO FOR STRATEGY MEETING AT K&E--OVERNIGHT STAY AT HOTEL DUE TO FLIGHT CANCELLATION (5/19-5/20/05). | 190.97 |
| 05/26/05 | Taxi Expense - - DOUGLAS E. CAMERON TRIP TO CHICAGO FOR STRATEGY MEETING AT K&E--TRAVEL TO/FROM CHICAGO AIRPORT, TO/FROM CHICAGO HOTEL (5/19-5/20/05). | 95.00 |
| 05/26/05 | Transportation - -DOUGLAS E. CAMERON- TRIP TO CHICAGO FOR STRATEGY MEETING AT K&E--PARKING AT PITTSBURGH AIRPORT (5/19-5/20/05). | 24.00 |
| 05/26/05 | TRANSPORTATION- - DOUGLAS E. CAMERON TIPS - TRIP TO CHICAGO FOR STRATEGY MEETING AT K&E (5/19-5/20/05). | 6.00 |
| 05/26/05 | Telephone - Outside - - Expense for calling into omnibus hearing via Court Call facility. | 50.00 |
| 05/26/05 | 561-362-1533/BOCA RATON, FL/17 | .85 |
| 05/26/05 | ATTY # 0559; 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                          Invoice Number   1288214
60026   Litigation and Litigation Consulting       Page    4
        June 24, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 05/27/05 | Automobile Rental - - DOUGLAS E. CAMERON -- TRIP TO CHICAGO FOR TRANSPORTATION TO AND FROM PGH AIRPORT FOR STRATEGY MEETING AT K&E (5/19-5/20/05). | 30.00 |
| 05/27/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC.--COPYING AND POSTAGE FEE SERVICE OF NOTICE OF 16TH QUARTERLY FEE APPLICATION ON 2002 SERVICE LIST. | 314.75 |
| 05/27/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. --COPYING AND POSTAGE FOR SERVICE OF 16TH QUARTERLY FEE APPLICATION ON CORE SERVICE LIST. | 432.30 |
| 05/27/05 | ATTY # 0559: 2 COPIES | .30 |
| 05/27/05 | ATTY # 0559; 6 COPIES | .90 |
| 05/27/05 | ATTY # 0856; 659 COPIES | 98.85 |
| 05/27/05 | Reversal from Void Check Number: 858309 Bank ID: MB-PGH2 Voucher ID: 820505 Vendor: IKON OFFICE SOLUTIONS, INC. | -314.75 |
| 05/27/05 | Reversal from Void Check Number: 858309 Bank ID: MB-PGH2 Voucher ID: 820507 Vendor: IKON OFFICE SOLUTIONS, INC. | -432.30 |
| 05/31/05 | Air Travel Expense - -DOUGLAS E. CAMERON-- TRIP TO CHICAGO FOR MEETING WITH W.R. GRACE COUNSEL AT K&E REGARDING PROPERTY DAMAGE (5/19/05). | 448.39 |
| 05/31/05 | ATTY # 0856; 1112 COPIES | 166.80 |
| 05/31/05 | ATTY # 0856; 148 COPIES | 22.20 |
| 05/31/05 | ATTY # 0856; 33 COPIES | 4.95 |
| 05/31/05 | ATTY # 0856; 3 COPIES | .45 |
| 05/31/05 | ATTY # 3984; 170 COPIES | 25.50 |
| 05/31/05 | ATTY # 0559: 8 COPIES | 1.20 |

```
                        CURRENT EXPENSES                    1,444.96
                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $1,444.96
                                                         ============
```