IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              CHAPTER 11

W. R. GRACE & CO., et al.,                          Case No. 01-01139 (JFK)
                                                    (Jointly Administered)
           Debtors.
_____/

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim that was filed on behalf of Lake Isle Country Club, Eastchester, NY (Claim No. 6605). No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

Dated this 30th day of June, 2005.

LOIZIDES & ASSOCIATES

By: _____

Christopher D. Loizides (#3968)
Michael J. Joyce (#4563)
Legal Arts Bldg., 1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728 (fax)
E-mail: loizides@loizides.com

-and-

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Bar No. 4252)
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

Co-Counsel for the Speights & Runyan Claimants