IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              CHAPTER 11

W. R. GRACE & CO., et al.,                          Case No. 00-01139 (JFK)
                                                    (Jointly Administered)
              Debtors.
_____/

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim that was filed on behalf of Los Angeles County Museum of Fine Arts, Los Angeles, California (Claim No. 6744). No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

Dated this 30th day of June, 2005.

                                    LOIZIDES & ASSOCIATES

                                    By: _____

                                    Christopher D. Loizides (#3968)
                                    Michael J. Joyce (#4563)
                                    Legal Arts Bldg., 1225 King Street, Suite 800
                                    Wilmington, DE 19801
                                    Telephone: (302) 654-0248
                                    Facsimile: (302) 654-0728 (fax)
                                    E-mail: loizides@loizides.com

                                    -and-

                                    SPEIGHTS & RUNYAN
                                    Daniel A. Speights (SC Bar No. 4252)
                                    200 Jackson Avenue, East
                                    P.O. Box 685
                                    Hampton, SC 29924
                                    Telephone: (803) 943-4444
                                    Facsimile: (803) 943-4599

                                    Co-Counsel for the Speights & Runyan Claimants