IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              CHAPTER 11

W. R. GRACE & CO., et al.,                          Case No. 01-01139 (JFK)
                                                    (Jointly Administered)
                    Debtors.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim that was filed on behalf of Our Lady of Lourdes Church, Ravenna, Nebraska (Claim No. 6903). No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

Dated this 30th day of June, 2005.

                                                LOIZIDES & ASSOCIATES

                                                By:_____
                                                Christopher D. Loizides (#3968)
                                                Michael J. Joyce (#4563)
                                                Legal Arts Bldg., 1225 King Street, Suite 800
                                                Wilmington, DE 19801
                                                Telephone: (302) 654-0248
                                                Facsimile: (302) 654-0728 (fax)
                                                E-mail: loizides@loizides.com

                                                -and-

                                                SPEIGHTS & RUNYAN
                                                Daniel A. Speights (SC Bar No. 4252)
                                                200 Jackson Avenue, East
                                                P.O. Box 685
                                                Hampton, SC  29924
                                                Telephone:  (803) 943-4444
                                                Facsimile:  (803) 943-4599

                                                Co-Counsel for the Speights & Runyan Claimants