UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 30th day of June, 2005, I did cause to be served true and correct copies of the foregoing **Notices of Withdrawal of Proof of Claim**:

(1) **Phelps Apartments (Claim No. 6915);**

(2) **First Baptist Church, Richmond, VA (Claim No. 6692);**

(3) **First National Bank Building (Claim # Unknown);**

(4) **First National Bank (Claim No. 6836);**

(5) **First Presbyterian Church (Claim # Unknown);**

(6) **General Insurance Company (Claim # Unknown);**

(7) **Gilbane Building Company (Claim # Unknown);**

(8) **Harrison Memorial Hospital (Claim # Unknown);**

(9) **Highland Enterprise Lumber Company (Claim # Unknown);**

(10) **Hillsdale Shopping Center (Claim No. 6746);**

(11) **Illinois Union Building (Claim No. 6720);**

(12) **Jefferson Hotel (Claim # Unknown);**

(13) **Kleinhans Music Hall (Claim No. 6875);**

(14) **Lake Isle Country Club (Claim No. 6605);**

(15) **Leon County Gymnasium (Claim # Unknown);**

(16) Lincoln Building (Claim No. 6676);

(17) Los Angeles County Museum of Fine Arts (Claim No. 6744);

(18) Mandalay Apartments (Claim No. 6654);

(19) Marriott Hotel (Claim No. 6737);

(20) Medical Park Hospital (Claim No. 6702);

(21) Medina Community Hospital (Claim No. 6917);

(22) Memorial Hospital, Boiler Room Ceiling (Claim # Unknown);

(23) Methem Hospital (Claim # Unknown);

(24) Montgomery County Hospital (Claim # Unknown);

(25) Monumental Office Building (Claim No. 6735);

(26) Morgan Guaranty Trust Company (Claim # Unknown);

(27) National Bank of Westchester (Claim # Unknown);

(28) Norman Municipal Hospital (Claim # Unknown);

(29) Our Lady of Good Hope Church (Claim No. 6670); and

(30) Our Lady of Lourdes Church (Claim No. 6903).

on the parties listed on the attached service list as indicated thereon.

Dated: June 30, 2005

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

*Counsel for the Claimants*

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Laura Davis Jones, Esquire
David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*

Steven Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
*(Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE  19801
*(Counsel to Asbestos PI Committee)*

Robert Dehney, Esquire
Michael Busenkill, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
*(Counsel to Travelers Casualty and Surety Company)*

Mark Collins, Esquire
Deborah Spivack, Esquire
Richards Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
*(Counsel to Chase Manhattan Bank)*

Michael Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
*(Counsel to Asbestos PD Committee)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
*(Counsel to Equity Committee)*

James Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
*(Debtor)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Counsel to Asbestos PI Committee)*

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*(Counsel to Official Committee of Property Damage Claimants)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022-3852
*(Counsel to Equity Committee)*

David Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*