IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                      CHAPTER 11

W. R. GRACE & CO., et al.,                                  Case No. 01-01139 (JFK)
                                                            (Jointly Administered)
                        Debtors.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIMS

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim

that was filed on behalf of Commerce Towers/Tower Properties, Kansas City, MO (Claim Nos.

6603 and 10699).  No adversary proceeding has been filed against this claimant; and the claimant

has not voted on a plan or otherwise participated significantly in this case.

Dated this 30th day of June, 2005.

LOIZIDES & ASSOCIATES

By: _____
Christopher D. Loizides (#3968)
Michael J. Joyce (#4563)
Legal Arts Bldg., 1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728 (fax)
E-mail: loizides@loizides.com

-and-

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Bar No. 4252)
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924
Telephone:  (803) 943-4444
Facsimile:  (803) 943-4599

Co-Counsel for the Speights & Runyan Claimants