# EXHIBIT "A"

## **EXHIBIT A**

Nothing (a) in this Estimation Order,[7] or (b) in any order entered as part of the process of estimating Asbestos PI Claims or relating to the estimation of Asbestos PI Claims or demands (the "Estimation Process"), shall in any way operate to, or have the effect of, impairing or otherwise affecting any insurers' legal, equitable or contractual rights in any respect. The rights of insurers shall be determined pursuant to their respective insurance contracts and/or settlement agreements with the Debtors, and under applicable law. The rights of insurers to conduct discovery, either written or oral, in any future proceeding relating, in any way, to the Debtors' liability for or the insurers' obligations to indemnify the Debtors on account of any or all of the Asbestos PI Claims shall not be affected, restricted, altered or modified by this Estimation Order or the Estimation Process. Without limiting the foregoing, no proceedings undertaken pursuant to this Estimation Order or otherwise in the Estimation Process (including without limitation, any evidentiary hearings or any findings or conclusions constituting or relating to any estimation of Asbestos PI Claims contained in or referenced in any decision, order, finding, conclusion or judgment of this Court) shall constitute a trial or hearing on the merits, or an adjudication, final order, settlement, finding of liability or judgment binding on any Debtor or insurer for any purpose concerning insurance coverage for or liability for Asbestos PI Claims, or be used as evidence or offered into evidence in any proceeding to prove:

    (a)    that any insurer is liable for, or otherwise obligated to pay with respect to, any Asbestos PI Claim or Demand against the Debtors;

---

[7] Unless otherwise defined, all capitalized terms used herein shall have the meanings ascribed to them in the Glossary of Defined Terms filed by the Debtors on November 13, 2004.

(b)  that the procedures established pursuant to this Estimation Order are reasonable and/or consistent with any procedures that were used to evaluate or settle Asbestos PI Claims against the Debtors before the Petition Date;

(c)  that the estimated value(s) assigned to any or all of the Asbestos PI Claim(s) pursuant to the procedures established pursuant to this Estimation Order was or were reasonable and/or otherwise appropriate; or

(d)  that any of the insurers participated in and/or consented to the procedures undertaken pursuant to the Estimation Order.

Nothing in this Estimation Order or in the Estimation Process shall limit the rights of or be binding on any insurer in any action regarding the insurance coverage obligations of any insurer or limit the right to assert any coverage defenses; nor shall any of the findings or conclusions addressed in the Estimation Order or Estimation Process have any *res judicata* or collateral estoppel effect against any insurer.

PHILA1\2279438\4 113022.000