IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                  CHAPTER 11

W. R. GRACE & CO., et al.,                              Case No. 01-01139 (JFK)
                                                        (Jointly Administered)

                        Debtors.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIMS

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim

that was filed on behalf of Consumers Power Federal Credit Union, Jackson, MI (Claim No.

11505). No adversary proceeding has been filed against this claimant; and the claimant has not

voted on a plan or otherwise participated significantly in this case.

Dated this 30th day of June, 2005.

                                          LOIZIDES & ASSOCIATES

                                          By: _____
                                          Christopher D. Loizides (#3968)
                                          Michael J. Joyce (#4563)
                                          Legal Arts Bldg., 1225 King Street, Suite 800
                                          Wilmington, DE 19801
                                          Telephone: (302) 654-0248
                                          Facsimile: (302) 654-0728 (fax)
                                          E-mail: loizides@loizides.com

                                          -and-

                                          SPEIGHTS & RUNYAN
                                          Daniel A. Speights (SC Bar No. 4252)
                                          200 Jackson Avenue, East
                                          P.O. Box 685
                                          Hampton, SC 29924
                                          Telephone: (803) 943-4444
                                          Facsimile: (803) 943-4599

                                          Co-Counsel for the Speights & Runyan Claimants