**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that on the 30th day of June, 2005, I caused a copy of **Maryland Casualty's Response to Debtors' Motion to Approve PI CMO And Questionnaire** to be served upon the following counsel in the manner indicated:

**BY HAND DELIVERY**
Laura Davis Jones, Esq.
David Carickhoff, Esq.
Pachulski, Stang, Ziehl, Young Jones
   & Weintraub
919 North Market Street, 16th Floor
Wilmington, DE 19801

**BY TELEFAX AND FIRST CLASS U.S. MAIL**
David M. Bernack, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Barbara M. Harding, Esq.
Brian T. Stansbury, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

                           **/s/ Jeffrey C. Wisler**
                               Jeffrey C. Wisler

#404496