IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                               CHAPTER 11

W. R. GRACE & CO., et al.,                           Case No. 01-01139 (JFK)
                                                     (Jointly Administered)
                            Debtors.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim

that was filed on behalf of Eden Park Nursing Home of Rutland, Rutland, VT (Claim No.

11429).   No adversary proceeding has been filed against this claimant; and the claimant has not

voted on a plan or otherwise participated significantly in this case.

Dated this 30th day of June, 2005.

                                   LOIZIDES & ASSOCIATES

                                   By:_____
                                   Christopher D. Loizides (#3968)
                                   Michael J. Joyce (#4563)
                                   Legal Arts Bldg., 1225 King Street, Suite 800
                                   Wilmington, DE 19801
                                   Telephone: (302) 654-0248
                                   Facsimile: (302) 654-0728 (fax)
                                   E-mail: loizides@loizides.com

                                   -and-

                                   SPEIGHTS & RUNYAN
                                   Daniel A. Speights (SC Bar No. 4252)
                                   200 Jackson Avenue, East
                                   P.O. Box 685
                                   Hampton, SC  29924
                                   Telephone:  (803) 943-4444
                                   Facsimile:  (803) 943-4599

                                   Co-Counsel for the Speights & Runyan Claimants