IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: August 5, 2005 @4:00 p.m.** |
| | ) | **Hearing Date: August 22, 2005 @ 12:00 p.m.** |

## NOTICE OF MOTION

TO:   All Parties on the Attached List

PLEASE TAKE NOTICE, that on June 30, 2005, the Official Committee of Asbestos Personal Injury Claimants (the "Committee") filed and served the attached **Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 5003-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Certain Confidential Exhibits to the Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion to Approve CMO and Questionnaire** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **August 5, 2005 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **August 5, 2005 at 4:00 p.m.**

{D0045387:1}                                                           1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 30, 2005

>CAMPBELL & LEVINE, LLC
>
>  /S/ Mark Hurford
> Marla R. Eskin (No. 2989)
> Mark T. Hurford (No. 3299)
> 800 North King Street, Suite 300
> Wilmington, DE 19801
> (302) 426-1900
>
>   -and-
>
> CAPLIN & DRYSDALE, CHARTERED
> Elihu Inselbuch
> 399 Park Avenue
> New York, NY 10022-4614
> (212) 319-7125
>
>   -and-
>
> CAPLIN & DRYSDALE, CHARTERED
> Peter Van N. Lockwood
> Nathan D. Finch
> Walter B. Slocombe
> Kimberly N. Brown
> One Thomas Circle, N.W.
> Washington, D.C. 20005
> (202) 862-5000
>
> *Counsel to the Official Committee of*
>   *Asbestos Personal Injury Claimants*