IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 5003-1(b) AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, AND DIRECTING THE CLERK OF THE COURT, TO FILE UNDER SEAL CERTAIN CONFIDENTIAL EXHIBITS TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO DEBTORS' MOTION TO APPROVE PI CMO AND QUESTIONNAIRE**

Upon the motion dated June 30, 2005 (the "Motion"), of the Official Committee of Asbestos Personal Injury Claimants (the "Committee") for the entry of an order pursuant to Section 107(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5003-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Committee, and directing the Clerk of the Court, to file under seal certain confidential exhibits to the Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion to Approve PI CMO and Questionnaire (the "Objection"); and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY FOUND THAT:

A.  The relief requested in the Motion is in the best interests of the Debtors' estates; and

{D0045388:1 }

B.   Exhibits 11, 12, 13, 14, and 15 (the "Confidential Exhibits") to the Objection contain confidential information that would be damaging to the Debtors and their estates if revealed to their competitors; therefore, it is hereby

ORDERED THAT:

1.   The Motion is granted and the Committee is authorized to file the Confidential Exhibits to the Objection under seal for *in camera* review.

2.   Pursuant to Section 107(b) of the Bankruptcy Code and Local Rule 5003-1(b), the Clerk of the Court is directed to file the Objection under seal in an envelope, clearly indicating that the Confidential Exhibits to the Objection have been filed under seal by order of the United States Bankruptcy Court for the District of Delaware and may not be unsealed until and unless permitted by further order of the Court.

3.   The Court shall retain jurisdiction to enforce this Order and the confidentiality of the Confidential Exhibits to the Objection and the information contained therein, including authority to impose sanctions on any person or entity that violates this Order.

Dated: _____, 2005

                                                                             The Honorable Judith K. Fitzgerald
                                                                             United States Bankruptcy Judge