## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) |  |
|  | ) | Jointly Administered |
| Debtors | ) |  |
|  | ) |  |

### **CERTIFICATE OF SERVICE**

I, Michael J. Joyce, hereby certify that on the 30th day of June, 2005, I did cause to be served true and correct copies of the foregoing **Notices of Withdrawal of Proof of Claim:**

    **(1) A&S Department Store (Claim No. 11601);**

    **(2) Akron Cascade Towers (Claim No. 11162);**

    **(3) Atlanta West Hospital (Claim No. 11548);**

    **(4) Brookdale Shopping Center (Claim No. 11425);**

    **(5) Carnegie Museum (Claim No. 11042);**

    **(6) Chateau LeMoyne Hotel (Claim # Unknown);**

    **(7) City Complex (Claim No. 10742);**

    **(8) Commerce Towers/Tower Properties (Claim Nos. 6603 and 10699);**

    **(9) Consumers Power Federal Credit Union (Claim No. 11505);**

    **(10) Convention Hall, Memphis, TN (Clam No. 11563);**

    **(11) Eden Park Nursing Home of Rutland, VT (Claim No. 11429);**

    **(12) Eden Park Nursing Home of Albany, NY (Claim Nos. 11091 and 11417);**

    **(13) Elkton Hospital (Claim No. 11163);**

    **(14) Employers Mutual Insurance (Claim No. 11150);**

    **(15) Fairview Hospital (Claim No. 11209);**

(16) Fairview Shopping Mall (Claim No. 11513);

(17) Farm Bureau Insurance Building (Claim No. 10518);

(18) Fidelity Bank & Trust Co. (Claim No. 11143);

(19) First National Bank Building (Claim Nos. 10703 and 11171);

(20) First Union Bank (Claim No. 11565);

(21) GA Farm Bureau Building (Claim No. 11552);

(22) Greenville Hospital (Claim No. 11141); and

(23) Hamdt Hospital (Claim No. 10693).

on the parties listed on the attached service list as indicated thereon.

Dated: June 30, 2005

_____

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

*Counsel for the Claimants*

## SERVICE LIST

## VIA FIRST CLASS MAIL

Laura Davis Jones, Esquire
David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*

Steven Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
*(Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE  19801
*(Counsel to Asbestos PI Committee)*

Robert Dehney, Esquire
Michael Busenkill, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
*(Counsel to Travelers Casualty and Surety Company)*

Mark Collins, Esquire
Deborah Spivack, Esquire
Richards Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
*(Counsel to Chase Manhattan Bank)*

Michael Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899-1351
*(Counsel to Asbestos PD Committee)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
*(United States Trustee)*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397
*(Counsel to Equity Committee)*

James Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601
*(Counsel to Debtor)*

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
*(Debtor)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue,27th Floor
New York, NY  10022
*(Counsel to Asbestos PI Committee)*

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL  33131-2336
*(Counsel to Official Committee of Property Damage Claimants)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY  10022-3852
*(Counsel to Equity Committee)*

David Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606
*(Counsel to DIP Lender)*