294    Nicholson, Perkel, and Selikoff

will be used for all other nonmesothelial tumors with the magnitude of the increase in insulators being adjusted by the observed frequency of these tumors compared with that expected and that of other groups by their estimated exposure relative to insulators as well.

The treatment of the time course of mesothelioma differs from that of lung cancer and other malignancies in that there is no background rate in the absence of asbestos exposure with which to compare the asbestos-related risk. Thus, it is necessary to utilize absolute risks of death. Figure 4 shows the risk of death of mesothelioma according to age for individuals exposed first between ages 15 and 24 and between ages 25 and 34 as in Figure 1. As can be seen, these data, while somewhat uncertain because of small numbers, roughly parallel one another by ten years as did the increased relative risk curves for lung cancer. Thus, the absolute risk of death from mesothelioma appears to be directly related to onset of exposure and is independent of the age at which the exposure occurs. The risk of death from mesothelioma among the insulation workers is plotted according to time from onset of exposure on the right side of Figure 4. It increases as the fourth or fifth power of time from onset of exposure for about 40 or 50 years. Thereafter, data are scanty and information on the time course is not reliable. For the purposes of analyzing the mortality experience among various groups of workers, the relationship depicted in Figure 4 will be used. After 45 years from onset of exposure, we will consider the risk of death from mesothelioma to remain constant at 1.2 per 100 person-years for insulation workers employed for 25 or more years. For insulators employed for shorter periods, the risk will be reduced by the fraction of 25 years worked. For other exposed groups the risks depicted in Figure 4 will be reduced by the relative exposure of the group compared with insulators and by the fraction of 25 years that a population is exposed.



Fig. 4. The death rates for mesothelioma among insulation workmen according to age and age at onset of employment and according to time since onset of employment.

### Dose-Response Relationships for Asbestos-Related Cancer

Four recent studies have demonstrated that the risk of lung cancer increases linearly with dose over a fairly wide range of exposures [Dement et al, in press; Henderson and Enterline, 1979; Liddell et al, 1977; Seidman et al, 1979]. Unfortunately, the studies are not directly comparable. For three, the measure of dose was the exposure to asbestos and other dusts in terms of millions of particles per cubic foot (mppcf) times the duration of exposure. This exposure categorization is highly dependent upon the proportion of nonfibrous material in the aerosol being considered. Some relationships between particle counts and fiber concentrations in fibers longer than 5 micrometers per milliliter (f/ml) have been provided in the literature, but these are tenuous at best, based as they are upon a limited number of observations. Further, the study of Henderson and Enterline [1979] was limited to retirees over age 64 of a major asbestos products manufacturer in the United States. As was seen in Figure 2, observations of exposed groups begun late in life can differ considerably from those in which follow-up starts at younger years (as, for example, at age 40-45, 20 years after onset of employment). In the fourth study, that of Seidman et al [1979], exposure characterization involved the use of data from plants other than that in which the mortality experience occurred. A discussion of some of the differences of the slopes of the dose-response functions obtained in these studies has been made elsewhere [Nicholson, 1981a]. The important aspect is the linearity of effect with increasing amounts of asbestos inhaled.

In the analysis which follows, it is not necessary that one fully understand the reasons for the differences in the slopes of dose-response relationships in mining and various manufacturing operations as the relative risks in different industries will be based largely upon the observed mortality experience in those industries or upon a comparison of the number of cases of mesothelioma or excess lung cancers in different work activities. In this subsequent comparison, however, we will utilize a linear dose-response relationship to adjust for different periods of employment. While the evidence of linearity is strong for lung cancer, we will assume that it also obtains for mesothelioma and other malignancies. The evidence for this is more limited, but an analysis of the risks of mesothelioma according to time of employment in the study of Seidman et al would suggest that it is true for that tumor as well. For example, 0 of 215 deaths from mesothelioma occurred from less than 6 months exposure, 3 of 82 from 6 to 11 months exposure, 4 of 74 from 1 to 2 years exposure, and 7 of 63 from more than 2 years exposure.

### Calculation of Asbestos-Related Mortality

As discussed previously, for those trades in which workers have possible asbestos exposure, estimates were made of the number of employees potentially at risk, the relative exposure of those workers compared with insulators, the average employment time of individuals entering a particular trade or industry, and the age distribution of new hires in the various trades or industries. The asbestos-related cancer mortality was calculated as follows. For those employees entering a trade subsequent to 1940, the above data from Table XII were utilized to obtain the number of new entrants into an industry during different periods of time. The age distribution of new manufacturing employees of 1960 (Table XXI) was used to calculate age-related mortality of new entrants into a trade or industry. This distribution also was found in new hires during 1974 at a major northeast US shipyard (E. Christian, personal communication). For each quinquennium at entry, the appropriate age, calendar year, and asbestos risk specific rates were applied to calculate the excess lung and other cancer mortality, the risk

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

of death from mesothelioma, the total mortality (based on US national rates for the entry quinquennium and all subsequent quenquennia until the year 2030 (assuming 1975–1979 rates to apply to the year 2030). This was done for each five-year period of entry, 1940–1980, and the calculated numbers summed for each calendar quinquennium, 1940–2030. For those employed in 1940, the appropriate age distribution for an industry or trade in 1940, as given by the US census, was used. For those employed in 1940, it was assumed that onset of asbestos exposure occurred at age 22.5 or 1930 for those 32.5 years or older in 1940.

The excess, nonmesothelial cancer mortality was calculated using the time dependence displayed in Figure 2 with the assumption that the manifestation of risk from a given exposure will first take place 7.5 years after its occurrence and increases linearly until 7.5 years after cessation of exposure. The risks of death from mesothelioma were calculated using the data of Figure 4, adjusted for each industrial group, with risk assumed to be constant after 45 years from first exposure. Account was taken of the different periods of exposure for each group in each decade, as indicated in Table XIII. Calculations were made using US white male rates. Some blacks and some women would have been employed in the industries under consideration, although their numbers would have been small. Were data available on the number of blacks and women, the use of black male rates would have increased the number of nonmesothelioma cancers and the female rates would have decreased the number, resulting in only a small change from these data.

