# EXHIBIT 12

# FILED UNDER SEAL

{D0045409:1 }