# EXHIBIT 13

# FILED UNDER SEAL

{D0045410:1 }