# EXHIBIT 14

# FILED UNDER SEAL

{D0045411:1 }