# EXHIBIT 15

# FILED UNDER SEAL

{D0045412:1 }