# EXHIBIT 19

{D0007918:1 }

# Work-Related Lung Disease Surveillance Report 2002

Division of Respiratory Disease Studies
National Institute for Occupational Safety and Health

U.S. Department of Health and Human Services
Public Health Service
Centers for Disease Control and Prevention

May 2003

**Figure 1-1. Asbestosis: Number of deaths, crude and age-adjusted mortality rates, U.S. residents age 15 and over, 1968-1999**



NOTE: See appendices for source description, methods, and ICD codes.
SOURCE: National Center for Health Statistics multiple cause of death data. Population estimates from U.S. Bureau of the Census.

**Figure 1-2. Asbestosis: Age-adjusted mortality rates by state, U.S. residents age 15 and over, 1990-1999**



NOTE: See appendices for source description, methods, and ICD codes.
SOURCE: National Center for Health Statistics multiple cause of death data. Population estimates from U.S. Bureau of the Census.

*Asbestosis: Mortality*

Table 1-1. Asbestosis: Number of deaths by sex, race, and age, and median age at death, U.S. residents age 15 and over, 1990-1999

| Year | No. of Deaths | Underlying Cause (%) | Sex Male | Sex Female | Race White | Race Black | Race Other | Age Group (yrs) 15-24 | 25-34 | 35-44 | 45-54 | 55-64 | 65-74 | 75-84 | 85+ | Median Age (yrs) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 948 | 31.9 | 901 | 47 | 864 | 78 | 6 | – | – | 4 | 18 | 142 | 359 | 336 | 89 | 74.0 |
| 1991 | 946 | 28.4 | 908 | 38 | 877 | 63 | 6 | 1 | – | 1 | 25 | 114 | 370 | 358 | 77 | 74.0 |
| 1992 | 959 | 29.6 | 923 | 36 | 898 | 57 | 4 | – | – | 3 | 13 | 124 | 371 | 355 | 93 | 74.0 |
| 1993 | 999 | 32.0 | 969 | 30 | 934 | 58 | 7 | – | – | 1 | 20 | 110 | 365 | 396 | 107 | 75.0 |
| 1994 | 1,060 | 32.2 | 1,026 | 34 | 993 | 62 | 5 | – | – | 2 | 21 | 94 | 410 | 422 | 111 | 75.0 |
| 1995 | 1,169 | 30.4 | 1,138 | 31 | 1,095 | 69 | 5 | – | – | 3 | 24 | 118 | 411 | 477 | 136 | 75.0 |
| 1996 | 1,176 | 30.4 | 1,123 | 53 | 1,088 | 84 | 4 | – | – | 3 | 16 | 104 | 428 | 480 | 145 | 75.0 |
| 1997 | 1,171 | 34.6 | 1,128 | 43 | 1,106 | 60 | 5 | – | – | – | 15 | 95 | 363 | 516 | 182 | 77.0 |
| 1998 | 1,221 | 37.5 | 1,177 | 44 | 1,153 | 62 | 6 | – | 1 | 1 | 11 | 97 | 394 | 524 | 193 | 76.0 |
| 1999 | 1,265 | 35.7 | 1,225 | 40 | 1,190 | 64 | 11 | – | – | – | 15 | 89 | 390 | 563 | 208 | 77.0 |
| TOTAL | 10,914 | 32.5 | 10,518 | 396 | 10,198 | 657 | 59 | 1 | 1 | 18 | 178 | 1,087 | 3,861 | 4,427 | 1,341 | 75.0 |

– indicates no deaths listed
NOTE: See appendices for source description, methods, and ICD codes.
SOURCE: National Center for Health Statistics multiple cause of death data.

4

*Asbestosis: Morbidity*

**Table 1-11. Asbestosis: Estimated number of discharges from short-stay nonfederal hospitals, 1970-2000**

| Year | Number of Discharges |
|---|---|
| 1970 | 300 |
| 1971 | 400 |
| 1972 | 100 |
| 1973 | 2,000 |
| 1974 | 1,000 |
| 1975 | 1,000 |
| 1976 | 1,000 |
| 1977 | 1,000 |
| 1978 | 3,000 |
| 1979 | 3,000 |
| 1980 | 4,000 |
| 1981 | 2,000 |
| 1982 | 2,000 |
| 1983 | 4,000 |
| 1984 | 6,000 |
| 1985 | 6,000 |
| 1986 | 6,000 |
| 1987 | 11,000 |
| 1988 | 8,000 |
| 1989 | 8,000 |
| 1990 | 5,000 |
| 1991 | 7,000 |
| 1992 | 11,000 |
| 1993 | 8,000 |
| 1994 | 10,000 |
| 1995 | 9,000 |
| 1996 | 13,000 |
| 1997 | 14,000 |
| 1998 | 15,000 |
| 1999 | 14,000 |
| 2000 | 20,000 |

NOTE: Number of discharges has been rounded. NCHS recommends that, in statistical comparisons, estimates of less than 5,000 not be used and that estimates of 5,000 to 10,000 be used with caution. See appendices for source description and methods.
SOURCE: National Center for Health Statistics National Hospital Discharge Survey.