# EXHIBIT 28

{D0007918:1 }

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| OWENS CORNING, et al., | . Case No. 04-CV-905 |
| Plaintiffs, | . |
| v. | . 601 Market Street |
| | . Philadelphia, PA  19106 |
| CREDIT SUISSE FIRST BOSTON, et al., | . |
| Defendants. | . January 13, 2005 |
| . . . . . . . . . . . . . . . | . PM session |

TRANSCRIPT OF HEARING
BEFORE HONORABLE JOHN P. FULLAM
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

| | |
|---|---|
| Special Counsel for the Debtors: | Debevoise & Plimpton, LLP<br>By:  ROGER E. PODESTA, ESQ.<br>919 Third Avenue<br>New York, New York  10022-3904 |
| Counsel for Credit Suisse First Boston: | The Law Office of Ralph Miller<br>By:  RALPH MILLER, ESQ.<br>100 Crescent Court, Suite 1300<br>Dallas, Texas  75201-6980 |
| Audio Operator: | Michael Baker |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

---

DIANA DOMAN TRANSCRIBING
P. O. Box 129
Gibbsboro, NJ 08026
Office:  (856) 435-7172
Fax.:   856) 435-7124
E-Mail:  dianadoman@comcast.net

I N D E X

| Witnesses | Direct | Cross (MIL) | Redirect | Recross |
|---|---|---|---|---|
| FOR THE DEBTOR: | | | | |
| Clyde M. Leff | 3 | 85 | | |
| Bruce Tucker | 113 | | | |

| EXHIBITS: | | Marked | Received |
|---|---|---|---|
| PP-15 | Complaint in Owens Corning v. Pitts | 31 | 32 |
| PP-17 | Affidavit of Gregory Peterson | 56 | 57 |
| PP-21 | 4/24/97 NSP Agreement w/Maples & Lomax | 37 | 38 |
| PP-166 | 12/9/98 NSP Agreement w/Klimaco Law Firm | 38 | 38 |
| PP-167 | 12/10/98 NSP Agreement w/Goldberg Perskie | 38 | 38 |
| PP-168 | December 1996 Masonite Settlement | 35 | 36 |
| PP-172 | 4/13/98 Monthly Asbestos Update | 46 | 47 |
| PP-174 | Compilation of Owens Corning's Verdicts | 43 | |
| PP-195 | 4/14/99 NSP Agreement w/Ness Motley | 38 | 38 |
| PP-212 | Demonstrative Summary of 90-97 Verdicts | 49 | 50 |
| PP-217 | Clyde Leff's C.V. | 3 | 4 |
| PP-178 | Pictures | Prev. | 134 |
| PP-177 | Letter | Prev. | 135 |

1  three, I think, were the lion's share of them.
2  Q    Mm-hmm.  And did Owens Corning evaluate the quality of
3  these B-readings?
4  A    We looked -- yes, we looked at the x-rays or some x-rays.
5  Q    Mm-hmm.  And what was Owens Corning's assessment of the
6  quality of the ILO reports and B-readings by these experts who
7  were working with Pitts and McNeese?
8  A    Well, we thought that the x-rays, the B-readings were
9  consistently over-read, as we use the term.  Meaning that they
10 were overly generous from a plaintiff's point of view, to
11 identifying an asbestos-related disease or markings consistent
12 with asbestos related disease.
13 Q    Mm-hmm.  Did Owens Corning consider naming the B-readers
14 as defendants in the Pitts and McNeese lawsuits?
15 A    Considered, yes.
16 Q    And did you do so?
17 A    No.
18 Q    Why not?  Would you explain why not?
19 A    We didn't do it, because B-reading is a very subjective
20 art, if you will, science or art.  Even under NIOSH standards,
21 the National Institute of Occupational Safety and Health, even
22 under the certifying board, I think it's 30 percent variance
23 between B-readers is accepted -- is an accepted variance.  So,
24 it's a very subjective art.  We had no evidence of fraud and we
25 didn't think we had a legal case.  I should add that B-readers

1  to be quite a reputable --
2  Q    Mm-hmm.
3  A    -- respected B-reader.
4  Q    By lower numbers, you mean lower settlement values?
5  A    Lower settlement values.
6  Q    Mm-hmm.  And would the settlement amounts Owens Corning
7  actually paid in those cases be reflected in its databases?
8  A    Yes.
9  Q    Mm-hmm.  Now, how did the number of cases tried by Owens
10 Corning -- well, first of all, did Owens -- would Owens
11 Corning, in defending asbestos cases, typically retain its own
12 B-readers in non-malignancy cases?
13 A    Yes.
14 Q    And was there a tendency of Owens Corning and other
15 defendants to select more conservative readers of x-rays, as
16 the defense experts?
17 A    Yes, of course.
18 Q    Now, how did the number of cases tried by Owens Corning
19 compare to those tried by other asbestos defendants?
20 A    Owens Corning, by far, went to trial more than other
21 asbestos defendants.  Certainly, of the main asbestos
22 defendants, Owens Corning probably went to trial more than
23 everybody else combined, by the time I came onto the job.
24 Q    Mm-hmm.  I'd like to ask you to turn your attention, Mr.
25 Leff, to exhibit 174, which appears to be a compilation of