# EXHIBIT 34

{D0007918:1 }



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
OCT 3 0 2000
2000 OCT 30 PM 2: 02
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**IN RE THE BABCOCK & WILCOX CO., ET AL.**

CIVIL ACTION

NO: 00-0558
Bankruptcy Case
No. 00-10992

SECTION: "R" (5)

### ORDER REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING A BAR DATE; APPROVING THE PROOF OF CLAIM FORMS; AND APPROVING THE FORM AND MANNER OF NOTICE

Before the Court is Debtors' Motion for Entry of an Order Establishing a Bar Date; Approving the Proof of Claim Forms; and Approving the Form and Manner of Notice filed on June 1, 2000 (the "Bar Date Motion"), as modified by supplemental submissions filed thereafter. Also before the Court is a motion for clarification by the Asbestos Claimants' Committee ("Committee") regarding the Bar Date deadline. The Court, after hearing and review of all submissions rules as follows.

DATE OF ENTRY
OCT 3 0 2000

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. ___

advertising agencies and the employment of and payment to a 1-800 response company, all without further notice, hearing or order of this court.

4. <u>Notice to Attorneys</u>. On or before 30 days after the later of the entry of this Order or the Settled Asbestos Claims Bar Date Order entered by the Bankruptcy Court, the Debtors shall mail to all attorneys for persons with Asbestos Personal Injury Claims, and/or Settled Asbestos Claims, which attorneys are known to the Debtors as of such date, a copy of the Notice to Attorney. Each attorney who receives such notice is hereby directed to

    (a) provide the Debtors with the current names and addresses of the holders of Asbestos Personal Injury Claims (and/or Settled Asbestos Claims) listed on such notice whom the attorney represents and any other Asbestos Personal Injury Claims (and/or Settled Asbestos Claims), not listed on such notice represented by such attorney within 15 days of receipt of the notice; and/or

    (b) on or before the bar date, provide the Debtors with a certification, by mail or hand delivery, through their counsel identified in such notice, that such attorney has contacted all claimants whom he/she represents regarding their rights to assert a claim against the Debtors and their need to file a proof of claim by the Asbestos & Apollo/Parks Bar Date or the Settled Asbestos Claims Bar Date.

5. <u>Claim Forms</u>. The Court approves the Revised Babcock & Wilcox Asbestos Personal Injury Proof of Claim Form (Exhibit B) and the Babcock & Wilcox Special Proof of Claim Form (Exhibit C).

6. <u>Effect of Bar Date</u>. Any person holding an Asbestos