IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Related to Docket Nos. 8645, 8646, 8647, 8648, 8649, 8650, 8651, 8652

### NOTICE OF RESCHEDULING OF RULE 30(b)(6) DEPOSITIONS

**PLEASE TAKE NOTICE** that the depositions of the entities listed on Exhibit 1 attached hereto have been rescheduled as shown on that Exhibit 1. The locations of the depositions will remain the same as is stated in the Notices of Deposition filed on June 21, 2005 (Docket Nos. 8645, 8646, 8647, 8648, 8649, 8650, 8651, and 8652).

Dated: June 30, 2005

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Michelle Browdy
Janet S. Baer
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB, PC

/s/ Scotta McFarland

Laura Davis Jones (Bar No. 2436)
David W. Carickoff, Jr. (Bar No. 3715)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

DOCS_LA:141930.1