**EXHIBIT 1**

| Entity to be Deposed | Original Date and Time of Deposition | Rescheduled Date and Time |
|---|---|---|
| Northwest Community Hospital<br>800 West Central Road<br>Arlington Heights, IL 60005<br>(847) 618-1000 | June 30, 2005 at 2:00 p.m. | July 7, 2005 at 2:00 p.m. |
| The Harvard Vanguard Medical Associates Management Offices<br>Riverside Center,<br>275 Grove Street<br>Newton, MA 02466<br>(617) 559-8444 | July 8, 2005 at 2:00 p.m. | July 15, 2005 at 2:00 p.m. |
| Byars Machine Co.<br>167 Byers Road<br>Laurens, SC 29360<br>(864) 682-3146 | July 7, 2005 at 2:00 p.m. | July 14, 2005 at 2:00 p.m. |
| American Medical Association<br>515 N. State Street<br>Chicago, IL 60610<br>(800) 621-8335 | July 1, 2005 at 9:00 a.m. | July 8, 2005 at 9:00 a.m. |
| Employers Insurance Company of Wausau<br>2000 Westwood Drive<br>Wausau, WI 54401 | July 5, 2005 at 2:00 p.m. | July 12, 2005 at 2:00 p.m. |
| Maryland Casualty Company<br>1400 American Lane, Tower 1 19th Floor<br>Schaumburg, IL 60196-1056<br>(847) 605-6000 | July 1, 2005 at 2:00 p.m. | July 8, 2005 at 2:00 p.m. |
| Jefferson-Pilot Life Insurance Company<br>100 N. Green St.,<br>Greensboro, NC 27401<br>(336) 691-3000 | July 6, 2005 at 2:00 p.m. | July 13, 2005 at 2:00 p.m. |
| The Fort Wayne Chamber of Commerce<br>826 Ewing Street,<br>Fort Wayne, IN 46802<br>(260)424-1435. | July 11, 2005 at 9:00 a.m. | July 18, 2005 at 9:00 a.m. |

DOCS_LA:141934.1