IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                          CHAPTER 11

W. R. GRACE & CO., et al.,                                      Case No. 01-01139 (JFK)
                                                                (Jointly Administered)
                    Debtors.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim

that was filed on behalf of Holiday Inn, Dayton, OH (Claim No. 11615). No adversary

proceeding has been filed against this claimant; and the claimant has not voted on a plan or

otherwise participated significantly in this case.

Dated this ____ day of June, 2005.

                                            LOIZIDES & ASSOCIATES

                                            By:_____
                                            Christopher D. Loizides (#3968)
                                            Michael J. Joyce (#4563)
                                            Legal Arts Bldg., 1225 King Street, Suite 800
                                            Wilmington, DE 19801
                                            Telephone: (302) 654-0248
                                            Facsimile: (302) 654-0728 (fax)
                                            E-mail: loizides@loizides.com

                                            -and-

                                            SPEIGHTS & RUNYAN
                                            Daniel A. Speights (SC Bar No. 4252)
                                            200 Jackson Avenue, East
                                            P.O. Box 685
                                            Hampton, SC  29924
                                            Telephone:  (803) 943-4444
                                            Facsimile:  (803) 943-4599

                                            Co-Counsel for the Speights & Runyan Claimants