IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    CHAPTER 11

W. R. GRACE & CO., et al.,                               Case No. 01-01139 (JFK)
                                                         (Jointly Administered)

                        Debtors.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim

that was filed on behalf of One Shell Square, New Orleans, LA, (Claim No. 11214).   No

adversary proceeding has been filed against this claimant; and the claimant has not voted on a

plan or otherwise participated significantly in this case.

Dated this 30日 day of June, 2005.

                              LOIZIDES & ASSOCIATES

                              By: _____
                              Christopher D. Loizides (#3968)
                              Michael J. Joyce (#4563)
                              Legal Arts Bldg., 1225 King Street, Suite 800
                              Wilmington, DE 19801
                              Telephone: (302) 654-0248
                              Facsimile: (302) 654-0728 (fax)
                              E-mail: loizides@loizides.com

                              -and-

                              SPEIGHTS & RUNYAN
                              Daniel A. Speights (SC Bar No. 4252)
                              200 Jackson Avenue, East
                              P.O. Box 685
                              Hampton, SC  29924
                              Telephone:  (803) 943-4444
                              Facsimile:  (803) 943-4599

                              Co-Counsel for the Speights & Runyan Claimants