# EXHIBIT 1

## Exhibit 1

## Schedule of Omnibus Hearings and Applicable Filing Deadlines

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 24, 2005 at 12:00 p.m. | 12/20/04 | 01/07/05 | 01/10/05 | 01/17/05 |
| February 28, 2005 at 12:00 p.m. | 01/24/05 | 02/11/05 | 02/14/05 | 02/21/05 |
| March 21, 2005 at 12:00 p.m. (14th Quarterly Fee Hearing) | 02/14/05 | 03/04/05 | 03/07/05 | 03/14/05 |
| April 25, 2005 at 12:00 p.m. | 03/21/05 | 04/08/05 | 04/11/05 | 04/18/05 |
| May 16, 2005 at 12:00 p.m. | 04/11/05 | 04/29/05 | 05/02/05 | 05/09/05 |
| June 27, 2005 at 12:00 p.m. (15th Quarterly Fee Hearing) | 05/23/05 | 06/10/05 | 06/13/05 | 06/20/05 |
| **July 19, 2005 at 9:00 a.m. (In Pittsburgh, Pennsylvania)** | **06/14/05** | **07/01/05** | **07/05/05** | **07/12/05** |
| **August 29, 2005 at 12:00 p.m.** | **07/25/05** | **08/12/05** | **08/15/05** | **08/22/05** |
| September 26, 2005 at 12:00 p.m. (16th Quarterly Fee Hearing) | 08/22/05 | 09/09/05 | 09/12/05 | 09/19/05 |
| October 24, 2005 at 12:00 p.m. | 09/19/05 | 10/07/05 | 10/10/05 | 10/17/05 |
| November 14, 2005 at 12:00 p.m. | 10/10/05 | 10/28/05 | 10/31/05 | 11/07/05 |
| December 19, 2005 at 12:00 p.m. (in Pittsburgh, PA) (17th Quarterly Fee Hearing) | 11/14/05 | 12/02/05 | 12/05/05 | 12/12/05 |

All hearings are in Wilmington, Delaware, unless otherwise noted above.