**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |

## NOTICE OF RULE 30(b)(6) DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30(b)(6), and 45 of the Federal

Rules of Civil Procedure, counsel for the above-captioned Debtors will take the deposition of the

representative(s) from Speights & Runyan, Attorneys at Law, 200 Jackson Avenue East,

Hampton, South Carolina 29924, who possesses the most knowledge on the matters described in

**Exhibit A** hereto.

The deposition will take place on July 25, 2005 at 9:00 am at Ogletree, Deakins, Nash,

Smoak & Stewart, P.C., 134 Meeting Street, Suite 160, Charleston, South Carolina 29401,

before a notary public or other officer duly authorized to administer oaths. The deposition shall

continue on successive business days thereafter, as necessary, until completion. Testimony shall

be recorded by stenographic means.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 26, 34, and 45 of the

Federal Rules of Civil Procedure, Speights & Runyan is requested to produce the documents

described in **Exhibit A** hereto on July 15, 2005 at 9:00 am at Ogletree, Deakins, Nash, Smoak &

Stewart, P.C., 134 Meeting Street, Suite 160, Charleston, South Carolina  29401.


Dated:  July 1, 2005

Respectfully submitted,
KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Michelle H. Browdy
Janet S. Baer
Michael T. Dierkes
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB, PC

Laura Davis Jones (Bar No. 2436)
David W. Carickoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in
Possession