**Exh. A-4: Claims Citing the Anderson Memorial Order**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6681 | TRINITY METHODIST CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 226 WEST LIBERTY SUMTER, SC 29150 UNITED STATES | Y | Trinity Methoidst Church f.k.a. Trinity Methodist Church | 01, 02, 03 |
| 2 | 6682 | RUTLEDGE TOWER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 2095 HENRY TECKLENBURG DRIVE CHARLESTON, SC 29414 UNITED STATES | Y | Medical University of South Carolina (MUSC) - Rutledge Tower f.k.a St. Francis Hospital (Old Building) | 01, 02, 03 |
| 3 | 6683 | FIRST BAPTIST CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1201 BROAD STREET CAMDEN, SC 29020 UNITED STATES | Y | First Baptist Church - Camden | 01, 02, 03 |
| 4 | 6686 | TRINITY BAPTIST CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 2521 RICHLAND STREET COLUMBIA, SC 29204 UNITED STATES | Y | Trinity Baptist Church f.k.a. Baptist Office Building | 01, 02, 03 |
| 5 | 6687 | ALDEREGATE METHODIST CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUMTER, SC UNITED STATES | Y | Alderegate Methodist Church | 01, 02, 03 |
| 6 | 9911 | ANDERSON MEMORIAL HOSPITAL | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | VARIOUS LOCATIONS WORLDWIDE, UNITED STATES | Y | ANDERSON MEMORIAL HOSPITAL | 01, 02, 03 |

## Exh. A-4: Claims Citing the Anderson Memorial Order

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 9914 | ANDERSON MEMORIAL HOSPITAL | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | VARIOUS LOCATIONS STATEWIDE, SC UNITED STATES | Y | Anderson Memorial Hospital | 01, 02, 03 |
| 8 | 10834 | MCCRORY SUMMWALT CONSTRUCTION COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | McCrory Summwalt Construction Company | 01, 02, 03 |
| 9 | 10835 | MEDI-CENTER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1221 EAST UNION STREET GREENVILLE, SC UNITED STATES | Y | Medi-Center Building | 01, 02, 03 |
| 10 | 10836 | MYRTLE BEACH LUMBER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MYRTLE BEACH, SC UNITED STATES | Y | Myrtle Beach Lumber Company | 01, 02, 03 |
| 11 | 10837 | O'HARA APARTMENT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | Woodstream Farms Apartments f.k.a. Ohara Apartment | 01, 02, 03 |
| 12 | 10838 | PEE DEE BUILDERS SUPPLY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MARION, SC UNITED STATES | Y | Pee Dee Buildings Supply | 01, 02, 03 |

**Exh. A-4: Claims Citing the Anderson Memorial Order**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 10839 | PEOPLES PLAZA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | Peoples Plaza | 01, 02, 03 |
| 14 | 10840 | R&G PAINT COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUMTER STREET COLUMBIA, SC UNITED STATES | Y | R & G Paint Company | 01, 02, 03 |
| 15 | 10841 | RICHLAND COUNTY HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | Palmetto Health Hospital - Richland f.k.a. Richland County Hospital | 01, 02, 03 |
| 16 | 10843 | SHERWIN WILLIAMS PAINT STORE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WADE HAMPTON BOULEVARD GREER, SC UNITED STATES | Y | Sherwin Williams Paint Store | 01, 02, 03 |
| 17 | 10844 | COLLOSEUM MOTOR INN | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | Coliseum Motor Inn | 01, 02, 03 |
| 18 | 10845 | COLUMBIA MOTOR INN | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | La Quinta Inn (Possible) f.k.a. Carolina Motor Inn/Columbia Motor Inn | 01, 02, 03 |

