-----Original Message-----
From: Finke, Richard
Sent: Thursday, February 24, 2005 3:36 PM
To: Daniel Speights (E-mail)
Subject: FW: S&R PD Claims--2019 Statement


       Mr. Speights:

           During our February 16 meeting I indicated that Grace had
identified a number of claims that were filed by your firm on behalf of
claimants it did not appear to represent. Attached please find a list
of 168 claims filed in Grace's Ch. 11 proceedings by Speights & Runyan
on behalf of claimants that are not included in your firm's 2019
statement. Grace interprets these omissions as evidence either that
your firm lacked the requisite authorization to file those claims on
behalf of the named claimants, or that the 2019 statement is incomplete.
Grace therefore requests that, as part of the proposed stipulation we
discussed on February 16, Speights & Runyan agree to withdraw claims on
the attached list to the extent they were not authorized by the
claimants named therein. In addition, Grace requests that Speights &
Runyan supplement its 2019 statement if and to the extent one or more
claimants was erroneously omitted from that statement.

           To the extent the listed claims are not withdrawn
and/or were
not filed on behalf of claimants included in a proper 2019 statement,
Grace reserves the right to seek dismissal of the claims by the
bankruptcy court and any other appropriate relief.

       Richard C. Finke
       Senior Litigation Counsel
       W.R. Grace & Co.


NotonSpeights2019Lst2-18.xls

SPEIGHTS & RUNYAN CLAIMS - NO 2019 STATEMENT MATCH

| Claim | Name | Address | City | State | Zip | Country | Property Address | On 2019 | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 8874 | M T BANKS | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | | MULTIPLE LOCATIONS MULTIPLE CITIES & STATES, UNITED STATES | N | |
| 6850 | ROSEDALE UNITED CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | | 6870 DE TERREBONNE AVENUE LONDON ONTERARIO, CANADA | N | |
| 10695 | BAPTIST HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AR | LITTLE ROCK, AR UNITED STATES | N | Baptist Health Medical Center fka Arkansas Baptist Medical Center |
| 10678 | CALVARY BAPTIST CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AR | LITTLE ROCK, AR UNITED STATES | N | |
| 11090 | CATHOLIC DIOCESE | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AR | LITTLE ROCK, AR UNITED STATES | N | |
| 10677 | CIVIC CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AR | HELENA, AR UNITED STATES | N | |
| 10917 | MEDICAL CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AR | LITTLE ROCK, AR UNITED STATES | N | Baptist Health Medical Center fka Arkansas Baptist Medical Center |
| 11114 | CIVIC CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AZ | TUCSON, AZ UNITED STATES | N | |
| 6713 | SCOTTSDALE HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AZ | SCOTTSDALE, AZ UNITED STATES | N | |
| 11649 | SCHOOL DISTRICT 43 COQUITLAM | CEDAR DRIVE ELEMENTARY 3150 CEDAR DR | PORT COQUITLAM | BC | V3B 3C3 | BC | CEDAR DRIVE ELEMENTARY 3150 CEDAR DR. PORT COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11650 | SCHOOL DISTRICT 43 COQUITLAM | CENTENNIAL SECONDARY SCHOOL 570 POIRIER ST | COQUITLAM | BC | V3J 6A8 | BC | CENTENNIAL SECONDARY SCHOOL 570 POIRIER STRE COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11651 | SCHOOL DISTRICT 43 COQUITLAM | COMO LAKE MIDDLE SCH 1121 KING ALBERT AVE | COQUITLAM | BC | V3J 1X8 | BC | COMO LAKE MIDDLE SCH 1121 KING ALBERT AVE. COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11652 | SCHOOL DISTRICT 43 COQUITLAM | GLEN ELEMENTARY 3064 GLEN DR | COQUITLAM | BC | V3B 2P9 | BC | GLEN ELEMENTARY 3064 GLEN DR. COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11653 | SCHOOL DISTRICT 43 COQUITLAM | IRVINE ELEMENTARY 3862 WELLINGTON ST | PORT COQUITLAM | BC | V3B 3Z4 | BC | IRVINE ELEMENTARY 3862 WELLINGTON ST. PORT COQUITLAM, BC CANADA | N | School District #68 Listed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11654 | SCHOOL DISTRICT 43 COQUITLAM | LINCOLN ELEMENTARY 1019 FERNWOOD AVE | PORT COQUITLAM | BC | V3B 5A8 | | LINCOLN ELEMENTARY 1019 FERNWOOD AVE, PORT COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11655 | SCHOOL DISTRICT 43 COQUITLAM | MAPLE CREEK MIDDLE 3700 HASTINGS ST | PORT COQUITLAM | BC | V3B 5K7 | | MAPLE CREEK MIDDLE 3700 HASTINGS ST. PORT COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11656 | SCHOOL DISTRICT 43 COQUITLAM | MINNEKHADA MIDDLE 1390 LAURIER AVE | PORT COQUITLAM | BC | V3B 2B8 | | MINNEKHADA MIDDLE 1390 LAURIER AVE. PORT COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11657 | SCHOOL DISTRICT 43 COQUITLAM | MONTGOMERY MIDDLE 1900 EDGEWOOD AVE | COQUITLAM | BC | V3K 2Y1 | | MONTGOMERY MIDDLE 1900 EDGEWOOD AVE. PORT COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11658 | SCHOOL DISTRICT 43 COQUITLAM | MOODY ELEMENTARY 2717 ST JOHNS ST | PORT MOODY | BC | V3H 2B8 | | MOODY ELEMENTARY 2717 ST. JOHNS ST. PORT MOODY, BC CANADA | N | School District #68 Listed |
| 11659 | SCHOOL DISTRICT 43 COQUITLAM | MOUNTAIN VIEW ELEMENTARY 740 SMITH AVE | COQUITLAM | BC | V3J 4E7 | | MOUNTAIN VIEW ELEMENTARY 740 SMITH AVE COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11660 | SCHOOL DISTRICT 43 COQUITLAM | PITT RIVER MIDDLE 2070 TYNER ST | PORT COQUITLAM | BC | V3C 2Z1 | | PITT RIVER MIDDLE 2070 TYNER ST. PORT COQUITLAM, BC CANADA | N | School District #68 Listed |
| 11661 | SCHOOL DISTRICT 43 COQUITLAM | PORT MOODY SECONDARY 300 ALBERT ST | PORT MOODY | BC | V3H 2M5 | | PORT MOODY SECONDARY 300 ALBERT ST. PORT MOODY, BC CANADA | N | School District #68 Listed |
| 11662 | SCHOOL DISTRICT 43 COQUITLAM | TERRY FOX FEA 3550 WELLINGTON ST | PORT COQUITLAM | BC | V3B 3Y5 | | TERRY FOX FEA 3550 WELLINGTON ST. PORT MOODY, BC CANADA | N | School District #68 Listed |
| 11663 | SCHOOL DISTRICT 43 COQUITLAM | VISCOUNT ELEMENTARY SCHOOL 3280 FLINT ST | PORT COQUITLAM | BC | V3B 4J2 | | VISCOUNT ELEMENTARY SCHOOL 3280 FLINT ST PORT MOODY, BC CANADA | N | School District #68 Listed |
| 11077 | ABC ENTERTAINMENT CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | | LOS ANGELES, CA UNITED STATES | N | |
| 10833 | AHMANSON CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | | UNITED STATES | N | |
| 11076 | AIR TERMINAL ADDITION | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | | FRESNO, CA UNITED STATES | N | |
| 11073 | BANK OF AMERICA | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | SAN FRANCISCO, CA UNITED STATES | N | Bank of America fka Raleigh Savings in Loan Raleigh NC |
| 11093 | BANK OF AMERICA | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | FRESNO, CA UNITED STATES | N | Bank of America fka Raleigh Savings in Loan Raleigh NC |

| ID | Name | Address | City | State | Zip | Country | Location | Notes |
|---|---|---|---|---|---|---|---|---|
| 11094 | BANK OF AMERICA | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | | COMPTON, CA UNITED STATES | N | Bank of America fka Raleigh Savings In Loan Raleigh NC |
| 11107 | BANK OF AMERICA | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | SAN DIEGO, CA UNITED STATES | N | Bank of America fka Raleigh Savings In Loan Raleigh NC |
| 11108 | BANK OF AMERICA | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | LOS ANGELES, CA UNITED STATES | N | Bank of America fka Raleigh Savings in Loan Raleigh NC |
| 6644 | BEVERLY WILSHIRE BLDG NKA REGENT BEV WILSHIRE | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | 9500 WILSHIRE BLVD BEVERLY HILLS, CA 90212 UNITED STATES | N | |
| 11081 | CENTENNIAL GARDENS FKA CIVIC CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | BAKERSFIELD, CA UNITED STATES | N | |
| 11232 | CONTINENTAL BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | SAN FRANCISCO, CA UNITED STATES | N | |
