-----Original Message-----
From: Finke, Richard
Sent: Monday, March 07, 2005 2:12 PM
To: Daniel Speights (E-mail)
Cc: Beber, Robert H.; Siegel, David
Subject: FW: Speight & Runyan Claims


Mr. Speights:

As we discussed generally last Monday, I am forwarding for your consideration the attached list of 374 claims filed by your firm. The Debtors in Grace's Ch. 11 proceedings hereby request that Speights & Runyan withdraw each of the 374 claims on the grounds that they lack certain fundamental prerequisites of asbestos property damage claims in this bankruptcy. Specifically, the claims contain one or more of the following deficiencies:
  (1) the claims were filed on behalf of buildings or construction job sites, not on behalf of persons or entities with legally cognizable interests in the properties in question such as would give them standing to assert the claims;
  (2) the claims were filed on behalf of construction companies, building supply stores, paint and plastering contractors, and other similar businesses that may have purchased Grace products but lack any legally cognizable interests in the properties in question such as would give them standing to assert the claims;
  (3) the claims lack street addresses (and in a few cases, city addresses).
To the extent the claims identified on the attachment are not withdrawn, Grace reserves the right to seek dismissal of the claims by the bankruptcy court and any other appropriate relief.

By providing the attached list at this time, I do not believe there is a need for us to meet in Miami on Wednesday, as we had discussed. Let me know if you disagree.

Richard C. Finke
Senior Litigation Counsel
W.R. Grace & Co.


Speights&Runyan Claims 3-7-05.xls

## SPEIGHTS & RUNYAN CLAIMS

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 6596 | ELM PLAZA | 1401 ELM STREET<br>DALLAS, TX 75202<br>UNITED STATES |
| 6598 | LANGLEY PROFESSIONAL BUILDING | 7676 NEW HAMPSHIRE AVENUE<br>LANGLEY PARK, MD 20783<br>UNITED STATES |
| 6608 | BENDER HYGIENIC LABORATORY | 9 SAMARITAN DRIVE<br>ALBANY, NY 12208<br>UNITED STATES |
| 6616 | 60 BOARD STREET BUILDING | 60 BROAD STREET<br>NEW YORK, NY 10020<br>UNITED STATES |
| 6617 | EXECUTIVE HOUSE | 4466 WEST PINE<br>SAINT LOUIS, MO 63108<br>UNITED STATES |
| 6618 | 104 CORPORATE PARK DRIVE | 104 CORPORATE PARK DRIVE<br>PURCHASE, NY 10577<br>UNITED STATES |
| 6619 | COMSAT LABORATORIES & PENTHOUSES | 22300 COMSAT DRIVE<br>CLARKSBURG, MD 20871<br>UNITED STATES |
| 6620 | HARTFORD HOSPITAL MAIN BLDG & WINGS A E | 181 EAST CEDAR STREET<br>NEWINGTON, CT 06111<br>UNITED STATES |
| 6626 | EXXON RESEARCH & ENGINEERING-TOWER | 150 PARK AVENUE<br>FLORHAM PARK, NJ 07932<br>UNITED STATES |
| 6628 | JOHN HANCOCK CENTER | 875 N MICHIGAN AVENUE<br>CHICAGO, IL 60611<br>UNITED STATES |
| 6638 | THE EQUITABLE BUILDING | 100 PEACHTREE STREET<br>ATLANTA, GA 30303<br>UNITED STATES |
| 6640 | EXXON RESEARCH & ENGINEERING -BLDG. FP 102 | 150 PARK AVENUE<br>FLORHAM PARK, NJ 07932<br>UNITED STATES |
| 6641 | HARTFORD INSURANCE BUILDING | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CA<br>UNITED STATES |
| 6642 | GETTY BUILDING | 1200 GETTY CENTER<br>LOS ANGELES, CA<br>UNITED STATES |
| 6644 | BEVERLY WILSHIRE BLDG NKA REGENT BEV WILSHIRE | 9500 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90212<br>UNITED STATES |
| 6645 | BAY AREA RAPID TRANSIT ADM BUILDING | OAKLAND, CA<br>UNITED STATES |
| 6654 | MANDALAY APARTMENTS | 880 MANDALAY AVENUE<br>CLEARWATER BEACH, FL<br>UNITED STATES |
| 6657 | POTOMAC PLAZA APT | WASHINGTON, DC<br>UNITED STATES |
| 6661 | AMERICAN MEDICAL ASSOCIATION BUILDING | 515 NORTH STATE STREET<br>CHICAGO, IL<br>UNITED STATES |
| 6664 | JOHN HANCOCK TOWERS | 200 CLARENDON STREET<br>BOSTON, MA 02116<br>UNITED STATES |
| 6665 | AMERICAN DENTAL ASSOCIATION BUILDING | 609 WALNUT STREET<br>YANKTON, SD 57078<br>UNITED STATES |
| 6672 | EMPLOYER S MUTUAL JOB | WAUSAU, WI<br>UNITED STATES |
| 6674 | SUNSET BOWL | SEATTLE, WA<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 6675 | MEDICAL DENTAL BUILDING | EVERETT, WA<br>UNITED STATES |
| 6676 | LINCOLN BUILDING | SPOKANE, WA<br>UNITED STATES |
