# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

John Donley
To Call Writer Directly:
312 861-2068
jdonley@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

May 27, 2005

Daniel A. Speights
Amanda G. Steinmeyer
Speights & Runyan
Attorneys at Law
200 Jackson Avenue East
Hampton, South Carolina 29924

Dear Mr. Speights:

    We have been reviewing the several thousand asbestos property-damage proofs of claim filed by your firm against the W. R. Grace & Co. bankruptcy estates, and it appears that your firm may not represent many of the claimants. Many of the claims are filed on behalf of buildings or projects, not actual claimants. The fact that the forms were signed by a lawyer from your firm, and not the claimant as required, further suggests that your firm may not actually represent these claimants.

    To avoid the effort of investigating thousands of claims, we have identified the attached list of claims as a first step. With regard to these claims, we would appreciate if you could send us documentation that your firm actually represents these clients. We expect that such documentation would be readily available and not voluminous and would be grateful if you could provide it to us within a week. We may need to pursue this matter further through formal discovery if our informal communications on this matter are not sufficient.

    Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions.

Sincerely,

John Donley

## KIRKLAND & ELLIS LLP

Daniel A. Speights
May 27, 2005
Page 2

JD/lic

cc:   Richard Finke
      Janet S. Baer

**Exhibit A**

| Claim Number(s) | Claimant |
|---|---|
| 6874 | M&T Banks |
| 10833 | Ahmanson Center |
| 10973 | "Hospital," Petaluma, CA |
| 11125 | "Hospital," Carroll, IA |
| 10834 | McCrory Summwalt Construction Co. |
| 10852 | Frank Ulmer Lumber Co. |
| 10924 | Smith Plastering, |
| 10928 | Woodcock Plastering |
| 11154 | Stadium in Storm Lake, Sioux City, IA |
| 10768 | Woodman Tower Building |
| 11556 | Montgomery Ward-Randhurst Shopping Center |
| 11557 | Mid Continent Building |
| 11086 | Zoo Job, Little Rock, AK |
| 11413 | Dale Spicer-Hospital Job, Kanawha City, WV |
| 11179 | Investment Tower Job, Cleveland |
| 11420 | Moran Job, Market Street, Seattle |
| 10770, 10771 and 10772 | Bowery Savings Bank |
| 6643 | W.C. Froelich Inc. |
| 10773 | Leonard's Hospital |
| 6726 | "Harvard Public Health (Harv Vanguard Med. Asso" |
| 6661 | American Medical Association Building |
| 6672 | Employer's Mutual Job |