# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30(b)(6), and 45 of the Federal Rules of Civil Procedure, counsel for the above-captioned Debtors will take the deposition of Amanda G. Steinmeyer, Speights & Runyan, Attorneys at Law, 200 Jackson Avenue East, Hampton, South Carolina 29924.

The deposition will take place on July 26, 2005 at 9:00 am at Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 134 Meeting Street, Suite 160, Charleston, South Carolina 29401,

before a notary public or other officer duly authorized to administer oaths. The deposition shall continue on successive business days thereafter, as necessary, until completion. Testimony shall be recorded by stenographic means.

Dated: July 1, 2005

          Respectfully submitted,
          KIRKLAND & ELLIS LLP
          David M. Bernick, P.C.
          Michelle H. Browdy
          Janet S. Baer
          Michael T. Dierkes
          200 East Randolph Drive
          Chicago, Illinois 60601
          (312) 861-2000

          and

          PACHULSKI, STANG, ZIEHL, YOUNG,
          JONES & WEINTRAUB, PC

          Laura Davis Jones (Bar No. 2436)
          David W. Carickoff, Jr. (Bar No. 3715)
          919 North Market Street, 16th Floor
          P.O. Box 8705
          Wilmington, DE 19899-8705 (Courier 19801)
          (302) 652-4100

          Co-Counsel for the Debtors and Debtors in Possession