IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related Doc. No. 8394, 8395, 8396 |

## JOINDER OF CENTURY INDEMNITY COMPANY TO CERTAIN INSURERS' RESPONSE TO DEBTORS MOTION TO APPROVE PI CMO AND QUESTIONNAIRE

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company; Pacific Employers Insurance Company; Century Indemnity Company of Hartford, Connecticut (through Cravens, Dargan & Company Pacific Coast), and Central National Insurance Company of Omaha (through its managing general agent, Cravens Dargan & Co., P.C.) (collectively "Century Indemnity"), by and through their undersigned counsel, hereby files this joinder in Certain Insurers' Response to Debtors' Motion to Approve PI CMO and Questionnaire ("Certain Insurers' Response")(D.I. No. 8827). Century Indemnity joins in Certain Insurers' Response for the reasons set forth in Certain Insurers' Response.

Dated: July 5, 2005

WHITE AND WILLIAMS LLP

By:    /s/ Linda M. Carmichael
Linda M. Carmichael (DE No. 3570)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Telephone:  (302) 467-4502
Facsimile:    (302) 467-4552
carmichaell@whiteandwilliams.com

and

Gregory LoCasale
(Member of the PA Bar)
1800 One Liberty Place
Philadelphia, PA  19103
Telephone:  (215)864-7000
Facsimile:  (215) 864-7123
locasaleg@whiteandwilliams.com

-2-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Related Doc. No. 8394, 8395, 8396 |

## <u>CERTIFICATE OF SERVICE</u>

I, Linda M. Carmichael, Esquire, hereby certify that I am not less than 18 years of age and that I caused service on July 5, 2005 of the **JOINDER OF CENTURY INDEMNITY COMPANY TO CERTAIN INSURERS' RESPONSE TO DEBTORS MOTION TO APPROVE PI CMO AND QUESTIONNAIRE** to the parties on the attached service list.

Under penalty of perjury, I declare the foregoing to be true and correct.

Dated:  July 5, 2005                                   /s/ Linda M. Carmichael
                                                            Linda M. Carmichael

DOCS_DE 112992v3

## W. R. GRACE v ACE 2002 SERVICE LIST

| | |
|---|---|
| *Hand Delivery*<br>Laura Davis Jones, Esquire<br>Scotta McFarland, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>P. O. Box 8705<br>Wilmington, DE  19899-8705 | *Hand Delivery*<br>Parcels, Inc.<br>Vito I. DiMaio<br>10th & King Streets<br>Wilmington, DE  19801 |
| *Hand Delivery*<br>Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE  19899 | *Hand Delivery*<br>Marla Eskin, Esquire<br>Mark Hurford, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street - #301<br>Wilmington, DE  19801-3549 |
| *Hand Delivery*<br>William H. Sudell, Jr., Esquire<br>Eric D. Schwartz, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | *Hand Delivery*<br>Robert J. Dehney<br>Michael G. Busenkell<br>Morris, Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899 |
| *Hand Delivery*<br>Jeffrey C. Wisler, Esquire<br>Michelle McMahon, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, 10th Floor<br>Wilmington, DE  19899 | *Hand Delivery*<br>Francis A. Monaco, Jr., Esquire<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>P. O. Box 2031<br>Wilmington, DE  19801 |
| *Hand Delivery*<br>Frederick B. Rosner, Esquire<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE  19801 | *Hand Delivery*<br>Michael B. Joseph, Esquire<br>Theodore J. Tacconelli, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P. O. Box 1351<br>Wilmington, DE  19899 |
| *Hand Delivery*<br>Mark S. Chehi<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P. O. Box 636<br>Wilmington, DE  19899-0636 | *Hand Delivery*<br>Joseph Grey, Esquire<br>Stevens & Lee<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE  19801 |
| *Hand Delivery*<br>Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801-1246 | *Hand Delivery*<br>Laurie Selber Silverstein, Esquire<br>Monica Leigh Loftin, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>P. O. Box 951<br>Wilmington, DE  19899 |

