IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          CHAPTER 11

W. R. GRACE & CO., et al.,                      Case No. 01-01139 (JFK)
                                                (Jointly Administered)

                        Debtors.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Bankruptcy Rule 3006, the undersigned hereby withdraws the proof of claim

that was filed on behalf of Wachovia Bank Building, Winston-Salem, NC (Claim No.

Unknown). No adversary proceeding has been filed against this claimant; and the claimant has

not voted on a plan or otherwise participated significantly in this case.

Dated this _30th_ day of June, 2005.

                              LOIZIDES & ASSOCIATES

                              By: _____

                              Christopher D. Loizides (#3968)
                              Michael J. Joyce (#4563)
                              Legal Arts Bldg., 1225 King Street, Suite 800
                              Wilmington, DE 19801
                              Telephone: (302) 654-0248
                              Facsimile: (302) 654-0728 (fax)
                              E-mail: loizides@loizides.com

                              -and-

                              SPEIGHTS & RUNYAN
                              Daniel A. Speights (SC Bar No. 4252)
                              200 Jackson Avenue, East
                              P.O. Box 685
                              Hampton, SC  29924
                              Telephone:  (803) 943-4444
                              Facsimile:   (803) 943-4599

                              Co-Counsel for the Speights & Runyan Claimants