UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 5th day of July, 2005, I did cause to be served true and correct copies of the foregoing **Notices of Withdrawal of Proof of Claim:**

(1) **Pottstown Memorial Hospital (Claim # Unknown);**

(2) **Presbyterian Church (Claim No. 6743);**

(3) **Publishers Paper Company (Claim # Unknown);**

(4) **Quonset Hut – Black & Clawson (Claim # Unknown);**

(5) **Quonset Hut – Construction Building (Claim No. 6923);**

(6) **Rosedale United Church (Claim No. 6850);**

(7) **Royal Orleans Hotel (Claim # Unknown);**

(8) **Samaritan Hospital (Claim # Unknown);**

(9) **Sauder-Lygrisse GMC Building (Claim No. 6855);**

(10) **Savings & Loan Branch Office (Claim # Unknown);**

(11) **Schober's Restaurant (Claim No. 6705);**

(12) **St. Bede's Gymnasium – St. Bede Abbey & Academy (Claim # Unknown);**

(13) **St. Bernard's Church (Claim # Unknown);**

(14) **St. Joe's Hospital (Claim No. 6826);**

(15) **St. John's Hospital (Claim # Unknown);**

(16) St. Luke's Methodist Hospital (Claim No. 6666);

(17) St. Mark's Catholic Church (Claim No. 6834);

(18) St. Nicholas Church (Claim # Unknown);

(19) St. Pius Church (Claim # Unknown);

(20) Supplee Memorial Church (Claim No. 6845);

(21) Travelers Insurance Company (Claim # Unknown);

(22) Union Hospital (Claim No. 6708);

(23) Village Square – Housing for the Elderly (Claim No. 6867);

(24) Wachovia Bank Building (Claim # Unknown);

(25) Weyerhaeuse, Fireproof Columns & Beams (Claim # Unknown); and

(26) Willowbrook #1 (Claim # Unknown).

on the parties listed on the attached service list as indicated thereon.

Dated: July 5, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

*Counsel for the Claimants*

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Laura Davis Jones, Esquire
David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*

Steven Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*(Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
*(Counsel to Asbestos PI Committee)*

Robert Dehney, Esquire
Michael Busenkill, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*(Counsel to Travelers Casualty and Surety Company)*

Mark Collins, Esquire
Deborah Spivack, Esquire
Richards Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*(Counsel to Chase Manhattan Bank)*

Michael Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
*(Counsel to Asbestos PD Committee)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
*(Counsel to Equity Committee)*

James Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
*(Debtor)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Counsel to Asbestos PI Committee)*

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*(Counsel to Official Committee of Property Damage Claimants)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022-3852
*(Counsel to Equity Committee)*

David Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*