```
Date: 06/29/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip#  Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 05/01/05   Peterson   / (07) Committee, Creditors'                  0.1     60.00
 #6502      Email correspondence with Budd, Finch, Cooney re:     600.00
            alternative methods for compensating asbestos claims

 05/06/05   Peterson   / (07) Committee, Creditors'                  0.1     60.00
 #6508      Telephone Cooney; telephone Bulow re: econometric     600.00
            analysis of alternative methods for compensating
            asbestos claims

 05/17/05   Relles     / (07) Committee, Creditors'                  0.1     37.50
 #6707      Email correspondence with Finch re: claimant          375.00
            attorney representation
```

{D0045424:1 }

```
Date: 06/29/05             Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 2

                    W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 05/01/05 #6501 | Peterson / (28) Data Analysis<br>Examine the number and treatment of exigent claims under alternative methods for compensating asbestos claims | 0.2<br>600.00 | 120.00 |
| 05/01/05 #6701 | Relles / (28) Data Analysis<br>Develop a model to estimate exigent claims | 0.2<br>375.00 | 75.00 |
| 05/02/05 #6503 | Peterson / (28) Data Analysis<br>Telephone Relles re: exigent claims estimates | 0.2<br>600.00 | 120.00 |
| 05/02/05 #6504 | Peterson / (28) Data Analysis<br>Issues defendants' about contributions and liabilities for alternative methods for compensating asbestos claims | 0.2<br>600.00 | 120.00 |
| 05/02/05 #6505 | Peterson / (28) Data Analysis<br>Calculate costs and contributions for alternative methods for compensating asbestos claims; draft and send memo | 0.4<br>600.00 | 240.00 |
| 05/02/05 #6506 | Peterson / (28) Data Analysis<br>Finish and send memo on exigent claims for alternative methods for compensating asbestos claims | 0.1<br>600.00 | 60.00 |
| 05/02/05 #6702 | Relles / (28) Data Analysis<br>Telephone Peterson re: exigent claims estimates | 0.2<br>375.00 | 75.00 |
| 05/02/05 #6703 | Relles / (28) Data Analysis<br>Estimate exigent claims, review output | 0.3<br>375.00 | 112.50 |
| 05/02/05 #6704 | Relles / (28) Data Analysis<br>Revise exigent claims models, produce output for Peterson | 0.2<br>375.00 | 75.00 |
| 05/02/05 #6705 | Relles / (28) Data Analysis<br>Calculate trends in Debtor's payment levels | 0.2<br>375.00 | 75.00 |
| 05/04/05 #6507 | Peterson / (28) Data Analysis<br>Review and send analyses of alternative methods for compensating asbestos claims | 0.1<br>600.00 | 60.00 |
| 05/06/05 #6509 | Peterson / (28) Data Analysis<br>Review and edit comments on analyses of alternative methods for compensating asbestos claims | 0.3<br>600.00 | 180.00 |

{D0045424:1 }

```
Date: 06/29/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 3

                       W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 05/10/05  Peterson  / (28) Data Analysis                           0.4   240.00
 #6510     Respond to questions about my testimony on            600.00
           alternative methods for compensating asbestos claims

 05/10/05  Relles    / (28) Data Analysis                           0.1    37.50
 #6706     Review and assemble materials on Peterson response    375.00
           to questions about alternative methods for
           compensating asbestos claims

 05/13/05  Peterson  / (28) Data Analysis                           0.1    60.00
 #6511     Review correspondence re: lending to pay for          600.00
           alternative methods for compensating asbestos claims
-------------------------------------------------------------------------------
```

{D0045424:1 }

```
Date: 06/29/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 4

                 W. R. Grace

            Summary Of Time Charges, By Month and Activity
                       May 2005 - May 2005

 MONTH        ACTIVITY                                      HOURS     AMOUNT
 ---------------------------------------------------------------------------
 May       - (07) Committee, Creditors'                       0.3     157.50
 May       - (28) Data Analysis                               3.2    1650.00
 May       - (99) Total                                       3.5    1807.50

 Total     - (07) Committee, Creditors'                       0.3     157.50
 Total     - (28) Data Analysis                               3.2    1650.00
 Total     - (99) Total                                       3.5    1807.50

-----------------------------------------------------------------------------
```

{D0045424:1 }

```
Date: 06/29/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 5

                           W. R. Grace

                Summary Of Time Charges, By Month and Person
                          May 2005 - May 2005

   MONTH        PERSON                                     HOURS     AMOUNT
   ------------------------------------------------------------------------
   May         - Relles                                      1.3     487.50
   May         - Peterson                                    2.2    1320.00
   May         - Total                                       3.5    1807.50

   Total       - Relles                                      1.3     487.50
   Total       - Peterson                                    2.2    1320.00
   Total       - Total                                       3.5    1807.50

   ------------------------------------------------------------------------
```

{D0045424:1 }

```
Date: 06/29/05           Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 6

                        W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                       May 2005 - May 2005

   MONTH       PERSON                                 HOURS    RATE    AMOUNT
   ---------------------------------------------------------------------------
   (07) Committee, Creditors'

   May        - Relles                                  0.1    375.      37.50
   May        - Peterson                                0.2    600.     120.00

   (28) Data Analysis

   May        - Relles                                  1.2    375.     450.00
   May        - Peterson                                2.0    600.    1200.00

   ---------------------------------------------------------------------------
```

{D0045424:1 }