# Merrill Lynch  Investment Managers

## Merrill Lynch Funds For Institutions

PO Box 8118  Boston, MA 02266-8118  800-225-1576

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 04/01/2005 - 04/30/2005

Account Number
318-3323735-8

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 04/30/2005
$187,034,907.83

Dividends
04/01/2005 - 04/30/2005
$477,779.99

Year To Date
$2,273,137.50

> ON MONDAY, MAY 30, MERRILL LYNCH FUNDS FOR
INSTITUTIONS WILL BE CLOSED IN OBSERVANCE
OF MEMORIAL DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
MONTH OF APRIL WAS 2.59%. THE TRADING
DEADLINE ON MAY 27 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $272,757,127.84 |
| 04/01/2005 | 04/01/2005 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $274,357,127.84 |
| 04/04/2005 | 04/04/2005 | Shares Purchased By Wire | $3,500,000.00 | $1.00 | $277,857,127.84 |
| 04/05/2005 | 04/05/2005 | Same Day Wire Redemption | $1,000,000.00 | $1.00 | $276,857,127.84 |
| 04/06/2005 | 04/06/2005 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $277,857,127.84 |
| 04/07/2005 | 04/07/2005 | Same Day Wire Redemption | $2,300,000.00 | $1.00 | $275,557,127.84 |
| 04/08/2005 | 04/08/2005 | Same Day Wire Redemption | $3,400,000.00 | $1.00 | $272,157,127.84 |
| 04/11/2005 | 04/11/2005 | Same Day Wire Redemption | $4,300,000.00 | $1.00 | $267,857,127.84 |
| 04/12/2005 | 04/12/2005 | Same Day Wire Redemption | $4,000,000.00 | $1.00 | $263,857,127.84 |
| 04/14/2005 | 04/14/2005 | Same Day Wire Redemption | $5,500,000.00 | $1.00 | $258,357,127.84 |
| 04/15/2005 | 04/15/2005 | Shares Purchased By Wire | $12,800,000.00 | $1.00 | $271,157,127.84 |
| 04/15/2005 | 04/15/2005 | Same Day Wire Redemption | $90,000,000.00 | $1.00 | $181,157,127.84 |
| 04/18/2005 | 04/18/2005 | Shares Purchased By Wire | $5,200,000.00 | $1.00 | $186,357,127.84 |
| 04/19/2005 | 04/19/2005 | Shares Purchased By Wire | $5,200,000.00 | $1.00 | $191,557,127.84 |
| 04/19/2005 | 04/19/2005 | Same Day Wire Redemption | $8,500,000.00 | $1.00 | $183,057,127.84 |
| 04/20/2005 | 04/20/2005 | Shares Purchased By Wire | $3,400,000.00 | $1.00 | $186,457,127.84 |
| 04/21/2005 | 04/21/2005 | Same Day Wire Redemption | $3,600,000.00 | $1.00 | $182,857,127.84 |
| 04/22/2005 | 04/22/2005 | Shares Purchased By Wire | $4,800,000.00 | $1.00 | $187,657,127.84 |
| 04/25/2005 | 04/25/2005 | Same Day Wire Redemption | $3,900,000.00 | $1.00 | $183,757,127.84 |

Account Number  318-3323735-8     (page  1 of  2)




# Merrill Lynch  Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 04/01/2005 - 04/30/2005

Account Number
318-3323735-8

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 04/26/2005 | 04/26/2005 | Same Day Wire Redemption | $2,800,000.00 | $1.00 | $180,957,127.84 |
| 04/27/2005 | 04/27/2005 | Same Day Wire Redemption | $900,000.00 | $1.00 | $180,057,127.84 |
| 04/28/2005 | 04/28/2005 | Same Day Wire Redemption | $2,800,000.00 | $1.00 | $177,257,127.84 |
| 04/29/2005 | 04/29/2005 | Shares Purchased By Wire | $17,000,000.00 | $1.00 | $194,257,127.84 |
| 04/29/2005 | 04/29/2005 | Same Day Wire Redemption | $7,700,000.00 | $1.00 | $186,557,127.84 |
| 04/30/2005 | 04/30/2005 | Div Reinvest | $477,779.99 | $1.00 | $187,034,907.83 |
| | | Ending Balance | | | $187,034,907.83 |



Account Activity




JPMorganChase

TS

D

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA  MD  21044

**JPMorganChase**

TS          D

Statement of Account

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA  MD  21044

In US Dollars
Account No: 323-223141
Statement Start Date: 01 APR 2005
Statement End Date: 29 APR 2005
Statement Code: 000-USA-22
Statement No: 004

Page 1 of 1

## BALANCES

| | Opening (01 APR 2005) | Closing (29 APR 2005) |
|---|---|---|
| Ledger | | .00 Ledger |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 1 | 751,517.93 |
| Total Debits (incl. checks) | 1 | 751,517.93 |
| Total Checks Paid | 0 | 0.00 |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

| Date | Closing Balances | Amount |
|---|---|---|
| | LEDGER BALANCES | |
| 04APR | | 0.0 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 04APR | | | | USD YOUR: NC079408160404040501 OUR: 0509400183IN | 751,517.93 | NASSAU DEPOSIT TAKEN B/O: WR GRACE & COMPANY ATTN: NANCY QUENSEL REF: TO REPAY YOUR DEPOSIT FR 05030 4 TO 050404 RATE 2.5000 |

## DEBITS

| | | | | | | |
|---|---|---|---|---|---|---|
| 04APR | | | | USD YOUR: ND083329440404040501 OUR: 0509401425IN | 751,517.93 | NASSAU DEPOSIT TAKEN A/C: WR GRACE & COMPANY ATTN: NANCY QUENSEL REF: TO ESTABLISH YOUR DEPOSIT FR 0 50404 TO 050505 RATE 2.6600 |

## CHECKS

No Activity

| FT CODE: | USD - SAME DAY FUNDS USN - NEXT DAY FUNDS | US1 - ONE DAY FLOAT US2 - TWO DAY FLOAT | US3 - THREE DAY FLOAT US4 - FOUR DAY FLOAT | US5 - FIVE DAY FLOAT USIM - MIXED FLOAT |
|---|---|---|---|---|

**PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND/OR THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN THE ACCOUNT IF THE BANK IS NOT PROPERLY INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.**

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

TS

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2005 |
| Statement End Date: | 29 APR 2005 |
| Statement Bldg: | S00-USA-22 |
| Statement No: | 008 |
| | Page 1 of 17 |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

### ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | |

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 34 | 104,918,931.57 |
| Total Debits (incl. checks) | 63 | 104,983,114.35 |
| Total Checks Paid | 0 | 0.00 |

| | | |
|---|---|---|
| Opening (16 APR 2005) Ledger | | 349,888,168 |
| Closing (29 APR 2005) Ledger | | 275,705.90 |

### LEDGER BALANCES

| | |
|---|---|
| 18APR | 221,302.03 |
| 19APR | 224,026.09 |
| 20APR | 279,019.20 |
| 21APR | 206,581.53 |
| 22APR | 227,647.56 |
| 25APR | 255,853.47 |
| 26APR | 276,939.62 |
| 27APR | 225,795.36 |
| 28APR | 193,814.79 |
| 29APR | 275,705.90 |

### CREDITS

| Ledger Date | Value Date | Amount | Description |
|---|---|---|---|
| 18APR | 18APR | 2,253,071.40 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0418E3B75D1C002045<br>USD YOUR: 0/B WACHOVIA BK<br>OUR: 0177209108FF |
| 18APR | 18APR | 3,696,530.13 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL C90 BBI=/TIME/11:42<br>IMAD: 0418G1Q6F6Y2C000366<br>USD YOUR: 0/B BKAM IL C90<br>OUR: 0174502108FF |
| 19APR | 19APR | 2,862.50 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/026009593<br>B/O: GRACE COLLECTIONS INC<br>COLUMBIA MD<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=079<br>USD YOUR: 079469<br>OUR: 0170907109FF |

FT CODE:
USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS
US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT
US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT
US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THE ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank, N.A.

**JPMorganChase**

TS

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 APR 2005
Statement End Date: 29 APR 2005
Statement Code: S00-USA-22
Statement No: 008
Page 2 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

### CREDITS CONTINUED

| Ledger Date | Value Date | Reference | Description | Amount |
|---|---|---|---|---|
| 19APR | 19APR | USD YOUR: O/B BKAM IL C60 OUR: 010361310-9FF | B/O: CD TKT #011314 BBI=/TIME/12 IMAD: 0419B6B7HU6R000863 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND-CD SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL C60 BBI=/TIME/10.53 IMAD: 0419Q1QF6Y2C000256 | 1,276,895.36 |
| 19APR | 19APR | USD YOUR: O/B WACHOVIA BK OUR: 010091410-9FF | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND-CD SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0419E3B75D1C001058 | 3,335,117.57 |
| 19APR | 19APR | USD YOUR: O/B BKAM IL C60 OUR: 010040110-9FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O-ADVANCED REFINING TECHNOLOGIES COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND-CD SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL C60 OBI=PARTIAL LOAN REPYM IMAD: 0419Q1QF6Y2C000251 | 4,409,614.00 |
| 19APR | 19APR | USD YOUR: MAESTRO OUR: 030909310-9FF | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-6029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND-CD SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P-1-5.1 ML PREMIE IMAD: 0419A1QQ2DC001581 | 8,500,000.00 |
| 20APR | | USD OUR: 1101902886TC | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | 206,127.00 |

JPMorgan Chase Bank, N.A.

