# Commercial Checking

02    2000000282172  001  130         0      0         88,532

WACHOVIA

---

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/08 | 5,400,000.00 | FUNDS TRANSFER (ADVICE 050408051875) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/08 OBI=W.R GRACE PAYMENT FO REF=2693200098JO  04/08/05  04:43PM |
| 4/11 | 7,200,000.00 | FUNDS TRANSFER (ADVICE 050411052585) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/11 OBI=W.R GRACE PAYMENT FO REF=3001100101JO  04/11/05  06:01PM |
| 4/12 | 6,900,000.00 | FUNDS TRANSFER (ADVICE 050412049644) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/12 OBI=W.R GRACE PAYMENT FO REF=2629600102JO  04/12/05  05:14PM |
| 4/13 | 2,200,000.00 | FUNDS TRANSFER (ADVICE 050413050613) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/13 OBI=W.R GRACE PAYMENT FO REF=2803300103JO  04/13/05  04:55PM |
| 4/14 | 7,500,000.00 | FUNDS TRANSFER (ADVICE 050414048803) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/14 OBI=W.R GRACE PAYMENT FO REF=2387500104JO  04/14/05  04:14PM |
| 4/15 | 1,600,000.00 | FUNDS TRANSFER (ADVICE 050415056652) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/15 OBI=W.R GRACE PAYMENT FO REF=2762400105JO  04/15/05  04:01PM |
| 4/15 | 80,000,000.00 | FUNDS TRANSFER (ADVICE 050415012387) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/15 OBI=W.R GRACE PAYMENT FO REF=0507200105JO  04/15/05  09:51AM |
| 4/18 | 800,000.00 | FUNDS TRANSFER (ADVICE 050418053971) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/18 OBI=W.R GRACE PAYMENT FO REF=2867800108JO  04/18/05  06:24PM |
| 4/19 | 2.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900016741 W R GRACE & CO |
| 4/19 | 5.54 | ZBA TRANSFER CREDIT TRANSFER FROM 2079920005761 W R GRACE AND C |
| 4/19 | 12,100,000.00 | FUNDS TRANSFER (ADVICE 050419047726) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/19 OBI=W.R GRACE PAYMENT FO REF=3366900109JO  04/19/05  05:11PM |

*Deposits and Other Credits continued on next page.*

---

**WACHOVIA BANK, N.A. , CAP MKTS INV BKG DIV MFG FRANCHISE**



**Commercial Checking**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03 | 2000000282172 | 001 | 130 | 0 | 0 | 88,533 | |

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|---|---|---|
| 4/20 | 1,900,000.00 | FUNDS TRANSFER (ADVICE 050420044261) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/20 OBI=W.R GRACE PAYMENT FO REF=2459800110JO  04/20/05  03:42PM |
| 4/21 | 1,000.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2079800006231 W.R. GRACE & CO |
| 4/21 | 7,200,000.00 | FUNDS TRANSFER (ADVICE 050421045552) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/21 OBI=W.R GRACE PAYMENT FO REF=2299600111JO  04/21/05  04:19PM |
| 4/22 | 7,000,000.00 | FUNDS TRANSFER (ADVICE 050422044400) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/22 OBI=W.R GRACE PAYMENT FO REF=2366100112JO  04/22/05  03:29PM |
| 4/25 | 217.10 | ZBA TRANSFER CREDIT TRANSFER FROM 2079800006231 W.R. GRACE & CO |
| 4/25 | 7,100,000.00 | FUNDS TRANSFER (ADVICE 050425048681) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/25 OBI=W.R GRACE PAYMENT FO REF=2273670011SJO  04/25/05  04:20PM |
| 4/26 | 7,900,000.00 | FUNDS TRANSFER (ADVICE 050426046592) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/26 OBI=W.R GRACE PAYMENT FO REF=2300400116JO  04/26/05  03:19PM |
| 4/27 | 2,000,000.00 | FUNDS TRANSFER (ADVICE 050427049415) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/27 OBI=W.R GRACE PAYMENT FO REF=2538600117JO  04/27/05  04:12PM |
| 4/28 | 5,100,000.00 | FUNDS TRANSFER (ADVICE 050428052248) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/28 OBI=W.R GRACE PAYMENT FO REF=2780000118JO  04/28/05  04:07PM |
| 4/29 | 3,900,000.00 | FUNDS TRANSFER (ADVICE 050429063258) RCVD FROM JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/04/29 OBI=W.R GRACE PAYMENT FO REF=3148800119JO  04/29/05  03:41PM |
| **Total** | **$192,601,232.58** | |



# Commercial Checking

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04 | 2000000282172 | 001 | 130 | 0 | 0 | 88,534 | |

**ACHOVIA**

---

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 4/01 | 211.68 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/01 | 2,110.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/01 | 42,781.65 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900018741 W R GRACE & CO |
| 4/01 | 127,469.91 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/01 | 765,890.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/01 | 2,031,404.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W R GRACE & CO |
| 4/01 | 2,615,378.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/04 | 22.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/04 | 8,646.20 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/04 | 45,859.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/04 | 160,049.04 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900018741 W R GRACE & CO |
| 4/04 | 636,137.42 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/04 | 999,399.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/05 | 760.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/05 | 59,780.26 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900018741 W R GRACE & CO |
| 4/05 | 92,515.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/05 | 877,475.57 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/05 | 1,967,400.10 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/06 | 200.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/06 | 17,940.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/06 | 387,658.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/06 | 492,765.34 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900018741 W R GRACE & CO |
| 4/06 | 1,147,681.94 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, N.A. , CAP MKTS INV BKG DIV MFG FRANCHISE**



# Commercial Checking

05     2000000282172   001   130          0     0        88,535

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|---|---|---|
| 4/06 | 4,095,184.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/07 | 20.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/07 | 1,943.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/07 | 25,692.72 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/07 | 149,703.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/07 | 316,639.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/07 | 519,738.36 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/07 | 738,837.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/08 | 158.45 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900006600 W R GRACE & CO |
| 4/08 | 7,214.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/08 | 42,204.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/08 | 89,318.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/08 | 807,786.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE AND C |
| 4/08 | 1,450,013.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/08 | 1,834,450.35 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/11 | 43.09 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/11 | 8,389.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/11 | 367,754.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/11 | 644,144.27 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/11 | 1,483,235.53 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/11 | 2,190,376.98 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/12 | 42.96 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/12 | 5,691.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06 | 2000000282172 | 001 | 130 | 0 | 0 | 88,536 | |

