

WACHOVIA

# Commercial Checking

12 2079900016741 001 109 0 0 23,322

## Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 94294 | 850.43 | 4/06 | 94338 | 1,537.96 | 4/25 | 94384 | 1,211.93 | 4/12 |
| 94295 | 702.33 | 4/04 | 94340* | 705.30 | 4/08 | 94385 | 501.34 | 4/12 |
| 94296 | 601.22 | 4/07 | 94341 | 773.55 | 4/11 | 94386 | 882.24 | 4/08 |
| 94297 | 109.16 | 4/11 | 94342 | 775.57 | 4/11 | 94387 | 1,376.01 | 4/08 |
| 94298 | 588.21 | 4/04 | 94343 | 1,172.87 | 4/12 | 94388 | 832.53 | 4/13 |
| 94299 | 698.17 | 4/04 | 94344 | 249.01 | 4/11 | 94389 | 949.98 | 4/11 |
| 94300 | 681.18 | 4/28 | 94345 | 149.90 | 4/18 | 94390 | 211.27 | 4/13 |
| 94301 | 611.56 | 4/22 | 94346 | 481.81 | 4/11 | 94391 | 409.17 | 4/13 |
| 94302 | 616.26 | 4/08 | 94347 | 663.88 | 4/12 | 94392 | 743.08 | 4/08 |
| 94303 | [illegible] | [illegible] | 94348 | 351.32 | 4/11 | 94393 | 963.95 | 4/11 |
| 94304 | [illegible] | [illegible] | 94349 | 573.62 | 4/13 | 94394 | 940.39 | 4/08 |
| 94305 | [illegible] | 4/08 | 94350 | 606.32 | 4/11 | 94395 | 795.71 | 4/12 |
| 94306 | [illegible] | 4/12 | 94351 | 833.67 | 4/11 | 94396 | 833.70 | 4/12 |
| 94307 | [illegible] | 4/11 | 94352 | 637.90 | 4/12 | 94397 | 685.63 | 4/11 |
| 94308 | 465.24 | 4/11 | 94353 | 864.93 | 4/11 | 94398 | 545.23 | 4/11 |
| 94309 | 889.99 | 4/11 | 94354 | 767.11 | 4/13 | 94399 | 1,000.69 | 4/21 |
| 94310 | 286.27 | 4/11 | 94355 | 806.99 | 4/13 | 94400 | 716.04 | 4/22 |
| 94311 | 414.67 | 4/12 | 94356 | 492.81 | 4/13 | 94401 | 580.76 | 4/08 |
| 94313* | 569.34 | 4/12 | 94358* | 291.32 | 4/12 | 94402 | 572.21 | 4/08 |
| 94314 | 1,129.22 | 4/18 | 94359 | 197.93 | 4/11 | 94403 | 699.24 | 4/11 |
| 94315 | 1,374.57 | 4/13 | 94360 | 492.98 | 4/11 | 94404 | 1,060.85 | 4/11 |
| 94316 | 992.74 | 4/13 | 94361 | 1,192.71 | 4/13 | 94405 | 704.81 | 4/11 |
| 94317 | 538.79 | 4/26 | 94362 | 193.51 | 4/19 | 94406 | 850.10 | 4/12 |
| 94319* | 960.81 | 4/11 | 94363 | 684.18 | 4/13 | 94407 | 487.26 | 4/11 |
| 94320 | 614.29 | 4/13 | 94364 | 780.76 | 4/12 | 94408 | 958.25 | 4/13 |
| 94321 | 891.47 | 4/22 | 94365 | 1,098.74 | 4/12 | 94409 | 726.55 | 4/12 |
| 94322 | 591.53 | 4/13 | 94366 | 459.48 | 4/15 | 94410 | 1,024.29 | 4/11 |
| 94323 | 608.02 | 4/12 | 94367 | 1,466.84 | 4/12 | 94411 | 1,008.19 | 4/11 |
| 94324 | 698.89 | 4/14 | 94369* | 872.07 | 4/12 | 94412 | 1,048.69 | 4/12 |
| 94325 | 487.26 | 4/18 | 94370 | 1,042.48 | 4/14 | 94413 | 541.78 | 4/13 |
| 94326 | 838.34 | 4/13 | 94371 | 930.65 | 4/11 | 94414 | 775.04 | 4/18 |
| 94327 | 894.39 | 4/11 | 94372 | 1,139.23 | 4/08 | 94415 | 521.47 | 4/11 |
| 94328 | 233.39 | 4/12 | 94373 | 1,108.76 | 4/11 | 94416 | 373.95 | 4/26 |
| 94329 | 931.96 | 4/11 | 94374 | 924.51 | 4/11 | 94417 | 1,161.57 | 4/08 |
| 94330 | 744.51 | 4/12 | 94375 | 720.94 | 4/15 | 94418 | 569.08 | 4/11 |
| 94331 | 836.24 | 4/11 | 94376 | 1,104.43 | 4/12 | 94419 | 589.87 | 4/13 |
| 94332 | 1,008.83 | 4/11 | 94377 | 1,101.00 | 4/11 | 94420 | 661.13 | 4/11 |
| 94333 | 765.63 | 4/08 | 94378 | 1,054.25 | 4/11 | 94421 | 599.72 | 4/11 |
| 94334 | 382.22 | 4/13 | 94379 | 1,244.25 | 4/13 | 94422 | 575.51 | 4/11 |
| 94335 | 368.51 | 4/12 | 94380 | 336.89 | 4/13 | 94423 | 265.98 | 4/12 |
| 94336 | 465.45 | 4/11 | 94381 | 1,122.82 | 4/13 | 94424 | 716.30 | 4/08 |
| 94337 | 622.60 | 4/13 | 94383* | 113.54 | 4/13 | 94425 | 630.37 | 4/11 |

