IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                                  Chapter 11

W.R. GRACE & Co., et al.,                               Case No.  01-01139 (JKF)
                                                        (Jointly Administered)

                   Debtors

SIXTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | May 1, 2005 through May 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $ 119,435.00): | $  95,548.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    1,275.00 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official
Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the
Court on June 8, 2004

The total time expended and included herein for fee application preparation is
approximately 16.20 hours and corresponding compensation requested is approximately
$3,127.00.

This is the Sixteenth Interim Application filed by Capstone.  Disclosure for the current
period and prior periods is as follows:

SIXTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

SIXTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $  494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $  435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |

SIXTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 5/1/05 through 5/31/05

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 18.80 | $9,964.00 |
| S. Cunningham | Member | $505 | 52.60 | $26,563.00 |
| C. Troyer | Consultant | $425 | 83.60 | $35,530.00 |
| L. Hamilton | Consultant | $350 | 128.10 | $44,835.00 |
| M. Hakoun | Research | $150 | 11.40 | $1,710.00 |
| N. Backer | Paraprofessional | $85 | 9.80 | $833.00 |
| For the Period 5/1/05 through 5/31/05 | | | 304.30 | $119,435.00 |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Codes
## For the period 5/1/05 through 5/31/05

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed the Grom transaction and prepared a report to the Committee thereon. | 11.10 | $4,300.50 |
| 04. Creditor Committee Matters | During the Fee Application Period, the Applicant prepared for and participated in calls and meetings with the Committee and counsel. Topics included the Grom stock transaction, 2005 Business Plan report, Siegel agreement, bankruptcy status, as well as other issues. | 33.60 | $15,300.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application Period, the Applicant read and analyzed information regarding the proposed Siegel agreement, as well as proposed pension funding motions, and prepared reports to the Committee thereon. | 56.40 | $24,610.00 |
| 06. Environmental Matters/Regulations/Litigation | During the Fee Application Period, the Applicant read and analyzed information pertaining to the DEP criminal case and prepared a report to counsel thereon. Additionally, the Applicant read and analyzed data regarding the Cytec settlement and prepared a report to the Committee thereon. | 16.30 | $6,464.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the March and April fee applications and the Fifth quarterly fee application. | 16.20 | $3,127.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed Q1 2005 financial results, comparative peer data, and other related information, and prepared a report to the Committee thereon. | 86.70 | $32,309.00 |
| 09. Financial Analysis – Business Plan | During the Fee Application Period, the Applicant read and analyzed information provided by Debtors regarding the 2005 Business Plan, and prepared analyses of sales, EBITDA, cash flow and other significant items/issues for inclusion in a report to the Committee. | 59.30 | $24,741.00 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed information and motions pertaining to claims settlement, insurance settlement, a proposed plant expansion as well as various other issues. In addition, the Applicant maintained a virtual database of case documents. | 10.60 | $3,214.00 |
| 15. Plan & Disclosure Statement | During the Fee Application period, the Applicant read and analyzed the Debtors' POR proposal and related documents. | 2.90 | $1,390.00 |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Codes
## For the period 5/1/05 through 5/31/05

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 26. Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors and their advisors regarding Q1 results, pension motions, settlements and various other issues. | 6.70 | $2,950.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read updates regarding proposed asbestos legislation. | 4.50 | $1,029.00 |
| **Total For the Period 5/1/05 through 5/31/05** | | **304.30** | **$119,435.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 5/1/2005 through 5/31/2005

