IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: August 22, 2005 @ 12:00pm |
| | ) | Objection Deadline: August 5, 2005 @ 4:00pm |
| | ) | |
| | ) | RE:  Docket Nos. 8645, 8646, 8647, 8648, |
| | ) | 8649, 8650, 8651, 8652 |

**NOTICE OF MOTION OF ANDERSON MEMORIAL HOSPITAL
AS CLASS REPRESENTATIVE FOR A PROTECTIVE ORDER**

PLEASE TAKE NOTICE that Anderson Memorial Hospital, in its capacity as Class Representative, has filed its attached Motion for a Protective Order (the "Motion").

You are required to file a response to the attached Motion on or before August 5, 2005 at 4:00 p.m. EDT.

At the same time you must also serve a copy of the response upon movant's attorneys:

Christopher D. Loizides (No. 3968)   Daniel A. Speights
Michael J. Joyce (No. 4563)          SPEIGHTS & RUNYAN
LOIZIDES & ASSOCIATES                200 Jackson Avenue East
1225 King Street, Suite 800          P.O. Box 685
Wilmington, DE  19801                Hampton, SC  29924

PLEASE TAKE FURTHER NOTICE THAT, ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED, A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 22, 2005 AT 12:00 P.M.** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 6, 2005

_____
Christopher D. Loizides (Bar No. 3968)
Michael J. Joyce (Bar No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:   loizides@loizides.com

-and-

Daniel A. Speights (SC Bar No. 4252)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

*Counsel for Anderson Memorial Hospital in its capacity as Class Representative*