# EXHIBIT A

# EXHIBIT A

## WRG BANKRUPTCY - DEPOSITIONS NOTICED BY GRACE

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|
| Northwest Community Hospital<br>Claim # 6734 | 06/30/05<br>(Thurs.) | 2:00 pm | Kirkland & Ellis<br>200 E. Randolph Dr.<br>Chicago, IL |
| American Medical Association<br>Claim # 6661 | 07/01/05<br>(Fri.) | 9:00 am | (same as above) |
| Maryland Casualty Company<br>Claim # 6721 | 07/01/05<br>(Fri.) | 2:00 pm | (same as above) |
| Employers Ins. Co. Of Wausau<br>Claim # 6672 | 07/05/05<br>(Tues.) | 2:00 pm | Employers Ins. Co.<br>2000 Westwood Dr.<br>Wausau, WI |
| Jefferson-Pilot Life Ins. Co.<br>Claim # 6701 | 07/06/05<br>(Wed.) | 2:00 pm | Jefferson-Pilot<br>100 North Green St.<br>Greensboro, NC |
| Byars Machine Co.<br>Claim # 10873 | 07/07/05<br>(Thurs.) | 2:00 pm | Byars Machine Co.<br>167 Byars Rd.<br>Laurens, SC |
| Harvard Vanguard Medical<br>Associates Management Offices<br>Claim # 6726 | 07/08/05<br>(Fri.) | 2:00 pm | Harvard Vanguard<br>Riverside Center<br>275 Grove Street<br>Newton, MA |
| Ft. Wayne Chamber of Commerce<br>Claim # 6630 | 07/11/05<br>(Mon.) | 9:00 am | Ft. Wayne<br>826 Ewing Street<br>Ft. Wayne, IN |