IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: August 22, 2005 @ 12:00pm |
| | ) | Objection Deadline: August 5, 2005 @ 4:00pm |
| | ) | |
| | ) | RE:  Docket Nos. 8645, 8646, 8647, 8648, |
| | ) | 8649, 8650, 8651, 8652 |

## ORDER GRANTING MOTION OF ANDERSON MEMORIAL HOSPITAL AS CLASS REPRESENTATIVE FOR A PROTECTIVE ORDER

Upon consideration of the Motion of Anderson Memorial Hospital as Class Representative for a Protective Order (the "Motion"), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The above-captioned debtors are prohibited from taking the depositions noticed as Docket Numbers 8645, 8646, 8647, 8648, 8649, 8650, 8651 and 8652.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge