# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 8464 and |
| | | 6/27/05 Agenda Item No. 12 |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the Ninth Omnibus Objection[2] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the Ninth Omnibus Objection and all responses thereto; and due and proper notice of the Ninth Omnibus Objection having been given, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace IVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Debtors' Ninth Omnibus Objection.

ORDERED that, except as hereinafter stated, the relief sought in the Ninth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto;[3] and it is further

ORDERED that the Objection to each Claim listed on Exhibit A to this Order is continued to the July 18 omnibus hearing; and it is further

ORDERED that the Objection to each of the No Liability Claims listed on Exhibit B to this Order is sustained, and each of the claims is expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Reclassify and Allow or the Reduce and Allow Claims listed on Exhibit C to this Order is sustained, and each of the claims is reclassified or reduced as indicated ; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

---

[3] To the extent that any claim that is the subject of the Ninth Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: ___6/27___, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: Monday, June 27, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | COMMONWEALTH OF MASSACHUSETTS<br>DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01142 | 1460 | $3,250.59 | (P) | NO LIABILITY | CONTINUED TO 7/18/2005 12:00PM |
| 2 | COMMONWEALTH OF MASSACHUSETTS<br>DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01143<br>ALEWIFE LAND CORPORATION | 1461 | $3,250.59<br>$830.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |
| 3 | SAFETY KLEEN CORPORATION<br>PO BOX 111963<br>COLUMBIA SC 29211 | 01-01140<br>W.R. GRACE & CO.-CONN. | 163 | $182,428.45 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 7/18/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 1

In re: W.R. GRACE & CO., et al
OMNIBUS 9 - EXHIBIT B - SUSTAINED - EXPUNGE

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | BAKER, LAWRENCE C/O KATHLEEN L MILLIAN TERRIS PRAVLIK & MILLIAN LLP 1121 12TH ST NW WASHINGTON DC 20005-4632 | 01-01139 W.R. GRACE & CO. | 14063 | $404,432,019.36 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 2 | BAKER, LAWRENCE C/O KATHLEEN L MILLIAN TERRIS PRAVLIK & MILLIAN LLP 1121 12TH ST NW WASHINGTON DC 20005-4632 | 01-01153 ECARG, INC. | 14072 | $404,432,019.36 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 3 | CITY OF CHATTANOOGA 101 E 11TH ST #102 CHATTANOOGA TN 37402 | 01-01139 W.R. GRACE & CO. | 78 | $16,226.83 (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 4 | CITY OF HOUSTON ATTN DEBRA GUERRERO 4200 LEELAND HOUSTON TX 77023 | 01-01139 W.R. GRACE & CO. | 8 | $562.08 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 5 | CLARKE, REV WINSTON C/O KATHLEEN L MILLIAN TERRIS PRAVLIK & MILLIAN LLP 1121 12TH ST NW WASHINGTON DC 20005-4632 | 01-01139 W.R. GRACE & CO. | 14061 | $404,432,019.36 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 6 | CLARKE, REV WINSTON C/O KATHLEEN L MILLIAN TERRIS PRAVLIK & MILLIAN LLP 1121 12TH ST NW WASHINGTON DC 20005-4632 | 01-01153 ECARG, INC. | 14069 | $404,432,019.36 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 7 | DUKE ENERGY CORPORATION PO BOX 1244 CHARLOTTE NC 28201-1244 | 01-01139 W.R. GRACE & CO. | 116 | $1,696.55 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 8 | GREENVILLE COUNTY TAX COLLECTOR 301 UNIVERSITY RDG STE 700 GREENVILLE SC 29601 | 01-01139 W.R. GRACE & CO. | 2177 | $42,191.16 (S) | NO LIABILITY EXPUNGE | SUSTAINED |
| 9 | GST CORPORATION 8295 TOURNAMENT DR #150 MEMPHIS TN 38125 | 01-01139 W.R. GRACE & CO. | 83 | $2,359.25 (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 10 | HACKENSACK RIVERKEEPER INC C/O KATHLEEN L MILLIAN TERRIS PRAVLIK & MILLIAN LLP 1121 12TH ST NW WASHINGTON DC 20005-4632 | 01-01153 ECARG, INC. | 14067 | $404,432,019.36 (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 1 of 3

