# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 8465 and |
| | | 6/27/05 Agenda Item No. 13 |

### ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

Upon consideration of the Tenth Omnibus Objection[2] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the Tenth Omnibus Objection and all responses thereto; and due and proper notice of the Tenth Omnibus Objection having been given, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc, GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Debtors' Tenth Omnibus Objection.

ORDERED that, except as hereinafter stated, the relief sought in the Tenth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto;[3] and it is further

ORDERED that the Objection to each of the Amended Claims or Duplicate Claims listed on Exhibit A to this Order is sustained, and each of the Amended Claims or Duplicate Claims is disallowed and expunged for all purposes. The Claims listed as the Surviving Claims on Exhibit A will remain on the Debtors' claims registry subject to the Debtors' right to object to the Surviving Claims on any grounds allowed under applicable law; and it is further

ORDERED that the Objection to the Claim listed on Exhibit B to this Order, Claim No. 719 filed by the Arizona Department of Revenue, is withdrawn without prejudice and the Debtors retain the right to object to Claim No. 719 on any grounds in the future upon proper notice and consistent with applicable law; and it is further

ORDERED that the Objection to the Claims listed on Exhibit B to this Order, Claim Nos. 15457 and 15466 filed by the Arizona Department of Revenue, is sustained, and each of the Amended Claims is disallowed and expunged for all purposes. Claim No. 15468, listed as the Surviving Claims on Exhibit B, will remain on the Debtors' claims registry subject to the Debtors' right to object to the Surviving Claim on any grounds allowed under applicable law; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

---

[3] To the extent that any claim that is the subject of the Tenth Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

2

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: __6/27__, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

In re: W.R. GRACE & CO., et al

Hearing Date: Monday, June 27, 2005

## OMNIBUS 10 - EXHIBIT A - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DICKINSON WRIGHT PLLC<br>C/O MICHAEL C HAMMER ESQ<br>500 WOODWARD AVE #4000<br>DETROIT MI 48226<br>Relief Requested: EXPUNGE | 01-01139 | 15465 | $66,531.21 | (U) | DICKINSON WRIGHT PLLC<br>MICHAEL C HAMMER ESQ<br>500 WOODWARD AVE #4000<br>DETROIT MI 48226 | 01-01139 | 15461 | $66,531.21 | (U) |
| 2 | GERLING KONZERN ALLGEMEINE VERSICH<br>C/O JURGEN MULLER<br>GEREONSHOF<br>COLOGNE 50597<br>GERMANY<br>Relief Requested: EXPUNGE | 01-01139 | 15363 | $50,000.00 | (U) | GERLING KONZERN ALLGEMEINE VERSICHE<br>C/O JURGEN MULLER<br>GEREONSHOF<br>COLOGNE 50597<br>GERMANY | 01-01139 | 15332 | $50,000.00 | (U) |
| 3 | MILWAUKEE SOLVENTS & CHEMICALS COR<br>PO BOX 444<br>BUTLER WI 53007-0444<br>Relief Requested: EXPUNGE | 01-01139 | 15483 | $33,747.80 | (U) | MILWAUKEE SOLVENTS & CHEMICALS CORP<br>PO BOX 444<br>BUTLER WI 53007-0444 | 01-01139 | 15457 | $33,747.80 | (U) |
| 4 | MOBILE STORAGE GROUP INC<br>7590 N GLENOAKS BLVD<br>BURBANK CA 91504<br>Relief Requested: EXPUNGE | 01-01139 | 3271 | $1,599.70 | (S) | MOBILE STORAGE GROUP INC<br>7590 N GLENOAKS BLVD<br>BURBANK CA 91504 | 01-01139 | 15454 | $1,599.70 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority           (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 1 of 1

6/17/2005 10:53:53 AM

In re: W.R. GRACE & CO., et al

Hearing Date: Monday, June 27, 2005

## OMNIBUS 10 - EXHIBIT B - ARIZONA DEPARTMENT OF REVENUE

| | Creditor Name and Address | Case No. | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No. | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE<br>PHOENIX, AZ 85007 | 01-01139<br>Relief Requested: EXPUNGE | 15457 | $257.74 | (A) | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007 | 01-01140 | 15458 | $382.03 | (A) |
| 2 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007 | 01-01140<br>Relief Requested: EXPUNGE | 15456 | $284.58 | (A) | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX, AZ 85007 | 01-01140 | 15458 | $382.03 | (A) |
| 3 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY & COLLECTION SECTION<br>ARIZONA ATTY GENERAL<br>1275 W WASHINGTON<br>PHOENIX, AZ 85018 | 01-01140<br>Relief Requested: OBJECTION WITHDRAWN | 719 | $162.89<br>$232,312.30<br>$14,075.03 | (A)<br>(P)<br>(U) | | | | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**"(A) - Administrative       (S) - Secured
(P) - Priority              (U) - Unsecured

Page 1 of 1