**EXHIBIT 2**

## Dkt No. 8741 - Omni 11 Order
## for WR Grace

Total number of parties: 51
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 14711 | AGILENT TECHNOLOGIES, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 14711 | ALBURY, RICKY M, PO BOX AB20480, MARSH HARBOUR, ABACO, BAHAMAS |
| 14711 | AMERICAN TRANSPORTATION GROUP, AGENT FOR COMPANIA SUD-AMERICANA DE SAPORES, ATTN JESUS PAGAN, 99 WOOD AVE S 9TH FL, ISELIN, NJ 08830 |
| 14711 | APV, D&B RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 14711 | BARNETT, MARK C, 116 DRUID ST, GREENVILLE, SC 29609-4802 |
| 14711 | BERNARD, VIRGIE, 1122 SO ORANGE, LAFAYETTE, LA 70581 |
| 14711 | BERRY & BERRY, C/O C RANDALL BUPP ESQ, PLASTIRAS & TERRIZZI, 24 PROFESSIONAL CENTER PKWY STE 150, SAN RAFAEL, CA 94903 |
| 14711 | CAPITAL ONE, ATTN: PAM M SCHARNHORST, PO BOX 85015, RICHMOND, VA 23285-5015 |
| 14711 | CEMEX INC, 3820 NORTHDALE BLVD, #100B, TAMPA, FL 33624-1860 |
| 14711 | CIFELLI, ALBERT S, 15 HUTCHINSON ST, LOWELL, MA 01851 |
| 14711 | CINCINNATI BELL TELEPHONE COMPANY, 201 E FOURTH ST, CINCINNATI, OH 45202 |
| 14711 | COLUMBIA GAS OF OHIO INC, 200 CIVIC CENTER DR 8TH FL, COLUMBUS, OH 43215 |
| 14711 | COMMISSIONERS OF PUBLIC WORKS, PO BOX B, CHARLESTON, SC 29402 |
| 14711 | COMPUTER TASK GROUP INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 14711 | CONECTIV POWER DELIVERY, REVENUE MANAGEMENT, 5 COLLINS DRIVE #2076, CARNEYS POINT, NJ 08069 |
| 14711 | CROSBY, ANNIE, 624 ECHO CAVE LN, CHARLOTTE, NC 28217 |
| 14711 | CUMMINGS, BRENDA FAYE, 1802 ROBINSON RD #256, GRAND PRAIRIE, TX 75051-3895 |
| 14711 | DARKS, TYRONE P, ID #239667, PO BOX 97, MCALESTER, OK 74502 |
| 14711 | DUN & BRADSTREET, C/O D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 14711 | FARIAS / FARIAS, 8406 EL GATO RD, LAREDO, TX 78045 |
| 14711 | GRAFCOR PAKAGING INC, 121 LOOMIS ST, ROCKFORD, IL 61101 |
| 14711 | GRAY, KEVIN L, 57951 CASTRO ST, PLAQUEMINE, LA 70764 |
| 14711 | GRAY, KEVIN L, 57951 CASTRO ST, PLAQUEMINE, LA 70764-4305 |
| 14711 | HOLMES, LONNIE, 9416 BURNSIDE, CHICAGO, IL 60619 |
| 14711 | IRON MOUNTAIN RECORDS MANAGEMENT, C/O D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 14711 | KONICA BUSINESS TECHNOLOGIES, TRACY HYSLER, 500 DAY HILL RD, WINDSOR, CT 06095 |
| 14711 | MARTEN BROWN INC, 1191 2ND AVE STE 2200, SEATTLE, WA 98101 |
| 14711 | MATTHEWS ELECTRIC SUPPLY CO, C/O SIROTE & PERMUTT PC, ATTN COLLECTION DEPT, PO BOX 55727, BIRMINGHAM, AL 35255-5727 |
| 14711 | MAYES, ROGER L, 14 GINGHAM CT, MAULDIN, SC 29662 |
| 14711 | METHODIST HOSPITAL, MARIAN C GRICE, 1265 UNION AVE, MEMPHIS, TN 38104 |
| 14711 | MICRO WAREHOUSE, 1690 OAK ST, LAKEWOOD, NJ 08701 |
| 14711 | NATIONAL GYPSUM COMPANY, 2001 REXFORD RD, CHARLOTTE, NC 28211 |
| 14711 | OFFICE DEPOT INC, ROBBIE SMITH ACCS, 2200 OLD GERMANTOWN RD, DELRAY BEACH, FL 33445 |
| 14711 | OFFICE TEAM, DIV OF ROBERT HALF INTERNATIONAL, ATTN MICHELE CABRAL, 5720 STONERIDGE DR STE 3, PLEASANTON, CA 94588-2700 |
| 14711 | PALAZZO, RAPHEAL J, C/O DONOVAN CORRECTIONAL FAC, FAC 17-131-U, 480 ALTA RD, SAN DIEGO, CA 92119 |
| 14711 | PORTIA PARTNERS LLC, ASSIGNEE: AMERICAN HARDWARE CTR INC, ONE SOUND SHORE DR STE 100, GREENWICH, CT 06830 |
| 14711 | RANDSTAD NORTH AMERICA, ATTN: KERRI GOBER, 2015 SOUTHPARK PLACE, ATLANTA, GA 30339 |
| 14711 | RIGELTON JR, MACK, PO BOX 5742, NEW ORLEANS, LA 70157-0432 |
| 14711 | RIGELTON REV, D M, PO BOX 5742, NEW ORLEANS, LA 70157-0432 |
| 14711 | RIVAS, MARIA L, PO BOX 658, LA BLANCA, TX 78558 |

page 22 of 22

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 14711 | SANDERS ROOFING CO INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 14711 | SERVICE FILTRATION CORPORATION, 2900 MACARTHUR BLVD, NORTHBROOK, IL 60062-2005 |
| 14711 | SFI OF DELAWARE LLC, 225 W OLNEY RD, NORFOLK, VA 23510 |
| 14711 | SPEEDWAY SUPERAMERICA LLC, CREDIT CARD CTR, PO BOX 1590, SPRINGFIELD, OH 45501-1590 |
| 14711 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, OFFICE OF THE ATTORNEY GENERAL, BANKRUPTCY & COLLECTIONS, PO BOX 12548, AUSTIN, TX 78711-2548 |
| 14711 | THE OLD LINE LIFE INSURANCE, C/O ROBERT E PIERCE, 2437 S LOTUS AVE, FRESNO, CA 93706 |
| 14711 | THE SHERWIN WILLIAMS COMPANY, ATTN: JOHN M YARO, 101 PROSPECT AVE NW, CLEVELAND, OH 44115 |
| 14711 | UNIFIRST CORP, 68 JONSPIN RD, WILMINGTON, MA 01887 |
| 14711 | USX ENGINEERS AND CONSULTANTS INC, 4000 TECHNICAL DR, ATTN GARY R STADELMAN, MONROEVILLE, PA 15146 |
| 14711 | VINSON & ELKINS LLP, ATTN: LYDIA PROTOPAPAS, 2300 FIRST CITY TOWER, 1001 FANNIN, HOUSTON, TX 77002-6760 |
| 14711 | WEST GROUP, THOMAS J LALLIER, FOLEY & MANSFIELD PLLP, 1108 NICOLLET MALL #200, MINNEAPOLIS, MN 55403 |

**Subtotal for this group: 51**

WR Grace