# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of **July, 2005,** a copy of the *Notice of Filing of the Sixteenth Quarterly Fee Application of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses* was served on the attached 2002 list by first class mail.

/s/ Kathleen M. Miller
Kathleen M. Miller

{10004493.DOC}