Prior Interim Fee Applications filed:

|  |  | **Requested** |  |  | **Approved** |  |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed Docket Number | Period Covered | Fees | Expenses | Cert. of No. Obj. | Fees | Expenses |
| 12/30/02 #3206 | 10/01/02-10/31/02 | $63,783.20 (80% of $79,729.00) | $3,022.43 | 01/29/03 #3288 | Approved | Approved |
| 12/30/02 #3208 | 11/01/02-11/30/02 | $72,958.40 (80% of $91,198.00) | $13,082.89 | 01/29/03 #3288 | Approved | Approved |
| 02/12/03 #3380 | 12/01/02-12/31/02 | $79,774.00 (80% of $99,717.50) | $3,941.77 |  | Approved | Approved |
| 04/03/03 #3612 | 01/01/03-01/31/03 | $274,984.93 (80% of $343,731.17) | $7,670.04 | 06/03/03 #3859 | Approved | Approved |
| 04/17/03 #3675 | 02/01/03-02/28/03 | $42,508.77 (80% of $53,135.96) | $554.24 | 06/03/03 #3861 | Approved | Approved |
| 05/13/03 #3784 | 03/01/03-03/31/03 | $38,152.12 (80% of $47,690.15) | $1,212.82. | 06/13/30 #3898 | Approved | Approved |
| 07/09/03 #4033 | 04/01/03-04/30/03 | $56939.48 (80% of $71,174.34) | $1,863.75 | 07/31/03 #4127 | Approved | Approved |
| 07/09/03 #4034 | 05/01/03-05/31/03 | $31,018.90 (80% of $38,773.62) | $192.96 | 07/31/03 #4126 | Approved | Approved |
| 08/14/03 #4265 | 06/01/03-06/30/03 | $49,885.74 (80% of $62,357.17) | $546.79 | 09/11/03 #4418 | Approved | Approved |
| 09/09/03 #4397 | 07/01/03-07/31/03 | $48,639.72 (805 of $60,799.65) | $1,191.98 | 10/01/03 #4516 | Approved | Approve |
| 10/22/03 #4602 | 08/01/03-08/31/03 | $22,757.36 (80% of $28,446.71) | $865.06 | 11/24/03 | Approved | Approved |

| Date Filed<br>Docket Number | Period Covered | **Requested** | | | **Approved** | |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Cert. of No. Obj. | Fees | Expenses |
| 11/11/03<br>#4678 | 09/01/03-<br>09/30/03 | $19,983.17<br>(80% of<br>$24,978.97) | $167.05 | 12/09/03<br>#4795 | Approved | Approved |
| 12/12/03<br>#4802 | 10/01/03-<br>10/31/03 | $99,663.38<br>(80% of<br>$124,579.22) | $3,640.12 | 01/13/04<br>#4920 | Approved | Approved |
| 01/14/04<br>#4931 | 11/01/03-<br>11/30/03 | $134,278.56<br>(80% of<br>$167,848.20) | $10,882.52 | 02/06/04<br>#5084 | Approved | Approved |
| 02/06/04<br>#5078 | 12/01/03-<br>12/31/03 | $104,698.76<br>(80% of<br>$130,873.45) | $5,081.79 | 03/10/04<br>#5257 | Approved | Approved |
| 03/10/04<br>#5258 | 01/01/04-<br>01/31/04 | $281,909.27<br>(80% of<br>$352,386.59) | $10,231.48 | 04/14/04<br>#5443 | Approved | Approved |
| 04/14/04<br>#5444 | 02/01/04-<br>02/29/04 | $67,984.11<br>(80% of<br>$84,980.14) | $1,538.06 | 05/13/04<br>#5571 | Approved | Approved |
| 05/07/04<br>#5541 | 03/01/04-<br>03/31/04 | $66,596.32<br>(80% of<br>$83,245.40) | $1,910.25 | 06/24/04<br>#5880 | Approved | Approved |
| 06/08/04<br>#5742 | 04/01/04-<br>04/30/04 | $101,753.13<br>(80% of<br>$127,191.42) | $2,503.45 | 07/01/04<br>#5906 | Approved | Approved |
| 06/30/04<br>#5896 | 05/01/04-<br>05/31/04 | $67609.01<br>(80% of<br>$84,511.26) | $2,749.03 | 07/27/04<br>#6034 | Approved | Approved |
| 07/30/04<br>#6070 | 06/01/04-<br>06/30/04 | $83,769.75<br>(80% of<br>$104,712.19) | $725.38 | 08/25/04<br>#6253 | Approved | Approved |
| 09/14/04<br>#6397 | 07/01/04-<br>07/31/04 | $182,008.32<br>(80% of<br>$227,510.41) | $981.41 | 10/06/04<br>#6552 | Approved | Approved |
| 10/15/04<br>#6648 | 08/01/04-<br>08/30/04 | $112,531.58<br>(80% of<br>$144,664.48) | $4,650.43 | 11/12/04<br>#6887 | Approved | Approved |

