**EXHIBIT B**

## Summary of PwC's Fees By Individual:
### Sixteenth Interim Quarterly Reporting Period
### January 1, 2005 through March 31, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop Total | Audit Partner | 27 | 802 | 151.4 | 56,324.46 |
| Sean Ballington Total | Audit Partner | 20 | 802 | 2.0 | 1,042.60 |
| Robert F Eydt Total | SEC Review Partner | 20+ | 1285 | 4.0 | 2,313.00 |
| Richard Fein Total | Audit Partner | 32 | 802 | 1.0 | 360.90 |
| Raymond Bromark Total | Concurring Review Partner | 37 | 1285 | 16.0 | 6,861.15 |
| Peter Woolf Total | Tax Partner | 25 | 823 | 75.8 | 30,953.03 |
| John May Total | National Partner | >20 | 1285 | 1.0 | 578.25 |
| John F Gibson Total | Audit Partner | >10 | 885 | 1.0 | 398.25 |
| German Jimenez Total | Client Services Partner | 12 | 762 | 1.5 | 514.35 |
| Tom Kalinosky Total | Audit Specialist/Director | 10+ | 855 | 22.5 | 11,958.70 |
| John Fillo Total | Advisory Director | 29 | 802 | 1.0 | 360.90 |
| Jason C Theros Total | DMG Director | >10 | 740 | 2.0 | 666.00 |
| Donald P Skrodenis Total | Assurance Director | 33 | 802 | 2.0 | 721.80 |
| Zahid Hassan Fakey Total | Senior Manager | >10 | 615 | 205.5 | 56,872.13 |
| William Todd Hutcherson Total | Audit Senior Manager | 11 | 615 | 135.8 | 37,582.65 |
| Ryan Grady Total | Audit Senior Associate | 3 | 369 | 350.0 | 58,117.50 |
| Marne L Doman Total | Senior Manager | >10 | 1140 | 0.5 | 256.50 |
| Marc Schwartz Total | Tax Senior Manager | 10 | 602 | 42.5 | 11,513.25 |
| John Newstead Total | Audit Senior Manager | 10+ | 689 | 130.5 | 58,444.43 |
| Jody Beth Underhill Total | Tax Senior Manager | 20 | 600 | 115.1 | 23,565.60 |
| Jennifer James Total | Tax Senior Manager | 13 | 615 | 6.0 | 1,660.50 |
| Gregory Nicholson Total | Tax Senior Manager | 9 | 615 | 4.5 | 1,245.38 |
| Giovanni D'arpino Total | Tax Senior Manager | 7+ | 656 | 1.0 | 426.40 |
| Su-Hua Chao Total | Tax Manager | 8 | 526 | 108.5 | 25,681.95 |
| Sandra David Total | Audit Manager | 7 | 526 | 75.5 | 17,870.85 |

| Name | Title | Years | Rate | Hours | Total |
|---|---|---|---|---|---|
| Paul Spector Total | DMG Manager | 6 | 575 | 1.5 | 388.13 |
| Mauren Driscoll Total | SPA/Audit Manager | 5 | 548 | 64.0 | 22,796.80 |
| Maria Lopez Total | Tax Manager | 5+ | 526 | 69.5 | 23,762.05 |
| John Bottini Total | Tax Manager | 18 | 526 | 3.2 | 757.44 |
| Jennifer James Total | Acturial Manager | 13 | 675 | 5.0 | 1,518.75 |
| Herman Schutte Total | Audit Manager | 4 | 526 | 170.0 | 58,123.00 |
| Daniel J Shields Total | Audit Manager | 4 | 526 | 157.7 | 37,327.59 |
| Anthony L. Alfieri Total | Audit Manager | 13 | 526 | 45.8 | 10,840.86 |
| Pamela Reinhardt Total | Audit Senior Associate | 2 | 332 | 537.3 | 80,272.62 |
| Matthew Bosseler Total | DMG Senior Associate | 8 | 420 | 58.0 | 10,962.00 |
| Martin Pretorius Total | SPA Senior Associate | 5 | 410 | 95.5 | 25,450.75 |
| Maria J. Afuang Total | Audit Senior Associate | 4 | 332 | 426.0 | 63,644.40 |
| Maged Zeidan Total | Audit Senior Associate | 5+ | 369 | 184.0 | 44,132.40 |
| Hazim Ahmad Total | Audit Senior Associate | 4 | 369 | 191.0 | 45,811.35 |
| Denise C Baumann Total | Tax Senior Associate | 3 | 360 | 2.5 | 405.00 |
| Denise Bauman Total | Tax Senior Associate | 3 | 228 | 64.5 | 6,617.70 |
| Andrew Ralston Total | Senior | 4 | 370 | 270.5 | 45,038.25 |
| Regina Underwood Total | Tax Associate | 4 | 230 | 37.9 | 4,072.10 |
| Olivia Spencer Total | Audit Associate | <1 | 213 | 53.0 | 7,337.85 |
| Oliva Spencer Total | SPA Associate | <1 | 245 | 2.0 | 318.50 |
| Nick Barrett Total | Audit Associate | <1 | 213 | 204.5 | 19,601.33 |
| Nicholas Stromann Total | Audit Associate | 1 | 251 | 352.8 | 39,848.76 |
| Michael McDonnell Total | Audit Associate | 2 | 251 | 163.5 | 18,467.33 |
| Leisa Mitchell Total | Tax Associate | 1 | 251 | 40.5 | 6,607.58 |
| Lauren Misler Total | Audit Associate | <1 | 213 | 343.6 | 32,934.06 |
| Kyle VanNiel Total | Audit Associate | < 1 | 213 | 1.0 | 95.85 |
| Kevin Sacco Total | Audit Associate | >1 | 241 | 79.4 | 12,438.01 |
| Joseph Daniel Meenan Total | Audit Associate | 4 | 292 | 4.0 | 759.20 |
| Joe Meenan Total | SPA Associate | 1 | 241 | 46.0 | 7,205.90 |
| Facundo Fabbri Total | Audit Associate | <1 | 213 | 2.0 | 191.70 |
| Erica Margolius Total | Audit Associate | <1 | 213 | 449.1 | 43,046.24 |

| Name | Role | | | | |
|---|---|---|---|---|---|
| Douglas Wright Total | Audit Associate | >2 | 251 | 126.0 | 20,456.50 |
| Dorothy A Woodrum Total | Audit Associate | 4 | 292 | 2.0 | 262.80 |
| Bianca Rodriguez Total | Audit Associate | 1 | 213 | 115.5 | 11,070.68 |
| Allison Reeder Total | Client Account Administrator | 2 | 235 | 29.0 | 2,862.50 |
| Margaret Bermudez Total | Office Staff | 23 | 125 | 2.3 | 173.08 |
| Jose Rodriguez Total | Office Staff | >3 | 105 | 0.3 | 14.18 |
| Janet K Levy Total | Office Staff | 28 | 175 | 0.3 | 23.63 |
| Elizabeth F Piepenbring Total | Office Staff | 5 | 119 | 0.5 | 26.78 |
| Anila Pahwa Total | Office Staff | >3 | 100 | 0.2 | 9.00 |
| Grand Total | | | | 5,858.0 | 1,111,963.11 |