**EXHIBIT C**

**Summary of PwC's Fees By Project Category:**
**Sixteenth Interim Quarterly Reporting Period**
**January 1, 2005 thru March 31, 2005**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 55.9 | $7,491.92 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 5,858.0 | $1,111,963.11 |

| | | |
|---|---|---|
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | 5,913.9 | **$1,119,455.03** |

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Sixteenth Interim Reporting Period**
**January 1, 2005 through March 31, 2005**

| Type of Expense | |
|---|---|
| Transportation | $5,509.95 |
| Lodging | 250.88 |
| Sundry | 84.79 |
| Business Meals | 2,583.61 |
| **Grand Total for the Fee Period January 1, 2005 through March 31, 2005** | **$8,429.23** |