IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: July 28, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S**
**FORTY-THIRD MONTHLY FEE APPLICATION**
**FOR THE PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5
52000.57/356846

-1-

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 28, 2005

Bill Number  82465
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through April 30, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/01/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read MTM's email re: privileged documents (.1). | 0.20 Hrs | $46.00 |
| 04/01/05 | DBM | Search for two documents for former employee's attorney. | 0.50 Hrs | $105.00 |
| 04/01/05 | MTM | Telephone call from ARA re: privileged document boxes (.3); work on identifying location of all sets of all privileged documents (2.3). Receipt and review of request for document searches from Kirkland & Ellis counsel (.3); conference with DBM re: same (.1); review lists re: same (.4); conference with ARA re: search requests from Kirkland & Ellis (.3). | 3.70 Hrs | $740.00 |
| 04/01/05 | ARA | Continue to review WRG's original privileged boxes of documents for coding and copying project (5.2); telephone call to C. Latuda re: same (.2). Review documents before copying and coding (1.1). Per telephone call from MTM, search for and locate documents for Kirkland & Ellis attorneys (1.3). | 7.80 Hrs | $702.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/04/05 | RAM | Read emails re: what documents were produced to EPA and whether particular privileged document were produced. | 0.10 Hrs | $23.00 |
| 04/04/05 | MTM | Review documents from Winthrop Square (.3); letter to counsel for individual defendant re: same (.2); meeting with ARA at Winthrop Square re: review of Hoyle Morris & Kerr boxes of privileged documents (.5); review Hoyle, Morris privileged documents (1.0); look for various subcategories of original privileged documents at Winthrop Square (1.0); email to Kirkland Ellis counsel re: same (.4); receipt and review of response and questions re: same from Kirkland Ellis counsel (.4). | 3.80 Hrs | $760.00 |
| 04/04/05 | ARA | Review documents before copying and coding (6.5). Meet with MTM re: review of privileged documents (.5). | 7.00 Hrs | $630.00 |
| 04/05/05 | ARA | Continue to review boxes of documents before copying and coding. | 5.80 Hrs | $522.00 |
| 04/06/05 | ARA | Complete review of boxes of documents before copying and coding (1.5). Review documents and tag any Zonolite documents (5.5). | 7.00 Hrs | $630.00 |
| 04/07/05 | DBM | Search for two Libby personnel files per in-house counsel. | 1.00 Hrs | $210.00 |
| 04/07/05 | MTM | Work on locating complete sets of all privileged documents (1.3); telephone call from in-house counsel requesting Libby personnel file and document search for two persons (.2); email to DBM re: same (.1); review inventory of Libby personnel files re: same (.1); telephone call to in-house counsel re: same (.1); telephone call to ARA re: review of privileged documents for copy/coding project and obtain Libby personnel files requested by in-house counsel (.3). | 2.10 Hrs | $420.00 |
| 04/07/05 | ARA | Prepare binders of abatement documents for copying and coding project (3.4). Receipt and quality control of original privileged documents from copy service (.6). Per telephone call from MTM, locate, review and have personnel file copied for in-house counsel (1.1). | 5.10 Hrs | $459.00 |
| 04/08/05 | RAM | Read and respond to emails re: locating, copying and coding privileged documents and re: reviewing particular privileged documents to determine if any are relevant to MT case. | 0.20 Hrs | $46.00 |
| 04/08/05 | MTM | Letter from in-house counsel re: personnel file and documents re: former Libby employee (.2). Review documents at Winthrop Square for copy/coding project (3.6); email to Kirkland & Ellis counsel re: same (.9); telephone call to in-house paralegal re: location of original privileged documents (.3); telephone call to | 7.00 Hrs | $1,400.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | former Grace in-house counsel re: privileged document collection (.3); telephone call to former Grace local counsel re: same (.3); letter to former Grace local counsel (.2); telephone call to Hoyle Morris counsel re: same (.4); email to Kirkland Ellis counsel and in-house Grace counsel re: status of search for privileged documents (.8). | | |
| 04/08/05 | ARA | Per MTM's request, search for and obtain documents for in-house counsel (2.5). Telephone call to MTM re: personnel documents; receipt of personnel file from Merrill Corp. re: same (.3). Prepare privileged documents to be picked up and copied by Merrill Corp. re: copying and coding project (3.0); prepare abatement binders re: same (1.0). | 6.80 Hrs | $612.00 |
| 04/11/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). Conference with MTM re: attempts to locate all privileged documents and lists (.1). | 0.30 Hrs | $69.00 |
| 04/11/05 | MTM | Telephone call from Hoyle Morris counsel re: various categories of privileged document collections (.3); telephone call from Hoyle Morris counsel re: original privileged documents sent to in-house counsel in August 2003 (.2); receipt and review of letter to that counsel from Hoyle Morris counsel (.1); email to in-house counsel re: same (.2); telephone call to former Grace local counsel in NYC re: categories of privileged document collections (.3); telephone call from in-house counsel and 2 in-house paralegals re: privileged document collections (.4); receipt and review of memo from in-house paralegals re: same (.5); review boxes in the 40 million series category at Winthrop Square repository to identify those to copy for coding project (2.7); letter to former NYC local counsel re: privileged document collection (.3); telephone call to a different former NYC Grace local counsel re: privileged document collections (.3). | 5.30 Hrs | $1,060.00 |
