## EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 28, 2005

Bill Number  82468
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through April 30, 2005

EXCESS POSTAGE                                                                                      $6.40

FEDERAL EXPRESS

| | | |
|---|---|---|
| 04/05/05 | To W R Grace & Co., in-house counsel from Casner & Edwards on 03/16/05 by MTM | 11.29 |
| 04/05/05 | To W R Grace & Co., in-house counsel from Casner & Edwards on 03/15/05 by MTM | 14.64 |
| 04/05/05 | To W R Grace & Co, in-house counsel from Casner & Edwards on 03/14/05 by MTM | 15.75 |
| 04/20/05 | To Kirkland & Ellis from Merrill Corporation on 04/04/05 | 65.10 |
| 04/20/05 | To Kirkland & Ellis from Merrill Corporation on 04/04/05 | 65.10 |
| 04/20/05 | To Kirkland & Ellis from Merrill Corporation, on 04/05/05 | 81.49 |
| 04/20/05 | To Kirkland & Ellis from Merrill Corporation, on 04/04/05 | 65.10 |
| 04/20/05 | To W R Grace & Co, in-house counsel from Casner & Edwards on 2/18/05 by DBM | 25.42 |
| 04/20/05 | To MB, Casner & Edwards from RAM on 04/07/05 | 34.89 |
| 04/20/05 | To Kirkland & Ellis attorney from Casner & Edwards on 2/18/05 by DBM | 21.64 |
| 04/20/05 | To Kirkland & Ellis from Merrill Corporation, on 04/04/05 | 65.10 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through April 30, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---:|---:|
| 04/20/05 | To Kirkland & Ellis from Merrill Corporation, on 04/05/05 | 81.49 | |
| 04/20/05 | To Kirkland & Ellis from Merrill Corporation, on 04/04/05 | 92.77 | |
| | | | $639.78 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 04/05/05 | MERRILL COMM -3 Libby personnel files for in-house counsel (3/9/05) | 35.18 | |
| 04/05/05 | MERRILL COMM -3/15/05 GP&H deposition index for Kirkland & Ellis; EPA documents requested by in-house counsel | 54.40 | |
| 04/20/05 | LIGHTHOUSE LEGAL COPY - Copies of privileged documents from Texas local counsel | 1,025.95 | |
| 04/20/05 | MERRILL COMM - Personnel file for in-house counsel (4/7/05) | 9.45 | |
| | | | $1,124.98 |

PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 04/04/05 | 132 copies at .12 per copy | 15.84 | |
| 04/08/05 | 159 copies at .12 per copy | 19.08 | |
| 04/11/05 | 8 copies at .12 per copy | 0.96 | |
| 04/12/05 | 108 copies at .12 per copy | 12.96 | |
| 04/13/05 | 6 copies at .12 per copy | 0.72 | |
| 04/13/05 | 122 copies at .12 per copy | 14.64 | |
| 04/14/05 | 8 copies at .12 per copy | 0.96 | |
| 04/14/05 | 6 copies at .12 per copy | 0.72 | |
| 04/19/05 | 18 copies at .12 per copy | 2.16 | |
| 04/19/05 | 69 copies at .12 per copy | 8.28 | |
| 04/20/05 | 14 copies at .12 per copy | 1.68 | |
| 04/20/05 | 14 copies at .12 per copy | 1.68 | |
| 04/26/05 | 2 copies at .12 per copy | 0.24 | |
| | | | $79.92 |

TELEPHONE

| | | | |
|---|---|---|---:|
| 04/08/05 | 329 | 5612261729 | 1.43 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through April 30, 2005

TELEPHONE

| Date | Code | Number | Amount |
|---|---|---|---|
| 04/08/05 | 329 | 5612261729 | 1.32 |
| 04/08/05 | 329 | 5613621554 | 0.55 |
| 04/08/05 | 329 | 7132204200 | 0.44 |
| 04/10/05 | 329 | 3026525340 | 0.88 |
| 04/11/05 | 329 | 2124129504 | 1.65 |
| 04/11/05 | 357 | 2694080996 | 1.10 |
| 04/12/05 | 329 | 5613621932 | 1.87 |
| 04/12/05 | 329 | 2159815700 | 0.77 |
| 04/13/05 | 329 | 3038617000 | 1.43 |
| 04/20/05 | 329 | 3034445955 | 0.44 |
| 04/20/05 | 329 | 2124129504 | 0.66 |
| 04/20/05 | 357 | 2129649200 | 3.30 |
| 04/27/05 | 329 | 2124129504 | 0.66 |

$16.50

RENT REIMBURSEMENT

04/01/05   Rent and utilities for document repository at One Winthrop Square - April 2005   13,024.87

$13,024.87

MISCELLANEOUS

04/20/05   RECORDKEEPER ARCHIVE- 3/05 Box retrieval fee   27.00
04/20/05   RECORDKEEPER ARCHIVE - Monthly storage fee (4/05)   396.30

$423.30

TOTAL DISBURSEMENTS   $15,315.75

TOTAL THIS BILL   $15,315.75

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 28, 2005

Bill Number  82469
File Number  0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through April 30, 2005

FEDERAL EXPRESS

| | | |
|---|---|---|
| 04/05/05 | To Pachulski Stang Ziehl Young, Scotta McFarland from Casner & Edwards on 3/22/05 by RAM | 13.07 |
| | | $13.07 |

PHOTOCOPYING

| | | |
|---|---|---|
| 04/15/05 | 76 copies at .12 per copy | 9.12 |
| | | $9.12 |

TELEPHONE

| | | | |
|---|---|---|---|
| 04/11/05 | 357 | 5613621583 | 2.20 |
| | | | $2.20 |

TOTAL DISBURSEMENTS        $24.39

Page 1


David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $24.39 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 28, 2005

Bill Number  82470
File Number  0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through April 30, 2005

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 04/05/05 | MERRILL COMM - Color laser copies of advertising materials for in-house counsel (3/24/05) | 31.50 | |
| | | | $31.50 |
| | TOTAL DISBURSEMENTS | | $31.50 |
| | TOTAL THIS BILL | | $31.50 |