IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 28, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                    June 23, 2005
ATTN: Lydia Duff, Esq.                                      Invoice 687733  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #        02399/06003                      For Services Through 05/31/05
WR Grace #         063-KL-721490-01-501270
Name of Matter:    Beaco Road Site

| 05/06/05 | Review and organize recent documents per request of Attorney Carlisle. | | | |
|---|---|---|---|---|
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 05/12/05 | Update records pertaining to site per request of Attorney Carlisle. | | | |
| | K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |

**Fees for Legal Services** ......................................................................................................   **$30.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. LUCAS | 0.40 | 75.00 | 30.00 |
| TOTAL | 0.40 | $75.00 | $30.00 |

**Net current billing for this invoice** ...................................................................................   **$30.00**

**GRAND TOTAL**...................................................................................................................   **$30.00**

W. R. Grace & Co.

June 23, 2005
Invoice 687733  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | | |
|---|---|---|
| Fees for Professional Services | $30.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** .................................................................. | | **$30.00** |
| **GRAND TOTAL**...................................................................................................... | | **$30.00** |

---

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                          June 23, 2005
ATTN: Lydia Duff, Esq.                                         Invoice 687734 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06030                    For Services Through 05/31/05
WR Grace #             032-KL-721400-00-5250472
Name of Matter:        Aiken-Title V Permit App. Iss

| 05/02/05 | Complete permit review (1.3); highlight comments (0.5); outline issues (4.1); confer with Attorney Hawkins regarding review (0.1). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 6.00 hrs. | 260.00/hr | $1,560.00 |
| 05/03/05 | Review issues related to re-issuance of air permit. | | | |
| | B.F. HAWKINS, JR. | 1.50 hrs. | 290.00/hr | $435.00 |
| 05/04/05 | Work on comments to conditional major permit and discuss with Attorney Carlisle. | | | |
| | B.F. HAWKINS, JR. | 1.50 hrs. | 290.00/hr | $435.00 |
| 05/04/05 | Confer with Attorney Hawkins regarding items highlighted for consideration in new draft permit compared with conditions of prior Title V permit (0.7); draft memorandum on clarified comments based on discussion (0.8). | | | |
| | R.T. CARLISLE | 1.50 hrs. | 260.00/hr | $390.00 |
| 05/06/05 | Review and respond to questions regarding air operating permit for Grace-Davison, Aiken facility. | | | |
| | B.F. HAWKINS, JR. | 1.40 hrs. | 290.00/hr | $406.00 |
| 05/06/05 | Complete discussion with Attorney Hawkins regarding new draft air permit (0.3); research regarding permit shield issue (2.2); confer with Mr. Fishel regarding points to be considered (0.8); additional research regarding permit shield (2.6). | | | |
| | R.T. CARLISLE | 5.90 hrs. | 260.00/hr | $1,534.00 |
| 05/08/05 | Electronic mail memorandum to Mr. Fishel regarding points on new draft conditional major permit | | | |
| | R.T. CARLISLE | 0.80 hrs. | 260.00/hr | $208.00 |
| 05/26/05 | Review Title V certification questions. | | | |
| | B.F. HAWKINS, JR. | 1.10 hrs. | 290.00/hr | $319.00 |
| 05/30/05 | Review information forwarded from Mr. Fishel on DHEC response to client's comments on new draft permit. | | | |
| | R.T. CARLISLE | 0.40 hrs. | 260.00/hr | $104.00 |
| 05/31/05 | Review Title V questions and provide comments to Attorney Carlisle. | | | |
| | B.F. HAWKINS, JR. | 1.80 hrs. | 290.00/hr | $522.00 |

W. R. Grace & Co.

| 05/31/05 | Review and draft observations and recommendations on DHEC's reply to client's comments on draft air permit (1.9); develop budget for current review of permit and confer with Attorney Hawkins regarding same (0.5). |
|---|---|

           R.T. CARLISLE          2.40 hrs.     260.00/hr           $624.00

**Fees for Legal Services** ........................................................................................................ **$6,537.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 7.30 | 290.00 | 2,117.00 |
| R.T. CARLISLE | 17.00 | 260.00 | 4,420.00 |
| TOTAL | 24.30 | $269.01 | $6,537.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/31/2005 | Telephone 1-803-648-9575 | 0.05 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$0.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.05 |
| TOTAL | $0.05 |

**Net current billing for this invoice** .................................................................................. **$6,537.05**

**GRAND TOTAL**.................................................................................................................... **$6,537.05**

W. R. Grace & Co.

June 23, 2005
Invoice 687734  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Aiken-Title V Permit App. Iss
Our Matter # 02399/06030

