## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

June 30, 2005

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     10530

Professional Services

|   |   |   | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/1/2005 | JAW | detailed review of Kirkland January, 2004, monthly invoice (9.0) | 9.00 | 1,215.00 |
|  | SLB | review and correct draft of 15th Interim Project Category chart (3.7) | 3.70 | 481.00 |
|  | SLB | update 15th Interim fee and expense charts (1.4) | 1.40 | 182.00 |
|  | SLB | draft corrections of 15th Interim final report - Stroock (1.3) | 1.30 | 169.00 |
|  | SLB | begin draft of 15th Interim final report - Bilzin (1.1) | 1.10 | 143.00 |
| 6/2/2005 | CO | Update database with 04.05 Monthly Invoice of Campbell (.10); 04.05 Monthly Invoice of Caplin (.10); 04.05 Monthly Invoice of LAS (.10); 04.05 Monthly Invoice of Tersigni (.10); 03.05 Monthly Invoice of Latham (.10); 04.05 Monthly Invoice of Klett (.10); 04.05 Monthly Invoice of Kramer (.10) | 0.70 | 28.00 |
|  | JAW | detailed review of Kirkland January, 2004, monthly invoice (9.0) | 9.00 | 1,215.00 |
|  | SLB | complete draft of 15th Interim final report - Bilzin (4.4) ; begin draft of 15th Interim final report - PwC (3.4) | 7.80 | 1,014.00 |

W.R. Grace & Co.                                                                                          Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/2/2005 | PGS | Preparation of CNO for April 2005 | 0.10 | 8.00 |
| 6/3/2005 | WHS | detailed review of Omnibus 15th Int FR | 0.10 | 27.50 |
|  | PGS | Electronic filing with court of CNO for April 2005 | 0.10 | 8.00 |
|  | WHS | detailed review of Reed 15th Int FR | 0.10 | 27.50 |
|  | SLB | complete drafts of corrected 15th Interim final reports - Protiviti (1.1), RPWB (1.2) ; continue draft of 15th Interim final report PwC (4.1) ; complete drafts of 15th Interim fee & expense chart and corrections of Project Category spreadsheet (2.1) | 8.50 | 1,105.00 |
|  | JAW | detailed review of Kirkland January, 2004, monthly invoice (2.0); draft summary of same (4.0). | 6.00 | 810.00 |
| 6/6/2005 | PGS | Preparation of May 2005 Monthly Invoice of WHS | 0.60 | 48.00 |
|  | JBA | Electronic filing with court of 15th Interim Final Reports re: Caplin (.1), Kramer (.1), Lukins (.1), K&E (.2), and Omnibus No Objections (.2) | 0.70 | 28.00 |
|  | JBA | Update database with Capstone 4.05 e-detail | 0.10 | 4.00 |
|  | WHS | detailed review of Stroock 15th Int FR | 0.10 | 27.50 |
|  | SLB | complete corrected draft of 15th Interim final report - PD Committee (1.7) ; complete draft of 15th Interim final report - PwC (5.5) | 7.20 | 936.00 |
|  | SLB | draft e-mail to R. Wyron @ Swidler re confidential language in 15th Interim Final Report (.6) | 0.60 | 78.00 |
|  | SLB | telephone conferences (2) with attorneys at Bilzin re 15th Interim final report - PD Committee (.6) | 0.60 | 78.00 |
| 6/7/2005 | SLB | draft e-mail to M. Petito @ Protiviti re 15th Interim response for final report (.2) | 0.20 | 26.00 |

W.R. Grace & Co.      Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/7/2005 | JAW | detailed review of BMC Group fifteenth quarterly fee application (October 1, 2004 - December 31, 2004) (2.1) | 2.10 | 283.50 |
| | CO | Update database with 04.05 Monthly Invoice of Reed (.10); 02.05 and 03.05 Monthly Invoices of LECG (.10); 04.05 Monthly Invoice of Philips (.10); 04.05 Monthly Invoice of Capstone (.10); 04.05 Monthly Invoice of Stroock (.10) | 0.50 | 20.00 |
| | PGS | Electronic filing with court of May 2005 Monthly Invoice of WHS | 0.10 | 8.00 |
| | SLB | draft corrected 15th Interim final report - Swidler (1.8) ; draft corrected 15th Interim Protiviti final report (1.2) ; draft corrected 15th Interim final report - PwC (4.4) | 7.40 | 962.00 |
| | SLB | telephone conference with M. Petito @ Protiviti re 15th Interim response (.2) | 0.20 | 26.00 |
| | JBA | Electronic filing with court of 15th Interim Final Reports re: Property Comm (.1) and Reed Smith (.2) | 0.30 | 12.00 |
| 6/8/2005 | JBA | Electronic filing with court of 15th Interim Final Reports re: Stroock (.2), Swidler (.2), PWC (.3), Richardson (.2), Wallace (.1), Woodcock (.1), Protiviti (.2), Conway (.1), Bilzin (.2) | 1.60 | 64.00 |
| | SLB | telephone conference with F. Childress @ Baker Donelson re 15th Interim filing of quarterly application (.2) | 0.20 | 26.00 |
| | WHS | detailed review of Conway 15th Int FR | 0.10 | 27.50 |
| | SLB | draft 15th Interim corrected final report - PwC (2.7) ; draft 15th Interim corrected final report - Protiviti (1.2) | 3.90 | 507.00 |
| | SLB | draft e-mail to M. Petitio @ Protiviti re 15th Interim response (.3) ; draft e-mail to D. Relles @ LAS re 15th Interim Project Category Spreadsheet (.2) | 0.50 | 65.00 |
| | SLB | continue draft of 15th Interim Fee & Expense chart w/ fee auditor's recommendations (1.7) | 1.70 | 221.00 |
| | SLB | Update W.R. Grace Global e-mail (.7) | 0.70 | 91.00 |

W.R. Grace & Co.                                                                                                          Page      4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/9/2005 | SLB | telephone conference with D. Carickoff re 15th Interim fee & expense charts (.3) | 0.30 | 39.00 |
|  | SLB | draft e-mail to D. Carickhoff @ Pachulski re 15th Interim fee & expense charts (.3) | 0.30 | 39.00 |
|  | JBA | draft Final and Correction to 15th Interim Project Category Spreadsheet | 0.20 | 8.00 |
|  | SLB | complete draft of all 15th Interim charts for fee hearing (4.3) | 4.30 | 559.00 |
| 6/10/2005 | CO | Update database with 04.05 Monthly Invoice of Latham (.10); 04.05 Monthly Invoice of Nelson (.10); 02.05 Monthly Invoice of Steptoe (.10); 04.05 Monthly Invoice of Kirkland (.10); 12.04 Monthly Invoice of Baker (.10) | 0.50 | 20.00 |
| 6/13/2005 | SLB | telephone conference with R. Surett re 15th Interim fee & expense numbers for Stroock (.3) | 0.30 | 39.00 |
|  | SLB | draft e-mail to D. Carrickhoff @ Pachulski re proposed order for fee hearing (.3) | 0.30 | 39.00 |
| 6/14/2005 | CO | Update database with 10.01.04 through 12.31.04 Interim Fee Application of Baker (.10) | 0.10 | 4.00 |
| 6/20/2005 | JBA | Update database with Duane Morris 5.05 e-detail | 0.10 | 4.00 |
| 6/21/2005 | CO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Nelson (.10); 01.01.05 through 03.31.05 Interim Fee Application of Kirkland (.10) ; 05.05 Monthly Invoice of Duane (.10) | 0.30 | 12.00 |
|  | JBA | Update database with revisions to calculations for cap information | 0.80 | 32.00 |
| 6/23/2005 | CO | Update database with 04.05 Monthly Invoice of Pachulski (.10); 05.05 Monthly Invoice of Carella (.10); 04.05 Monthly Invoice of Woodcock (.10); 10.04, 11.04, 12.04 Monthly Invoices of Deloitte Tax (.10) | 0.40 | 16.00 |
| 6/27/2005 | WHS | attend fee app hearing by telephone | 0.30 | 82.50 |

W.R. Grace & Co.                                                                                                                                          Page    5

| Date | Init. | Description | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/27/2005 | SLB | draft e-mails to Buchanan Ingersoll and The Scott Group re 15th Interim fee hearing and preparation for 16th fee hearing (.9); draft e-mail to S. Jones @ CDG re 15th Interim fees and expenses (.2) | 1.10 | 143.00 |
|  | JBA | Update database with Phillips 5.05 e-detail pdf | 0.10 | 4.00 |
| 6/28/2005 | CO | Update database with 05.05 Monthly Invoice of Philips (.10); 04.05 Monthly Invoice of Pitney (.10); 01.05, 02.05, and 03.05 Monthly Invoices of Deloitte (.10) | 0.30 | 12.00 |
|  | SLB | draft e-mail to Pachluski re transcript of 15th Interim fee hearing (.3) | 0.30 | 39.00 |
| 6/29/2005 | JAW | detailed review of PwC January, 2005, monthly invoice (6.2) | 6.20 | 837.00 |
|  | JBA | Update database with Klett 5.05 e-detail, and Kramer 5.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Holme Roberts 4.05 pdf | 0.10 | 4.00 |
| 6/30/2005 | CO | Update database with 05.05 Monthly Invoice of Klett (.10); 05.05 Monthly Invoice of Kramer (.10); 05.05 Monthly Invoice of CIBC (.10); 04.05 Monthly Invoice and 01.01.05 through 03.31.05 Interim Fee Application of Holme (.10);  05.05 Monthly Invoice of Stroock (.10); 05.05 Monthly Invoice of Kirkland (.10) | 0.60 | 24.00 |
|  | JAW | draft summary of PwC January, 2005, monthly invoice (0.9) | 0.90 | 121.50 |
|  | JBA | Update database with Stroock 5.05 e-detail | 0.10 | 4.00 |

**For professional services rendered**                                                                                                      **96.30  $12,057.50**

Additional Charges :

|  | **Price** |  |
|---|---:|---:|
| Third party copies & document prep/setup of Initial Report of Kramer for the period 10.01.04-12.31.04 | 1.77 | 1.77 |

W.R. Grace & Co.     Page  6

|  | **Price** | **Amount** |
|---|---:|---:|
| Third party copies & document prep/setup of Initial Report of Official Committee for the period 10.01.04-12.31.04 | 0.89 | 0.89 |
| Third party copies & document prep/setup of Sixteenth Interim Application of WHS | 94.00 | 94.00 |
| Third party copies & document prep/setup of Initial Report of BIlzin, Richardson, Woodcock for the period 10.01.04-12.31.04 | 5.44 | 5.44 |
| Third party copies & document prep/setup of Initial Report of Protiviti, Reed and Stroock for the period 10.01.04-12.31.04 | 7.15 | 7.15 |
| Third party copies & document prep/setup of Initial Report of Caplin and Swidler for the period 10.01.04-12.31.04 | 17.52 | 17.52 |
| Third party copies & document prep/setup of April 2005 Monthly Invoice of WHS | 26.38 | 26.38 |
| Third party copies & document prep/setup of Initial Report of Kirkland for the period 10.01.04-12.31.04 | 3.66 | 3.66 |
| **Total costs** | | **$156.81** |
| **Total amount of this bill** | | **$12,214.31** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney Orent | 3.40 | 40.00 | $136.00 |
| James A Wehrmann | 33.20 | 135.00 | $4,482.00 |
| Jeff B. Allgood | 4.20 | 40.00 | $168.00 |
| Priscilla G Stidham | 0.90 | 80.00 | $72.00 |
| Stephen L. Bossay | 53.90 | 130.00 | $7,007.00 |
| Warren H Smith | 0.70 | 275.00 | $192.50 |