# Exhibit A

Proposed Supplemental Order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Related to Docket No. 6715

## SUPPLEMENT TO REVISED ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019

AND NOW, this _____ day of _____, 2005, it is **ORDERED** that the

Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 entered on

October 25, 2004 (Docket No. 6715) (the "Revised Order") is hereby supplemented as follows:

It is hereby **ORDERED** that all 2019 Statements and amended 2019 Statements filed

after the date of this Order must be filed electronically and all amendments must be linked to (i.e.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

reference) the original document number of the 2019 Statement so amended, except as expressly provided herein; and it is further

**ORDERED** that exhibits to 2019 Statements shall be submitted only in Microsoft Excel (and not in "PDF" or other) format, and on CD's, as provided in the Revised Order; and it is further

**ORDERED** that exhibits delivered to the Clerk shall be in a sealed 9x12 envelope with a copy of the proof of electronic filing taped to the front of the envelope; and it is further

**ORDERED** that to the extent a 2019 Statement is required to be updated or supplemented by the Revised Order, such update or supplement shall be in the form of an amended and restated 2019 Statement that includes all information from previous 2019 Statements still applicable (including the document number of the previous statement(s)) as well as any new information clearly marked as such; and it is further

**ORDERED** that any amended and restated 2019 Statement that deletes, supersedes or changes information contained in a prior 2019 Statement shall identify and retain the information that has been deleted, superseded or changed; and it is further

**ORDERED** that upon receipt of a properly filed amended and restated 2019 Statement, the Clerk and the Debtor shall destroy all prior hard copies of such 2019 Statements and exhibits thereto. The Clerk and the Debtor shall maintain copies of only the most current version of any 2019 Statement and the exhibits thereto; and it is further

**ORDERED** that any 2019 Statement or amended and restated 2019 Statement not filed in strict compliance with the terms of the Revised Order and this Order shall be rejected by the Clerk; and it is further

DOCS_LA:142084.1

**ORDERED** that the Debtor or counsel for the Debtor shall serve a copy of this Order on the Official Service List; on all entities who have entered, or in the future enter, an appearance or have requested, or in the future request, notices in the case; the United States Trustee; on persons or entities who are listed on any current or supplemental service lists used by any party to the bankruptcy case to notify attorneys for claimants with asbestos, silica and/or mixed dust personal injuries or property damage claims, and file a certificate of service with the Clerk of the Bankruptcy Court within ten (10) days hereof.

                      Judith K. Fitzgerald
                      U.S. Bankruptcy Judge