IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 19, 2005, AT 9:00 A.M. IN PITTSBURGH, PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [Docket No. 7709]**

### UNCONTESTED MATTERS:

1.  Motion of the Debtors for an Order Authorizing the Implementation of the 2005-2007 Long-Term Incentive Program for Key Employees [Filed: 6/15/05] (Docket No. 8624)

    Related Documents:

    a.  [Proposed] Order Authorizing the Implementation of the 2005-2007 Long-Term Incentive Program for Key Employees [Filed: 6/15/05] (Docket No. 8624)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

    b.        Certification of No Objection Regarding Docket No. 8602 [Filed: 7/1/05] (Docket No. 8897)

Response Deadline: June 28, 2005, at 4:00 p.m. *(extended until July 1, 2005, for the Asbestos Personal Injury Committee)*

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.

2.     Motion for the Entry of an Order Authorizing the Debtors to Expend Property of the Estates to Establish an Additional Manufacturing Facility for the Debtors' Specialty Building Materials Business [Filed: 6/13/05] (Docket No. 8610)

Related Documents:

    a.        [Proposed] Order for the Entry of an Order Authorizing the Debtors to Expend Property of the Estates to Establish an Additional Manufacturing Facility for the Debtors' Specialty Building Materials Business [Filed: 6/13/05] (Docket No. 8610)

    b.        Certification of Counsel Regarding **Docket No. 8610 [Filed: 7/8/05] (Docket No. 8968)**

Response Deadline: June 28, 2005, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion. The Debtors, however, did receive some informal comments to the proposed form of order and filed a revised form of order that was attached to the Certification of Counsel listed above. Accordingly, the Debtors respectfully request the entry of the proposed order attached to the Certification of Counsel.

## PI CMO AND QUESTIONNAIRE

3.     W. R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire [Filed: 5/10/05] (Docket No. 8394)

Related Documents:

    a.        [Proposed] Case Management Order for the Estimation of Asbestos Personal Injury Liabilities [Filed: 5/10/05] (Docket No. 8394)

2

b.  Memorandum of Points and Authorities in Support of W. R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire [Filed: 5/10/05] (Docket No. 8395)

c.  Appendix [Filed: 5/10/05] (Docket No. 8396)

d.  [Signed] Order Granting Debtors' Motion for Leave to (1) File a Brief in Support of Their Motion to Approve Their PI CMO and Questionnaire that Exceeds Page Limits Set Forth Under Local Rules, and (2) Extend the Deadline for Filing the Motion to Approve the PI CMO and Questionnaire [Filed: 5/19/05] (Docket No. 8467)

e.  [Signed] Modified Order Granting Joint Motion for Leave to Extend the Deadline for Filing Responses and Replies to the Motion to Approve the PI CMO and Questionnaire and for Responses to Exceed Page Limits [Filed: 6/9/05] (Docket No. 8589)

Response Deadline: June 8, 2005 at 4:00 p.m.

Responses Received:

a.  Response of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion to Approve PI CMO and Questionnaire [Filed: 6/30/05] (Docket No. 8781)

b.  Response of Official Committee of Equity Security Holders to W. R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire [Filed: 6/30/05] (Docket No. 8816]

c.  Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Motion to Approve PI CMO and Questionnaire and Memorandum of Points and Authorities in Support of Motion [Filed: 6/30/05] (Docket No. 8817)

d.  Future Claimants Representative's Objection to Debtors' Motion to Approve PI CMO and Questionnaire [Filed: 6/30/05] (Docket No. 8818)

e.  Certain Insurers' Response to Debtors' Motion to Approve PI CMO and Questionnaire [Filed: 6/30/05] (Docket No. 8827)

f.  Maryland Casualty's Response to Debtors' Motion to Approve PI CMO and Questionnaire [Filed: 6/30/05] (Docket No. 8829)

g.  Opposition of Libby Claimants to Debtors' Motion to Approve PI CMO and Questionnaire [Filed: 6/30/05] (Docket No. 8846)

91100-001\DOCS_DE:109531.3

h.  Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion to Approve PI CMO and Questionnaire [Filed: 6/30/05] (Docket No. 8847)

i.  **Joinder of Century Indemnity Company to Certain Insurers' Response to Debtors Motion to Approve PI CMO and Questionnaire [Filed: 7/5/05] (Docket No. 8910)**

Reply Deadline: June 13, 2005 at 12:00 p.m.

Replies Received: None as of the date of this Notice of Agenda.

Status: This matter will be going forward.

## PD CMO

4.  Property Damage Case Management Order

    Responses/Replies Deadline:  June 13, 2005, at 12:00 p.m.

    Status:  To the extent that the parties are unable to arrive at a consensual property damage case management order, the parties will present any remaining issues to the Court for adjudication.

## CONTESTED MATTERS

5.  Motion of State of Montana for Relief from the Automatic Stay [Filed: 6/9/05] (Docket No. 8582)

    Related Documents:

    a.  [Proposed] Order [Filed: 6/9/05] (Docket No. 8582)

    b.  Notice of Filing of Supplement to Exhibit "A" to the Motion of State of Montana for Relief from the Automatic Stay [Filed: 6/23/05] (Docket No. 8672)

    Response Deadline:  June 28, 2005, at 4:00 p.m.

    Responses Received:

    a.  Opposition of the Official Committee of Unsecured Creditors to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8705)

    b.  Objection of the Official Committee of Asbestos Property Damage Claimants to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8707)

4

91100-001\DOCS_DE:109531.3

c.  Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8708)

d.  Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/29/05] (Docket No. 8747)

**Status: By agreement of the parties, this matter is continued for a status update to the August 29, 2005, omnibus hearing.**

## CLAIMS OBJECTIONS:

6.  Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

    Response Deadline: June 4, 2004 at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

    Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on August 29, 2005, at 12:00 p.m.

7.  Debtors' Ninth Omnibus Objection to Claims (Substantive) [Filed: 5/18/05] (Docket No. 8464)

    Related Documents:

    a.  [Proposed] Order Granting the Relief Sought in Debtors' Ninth Omnibus Objection to Claims (Substantive) [Filed: 5/18/05] (Docket No. 8464)

    b.  Declaration of Mark A. Shelnitz in Support of Debtors' Ninth Omnibus Objection to Claims (Substantive) [Filed: 5/18/05] (Docket No. 8464)

    Response Deadline: June 10, 2005, at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit B.

    Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on August 29, 2005, at 12:00 p.m.

8. Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) [Filed: 5/18/05] (Docket No. 8465)

   Related Documents:

   a. [Proposed] Order Granting the Relief Sought in Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) [Filed: 5/18/05] (Docket No. 8465)

   b. Declaration of Mark A. Shelnitz in Support of Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) [Filed: 5/18/05] (Docket No. 8465)

   Response Deadline: June 10, 2005, at 4:00 p.m.

   **Status: This matter was listed in error. All claims subject to this omnibus objection have been resolved or adjudicated.**

9. Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) [Filed: 5/18/05] (Docket No. 8466)

   Related Documents:

   a. [Proposed] Order Granting the Relief Sought in Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) [Filed: 5/18/05] (Docket No. 8466)

   b. Declaration of Mark A. Shelnitz in Support of Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) [Filed: 5/18/05] (Docket No. 8466)

   Response Deadline: June 10, 2005 at 4:00 p.m.

   Responses Received: Unresolved Responses to this matter are listed on the attached **Exhibit C.**

   **Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on August 29, 2005, at 12:00 p.m.**

## ADDITIONAL MATTERS

10. **Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 01/12/05] (Docket No. 7545)**

    **Response Deadline: February 11, 2005, extended to February 25, 2005 at 4:00 p.m.**

    **Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit D.**

Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on August 29, 2005, at 12:00 p.m.

11. Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 5/23/05] (Docket No. 8486)

   Related Documents:

   a. [Proposed] Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 5/23/05] (Docket No. 8486)

   Response Deadline: June 10, 2005, at 4:00 p.m.

   Responses Received:

   a. Response of the Official Committee of Equity Security Holders in Support of the Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. Section 1121(D) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 6/9/05] (Docket No. 8581)

   b. Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 6/10/05] (Docket No. 8598)

   c. Future Claimants Representative's Objection to Debtors' Eighth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon [Filed: 6/10/05] (Docket No. 8599)

   d. Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Filed: 6/10/05] (Docket No. 8600)

   Replies Received:

   a. Debtors' Motion for Leave to File a Reply to Objections to Extension of Plan Exclusivity [Filed: 6/17/05] (Docket No. 8639)

      i. Debtors' Reply to Objections to Extension of Plan Exclusivity [Filed: 6/17/05] (Docket No. 8639)

7

**Special Reports:**

a.  **Debtors' Report on Business Effects of Terminating Exclusivity [Filed: 7/7/05] (Docket No. 8963)**

    i.  **Affidavit of Fred Festa in Support of Debtors' Report on Business Effects of Terminating Exclusivity [Filed: 7/7/05] (Docket No. 8963)**

**Status:** This matter will be going forward.


Dated: July 11, 2005

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
Jonathan Friedland
Lori Sinanyan
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

91100-001\DOCS_DE:109531.3