# EXHIBIT A

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Total Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Pearson, Peter P. | 5637 | 2281 | $741,600.00 | U | No Liability | Expunge | See Order entered April 25, 2005. |
| City of Cambridge, Massachusetts | None | 4720 | $14,829,000.00 | U | No Liability | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |
| City of Cambridge, Massachusetts | None | 4722 | $14,829,000.00 | U | No Liability | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |
| Massachusetts Bay Transportation Authority | None | 9693 | Unliquidated | U | No Liability, Unliquidated | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor - Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Perini Corporation | None | 4704 | Unliquidated | U | No Liability, Unliquidated | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |
| Dillingham-Manson Joint Venture | 5841 | 14050 | Unliquidated | A | No Liability, Unliquidated | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |
| Dillingham-Manson Joint Venture | 5841 | 14051 | Unliquidated | A | No Liability; Unliquidated | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor (Filing Response) | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| CHL Administration, Inc. | 5708 (through 5713) | 851 | Unliquidated | U | No Liability; Unliquidated | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |
| Archer, David | 5795 | 602 | $1,541,849.60 | U | No Liability | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |
| Archer, Michelle | 5796 | 604 | $1,910,100.00 | U | No Liability | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |