# EXHIBIT B

## W. R. Grace
## Responses Received to Debtors' Ninth Omnibus Objection to Claims

| Creditor | Filing Response | Docket No. of Response | Claim No(s). Affected | Claim Amount Filed | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| Commonwealth of Massachusetts | None | | 1480 | $3,250.59 | P | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Commonwealth of Massachusetts | None | | 1480 | $830.00 | U | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Commonwealth of Massachusetts | None | | 1481 | $3,250.59 | P | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Commonwealth of Massachusetts | None | | 1481 | $830.00 | U | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Safety Kleen Corporation | None | | 163 | $162,429.45 | U | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |