## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: August 1, 2005 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### ELEVENTH MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, counsel to David T. Austern, Future Claimants' Representative (the

"FCR"), has filed and served its Eleventh Monthly Application of Swidler Berlin LLP for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period April 1, 2005 through April 30, 2005 seeking payment of fees in the amount of

$21,802.60 (80% of $27,253.25) and expenses in the amount of $1,560.48 (the "Application")

for a total of $23,363.08.

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **August 1, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

    Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By: _____
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC 20007
    (202) 424-7500
    Co-Counsel to David T. Austern, Future Claimants
    Representative

    --and--

    PHILLIPS, GOLDMAN & SPENCE, P.A.
    John C. Phillips, Jr. (#110)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    (302) 655-4210 (fax)
    Co-Counsel to David T. Austern, Future Claimants
    Representative

Dated: July 8, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| _____ ) | |
| **In re:** ) | **Chapter 11** |
| ) | |
| **W.R. GRACE & CO., et al.** ) | **Case No. 01-1139 (JKF)** |
| ) | |
| **Debtors.** ) | Objection Deadline: August 1, 2005 at 4:00 p.m. |
| _____ ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO ELEVENTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | April 1, 2005 through April 30, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $27,253.25 |
| 80% of fees to be paid: | $21,802.60[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,560.48 |
| Total Fees @ 80% and 100% Expenses: | $23,363.08 |

_____

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 14.40 hours and the corresponding fees are $3,048.00 and 103.32 in expenses for Swidler's fee applications and 9.10 hours and $2,118.50 in fees and no expenses for the FCR and/or is other professional's fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's eleventh interim fee application for the period April 1-30, 2005. Swidler has previously filed the following fee applications:

- Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00) 80% of $54,296.00) and expenses in the amount of $4,114.49

- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) and expenses in the amount of $2,097.16

- Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) and expenses in the amount of $7,490.31

- Eighth interim fee application for the period December 1-31, 2004 in the amount of $70,817.20 (80% of $88,521.50) in fees and $4,326.10 in expenses

- Seventh interim fee application for the period November 1-30, 2004  in the total amount of $78,054.40 (80% of $97,568.00) and expenses in the amount of $ $4,182.19

- Sixth interim fee application for the period October 1-31, 2004 in the total amount of $87,179.80 (80% of $108,974.75) and expenses in the amount of $8,520.60

- Fifth interim fee application for the period September 1-30, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses

- Fourth interim fee application for the period August 1-31, 2004 in the amount of $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses

- Third interim fee application for the period July 1-31, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses

- Second interim fee application for the period June 1-30, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02

- First interim fee application for the period May 1-31, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60

2

To date, Swidler has received payments from the Debtors in the following amounts:

- $363,650.37 representing 80% of fees and 100% expenses for May 24, 2004 through September 30, 2004
- $19,993.70 representing the 20% holdback on fees for the time period May and June 2004
- $46,629.66 representing 80% of fees and 100% expenses for July 2004
- $78,911.65 representing 80% of fees and 100% expenses for August 2004
- $129,718.24 representing 80% of fees and 100% expenses for September 2004
- $59,214.65 representing the 20% holdback on fees for the time period July-September 2004
- $95,700.40 representing 80% of fees and 100% expenses for October 2004
- $157,379.89 representing 80% of fees and expenses for November and December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005

## COMPENSATION SUMMARY

### APRIL 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460.00 | 9.40 | $4,324.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645.00 | 7.90 | $4,869.75[2] |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545.00 | 15.80 | $8,611.00 |
| | | | | |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255.00 | 16.80 | $4,284.00 |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995, Insurance Litigation | $390.00 | .60 | $234.00 |
| | | | | |

2 Please note that this amount reflects a reduction of $225.75 for the 50% reduced rate on non-working travel.

3

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Rachael M. Barainca | File Clerk | $60.00 | 7.10 | $426.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 22.60 | $4,407.00 |
| Deborah A. Rogers | Senior Consultant | $195.00 | .50 | $97.50 |
| Total | | | 80.70 | $27,253.25 |
| Blended Rate: $337.71 | | | | |

## COMPENSATION BY PROJECT CATEGORY

### APRIL 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 13.60 | $2,263.50 |
| Due Diligence | 1.20 | $724.00 |
| Compensation of Professionals-Swidler | 14.40 | $3,048.00 |
| Compensation of Professionals-Other | 9.10 | $2,118.50 |
| Litigation | 39.30 | $17,759.00 |
| Insurance Matters | 1.10 | $331.50 |
| Plan and Disclosure Statement | 1.00 | $645.00 |
| Retention of Professionals-Other | .30 | $138.00 |
| Travel Time (Non-Working)[3] | .70 | $225.75 |
| TOTAL | 80.70 | $27,253.25 |

---

[3] In accordance with the Local Rules of this Court, Swidler bills its hourly rates at a 50% reduced rate for non-working travel time.

4

## EXPENSE SUMMARY

### APRIL 2005

| Expense Category | Total |
|---|---:|
| Photocopying/Printing | $169.20 |
| Telephone/Facsimile | $2.28 |
| Postage/Federal Express/Courier Fees | $44.38 |
| Computerized Legal Research | $201.46 |
| Pacer | $860.72 |
| Secretarial Services | $24.00 |
| Travel | $258.44 |
| **TOTAL** | **$1,560.48** |

Respectfully submitted,

SWIDLER BERLIN LLP

By: _____

    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC  20007
    (202) 424-7500
    Counsel to David T. Austern,
    As Future Claimants' Representative

Dated: July 8, 2005

# EXHIBIT A

# SWIDLER BERLIN LLP

# INVOICES FOR THE TIME PERIOD

# APRIL 1-30, 2005

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287223

CLIENT/CASE: 25369.0001

RE: Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/01/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 04/04/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 04/04/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 04/05/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines. | 0.80 |
| 04/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/07/05 | Debra O. Fullem | Review disclosure by R. Frankel regarding JP Morgan issue. | 0.20 |
| 04/07/05 | Debra L. Felder | Review monthly operating reports. | 0.30 |
| 04/08/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 04/08/05 | Rachael M. Barainca | Organize daily filings and put in folders. | 1.00 |
| 04/08/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 2

CLIENT:  25369
MATTER: .0001
INVOICE: 287223

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/08/05 | Roger L. Frankel | Review various docket entries. | 0.30 |
| 04/11/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/11/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 04/11/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines. | 1.20 |
| 04/12/05 | Rachael M. Barainca | Printed and organized pleadings for D. Felder. | 0.70 |
| 04/12/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/13/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 04/14/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 04/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 04/15/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines. | 0.50 |
| 04/15/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 04/18/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 04/18/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/18/05 | Roger L. Frankel | Confer with R. Wyron re status. | 0.30 |
| 04/19/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines. | 0.40 |
| 04/21/05 | Debra L. Felder | Conference with R. Wyron regarding update. | 0.20 |
| 04/21/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/22/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 04/22/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines. | 0.40 |

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 3

CLIENT:  25369
MATTER:  .0001
INVOICE: 287223

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/25/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 04/25/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 04/26/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 04/26/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 04/27/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 04/28/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 04/29/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 04/29/05 | Debra L. Felder | Conference with R. Wyron regarding update (.1); review pleadings and update calendar of hearings and deadlines (.4). | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.60 | $387.00 |
| Debra L. Felder | $255.00 | 5.00 | $1,275.00 |
| Debra O. Fullem | $195.00 | 0.90 | $175.50 |
| Rachael M. Barainca | $60.00 | 7.10 | $426.00 |
| **TOTAL HOURS & FEES** | | **13.60** | **$2,263.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 80.55 |
| Telephone | 1.99 |
| Postage | 3.60 |
| DC Secretarial/Staff Overtime | 24.00 |
| Publications/Subscriptions  (Pacer) | 565.36 |

David Austern, FCR (for W.R. Grace & Co.)
05/26/05
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 287223

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $675.50 |

**CURRENT INVOICE DUE**......................................................................$2,939.00

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287223

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES.................................................................................$2,263.50

TOTAL OTHER CHARGES...............................................................$675.50

**TOTAL AMOUNT DUE** .................................................................**$2,939.00**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin LLP
Attn  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:         Wachovia Bank, N.A.
Account Title:        Swidler Berlin LLP
ABA Routing No.:      054001220
Account No.:          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

OCR IDENTIFICATION
No. 13-2679676

## BILLING ATTORNEY COPY

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287224

CLIENT/CASE: 25369.0004

RE: Due Diligence

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/24/05 | Richard H. Wyron | Review 8K filed for first quarter results. | 0.50 |
| 04/29/05 | Roger L. Frankel | Review markup of transcript of judiciary committee. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.70 | $451.50 |
| Richard H. Wyron | $545.00 | 0.50 | $272.50 |
| **TOTAL HOURS & FEES** | | **1.20** | **$724.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Westlaw Legal Research | 196.18 |
| **TOTAL OTHER CHARGES** | **$196.18** |

CURRENT INVOICE DUE.......................................................................$920.18

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05

OUR REFERENCE: 25369.0004

INVOICE NUMBER: 287224

## INVOICE  SUMMARY

TOTAL FEES.................................................................................................$724.00

TOTAL OTHER CHARGES.................................................................$196.18

**TOTAL AMOUNT DUE** ...........................................................**$920.18**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin LLP
Attn  Accounting Department
P.O  Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank        Wachovia Bank, N.A.
Account Title       Swidler Berlin LLP
ABA Routing No.     054001220
Account No.         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287228

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/01/05 | Debra O. Fullem | Follow up on CNO to January fee statement. | 0.20 |
| 04/01/05 | Debra O. Fullem | E-mail to R. Frankel re status of February fee application; forward e-mail to R. Wyron. | 0.20 |
| 04/01/05 | Debra O. Fullem | Prepare redactions to insurance/litigation/plan invoices for February and provide to R. Frankel and R. Wyron. | 0.60 |
| 04/01/05 | Roger L. Frankel | Review tenth monthly fee application. | 0.30 |
| 04/04/05 | Debra O. Fullem | Review status and prepare e-mail to J. Port at W.R. Grace regarding CNO filed on January fee statement and payment due. | 0.30 |
| 04/04/05 | Debra O. Fullem | Organize fee application files. | 0.50 |
| 04/05/05 | Debra O. Fullem | Research new addresses for certain returned mail regarding third quarterly fee application hearing. | 0.50 |
| 04/05/05 | Debra O. Fullem | Update fee status chart. | 0.20 |
| 04/07/05 | Debra O. Fullem | Review and update fee status chart. | 0.10 |
| 04/07/05 | Debra O. Fullem | Review charts and update accounting with current status of payments due. | 0.20 |

David Austern, FCR (for W.R. Grace & Co.)
05/26/05
Page 2

CLIENT:  25369
MATTER: .0011
INVOICE: 287228

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/07/05 | Debra O. Fullem | Review and revise February fee application as per R. Wyron's edits; prepare final; forward to R. Frankel for signature. | 0.50 |
| 04/07/05 | Debra O. Fullem | Review March prebills and revise same. | 1.00 |
| 04/08/05 | Debra O. Fullem | Review e-mail from R. Wyron; reply to same with status on fee applications and CNOs. | 0.20 |
| 04/08/05 | Debra O. Fullem | Review and finalize February fee statement; forward to local counsel for filing. | 0.80 |
| 04/11/05 | Debra O. Fullem | Organize fee application files. | 0.50 |
| 04/12/05 | Debra O. Fullem | Organize fee application files. | 0.30 |
| 04/15/05 | Debra O. Fullem | Update fee and expense status chart. | 0.20 |
| 04/17/05 | Debra O. Fullem | Begin draft of Fourth Quarterly Fee Application for the time period January-March 2005. | 0.50 |
| 04/18/05 | Debra O. Fullem | Review March invoices and prepare chart summarizing fees and expenses. | 0.50 |
| 04/18/05 | Debra O. Fullem | Prepare draft of March monthly fee application. | 0.80 |
| 04/19/05 | Debra O. Fullem | Complete draft of March fee application and provide to R. Wyron for review. | 1.50 |
| 04/19/05 | Debra O. Fullem | Continue work on March invoices and fee application. | 0.70 |
| 04/21/05 | Debra O. Fullem | Review and respond to e-mail from J. Sacco regarding payment on January invoices. | 0.20 |
| 04/21/05 | Debra O. Fullem | Review and respond to e-mail from J. Sacco regarding payment on 20% holdback for July-Sept 04 fees and forward spreadsheets for allocation of payment. | 0.20 |
| 04/22/05 | Debra O. Fullem | Finalize March fee application and provide to R. Wyron and R. Frankel for review and comment. | 1.00 |
| 04/24/05 | Debra O. Fullem | Review monthly fee applications (.2); begin preparing Fourth Quarterly fee application for Swidler for the time period January-March 2005 (.8). | 1.00 |
| 04/24/05 | Richard H. Wyron | Review March fee application. | 0.30 |
| 04/25/05 | Debra O. Fullem | Review R. Wyron's edits to March fee application. | 0.20 |

David Austern, FCR (for W.R. Grace & Co.)
05/26/05
Page 3

CLIENT:  25369
MATTER:  .0011
INVOICE: 287228

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/26/05 | Debra O. Fullem | Update spreadsheet of fees and expenses and payments for the last quarterly period. | 0.20 |
| 04/29/05 | Debra O. Fullem | Finalize March fee application filing; attach exhibits; coordinate filing and serving. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.30 | $193.50 |
| Richard H. Wyron | $545.00 | 0.30 | $163.50 |
| Debra O. Fullem | $195.00 | 13.80 | $2,691.00 |
| **TOTAL HOURS & FEES** | | **14.40** | **$3,048.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 62.25 |
| Telephone | 0.29 |
| Federal Express | 40.78 |
| **TOTAL OTHER CHARGES** | **$103.32** |

CURRENT INVOICE DUE...................................................................$3,151.32

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287228

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES.....................................................................$3,048.00

TOTAL OTHER CHARGES....................................................$103.32

**TOTAL AMOUNT DUE** ...............................................**$3,151.32**

**REMITTANCE INFORMATION:**

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank          Wachovia Bank, N.A.
Account Title:        Swidler Berlin LLP
ABA Routing No.       054001220
Account No            2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287229

CLIENT/CASE: 25369.0012

RE:  Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/07/05 | Debra O. Fullem | Prepare e-mail to N. Murphy regarding status of fee application of Tillinghast. | 0.10 |
| 04/07/05 | Debra O. Fullem | Review e-mail from R.Chatterjee regarding correction to quarterly fee application. | 0.10 |
| 04/12/05 | Debra O. Fullem | Prepare notice of filing of CIBC's Third Quarterly and certificate of service for same; send documents to local counsel to file and serve. | 0.50 |
| 04/14/05 | Debra O. Fullem | Telephone call from R. Chatterjee regarding corrected version of Third Quarterly Fee Application; contact local counsel regarding re-filing and re-serving of same. | 0.30 |
| 04/15/05 | Debra O. Fullem | Conference with D. Felder regarding CIBC third quarterly duplicate filing; e-mail to C. Hartman (PGS) regarding withdrawal of first filing of same. | 0.20 |
| 04/15/05 | Debra O. Fullem | Conference with D. Felder regarding CNO on CIBC fee application; check docket for status. | 0.20 |
| 04/17/05 | Debra O. Fullem | Review e-mail from D. Austern along with chart of fees for the period January-March 2005. | 0.20 |

David Austern, FCR (for W.R. Grace & Co.)
05/26/05
Page 2

CLIENT:  25369
MATTER:  .0012
INVOICE: 287229

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 04/18/05 | Debra O. Fullem | Prepare three monthly fee applications of D. Austern for the time period January, February and March 2005. | 1.50 |
| 04/19/05 | Debra O. Fullem | Revise and finalize D. Austern's fee applications for the time period January-March 2005 and provide to R. Wyron for review and comment. | 1.50 |
| 04/19/05 | Debra O. Fullem | Conference with D. Felder regarding CIBC corrections to fee application and CNO to be filed. | 0.20 |
| 04/19/05 | Debra L. Felder | E-mail correspondence with J. Brownstein regarding April 24 hearing (.1); review agenda and calendar for April 24 hearing (.3). | 0.40 |
| 04/21/05 | Debra O. Fullem | Complete D. Austern's monthly fee applications for the period January-March 2005; forward to D. Austern by e-mail for review and comment. | 0.70 |
| 04/21/05 | Debra O. Fullem | Review package from CIBC of January and February fee applications (.2); prepare notices (.2); organize documents in final form (.2); obtain R. Frankel's signature on notices (.1); coordinate filing with Court and serving on parties (.1). | 0.80 |
| 04/21/05 | Debra O. Fullem | Review and respond to e-mail from C. Hartman regarding problems with CIBC Fourth Quarterly; review and revise draft Notice of Withdrawal of pleading. | 0.50 |
| 04/22/05 | Debra O. Fullem | Conference with R. Wyron regarding D. Austern's fee applications. | 0.10 |
| 04/24/05 | Richard H. Wyron | Review D. Austern's January, February and March fee applications. | 0.40 |
| 04/25/05 | Roger L. Frankel | Review, sign notices of monthly applications - Austern. | 0.20 |
| 04/25/05 | Roger L. Frankel | Review, sign notices of monthly applications - Austern. | 0.20 |
| 04/25/05 | Debra O. Fullem | Finalize D. Austern's fee applications for the time period January, February and March 2005 (.8); coordinate filing and serving of same (.2). | 1.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.40 | $258.00 |

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 3

CLIENT:  25369
MATTER: .0012
INVOICE: 287229

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $545.00 | 0.40 | $218.00 |
| Debra L. Felder | $255.00 | 0.40 | $102.00 |
| Debra O. Fullem | $195.00 | 7.90 | $1,540.50 |
| **TOTAL HOURS & FEES** | | **9.10** | **$2,118.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 23.40 |
| **TOTAL OTHER CHARGES** | **$23.40** |

**CURRENT INVOICE DUE**....................................................................**$2,141.90**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287229

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES.................................................................................................$2,118.50

TOTAL OTHER CHARGES.................................................................$23.40

**TOTAL AMOUNT DUE** ........................................................................**$2,141.90**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A.
Account Title:       Swidler Berlin LLP
ABA Routing No.:   054001220
Account No.:         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287226

CLIENT/CASE: 25369.0007

RE:  Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/01/05 | Monique D. Almy | Review Rabinowitz expert report in Owens Corning re estimation. | 2.30 |
| 04/01/05 | Monique D. Almy | Begin review of Vasquez report in Owens Corning re estimation. | 2.00 |
| 04/04/05 | Richard H. Wyron | Confer with R. Frankel regarding status and follow-up notes (.5); review e-mail regarding CEO motion and related discovery (.8). | 1.30 |
| 04/04/05 | Debra L. Felder | Review Owens Corning decision regarding estimation. | 0.40 |
| 04/04/05 | Roger L. Frankel | Confer with R. Wyron re CMO status, hearing in DE. | 0.30 |
| 04/04/05 | Monique D. Almy | Review balance of Vazquez expert report in Owens Corning re estimation. | 2.50 |
| 04/04/05 | Monique D. Almy | Review 3/31/05 Owens Corning Estimation Order. | 0.60 |
| 04/05/05 | Richard H. Wyron | Review Owens Corning opinion on estimation. | 0.50 |
| 04/06/05 | Roger L. Frankel | Review OC opinion on estimation. | 0.50 |
| 04/06/05 | Richard H. Wyron | Review CEO agreement and revisions (.3); review financial information on litigation costs and call to CIBC regarding same (.4). | 0.70 |

David Austern, FCR (for W.R. Grace & Co,)  CLIENT:  25369
05/26/05  MATTER: .0007
Page 2  INVOICE: 287226

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/07/05 | Richard H. Wyron | Follow-up on inquiry regarding litigation fees. | 0.30 |
| 04/08/05 | Richard H. Wyron | Confer with D. Austern on open issues and follow-up (.3); review CEO documents (.5). | 0.80 |
| 04/08/05 | Roger L. Frankel | Confer with D. Austern re CMO, executive compensation issue. | 0.30 |
| 04/08/05 | Roger L. Frankel | Confer with R. Wyron re discovery on executive compensation issues, CMO. | 0.30 |
| 04/11/05 | Richard H. Wyron | Review pleadings for next omnibus hearing (.8); review calendar (.3); review Hatco issues (.4). | 1.50 |
| 04/13/05 | Richard H. Wyron | Review decision on reconsideration in Owens Corning (.2); review Hatco agreements and e-mails regarding same (.8). | 1.00 |
| 04/13/05 | Monique D. Almy | Review CSFB's Motion for Reconsideration in Owens Corning on estimation. | 0.90 |
| 04/13/05 | Monique D. Almy | Review Order denying consideration on estimation in Owens Corning. | 0.50 |
| 04/13/05 | Roger L. Frankel | Review OC opinion re reconsideration. | 0.30 |
| 04/13/05 | Debra L. Felder | Review pleadings regarding CEO retention bonus (1.2); conference with R. Wyron regarding same (.2); attend Bubnovich deposition (4.5); review Owens Corning docket and opinion regarding estimation (.3). | 6.20 |
| 04/14/05 | Debra L. Felder | Attend T. Vanderslice deposition (2.3); conference with R. Wyron regarding depositions of N. Bubnovich and T. Vanderslice (.3). | 2.60 |
| 04/15/05 | Debra L. Felder | Telephone conference with R. Wyron regarding motion to employ Anderson Kill. | 0.10 |
| 04/15/05 | Roger L. Frankel | Confer with R. Wyron re CMO, Libby issues, PI committee application to employ Anderson Kill. | 0.20 |
| 04/18/05 | Roger L. Frankel | Review issues in preparation for Omnibus hearing. | 0.30 |
| 04/18/05 | Roger L. Frankel | Review agenda for 4/25 hearing. | 0.20 |
| 04/18/05 | Debra L. Felder | Review pleadings regarding application to employ Anderson Kill. | 0.60 |

David Austern, FCR (for W.R. Grace & Co.)
05/26/05
Page 3

CLIENT:  25369
MATTER:  .0007
INVOICE: 287226

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/19/05 | Roger L. Frankel | Review pleadings re Festa compensation package, supplemental objection of PI and PD committee. | 0.70 |
| 04/19/05 | Richard H. Wyron | Prepare for 4/25 omnibus hearing - review pleadings on CEO motion. | 0.80 |
| 04/21/05 | Monique D. Almy | Review amended agenda for 4/25/05. | 0.30 |
| 04/22/05 | Roger L. Frankel | Review agenda (amended) for 4/25 hearing. | 0.30 |
| 04/22/05 | Roger L. Frankel | Confer with D. Austern, R. Wyron in preparation for 4/25 hearing, executory compensation issues. | 0.40 |
| 04/22/05 | Debra L. Felder | Review T. Vanderslice deposition transcript and prepare memorandum to R. Wyron regarding same. | 1.50 |
| 04/24/05 | Richard H. Wyron | Review materials for April 25 hearing. | 0.60 |
| 04/25/05 | Richard H. Wyron | Prepare for hearing: review pleadings on pending matters and outline issues (1.1); review Anderson Kill issue and outline argument (.6); attend hearing (2.9); brief R. Frankel on status and results, and follow-up notes (.6). | 5.20 |
| 04/26/05 | Roger L. Frankel | Confer with R. Wyron re hearing, 524(g) issues, strategy. | 0.40 |
| 04/27/05 | Richard H. Wyron | Review summary of Hatco transaction and pleadings regarding same. | 0.80 |
| 04/28/05 | Richard H. Wyron | Review Hatco motion (.4); call with M. Eskin and follow-up (.3). | 0.70 |
| 04/29/05 | Richard H. Wyron | Review calendar for 5/16 hearing and outline open items for discussion. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 9.10 | $4,186.00 |
| Roger L. Frankel | $645.00 | 4.20 | $2,709.00 |
| Richard H. Wyron | $545.00 | 14.60 | $7,957.00 |
| Debra L. Felder | $255.00 | 11.40 | $2,907.00 |
| **TOTAL HOURS & FEES** | | **39.30** | **$17,759.00** |

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 4

CLIENT:  25369
MATTER: .0007
INVOICE: 287226

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 3.00 |
| Ground Transportation | 38.00 |
| Publications/Subscriptions (Pacer) | 295.36 |
| Travel/Airfare | 180.00 |
| Travel/Meal Expenses | 17.20 |
| Travel/Parking | 14.00 |
| Travel/Taxis | 6.00 |
| Travel/Tolls | 3.24 |
| **TOTAL OTHER CHARGES** | **$556.80** |

**CURRENT INVOICE DUE**..................................................................**$18,315.80**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287226

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES ............................................................................. $17,759.00

TOTAL OTHER CHARGES ....................................................... $556.80

**TOTAL AMOUNT DUE** ........................................................ **$18,315.80**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A.
Account Title:      Swidler Berlin LLP
ABA Routing No.:   054001220
Account No.:       2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598


David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683


INVOICE DATE: 05/26/05
INVOICE NUMBER: 287225

CLIENT/CASE: 25369.0006

RE: Insurance Matters


FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 04/11/05 | Scott J. Levitt | Review summary of proposed Hatco transaction for insurance issues. | 0.30 |
| 04/19/05 | Scott J. Levitt | Communicate by e-mail with R. Wyron re [certain insurers] participation in Grace coverage program. | 0.30 |
| 04/19/05 | Deborah A. Rogers | Research Grace's insurance carriers regarding [certain insurers]; report findings to S. Levitt. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Scott J. Levitt | $390.00 | 0.60 | $234.00 |
| Deborah A. Rogers | $195.00 | 0.50 | $97.50 |
| **TOTAL HOURS & FEES** | | **1.10** | **$331.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Westlaw Legal Research | 5.28 |

David Austern, FCR (for W.R. Grace & Co,)
05/26/05
Page 2

CLIENT:  25369
MATTER: .0006
INVOICE: 287225

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$5.28** |

**CURRENT INVOICE DUE**........................................................................$336.78

# Swidler Berlin LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

<table>
<tr><td>

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

</td><td>

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

</td></tr>
</table>

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287225

OUR REFERENCE: 25369.0006

## INVOICE SUMMARY

TOTAL FEES..................................................................................$331.50

TOTAL OTHER CHARGES...............................................................$5.28

**TOTAL AMOUNT DUE** ................................................................**$336.78**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A.
Account Title:        Swidler Berlin LLP
ABA Routing No.:     054001220
Account No.:         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287227

CLIENT/CASE: 25369.0008

RE:  Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/06/05 | Roger L. Frankel | Confer with Messrs. Radecki and Brownstein (NY) re case, plan issues (.4); notes re same (.1). | 0.50 |
| 04/23/05 | Roger L. Frankel | Review S.852 impact on asbestos claims. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 1.00 | $645.00 |
| **TOTAL HOURS & FEES** | | **1.00** | **$645.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.........................................................................**$645.00**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287227

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES.................................................................$645.00

TOTAL OTHER CHARGES..............................................$0.00

**TOTAL AMOUNT DUE** ..............................................**$645.00**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin LLP
Attn  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank       Wachovia Bank, N.A.
Account Title      Swidler Berlin LLP
ABA Routing No.    054001220
Account No.        2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

## BILLING ATTORNEY COPY

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287232

CLIENT/CASE: 25369.0010

RE:  Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/18/05 | Monique D. Almy | Review Motion for Leave to File a Reply and proposed Reply. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 0.30 | $138.00 |
| **TOTAL HOURS & FEES** | | **0.30** | **$138.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$138.00

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287230

CLIENT/CASE: 25369.0014

RE   Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 04/06/05 | Roger L. Frankel | Travel to DC from NY. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $322.50 | 0.70 | $225.75 |
| **TOTAL HOURS & FEES** | | **0.70** | **$225.75** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.......................................................................$225.75

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 05/26/05
INVOICE NUMBER: 287230

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES............................................................................$225.75

TOTAL OTHER CHARGES ...................................................$0.00

**TOTAL AMOUNT DUE** ..........................................................**$225.75**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn  Accounting Department
P O  Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:          Wachovia Bank, N.A.
Account Title:          Swidler Berlin LLP
ABA Routing No:       054001220
Account No.:             2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL


SWORN AND SUBSCRIBED TO BEFORE ME

THIS 8th DAY OF JULY, 2005

_____
Notary Public

My commission expires: 4/4/07

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on July 12, 2005, I caused the *Notice, Cover Sheet to Eleventh Monthly Interim Application of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period April 1-30, 2005, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

**Federal Express**
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Regular Mail**
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


**Federal Express**

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express and Email: _feeaudit@whsmithlaw.com_ and slbossay@whsmithlaw.com**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: jsakalo@bilzin.com**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


**E-mail: david.heller@lw.com and carol.hennessey@lw.com**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


**E-mail: pbentley@kramerlevin.com**
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP