# EXHIBIT 1

## NOTICE PARTIES

| | |
|---|---|
| **The Debtors**<br><br>via hard copy to:<br><br>David B. Siegel<br>Senior VP and General Counsel<br>7500 Grace Drive<br>Columbia, MD 21044<br><br>and<br>via email to:<br>william.sparks@grace.com | **Co-Counsel to the Debtor In Possession Lender**<br><br>via email to:<br><br>syoder@bayardfirm.com;<br><br>david.heller@lw.com; and<br><br>carol.Hennessey@lw.com |
| **Co-Counsel to the Debtors**<br><br>via email to:<br><br>james_kapp@chicago.kirkland.com and<br><br>dcarickhoff@pszyj.com | **Co-Counsel to the Official Committee of Unsecured Creditors**<br>via email to:<br>rserrette@stroock.com; and<br><br>mlastowski@duanemorris.com |
| **Co-Counsel to the Official Committee of Asbestos Personal Injury Claimants**<br>via email to:<br>pvnl@capdale.com; and<br><br>meskin@del.camlev.com | **Co-Counsel to the Official Committee of Equity Holders**<br>via email to:<br>pbentley@kramerlevin.com;<br>currier@klettrooney.com; and<br>jwaxman@klettrooney.com |
| **The Fee Auditor**<br>Via hard copy to:<br>Warren H. Smith<br>Warren H. Smith & Associates, P.C.<br>Republic Center<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201<br><br>and<br>via email to: whsmith@whsmithlaw.com | **Office of the United States Trustee**<br>Via hard copy to:<br><br>Office of the United States Trustee<br>Frank J. Perch, III, Esq.<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |