IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related Doc. Nos. 8394, 8395, 8396, and** |
| | ) | **8846** |
| | ) | **Hearing Date: July 19, 2005 @ 9:00 a.m.** |

## STATEMENT OF LIBBY CLAIMANTS CONCERNING OUTSTANDING ISSUES RELATED TO DEBTORS' MOTION TO APPROVE PI CMO AND QUESTIONNAIRE

The claimants injured by exposure to tremolite asbestos from the Debtors' operations near Libby, Montana[1] (the "Libby Claimants"), by and through their counsel, Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP, hereby submit this statement in response to the Court's directive that parties identify any outstanding issues concerning W.R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire dated May 10, 2005 (the "Motion") [Docket No. 8394] and the Debtors' proposed Asbestos PI Pre-Petition Litigation Proof of Claim Form/Questionnaire (the "Proposed Questionnaire") following discussions held among counsel to the Debtors, various asbestos constituencies, and other interested parties on July 8, 2005. The Libby Claimants have been informed that the discussions did not result in a resolution of the many issues concerning the Motion and Proposed Questionnaire. Accordingly, all of the Libby Claimants' issues and concerns identified in the Opposition of Libby Claimants to Debtors' Motion to Approve PI CMO and Questionnaire dated June 30, 2005 (the "Opposition") [Docket No. 8846] remain.

---

[1] As identified in the Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 dated December 21, 2004 [Docket No. 7287] filed in Case No. 01-01139 (JFK), as it may be amended and supplemented from time to time.

393.001-8701.doc

In accordance with this Court's directive, the Libby Claimants will provide Debtors' counsel with a hard copy of this Statement, along with a copy of the Opposition, for delivery to the Honorable Judith K. Fitzgerald.

Dated: September 18, 2003

**LANDIS RATH & COBB, LLP**

/s/ Kerri Mumford

Adam G. Landis, Esq. (No. 3407)
Kerri Mumford, Esq. (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

and

Daniel C. Cohn
Christopher M. Candon
**COHN KHOURY MADOFF & WHITESELL LLP**
101 Arch Street
Boston, MA 02110
(617) 951-2505

Counsel to the Libby Claimants