IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

## DECLARATION OF SERVICE

    I, Kerri K. Mumford, declare that I am employed by the law firm of Landis Rath & Cobb LLP and am counsel for the Libby Claimants in the above cases, and on the 12th day of July, 2005, I caused a copy of the following:

**STATEMENT OF LIBBY CLAIMANTS CONCERNING
OUTSTANDING ISSUES RELATED TO DEBTORS'
MOTION TO APPROVE PI CMO AND QUESTIONNAIRE**

to be served upon the parties identified on the attached list via facsimile and on lead counsel to the Debtors' via federal express.

Dated: July 12, 2005

                                                    */s/ Kerri K. Mumford*
                                                  Kerri K. Mumford

393.001-8698.DOC

| NAME | COMPANY | FACSIMILE NUMBER |
|---|---|---|
| Laura D. Jones | Pachulski Stang Ziehl Young Jones & Weintraub | 302-652-4400 |
| David M. Bernick | Kirkland & Ellis | 312-861-2200 |
| Bennett L. Spiegel | Kirkland & Ellis | 213-680-8400 |
| Lewis Kruger | Stroock & Stroock & Lavan | 212-806-6006 |
| Michael Lastowski | Duane Morris | 302-657-4901 |
| Scott L. Baena | Bilzin, Sumberg, Dunn, Baena, Price & Axelrod | 305-374-7593 |
| Michael B. Joseph | Ferry & Joseph | 302-575-1714 |
| Elihu Inselbuch | Caplin & Drysdale | 212-644-6755 |
| Gary Becker | Kramer Levin Naftalis & Frankel | 212-715-8000 |
| Marla Eskin | Campbell & Levine | 302-426-9947 |
| Teresa K.D. Currier | Klett Rooney Lieber & Schorling | 320-552-4220 |
| Richard H. Wyron | Swidler Berlin Shereff Friedman | 202-424-7643 |
| John C. Phillips, Jr. | Phillips, Goldman & Spence | 302-573-6497 |
| Frank J. Perch | Office of the U.S. Trustee | 302-573-6497 |
| Peter Van N. Lockwood | Caplin & Drysdale | 202-429-3301 |
| J. Douglas Bacon | Latham & Watkins | 312-993-9767 |
| Steven M. Yoder | The Bayard Firm | 302-658-6395 |

393.001-8698.DOC

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub
919 North Market Street, Suite 1600
Wilmington, DE 19801

David M. Bernick P.C.
Janet S. Baer
Jonathan Friedland
Lori Sinanyan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Bennett L. Spiegel, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Scott L. Beana, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Gary Becker, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Richard H. Wyron, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Frank J. Perch, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801

Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle, NW
Washington, DC 20005

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899