**Attachment 1**

## Professional Qualifications of

## Robert W. Mathews

BACKGROUND

Mr. Mathews has over thirty years of experience in global commercial and investment banking and financial consulting. His expertise includes direct and syndicated credit and lending integrated with capital market engagements, legal documentation and loan portfolio management. His experience has included corporate, international, leveraged, real estate and project finance transactions in New York, Tokyo and London.

He has been involved with over ninety transactions in excess of $20 billion in financing and has had extensive experience with resolving issues and completing financings under difficult project or market conditions. These have involved less liquid transactions, complex financings, unique and out of favor industries, cross border financings, domestic and international restructuring, and non recourse special purpose project financing.

As an independent consultant to large project sponsors, early stage business owners, debtors, creditors and investment banks, his financial advisory services have included assessments of financing feasibility, debt capacity, investments, capital commitments, and arranging financing. Mr. Mathews is presently a Managing Director with L. Tersigni Consulting P.C. , which is the financial advisor to the Asbestos Claimants' Committee in connection with numerous Chapter 11 proceedings.

EDUCATION

- University of Florida - MBA, Finance  (1974)
- Washington and Lee University  - BA, Journalism (1969)

EMLOYMENT HISTORY

- December, 2002 to Present      LTersigni Consulting P.C.
- October, 1996  -  March 2001      The Chase Manhattan Bank
- April 1993    -  October 1996      Redcliffe Capital Limited
- November 1989  - March 1993      Barclays De Zoete Wedd Securities
- October 1974  - November 1989      The Chase Manhattan Bank N.A.