# EXHIBIT B

{D0015842:1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CASE MANAGEMENT ORDER

This matter having come before the Court pursuant to its June 27, 2005 Order directing the parties to file a proposed Case Management Order for discovery and pretrial matters leading to a hearing on Asbestos Claims Estimation, and the Court having conducted a status conference held on July 19, 2005, and the Court having considered the parties' submissions and their proposed schedule for pretrial proceedings:

IT IS HEREBY ORDERED on this __ day of July 2005, that the pretrial and discovery proceedings for Asbestos Claims Estimation Hearing ("Hearing") will proceed along the following schedule:

1. On or before August 31, 2005, the parties shall identify any fact witness whom they intend to call at the Hearing. Depositions of any fact witness so identified may commence immediately thereafter and shall be completed by November 1, 2005. Depositions of witnesses taken during the course of the *Sealed Air* litigation may be used by any party and are admissible to the same extent as if they were taken in this matter.

2. On or before November 1, 2005, parties shall file with the Court and serve on opposing parties their Federal Rule of Civil Procedure 26(a)(2)(B) expert witness reports for any expert witness who will offer testimony at the Hearing. Rebuttal expert witness reports

{D0045725:1 }
244645v1

shall be filed with the Court and served on or before December 1, 2005. Expert witness depositions shall commence on December 1, 2005 and be completed by January 13, 2005.

    3.    The parties shall file any motions to exclude expert testimony on *Daubert* grounds on or before January 16, 2005, with responses due January 23, 2005. The Court will hear *Daubert* challenges to expert testimony, if any, on the first day of trial.

    4.    Designations of deposition testimony shall be exchanged on January 16, 2005. Counter-designations and objections shall be served on January 23, 2005.

    5.    The parties to the Asbestos Claims Estimation Hearing shall file their final trial witness lists, lists of trial exhibits, pre-marked for identification purposes, and pre-hearing memoranda, on or before January 23, 2005. The Parties shall also exchange copies of their trial exhibits on or before January 23, 2005.

    6.    The Asbestos Claims Estimation Hearing shall commence beginning on January 31, 2005 and continue from day to day thereafter until completed.

    7.    This Court also will hear all matters ancillary to the estimation hearing, such as discovery disputes.

    _____
    JUDITH FITZGERALD
    United States Bankruptcy Judge

{D0045725:1 }