# EXHIBIT C

*DUE          , 2005*

For Court Use Only

# W. R. GRACE & CO. PERSONAL INJURY CLAIMANT QUESTIONNAIRE

### The United States Bankruptcy Court for the District of Delaware

*In re: W.R. GRACE & CO., Case No. 01-01139*

(Jointly Administered With: In re A-1 Bit & Tool Co., Inc., Case No. 01-01140; In re Alewife Boston Ltd., Case No. 01-01141; In re Alewife Land Corporation, Case No. 01-01142; In re Amicon, Inc., Case Nr. 01-01143; In re CB Biomedical, Inc., Case No. 01-01144; In re CCHP, Inc., Case No. 01-01145; In re Coalgrace, Inc., Case No. 01-01146; In re Coalgrace II, Inc., Case No. 01-01147; In re Creative Food 'N Fun Company, Case No. 01-01148; In re Darex Puerto Rico, Inc., Case No. 01-01149; In re Del Taco Restaurants, Inc., Case No. 01-01150; In re Dewey and Almy, LLC, Case No. 01-01151; In re Ecarg, Inc., Case No. 01-01152; In re Five Alewife Boston Ltd., 01-01153; In re G C Limited Partners I, Inc., Case No. 01-01154; In re G C Management, Inc., Case no. 01-01155; In re GEC Management Corporation, Case No. 01-1156; In re GN Holdings, Inc., Case No. 01-01157; In re GPC Thomasville Corp., Case No. 01-01158; In re Gloucester New Communities Company, Inc., Case No. 01-01159; In re Grace A-B Inc., Case No. 01-01160; In re Grace A-B II Inc., Case No. 01-01161; In re Grace Chemical Company of Cuba, Case No. 01-01162; In re Grace Culinary Systems, Inc., Case No. 01-01163; In re Grace Drilling Company, Case No. 01-01164; In re Grace Energy Corporation, Case No. 01-01165; In re Grace Environmental, Inc., Case No. 01-01166; In re Grace Europe, Inc., Case No. 01-01167; In re Grace H-G Inc., Case No. 01-01168; In re Grace H-G II Inc., Case No. 01-01169; In re Grace Hotel Services Corporation, Case No. 01-01170; In re Grace International Holdings, Inc., Case No. 01-01171; In re Grace Offshore Company, Case No. 01-01172; In re Grace PAR Corporation, Case No. 01-01173; In re Grace Petroleum Libya Incorporated, Case No. 01-01174; In re Grace Tarpon Investors, Inc., Case No. 01-01175; In re Grace Ventures Corp., Case No. 01-01176; In re Grace Washington, Inc., Case No. 01-01177; In re W.R. Grace Capital Corporation, Case No. 01-01178; In re W.R. Grace & Co-Conn., Case No. 01-01179; In re W.R. Grace Land Corporation, Case No. 01-01180; In re Gracoal, Inc., Case No. 01-01181; In re Gracoal II, Inc., Case No. 01-01182; In re Guanica-Caribe Land Development Corporation, Case No. 01-01183; In re Hanover Square Corporation, Case No. 01-01184; In re Homco International, Inc., Case No. 01-01185; In re Kootenai Development Company, Case No. 01-01186; In re L B Realty, Inc., Case No. 01-01187; In re Litigation Management, Inc., Case No. 01-01188; In re Monolith Enterprises, Incorporated, Case No. 01-01189; In re Monroe Street, Inc., Case No. 01-1190; In re MRA Holdings Corp., Case No. 01-01191; In re MRA Intermedco, Inc., Case No. 01-01192; In re MRA Staffing Systems, Inc., Case No. 01-01193; In re Remedium Group, Inc., Case No. 01-01194; In re Southern Oil, Resin & Fiberglass, Inc., Case No. 01-01195; In re Water Street Corporation, Case No. 01-01196; In re Axial Basin Ranch Company, Case No. 01-01197; In re CC Partners, Case No. 01-01198; In re Hayden-Gulch West Coal Company, Case No. 01-01199; In re H-G Coal Company, Case no. 01-1200.)

Carefully read the Instructions included with this CLAIMANT QUESTIONNAIRE before completing. In order to be paid or to have your claim estimated for voting purposes, complete ALL applicable questions and attach ALL required documents and supporting information to the CLAIMANT QUESTIONNAIRE. If delivered by U.S. mail, address to Rust Consulting, Inc., Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy, 201 S. Lyndale Ave., Faribault, MN 5502. If sent by Federal Express, United Parcel Service, or a similar Hand Delivery Service address to Rust Consulting, Inc., Claims Processing Agent, Re: W.R. Grace & Co. Bankruptcy, P.O. Box 1620, Faribault, MN 55021.

*IN ORDER TO BE VALID, THE CLAIMANT QUESTIONNAIRE MUST BE SIGNED BY THE CLAIMANT OR THE CLAIMANT'S AUTHORIZED AGENT OR THE CLAIMANT'S ATTORNEY.*

*Please print clearly and use blue or black ink.*

## PART 1: IDENTIFYING INFORMATION (see instructions)

A. Injured Party

First Name                MI    Last Name                        Jr/Sr/III

The injured party is:    ◯ Living    ◯ Deceased

*If injured party is deceased (or incapacitated), name of trust, estate, personal representative or other party submitting claim (not filing attorney listed in 1. B below).*

*Street Address (of injured party; if living; if not, provide the address of the trust, estate, personal representative or other party submitting claim).*

City                          State/Prov.  Zip Code (Postal Code)    -

Country (if other than U.S.A.)                Social Security Number of Injured Party

Injured Party's Birth Date:     ___ / ___ / ___        Injured Party's Gender:  ◯ Male   ◯ Female
                              Month   Day    Year

**B. Injured Party's Attorney:**

Law Firm Name

Attorney First Name          MI          Last Name

Street Address

City                    State/Prov.    Zip Code (Postal Code)

## PART 2: MEDICAL INFORMATION (see instructions)

**A. Cancer  (Including malignant mesothelioma)**

1. Has the injured party been diagnosed with cancer that you claim was caused by in whole or in part by GRACE asbestos-containing products or materials or asbestos related operations?          ◯ Yes    ◯ No

2. If "yes," specify type of cancer and year of qualifying medical diagnosis:

Year of qualifying medical diagnosis

——— MESOTHELIOMA

——— LUNG CANCER

——— OTHER CANCER:  Specify type: ———————

**B. Asbestosis**

1. Has the Injured Party been diagnosed with asbestosis that you claim was caused in whole or part by exposure to GRACE asbestos-containing products or materials or asbestos related operations?          ◯ Yes    ◯ No

2. If "yes," specify year of qualifying medical diagnosis:

**C. Non-malignant pleural conditions**

1. Has the Injured Party been diagnosed with any pleural condition that you claim was caused in whole or part by exposure to GRACE-produced asbestos-containing products or materials or asbestos related operations?          ◯ Yes    ◯ No

2. If "yes," specify the pleural condition, and year of qualifying medical diagnosis:

——— Pleural plaques            Year:

——— Pleural thickening          Year:

——— Other pleural condition     Year:

Specify other condition if known: ——————————  Year:

## PART 3: EXPOSURE HISTORY (see instructions)

**A. Was the injured party exposed to asbestos from any GRACE products or materials or asbestos related operations?**          ◯ Yes    ◯ No

**B. If "Yes" please indicate:**

1. First year of exposure:  19

   Last year of exposure:  19

2. Occupations at time of exposure.  (Use codes and list as many as apply.)

## PART 4:  SIGNATURE OF CLAIMANT OR AUTHORIZED AGENT

*To the best of my knowledge, the information contained in this PERSONAL INJURY CLAIMANT QUESTIONNAIRE is true and complete.*

|  |  | Month / Day / Year |
| --- | --- | --- |

*Signature of Claimant, Claimant's Attorney,*     Please Print the Name of the Signatory

*or Authorized Agent*

*Penalty for presenting a fraudulent claim:  Fine of up to $500,000 or imprisonment for up to five years or both. (18 U.S.C. §152 & 3571)*

## INSTRUCTIONS FOR FILING THE W.R. GRACE & CO.
## ASBESTOS PERSONAL INJURY QUESTIONNAIRE

- The Debtors in this case are those companies listed on Appendix A attached to this Questionnaire (referred to in this document, whether singularly or collectively, as "GRACE" or "Debtors").

- If you have a current claim against GRACE for asbestos-related personal injury, THIS ASBESTOS PERSONAL INJURY QUESTIONNAIRE MUST BE <u>RECEIVED</u> ON OR BEFORE **[insert date]**, or your rights may be affected.

## <u>WHO SHOULD USE THIS ASBESTOS PERSONAL INJURY QUESTIONNAIRE</u>

- This Asbestos Personal Injury Questionnaire (referred to in this document as the "Questionnaire") applies only to persons who have sued GRACE (before W.R. Grace filed for bankruptcy on April 2, 2001) for asbestos-related personal injury or wrongful death claims, and that claim was not fully resolved (such person is referred to in this document as an "injured party").

- If you have such a claim, your rights may be affected unless you complete and submit this Questionnaire by **[insert date]**.

- If a spouse or child of an injured party believes he or she has a claim against W.R. Grace based on his or her <u>own</u> asbestos-related physical injury (including injury resulting from asbestos that another person was exposed to on his or her job), then each spouse or child is an "injured party" who <u>must</u> fill out this Questionnaire.

## <u>GENERAL INSTRUCTIONS</u>

- The injured party must submit a fully completed Questionnaire.

- If the injured party has more information than fits in the space provided on any part of this Questionnaire, please make additional copies of the applicable pages before writing on them.

- Please <u>print</u> <u>clearly</u> and use <u>black</u> or <u>blue</u> ink.

- Be <u>accurate</u> and <u>truthful.</u> The Questionnaire is an official document, approved by the Court. The Questionnaire may be used as evidence in any legal proceedings regarding your claim. The penalty for presenting a faudulent claim is a fine of up to $500,000 or imprisonment for up to five years or both. 18 U.S.C. §§ 152 & 3571.

- Make a copy of your Questionnaire and keep a copy for your records. <u>Send</u> only the <u>original</u> Questionnaire to the <u>Claims Agent</u> at the following addresses: If delivered by U.S. mail, address to **[insert address]**. If delivered by any method other than U.S. Mail, address to **[insert address]**.

- Upon receipt and processing of your Questionnaire, the Claims Agent will send you confirmation indicating that your Questionnaire was received. <u>Keep</u> <u>this</u> <u>confirmation</u> for <u>your</u> <u>records</u> -- It is <u>your</u> <u>only</u> <u>proof</u> <u>that</u> <u>your</u> <u>claim</u> <u>was</u> <u>received.</u> You should receive confirmation of receipt of your Questionnaire within three to five weeks.

# INSTRUCTIONS FOR FILLING OUT THE QUESTIONNAIRE

## PART 1: IDENTIFYING INFORMATION

- A person with any alleged asbestos-related physical injury, death, or condition is referred to as the " injured party."

- If the injured party is deceased or incapacitated, other persons or entities may submit a Questionnaire on behalf of the injured party or his or her estate.

- If someone is submitting a Questionnaire on behalf of the injured party or the injured party's estate, provide the submitting person's name and address in the second line of Part 1A.

- Unless otherwise noted, all other questions on the Questionnaire request information relating to the injured party, regardless of who is actually submitting the claim.

- If the injured party or claimant is represented by an attorney, provide the requested information in Part 1(B). You do not need an attorney to submit a claim.

## PART 2: MEDICAL INFORMATION

- Complete all applicable sections.

- Failure to complete any section will be interpreted to mean that the injured party does not have the specified injuries, conditions, or diseases addressed in that section.

- Definitions: The following definitions apply to the Questionnaire and are provided for your assistance in preparing sections regarding medical history.

    - Asbestosis: parenchymal fibrosis of the lungs caused by the inhalation of asbestos fibers.

    - Lung Cancer: cancer of the lung also known as bronchogenic carcinoma.

    - Mesothelioma: cancer of the thin membrane surrounding the lung (known as the pleura) or the thin membrane surrounding the internal organs (known as the peritoneum).

    - Other Cancer: including, but not limited to, colorectal (cancer of the colon or rectum), esophageal (cancer of the esophagus), laryngeal (cancer of the larynx/voicebox), pharyngeal (cancer of the pharynx/throat), and/or stomach cancer.

    - Pleural condition: any medical condition appearing in the lining of the lung or chest wall.

    - Pleural plaques: a circumscribed or localized area of fibrosis appearing in the lining of the chest wall or diaphragm.

    - Pleural thickening: a diffuse (as opposed to circumscribed or localized) area of fibrosis appearing in the lining of the lung or the chest wall.

    - Year of qualifying medical diagnosis: the year of diagnosis as stated in the medical record you are relying upon to support your claim.

## PART 3:  EXPOSURE HISTORY

- If the injured party has been exposed to asbestos through his or her job (including Navy and other military service) or through non-employment or non-occupational events, you must fill out Part 3, "Exposure History."

- Where requested, please use the "Occupation Codes" provided below that most closely match the injured party's employment or exposure history.  The Occupation Code should be the occupation at the time of exposure.  If exposed to GRACE asbestos containing products or materials or asbestos related operations (e.g. mining activities or contracting activities) while employed in different occupations, indicate all that apply.

- For non-occupational exposures (e.g. living in the vicinity of a GRACE asbestos mine, household exposure to asbestos fiber from the clothes of a worker exposed to asbestos) use the Code for "Other" =ZZ.

## PART 4:  SIGNATURE OF CLAIMANT OR AUTHORIZED AGENT

- The injured party, the injured party's attorney, or, if the injured party is deceased or incapacitated, the injured party's personal representative must personally sign this Questionnaire.

- Inaccurate or untruthful answers may result in sanctions by the Court.

## Occupation Codes

01. Air Conditioning & Heating
    Installer, Maintenance
03. Asbestos Miner, Asbestos
    Plant Worker
04. Asbestos Removal Worker
60. Baker
12. Brake Maker
13. Brick Masons, Layer & Hod Carrier
09. Boiler Worker, Repair
61. Butcher & Meat Cutter
51. Bystander (Including Family
    Member)
15. Carpenter
55. Chipper
67. Construction Laborer
18. Custodian
19. Electrician
20. Engineer
05. Factory Worker (Assembly Line)
59. Factory Worker (Non-Assembly
    Line)
21. Fire Fighters
22. Furnace Worker, Installer &
    Maintenance
52. Glass Worker
56. Grinder
57. Hazardous Materials Removal
62. Heat Treating Equipment Operator
23. Heavy Equipment Operator
63. Hostler
02. Insulation
53. Longshoreman
64. Machine Operator
26. Machinists
10. Maintenance Worker
06. Mechanic
27. Millwright
50. Office Worker
28. Painter
30. Pipe fitter, Steamfitter plumber &
    Helper
31. Plasterer & Sheet-Rock Installer
11. Railroad, Brakeman, Carman,
    Conductor, and Laborer
34. Rigger
35. Sandblaster
33. Seaman (Engine Room)
36. Seaman (Non-Engine Room)
37. Sheet Metal Worker

39.  Ship fitter
38.  Shipwright
65.  Shipyard Laborer
54.  Steel, Foundry, Aluminum Worker
40.  Warehouse Worker
08.  Welder
66.  Well Pullers
ZZ.  Other Exposure

# Appendix A

# LIST OF DEBTORS

W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.)
W.R. Grace & Co. Conn.
A-1 Bit & Tool, Inc.
Alewife Boston Ltd.
Alewife Land Corporation
Amicon, Inc.
CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.)
CCHP, Inc.
Coalgrace, Inc.
Coalgrace II, Inc.
Creative Food 'N Fun Company
Darex Puerto Rico, Inc.
Del Taco Restaurants, Inc.
Dewey and Almy, LLC (f/k/a Dewey and Almy Company)
Ecarg, Inc.
Five Alewife Boston Ltd.
GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.)
GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.)
GEC Management Corporation
GN Holdings, Inc.
GPC Thomasville Corp.
Gloucester New Communities Company, Inc.
Grace A-B Inc.
Grace A-B II Inc.
Grace Chemical Company of Cuba
Grace Culinary Systems, Inc.
Grace Drilling Company
Grace Energy Corporation
Grace Environmental, Inc.
Grace Europe, Inc.
Grace H-G Inc.
Grace H-G II Inc.
Grace Hotel Services Corporation
Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.)
Grace Offshore Company
Grace PAR Corporation
Grace Petroleum Libya Incorporated
Grace Tarpon Investors, Inc.
Grace Ventures Corp.
Grace Washington, Inc.
W.R. Grace Capital Corporation
W.R. Grace Land Corporation
Gracoal, Inc.
Gracoal II, Inc.
Guanica-Caribe Land Development Corporation
Hanover Square Corporation
Homco International, Inc.
Kootenai Development Company
L B Realty, Inc.
Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.)
Monolith Enterprises, Incorporated
Monroe Street, Inc.
MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation)
MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.)
MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.)
Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.)
Southern Oil, Resin & Fiberglass, Inc.
Water Street Corporation

Axial Basin Ranch Company
CC Partners (f/k/a Cross Country Staffing)
Hayden-Gulch West Coal Company
H-G Coal Company