# Property Damage: Proposed Schedule, Key Dates



GRS 1030