# ZAI: Proposed Schedule, Key Dates

