APPENDIX B

# Estimated Cases of Mesothelioma in the United States, 1985–2009

The total number of cases of mesothelioma that occurs in the United States each year is not available from public health reporting systems. This number, however, can be estimated using data from cancer registries throughout the country. The objectives of the analysis presented in this appendix are (1) to estimate the annual number of mesothelioma cases occurring in the United States from 1973 to 1998 using data from the National Cancer Institute's SEER program and (2) to estimate and compare the number of mesothelioma cases for 1985–2009 with the projections from the Nicholson et al. (1982) study.

## Estimation Methods

The expected number of mesothelioma cases was estimated by multiplying cancer incidence rates from the SEER cancer registries by the number of persons in the United States for each year from 1973 to 1998. Age- (five-year categories) and gender-specific mesothelioma incidence rates were used to generate total cases for males, females, and both genders combined. The mesothelioma incidence rates and population counts for the United States were derived from SEER*Stat, a statistical analysis package available on the SEER Web site.[1] A single set of age- and gender-specific rates was generated for each year of the 26-year period (1973–1998) by combining rates for nine geographic areas. The nine SEER reporting areas include five states (Connecticut, Hawaii, Iowa, New Mexico, and Utah) and four metropolitan areas (Atlanta, Detroit, San Francisco–Oakland, and Seattle–Puget Sound).

In addition, we calculated the number of mesothelioma cases expected to occur in the United States from 1985 to 2009 by combining data from two sources. The estimated number of cases for 1985–1998 (based on the analysis described in the previous paragraph) and the estimated number of cases for 1999–2009 from Price (1997) were summed to yield a total for 1985–2009. We then compared this ex-

---

[1] As of this writing, the latest release of the SEER*Stat statistical software, SEER*Stat 5 (August 2004), is available at http://seer.cancer.gov/seerstat/.

pected number of mesothelioma cases for 1985–2009 with published estimates from Nicholson et al. (1982) for the same time period.

## Results

Table B.1 and Figure B.1 show our estimates of the number of mesothelioma cases for males, females, and both genders combined for the United States for each year from 1973 to 1998. These numbers indicate that mesothelioma among males almost quadrupled during this period, from about 615 in 1973 to 2,437 in 1992. Although the number of mesothelioma cases among females was lower than that for males, mesothelioma among females also increased significantly, doubling from 287 in 1973

**Table B.1**
**Estimated Cases of Mesothelioma in the United States, 1973–1998**

| Year of Occurrence | Males | Females | Total |
|---|---|---|---|
| 1973 | 615.4 | 286.6 | 902.0 |
| 1974 | 871.6 | 322.2 | 1,193.7 |
| 1975 | 859.8 | 320.4 | 1,180.2 |
| 1976 | 918.5 | 385.9 | 1,304.4 |
| 1977 | 860.3 | 339.5 | 1,199.8 |
| 1978 | 1,223.9 | 269.1 | 1,493.0 |
| 1979 | 1,272.7 | 351.6 | 1,624.2 |
| 1980 | 1,637.3 | 423.8 | 2,061.1 |
| 1981 | 1,270.1 | 303.0 | 1,573.1 |
| 1982 | 1,300.0 | 463.5 | 1,763.5 |
| 1983 | 1,666.4 | 583.3 | 2,249.7 |
| 1984 | 1,856.9 | 452.4 | 2,309.3 |
| 1985 | 1,613.3 | 463.4 | 2,076.7 |
| 1986 | 1,544.3 | 551.6 | 2,095.8 |
| 1987 | 1,646.7 | 510.0 | 2,156.7 |
| 1988 | 1,761.0 | 487.2 | 2,248.2 |
| 1989 | 2,205.0 | 502.9 | 2,708.0 |
| 1990 | 2,075.6 | 621.3 | 2,696.9 |
| 1991 | 2,124.5 | 579.3 | 2,703.7 |
| 1992 | 2,436.7 | 553.9 | 2,990.6 |
| 1993 | 2,101.3 | 534.2 | 2,635.6 |
| 1994 | 2,293.6 | 595.1 | 2,888.7 |
| 1995 | 2,291.1 | 682.1 | 2,973.1 |
| 1996 | 2,284.2 | 659.1 | 2,943.2 |
| 1997 | 2,056.9 | 546.7 | 2,603.6 |
| 1998 | 2,208.8 | 557.0 | 2,765.9 |

NOTE: These numbers were estimated using mesothelioma incidence rates for nine SEER reporting areas for the indicated years.

**Figure B.1**
**Estimated Incident Cases of Mesothelioma in the United States, 1973–1998**



RAND MG162-B.1

to 557 in 1998. For both males and females, the number of cases was fairly stable from 1993 to 1998. In 1998, the last year for which SEER data were available at the time we conducted our analysis, an estimated 2,766 cases of mesothelioma were diagnosed in the United States among males and females combined, up from 902 in 1973, but down from a high of 2,991 in 1992.

Using the annual number of mesothelioma cases for 1985–1998 based on SEER incidence rates and the annual number of mesothelioma cases for 1999–2009 from the study by Price (1997), we estimated the number of cases of mesothelioma expected to occur between 1985 and 2009 among males and females in the United States to be 64,788 (see Table B.2).

## Conclusion

Our estimates of the incidence of cases of mesothelioma in the United States for the years 1980, 1985, and 1990–1997 (see Table B.1) are the same as those in Stallard (2001), indicating that the data source and methods used in Table B.1 and the Stallard study are the same. We do not know, however, if our estimated number of mesothelioma cases (see Table B.1) is higher or lower than the true number of mesothelioma cases. The nine SEER reporting areas reflect the cancer experience of about 10 percent of the population of the United States. If the mesothelioma rates in these

**Table B.2**
**Cases of Mesothelioma in the United States Based on SEER Incidence Rates and Study by Price (1997)**

| Year of Occurrence | Number of Cases Based on SEER Incidence Rates[a] | Number of Cases Estimated from Published Data[b] | Number of Cases[c] |
|---|---|---|---|
| 1985 | 2,076.7 | — | 2,076.7 |
| 1986 | 2,095.8 | — | 2,095.8 |
| 1987 | 2,156.7 | — | 2,156.7 |
| 1988 | 2,248.2 | — | 2,248.2 |
| 1989 | 2,708.0 | — | 2,708.0 |
| 1990 | 2,696.9 | — | 2,696.9 |
| 1991 | 2,703.7 | — | 2,703.7 |
| 1992 | 2,990.6 | 2,070.0 | 2,990.6 |
| 1993 | 2,635.6 | 2,226.0 | 2,635.6 |
| 1994 | 2,888.7 | 2,382.0 | 2,888.7 |
| 1995 | 2,973.1 | 2,538.0 | 2,973.1 |
| 1996 | 2,943.2 | 2,694.0 | 2,943.2 |
| 1997 | 2,603.6 | 2,850.0 | 2,603.6 |
| 1998 | 2,765.9 | 2,818.0 | 2,765.9 |
| 1999 | — | 2,786.0 | 2,786.0 |
| 2000 | — | 2,754.0 | 2,754.0 |
| 2001 | — | 2,722.0 | 2,722.0 |
| 2002 | — | 2,690.0 | 2,690.0 |
| 2003 | — | 2,637.0 | 2,637.0 |
| 2004 | — | 2,584.0 | 2,584.0 |
| 2005 | — | 2,531.0 | 2,531.0 |
| 2006 | — | 2,478.0 | 2,478.0 |
| 2007 | — | 2,425.0 | 2,425.0 |
| 2008 | — | 2,373.0 | 2,373.0 |
| 2009 | — | 2,321.0 | 2,321.0 |
| Total | | | 64,787.7 |

NOTES: — = Data not available.
[a]See text and Table B.1.
[b]The numbers in the third column were estimated from Figure 4 of Price (1997).
[c]The fourth column represents the numbers from the second column for 1985–1998 and the numbers from the third column for 1999–2009.

nine areas are higher (or lower) than the mesothelioma rates in the rest of the United States, the estimated number of cancers will be higher (or lower) than the actual number of cancers. Walker et al. (1983) have suggested that mesothelioma rates from the SEER reporting areas might overestimate national rates because shipbuilding areas are overrepresented. Nicholson et al. (1982) suggested that the SEER rates might underestimate national rates because areas using asbestos in manufacturing and construction are underrepresented.

The number of mesothelioma cases expected to occur in the United States between 1985 and 2009 (64,788, as shown in Table B.2) is somewhat lower than the number of mesothelioma deaths estimated by Nicholson et al. (1982) (70,870, as shown in Table 2.2 in Chapter Two). There are differences between the methods used to generate the estimates. First, the numbers in Table B.2 are based on actual rates during the indicated years based on the general population living in the SEER reporting areas, whereas the Nicholson estimates are based on rates in a cohort of asbestos workers from epidemiologic studies conducted in the 1960s and 1970s. Second, the numbers in Table B.2 represent all mesothelioma cases occurring in the United States (which had a population of 270 million people in 1998), whereas the Nicholson estimates include only cases occurring among workers exposed to asbestos between 1940 and 1979 (about 27.5 million persons). If one assumes that almost all cases of mesothelioma in the United States between 1985 and 2009 have occurred (or will occur) within the worker cohorts exposed to asbestos identified by Nicholson et al. (1982), the numbers in Table B.2 validate Nicholson's estimates. If, on the other hand, one assumes that many cases of mesothelioma have occurred (or will occur) between 1985 and 2009 among persons not in Nicholson's asbestos-worker cohort, the numbers in Table B.2 indicate that Nicholson's estimates were too high.

APPENDIX C
## Constructing the Jury Verdict Database

There is no national databank or tracking system for jury verdicts, including jury verdicts for asbestos cases. Therefore, we constructed our own database of verdicts for the years 1993–2001, using *Mealey's Litigation Report: Asbestos*, as a source of data for this study. *Mealey's*, a subscription service that is marketed to attorneys who require current and in-depth coverage of events related to asbestos litigation, relies on traditional news-gathering techniques, including sending reporters to the courtroom and obtaining information from the parties themselves. Because there is no nationwide system to track asbestos jury verdicts, it is impossible to test the inclusiveness of the *Mealey's* reporter. Several other researchers have used litigation reporters to conduct empirical analyses. In some instances, they were able to compare their data with public records, and they found that the litigation reporters identified a large majority of cases that reached verdict.[1]

We searched an electronic version of *Mealey's* for articles that included both the term "jury" and "verdict" and were published after January 1, 1993.[2] We screened these results by hand and removed articles that did not report on a specific jury verdict within the time period of interest. The dataset was limited to personal injury or wrongful death caused by asbestos exposure. As a result, we removed a few property damage cases and also a few verdicts that were only tangentially related to asbestos litigation, such as tobacco litigation and other toxic torts. In some instances, a single article reported on more than one trial. We created a separate entry for each trial to construct a database comprising all jury trials that reached verdict.

---

[1] Data for one reporter were found to be 84 percent inclusive of the jury verdicts in the public records, and data for another were more than 90 percent inclusive. Both reporters reported cases generally (rather than a specific category of cases, such as asbestos cases) but covered only certain counties. The investigators also found that the omissions were primarily low-value cases.

[2] The search was done in March 2002. Although we were constructing a database of verdicts for the years 1993–2001, we included reporters for the first few months of 2002 in the search to allow for any delay between a verdict and the publication date of the corresponding reporter article on that verdict.

## Database Construction

From the litigation reporter information, we derived the following data fields:

- Article headline
- Publication month and year
- Verdict month and year
- Case name/number
- State where trial took place
- Court in which case was tried
- Verdict/award
- Verdict type (numerical code)
- Number of plaintiffs whose claims were tried together
- Whether trial was unitary or bifurcated.

These data fields constitute the trial-level database.

Because many trials include multiple claims tried together, we also constructed a plaintiff-level database, using the trial-level data as a starting point. We created a record for each plaintiff in each trial, according to the number of plaintiffs noted in the trial-level database. We derived the data for each plaintiff from the corresponding trials in the trial-level database and added a few new fields, including the following:

- Individual claim (numerical code)
- Individual verdict (numerical code)
- Individual award (if any)
- Individual or consolidated (group) trial
- If consolidated, whether grouped claims were homogeneous or mixed with regard to injury.

Because many asbestos trials do not proceed in a traditional single-claim, unitary form, we needed to develop rules to ensure that each plaintiff's claim was counted only once. Because our goal was to report verdict information, we also needed to develop rules to ensure that we counted only complete jury verdicts (i.e., decisions on liability and damages). To this end, we adopted the following rules:

- If the jury found for the defense in the liability phase, and the liability phase was the first phase of the trial, we coded the outcome of the claim as a defense verdict.

- If the jury found for the defense in the liability phase, but the liability phase was not the first phase of the trial, we coded the outcome of the claim as a defense verdict and discarded any damages awarded in earlier phases (because these damages decisions were set aside by the court as a result of the liability decision).
- If the jury found for the plaintiff in the liability phase of the trial, and the parties settled before the damages phase, we excluded the claim from our analyses.
- If damages were determined in the first phase of the trial, and the parties settled before the liability phase, we excluded the claim from our analyses.
- If the jury found for the plaintiff in the liability phase of the trial, and the liability phase was the first phase of the trial, but the damages phase had not taken place by the end of 2001, we excluded the claim from our analyses, since that claim did not reach a full verdict during our study period.
- If the jury calculated damages in the first phase of the trial, but the liability phase had not taken place by the end of 2001, we likewise excluded the claim from our analyses.
- If the jury found for the plaintiff in the liability phase and awarded damages in the damages phase before the end of 2001, we coded a single outcome for both phases, with "award" coded in the verdict field, the amount of the award entered in the appropriate field, and the date coded to reflect the completion of the second phase, regardless of the order in which the jury heard liability and damages.

We did not separate punitive and compensatory damages, nor did we separate compensatory damages into their respective parts, including loss of consortium, past medical expenses, future medical expenses, and so forth, because the reporter did not consistently report such information. For the same reason, we also did not code offsets for defendants who settled with the plaintiff, and did not further disaggregate the data by defendant, even if the jury verdict was mixed. If any one of the defendants was held liable and ordered to pay an award, we coded the outcome for both the trial and each plaintiff as an award for the plaintiff, although a defense verdict may have been entered for one or more defendants.

We did adjust for offsets in comparative negligence cases. This was an issue in only a few cases in which the plaintiff was a cigarette smoker, and the relevant state law required the jury to return separate findings for compensatory damages and the percentage of fault attributable to the plaintiff. In these cases, we coded the net award.

APPENDIX D
# Major Asbestos Bankruptcies

We examined information from numerous sources to compile a list of major asbestos litigation defendants that have incurred and/or were expected to incur substantial asbestos-related liabilities and have filed for bankruptcy. Table D.1 presents our list of asbestos-related bankruptcy filings from 1982 through summer 2004. As we noted in Chapter Six, this list should be interpreted as asbestos defendants that have filed for bankruptcy, and not necessarily companies driven into bankruptcy by asbestos.

The table lists only one name for each corporate bankruptcy, regardless of the number of subsidiaries or related companies involved in the bankruptcy. Several names that frequently appear in discussions of asbestos-related bankruptcies are not included in the table for that reason. Below, we discuss some of the related companies and successor firms that were included in the bankruptcy proceedings of a company listed in Table D.1.

When Johns-Manville Corp. filed for bankruptcy (1982), it included Advocate Mines of Canada among its related companies. UNR Industries (1982 bankruptcy) included Union Asbestos and Rubber (Unarco) among its subsidiaries. The Chapter 11 petition for United States Lines (1986) included parent companies McLean Industries and First Colony Farms. National Gypsum's petition (1990) included parent company Aancor Holdings Inc. The Celotex petition (1990) included Carey Canada, Panacon, Phillip Carey Company, and Smith and Kanzler; we also included Hillsborough Holdings under the umbrella of the Celotex filing, although Hillsborough filed separately in 1989. Raymark Industries, the successor to Raybestos-Manhattan, and Raytech Corporation, a subsidiary of Raymark, filed for bankruptcy separately, but only Raytech is listed in Table D.1. H.K. Porter's filing (1991) included Southern Textile, formerly known as Southern Asbestos.

The bankruptcy of Harnischfeger Industries (1999) included subsidiaries Joy Technologies and Ecolaire. The Babcock & Wilcox bankruptcy (2000) included Americon, B&W Construction, and Diamond Power International. The Owens Corning bankruptcy (2000) included its subsidiary Fibreboard, while Armstrong

152   Asbestos Litigation

**Table D.1**
**Largest Asbestos-Related Bankruptcies, 1982–2004**

| Company | Year | Federal District | Bankruptcy No. |
|---|---|---|---|
| A.P. Green Industries, Inc. | 2002 | W.D. Pa. | 02-21639 |
| A-Best Products Co. | 2002 | D.D. Del. | 02-12734-JKF |
| AC&S, Inc. | 2002 | D.D. Del. | 02-12687 |
| Amatex | 1982 | E.D. Pa. | 82-25220 |
| American Shipbuilding Co. | 1993 | M.D. Fla. | 93-11552-8B1 |
| Armstrong World Industries | 2000 | D.D. Del. | 00-04471 |
| Artra Group, Inc. | 2003 | N.D. Ill. | 02-21522 |
| Asbestec Industries, Inc. | 1988 | S.D.N.Y. | 88-02065 |
| Atlas Corp. | 1998 | D. Col. | 98-23331 |
| Babcock & Wilcox Co. | 2000 | E.D. La. | 00-558 |
| Bethlehem Steel Corp. | 2001 | S.D.N.Y. | 01-15288 |
| Brunswick Fabrications | 1988 | E.D. Pa. | Unknown |
| Burns & Roe Enterprises, Inc. | 2000 | D.N.J. | 00-41610 |
| C.E. Thurston & Sons, Inc. | 2003 | E.D. Va. | 03-75932-SCS |
| Cassiar Mining Corp. | 1992 | (Canada) | Not applicable |
| Celotex | 1990 | M.D. Fla. | 90-10016-8B1 |
| Chemetron Corp. | 1988 | W.D. Pa. | 88-20452 |
| Combustion Engineering | 2003 | D.D. Del. | 03-10495 |
| Congoleum Corp. | 2003 | D.N.J. | 03-51524-KCF |
| DII | 2003 | W.D. Pa. | 03-35593-JKF |
| Delaware Insulation | 1989 | D.D. Del. | 89-00295 |
| E.J. Bartells Co. | 2000 | W.D. Wash. | 00-10390-KAO |
| EaglePicher Industries, Inc. | 1991 | S.D. Ohio | 1-91-00100 |
| Eastco Industrial Safety Corp. | 2001 | E.D.N.Y. | 01-80367 |
| Federal-Mogul Corp. | 2001 | D.D. Del. | 01-10578 |
| Flinkote Co. | 2004 | D.D. Del. | 04-11300 |
| Forty-Eight Insulations, Inc. | 1985 | N.D. Ill. | 87 C 10594 |
| Fuller-Austin Insulation, Inc. | 1998 | D.D. Del. | 98-2038-JJF |
| Gatke Corp. | 1987 | N.D. Ind. | 87-30308 |
| G-I Holdings, Inc. | 2001 | D.N.J. | 01-30135 |
| H&A Construction Co. | 1983 | D. Mass. | 83-10426 |
| H.K. Porter | 1991 | W.D. Pa. | 91-468WWB[PGH] |
| Harbison-Walker Refractories Co. | 2002 | W.D. Pa. | 02-21627 |
| Harnischfeger Industries, Inc. | 1999 | D.D. Del. | 99-02171 |
| Johns-Manville Corp. | 1982 | S.D.N.Y. | 82 B 11656/76 |
| JT Thorpe Co. | 2002 | S.D. Tex. | 02-41487-H5-11 |
| Kaiser Aluminum | 2002 | D.D. Del. | 02-10429 |
| Keene Corp. | 1993 | S.D.N.Y. | 93-46090 |
| Kentile Floors, Inc. | 1992 | S.D.N.Y. | 92-46466-brl |
| Lone Star Steel Co. | 1989 | N.D. Tex. | 89-33552 |
| Lykes Brothers Steamship Co. | 1995 | M.D. Fla. | 95-10465-8P1 |
| M.H. Detrick Co. | 1998 | D. Ill. | 98 B 01004 |
| The Muralo Co., Inc. | 2003 | D.N.J. | 03-26723-MS |

**Table D.1—Continued**

| Company | Year | Federal District | Bankruptcy No. |
|---|---|---|---|
| NARCO (North American Refractories Company) | 2002 | W.D. Pa. | 02-20198 |
| National Gypsum Co. | 1990 | N.D. Tex. | 90-37213-SAF-11 |
| Nicolet, Inc. | 1987 | E.D. Pa. | 87-3574 |
| North American Asbestos Corp. | 1976 | (State of Ill.) | Not applicable |
| Oglebay Norton Co. | 2004 | D.D. Del. | 04-10558-JBR |
| Owens Corning | 2000 | D.D. Del. | 00-03837 |
| Pacor, Inc. | 1986 | E.D. Pa. | 86-23251 |
| Pittsburgh Corning Corp. | 2000 | W.D. Pa. | 00-22876-JKF |
| Plibrico Co. | 2002 | N.D. Ill. | 02-09952, 57 |
| Porter-Hayden Co. | 2002 | D. Md. | 02-54152 |
| Prudential Lines, Inc. | 1986 | S.D.N.Y. | 86-11773 |
| Quigley Co. | 2004 | S.D.N.Y. | 04-15739-PCB |
| Raytech Corp. | 1989 | E.D. Pa. | 89-00293 |
| Rock Wool Manufacturing Co. | 1996 | N.D. Ala. | 96-08295-TBB |
| Rutland Fire Clay Co. | 1999 | D. Vt. | 99-11390 |
| Shook & Fletcher Insulation Co. | 2002 | N.D. Ala. | 02-02771-BGC-11 |
| Skinner Engine Co. | 2001 | W.D. Pa. | 01-23987-MBM |
| Standard Insulations, Inc. | 1986 | W.D. Mo. | 86-03413 |
| Stone & Webster, Inc. | 2000 | D.D. Del. | 00-02142 |
| Swan Transportation Co. | 2001 | D.D. Del. | 01-11690 |
| Todd Shipyards Corp. | 1987 | D.N.J. | 87-05005 |
| U.S. Gypsum Co. | 2001 | D.D. Del. | 01-02094 |
| U.S. Mineral Products Corp. | 2001 | D.D. Del. | 01-02471 |
| United States Lines, Inc. | 1986 | S.D.N.Y. | 86-12238 |
| UNR Industries, Inc. | 1982 | N.D. Ill. | 82-B9841 |
| Utex Industries, Inc. | 2004 | S.D.Tex. | 04-34427 |
| W.R. Grace & Co. | 2001 | D.D. Del. | 01-01139 |
| Wallace and Gale Co. | 1984 | D. Md. | 85-40092 |
| Waterman Steamship Corp. | 1983 | New York | 83-11732 |
| Western Asbestos Co. | 2002 | N.D. Cal. | 02-46284 |

World Industries' (2000) bankruptcy included Desseaux Corp. and Nitram Liquidators. The petition for U.S. Gypsum (2001) included its subsidiaries United States Gypsum Co., USG Interiors, L&W Supply Corp., and Beadex Manufacturing Co. The companies mentioned here are just some of the more well-known subsidiaries that were parties to bankruptcies; some bankruptcies included more than 100 subsidiaries.

Halliburton's DII (formerly Dresser Industries) subsidiary, which includes the KBR engineering and construction business, filed for Chapter 11 bankruptcy protection. DII is burdened with most of the company's asbestos liability. The filing for bankruptcy was part of an agreement with plaintiff attorneys that allowed Halliburton to keep control of its assets in return for a $4 billion payment into a Chapter 11

bankruptcy trust to settle all existing and future asbestos suits brought against Halliburton and its subsidiaries.

A few companies are known by more than one name. Pacor (1986) is also known by its full label, Philadelphia Asbestos Corporation. Artra Group, Inc. (2003) is also known as Synkoloid. U.S. Mineral Products (2001) is also known as Isolatek International. Standard Insulations (1986) had changed its name from Standard Asbestos.

Corporate mergers and acquisitions further complicate the situation. H&A Construction (1983) had acquired Asbestospray and Spraycraft, and Keene (1993) had acquired Baldwin Ehret Hill. Continental Products was the successor to North American Asbestos Co. (1976), and G-I Holdings (2001) is the successor to GAF, which is the successor by merger to Ruberoid.

Three subsidiaries of RHI Refractories Holding Co.—NARCO, A.P. Green Industries, and Harbison-Walker Refractories—each filed individually in 2002. Meanwhile, RHI Refractories remains outside the protection of Chapter 11.

The Muralo Company (2003) purchased the assets of Sylkanoid from Sylkanoid's parent, Artra Group, Inc., in 1981. As part of the purchase, Artra indemnified Muralo for product claims arising prior to 1981 and provided indemnity for all asbestos actions brought against Sylkanoid for a period of greater than 20 years. Over the next 20 years, the agreement held with Artra defending or settling every Sylkanoid asbestos action, most of which had been brought against "Sylkanoid, a Division of Muralo" (which was strictly incorrect, as all that Muralo had purchased were the assets of Sylkanoid). When Artra filed a Chapter 11 petition in 2003, Muralo and its affiliate, Norton and Son, were then named as defendants in a flood of asbestos filings that had their origin with Sylkanoid. Muralo and Norton then filed for bankruptcy on the basis that they had to reorganize themselves and formulate and implement a new strategy to challenge the asbestos claims against them and/or receive relief from Artra.

Finally, we omitted from the list in Table D.1 four companies—SGL Carbon, Huxley Development, Powhatan Mining, and Washington Group International—that appear on many lists of asbestos-related bankruptcies. We understand that SGL Carbon did file for Chapter 11 reorganization; however, the U.S. Court of Appeals dismissed its petition.[1] We have not been able to confirm that either Huxley Development or Powhatan Mining ever filed for bankruptcy, much less where and when they filed or whether asbestos litigation was a significant contributor to the decision to file—if, in fact, there was a filing. Washington Group International filed for Chapter 11 reorganization in 2001; however, there is no evidence that asbestos liabilities were an important contributor to its financial problems. We understand that

---

[1] 200 F.3d 154; 1999 U.S. App. LEXIS 34433; 1999-2 Trade Cas. (CCH) P72,739; Bankr. L. Rep. (CCH) P78,084; 43 Collier Bankr. Cas. 2d (MB) 668; 35 Bankr. Ct. Dec. 116.

Washington Group International had been named on some claims filed in federal courts and included in the multidistrict litigation (MDL) (see Chapter Three). Washington Group International notified the MDL of its filing; the news media became aware of this notification and reported that Washington Group International had filed because of asbestos liabilities.

# Bibliography

"ABA Delegates Set to Vote on Claims Standard Amid Opposition," *Mealey's Litigation Report: Asbestos 2,* Vol. 18, No. 1, 2003.

"ABA Votes to Adopt Medical Standards, Set to Lobby for Legislation," *Mealey's Litigation Report: Asbestos 2,* Vol. 18, No. 2, 2003.

Abbott, G., and P. Mallette, "Complex/Mass Tort Litigation in State Courts in Mississippi," *Mississippi Law Journal,* Vol. 63, 1994, p. 363.

Agency for Toxic Substances and Disease Registry (ATSDR), *Toxicological Profile for Asbestos,* Washington, D.C.: United States Department of Health and Human Services, Public Health Service, September 2001.

Albin, M., C. Magnani, S. Krstev, E. Rapiti, and I. Shefer, "Asbestos and Cancer: An Overview of Current Trends in Europe," *Environmental Health Perspectives,* Vol. 107 (Supplement), 1999, pp. 2289–2298.

Algero, M. G., "In Defense of Forum Shopping: A Realistic Look at Selecting a Venue," *Nebraska Law Review,* Vol. 78, 1999, p. 79.

Alleman, J., and B. Mossman, "Asbestos Revisited," *Scientific American,* July 1997, pp. 70–75.

Altonji, G., K. Horvath, and E. Simpson, *Asbestos Claims Surge Set to Dampen Earnings for Commercial Insurers,* Special Report, Oldwick, N.J.: A.M. Best Company, Inc., May 7, 2001.

American Thoracic Society, "The Diagnosis of Nonmalignant Diseases Related to Asbestos: 1996 Update: Official Statement of the American Thoracic Society," *American Review of Respiratory Disease,* Vol. 134, 1996, pp. 363–368.

Anderson, H. A., L. P. Hanrahan, D. N. Higgins, and P. G. Sarow, "A Radiographic Survey of Public School Building Maintenance and Custodial Employees," *Environmental Research,* Vol. 59, No. 1, 1992, pp. 159–166.

Anderson, H. A., L. P. Hanrahan, J. Schirmer, D. Higgins, and P. Sarow, "Mesothelioma Among Employees with Likely Contact with In-Place Asbestos-Containing Building Materials," *Annals of the New York Academy of Sciences,* Vol. 643, 1991, pp. 550–571.

Andersson, G. B. J., and L. Cocchiarella, *Guides to the Evaluation of Permanent Impairment,* Fifth Ed., Chicago: American Medical Association, 2000.

Angelina, M., and J. Biggs, "Asbestos Claims: Is This the Beginning or the End?" Casualty Actuaries of the Mid-Atlantic, Annual Conference, Chicago, May 30, 2001.

Asbestos Panel Presentation, Annual High-Yield Conference, Merrill Lynch, presentations by Andrew Berry, Joseph Cox, Robert Drain, and Francine Rabinovitz, December 18, 2000.

Austern, D., "Memorandum to Manville Trust Claimants," Fairfax, Va.: Claims Resolution Management Corporation, June 21, 2001.

_____, "Memorandum to Attorneys Who File Manville Trust Claims," Fairfax, Va., Claims Resolution Management Corporation, July 5, 2001.

_____, "The Manville Trust Experience," Mealey's Asbestos Bankruptcy Conference 2001, Fairfax, Va., Claims Resolution Management Corporation, 2001.

_____, "Letter to Joseph F. Rice," Fairfax, Va.: Claims Resolution Management Corporation, August 20, 2002.

Banaei, A., A. Bertran, M. Goldberg, A. Gueguen, D. Luce, and S. Goldberg, "Future Trends in Mortality of French Men from Mesothelioma," *Occupational and Environmental Medicine,* Vol. 57, No. 7, 2000, pp. 488–494.

"Bankruptcy Judge Lifts Stay, Allows Coverage Litigation to Proceed in State Court," *Mealey's Asbestos Litigation Reporter 13,* Vol. 3, No. 8, 2004.

Baron, F., "An Asbestos Settlement with a Hidden Agenda," *Wall Street Journal,* May 6, 1993, p. A6.

Beers, M. H., and R. Berkow, eds., *The Merck Manual of Diagnosis and Therapy,* 17th ed., Whitehouse Station, N.J.: Merck Research Laboratories, Merck and Co., Inc., 1999.

Behrens, M., "Some Proposals for Courts Interested in Helping Sick Claimants and Solving Serious Problems in Asbestos Litigation," *Baylor Law Review,* Vol. 54, 2002, p. 331.

Berke, J., "Judge Won't Let Big Three Consolidate Lawsuits," *The Deal,* February 12, 2002.

Bernick, D. M., et al., *Road Map to B&W's Defenses to Asbestos Personal Injury Claims,* United States District Court for the Eastern District of Louisiana, October 18, 2001a.

_____, *Debtors' Consolidated Reply in Support of Their Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Claim Forms and Approval of the Notice Program,* United States Bankruptcy Court for the District of Delaware, November 9, 2001b.

Bhagavatula, R., "New Perspectives on Asbestos," presentation at the Casualty Loss Reserve Seminar, Casualty Actuarial Society, Arlington, Va., September 23, 2002.

Bhagavatula, R., R. Moody, and J. Russ, "Asbestos: A Moving Target," *Best's Review,* Vol. 102, No. 5, September 2001, pp. 85–90.

"Bill Seeking Medical Standards in Line with AMA Introduced," *Mealey's Litigation Report: Asbestos 1,* Vol. 18, No. 2, 2003.

Blot, W. J., and J. F. Fraumeni, Jr., "Cancer Among Shipyard Workers," in R. Peto and M. Schneiderman, eds., *Quantification of Occupational Cancer,* Banbury Report 9, Cold Spring Harbor, N.Y.: Cold Spring Harbor Laboratory, 1981, pp. 37–49.

Blot, W. J., and J. F. Fraumeni, Jr., "Cancers of the Lung and Pleura," in D. Schottenfeld and J. F. Fraumeni, eds., *Cancer Epidemiology and Prevention,* 2nd ed., New York: Oxford University Press, 1996, pp. 637–665.

Blot, W. J., J. M. Harrington, A. Toledo, R. Hover, C. W. Heath, Jr., and J. F. Fraumeni, Jr., "Lung Cancer After Employment in Shipyards During World War II, *New England Journal of Medicine*, Vol. 299, No. 12, 1978, pp. 620–624.

Blot, W. J., L. E. Morris, R. Stroube, I. Tagnon, and J. F. Fraumeni, Jr., "Lung and Laryngeal Cancers in Relation to Shipyard Employment in Coastal Virginia, *Journal of the National Cancer Institute,* Vol. 65, No. 3, 1980, pp. 571–575.

Bordens, Kenneth S., and Horowitz, Irwin A., "The Limits of Sampling and Consolidation in Mass Tort Trials: Justice Improved or Justice Altered?" *Law and Psychology Review,* Vol. 22, No. 1, Spring 1998.

Brodeur, Paul, *Outrageous Misconduct: The Asbestos Industry on Trial*, New York: Pantheon, 1985.

Brown, D. P., J. M. Dement, and A. Okun, "Mortality Patterns Among Female and Male Chrysotile Asbestos Textile Workers," *Journal of Occupational Medicine*, Vol. 36, No. 9, 1994, pp. 882–888.

Cabraser, E., "Life After Amchem: The Class Struggle Continues," *Loyola Law Review*, Vol. 31, 1998, pp. 373–394.

Camus, M., J. Siemiatycki, and B. Meek, "Nonoccupational Exposure to Chrysotile Asbestos and the Risk of Lung Cancer, *New England Journal of Medicine*, Vol. 338, No. 22, 1998, pp. 1565–1571.

Carroll, Stephen J., Deborah R. Hensler, Allan F. Abrahamse, Jennifer Gross, Michelle J. White, J. Scott Ashwood, and Elizabeth M. Sloss *Asbestos Litigation Costs and Compensation: An Interim Report*, Santa Monica, Calif.: RAND Corporation, DB-397-ICJ, September 2002.

Case, B. W., "Health Effects of Tremolite, Now and in the Future," *Annals of the New York Academy of Sciences*, Vol. 643, 1991, pp. 491–504.

_____, "Non-Occupational Exposure to Chrysotile Asbestos and the Risk of Lung Cancer," *New England Journal of Medicine*, Vol. 339, No. 14, 1998, p. 1001.

"Cases in Four West Virginia Counties Consolidated," *Mealey's Litigation Report: Asbestos 12*, Vol. 6, No. 16, 1991.

Castleman, Barry, *Asbestos: Medical and Legal Aspects*, 4th ed., Englewood Cliffs, N.J.: Aspen Law & Business, 1996.

Cauchon, D., "The Asbestos Epidemic: An Emerging Catastrophe," *USA Today*, Feb. 8, 1999, pp. 1–7.

Chambers, L., "Where Is the Asbestos Litigation Going?" *The Wall Street Forum: Asbestos,* New York: Mealey Publications, July 18, 2002.

Chin, A., and M. Peterson, *Deep Pockets, Empty Pockets: Who Wins in Cook County Jury Trials,* Santa Monica, Calif.: RAND Corporation, R–3249-ICJ, 1985.

Claims Resolution Management Corporation, *Manville Personal Injury Settlement Trust: Selected Operations Data for Presentation at Courts Hearing,* Fairfax, Va.: Claims Resolution Management Corporation, December 13, 2001.

Clark, D., "Life in Lawsuit Central: An Overview of the Unique Aspects of Mississippi's Civil Justice System," *Mississippi Law Journal,* Vol. 71, 2001, pp. 371–372.

Cole, G. M., "A Calculus Without Consent: Mass Tort Bankruptcies, Future Claimants, and the Problem of Third Party Non-Debtor 'Discharge,'" *Iowa Law Review,* Vol. 84, 1999, pp. 753–800.

Commonwealth of Massachusetts, Middlesex Superior Court, "Massachusetts State Court Asbestos Personal Injury Litigation Order," September 1986.

"Congoleum Files Prepackaged Chapter 11 Petition in New Jersey Bankruptcy Court," *Mealey's Asbestos Bankruptcy Report 2,* Vol. 3, No. 6, 2004.

Connelly, R. R., R. Spirtas, M. H. Myers, C. L. Percy, and J. F. Fraumeni, "Demographic Patterns for Mesothelioma in the United States," *Journal of the National Cancer Institute,* Vol. 78, 1987, No. 6, pp. 1053–1060.

"Consolidated Bankruptcy Judge Transfers Friction Cases to Delaware Court," *Mealey's Asbestos Bankruptcy Report 7,* Vol. 1, No. 5, 2001.

Cross, S., and J. Doucette, "Measurement of Asbestos Bodily Injury Liabilities," *Proceedings of the Casualty-Actuarial Society,* Vol. 84, 1997, pp. 187–300.

Cullen, M. R., "Chrysotile Asbestos: Enough Is Enough," *Lancet,* Vol. 351, 1998, pp. 1377–1378.

Daley, C., and J. Castle, *Distressed Digest: Special Asbestos Issue,* newsletter special edition, Lehman Brothers, November 28, 2000.

Dalton, A., "Asbestos Hazards: Past, Present, and Future," *Occupational Health Review,* 1995, pp. 34–36.

"Damages Awarded in West Virginia Second Phase," *Mealey's Litigation Report: Asbestos 15,* Vol. 5, No. 9, 1990.

"Debtor's Consolidated Reply in Support of Their Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Claim Forms and Approval of the Notice Program," *In re W.R. Grace Co.,* Ch. 11, Case No. 01-01139 (Bankr. D. Del. filed April 2, 2001).

"Delaware Bankruptcy Judge Appoints Mediator in Federal-Mogul Case," *Mealey's Asbestos Bankruptcy Report 14,* Vol. 1, No. 7, 2002.

Devesa, S. S., W. J. Blot, B. J. Stone, B. A. Miller, R. E. Tarone, and J. F. Fraumeni, Jr., "Recent Cancer Trends in the United States," *Journal of the National Cancer Institute*, Vol. 87, No. 3, 1995, pp. 175–182.

Diamond, S., M. Saks, and S. Landsman, "Juror Judgments About Liability and Damages: Sources of Variability and Ways to Increase Consistency," *DePaul Law Review*, Vol. 48, 1998, pp. 301–353.

Edley, C. F., Jr., and P. C. Weiler, "Asbestos: A Multi-Billion Dollar Crisis," *Harvard Journal on Legislation*, Vol. 30, Summer 1993, pp. 383–408.

Eisenberg, T., and L. M. LoPucki, "Shopping for Judges: An Empirical Analysis of Venue Choice in Large Chapter 11 Reorganizations," *Cornell Law Review*, Vol. 84, 1999, p. 967.

Enterline, P. E., "Proportion of Cancer Due to Exposure to Asbestos," in R. Peto and M. Schneiderman, eds., *Quantification of Occupational Cancer,* Banbury Report 9, Cold Spring Harbor, N.Y.: Cold Spring Harbor Laboratory, 1981, pp. 19–36.

Enterline, P. E., and V. L. Henderson, "Geographic Patterns for Pleural Mesothelioma Deaths in the United States, 1968–1981," *Journal of the National Cancer Institute*, Vol. 79, 1987, pp. 31–37.

Environmental Protection Agency (EPA), *Report on the Peer Consultation Workshop to Discuss a Proposed Protocol to Assess Asbestos-Related Risk,* May 2003 (http://www.epa.gov/ superfund/programs/risk/asbestos/pdfs/asbestos_report.pdf; last accessed June 21, 2004).

Environmental Working Group, *Asbestos Litigation Reform Reconsidered,* March 17, 2004 (http://www.ewg.org/reports/asbestos/printerfriendly_PDF.php, last accessed July 1, 2004).

"The Fairness in Asbestos Reform Act—What Will It Do, Where Is It Now?" *Mealey's Litigation Report: Asbestos 28,* Vol. 19, No. 5, 2004.

Fazzari, S. M., R. G. Hubbard, and B. C. Petersen, "Financing Constraints and Corporate Investment," *Brookings Papers on Economic Activity,* No. 1, 1988.

"Federal Judge Denies Big 3 Automakers' Attempts to Have Cases Transferred," *Mealey's Asbestos Bankruptcy Report 3,* Vol. 1, No. 7, 2002.

Fitzpatrick, L., "The Center for Claims Resolution," *Law and Contemporary Problems*, Vol. 53, 1990, pp. 13–26.

"5,500 Mississippi Plaintiffs Settle with Phase I Defendants," *Mealey's Litigation Report: Asbestos 3,* Vol. 6, No. 10, 1991.

Fleming, G., "Is There a Future for Tort," *Louisiana Law Review,* Vol. 44, 1984, p. 1193.

"4th Circuit Rules that Ohio Plaintiffs Are Necessary to West Virginia State Action," *Mealey's Litigation Report: Asbestos 6,* Vol. 14, No. 13, 1999.

Franks, J., and W. Torous, "An Empirical Investigation of U.S. Firms in Reorganization," *Journal of Finance*, Vol. 44, 1989, pp. 747–769.

Fraumeni, J. F., Jr., and W. J. Blot, "Lung and Pleura," in D. Schottenfeld and J. F. Fraumeni, eds., *Cancer Epidemiology and Prevention,* Philadelphia: Saunders, 1982, pp. 564–582.

Freudenheim, M., "Appeals Court Orders Judge to Step Aside in Three Asbestos Cases," *New York Times,* May 18, 2004.

Galanter, M., "The Regulatory Function of the Civil Jury," in Robert Litan, ed., *Verdict: Assessing the Civil Jury System,* Washington, D.C.: Brookings Institution Press, 1993, pp. 61–102.

Gamble, J. F., "Asbestos and Colon Cancer: A Weight-of-the-Evidence Review," *Environmental Health Perspectives,* Vol. 102, No. 12, 1994, pp. 1038–1050.

Garber, S., "Product Liability, Punitive Damages, Business Decisions and Economic Outcomes," *Wisconsin Law Review,* Vol. 1998, 1998.

Glater, J., "For Armstrong, Bankruptcy Is Lesser of Two Evils," *New York Times,* Dec. 20, 2000, p. C4.

Green, M., *Bendectin and Birth Defects: The Challenges of Mass Toxic Substances Litigation,* Philadelphia: University of Pennsylvania Press, 1996.

"Halliburton, Equitas Reach $575 Million Deal," *Mealey's Asbestos Bankruptcy Report,* January 29, 2004.

Harrington, J. S., and N. D. McGlashan, "South African Asbestos Production, Exports, and Destinations, 1959–1993," *American Journal of Industrial Medicine,* Vol. 33, No. 4, 1998, pp. 321–326.

"Hatch Introduces $108 Billion Asbestos Trust Fund Legislation," *Mealey's Litigation Report: Asbestos 4,* Vol. 18, No. 9, 2003.

Hensler, D., "Fashioning a National Resolution of Asbestos Personal Injury Litigation: A Reply to Professor Brickman," *Cardozo Law Review,* Vol. 13, 1992, pp. 1967–1990.

_____, "A Glass Half Full, a Glass Half Empty: The Use of Alternative Dispute Resolution in Mass Personal Injury Litigation," *Texas Law Review,* Vol. 73, 1995, pp. 1587–1626.

_____, "The Real World of Tort Litigation," in Austin Sarat et al., eds., *Everyday Practices and Trouble Cases,* Evanston, Ill.: Northwestern University Press, 1998.

_____, "The Role of Multi-Districting in Mass Tort Litigation: An Empirical Investigation," *Seton Hall Law Review,* Vol. 31, No. 4, 2001a, pp. 883–906.

_____, "Revisiting the Monster: New Myths and Realities of Class Action and Other Large-Scale Litigation," *Duke Journal of Comparative and International Law,* Vol. 11, No. 2, 2001b, pp. 179–213.

_____, "As Time Goes By: Asbestos Litigation After Amchem and Ortiz," *Texas Law Review,* Vol. 80, No. 7, 2002, pp. 1899–1924.

Hensler, D., W. L. F. Felstiner, M. Selvin, and P. A. Ebener, *Asbestos in the Courts: The Challenge of Mass Toxic Tort Litigation*, Santa Monica, Calif.: RAND Corporation, R-3324-ICJ, 1985.

Hensler, D. M., S. Marquis, A. F. Abrahamse, S. H. Berry, P. A. Ebener, E. Lewis, E. A. Lind, R. J. MacCoun, W. G. Manning, J. A. Rogowski, and M. E. Vaiana*, Compensation for Accidental Injuries in the United States,* Santa Monica, Calif.: RAND Corporation, R-3999-HHS/ICJ, 1991.

Hensler, D., N. M. Pace, B. Dombey-Moore, E. Giddens, J. Gross, and E. Moller, *Class Action Dilemmas: Pursuing Public Goals for Private Gain,* Santa Monica, Calif.: RAND Corporation, MR-969-ICJ, 2000.

Hensler, D., and M. Peterson, "Understanding Mass Personal Injury Litigation: A Socio-Legal Analysis," *Brooklyn Law Review*, Vol. 59, 1993, pp. 961–1064.

Higginson, J., "Proportion of Cancers Due to Occupation," *Preventive Medicine,* Vol. 9, 1980, pp. 180–188.

"Hillsborough Holdings Reorganization Plan, Veil-Piercing Settlement Agreement Confirmed," *Mealey's Litigation Report: Asbestos*, Vol. 10, No. 4, March 17, 1994, p. 19.

Hodara, F. S., and R. J. Stark, "Protecting Distributions for Commercial Creditors in Asbestos-Related Chapter 11 Cases," *Journal of Bankruptcy Law and Practice,* Vol. 10, July/August 2001, pp. 3, 8.

Hodgson, J. T., J. Peto, J. R. Jones, and F. E. Matthews, "Mesothelioma Mortality in Britain: Patterns by Birth Cohort and Occupation," *Annals of Occupational Hygiene,* Vol. 41, Supplement 1, 1997, pp. 129–133.

Hogan, M. D., and D. G. Hoel, "Estimated Cancer Risk Associated with Occupational Asbestos Exposure," *Risk Analysis,* Vol. 1, No. 1, 1981, pp. 67–76.

Horowitz, I., and K. Bordens, "The Effects of Outlier Presence, Plaintiff Population Size, and Aggregation on Simulated Jury Decisions," *Law and Human Behavior,* Vol. 12, 1988, pp. 209–230.

_____, "An Experimental Investigation of Procedural Issues in Complex Tort Trials," *Law and Human Behavior,* Vol. 14, 1990, p. 269.

"Inactive Asbestos Dockets: Are They Easing the Flow of Litigation?" *Columns—Asbestos*, HarrisMartin Publishing, February 12, 2002.

Johnson, W., and E. Heler, "Costs of Asbestos-Associated Disease and Death," *Milbank Memorial Fund Quarterly,* Vol. 61, No. 2, 1983, pp. 177–194.

"Judge Hopes to Resolve 6,000 Cases in Consolidated Trial," *Mealey's Litigation Report: Asbestos 20,* Vol. 5, No. 23, 1991.

"Judge Wolin Appoints Consultants to Assist in Consolidated Proceedings," *Mealey's Asbestos Bankruptcy Report 2,* Vol. 1, No. 6, 2002.

"Jury Returns Mixed Verdict in Phase I of Consolidated Trial," *Mealey's Litigation Report: Asbestos 2,* Vol. 17, No. 23, 2003.

Kakalik, J., P. A. Ebener, W.L.F. Felstiner, G. W. Haggstrom, and M. G. Shanley, *Variation in Asbestos Litigation Compensation and Expenses,* Santa Monica, Calif.: RAND Corporation, R-3132-ICJ, 1984.

Kakalik, J., and N. Pace, *Costs and Compensation Paid in Tort Litigation,* Santa Monica, Calif.: RAND Corporation, R-3391-ICJ, 1986.

Kakalik, J., M. G. Shanley, W.L.F. Felstiner, and P. A. Ebener, *Costs of Asbestos Litigation,* Santa Monica, Calif.: RAND Corporation, R-3042-ICJ, 1983.

Keating, G., "Distributive and Corrective Justice in the Tort Law of Accidents," *Southern California Law Review,* Vol. 74, 2000, pp. 193–224.

Kilburn K. H., and R. Warshaw, "Pulmonary Functional Impairment Associated with Pleural Asbestos Disease," *Chest,* Vol. 98, No. 4, 1990, pp. 965–972.

Kjaergaard, J., and M. Andersson, "Incidence Rates of Malignant Mesothelioma in Denmark and Predicted Future Numbers of Cases Among Men," *Scandanavian Journal of Work and Environmental Health,* Vol. 26, No. 2, 2000, pp. 112–117.

Kritzer, H., "Lawyer Fees and Lawyer Behavior in Litigation: What Does the Empirical Literature Really Say?" *Texas Law Review,* Vol. 80, 2002, p. 1943.

Landrigan, P. J., "Asbestos: Still a Carcinogen," *New England Journal of Medicine,* Vol. 338, No. 22, 1998, pp. 1618–1619.

Levin, S. M., and I. J. Selikoff, "Radiological Abnormalities and Asbestos Exposure Among Custodians of the New York City Board of Education, *Annals of the New York Academy of Sciences,* Vol. 643, 1991, pp. 530–539.

Liddell, F.D.K., A. D. McDonald, and J. C. McDonald, "The 1891–1920 Birth Cohort of Quebec Chrysotile Miners and Millers: Development from 1904 and Mortality to 1992," *Annals of Occupational Hygiene,* Vol. 41, No. 1, 1997, pp. 13–36.

Lilienfeld, D. E., J. S. Mandel, P. Coin, and L. M. Schuman, "Projection of Asbestos-Related Diseases in the United States, 1985–2009," *British Journal of Industrial Medicine,* Vol. 45, 1988, pp. 283–291.

Luce, D., P. Brochard, P. Quenel, C. Salomon-Nekiriai, P. Goldberg, M. A. Billon-Galland, and M. Goldberg, "Malignant Pleural Mesothelioma Associated with Exposure to Tremolite," *Lancet,* Vol. 344, 1994, p. 1777.

Magnani, C., A. Agudo, C. A. Gonzalez, A. Andrion, A. Calleja, E. Chellini, P. Dalmasso, A. Escolar, S. Hernandez, C. Ivaldi, D. Mirabelli, J. Ramirez, D. Turuguet, M. Usel, and B. Terracini, "Multicentric Study on Malignant Pleural Mesothelioma and Non-Occupational Exposure to Asbestos," *British Journal of Cancer,* Vol. 83, No. 1, 2000, pp. 104–111.

Manton, K., "An Evaluation of Strategies for Forecasting the Implications of Occupational Exposure to Asbestos," unpublished report prepared under Contract No. 82-62 for the Congressional Research Service, Government Division, The Library of Congress, 1983.

Manville Personal Injury Settlement Trust, *Financial Statements and Report for the Period Ending September 30, 2000, In re Johns Manville,* reprinted in *Andrews Asbestos Litigation Reporter*, Document Section D, 2000.

Manville Personal Injury Settlement Trust, Claims Resolution Management Corporation, *Selected Operations Data for Presentation at Courts Hearing*, December 13, 2001.

McDonald, A. D., B. W. Case, A. Churg, A. Dufresne, G. W. Gibbs, P. Sebastien, and J. C. McDonald, "Mesothelioma in Quebec Chrysotile Miners and Millers: Epidemiology and Aetiology," *Annals of Occupational Hygiene,* Vol. 41, 1997, pp. 707–719.

McDonald, A. D., and J. C. McDonald, "Malignant Mesothelioma in North America," *Cancer,* Vol. 46, 1980, pp. 1650–1656.

McDonald, J. C., and A. D. McDonald, "Mesothelioma as an Index of Asbestos Impact," in R. Peto and M. Schneiderman, eds., *Quantification of Occupational Cancer,* Banbury Report 9, Cold Spring Harbor, N.Y.: Cold Spring Laboratory, 1981, pp. 73–85.

McGovern, F. E., "Toward a Functional Approach for Managing Complex Litigation," *University of Chicago Law Review*, Vol. 53, 1986, pp. 440–493.

_____, "Resolving Mature Mass Tort Litigation," *Boston University Law Review*, Vol. 69, 1989, pp. 659–694.

_____, "Symposium: National Mass Tort Conference: An Analysis of Mass Torts for Judges," *Texas Law Review*, Vol. 73, 1995.

_____, "Rethinking Cooperation Among Judges in Mass Tort Litigation," *UCLA Law Review*, Vol. 44, 1997, pp. 1851–1870.

_____, "The Tragedy of the Asbestos Commons," *Virginia Law Review,* Vol. 88, 2002, p. 1721.

"MetLife Settles 35,000 Cases for at Least $125 Million," *Mealey's Litigation Report: Asbestos 4,* Vol. 9, No. 10, 1994.

"Michigan High Court Hears Docket Arguments," *Mealey's Litigation Report: Asbestos 19,* Vol. 19, No. 1, 2004.

"Michigan Supreme Court to Consider Implementing Inactive Asbestos Docket," *Mealey's Asbestos Bankruptcy Report 13,* Vol. 3, No. 3, October 2003.

"Miss. Jury Returns $150 Verdict Against AC&S, Dresser Industries, 3M Corp.," *Mealey's Litigation Report: Asbestos 1,* Vol. 16, No. 19, 2001.

"Mississippi Jury Awards $48.5 Million in 12 Cases," *Andrews Asbestos Litigation Report 1,* Vol. 20, No. 12, 1998.

Mnookin, R. H., and L. Kornhauser, "Bargaining in the Shadow of the Law: The Case of Divorce," *Yale Law Review,* Vol. 88, 1979, pp. 950–957.

National Center for State Courts, *Examining the Work of State Courts, 2001*, Williamsburg, Va.: National Center for State Courts, 2001.

National Institute for Occupational Safety and Health (NIOSH), *Worker Health Chartbook, 2004*, prepublication copy, Department of Health and Human Services, Centers for

Disease Control and Prevention, DHHS (NIOSH) Publication No. 2004-146, 2004 (http://www.cdc.gov/niosh/docs/chartbook/pdfs/Chartbook_2004_Prepub.pdf; last accessed July 1, 2004).

Nicholson, W. J., G. Perkel, and I. J. Selikoff, "Cancer from Occupational Asbestos Exposure: Projections 1980–2000," in R. Peto and M. Schneiderman, eds., *Quantification of Occupational Cancer,* Banbury Report 9, Cold Spring Harbor, N.Y.: Cold Spring Laboratory, 1981, pp. 87–111.

_____, "Occupational Exposure to Asbestos: Population at Risk and Projected Mortality 1980–2030," *American Journal of Industrial Medicine*, Vol. 3, 1982, pp. 259–311.

"OCF Admits to Liability in Massive West Virginia Consolidation," *Mealey's Litigation Report: Asbestos 1,* Vol. 9, No. 6, 1994.

Ostrom, B., et al., "What Are Tort Awards Really Like? The Untold Story from the State Courts," *Law & Policy*, Vol. 14, 1992, pp. 77–106.

_____, "A Step Above Anecdote: A Profile of the Civil Jury in the 1990s," *Judicature*, Vol. 79, 1996, pp. 233–241.

"Owens Corning Files Motion Seeking Appointment of Mediator in Chapter 11 Case," *Mealey's Asbestos Bankruptcy Report 11,* Vol. 1, No. 11, 2002.

Parloff, R., "Welcome to the New Asbestos Scandal," *Fortune,* September 6, 2004, p. 186.

Peterson, J. T., S. D. Greenberg, and P. A. Buffler, "Non-Asbestos-Related Malignant Mesothelioma: A Review," *Cancer,* Vol. 54, 1984, pp. 951–960.

Peterson, M., "Giving Away Money: Comparative Comments on Claims Resolution Facilities," *Law and Contemporary Problems*, Vol. 53, 1990, pp. 113–136.

Peterson, M., and M. Selvin, "Mass Justice: "The Limited and Unlimited Power of Courts," *Law and Contemporary Problems*, Vol. 54, No. 3, 1991, pp. 227–247.

Peto, J., A. Decarli, C. La Vecchia, F. Levi, E. Negri, "The European Mesothelioma Epidemic," *British Journal of Cancer*, Vol. 79, 1999, pp. 666–672.

Peto, J., B. E. Henderson, and M. C. Pike, "Trends in Mesothelioma Incidence in the United States and the Forecast Epidemic Due to Asbestos Exposure During World War II," in R. Peto and M. Schneiderman, eds., *Quantification of Occupational Cancer,* Banbury Report 9, Cold Spring Harbor, N.Y.: Cold Spring Laboratory, 1981, pp. 51–72.

Peto, J., J. T. Hodgson, F. E. Matthews, and J. R. Jones, "Continuing Increase in Mesothelioma Mortality in Britain," *Lancet,* Vol. 345, No. 8949, 1995, pp. 535–539.

"Plaintiffs Question Allocation of Damages in $169 Million Mississippi Asbestos Settlement," *Mealey's Litigation Report: Asbestos 1*, Vol. 14, No. 24, 2000.

Plevin, M., R. Ebert, and L. Epley, "Pre-Packaged Asbestos Bankruptcies: A Flawed Solution," *South Texas Law Review,* Vol. 44, 2003, p. 883.

Plevin, M., and P. Kalish, "What's Behind the Recent Wave of Asbestos Bankruptcies?" *Mealey's Litigation Report: Asbestos*, April 2001.

Price, B., "Analysis of Current Trends in United States Mesothelioma," *American Journal of Epidemiology*, Vol. 145, No. 3, 1997, pp. 211–218.

Price, B., and A. Ware, "Mesothelioma Trends in the United States: An Update Based on Surveillance, Epidemiology and End Results Program Data for 1973 Through 2003," *American Journal of Epidemiology*, Vol. 159, No. 2, 2004, pp. 107–112.

"Rapid American Hit with 5.5 Punitive Multiplier," *Mealey's Litigation Report: Asbestos 4*, 1994.

Renner, R., "Asbestos in the Air," *Scientific American*, February 21, 2000.

Rheingold, P., *Mass Tort Litigation*, Deerfield, Ill.: Clark, Boardman, and Callaghan, 1996.

"Road Map to B&W's Defenses to Asbestos Personal-Injury Claims," *In re Babcock & Wilcox Co.*, 2001 U.S. Dist. LEXIS 16741 (E.D. La. 2001) (No. 00-0588), 2001.

Rothstein, P. F., "What Courts Can Do in the Face of the Never Ending Asbestos Crisis," *Mississippi Law Review*, Vol. 71, No. 1, Fall 2001, pp. 1–34.

Rourke, D. L., "1997 and 2000 Grace Asbestos PI Claims Sample Design, Methodology and Results," Appendix K, *Debtors' Consolidated Reply in Support of Their Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Claim Forms and Approval of the Notice Program,* United States Bankruptcy Court for the District of Delaware, November 9, 2001.

Saks, M., and P. Blanck, "Justice Improved: The Unrecognized Benefits of Aggregation and Sampling in the Trial of Mass Torts," *Stanford Law Review*, Vol. 44, 1992.

Schuck, P. H., *Agent Orange on Trial: Mass Toxic Disasters in the Courts,* Cambridge, Mass.: Belknap Press, 1987.

_____, "The Worst Should Go First: Deferral Registries in Asbestos Litigation," *Judicature*, Vol. 75, 1992, pp. 318–328.

Schwartz, G., "Mixed Theories of Tort Law: Affirming Both Deterrence and Corrective Justice," *Texas Law Review*, Vol. 75, 1997, pp. 1801–1834.

Selikoff, I. J., "Constraints in Estimating Occupational Contributions to Current Cancer Mortality in the United States," in R. Peto and M. Schneiderman, eds., *Quantification of Occupational Cancer,* Banbury Report 9, Cold Spring Harbor, N.Y.: Cold Spring Harbor Laboratory, 1981, pp. 19–36.

_____, *Disability Compensation for Asbestos-Associated Disease in the United States,* New York: Environmental Sciences Laboratory, Mount Sinai School of Medicine of the City University of New York, June 1982a.

_____, *Disability Compensation for Asbestos-Related Disease in the United States*, Washington, D.C.: U.S. Department of Labor, June 1982b.

_____, "Asbestos Disease—1990–2020: The Risks of Asbestos Risk Assessment," *Toxicology and Industrial Health*, Vol. 7, Nos. 5–6, 1991, pp. 117–127.

Selikoff, I., J. Churg, and E. Hammond, "The Occurrence of Asbestosis Among Insulation Workers in the United States, *Annals of the New York Academy of Sciences*, Vol. 132, 1965, pp. 139–155.

_____, "Asbestos Exposure and Neoplasia," *Journal of the American Medical Association*, Vol. 188, 1964, pp. 22–26.

Selikoff, I. J., E. C. Hammond, and H. Seidman, "Mortality Experience of Insulation Workers in the United States and Canada, 1943–1976," *Annals of the New York Academy of Sciences*, Vol. 330, 1979, pp. 91–116.

Selikoff, I., and D. Lee, *Asbestos and Disease*, New York: Academic Press, 1978.

Selikoff, I. J., and H. Seidman, "Asbestos-Associated Deaths Among Insulation Workers in the United States and Canada, 1967–1987," *Annals of the New York Academy of Sciences*, Vol. 643, 1991, pp. 1–14.

Selvin, M., and L. Picus, *The Debate over Jury Performance: Observations from a Recent Asbestos Case*, Santa Monica, Calif.: RAND Corporation, R-3479-ICJ, 1987.

"Senate Judiciary Committee Issues Report on Trust Fund Legislation," *Mealey's Litigation Report: Asbestos 6,* Vol. 18, No. 13, 2003.

Shanley, M., and M. A. Peterson, *Comparative Justice: Civil Jury Verdicts in San Francisco and Cook Counties, 1959–1980*, Santa Monica, Calif.: RAND Corporation, R-3006-ICJ, 1983.

Siskind, F. B., "The Cost of Compensating Asbestos Victims Under the Occupational Disease Compensation Act of 1983," *Risk Analysis,* Vol. 7, No. 1, 1987, pp. 59–69.

Smith, M., "Resolving Asbestos Claims: The Manville Personal Injury Settlement Trust," *Law and Contemporary Problems*, Vol. 53, 1990, pp. 27–36.

Sobol, R., *Bending the Law: The Story of the Dalkon Shield Bankruptcy,* Chicago: University of Chicago Press, 1991.

Spirtas, R., E. F. Heineman, L. Bernstein, G. W. Beebe, R. J. Keehn, A. Stark, B. L. Harlow, and J. Benichou, "Malignant Mesothelioma: Attributable Risk of Asbestos Exposure," *Occupational and Environmental Medicine*, Vol. 51, 1994, pp. 804–811.

Stallard, E., "Product Liability Forecasting for Asbestos-Related Personal Injury Claims: A Multidisciplinary Approach," New York Academy of Sciences, 2001.

"Statistical Analysis of Multidistrict Litigation," Judicial Panel on Multidistrict Litigation, 2004 (www.jpml.uscourts.gov; last accessed March 2005).

Stayner, L. T., D. A. Dankovic, and R. A. Lemen, "Occupational Exposure to Chrysotile Asbestos and Cancer Risk: A Review of the Amphibole Hypothesis," *American Journal of Public Health,* Vol. 86, No. 2, 1996, pp. 179–186.

Stiglitz, J. E., J. M. Orszag, and P. R. Orszag, *The Impact of Asbestos Liabilities on Workers in Bankrupt Firms,* Washington, D.C.: SEBAGO Associates, December 2002.

Strickler, H. D., J. J. Goedert, S. S. Devesa, J. Lahey, J. F. Fraumeni, and P. S. Rosenberg, "Trends in U.S. Pleural Mesothelioma Incidence Rates Following Simian Virus 40

Contamination of Early Poliovirus Vaccines," *Journal of the National Cancer Institute,* Vol. 95, 2003, pp. 38–45.

Strickler, H. D., P. S. Rosenberg, S. S. Devesa, J. Hertel, J. F. Fraumeni, Jr., and J. J. Goedert, "Contamination of Poliovirus Vaccines with Simian Virus 40 (1955–1963) and Subsequent Cancer Rates," *Journal of the American Medical Association,* Vol. 279, No. 4, 1998, pp. 292–295.

Sugarman, S. D., "Doing Away with Tort Law," *California Law Review,* Vol. 73, 1985, p. 555.

Sunstein, C., D. Kahneman, and D. Schkade, "Assessing Punitive Damages (with Notes on Cognition and Valuation in Law)," *Yale Law Journal,* Vol. 107, 1998.

Symposium, "Mass Tortes: Serving Up Just Desserts," *Cornell University Law Review,* Vol. 80, 1995.

"Texas Legislature Passes Tort Reform Bill Limiting Successor Liability Damages," *Mealey's Litigation Report: Asbestos 9,* Vol. 18, No. 10, 2003.

"3rd Circuit Judge Orders 5 Bankruptcies to Be Consolidated in Del. Court," *Mealey's Asbestos Bankruptcy Report 2,* Vol. 1, No. 4, 2001.

"Tobacco Lawyers Want New Asbestos Trial Site," *[Mississippi] Clarion-Ledger,* March 17, 2001, p. 10A.

"Trade Association Asks Mississippi High Court to Reject Mass Joinder," *Mealey's Litigation Report: Asbestos 5,* Vol. 14, No. 14, 1999.

Trangsrud, R., "Mass Trials in Mass Tort Cases: A Dissent," *University of Illinois Law Review,* Vol. 1989, 1989.

"Trials: Damages Awarded in West Virginia Second Phase," *Mealey's Litigation Report: Asbestos 15,* Vol. 5, No. 9, 1990.

Tweedale, G., *Magic Mineral to Killer Dust: Turner and Newall and the Asbestos Hazard,* Oxford, UK: Oxford University Press, 2000.

Tyler, T., "A Psychological Perspective on the Settlement of Mass Tort Claims," *Law and Contemporary Problems,* Vol. 53, 1990, pp. 199–205.

"Union Carbide Left as Remaining Defendant in W.Va. Consolidated Trial," *Mealey's Litigation Report: Asbestos 1,* Vol. 17, No. 18, 2002.

"Union Carbide Liable for Thousands of Asbestos Claims, West Virginia Jury Finds," *Mealey's Litigation Report: Asbestos,* October 24, 2002.

"UNR Trust Lowers Payment Percentage in Light of Increased Asbestos Claims," *Mealey's Litigation Report: Asbestos,* Vol. 15, No. 21, December 1, 2000.

U.S. Department of the Census, *2000, Statistical Abstract of the United States: The National Data Book,* 120th ed., Washington, D.C.: U.S. Department of the Census, 2000.

U.S. Environmental Protection Agency, *EPA Asbestos Materials Ban: Clarification,* May 18, 1999.

"Utex Industries Files Prepackaged Bankruptcy Plan; Confirmation Order Issued," *Mealey's Asbestos Bankruptcy Report 2,* Vol. 4, No. 1, 2004.

Walker, A., J. E. Loughlin, E. R. Friedlander, K. J. Rothman, and N. A. Dreyer, "Projections of Asbestos-Related Disease 1980–2009," *Journal of Occupational Medicine*, Vol. 25, No. 5, 1983, pp. 409–425.

Weinstein, J., *Individual Justice In Mass Tort Litigation: The Effect of Class Actions, Consolidations and Other Multiparty Devices*, Evanston, Ill.: Northwestern University Press, 1995.

Weiss, L., "Bankruptcy Resolution: Direct Costs and Violation of Priority of Claims," *Journal of Financial Economics*, Vol. 27, 1990, pp. 285–314.

"Welding Rod, Wire, and Cable Defendants Held Liable in West Virginia Consolidation," *Mealey's Litigation Report: Asbestos 20,* Vol. 10, No. 16, 1995.

White, M., "Survey Evidence on Business Bankruptcy," in J. S. Bhandari and L. A. Weiss, eds., *Corporate Bankruptcy: Economic and Legal Perspective*, Cambridge University Press, 1996.

Willging, T., *Asbestos Case Management: Pretrial and Trial Procedures*, Washington, D.C.: Federal Judicial Center, 1985.

Yano, E., Z-M Wang, X-R Wang, M-Z Wang, and Y-J Lan, "Cancer Mortality Among Workers Exposed to Amphibole-Free Chrysotile Asbestos," *American Journal of Epidemiology*, Vol. 154, No. 6, 2001, pp. 538–543.