# EXHIBIT D

W.R. Grace Co., Inc.
Responses to the Debtors' Eighth Omnibus Objection to Proofs of Claim

| Creditor Name Response | Docket No. of Response | Claim No(s). Affected | Total Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| New Jersey Department of Taxation | 7708 | 15324 | $258,629.24 | A | No Liability | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |
| New Jersey Department of Taxation | 7708 | 871 | $149,730.68 | P | Differs from books and records | Reduce claim to $27,491.00 | Continue to the August 29, 2005 Omnibus Hearing. |
| National Union | None | 9553 | $46,971,746.00 | S | Duplicate of Claim No. 9554 | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |