# EXHIBIT B

W. R. Grace
Responses Received to Debtors' Ninth Omnibus Objection to Claims

| Creditor Name | Response Address | Claim Number | Claim Amount | Class | Objection | Response Sustained | Status |
|---|---|---|---|---|---|---|---|
| Commonwealth of Massachusetts | None | 1480 | $3,250.59 | P | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Commonwealth of Massachusetts | None | 1480 | $830.00 | U | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Commonwealth of Massachusetts | None | 1481 | $3,250.59 | P | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Commonwealth of Massachusetts | None | 1481 | $830.00 | U | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Safety Kleen Corporation | None | 163 | $162,429.45 | U | No Liability | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |