# EXHIBIT C

## W. R. Grace
### Responses Received to Debtors' Eleventh Omnibus Objection to Claims

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Berry & Berry | None | 1325 | $235,540.00 | U | Insufficient Documentation | Expunge | Continue to August 29, 2005 omnibus hearing. |
| Sierra Capital (Computer Task Group) | 8585 | 649 | $4,380.00 | U | Insufficient Documentation | Expunge | Continue to August 29, 2005 omnibus hearing. |
| Sierra Capital (Sanders Roofing Co Inc.) | 8588 | 639 | $3,384.50 | U | Insufficient Documentation | Expunge | Continue to August 29, 2005 omnibus hearing. |
| Palmezzo, Raphael | 8608 | 2661 | $12,000.00 | U | Insufficient Documentation | Expunge | Continue to August 29, 2005 omnibus hearing. |
| Receivable Management Services (Iron Mountain Records Management Inc.) | 8609 | 339 | $7,026.79 | U | Insufficient Documentation | Expunge | Continue to August 29, 2005 omnibus hearing. |
| Barnett, Mark C. | None | 2107 | $4,637.56 | P | Insufficient Documentation | Expunge | Continue to August 29, 2005 omnibus hearing. |

## W. R. Grace
## Responses Received to Debtors' Eleventh Omnibus Objection to Claims

| Claimant | Response | Claim No. | Claim Amount | Class | Objection | Relief | Status |
|---|---|---|---|---|---|---|---|
| Micro Warehouse | None | 1653 | $255.63 | U | Insufficient Documentation | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| West Group | None | 342 | $1,188.55 | U | Insufficient Documentation | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Darks, Tyrone | None | 1474 | $25,000,000.00 | U | Insufficient Documentation | Expunge | Notice returned as undeliverable. Continue to August 29, 2005 omnibus hearing. |
| Office Depot | None | 444 | $5,282.77 | U | Insufficient Documentation | Expunge | Continue to August 29, 2005 omnibus hearing. |