# EXHIBIT D

**W.R. Grace Co., Inc.**
**Responses to the Debtors' Eighth Omnibus Objection to Proofs of Claim**

| Claimant | Response Received | Claim Number | Total Claim Amount | Class | Objection | Debtors' Response | Status |
|---|---|---|---|---|---|---|---|
| New Jersey Department of Taxation | | 7708 | 15324 | $258,629.24 | A | No Liability | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |
| New Jersey Department of Taxation | | 7708 | 871 | $149,730.68 | P | Differs from books and records | Reduce claim to $27,491.00 | Continue to the August 29, 2005 Omnibus Hearing. |
| National Union | | None | 9553 | $46,971,746.00 | S | Duplicate of Claim No. 9554 | Expunge | Continue to the August 29, 2005 Omnibus Hearing. |