IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** _August 4_, 2005, at 4:00 p.m. (prevailing eastern time) |

**<u>FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY
SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION
FOR THE PERIOD MAY 1, 2005 THROUGH MAY 31, 2005</u>**

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

May 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No.  W51000777
File No.  029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $203,730.42 |
| For professional services rendered through May 31, 2005: | 9,806.00 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 806.48 | |
| TELEPHONE | 39.58 | |
| | 846.06 | |
| | | 846.06 |

| | |
|---|---:|
| Total Current Charges | 10,652.06 |
| Total Balance Due | $214,382.48 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000777

NJ\107238.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATTHEWS | 05/02/05 | .40 | ATTEND TO FILE (.40) |
| MCGAHREN | 05/03/05 | .40 | REVIEWED CORRESPONDENCE (.40); |
| MATTHEWS | 05/03/05 | .10 | REVIEW INCOMING CORRESPONDENCE (.10) |
| MCGAHREN | 05/05/05 | .40 | REVIEWED CORRESPONDENCE (.40) |
| MCGAHREN | 05/06/05 | .80 | REVIEWED CORRESPONDENCE(.20); PHONE CALL WITH M. OBRADOVIC (.60) |
| MCGAHREN | 05/10/05 | .30 | REVIEWED CORRESPONDENCE (.30); |
| MCGAHREN | 05/11/05 | 2.00 | PHONE CALLS WITH M. OBRADOVIC, L. DUFF, L. MATTHEWS (1.0); REVIEWED CORRESPONDENCE AND SETTLEMENT AGREEMENTS (1.0) |
| MATTHEWS | 05/11/05 | .70 | REVIEW INCOMING CORRESPONDENCE (0.1) CALL WITH J. MCGAHREN REGARDING STATUS (0.2); REVIEW SETTLEMENT DOCUMENT OBLIGATIONS IN RELATION TO NEW WETLAND SAMPLING(0.4) |
| MCGAHREN | 05/12/05 | 2.00 | REVIEWED CORRESPONDENCE(.50); REVIEW BANKRUPTCY ORDER; PHONE CALLS WITH L. MATTHEWS, M. OBRADOVIC, L. DUFF (1.5) |
| MATTHEWS | 05/12/05 | .20 | REVIEW INCOMING CORRESPONDENCE (0.1); CALL WITH J. POTTS REGARDING REVISED DECLARATIONS PAGE (0.1) |
| MCGAHREN | 05/13/05 | 1.00 | REVIEWED CORRESPONDENCE (.10); PHONE CALL WITH M. OBRADOVIC, L. MATTHEWS, A. REITANO; REVIEWED SETTLEMENT AGREEMENT (.90) |
| MCGAHREN | 05/16/05 | .50 | REVIEWED CORRESPONDENCE; PHONE CALLL WITH M. OBRADOVIC(.50) |
| MATTHEWS | 05/16/05 | .40 | REVIEW INCOMING CORRESPONDENCE (0.1); PARTICIPATE IN STATUS CONFERENCE CALL (0.3) |
| MCGAHREN | 05/17/05 | .40 | REVIEWED CORRESPONDENCE (0.1); CONFERENCE WITH L. MATTHEWS (0.3) |
| MATTHEWS | 05/17/05 | .20 | FOLLOW-UP REGARDING EXECUTION OF ADMINISTRATIVE CONSENT ORDER (.20) |
| MCGAHREN | 05/19/05 | .40 | REVIEW CORRESPONDENCE (.40) |
| MATTHEWS | 05/19/05 | 1.00 | REVIEW INCOMING CORRESPONDENCE (0.1); ANALYZE COVERAGE OF CROWS MILL REMEDIATION; PARTICIPATE IN CONFERENCE CALL REGARDING SAME (0.4) |
| MCGAHREN | 05/23/05 | .30 | REVIEWED CORRESPONDENCE (.30) |
| MATTHEWS | 05/23/05 | 3.40 | REVIEW INCOMING CORRESPONDENCE (0.1); ATTEND TO FILE (3.3) |
| MCGAHREN | 05/24/05 | 2.00 | REVIEWED CORRESPONDENCE (.50); PHONE CALL WITH L. MATTHEWS, M. OBRADOVIC, L. DUFF, A. REITANO (1.5) |
| MATTHEWS | 05/24/05 | 1.20 | REVIEW INCOMING CORRESPONDENCE (0.2); DRAFT E-MAIL ADDRESSING IMPOSSIBILITY OF PROGRAM PRICE INCREASE(0.6); FOLLOW UP REGARDING SAME WITH A. REITANO (0.1); CALL WITH J. MCGAHREN REGARDING STATUS (0.3) |
| MCGAHREN | 05/25/05 | 1.50 | REVIEWED CORRESPONDENCE(.50); PHONE CALL WITH M. OBRADOVIC, L. MATTHEWS, A. REITANO (1.0) |
| | | 19.60 | |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 12.00 | 510.00 | 6,120.00 | PARTNER, JR. |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000777

2

NJ\107238.1

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| LD MATTHEWS | 02951 | 7.60 | 485.00 | 3,686.00<br>9,806.00 | CONTRACT ASSOC |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 05/11/05 | TELEPHONE | TELEPHONE 07270<br>MCGAHREN, JOHN | J MCGAHREN | | 8.15 |
| 05/12/05 | TELEPHONE | TELEPHONE 07270<br>MCGAHREN, JOHN | J MCGAHREN | | 19.39 |
| 05/17/05 | TELEPHONE | TELEPHONE 07270<br>MCGAHREN, JOHN | J MCGAHREN | | 5.82 |
| 05/24/05 | TELEPHONE | TELEPHONE 07270<br>MCGAHREN, JOHN | J MCGAHREN | | 6.22 |
| | | ** TOTAL TELEPHONE | | | 39.58 |
| 03/24/05 | PHOTOCOPYING | PHOTOCOPYING 53621<br>CT1004060553859 | JUDITH CHRISTOPHER | | .34 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951<br>CT0605120589777 | LD MATTHEWS | | 375.87 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951<br>CT0605120589975 | LD MATTHEWS | | 419.90 |
| 05/02/05 | PHOTOCOPYING | PHOTOCOPYING 53621<br>CT1005030549529 | JUDITH CHRISTOPHER | | 4.76 |
| 05/18/05 | PHOTOCOPYING | PHOTOCOPYING 53621<br>CT1005190518711 | JUDITH CHRISTOPHER | | .17 |
| 05/20/05 | PHOTOCOPYING | PHOTOCOPYING 53621<br>CT1005260546131 | JUDITH CHRISTOPHER | | 4.59 |
| 05/23/05 | PHOTOCOPYING | PHOTOCOPYING 02951<br>CT0605240533069 | LD MATTHEWS | | .68 |
| 05/23/05 | PHOTOCOPYING | PHOTOCOPYING 02951<br>CT0605240533071 | LD MATTHEWS | | .17 |
| | | ** TOTAL<br>PHOTOCOPYING | | | 806.48 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.<br>FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000777

3

NJ\107238.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

## INVOICE

May 31, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No.  W51000777
File No.  029016-0001

---

## REMITTANCE COPY

### HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 203,730.42 |
| Current Billing: | | |
| May 31, 2005 | 51000777 | $10,652.06 |
| **Balance Due** | | **$214,382.48** |

AMOUNT REMITTED:                    $_____

#### Method of Payment:

☐ CHECK        ☐ WIRE TRANSFER

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

May 31, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51000778
File No. 029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $7,489.14 |
| For professional services rendered through May 31, 2005: | 5,993.50 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 43.35 | |
| TELEPHONE | 7.40 | |
| FEDERAL EXPRESS | 59.82 | |
| | | 110.57 |

| | |
|---|---:|
| Total Current Charges | 6,104.07 |
| Total Balance Due | $13,593.21 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000778

NJ\107191.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ORTEGA | 05/12/05 | 1.60 | DISCUSS PROCESS FOR FILING FEE APPLICATIONS WITH S. SAVAGE, M. ALVELO AND J. MCGAHREN |
| ALVELO | 05/12/05 | 1.50 | MEET WITH S. SAVAGE AND K. ORTEGA TO LEARN HOW TO FILE SPECIAL COUNSEL FEE APPLICATIONS; MEET WITH G. BARBERA IN ORDER TO DETERMINE WHICH RULES AND/OR CODES APPLY TO THE FILING OF SAID APPLICATIONS |
| ORTEGA | 05/13/05 | .20 | DISCUSS FILING APPLICATION FOR FEES WITH M. ALVELO |
| ORTEGA | 05/13/05 | 2.00 | REVIEW INVOICES TO SEPARATE COSTS FROM NON-SETTLING PARTIES LAWSUIT FROM OTHER NON-RECOVERABLE COSTS PER THE INSTRUCTIONS OF B. PINIEWSKI |
| ALVELO | 05/13/05 | 3.70 | SEARCH THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, TITLE 11 OF THE US CODE, AND THE LOCAL RULES FOR THE US BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE |
| ORTEGA | 05/16/05 | .30 | DISCUSS COST RECOVERY DOCUMENTS AND FILING THEREOF WITH M. ALVELO |
| ORTEGA | 05/18/05 | 3.10 | DISCUSS PROTOCOL FOR FILING APPLICATION WITH S. BOSSAY AND J. LEJAVA; CONTACT LOCAL COUNSEL; REVIEW INTERIM APPLICATION FOR FOURTH QUARTER OF 2004 AND EMAIL DRAFT TO S. BOSSAY |
| ALVELO | 05/18/05 | 6.10 | PREPARE FEE APPLICATION FOR THE FIFTEENTH INTERIM PERIOD COVERING OCTOBER 1, 2004 TO DECEMBER 31, 2004.SEARCH DOCKET, ADMINISTRATIVE ORDERS, AND RULES FOR INFORMATION ON FILING QUARTERLY FEE APPLICATIONS; PHONE CALL WITH K. ORTEGA AND J. LEJAVA TO DISCUSS THE PREPARATION AND FILING OF QUARTERLY FEE APPLICATIONS |
| ORTEGA | 05/19/05 | 1.90 | DISCUSS APPLICATION WITH S. BOSSAY AND M. ALVELO; REVIEW INTERIM APPLICATION FOR FOURTH QUARTER OF 2004 AND COORDINATE FILING OF SAME |
| ALVELO | 05/19/05 | 1.20 | PREPARE INTERIM FEE APPLICATION FOR THE 16TH INTERIM PERIOD COVERING JANUARY 1, 2005 - MARCH 31, 2005 |
| ALVELO | 05/19/05 | 3.40 | PREPARE INTERIM FEE APPLICATION FOR THE 15TH INTERIM PERIOD FOR FINAL EXECUTION; INSERT PROJECT CATEGORY BREAKDOWN AND CALCULATE FEES AND EXPENSES FOR AND THROUGH THE 15TH QUARTER; CONFIRM ALL CALCULATIONS ARE CORRECT PRIOR TO SUBMISSION TO K. ORTEGA |
| ALVELO | 05/20/05 | 1.40 | PREPARE MONTHLY INTERIM FEE APPLICATION FOR THE PERIOD MARCH 1, 2005 - MARCH 31, 2005 |
| ALVELO | 05/20/05 | 1.90 | PREPARE QUARTERLY INTERIM FEE APPLICATION FOR THE SIXTEENTH INTERIM PERIOD JANUARY 1, 2005 - MARCH 31, 2005 |
| ORTEGA | 05/22/05 | .10 | GIVE INSTRUCTIONS TO M. ALVELO REGARDING FILING |
| ORTEGA | 05/23/05 | .90 | REVIEW MONTHLY FEE APPLICATION FOR MARCH 2005 AND INTERIM APPLICATION FOR THE FIRST QUARTER OF 2005 |
| ALVELO | 05/23/05 | 2.30 | SEARCH FOR PATRICIA CUNIFF'S CONTACT |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000778

2

NA107191.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| | | | INFORMATION; CONTACT PATRICIA CUNIFF WITH REGARD TO THE FILING OF THE INTERIM FEE APPLICATIONS; REVIEW THE MONTHLY FEE APPLICATION FOR MARCH, 2005 AND THE QUARTERLY FEE APPLICATION FOR JANUARY 1, 2005 TO MARCH 31, 2005 TO ENSURE ALL NUMERICAL FIGURES AND CALCULATIONS ARE ACCURATE AND CORRECT |
| ALVELO | 05/24/05 | 2.50 | BRING THE FINAL VERSION OF THE FEE APPLICATIONS TO J. MCGAHREN FOR HIS REVIEW AND SIGNATURE; ATTACH INVOICES FOR THE RESPECTIVE MONTHS TO THE FEE APPLICATIONS; SCAN THE FEE APPLICATIONS TO A PDF FILE TO BE E-MAILED TO S. BOSSAY AND P. CUNIFF; MAKE TWO COPIES OF EACH COMPLETED FEE APPLICATION FOR FILING IN OUR ARCHIVES; FED EX THE ORIGINAL SIGNED COPIES OF THE FEE APPLICATIONS TO P. CUNIFF |
| ALVELO | 05/25/05 | .80 | SEARCH FOR AND RETRIEVE INVOICES FOR THE MONTHS OF OCTOBER, NOVEMBER, AND DECEMBER 2004; PRINT COPIES AND SCAN THEM INTO A PDF FILE TO BE E-MAILED TO P. CUNIFF |
| ALVELO | 05/26/05 | .60 | PREPARE THE MONTHLY FEE APPLICATION FOR THE PERIOD COVERING APRIL 1, 2005 TO APRIL 30, 2005 |
| ALVELO | 05/26/05 | .30 | PREPARE MONTHLY FEE APPLICATION FOR THE PERIOD COVERING APRIL 1, 2005 TO APRIL 30, 2005 |
| ORTEGA | 05/27/05 | .50 | REVIEW MONTHLY FEE APPLICATION FOR APRIL 2005 |
| ALVELO | 05/27/05 | 1.60 | COMPLETE MONTHLY FEE APPLICATION FOR THE PERIOD COVERING APRIL 1, 2005 TO APRIL 30, 2005 |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| K ORTEGA | 03738 | 10.60 | 295.00 | 3,127.00 | ASSOCIATE, JR. |
| M J ALVELO | 30621 | 27.30 | 105.00 | 2,866.50 | PROJECT ASST |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 05/13/05 | TELEPHONE | TELEPHONE 07539 | UNASSIGNED EXT. UNASSIGNED EXT. | | .78 |
| 05/18/05 | TELEPHONE | TELEPHONE 07198 ORTEGA, KELLIE | K ORTEGA | | 3.50 |
| 05/19/05 | TELEPHONE | TELEPHONE 07198 ORTEGA, KELLIE | K ORTEGA | | 1.17 |
| 05/23/05 | TELEPHONE | TELEPHONE 07539 | UNASSIGNED EXT. UNASSIGNED EXT. | | 1.56 |
| 05/25/05 | TELEPHONE | TELEPHONE 07539 | UNASSIGNED EXT. UNASSIGNED EXT. | | .39 |
| | | ** TOTAL TELEPHONE | | | 7.40 |
| 05/19/05 | FEDERAL EXPRESS | Patricia Cuniff WILMINGTON DE 19801 791630469419 05/19/05 384890356 | K ORTEGA | | 47.04 |
| 05/24/05 | FEDERAL EXPRESS | Patricia Cuniff, Esq. WILMINGTON DE 19801 791082904611 05/24/05 | J MCGAHREN | | 6.39 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000778

3

NJ\107191.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| | | 384890356 | | | |
| 05/24/05 | FEDERAL EXPRESS | Patricia Cuniff WILMINGTON DE 19801 792931696280 05/24/05 384890356 | J MCGAHREN | | 6.39 |
| | | ** TOTAL FEDERAL EXPRESS | | | 59.82 |
| 05/12/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1005190512249 | JUDITH CHRISTOPHER | | 5.27 |
| 05/12/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1005190512247 | JUDITH CHRISTOPHER | | 13.60 |
| 05/13/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1005190512251 | M J ALVELO | | 3.74 |
| 05/19/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1005210528783 | JUDITH CHRISTOPHER | | 1.19 |
| 05/19/05 | PHOTOCOPYING | PHOTOCOPYING 03738 CT1005210528785 | K ORTEGA | | 2.04 |
| 05/24/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1005260546135 | JUDITH CHRISTOPHER | | 7.82 |
| 05/24/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1005260546133 | JUDITH CHRISTOPHER | | 7.82 |
| 05/27/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1005280556385 | M J ALVELO | | 1.53 |
| 05/27/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1005280556387 | JUDITH CHRISTOPHER | | .17 |
| 05/27/05 | PHOTOCOPYING | PHOTOCOPYING 30621 CT1005280556389 | M J ALVELO | | .17 |
| | | ** TOTAL PHOTOCOPYING | | | 43.35 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000778

NA107191.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

May 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W51000778
File No.  029016-0003

---

## REMITTANCE COPY

### SPECIAL COUNSEL FEE
### APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 7,489.14 |
| Current Billing: | | |
| May 31, 2005 | 51000778 | $6,104.07 |
| **Balance Due** | | **$13,593.21** |

**AMOUNT REMITTED:**      $ _____

### Method of Payment:

☐ CHECK      ☐ WIRE TRANSFER

NA\107191.1