IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: August 22, 2005 @ 12:00pm** |
| | ) | **Objection Deadline: August 5, 2005 @ 4:00pm** |

## NOTICE OF MOTION OF
## SPEIGHTS & RUNYAN TO QUASH SUBPOENA

PLEASE TAKE NOTICE that Speights & Runyan, in its capacity as counsel for Claimants, has filed its attached Motion to Quash Subpoena (the "Motion").

You are required to file a response to the attached Motion on or before **August 5, 2005 at 4:00 p.m. EDT.**

At the same time you must also serve a copy of the response upon movant's attorneys:

| | |
|---|---|
| Christopher D. Loizides (No. 3968) | Daniel A. Speights |
| Michael J. Joyce (No. 4563) | SPEIGHTS & RUNYAN |
| LOIZIDES & ASSOCIATES | 200 Jackson Avenue East |
| 1225 King Street, Suite 800 | P.O. Box 685 |
| Wilmington, DE 19801 | Hampton, SC 29924 |

PLEASE TAKE FURTHER NOTICE THAT, ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED, A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 22, 2005 AT 12:00 P.M.** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 15, 2005

Christopher D. Loizides (Bar No. 3968)
Michael J. Joyce (Bar No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
Email:  loizides@loizides.com

-and-

Daniel A. Speights (SC Bar No. 4252)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:  (803) 943-4444
Facsimile:  (803) 943-4599

*Counsel for Claimants*