# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: August 22, 2005 @ 12:00pm |
| | ) | Objection Deadline: August 5, 2005 @ 4:00pm |
| | ) | |
| | ) | Re: Docket No. _____ |

## ORDER GRANTING MOTION OF SPEIGHTS & RUNYAN TO QUASH SUBPOENA

Upon consideration of the Motion of Speights & Runyan to Quash Subpoena (the "Motion"), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Subpoena referenced in the Motion is hereby QUASHED.

DATED: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge