IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: August 22, 2005 @ 12:00pm** |
| | ) | **Objection Deadline: August 5, 2005 @ 4:00pm** |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 15th day of July, 2005, I did cause to be served true and correct copies of the foregoing **Motion of Speights & Runyan to Quash Subpoena** on the parties listed on the attached service list as indicated thereon.

Dated: July 15, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

*Counsel for the Claimants*