## SERVICE LIST

## VIA FACSMILE AND FIRST CLASS MAIL

Laura Davis Jones, Esquire
David Carickoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Fax:    (302) 652-4400
*(Counsel to Debtors and Debtors-in-Possession)*

David Bernick, Esquire
Michelle Browdy, Esquire
Janet Baer, Esquire
Michael Dierkes, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Fax:    (312) 861-2200
*(Counsel to Debtor)*

## VIA FIRST CLASS MAIL

Hamid Rafatjoo, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
10100 Santa Monica Bl., Suite 1100
Los Angeles, CA 90067-4100
*(Counsel to Debtors and Debtors-in-Possession)*

Steven Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
*(Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
*(Counsel to Asbestos PI Committee)*

Robert Dehney, Esquire
Michael Busenkill, Esquire
Morris Nichols Arsht & Tunnell
1201 No. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
*(Counsel to Travelers Casualty and Surety Company)*

Mark Collins, Esquire
Deborah Spivack, Esquire
Richards Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
*(Counsel to Chase Manhattan Bank)*

Michael Joseph, Esquire
Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899-1351
*(Counsel to Asbestos PD Committee)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 No. Market Street, Suite 1200
Wilmington, DE  19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

William Katchen, Esquire
Duane Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102
*(Counsel to Official Committee of Unsecured Creditors)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801
*(United States Trustee)*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397
*(Counsel to Equity Committee)*

Mark Shelniz
David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
*(Debtor)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Counsel to Asbestos PI Committee)*

Peter Van Lockwood, Esquire
Julie Davis, Esquire
Trevor Swett, III, Esquire
Nathan Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
*(Counsel to Asbestos PI Committee)*

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*

Scott Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*(Counsel to Official Committee of Property Damage Claimants)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022-3852
*(Counsel to Equity Committee)*

David Heller, Esquire
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*

Roger Frankel, Esquire
Richard Wyron, Esquire
Matthew Cheney, Esquire
Swidler Berlin Shereff Friedman LLP
300 "K" Street NY, Suite 300
Washington, DC  20007
*(Counsel to David Austern, Future Claimant's Representative)*

John Phillips, Jr., Esquire
Phillips Goldman & Spence, PA
1220 No. Broom Street
Wilmington, DE  19806
*(Counsel to David Austern, Future Claimant's Representative)*