# EXHIBIT "A"

## CERTIFICATION

1.  I have been designated by **LECG, LLC** (the "Applicant") as the professional with responsibility in this case for compliance with Del.Bankr.LR 2016-2(f).

2.  I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Del.Bankr.LR 2016-2(f).

3.  The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.  In seeking reimbursement for the expenditures described on Attachment A, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by Del.Bankr.LR 2016-2(e)).

5.  In seeking reimbursement for any service provided by the third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

I HEREBY CERTIFY that the foregoing is true and correct.

Dated: July 18, 2005

                                         LECG, LLC
                                         Consultants to the Official Committee of Asbestos
                                         Property Damage Claimants
                                         1725 Eye Street, NW, Suite 800
                                         Washington, DC 20006
                                         Tel: (202) 973-6494
                                         Fax: (202) 466-4487


                                         By:  /s/ Steven A. Wolf
                                                  Steven A. Wolf, Principal