# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
January 1, 2005 through March 31, 2005 (169.0 hours - $79,496.75)

During the Application Period, the Applicant was primarily engaged in the planning and coordination of the retention agreement, establishment of an expert consulting team a review of documents in connection with the property damage case management order and background materials. In addition, the Applicant implemented design and development of claims database, and presentation for same. The Applicant met with counsel to the PD Committee to discuss preliminary damages methodology and identification of important documentation required to conduct analysis. Further, the Applicant prepared an analysis of proof of claims files presented by the Debtors.