IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 8, 2005 at 4:00 p.m.** |
| | ) | **Hearing Date: September 26, 2005 at 12:00 p.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON ATTACHED SERVICE LIST

Hamilton, Rabinovitz & Alschuler, Inc., through undersigned counsel, has filed its Eleventh Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2005 through March 31, 2005.

You are required to file an objection or response to the attached application on or before August 8, 2005 at 4:00 pm.

At the same time, you must also serve a copy of the objection or response upon the persons on the attached service list.

A HEARING ON THE APPLICATION WILL BE HELD ON SEPTEMBER 26, 2005 AT 12:00 PM.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 18, 2005

>BILZIN SUMBERG BAENA PRICE & AXELROD LLP
>Counsel to the Official Committee of Asbestos Property Damage Claimants
>2500 Wachovia Financial Center
>200 South Biscayne Boulevard
>Miami, Florida 33131-2385
>Telephone: (305) 374-7580
>Facsimile: (305) 374-7593
>
>By:   /s/ Allyn S. Danzeisen
>       Allyn S. Danzeisen (Admitted Pro Hac Vice)

# EXHIBIT 1

## NOTICE PARTIES

| **The Debtors** <br><br> via hard copy to: <br><br> David B. Siegel <br> Senior VP and General Counsel <br> 7500 Grace Drive <br> Columbia, MD 21044 <br><br> and <br> via email to: <br> william.sparks@grace.com | **Co-Counsel to the Debtor In Possession Lender** <br><br> via email to: <br><br> syoder@bayardfirm.com; <br><br> david.heller@lw.com; and <br><br> carol.Hennessey@lw.com |
|---|---|
| **Co-Counsel to the Debtors** <br><br> via email to: <br><br> james_kapp@chicago.kirkland.com and <br><br> dcarickhoff@pszyj.com | **Co-Counsel to the Official Committee of Unsecured Creditors** <br> via email to: <br> rserrette@stroock.com; and <br><br> mlastowski@duanemorris.com |
| **Co-Counsel to the Official Committee of Asbestos Personal Injury Claimants** <br> via email to: <br> pvnl@capdale.com; and <br><br> meskin@del.camlev.com | **Co-Counsel to the Official Committee of Equity Holders** <br> via email to: <br> pbentley@kramerlevin.com; <br> currier@klettrooney.com; and |
| **The Fee Auditor** <br> Via hard copy to: <br> Warren H. Smith <br> Warren H. Smith & Associates, P.C. <br> Republic Center <br> 325 N. St. Paul, Suite 1275 <br> Dallas, TX 75201 <br><br> and <br> via email to: feeaudit@whsmithlaw.com | **Office of the United States Trustee** <br> Via hard copy to: <br><br> Office of the United States Trustee <br> David M. Klauder, Esq. <br> 844 King Street, Suite 2207 <br> Wilmington, DE 19801 |