# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
### January 1, 2005 through March 31, 2005

1.  Asbestos: Claims Analysis & Evaluation – 130.5 hours ($45,045.00)

During the Application Period, the Applicant attended meetings and hearings with PD Committee members and counsel in Pittsburgh and Miami. In addition, the Applicant conducted research, prepared an analysis and conducted a presentation on various issues regarding estimation, PI claims and the impact on PD claims recoveries.