# EXHIBIT "C"

# HR&A                                        INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

February 21, 2005

Invoice No. HRA20050221

Jay M. Sakalo
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of USG Property Damage Claimants, Nunc Pro Tunc to February 23, 2004. For month of January, 2005.

### FEES

Joshua S. Katz
3.8 hours @ $ 175 per hour                                        $ 665.00

**TOTAL DUE**                                                     **$ 665.00**

*Please remit to new corporate address below:*        Federal Tax I.D. 94-2360125

P.O. Box 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES          WASHINGTON DC    NEW YORK

Summary of billed hours for service rendered in connection with Property Damage Claimants, Nunc Pro Tunc to February 23, 2004.
For the month of January, 2005.

| | Joshua Katz | |
|---|---|---|
| 01/01/2005 | | |
| 01/02/2005 | | |
| 01/03/2005 | | |
| 01/04/2005 | | |
| 01/05/2005 | | |
| 01/06/2005 | | |
| 01/07/2005 | | |
| 01/08/2005 | | |
| 01/09/2005 | 1.50 | |
| 01/10/2005 | | |
| 01/11/2005 | | |
| 01/12/2005 | | |
| 01/13/2005 | | |
| 01/14/2005 | | |
| 01/15/2005 | | |
| 01/16/2005 | | |
| 01/17/2005 | | |
| 01/18/2005 | | |
| 01/19/2005 | | |
| 01/20/2005 | | |
| 01/21/2005 | | |
| 01/22/2005 | | |
| 01/23/2005 | | |
| 01/24/2005 | | |
| 01/25/2005 | | |
| 01/26/2005 | 0.60 | |
| 01/27/2005 | 1.20 | |
| 01/28/2005 | | |
| 01/29/2005 | | |
| 01/30/2005 | 0.50 | |
| 01/31/2005 | | Total Hours |
| Hours | 3.80 | 3.80 |
| Rate | $175 | Total Fees |
| Total | $665.00 | $665.00 |

JANUARY 2005, TIME LOG OF JOSHUA S. KATZ (JSK)

DATE       TIME TASK

01/09/05  1.5  Further analysis of evaluations of USG, and
      consideration of methodology (1.1); Preliminary work on
      modeling evaluation, and development of tool to compare
      evaluation methodologies (0.4).

01/26/05  0.6  Review of deficiency notice (0.3); search for
      updated SEC filings, stock info (0.1); develop assignments
      with James Hass (0.1); e-mail to Paul Honig about USG work
      (0.1).

01/27/05  1.2  Phone conversation with Paul Honig about Property
      Damage database (0.4); review of Paul Honig e-mails to James
      Hass (0.2); discus next steps with James Hass (0.3); review
      of PD claims work from Jay Sakalo (0.3).

01/31/05  0.5  Review of news relevant to USG, including
      legislative progress (0.5).

TOTAL:    3.8

# HR&A                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

March 14, 2005

Invoice No. HRA20050314

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the
Official Committee of Asbestos Property Damage Claimants in the
bankruptcy of W.R. Grace & Co. et al. For the month of February,
2005.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>11.3 hours @ $ 500 per hour | $ 5,650.00 |
| Paul J. Silvern<br>2.0 hours @ $ 400 per hour | 800.00 |
| Joshua Katz<br>3.50 hours @ $ 175 per hour | 612.50 |
| **TOTAL FEES** | **$ 7,062.50** |

*Please remit to new corporate address below:*

P.O. Box 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351

NORTHERN CALIFORNIA      LOS ANGELES      WASHINGTON DC      NEW YORK

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of February 2005.

| | FFR | PJS | JSK | |
|---|---|---|---|---|
| 02/01/2005 | . | | | |
| 02/02/2005 | | | | |
| 02/03/2005 | 4.00 | | . | |
| 02/04/2005 | | | | |
| 02/05/2005 | | | | |
| 02/06/2005 | | | | |
| 02/07/2005 | | | | |
| 02/08/2005 | | | | |
| 02/09/2005 | | | | |
| 02/10/2005 | 1.00 | 1.00 | | |
| 02/11/2005 | 0.50 | 0.50 | | |
| 02/12/2005 | | | | |
| 02/13/2005 | | | | |
| 02/14/2005 | 0.50 | | | |
| 02/15/2005 | | | | |
| 02/16/2005 | | | | |
| 02/17/2005 | 1.30 | | | |
| 02/18/2005 | | | 1.90 | |
| 02/19/2005 | | | | |
| 02/20/2005 | | | | |
| 02/21/2005 | | | | |
| 02/22/2005 | | | | |
| 02/23/2005 | | | 1.60 | |
| 02/24/2005 | 3.00 | | | |
| 02/25/2005 | | 0.50 | | |
| 02/26/2005 | | | | |
| 02/27/2005 | 1.00 | | | |
| 02/28/2005 | | | | |
| | | | | Total Hours |
| Hours | 11.30 | 2.00 | 3.50 | 16.80 |
| Rate | $500 | $400.00 | $175.00 | Total Fees |
| | $5,650.00 | $800.00 | $612.50 | $7,062.50 |

FEBRUARY 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE        TIME TASK

02/03/05    0.8  Quick review of Property Damage Committee estimation
                 brief in Federal Mogul.
            0.7  Quick review of Estimation brief of Official
                 Committee of Asbestos Claimants and Legal Rep for
                 Future Asbestos Claimants in Federal Mogul.
            2.5  Read opinion on estimation in G-1 concerning
                 estimation of asbestos PI claims in that case.

02/10/05    1.0  Attend Committee conference call.

02/11/05    0.5  Update call with James E. Hass and Paul J. Silvern
                 re: status of Grace litigation and PD projects.

02/14/05    0.5  Talk with Scott Baena re: status of talks on
                 estimation protocol, James E. Hass status.

02/17/05    0.5  Attend Committee call.
            1.0  Find and read University of Montana study with
                 respect to impact of vermiculite on autoimmune
                 response.

02/24/05    3.0  Read James E. Hass PowerPoint on status of PD claims
                 and review database.

02/27/05    1.0  Read Armstrong memo opinion circulated by Bilzin.

TOTAL:      11.3

FEBRUARY 2005, TIME LOG OF PAUL J. SILVERN (PJS)

DATE      TIME TASK

02/10/05   1.0 Review US indictment of Grace officials, related
               news articles and Property Damage Committee
               counsel's memo re: impacts on bankruptcy case.

02/11/05   0.5 Conference call with Francine Rabinovitz and James
               E. Hass re: case status.

02/25/05   0.5 Review District Court's opinion re: disapproval of
               Armstrong Industries Plan of Reorganization.

TOTAL      2.0

FEBRUARY 2005, TIME LOG OF JOSHUA S. KATZ (JKS)

DATE      TIME TASK

02/18/05   1.9 Review of Grace 8-ks for January and February,
               review of news media on Libby indictment, Zonolite
               comments in Canada.

02/26/05   1.6 Conversation with James Hass about PD plans (.2);
               review of media on recent Libby indictment, asbestos
               legislation status (.6); review of PD presentations
               and databases (.7); e-mails to Fran (.1)

TOTAL:     3.5

# HR&A                        INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

April 19, 2005

Invoice No. HRA20050419

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos
Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the
month of March, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.8 hours @ $ 500 per hour | $   900.00 |
| Paul J. Silvern<br>0.7 hours @ $ 400 per hour | 280.00 |
| Joshua Katz<br>5.3 hours @ $ 175 per hour | 927.50 |
| **TOTAL FEES:** | **$ 2,107.50** |

### EXPENSES

| | |
|---|---:|
| Courier | $     5.91 |
| **TOTAL FEES AND EXPENSES:** | **$ 2,113.41** |

*Please remit to <u>new</u> corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA      LOS ANGELES      WASHINGTON DC   NEW YORK

Summary of billed hours for service rendered in connection with the
Property Damage Claimants (W. R. Grace).
For the month of March, 2005.

| DATE | FFR | PJS | JSK | |
|---|---|---|---|---|
| 03/01/200 | | | | |
| 03/02/200 | | | 1.3 | |
| 03/03/200 | 1. 0 | | | |
| 03/04/200 | | | | |
| 03/05/200 | | . | | |
| 03/06/200 | | | | |
| 03/07/200 | | | | |
| 03/08/200 | | | | |
| 03/09/200 | | | | |
| 03/10/200 | | 0.1 | 1.9 | |
| 03/11/200 | | | | |
| 03/12/200 | | | | |
| 03/13/200 | | | | |
| 03/14/200 | | | | |
| 03/15/200 | | | | |
| 03/16/200 | | | | |
| 03/17/200 | | 0.4 | | |
| 03/18/200 | | | | |
| 03/19/200 | | | | |
| 03/20/200 | | | | |
| 03/21/200 | | | | |
| 03/22/200 | 0.3 | 0.1 | | |
| 03/23/200 | | | | |
| 03/24/200 | | | 1.0 | |
| 03/25/200 | | | 1.1 | |
| 03/26/200 | 0.5 | . | | |
| 03/28/200 | | | | |
| 03/29/200 | | | | |
| 03/30/200 | | | | |
| 03/31/200 | | 0.1 | | TOTAL |
| TOTAL: | 1.8 | 0.7 | 5.3 | 7.8 |
| RATE: | $500 | $400 | $175 | TOTAL FEES |
| AMOUNT: | $900.00 | $280.00 | $927.50 | $2,107.50 |

MARCH 2005 TIME LOG OF FRANCINE F. RABINOVITZ;

DATE     TIME TASK

03/03/05   1.0   Attend committee call.

03/22/05   0.3   Review Baena update on hearing and Property Damage
          CMO.

03/26/05   0.5   Review Josh Katz summary of committee phone call.

TOTAL:     1.8

MARCH 2005, TIME LOG OF PAUL J. SILVERN;

DATE      TIME TASK

03/10/05  0.1  Review proposed Amendment 50 to pending Bankruptcy
          Code revisions.

03/17/05  0.4  Participate in weekly Property Damage Committee
          conference call re: case status.

03/22/05  0.1  Review Property Damage Committee counsel's memo
          regarding 3/21/05 Omnibus hearing.

03/31/05  0.1  Review notes on weekly Property Damage Committee
          conference call regarding case status.
TOTAL:    0.7

MARCH 2005, TIME LOG OF JOSHUA S. KATZ;

DATE     TIME TASK

03/02/05  1.3  At request of Francine F. Rabinovitz, searched for
          the location of several legal articles: Joan Schmit, Mark J.
          Browne and Hane Duck Lee, "The Effect of State Tort Reforms
          on Claim Filings," Risk Management & Insurance Review, Vol.
          1, 1997.  Article was difficult to locate and required calls
          to several libraries and associations before copy was found.
          Transaction purchasing required several e-mails and calls to
          ARIA.

03/10/05  1.9  W.R. Grace & Co. weekly call (0.5); prepared
          summary of call for Francine F. Rabinovitz and Paul J.
          Silvern (0.7); review of Baucus amendment of bankruptcy bill
          (0.4); review of other new asbestos-related Texas
          legislature activity (0.3).

03/24/05  1.0  W.R. Grace & Co. weekly call and note taking.

03/25/05  1.1  Review of W.R. Grace & Co. call notes, drafted
          memo to Francine F. Rabinovitz and Paul J. Silvern on W.R.
          Grace & Co. call.

TOTAL:    5.3