**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO.**, **et al.**,[1] | ) | (Jointly Administered) |
| Debtors. | ) |  |

## NOTICE OF TRANSFER RE DOCKET 9003

TO:     FMC WYOMING CORPORATION
             ATTN SUSAN C WAGNER OR TONY BASILE
             1735 MARKET ST
             PHILADELPHIA, PA 19103

Pursuant to Rule 3001(e)(2) or (e)(4) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of Delaware, a Transfer to **LONGACRE MASTER FUND LTD** of your claim in the amount of $**158,069.28**.

If you do not object to this Transfer on or before twenty (20) days from the date of the mailing of this Notice (i.e., **August 8, 2005**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serving a copy of the objection on the Claims Reconciliation and Solicitation Consultant listed below, **LONGACRE MASTER FUND LTD** will be substituted in your place as the claimant.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DATED: July 18, 2005

**BMC GROUP**
Claims Reconciliation and Solicitation Consultant
1330 East Franklin Avenue
El Segundo, California 90245

For and on behalf of Rust Consulting, Inc.
Official Claims and Noticing Agent for the Clerk of the Court

**PROOF OF SERVICE**

I, Lisa Ruppaner, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Court Appointed Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245. On July 18, 2005, I served a copy of the "Notice of Transfer re: Docket 9003" upon the following parties:

>FMC WYOMING CORPORATION
>ATTN SUSAN C WAGNER OR TONY BASILE
>1735 MARKET ST
>PHILADELPHIA, PA 19103
>
>LONGACRE MASTER FUND LTD
>ATTN VLADIMIR JELISAVCIC
>810 SEVENTH AVE
>NEW YORK, NY 10019

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2005

>/s/Lisa Ruppaner
>LISA RUPPANER