# EXHIBIT A

**Affidavit of Thomas P. Healy, Jr.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF THOMAS P. HEALY, JR.

Thomas P. Healy, Jr., being duly sworn, deposes and says:

1. My name is Thomas P. Healy, Jr. I am the Associate General Counsel of the American Medical Association ("AMA").

2. As Associate General Counsel, I am responsible for the activities of the Corporate Law Division of the AMA. My duties include authorization and oversight of outside counsel in representing the AMA in certain legal matters.

3. I spoke with various representatives of the law firm of Speights & Runyan ("S&R") in late 2002 and early 2003. The subject of discussion was whether S&R would represent the AMA in this bankruptcy proceeding. I informed S&R that the AMA did not wish S&R to represent it in this proceeding.

4. Based on inquiry, I believe that no AMA representative authorized S&R to file a proof of claim on behalf of the AMA or otherwise represent the AMA in this or any other proceeding.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas P. Healy, Jr.

STATE OF ILLINOIS,
COOK COUNTY
Subscribed and sworn to before me this  6  day of  July , 2005.

_____
Notary Public

"OFFICIAL SEAL"
MARILOU GLEESON
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/23/2009