# EXHIBIT E

Jeffrey C. Wisler's Letter dated July 1, 2005

Re: Maryland Casualty Company

Not Retaining Speights & Runyan for Representation

JUL. 1. 2005  4:25PM                                          NO. 8023   P. 2

 **CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Jeffrey C. Wisler
Partner
TEL (302) 888 6258
FAX (302) 658 0380
EMAIL jwisler@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

**BY TELEFAX AND U.S. MAIL**
Janet S. Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

July 1, 2005

RE:   *W.R. Grace & Co., et al.*
      Case No. 01-1139 (JKF)
      (Jointly Administered)

Dear Jan:

This firm is counsel to Maryland Casualty Company ("MCC") in the above-referenced bankruptcy cases ("Grace Bankruptcy Cases").

This letter will confirm that: (i) MCC has never retained the law firm of Speights & Runyan to represent MCC in the Grace Bankruptcy Cases; and (ii) MCC never authorized the law firm of Speights & Runyan to file a proof of claim on MCC's behalf in the Grace Bankruptcy Cases.

Yours truly,

Jeffrey C. Wisler

JCW/dap
cc:   Maryland Casualty Company (via telefax)
#404120