# EXHIBIT G

## Unknown Claims Withdrawn by Speights & Runyan

# WR Grace
## Unknown Claims Withdrawn By Speights and Runyan

|    | Orig # | Date      | Docket # | Proof of Claim # | Claimant |
|----|--------|-----------|----------|------------------|----------|
| 1  | 26     | 6/29/2005 | 8749     | unknown          | 69th Street Terminal Restaurant |
| 2  | 28     | 6/29/2005 | 8751     | unknown          | 140 Broadway Building |
| 3  | 29     | 6/29/2005 | 8752     | unknown          | 230 West Monroe Building |
| 4  | 31     | 6/29/2005 | 8754     | unknown          | Albert Lee Savings & Loan |
| 5  | 34     | 6/29/2005 | 8757     | unknown          | Anderson Complex Building |
| 6  | 35     | 6/29/2005 | 8758     | unknown          | AT&T 1964-65 New York World's Fair Exhibit Building |
| 7  | 36     | 6/29/2005 | 8759     | unknown          | Austin Savings & Loan |
| 8  | 37     | 6/29/2005 | 8760     | unknown          | Avco Research Laboratories |
| 9  | 39     | 6/29/2005 | 8762     | unknown          | Bayway Refinery |
| 10 | 42     | 6/29/2005 | 8765     | unknown          | Chase Manhattan Bank |
| 11 | 43     | 6/29/2005 | 8766     | unknown          | Chippenhan Hospital |
| 12 | 44     | 6/29/2005 | 8767     | unknown          | Church Job, now known as Bethlehem Lutheran Church |
| 13 | 46     | 6/29/2005 | 8770     | unknown          | Columbia Mall |
| 14 | 47     | 6/29/2005 | 8771     | unknown          | Continental Illinois National Bank & Trust Company |
| 15 | 49     | 6/29/2005 | 8773     | unknown          | Copley Hospital |
| 16 | 50     | 6/29/2005 | 8774     | unknown          | Cupples Products Company |
| 17 | 52     | 6/29/2005 | 8776     | unknown          | Fine Arts Center |
| 18 | 60     | 6/30/2005 | 8789     | unknown          | First Presyterian Church, Orlando |
| 19 | 61     | 6/30/2005 | 8790     | unknown          | General Insurance Company, Washington |
| 20 | 62     | 6/30/2005 | 8791     | unknown          | Gilbane Building Company |
| 21 | 63     | 6/30/2005 | 8792     | unknown          | Harrison Memorial Hospital |
| 22 | 64     | 6/30/2005 | 8793     | unknown          | Highland Enterprise Lumber Company |
| 23 | 67     | 6/30/2005 | 8796     | unknown          | Jefferson Hotel |
| 24 | 70     | 6/30/2005 | 8799     | unknown          | Leon County Gymnasium |
| 25 | 77     | 6/30/2005 | 8806     | unknown          | Memorial Hospital, Boiler Room Ceiling |
| 26 | 78     | 6/30/2005 | 8807     | unknown          | Methem Hospital |
| 27 | 79     | 6/30/2005 | 8808     | unknown          | Montgomery County Hospital |
| 28 | 81     | 6/30/2005 | 8810     | unknown          | Morgan Guaranty Trust Company |
| 29 | 82     | 6/30/2005 | 8811     | unknown          | National Bank of Westchester |
| 30 | 83     | 6/30/2005 | 8812     | unknown          | Norman Municipal Hospital |
| 31 | 114    | 7/1/2005  | 8854     | unknown          | Holiday Inn, Myrtle Beach, SC |
| 32 | 155    | 7/5/2005  | 8911     | unknown          | Pottstown Memorial Hospital |
| 33 | 157    | 7/5/2005  | 8913     | unknown          | Publishers Paper Company |
| 34 | 158    | 7/5/2005  | 8914     | unknown          | Quonset Hut - Black & Clawson |
| 35 | 161    | 7/5/2005  | 8917     | unknown          | Royal Orleans Hotel |
| 36 | 162    | 7/5/2005  | 8918     | unknown          | Samaritan Hospital |
| 37 | 164    | 7/5/2005  | 8920     | unknown          | Savings & Loan Branch Office |
| 38 | 166    | 7/5/2005  | 8922     | unknown          | St. Bedes Gymnasium - St. Bede Abbey & Academy |
| 39 | 167    | 7/5/2005  | 8923     | unknown          | St. Bernard's Church |
| 40 | 169    | 7/5/2005  | 8925     | unknown          | St. John's Hospital |
| 41 | 172    | 7/5/2005  | 8928     | unknown          | St. Nicholas Church |
| 42 | 173    | 7/5/2005  | 8929     | unknown          | St. Pius Church |
| 43 | 175    | 7/5/2005  | 8931     | unknown          | Travelers Insurance Company |
| 44 | 178    | 7/5/2005  | 8934     | unknown          | Wachovia Bank Building |
| 45 | 179    | 7/5/2005  | 8935     | unknown          | Weyerhaeuse, Fireproof Columns & Beams |
| 46 | 180    | 7/5/2005  | 8936     | unknown          | Willowbrook No. 1 |