# EXHIBIT K

# Claims Citing the <u>Anderson Memorial</u> Order

| # of P.D. Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | Bases of Representation |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6681 | TRINITY METHODIST CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 226 WEST LIBERTY SUMTER, SC 29150 UNITED STATES | Y | 01, 02, 03 |
| 2 | 6682 | RUTLEDGE TOWER | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 2095 HENRY TECKLENBURG DRIVE CHARLESTON, SC 29414 UNITED STATES | Y | 01, 02, 03 |
| 3 | 6683 | FIRST BAPTIST CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 1201 BROAD STREET CAMDEN, SC 29020 UNITED STATES | Y | 01, 02, 03 |
| 4 | 6686 | TRINITY BAPTIST CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 2521 RICHLAND STREET COLUMBIA, SC 29204 UNITED STATES | Y | 01, 02, 03 |
| 5 | 6687 | ALDEREGATE METHODIST CHURCH | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | SUMTER, SC UNITED STATES | Y | 01, 02, 03 |
| 6 | 9911 | ANDERSON MEMORIAL HOSPITAL | C/O DANIEL A SPEIGHTS SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | VARIOUS LOCATIONS WORLDWIDE, UNITED STATES | Y | 01, 02, 03 |
| 7 | 9914 | ANDERSON MEMORIAL HOSPITAL | C/O DANIEL A SPEIGHTS SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | VARIOUS LOCATIONS STATEWIDE, SC UNITED STATES | Y | 01, 02, 03 |
| 8 | 10834 | MCCRORY SUMMWALT CONSTRUCTION COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | 01, 02, 03 |
| 9 | 10835 | MEDI-CENTER BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 1221 EAST UNION STREET GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |
| 10 | 10836 | MYRTLE BEACH LUMBER COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | MYRTLE BEACH, SC UNITED STATES | Y | 01, 02, 03 |
| 11 | 10837 | O'HARA APARTMENT | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |

Ex. K: Claims Citing the Anderson Memorial Order

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 10838 | PEE DEE BUILDERS SUPPLY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | MARION, SC UNITED STATES | Y | 01, 02, 03 |
| 13 | 10839 | PEOPLES PLAZA | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |
| 14 | 10840 | R&G PAINT COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | SUMTER STREET COLUMBIA, SC UNITED STATES | Y | 01, 02, 03 |
| 15 | 10841 | RICHLAND COUNTY HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | 01, 02, 03 |
| 16 | 10843 | SHERWIN WILLIAMS PAINT STORE | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | WADE HAMPTON BOULEVARD GREER, SC UNITED STATES | Y | 01, 02, 03 |
| 17 | 10844 | COLLOSEUM MOTOR INN | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | 01, 02, 03 |
| 18 | 10845 | COLUMBIA MOTOR INN | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 68 REEDER POINT DRIVE - ROUTE #4 COLUMBIA, SC  29209 UNITED STATES | Y | 01, 02, 03 |
| 19 | 10846 | COLUMBIA PLASTERING COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | 01, 02, 03 |
| 20 | 10847 | CORNELL ARMS APARTMENT | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | 01, 02, 03 |
| 21 | 10848 | COVIL INSULATION COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | GREENVILLE, SC 29602 UNITED STATES | Y | 01, 02, 03 |
| 22 | 10849 | CROMER & SULLIVAN CONSTRUCTION COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | ANDERSON, SC UNITED STATES | Y | 01, 02, 03 |

Ex. K: Claims Citing the Anderson Memorial Order

| Claim# | Claim# | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Representation? | Types/Basis Statements? |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 10850 | D.H. HOLMES COMPANY LTD | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | OAKWOOD, SC UNITED STATES | Y | 01, 02, 03 |
| 24 | 10851 | DUFFIE PAINT COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 8 AIRPORT ROAD GREENVILLE, SC 29602 UNITED STATES | Y | 01, 02, 03 |
| 25 | 10852 | FRANK ULMER LUMBER COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | GREENVILLE, SC 29604 UNITED STATES | Y | 01, 02, 03 |
| 26 | 10853 | GENERAL ELECTRIC PLANT | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |
| 27 | 10854 | GLIDDEN COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 55 ANTRIM DRIVE GREENVILLE, SC 29607 UNITED STATES | Y | 01, 02, 03 |
| 28 | 10855 | J.E. GRAMBLING BUILDING SUPPLY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | ORANGEBURG, SC 29115 UNITED STATES | Y | 01, 02, 03 |
| 29 | 10856 | J.T. ROBERTSON - SOUTHERN COATING & CHEMICAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | SUMTER, SC 29150 UNITED STATES | Y | 01, 02, 03 |
| 30 | 10857 | JOHN J. RILEY & SONS | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 3600 MARSTELLER COLUMBIA, SC 29203 UNITED STATES | Y | 01, 02, 03 |
| 31 | 10858 | L. ROY OWEN PLASTERING COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | ROUTE 1 CENTRAL, SC 29630 UNITED STATES | Y | 01, 02, 03 |
| 32 | 10859 | LAMB, YOUNG, JONES OFFICE BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | WESLEY DRIVE & SAVANNAH HIGHWAY CHARLESTON, SC UNITED STATES | Y | 01, 02, 03 |
| 33 | 10860 | LANDMARK HOTEL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 200 JACKSON AVE E | HAMPTON | SC | 29924 | 1501 S. OCEAN BOULEVARD MYRTLE BEACH, SC UNITED STATES | Y | 01, 02, 03 |

| # of Claims | Claim # | Claimant Name | Claimant Address | | City | State | Zip | Property Address | On 2019 Statement? | Invest Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 10862 | MARTIN PAINT & SUPPLY COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | 1017 GARLAND AVENUE ROCK HILL, SC UNITED STATES | Y | 01, 02, 03 |
| 35 | 10863 | MARY BLACK HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | CANNON CAMPGROUND SPARTANBURG, SC UNITED STATES | Y | 01, 02, 03 |
| 36 | 10864 | ACME QUALITY PAINT COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | 306 WADE HAMPTON BOULEVARD GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |
| 37 | 10865 | AIKEN BUILDERS SUPPLY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | 156 WILLIAMSBURG STREET AIKEN, SC UNITED STATES | Y | 01, 02, 03 |
| 38 | 10866 | ARNOLD & DOBSON SUPPLY COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | 309 ALLIANCE STREET GREENWOOD, SC 29646 UNITED STATES | Y | 01, 02, 03 |
| 39 | 10867 | AVERY LUMBER COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | SUMTER, SC UNITED STATES | Y | 01, 02, 03 |
| 40 | 10868 | BALLARD-RICE PRESTRESS | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | WASHINGTON AVENUE GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |
| 41 | 10869 | FIRST FEDERAL SAVINGS LOAN BANK BUILDING | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | MAIN STREET COLUMBIA, SC UNITED STATES | Y | 01, 02, 03 |
| 42 | 10871 | BONITZ INSULATING COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | 01, 02, 03 |
| 43 | 10872 | BUILDERS WHOLESALE INC | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | SPARTANBURG, SC UNITED STATES | Y | 01, 02, 03 |
| 44 | 10873 | BYARS MACHINE COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | 200 JACKSON AVE E | HAMPTON | SC | 29924 | LAURENS, SC UNITED STATES | Y | 01, 02, 03 |

Ex. K: Claims Citing the Anderson Memorial Order

Ex. K: Claims Citing the Anderson Memorial Order

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | Invest Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|
| 45 | 10874 | C.B. ASKINS CONSTRUCTION COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LAKE CITY, SC UNITED STATES | Y | 01, 02, 03 |
| 46 | 10875 | C.L. CANNON & SONS | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 137 TRADE STREET SPARTANBURG, SC 29301 UNITED STATES | Y | 01, 02, 03 |
| 47 | 10876 | C.L. DUFFIE PAINTING INC. | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MAULDIN ROAD GREENVILLE, SC 29602 UNITED STATES | Y | 01, 02, 03 |
| 48 | 10877 | CAROLINA DRYWALL INSURANCE COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CHARLESTON, SC 29407 UNITED STATES | Y | 01, 02, 03 |
| 49 | 10878 | CAROLINA MOTOR INN | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 12 W. PARKER ROAD GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |
| 50 | 10879 | CAROTEX INDUSTRIAL SUPPLY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | 01, 02, 03 |
| 51 | 10880 | CENTRAL CONCRETE & PLASTER COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CENTRAL, SC 29630 UNITED STATES | Y | 01, 02, 03 |
| 52 | 10881 | CENTRAL ROOFING & SUPPLY COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SEABOARD PARK COLUMBIA, SC 29202 UNITED STATES | Y | 01, 02, 03 |
| 53 | 10882 | CHAPIN LUMBER COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MYRTLE BEACH, SC 29577 UNITED STATES | Y | 01, 02, 03 |
| 54 | 10923 | SILVER SANDS HOTEL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MYRTLE BEACH, SC UNITED STATES | Y | 01, 02, 03 |
| 55 | 10924 | SMITH PLASTERING COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |

Ex. K: Claims Citing the Anderson Memorial Order

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 20/9 Statement? | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 10926 | ST. FRANCIS HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |
| 57 | 10927 | VAN SMITH BUILDING MATERIAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | 01, 02, 03 |
| 58 | 10928 | WOODCOCK PLASTERING COMPANY | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MULLINS, SC UNITED STATES | Y | 01, 02, 03 |
| 59 | 11008 | ANDERSON MEMORIAL HOSPITAL | C/O AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 800 NORTH FANT ANDERSON, SC 29261 UNITED STATES | Y | 01, 02, 03 |