# EXHIBIT M

## Claims Citing "E"

Ex. M: Claims Citing "E"

| Sequential Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | Name on 2019 | If Yes, Basis For Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9894 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY WAIKIKI - 2424 KALAKAUA AVE HONOLULU, HI 96815 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equities on behalf of themselves and as their affiliates and as agent for all others with any ownership interest in the | E |
| 2 | 9898 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY MONTEREY - 1 OLD GOLF COURSE MONTEREY, CA 93940 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equities on behalf of themselves and as their affiliates and as agent for all others with any ownership interest in the | E |
| 3 | 9899 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY NEWPORT - 1 GOAT ISLAND NEWPORT, RI 02804 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equities on behalf of themselves and their affiliates and as agent for all others and any ownership interest in the | E |
| 4 | 9900 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY NEWPORTER - 1107 JAMBOREE NEWPORT BEACH, CA 92660 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equities on behalf of themselves and as their affiliates and as agent for all others with any ownership interest in the | E |
| 5 | 9901 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY OAK BROOK - 1909 SPRING ROAD OAK BROOK, IL 60521 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equities on behalf of themselves and their affiliates and as agent for all others and any ownership interest in the | E |

Ex. M: Claims Citing "E"

| #of in Claims | Claim | Claimant Name | Claimant Address | City | State | Zip | Property Address | Ownership Statement? | Name of 2019 Representation | 2019 Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 9902 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY OHARE - 9300 W BRYN MAWR AVE ROSEMONT, IL 60018 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and their affiliates and as agent for all others and any ownership interest in the | E |
| 7 | 9903 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT ORLANDO - 6375 W IRLO BRONSON MEM HWY KISSIMMEE, FL 34747 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equities on behalf of themselves and as their affiliates and as agent for all others with any ownership interest in the | E |
| 8 | 9904 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY PHOENIX - 122 NORTH SECOND ST PHOENIX, AZ 85004 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equities on behalf of themselves and as their affiliates and as agent for all others with any ownership interest in the | E |
| 9 | 9905 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | RICKEYS, A HYATT HOTEL - 4219 EL CAMINO PALO ALTO, CA 94306 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equities on behalf of themselves and as their affiliates and as agent for all others with any ownership interest in the | E |
| 10 | 9906 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | GRAND HYATT SAN FRANCISCO - 345 STOCKTON SAN FRANCISCO, CA 94108 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equities on behalf of themselves and as their affiliates and as agent for all others with any ownership interest in the | E |

| # of Claims | Claim # | Claimant Name | Claimant Address 1 | City | State | Zip | Property Address | Y/N on 2019 Statement? | Hyatt's Basis to Represent | Hyatt's Basis to Represent (Name on 2019) |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 9907 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT SARASOTA - 1000 BOULEVARD OF THE ARTS SARASOTA, FL 34236 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and their affiliates and as agent for all others with any ownership interest in the | E |
| 12 | 9908 | HYATT CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY DALLAS - 300 REUNION BLVD DALLAS, TX 75207 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and their affiliates and as agent for all others and any ownership interest in the | E |
| 13 | 9915 | HYATT HOTELS CORPORATION ETC | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | HYATT REGENCY SAN FRANCISCO - 5 EMBARCADERO SAN FRANCISCO, CA 94111 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and their affiliates and as agent for all others with any ownership interest in the | E |
| 14 | 9916 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT ARLINGTON - 1325 WILSON BLVD ARLINGTON, VA 22209 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and their affiliates and as agent for all others and any ownership interest in the | E |
| 15 | 9917 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY ATLANTA - 265 PEACHTREE ST NE ATLANTA, GA 30303 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and their affiliates and as agent for all others with any ownership interest in the | E |

Ex. M: Claims Citing "E"

| Row Claim # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If yes, Basis for Representation |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 9918 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY CHICAGO - 151 E WACKER DRIVE CHICAGO, IL 60601 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and as their affiliates and as agent for all others and any ownership interest in the | E |
| 17 | 9919 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY DEARBORN - FAIRLAND TOWN CTR DEARBORN, MI 48126 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and as their affiliates and as agent for all others with any ownership interest in the | E |
| 18 | 9920 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY HOUSTON - 1200 LOUISIANA ST HOUSTON, TX 77002 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and as their affiliates and as agent for all others and any ownership interest in the | E |
| 19 | 9921 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY ISLANDIA - 1441 QUIVIRA ROAD SAN DIEGO, CA 92109 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and as their affiliates and as agent for all others with any ownership interest in the | E |
| 20 | 9922 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY KNOXVILLE - 500 HILL AVE SE KNOXVILLE, TN 37915 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and their affiliates and as agent for all others and any ownership interest in the | E |

Ex. M: Claims Citing "E"

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? | If Yes, Name on 2019 Statement | If Yes, Basis of Representation |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 9923 | HYATT HOTELS CORPORATION ETC | 200 W. MADISON | CHICAGO | IL | 60606 | HYATT REGENCY LAKE TAHOE RESORT AND CASINO INCLINE VILLAGE, NV 89451 UNITED STATES | Y | Hyatt Hotels Corporation (Hyatt Corporation and Hyatt Equitities on behalf of themselves and their affiliates and as agent for all others and any ownership interest in the | E |
| 22 | 10514 | MACEY'S INDIAN SPRINGS SHOPPING CENTER | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | 47TH & STATE AVENUE KANSAS CITY, KS UNITED STATES | Y | Indian Springs Marketplace - Community Room & Expos Center f.k.a. Macy's Indian Springs Shopping Center | E |