# EXHIBIT Q

**Richard L. Stoper, Jr. Letter Dated 12/29/2004**

**ROTATORI, BENDER,**
**GRAGEL, STOPER & ALEXANDER CO., L.P.A.**

ATTORNEYS AT LAW
800 LEADER BUILDING
526 SUPERIOR AVENUE EAST
CLEVELAND, OHIO 44114-1498
(216) 928-1010
FACSIMILE (216) 928-1007

ROBERT J. ROTATORI
J. TIMOTHY BENDER

SUSAN L. GRAGEL
RICHARD L. STOPER, JR.
JOSEPH B. ALEXANDER
J. SCOTT BROOME

December 29, 2004

<u>*VIA OVERNIGHT MAIL*</u>

Rust Consulting, Inc.
Claims Processing Agent
Re:   W.R. Grace and Co. (Supplemental Information)
201 South Lyndale Avenue
Faribault, Minnesota 55021

Kirkland & Ellis LLP
Attn: Joseph S. Nacca
200 E. Randolph Drive
Chicago, Illinois 60601

Re:   W.R. Grace Bankruptcy, Claim No. 00002785

Dear Sir and/or Madam:

I represent Building Laborers Local 310 in Cleveland, Ohio and have filed a Property Damage claim on their behalf, Claim No. 00002785. In reviewing the recently filed Exhibit B to Notice of Intent to Object (filed 12/6/2004), I noticed a claim that appears to have been filed on behalf of my client without authorization. It is Claim No. 11591 filed on behalf of Laborers 310 Union Office Building and is no. 956 on Exhibit B. The claim is being challenged for Materially Insufficient Supporting Information.

Please advise regarding the effect of this unauthorized claim upon the claim that I previously filed for Building Laborers Local 310. For your convenience, a copy of the Acknowledgement for Claim No. 00002785 together with the supporting documentation enclosed with the original claim is enclosed.

Very truly yours,

Richard L. Stoper, Jr.