# EXHIBIT S

**Speights & Runyan's Statement of Facts Relating to its Authorization to File Certain Claims**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Hearing Date:
Objection Deadline:

### SPEIGHTS & RUNYAN'S STATEMENT OF FACTS RELATING TO ITS AUTHORIZATION TO FILE CERTAIN CLAIMS IN THIS CHAPTER 11

Speights & Runyan represents as true the following facts concerning its authorization to prosecute claims in Grace's Chapter 11 for the four claimants identified below:

    A.    **Northwest Community Hospital (Claim No. 6734) and Employers Insurance Company of Wausau (Claim No. 6672).**

    1.    Speights & Runyan received no oral or written authority from these two claimants either before filing these claims in Grace's Chapter 11 or since.

    2.    Speights & Runyan believed it had authority to file this claim based on *Anderson Memorial Hospital*.

    B.    **Fort Wayne Chamber of Commerce (Claim No. 6630).**

    3.    Speights & Runyan had oral authority from this claimant before filing this claim in Grace's Chapter 11.

    4.    Speights & Runyan states it has now obtained written authority from this claimant and will provide written evidence of this authority to Grace.

    C.    **Byars Machine Company, Inc. (Claim No. 10873).**

    5.    Speights & Runyan had no communication with this claimant before filing this claim in Grace's Chapter 11.

    6.    Speights & Runyan believed it had authority to file this claim based on *Anderson Memorial Hospital*.

7. After Grace issued a subpoena for the deposition of this claimant in June 2005, Speights & Runyan had communications with this claimant.

8. In communications with Speights & Runyan, this claimant stated it was not previously aware of the *Anderson Memorial* class but had it been informed of *Anderson Memorial* would have wanted to participate in it.

Signed,


SPEIGHTS & RUNYAN

By [signature]

Daniel Speights


Dated: July 13, 2005

2