# EXHIBIT U

**Timothy J. Schoeppler's Letter dated July 5, 2005**

**Re: Employers Insurance Company of Wausau**

**Not Retaining Speights & Runyan for Representation**



July 5, 2005

Michael T. Kierkes, Esq.
**KIRKLAND & ELLIS LLP**
200 East Randolph Drive
Chicago, IL 60601

RE: **SUBPOENA ICO IN RE W.R. GRACE & CO.
NO. 02-02239 (JFK)**

Dear Mr. Dierkes:

This letter confirms our telephone conversation of June 29, 2005, and also responds to your letter of June 30, 2005. Employers Insurance Company of Wausau was served with a Subpoena for a 30(b)(6) Deposition in which it was to designate a representative for the purpose of testifying whether Wausau had ever retained the law firm of Speights & Runyan to represent Wausau in the subject bankruptcy case and whether Wausau authorized the law firm of Speights & Runyan to file a proof of claim.

As I indicated, I have made inquiries with regard to the parties who would normally be involved in bankruptcy litigation and have been advised that Wausau does not have any record of having participated in the W.R. Grace case. Based on the response to my inquiries, Wausau has no record of ever having retained the law firm of Speights & Runyan and has no record of authorizing the firm to file a proof of claim on Wausau's behalf.

It is my understanding that this letter will eliminate the need for an appearance at a deposition. Please contact me in the event you have any questions or obtain any additional information that would narrow the scope of an inquiry.

Sincerely,

Timothy J. Schoeppler
Counsel
Employers Insurance Company of Wausau

TJS/bls
f:\...\bnowak\tschoeppler\2005\july\15-wr grace .doc

**WAUSAU INSURANCE COMPANIES**
2000 WESTWOOD DRIVE • WAUSAU, WI 54401-7881 • (715) 845-5211
MAILING ADDRESS: P O BOX 8017 • WAUSAU, WI 54402-8017
Member of Liberty Mutual Group