# EXHIBIT X

**Claims Withdrawn by Speights & Runyan Citing the <u>Anderson Memorial</u> Complaint**

# WR Grace 01-01139

## Claims Withdrawn By Spreights and Runyan Citing the Anderson Memorial Complaint

|   |     | Date      | D(?)  | Proof of Claim # | Claimant |
|---|-----|-----------|-------|------------------|----------|
| 1 | 8   | 6/29/2005 | 8718  | 10770            | Bowery Savings Bank |
| 2 | 9   | 6/29/2005 | 8719  | 10771            | Bowery Savings Bank |
| 3 | 10  | 6/29/2005 | 8720  | 10772            | Bowery Savings Bank |
| 4 | 24  | 6/29/2005 | 8736  | 11086            | Zoo Job |
| 5 | 32  | 6/29/2005 | 8755  | 6833             | American Bank |
| 6 | 54  | 6/29/2005 | 8778  | 11591            | Laborer's 310 Union Office Building |
| 7 | 58  | 6/30/2005 | 8787  | 10517            | First National Bank Building, Atlanta |
| 8 | 66  | 6/30/2005 | 8795  | 6720             | Illinois Union Building |
| 9 | 76  | 6/30/2005 | 8805  | 6917             | Medina Community Hospital |
| 10 | 86 | 6/30/2005 | 8819  | 11601            | A&S Department Store, Brooklyn, NY |
| 11 | 87 | 6/30/2005 | 8820  | 11602            | Akron Cascade Towers, Akron, OH |
| 12 | 98 | 6/30/2005 | 8833  | 11163            | Elkton Hospital |
| 13 | 99 | 6/30/2005 | 8834  | 11150            | Employers Mutual Insurance |
| 14 | 101 | 6/30/2005 | 8836 | 11513            | Fairview Shopping Mall |
| 15 | 103 | 6/30/2005 | 8838 | 11143            | Fidelity Bank & Trust Company |
| 16 | 105 | 6/30/2005 | 8840 | 11565            | First Union Bank |
| 17 | 106 | 6/30/2005 | 8841 | 11552            | GA Farm Bureau Building |
| 18 | 113 | 7/1/2005  | 8853 | 11067            | Holiday Inn, Indiana |
| 19 | 119 | 7/1/2005  | 8859 | 11164, 11545     | Iverson Towers/Anton House, Temple Hills, MD |
| 20 | 120 | 7/1/2005  | 8860 | 11238            | Lion Store - Southwick Mall Shopping Center, Toledo, OH |
| 21 | 123 | 7/1/2005  | 8863 | 10721            | Macy's Department, Long Island City, NY |
| 22 | 131 | 7/1/2005  | 8871 | 10724            | Military Aerospace Division, St. Louis, MO |
| 23 | 132 | 7/1/2005  | 8873 | 11103            | New Britain Herald, New Britain, CT |
| 24 | 134 | 7/1/2005  | 8875 | 11214            | One Shell Square, New Orleans, LA |
| 25 | 135 | 7/1/2005  | 8876 | 11421            | Peoples' National Bank, Seattle, WA |
| 26 | 137 | 7/1/2005  | 8878 | 11239            | Portland Airport, Portland, OR |
| 27 | 141 | 7/1/2005  | 8882 | 11216            | St. Francis Hospital, Monroe, LA |
| 28 | 144 | 7/1/2005  | 8885 | 10719            | R.H. Macy Department Store, Staten Island, NY |
| 29 | 150 | 7/1/2005  | 8891 | 11395            | Wachovia, Livingston, NJ |
| 30 | 154 | 7/1/2005  | 8895 | 11065            | Wieboldt's Store, Chicago, IL |
| 31 | 156 | 7/5/2005  | 8912 | 6743             | Presbyterian Church |
| 32 | 163 | 7/5/2005  | 8919 | 6855             | Sauder-Lygrisse GMC Building |
| 33 | 165 | 7/5/2005  | 8921 | 6705             | Schober's Restaurant |