In re: W.R. GRACE & CO., et al

## OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

Hearing Date: Tuesday, July 19, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4802 | 01-01139<br>W.R. GRACE & CO. | 2107 | $4,637.56 | (P) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 2 | BERRY & BERRY<br>C/O C RANDALL BUPP ESQ<br>PLASTIRAS & TERRIZZI<br>24 PROFESSIONAL CENTER PKWY STE 150<br>SAN RAFAEL CA 94903 | 01-01139<br>W.R. GRACE & CO. | 1325 | $233,540.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 3 | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 649 | $4,380.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 4 | DARKS, TYRONE P<br>ID #239667<br>PO BOX 97<br>MCALESTER OK 74502 | 01-01139<br>W.R. GRACE & CO. | 1474 | $25,000,000.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 5 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 339 | $7,026.79 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 6 | MICRO WAREHOUSE<br>1690 OAK ST<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1853 | $255.63 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 7 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $5,282.77 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 8 | PALAZZO, RAPHEAL J<br>C/O DONOVAN CORRECTIONAL FAC<br>FAC 17-131-U<br>480 ALTA RD<br>SAN DIEGO CA 92119 | 01-01139<br>W.R. GRACE & CO. | 2681 | $12,000.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 9 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 639 | $3,384.90 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 10 | WEST GROUP<br>THOMAS J LALLIER<br>FOLEY & MANSFIELD PLLP<br>1108 NICOLLET MALL #200<br>MINNEAPOLIS MN 55403 | 01-01140<br>W.R. GRACE & CO.-CONN. | 342 | $1,188.55 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured