In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT A - CONTINUED

Hearing Date: Tuesday, July 19, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | NATIONAL UNION FIRE INSURANCE C/O MICHAEL S DAVIS ESQ ZEICHNER ELLMAN & KRAUSE LLP 575 LEXINGTON AVE NEW YORK, NY 10022 | 01-01139 W.R. GRACE & CO. | 9553 | $46,971,745.00 (S) | CROSS-DEBTOR DUPLICATE | $0.00 (S) | | CONTINUED TO 8/29/2005 12:00 PM |
| 2 | STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON NJ 08695-0245 | 01-01140 W.R. GRACE & CO.-CONN. | 15324 | $258,629.24 (A) | NO LIABILITY | $0.00 (A) | | CONTINUED TO 8/29/2005 12:00 PM |
| 3 | STATE OF NEW JERSEY DEPT OF DIVISION OF TAXATION PO BOX 245 TRENTON NJ 08695-0245 | 01-01140 W.R. GRACE & CO.-CONN. | 871 | $149,730.88 (P) | REDUCE AND ALLOW | $27,491.00 (P) | | CONTINUED TO 8/29/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured