In re: W.R. GRACE & CO., et al

OMNIBUS 9 - EXHIBIT A - CONTINUED - EXPUNGE

Hearing Date: Tuesday, July 19, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | COMMONWEALTH OF MASSACHUSETTS DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01142 | 1480 | $3,250.59<br>$830.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 2 | COMMONWEALTH OF MASSACHUSETTS DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01143<br>ALEWIFE LAND CORPORATION | 1481 | $3,250.59<br>$830.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 3 | SAFETY KLEEN CORPORATION<br>PO BOX 11393<br>COLUMBIA SC 29211 | 01-01140<br>W.R. GRACE & CO.-CONN. | 163 | $162,429.45 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
 (P) - Priority          (U) - Unsecured