# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**Objection Deadline: August 4, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FORTY-FOURTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 7, 2005

Bill Number 82675
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through May 31, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/02/05 | MTM | Prepare final group of privileged documents for copying and coding project (.2); telephone call to copy company re: boxes left to send to Kirkland & Ellis (.1); telephone call to former NYC local counsel re: status of review of SBA and public policy documents (.3). | 0.60 Hrs | $120.00 |
| 05/03/05 | ARA | Per MTM, review and organize boxes of privileged documents for copying and coding project(2.9). Quality control Libby documents and return them to the production set (2.3). | 5.20 Hrs | $468.00 |
| 05/04/05 | MTM | Email from in-house counsel re: Libby personnel files and review list and telephone call to ARA re: same (.1); letter to in-house counsel re: same (.1). | 0.20 Hrs | $40.00 |
| 05/04/05 | ARA | Per MTM's phone call search for, locate and have personnel file copied for in-house counsel; produce copies of file to MTM and return originals to the personnel file (2.6). Quality control Libby documents and return them to the production set (4.9). | 7.50 Hrs | $675.00 |
| 05/05/05 | MTM | Letter to Kirkland Ellis counsel re: boxes of privileged documents re: coding project. | 0.50 Hrs | $100.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/05/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 5.00 Hrs | $450.00 |
| 05/06/05 | MTM | Telephone call from former NYC local counsel re: SBA documents (.1); email to Kirkland Ellis counsel re: same (.2); telephone call from in-house counsel re: Property Damage Creditors' Committee request for list of all possible document locations (.2); review files re: same (.4). | 0.90 Hrs | $180.00 |
| 05/08/05 | RAM | Read report of status of locating SBA privileged documents. | 0.10 Hrs | $23.00 |
| 05/09/05 | RAM | Read emails re: status of copying documents re: criminal case and re: locations of potentially responsive documents for asbestos containing products. | 0.10 Hrs | $23.00 |
| 05/09/05 | MTM | Review files re: location of all document repositories re: request from Property Damage Creditors' Committee (1.3); email to paralegal at Holme Roberts re: same (.3); receipt and review of letter from former NYC local counsel and two new privilege logs (.2); compare to logs I already had (.9); email to former NYC local counsel re: same (.3). | 3.00 Hrs | $600.00 |
| 05/10/05 | RAM | Read selected documents filed in bankruptcy court (.2). Read articles re: Montana indictment (.6). Read updated bankruptcy court docket entries to select documents to read (.2). | 1.00 Hrs | $230.00 |
| 05/10/05 | MTM | Receipt and review of email from Holme Roberts paralegal re: boxes of original materials in Colorado (.2); respond to same (.2); receipt and review of email from former NYC local counsel explaining the privilege logs he sent (.3). | 0.70 Hrs | $140.00 |
| 05/10/05 | ARA | Quality control privileged documents after copying and coding project. | 2.50 Hrs | $225.00 |
| 05/11/05 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | $184.00 |
| 05/11/05 | MTM | Receipt and review of list for all boxes of original documents maintained by Holme Roberts per request from Grace in-house counsel (1.0); telephone call to Holme Roberts paralegal re: same (.3). | 1.30 Hrs | $260.00 |
| 05/11/05 | ARA | Document control (2.3). Quality control original documents copied for the O.M. Scott production and return them to the production set (4.5). | 6.80 Hrs | $612.00 |
| 05/12/05 | DBM | Search for and locate Trenton documents. | 0.60 Hrs | $126.00 |

Page 2

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/12/05 | MTM | Telephone call from two in-house counsels re: New Jersey investigation into Trenton plant closure (.3); review file of previous document searches for New Jersey government filings re: same (.7); conference with DBM re: document search for all Trenton documents at Winthrop Square (.2); review source of origin list re: Trenton materials in East Texas and Lorance collections (.6); email to two in-house counsels re: same (.4); letter to two in-house counsels re: copies of Trenton documents (.2); conference with DBM re: Trenton document search (.2); email to two in-house counsels re: same (.2). | 2.80 Hrs | $560.00 |
| 05/12/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 7.30 Hrs | $657.00 |
| 05/13/05 | RAM | Read emails and correspondence re: search for certain documents re: Trenton plant. | 0.10 Hrs | $23.00 |
| 05/13/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.70 Hrs | $603.00 |
| 05/16/05 | RAM | Conference with MTM re: all locations where documents re: asbestos containing materials can be found. | 0.20 Hrs | $46.00 |
| 05/16/05 | MTM | Draft memo to in-house counsel re: location of all documents relevant to property damage litigation per request from Property Damage Creditors' Committee (2.8); conference with RAM re: same (.2); telephone call to ARA re: RAM deposition transcript re: document collection (.2). | 3.20 Hrs | $640.00 |
| 05/16/05 | ARA | Per MTM's request, locate Speights' deposition of RAM (.7). Quality control original documents copied for the O.M. Scott production and return them to the production set (7.5). | 8.20 Hrs | $738.00 |
| 05/17/05 | MTM | Revise email to in-house counsel re: location of all documents relevant to property damage claims. | 0.70 Hrs | $140.00 |
| 05/17/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 7.80 Hrs | $702.00 |
| 05/18/05 | RAM | Read emails re: identifying all locations with documents re: commercial asbestos containing products relevant to request of Property Damage Creditor's Committee. | 0.10 Hrs | $23.00 |
| 05/18/05 | MTM | Receipt and review of response and questions from in-house counsel re: document location memo (.4); review files and telephone call to Holme Roberts paralegal re: same (1.4); review Holme Roberts privilege lists re: same (1.2); email and telephone call to ARA re: Ness Motley exhibit collection (.3); receipt and review of response from paralegal at Holme Roberts (.3); telephone call to paralegal at Holme Roberts re: original | 4.00 Hrs | $800.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | documents located in Colorado (.4). | | |
| 05/18/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set (6.6). Telephone call from MTM re: locating Ness Motley exhibits in the repository (.3). | 6.90 Hrs | $621.00 |
| 05/19/05 | DBM | Participate in document database training. | 2.00 Hrs | $420.00 |
| 05/19/05 | MTM | Letter to in-house counsel re: original materials at Holme Roberts (.7); receipt and review of response to email from Kirkland Ellis counsel re: database training (.2); telephone call from Holme Roberts paralegal re: additional information on original materials stored in Colorado (.2); participate in training on new document database (1.5). | 2.60 Hrs | $520.00 |
| 05/19/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 7.00 Hrs | $630.00 |
| 05/20/05 | MTM | Receipt and review of white sheets for all boxes of original materials stored at Holme Roberts (3.4); telephone call from in-house counsel re: expanding plant worker class action and Trenton investigation (.3). | 3.70 Hrs | $740.00 |
| 05/20/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.10 Hrs | $549.00 |
| 05/23/05 | RAM | Telephone conference with in-house counsel re: retrieving file re: plant worker (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.20 Hrs | $46.00 |
| 05/23/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set (6.7). Receipt of remainder of the Ness Motley exhibits (.3). | 7.00 Hrs | $630.00 |
| 05/24/05 | RAM | Read correspondence re: possibly relevant CACP documents at Holme Roberts. | 0.10 Hrs | $23.00 |
| 05/24/05 | MTM | Letter to in-house counsel re: additional information on original boxes stored by Holme Roberts. | 0.30 Hrs | $60.00 |
| 05/24/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.20 Hrs | $558.00 |
| 05/25/05 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $69.00 |
| 05/25/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 7.00 Hrs | $630.00 |
| 05/26/05 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 05/26/05 | MTM | Telephone calls (2) from Grace employee in Cambridge re: Jacksonville file (.2); email to Holme Roberts re: same (.2). | 0.40 Hrs | $80.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/27/05 | RAM | Telephone conference with in-house counsel to send documents to California attorney. | 0.10 Hrs | $23.00 |
| 05/27/05 | MTM | Receipt and respond to email from Holme Roberts paralegal re: Jacksonville file (.1); obtain testing documents from Grace standard trial exhibit collection at Winthrop Square for RAM (1.0). | 1.10 Hrs | $220.00 |
| 05/30/05 | RAM | Review file re: plant employee. Telephone call to RSK re: whether former Grace employee testified (.5). Read selected documents filed in bankruptcy court (.3). | 0.80 Hrs | $184.00 |
| 05/31/05 | RAM | Telephone calls to and from and with California attorney re: documents he wants (.2). Read selected documents filed in bankruptcy court (.5). | 0.70 Hrs | $161.00 |
| 05/31/05 | MTM | Receipt and review of email from Holme Roberts paralegal re: search for Jacksonville file among scanned documents (.2); email to Grace employee in Cambridge re: same (.3). | 0.50 Hrs | $100.00 |
| | | | TOTAL LEGAL SERVICES | $15,675.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.70 Hrs | 230/hr | $1,081.00 |
| DONNA B. MACKENNA | 2.60 Hrs | 210/hr | $546.00 |
| MATTHEW T. MURPHY | 26.50 Hrs | 200/hr | $5,300.00 |
| ANGELA R. ANDERSON | 97.20 Hrs | 90/hr | $8,748.00 |
| | 131.00 Hrs | | $15,675.00 |

| | | |
|---|---|---|
| | TOTAL THIS BILL | $15,675.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 7, 2005

Bill Number 82676
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through May 31, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/08/05 | RAM | Work on March fee application. | 0.70 Hrs | $161.00 |
| 05/09/05 | RAM | Work on March fee application (.7); conference with MTM re: same (.1). | 0.80 Hrs | $184.00 |
| 05/10/05 | RAM | Work on March fee application (.3); send it to in-house counsels for review (.1). | 0.40 Hrs | $92.00 |
| 05/11/05 | RAM | Read email from in-house counsel and receive telephone call from another in-house counsel that March fee application may be filed. | 0.10 Hrs | $23.00 |
| 05/13/05 | RAM | Finalize March fee application (.3); send it to Delaware counsel to file (.1). | 0.40 Hrs | $92.00 |
| 05/29/05 | RAM | Work on April fee application. | 0.40 Hrs | $92.00 |
| 05/30/05 | RAM | Work on April fee application. | 0.20 Hrs | $46.00 |
| 05/31/05 | RAM | Telephone call from MTM re: April fee application. | 0.10 Hrs | $23.00 |
| 05/31/05 | MTM | Work on responding to RAM's questions for April fee application. | 0.20 Hrs | $40.00 |

David B. Siegel

|  | TOTAL LEGAL SERVICES | $753.00 |
|---|---|---|

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.10 Hrs | 230/hr | $713.00 |
| MATTHEW T. MURPHY | 0.20 Hrs | 200/hr | $40.00 |
| | 3.30 Hrs | | $753.00 |

|  | TOTAL THIS BILL | $753.00 |
|---|---|---|