# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 8, 2005

Bill Number 82681
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2005

EXCESS POSTAGE $0.60

FEDERAL EXPRESS

| | | |
|---|---|---|
| 05/03/05 | To Kirkland & Ellis LLP - 20 Packages from Merrill Corporation, on 04/15/05 | 1,166.38 |
| 05/03/05 | To Kirkland & Ellis LLP - 22 Packages from Merrill Corporation, on 04/15/05 | 1,259.69 |
| 05/03/05 | To W R Grace & Co, from Casner & Edwards on 04/08/05 by MTM | 11.29 |
| 05/03/05 | To Flemming Zulack & Williamson from Casner & Edwards on 04/12/05 by MTM | 19.58 |
| 05/03/05 | To MTM Casner & Edwards 3 packages from Lighthouse Legal Copy, on 04/13/05 | 150.03 |
| 05/03/05 | To Andrews Kurth LLP from Casner & Edwards on 04/08/05 by MTM | 32.86 |
| 05/16/05 | To Kirkland & Ellis - 9 boxes from Merrill Corporation on 05/05/05 | 555.56 |

$3,195.39

PHOTOCOPYING

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2005

PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 05/03/05 | 29 copies at .12 per copy | 3.48 | |
| 05/12/05 | 90 copies at .12 per copy | 10.80 | |
| 05/19/05 | 83 copies at .12 per copy | 9.96 | |
| 05/24/05 | 64 copies at .12 per copy | 7.68 | |
| 05/31/05 | 194 copies at .12 per copy | 23.28 | |
| | | | $55.20 |

RENT REIMBURSEMENT

| | | | |
|---|---|---:|---:|
| 05/02/05 | BOSTON CAPITAL INSTITUTE-Rent and utilities for document repository at One Winthrop Square-May 2005 | 11,589.82 | |
| | | | $11,589.82 |

MISCELLANEOUS

| | | | |
|---|---|---:|---:|
| 05/16/05 | RECORDKEEPER ARCHIVE - Monthly storage fee for 5/05 | 396.30 | |
| | | | $396.30 |
| | TOTAL DISBURSEMENTS | | $15,237.31 |
| | TOTAL THIS BILL | | $15,237.31 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 8, 2005

Bill Number 82682
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through May 31, 2005

**FEDERAL EXPRESS**

| | | | |
|---|---|---|---|
| 05/03/05 | To Pachulski Stang Ziehl Young, Scotta McFarland Esq. from Casner & Edwards on 04/15/05 by RAM | 13.07 | |
| | | | $13.07 |

**PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 05/10/05 | 29 copies at .12 per copy | 3.48 | |
| | | | $3.48 |
| | TOTAL DISBURSEMENTS | | $16.55 |
| | TOTAL THIS BILL | | $16.55 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 8, 2005

Bill Number 82683
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through May 31, 2005

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 05/03/05 | MERRILL COMM -Color copies of advertising brochures for in-house counsel (4/25/05) | 6.30 |
| | | $6.30 |
| | TOTAL DISBURSEMENTS | $6.30 |
| | TOTAL THIS BILL | $6.30 |