The results of such calculations are shown in Table XXII through XXV, which list the average annual excess number of lung cancers, mesotheliomas, gastrointestinal, and other asbestos-related cancers, and total excess cancer attributable to asbestos exposure in each quinquennium from 1965 to 2030 for the populations in Table XII. In these tables the average annual mortality in each quinquennium is listed by the midyear of the period. As can be seen, the dominant contributors to the asbestos-related disease are the shipbuilding and construction industries. Industries directly involved in the manufacturing of asbestos products or with the application of insulation material contribute a significantly smaller proportion to current asbestos disease and that to be expected for the next two decades.[2]

It is instructive to look at a display of the number of mesotheliomas and asbestos-related cancers in the shipbuilding industry from the year 1940 to the year 2000. While the total number of malignancies are necessarily uncertain, the data on the time course of the cancers that will occur are relatively good. These data are shown in Figures 5 and 6 for the populations first employed prior to 1940, during World War II, and subsequent to 1945. As can be seen, the relative importance of the wartime and postwar exposures are roughly equal, even though a considerably greater number of individuals were employed in World War II. This, of course, occurs because of the relatively short periods of work for the wartime group. Further, while the exposures in the construction industry are more uncertain, the important disease experience is also ahead of us in

---

[2]A preliminary report on this research has been presented elsewhere (W.J. Nicholson, G. Perkel, I.J. Selikoff, and H. Seidman. Cancer from occupational asbestos exposure: Projections 1980–2000. Banbury Report 9, Cold Spring Harbor Laboratory, 1981, pp 87–111). In that publication, an estimate was presented of the population at risk from asbestos exposure since 1940 (13,200,000) and projections of asbestos-related mortality (8,770 deaths in 1982 to 9,750 in 1990). The estimates of the population exposed to asbestos presented there, however, did not fully account for the extremely high turnover in workplace employment that we have discussed here. However, as the mortality estimates did not depend on the total population exposed, they are virtually identical to those presented here.

that industry, largely because of the extensive use of asbestos in spray fireproofing materials between 1958 and 1972. A measure of the overall future disease experience can be seen in Figure 7, which depicts the projected annual mesothelioma deaths from 1940 to the year 2000. Of all mesotheliomas that are estimated to occur between the years 1940 and 2000, about one third have occurred to date.

The number of mesotheliomas estimated by this procedure is approximately 40% greater than those that would be estimated to occur nationwide using data of the SEER program for white males during 1978 [R. Connelly, National Cancer Institute, personal communication, 1981]. Here, initial data (with one center not analyzed) report 98 mesothelioma deaths in nine of the ten SEER areas. As they represent approximately a

TABLE XXI. Age Distribution of Employees Hired During 1965 Who Were Not Working January 1, 1965*

| Age | Number (in thousands) | Percent in age interval | Percent of shipyard workers in age interval[a] |
|---|---|---|---|
| 18-19 | 892 | 15.1 | 17.8 |
| 20-24 | 1,614 | 27.3 | 31.6 |
| 25-34 | 1,431 | 24.3 | 27.6 |
| 35-44 | 861 | 14.6 | 12.0 |
| 45-54 | 588 | 10.0 | 6.1 |
| 55-64 | 361 | 6.1 | 2.9 |
| 65+ | 146 | 2.5 | 0.0 |

*Data from Bureau of Labor Statistics [1965].
[a]Based on 478 new hires during 1974. Data from Christian, Sec. Local 5, Industrial Union of Marine and Shipbuilding Workers of America (personal communication, 1981).



Fig. 5. The estimated and projected numbers of mesothelioma deaths per annum from past asbestos exposure from 1940 through 1999 among three groups of shipyard employees (those employed in 1940 or earlier, those employed during World War II, and those employed subsequent to World War II).

298    Nicholson, Perkel, and Selikoff

10% sample of the US population, the national estimate of cases for 1978 would exceed 1,000. This is to be compared with our estimate of 1,400 for the quinquennium 1976–1980 (and for the year 1978). In this comparison, however, it should be noted that the information used for the estimate of asbestos-related cancers in this work relied upon data that identified asbestos malignancy following analysis of all medical evidence and after a review of all pathological material available. The SEER program, on the other hand, used records-based reports with no review of pathological material. Experience has shown that pathological review will identify as mesothelioma many neoplasms initially categorized otherwise [Levine, 1978]. Further, while well representing the shipbuilding industry, the ten SEER areas underrepresent industrial areas and



Fig. 6. The estimated and projected numbers of excess asbestos-related cancers per annum from 1940 through 1999 among three groups of shipyard employees (those employed in 1940 or earlier, those employed during World War II, and those employed subsequent to World War II).



Fig. 7. The estimated and projected numbers of mesotheliomas per annum from 1940 through 1999 from occupational asbestos exposure.

TABLE XXII. The Projected Annual Excess Deaths From All Asbestos-Related Lung Cancer in Selected Occupations and Industries, 1967–2027

| Industry or occupation | Number deceased in calendar year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1967 | 1972 | 1977 | 1982 | 1987 | 1992 | 1997 | 2002 | 2007 | 2012 | 2017 | 2022 | 2027 |
| Primary asbestos manufacturing | 129 | 189 | 240 | 270 | 288 | 284 | 260 | 224 | 173 | 122 | 77 | 43 | 20 |
| Secondary manufacturing | 146 | 192 | 261 | 321 | 374 | 387 | 377 | 343 | 291 | 228 | 160 | 102 | 56 |
| Insulation work | 158 | 235 | 319 | 379 | 418 | 421 | 390 | 333 | 299 | 185 | 119 | 68 | 35 |
| Shipbuilding and repair | 847 | 1,125 | 1,411 | 1,479 | 1,436 | 1,247 | 1,027 | 786 | 562 | 401 | 268 | 157 | 78 |
| Construction trades | 445 | 717 | 1,093 | 1,405 | 1,649 | 1,815 | 1,893 | 1,828 | 1,584 | 1,235 | 884 | 487 | 228 |
| Railroad engine repair | 66 | 79 | 88 | 84 | 62 | 55 | 36 | 19 | 8 | 2 | 0 | 0 | 0 |
| Utility services | 82 | 111 | 142 | 161 | 175 | 177 | 168 | 150 | 124 | 95 | 66 | 41 | 22 |
| Stationary engineers and firemen | 234 | 306 | 380 | 435 | 478 | 493 | 486 | 438 | 378 | 305 | 223 | 147 | 85 |
| Chemical plant and refinery maintenance | 116 | 163 | 209 | 246 | 267 | 270 | 254 | 224 | 181 | 136 | 93 | 56 | 30 |
| Automobile maintenance | 100 | 142 | 192 | 240 | 290 | 316 | 340 | 326 | 304 | 266 | 210 | 148 | 90 |
| Marine engine room personnel | 21 | 27 | 33 | 35 | 35 | 32 | 28 | 22 | 17 | 12 | 8 | 5 | 2 |
| Totals | 2,344 | 3,286 | 4,368 | 5,055 | 5,472 | 5,497 | 5,259 | 4,693 | 3,921 | 2,987 | 2,108 | 1,254 | 646 |

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**300    Nicholson, Perkel, and Selikoff**

metropolitan regions that would have had significant construction activities 30 or more years ago. Thus, it is not unexpected that actual US rates may exceed those estimated from the SEER program.

There is observational evidence to support the analytical approach used in these calculations. The data for insulation workers suggest that 650 mesotheliomas and 2,300 excess lung cancers would occur between 1967 and 1976 among members of this craft. This is to be compared with 175 mesotheliomas and 380 excess lung cancers seen among insulators in the single union (The International Association of Heat and Frost Insulators and Asbestos Workers, AFL-CIO) studied by Selikoff et al [1979]. The ratios of 0.27 and 0.17 for the number of deaths among Asbestos Workers Union members to those calculated here is in reasonable agreement with the fraction of all insulators that the union has organized (0.29). The difference in lung cancer and mesothelioma ratios can be attributed to the fact that the insulators organized by this union are older than the entire group estimated to be at risk from 1967 through 1976 and, thus, have a proportionally greater risk of death from mesothelioma than from lung cancer compared to other insulators. Forty-two percent of the Asbestos Workers Union members were 45 years of age or older at the midpoint of the Selikoff et al study. A comparison of the ratios of the calculated 1977 mesothelioma deaths from industries (Table XXIII) with those observed in the study of McDonald and McDonald [1980] (Table XVI) also shows reasonable agreement.

As discussed previously, one third of those estimated to have had a potential exposure to asbestos were exposed for only a short period of time and were believed to have a risk less than that equivalent to that from employment in an asbestos products plant or as an insulator for two months. By calculating the person-years of exposure of the "lower risk population" and comparing the result to the total person-years of employment in each industry the contribution of the lower-risk group to the estimated excess mortality can be obtained. These results are shown in Table XXVI and indicate that 32% of the exposed group will contribute less than 2% of the excess asbestos-related deaths. The numbers are approximate because of uncertainties in the assumed short-term separating rate. They do, however, dramatize the consequences of inclusion of lower exposed individuals in the population at risk.

## Asbestosis Deaths

The above estimates are of deaths from malignancy. There will be additional deaths from asbestosis that will occur in individuals exposed to high concentrations over long periods of time. In contrast to the asbestos cancers, deaths from asbestosis generally require considerable fiber exposure. They will largely occur in insulators, manufacturing workers and long-term shipyard employees. They will be fewer than the number of mesothelioma deaths among insulators (perhaps one half to three fourths). Because of the high labor turnover in manufacturing we would estimate that about one third as many deaths will occur from asbestosis as from mesothelioma. A similar ratio is probably appropriate for pre- and post-World War II shipyard workers (short-term wartime work would carry only a limited risk of death from asbestosis). Thus, approximately 200 deaths annually are now occurring from asbestosis (the condition, however, will be contributory to many more deaths). This number will perhaps double during the next two decades and decline thereafter.

TABLE XXIII. The Projected Annual Deaths From Asbestos-Related Mesothelioma in Selected Occupations and Industries, 1967–2027

| Industry or occupation | Number deceased in calendar year | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1967 | 1972 | 1977 | 1982 | 1987 | 1992 | 1997 | 2002 | 2007 | 2012 | 2017 | 2022 | 2027 |
| Primary asbestos manufacturing | 56 | 64 | 80 | 102 | 128 | 149 | 160 | 161 | 147 | 123 | 89 | 59 | 34 |
| Secondary manufacturing | 42 | 52 | 70 | 99 | 134 | 167 | 195 | 213 | 214 | 199 | 163 | 123 | 78 |
| Insulation work | 51 | 65 | 91 | 130 | 173 | 207 | 227 | 229 | 209 | 157 | 128 | 86 | 50 |
| Shipbuilding and repair | 292 | 386 | 542 | 612 | 884 | 865 | 770 | 659 | 541 | 409 | 287 | 201 | 120 |
| Construction trades | 169 | 193 | 251 | 355 | 495 | 696 | 901 | 1,065 | 1,176 | 1,126 | 882 | 624 | 378 |
| Railroad engine repair | 38 | 42 | 50 | 60 | 65 | 60 | 45 | 30 | 18 | 7 | 2 | 0 | 0 |
| Utility services | 37 | 41 | 49 | 62 | 76 | 87 | 96 | 99 | 96 | 86 | 68 | 50 | 31 |
| Stationary engineers and firemen | 120 | 125 | 148 | 168 | 207 | 238 | 259 | 262 | 247 | 214 | 165 | 117 | 71 |
| Chemical plant and refinery maintenance | 46 | 55 | 70 | 91 | 117 | 138 | 149 | 152 | 145 | 128 | 99 | 71 | 44 |
| Automobile maintenance | 40 | 48 | 60 | 78 | 100 | 122 | 148 | 172 | 190 | 200 | 190 | 158 | 108 |
| Marine engine room personnel | 10 | 11 | 14 | 18 | 19 | 19 | 19 | 18 | 16 | 12 | 9 | 6 | 3 |
| Totals | 901 | 1,082 | 1,425 | 1,775 | 2,398 | 2,748 | 2,969 | 3,060 | 2,999 | 2,661 | 2,082 | 1,495 | 917 |

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

302     Nicholson, Perkel, and Selikoff

### Comparison With Other Studies

Some previous estimates of asbestos-related mortality exceed those discussed here. In the Department of Health, Education, and Welfare estimate that 13%-18% of all cancers in the near future will be asbestos-related, recognition was taken that a large number of individuals were potentially exposed to asbestos, their estimate being 8-11 million compared with ours at 27.5 million, 18.8 million of whom had exposures greater than 2-3 f-yr/ml [Department of Health, Education, and Welfare, 1981]. However, their estimates of the number of heavily exposed individuals was subjective and no explicit adjustment was made for the different employment periods of exposed groups. The estimates by Hogan and Hoel [1981] that up to 12,000 deaths may occur annually from asbestos cancer placed great emphasis upon possible effects from the shipbuilding industry. They, too, subjectively estimated the number of heavily exposed individuals in this trade and did not explicitly account for variations in employment time and may have overestimated the asbestos-related mortality. However, their estimates of the effect of other industries neglected large numbers of individuals with potential exposure. Thus, their estimates for other than shipbuilding would appear to understate the asbestos disease potential [Nicholson, 1981b]. Finally, Blot and Fraumeni [1981] estimate that 120,000 lung cancer deaths will occur (over the population lifetime) from wartime shipyard employment. Our estimate is 25,000. The difference lies largely in our assigning a much lower risk to the very short term (< 1 year) employees.

A lower estimate of 4,000 asbestos cancers annually has been made by Higginson et al [1980] based upon mid-1970 SEER data for mesothelioma and a multiplier of three for other cancers. However, the multiplier depends on time from onset of exposure and population age and exceeded four during the 1970s. (Compare Tables XXII and XXIII.) Further, the previously mentioned limitations of the SEER data apply here. Enterline has also estimated that approximately 4,000 deaths will occur annually [Enterline, 1981]. He attributes 530 lung cancer deaths/yr to primary manufacturing and insulation work, 900 to secondary, 421 to shipyard employment, 212 to auto maintenance, and 438 for other occupations. In addition to lung cancer, he estimates 1,250 other cancers and 333 mesotheliomas will be asbestos-related. The values for primary manufacturing, insulation work, and auto maintenance are similar to our estimates and that for secondary manufacturing considerably more. However, much lower estimates are given for shipbuilding, construction, and other trades. This is in contrast with the finding that a much greater number of mesotheliomas occur in these trades compared with manufacturing and insulation work [McDonald and McDonald, 1980].

### Expected Mortality in Asbestos-Exposed Workers

Tables XXII through XXV list the projections for the excess mortality associated with past asbestos exposures. For a given work category, these excess deaths will add to those expected in the absence of exposure but, with the exception of mesothelioma, an "excess" death cannot be distinguished from an "expected" one. As each of these deaths may lead to a claim for compensation or a third party suit, the potential of such cases can greatly exceed the number of excess deaths calculated above. For the heavily exposed (insulators, for example), where the excess deaths exceed those expected, the problem is not a great one. However, for groups with lesser exposure, the total number of lung cancer deaths that could be asbestos-related is very much greater than the numbers in Table XXII. Table XXVII lists the expected lung cancer deaths over the

Occupational Exposure to Asbestos    303

TABLE XXIV. The Projected Annual Excess Deaths From All Asbestos-Related Gastrointestinal and Other Cancers in Selected Occupations and Industries, 1967–2027

| Industry or occupation | Number deceased in calendar year | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1967 | 1972 | 1977 | 1982 | 1987 | 1992 | 1997 | 2002 | 2007 | 2012 | 2017 | 2022 | 2027 |
| Primary asbestos manufacturing | 52 | 59 | 65 | 73 | 78 | 77 | 71 | 60 | 47 | 33 | 21 | 12 | 6 |
| Secondary manufacturing | 48 | 60 | 72 | 87 | 102 | 105 | 102 | 93 | 79 | 62 | 44 | 27 | 15 |
| Insulation work | 57 | 74 | 87 | 103 | 114 | 114 | 106 | 90 | 70 | 50 | 32 | 19 | 9 |
| Shipbuilding and repair | 313 | 354 | 384 | 402 | 390 | 339 | 279 | 214 | 153 | 109 | 73 | 43 | 21 |
| Construction trades | 164 | 225 | 297 | 383 | 449 | 493 | 514 | 497 | 431 | 336 | 230 | 132 | 63 |
| Railroad engine repair | 25 | 25 | 24 | 23 | 20 | 15 | 10 | 5 | 2 | 1 | 0 | 0 | 0 |
| Utility services | 30 | 35 | 39 | 44 | 48 | 48 | 46 | 41 | 34 | 26 | 18 | 11 | 6 |
| Stationary engineers and firemen | 80 | 96 | 103 | 118 | 131 | 134 | 130 | 119 | 103 | 83 | 61 | 40 | 23 |
| Chemical plant and refinery maintenance | 43 | 51 | 58 | 67 | 73 | 74 | 69 | 61 | 49 | 37 | 25 | 15 | 8 |
| Automobile maintenance | 36 | 46 | 52 | 66 | 80 | 86 | 90 | 88 | 82 | 72 | 58 | 40 | 24 |
| Marine engine room personnel | 8 | 9 | 9 | 10 | 10 | 9 | 8 | 6 | 5 | 3 | 2 | 1 | 1 |
| Totals | 856 | 1,034 | 1,190 | 1,376 | 1,495 | 1,494 | 1,425 | 1,274 | 1,055 | 812 | 564 | 340 | 176 |

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

TABLE XXV. The Projected Annual Excess Deaths From All Asbestos-Related Cancer in Selected Occupations and Industries, 1967–2027

| Industry or occupation | Number deceased in calendar year ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1967 | 1972 | 1977 | 1982 | 1987 | 1992 | 1997 | 2002 | 2007 | 2012 | 2017 | 2022 | 2027 |
| Primary asbestos manufacturing | 237 | 312 | 385 | 445 | 494 | 510 | 491 | 445 | 367 | 278 | 187 | 114 | 60 |
| Secondary manufacturing | 236 | 304 | 403 | 507 | 610 | 659 | 674 | 649 | 584 | 489 | 367 | 252 | 149 |
| Insulation work | 266 | 374 | 497 | 612 | 705 | 742 | 723 | 652 | 578 | 392 | 279 | 173 | 94 |
| Shipbuilding and repair | 1,452 | 1,865 | 2,337 | 2,493 | 2,710 | 2,451 | 1,076 | 1,659 | 1,256 | 919 | 628 | 401 | 219 |
| Construction trades | 778 | 1,135 | 1,641 | 2,143 | 2,593 | 3,004 | 3,308 | 3,390 | 3,191 | 2,697 | 1,996 | 1,243 | 669 |
| Railroad engine repair | 129 | 146 | 162 | 167 | 147 | 130 | 91 | 54 | 28 | 10 | 2 | 0 | 0 |
| Utility services | 149 | 187 | 230 | 267 | 299 | 312 | 310 | 290 | 254 | 207 | 152 | 102 | 59 |
| Stationary engineers and firemen | 434 | 527 | 631 | 721 | 816 | 865 | 875 | 819 | 728 | 602 | 449 | 304 | 179 |
| Chemical plant and refinery maintenance | 205 | 269 | 337 | 404 | 457 | 482 | 472 | 437 | 375 | 301 | 217 | 142 | 82 |
| Automobile maintenance | 176 | 236 | 304 | 384 | 470 | 524 | 578 | 586 | 576 | 538 | 458 | 346 | 222 |
| Marine engine room personnel | 39 | 47 | 56 | 63 | 64 | 60 | 55 | 46 | 38 | 27 | 19 | 12 | 6 |
| Totals | 4,101 | 5,402 | 6,983 | 8,206 | 9,365 | 9,739 | 9,653 | 9,027 | 7,975 | 6,460 | 4,754 | 3,089 | 1,739 |

years 1965-2030 (assuming 1978 rates for subsequent years). As can be seen, the expected numbers exceed the excess by nearly six times. Even if the 32% of individuals with lower exposure are excluded from consideration, the ratios of expected to excess range from 0.4 to 11.7.

Figure 8 shows the distribution of excess lung cancers expected between 1980 and 2030 according to equivalent insulator-years of exposure. (An insulator-year of exposure is that which would create the same risk as employment as an insulator for one year). The approximate exposure for a doubling of lung cancer risk is also indicated. Of the excess lung cancers, 50% occur in individuals with more than this doubling exposure. The total number of lung cancers is also shown for this group and is about 60% more than the excess due to asbestos exposure. For lesser exposures, the curve of the total cancer rises extremely steeply because of the large number of exposed individuals. At the peak of the asbestos related lung cancer curve, the total lung cancer curve would be four times higher. Parenthetically, the exposure distribution of mesothelioma cases will be similar to that of the excess lung cancers.

As mentioned previously at a given exposure level an "excess" death cannot be distinguished from an "expected" one. The problem, however, extends even across exposure levels. Many individuals with less than 5 insulator-years of exposure will have abnormal X-rays, and a significant percentage with greater exposure will have normal X-rays. This follows from the finding that more than 30% family contacts of



Fig. 8. The distribution of excess lung cancers expected between 1980 and 2030 according to equivalent insulator-years of exposure. (An insulator-year of exposure is that which would create the same risk as employment as an insulator for one year.)

**306    Nicholson, Perkel, and Selikoff**

TABLE XXVI. Percentage of Asbestos-Related Cancers That Occur Among Those With Lower Exposure Who Were Exposed After January 1940*

| Industry or occupation | Percentage of deaths |
|---|---|
| Primary asbestos manufacturing | 1.2 |
| Secondary manufacturing | 1.3 |
| Insulation work | 0.1 |
| Shipbuilding and repair | 1.9 |
| Construction trades | 1.0 |
| Railroad engine repair | 1.8 |
| Utility services | 0.8 |
| Stationary engineers and firemen | 1.8 |
| Chemical plant and refinery maintenance | 1.0 |
| Automobile maintenance | 12.4 |
| Marine engine room personnel | 2.3 |

*Lower exposure is considered to be less than 2–3 f-yr/ml. The overall contribution to mortality of all individuals with lower exposure is 1.9%.

asbestos factory workers (Anderson et al, 1979) and insulators (Nicholson et al, to be published) have asbestos related X-ray abnormalities (20-30 years after onset of less than 5 equivalent years of exposure) and that a fair number of insulators with 20 or more years in the trade have normal X-rays. Pulmonary function tests are even less revealing. While procedures based on exposure or on clinical evidence of exposure are possible, the allocation of compensation resources to the deserving individuals is clearly an enormously difficult scientific problem. It is an even more difficult social problem.

## CONCLUSIONS

Estimates have been made of the numbers of cancers that are projected to result from past exposures to asbestos in a number of occupations and industries. Only those potentially exposed by virtue of their employment have been considered. Additional deaths will result from exposure among family contacts (household contamination), from environmental exposures, from exposure during consumer use of asbestos products, and from exposure while in the Armed Forces, particularly in engine rooms of naval ships. No estimates have been made of deaths resulting from asbestosis. These estimates indicate that:

1. From 1940 through 1979, 27,500,000 individuals had potential asbestos exposure at work. Of these, 18,800,000 had exposure in excess of that equivalent to two months employment in primary manufacturing or as an insulator (>2–3 f-yr/ml). 21,000,000 of the 27,500,000 and 14,100,000 of the 18,800,000 are estimated to have been alive on January 1, 1980.

2. Approximately 8,200 asbestos-related cancer deaths are currently occurring annually. This will rise to about 9,700 annually by the year 2000.

3. Thereafter, the mortality rate from past exposure will decrease but still remain substantial for another three decades.

o be
less
0 or
less
sure
ls is
)cial

esult
hose
.onal
ion),
rod-
s of
hese

xpo-
two
ml).
have

ring

nain

TABLE XXVII. Expected Lung Cancer Deaths in Selected Occupations and Industries, 1967–2027

| Industry or occupation | Number deceased in calendar year | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1967 | 1972 | 1977 | 1982 | 1987 | 1992 | 1997 | 2002 | 2007 | 2012 | 2017 | 2022 | 2027 |
| Primary asbestos manufacturing | 230 | 327 | 435 | 528 | 604 | 646 | 642 | 588 | 499 | 400 | 308 | 238 | 186 |
| Secondary manufacturing | 424 | 628 | 870 | 1,100 | 1,297 | 1,446 | 1,518 | 1,497 | 1,394 | 1,237 | 1,047 | 833 | 605 |
| Insulation work | 67 | 97 | 132 | 162 | 187 | 204 | 210 | 203 | 187 | 164 | 138 | 109 | 79 |
| Shipbuilding and repair | 4,420 | 5,956 | 7,550 | 8,694 | 9,202 | 8,553 | 7,541 | 5,522 | 3,595 | 2,188 | 1,478 | 1,144 | 800 |
| Construction trades | 2,501 | 3,793 | 5,325 | 6,761 | 8,033 | 9,061 | 9,648 | 9,677 | 9,173 | 8,246 | 7,005 | 5,536 | 3,942 |
| Railroad engine repair | 258 | 334 | 404 | 441 | 451 | 421 | 350 | 248 | 143 | 62 | 17 | 20 | 0 |
| Utility services | 316 | 438 | 572 | 684 | 770 | 819 | 827 | 764 | 672 | 566 | 461 | 358 | 256 |
| Stationary engineers and firemen | 1,703 | 2,316 | 2,969 | 3,491 | 3,895 | 4,114 | 4,080 | 3,769 | 3,253 | 2,660 | 2,082 | 1,557 | 1,075 |
| Chemical plant and refinery maintenance | 736 | 1,026 | 1,139 | 1,576 | 1,791 | 1,881 | 1,870 | 1,715 | 1,474 | 1,205 | 948 | 716 | 504 |
| Automobile maintenance | 2,761 | 3,969 | 5,358 | 6,592 | 7,572 | 8,231 | 8,450 | 8,172 | 7,543 | 6,894 | 5,731 | 4,646 | 3,436 |
| Marine engine room personnel | 177 | 236 | 295 | 337 | 361 | 363 | 338 | 288 | 231 | 176 | 133 | 97 | 64 |
| Totals | 13,593 | 19,120 | 25,049 | 30,366 | 34,136 | 35,739 | 35,374 | 32,443 | 28,164 | 23,798 | 19,398 | 15,236 | 10,947 |

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Case 01-01139-AMC    Doc 8847-6    Filed 06/30/05    Page 15 of 18

Case 01-01139-AMC    Doc 8847-6    Filed 06/30/05    Page 15 of 18

These projections are from past exposures to asbestos. Over one million tons of *friable* asbestos material are in place in buildings, ships, factories, refineries, power plants, and other facilities. The maintenance, repair and eventual demolition of these facilities provide opportunities for continued significant exposures. If such work is not properly done, or if asbestos is otherwise used with inadequate controls, the burden of disease and death from past exposures will be increased by the environmental exposures of the future.

## ACKNOWLEDGMENTS

This work has benefited from the critical review and suggestions of Thomas C. Brown, Fred Siskind, and Howard Vincent of the Department of Labor. Support for this research was provided by Contract J-9-M-8-0165 of the Department of Labor and Center Grant ES00928 of the National Institute of Environmental Health Sciences.

## REFERENCES

Anderson HA, Lilis R, Daum SM, Selikoff IJ: Asbestosis among family contacts of asbestos factory workers. Ann NY Acad Sci 330:387-399, 1979.

Asbestos Information Association: Comments submitted to the Environmental Protection Agency on the Ambient Water Quality Criteria for Asbestos, 1979.

Association of American Railroads. Statistics of railroads of Class I in the United States, annual, 1940-1960.

Balzer JL, Cooper WL: The work environment of insulating workers. Am Ind Hyg Assoc J 29:222-227, 1968.

Blot WJ, Harrington JM, Toledo A, Hoover R, Heath Jr, CW, Fraumeni Jr, JF: Lung cancer after employment in shipyards during World War II. N Engl J Med 229:620, 1978.

Blot WJ, Fraumeni Jr, JF: Cancer among shipyard workers. Banbury Report #9. Cold Spring Harbor Laboratory, 1981, pp 37-49.

Bonnell JA, Bowker JR, Browne RC, Erskine JF, Fernandez RHP, Massey MO: A review of control of asbestos processes in the Central Electricity Generating Board. XVIII International Congress on Occupational Health, Brighton, England, 1975.

Bureau of the Census: Census of Manufacturers, Washington, DC, 1939.

Bureau of Labor Statistics: "Employment and Earnings, United States, 1909-1978." BLS Bulletin 1312-11, 1979.

Bureau of Labor Statistics: "Handbook of Methods for Surveys and Studies." US Department of Labor, 1976.

Bureau of Labor Statistics: "Occupational Employment." Report 430, Series, 1,9,10,16,29,55,56,61,81, 1974.

Bureau of Labor Statistics: Occupational mobility of employed workers. Special Labor Force Report 84, 1965.

Bureau of Labor Statistics: Occupational employment in the construction industry, June 1978 (unpublished).

Bureau of Labor Statistics: "Tomorrow's Manpower Needs." App. A., US Department of Labor, vol 1, 1969a.

Bureau of Labor Statistics: "Tomorrow's Manpower Needs." US Department of Labor, vol 4, 1969b.

Bureau of Labor Statistics: Wartime employment, production, and conditions of work in shipyards. BLS Bulletin 824. US Government Printing Office. Washington, DC, 1945.

Christian E: Sec. Local 5, Industrial Union of Marine and Shipbuilding Workers of America. Personal communication, 1981.

Connelly, R: National Cancer Institute. Personal Communication, 1981.

Daly AR, Zupko AJ, Hebb JL: Technological feasibility and economic impact of OSHA proposed revision to the asbestos standard. Roy F. Weston Environmental Consultants-Designers, prepared for Asbestos Information Association/North America, Washington, DC, 1976, vol 2.

DeHague GR: International Association of Machinists. Personal communication, November 14, 1980.

Dement JM, Harris Jr, RL, Symons MD, Shy C: Estimates of dose-response for respiratory cancer among chrysotile asbestos textile workers. Presented at Fifth Int Conf on Inhaled Particles, Cardiff, Wales, Sept. 1980 (in press).

Dept Health, Education, and Welfare: Estimates of the fraction of cancer in the United States related to occupational factors. Sept. 15, 1978 (unpublished). Reprinted in Banbury Report #9, Cold Spring Harbor Laboratory, 1981, pp 701–726.

Department of Labor: Industrial Work Survey: Electric and Gas Utilities, February 1978, p. 60, 1979.

Electric and Gas Utilities: Industry Wage Survey. February 1978, BLS, 1979.

Enterline PE: Proportion of cancer due to exposure to asbestos. Banbury Report #9, Cold Spring Harbor Laboratory, 1981, pp 19–36.

Felton JS: Radiographic search for asbestos-related disease in a naval shipyard. Ann NY Acad Sci 330: 341–352, 1979.

Ferris Jr, BG, Ranadine MV, Peters JM, Murphy RLH, Burgess WA, Pendergrass HP: Prevalence of chronic respiratory disease. Arch Environ Health 23:220–225, 1971.

Fischbein A, Rohl AN, Langer AM, Selikoff IJ: Drywall construction and asbestos exposure. Am Ind Hyg Assoc J 40:402–407, 1979.

Fleisher WE, Viles FJ, Glade RJ, Drinker P: A health survey of pipe covering operations in construction naval vessels. J Ind Hyg Tox 28:9, 1946.

Fontaine JH, Trayer DM: Asbestos control in steam-electric generating plants. Am Ind Hyg Assoc J 36: 126–130, 1975.

Galloway LE: Interindustry Labor Mobility in the United States 1957 to 1960. US Department of Health, Education and Welfare, 1967.

Hammond EC: Smoking in relation to death rates of one million men and women. In: "Epidemiological Study of Cancer and Other Chronic Diseases." Natl Cancer Inst Monogr 19:172, 1966.

Hanis NM, Stavraky KM, Fowler JL: Cancer mortality in oil refining workers. J Occup Med 21:261, 1979.

Harries PG: Asbestos hazards in naval dockyards. Ann Occup Hyg 11:136, 1968.

Henderson VI, Enterline PE: Asbestos exposure: Factors associated with excess cancer and respiratory disease mortality. Ann NY Acad Sci 330:117, 1979.

Higginson J, Bahar JC, Clemmesen H, Demapoulos H, Garfinkel L, Hirayama T, Schottenfeld D: Proportion of cancers due to occupations. Prev Med 9:180, 1980.

Hickish DE, Knight KL: Exposure to asbestos during brake maintenance. Ann Occup Hyg 13:17–21, 1970.

Hill Jr, AB: International Union of Operating Engineers. Personal communication, April 29, 1980.

Hirsch A, DiMenza L, Carre A, Harf A, Pedriget S, Cooreman J, Bignon J: Asbestos risk among full-time workers in an electricity-generating power station. Ann NY Acad Sci 330:137–145, 1979.

Hogan MD, Hoel DG: Estimated risk associated with occupational asbestos exposure. Risk Analysis 1:67–76, 1981.

International Association of Heat and Frost Insulators and Asbestos Workers. Unpublished data (R. Steinfurth, personal communication).

Interstate Commerce Commission: Interstate Commerce Transportation Statistics in the U.S. Part I. Statistical Abstract. Annual.

Jones H: International Union of Operating Engineers. Personal communication, March 3, 1980.

Jones RN: Shipboard asbestos exposure: Hearings before the Subcommittee on Coast Guard and Navigation. US House Committee on Merchant Marine and Fisheries, Serial No. 96-41. Washington, DC, 1980, pp 229–232.

Kaminski R, Geissert KS, Dacey E: Mortality analysis of plumbers and pipefitters. J Occup Med 22:183–189, 1980.

Langer AM: Inorganic particles in human tissues and their association with neoplastic disease. Environ Health Perspect 9:229, 1974.

Lawton GM: Paper on the US Navy asbestos programs and problems. Armed Forces Epidemiological Board, Ad Hoc Subcommittee on Asbestos-related Health Problems. September 29, 1977.

Levine RJ (ed): "Asbestos: An Information Resource." DHEW Publication (NIH) 79-1681, 1978.

Lewinsohn HC, Kennedy CA, Day JE, Cooper PH: Dust control in a conventional asbestos textile factory. Ann NY Acad Sci 330:225–241, 1979.

Liddell FDK, McDonald JC, Thomas DC: Methods of cohort analysis appraised by application to asbestos mining. J R Statist Soc A 140-649, 1977.

Lieben J, Pistawka H: Mesothelioma and asbestos exposure. Arch Environ Health 14:559, 1967.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Lilis R, Daum S, Anderson H, Andrews G, Selikoff IJ: Asbestosis among maintenance workers in the chemical industry and oil refinery workers. In: Biological Effects of Mineral Fibers. International Agency for Research on Cancer, 1980.
Lorimer WV, Rohl AN, Nicholson WJ, Selikoff IJ: Asbestos exposure of brake repair workers in the United States. Mt Sinai J Med 43:207–218, 1976.
Love E: Maritime Administration, US Department of Commerce. Personal communication, Feburary 27, 1976.
Mancuso TF: "Help for the Working Wounded." International Association of Machinists, Washington, DC, 1976.
Maritime Administration, US Department of Commerce: Seafaring employment, ocean-going commercial ships, 1,000 gross tons and over (unpublished).
Marsh J: Director of Environmental Affairs, Raybestos Manhattan, Trumbull, CT. Personal communication.
McDonald AD, McDonald JC: Malignant mesothelioma in North America. Cancer 46:1650, 1980.
Meylan WM, Howard PH, Lande SS, Hantchett A: Chemical market input/output, analysis of selected chemical substances to assess sources of environmental contamination: Task III: Asbestos. Syracuse Resource Corp., prepared for USEPA, Washington, DC, August 1978.
Murphy RLH, Ferris BG, Jr, Burgess WA, Worcester J, Gaensler EA: Effects of low concentrations of asbestos: Observations in shipyard pipe coverers. N Engl J Med 285:1271–1278, 1971.
National Institute for Occupational Safety and Health: Criteria for a Recommended Standard: Occupational Exposure to Asbestos. HMS 72-10267. US Government Printing Office, Washington, DC, 1972.
National Institute for Occupational Safety and Health. Unpublished data. (R. Zumwalde, personal communication).
National Institute for Occupational Safety and Health, National Occupational Hazard Survey, 1972–1974. (Unpublished data on SIC code sequence within alphabetized hazard description).
Newhouse ML, Thompson H: Mesothelioma of the pleura and peritoneum following exposure to asbestos in the London area. Br J Ind Med 22:261–269, 1965.
Nicholson WJ: Insulation Hygiene Progress Reports 3:1. Mount Sinai School of Medicine, NY, 1975.
Nicholson WJ: Dose-response relationships for asbestos and inorganic fibers. Arb och Hÿlsa 17, 1981a.
Nicholson WJ: Comment: The role of occupation in the production of cancer. Risk Analysis 1:77, 1981b.
Nicholson WJ, Perkel G, Selikoff IJ: Cancer for occupational asbestos exposure: Projections 1980–2000. Banbury Report #9. Cold Spring Harbor Laboratory, pp 87–111, 1981.
Nicholson WJ, Selikoff IJ, Seidman H, Hammond EC: Mortality experience of asbestos factory workers: Effect of differing intensities of exposure. Environ Res (in press).
Nicholson WJ: Health hazards of brake repair and maintenance. Report of the National Institute for Occupational Safety and Health, Contract 210-770-119, 1982.
Nunneley JK: Department of the Navy. Personal communication, April 22, 1980.
NYT (Nov. 15, 1981): The New York Times, Workers tested in cancer study, p. 30.
Office of Management and Budget, Executive Office of the President: Standard Industrial Classification Manual 1972. Washington, DC, 1972.
Polland LD: "The American Merchant Marine and the Asbestos Environment." US Maritime Administration, May 1979 (unpublished).
Raybestos Manhattan Co. unpublished data (J. Marsh, personal communication).
Reitze WB, Nicholson WJ, Holaday DA, Selikoff IJ: Application of sprayed inorganic fiber containing asbestos: Occupational health hazards. Am Ind Hyg Assc J 33:179–191, 1972.
Rohl AN, Langer AM, Wolff MS, Weisman I: Asbestos exposure during brakelining maintenance and repair. Environ Res 12:110–128, 1976.
Seidman H, Selikoff IJ, Hammond EC: Short-term asbestos work exposure and long-term observation. Ann NY Acad Sci 330:61, 1979.
Selikoff IJ, Churg J, Hammond EC: Asbestos exposure and neoplasia. JAMA 188:22, 1964.
Selikoff IJ: The occurrence of pleural calcification among asbestos insulation workers. Ann NY Acad Sci 132:351, 1965.
Selikoff IJ, Churg J, Hammond EC: The occurrence of asbestosis among insulation workers in the United States. Ann NY Acad Sci 132:139, 1965.
Selikoff IJ, Hammond EC: Asbestos-associated disease in United States shipyards. CA-A Cancer J for Clinicians 28(2):87–99, 1978.

Selikoff IJ, Hammond EC, Seidman H: Mortality experience of insulation workers in the United States and Canada. Ann NY Acad Sci 330:91–116, 1979.

Selikoff IJ, Nicholson WJ, Lilis R: Radiological evidence of asbestos disease among ship repair workers. Am J Industrial Medicine 1:9–22, 1981.

Selikoff IJ: Disability Compensation for Asbestos-Associated Disease in the United States. US Department of Labor J-9-M-8-0165. June 1982.

Steinfurth R: Director of Health Hazard Program, International Assoc. of Heat, Frost Insulators and Asbestos Workers. Washington, DC (personal communication, 1980).

Stumphius J: Epidemiology of mesothelioma in Walchern Island. Br J Ind Med 28:59–66, 1968.

Wong O: An epidemiologic study of workers exposed to brominated chemicals: With a discussion of multi-factor adjustment. Banbury Report #9, Cold Spring Harbor Laboratory, pp 359–378, 1981.

Verma DK, Middleton CG: Occupational exposure to asbestos in the drywall taping process. Am Ind Hyg Assoc J 41:264–269, 1980.

Zumwalde R: National Institute for Occupational Safety and Health, Cincinnati, OH (personal communication, 1980).

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.