**Exh. A-4: Claims Citing the Anderson Memorial Order**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 10846 | COLUMBIA PLASTERING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 68 REEDER POINT DRIVE - ROUTE #4 COLUMBIA, SC  29209 UNITED STATES | Y | Columbia Plastering Company | 01, 02, 03 |
| 20 | 10847 | CORNELL ARMS APARTMENT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | Cornell Amrs Apartments | 01, 02, 03 |
| 21 | 10848 | COVIL INSULATION COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC 29602 UNITED STATES | Y | Covil Insulation Company | 01, 02, 03 |
| 22 | 10849 | CROMER & SULLIVAN CONSTRUCTION COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ANDERSON, SC UNITED STATES | Y | Cromer & Sullivan Construction Co. | 01, 02, 03 |
| 23 | 10850 | D.H. HOLMES COMPANY LTD | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OAKWOOD, SC UNITED STATES | Y | D.H. Holmes Company Ltd. | 01, 02, 03 |
| 24 | 10851 | DUFFIE PAINT COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 8 AIRPORT ROAD GREENVILLE, SC 29602 UNITED STATES | Y | Duffie Paint Company | 01, 02, 03 |

## Exh. A-4: Claims Citing the Anderson Memorial Order

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 10852 | FRANK ULMER LUMBER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC 29604 UNITED STATES | Y | Frank Ulmer Lumber Company | 01, 02, 03 |
| 26 | 10853 | GENERAL ELECTRIC PLANT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | G.E. Company Manufacturing Plant f.k.a. General Electric Company - Addition (Phase-V) | 01, 02, 03 |
| 27 | 10854 | GLIDDEN COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 55 ANTRIM DRIVE GREENVILLE, SC 29607 UNITED STATES | Y | Glidden Company | 01, 02, 03 |
| 28 | 10855 | J.E. GRAMBLING BUILDING SUPPLY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ORANGEBURG, SC 29115 UNITED STATES | Y | J.E. Grambling Building Supply | 01, 02, 03 |
| 29 | 10856 | J.T. ROBERTSON - SOUTHERN COATING & CHEMICAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUMTER, SC 29150 UNITED STATES | Y | J.T. Robertson - Southern COating & Chemical | 01, 02, 03 |
| 30 | 10857 | JOHN J. RILEY & SONS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3600 MARSTELLER COLUMBIA, SC 29203 UNITED STATES | Y | John J. Riley & Sons | 01, 02, 03 |

**Exh. A-4: Claims Citing the Anderson Memorial Order**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 10858 | L. ROY OWEN PLASTERING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 1 CENTRAL, SC 29630 UNITED STATES | Y | L. Roy Owen Plastering Co. | 01, 02, 03 |
| 32 | 10859 | LAMB, YOUNG, JONES OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WESLEY DRIVE & SAVANNAH HIGHWAY CHARLESTON, SC UNITED STATES | Y | Lamb, Young, Jones Office Building | 01, 02, 03 |
| 33 | 10860 | LANDMARK HOTEL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1501 S. OCEAN BOULEVARD MYRTLE BEACH, SC UNITED STATES | Y | Landmark Resort Hotel f.k.a. Landmark Motel | 01, 02, 03 |
| 34 | 10862 | MARTIN PAINT & SUPPLY COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1017 GARLAND AVENUE ROCK HILL, SC UNITED STATES | Y | Martin Paint & Supply Company | 01, 02, 03 |
| 35 | 10863 | MARY BLACK HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CANNON CAMPGROUND SPARTANBURG, SC UNITED STATES | Y | Mary Black Memorial Hospital | 01, 02, 03 |
| 36 | 10864 | ACME QUALITY PAINT COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 306 WADE HAMPTON BOULEVARD GREENVILLE, SC UNITED STATES | Y | ACME Quality Paint Company | 01, 02, 03 |

**Exh. A-4: Claims Citing the Anderson Memorial Order**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 10865 | AIKEN BUILDERS SUPPLY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 156 WILLIAMSBURG STREET AIKEN, SC UNITED STATES | Y | Aiken Builders Supply | 01, 02, 03 |
| 38 | 10866 | ARNOLD & DOBSON SUPPLY COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 309 ALLIANCE STREET GREENWOOD, SC 29646 UNITED STATES | Y | Arnold & Dobson Supply Company | 01, 02, 03 |
| 39 | 10867 | AVERY LUMBER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUMTER, SC UNITED STATES | Y | Avery Lumber Company | 01, 02, 03 |
| 40 | 10868 | BALLARD-RICE PRESTRESS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WASHINGTON AVENUE GREENVILLE, SC UNITED STATES | Y | Ballard-Rice Prestress | 01, 02, 03 |
| 41 | 10869 | FIRST FEDERAL SAVINGS LOAN BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MAIN STREET COLUMBIA, SC UNITED STATES | Y | First Federal Savings & Loan | 01, 02, 03 |
| 42 | 10871 | BONITZ INSULATING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | Bonitz Insulating Company | 01, 02, 03 |

**Exh. A-4: Claims Citing the Anderson Memorial Order**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 10872 | BUILDERS WHOLESALE INC | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SPARTANBURG, SC UNITED STATES | Y | Builders Wholesale, Inc. | 01, 02, 03 |
| 44 | 10873 | BYARS MACHINE COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LAURENS, SC UNITED STATES | Y | Byars Machine Company | 01, 02, 03 |
| 45 | 10874 | C.B. ASKINS CONSTRUCTION COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LAKE CITY, SC UNITED STATES | Y | C.B. Askins Construction Co | 01, 02, 03 |
| 46 | 10875 | C.L. CANNON & SONS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 137 TRADE STREET SPARTANBURG, SC 29301 UNITED STATES | Y | C.L. Cannon & Sons | 01, 02, 03 |
| 47 | 10876 | C.L. DUFFIE PAINTING INC. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MAULDIN ROAD GREENVILLE, SC 29602 UNITED STATES | Y | C.L. Duffie Painting Inc. | 01, 02, 03 |
| 48 | 10877 | CAROLINA DRYWALL INSURANCE COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CHARLESTON, SC 29407 UNITED STATES | Y | Carolina Drywall Ins. Co | 01, 02, 03 |

**Exh. A-4:  Claims Citing the Anderson Memorial Order**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 10878 | CAROLINA MOTOR INN | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | La Quinta Inn (Possible) f.k.a. Carolina Motor Inn/Columbia Motor Inn | 01, 02, 03 |
| 50 | 10879 | CAROTEX INDUSTRIAL SUPPLY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 12 W. PARKER ROAD GREENVILLE, SC UNITED STATES | Y | Carotex Industrial Supply | 01, 02, 03 |
| 51 | 10880 | CENTRAL CONCRETE & PLASTER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CENTRAL, SC  29630 UNITED STATES | Y | Central Concrete & Plaster Company | 01, 02, 03 |
| 52 | 10881 | CENTRAL ROOFING & SUPPLY COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SEABOARD PARK COLUMBIA, SC  29202 UNITED STATES | Y | Central Roofing & Supply Company | 01, 02, 03 |
| 53 | 10882 | CHAPIN LUMBER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MYRTLE BEACH, SC 29577 UNITED STATES | Y | Chapin Luber Company | 01, 02, 03 |
| 54 | 10923 | SILVER SANDS HOTEL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MYRTLE BEACH, SC UNITED STATES | Y | Silver Sands Motel f.k.a. Silver Sands Hotel | 01, 02, 03 |

**Exh. A-4: Claims Citing the Anderson Memorial Order**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 10924 | SMITH PLASTERING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | Smith Plastering Company | 01, 02, 03 |
| 56 | 10926 | ST. FRANCIS HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | St. Francis Hospital | 01, 02, 03 |
| 57 | 10927 | VAN SMITH BUILDING MATERIAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | Van Smith Building Materials | 01, 02, 03 |
| 58 | 10928 | WOODCOCK PLASTERING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MULLINS, SC UNITED STATES | Y | Woodcock Plastering Co. | 01, 02, 03 |
| 59 | 11008 | ANDERSON MEMORIAL HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 800 NORTH FANT ANDERSON, SC 29261 UNITED STATES | Y | Anderson Memorial Hospital | 01, 02, 03 |