| 11033 | EL CAMINO HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | MT. VIEW, CA UNITED STATES | N | |
| 10944 | FIRST NATIONAL BANK | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | SAN DIEGO, CA UNITED STATES | N | |
| 8643 | FROELICH W C FROELICH INC | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | 6371 WESTERN AVENUE BUENA PARK, CA UNITED STATES | N | |
| 6746 | HILLSIDE SHOPPING CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | SAN FRANCISCO, CA UNITED STATES | N | |
| 6744 | LOS ANGELES COUNTY MUSEUM OF FINE ARTS | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | 5905 WILSHIRE BLVD LOS ANGELES, CA UNITED STATES | N | |
| 10686 | MAY'S HELP HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | | CA | DELY CITY, CA UNITED STATES | N | |
| 6743 | PRESBYTERIAN CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | | | | 415 FOREST AVENUE LAGUNA BEACH, CA UNITED STATES | N | Location in La Jolla CA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10987 | SEQUOIA HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | REDWOOD CITY, CA UNITED STATES | N |
| 11006 | STANDARD OIL BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | SAN FRANCISCO, CA UNITED STATES | N |
| 10803 | VALLCO PARK OFFICE BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | CUPERTINO, CA UNITED STATES | N |
| 10809 | HOWARD JOHNSON'S | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CA | SAN FRANSISCO, CA UNITED STATES | N |
| 11709 | COLORADO NATIONAL BANK | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CO | DENVER, CO UNITED STATES | N |
| 6613 | HARTFORD NATIONAL BANK CORPORATE SERVICE CTR | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CT | 150 WINDSOR STREET EAST HARTFORD, CT 06108 UNITED STATES | N |
| 11060 | TRENTY ATHLETIC CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CT | HARTFORD, CT UNITED STATES | N |
| 6658 | JOHN F KENNEDY CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DC | WASHINGTON, DC UNITED STATES | N |
| 6597 | WASHINGTON GAS & LIGHT | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DC | 11TH & H STREETS, NW WASHINGTON, DC UNITED STATES | N |
| 6656 | E.I. DUPONT BLDG-DUPONT DE NEMOURS & COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DE | 1007 MARKET STREET WILMINGTON, DE UNITED STATES | N |
| 10754 | FIRST NATIONAL BANK | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FL | 111 MADISON STREET TAMPA, FL UNITED STATES | N |
| 6654 | MANDALAY APARTMENTS | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FL | 880 MANDALAY AVENUE CLEARWATER BEACH, FL UNITED STATES | N |
| 11548 | ATLANTA WEST HOSPITAL | C/O DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | GA | ATLANTA, GA UNITED STATES | N |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9666 | ST LUKE S METHODIST HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IA | CEDAR RAPIDS, IA UNITED STATES | |
| 11154 | STADIUM IN STORM LAKE | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IA | SIOUX CITY, IA UNITED STATES | N | St Luke's Hospital Job Sioux City IA |
| 6661 | AMERICAN MEDICAL ASSOCIATION BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IL | 515 NORTH STATE STREET CHICAGO, IL UNITED STATES | N | |
| 8710 | FIRST NATIONAL BANK BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IL | 21 S CLARK STREET CHICAGO, IL UNITED STATES | N | Two First National Plaza Bank 20 S. Clark St |
| 6737 | MARRIOTT HOTEL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IL | CHICAGO, IL UNITED STATES | N | |
| 6736 | MCCORMICK PLACE | C/O DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | IL | 2301 S LAKESHORE DRIVE CHICAGO, IL 60616 UNITED STATES | N | |
| 11558 | MONTGOMERY WARD RANDHURST SHOPPING CENTER | C/O DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | IL | UNITED STATES | N | |
| 6735 | MONUMENTAL OFFICE BLDG VENETIAN MON COMPAN | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IL | 527 N WESTERN AVENUE CHICAGO, IL 60612 UNITED STATES | N | |
| 6734 | NORTHWEST COMMUNITY HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IL | 800 W CENTRAL ROAD ARLINGTON HEIGHTS, IL UNITED STATES | N | |
| 10539 | INDIANA NATIONAL BANK | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IN | INDIANAPOLIS, IN UNITED STATES | N | Old National City Bank Evansville IN |
| 11404 | MENTAL HEALTH CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IN | 711 E COLFAX AVENUE SOUTH BEND, IN UNITED STATES | N | |
| 10518 | FARM BUREAU INSURANCE BUILDING | C/O DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | KS | ANDERSON AVENUE & WILLARD PLACE WEST MANHATTEN, KS UNITED STATES | N | |
| 11521 | SECURITY BENEFIT LIFE INSURANCE CO | C/O DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | KS | 7TH & VAN BUREN TOPEKA, KS UNITED STATES | N | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11132 | 201 N. FRONT STREET BUILDING | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LA | 201 N. FRONT STREET<br>NEW ORLEANS, LA<br>UNITED STATES | N | |
| 11206 | CHARITY SCHOOL OF NURSING | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LA | NEW ORLEANS, LA<br>UNITED STATES | N | Earl K Long Hospital fka Earl K Long Charity Hospital Baton Rouge LA |
| 11212 | CHATEAU LEMOYNE HOTEL | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LA | NEW ORLEANS, LA<br>UNITED STATES | N | |
| 11209 | FAIRVIEW HOSPITAL | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LA | LAFAYETTE, LA<br>UNITED STATES | N | |
| 11215 | LITTLE SISTERS OF THE POOR | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LA | NEW ORLEANS, LA<br>UNITED STATES | N | |
| 6728 | APT BUILDING COMPLEX | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MA | 1010 MEMORIAL DRIVE<br>CAMBRIDGE, MA<br>UNITED STATES | N | |
| 6726 | HARVARD PUBLIC HEALTH HARV VANGUARD MED ASSO | C/O DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | MA | 23 MINER STREET<br>BOSTON, MA 02215<br>UNITED STATES | N | |
| 1511 | MASA ELECTRONICS RESEARCH | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MA | CAMBRIDGE, MA<br>UNITED STATES | N | |
| 6721 | MARYLAND CASUALTY CO | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MD | 3910 KESWICK ROAD<br>BALTIMORE, MD 21221<br>UNITED STATES | N | |
| 11507 | MEMORIAL HOSPITAL ADDITION | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MD | CUMBERLAND, MD<br>UNITED STATES | N | Hartford Memorial Hospital Havre de Grace MD |
| 11165 | ROSENSTOCK HALL | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | MD | FREDERICK MD<br>UNITED STATES | N | |
| 11505 | CONSUMERS POWER | C/O DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | | MI | JACKSON, MI<br>UNITED STATES | N | |
| 10680 | MCLAREN HOSPITAL | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | | MI | FLINT, MI<br>UNITED STATES | N | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10688 | MICHIGAN CANCER CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MI | DETROIT, MI UNITED STATES | N | Sinai-Grace Hospital fka Mt. Carmel Mercy Hospital Detroit MI |
| 11425 | BROOKDALE SHOPPING CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MN | MINNEAPOLIS, MN UNITED STATES | N | Sears & Roebuck Minneapolis MN |
| 6708 | UNION HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MN | NEW ULM, MN UNITED STATES | N | |
| 6705 | SCHOBER,S RESTAURANT | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MO | ST LOUIS, MO UNITED STATES | N | |
| 6603 | TOWER PROPERTIES | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MO | 911 MAIN STREET KANSAS CITY, MO 64105 UNITED STATES | N | |
| 10699 | TOWER PROPERTIES F.K.A. COMMERCE TOWERS | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MO | 911 MAIN STREET KANSAS CITY, MO 64105 UNITED STATES | N | |
| 10701 | U.M.K.C. HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MO | KANSAS CITY, MO UNITED STATES | N | |
| 11408 | PLANTERS BANK & TRUST | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MS | GREENVILLE, MS UNITED STATES | N | |
| 10702 | VICKSBURG MEMORIAL HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MS | HIGHWAY 80 EAST VICKSBURG, MS UNITED STATES | N | |
| 6704 | CHARLOTTE PUBLIC LIBRARY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NC | CHARLOTTE, NC UNITED STATES | N | |
| 6702 | MEDICAL PARK HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NC | SOUTH HAWTHORNE ROAD WINSTON SALEM, NC UNITED STATES | N | |
| 11564 | NCNB BUILDING JOB J 5028 | C/O DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | NC | WINSTON-SALEM, NC UNITED STATES | N | Computer Office Building Winston-Salem NC |
| 10671 | NORTHWESTERN DISTRICT HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NC | NC-125 & U.S. 158 ROANOKE RAPIDS, NC UNITED STATES | N | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6701 | PILOT LIFE INSURANCE COMPANY | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | | 100 N GREEN STREET M<br>GREENSBORO, NC 27401<br>UNITED STATES | N | |
| 10954 | WACHOVIA BANK | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NC | RALEIGH, NC<br>UNITED STATES | N | |
| 10703 | 1ST NATIONAL BANK BUILDING | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NE | 16TH & DODGE STREET<br>OMAHA, NE<br>UNITED STATES | N | |
| 10715 | COOPER THEATER | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NE | LINCOLN, NE<br>UNITED STATES | N | |
| 11171 | FIRST NATIONAL BANK | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NE | OMAHA, NE<br>UNITED STATES | N | |
| 6903 | OUR LADY OF LOURDES CHURCH | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NE | 324 E CORINTH STREET<br>RAVENNA, NE 68869<br>UNITED STATES | N | |
| 10768 | WOODMAN TOWER BUILDING | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NE | UNITED STATES | N | Woodmen Accident & Association |
| 11397 | SPAULDING BUILDING | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NJ | KILMER ROAD<br>CAMP KILMER, NJ<br>UNITED STATES | N | |
| 10959 | AMERICAN RIVER HOSPITAL | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NV | SACTO, NV<br>UNITED STATES | N | Listed in Carmichael CA |
| 6904 | 350 PARK AVENUE BUILDING | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NY | 350 PARK AVENUE<br>NEW YORK CITY, NY<br>UNITED STATES | N | |
| 11099 | 55 WATER STREET | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NY | 55 WATER STREET<br>MANHATTAN, NY<br>UNITED STATES | N | |
| 6883 | 600 3RD AVENUE BUILDING | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NY | 600 3RD AVENUE<br>NEW YORK, NY<br>UNITED STATES | N | |
| 11091 | EDEN PARK HHC FNA EDEN PARK NURSING HOME | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NY | JEFFERSON STREET<br>CATSKILL, NY<br>UNITED STATES | N | |

| ID | Name | Address 1 | City | State | Zip | Address 2 | Flag | Notes |
|---|---|---|---|---|---|---|---|---|
| 11417 | EDEN PARK NURSING HOME | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HOLLAND AVE ALBANY, NY UNITED STATES | N | |
| 11047 | JEWISH CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WHITE PLAINS AREA BRONX, NY UNITED STATES | N | Congregation Shir Chadash of the Hudson Valley (Jewish Church) fka Friends Meeting House Poughkeepsie NY |
| 6875 | KLEINHANS MUSIC HALL MANAGEMENT INC | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 71 SYMPHONY CIRCLE BUFFALO, NY 14201 UNITED STATES | N | |
| 6605 | LAKE ISLE COUNTRY CLUB | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 660 WHITE PLAINS ROAD EASTCHESTER, NY 10709 UNITED STATES | N | |
| 10773 | LEONARD'S HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | TROY, NY UNITED STATES | N | |
| 6882 | MEMORIAL UNITED METHODIST CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 95 WALL STREET NEW YORK, NY UNITED STATES | N | |
| 10764 | MONTEFIORE HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BRONX, NY UNITED STATES | N | |
| 11089 | NEWMARK & COMPANY FNA 489 ASSOCIATES BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 214 VILLAGE DRIVE WILLIAMSVILLE, NY 14221 UNITED STATES | N | |
| 6867 | PRESBYTERIAN VILLAGE CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 490 UNIVERSITY AVENUE ROCHESTER, NY UNITED STATES | N | |
| 10705 | ROCHESTER MEMORIAL ART GALLERY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | E. 24TH ST & COM. COL. CLEVELAND, OH UNITED STATES | N | |
| 11159 | DEVELOPMENT CENTER FOR MENTALLY RETARDED | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BYRN ROAD TOLEDO, OH UNITED STATES | N | |
| 11462 | MONTGOMERY WARD BYRNWICK SHOPPING CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | | N | Southwyck Shopping Center - Montgomery Ward 2040 S Reynolds Rd, Toledo OH |
| 11435 | OBERLIN AIR TRAFFIC CONTROL CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 326 E. LORAIN STREET OBERLIN, OH UNITED STATES | N | |

| ID | Name | Address 1 | Address 2 | City | State | Zip | Country | Notes |
|---|---|---|---|---|---|---|---|---|
| 8915 | PHELPS APARTMENTS | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | OH | CINCINNATI, OH UNITED STATES | N | |
| 6923 | QUONSET HUT ANDERSON COMPLEX | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | OH | 507 ILLINOIS AVENUE MAUMEE, OH 43537 UNITED STATES | N | Anderson Worldwide |
| 11461 | SALEM HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | OH | SALEM, OH UNITED STATES | N | |
| 6916 | THE TOLEDO EDISON COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | OH | 300 MADISON AVENUE TOLEDO, OH 43604 UNITED STATES | N | Ohio Edison Office Building |
| 6836 | FIRST NATIONAL BANK | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | OK | CLINTON, OK UNITED STATES | N | First National Tower Tulsa OK |
| 12398 | FAIRMAIL LEASEHOLD INC | 1800 SHEPPARD AVE E, STE330 P.O BOX 330 | | WILLOWDALE | ON | M2J5A7 | ON | FAIRMAIL 1800 SHEPPARD AVE E, STE330 P.O BOX 330 WILLOWDALE, ON 2J5A7 CANADA | N | |
| 12406 | SHERIDAN COLLEGE | 1430 TRAFALGAR ROAD | | OAKVILLE | ON | L6H2L1 | ON | 1430 TRAFALGAR ROAD A WING OAKVILLE, ON 6H2L1 CANADA | N | |
| 12407 | SHERIDAN COLLEGE C WING | 1430 TRAFALGAR ROAD | | OAKVILLE | ON | L6H2L1 | ON | 1430 TRAFALGAR ROAD C WING OAKVILLE, ON 6H2L1 CANADA | N | |
| 6834 | ST MARKS CATHOLIC CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | OR | 1760 ECHO HOLLOW ROAD EUGENE, OR 97402 UNITED STATES | N | |
| 10997 | 1ST NATIONAL BANK | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | PA | ALLENTOWN, PA UNITED STATES | N | |
| 11121 | 1ST NATIONAL BANK | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | PA | STATE STREET ERIE, PA UNITED STATES | N | |
| 11042 | CARNEGIE MUSEUM | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | PA | PITTSBURGH, PA UNITED STATES | N | |
| 11141 | GREENVILLE HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | HAMPTON | SC | 29924 | PA | GREENVILLE, PA UNITED STATES | N | |
| 10693 | HOMOT HOSPITAL | | | | | | PA | 2ND & FRENCH STREET ERIE, PA UNITED STATES | N | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6832 | IMMACULATE CONCEPTION B.V.M. CATHOLIC CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PA | | 640 E. MAIN STREET BIRDSBORO, PA 19508 UNITED STATES | N | |
| 10788 | MARTIN TOWERS BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PA | EATON & 8TH AVENUE ALLENTOWN, PA UNITED STATES | N | |
| 10963 | NORTH HILLS PASSAVANT HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PA | BABCOCK BLVD.-MCCANDLESS TWP EPHRORA, PA UNITED STATES | N | |
| 11197 | SHENANGO HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PA | FARREE, PA UNITED STATES | N | |
| 6826 | ST JOES HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PA | 6 WALNUT STREET READING, PA 19606 UNITED STATES | N | |
| 6845 | SUPPLEE MEMORIAL CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PA | 855 WELSH ROAD MAPLE GLEN, PA 19002 | N | |
| 11188 | W. PA MOTOR CLUB JOB-HEADQUARTERS BLDG. | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PA | PENN CIRCLE WEST, E. LIBERTY PITTSBURGH, PA UNITED STATES | N | |
| 11241 | WASHINGTON COUNTY HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PA | 155 WILSON AVENUE WASHINGTON, PA 15301 UNITED STATES | N | |
| 8844 | WASHINGTON HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PA | WASHINGTON, PA UNITED STATES | N | |
| 12533 | CONSEILLERS IMMOBILIERS GWL INC | 2001 UNIVERSITY STREET | MONTREAL | QC | H3A2A6 | QC | 2001 UNIVERSITY STREET MONTREAL, QC 3A2A6 CANADA | N | |
| 6842 | THE WESTERLY HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RI | 25 WELLS STREET WESTERLY, RI 02891 UNITED STATES | N | |
| 6685 | BELK DEPARTMENT STORE | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SC | COLUMBIA, SC UNITED STATES | N | |
| 10870 | BEREA INDUSTRIAL PARK | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SC | GREENVILLE, SC UNITED STATES | N | Greenville City Hall fka City Complex |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10842 | ROPER HOSPITAL | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | | CHARLESTON, SC<br>UNITED STATES | |
| | SOUTH CAROLINA NATIONAL BANK | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CHARLESTON, SC<br>UNITED STATES | N |
| 10925 | BUILDING | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC<br>UNITED STATES | N |
| 11449 | VERMILLION LIBRARY JOB | C/O AMANDA G SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | VERMILLION, SD<br>UNITED STATES | N |
| 10533 | 1ST NATIONAL BANK | C/O DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN<br>UNITED STATES | N | First Tennessee Bank fka National Bank Building |
| 11563 | CONVENTION HALL | C/O DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN<br>UNITED STATES | N |
| 6695 | FIRST BAPTIST CHURCH | C/O DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 18 SOUTH WALNUT AVENUE<br>COOKEVILLE, TN 38501<br>UNITED STATES | N |
| 11577 | MID CONTINENT BLDG | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | WEST MEMPHIS, TN<br>UNITED STATES | N |
| 11719 | RADIOLOGY BUILDING MEDICAL CENTER | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN<br>UNITED STATES | N |
| 11459 | WAYNESBORO HOSPITAL ADDITION | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | WAYNESBORO, TN<br>UNITED STATES | N |
| 6692 | FIRST BAPTIST CHURCH | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 2709 MONUMENT AVENUE<br>RICHMOND, VA 23220<br>UNITED STATES | N |
| 11452 | SHENANDOAH BAPTIST CHURCH | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | ROANOKE, VA<br>UNITED STATES | N |
| 10591 | WILDLIFE BUILDING-NEAR VPA COLISEUM | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | BLACKSBURG, VA<br>UNITED STATES | N |
| 11429 | EDEN PARK NURSING HOME | C/O AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | RUTLAND, VT<br>UNITED STATES | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11418 | BELLEVUE FURNITURE | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WA | BELLEVUE, WA UNITED STATES | N | |
| 11123 | FIRST NATIONAL BANK BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WA | SEATTLE, WA UNITED STATES | N | |
| 6676 | LINCOLN BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WA | SPOKANE, WA UNITED STATES | N | |
| 6872 | EMPLOYER S MUTUAL JOB | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WI | WAUSAU, WI UNITED STATES | N | |
| 6870 | LADY OF GOOD HOPE CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WI | 6924 W LISBON AVENUE MILWAUKEE, WI 53210 UNITED STATES | N | |
| 6912 | CHARLESTON AREA MEDICAL CENTER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WV | CHARLESTON, WV UNITED STATES | N | |
| 11413 | DALE SPICER HOSPITAL JOB | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WV | MCCORKLE AVENUE, ROUTE #60 KANAWHA CITY, WV UNITED STATES | N | |
| 6854 | MOUNDSVILLE HOUSING AUTHORITY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WV | 501 TENTH STREET MOUNDSVILLE, WV 26041 UNITED STATES | N | |