| 6678 | WOMEN S CLUB | RICHMOND, VA  23226<br>UNITED STATES |
| 6680 | MEMPHIS AIRPORT TERMINAL | MEMPHIS, TN<br>UNITED STATES |
| 6688 | SCOPE BUILDING JOB | MONTICELLO AVENUE & BRAMBLETON AVENUE<br>NORFOLK, VA  23510<br>UNITED STATES |
| 6691 | HOMESTEAD HOTEL | 1 U S ROUTE 220<br>HOT SPRINGS, VA  24445<br>UNITED STATES |
| 6700 | SALVATION ARMY CHAPEL | 901 BELMONT AVENUE<br>CHARLOTTE, NC  28205<br>UNITED STATES |
| 6707 | COACH LAMP APARTMENTS | 655 E MINOR DRIVE<br>KANSAS CITY, MO  64134<br>UNITED STATES |
| 6710 | FIRST NATIONAL BANK BUILDING | 21 S CLARK STREET<br>CHICAGO, IL  60603<br>UNITED STATES |
| 6728 | APT BUILDING COMPLEX | 1010 MEMORIAL DRIVE<br>CAMBRIDGE, MA<br>UNITED STATES |
| 6732 | DOLESE BROTHERS MAIN OFFICE | 826 EAST CENTRAL AVE<br>WICHITA, KS  67202<br>UNITED STATES |
| 6736 | MCCORMICK PLACE | 2301 S LAKESHORE DRIVE<br>CHICAGO, IL  60616<br>UNITED STATES |
| 6738 | LINCOLN LANES BOWLING ALLEY | 107 W HARRISON STREET<br>DANVILLE, IL  61832<br>UNITED STATES |
| 6740 | WELLS FARGO BUILDING | SAN FRANCISCO, CA<br>UNITED STATES |
| 6741 | TOPANGA PLAZA SHOPPING CENTER | 6600 TOPANGA CANYON/CANOGA PARK<br>LOS ANGELES, CA<br>UNITED STATES |
| 6742 | PUBLIC LIBRARY | 7344 WASHINGTON AVENUE<br>WHITTIER, CA<br>UNITED STATES |
| 6746 | HILLSIDE SHOPPING CENTER | SAN FRANCISCO, CA<br>UNITED STATES |
| 6751 | NORTHSHORE COUNTRY CLUB CLUBHOUSE | 1340 GLENVIEW ROAD<br>GLENVIEW, IL  60025<br>UNITED STATES |
| 6752 | R H GARVEY BUILDING | 300 W DOUGLAS<br>WICHITA, KS  67202<br>UNITED STATES |
| 6838 | CAMERON OFFICE BUILDING | OKLAHOMA CITY, OK<br>UNITED STATES |
| 6843 | Y M C A AUDITORIUM | RIDGEWAY, PA<br>UNITED STATES |
| 6847 | NORFOLK PUBLIC HEALTH BUILDING | 401 COLLEY AVENUE<br>NORFOLK, VA  23507<br>UNITED STATES |
| 6851 | NORFOLK CITY HALL | 810 UNION STREET<br>NORFOLK, VA  23510<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 6852 | PUBLIC SAFETY BUILDING | 811 E CITY HALL AVENUE<br>NORFOLK, VA 23510<br>UNITED STATES |
| 6853 | NORFOLK CIRCUIT COURT | 100 ST PAUL S BLVD<br>NORFOLK, VA 23510<br>UNITED STATES |
| 6855 | SAUDER LYGRISSE G M C BUILDING | 4150 WEST KILLOGG DRIVE<br>WICHITA, KS 67209<br>UNITED STATES |
| 6863 | MAINTENANCE SHOPS | ROUTE 615<br>HOT SPRINGS, VA<br>UNITED STATES |
| 6864 | OLD PURCHASING WAREHOUSE | ROUTE 615<br>HOT SPRINGS, VA<br>UNITED STATES |
| 6874 | M T BANKS | MULTIPLE LOCATIONS<br>MULTIPLE CITIES & STATES,<br>UNITED STATES |
| 6891 | 245 PARK AVENUE BUILDING | 245 PARK AVENUE<br>NEW YORK CITY, NY<br>UNITED STATES |
| 6892 | 130 JOHN STREET BUILDING | 130 JOHN STREET<br>MANHATTAN, NY<br>UNITED STATES |
| 6893 | 10 HANOVER SQUARE BUILDING | 10 HANOVER SQUARE<br>NEW YORK, NY 10017<br>UNITED STATES |
| 6900 | LOCAL NO 274 GENERAL OFFICE | 100 HENDRICKS CAUSEWAY<br>RIDGEFIELD, NJ 07657<br>UNITED STATES |
| 6904 | 350 PARK AVENUE BUILDING | 350 PARK AVENUE<br>NEW YORK CITY, NY<br>UNITED STATES |
| 6905 | 330 MADISON AVENUE BUILDING | 330 MADISON AVENUE<br>NEW YORK, NY<br>UNITED STATES |
| 6906 | 280 PARK AVENUE BUILDING | 280 PARK AVENUE<br>NEW YORK CITY, NY<br>UNITED STATES |
| 6915 | PHELPS APARTMENTS | CINCINNATI, OH<br>UNITED STATES |
| 6923 | QUONSET HUT ANDERSON COMPLEX | 507 ILLINOIS AVENUE<br>MAUMEE, OH 43537<br>UNITED STATES |
| 10509 | HARRAH'S RESORT HOTEL COMPLEX | STATELINE, NV<br>UNITED STATES |
| 10511 | WICHITA MUNICIPAL AIRPORT | WICHITA, KS<br>UNITED STATES |
| 10512 | WESLEY HOSPITAL ADDITION | HILLSIDE & CENTRAL<br>WICHITA, KS<br>UNITED STATES |
| 10515 | JENSEN SALSRER LAE ADDITION | KANSAS CITY, KS<br>UNITED STATES |
| 10516 | FOXRIDGE OFFICE BUILDING | 57TH BROADMORE<br>KANSAS CITY, KS<br>UNITED STATES |
| 10517 | FIRST NATIONAL BANK BUILDING | SHERMAN & MAIN<br>HUTCHINSON, KS<br>UNITED STATES |
| 10518 | FARM BUREAU INSURANCE BUILDING | ANDERSON AVENUE & WILLARD PLACE<br>WEST MANHATTEN, KS<br>UNITED STATES |
| 10519 | CARTER COUNTY HOSPITAL - ADDITION | ELIZABETHON, TN<br>UNITED STATES |
| 10525 | CIVIC CENTER AUDITORIUM | DULUTH, MN<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 10527 | DULETH ARENA AND AUDITORIUM | DULUTH, MN<br>UNITED STATES |
| 10532 | R.I. TRUST NATIONAL BANK BLDG. | R.I. TRUST NATIONAL BANK BUILDING<br>PROVICENCE, RI<br>UNITED STATES |
| 10533 | 1ST NATIONAL BANK | MEMPHIS, TN<br>UNITED STATES |
| 10540 | AMERICAN UNITED LIFE BLDG. -ADDITION | INDIANAPOLIS, IN<br>UNITED STATES |
| 10591 | WILDLIFE BUILDING-NEAR VPA COLISEUM | BLACKSBURG, VA<br>UNITED STATES |
| 10663 | UNION BANK BUILDING | IONIA AVENUE - RIGHT DOWNTOWN<br>GRAND RAPIDS, MI<br>UNITED STATES |
| 10670 | WOLVERINE BUILDING | STATE STREET - W. SIDE OF ALLEY<br>BATTLE CREEK, MI<br>UNITED STATES |
| 10691 | DETROIT NORTHERN INSURANCE BUILDING | HANCOCK, MI<br>UNITED STATES |
| 10694 | OFFICE TOWER BUILDING | ALBANY SOUTH MALL<br>ALBANY, NY<br>UNITED STATES |
| 10696 | PIERRE LACLEDE BUILDING | CLAYTON, MO<br>UNITED STATES |
| 10703 | 1ST NATIONAL BANK BUILDING | 16TH & DODGE STREET<br>OMAHA, NE<br>UNITED STATES |
| 10708 | SENECA BUILDING | CLINTON AVENUE<br>ROCHESTER, NY<br>UNITED STATES |
| 10713 | TELEPHONE BUILDING | 168 STREET & 88TH AVENUE<br>JAMAICA, QUEENS, NY<br>UNITED STATES |
| 10714 | 10 HANOVER SQUARE BUILDING | 10 HANOVER SQUARE<br>MANHATTAN, NY<br>UNITED STATES |
| 10720 | NEW YORK TELEPHONE BUILDING | 165TH & 88TH<br>JAMAICA, NY<br>UNITED STATES |
| 10726 | MEDICAL OFFICE BUILDING | 68 & TROOST<br>KANSAS CITY, MO<br>UNITED STATES |
| 10729 | RUSSIAN HILL TWIN TOWER | 1150 LOMBARD<br>SAN FRANCISCO, CA<br>UNITED STATES |
| 10730 | UNITED CALIFORNIA BANK BUILDING | LOS ANGELES, CA<br>UNITED STATES |
| 10731 | WORLD AIRWAYS AIRCRAFT MAINTENANCE FACILITY | OAKLAND AIRPORT<br>OAKLAND, CA<br>UNITED STATES |
| 10734 | 880 THIRD AVENUE BUILDING | 880 THIRD AVENUE<br>NEW YORK, NY  10022<br>UNITED STATES |
| 10741 | LOCKHEED MARTIN BUILDING 400 | 9500 GODWIN DRIVE<br>MANASSAS, VA  20110<br>UNITED STATES |
| 10743 | LIBERTY NATIONAL LIFE BUILDING COMPLEX | 2001 3RD AVENUE SOUTH<br>BIRMINGHAM, AL  35233<br>UNITED STATES |
| 10755 | TORRANCE MEDICAL BUILDING | TORRANCE, CA<br>UNITED STATES |
| 10756 | NINE STORY OFFICE BUILDING | ROSEMONT, IL<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 10757 | SUTTER PLACE OFFICE BUILDING | SAN FRANCISCO, CA<br>UNITED STATES |
| 10760 | WELLS FARGO OFFICE BUILDING | OAKLAND, CA<br>UNITED STATES |
| 10762 | FOUNDERS PLAZA | GILBERT STREET<br>HARTFORD, CT<br>UNITED STATES |
| 10763 | METCALF PLAZA | AUBURN, NY<br>UNITED STATES |
| 10765 | OFFICE BUILDING | 98 CUTTER MILL ROAD<br>GREAT NECK, NY<br>UNITED STATES |
| 10766 | OFFICE BUILDING | 178TH & HILLSIDE AVENUE<br>JAMAICA, NY<br>UNITED STATES |
| 10767 | ONEIDA CO. OFFICE BUILDING | ONEIDA, NY<br>UNITED STATES |
| 10768 | WOODMAN TOWER BUILDING | UNITED STATES |
| 10770 | BOWERY SAVINGS BANK BUILDING 9 | 47TH & BROADWAY<br>NEW YORK, NY<br>UNITED STATES |
| 10771 | BOWERY SAVINGS BANK BUILDING 327 | 47TH & BROADWAY<br>NEW YORK, NY<br>UNITED STATES |
| 10772 | BOWERY SAVINGS BANK BUILDING 6 | 47TH & BROADWAY<br>NEW YORK, NY<br>UNITED STATES |
| 10777 | IBM BUILDING | KINGSTON, NY<br>UNITED STATES |
| 10778 | OMAHA CITY AUDITORIUM | OMAHA, NE<br>UNITED STATES |
| 10788 | MARTIN TOWERS BUILDING | EATON & 8TH AVENUE<br>ALLENTOWN, PA<br>UNITED STATES |
| 10789 | MANOR OAK #2 | GREENTREE, PA<br>UNITED STATES |
| 10790 | LONG TERM NURSING FACILITY | SUSQUEVIEW-HILL HARRIS PROJECT 652<br>LOCK HAVEN, PA<br>UNITED STATES |
| 10791 | LACKAWANNO COUNTY HIGH RISE FOR THE ELDERLY | 1000 JACKSON STREET<br>SCRANTON, PA<br>UNITED STATES |
| 10796 | EQUITABLE BUILDING | BROADWAY & MARKET STREETS<br>ST. LOUIS, MO<br>UNITED STATES |
| 10801 | FISHERMAN'S WHARF PARKING GARAGE | SAN FRANCISCO, CA<br>UNITED STATES |
| 10802 | COMMUNITY CENTER | SALINAS, CA<br>UNITED STATES |
| 10803 | VALLCO PARK OFFICE BUILDING | CUPERTINO, CA<br>UNITED STATES |
| 10806 | HUNT FOODS OFFICE BUILDING | FULLERTON, CA<br>UNITED STATES |
| 10808 | NORTH COUNTY OFFICE BUILDING | PALO ALTO, CA<br>UNITED STATES |
| 10811 | MCCONNEL WINTER STADIUM | 3773 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 10812 | MCLENNAN LIBRARY | 3459 MCTAVISH STREET<br>MONTREAL, QC<br>CANADA |
| 10813 | GARDNER HALL | MONTREAL, QC<br>CANADA |
| 10814 | HUGESSEN HOUSE | 3666 MCTAVISH<br>MONTREAL, QC<br>CANADA |
| 10816 | BIRKS BUILDING | 3520 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10818 | RABINOVITCH HOUSE | 3640 MOUNTAIN STREET<br>MONTREAL, QC<br>CANADA |
| 10819 | WILSON HALL | 3506 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10820 | BEATTY HALL | 1266 AVENUE DES PINS<br>MONTREAL, QC<br>CANADA |
| 10821 | BISHOP MOUNTAIN HALL | 3935 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10822 | OCCUPATIONAL HEALTH & SAFETY DEPARTMENT | 1140 PINE STREET<br>MONTREAL, QC<br>CANADA |
| 10823 | PSYCHIATRY DEPARTMENT | 1033 PINE STREET<br>MONTREAL, QC<br>CANADA |
| 10824 | PETERSON HALL | 3460 PEEL STREET<br>MONTREAL, QC<br>CANADA |
| 10825 | MEDICINE, ETHICS & LAW BUILDING | 3690 PEEL STREET<br>MONTREAL, QC<br>CANADA |
| 10826 | INSTITUTE OF AIR & SPACE LAW BUILDING | 3661 PEEL STREET<br>MONTREAL, QC<br>CANADA |
| 10827 | ARTS DEPARTMENT OF ECONNOMICS | 3483 PEEL STREET<br>MONTREAL, QC<br>CANADA |
| 10828 | MAUT BUILDING | 3495 PEEL STREET<br>MONTREAL, QC<br>CANADA |
| 10829 | JAMES ADMINISTRATION BUILDING | 845 SHERBROONE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10830 | DOUGLAS HALL | 3851 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10831 | FERRIER BUILDING | 840 DR. PENFIELD AVENUE<br>MONTREAL, QC<br>CANADA |
| 10832 | FACULTY CLUB | 3450 MCTAVISH<br>MONTREAL, QC<br>CANADA |
| 10833 | AHMANSON CENTER | UNITED STATES |
| 10834 | MCCRORY SUMMWALT CONSTRUCTION COMPANY | COLUMBIA, SC<br>UNITED STATES |
| 10835 | MEDI-CENTER BUILDING | 1221 EAST UNION STREET<br>GREENVILLE, SC<br>UNITED STATES |
| 10836 | MYRTLE BEACH LUMBER COMPANY | MYRTLE BEACH, SC<br>UNITED STATES |
| 10838 | PEE DEE BUILDERS SUPPLY | MARION, SC<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 10839 | PEOPLES PLAZA | GREENVILLE, SC<br>UNITED STATES |
| 10840 | R&G PAINT COMPANY | SUMTER STREET<br>COLUMBIA, SC<br>UNITED STATES |
| 10843 | SHERWIN WILLIAMS PAINT STORE | WADE HAMPTON BOULEVARD<br>GREER, SC<br>UNITED STATES |
| 10846 | COLUMBIA PLASTERING COMPANY | 68 REEDER POINT DRIVE - ROUTE #4<br>COLUMBIA, SC  29209<br>UNITED STATES |
| 10847 | CORNELL ARMS APARTMENT | COLUMBIA, SC<br>UNITED STATES |
| 10848 | COVIL INSULATION COMPANY | GREENVILLE, SC  29602<br>UNITED STATES |
| 10849 | CROMER & SULLIVAN CONSTRUCTION COMPANY | ANDERSON, SC<br>UNITED STATES |
| 10850 | D.H. HOLMES COMPANY LTD | OAKWOOD, SC<br>UNITED STATES |
| 10851 | DUFFIE PAINT COMPANY | 8 AIRPORT ROAD<br>GREENVILLE, SC  29602<br>UNITED STATES |
| 10852 | FRANK ULMER LUMBER COMPANY | GREENVILLE, SC  29604<br>UNITED STATES |
| 10855 | J.E. GRAMBLING BUILDING SUPPLY | ORANGEBURG, SC  29115<br>UNITED STATES |
| 10856 | J.T. ROBERTSON - SOUTHERN COATING & CHEMICAL | SUMTER, SC  29150<br>UNITED STATES |
| 10858 | L. ROY OWEN PLASTERING COMPANY | ROUTE 1<br>CENTRAL, SC  29630<br>UNITED STATES |
| 10859 | LAMB, YOUNG, JONES OFFICE BUILDING | WESLEY DRIVE & SAVANNAH HIGHWAY<br>CHARLESTON, SC<br>UNITED STATES |
| 10861 | MARINE RESEARCH BUILDING | FORT JOHNSON ROAD<br>JAMES ISLAND, SC<br>UNITED STATES |
| 10862 | MARTIN PAINT & SUPPLY COMPANY | 1017 GARLAND AVENUE<br>ROCK HILL, SC<br>UNITED STATES |
| 10864 | ACME QUALITY PAINT COMPANY | 306 WADE HAMPTON BOULEVARD<br>GREENVILLE, SC<br>UNITED STATES |
| 10865 | AIKEN BUILDERS SUPPLY | 156 WILLIAMSBURG STREET<br>AIKEN, SC<br>UNITED STATES |
| 10866 | ARNOLD & DOBSON SUPPLY COMPANY | 309 ALLIANCE STREET<br>GREENWOOD, SC  29646<br>UNITED STATES |
| 10867 | AVERY LUMBER COMPANY | SUMTER, SC<br>UNITED STATES |
| 10869 | FIRST FEDERAL SAVINGS LOAN BANK BUILDING | MAIN STREET<br>COLUMBIA, SC<br>UNITED STATES |
| 10870 | BEREA INDUSTRIAL PARK | GREENVILLE, SC<br>UNITED STATES |
| 10871 | BONITZ INSULATING COMPANY | COLUMBIA, SC<br>UNITED STATES |
| 10872 | BUILDERS WHOLESALE INC | SPARTANBURG, SC<br>UNITED STATES |

6/30/2005

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 10874 | C.B. ASKINS CONSTRUCTION COMPANY | LAKE CITY, SC<br>UNITED STATES |
| 10876 | C.L. DUFFIE PAINTING INC. | MAULDIN ROAD<br>GREENVILLE, SC  29602<br>UNITED STATES |
| 10879 | CAROTEX INDUSTRIAL SUPPLY | 12 W. PARKER ROAD<br>GREENVILLE, SC<br>UNITED STATES |
| 10880 | CENTRAL CONCRETE & PLASTER COMPANY | CENTRAL, SC  29630<br>UNITED STATES |
| 10881 | CENTRAL ROOFING & SUPPLY COMPANY | SEABOARD PARK<br>COLUMBIA, SC  29202<br>UNITED STATES |
| 10882 | CHAPIN LUMBER COMPANY | MYRTLE BEACH, SC  29577<br>UNITED STATES |
| 10883 | BURNSIDE HALL | 805 SHERBROONE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10884 | BRITTAIN HALL | 21- 111 LAKESHORE ROAD<br>MONTREAL, QC<br>CANADA |
| 10889 | MACDONALD ENGINEERING BUILDING | 817 SHERBROONE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10890 | LEACOCK BUILDING | 855 SHERBROONE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10893 | SCHOOL OF ENVIRONMENT BUILDING | 3534 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10894 | DUGGAN HOUSE | 3724 PROMENADE SIR WILLIAM OSCEK<br>MONTREAL, QC<br>CANADA |
| 10895 | DUFF MEDICAL BUILDING | 3775 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10896 | FACULTY OF EDUCATION BUILDING | 3700 MCTAVISH STREET<br>MONTREAL, QC<br>CANADA |
| 10897 | THOMSON HOUSE | MONTREAL, QC<br>CANADA |
| 10898 | STRATHCONA MUSIC BUILDING | 555 SHERBROONE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10899 | DAVIS HOUSE | 3654 PROMENADE SIR WILLIAM OSUER<br>MONTREAL, QC<br>CANADA |
| 10900 | DAWSON HALL | 853 SHERBROONE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10901 | SIR ARTHUR CURRIE GYMNASIUM | 475 AVENUE DES PINS<br>MONTREAL, QC<br>CANADA |
| 10902 | CHANCELLOR DAY HALL | 3644 PEEL STREET<br>MONTREAL, QC<br>CANADA |
| 10903 | FRANK DAWSON ADAMS HALL | 3450 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10904 | MCCONNEL ENGINEERING BUILDING | 3480 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10905 | MCCONNEL HALL | 3905 UNIVERISTY STREET<br>MONTREAL, QC<br>CANADA |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 10906 | MCINTYRE MEDICAL BUILDING | 3655 PROMENADE SIR WILLIAM-OSLER<br>MONTREAL, QC<br>CANADA |
| 10907 | EAST ASIAN STUDIES BUILDING | 3434 MCTAVISH STREET<br>MONTREAL, QC<br>CANADA |
| 10908 | JEWISH STUDIES BUILDING | 3438 MCTAVISH STREET<br>MONTREAL, QC<br>CANADA |
| 10909 | CHARLES MEREDITH HOUSE | 1130 AVENUE DES PINS<br>MONTREAL, QC<br>CANADA |
| 10910 | MOLSON HALL | 3915 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10911 | MOLSON STADIUM | 475 AVENUE DES PINS<br>MONTREAL, QC<br>CANADA |
| 10912 | OTTO MASS CHEMISTRY BUILDING | 801 SHERBROOKE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10913 | ENGLISH DEPARTMENT BUILDING | 3475 PEEL STREET<br>MONTREAL, QC<br>CANADA |
| 10914 | ARTS POLISH LIBRARY | 3479 PEEL STREET<br>MONTREAL, QC<br>CANADA |
| 10916 | ARLINGTON HOTEL JOB | HOT SPRINGS, AR<br>UNITED STATES |
| 10924 | SMITH PLASTERING COMPANY | GREENVILLE, SC<br>UNITED STATES |
| 10925 | SOUTH CAROLINA NATIONAL BANK BUILDING | COLUMBIA, SC<br>UNITED STATES |
| 10927 | VAN SMITH BUILDING MATERIAL | GREENVILLE, SC<br>UNITED STATES |
| 10928 | WOODCOCK PLASTERING COMPANY | MULLINS, SC<br>UNITED STATES |
| 10929 | BRONFAM BUILDING | 1001 SHERBROONE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10931 | ARTS BUILDING | 853 SHERBROONE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10932 | GARFIELD WESTON POOL | 3506 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10933 | REDPATH HALL | 861 SHERBROONE STREET W.<br>MONTREAL, QC<br>CANADA |
| 10934 | PURVIS HALL | 1020 PINE AVENUE<br>MONTREAL, QC<br>CANADA |
| 10938 | SEAGRAM BUILDING | MONTREAL, QC<br>CANADA |
| 10939 | STEWART BIOLOGY BUILDING | 1205 DOCTOR PENFIELD AVENUE<br>MONTREAL, QC<br>CANADA |
| 10940 | STRATHCONA ANATOMY BUILDING | 3640 UNIVERSITY STREET<br>MONTREAL, QC<br>CANADA |
| 10945 | MACK TRUCK OFFICE BUILDING | MACK BLVD. END OF SOUTH 8TH STREET<br>ALLENTOWN, PA<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 10946 | LINCOLN INCOME LIFE INS. CO. - OFFICE TOWER | LOUISVILLE, KY<br>UNITED STATES |
| 10947 | CAYUGA CO. OFFICE BUILDING | AUBURN, NY<br>UNITED STATES |
| 10952 | RUDEN JOB | 1 MADISON SQUARE 25TH & MADISON<br>NEW YORK, NY<br>UNITED STATES |
| 10953 | MARINE MIDLAND OFFICE BUILDING | MAIN & SENECA STREET<br>BUFFALO, NY<br>UNITED STATES |
| 10954 | SECURTY NATIONAL BANK BUILDING | 1/2 MILE NORTH L. I. EXPRESSWAY<br>MELLVILLE, NY<br>UNITED STATES |
| 10958 | SACTO CONV. CENTER | SACTO, NV<br>UNITED STATES |
| 10967 | D.L.P.S.T. OFFICE CON. BUILDING | FIFTH & LOCUST<br>MCKEESPORT, PA<br>UNITED STATES |
| 10971 | BELL TELEPHONE BUILDING | SOUTH MAIN STREET<br>WILKES-BARRE, PA<br>UNITED STATES |
| 10973 | HOSPITAL | PETALUMA, CA<br>UNITED STATES |
| 10974 | BLUE CROSS BUILDING | CHAPEL HILL, NC<br>UNITED STATES |
| 10980 | ROBINSON AUDITORIUM | LITTLE ROCK, AR<br>UNITED STATES |
| 10983 | 3570 WEST LAKE BUILDING | 3570 WEST LAKE<br>WILMETTE, IL<br>UNITED STATES |
| 10989 | ROTUNDA A AIRPORT TERMINAL | SAN FRANCISCO, CA<br>UNITED STATES |
| 10994 | PERMANENT SAVINGS & LOAN BLDG. | EVANSVILLE, IN<br>UNITED STATES |
| 10996 | MASONIC BUILDING | PALO ALTO, CA<br>UNITED STATES |
| 11001 | STANDARD OIL BUILDING | 6 BETWEEN 49TH & 50TH<br>NEW YORK, NY<br>UNITED STATES |
| 11004 | HOWLAND HOOK TERMINAL | OFF WESTERN AVENUE, COETHOLE BRIDGE<br>STATEN ISLAND, NY<br>UNITED STATES |
| 11006 | STANDARD OIL BUILDING | SAN FRANCISCO, CA<br>UNITED STATES |
| 11009 | 211 MAIN STREET BUILDING | 211 MAIN STREET<br>SAN FRANCISCO, CA  94105<br>UNITED STATES |
| 11010 | RUDEN BUILDING | 41 MADISON AVENUE<br>NEW YORK, NY<br>UNITED STATES |
| 11013 | LIBERTY MUTUAL INSURANCE BUILDING | ROUTE 18, NORTH<br>NEW CASTLE, PA<br>UNITED STATES |
| 11017 | SENIOR CITIZENS BUILDING | FRESNO, CA<br>UNITED STATES |
| 11018 | SANTA TERESA MEDICAL OFFICE BUILDING | SAN JOSE, CA<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 11019 | QUANTAS OFFICE BUILDING | SAN FRANCISCO, CA<br>UNITED STATES |
| 11020 | PACIFIC GAS & ELECTRIC BUILDING | STOCKTON, CA<br>UNITED STATES |
| 11021 | PACIFIC GAS & ELECTRIC BUILDING | SAN JOSE, CA<br>UNITED STATES |
| 11022 | NOB HILL APARTMENTS | SAN FRANCISCO, CA<br>UNITED STATES |
| 11027 | BERGDORF BUILDING | 80 C0VENTRY STREET<br>HARTFORD, CT  06112<br>UNITED STATES |
| 11028 | SECURITY PACIFIC BANK BUILDING | SAN FRANCISCO, CA<br>UNITED STATES |
| 11029 | EASTMAN KODAK BUILDING #213 | ROCHESTER, NY<br>UNITED STATES |
| 11030 | EASTMAN KODAK BUILDING #317 | ROCHESTER, NY<br>UNITED STATES |
| 11031 | EASTMAN KODAK BUILDING #211 | ROCHESTER, NY<br>UNITED STATES |
| 11032 | EASTMAN KODAK BUILDING #82 | ROCHESTER, NY<br>UNITED STATES |
| 11035 | EASTMAN KODAK BUILDING #69 | ROCHESTER, NY<br>UNITED STATES |
| 11038 | EASTMAN KODAK BUILDING #9 | ROCHESTER, NY<br>UNITED STATES |
| 11039 | FORT SMITH CONVENTION CTR & CIVIC AUDITORIUM | 55 SOUTH 7TH STREET<br>FORT SMITH, AR  72902<br>UNITED STATES |
| 11041 | SAFEWAY STORE, CHERRY CREEK SHOPPING CENTER | DENVER, CO<br>UNITED STATES |
| 11045 | WELLS FARGO BUILDING FKA 550 CALIFORNIA BLDG. | SAN FRANCISCO, CA<br>UNITED STATES |
| 11048 | SAN ANTONIO OFFICE BUILDING CENTER | MOUNTAIN VIEW, CA<br>UNITED STATES |
| 11051 | 22 CORTLAND STREET BUILDING | 22 CORTLAND STREET<br>NEW YORK, NY<br>UNITED STATES |
| 11055 | FOLGER BUILDING #2 | SAN FRANCISCO, CA<br>UNITED STATES |
| 11057 | CAPITAL STREET APARTMENT | HARTFORD, CT<br>UNITED STATES |
| 11063 | CORPORATE PLACE | DES MOINES, IA<br>UNITED STATES |
| 11064 | BANKERS LIFE BUILDING | DES MOINES, IA<br>UNITED STATES |
| 11069 | FORD CITY BANK ADDITION | FORD CITY, IL<br>UNITED STATES |
| 11070 | FOLLOW-UP SERVICES BUILDING 6 | NORTHBROOK, IL<br>UNITED STATES |
| 11072 | DOCTOR'S BUILDING | ARLINGTON HEIGHTS, IL<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 11074 | BLUE CROSS BUILDING | DETROIT, MI<br>UNITED STATES |
| 11076 | AIR TERMINAL ADDITION | FRESNO, CA<br>UNITED STATES |
| 11082 | CIVIC CTR BRD CHAMBERS BUILDING | SAN JOSE, CA<br>UNITED STATES |
| 11086 | ZOO JOB | LITTLE ROCK, AR<br>UNITED STATES |
| 11095 | BLUE CROSS BLUE SHIELD BUILDING | DURHAM, NC<br>UNITED STATES |
| 11115 | CSAA BUILDING | SAN FRANCISCO, CA<br>UNITED STATES |
| 11116 | DEL MONTE BUILDING | SAN FRANCISCO, CA<br>UNITED STATES |
| 11117 | HUNTINGTON BEACH MEDICAL BUILDING | HUNTINGTON BEACH, CA<br>UNITED STATES |
| 11118 | 1150 LOMBARD STREET APARTMENTS | SAN FRANCISCO, CA<br>UNITED STATES |
| 11119 | BLUE CROSS BLUE SHIELD BUILDING | TOPEKA, KS<br>UNITED STATES |
| 11123 | FIRST NATIONAL BANK BUILDING | SEATTLE, WA<br>UNITED STATES |
| 11125 | HOSPITAL IN CARROLL | CARROLL, IA<br>UNITED STATES |
| 11126 | BLUE CROSS BUILDING | HAMDEN, CT<br>UNITED STATES |
| 11130 | 1900 AVE OF THE STARS OFFICE BLDG. | LOS ANGELES, CA<br>UNITED STATES |
| 11132 | 201 N. FRONT STREET BUILDING | 201 N. FRONT STREET<br>NEW ORLEANS, LA<br>UNITED STATES |
| 11134 | CAUSEWAY BUILDING #2 | 3301 CAUSEWAY BLVD.<br>METAIRIE, LA<br>UNITED STATES |
| 11137 | 1ST NATIONAL BANK TOWER | PORTLAND, OR<br>UNITED STATES |
| 11142 | GRANZIANO BUILDING | CORNER FRANKSTOWN ROAD & DUFF,<br>PA HILLS<br>PITTSBURGH, PA<br>UNITED STATES |
| 11154 | STADIUM IN STORM LAKE | SIOUX CITY, IA<br>UNITED STATES |
| 11165 | ROSENSTOCK HALL | FREDERICK, MD<br>UNITED STATES |
| 11175 | SUPERIOR SQUARE BUILDING | 1100 SUPERIOR SQUARE<br>CLEVELAND, OH<br>UNITED STATES |
| 11176 | STELLA-MARG BUILDING | DUNMAN RD & INDUSTRIAL DRIVE<br>CLEVELAND, OH<br>UNITED STATES |
| 11177 | SHAKER HEIGHTS POLICE STATION | SHAKER HEIGHTS, OH<br>UNITED STATES |
| 11179 | INVESTMENT TOWER JOB | 1801 E. NINTH STREET<br>CLEVELAND, OH<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 11181 | OHIO VALLEY GENERAL HOSPITAL- NEW ADM BLDG. | WHEELING, WV<br>UNITED STATES |
| 11182 | OHIO VALLEY GENERAL HOSPITAL- NEW ADM BLDG. | WHEELING, WV<br>UNITED STATES |
| 11188 | W.F. HINCHEY CONT. | 1125 GILCREST DRIVE, WILKENS TWP<br>PITTSBURGH, PA<br>UNITED STATES |
| 11189 | W. PA MOTOR CLUB JOB-HEADQUARTERS BLDG. | PENN CIRCLE WEST, E. LIBERTY<br>PITTSBURGH, PA<br>UNITED STATES |
| 11190 | UNITY HOUSE-ADMINISTRATION BLDG. | ROUTE 209<br>BUSHKILL, PA<br>UNITED STATES |
| 11191 | UNIONTOWN NEWSPAPER BUILDING | UNIONTOWN, PA<br>UNITED STATES |
| 11192 | SUNBURY HI-RISE | 599 CHESTNUT STREET<br>SUNBURY, PA<br>UNITED STATES |
| 11199 | SHAMOKIN HIGH RISE BUILDING | SHAMOKIN, PA<br>UNITED STATES |
| 11202 | CENTERCREST HOME-NURSING FACILITIES ADDITION | EAST HOWARD STREET<br>BELLEFONTE, PA<br>UNITED STATES |
| 11204 | NEW GREASE BUILDING | PHILADELPHIA, PA<br>UNITED STATES |
| 11205 | CAUSEWAY BUILDING | NEW ORLEANS, LA<br>UNITED STATES |
| 11213 | PLAUCHE BUILDING | NEW ORLEANS, LA<br>UNITED STATES |
| 11221 | SAGINAW CIVIC CENTER | CORNER OF JOHNSON & N. WASHINGTON<br>SAGINAW, MI<br>UNITED STATES |
| 11223 | TRENTON CITY HALL | TRENTON, MI<br>UNITED STATES |
| 11225 | TOWER APARTMENT BUILDING | RICHMOND, CA<br>UNITED STATES |
| 11227 | TERESA OFFICE BUILDING | SAN JOSE, CA<br>UNITED STATES |
| 11228 | SHERMAN BUILDING TWIN TOWERS | SAN JOSE, CA<br>UNITED STATES |
| 11229 | PACIFIC HEIGHTS APARTMENTS | SAN FRANCISCO, CA<br>UNITED STATES |
| 11230 | KONG CHOW BENEVOLENT BUILDING | SAN FRANCISCO, CA<br>UNITED STATES |
| 11232 | CONTINENTAL BUILDING | SAN FRANCISCO, CA<br>UNITED STATES |
| 11233 | EMBARCADERO BART | SAN FRANCISCO, CA<br>UNITED STATES |
| 11235 | WASHINGTON TRUST BUILDING | SPOKANE, WA<br>UNITED STATES |
| 11237 | DIAMOND SHAMROCK BUILDING | SUPERIOR SQUARE<br>CLEVELAND, OH<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 11244 | SOUTHWESTERN BELL-FKA BELL TELEPHONE BLDG. | SOUTHWESTERN BELL FKA BELL TELEPHONE BLDG. LITTLE ROCK, AR UNITED STATES |
| 11245 | UNION BANK JOB NKA NATIONS BANK | LITTLE ROCK, AR UNITED STATES |
| 11248 | CAGLE OFFICE BUILDING | OMAHA, NE UNITED STATES |
| 11250 | BLUE CROSS BUILDING | OAKLAND, CA UNITED STATES |
| 11258 | OHIO VALLEY GENERAL HOSPITAL- NEW ED BLDG. | WHEELING, WV UNITED STATES |
| 11260 | NORTH PACIFIC PLAZA BUILDING | UNITED STATES |
| 11261 | MERIDIAN BUILDING | UNITED STATES |
| 11391 | GATEWAY BUILDING #2 | MARKET & BROAD STREET NEWARK, NJ UNITED STATES |
| 11397 | SPAULDING BUILDING | KILMER ROAD CAMP KILMER, NJ UNITED STATES |
| 11398 | TATERBORO OFFICE BUILDING | ROUTE 17 HASBROUK HEIGHTS, NJ UNITED STATES |
| 11401 | METHODIST HOSPITAL ADDITION | INDIANAPOLIS, IN UNITED STATES |
| 11403 | INDIANA BELL TELEPHONE ADDITION | INDIANAPOLIS, IN UNITED STATES |
| 11410 | CITY AUDITORIUM | JACKSON, MS UNITED STATES |
| 11413 | DALE SPICER HOSPITAL JOB | MCCORKLE AVENUE, ROUTE #60 KANAWHA CITY, WV UNITED STATES |
| 11416 | 100 WALL STREET BUILDING | 100 WALL STREET NEW YORK, NY UNITED STATES |
| 11420 | JOB, MORAN | 200 MARKET STREET SEATTLE, WA UNITED STATES |
| 11436 | SEVERANCE OFFICE BUILDING | MAYFIELD & TAYLOR CLEVELAND, OH UNITED STATES |
| 11437 | SEVERANCE MEDICAL BUILDING | 3700 MAYFIELD ROAD CLEVELAND, OH UNITED STATES |
| 11444 | 333 ONONDAGA STREET BUILDING | 333 ONONDAGA STREET SYRACUSE, NY UNITED STATES |
| 11449 | VERMILLION LIBRARY JOB | VERMILLION, SD UNITED STATES |
| 11450 | MEDICAL CENTER | BURLINGTON, VT UNITED STATES |
| 11451 | UNITED WAY BUILDING | ALEXANDRA, VA UNITED STATES |
| 11454 | I C I OF AMERICA BUILDING | HOPEWELL, VA UNITED STATES |
| 11459 | WAYNESBORO HOSPITAL ADDITION | WAYNESBORO, TN UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 11489 | SEARS & GRANT BUILDING | LACROSSE, WI<br>UNITED STATES |
| 11506 | CULTURAL BUILDING | AUGUSTA, ME<br>UNITED STATES |
| 11507 | MEMORIAL HOSPITAL ADDITION | CUMBERLAND, MD<br>UNITED STATES |
| 11510 | NEWSPAPER BUILDING | SPRINGFIELD, MA<br>UNITED STATES |
| 11520 | 1ST NATIONAL BANK BUILDING | SHERMAN & MAIN<br>HUTCHINSON, KS<br>UNITED STATES |
| 11525 | IMPERIAL OFFICE BUILDING | NO. CAUSEWAY & ESLPANIA<br>METAIRIE, LA<br>UNITED STATES |
| 11526 | LOUISIANA NATIONAL BANK BUILDING | 4TH & FLORIDA STREET<br>BATON ROUGE, LA<br>UNITED STATES |
| 11527 | OBECO BUILDING | CANNAL STREET<br>NEW ORLEANS, LA<br>UNITED STATES |
| 11530 | CNA BUILDING | WABASH & VAN BUREN<br>CHICAGO, IL<br>UNITED STATES |
| 11532 | IBM OFFICE BUILDING | CHICAGO, IL<br>UNITED STATES |
| 11534 | DENVER SQUARE ANACONDA BUILDING | DENVER, CO<br>UNITED STATES |
| 11535 | MEDICAL APTS BUILDING | GREELEY, CO<br>UNITED STATES |
| 11537 | IBM OFFICE BUILDING | HAMDEN, CT<br>UNITED STATES |
| 11539 | WESTPORT OFFICE BLDG | WESTPORT, CT<br>UNITED STATES |
| 11547 | PRATT WHITNEY JOB | W PALM BEACH, FL<br>UNITED STATES |
| 11549 | CENTURY CENTER BUILDING | ATLANTA, GA<br>UNITED STATES |
| 11550 | DODGE COUNTY HOSPITAL JOB | EASTMAN, GA<br>UNITED STATES |
| 11551 | FIRST NATIONAL BANK JOB | UNITED STATES |
| 11552 | GA FARM BUREAU BUILDING | MACON, GA<br>UNITED STATES |
| 11557 | MID CONTINENT BLDG | WEST MEMPHIS, TN<br>UNITED STATES |
| 11564 | NCNB BUILDING JOB J 5028 | WINSTON-SALEM, NC<br>UNITED STATES |
| 11568 | ARLINGTON HOSPITAL ADDITION | ARLINGTON, VA<br>UNITED STATES |
| 11587 | COMPUTER OFFICE BUILDING | 301 N. CHURCH ST.<br>WINSTON-SALEM, NC<br>UNITED STATES |
| 11591 | LABORER S 310 UNION OFFICE BUILDING | 3250 EUCLID AVENUE<br>CLEVELAND, OH<br>UNITED STATES |

| Claim # | Claimant Name | Property Address |
|---|---|---|
| 11594 | TONAWANDA POLICE JOB | BAYARD & SHERIDA<br>TONAWANDA, NY<br>UNITED STATES |
| 11595 | NEW MUNICIPAL BUILDING | MARKET STREET<br>POUGHKEEPSIE, NY<br>UNITED STATES |
| 11598 | GENERAL MOTORS BUILDING | 59TH STREET<br>NEW YORK, NY<br>UNITED STATES |
| 11599 | FORD MANHATTAN BUILDING | 57TH (BTWN 10 & 11 AVE)<br>NEW YORK, NY<br>UNITED STATES |
| 11602 | A&S BUILDING | SMITH HAVEN MALL<br>LAKE GROVE, NY<br>UNITED STATES |
| 11603 | 1ST NATIONAL BUILDING | JACKSON, MS<br>UNITED STATES |
| 11688 | KEYSTONE BUILDING | 225 CONGRESS STREET<br>BOSTON, MA<br>UNITED STATES |
| 11690 | JOHN HANCOCK BUILDING | TRINITY PLACE<br>BOSTON, MA<br>UNITED STATES |
| 11692 | DAY SQUARE BUILDING | 415 BREMEN STREET<br>EAST BOSTON, MA<br>UNITED STATES |
| 11696 | PLAZA BUILDING | UNICE TOWNSHIP ROAD<br>WOODBURY, NY<br>UNITED STATES |
| 11697 | ESSO BUILDING | 6TH AVENUE BETWEEN 49TH & 50TH STREETS<br>NEW YORK CITY, NY<br>UNITED STATES |
| 11698 | EBENEZER BUILDING | FITZHUGH STREET<br>ROCHESTER, NY<br>UNITED STATES |
| 11703 | 310 W 43RD STREET BUILDING | 310 W. 43RD STREET<br>NEW YORK, NY<br>UNITED STATES |
| 11706 | R MACEY BUILDING | AVENUE U. & 54TH STREET<br>BROOKLYN, NY<br>UNITED STATES |
| 11708 | BELL TELEPHONE ADDITION | DENVER, CO<br>UNITED STATES |
| 11710 | WEST FARM BUREAU LIFE BUILDING | DENVER, CO<br>UNITED STATES |
| 11712 | MILE HIGH MEDICAL ARTS BUILDING | DENVER, CO<br>UNITED STATES |
| 11714 | HOLLY SUGAR BUILDING | COLORADO SPRINGS, CO<br>UNITED STATES |
| 11722 | NATIONAL BANK BUILDING | MEMPHIS, TN<br>UNITED STATES |
| 12407 | SHERIDAN COLLEGE C WING | 1430 TRAFALGAR ROAD C WING<br>OAKVILLE, ON  6H2L1<br>CANADA |