1

| | |
|---|---|
| **Hand Delivery**<br>Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE  19801 | **Hand Delivery**<br>Todd C. Schiltz, Esquire<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 N. Market Street, Suite 1001<br>Wilmington, DE  19801 |
| **Hand Delivery**<br>Selinda A. Melnik, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE  19899 | **Hand Delivery**<br>John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE  19801 |
| **Hand Delivery**<br>Adam G. Landis, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE  19801 | **Hand Delivery**<br>Eric Lopez Schnabel, Esquire<br>James H. Joseph, Esquire<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |
| **Hand Delivery**<br>Aaron A. Garber, Esquire<br>Pepper Hamilton LLP<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE  19899-1709 | **Hand Delivery**<br>Thomas G. Macauley, Esquire<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 1705<br>Wilmington, DE  19899 |
| **Hand Delivery**<br>William D. Sullivan, Esquire<br>Elzufon Austin Reardon Tarlov & Mondell<br>300 Delaware Avenue, Suite 1700<br>P. O. Box 1630<br>Wilmington, DE  19899 | **Hand Delivery**<br>Thomas G. Whalen, Esquire<br>Stevens & Lee, P.C.<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE  19801 |
| **Hand Delivery**<br>Teresa K. D. Currier, Esquire<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>P. O. Box 1397<br>Wilmington, DE  19899-1397 | |

2

| | |
|---|---|
| *Hand Delivery*<br>(Counsel to Royal Insurance)<br>Megan N. Harper, Esquire<br>Bifferato, Bifferator & Gentilotti<br>1308 Delaware Avenue<br>P. O. Box 2165<br>Wilmington, DE  19899 | *Hand Delivery*<br>Rachel B. Mersky, Esquire<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE  19801 |
| *Hand Delivery*<br>Steven K. Kortanek, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801 | *Hand Delivery*<br>Allison E. Reardon<br>Delaware Division of Revenue<br>820 N. French Street<br>8th Floor<br>Wilmington, DE  19801 |
| *Hand Delivery*<br>(Counsel to U. S. Fire Insurance Company)<br>Ian Connor Bifferato, Esquire<br>Joseph K. Koury, Esquire<br>Bifferato, Bifferator & Gentilotti<br>1308 Delaware Avenue<br>P. O. Box 2165<br>Wilmington, DE  19899 | *Hand Delivery*<br>William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>Mellon Bank Center<br>919 Market Street, Suite 1800<br>Wilmington, DE  19899 |
| *First Class Mail*<br>James H.M. Sprayregen, Esquire<br>James Kapp, III, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601 | *First Class Mail*<br>Derrick Tay, Esquire<br>Ogilvy Renault<br>Royal Bank Plaza, South Tower, Suite 3800<br>200 Bay Street<br>P. O. Box 84<br>Toronto, Ontario  M5J 2Z4<br>Canada |
| *First Class Mail*<br>David B. Siegel<br>W. R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD  21044 | *First Class Mail*<br>Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY  10022 |

3

| | |
|---|---|
| *First Class Mail*<br>Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038-4982 | *First Class Mail*<br>Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL  33131 |
| *First Class Mail*<br>Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 | *First Class Mail*<br>D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| *First Class Mail*<br>J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 | *First Class Mail*<br>Nancy Worth Davis, Esquire<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P. O. Box 1792<br>Mount Pleasant, SC  29465 |
| *First Class Mail*<br>Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA  30309 | *First Class Mail*<br>Office of Reorganization<br>Securities & Exchange Commission<br>3475 Lenox Road, N.E., Suite 1000<br>Atlanta, GA  30326-1232 |
| *First Class Mail*<br>Internal Revenue Service<br>Attn: Insolvency<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD  21201 | *First Class Mail*<br>Michael A. Berman, Esquire<br>Securities and Exchange Commission<br>450 Fifth Street, N.W. (Mail Stop 6-6)<br>Washington, D.C.  20549 |
| *First Class Mail*<br>Secretary of Treasurer<br>P. O. Box 7040<br>Dover, DE  19903 | *First Class Mail*<br>Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P. O. Box 7040<br>Dover, DE  19903 |
| *First Class Mail*<br>James D. Freeman, Esquire<br>U. S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street<br>Suite 945-North Tower<br>Denver, CO  80202 | *First Class Mail*<br>Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan & McGarvey<br>745 South Main Street<br>Kalispel, MT  59901 |
| *First Class Mail*<br>Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX  77002-5012 | *First Class Mail*<br>David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 |

| | |
|---|---|
| *First Class Mail*<br>Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | *First Class Mail*<br>Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent & Sheinfeld, LLP<br>551 Fifth Avenue<br>New York, NY 10176 |
| *First Class Mail*<br>Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent & Sheinfeld, LLP<br>551 Fifth Avenue<br>New York, NY 10176 | *First Class Mail*<br>Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 |
| *First Class Mail*<br>Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P. O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 | *First Class Mail*<br>David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 |
| *First Class Mail*<br>Charles L. Finke, Assistant General Counsel<br>Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 | *First Class Mail*<br>Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 |
| *First Class Mail*<br>Josiah Rotenberg<br>Quadrangle<br>375 Park Avenue<br>New York, NY 10152 | *First Class Mail*<br>Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 |
| *First Class Mail*<br>Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P. O. Box 1792<br>Mt. Pleasant, SC 29465 | *First Class Mail*<br>Steven T. Baron, Esquire<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor<br>Dallas, TX 75204 |

| | |
|---|---|
| *First Class Mail*<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P. O. Box 13708<br>Macon, GA  31208-3708 | *First Class Mail*<br>W. J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA  19103 |
| *First Class Mail*<br>Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA  94945 | *First Class Mail*<br>Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 |
| *First Class Mail*<br>Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue<br>P. O. Box 8705<br>Dallas, TX  75219 | *First Class Mail*<br>Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX  78471 |
| *First Class Mail*<br>Courtney M. Labson, Esquire<br>Ontario Mills LP<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA  22209 | *First Class Mail*<br>T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 |
| *First Class Mail*<br>Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P. O. Box 151<br>Bryan, OH  43506 | *First Class Mail*<br>Alan Kolod, Esquire<br>Moses & Singer LLP<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY  10019-6076 |
| *First Class Mail*<br>Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, 4th Floor<br>New York, NY  10006 | *First Class Mail*<br>John P. Dillman, Esquire<br>Linebarger Heard Goggan Blair<br>Graham Peña & Sampson, LLP<br>P. O. Box 3064<br>Houston, TX  77253-3064 |

DOCS_DE 48668v3

| | |
|---|---|
| *First Class Mail*<br>Charles E. Gibson, III<br>Attorney at Law<br>620 North Street, Suite 100<br>Jackson, MS  39202 | *First Class Mail*<br>Paul M. Baisier, Esquire<br>Seyfarth Shaw<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA  30309 |
| *First Class Mail*<br>Christopher L. Beard, Esquire<br>The Beard Group<br>502 W. Patrick Street<br>Frederick, MD  21701-4002 | *First Class Mail*<br>Bernice Conn, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA  90067 |
| *First Class Mail*<br>Steven R. Schlesinger, Esquire<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY  11530 | *First Class Mail*<br>Steven J. Kherkher, Esquire<br>Laurence G. Tien, Esquire<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite #600<br>Houston, TX  77017 |
| *First Class Mail*<br>Kimberly W. Osenbaugh<br>Preston Gates & Ellis LLP<br>925 4th Avenue, Suite 2900<br>Seattle, WA  98104-1158 | *First Class Mail*<br>Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD  21226-1595 |
| *First Class Mail*<br>Steven T. Hoort, Esquire<br>Ropes & Gray<br>One International Place<br>Boston, MA  02110-2624 | *First Class Mail*<br>Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005 |
| *First Class Mail*<br>Peter A. Chapman<br>572 Fernwood Lane<br>Fairless Hills, PA  19030 | *First Class Mail*<br>Paul M. Matheny<br>The Law Offices of Peter G. Angelos, P.C.<br>5905 Harford Rd.<br>Baltimore, MD  21214 |
| *First Class Mail*<br>Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd, Suite G<br>Brownsville, TX  78520 | *First Class Mail*<br>Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ  07663 |

DOCS_DE 48668v3

| | |
|---|---|
| *First Class Mail*<br>Attn: Meridee Moore and Kirsten Lynch<br>Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 1325<br>San Francisco, CA  94111 | *First Class Mail*<br>John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS  66210 |
| *First Class Mail*<br>Joseph T. Kremer, Esquire<br>Lipsiptz, Green, Fahringer, Roll, Salisbury &<br>Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY  14202 | *First Class Mail*<br>Paul D. Henderson, Esquire<br>Dies, Dies & Henderson<br>1009 W. Green Avenue<br>Orange, TX  77630 |
| *First Class Mail*<br>Robert Jacobs, Esquire<br>Maria Rosoff Eskin<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>P. O. Box 1271<br>Wilmington, DE  19899 | *First Class Mail*<br>Elizabeth S. Kardos, Esquire<br>Gibbons, Del Deo, Dolan Griffinger &<br>Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ  07102-5497 |
| *First Class Mail*<br>Thomas J. Noonan, Jr.<br>c/o R& S Liquidation Company<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ  07920-1928 | *First Class Mail*<br>(Counsel to U. S. Fire Insurance Company)<br>George R. Calhoun, V, Esquire<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC  20036 |
| *First Class Mail*<br>William E. Frese, Esquire<br>Attn:  Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P. O. Box 570<br>Newark, NJ  07101 | *First Class Mail*<br>William S. Katchen, Esquire<br>Duane, Morris & Heckscher LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ  07102 |
| *First Class Mail*<br>Paul G. Sumers, Esquire<br>Tennessee Attorney General's Office<br>Bankruptcy Unit<br>P. O. Box 20207<br>Nashville, TN  37202-0207 | *First Class Mail*<br>Damon J. Chargois, Esquire<br>Foster & Sear, L.L.P.<br>524 E. Lamar Boulevard, Suite 200<br>Arlington, TX  76011-3901 |

DOCS_DE 48668v3

| | |
|---|---|
| *First Class Mail*<br>C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA  94903 | *First Class Mail*<br>Anton Volovsek<br>Rt. 2 – Box 200 #42<br>Kamiah, ID  83536-9229 |
| *First Class Mail*<br>Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY  10017 | *First Class Mail*<br>Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, FL  32399-3000 |
| *First Class Mail*<br>State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH  43215 | *First Class Mail*<br>Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P. O. Box 13708<br>Macon, GA  31208-3708 |
| *First Class Mail*<br>Greif, Inc.<br>Attn:  Credit Department<br>366 Greif Parkway<br>Delaware, OH  43015 | *First Class Mail*<br>Stephanie Nolan Deviney<br>Brown & Connery, LLP<br>360 Haddon Avenue<br>P. O. Box 539<br>Westmont, NJ  08108 |
| *First Class Mail*<br>Barbara M. Cook<br>Katherine L. Taylor<br>Howard County Office of Law<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD  21043 | *First Class Mail*<br>Danice Sims<br>P. O. Box 66658<br>Baton Rouge, LA  70896 |
| *First Class Mail*<br>M. Diane Jasinski, Esquire<br>Michael D. Hess<br>Corporation Counsel of the City of New York<br>100 Church Street, Room 6-127<br>New York, NY  10007 | *First Class Mail*<br>Janet Napolitano<br>Robert R. Hall<br>Russell W. Savory<br>1275 West Washington Street<br>Phoenix, AZ  85007-1278 |

| | |
|---|---|
| *First Class Mail*<br>Russell W. Savory<br>Gotten, Wilson & Savory, PLLC<br>200 Jefferson Avenue, Suite 900<br>Memphis, TN 38103 | *First Class Mail*<br>Credit Manager<br>Belz Enterprises<br>100 Peabody Place, Suite 1400<br>Memphis, TN 38103 |
| *First Class Mail*<br>James P. Ruggeri<br>Scott A. Shail<br>Hogan & Harton L.L.P.<br>555 Thirteenth Street,.N.W.<br>Washington, D.C. 20004-1109 | *First Class Mail*<br>Steven R. Bourne, Esquire<br>Nutter, McClennen & Fish, LLP<br>155 Seaport Blvd<br>Boston, MA 02210-2604 |
| *First Class Mail*<br>Daniel H. Slate, Esquire<br>Hughes Hubbard & Reed LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071-3442 | *First Class Mail*<br>Andrea L. Hazzard, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| *First Class Mail*<br>Authur Stein, Esquire<br>1041 W. Lacey Road<br>P. O. Box 1070<br>Forked River, NJ 08731-6070 | *First Class Mail*<br>Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 |
| *First Class Mail*<br>Maggie De La Rosa<br>Provost & Umphrey<br>Law Firm, L.L.P.<br>490 Park Street<br>Beaumont, TX 77701 | *First Class Mail*<br>Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>LibertyView -- Suite 700<br>457 Haddonfield Road<br>P. O. Box 2570<br>Cherry Hill, NJ 08034 |
| *First Class Mail*<br>Kevin James<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-1413 | *First Class Mail*<br>Dorine Vork, Esquire<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, NY 10022 |

10

| | |
|---|---|
| *First Class Mail*<br>Suexirda Prayaga<br>7365 MacLeod Lane<br>Ofallon, MO  63366 | *First Class Mail*<br>Bart Hartman, Treasurer – Tax Collector<br>Attn: Elizabeth Molina<br>1600 Pacific Highway, Room 162<br>San Diego, CA  92101 |
| *First Class Mail*<br>David Aelvoet, Esquire<br>Linebarger Goggan Blair Graham Pena &<br>Sampson, LLP<br>Travis Park Plaza Building<br>711 Navarro, Suite 300<br>San Antonio, TX  78205 | *First Class Mail*<br>Robert Cimino, Esquire<br>Suffolk County Attorney<br>Attn: Diane Leonardo Beckmann, Asst. County<br>H. Lee Dennison Building<br>100 Veterans Memorial Highway<br>P. O. Box 6100<br>Hauppauge, NY  11788-0099 |
| *First Class Mail*<br>Robert T. Aulgur, Jr., Esquire<br>P. O. Box 617<br>Odessa, DE  19730 | *First Class Mail*<br>Michael T. Kay, Esquire<br>Nancy Draves, Esquire<br>The Dow Chemical Company<br>2030 Dow Center<br>Midland, MI  48674 |
| *First Class Mail*<br>Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>Liberty View – Suite 700<br>457 Haddonfield Road<br>Cherry Hill, NJ  08002 | *First Class Mail*<br>Ronald S. Beacher, Esquire<br>Pitney, Hardin, Kipp & Szuch LLP<br>685 3rd Avenue<br>New York, NY  10017-4024 |
| *First Class Mail*<br>Diane Stewart<br>Peoples First Community Bank<br>P. O. Box 59950<br>Panama City, FL  32412-0950 | *First Class Mail*<br>Michael B. Willey, Esquire<br>Legal Services, 27th Floor<br>312 8th Avenue North<br>Nashville, TN  37243 |
| *First Class Mail*<br>Jeffrey L. Glatzer, Esquire<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY  10020-1182 | *First Class Mail*<br>Thomas V. Askounis, Esquire<br>Askounis & Borst, P.C.<br>303 East Wacker Drive, Suite 1000<br>Chicago, IL  60601 |

11

| | |
|---|---|
| ***First Class Mail***<br>Ted Weschler<br>Peninsula Capital Advisors, L.L.C.<br>404 East Main Street, 2nd Floor<br>Charlottesville, VA  22902 | ***First Class Mail***<br>E. Katherine Wells, Esquire<br>South Carolina Department of Health and<br>Environmental Control<br>2600 Bull Street<br>Columbia, SC  29201-1708 |
| ***First Class Mail***<br>Melanie S. Kaufman<br>938A Stanyan Street<br>San Francisco, CA  94117-3807 | ***First Class Mail***<br>Michael H. Pinkerson, Esquire<br>James M. Garner, Esquire<br>Sher Garner Cahill Richter Klein McAlister &<br>Hilbert, L.L.C.<br>909 Poydras Street, Suite 2800<br>New Orleans, LA  70112 |
| ***First Class Mail***<br>William H. Johnson, Esquire<br>Norfolk Southern Corporation<br>Law Department<br>Three Commercial Place<br>Norfolk, VA  23510-9242 | ***First Class Mail***<br>Pillsbury Winthrop LLP<br>One Battery Park Plaza<br>New York, NY  10004-1490 |
| ***First Class Mail***<br>Craig Barbarosh, Esquire<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA  92626-7122 | ***First Class Mail***<br>Aldine Independent School District<br>Jonathan C. Hantke, Esquire<br>Pamela H. Walters, Esquire<br>14910 Aldine-Westfield Road<br>Houston, TX  77032 |
| ***First Class Mail***<br>DAP Products, Inc.<br>c/o Julien A. Hecht, Esquire<br>2400 Boston Street, Suite 200<br>Baltimore, MD  21224 | ***First Class Mail***<br>Steven B. Flancher, Esquire<br>Assistant Attorney General<br>Department of Attorney General<br>Revenue Division<br>First Floor Treasury Building<br>Lansing, MI  48992 |

12

| | |
|---|---|
| *First Class Mail*<br>Deirdre Woulfe Pacheco, Esquire<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>P. O. Box 10<br>Woodbridge, NJ  07095 | *First Class Mail*<br>Matthew A. Porter, Esquire<br>Bernard J. Bonn III, Esquire<br>Dechert Price & Rhoads<br>Ten Post Office Square South<br>Boston, MA  02109 |
| *First Class Mail*<br>John W. Havins, Esquire<br>Burt Barr Havins & O'Dea, L.L.P.<br>1001 McKinney, Suite 500<br>Houston, TX  77002 | *First Class Mail*<br>Mark Browning, Esquire<br>Assistant Attorney General<br>c/o Sherri K. Simpson, Legal Assistant<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX  78711-2548 |
| *First Class Mail*<br>Leonard P. Goldberger, Esquire<br>White & Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA  19103-7395 | *First Class Mail*<br>Kay D. Brock, Esquire<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX  78711-2548 |
| *First Class Mail*<br>Cynthia C. Hemme, Esquire<br>Senior Counsel<br>Nortel Networks, Inc.<br>4010 E. Chapel Hill-Nelson Hwy.<br>Research Triangle Park, NC  27709 | *First Class Mail*<br>Daniel A. Speights, Esquire<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P. O. Box 685<br>Hampton, SC  29924 |
| *First Class Mail*<br>Julie Quagliano<br>Quagliano & Seeger<br>3243 P Street, NW<br>Washington, DC  20007 | *First Class Mail*<br>General Motors Acceptance Corporation<br>P. O. Box 5055<br>Troy, MI  48007-5055 |
| *First Class Mail*<br>Judith Greenspan, Esquire<br>Associate Counsel<br>The Amalgamated Industries and Service<br>Workers Benefit Fund<br>730 Broadway, 10th Floor<br>New York, NY  10003-9511 | *First Class Mail*<br>Donna J. Petrone, Esquire<br>ExxonMobil Chemical Company<br>Law Department – Bankruptcy<br>13501 Katy Freeway, Room W1-562<br>Houston, TX  77079-1398 |

| | |
|---|---|
| **First Class Mail**<br>David W. Wirt, Esquire<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, IL 60601 | **First Class Mail**<br>Alan H. Katz, Esquire<br>Entergy Services, Inc.<br>693 Loyola Avenue, Suite 2600<br>New Orleans, LA 70113 |
| **First Class Mail**<br>Sander L. Esserman<br>Stutzman Bromberg, Esserman & Plifka<br>A Professional Corporation<br>2323 Bryan Street<br>Dallas, TX 75201-2689 | **First Class Mail**<br>Randall A. Rios<br>Floyd, Isgur, Rios & Wahrlich, P.C.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 |
| **First Class Mail**<br>Elizabeth J. Cabraser, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA 94111 | **First Class Mail**<br>Thomas M. Sobol, Esquire<br>Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |
| **First Class Mail**<br>Robert M. Fishman, Esquire<br>Shaw Gussis Domanskis Fishman & Glantz<br>1144 West Fulton Street, Suite 200<br>Chicago, IL 60607 | **First Class Mail**<br>Scott Barker<br>Credit Manager<br>Phelps Dodge Corp.<br>One North Central Avenue<br>Phoenix, AZ 85004 |
| **First Class Mail**<br>Coudert Brothers<br>Attn: Joseph D. Farrell, Esquire and Edward<br>H. Tillinghast, III, Esquire<br>1114 Avenue of the Americas<br>New York, NY 10036 | **First Class Mail**<br>Margery N. Reed, Esquire<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 |
| **First Class Mail**<br>Darrell W. Scott<br>The Scott Law Group, P.S.<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201 | **First Class Mail**<br>Missouri Department of Revenue<br>Bankruptcy Unit<br>Gary L. Barnhart<br>P. O. Box 475<br>Jefferson City, MO 65105-0475 |

14

| | |
|---|---|
| *First Class Mail*<br>Mr. Charles C. Trascher III, Esquire<br>Snellings, Breard, Sartor, Inabnett & Trascher<br>P. O. Box 2055<br>Monroe, LA  71207 | *First Class Mail*<br>Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022 |
| *First Class Mail*<br>Christopher R. Momjian<br>Denise A. Kuhn<br>Office of Attorney General<br>21 S. 12th Street, 3rd. Floor<br>Philadelphia, PA  19107-3603 | *First Class Mail*<br>Vahe Melkonian<br>Newco Management Company, LLC<br>6320 Canoga Avenue, Suite 1430<br>Woodland Hills, CA  91367 |
| *First Class Mail*<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY  10166 | *First Class Mail*<br>Barry D. Kleban, Esquire<br>Adelman Lavine Gold and Levin<br>Four Penn Center, Suite 900<br>Philadelphia, PA  19103 |
| *First Class Mail*<br>Richard B. Spector, Esquire<br>Mark M. Monachino, Esquire<br>Corbett & Steelman<br>18200 Von Karman Avenue, Suite 200<br>Irvine, CA  92612-1086 | *First Class Mail*<br>Allan H. Ickowitz, Esq.<br>Nossaman, Guthner, Knox & Elliott, LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles,CA  90071 |
| *First Class Mail*<br>Michael Selig<br>Westover Investments, L.L.C.<br>555 Old Garth Road<br>Charlottesville, VA  22901 | *First Class Mail*<br>Philip J. Ward<br>Victoria Radd Rollins<br>Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington, DC  20005 |
| *First Class Mail*<br>Oscar B. Fears, III<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, GA  30334 | *First Class Mail*<br>Kelley B. Gelb<br>700 Southeast Third Avenue<br>Suite 100<br>Fort Lauderdale, FL  33316-1186 |

| | |
|---|---|
| *First Class Mail*<br>Ralph R. Mabey<br>Penrod W. Keith<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>1000 Kearns Building<br>Salt Lake City, UT  84101 | *First Class Mail*<br>Craig A. Slater, Esquire<br>Harter,Secrest & Emery LLP<br>Twelve Fountain Plaza<br>Suite 400<br>Buffalo, NY  14202 |
| *First Class Mail*<br>Margaret A. Holland<br>Rachel Jeanne Lehr<br>New Jersey Attorney General's Office<br>Division of Law<br>R. J. Hughes Justice Complex<br>P. O. Box 106<br>Trenton, NJ  08625 | *First Class Mail*<br>Larry A. Feind<br>133 Peachtree Street, N.E.<br>7th Floor<br>Atlanta ,GA  30303 |
| *First Class Mail*<br>Bryan Shapiro<br>Bear, Stearns & Co. Inc.<br>245 Park Avenue<br>New York, NY  10167 | *First Class Mail*<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1720<br>Dallas, TX  75201-2691 |
| *First Class Mail*<br>Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P. O. Box 26767<br>Elkins Park, PA 19027 | *First Class Mail*<br>Lynn K. Neuner, Esquire<br>Simpson, Thacher, & Bartlett<br>425 Lexington Avenue<br>New York, NY  10017-3954 |
| *First Class Mail*<br>Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX  77010-3095 | *First Class Mail*<br>Jonathan D. Berger, Esquire<br>Russell Henkin, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103-6365 |
| *First Class Mail*<br>Paul P. Daley, Esquire<br>George W. Shuster, Jr., Esquire<br>Hale and Dorr, LLP<br>60 State Street<br>Boston, MA  02109 | *First Class Mail*<br>Nicholas J. LePore, III<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103 |

DOCS_DE 48668v3

| | |
|---|---|
| *First Class Mail*<br>Noel C. Burnham, Esquire<br>Richard G. Placey, Esquire<br>Montgomery, McCracken, Walker & Rhoads<br>123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109 | *First Class Mail*<br>Steven T. Davis, Esquire<br>Edmond M. George, Esquire<br>Obermayer, Rebmann Maxwell & Hippel, LLP<br>One Penn Center, Suite 1900<br>1617 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 |
| *First Class Mail*<br>DACA V, LLC<br>Attn: Julie Bubnack<br>2120 W. Washington Street<br>San Diego, CA 92110 | *First Class Mail*<br>Ronald D. Gorsline<br>Chambliss, Bahner, & Stophel, P.C.<br>1000 Tallan Building, Ste. 1000<br>Two Union Square<br>Chattanooga, TN 37402-2552 |
| *First Class Mail*<br>Jon Bauer<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 | *First Class Mail*<br>Martha E. Romero<br>Law Offices of Martha E. Romero and Assoc.<br>7743 South Painter Avenue, Suite E<br>Whittier, CA 90602 |
| *First Class Mail*<br>Michael S. Davis, Esquire<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | *First Class Mail*<br>Richard A. O'Halloran, Esquire<br>Burns, White & Hickton, LLC<br>531 Plymouth Road, Suite 500<br>Plymouth Meeting, PA 19462 |
| *First Class Mail*<br>Scott Estelle, President<br>Crossroads Industrial Park, Inc.<br>P. O. Box 220<br>Weedsport, NY 13166 | *First Class Mail*<br>Hillary Browning-Jones, Asst. City Attorney<br>P. O. Box 1631<br>Knoxville, TN 37901 |
| *First Class Mail*<br>Don C. Fletcher, Esquire<br>The Cavanagh Firm, P.A.<br>1850 North Central Avenue<br>Suite 2400<br>Phoenix, AZ 85004 | *First Class Mail*<br>Mr. Harvey Schultz<br>The Schultz Organization<br>4 Woods End<br>Ocean, NJ 07712-4181 |

DOCS_DE 48668v3

| | |
|---|---|
| *First Class Mail*<br>Barbara G. Billet, Esquire<br>Elaine Z. Cole, Esquire<br>NY State Department of Taxation and Finance<br>340 E. Main Street<br>Rochester, NY  14604 | *First Class Mail*<br>James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA  15219 |
| *First Class Mail*<br>Ted N. Pettit, Esquire<br>Case Bigelow & Lombardi<br>Grosvenor Center, Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI  96813 | *First Class Mail*<br>Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10400 Viking Drive, Suite 560<br>Eden Prairie, MN  55344 |
| *First Class Mail*<br>Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019-6829 | *First Class Mail*<br>Jerel L. Ellington, Esquire<br>U. S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street; Suite 945-North Tower<br>Denver, CO  80202 |
| *First Class Mail*<br>Ann Beimdiek Kinsella<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN  55101-2127 | *First Class Mail*<br>Deborah L. Thorne, Esquire<br>FabelHaber LLC<br>55 East Monroe Street, 40th Floor<br>Chicago, IL  60603 |
| *First Class Mail*<br>Jenny J. Hyun, Esquire<br>Weingarten Realty Investors<br>2600 Citadel Plaza Drive<br>Houston, TX  77008 | *First Class Mail*<br>Brad N. Friedman<br>Rachel Fleishman<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza<br>New York, NY  10119-0165 |
| *First Class Mail*<br>Xerox Capital Services, LLC<br>Attention:  Cathy Flowers<br>800 Carillon Parkway<br>St. Petersburg, FL  33716-9876 | *First Class Mail*<br>Carl Pericone, Esquire<br>Wilson, Elser, Moskowitz, Edelman, Dicker<br>150 East 42nd Street<br>New York, NY  10019-5639 |

DOCS_DE 48668v3

| | |
|---|---|
| *First Class Mail*<br>Edward L. Jacobs, Esquire<br>Bankemper & Jacobs<br>The Shaw House<br>26 Audubon Place<br>P. O. Box 70<br>Fort Thomas, KY  41075-0070 | *First Class Mail*<br>Lori Gruver Robertson, Esquire<br>Linebarger Goggan Blair Pena & Sampson<br>1949 South I.H. 35 (78741)<br>P. O. Box 17428<br>Austin, TX  78760 |
| *First Class Mail*<br>Andrea Sheehan, Esquire<br>Law Offices Of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX  75205 | *First Class Mail*<br>Anthony F. Parise<br>Cornell University<br>Office of University Counsel<br>300 CCC Building, Garden Avenue<br>Ithaca, NY  14853-2601 |
| *First Class Mail*<br>Citadel Investment Group, L.L.C.<br>Attn:  S. Jay Novatney<br>131 South Dearborn Street, 36th Floor<br>Chicago, IL  60603 | *First Class Mail*<br>Daniel C. Cohn, Esquire<br>Christopher M. Candon, Esquire<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Boston, MA  02110 |
| *First Class Mail*<br>General Counsel<br>Enron Energy Services<br>4 Houston Center – 4HC7.325<br>Houston, TX  77010 | *First Class Mail*<br>Penn Rakauski, Attorneys At Law<br>927 Main Street<br>Racine, WI  53403 |
| *First Class Mail*<br>William F. McCormick<br>Office of the Tennessee Attorney General<br>Bankruptcy Division<br>425 5th Avenue North<br>P. O. Box 20207<br>Nashville, TN  37202 | *First Class Mail*<br>Thomas Tew, Esquire<br>Jeffrey Tew, Esquire<br>Tew Cardenas Rebak Kellogg Lehman<br>DeMaria Tague Raymong & Levin, LLP<br>201 South Biscayne Boulevard, Suite 2600<br>Miami, FL  33131 |
| *First Class Mail*<br>Thomas O. Bean<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA  02210 | *First Class Mail*<br>Jacob C. Cohn, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |

19

| | |
|---|---|
| *First Class Mail*<br>Contrarian Capital Trade Claims LP<br>Attn: Alisa Minsch<br>411 W. Putnam Ave. S-225<br>Greenwich, CT 06830-6263 | *First Class Mail*<br>Debt Acquisition Co of America<br>2120 W. Washington Street<br>San Diego, CA 92110-2052 |
| *First Class Mail*<br>Longacre Master Fund Ltd.<br>Attn: Maurie Shalome<br>810 7th Avenue, 22nd Floor<br>New York, NY 10019-5818 | *First Class Mail*<br>Sierra Asset Management LLC<br>2699 White Road, Suite 225<br>Irvine, CA 92614-6264 |
| *First Class Mail*<br>Trade-Debt.Net<br>P. O. Box 1487<br>West Babylon, NY 11704-0487 | *First Class Mail*<br>Edward B. Cottingham, Jr.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>P. O. Box 1792<br>Mt. Pleasant, SC 29465 |
| *First Class Mail*<br>Frederick P. Furth<br>Michael P. Lehmann<br>Christopher L. Lebsock<br>The Furth Firm LLP<br>225 Bush Street – 15th Floor<br>San Francisco, CA 94104 | *First Class Mail*<br>Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Swidler Berlin Shereff Friedman LLP<br>3000 K Street, NW, Suite 300<br>Washington, D.C. 20007 |
| *Hand Delivery*<br>Elio Battista, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226 | *First Class Mail*<br>Matthew J. Siembieda, Esquire<br>Benjamin G. Stonelake, Esquire<br>Scott E. Coburn, Esquire<br>Michael B. Schaedle, Esquire<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 |
| *First Class Mail*<br>Bruce D. Levin, Esquire<br>Peter B McGlynn, Esquire<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, MA 02110 | *Hand Delivery*<br>John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| *First Class Mail*<br>Lauren Holzman<br>Claims Processor<br>Euler Hermes ACI<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117 | *First Class Mail*<br>James Scottile, Esquire<br>Zuckerman Spaeder LLP<br>1201 Connecticut Avenue, NW<br>Suite 600<br>Washington, D.C. 20036 |

DOCS_DE 48668v3