**JPMorganChase**

TS

**Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| | | |
|---|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2005 |
| Statement End Date: | 29 APR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

Page 3 of 17

| Ledger Date | Val Ledger Date | Value Date | F T | Reference | Debits | Credits | Description | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | |
|---|---|---|---|---|---|
| 20APR | USD YOUR: 0/B BKAM IL CG0<br>OUR: 0181703110FF | 1,693,198.19 | | ORIG ID:9016001257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000021902886 EED:050420<br>IND ID:9016001257<br>IND NAME:EFT FILE NAME: RP10909<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>813432199    CO EFF DATE: 05/04/20<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BKAM IL CG0 BBI=/TIME/12:10<br>IMAD: 0420G1QF6V2C000458 | |
| 20APR | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0212014110FF | 3,678,997.23 | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0420E3B75D1C002400 | |
| 21APR | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0137408111FF | 505,817.27 | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK BBI=/TIME/11:35<br>IMAD: 0421E3B75D2C000899 | |
| 21APR | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0112014111FF | 3,232,327.92 | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD | |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars

| | |
|---|---|
| | 016-001257 |
| Account No: | 16 APR 2005 |
| Statement Start Date: | 29 APR 2005 |
| Statement End Date: | S00-USA-22 |
| Statement Code: | 008 |
| Statement No: | Page 4 of 17 |

| Ledger Date | Val Ledger Date | Value Date | Reference | Debits / Amount | Credits / Amount | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 21APR | | USD YOUR: MAESTRO<br>OUR: 0382907111FF | 3,600,000.00 | 21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0421E3B75DIC001030 |
|---|---|---|---|---|
| | | | | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1 S 1 ML PREMIE<br>IMAD: 0621A1D002DC001439 |
| 22APR | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0109007112FF | 1,137,870.19 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0422E3B75DIC001592 |
| 22APR | | USD YOUR: O/B BKAM IL C60<br>OUR: 0106601112FF | 2,101,721.94 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/011000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BKAM IL C60 OBI=/TIME/10:47<br>IMAD: 0422G1F6Y2C000299 |
| 22APR | | USD YOUR: 6008109125230001<br>OUR: 1473400112FC | 11,586,674.65 | CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF. MBNF=W.R. GRACE AND CO SYRACUS<br>E FDNG ACC COLUMBIA MD 21046-4098/A<br>C-FDNG ACC COLUMBIA ORG=/6008325613<br>ACE COLLECTION INC. OGB=/006550360 37 GR<br>64 P.O. BOX 407 05<br>SSN: 0086639 |

JPMorgan Chase Bank, N.A.

# JPMorganChase

TS

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2005 |
| Statement End Date: | 29 APR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

Page 5 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

**CREDITS CONTINUED**

| Ledger Date | Value Date | E I | Description | Bank Reference | Amount | Supplementary Amount |
|---|---|---|---|---|---|---|
| 25APR | 25APR | | USD YOUR: O/B WACHOVIA BK OUR: 0274001115FF | 2487,6035 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /2100000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B | | |
| 25APR | 25APR | | USD YOUR: O/B BNAM-IL OUR: 0272709115FF | | | |
| 25APR | 25APR | | USD YOUR: MAESTRO OUR: 0508414115FF | 3900000.00 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO-OBI=FUND-3IB--1 1 ML PREMIE TRND-OBI=FUND-3IB-001630 | | |
| 26APR | 26APR | | USD YOUR: O/B WACHOVIA BK OUR: 0163203116FF | 34,973.04 FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF GEORGIA /061000052 B/O: ATTORNEY IOLTA ESCROW ACCOUNT DECATUR GA 30030 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK NA=/TIME/12:13 TRND: 0426ESB7SD4C000551 | | |
| 26APR | 26APR | | USD YOUR: O/B WACHOVIA BK OUR: 0111601116FF | 2,532,960.51 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN | | |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

**In US Dollars**

016-001257
16 APR 2005
29 APR 2005
S00-USA-22
008
Page 6 of 17

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Val Ledger Date | Value Date | F T | Description | Debits / Items | Credits | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26APR | USD YOUR: O/B BKAM IL CGO<br>OUR: 0109808116FF | | 2,560,066.86 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0426E3B75DIC001152<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>BKAM IL CGO BBI=/TIME/11:03<br>TMAD: 0426G1QF6Y2C000297 |
| 26APR | USD YOUR: MAESTRO<br>OUR: 0382901116FF | | 2,800,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/01100028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S 1 ML PREMIE<br>IMAD: 0426A1Q002HC001655 |
| 27APR | USD YOUR: SNF OF 05/04/26<br>OUR: 0549500117FC | | 6,430.00 | CHIPS CREDIT<br>VIA: BARCLAYS BANK PLC<br>/0257<br>B/O: INEOS SILICAS LIMITED<br>REF: NBNF=W.R. GRACE AND CO SYRACUS<br>E FDNG ACC COLUMBIA MD 21044-4098/A<br>C-00000000160 ORG=INEOS SILICAS LI<br>MITED OGB=BARCLAYS BANK PLC LONDON<br>ENGLAND EC3 NHJ OBI=DAVISON ROYALTY<br>SSN: 0039295 |
| 27APR | USD YOUR: O/B WACHOVIA BK<br>OUR: 0137507117FF | | 676,418.85 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC.NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B |

JPMorgan Chase Bank, N.A.

**JPMorganChase**

TS

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 APR 2005
Statement End Date: 29 APR 2005
Statement Code: S00-USA-22
Statement No: 008

Page 7 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Value Date | | Serial/Ref | | Amount | Description |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | Amount | Description |
|---|---|---|---|
| 27APR | 27APR USD YOUR: MAESTRO OUR: 0389808117FF | 900,000.00 | WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0427E3B75DIC001701 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /031000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A MD CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO-318-P1-0110 ML PREMIE IMAD: 0427AI0002BC001632 |
| 27APR | 27APR USD YOUR: O/B BKAM IL CGO OUR: 0141108117FF | 1,459,196.59 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A MD CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL-27G10PG9Y2C000356 IMAD: 0427G10PG9Y2C000356 |
| 28APR | 28APR USD YOUR: O/B WACHOVIA BK OUR: 0358307118FF | 404,132.95 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A MD CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK BBI=/TIME/15:12 IMAD: 0428E3B75DF5D2C002168 |
| 28APR | 28APR USD YOUR: O/B WACHOVIA BK OUR: 0153509118FF | 486,953.29 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A MD CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS-TRANSFER FRO IMAD: 0428E3B75DIC001755 |
| 28APR | 28APR USD YOUR: O/B BKAM IL CGO OUR: 0156909118FF | 1,585,911.67 | FEDWIRE CREDIT VIA: BANK OF AMERICA |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

**In US Dollars**

016-001257
Account No:
Statement Start Date: 16 APR 2005
Statement End Date: 29 APR 2005
Statement Code: S00-USA-22
Statement No: 008

Page 8 of 17

| Ledger Date | Add Ledger Date | Value Date | F/T | Reference | Debits | Credits | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | | Reference | Credits |
|---|---|---|---|---|
| 28APR | 28APR | USD | YOUR: MAESTRO OUR: 0409003118FF | 2,800,000.00 |

/021000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=0/B
BKAM IL C60 BI=/TIME/11:14
IMAD: 0428G1QFGYZC000522

FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=MAE
STR0 OBI=FUND-318-P 1-S 1 ML PREMIE
BKAM IL C60 BI=/TIME/11:14
IMAD: 0428A1Q02DC001363

| 29APR | 29APR | USD | YOUR: O/B BKAM IL C60 OUR: 0357483119FF | 1,227,666.78 |

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=0/B
BKAM IL C60 BI=/TIME/14:09
IMAD: 0429G1QFGYZC001106

| 29APR | 29APR | USD | YOUR: MAESTRO OUR: 0093001119FF | 7,700,000.00 |

FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=MAE
STR0 OBI=FUND-318-P 1-S 1 ML PREMIE
BKAM IL C60 BI=/TIME/14:09
IMAD: 0429A1Q02HC000077

| 29APR | 29APR | USD | YOUR: O/B WACHOVIA BK OUR: 0373531119FF | 19,759,955.60 |

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A

# JPMorganChase

JPMorgan Chase Bank, N.A.

TS

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 APR 2005
Statement End Date: 29 APR 2005
Statement Code: S00-USA-22
Statement No: 008
Page 9 of 17

| Ledger Date | Value Date | Reference | Description | Debits / Credits | Closing Balances Amount |
|---|---|---|---|---|---|

### CREDITS CONTINUED

| 18APR | | USD OUR: 0015510114XF | WD CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0429E3B75D1C006995 | | 7,391.74 |
| 18APR | | USD YOUR: 2867900108J0 | AUTOMATIC DOLLAR/FLOAT TRANSFER TB ACCOUNT 0005Z3196705 BOOK TRANSFER DEBIT A/C: NATEXIS BANQUES POPULAIRES (CC PARIS CEDEX 02 FRANCE 75060- BEN: /3002153093040941501476 RHODIA TERRES RARERS | | 70,796.44 |
| 18APR | | USD YOUR: 2867800108J0 | REF: GRACE DAVISON ROYALTY PAYMENT FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO.- CONN | | 800,000.00 |
| 18APR | | USD YOUR: 2867700108J0 | REF: W.R. GRACE PAYMENT FOR CONTROLL ER DISBURSEMENT ACCOUNTS IMAD: 0418B1QC03C005308 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323755 NO WR G RACE & CO.- CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0418B1Q8C06C005180 | | 5,200,000.00 |
| 19APR | | USD YOUR: 3238100109J0 | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL /063000021 A/C: RODRIGO AYERBE ATTN: MS. LARAE LONG 904-824-7521 REF: FROM W.R GRACE & CO. IMAD: 0419B1QGC06C004226 | | 4,774.00 |

### DEBITS

| 18APR | | USD OUR: 0031730114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0005Z3881963 | | 10,774.37 |
| 19APR | | USD OUR: ACH QF 05/04/19 YOUR: 0026500109HP | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | 206,127.00 |
| 19APR | | USD YOUR: 3239400108J0 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 | | 5,200,000.00 |

# JPMorganChase

## Statement of Account

JPMorgan Chase Bank, N.A.

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 APR 2005
Statement End Date: 29 APR 2005
Statement Code: S00-USA-22
Statement No: 008
Page 10 of 17

| Ledger Date | Value Date | F T | Reference | Description | Debit Amount | Credit Amount | Closing Balance |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 19APR | 19APR | | USD YOUR: NONREF OUR: 3364900109JO | MERRILL LYNCH PREMIER INSTITUT EFC TO ACCOUNT 3323735 NO WR G W.R. & CO. - CONN ATTN:MERRILL GROU (TRANSFER FUNDS) DD 0419108GC05C001565 WACHOVIA BK NA NC 073000219 | 12,100,000.00 | | |

| 20APR | | | USD OUR: 1102038380TC | FEDWIRE DEBIT VIA: W.R. GRACE & CO. - CONN W.R. GRACE PAYMENT FOR CONTROLL SUBSIDIES ACCOUNTS TRN: 0419108GC03C004700 ELECTRONIC FUNDS TRANSFER ORG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:050420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022038380 EED:050420 IND ID:SU6BSU 04883 IND NAME:STATE OF ALABAMA | 86.00 | | |

| 20APR | | | USD OUR: 1102038385TC | ELECTRONIC FUNDS TRANSFER ORG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:050420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022038385 EED:050420 IND ID:057671 IND NAME:STATE OF KENTUCKY | 145.00 | | |

| 20APR | | | USD OUR: 1102038390TC | ELECTRONIC FUNDS TRANSFER ORG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:050420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022038390 EED:050420 IND ID:35511423000 IND NAME:STATE OF NEW JERSEY | 176.00 | | |

| 20APR | | | USD OUR: 1102038384TC | ELECTRONIC FUNDS TRANSFER ORG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:050420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022038384 EED:050420 IND ID:001048660007 IND NAME:STATE OF INDIANA | 358.00 | | |

| 20APR | | | USD OUR: 1102038387TC | ELECTRONIC FUNDS TRANSFER ORG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:050420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | 1,690.00 | | |

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

TS

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2005 |
| Statement End Date: | 29 APR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

Page 11 of 17

```
W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098
```

## DEBITS CONTINUED

| Ledger Date | Description | Amount | Reference |
|---|---|---|---|
| 20APR | TRACE#:02100002203837 EED:050420<br>IND ID:00329750<br>IND NAME:STATE OF MARYLAND<br>ORIG CO NAME:COMPANYID | 2,831.00 | USD OUR: 1102038383TC |
| 20APR | ELECTRONIC FUNDS TRANSFER<br>ORIG ID:9016001257 DESC DATE:050420<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:02100002203838 EED:050420<br>IND ID:03188132<br>IND NAME:STATE OF ILLINOIS<br>AUTOMATIC DOLLAR/FLOAT TRANSFER | 3,973.90 | USD OUR: 0015310114XF |
| 20APR | TO ACCOUNT 00033196705<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050420<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:02100002203839 EED:050420<br>IND ID:40901810<br>IND NAME:STATE OF WASHINGTON | 4,814.00 | USD OUR: 1102038392TC |
| 20APR | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050420<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:02100002203838 EED:050420<br>IND ID:135114230<br>IND NAME:MASS DEPT OF REVENUE | 8,796.00 | USD OUR: 1102038388TC |
| 20APR | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050420<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:02100002203839 EED:050420<br>IND ID:0749206<br>IND NAME:STATE OF MINNESOTA<br>AUTOMATIC DOLLAR/FLOAT TRANSFER | 10,279.00 | USD OUR: 1102038389TC |
| 20APR | TO ACCOUNT FD0328801943<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050420<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:02100002203839 EED:050420<br>IND ID:C66068<br>IND NAME:STATE OF UTAH | 13,228.41 | USD OUR: 0031750114XF |
| 20APR | | 16,646.00 | USD OUR: 1102038393TC |
| 20APR | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID | 20,286.00 | USD OUR: 1102038382TC |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 APR 2005
Statement End Date: 29 APR 2005
Statement Code: 500-USA-22
Statement No: 008

Page 12 of 17

| Ledger Date | Adj Ledger Date | F T | Value Date | Debits / Credits | Reference | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | Amount | Reference | Description |
|---|---|---|---|---|
| 20APR | | 21,127.00 | USD OUR: 1102038391TC | ORIG ID:9016001257 DESC DATE:050420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022038382 EED:050420 IND ID:080002316 IND NAME:STATE OF FLORIDA ELECTRONIC FUNDS TRANSFER |
| 20APR | | 33,155.00 | USD OUR: 1102038386TC | ORIG ID:9016001257 DESC DATE:050420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022038391 EED:050420 IND ID:11351142309 IND NAME:STATE OF TEXAS ELECTRONIC FUNDS TRANSFER |
| 20APR | | 85,738.00 | USD OUR: 1102038381TC | ORIG ID:9016001257 DESC DATE:050420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022038386 EED:050420 IND ID:601635600 IND NAME:LA DEPT. OF REVENUE ELECTRONIC FUNDS TRANSFER |
| 20APR | | 1,900,000.00 | USD YOUR: NOMREF OUR: 2459800110J0 | ORIG ID:9016001257 DESC DATE:050420 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022038381 EED:050420 IND ID:98038949 IND NAME:STATE OF CALIFORNIA FEDWIRE DEBIT VIA:WACHOVIA BK NA NC /0530002219 A/C: W.R. GRACE & CO. - CONN REF: M R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS |
| 20APR | | 3,400,000.00 | USD YOUR: NOMREF OUR: 2476100110J0 | IMAD: 0420B1QGC03C004683 FEDWIRE DEBIT VIA:STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332375S MO WR G RACE &CO -CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) |
| 21APR | | 5,491.17 | USD OUR: 0015110114XF | IMAD: 0420B1QGC04C004520 AUTOMATIC DOLLAR/FLOAT TRANSFER TO-ACCOUNT 00032319670S |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

| | |
|---|---|
| | 016-001257 |
| Account No: | 16 APR 2005 |
| Statement Start Date: | 29 APR 2005 |
| Statement End Date: | S00-USA-22 |
| Statement Code: | 008 |
| Statement No: | Page 13 of 17 |

| Ledger Date | Value Date | F T | Reference | | Amount | Description |
|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | |
| 21APR | | | USD OUR: 0031270114XF | | 23,575.85 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 |
| 21APR | | | USD YOUR: NONREF OUR: 2299500111J0 | | 181,333.84 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO ATTN: FPRS WEEK ENDING 04 18 0 5 HOURLY SSN: 0248022 |
| 21APR | | | USD YOUR: NONREF OUR: 2299600111J0 | | 7,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0421110GC03C004732 |
| 22APR | | | USD OUR: 0015270114XF | | 851.21 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S |
| 22APR | | | USD OUR: 0031710114XF | | 3,139.32 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 |
| 22APR | | | USD YOUR: NONREF OUR: 2365900112J0 | | 21,513.20 | FEDWIRE DEBIT VIA: CENTIER WHITING /071902878 A/C: NATIONAL BOND AND TRUST REF: ATTN: CAROL HIGHSMITH IMAD: 0422B1Q8C07C004885 |
| 22APR | | | USD YOUR: NONREF OUR: 2365700112J0 | | 100,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: CHASE MEDICAL ACCT FUNDING |
| 22APR | | | USD YOUR: NONREF OUR: 2365800112J0 | | 2,879,697.02 | FEDWIRE DEBIT VIA: BK NOVA SCOTIA NYC /026002532 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION MENT ATTN: PIERRE LEBOURDAIS REF: W.R GRACE - VALLEYFIELD SETTLE IMAD: 0422B1Q8C06C004319 |
| 22APR | | | USD YOUR: NONREF OUR: 2366000112J0 | | 4,800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

TS

**In US Dollars**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 APR 2005
Statement End Date: 29 APR 2005
Statement Code: S00-USA-22
Statement No: 008
Page 14 of 17

| Ledger Date | Adj Ledger Date | F | Reference | Debit / Date | Credit / Value | Description | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | **DEBITS CONTINUED** | |
| 22APR | | | USD YOUR: NONREF  OUR: 2366100112J0 | 7,000,000.00 | | A/C: MERRILL LYNCH PREMIER INSTITUT  REF: FFC TO ACCOUNT 3323735 NO WR G  RACE & CO. - CONN ATTN:MERRILL GROU  (TRANSFER FUNDS)  IMAD: 0422B1QGC07C004884 | |
| 22APR | | | | | | FEDWIRE DEBIT  VIA: WACHOVIA BK NA NC  /053000219  A/C: W.R. GRACE & CO. - CONN  REF: W.R GRACE PAYMENT FOR CONTROLL  ED DISBURSEMENT ACCOUNTS  IMAD: 0422B1QGC01C004295 | |
| 25APR | | | USD YOUR: NONREF  OUR: 2737100115J0 | 530.68 | | FEDWIRE DEBIT  VIA: BANK ONE NA CHGO  /071000013  A/C: UNITED HEALTHCARE INSURANCE CO  REF: /TIME/16:02  IMAD: 0425B1QGC08C005153 | |
| 25APR | | | USD OUR: 0031250114XF | 1,327.38 | | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00032381963 | |
| 25APR | | | USD OUR: 0014950114XF | 6,502.31 | | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00032319670S | |
| 25APR | | | USD YOUR: NONREF  OUR: 2737200115J0 | 18,594.30 | | CHIPS DEBIT  VIA: CITIBANK  /0008  A/C: SPECTERA, INC.  SSN: 0289584 | |
| 25APR | | | USD YOUR: NONREF  OUR: 2737000115J0 | 313,771.60 | | BOOK TRANSFER DEBIT  A/C: 0022450680  METROPOLITAN LIFE INSURANCE CO.  REF:/BNF/ATTN: W.R. GRACE & CO. -  29465 | |
| 25APR | | | USD YOUR: NONREF  OUR: 2736800115J0 | 375,097.99 | | FEDWIRE DEBIT  VIA: NORTHERN CHGO  /071000152  A/C: W.R GRACE & CO. RETIREMENT PLA  REF: ATTN: MR. BRUCE HENIKEN SUPPLE  MENTAL PENSION PAYMENT FOR THE MONT  H OF MAY 2005/TIME/16:01  IMAD: 0425B1QGC07C005128 | |
| 25APR | | | USD YOUR: NONREF  OUR: 2736900115J0 | 923,499.91 | | FEDWIRE DEBIT  VIA: DBTCO AMERICAS NYC  /021001033  A/C: FPRS DEPOSITORY | |

# JPMorganChase

## Statement of Account

**In US Dollars**

JPMorgan Chase Bank, N.A.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE- BLDG 25
COLUMBIA MD 21044-4098

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 APR 2005 |
| Statement End Date: | 29 APR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 008 |

Page 15 of 17

| Ledger Date | Value Date | F | Amount | Description | Daily Balance Amount |
|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | F | Amount | USD | OUR/YOUR | Reference | Description |
|---|---|---|---|---|---|---|---|
| 25APR | 25APR | | 7,100,000.00 | USD | YOUR: NONREF  OUR: 2736700115J0 | | REF FFC TO PLAN 89994 W.R. GRACE & ATTN: FPS. DDA 0425181GBC01C005218 VIA WACHOVIA BK NA NC /153000219 FEDWIRE DEBIT |
| 26APR | 26APR | | 1,663.80 | USD | OUR: 0030770114XF | | A/C W.R. GRACE & CO. - CONN REF W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD 0425B1QGC02C005323 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523681963 |
| 26APR | 26APR | | 163.24 | USD | OUR: 0014478114XE | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323196705 |
| 26APR | 26APR | | 7,900,000.00 | USD | YOUR: NONREF  OUR: 2300600114J0 | | VIA WACHOVIA BK NA NC /153000219 FEDWIRE DEBIT |
| 27APR | 27APR | | 47.40 | USD | OUR: 0351570114XF | | A/C W.R. GRACE & CO. - CONN REF W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD 0426B1QGC04C004979 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523681963 |
| 27APR | 27APR | | 3,037.78 | USD | OUR: 0015470114XF | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323196705 |
| 27APR | 27APR | | 1,089,677.52 | USD | YOUR: NONREF  OUR: 2538500117J0 | | VIA BK NOVA SCOTIA NYC /026002532 FEDWIRE DEBIT A/C THE BANK OF NOVA SCOTIA MISSISSAUGA, ONTARIO CANADA TRANSIT BEN GRACE CANADA, INC. MONEY MOBILIZATION DIVISION ATTN: PIERRE LEBOURDAIS |
| 27APR | 27APR | | 200,000.00 | USD | YOUR: NONREF  OUR: 2538600117J0 | | VIA WACHOVIA BK NA NC /153000219 FEDWIRE DEBIT |
| 28APR | 28APR | | 80.00 | USD | OUR: 0037600114XF | | A/C W.R. GRACE & CO. - CONN REF W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD 0427B1QGC02C005006 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523681963 |

JPMorgan Chase Bank, N.A.

**JPMorganChase**

TS

**Statement of Account**

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No:           016-001257
Statement Start Date: 16 APR 2005
Statement End Date:   29 APR 2005
Statement Code:       S00-USA-22
Statement No:         008

Page 16 of 17

| Ledger Date | Value Date | | Debit/Credit | Total Amount | Description | | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 28APR | | | | | | |
| 28APR | | USD OUR: 0017620114XF | 3,208.54 | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | ED ACCOUNT 00032319705 |

| 28APR | USD YOUR: NONREF | | 28,188.54 | BOOK TRANSFER DEBIT |
| | OUR: 277990118J0 | | | A/C: BANK OF NEW YORK AS TRUSTEE AN |
| | | | | LIMA 100 PERU |
| | | | | BEN: /1930690735129 |
| | | | | PETROPOLIS S.A. |
| | | | | REF: /BNF/ATTN: M. PORCARI WR GRACE |
| | | | | PAYING COMMSIONS 27 APR 05 |

| 28APR | USD YOUR: NONREF | | 177,501.40 | CHIPS DEBIT |
| | OUR: 278010118J0 | | | VIA: DEUTSCHE BANK TRUST CO AMERICA |
| | | | | /0103 |
| | | | | A/C: FPRS DEPOSITORY |
| | | | | REF: FFC TO PLAN 89994 W.R. GRACE & |
| | | | | CO. ATTN: FPRS |
| | | | | SSN: 0290800 |

| 28APR | USD YOUR: NONREF | | 5,100,000.00 | FEDWIRE DEBIT |
| | OUR: 278000118J0 | | | VIA: WACHOVIA BK NA NC |
| | | | | /053000219 |
| | | | | A/C: W.R. GRACE & CO. - CONN |
| | | | | REF: W.R GRACE PAYMENT FOR CONTROLL |
| | | | | ED DISBURSEMENT ACCOUNTS |
| | | | | IMAD: 0428J1QGC06C005666 |

| 29APR | USD OUR: 0034510114XF | | 1,005.46 | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | TO ACCOUNT 00032381963 |

| 29APR | USD OUR: 0016490114XF | | 4,725.81 | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | TO ACCOUNT 00032319705 |

| 29APR | USD YOUR: NONREF | | 3,900,000.00 | FEDWIRE DEBIT |
| | OUR: 3148800119J0 | | | VIA: WACHOVIA BK NA NC |
| | | | | /053000219 |
| | | | | A/C: W.R. GRACE & CO. - CONN |
| | | | | REF: W.R GRACE PAYMENT FOR CONTROLL |
| | | | | ED DISBURSEMENT ACCOUNTS |
| | | | | IMAD: 0429J1QGC01C005790 |

| 29APR | USD YOUR: NONREF | | 7,700,000.00 | FEDWIRE DEBIT |
| | OUR: 0389200119J0 | | | VIA: BKAM IL C60 |
| | | | | /071000039 |
| | | | | A/C: ART LLC |
| | | | | REF: LOAN ADVANCE FROM W.R. GRACE & |
| | | | | CO. |
| | | | | IMAD: 0429J1QGC05C001814 |

| 29APR | USD YOUR: NONREF | | 17,000,000.00 | FEDWIRE DEBIT |
| | OUR: 3148900119J0 | | | VIA: STATE ST BOS |
| | | | | /011000028 |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 APR 2005
Statement End Date: 29 APR 2005
Statement Code: S00-USA-22
Statement No: 008

Page 17 of 17

| Ledger Date | Val Ledger Date | Value Date | F T | Reference | Trans / Amt | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

A/C: MERRILL LYNCH PREMIER INSTITUT
REF: FFC TO ACCOUNT 3323735 NO WR G
RACE & CO.- CONN ATTN:MERRILL GROU
P (TRANSFER FUNDS)
TRN: 0429B1Q8C01C006285

**CHECKS**

No Activity

JPMorgan    se Bank N.A.

**J.P.MorganChase**

TS

Statement US Account

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W R GRACE & CO - CONN
ATTN: GLENN HERNDOM- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No:              018-001257
Statement Start Date:    01 APR 2005
Statement End Date:      15 APR 2005
Statement Code:          S00-USA-22
Statement No:            007

Page 1 of 14

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 35 | 159,004,350.93 |
| Total Debits (incl. checks) | 51 | 158,924,824.53 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 APR 2005) | Closing (15 APR 2005) |
|---|---|---|
| Ledger | 270,362.28 | 349,888.68 |

| | |
|---|---|
| Ledger | 349,888.68 |

## Closing Balances

| Date | Amount |
|---|---|
| | LEDGER BALANCES |
| 01APR | 263,126.46 |
| 04APR | 217,717.78 |
| 05APR | 314,481.08 |
| 06APR | 213,946.92 |
| 07APR | 210,063.77 |
| 08APR | 229,421.47 |
| 11APR | 266,310.54 |
| 12APR | 212,491.12 |
| 13APR | 850,215.69 |
| 14APR | 9,896,314.95 |
| 15APR | 349,888.68 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| | | | | | | |

### CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 01APR | | | | USD OUR: 0914085433TC | 690,973.78 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BENEFIT PYMTS<br>ORIG ID:9186063000 DESC DATE:<br>CO ENTRY DESCR:DED PMT  SEC:PPD<br>TRACER:021000024085433  EED:050401<br>IND ID:<br>IND NAME:W R GRACE    0207-3001 |
| 01APR | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0359113091FF | 1,140,022.91 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>2104-4098/AC-00000000169 RFB=O/B<br>BKAM IL CGO BBI=/TIME/12:53<br>IMAD: 0401G1G9Y2C000668 |
| 01APR | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0355202091FF | 1,950,856.63 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0401E3B75DIC003535 |

FT CODE:    USD - SAME DAY FUNDS       US1 - ONE DAY FLOAT       US3 - THREE DAY FLOAT       US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS       US2 - TWO DAY FLOAT       US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELLED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan '   ne Bank, N A

# J.P.MorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD 21044-4098

Account No:            018-001257
Statement Start Date:  01 APR 2005
Statement End Date:    15 APR 2005
Statement Code:        S00-USA-22
Statement No:          007

in US Dollars

Page 2 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 04APR | | 04APR | | USD YOUR: O/B WACHOVIA BK OUR: 015670309FF | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B 2IC440-409BK OBI=FUNDS TRANSFER FRO IMAD:0404E3B75DIC001848 | 2,241,971.48 | | |
| 04APR | | 04APR | | USD YOUR: O/B BKAM IL CGO OUR: 019980709FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /021000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 RE: CHASE NYC/CTR/BNF=W.R. GRACE A ND-CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL CGO BI=/TIME/11:45 IMAD: 0404G1QFBYZC000369 | 4,105,2.78 | | |
| 05APR | | 05APR | | USD YOUR: MAESTRO OUR: 035890109FF | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND-CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S1 ML PREMIE IMAD:0405A1Q002HC001438 | 1,000,000.00 | | |
| 05APR | | 05APR | | USD YOUR: O/B BKAM IL CGO OUR: 021680709FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /021000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL CGO BI=/TIME/13:09 IMAD:0405G1QFGYZC000600 | 2,177,111.07 | | |
| 05APR | | 05APR | | USD YOUR: O/B WACHOVIA BK OUR: 021370709FF | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /053000219 B/O: W R GRACE & CO-CONN | 2,223,189.05 | | |

JPMorgan Chase Bank, N.A.

**JPMorganChase**

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD  21044-4098

In US Dollars
Account No: 016-00157
Statement Start Date: 01 APR 2005
Statement End Date: 15 APR 2005
Statement Code: S00-USA-22
Statement No: 007

Page 3 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 06APR | | | USD | YOUR: SWF OF 05/04/06<br>OUR: 0979000096JS | 120,185.48 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0405E3B75D1C002234<br>BOOK TRANSFER CREDIT<br>B/O: THE ROYAL BANK OF SCOTLAND PLC<br>LONDON ENGLAND EC2M -4BB<br>ORG: ANDREW WEIR INS CO/DISTRIBUTIO<br>ANDREW WEIR INS CO LTD<br>REF: REF ASBESTOS RELATED CLAIM/CHG<br>S/USD46,33/CHGS/USD38,00/OCMT/USD12<br>0269,81/ | | |
| 06APR | | | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0298408096FF | 1,231,971.37 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0406E3B75D1C003388 | | |
| 06APR | | | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0311307096FF | 1,626,344.29 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/15:07<br>IMAD: 0406G1QFGV2C000913 | | |
| 07APR | | | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0238003097FF | 754,298.14 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0407E3B75D1C002257 | | |

JPMorgan / se Bank, N A

**⬣ J.P.MorganChase**

TS

Statement of Account

Account No: 016-001257
Statement Start Date: 01 APR 2005
Statement End Date: 15 APR 2005
Statement Code: S00-USA-22
Statement No: 007
Page 4 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| CREDITS CONTINUED | | | | | | | | |
| 07APR | | 07APR | USD YOUR: O/B BKAM IL CGO OUR: 0234514097FF | | 1,859,773.45 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/13:29 IMAD: 0407G1PFGY2C001313 | | |
| 07APR | | 07APR | USD YOUR: MAESTRO OUR: 0338708097FF | | 2,300,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S I ML PREMIE IMAD: 0407A1Q002BC001517 | | |
| 08APR | | 08APR | USD YOUR: O/B BKAM IL CGO OUR: 0293802098FF | | 904,792.18 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/14:40 IMAD: 0408G1PFGY2C000920 | | |
| 08APR | | 08APR | USD YOUR: O/B WACHOVIA BK OUR: 0283503098FF | | 1,120,009.19 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK BBI=FUNDS TRANSFER FRO IMAD: 0408G1PFGY5DIC003275 | | |
| 08APR | | 08APR | USD YOUR: MAESTRO OUR: 0564114098FF | | 3,400,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN | | |

JPMorgan ‍se Bank, N.A

**JPMorganChase**

TS

Statement of Account

Account No: 016-001257
Statement Start Date: 01 APR 2005
Statement End Date: 15 APR 2005
Statement Code: S00-USA-22
Statement No: 007
Page 5 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. -CONN
ATTN: GLENN HERNDON FINANCE DEPT.
7500 GRACE DRIVE     BLDG 25
COLUMBIA   MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | COLUMBIA MD 21044-4029 |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD |
| | | | | | | 21044-4098/AC-000000000160 RFB=MAE |
| | | | | | | STRO OBI=FUND-318-P 1-S I ML PREMIE |
| | | | | | | IMAD: 0408A1Q002DC001343 |

| 11APR | | 11APR | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0398501101FF | 1,697,830.36 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 041IE3B75DIC004075 |

| 11APR | | 11APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0396814101FF | 2,400,535.74 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/16:10<br>IMAD: 041IG1QFGY2C000740 |

| 11APR | | 11APR | USD | YOUR: MAESTRO<br>OUR: 0489007101FF | 4,300,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=MAE<br>STRO OBI=FUND-318-P I-S I ML PREMIE<br>IMAD: 0411A1Q002HC001883 |

| 12APR | | 12APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0266507102FF | 1,046,341.43 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B |

JPMorgan ...

**J.P. MorganChase**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE,- BLDG 25
COLUMBIA MD 21044-4098

Statement of Account

| | |
|---|---|
| | 016-001257 |
| Account No: | 016-001257 |
| Statement Start Date: | 01 APR 2005 |
| Statement End Date: | 15 APR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 007 |
| | Page 6 of 14 |

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 12APR | | 12APR | USD | YOUR: O/B WACHOVIA BK<br>OUR: 026100Z102FF | 2,249,729.09 | BKAM IL CGO BBI=/TIME/14:39<br>IMAD: 0412010FGY2C000842<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0412E3B75D1C003023 | | |
| 12APR | | 12APR | USD | YOUR: MAESTRO<br>OUR: 037771410ZFF | 4,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S1 ML PREMIE<br>IMAD: 0412A1Q002CC001603 | | |
| 13APR | | 13APR | USD | YOUR: O/B WACHOVIA BK<br>OUR: 022850910ЗFF | 1,424,239.45 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0413E3B75D1C001890 | | |
| 13APR | | 13APR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 021850110ЗFF | 1,425,024.40 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/12:43<br>IMAD: 0413G1QFGY2C000590 | | |
| 14APR | | 14APR | USD | YOUR: O/B WACHOVIA BK<br>OUR: 016680110ЧFF | 1,022,782.04 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA | | |

JPMorganChase

TS

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

Account No:          016-001257
Statement Start Date:  01 APR 2005
Statement End Date:   15 APR 2005
Statement Code:       S00-USA-22
Statement No:         007
Page 7 of 14

| Ledger Date | Adj Ledger Date | Value Date | F.T. | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | /055000219 |
| | | | | | | B/O = W R GRACE & CO-CONN |
| | | | | | | COLUMBIA MD 21044-4098 |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD |
| | | | | | | 21044-4098/AC-00000000160 RFB=0/B |
| | | | | | | WACHOVIA BK OBI=FUNDS TRANSFER FRO |
| | | | | | | IMAD: 0414E3B75D1C001845 |
| 14APR | | | | USD YOUR: 0/B BKAM IL CGO OUR: 0181214104FF | 1,208,727.74 | FEDWIRE CREDIT |
| | | | | | | VIA: BANK OF AMERICA |
| | | | | | | /071000039 |
| | | | | | | B/O = W.R. GRACE & CO.-CONN |
| | | | | | | COLUMBIA, MD 21044-4098 |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD |
| | | | | | | 21044-4098/AC-00000000160 RFB=0/B |
| | | | | | | BKAM IL CGO BBI=/TIME/11.55 |
| | | | | | | IMAD: 0414G1QFGY2C000596 |
| 14APR | | | | USD YOUR: MAESTRO OUR: 0411614104FF | 5,500,000.00 | FEDWIRE CREDIT |
| | | | | | | VIA: STATE STREET BANK & TRUST COMP |
| | | | | | | /011000028 |
| | | | | | | B/O = W R GRACE & CO - CONN |
| | | | | | | COLUMBIA MD 21044-4029 |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD |
| | | | | | | 21044-4098/AC-00000000160 RFB=MAE |
| | | | | | | STRO OBI=FUND-318-P 1-S 1 ML PREMIE |
| | | | | | | IMAD: 0414A1Q02CC001559 |
| 14APR | | | | USD YOUR: 0/B VALLEY PASSA OUR: 0410108104FF | 9,007,499.16 | FEDWIRE CREDIT |
| | | | | | | VIA: VALLEY NATIONAL BANK |
| | | | | | | /021201383 |
| | | | | | | B/O: PITNEY HARDIN LLP |
| | | | | | | MORRISTOWN, NJ 07960- |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD |
| | | | | | | 21044-4098/AC-00000000160 RFB=0/B |
| | | | | | | VALLEY PASSA BBI=/TIME/16:31 |
| | | | | | | IMAD: 0414B1B7SMIF000288 |
| 15APR | | | | USD OUR: 105505426TC | 8,978.00 | ELECTRONIC FUNDS TRANSFER |
| | | | | | | ORIG ID:9016001257 DESC DATE:OFFSET |
| | | | | | | ORIG CO NAME:COMPANYID |
| | | | | | | CO ENTRY DESCR:TAXEPAYMNTSEC:CCD |
| | | | | | | TRACE#:021000025055426 EED:050415 |
| | | | | | | IND ID:9016001257 |

JPMorgan Chase Bank, N.A.

**JPMorganChase**

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN.
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE- BLDG 25
COLUMBIA   MD 21044-4098

In US Dollars
016-001257
Account No:           016-001257
Statement Start Date: 01 APR 2005
Statement End Date:   15 APR 2005
Statement Code:       S00-USA-22
Statement No:         007
Page 8 of 14

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 15APR | | 15APR | | USD YOUR: O/B BKAM IL CG0<br>OUR: 0419114105FF | IND NAME:EFT FILE NAME: RP10409<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>63342199    CO EFF DATE: 05/04/15<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: ADVANCED REFINING TECHNOLOGIES<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BKAM IL CG0 OBI=INTEREST PAYMENT F<br>IMAD: 0415G1QFGY2C001125 | 76,546.45 | | |
| 15APR | | 15APR | | USD OUR: 1055055429TC | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:AON CORPORATION<br>ORIG ID:9005551498 DESC DATE:050414<br>CO ENTRY DESCR:ACH PYMT   SEC:CCD<br>TRACE#:0210000250550429 EED:050415<br>IND ID:<br>IND NAME:W R GRACE AND CO CONN<br>REF*DB\ | 570,990.49 | | |
| 15APR | | 15APR | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0190701105FF | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0415E3B75D1C002495 | 1,812,001.96 | | |
| 15APR | | 15APR | | USD YOUR: O/B BKAM IL CG0<br>OUR: 0188303105FF | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BKAM IL CG0 BBI=/TIME/11:34<br>IMAD: 0415G1QFGY2C000398 | 2,406,122.82 | | |
| 15APR | | 15APR | | USD YOUR: MAESTRO<br>OUR: 0060102105FF | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/01100028 | 90,000,000.00 | | |

JPMorgan Chase Bank, N A

**J.P.MorganChase**

Statement of Accounts

TS

Account No: 016-001257
Statement Start Date: 01 APR 2005
Statement End Date: 15 APR 2005
Statement Code: S00-USA-22
Statement No: 007
Page 9 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | 891.05 | B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 0415A1Q002DC000055 | | |
| 01APR | | | USD | OUR: 003376011BXF | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196E | | |
| 01APR | | | USD | OUR: 001638011BXF | 5,273.46 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 | | |
| 01APR | | | USD | YOUR: NONREF OUR: 3009100091J0 | 182,924.63 | FEDWIRE DEBIT VIA: FLEET NATL BANK CT /011900571 A/C: FLEET CAPITAL CORPORATION REF: BANK OF AMERICA BUSINESS CAPIT AL W.R. GRACE & CO. - CONN./TIME/16 :31 IMAD: 0401B1Q6C04C006700 | | |

**DEBITS**

| 01APR | | | USD | YOUR: NONREF OUR: 2984800091J0 | 1,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0401B1Q8C01C006068 | | |
| 01APR | | | USD | YOUR: NONREF OUR: 2984700091J0 | 2,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0401B1Q6C06C006088 | | |
| 04APR | | | USD | OUR: 001549011 4XF | 15,948.27 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 | | |
| 04APR | | | USD | OUR: 0031290114XF | 76,934.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196E | | |
| 04APR | | | USD | YOUR: NONREF OUR: 2320400094J0 | 2,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN | | |

**J.P.MorganChase**

Statement of Account

TS

Account No: 016-001257
Statement Start Date: 01 APR 2005
Statement End Date: 15 APR 2005
Statement Code: S00-USA-22
Statement No: 007

Page 10 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | | Credit / Debit | Description | Closing Balances | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 04APR | USD | YOUR: NONREF<br>OUR: 2320500094JO | | 3,500,000.00 | REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0404B1QGC02C004398<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0404B1QGC02C004397 | | | |
| 04APR | | | | | | | | | | |
| 05APR | | | USD | OUR: 0030250114XF | | 75.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052388I963 | | | |
| 05APR | | | USD | OUR: 0014790114XF | | 3,461.82 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323196705 | | | |
| 05APR | | 05APR | USD | YOUR: NONREF<br>OUR: 2245400095JO | | 5,300,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0405B1QGC05C004329 | | | |
| 06APR | | | USD | OUR: 0030470114XF | | 27,192.01 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052388I963 | | | |
| 06APR | | | USD | OUR: 0014510114XF | | 51,843.29 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 000323196705 | | | |
| 06APR | | 06APR | USD | YOUR: NONREF<br>OUR: 2327600096JO | | 1,000,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0406B1QGC01C004489 | | | |
| 06APR | | 06APR | USD | YOUR: NONREF<br>OUR: 2327500096JO | | 2,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0406B1QGC03C004439 | | | |
| 07APR | | 07APR | USD | YOUR: NONREF<br>OUR: 2199100097JO | | 2,406.82 | BOOK TRANSFER DEBIT<br>A/C: 002243680<br>METROPOLITAN LIFE INSURANCE COMPANY | | | |

**J.P.MorganChase**

Statement of Account

TS

JPMorgan Chase Bank, N.A.

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No:    016-001257
Statement Start Date:    01 APR 2005
Statement End Date:    15 APR 2005
Statement Code:    S00-USA-22
Statement No:    007
Page 11 of 14

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 07APR | | | | | | REF: /BNF/ATTN: W.R. GRACE & CO. NO 91370 |
| 07APR | | | | USD OUR: 0015130114XF | 6,098.21 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 |
| 07APR | | | | USD OUR: 0030970114XF | 26,677.38 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 07APR | | | | USD YOUR: NONREF OUR: 2199000097JO | 182,772.33 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0251746 |
| 07APR | | | | USD YOUR: NONREF OUR: 2642100097JO | 4,700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0407B1QGC08C004770 |
| 08APR | | | | USD OUR: 0031590114XF | 73.79 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 08APR | | | | USD OUR: 0015010114XF | 5,369.88 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 |
| 08APR | | | | USD YOUR: NONREF OUR: 2693200098JO | 5,400,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0408B1QGC02C005102 |
| 11APR | | | | USD YOUR: NONREF OUR: 3001200101JO | 9,515.38 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS IMAD: 0411B1QGC07C006061 |
| 11APR | | | | USD OUR: 0031030114XF | 26,056.39 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 11APR | | | | USD OUR: 0015090114XF | 75,905.94 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 |
| 11APR | | | | USD YOUR: NONREF OUR: 3001400101JO | 98,273.19 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO |

JPMorgan Chase Bank, N.A.

# JPMorganChase

TS

## Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollar.
016-001257
Account No:
Statement Start Date: 01 APR 2005
Statement End Date: 15 APR 2005
Statement Code: S00-USA-22
Statement No: 007
Page 12 of 14

Case 01-01139-AMC    Doc 8941-2    Filed 07/05/05    Page 33 of 40

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | F/T | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 11APR | 11APR | USD | YOUR: NONREF OUR: 3001300101J0 | 951,726.13 | /091000013 A/C: AON CONSULTING REF: PENSION ADMINISTRATION/TIME/18 :00 IMAD: 0411B1QGC01C005650 FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC/TO/PLAN B9994 W.R. GRACE & CO. ATTN: FPRS IMAD: 0411B1QGC04C005701 |
| 11APR | 11APR | USD | YOUR: NONREF OUR: 3001100101J0 | 7,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0411B1QGC06C005678 |
| 12APR | | USD | OUR: 0029790114XF | 565.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 12APR | | USD | OUR: 0014390114XF | 3,036.4 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967D5 |
| 12APR | | USD | YOUR: NONREF OUR: 2629400102J0 | 3,343.36 | FEDWIRE DEBIT VIA: CITIBANK NYC /021000089 A/C: BANCO DE OCCIDENTE CALI, COLOMBIA BEN: ALVARO BELTRAN FEGED IMAD: 0412B1QGC04C005404 |
| 12APR | | USD | YOUR: NONREF OUR: 2629500102J0 | 9,885.17 | BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TRUSTEE AN LIMA 100 PERU REF: ATTN: M. PORCARI/ACC/BCPLEPLXX X BANCO DE CREDITO DEL PERU SAN ISI DRO BRANCH, LIMA PE RU |
| 12APR | | USD | YOUR: NONREF OUR: 2629700102J0 | 100,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: CHASE MEDICAL ACCT FUNDING |
| 12APR | | USD | YOUR: NONREF OUR: 2629300102J0 | 333,060.00 | BOOK TRANSFER DEBIT A/C: SAMPO BANK PLC HELSINKI 00007 FINLAND REF: GRACE DAVISON PAYING INVOICE I |

JPMorgan Chase Bank, N.A.

# JPMorganChase

TS

## Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD 21044-4098

Account No: 016-00257
Statement Start Date: 01 APR 2005
Statement End Date: 15 APR 2005
Statement Code: S00-USA-22
Statement No: 007

Page 13 of 14

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 12APR | | 12APR | USD | YOUR: NONREF OUR: 2629600102JO | 6,900,000.00 | N80021736 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0412B1Q0GC04C005263 | | |
| 13APR | | 13APR | USD | OUR: 0030440114XF | 1,190.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388I963 | | |
| 13APR | | 13APR | USD | YOUR: NONREF OUR: 2803200103JO | 1,675.28 | BOOK TRANSFER DEBIT A/C: BNP PARIBAS (FORMERLY BNP) PARIS CEDEX 09 FRANCE 75450- | | |
| 13APR | | 13APR | USD | OUR: 0014620114XF | 8,674.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 13APR | | 13APR | USD | YOUR: NONREF OUR: 2803300103JO | 2,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0413B1Q0GC08C005275 | | |
| 14APR | | 14APR | USD | OUR: 0015240114XF | 1,492.49 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 14APR | | 14APR | USD | YOUR: ACH OF 05/04/14 OUR: 0163300104HP | 8,978.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 14APR | | 14APR | USD | YOUR: NONREF OUR: 2387400104JO | 182,439.19 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 4 11 20 05 SSN: 0245772 | | |
| 14APR | | 14APR | USD | YOUR: NONREF OUR: 2387500104JO | 7,500,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0414B1Q0GC08C004949 | | |
| 15APR | | | USD | OUR: 1055229136TC | 2,427.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |

JPMorgan Chase Bank, N A

**J.P.MorganChase**

TS

Statement of Account

Account No: 016-001257
Statement Start Date: 01 APR 2005
Statement End Date: 15 APR 2005
Statement Code: S00-USA-22
Statement No: 007
Page 14 of 14

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE- BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| | | 15APR | | USD OUR: 1055229135TC | 6,551.00 | ORIG ID:901601257 DESC DATE:050415 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025229136 EED:050415 IND ID:ME-0100086 IND NAME:STATE OF MICHIGAN ELECTRONIC FUNDS TRANSFER | | |
| | | 15APR | | USD OUR: 0016110114XF | 12,087.99 | ORIG ID:901601257 DESC DATE:050415 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000025229135 EED:050415 IND ID:10148551 IND NAME:STATE OF N. CAROLINA AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| | | 15APR | | USD YOUR: NONREF OUR: 2762400105J0 | 1,600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0415B1QGC08C006269 | | |
| | | 15APR | | USD YOUR: NONREF OUR: 2762500105J0 | 12,800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /01000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0415B1QGC05C005571 | | |
| | | 15APR | | USD YOUR: NONREF OUR: 0507200105J0 | 90,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0415B1QGC03C001561 | | |

### CHECKS

*No Activity*

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number 8188203114
01 01 142 01 M0000 E#      0
Last Statement: 03/31/2005
This Statement: 04/29/2005

**Customer Service**
1-800-325-6999

W.R. GRACE & CO. DIP
ATTN CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

Page    1 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 04/01/2005 - 04/29/2005 | Statement Beginning Balance | 909,084.90 |
| Number of Deposits/Credits | 42 | Amount of Deposits/Credits | 40,931,401.44 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 23 | Amount of Other Debits | 39,702,654.02 |
| | | Statement Ending Balance | 2,137,832.32 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 04/01 | | 395,806.34 | Zero Balance Transfer | TRSF FR 8188903106 | 00722163612 |
| 04/01 | | 1,420,738.49 | Zero Balance Transfer | TRSF FR 8188703107 | 00722163382 |
| 04/04 | | 649,991.04 | Zero Balance Transfer | TRSF FR 8188903106 | 00722266908 |
| 04/04 | | 3,842,284.62 | Zero Balance Transfer | TRSF FR 8188703107 | 00722266664 |
| 04/05 | | 84,112.84 | Zero Balance Transfer | TRSF FR 8188903106 | 00722180101 |
| 04/05 | | 1,573,226.36 | Zero Balance Transfer | TRSF FR 8188703107 | 00722177876 |
| 04/06 | | 315,853.02 | Zero Balance Transfer | TRSF FR 8188903106 | 00722156804 |
| 04/06 | | 1,718,154.21 | Zero Balance Transfer | TRSF FR 8188703107 | 00722156601 |
| 04/07 | | 13,857.30 | Zero Balance Transfer | TRSF FR 8188903106 | 00722159486 |
| 04/07 | | 772,173.26 | Zero Balance Transfer | TRSF FR 8188703107 | 00722159280 |
| 04/08 | | 264,209.92 | Zero Balance Transfer | TRSF FR 8188903106 | 00722161394 |
| 04/08 | | 473,590.70 | Zero Balance Transfer | TRSF FR 8188703107 | 00722161167 |
| 04/11 | | 134,024.92 | Zero Balance Transfer | TRSF FR 8188903106 | 00722267687 |
| 04/11 | | 2,751,143.80 | Zero Balance Transfer | TRSF FR 8188703107 | 00722267449 |
| 04/12 | | 183,626.94 | Zero Balance Transfer | TRSF FR 8188903106 | 00722175297 |
| 04/12 | | 1,242,319.31 | Zero Balance Transfer | TRSF FR 8188703107 | 00722175093 |
| 04/13 | | 304,821.46 | Zero Balance Transfer | TRSF FR 8188903106 | 00722155449 |
| 04/13 | | 581,632.30 | Zero Balance Transfer | TRSF FR 8188703107 | 00722155646 |
| 04/14 | | 200,553.57 | Zero Balance Transfer | TRSF FR 8188903106 | 00722157793 |
| 04/14 | | 1,568,367.70 | Zero Balance Transfer | TRSF FR 8188703107 | 00722157591 |
| 04/15 | | 123,012.26 | Zero Balance Transfer | TRSF FR 8188903106 | 00722170020 |
| 04/15 | | 1,850,909.21 | Zero Balance Transfer | TRSF FR 8188703107 | 00722169791 |
| 04/18 | | 748,737.76 | Zero Balance Transfer | TRSF FR 8188903106 | 00722267591 |
| 04/18 | | 3,108,954.44 | Zero Balance Transfer | TRSF FR 8188703107 | 00722267351 |
| 04/19 | | 204,664.27 | Zero Balance Transfer | TRSF FR 8188903106 | 00722176578 |
| 04/19 | | 1,508,837.66 | Zero Balance Transfer | TRSF FR 8188703107 | 00722176358 |
| 04/20 | | 24,903.26 | Zero Balance Transfer | TRSF FR 8188903106 | 00722155277 |
| 04/20 | | 665,246.50 | Zero Balance Transfer | TRSF FR 8188703107 | 00722155087 |
| 04/21 | | 606,419.38 | Zero Balance Transfer | TRSF FR 8188903106 | 00722158074 |
| 04/21 | | 1,613,805.48 | Zero Balance Transfer | TRSF FR 8188703107 | 00722157870 |
| 04/22 | | 122,276.00 | Zero Balance Transfer | TRSF FR 8188903106 | 00722161588 |
| 04/22 | | 1,057,841.24 | Zero Balance Transfer | TRSF FR 8188703107 | 00722161368 |
| 04/25 | | 621,896.79 | Zero Balance Transfer | TRSF FR 8188903106 | 00722267298 |
| 04/25 | | 3,223,265.76 | Zero Balance Transfer | TRSF FR 8188703107 | 00722267066 |
| 04/26 | | 817,001.22 | Zero Balance Transfer | TRSF FR 8188903106 | 00722176095 |
| 04/26 | | 1,023,556.35 | Zero Balance Transfer | TRSF FR 8188703107 | 00722175895 |
| 04/27 | | 488,680.72 | Zero Balance Transfer | TRSF FR 8188903106 | 00722156199 |
| 04/27 | | 1,360,404.34 | Zero Balance Transfer | TRSF FR 8188703107 | 00722155997 |
| 04/28 | | 141,436.85 | Zero Balance Transfer | TRSF FR 8188903106 | 00722159139 |

**Bankof America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number     8188203114
01 01 142 01 M0000 E#      0
Last Statement:   03/31/2005
This Statement:   04/29/2005

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    2 of    4

Bankruptcy Case Number:0101139

# ANALYZED CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 04/28 | | 446,727.91 | Zero Balance Transfer | TRSF FR 8188703107 | 00722158920 |
| 04/29 | | 96,733.05 | Zero Balance Transfer | TRSF FR 8188903106 | 00722165223 |
| 04/29 | | 2,585,602.89 | Zero Balance Transfer | TRSF FR 8188703107 | 00722164983 |

## Withdrawals and Debits

### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/01 | | 1,140,022.91 | WIRE TYPE:WIRE OUT DATE:040105 TIME:1150 CT TRN:050401044374 FDREF/SEQ:050401044374/000668 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370044374 |
| 04/04 | | 4,105,502.78 | WIRE TYPE:WIRE OUT DATE:040405 TIME:1045 CT TRN:050404023301 FDREF/SEQ:050404023301/000369 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370023301 |
| 04/05 | | 2,177,111.07 | WIRE TYPE:WIRE OUT DATE:040505 TIME:1209 CT TRN:050405031624 FDREF/SEQ:050405031624/000600 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370031624 |
| 04/06 | | 1,626,344.29 | WIRE TYPE:WIRE OUT DATE:040605 TIME:1407 CT TRN:050406048572 FDREF/SEQ:050406048572/000913 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370048572 |
| 04/07 | | 1,859,773.45 | WIRE TYPE:WIRE OUT DATE:040705 TIME:1229 CT TRN:050407037227 FDREF/SEQ:050407037227/001313 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370037227 |
| 04/08 | | 904,792.18 | WIRE TYPE:WIRE OUT DATE:040805 TIME:1340 CT TRN:050408049591 FDREF/SEQ:050408049591/000920 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370049591 |
| 04/11 | | 2,400,535.74 | WIRE TYPE:WIRE OUT DATE:041105 TIME:1510 CT TRN:050411057328 FDREF/SEQ:050411057328/000740 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370057328 |
| 04/12 | | 2,000.00 | Foreign Exchange Debit          FX DRAW DRFX495294 3306.00 SGD  @ 1.653 ON 20050408 | 01790300186 |
| 04/12 | | 14,433.72 | Foreign Exchange Debit          FX DRAW DRFX491852 11236.84 EUR  @ 1.2845 ON 20050408 | 01790300153 |
| 04/12 | | 1,046,341.43 | WIRE TYPE:WIRE OUT DATE:041205 TIME:1339 CT TRN:050412042898 FDREF/SEQ:050412042898/000842 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370042898 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL 60697

H

Account Number    8188203114
01 01 142 01 M0000 E#       0
Last Statement:    03/31/2005
This Statement:    04/29/2005

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    3 of    4

Bankruptcy Case Number: 0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/13 | | 1,425,024.40 | WIRE TYPE:WIRE OUT DATE:041305 TIME:1143 CT TRN:050413030124 FDREF/SEQ:050413030124/000590 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370030124 |
| 04/14 | | 1,208,727.74 | WIRE TYPE:WIRE OUT DATE:041405 TIME:1055 CT TRN:050414026056 FDREF/SEQ:050414026056/000596 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370026056 |
| 04/15 | | 2,406,122.82 | WIRE TYPE:WIRE OUT DATE:041505 TIME:1034 CT TRN:050415029279 FDREF/SEQ:050415029279/000398 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370029279 |
| 04/18 | | 3,696,530.13 | WIRE TYPE:WIRE OUT DATE:041805 TIME:1042 CT TRN:050418023167 FDREF/SEQ:050418023167/000366 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370023167 |
| 04/19 | | 1,276,805.36 | WIRE TYPE:WIRE OUT DATE:041905 TIME:0953 CT TRN:050419016950 FDREF/SEQ:050419016950/000256 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370016950 |
| 04/20 | | 1,693,198.19 | WIRE TYPE:WIRE OUT DATE:042005 TIME:1109 CT TRN:050420027897 FDREF/SEQ:050420027897/000458 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370027897 |
| 04/21 | | 954,597.84 | Foreign Exchange Debit          FX DRAW DRFX193255 954597.84 USD  0 0.0 ON 20050420 | 01790300135 |
| 04/22 | | 2,101,721.94 | WIRE TYPE:WIRE OUT DATE:042205 TIME:0947 CT TRN:050422020258 FDREF/SEQ:050422020258/000299 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370020258 |
| 04/25 | | 2,830,226.13 | WIRE TYPE:WIRE OUT DATE:042505 TIME:1118 CT TRN:050425028045 FDREF/SEQ:050425028045/000413 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370028045 |
| 04/26 | | 2,560,066.86 | WIRE TYPE:WIRE OUT DATE:042605 TIME:1003 CT TRN:050426019663 FDREF/SEQ:050426019663/000297 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370019663 |
| 04/27 | | 1,459,196.59 | WIRE TYPE:WIRE OUT DATE:042705 TIME:1031 CT TRN:050427023350 FDREF/SEQ:050427023350/000356 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370023350 |
| 04/28 | | 1,585,911.67 | WIRE TYPE:WIRE OUT DATE:042805 TIME:1014 CT TRN:050428025265 FDREF/SEQ:050428025265/000522 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370025265 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:    03/31/2005
This Statement:    04/29/2005

Customer Service
1-800-325-6999

W.R. GRACE & CO. DIP

Page    4 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/29 | | 1,227,666.78 | WIRE TYPE:WIRE OUT DATE:042905 TIME:1309 CT TRN:05042905953 FDREF/SEQ:050429059953/001106 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370059953 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | 909,084.90 | 5,840.40 | 04/15 | 1,056,761.94 | 33,007.43 |
| 04/01 | 1,585,606.82 | 38,427.72 | 04/18 | 1,217,924.01 | 73,359.50 |
| 04/04 | 1,972,379.70 | .00 | 04/19 | 1,654,620.58 | 2,862.55 |
| 04/05 | 1,452,607.83 | 11,408.25 | 04/20 | 651,572.15 | 14,740.82 |
| 04/06 | 1,860,270.77 | 30,615.16- | 04/21 | 1,917,199.17 | 158,378.92- |
| 04/07 | 786,527.88 | 9,000.00- | 04/22 | 995,594.47 | 620,035.33 |
| 04/08 | 619,536.32 | 48,274.80 | 04/25 | 2,010,530.89 | 76,143.08 |
| 04/11 | 1,104,169.30 | .00 | 04/26 | 1,291,021.60 | 64,995.95 |
| 04/12 | 1,467,340.40 | 10,212.88 | 04/27 | 1,680,910.07 | .00 |
| 04/13 | 928,769.76 | 112,580.39 | 04/28 | 683,163.16 | 46,629.48 |
| 04/14 | 1,488,963.29 | 3,875.69 | 04/29 | 2,137,832.32 | 47,965.08 |



# Commercial Checking



| 01 | 2000000282172 | 001 | 130 | 0 | 0 | 88,531 |
|---|---|---|---|---|---|---|

00031110 1 MB 0.309 02    MAAD 135

**W R GRACE & COMPANY**
**ATTN: DARLENE PARLIN**
**62 WHITTEMORE AVENUE**
**CAMBRIDGE, MA 02140**

CB

---

# Commercial Checking

4/01/2005 thru 4/29/2005

Account number:     2000000282172
Account owner(s):   W R GRACE & COMPANY
                    ATTN: DARLENE PARLIN

Taxpayer ID Number:   133461988

## Account Summary

| | |
|---|---|
| Opening balance 4/01 | $6,414,160.30 |
| Deposits and other credits | 192,601,232.58 + |
| Other withdrawals and service fees | 194,973,668.69 - |
| Closing balance 4/29 | $4,041,724.19 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/01 | 2,000,000.00 | FUNDS TRANSFER  (ADVICE 050401068668) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/01  OBI=W.R GRACE PAYMENT FO REF=2984700091JO   04/01/05  04:28PM |
| 4/04 | 2,800,000.00 | FUNDS TRANSFER  (ADVICE 050404043999) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/04  OBI=W.R GRACE PAYMENT FO REF=2320400094JO   04/04/05  03:39PM |
| 4/05 | 7.92 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 4/05 | 5,300,000.00 | FUNDS TRANSFER  (ADVICE 050405045034) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/05  OBI=W.R GRACE PAYMENT FO REF=2245400095JO   04/05/05  04:06PM |
| 4/06 | 2,000,000.00 | FUNDS TRANSFER  (ADVICE 050406045047) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/06  OBI=W.R GRACE PAYMENT FO REF=2327500096JO   04/06/05  04:10PM |
| 4/07 | 4,700,000.00 | FUNDS TRANSFER  (ADVICE 050407047951) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/07  OBI=W.R GRACE PAYMENT FO REF=2642100097JO   04/07/05  04:32PM |
| 4/08 | 0.02 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900016741 W R GRACE & CO |

*Deposits and Other Credits continued on next page.*

---

**WACHOVIA BANK, N.A. , CAP MKTS INV BKG DIV MFG FRANCHISE**