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|---|---|---|
| 4/12 | 20,933.99 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/12 | 54,587.56 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/12 | 60,993.23 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003815 W R GRACE & CO |
| 4/12 | 895,299.68 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/12 | 1,920,220.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/12 | 4,089,660.25 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/13 | 199.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/13 | 10,926.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/13 | 79,647.28 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/13 | 502,201.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/13 | 510,315.99 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/13 | 954,682.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/13 | 8,344,857.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W R GRACE & CO |
| 4/14 | 50.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/14 | 3,707.49 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/14 | 17,193.79 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/14 | 50,349.82 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/14 | 513,352.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/14 | 566,303.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/14 | 839,966.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/15 | 29.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/15 | 419.48 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/15 | 49,771.12 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, N.A., CAP MKTS INV BKG DIV MFG FRANCHISE**



**Commercial Checking**

**WACHOVIA**

| 07 | 2000000282172 | 001 | 130 | 0 | 0 | 88,537 |
|----|---------------|-----|-----|---|---|--------|

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/15 | 126,796.06 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/15 | 176,289.23 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/15 | 2,229,997.54 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/15 | 3,898,669.68 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/18 | 2.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/18 | 250.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/18 | 361.87 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/18 | 55,402.47 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/18 | 170,794.65 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W.R GRACE & CO |
| 4/18 | 1,257,273.66 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/18 | 90,579,694.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/19 | 64.05 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/19 | 42,529.83 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/19 | 185,277.49 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/19 | 721,818.40 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/20 | 114.36 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/20 | 37,057.09 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/20 | 58,008.36 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/20 | 476,062.21 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/20 | 1,011,201.13 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/20 | 2,419,346.70 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/20 | 8,736,220.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/21 | 7,687.07 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

08    2000000282172  001  130        0    0        88,538

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/21 | 10,803.83 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/21 | 99,542.81 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/21 | 320,886.92 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/21 | 387,618.61 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/21 | 527,694.19 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/22 | 584.16 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/22 | 1,894.62 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005008 W R GRACE & CO |
| 4/22 | 34,322.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/22 | 82,897.71 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/22 | 1,190,063.19 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/22 | 2,389,482.17 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/22 | 3,773,213.37 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900006281 W R GRACE & CO |
| 4/25 | 289.23 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/25 | 7,402.16 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005008 W R GRACE & CO |
| 4/25 | 46,911.22 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/25 | 614,621.99 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/25 | 2,579,803.33 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/25 | 2,921,762.57 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/26 | 245.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/26 | 12,780.06 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/26 | 31,013.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900003615 W R GRACE & CO |
| 4/26 | 32,384.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/26 | 41,839.24 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, N.A. , CAP MKTS INV BKG DIV MFG FRANCHISE**



# Commercial Checking

09      2000000282172   001   130        0      0        88,539

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/26 | 694,036.45 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/26 | 1,593,292.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/26 | 4,024,491.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/27 | 631.29 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/27 | 1,672.66 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/27 | 149,564.55 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/27 | 471,048.11 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/27 | 642,308.66 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/27 | 2,097,631.78 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/27 | 5,977,021.82 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 4/28 | 291.50 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/28 | 4,004.75 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/28 | 49,367.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/28 | 221,161.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 4/28 | 536,462.73 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/28 | 760,337.83 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/28 | 1,113,010.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/29 | 89.84 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 4/29 | 2,645.99 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 4/29 | 43,422.27 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 4/29 | 92,692.59 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

10    2000000282172   001  130        0    0      88,540

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/29 | 317,522.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/29 | 1,608,726.59 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 4/29 | 2,729,472.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005291 W R GRACE & CO |
| Total | $194,973,666.69 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 4/01 | 2,828,913.36 | 4/12 | 8,614,951.09 | 4/21 | 7,933,925.23 |
| 4/04 | 3,778,799.62 | 4/13 | 2,520.09 | 4/22 | 7,461,467.90 |
| 4/05 | 6,280,876.07 | 4/14 | 304.96 | 4/25 | 8,390,894.50 |
| 4/06 | 2,139,445.71 | 4/15 | | 4/26 | 9,860,811.14 |
| 4/07 | 5,086,870.85 | 4/18 | | 4/27 | 2,520,932.27 |
| 4/08 | 6,255,724.70 | 4/19 | | 4/28 | 4,936,296.07 |
| 4/11 | 8,761,780.79 | 4/20 | | 4/29 | 4,041,724.19 |

0110 -0020



# Commercial Checking

01    2079900018741  001  109       0       0      23,311

**WACHOVIA**

W R GRACE & CO CONN
ATTN: DARLENE PARLIN
62 WHITTEMORE AVE
CAMBRIDGE MA 02140                  CB  125

# Commercial Checking                          4/01/2005 thru 4/29/2005

Account number:        2079900018741
Account owner(s):      W R GRACE & CO  CONN

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance | $0.00 |

## Deposits and Other Credits

| | | |
|---|---|---|
| 4/04 | 160,049.00 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2000000288172 W R GRACE & COM |
| 4/05 | 58,760.28 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2000000288172 W R GRACE & COM |
| 4/06 | 492,765.31 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2000000288172 W R GRACE & COM |
| 4/07 | 28,892.72 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2000000288172 W R GRACE & COM |
| 4/07 | 519,766.36 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2000000288172 W R GRACE & COM |
| 4/08 | 0.60 | CHECK ADJUSTMENT CHECK NUMBER |
| | | |
| 4/08 | 42,204.76 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2000000288172 W R GRACE & COM |
| 4/11 | 2,160,976.95 | ZBA TRANSFER CREDIT |
| | | TRANSFER FROM 2000000288172 W R GRACE & COM |
| 4/12 | 1,527.93 | AUTOMATED CREDIT W.R. GRACE  REVERSAL |
| | | CO ID  050412 GCO |
| | | MISC SETTL NCVCERIDN WR GRACE1 |
| 4/12 | 4,181.91 | AUTOMATED CREDIT GRACE MANAGEMENT REVERSAL |
| | | MISC SETTL NCVCERIDN WR GRACE |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

02   20799000316741   001   109   0   0   23,312.

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/12 | 54,587.58 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/12 | 4,089,660.25 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/13 | 50,220.61 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/14 | 50,343.82 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/15 | 513,352.17 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/15 | 491 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/18 | 17074 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/19 | 200 | POSTING DUAL NOTIFICATION REVERSAL |
| 4/19 | 457,281.93 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/21 | 10,803.83 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/21 | 527,894.19 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/22 | 584 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/22 | 94,922.11 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/25 | 2,921,782.57 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/25 | 813.33 | AUTOMATED CREDIT W R GRACE REVERSAL COD CCD CCD MISC SETTL CVG PRIOR WR GRACE |
| 4/26 | 41,986.24 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/26 | 4,024,491.30 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/27 | 471,048.11 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |

*Deposits and Other Credits continued on next page*

WACHOVIA BANK, N.A. , CAP MKTS INV BKG DIV MFG FRANCHISE



# Commercial Checking

03      2079000016741   001   109        0    0           23,313

**WACHOVIA**

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 4/28 | 49,367.51 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/28 | 536,462.73 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/28 | 49,122.27 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |

**Total   11,91,07,50.88**

## Checks

| Number | Amount | Date Posted | Number | Amount | Date Posted | Number | Amount | Date Posted |
|--------|--------|-------------|--------|--------|-------------|--------|--------|-------------|
| | | | 7178 | 2,295.97 | 4/28 | 45109 | 689.52 | 4/01 |
| 5833 | | | 7179 | 197.95 | 4/28 | 45115 | 420.88 | |
| 5835 | | | 7180 | 2,347.39 | 4/28 | 45139 | 552.06 | |
| | | | 7181 | 644.85 | 4/29 | 45165 | 319.50 | |
| 5840 | | 4/18 | 7185 | 988.51 | 4/28 | 45157 | | |
| 5841 | | | | | | 45160 | | |
| 5842 | 337.75 | 4/14 | 7185 | 1,689.22 | 4/27 | 45161 | 593.23 | |
| | | | 7186 | 2,703.34 | 4/27 | 45161 | 970.92 | |
| 5845 | 1,182.01 | 4/15 | 7191 | 1,302.17 | 4/28 | 45162 | 421.07 | 4/08 |
| 5846 | 1,748.63 | 4/20 | 7193 | 1,492.83 | 4/28 | 45163 | 593.25 | |
| 5847 | 2,477.98 | 4/04 | 44077 | 683.78 | 4/04 | 45165 | | |
| 5848 | 2,762.22 | 4/07 | 44860 | 457.60 | 4/28 | 45166 | | |
| 5849 | | 4/02 | 44870 | 530.57 | 4/22 | | | |
| 5850 | | | 44599 | 588.08 | 4/11 | 45169 | | |
| 5851 | | 4/20 | 44780 | 300.15 | 4/06 | 45160 | | |
| 5852 | | | 44751 | 300.35 | 4/25 | 45170 | | |
| 5855 | | | 44821 | 351.75 | 4/11 | 45171 | | |
| 5860 | | 4/23 | 44861 | 487.87 | 4/25 | 45121 | | |
| 7135 | | 4/01 | 44871 | 577.46 | 4/05 | 45173 | 695.10 | |
| 7157 | | 4/01 | 44875 | 545.30 | 4/04 | 45174 | 503.67 | |
| 7160 | 3,875.30 | 4/05 | 44944 | 510.14 | 4/08 | 45175 | 471.47 | |
| 7165 | 1,780.65 | 4/18 | 45034 | 441.88 | 4/15 | 45176 | 70.96 | 4/15 |
| 7167 | 3,138.23 | 4/20 | 45042 | 555.11 | 4/05 | 45177 | 549.81 | 4/04 |
| 7168 | 2,336.49 | 4/18 | 45046 | 364.04 | 4/04 | 45178 | 598.06 | 4/01 |
| 7169 | 2,703.33 | 4/13 | 45097 | 510.13 | 4/06 | 45179 | 638.93 | 4/11 |
| 7170 | 1,300.24 | 4/15 | 45099 | 338.59 | 4/04 | 45180 | 592.76 | 4/08 |
| 7171 | 493.60 | 4/15 | 45100 | 638.31 | 4/04 | 45181 | 626.18 | 4/04 |
| 7172 | 1,303.18 | 4/11 | 45101 | 598.44 | 4/04 | 45182 | 591.25 | 4/25 |
| 7173 | 1,611.80 | 4/11 | 45102 | 781.87 | 4/11 | 45183 | 838.11 | 4/04 |

* Indicates a break in check number sequence.

Checks continued on next page



# Commercial Checking

04      20799000167441   001   109      0   0      23,314

---

## Checks continued

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|--------|--------|-------------|--------|--------|-------------|--------|--------|-------------|
| 45184 | 564.98 | 4/04 | 45227 | 159.17 | 4/01 | 45270 | 838.60 | 4/04 |
| 45185 | 673.24 | 4/05 | 45228 | 135.46 | 4/04 | 45271 | 522.54 | 4/05 |
| 45186 | 648.75 | 4/04 | 45229 | 501.18 | 4/04 | 45272 | 538.16 | 4/01 |
| 45187 | 936.80 | 4/04 | 45230 | 528.79 | 4/04 | 45273 | 476.71 | 4/05 |
| 45188 | 698.04 | 4/04 | 45231 | 401.19 | 4/04 | 45274 | 515.08 | 4/12 |
| 45189 | 966.83 | 4/04 | 45232 | 326.62 | 4/04 | 45275 | 392.14 | 4/05 |
| 45190 | 519.70 | 4/04 | 45233 | 34.16 | 4/08 | 45276 | 695.87 | 4/05 |
| 45191 | 706.52 | 4/04 | 45234 | 686.87 | 4/06 | 45277 | 802.98 | 4/04 |
| 45192 | 302.59 | 4/04 | 45235 | 386.78 | 4/04 | 45278 | 463.14 | 4/04 |
| 45193 |  |  | 45236 |  |  | 45279 | 419.31 |  |
| 45194 |  |  | 45237 |  |  | 45280 | 513.33 | 4/09 |
| 45195 |  |  | 45238 |  |  | 45281 | 461.73 | 4/04 |
| 45196 |  |  | 45239 |  |  | 45282 | 530.79 | 4/04 |
| 45197 |  |  | 45240 | 428.51 | 4/05 | 45283 | 568.91 | 4/05 |
| 45198 |  |  | 45241 | 34.86 | 4/07 | 45284 | 674.52 | 4/07 |
| 45199 |  |  | 45242 | 397.47 |  | 45285 | 616.72 | 4/05 |
| 45200 | 172.92 | 4/11 | 45243 | 259.36 | 4/04 | 45286 | 891.89 | 4/08 |
| 45201 |  |  | 45244 |  |  | 45287 | 631.80 | 4/06 |
| 45202 |  |  | 45245 | 35.43 | 4/06 | 45288 | 571.38 | 4/04 |
| 45203 | 909.48 | 4/04 | 45246 | 689.94 | 4/04 | 45289 | 557.23 | 4/04 |
| 45204 | 409.39 | 4/20 | 45247 | 100.39 | 4/07 | 45290 | 530.71 | 4/04 |
| 45205 | 436.30 | 4/04 | 45248 | 747.41 | 4/07 | 45291 | 569.10 | 4/07 |
| 45206 | 382.04 | 4/05 | 45249 | 348.22 | 4/07 | 45292 | 919.81 | 4/04 |
| 45207 | 364.07 | 4/04 | 45250 | 721.54 | 4/01 | 45293 | 990.93 | 4/05 |
| 45208 | 507.88 | 4/05 | 45251 | 530.70 | 4/05 | 45294 | 357.89 | 4/05 |
| 45209 | 457.39 | 4/01 | 45252 | 410.33 | 4/08 | 45295 | 349.87 | 4/04 |
| 45210 | 449.29 | 4/05 | 45253 | 990.53 | 4/04 | 45296 | 567.00 | 4/06 |
| 45211 | 755.68 | 4/05 | 45254 | 791.18 | 4/07 | 45297 | 524.98 | 4/07 |
| 45212 | 354.39 | 4/06 | 45255 | 575.86 | 4/06 | 45298 | 533.07 | 4/04 |
| 45213 | 273.55 | 4/04 | 45256 | 419.22 | 4/07 | 45299 | 233.70 | 4/04 |
| 45214 | 888.28 | 4/04 | 45257 | 730.03 | 4/04 | 45300 | 328.97 | 4/04 |
| 45215 | 454.22 | 4/04 | 45258 | 710.09 | 4/06 | 45301 | 645.79 | 4/04 |
| 45216 | 12.59 | 4/01 | 45259 | 12.16 | 4/11 | 45302 | 542.49 | 4/04 |
| 45217 | 693.95 | 4/01 | 45260 | 529.08 | 4/05 | 45303 | 505.02 | 4/07 |
| 45218 | 180.90 | 4/05 | 45261 | 281.10 | 4/01 | 45304 | 603.13 | 4/04 |
| 45219 |  |  | 45262 |  |  | 45305 | 603.75 | 4/04 |
| 45220 | 328.42 | 4/01 | 45263 | 702.00 | 4/01 | 45306 | 701.71 | 4/04 |
| 45221 | 520.14 | 4/04 | 45264 | 248.13 | 4/01 | 45307 | 703.22 | 4/04 |
| 45222 | 436.15 | 4/01 | 45265 | 435.01 | 4/04 | 45308 | 546.96 | 4/04 |
| 45223 | 450.92 | 4/04 | 45266 | 622.84 | 4/06 | 45309 | 187.89 | 4/01 |
| 45224 | 331.30 | 4/04 | 45267 | 716.60 | 4/04 | 45310 | 427.46 | 4/05 |
| 45225 |  | 4/05 | 45268 | 523.10 | 4/04 | 45311 | 259.25 | 4/20 |
| 45226 | 486.67 | 4/04 | 45269 | 463.22 | 4/04 |  |  |  |

* Indicates a break in check number sequence

Checks continued on next page



# Commercial Checking

**WACHOVIA**   05    2079900018741   001   109    0    0    23,315

## Checks continued

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 45312 | 448.02 | 4/05 | 45355 | 337.90 | 4/12 | 45397 | 276.66 | 4/11 |
| 45313 | 275.36 | 4/08 | 45356 | 189.43 | 4/11 | 45398 | 198.19 | 4/12 |
| 45314 | 375.18 | 4/08 | 45357 | 104.08 | 4/11 | 45399 | 428.02 | 4/15 |
| 45315 | 319.59 | 4/08 | 45358 | 928.01 | 4/08 | 45400 | 391.04 | 4/08 |
| 45316 | 432.73 | 4/12 | 45359 | 412.18 | 4/11 | 45401 | 154.32 | 4/11 |
| 45317 | 588.83 | 4/11 | 45360 | 302.50 | 4/08 | 45402 | 797.52 | 4/15 |
| 45318 | 685.48 | 4/25 | 45361 | 228.33 | 4/20 | 45403 | 591.32 | 4/15 |
| 45319 | 243.46 | 4/11 | 45362 | 321.49 | 4/11 | 45404 | 510.07 | 4/15 |
| 45320 | 597.38 | 4/11 | 45363 | 734.58 | 4/08 | 45405 | 738.85 | 4/11 |
| 45332 | 680.91 | | 45374 | 284.85 | 4/08 | 45417 | 230.06 | 4/11 |
| 45333 | 545.87 | 4/11 | 45375 | 330.97 | 4/11 | 45418 | 551.18 | 4/11 |
| 45334 | 4.41 | 4/11 | 45376 | 586.69 | 4/08 | 45419 | 630.20 | 4/12 |
| 45335 | 483.62 | 4/08 | 45377 | 482.34 | 4/12 | 45420 | | 4/11 |
| 45336 | 533.40 | 4/08 | 45378 | 409.08 | 4/08 | 45421 | 789.24 | 4/11 |
| 45337 | | | 45379 | 241.88 | | 45422 | | 4/12 |
| 45338 | | 4/18 | 45380 | 375.18 | 4/12 | 45423 | 305.10 | 4/11 |
| 45339 | 588.00 | | 45381 | 71.92 | | 45424 | 174.44 | 4/11 |
| 45340 | 669.76 | 4/12 | 45382 | 228.04 | 4/08 | 45425 | 659.02 | 4/11 |
| 45341 | 669.31 | | 45383 | 510.10 | 4/11 | 45426 | 818.72 | 4/12 |
| 45342 | 557.08 | | 45384 | 399.00 | 4/11 | 45427 | 885.31 | 4/11 |
| 45343 | | | 45385 | 409.24 | 4/11 | 45428 | 405.19 | 4/12 |
| 45344 | | | 45386 | 699.29 | | 45429 | 330.10 | 4/11 |
| 45345 | 888.80 | 4/11 | 45387 | 212.84 | 4/12 | 45430 | 488.07 | 4/12 |
| 45346 | 596.68 | | 45388 | | 4/11 | 45431 | 837.97 | 4/15 |
| 45347 | 738.33 | | 45389 | 501.35 | 4/11 | 45432 | 521.58 | 4/11 |
| 45348 | 644.19 | 4/11 | 45390 | 419.14 | 4/13 | 45433 | 477.52 | 4/11 |
| 45349 | 185.86 | 4/12 | 45391 | 415.13 | 4/11 | 45434 | 359.16 | 4/11 |
| 45350 | 193.44 | 4/27 | 45392 | 472.30 | 4/11 | 45435 | 590.89 | 4/16 |
| 45351 | 148.45 | 4/13 | 45393 | 390.74 | 4/11 | 45436 | 427.21 | 4/11 |
| 45352 | 583.57 | 4/11 | 45394 | 442.84 | 4/12 | 45437 | 486.00 | 4/11 |
| 45353 | 391.84 | 4/11 | 45395 | 284.56 | 4/13 | 45438 | 504.02 | 4/12 |
| 45354 | 532.30 | 4/11 | 45396 | 355.18 | 4/11 | 45439 | 788.32 | 4/12 |

* Indicates a break in check number sequence

Checks continued on next page

---

**WACHOVIA BANK, N.A.   CAP MKTS INV BKG DIV MFG FRANCHISE**



# Commercial Checking

**WACHOVIA**   06    2079900016741   001   109       0      0        23,316

---

## Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 45440 | 614.34 | 4/12 | 45483 | 644.61 | 4/18 | 45526 | 498.24 | 4/15 |
| 45441 | 724.20 | 4/13 | 45484 | 894.61 | 4/18 | 45527 | 373.07 | 4/18 |
| 45442 | 496.87 | 4/11 | 45485 | 841.84 | 4/18 | 45528 | 83.71 | 4/20 |
| 45443 | 597.00 | 4/12 | 45486 | 831.38 | 4/19 | 45529 | 209.87 | 4/15 |
| 45444 | 498.84 | 4/11 | 45487 | 595.70 | 4/19 | 45530 | 409.61 | 4/18 |
| 45445 | 473.07 | 4/11 | 45488 | 467.42 | 4/18 | 45531 | 517.61 | 4/15 |
| 45446 | 479.90 | 4/11 | 45489 | 70.96 | 4/18 | 45532 | 486.94 | 4/19 |
| 45447 | 654.40 | 4/11 | 45490 | 549.62 | 4/18 | 45533 | 409.10 | 4/15 |
| 45448 | 724.93 | 4/11 | 45491 | 598.06 | 4/15 | 45534 | 297.00 | 4/18 |
| 45449 | | | 45492 | 698.92 | 4/18 | 45535 | | 4/19 |
| 45450 | | | 45493 | 665.97 | 4/25 | 45536 | 483.74 | 4/19 |
| 45451 | | | 45494 | 641.91 | 4/18 | 45537 | 70.83 | 4/15 |
| 45452 | | | 45496 | 616.92 | 4/18 | 45538 | 510.04 | 4/15 |
| 45453 | | | 45497 | 585.00 | 4/18 | 45539 | 533.00 | 4/18 |
| 45454 | 341.48 | 4/12 | 45498 | 608.38 | 4/19 | 45540 | 403.03 | 4/21 |
| 45455 | 377.69 | 4/11 | 45499 | 512.97 | 4/18 | 45541 | 516.92 | 4/19 |
| 45456 | 317.61 | 4/11 | 45500 | 608.69 | 4/18 | 45542 | 461.58 | 4/18 |
| 45457 | 498.63 | 4/11 | 45501 | 513.23 | 4/19 | 45543 | 361.10 | 4/21 |
| 45458 | 588.02 | 4/11 | 45502 | 606.94 | 4/18 | 45544 | 446.98 | 4/18 |
| 45459 | 607.20 | 4/12 | 45503 | 510.94 | 4/18 | 45545 | 601.92 | 4/18 |
| 45460 | 684.31 | 4/11 | 45504 | 750.94 | 4/15 | 45546 | 439.31 | 4/18 |
| 45461 | 834.08 | 4/11 | 45505 | 348.89 | 4/18 | 45547 | 498.19 | 4/18 |
| 45462 | 615.92 | 4/11 | 45506 | 540.25 | 4/27 | 45548 | 483.27 | 4/18 |
| 45463 | 622.37 | 4/11 | 45507 | 215.59 | 4/18 | 45549 | | |
| 45464 | 202.71 | 4/11 | 45508 | 579.53 | 4/18 | 45550 | | |
| 45465 | 427.49 | 4/12 | 45509 | 583.40 | 4/22 | 45551 | | |
| 45466 | 259.25 | 4/20 | 45510 | 582.29 | 4/15 | 45552 | | |
| 45467 | 446.02 | 4/12 | 45511 | 507.89 | 4/20 | 45553 | 276.56 | |
| 45468 | 228.20 | 4/12 | 45512 | 319.02 | 4/18 | 45554 | 422.40 | 4/18 |
| 45469 | 537.55 | 4/21 | 45513 | 174.82 | 4/18 | 45555 | 195.20 | 4/18 |
| 45470 | 1008.50 | 4/20 | 45514 | 500.52 | 4/18 | 45556 | 452.05 | 4/18 |
| 45471 | 200.19 | 4/19 | 45515 | 523.68 | 4/18 | 45557 | 492.41 | 4/18 |
| 45472 | 816.92 | 4/11 | 45516 | 304.48 | 4/18 | 45558 | 405.75 | 4/18 |
| 45473 | 539.75 | 4/15 | 45517 | 399.68 | 4/20 | 45559 | 287.22 | 4/20 |
| 45474 | 597.36 | 4/18 | 45518 | 391.17 | 4/18 | 45560 | 355.64 | 4/20 |
| 45475 | 985.16 | 4/15 | 45519 | 511.06 | 4/19 | 45561 | 215.62 | 4/20 |
| 45476 | 428.12 | 4/20 | 45520 | 477.30 | 4/18 | 45562 | 737.03 | 4/15 |
| 45477 | 267.15 | 4/20 | 45521 | 465.66 | 4/18 | 45564 | 550.75 | 4/18 |
| 45479 | 360.24 | 4/18 | 45522 | 489.36 | 4/15 | 45565 | 413.80 | 4/18 |
| 45480 | 492.50 | 4/26 | 45523 | 449.28 | 4/15 | 45566 | 381.16 | 4/15 |
| 45481 | 622.95 | 4/18 | 45524 | 354.37 | 4/20 | 45567 | 510.18 | 4/29 |
| 45482 | 551.90 | 4/18 | 45525 | 50.23 | 4/18 | 45569 | 441.84 | 4/18 |

*Indicates a break in check number sequence*

*Checks continued on next page*

---



# Commercial Checking

**WACHOVIA**  07   2079900016741  001  109      0    0           23,317

## Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 45570 | 638.31 | 4/19 | 45612 | 467.72 | 4/18 | 45658 | 510.94 | 4/25 |
| 45571 | 603.00 | 4/18 | 45613 | 694.36 | 4/18 | 45659 | 709.64 | 4/22 |
| 45572 | 819.15 | 4/21 | 45614 | 542.78 | 4/18 | 45660 | 325.87 | 4/27 |
| 45573 | 438.18 | 4/18 | 45616 | 326.04 | 4/21 | 45661 | 501.88 | 4/27 |
| 45574 | 330.74 | 4/18 | 45616 | 756.35 | 4/18 | 45662 | 225.43 | 4/27 |
| 45575 | 473.37 | 4/18 | 45617 | 746.44 | 4/18 | 45663 | 533.40 | 4/25 |
| 45576 | 603.19 | 4/18 | 45618 | 612.60 | 4/19 | 45664 | 573.29 | 4/25 |
| 45577 | 457.16 | 4/18 | 45619 | 613.05 | 4/15 | 45665 | 532.29 | 4/25 |
| 45578 | 674.98 | 4/25 | 45620 | 212.59 | 4/18 | 45666 | 348.15 | 4/27 |
| 45579 | | | 45621 | 427.46 | 4/20 | 45667 | 207.10 | 4/25 |
| 45580 | | | 45622 | 289.28 | 4/20 | 45668 | 128.12 | 4/26 |
| 45581 | | | 45623 | 348.02 | 4/19 | 45670 | 190.96 | 4/25 |
| 45582 | | | 45624 | 275.38 | 4/19 | 45671 | 304.50 | 4/22 |
| 45583 | | | 45625 | 1,489.19 | 4/20 | 45674 | 664.86 | 4/25 |
| 45584 | | | 45626 | 440.46 | 4/26 | 45675 | 330.97 | 4/26 |
| 45585 | | | 45627 | 662.66 | 4/22 | 45676 | 469.98 | 4/22 |
| 45586 | | | 45628 | 612.60 | 4/25 | 45677 | 478.02 | 4/22 |
| 45587 | | | | | | 45678 | 149.29 | 4/26 |
| 45588 | | | | | | 45679 | 581.65 | 4/26 |
| 45589 | 809.82 | | 45631 | 179.34 | | 45680 | 361.39 | 4/22 |
| 45590 | 417.13 | 4/18 | 45633 | 241.14 | 4/22 | 45681 | 497.70 | 4/22 |
| 45591 | 648.48 | 4/25 | 45634 | 441.60 | 4/28 | 45682 | 524.44 | 4/25 |
| 45592 | 484.22 | 4/18 | 45635 | 591.16 | 4/25 | 45683 | 153.90 | 4/28 |
| 45593 | 531.32 | 4/18 | 45636 | 536.81 | 4/25 | 45684 | 405.83 | |
| 45594 | | 4/20 | 45637 | 644.02 | 4/25 | 45685 | | |
| 45595 | | 4/20 | 45638 | 940.88 | 4/25 | 45686 | 400.83 | |
| 45596 | 936.12 | 4/21 | 45639 | 766.58 | 4/22 | 45687 | | |
| 45597 | | 4/20 | 45640 | 751.16 | 4/26 | 45688 | | |
| 45598 | 640.77 | 4/20 | 45641 | 629.26 | 4/25 | 45689 | 430.89 | 4/22 |
| 45599 | 448.41 | 4/18 | 45643 | 471.77 | 4/25 | 45690 | 342.64 | 4/25 |
| 45600 | 530.71 | 4/18 | 45644 | 70.97 | 4/25 | 45691 | 28.76 | 4/26 |
| 45601 | 561.59 | 4/20 | 45645 | 610.44 | 4/22 | 45692 | 397.70 | 4/26 |
| 45602 | 810.73 | 4/20 | 45646 | 598.05 | 4/26 | 45693 | 25.45 | 4/26 |
| 45603 | 876.10 | 4/19 | 45648 | 556.29 | 4/28 | 45694 | 404.66 | 4/25 |
| 45604 | 557.69 | 4/19 | 45649 | 693.14 | 4/25 | 45695 | 517.10 | 4/25 |
| 45605 | 501.77 | 4/18 | 45651 | 598.50 | 4/25 | 45696 | 483.65 | 4/25 |
| 45606 | 596.98 | 4/18 | 45652 | 564.98 | | 45697 | 549.07 | |
| 45607 | 634.76 | 4/18 | 45653 | 788.09 | 4/25 | 45698 | 543.03 | 4/25 |
| 45608 | 686.43 | 4/18 | 45654 | 467.70 | 4/26 | 45699 | 34.16 | 4/27 |
| 45609 | 784.92 | 4/18 | 45655 | 660.65 | 4/25 | 45700 | 610.34 | 4/28 |
| 45610 | 195.81 | 4/18 | 45656 | 695.05 | 4/25 | 45701 | 521.28 | 4/25 |
| 45611 | 476.67 | 4/18 | 45657 | 666.66 | 4/25 | 45702 | 448.43 | 4/25 |

\* *Indicates a break in check number sequence*

*Checks continued on next page*



# Commercial Checking

**WACHOVIA**

08    2079000016741    001    109    0    0    23,318

---

## Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 45703 | 478.84 | 4/25 | 45746 | 674.33 | 4/26 | 45864* | 852.39 | 4/29 |
| 45704 | 297.17 | 4/25 | 45747 | 833.31 | 4/27 | 45880* | 604.92 | 4/29 |
| 45705 | 442.85 | 4/25 | 45748 | 559.85 | 4/27 | 45883* | 726.77 | 4/29 |
| 45706 | 328.89 | 4/27 | 45749 | 555.15 | 4/25 | 45921* | 42,746 | 4/29 |
| 45707 | 385.18 | 4/25 | 45750 | 566.19 | 4/25 | 71148* | 13,100.05 | 4/20 |
| 45708 | 284.08 | 4/25 | 45751 | 638.32 | 4/25 | 71149 | 1,361.49 | 4/20 |
| 45709 | 638.29 | 4/25 | 45752 | 883.17 | 4/28 | 71189* | 2,763.58 | 4/06 |
| 45710 | 198.19 | 4/25 | 45753 | 627.95 | 4/25 | 71250* | 2,389.44 | 4/01 |
| 45711 | 468.77 | 4/27 | 45754 | 704.23 | 4/25 | 71251 | 1,136.42 | 4/06 |
| 45712 | | | 45755 | | | 71254* | 1,361.49 | 4/20 |
| 45713 | | | 45756 | | | 71255 | 2,945.83 | 4/01 |
| 45714 | | | 45757 | | | 71258* | 1,083.77 | 4/12 |
| 45715 | | | 45758 | | | 71259 | 781.99 | 4/01 |
| 45716 | | | 45759 | | | 71260 | | |
| 45717 | | | 45760 | | | 71282 | 920.02 | 4/12 |
| 45718 | | | 45761 | | | 71283 | 7,640.33 | 4/14 |
| 45719 | 385.68 | 4/25 | 45762 | 970.57 | 4/25 | 71286 | 1,989.80 | 4/14 |
| 45720 | | | 45763 | | | 71287 | | |
| 45723 | 778.20 | 4/26 | 45765 | 499.19 | 4/28 | 71279* | 8,943.13 | 4/08 |
| 45724 | 817.65 | | 45766 | 592.05 | 4/25 | 71285* | 22,311.05 | 4/08 |
| 45725 | 794.85 | 4/26 | 45767 | 734.21 | 4/28 | 71286 | 2,763.58 | 4/08 |
| 45726 | 524.62 | 4/22 | 45768 | 822.50 | 4/25 | 71303* | 1,009.34 | 4/04 |
| 45727 | 662.97 | 4/26 | 45769 | 802.32 | 4/25 | 71304 | 826.61 | |
| 45728 | 545.12 | | 45770 | 176.83 | 4/22 | 71306 | | |
| 45729 | 589.91 | 4/22 | 45772 | 449.02 | 4/28 | 71308 | | |
| 45730 | 469.40 | | 45773 | 275.35 | 4/25 | 71314 | | |
| 45731 | 661.69 | | 45774 | 649.98 | | 71317* | | |
| 45732 | 841.61 | 4/25 | 45775 | 1,208.58 | 4/29 | 71319* | 2,437.24 | 4/14 |
| 45733 | 544.09 | | 45777 | 602.88 | 4/29 | 71320 | 1,255.69 | 4/19 |
| 45734 | 493.21 | 4/25 | 45778 | 819.06 | 4/29 | 71321 | 589.94 | 4/14 |
| 45735 | 612.49 | 4/22 | 45784* | 822.68 | 4/29 | 71322 | 1,088.67 | 4/13 |
| 45736 | 869.43 | 4/22 | 45794* | 696.27 | 4/29 | 71323 | 1,380.89 | 4/20 |
| 45737 | 599.89 | 4/25 | 45795 | 698.05 | 4/29 | 71324 | 2,449.46 | 4/14 |
| 45738 | 371.42 | 4/25 | 45812* | 574.85 | 4/29 | 71325 | 4,378.32 | 4/14 |
| 45739 | 557.57 | 4/25 | 45813 | 558.59 | 4/29 | 71326 | 1,440.27 | 4/15 |
| 45740 | 731.88 | 4/25 | 45826* | 568.08 | 4/29 | 71327 | 1,328.72 | 4/15 |
| 45741 | 472.58 | 4/25 | 45830* | 602.94 | 4/29 | 71328 | 1,605.21 | 4/15 |
| 45742 | 425.14 | 4/25 | 45835* | 449.98 | 4/29 | 71330* | 811.70 | 4/19 |
| 45743 | 492.49 | 4/25 | 45836 | 607.92 | 4/29 | 71331 | 800.54 | 4/20 |
| 45744 | 537.84 | 4/25 | 45842* | 545.79 | 4/29 | 71332 | 1,007.99 | 4/15 |
| 45745 | 501.34 | 4/25 | 45846* | 523.08 | 4/29 | 71333 | 1,869.52 | 4/14 |

* Indicates a break in check number sequence

*Checks continued on next page*



# Commercial Checking

WACHOVIA  207990001874 001 109  0  0  23,319

## Checks continued

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 71394 | 1,048.28 | 4/13 | 71382 | 1,274.10 | 4/15 | 93577 | 651.13 | 4/07 |
| 71335 | 2,058.64 | 4/14 | 71383 | 41.76 | 4/15 | 93599 | 545.29 | 4/05 |
| 71336 | 1,812.38 | 4/13 | 71385 | 3,445.61 | 4/14 | 93638 | 686.33 | 4/05 |
| | | | 71386 | | 4/28 | | 1,041.26 | 4/12 |
| | | | 71387 | | | | 233.29 | 4/04 |
| 71339 | 1,158.22 | 4/18 | 71388 | 1,088.66 | 4/28 | 93695 | 755.84 | 4/12 |
| 71390 | 1,282.38 | 4/18 | 71392 | 1,440.28 | 4/28 | 93722 | 24.23 | 4/11 |
| 71391 | 845.28 | 4/26 | 71393 | 1,328.72 | 4/29 | 93752 | 387.99 | 4/08 |
| 71342 | 530.07 | 4/15 | 71394 | 1,805.21 | 4/28 | 93771 | 623.38 | 4/01 |
| 71358 | 1,458.17 | 4/13 | 71442 | 3,001.35 | 4/28 | 93887 | 813.19 | 4/05 |
| 71359 | 1,306.02 | 4/14 | 71443 | 2,409.29 | 4/28 | 93874 | 1,200.74 | 4/04 |
| 71360 | | | 71444 | 321.85 | 4/28 | 93878 | | 4/18 |
| 71361 | | 4/18 | 71445 | 1,326.79 | 4/28 | 93887 | 685.17 | |
| 71371 | 1,184.08 | 4/18 | 93245 | 72.34 | 4/01 | 93972 | 464.60 | 4/01 |
| 71372 | | | 93248 | 448.32 | 4/05 | 93973 | 1,074.98 | 4/12 |
| 71373 | | | 93288 | 673.01 | 4/05 | 93974 | 530.67 | 4/12 |
| 71374 | 3,001.36 | 4/15 | 93443 | 301.29 | 4/20 | 93987 | 326.29 | 4/07 |
| 71375 | 2,409.29 | 4/14 | 93488 | 300.30 | 4/08 | 93989 | 548.98 | 4/04 |
| 71378 | 521.34 | 4/15 | 93495 | 568.48 | 4/08 | 93994 | 453.87 | 4/05 |
| 71377 | 1,326.79 | | 93531 | 301.75 | 4/01 | 93995 | 509.55 | 4/13 |
| 71379 | 2,701.5 | 4/14 | 93542 | 895.36 | 4/13 | 93997 | 369.12 | 4/04 |
| 71380 | 2,020.6 | 4/14 | 93543 | 246.27 | 4/05 | 93998 | 1,156.23 | 4/01 |
| 71381 | 1,458.10 | 4/13 | 93558 | 783.76 | 4/04 | 93999 | 966.25 | 4/01 |

* Indicates a break in check number sequence

Checks continued on next page



# Commercial Checking

10    20799000018741  001  109        0    0        23,320

## Checks continued

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 94005* | 808.93 | 4/01 | 94082 | 1,175.73 | 4/04 | 94125 | 1,098.72 | 4/05 |
| 94006* | 646.55 | 4/01 | 94083 | 938.52 | 4/04 | 94126 | 864.33 | 4/14 |
| 94007 | 438.39 | 4/01 | 94084 | 529.46 | 4/05 | 94127 | 985.07 | 4/04 |
| 94008 | 624.28 | 4/01 | 94085 | 1,134.89 | 4/04 | 94128 | 534.90 | 4/04 |
| 94009 | 568.35 | 4/06 | 94086 | 854.37 | 4/04 | 94129 | 720.60 | 4/05 |
| 94010 | 745.05 | 4/01 | 94087 | 957.53 | 4/01 | 94130 | 731.69 | 4/04 |
| 94018* | 663.54 | 4/01 | 94088 | 770.80 | 4/05 | 94131 | 953.93 | 4/04 |
| 94020* | 636.79 | 4/01 | 94089 | 442.26 | 4/01 | 94132 | 928.05 | 4/05 |
| 94024* | 70.82 | 4/01 | 94090 | 758.30 | 4/06 | 94133 | 850.75 | 4/05 |
| | | | | | | | | |
| 94076 | 1,206.82 | 4/01 | 94119 | 603.27 | 4/05 | 94161 | 113.26 | 4/01 |
| 94077 | 588.04 | 4/04 | 94120 | 757.77 | 4/04 | 94162 | 811.36 | 4/01 |
| 94078 | | | 94121 | 1,480.46 | 4/08 | 94163 | 497.78 | 4/05 |
| 94079 | 793.61 | 4/12 | 94122 | 1,166.10 | 4/06 | 94164 | 645.89 | 4/05 |
| 94080 | 1,193.38 | | 94123 | 288.28 | 4/06 | 94165 | 579.67 | 4/04 |
| 94081 | 516.58 | | 94124 | 582.40 | 4/05 | 94166 | 1,951.03 | 4/01 |

* Indicates a break in check number sequence

Checks continued on next page



## Commercial Checking

**WACHOVIA**    11    2079900016741    001    109    0    0    23,321

## Checks - continued

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 94167 | 1,005.24 | 4/04 | 94209 | 506.94 | 4/04 | 94251 | 1,269.69 | 4/07 |
| 94168 | 1,094.34 | 4/05 | 94210 | 644.16 | 4/06 | 94252 | 889.53 | 4/04 |
| 94169 | 529.76 | 4/04 | 94211 | 431.95 | 4/04 | 94253 | 144.39 | 4/07 |
| 94170 | 3,882.88 | 4/05 | 94212 | 442.67 | 4/04 | 94254 | 1,208.17 | 4/04 |
| 94171 | 933.67 | 4/04 | 94213 | 476.73 | 4/04 | 94255 | 230.90 | 4/08 |
| 94172 | 533.20 | 4/04 | 94214 | 585.10 | 4/04 | 94256 | 622.83 | 4/04 |
| 94173 | 477.92 | 4/12 | 94215 | 27.25 | 4/11 | 94257 | 600.12 | 4/04 |
| 94174 | 674.38 | 4/04 | 94216 | 1,075.77 | 4/04 | 94258 | 1,223.29 | 4/07 |
| 94175 | 454.66 | 4/04 | 94217 | 197.68 | 4/04 | 94259 | 454.78 | 4/06 |
| 94176 | | | 94218 | 1,369.98 | 4/06 | 94260 | 539.30 | 4/04 |
| 94177 | | | 94219 | | | 94261 | | 4/04 |
| 94178 | | | 94220 | | | 94262 | | |
| 94179 | | | 94221 | 900.31 | 4/06 | 94263 | 557.35 | 4/08 |
| 94180 | | | 94222 | | | 94264 | 292.19 | 4/04 |
| 94181 | | | 94223 | 426.26 | 4/04 | 94265 | 643.22 | 4/01 |
| 94182 | 642.27 | 4/04 | 94224 | 397.57 | 4/05 | 94266 | 396.97 | 4/04 |
| 94183 | 733.87 | | 94225 | 320.27 | 4/13 | 94267 | 268.49 | 4/05 |
| 94184 | 731.17 | | 94226 | | | 94268 | 982.57 | 4/04 |
| 94185 | 802.15 | 4/08 | 94227 | 852.15 | 4/05 | 94269 | 636.70 | 4/04 |
| 94186 | 813.50 | 4/04 | 94228 | 647.22 | 4/04 | 94270 | 1,105.37 | 4/05 |
| 94187 | 630.69 | 4/04 | 94229 | 491.80 | 4/04 | 94271 | 628.37 | 4/04 |
| 94188 | 505.14 | 4/04 | 94230 | 1,237.04 | 4/04 | 94272 | 440.21 | 4/04 |
| 94189 | 329.75 | 4/05 | 94231 | 1,057.35 | 4/07 | 94273 | 37.62 | 4/04 |
| 94190 | 388.03 | 4/04 | 94232 | 982.25 | 4/04 | 94274 | 717.65 | 4/04 |
| 94191 | 783.61 | 4/04 | 94233 | 887.68 | 4/06 | 94275 | 992.27 | 4/05 |
| 94192 | 1,024.96 | | 94234 | 1,141.75 | 4/05 | 94276 | | 4/04 |
| 94193 | 680.94 | 4/08 | 94235 | 1,078.56 | 4/04 | 94277 | | 4/07 |
| 94194 | 748.46 | 4/01 | 94236 | 994.37 | 4/04 | 94278 | 858.11 | 4/04 |
| 94195 | 592.97 | 4/04 | 94237 | 836.02 | 4/05 | 94279 | 889.09 | 4/04 |
| 94196 | 801.69 | 4/01 | 94238 | 1,023.10 | 4/06 | 94280 | 637.30 | 4/06 |
| 94197 | 487.74 | 4/01 | 94239 | 141.07 | 4/07 | 94281 | 543.08 | 4/05 |
| 94198 | 855.89 | 4/01 | 94240 | 859.97 | 4/06 | 94282 | 84.85 | 4/04 |
| 94199 | 632.15 | 4/04 | 94241 | 630.81 | 4/04 | 94283 | 389.35 | 4/01 |
| 94200 | 684.42 | 4/05 | 94242 | 959.87 | 4/04 | 94284 | 450.11 | 4/04 |
| 94201 | 495.28 | 4/04 | 94243 | 1,495.76 | 4/08 | 94285 | 482.32 | 4/04 |
| 94202 | 399.17 | 4/04 | 94244 | 356.54 | 4/06 | 94286 | 590.40 | 4/04 |
| 94203 | 437.11 | 4/04 | 94245 | 941.11 | 4/04 | 94287 | 489.93 | 4/04 |
| 94204 | 540.75 | 4/06 | 94246 | 836.25 | 4/13 | 94288 | 946.72 | 4/04 |
| 94205 | 537.19 | 4/01 | 94247 | 495.14 | 4/06 | 94289 | 481.88 | 4/04 |
| 94206 | 450.15 | 4/04 | 94248 | 923.24 | 4/11 | 94290 | 538.65 | 4/07 |
| 94207 | 597.59 | 4/04 | 94249 | 1,280.01 | 4/06 | 94291 | 938.18 | 4/04 |
| 94208 | 588.93 | 4/04 | 94250 | 767.09 | 4/04 | 94292 | 651.47 | 4/13 |
| | | | | | | 94293 | 1,056.67 | 4/05 |

**\* Indicates a break in check number sequence**

*Checks continued on next page*