* Indicates a break in check number sequence

Checks continued on next page



# Commercial Checking

13 2079900016741 001 109 0 0 23,323

## Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 94426 | 442.70 | 4/13 | 94468 | 1,060.77 | 4/12 | 94510 | 698.65 | 4/11 |
| 94427 | 923.80 | 4/12 | 94469 | 472.57 | 4/13 | 94511 | 650.38 | 4/11 |
| 94428 | 651.74 | 4/08 | 94470 | 405.28 | 4/11 | 94512 | 411.02 | 4/11 |
| 94429 | 733.80 | 4/08 | 94471 | 994.31 | 4/11 | 94513 | 689.59 | 4/11 |
| 94430 | 983.65 | 4/11 | 94472 | 720.02 | 4/12 | 94514 | 440.20 | 4/11 |
| 94431 | 606.55 | 4/11 | 94473 | 504.03 | 4/12 | 94515 | 100.84 | 4/13 |
| 94432 | 556.23 | 4/13 | 94474 | 827.17 | 4/11 | 94516 | 849.21 | 4/12 |
| 94433 | 441.81 | 4/11 | 94475 | 595.14 | 4/12 | 94517 | 417.03 | 4/13 |
| 94434 | 399.36 | 4/11 | 94476 | 646.79 | 4/11 | 94518 | 653.22 | 4/14 |
| 94435 | [illegible] | 4/11 | 94477 | 159.48 | 4/11 | 94519 | 885.38 | 4/11 |
| 94436 | [illegible] | [illegible] | 94478 | 284.33 | 4/13 | 94520 | 598.59 | 4/08 |
| 94437 | [illegible] | [illegible] | 94479 | 493.55 | 4/11 | 94521 | 430.20 | 4/12 |
| 94438 | 676.21 | 4/12 | 94480 | 399.78 | 4/18 | 94522 | 370.73 | 4/11 |
| 94439 | 469.25 | 4/12 | 94481 | 542.45 | 4/11 | 94523 | 611.21 | 4/12 |
| 94440 | 662.54 | 4/11 | 94482 | 826.19 | 4/12 | 94524 | 940.75 | 4/12 |
| 94441 | 912.90 | 4/08 | 94483 | 432.92 | 4/13 | 94525 | 479.49 | 4/11 |
| 94442 | 892.47 | 4/08 | 94484 | 373.63 | 4/19 | 94526 | 345.07 | 4/11 |
| 94443 | 707.45 | 4/22 | 94485 | 687.60 | 4/11 | 94527 | 1,165.53 | 4/11 |
| 94444 | 724.26 | 4/08 | 94486 | 615.79 | 4/14 | 94528 | 639.86 | 4/13 |
| 94445 | 609.66 | 4/11 | 94487 | 1,083.08 | 4/13 | 94529 | 660.97 | 4/13 |
| 94446 | 495.27 | 4/12 | 94488 | 1,098.70 | 4/11 | 94530 | 272.91 | 4/11 |
| 94447 | 399.79 | 4/11 | 94489 | 702.60 | 4/11 | 94531 | 696.17 | 4/11 |
| 94448 | 437.10 | 4/11 | 94490 | 416.10 | 4/18 | 94532 | 1,222.58 | 4/12 |
| 94449 | 792.38 | 4/13 | 94491 | 840.43 | 4/12 | 94533 | 568.19 | 4/18 |
| 94450 | 537.20 | 4/08 | 94492 | 895.07 | 4/11 | 94534 | 1,490.77 | 4/11 |
| 94451 | 834.71 | 4/11 | 94493 | 711.35 | 4/11 | 94535 | 751.01 | 4/23 |
| 94452 | 450.16 | 4/11 | 94494 | 889.92 | 4/13 | 94536 | 727.13 | 4/22 |
| 94453 | 769.41 | 4/08 | 94495 | 157.82 | 4/13 | 94537 | 807.69 | 4/15 |
| 94454 | 458.72 | 4/11 | 94496 | 228.86 | 4/11 | 94538 | 462.33 | 4/18 |
| 94455 | 306.96 | 4/11 | 94497 | 468.43 | 4/12 | 94539 | 438.82 | 4/20 |
| 94456 | 501.84 | 4/11 | 94498 | 616.03 | 4/11 | 94540 | 762.36 | 4/18 |
| 94457 | 431.96 | 4/12 | 94499 | 600.11 | 4/11 | 94541 | 313.03 | 4/18 |
| 94458 | 442.68 | 4/11 | 94500 | 599.87 | 4/13 | 94542 | 460.55 | 4/18 |
| 94459 | 476.74 | 4/11 | 94501 | 454.43 | 4/14 | 94543 | 389.81 | 4/19 |
| 94460 | 442.16 | 4/08 | 94502 | 651.42 | 4/11 | 94544 | 466.24 | 4/18 |
| 94461 | 668.60 | 4/11 | 94503 | 668.80 | 4/11 | 94545 | 1,016.89 | 4/18 |
| 94462 | 203.18 | 4/11 | 94504 | 662.09 | 4/20 | 94546 | 306.27 | 4/18 |
| 94463 | 469.14 | 4/11 | 94505 | 438.43 | 4/12 | 94547 | 482.27 | 4/19 |
| 94464 | 539.17 | 4/11 | 94506 | 297.36 | 4/11 | 94548 | 815.15 | 4/18 |
| 94465 | 736.20 | 4/13 | 94507 | 643.23 | 4/11 | 94549 | 448.67 | 4/15 |
| 94466 | 1,435.42 | 4/11 | 94508 | 523.50 | 4/11 | 94550 | 565.27 | 4/19 |
| 94467 | 585.02 | 4/18 | 94509 | 890.60 | 4/11 | 94551 | 874.31 | 4/20 |

** Indicates a break in check number sequence*

*Checks continued on next page*



WACHOVIA

# Commercial Checking

14 2079900016741 001 109 0 0 23,324

## Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 94552 | 392.59 | 4/18 | 94597 | 650.28 | 4/25 | 94644 | 1,132.96 | 4/15 |
| 94553 | 443.38 | 4/19 | 94598 | 619.89 | 4/19 | 94645 | 1,159.68 | 4/18 |
| 94554 | 652.02 | 4/18 | 94599 | 874.84 | 4/20 | 94646 | 527.66 | 4/19 |
| 94556* | 651.14 | 4/18 | 94600 | 704.21 | 4/25 | 94647 | 531.58 | 4/18 |
| 94557 | 593.80 | 4/18 | 94601 | 1,240.52 | 4/20 | 94648 | 521.47 | 4/25 |
| 94558 | 611.78 | 4/25 | 94602 | 1,933.00 | 4/18 | 94649 | 509.07 | 4/26 |
| 94559 | 571.75 | 4/22 | 94603 | 1,235.70 | 4/15 | 94650 | 896.54 | 4/15 |
| 94560 | 1,225.04 | 4/18 | 94605* | 412.22 | 4/20 | 94651 | 529.92 | 4/25 |
| 94561 | 442.89 | 4/18 | 94607* | 635.10 | 4/18 | 94652 | 164.28 | 4/18 |
| 94562 | 695.96 | 4/19 | 94608 | 368.08 | 4/18 | 94653 | 589.87 | 4/18 |
| 94563 | [illegible] | 4/19 | 94609 | 819.14 | 4/18 | 94654 | 627.98 | 4/18 |
| 94564 | 1,069.20 | [illegible] | 94610 | 154.76 | 4/18 | 94655 | 677.68 | 4/18 |
| 94565 | 612.03 | 4/19 | 94611 | 124.78 | 4/18 | 94656 | 586.95 | 4/18 |
| 94566 | [illegible] | 4/18 | 94612 | 671.82 | 4/18 | 94657 | 265.99 | 4/18 |
| 94567 | 719.33 | 4/18 | 94613 | 641.19 | 4/18 | 94658 | 726.98 | 4/19 |
| 94568 | 251.47 | 4/19 | 94614 | 722.63 | 4/19 | 94659 | 794.00 | 4/18 |
| 94569 | 646.42 | 4/19 | 94615 | 1,036.68 | 4/19 | 94660 | 258.72 | 4/21 |
| 94570 | 966.73 | 4/18 | 94616 | 1,093.40 | 4/18 | 94661 | 753.44 | 4/20 |
| 94571 | 957.94 | 4/18 | 94618* | 684.99 | 4/18 | 94662 | 874.29 | 4/18 |
| 94572 | 1,007.71 | 4/19 | 94619 | 1,896.92 | 4/18 | 94663 | 470.24 | 4/25 |
| 94573 | 519.32 | 4/18 | 94620 | 803.00 | 4/19 | 94664 | 572.05 | 4/18 |
| 94574 | 488.48 | 4/18 | 94621 | 922.86 | 4/18 | 94665 | 630.69 | 4/18 |
| 94575 | 472.88 | 4/20 | 94622 | 1,219.50 | 4/18 | 94666 | 676.98 | 4/18 |
| 94576 | 960.58 | 4/18 | 94623 | 464.55 | 4/20 | 94667 | 501.19 | 4/18 |
| 94578* | 882.97 | 4/15 | 94624 | 796.98 | 4/18 | 94668 | 388.02 | 4/18 |
| 94579 | 773.55 | 4/18 | 94625 | 214.12 | 4/25 | 94669 | 768.61 | 4/18 |
| 94580 | 599.72 | 4/18 | 94626 | 316.05 | 4/15 | 94670 | 1,119.45 | 4/19 |
| 94581 | 954.19 | 4/18 | 94627 | 1,075.01 | 4/18 | 94671 | 976.44 | 4/20 |
| 94582 | 649.46 | 4/18 | 94628 | 495.50 | 4/18 | 94672 | 1,093.82 | 4/18 |
| 94583 | 138.20 | 4/18 | 94629 | 618.73 | 4/19 | 94673 | 994.14 | 4/18 |
| 94584 | 622.79 | 4/18 | 94630 | 94.84 | 4/18 | 94674 | 662.55 | 4/18 |
| 94585 | 550.62 | 4/19 | 94632* | 722.07 | 4/18 | 94675 | 920.06 | 4/16 |
| 94586 | 763.64 | 4/18 | 94634* | 649.96 | 4/22 | 94676 | 460.94 | 4/15 |
| 94587 | 482.09 | 4/20 | 94635 | 406.57 | 4/15 | 94677 | 627.95 | 4/22 |
| 94588 | 1,211.03 | 4/18 | 94636 | 572.29 | 4/18 | 94678 | 862.11 | 4/18 |
| 94589 | 1,168.91 | 4/25 | 94637 | 670.95 | 4/18 | 94679 | 748.16 | 4/18 |
| 94590 | 598.34 | 4/18 | 94638 | 1,001.05 | 4/18 | 94680 | 495.27 | 4/21 |
| 94591 | 1,418.05 | 4/18 | 94639 | 502.74 | 4/19 | 94681 | 399.78 | 4/18 |
| 94592 | 1,436.60 | 4/18 | 94640 | 1,073.35 | 4/15 | 94682 | 442.52 | 4/18 |
| 94593 | 688.70 | 4/18 | 94641 | 654.58 | 4/15 | 94683 | 729.40 | 4/20 |
| 94594 | 529.63 | 4/18 | 94642 | 699.85 | 4/21 | 94684 | 537.18 | 4/15 |
| 94596* | 568.53 | 4/19 | 94643 | 579.66 | 4/19 | 94685 | 834.69 | 4/18 |

* *Indicates a break in check number sequence*

*Checks continued on next page*

## Commercial Checking

15 2079900016741 001 109 0 0 23,325

### Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 94686 | 450.16 | 4/18 | 94728 | 747.19 | 4/18 | 94771 | 578.26 | 4/15 |
| 94687 | 382.26 | 4/19 | 94729 | 515.98 | 4/18 | 94772 | 739.43 | 4/20 |
| 94688 | 458.74 | 4/18 | 94730 | 534.64 | 4/18 | 94773 | 708.98 | 4/15 |
| 94689 | 606.94 | 4/18 | 94731 | 907.79 | 4/18 | 94774 | 578.26 | 4/18 |
| 94690 | 385.93 | 4/22 | 94732 | 253.57 | 4/20 | 94775 | 919.28 | 4/18 |
| 94691 | 443.89 | 4/18 | 94733 | 433.97 | 4/18 | 94776 | 209.96 | 4/26 |
| 94692 | 442.67 | 4/20 | 94734 | 699.95 | 4/20 | 94777 | 629.12 | 4/25 |
| 94693 | 1,056.98 | 4/18 | 94735 | 721.35 | 4/18 | 94778 | 458.23 | 4/20 |
| 94694 | 476.75 | 4/18 | 94736 | 600.12 | 4/21 | 94779 | 751.01 | 4/28 |
| 94695 | 277.89 | 4/20 | 94737 | 303.03 | 4/20 | 94780 | 611.55 | 4/22 |
| 94696 | [illegible] | [illegible] | 94738 | [illegible] | 4/18 | 94782 | 482.93 | 4/25 |
| 94697 | [illegible] | [illegible] | 94739 | [illegible] | [illegible] | 94783 | 439.13 | 4/27 |
| 94698 | [illegible] | 4/18 | 94740 | 539.80 | 4/20 | 94784 | 684.88 | 4/22 |
| 94699 | [illegible] | 4/18 | 94741 | 789.91 | 4/20 | 94785 | 294.98 | 4/25 |
| 94700 | 644.75 | 4/18 | 94742 | 693.70 | 4/20 | 94786 | 771.01 | 4/25 |
| 94701 | 239.04 | 4/18 | 94743 | 563.59 | 4/18 | 94787 | 305.50 | 4/27 |
| 94702 | 635.27 | 4/18 | 94744 | 379.0[illegible] | 4/20 | 94788 | 398.79 | 4/25 |
| 94703 | 1,051.89 | 4/19 | 94745 | [illegible] | 4/20 | 94789 | 305.09 | 4/25 |
| 94704 | 550.63 | 4/18 | 94746 | 525.[illegible] | 4/18 | 94790 | 444.56 | 4/26 |
| 94705 | 469.56 | 4/18 | 94747 | 740.69 | 4/20 | 94791 | 671.88 | 4/25 |
| 94706 | 583.86 | 4/20 | 94748 | 671.35 | 4/18 | 94792 | 447.47 | 4/22 |
| 94707 | 1,294.02 | 4/19 | 94749 | 109.40 | 4/25 | 94793 | 453.75 | 4/26 |
| 94708 | 641.54 | 4/18 | 94750 | 623.35 | 4/18 | 94794 | 874.30 | 4/27 |
| 94709 | 472.86 | 4/20 | 94751 | 720.30 | 4/18 | 94795 | 1,109.22 | 4/26 |
| 94710 | 608.80 | 4/18 | 94752 | 440.21 | 4/18 | 94796 | 1,083.04 | 4/26 |
| 94711 | 895.32 | 4/18 | 94753 | 239.80 | 4/18 | 94797 | 915.71 | 4/27 |
| 94712 | 670.43 | 4/20 | 94754 | 863.46 | 4/18 | 94800* | 930.60 | 4/26 |
| 94713 | 575.69 | 4/20 | 94755 | 598.78 | 4/18 | 94801 | 812.94 | 4/25 |
| 94714 | 654.68 | 4/21 | 94756 | 723.99 | 4/20 | 94803* | 1,039.39 | 4/26 |
| 94715 | 424.16 | 4/18 | 94757 | 444.35 | 4/20 | 94805* | 555.16 | 4/27 |
| 94716 | 709.69 | 4/18 | 94758 | 427.28 | 4/18 | 94807* | 1,444.97 | 4/25 |
| 94717 | 644.94 | 4/18 | 94759 | 1,072.25 | 4/18 | 94808 | 489.68 | 4/26 |
| 94718 | 646.98 | 4/20 | 94760 | 316.61 | 4/15 | 94809 | 241.47 | 4/28 |
| 94719 | 379.65 | 4/21 | 94761 | 480.38 | 4/19 | 94810 | 382.67 | 4/25 |
| 94720 | 687.59 | 4/20 | 94762 | 625.77 | 4/18 | 94811 | 1,032.37 | 4/25 |
| 94721 | 434.14 | 4/20 | 94763 | 788.88 | 4/18 | 94812 | 96.08 | 4/25 |
| 94722 | 1,335.10 | 4/18 | 94764 | 472.85 | 4/18 | 94813 | 880.03 | 4/25 |
| 94723 | 476.07 | 4/18 | 94765 | 760.25 | 4/18 | 94814 | 203.90 | 4/26 |
| 94724 | 386.39 | 4/20 | 94766 | 546.50 | 4/19 | 94815 | 906.71 | 4/26 |
| 94725 | 555.78 | 4/20 | 94767 | 951.29 | 4/18 | 94816 | 602.12 | 4/25 |
| 94726 | 898.46 | 4/25 | 94768 | 690.66 | 4/15 | 94818* | 512.35 | 4/28 |
| 94727 | 901.68 | 4/18 | 94770* | 1,055.85 | 4/18 | 94819 | 421.16 | 4/26 |

* *Indicates a break in check number sequence*

*Checks continued on next page*



# Commercial Checking

16 2079900016741 DD1 109 0 0 23,326

## Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 94820 | 884.69 | 4/28 | 94872 | 552.99 | 4/25 | 94919 | 642.42 | 4/25 |
| 94822* | 608.47 | 4/25 | 94873 | 136.56 | 4/25 | 94920 | 850.66 | 4/26 |
| 94823 | 732.62 | 4/27 | 94874 | 511.18 | 4/25 | 94921 | 862.18 | 4/25 |
| 94824 | 502.02 | 4/26 | 94875 | 573.78 | 4/25 | 94922 | 195.41 | 4/22 |
| 94825 | 451.71 | 4/26 | 94876 | 442.53 | 4/26 | 94923 | 726.33 | 4/25 |
| 94826 | 675.83 | 4/26 | 94878* | 535.18 | 4/25 | 94924 | 718.46 | 4/25 |
| 94827 | 249.63 | 4/25 | 94879 | 968.61 | 4/27 | 94925 | 495.28 | 4/26 |
| 94828 | 325.63 | 4/25 | 94881* | 455.19 | 4/22 | 94926 | 399.77 | 4/25 |
| 94829 | 669.27 | 4/26 | 94882 | 585.05 | 4/25 | 94927 | 746.65 | 4/26 |
| 94830 | 228.39 | 4/25 | 94883 | 513.80 | 4/25 | 94928 | 1,020.13 | 4/27 |
| 94831 | [illegible] | [illegible] | 94884 | 1,110.71 | 4/27 | 94929 | 537.20 | 4/22 |
| 94832 | [illegible] | 4/25 | 94885 | 741.87 | 4/25 | 94930 | 450.15 | 4/25 |
| 94833 | 1,791.77 | 4/22 | 94886 | 844.45 | 4/22 | 94931 | 940.59 | 4/25 |
| 94835* | 779.97 | 4/25 | 94887 | 538.77 | 4/25 | 94932 | 458.73 | 4/25 |
| 94836 | 724.79 | 4/26 | 94888 | 346.53 | 4/25 | 94933 | 506.96 | 4/25 |
| 94837 | 1,125.77 | 4/25 | 94889 | 591.44 | 4/26 | 94934 | 851.16 | 4/25 |
| 94838 | 1,011.63 | 4/25 | 94890 | 828.17 | 4/22 | 94935 | 443.89 | 4/25 |
| 94839 | 1,042.20 | 4/25 | 94891 | 1,090.25 | 4/25 | 94936 | 442.67 | 4/25 |
| 94841 | 492.98 | 4/25 | 94892 | 993.49 | 4/26 | 94937 | 763.45 | 4/25 |
| 94842 | 176.92 | 4/25 | 94893 | 532.21 | 4/25 | 94938 | 511.42 | 4/26 |
| 94844* | 1,250.64 | 4/25 | 94894 | 521.46 | 4/25 | 94939 | 290.89 | 4/25 |
| 94845 | 1,401.75 | 4/25 | 94895 | 631.20 | 4/26 | 94940 | 682.92 | 4/25 |
| 94847* | 444.37 | 4/25 | 94896 | 733.40 | 4/25 | 94941 | 267.97 | 4/25 |
| 94848 | 437.98 | 4/25 | 94897 | 454.67 | 4/25 | 94942 | 870.48 | 4/27 |
| 94853* | 1,056.76 | 4/25 | 94898 | 879.99 | 4/27 | 94943 | 1,030.17 | 4/28 |
| 94854 | 543.18 | 4/28 | 94899 | 636.83 | 4/26 | 94944 | 512.81 | 4/25 |
| 94855 | 771.03 | 4/25 | 94900 | 1,217.50 | 4/26 | 94946* | 659.00 | 4/25 |
| 94856 | 947.61 | 4/25 | 94901 | 689.91 | 4/25 | 94947 | 405.28 | 4/25 |
| 94857 | 777.93 | 4/28 | 94904* | 1,142.39 | 4/25 | 94948 | 445.75 | 4/26 |
| 94858 | 710.29 | 4/25 | 94905 | 672.80 | 4/29 | 94949 | 510.09 | 4/26 |
| 94859 | 679.09 | 4/27 | 94906 | 933.59 | 4/26 | 94950 | 548.52 | 4/25 |
| 94860 | 966.38 | 4/25 | 94907 | 817.04 | 4/25 | 94951 | 835.20 | 4/25 |
| 94861 | 758.80 | 4/26 | 94908 | 552.03 | 4/26 | 94952 | 861.49 | 4/26 |
| 94862 | 1,201.76 | 4/26 | 94909 | 1,002.40 | 4/25 | 94953 | 898.38 | 4/25 |
| 94864* | 114.13 | 4/26 | 94910 | 718.43 | 4/25 | 94954 | 389.99 | 4/27 |
| 94865 | 733.46 | 4/25 | 94911 | 602.40 | 4/26 | 94955 | 622.09 | 4/25 |
| 94866 | 588.29 | 4/26 | 94912 | 507.53 | 4/25 | 94956 | 630.32 | 4/27 |
| 94867 | 505.34 | 4/22 | 94913 | 410.69 | 4/25 | 94957 | 1,030.39 | 4/25 |
| 94868 | 501.28 | 4/25 | 94914 | 747.58 | 4/25 | 94958 | 493.55 | 4/27 |
| 94869 | 605.98 | 4/26 | 94915 | 1,160.14 | 4/25 | 94959 | 614.54 | 4/25 |
| 94870 | 527.64 | 4/25 | 94917* | 811.21 | 4/25 | 94960 | 635.39 | 4/25 |
| 94871 | 190.63 | 4/25 | 94918 | 770.60 | 4/25 | 94961 | 559.66 | 4/25 |

*Indicates a break in check number sequence

Checks continued on next page



# Commercial Checking

17 2079900016741 001 109 0 0 23,327

WACHOVIA

## Checks *continued*

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 94962 | 523.59 | 4/25 | 94999 | 488.24 | 4/25 | 95177* | 506.94 | 4/29 |
| 94964* | 461.94 | 4/27 | 95000 | 737.94 | 4/25 | 95179* | 443.88 | 4/29 |
| 94965 | 655.16 | 4/25 | 95001 | 728.83 | 4/25 | 95182* | 288.74 | 4/29 |
| 94966 | 608.28 | 4/25 | 95002 | 462.15 | 4/22 | 95206* | 594.21 | 4/29 |
| 94967 | 300.16 | 4/26 | 95004* | 1,136.88 | 4/25 | 95219* | 824.04 | 4/29 |
| 94968 | 349.34 | 4/27 | 95005 | 432.47 | 4/28 | 95238* | 374.00 | 4/29 |
| 94970* | 694.61 | 4/25 | 95006 | 823.45 | 4/28 | 95250* | 316.61 | 4/29 |
| 94973* | 1,064.12 | 4/25 | 95007 | 472.83 | 4/25 | 95255* | 670.19 | 4/29 |
| 94974 | 763.92 | 4/25 | 95008 | 670.19 | 4/25 | 95261* | 569.20 | 4/29 |
| 94975 | 317.13 | 4/27 | 95009 | 546.55 | 4/25 | 455195* | 346.20 | 4/08 |
| 94976 | [illegible] | [illegible] | 95010 | 1,327.84 | 4/25 | 900889* | 3,906.49 | 4/06 |
| 94977 | [illegible] | [illegible] | 95011 | 621.68 | 4/25 | 900894* | 2,178.87 | 4/01 |
| 94978 | [illegible] | [illegible] | 95013* | 590.57 | 4/27 | 900897* | 523.84 | 4/13 |
| 94979 | 656.06 | 4/26 | 95014 | 589.20 | 4/22 | 900898 | 550.80 | 4/05 |
| 94980 | 487.77 | 4/25 | 95015 | 1,451.59 | 4/25 | 900899 | 578.68 | 4/12 |
| 94981 | 744.50 | 4/28 | 95016 | 703.86 | 4/29 | 900900 | 325.59 | 4/05 |
| 94983* | 800.99 | 4/25 | 95017 | 558.18 | 4/25 | 900901 | 2,966.50 | 4/04 |
| 94984 | 685.94 | 4/25 | 95018 | 436.02 | 4/25 | 900902 | 8,238.41 | 4/04 |
| 94985 | 584.99 | 4/25 | 95019 | 185.42 | 4/25 | 900903 | 152.96 | 4/07 |
| 94986 | 385.09 | 4/22 | 95020 | 625.74 | 4/25 | 900904 | 1,023.78 | 4/05 |
| 94987 | 756.18 | 4/25 | 95021 | 529.22 | 4/25 | 900905 | 171.37 | 4/11 |
| 94988 | 542.58 | 4/25 | 95027* | 684.88 | 4/29 | 900906 | 131.13 | 4/12 |
| 94989 | 1,313.80 | 4/26 | 95094* | 1,365.68 | 4/29 | 900907 | 315.61 | 4/27 |
| 94990 | 783.27 | 4/25 | 95109* | 829.30 | 4/29 | 900908 | 97.24 | 4/13 |
| 94991 | 1,817.58 | 4/25 | 95115* | 324.10 | 4/29 | 900909 | 608.39 | 4/12 |
| 94992 | 761.22 | 4/25 | 95126* | 967.49 | 4/29 | 900910 | 1,084.82 | 4/13 |
| 94993 | 440.20 | 4/25 | 95130* | 1,118.67 | 4/29 | 900911 | 10,303.69 | 4/18 |
| 94994 | 208.00 | 4/25 | 95131 | 539.15 | 4/29 | 900912 | 658.01 | 4/18 |
| 94995 | 905.95 | 4/25 | 95134* | 964.87 | 4/29 | 900913 | 148.77 | 4/18 |
| 94996 | 746.33 | 4/25 | 95150* | 1,280.77 | 4/29 | 900914 | 846.23 | 4/28 |
| 94997 | 605.66 | 4/22 | 95167* | 849.69 | 4/29 | 900915 | 2,178.87 | 4/29 |
| 94998 | 362.48 | 4/25 | 95173* | 537.20 | 4/29 | Total | $1,346,689.01 | |

* Indicates a break in check number sequence



# Commercial Checking

18 2079900016741 001 109 0 0 23,328

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 4/06 | 965.83 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050406 CCD<br>MISC C4025-024898906 |
| 4/06 | 4,604.61 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 050406 CCD<br>MISC C4025 09 223671 |
| 4/06 | 6,063.59 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 050406 CCD<br>MISC C4025 12 223672 |
| 4/06 | 100,374.10 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050406 CCD<br>MISC [illegible] |
| [illegible] | [illegible] | [illegible] |
| 4/07 | 134,588.25 | AUTOMATED DEBIT W.R. GRACE PAYROLL<br>CO. ID. [illegible] 050407 CCD<br>MISC SETTL NCVCERIDN WR GRACE1 |
| 4/07 | 384,725.99 | AUTOMATED DEBIT W.R. GRACE PAYROLL<br>CO. ID. [illegible] 050407 CCD<br>MISC SETTL NCVCERIDN WR GRACE1 |
| 4/08 | 0.02 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W R GRACE & COM |
| 4/11 | 1,085.70 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 050411 CCD<br>MISC C4025 01 225752 |
| 4/11 | 3,007.23 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050411 CCD<br>MISC C2916 004920628 |
| 4/11 | 5,747.07 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050411 CCD<br>MISC C2916 004920629 |
| 4/11 | 6,579.67 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 050411 CCD<br>MISC C4025 05 225753 |
| 4/11 | 8,298.63 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 050411 CCD<br>MISC C4025 11 225754 |
| 4/11 | 30,921.04 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050411 CCD<br>MISC C4213-004920646 |
| 4/11 | 350,756.34 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050411 CCD<br>MISC C4025-014920642 |
| 4/11 | 800,662.33 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050411 CCD<br>MISC C4025 054920643 |
| 4/11 | 869,519.18 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050411 CCD<br>MISC C4025-114920644 |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

19 2079900016741 001 109 0 0 23,329

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 4/12 | 5,255.63 | AUTOMATED DEBIT GRACE WASHINGTON PAYROLL<br>CO. ID. 050412 CCD<br>MISC SETTL NCVCERIDN WR GRACE3 |
| 4/12 | 112,925.33 | AUTOMATED DEBIT GRACE MANAGEMENT PAYROLL<br>CO. ID. 050412 CCD<br>MISC SETTL NCVCERIDN WR GRACE4 |
| 4/12 | 3,977,128.23 | AUTOMATED DEBIT W.R. GRACE PAYROLL<br>CO. ID. 050412 CCD<br>MISC SETTL NCVCERIDN WR GRACE1 |
| 4/13 | 1,341.21 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050413 CCD<br>MISC C4025 024926544 |
| 4/13 | [illegible] | [illegible] CERIDIAN AKA CDC WAGE ATT<br>[illegible]<br>MISC [illegible] |
| 4/13 | [illegible] | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. [illegible] 050412 CCD<br>MISC [illegible] |
| 4/13 | 102,639.83 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050413 CCD<br>MISC C4025 [illegible] |
| 4/13 | 310,718.92 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050413 CCD<br>MISC C4025 [illegible] |
| 4/14 | 513,352.17 | AUTOMATED DEBIT W.R. GRACE PAYROLL<br>CO. ID. 050414 CCD<br>MISC SETTL NCVCERIDN WR GRACE1 |
| 4/18 | 2.00 | POSTING EQUALS NOTIFICATION ADJUST |
| 4/19 | 2.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2000000282172 W R GRACE & COM |
| 4/20 | 1,517.04 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050420 CCD<br>MISC C4025 0249[illegible]205 |
| 4/20 | 4,691.49 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. [illegible] 050420 CCD<br>MISC C4025 [illegible] |
| 4/20 | 6,659.58 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. [illegible] 050420 CCD<br>MISC C4025 [illegible] |
| 4/20 | 99,709.57 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050420 CCD<br>MISC C4025 094968206 |
| 4/20 | 317,429.87 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050420 CCD<br>MISC C4025 124968207 |
| 4/21 | 527,694.19 | AUTOMATED DEBIT W.R. GRACE PAYROLL<br>CO. ID. 050421 CCD<br>MISC SETTL NCVCERIDN WR GRACE1 |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

20 2079900016741 001 109 0 0 23,330

WACHOVIA

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
| --- | --- | --- |
| 4/22 | 5,598.84 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050422 CCD<br>MISC C4025-014990255 |
| 4/25 | 1,085.70 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 050425 CCD<br>MISC C4025-01231101 |
| 4/25 | 3,007.22 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050425 CCD<br>MISC C2916-004991365 |
| 4/25 | 6,229.67 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 050425 CCD<br>MISC C4025-05231102 |
| 4/25 | [illegible] | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. [illegible] 050425 CCD<br>MISC [illegible] |
| 4/25 | 17,857.35 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. [illegible]902914 050425 CCD<br>MISC [illegible]004991380 |
| 4/25 | 710,444.90 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. [illegible] 050425 CCD<br>MISC C4025-[illegible]376 |
| 4/25 | 971,843.63 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050425 CCD<br>MISC C4025-054991377 |
| 4/25 | 1,058,479.20 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050425 CCD<br>MISC C4025-114991378 |
| 4/26 | 5,255.64 | AUTOMATED DEBIT GRACE WASHINGTON PAYROLL<br>CO. ID. 050426 CCD<br>MISC SETTL NOVCERIDNWR GRACE3 |
| 4/26 | 4,020,049.19 | AUTOMATED DEBIT W.R. GRACE PAYROLL<br>CO. ID. 050426 CCD<br>MISC SETTL NOVCERIDN WR GRACE1 |
| 4/27 | 1,099.03 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050427 CCD<br>MISC C4025-024995172 |
| 4/27 | 4,710.90 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 050427 CCD<br>MISC C4025-09231392 |
| 4/27 | 6,710.18 | AUTOMATED DEBIT CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 050427 CCD<br>MISC C4025-12231393 |
| 4/27 | 104,416.83 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050427 CCD<br>MISC C4025-094995173 |

*Other Withdrawals and Service Fees continued on next page.*



WACHOVIA

# Commercial Checking

21 2079900016741 001 109 0 0 23,331

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|---|---|---|
| 4/27 | 324,574.53 | AUTOMATED DEBIT TAX SERVICE 702 PMT IMPND<br>CO. ID. 1411902914 050427 CCD<br>MISC C4025-124996174 |
| 4/28 | 536,462.73 | AUTOMATED DEBIT W.R. GRACE PAYROLL<br>CO. ID. 050428 CCD<br>MISC SETTL NOVCERIDN WR GRACE1 |
| **Total** | **$15,804,267.85** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 4/01 | 0.00 | 4/12 | 0.00 | 4/21 | 0.00 |
| 4/04 | 0.00 | 4/13 | 0.00 | 4/22 | 0.00 |
| 4/05 | 0.00 | 4/14 | 0.00 | 4/25 | 0.00 |
| 4/06 | 0.00 | 4/15 | 0.00 | 4/26 | 0.00 |
| 4/07 | 0.00 | 4/18 | 0.00 | 4/27 | 0.00 |
| 4/08 | 0.00 | 4/19 | 0.00 | 4/28 | 0.00 |
| 4/11 | 0.00 | 4/20 | 0.00 | 4/29 | 0.00 |



WACHOVIA

# WACHOVIA BANK, N.A.
## PAID / RANGE RECONCILEMENT BALANCE SHEET

W.R. GRACE & CO. - CONN. 113
ATTN DARLENE PARLIN
62 WHITTEMORE DR
CAMBRIDGE MA 02140

ACCT NO.: 0001 2079900005600

RECONCILEMENT OF DEBITS

CUTOFF DATE: 04/30/2005

| | | |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 2,953.67 |
| MISCELLANEOUS DEBITS | + | .00 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | .00 |
| DEBIT ADJUSTMENTS | - | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 2,953.67 |
| TOTAL DEBITS FROM BANK STATEMENT | | 2,953.67 |

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 113



WACHOVIA

# Commercial Checking

01 2079900005600 001 108 18 184 13,468

W R GRACE & CO - CONN
GRACE CONSTRUCTION PRODUCTS
ATTN: DARLENE PARLIN
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

CB 113

## Commercial Checking

4/01/2005 thru 4/29/2005

Account number: 2079900005600
Account owner(s): W R GRACE & CO - CONN
GRACE CONSTRUCTION PRODUCTS

Taxpayer ID Number: 135114230

### Account Summary

| | |
|---|---|
| Opening balance 4/01 | $0.00 |
| Deposits and other credits | 2,953.67 + |
| Other withdrawals and service fees | 2,953.67 - |
| **Closing balance 4/29** | **$0.00** |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/01 | 211.68 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/04 | 22.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/06 | 200.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/07 | 20.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/08 | 158.45 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/11 | 43.09 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/12 | 42.96 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/13 | 199.75 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/14 | 50.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/15 | 29.97 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/18 | 250.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/19 | 64.05 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/20 | 114.36 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |

*Deposits and Other Credits continued on next page.*



WACHOVIA

# Commercial Checking

02 2079900005600 001 108 18 184 13,469

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 4/25 | 289.23 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/26 | 245.50 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/27 | 631.29 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/28 | 291.50 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/29 | 89.84 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| Total | $2,953.67 | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 4/01 | 211.68 | LIST OF DEBITS POSTED |
| 4/04 | 22.00 | LIST OF DEBITS POSTED |
| 4/06 | 200.00 | LIST OF DEBITS POSTED |
| 4/07 | 20.00 | LIST OF DEBITS POSTED |
| 4/08 | 158.45 | LIST OF DEBITS POSTED |
| 4/11 | 43.09 | LIST OF DEBITS POSTED |
| 4/12 | 42.96 | LIST OF DEBITS POSTED |
| 4/13 | 199.75 | LIST OF DEBITS POSTED |
| 4/14 | 50.00 | LIST OF DEBITS POSTED |
| 4/15 | 29.97 | LIST OF DEBITS POSTED |
| 4/18 | 250.00 | LIST OF DEBITS POSTED |
| 4/19 | 64.05 | LIST OF DEBITS POSTED |
| 4/20 | 114.36 | LIST OF DEBITS POSTED |
| 4/25 | 289.23 | LIST OF DEBITS POSTED |
| 4/26 | 245.50 | LIST OF DEBITS POSTED |
| 4/27 | 631.29 | LIST OF DEBITS POSTED |
| 4/28 | 291.50 | LIST OF DEBITS POSTED |
| 4/29 | 89.84 | LIST OF DEBITS POSTED |
| Total | $2,953.67 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 4/01 | 0.00 | 4/08 | 0.00 | 4/14 | 0.00 |
| 4/04 | 0.00 | 4/11 | 0.00 | 4/15 | 0.00 |
| 4/06 | 0.00 | 4/12 | 0.00 | 4/18 | 0.00 |
| 4/07 | 0.00 | 4/13 | 0.00 | 4/19 | 0.00 |

*Daily Balance Summary continued on next page*



# Commercial Checking

03 2079900005600 001 108 18 184 13,470

## Daily Balance Summary *continued*

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 4/20 | 0.00 | 4/26 | 0.00 | 4/28 | 0.00 |
| 4/25 | 0.00 | 4/27 | 0.00 | 4/29 | 0.00 |



# Commercial Checking

01 2079900065006 001 145 80 0 19,329

W R GRACE & CO - CONN
ATTN: BILLIE GARDNER CB
7500 GRACE DR.
COLUMBIA MD 21044-4098

# Commercial Checking

4/01/2005 thru 4/29/2005

Account number: 2079900065006
Account owner(s): W R GRACE & CO - CONN

Taxpayer ID Number: 135114230

## Account Summary

| | |
|---|---|
| Opening balance 4/01 | $0.00 |
| Deposits and other credits | 144,323.10 + |
| Checks | 144,323.10 - |
| **Closing balance 4/29** | **$0.00** |

## Deposits and Other Credits

| *Date* | *Amount* | *Description* |
|---|---|---|
| 4/01 | 2,110.75 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/04 | 8,646.20 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/05 | 760.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/08 | 7,214.05 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/11 | 8,389.07 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/12 | 5,691.63 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/13 | 10,926.89 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/14 | 3,707.49 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/15 | 419.48 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/18 | 361.87 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/20 | 58,008.36 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/21 | 7,687.07 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/22 | 1,894.62 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/25 | 7,402.16 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

02 2079900065006 001 145 80 0 19,330

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|---|---|---|
| 4/26 | 12,780.06 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/27 | 1,672.66 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/28 | 4,004.75 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/29 | 2,645.99 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| **Total** | **$144,323.10** | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 3699 | 55.00 | 4/01 | 3782 | 374.48 | 4/15 | 3809 | 81.00 | 4/26 |
| 3744* | 72.00 | 4/04 | 3783 | 27.15 | 4/18 | 3810 | 1,674.09 | 4/20 |
| 3748* | 57.75 | 4/01 | 3784 | 122.00 | 4/13 | 3811 | 292.53 | 4/20 |
| 3751* | 1,157.00 | 4/01 | 3785 | 62.70 | 4/13 | 3812 | 411.78 | 4/20 |
| 3752 | 760.00 | 4/05 | 3786 | 293.25 | 4/13 | 3813 | 86.00 | |
| 3753 | 203.34 | 4/04 | 3787 | 388.00 | 4/26 | 3814 | 2,247.02 | 4/20 |
| 3756* | 1,202.60 | 4/04 | 3788 | 649.00 | 4/14 | 3815 | 799.00 | 4/22 |
| 3758* | 100.00 | 4/13 | 3789 | 334.72 | 4/18 | 3816 | 623.25 | 4/25 |
| 3759 | 841.00 | 4/01 | 3790 | 952.33 | 4/13 | 3817 | 1,180.19 | 4/20 |
| 3763* | 7,168.26 | 4/04 | 3791 | 55.00 | 4/25 | 3818 | 223.62 | 4/22 |
| 3765* | 294.48 | 4/11 | 3792 | 65.00 | 4/20 | 3819 | 52.80 | 4/21 |
| 3766 | 1,139.51 | 4/08 | 3793 | 1,243.46 | 4/13 | 3820 | 28,679.00 | 4/20 |
| 3767 | 150.00 | 4/11 | 3794 | 1,335.00 | 4/14 | 3821 | 81.60 | 4/21 |
| 3768 | 5,460.00 | 4/11 | 3795 | 141.75 | 4/13 | 3822 | 6,637.91 | 4/25 |
| 3769 | 799.00 | 4/13 | 3796 | 45.00 | 4/15 | 3823 | 37.27 | 4/20 |
| 3770 | 412.00 | 4/11 | 3797 | 267.00 | 4/13 | 3824 | 294.48 | 4/29 |
| 3771 | 977.33 | 4/14 | 3798 | 5,641.63 | 4/12 | 3825 | 862.50 | 4/27 |
| 3772 | 367.20 | 4/11 | 3799 | 7,552.67 | 4/21 | 3826 | 55.00 | 4/28 |
| 3773 | 291.60 | 4/14 | 3800 | 279.56 | 4/14 | 3827 | 122.00 | 4/27 |
| 3774 | 1,107.48 | 4/11 | 3801 | 1,341.45 | 4/29 | 3828 | 1,840.00 | 4/28 |
| 3775 | 405.91 | 4/11 | 3802 | 4,335.97 | 4/20 | 3829 | 2,052.00 | 4/28 |
| 3776 | 192.00 | 4/11 | 3803 | 185.00 | 4/20 | 3830 | 761.35 | 4/29 |
| 3777 | 188.90 | 4/13 | 3804 | 872.00 | 4/22 | 3831 | 248.71 | 4/29 |
| 3778 | 50.00 | 4/12 | 3805 | 57.75 | 4/28 | 3832 | 277.40 | 4/27 |
| 3779 | 6,074.54 | 4/08 | 3806 | 12,511.06 | 4/20 | 3833 | 410.76 | 4/27 |
| 3780 | 6,756.50 | 4/13 | 3807 | 62.63 | 4/20 | 3834 | 12,311.06 | 4/26 |
| 3781 | 175.00 | 4/14 | 3808 | 6,326.82 | 4/20 | **Total** | **$144,323.10** | |

** Indicates a break in check number sequence*

WACHOVIA

# Commercial Checking

03 2079900065006 001 145 80 0 19,331

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 4/01 | 0.00 | 4/13 | 0.00 | 4/22 | 0.00 |
| 4/04 | 0.00 | 4/14 | 0.00 | 4/25 | 0.00 |
| 4/05 | 0.00 | 4/15 | 0.00 | 4/26 | 0.00 |
| 4/08 | 0.00 | 4/18 | 0.00 | 4/27 | 0.00 |
| 4/11 | 0.00 | 4/20 | 0.00 | 4/28 | 0.00 |
| 4/12 | 0.00 | 4/21 | 0.00 | 4/29 | 0.00 |



# WACHOVIA BANK, N.A.
## FULL RECONCILEMENT BALANCE SHEET

W R GRACE CO-CONN 125
ATTN: DARLENE PARLIN
62 WHITTEMORE AVE

CAMBRIDGE MA 02140

ACCT NO.: 0001 2079920005761

| RECONCILEMENT OF DEBITS | | CUTOFF DATE: 04/30/2005 |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 107,484,347.90 |
| MISCELLANEOUS DEBITS | + | 27,506,350.42 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | 215.34 |
| DEBIT ADJUSTMENTS | - | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 134,990,913.66 |
| TOTAL DEBITS FROM BANK STATEMENT | | 134,990,913.66 |

| OUTSTANDING SETTLEMENT | | | | |
|---|---|---|---|---|
| PREVIOUS OUTSTANDING BALANCE | | | | 9,444,016.73 |
| STOPS REMOVED | + | .00 | | |
| O/S AMOUNT CHANGES | +/- | .00 | | |
| O/S DELETIONS | - | .00 | | |
| TOTAL ADJUSTMENTS TO PREVIOUS OUTSTANDING BALANCE | | | +/- | .00 |
| TOTAL ISSUES | | | + | 106,539,440.53 |
| CANCELLED ISSUES | | | - | 17,409.82 |
| STOPPED ISSUES | | | - | 478,851.22 |
| CHECKS PAID-NO-ISSUE | + | .00 | | |
| CHECKS PAID THIS PERIOD | - | 107,484,347.90 | | |
| CHECKS RCVD FOR PREV PNI | - | .00 | | |
| TOTAL PAID CHECKS MATCHED TO ISSUES | | | - | 107,484,347.90 |
| TOTAL OUTSTANDING THIS RECONCILEMENT PERIOD | | | | 8,002,848.32 |
| TOTAL OUTSTANDING FROM RECONCILIATION REPORTS | | | | 8,002,848.32 |

IF YOU HAVE ANY QUESTIONS, PLEASE
CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 125



# WACHOVIA BANK, N.A.
# FULL RECONCILEMENT BALANCE SHEET

W R GRACE CO-CONN 125 ACCT NO.: 0001 2079920005761

MISCELLANEOUS ADJUSTMENTS

| DATE | CHK NUM | EXPLANATION | AMOUNT |
|---|---|---|---|
| 042005 | 436170 | ITEM REVERSAL | 215.34 |
| TOTAL ADJUSTMENT TO RECONCILIATION | | | 215.34 |

END OF ADJUSTMENTS



WACHOVIA

## Commercial Checking

01 2079920005761 001 109 1658 0 23,878

W R GRACE AND CO
ATTN: DARLENE PARLIN
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

CB 125

## Commercial Checking

4/01/2005 thru 4/29/2005

Account number: 2079920005761
Account owner(s): W R GRACE AND CO

Taxpayer ID Number:

### Account Summary

| | | |
|---|---|---|
| Opening balance 4/01 | $0.00 | |
| Deposits and other credits | 134,990,913.66 | + |
| Checks | 107,484,563.24 | - |
| Other withdrawals and service fees | 27,506,350.42 | - |
| **Closing balance 4/29** | **$0.00** | |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/01 | 765,890.62 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/01 | 2,615,378.05 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/04 | 636,137.42 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/04 | 999,399.50 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/05 | 2,609.00 | AUTOMATED CREDIT RETURN SETTLE RETURN CO. ID. 050405 CCD MISC SETTL CHOWCRTN RETURN |
| 4/05 | 677,475.57 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/05 | 1,967,400.10 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/06 | 303.00 | AUTOMATED CREDIT RETURN SETTLE RETURN CO. ID. 050406 CCD MISC SETTL CHOWCRTN RETURN |
| 4/06 | 387,658.56 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/06 | 1,147,681.94 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 4/07 | 1,888.54 | AUTOMATED CREDIT RETURN SETTLE RETURN CO. ID. 050407 CCD MISC SETTL CHOWCRTN RETURN |
| 4/07 | 316,639.13 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |

*Deposits and Other Credits continued on next page.*