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Acquisitions** | | | |
| 5/3/2005 | C. Troyer | 1.10 | Read and analyzed data pertaining to the proposed Grom transaction. |
| 5/5/2005 | C. Troyer | 0.60 | Edited follow-up questions pertaining to the proposed Grom transaction. |
| 5/5/2005 | L. Hamilton | 2.20 | Read claims settlement motion regarding Grom and prepared follow-up questions to the Debtors. |
| 5/11/2005 | E. Ordway | 0.50 | Analyzed data regarding the Grom acquisition and directed staff in further investigation. |
| 5/11/2005 | L. Hamilton | 1.60 | Read and analyzed responses provided by Debtors regarding Grom transaction. |
| 5/13/2005 | L. Hamilton | 1.40 | Analyzed information provided by the Debtors concerning the Grom transaction. |
| 5/16/2005 | E. Ordway | 1.10 | Read counsel's memo regarding Grom matter and summarized items for further investigation. |
| 5/23/2005 | L. Hamilton | 0.20 | Read counsel's memo regarding the Grom transaction. |
| 5/26/2005 | L. Hamilton | 2.40 | Followed up on Grom stock transaction open issues by analyzing additional Grom financial information provided by the Debtors. |
| Subtotal | | 11.10 | |
| **04. Creditor Committee Matters** | | | |
| 5/5/2005 | C. Troyer | 0.70 | Read a draft memo prepared by counsel and provided comments. |
| 5/6/2005 | L. Hamilton | 1.00 | Participated in call with counsel and tax advisors regarding Grom proposed stock transaction. |
| 5/11/2005 | C. Troyer | 0.40 | Exchanged e-mails with counsel regarding the upcoming Committee meeting. |
| 5/12/2005 | L. Hamilton | 1.60 | Prepared for and participated in conference call with counsel and tax advisors regarding Grom transaction. |
| 5/16/2005 | L. Hamilton | 0.20 | Discussed Grom transaction issues with counsel. |
| 5/16/2005 | C. Troyer | 0.80 | Discussed the pension and BFMIC memos with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 5/18/2005 | C. Troyer | 0.40 | Prepared list of Committee meeting attendees at the request of the Debtors. |
| 5/19/2005 | L. Hamilton | 1.00 | Discussed business plan report with counsel. |
| 5/24/2005 | C. Troyer | 3.50 | Prepared for Committee meeting by reading recent financial reports and issues memoranda. |
| 5/24/2005 | S. Cunningham | 4.30 | Read FY 2005 business plan data and prepared analysis of 1st quarter results vs. plan in preparation for meeting with Debtors and Committee. |
| 5/25/2005 | L. Hamilton | 1.30 | Read and summarized information regarding various agenda items for 5/26 meeting. |
| 5/25/2005 | L. Hamilton | 1.10 | Discussed 5/26 meeting agenda, Siegel contract and other issues with counsel. |
| 5/25/2005 | E. Ordway | 1.60 | Prepared for Committee meeting by reviewing recent reports and various correspondence. |
| 5/25/2005 | E. Ordway | 0.60 | Identified next steps and listed out items for discussion with Committee members. |
| 5/26/2005 | S. Cunningham | 5.00 | Participated in meeting with Debtors, counsel and advisors. |
| 5/26/2005 | E. Ordway | 3.20 | Attended Committee meeting with Debtors' representatives to discuss business status, business plan, bankruptcy process and key issues. |
| 5/26/2005 | S. Cunningham | 1.00 | Participated in meeting with members of the Committee. |
| 5/26/2005 | E. Ordway | 0.90 | Prepared for Committee meeting by listing out talking points/items for discussion. |
| 5/26/2005 | C. Troyer | 5.00 | Prepared for and attended the Committee meeting. |
| Subtotal | | 33.60 | |

### 05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 5/2/2005 | L. Hamilton | 3.10 | Read and summarized key points of Debtors' pension motions. |
| 5/2/2005 | C. Troyer | 4.60 | Read and analyzed the Debtors' draft pension contribution motions. |
| 5/3/2005 | C. Troyer | 4.20 | Began drafting follow-up questions pertaining to the proposed pension contribution motions. |
| 5/3/2005 | E. Ordway | 1.40 | Read and analyzed data regarding Debtors' proposal for funding pension costs. |
| 5/4/2005 | C. Troyer | 1.20 | Finalized follow-up questions pertaining to the proposed pension contribution motion. |
| 5/6/2005 | E. Ordway | 0.30 | Read counsel's memo regarding pension funding. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/9/2005 | C. Troyer | 2.80 | Read and analyzed follow-up materials provided by the Debtors pertaining to the proposed pension motions. |
| 5/9/2005 | S. Cunningham | 3.50 | Read pension motion and compared data therein to prior year pension data. |
| 5/10/2005 | S. Cunningham | 3.30 | Analyzed actuarial and other assumptions related to Debtors' proposal to fund various pension plans. |
| 5/11/2005 | C. Troyer | 4.60 | Began drafting a report to the Committee regarding the proposed pension motions. |
| 5/11/2005 | C. Troyer | 1.40 | Read and analyzed follow-up information provided by the Debtors pertaining to the proposed pension motions. |
| 5/12/2005 | C. Troyer | 8.00 | Drafted report to the Committee on the proposed pension motions. |
| 5/13/2005 | C. Troyer | 5.10 | Finalized initial draft of report to the Committee on the proposed pension motions. |
| 5/16/2005 | C. Troyer | 1.70 | Updated pension report to reflect counsel's comments. |
| 5/17/2005 | E. Ordway | 1.60 | Prepared/edited report to the Committee regarding pension matter. |
| 5/18/2005 | C. Troyer | 1.90 | Read and analyzed the motion regarding David Seigel's proposed consulting agreement. |
| 5/19/2005 | L. Hamilton | 1.80 | Read and analyzed motion regarding Siegel consulting agreement. |
| 5/23/2005 | S. Cunningham | 3.00 | Read pension funding motion and prepared related financial analysis. |
| 5/24/2005 | C. Troyer | 0.30 | Read and edited the report to the Committee on D. Siegel's proposed consulting agreement. |
| 5/24/2005 | L. Hamilton | 2.20 | Prepared analysis and summary of Siegel motion. |
| 5/25/2005 | E. Ordway | 0.40 | Prepared/edited report to Committee regarding Siegel consulting agreement. |
| Subtotal | | 56.40 | |

**06. Environmental Mtrs/Regs/Litig.**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/12/2005 | E. Ordway | 0.30 | Read counsel's memo regarding status of DEP criminal investigation. |
| 5/24/2005 | C. Troyer | 3.80 | Read and analyzed the proposed Cytec settlement motion and related agreements. |
| 5/26/2005 | C. Troyer | 2.20 | Began drafting questions pertaining to the proposed Cytec settlement agreement. |
| 5/26/2005 | L. Hamilton | 2.10 | Read and analyzed terms of Cytec settlement trust. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/27/2005 | C. Troyer | 3.40 | Consolidated list of questions prepared by Capstone, Navigant and counsel pertaining to the proposed Cytec settlement agreement. |
| 5/27/2005 | L. Hamilton | 4.00 | Summarized key points in Cytec motion and analyzed information related to settlement trust. |
| 5/31/2005 | L. Hamilton | 0.50 | Read and analyzed information regarding Cytec settlement trust. |
| Subtotal | | 16.30 | |

### 07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/2/2005 | L. Hamilton | 2.10 | Prepared March fee application. |
| 5/5/2005 | L. Hamilton | 0.60 | Prepared March fee application. |
| 5/6/2005 | N. Backer | 2.20 | Prepared fifth quarterly fee application. |
| 5/10/2005 | L. Hamilton | 1.70 | Prepared quarterly fee application. |
| 5/10/2005 | E. Ordway | 0.30 | Prepared fee application. |
| 5/10/2005 | N. Backer | 1.60 | Prepared March fee application. |
| 5/10/2005 | N. Backer | 1.30 | Prepared fifth quarterly fee application. |
| 5/13/2005 | N. Backer | 1.50 | Prepared April fee application. |
| 5/16/2005 | N. Backer | 1.20 | Prepared April fee application. |
| 5/19/2005 | N. Backer | 1.00 | Prepared April fee application. |
| 5/25/2005 | L. Hamilton | 0.90 | Prepared April fee application. |
| 5/31/2005 | N. Backer | 1.00 | Prepared April fee application. |
| 5/31/2005 | L. Hamilton | 0.80 | Prepared April fee application. |
| Subtotal | | 16.20 | |

### 08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 5/4/2005 | C. Troyer | 2.60 | Read and analyzed the Debtors' 1st quarter financial package in advance of the quarterly earnings call. |
| 5/5/2005 | E. Ordway | 1.80 | Analyzed first quarter financial reports provided by Debtors and summarized items for staff to further investigate. |
| 5/5/2005 | L. Hamilton | 1.60 | Read Debtors' Q1 financial summary in preparation for Q1 results call. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/9/2005 | L. Hamilton | 6.20 | Prepared analyses of Q1 data provided by Debtors for inclusion in report to the Committee. |
| 5/10/2005 | L. Hamilton | 3.70 | Prepared gross margin and sales analyses for inclusion in Q1 report. |
| 5/10/2005 | C. Troyer | 2.50 | Read and analyzed the Debtors' 1st quarter 10Q. |
| 5/11/2005 | M. Hakoun | 1.10 | Prepared summary of peer group earnings bases on press releases for 1Q 05. |
| 5/11/2005 | M. Hakoun | 2.30 | Prepared summary of quarterly comparative peer company data. |
| 5/11/2005 | L. Hamilton | 5.50 | Prepared EBITDA and sales bridges for inclusion in Q1 report to the Committee. |
| 5/11/2005 | S. Cunningham | 3.50 | Read and analyzed latest 10Q. |
| 5/12/2005 | L. Hamilton | 1.40 | Prepared analysis of cash balances. |
| 5/12/2005 | L. Hamilton | 2.70 | Analyzed foreign currency and energy cost impacts on Q1 operating results. |
| 5/16/2005 | L. Hamilton | 3.50 | Prepared cash flow and liquidity analyses for inclusion in Q1 report to the Committee. |
| 5/16/2005 | L. Hamilton | 2.80 | Prepared divisional EBITDA and sales bridges for Q1 report to the Committee. |
| 5/16/2005 | L. Hamilton | 2.00 | Updated Q1 gross margin analyses. |
| 5/17/2005 | L. Hamilton | 2.90 | Prepared additional cash flow analyses for inclusion in Q1 report to the Committee. |
| 5/17/2005 | L. Hamilton | 3.70 | Prepared commentary for Q1 report. |
| 5/19/2005 | L. Hamilton | 1.80 | Read and analyzed Q1 peer data. |
| 5/23/2005 | L. Hamilton | 8.20 | Analyzed Debtors' Q1 performance compared to industry peers. |
| 5/23/2005 | L. Hamilton | 2.10 | Prepared commentary for Q1 report to the Committee. |
| 5/24/2005 | L. Hamilton | 3.80 | Prepared peer company gross margin analysis. |
| 5/25/2005 | S. Cunningham | 6.50 | Prepared analysis of Grace performance for prior three year period versus competitors. |
| 5/25/2005 | L. Hamilton | 2.20 | Prepared peer company gross margin and EBIT margin analyses. |
| 5/26/2005 | L. Hamilton | 3.50 | Prepared commentary for Q1 report to the Committee. |
| 5/27/2005 | S. Cunningham | 2.50 | Read and analyzed management's latest internal financial reports. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/31/2005 | L. Hamilton | 6.30 | Prepared draft of Q1 report including analyses of operating expenses, gross margin and latest estimates. |
| Subtotal | | 86.70 | |

**09. Financial Analysis - Business Plan**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/2/2005 | S. Cunningham | 3.50 | Read and analyzed Q1 financial results and prepared update of plan presentation. |
| 5/2/2005 | C. Troyer | 3.40 | Edited the report to the Committee on the 2005 business plan. |
| 5/3/2005 | L. Hamilton | 1.90 | Updated business plan report EBITDA and sales bridges. |
| 5/3/2005 | C. Troyer | 2.60 | Edited the report to the Committee on the 2005 Business Plan. |
| 5/3/2005 | L. Hamilton | 3.90 | Analyzed base business sales issues for inclusion in business plan report. |
| 5/3/2005 | L. Hamilton | 1.40 | Updated cash flow analysis for inclusion in business plan report. |
| 5/4/2005 | C. Troyer | 1.00 | Met with team members to discuss the report to the Committee on the 2005 Business Plan. |
| 5/4/2005 | L. Hamilton | 3.60 | Prepared updated gross margin analysis and cash flow sensitivity analysis for inclusion in business plan report. |
| 5/4/2005 | L. Hamilton | 4.10 | Updated business plan report commentary. |
| 5/4/2005 | S. Cunningham | 4.50 | Read and edited draft report of results of operation for FY 2004 and FY 2005 plan. |
| 5/4/2005 | E. Ordway | 1.10 | Prepared/edited analyses for inclusion in business plan report regarding sensitivities to operating fluctuations. |
| 5/5/2005 | L. Hamilton | 2.10 | Updated business plan report for Q1 comparative results. |
| 5/6/2005 | S. Cunningham | 1.60 | Analyzed FY 2005 plan assumptions. |
| 5/6/2005 | S. Cunningham | 1.40 | Updated Q1 2005 vs. Plan analysis. |
| 5/12/2005 | E. Ordway | 1.10 | Prepared/edited budget analyses prepared by staff for inclusion in business plan report. |
| 5/12/2005 | S. Cunningham | 3.40 | Read business plan draft report and prepared analysis of Q1 results versus plan. |
| 5/17/2005 | L. Hamilton | 2.90 | Updated business plan report to the Committee. |
| 5/19/2005 | L. Hamilton | 0.70 | Updated business plan report to reflect comments from counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/19/2005 | L. Hamilton | 2.70 | Updated business plan report cash flow analyses. |
| 5/20/2005 | S. Cunningham | 1.00 | Read and edited business plan report. |
| 5/20/2005 | S. Cunningham | 2.10 | Analyzed 1st quarter results versus plan. |
| 5/23/2005 | C. Troyer | 2.20 | Updated the report to the Committee on the 2005 Business Plan. |
| 5/24/2005 | L. Hamilton | 2.50 | Updated business plan report for cash flow forecasts by quarter. |
| 5/25/2005 | C. Troyer | 2.50 | Finalized and printed report to the Committee on the 2005 Business Plan. |
| 5/25/2005 | L. Hamilton | 2.10 | Finalized business plan report and discussed same with case team members. |
| Subtotal | | 59.30 | |

## 11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/2/2005 | M. Hakoun | 0.80 | Obtained recent court docket entries and updated virtual database. |
| 5/6/2005 | C. Troyer | 1.80 | Read and analyzed the memo prepared by the Debtors on the proposed BFMIC settlement. |
| 5/6/2005 | C. Troyer | 0.50 | Drafted follow-up questions pertaining to the proposed BFMIC settlement. |
| 5/11/2005 | M. Hakoun | 2.10 | Prepared summary of information pertaining to merger and acquisition transactions within the specialty chemical sector. |
| 5/16/2005 | E. Ordway | 0.80 | Prepared/edited report regarding settlements with insurance carriers. |
| 5/18/2005 | M. Hakoun | 0.60 | Obtained recent court docket entries and updated virtual database. |
| 5/23/2005 | M. Hakoun | 0.70 | Obtained recent court docket entries and updated virtual database. |
| 5/23/2005 | C. Troyer | 2.50 | Performed a follow-up analysis of change in outstanding shares over trailing 5 quarters in response to a question from counsel. |
| 5/25/2005 | M. Hakoun | 0.80 | Obtained motion and related documents concerning chemical plant expansion plan. |
| Subtotal | | 10.60 | |

## 15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/13/2005 | E. Ordway | 0.40 | Read counsel's memo regarding plan support agreement. |
| 5/24/2005 | C. Troyer | 1.40 | Read and analyzed the redlined Plan Support Agreement. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/24/2005 | E. Ordway | 1.10 | Read and analyzed Debtors' mark-up of the Plan Support Agreement and summarized comments for follow-up. |
| Subtotal | | 2.90 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/5/2005 | C. Troyer | 1.10 | Participated in a conference call with the Debtors to discuss 1st quarter performance. |
| 5/5/2005 | L. Hamilton | 1.00 | Participated in Q1 results call with Debtors. |
| 5/6/2005 | C. Troyer | 1.50 | Participated in a conference call with the Debtors to discuss questions on the proposed pension motion. |
| 5/9/2005 | C. Troyer | 0.30 | Participated in a conference call with the Debtors to discuss the proposed BFMIC settlement. |
| 5/16/2005 | L. Hamilton | 0.30 | Discussed follow up questions concerning Grom transaction with Blackstone. |
| 5/24/2005 | S. Cunningham | 2.50 | Reviewed Hatco settlement, pension issues and legislative updates in preparation for meeting with Debtors. |
| Subtotal | | 6.70 | |

**28. Special Case Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 5/5/2005 | M. Hakoun | 1.20 | Updated information pertaining to coverage of asbestos trust, including analysts' commentary and reports. |
| 5/19/2005 | M. Hakoun | 0.70 | Read and summarized information regarding decision in USG Case denying early payout for unsecured creditors. |
| 5/27/2005 | E. Ordway | 0.30 | Read several reports from counsel and Navigant regarding asbestos legislation. |
| 5/27/2005 | M. Hakoun | 1.10 | Obtained information regarding latest legislative version of the Asbestos Trust. |
| 5/31/2005 | L. Hamilton | 1.20 | Read and evaluated information regarding FAIR Act. |
| Subtotal | | 4.50 | |
| **Total Hours** | | **304.30** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 5/1/05 through 5/31/05

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Copies** | | | |
| 5/25/2005 | C. Troyer | Printing/binding reports to Committee | $575.58 |
| 5/31/2005 | Capstone Expenses | May Copies 731 @ .15 ea | $109.65 |
| Subtotal - Copies | | | $685.23 |
| **Parking/Tolls** | | | |
| 5/26/2005 | E. Ordway | Parking $44.00; Tolls $6.00 | $50.00 |
| 5/26/2005 | C. Troyer | Parking for Committee meeting. | $28.00 |
| Subtotal - Parking/Tolls | | | $78.00 |
| **Postage/FedEx** | | | |
| 5/16/2005 | Capstone Expenses | FedEx Inv# 3-828-86609 | $7.74 |
| Subtotal - Postage/FedEx | | | $7.74 |
| **Scans** | | | |
| 5/31/2005 | Capstone Expenses | May Scans, 178 @ $1.00 each | $178.00 |
| Subtotal - Scans | | | $178.00 |
| **Telecom Charges- Billable** | | | |
| 5/31/2005 | Capstone Expenses | May phone - Saddle Brook Office | $326.03 |
| Subtotal - Telecom Charges- Billable | | | $326.03 |
| **For the Period 5/1/05 through 5/31/05** | | | **$1,275.00** |