In re: W.R. GRACE & CO., et al
OMNIBUS 9 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 11 | HACKENSACK RIVERKEEPER INC<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14059 | $404,432,019.36 (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 12 | HERRING, MARTHA WEBB<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14064 | $404,432,019.36 (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 13 | HERRING, MARTHA WEBB<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14071 | $404,432,019.36 (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 14 | INTERFAITH COMMUNITY ORGANIZATION<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14065 | $404,432,019.36 (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 15 | INTERFAITH COMMUNITY ORGANIZATION<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14073 | $404,432,019.36 (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 16 | LAERDAL MEDICAL CORPORATION<br>ATTN: PAT GOODWIN<br>167 MYERS CORNERS RD<br>WAPPINGERS FALLS NY 12590 | 01-01139<br>W.R. GRACE & CO. | 1135 | $350.00 (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 17 | LOCKE, ROBERT H<br>C/O DAVID C CASEY<br>150 FEDERAL ST<br>BOSTON MA 02110 | 01-01139<br>W.R. GRACE & CO. | 9586 | $7,000,000.00 (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 18 | MILWAUKEE SOLVENTS & CHEMICALS CORP<br>PO BOX 444<br>BUTLER WI 53007-0444 | 01-01139<br>W.R. GRACE & CO. | 16467 | $39,747.80 (U) | EXPUNGE | SUSTAINED |
| 19 | NAVAS, MARGARITA<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14060 | $404,432,019.36 (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

Page 2 of 3

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

6/17/2005 11:08:06 AM

page 9 of 13

In re: W.R. GRACE & CO., et al
OMNIBUS 9 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 20 | NAVAS, MARGARITA<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14068 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 21 | SHEEHAN, WILLIAM<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14059 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 22 | SHEEHAN, WILLIAM<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14065 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 23 | VINCENT TULLINO AND PHILOMENA TULLINO<br>C/O LARKIN AXELROD TRACHTE & TETENBAUM LLP<br>34 ROUTE 17K<br>NEWBURGH NY 12550 | 01-01139<br>W.R. GRACE & CO. | 2296 | $31,000,000.00 | (U) | EXPUNGE | SUSTAINED |
| 24 | WEBB, MARGARET<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14062 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 25 | WEBB, MARGARET<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14070 | $404,432,019.36 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 9 - EXHIBIT C - SUSTAINED

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | CUSTOM BLEND COFFEE SERVICE<br>8042 NORTH DR<br>HIGHLAND IN 46322 | 01-01139<br>W.R. GRACE & CO. | 1682 | $417.85 (U) | REDUCE AND ALLOW | $297.63 | (U) | SUSTAINED |
| 2 | LEAVENWORTH COUNTY KANSAS<br>C/O KEYTA JD KELLY<br>LEAVENWORTH COUNTY<br>COURTHOUSE<br>300 WALNUT<br>LEAVENWORTH KS 66048 | 01-01139<br>W.R. GRACE & CO. | 598 | $20.16 (P) | REDUCE AND ALLOW | $5.33 | (P) | SUSTAINED |
| 3 | MCSPADDEN REAL ESTATE<br>517 LINCOLN AVE STE 205<br>KNOXVILLE TN 37902 | 01-01139<br>W.R. GRACE & CO. | 2900 | $3,240.91 (U) | REDUCE AND ALLOW | $3,150.00 | (U) | SUSTAINED |
| 4 | PACIFIC GAS AND ELECTRIC<br>PO BOX 8329<br>STOCKTON CA 95208 | 01-01139<br>W.R. GRACE & CO. | 403 | $14,338.57 (U) | REDUCE AND ALLOW | $9,250.30 | (U) | SUSTAINED |
| 5 | SOUTH CAROLINA ELECTRIC & GAS<br>C/O L V SCHESER<br>SCANA SERVICES<br>1426 MAIN ST MAIL CODE 130<br>COLUMBIA SC 29218 | 01-01139<br>W.R. GRACE & CO. | 1987 | $52,453.29 (U) | REDUCE AND ALLOW | $31,978.51 | (U) | SUSTAINED |
| 6 | TAYLOR, DUANE, BARTON & GILMAN<br>ATTN JAMES J DUANE III<br>111 DEVONSHIRE ST<br>BOSTON MA 02109 | 01-01139<br>W.R. GRACE & CO. | 954 | $1,679.03 (P) | RECLASSIFY AND ALLOW | $1,679.03 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 1 of 1

4/17/2005 11:08:31 AM