|  |  | **Requested** |  |  | **Approved** |  |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed Docket Number | Period Covered | Fees | Expenses | Cert. of No. Obj. | Fees | Expenses |
| 11/15/04 #6901 | 09/01/04-09/30/04 | $145,714.49 (80% of $182,143.12 | $23,234.78 | 12/15/04 #7173 | Approved | Approved |
| 12/20/04 #7225 | 10/01/04-10/31/04 | $239,770.86 (80% of $299,713.58) | $17,929.28 | 01/13/05 #7549 | Pending | Pending |
| 01/14/05 #7574 | 11/01/04-11/30/04 | $231,623.17 (80% of $289,528.97) | $6,188.23 | 02/15/05 #7782 | Pending | Pending |
| 02/17/05 #7818 | 12/01/04-12/31/04 | $228,064.37 (80% of $285,080.47) | $7,571.78 | 03/11/05 #8012 | Pending | Pending |
| 03/18/05 #8073 | 01/01/05-01/31/05 | $299,738.00 (80% of $374672.51) | $4,146.11 | 4/14/05 #8221 | Pending | Pending |
| 4/21/05 #8260 | 02/01/05-02/28/05 | $389,653.39 (80% of $793,066.74) | $2,109.42 | 5/18/05 #8457 | Pending | Pending |
| 5/17/05 #8453 | 03/01/05-03/31/05 | $207,775.869 (80% of $259,719.83) | $2,173.71 | 6/17/05 #8637 | Pending | Pending |
| 6/17/05 #8635 | 4/01/05-4/30/05 | $119,101.60 (80% of $148,877.00) | $754.16 |  | Pending | Pending |

Prior Quarterly Interim Fee Applications filed:

| Date Filed Docket Number | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| 11/15/2002 #3006 | 01/10/02-03/31/02 | $291,774.94 | $7,575.78 | $291,774.94* | $7,575.78 |
| 11/15/2002 #3006 | 04/01/02-06/30/02 | $104,915.25 | $1,734.67 | $104,915.25* | $1,734.67 |
| 11/15/2002 #3006 | 07/01/02-09/30/02 | $98,751.92 | $2,652.03 | $98,751.92* | $2,652.03 |
| 02/14/2003 #3396 | 10/01/02-12/31/02 | $270,097 | $20,047.10 | $263,914.19 | $19,997.27 |
| 05/13/03 #3782 | 01/01/03-03/31/03 | $445,994.70 | $9,437.10 | $444,280.26 | $9,296.54 |
| 08/14/03 #4266 | 04/01/03-06/30/03 | $172,305.13 | $2,594.86 | $166,142.09 | $2,594.86 |
| 11/11/03 #4679 | 07/01/03-09/30/03 | $112,016.95 | $2,224.09 | $112,016.95 | $2,224.09 |
| 02/12/04 #5104 | 10/01/03-12/31/03 | $432,701.01 | $19,604.43 | $422,981.51 | $19,604.43 |
| 05/07/04 #5543 | 01/01/04-03/31/04 | $520,612.13 | $13,680.49 | $513,685.23 | $13,680.49 |
| 07/30/04 #6070 | 04/01/04-06/30/04 | $316,627.89 | $5,819.86 | $315,627.89 | $5,799.86 |
| 11/15/04 #6904 | 07/01/04-09/30/04 | $550,318.00 | $28,866.62 | $550,318.00 | $28,866.62 |
| 2/17/05 #7819 | 10/01/04-12/31/04 | $874,323.01 | $31,689.29 | Pending | Pending |

* Fees in the amount of $5,086.22 were granted for preparation of the First, Second and Third Quarterly Fee Applications.