| 04/11/05 | ARA | Continue to prepare abatement binders to be copied re: copying and coding project (3.0). Review with MTM the 40 million series boxes that will be copied and coded (1.7); inventory same and oversee pick-up (including binders) re: copying and coding project (1.2). | 5.90 Hrs | $531.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/12/05 | RAM | Read selected documents filed in bankruptcy court (.4). Conference with MTM re: collections of privileged documents (.1). | 0.50 Hrs | $115.00 |
| 04/12/05 | MTM | Telephone call from Hoyle Morris counsel re: privileged documents (.2); telephone call from copy company re: status of copy project (.1); telephone call from in-house paralegal re: privileged document collections (.3); telephone call from former Texas local counsel re: privileged document collections she has located (.2); receipt and review of correspondence from in-house paralegal re: privileged document collections (.3); review files and email to Holme Roberts re: privileged document collections (1.0); review folder of privileged documents sent to in-house counsel in August 2003 (.9); conference with RAM re: same (.1); conference with ARA re: privileged document issues (.2); email to Holme Roberts paralegal re: privileged document issues (.2); telephone call to Holme Roberts paralegal re: same (.2). | 3.70 Hrs | $740.00 |
| 04/12/05 | ARA | Quality control and return personnel file to the production set (.2). Per MTM's question re: privileged documents shipped to Holme Roberts, review Winthrop Square Information binder and check Libby boxes; determine that boxes were shipped to Holme Roberts; telephone call to MTM re: same (1.3). Review Libby boxes; make notes of the contents of each box, e.g., medical records (1.8). | 3.30 Hrs | $297.00 |
| 04/13/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $23.00 |
| 04/13/05 | MTM | Telephone call to Holme Roberts paralegal re: privileged document collection (.3); meeting with ARA at Winthrop Square re: review of certain categories of privileged documents (.8); telephone call from Holme Roberts paralegal re: privileged document collection (.2); review privileged documents received from Holme Roberts and privileged portions of Libby collection at Winthrop Square re: privileged document project (2.4); receipt and review of 5 privileged lists from Holme Roberts paralegal (.6); telephone call and email from in-house paralegal re: privileged document issues (.3); telephone call from ARA re: her review of certain categories of privileged documents (.3). | 4.90 Hrs | $980.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/13/05 | ARA | Per MTM's call, review privileged documents to confirm they are on privileged document list (3.4); meet with MTM re: same (.8); telephone call to MTM re: same/confirmation (.3). | 4.50 Hrs | $405.00 |
| 04/14/05 | MTM | Telephone call from in-house paralegal re: certain categories of privileged documents (.4); review memo re: document productions in August 1999 re: same (.9); telephone call to in-house paralegal re: same (.2). | 1.50 Hrs | $300.00 |
| 04/14/05 | ARA | Continue reviewing Libby documents for privileged material re: privileged document project. | 5.40 Hrs | $486.00 |
| 04/15/05 | RAM | Emails from/to in-house counsel and from/to MTM re: what videotaped depositions were taken in asbestos litigation. | 0.20 Hrs | $46.00 |
| 04/15/05 | MTM | Receipt and review of Libby Consent Decree privileged list from in-house Grace paralegal (.2); conference with ARA re: status of review of Libby privilege collection (.3); telephone call to copy company re: status of copy project (.2); letter to Kirkland Ellis counsel re: 20 boxes of copies of privileged documents (.4); receipt and review of email from RAM and in-house counsel requesting information on video testimony (.2); review deposition binders re: same (.4); receipt and review of 4 box set of privileged materials from former local counsel in Texas (.4). | 2.10 Hrs | $420.00 |
| 04/15/05 | ARA | Continue to review Libby documents re: privileged document project (6.4); telephone call from MTM re: Libby privileged document review (.3). | 6.70 Hrs | $603.00 |
| 04/19/05 | MTM | Conference with ARA re: privileged documents from Libby collection (.4); review privileged document collections received from former Texas local counsel (1.3); email to in-house counsel re: privileged document issues (.3); begin draft memo to Kirkland Ellis counsel re: all privileged document collections from all sources (1.6); telephone call from ARA re: contents of specific personnel files for former Libby employees (.3); review privilege log for DMA document collection (.3); telephone call to Holme Roberts paralegal re: privileged document issues (.3). | 4.50 Hrs | $900.00 |
| 04/19/05 | ARA | Review Libby files for privileged documents (5.1); produce files to MTM and discuss files (.4). Answer MTM's questions re: number of personnel boxes and privilege boxes sent by Holme Roberts (.3) | 5.80 Hrs | $522.00 |

Page 5

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/20/05 | RAM | Read email to in-house counsel re: documents added to Winthrop Square since December 1995. | 0.10 Hrs | $23.00 |
| 04/20/05 | MTM | Continue work on email to Kirkland Ellis counsel and in-house counsel re: sources of all privileged document collections (1.3); review folder of privileged documents sent to in-house counsel in August 2003 (1.1); email to in-house paralegal re: privileged document issues (.3); letter to Kirkland Ellis counsel forwarding repository materials not requested by or produced to EPA (.4); telephone call to former local counsel in NYC re: privileged document collections (.3); fax copy of two privileged document collection lists to counsel re: same (.1); review files re: Cullen Center deprivileged documents (1.1); telephone call from in-house counsel re: request from property damage creditors committee re: contents of repository (.2); telephone call from Holme Roberts paralegal re: privileged document issues (.2); review files re: last repository production to certain plaintiffs' counsel per request from in-house counsel (.8); telephone call to ARA re: Cullen Center deprivileged documents (.2); email to in-house counsel re: same (.3); email from in-house paralegal re: privileged document issues (.1); respond to same (.2); telephone call to in-house counsel re: information on past repository productions to certain plaintiffs' counsel (.2). | 6.80 Hrs | $1,360.00 |
| 04/20/05 | ARA | Continue to review Libby documents re: privilege document project (1.8). Per telephone call from MTM, review Block 145 production file, other production files and Recordkeeper binder for Cullen Center documents (4.5). Per MTM's request, count DMA boxes and give him the results (.2). | 6.50 Hrs | $585.00 |
| 04/21/05 | MTM | Email from Kirkland Ellis counsel re: call later today on privileged document issues (.2); prepare certain categories of privileged documents for copying and shipment to Kirkland Ellis (.8); email to Holme Roberts paralegal re: Cullen Center deprivileged documents (.4); review old correspondence re: Cullen Center deprivileged documents (.9); search for Cullen Center deprivileged documents at Winthrop Square (1.5); prepare boxes of privileged documents from Holme Roberts for copying/shipment (.6); telephone call from in-house counsel re: documents added to Boston repository since date of last visit by particular plaintiff's counsel in 1995 (.2); telephone call to Kirkland Ellis counsel re: privileged document issues (1.0). | 5.60 Hrs | $1,120.00 |

Page 6

David B. Siegel

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/21/05 | ARA | Continue to review Libby documents re: privileged document project (2.3). Receipt and quality control of originals from Merrill re: copying and coding project (.5). Discussion with MTM and review of boxes re: Cullen Center documents (.7). | 3.50 Hrs | $315.00 |
| 04/22/05 | RAM | Read report of efforts to locate all collections of privileged documents. | 0.10 Hrs | $23.00 |
| 04/22/05 | MTM | Telephone call from former NYC local counsel re: privileged document collection (.3); telephone call from Kirkland Ellis paralegal and counsel re: privileged document collection (1.0); email to Kirkland Ellis counsel re: same (.6). | 1.90 Hrs | $380.00 |
| 04/22/05 | ARA | Per telephone call to MTM, prepare boxes of privileged documents for copying by Merrill; oversee pick-up of same. | 0.60 Hrs | $54.00 |
| 04/25/05 | MTM | Review notes of call with Kirkland Ellis counsel re: final documents to copy and send for project (.3); prepare boxes from Andrews & Kurth for copying and shipment (.6). | 0.90 Hrs | $180.00 |
| 04/25/05 | ARA | Review Libby documents for medical documents that should not be in the boxes (.9). Quality control original privileged documents received from copy service (.4). | 1.30 Hrs | $117.00 |
| 04/26/05 | MTM | Conference with ARA re: review of privileged document collection (.3); meeting with Merrill re: copying various privileged document collections (.2); review 12 boxes of privileged documents to identify those to be copied and coded (5.7). | 6.20 Hrs | $1,240.00 |
| 04/26/05 | ARA | Per telephone call from MTM, review HRO boxes of privileged documents re: request from Kirkland & Ellis (6.3). Telephone calls to and from Merrill re: pickup of 3 privileged Libby boxes (.2). | 6.50 Hrs | $585.00 |
| 04/27/05 | RAM | Telephone conferences with in-house counsel re: who did Grace buy asbestos from; locate most recent answer to interrogatory and send it to in-house counsel with note (.4). Read updated bankruptcy court docket entries to select documents to read (.2). Read correspondence re: status of scanning and coding documents for criminal case (.1). Read email re: SBA and other privileged documents (.1). | 0.80 Hrs | $184.00 |
| 04/27/05 | DBM | Find standard answer to interrogatory re: purchases of raw asbestos. | 0.20 Hrs | $42.00 |
| 04/27/05 | MTM | Conference with former NYC local counsel re: privileged document collection (.2); email to Kirkland Ellis counsel re: same and status of other privileged document collections (.4); continue review of various privileged document collections at Winthrop Square to identify those to copy/code (2.2). | 2.80 Hrs | $560.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/27/05 | ARA | Prepare Libby privilege boxes for copying and oversee pick-up of same by Merrill Corp (.7). Continue to review HRO privilege boxes of documents re: copying and coding project (6.0). | 6.70 Hrs | $603.00 |
| 04/28/05 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 04/28/05 | MTM | Conference with ARA re: her review of privileged document collection at Winthrop Square. | 0.80 Hrs | $160.00 |
| 04/28/05 | ARA | Continue to review HRO privileged documents re: copying and coding project (3.0); discuss with MTM (.8). | 3.80 Hrs | $342.00 |
| 04/29/05 | RAM | Conference with MTM re: large bill for copying documents and how it should be paid. | 0.10 Hrs | $23.00 |
| 04/29/05 | MTM | Telephone call from in-house paralegal re: various categories of privileged documents (.4); conference with ARA re: review of privileged document collections at Winthrop Square (.5). | 0.90 Hrs | $180.00 |
| 04/29/05 | ARA | Continue to work on privileged document copying and coding project (3.1); conference with MTM re: status of project (.5). | 3.60 Hrs | $324.00 |
| | | TOTAL LEGAL SERVICES | | $23,225.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.80 Hrs | 230/hr | $644.00 |
| DONNA B. MACKENNA | 1.70 Hrs | 210/hr | $357.00 |
| MATTHEW T. MURPHY | 64.50 Hrs | 200/hr | $12,900.00 |
| ANGELA R. ANDERSON | 103.60 Hrs | 90/hr | $9,324.00 |
| | 172.60 Hrs | | $23,225.00 |

| | |
|---|---|
| TOTAL THIS BILL | $23,225.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 28, 2005

Bill Number 82466
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through April 30, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/01/05 | RAM | Work on January (ARA's entries) and February fee applications. | 1.50 Hrs | $345.00 |
| 04/06/05 | RAM | Work on February fee application. | 0.40 Hrs | $92.00 |
| 04/07/05 | RAM | Work on February fee application. | 0.20 Hrs | $46.00 |
| 04/08/05 | RAM | Work on February fee application. | 0.10 Hrs | $23.00 |
| 04/11/05 | RAM | Send February fee application to in-house counsels to review. | 0.10 Hrs | $23.00 |
| 04/13/05 | RAM | Work on February fee application. | 0.10 Hrs | $23.00 |
| 04/15/05 | RAM | Receive OK from in-house counsels re: February fee application; send fee application to Delaware counsel to file. | 0.10 Hrs | $23.00 |
| | | TOTAL LEGAL SERVICES | | $575.00 |

David B. Siegel

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.50 Hrs | 230/hr | $575.00 |
| | 2.50 Hrs | | $575.00 |
| | | TOTAL THIS BILL | $575.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 28, 2005

Bill Number 82467
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## LEGAL SERVICES

Through April 30, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 04/07/05 | MTM | Receipt and review of various emails from in-house counsel and former Grace employee re: product bags and marketing film (.4); telephone call to ARA re: same (.2); telephone call to in-house counsel re: same (.1). email to in-house and outside Grace counsel re: marketing film (.3). | 1.00 Hrs | $200.00 |
| 04/07/05 | ARA | Per MTM's request, search the repository (including production files) for the video "Zonolite the Wonder Mineral"; telephone call to MTM with information re: same. | 1.90 Hrs | $171.00 |
| 04/11/05 | MTM | Email from in-house counsel re: review of vermiculite video re: product bag. | 0.20 Hrs | $40.00 |
| 04/12/05 | MTM | Receipt and review of email from Reed Smith attorney re: vermiculite video. | 0.20 Hrs | $40.00 |
| 04/13/05 | MTM | Receipt and review of email from Reed Smith counsel re: vermiculite video. | 0.10 Hrs | $20.00 |
| 04/14/05 | RAM | Emails among MTM, in-house counsel and me re: reviewing advertising materials re: product bag. | 0.10 Hrs | $23.00 |

Page 1

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 04/14/05 | MTM | Receipt and review of vermiculite video re: product bags (.8); review various briefing book materials re: product bag (1.0); email to in-house counsel re: same (.9); receipt and review of email from in-house counsel re: product bags (.3); conference with ARA re: same (.3). | 3.30 Hrs | $660.00 |
| 04/14/05 | ARA | Per MTM's request, review the Wonder Mineral video (.5); return video to the repository (.2); conference with MTM re: product bag (.3). | 1.00 Hrs | $90.00 |
| 04/21/05 | ARA | Review advertising documents for any that are similar to product bags. | 3.50 Hrs | $315.00 |
| 04/22/05 | MTM | Telephone call from ARA re: advertising document review re: product bag. | 0.20 Hrs | $40.00 |
| 04/22/05 | ARA | Review boxes of advertising documents for any that are similar to product bags (4.9); telephone call to MTM re: same (.2). | 5.10 Hrs | $459.00 |
| 04/25/05 | MTM | Meeting with ARA to review advertising materials for product bag. | 0.30 Hrs | $60.00 |
| 04/25/05 | ARA | Organize photos and advertising brochures to be copied (5.2); review and discuss with MTM (.3). | 5.50 Hrs | $495.00 |
| 04/27/05 | RAM | Read correspondence re: product bag. | 0.10 Hrs | $23.00 |
| 04/27/05 | MTM | Review briefing books re: acquisition history for various entities re: Zonolite film (.3); email to in-house counsel re: product bags (.3); receipt and review of email from in-house counsel re: product bags (.2); respond to same (.2). | 1.00 Hrs | $200.00 |
| 04/28/05 | RAM | Read email re: product bag. | 0.10 Hrs | $23.00 |
| 04/28/05 | ARA | Quality control advertising documents received from copy service. | 2.00 Hrs | $180.00 |
| 04/29/05 | ARA | Quality control advertising documents received from copy service. | 3.20 Hrs | $288.00 |
| | | TOTAL LEGAL SERVICES | | $3,327.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.30 Hrs | 230/hr | $69.00 |
| MATTHEW T. MURPHY | 6.30 Hrs | 200/hr | $1,260.00 |
| ANGELA R. ANDERSON | 22.20 Hrs | 90/hr | $1,998.00 |

David B. Siegel

|  |  |
|---|---|
| 28.80 Hrs | $3,327.00 |

TOTAL THIS BILL $3,327.00