---

| | | |
|---|---|---|
| Fees for Professional Services | $6,537.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.05 | |
| **Net current billing for this invoice** .............................................................. | | **$6,537.05** |
| **GRAND TOTAL**..................................................................................................... | | **$6,537.05** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 23, 2005
Invoice 687735  Page 1

| Our Matter # | 02399/06031 | For Services Through 05/31/05 |
|---|---|---|
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| 02/28/05 | Obtain background information on settlement negotiations (0.2); detailed voice mail message to Grace representative regarding federal agency communications (0.1). | | | |
|---|---|---|---|---|
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 05/02/05 | Review and organize documents pertaining to settlement issues requested and compiled by Attorney Carlisle. | | | |
| | K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |

**Fees for Legal Services** ......................................................................................................  **$100.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.30 | 260.00 | 78.00 |
| K. LUCAS | 0.30 | 75.00 | 22.50 |
| TOTAL | 0.60 | $167.50 | $100.50 |

**Net current billing for this invoice** ...................................................................................  **$100.50**

**GRAND TOTAL**.................................................................................................................  **$100.50**

W. R. Grace & Co.

June 23, 2005
Invoice 687735  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Li Tungsten
Our Matter # 02399/06031

| | |
|---|---|
| Fees for Professional Services | $100.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

Net current billing for this invoice ................................................................. **$100.50**

GRAND TOTAL.................................................................................................... **$100.50**

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                                   June 23, 2005
ATTN: Lydia Duff, Esq.                                            Invoice 687736  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #          02399/06032                         For Services Through 05/31/05
WR Grace #            063-KL-721490-01-0501221
Name of Matter:       Charleston


| 05/03/05 | Telephone conference with Ms. Sanger regarding confirmation of receipt of fee, affidavit, meeting public notice deadline, and discuss site visit. | | | |
|---|---|---|---|---|
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 05/06/05 | Follow up with Mr. Bucens on site visit and question (0.3); reply to OCRM and Corps on site visit, and review confirmation of RMT presence at site visit (0.2). | | | |
| | N.J. SMITH | 0.50 hrs. | 290.00/hr | $145.00 |
| 05/06/05 | Review and organize documents relating to site remediation issues at request of Attorney Carlisle. | | | |
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 05/10/05 | Review draft response to Mayor Riley from Mr. Bucens and prepare comments and provide to same (0.4); follow up with RMT on site visit (0.2). | | | |
| | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |
| 05/11/05 | Follow up with Mr. Bailey regarding site visit, and other agencies not attending it. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 05/12/05 | Telephone conference with Mr. Bailey regarding site visit (0.2); call from Mr. Ridgell regarding his missing the site visit, discuss alternative visit with US Fish and Wildlife or DNR (0.3); prepare message to agencies regarding site visit, directions, cell number for Mr. Hanley (0.2). | | | |
| | N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |
| 05/13/05 | Telephone conference with Mr. Hanley regarding site visit, attendees and comments, follow up planned with other resource agencies and mitigation issue. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 05/24/05 | Telephone conference with Mr. Brownell (NMFS), Ms. Davis (SCDNR) and Mr. Hall (F&WS) regarding offer of site visit, general information on project (0.4); call from Ms. Dendy (F&WS) regarding site visit (0.2). | | | |
| | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |
| 05/25/05 | Follow up with Mr. Brownell to coordinate site visit as requested. | | | |
| | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 05/26/05 | Telephone conference with Ms. Davy (NMFS) regarding site visit, coordination with Corps (0.2); telephone conference with Ms. Socha regarding same (0.2); call from Ms. Dendy to schedule visit (0.2); contact Mr. Hanley regarding same (0.1). | | | |

W. R. Grace & Co.

|  |  |  |  |  |
|---|---|---|---|---|
| | N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |

05/27/05    Follow up with Mr. Ridgell regarding site visit, invite participation in same (0.2); telephone conference with Mr. Hance regarding costs for Pigeon Pond bank credits (0.2); telephone conference with Ms. Thompson regarding Four Holes bank (0.2); telephone conference with Mr. Bailey regarding details and participants for site visit (0.2); prepare message to Mr. Bucens regarding same (0.1).

|  |  |  |  |  |
|---|---|---|---|---|
| | N.J. SMITH | 0.90 hrs. | 290.00/hr | $261.00 |

05/31/05    Message from Mr. Ridgell regarding site visit, follow up with mitigation bank information (0.3); review message from Mr. Hanley, research records and provide information needed (0.3).

|  |  |  |  |  |
|---|---|---|---|---|
| | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |

**Fees for Legal Services** ..................................................................................................... **$1,660.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 5.70 | 290.00 | 1,653.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 5.80 | $286.29 | $1,660.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 05/05/2005 | Telephone 1-617-498-2667 | 0.25 |
| 05/06/2005 | VENDOR: The Post and Courier; INVOICE#: 050505; DATE: 5/6/2005  -  publication of Public Notice | 49.20 |
| 05/06/2005 | Telephone 1-617-498-2667 | 0.80 |
| 05/16/2005 | Telephone 1-617-498-2667 | 0.40 |
| 05/27/2005 | Telephone 1-843-462-2150 | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$50.80**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Outside Services | 49.20 |
| Telephone | 1.60 |
| TOTAL | $50.80 |

**Net current billing for this invoice** .................................................................................. **$1,711.30**

**GRAND TOTAL**.................................................................................................................... **$1,711.30**

W. R. Grace & Co.

June 23, 2005
Invoice 687736  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | | |
|---|---|---|
| Fees for Professional Services | $1,660.50 | |
| Charges for Other Services Provided/Expenses Incurred | $50.80 | |
| **Net current billing for this invoice** ................................................................ | | **$1,711.30** |
| **GRAND TOTAL**................................................................................................................ | | **$1,711.30** |

---

**Terms of Payment:  Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

June 23, 2005
Invoice 687737  Page  1

Our Matter #            02399/06091                    For Services Through 05/31/05
Name of Matter:         Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/06/05 | Review April 2005 billing invoices and draft fee application.<br>A.R. PRICE | 3.10 hrs. | 105.00/hr | $325.50 |
| 05/06/05 | Provide materials for Attorney Hawkins' review.<br>K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 05/09/05 | Edit and review April 2005 Interim Fee Application.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 05/23/05 | Revise 16th Quarterly Fee Application and compile exhibits regarding same.<br>A.R. PRICE | 1.30 hrs. | 105.00/hr | $136.50 |
| 05/24/05 | Provide materials for Attorney Hawkins' review.<br>K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |
| 05/26/05 | Review April 2005 Interim Fee Application.<br>R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 05/31/05 | Follow up on status of 16 Quarterly and April 2005 Fee Applications; review correspondence to Grace regarding same.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |

**Fees for Legal Services** ..................................................................................................  **$628.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.10 | 260.00 | 26.00 |
| B.J. BURN | 0.50 | 220.00 | 110.00 |
| A.R. PRICE | 4.40 | 105.00 | 462.00 |
| K. LUCAS | 0.40 | 75.00 | 30.00 |
| TOTAL | 5.40 | 116.30 | 628.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

W. R. Grace & Co.

June 23, 2005
Invoice 687737 Page 2

| 05/02/2005 | Federal Express charge | 11.37 |
| 05/31/2005 | Federal Express charge | 11.37 |
| 05/31/2005 | Federal Express charge | 11.37 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$34.11**

## DISBURSEMENT SUMMARY

| <u>Description</u> | <u>Dollars</u> |
|---|---|
| Fed Ex | 34.11 |
| TOTAL | $34.11 |

**Net current billing for this invoice** .................................................................................. **$662.11**

**GRAND TOTAL**............................................................................................................... **$662.11**

W. R. Grace & Co.

June 23, 2005
Invoice 687737  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $628.00 | |
| Charges for Other Services Provided/Expenses Incurred | $34.11 | |
| **Net current billing for this invoice** ................................................................ | | **$662.11** |
| **GRAND TOTAL**.......................................................................................................... | | **$662.11** |

---

**Terms of Payment:  Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Vicki B. Finkelstein
7500 Grace Drive
Columbia, MD 21044

June 23, 2005
Invoice 687738  Page  1

| Our Matter # | 02399/09007 | For Services Through 05/31/05 |
| Name of Matter: | Alchem Chemical Co. | |

| | | | | |
|---|---|---|---|---|
| 05/11/05 | Review message from Ms. Johns regarding status of work, and risk of exposure issue, and respond with quick question. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 05/13/05 | Telephone conference with Ms. Johns regarding recent memo on status and risk analysis, discuss purchaser concern over time, detail risk issues to bring to management of Company for decision related to same, and discuss county approval of off site wells, need for letter or other written documentation. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 05/19/05 | Review risk assessment document from RMT, prepare comments to discuss with Ms. Johns as requested. | | | |
| | N.J. SMITH | 1.40 hrs. | 290.00/hr | $406.00 |
| 05/24/05 | Create billing folder and update with incoming invoice. | | | |
| | K. LUCAS | 0.20 hrs. | 75.00/hr | $15.00 |
| 05/25/05 | Review risk assessment section on indoor air (0.2); telephone conference with Ms. Johns regarding risk assessment, air testing in facility, related issues for sale of property (0.4). | | | |
| | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |

**Fees for Legal Services** ...................................................................................................... **$769.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.60 | 290.00 | 754.00 |
| K. LUCAS | 0.20 | 75.00 | 15.00 |
| TOTAL | 2.80 | 274.64 | 769.00 |

**Net current billing for this invoice** ................................................................................. **$769.00**

**GRAND TOTAL**.......................................................................................................... **$769.00**

W. R. Grace & Co.

June 23, 2005
Invoice 687738  Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | |
|---|---|
| Fees for Professional Services | $769.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

Net current billing for this invoice ................................................................ **$769.00**

GRAND TOTAL.................................................................................................... **$769.00**

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC