IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: **August 9, 2005 @ 4:00 p.m.** |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD MAY 1, 2005 THROUGH MAY 31, 2005**

---

[2]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/2005 | PSP | Summary judgment hearing presentation graphics | 4.00 |
| 05/02/2005 | CEZ | Reviewed materials in preparation for depositions of Solt and Teitman. | 3.40 |
| 05/02/2005 | DRB | Preparation of summary judgment hearing presentation slides | 7.50 |
| 05/02/2005 | GHL | Further work on presentation of summary judgment argument on non-infringement, including office conference to work on demonstrative exhibits for use in same; | 2.50 |
| 05/02/2005 | GHL | Further work on motion in limine on damages issues; | 0.70 |
| 05/02/2005 | KMW | Legal research and analysis of admissibility of expert witness testimony; preparation of opposition to Intercat's motion to exclude Solt's testimony. | 4.70 |
| 05/02/2005 | KMW | Analysis of Bartholic rebuttal report of obviousness. | 2.40 |
| 05/02/2005 | PSP | Summary judgment hearing presentation graphics | 6.00 |
| 05/02/2005 | SW | Review Teitman Expert Report for Documents Referenced | 2.00 |
| 05/03/2005 | CEZ | Reviewed materials in preparation for depositions of Solt and Teitman. | 7.80 |
| 05/03/2005 | DRB | Preparation of presentation for summary judgment hearing and analysis of Intercat's prior inconsistent positions on claim construction | 7.00 |
| 05/03/2005 | DRB | Preparation for expert deposition of Mr. Teitman concerning invalidity | 1.00 |
| 05/03/2005 | GHL | Review of materials for inclusion in deposition of Intercat's damages expert; | 0.50 |
| 05/03/2005 | GHL | Work on summary judgment presentation | 1.00 |
| 05/03/2005 | KMW | Electronic filing and serving of revised exhibit 2 in support of defendants' opposition to plaintiff's motion for partial summary judgment. | 2.00 |
| 05/03/2005 | KMW | Legal research and analysis of direct infringement by separate entities. | 4.50 |

| 05/03/2005 | KMW | Fact-checking of damages motion in limine; conference w/GHL regarding the same. | 0.70 |
| 05/03/2005 | LL | Attended to and assisted in the preparation of trial exhibits; scanned in various documents for team; searched plaeding for various documents for Bailey; indexed documents; prepared revised exhibits for Whitney | 5.00 |
| 05/03/2005 | PSP | Summary judgment presentation prep | 3.00 |
| 05/03/2005 | SW | Review Teitman Expert Report for documents referenced | 6.00 |
| 05/04/2005 | CEZ | Prepared materials for P. Solt's review; met with P. Solt and G. Teitman in preparation for their depositions. | 10.00 |
| 05/04/2005 | DRB | Preparation of summary judgment hearing presentation | 7.00 |
| 05/04/2005 | DRB | Preparation of Teitman for deposition on validity | 1.00 |
| 05/04/2005 | KMW | Legal research and analysis of direct infringement. | 5.80 |
| 05/04/2005 | KMW | Conference w/Mr. Solt and CEZ in preparation for deposition. | 0.50 |
| 05/04/2005 | LL | Attended to and assisted in the preparation of trial exhibits; scanned in various documents for team and client; prepared documents for Ziegler regarding expert reports; updated iManage | 6.00 |
| 05/04/2005 | PSP | Summary judgment presentation prep | 8.00 |
| 05/04/2005 | SW | Review Teitman Expert Report for documents referenced | 6.50 |
| 05/05/2005 | CEZ | Prepared materials for G. Teitman's review; met with G. Teitman in preparation for his deposition. | 10.50 |
| 05/05/2005 | DRB | Preparation of summary judgment hearing presentation | 6.50 |
| 05/05/2005 | DRB | Preparation of expert witness for deposition regarding invalidity and inequitable conduct | 1.50 |
| 05/05/2005 | GHL | Fee Application, Applicant -- preparation of fee petition for March 2005 | 0.40 |
| 05/05/2005 | KMW | Legal research and analysis and summary of direct infringement. | 7.20 |
| 05/05/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 1.00 |
| 05/05/2005 | LL | Prepared refinery files for Bailey. | 2.00 |

| 05/05/2005 | LL | Prepared new production files | 2.00 |
|---|---|---|---|
| 05/05/2005 | PSP | Summary judgment presentation prep | 7.50 |
| 05/05/2005 | SW | Obtain copies of documents referenced in Teitman Expert Report | 6.00 |
| 05/06/2005 | CEZ | Met with G. Teitman and P. Solt in preparation for their depositions; reviewed materials in preparation for same; participated in depositions. | 10.50 |
| 05/06/2005 | DRB | Preparation of summary judgment hearing presentation and argument | 6.00 |
| 05/06/2005 | DRB | Preparation of experts for deposition | 1.00 |
| 05/06/2005 | GHL | Work on strategy for summary judgment presentation; | 0.50 |
| 05/06/2005 | KMW | Legal research and analysis and summary of direct infringement. | 1.50 |
| 05/06/2005 | KMW | Fact-checking for damages motion. | 0.50 |
| 05/06/2005 | LL | Attended to and assisted in the preparation of trial exhibits; prepared documents needed by Ziegler for the Teitman and Solt depositions; scanned in various documents for team | 6.00 |
| 05/06/2005 | PSP | Summary judgment presentation prep | 7.00 |
| 05/06/2005 | SW | Obtain and compile copies of documents referenced in Teitman Expert Report | 5.00 |
| 05/07/2005 | DRB | Preparation for summary judgment hearing; revisions to presentation and argument | 6.50 |
| 05/07/2005 | GHL | Work with Dave Bailey on summary judgment presentation and demonstratives for use at argument; | 1.80 |
| 05/07/2005 | LL | Attended to and assisted in the preparation of exhibits regarding Summary Judgment hearing for Bailey; prepared various boxes to be sent out via federal express. | 3.00 |
| 05/08/2005 | DRB | Preparation for summary judgment hearing; revisions to argument | 1.50 |
| 05/08/2005 | PSP | Summary judgment presentation prep | 1.50 |
| 05/09/2005 | DRB | Travel to St. Paul for summary judgment hearing (2 hours billed at half) | 1.00 |
| 05/09/2005 | DRB | Preparation for summary judgment hearing; revisions to power point slide show and meeting with Robert Maggio, Esq., to strategize for argument | 10.00 |

| 05/09/2005 | GHL | Travel to St. Paul Minnesota for summary judgment argument in U.S. district court (2 hours, billed at half-time). | 1.00 |
|---|---|---|---|
| 05/09/2005 | GHL | Preparation for scheduled argument on pending cross-motions for summary judgment on infringement issues, including review of briefs and work on strategy with Mr. Bailey for presentation of Grace's position; meeting with Mr. Maggio and Mr. Jordan of Grace to review presentation strategy and issues; | 7.00 |
| 05/09/2005 | KMW | Cite-checking and Fact-checking damages motion. | 2.00 |
| 05/09/2005 | LL | Attended to and assisted in the preparation of trial exhibits; prepared docuemnts for Summary Judgment hearing; updated iManage and production indicies; scanned in various documents for team and client | 7.00 |
| 05/09/2005 | PSP | Summary judgment presentation prep | 1.50 |
| 05/10/2005 | CEZ | Drafted opposition to motion to disqualify P. Solt; met with K. Whitney regarding same. | 4.30 |
| 05/10/2005 | DRB | Argument for summary judgment before Judge Kyle; analysis of case after argument with Grace and Nol-Tec counsel | 4.50 |
| 05/10/2005 | DRB | Travel from St. Paul to Philadelphia after summary judgment hearing (2 hours billed at half). | 1.00 |
| 05/10/2005 | GHL | Travel from summary judgment argument in U.S. district court in St. Paul Minnesota for (1.8 hours, billed at half-time). | 0.90 |
| 05/10/2005 | GHL | Further preparation for summary judgment argument, including meeting with Mr. Maggio prior to hearing, representation of Grace at summary judgment hearing, and further meeting with Mr. Maggio, Mr. Jordan, and Nol-Tec counsel following the argument to review issues raised at the hearing; | 4.00 |
| 05/10/2005 | GHL | Fee Application, Applicant -- prepare quarterly fee application | 0.70 |
| 05/10/2005 | KMW | Analysis of 236 patent and corresponding patents in foreign countries. | 0.50 |
| 05/10/2005 | KMW | Cite-checking and fact-checking of damages motion. | 3.50 |
| 05/10/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 2.50 |

| 05/10/2005 | LL | Prepare files regarding Memorandum of Law in Support of Defendant's motion to Exclude Evidence relating to damages issue. | 2.00 |
|---|---|---|---|
| 05/10/2005 | LL | Prepared deposition files | 1.50 |
| 05/10/2005 | SW | Obtain and compile copies of documents referenced in Teitman Expert Report | 4.00 |
| 05/11/2005 | CEZ | Drafted opposition to motion to disqualify P. Solt; met with K. Whitney regarding same. | 5.60 |
| 05/11/2005 | DRB | Preparation for deposition of Bartholic on validity issues | 1.00 |
| 05/11/2005 | KMW | Analysis of opposition to Intercat's motion to exclude Solt. | 0.50 |
| 05/12/2005 | CEZ | Drafted opposition to motion to disqualify P. Solt. | 3.60 |
| 05/12/2005 | CEZ | Met with K. Whitney regarding opposition to motion to disqualify P. Solt. | 0.70 |
| 05/12/2005 | CEZ | Team meeting to discuss D. Bartholic deposition. | 1.00 |
| 05/12/2005 | CEZ | Prepared materials for D. Bartholic deposition. | 0.50 |
| 05/12/2005 | DRB | Preparation for deposition of Bartholic on validity and inequitable conduct | 2.00 |
| 05/12/2005 | DRB | Analysis of potential refinery deposition summaries for trial | 1.00 |
| 05/12/2005 | DRB | Work with expert on trial preparation and summary judgment analysis | 0.50 |
| 05/12/2005 | GHL | Work on oppositions to Intercat's motions in limine related to expert testimony and to presentation of inequitable conduct issues to jury; | 1.00 |
| 05/12/2005 | KMW | Preparation of supporting documents to damages motion; analysis of local rule change regarding formatting. | 2.00 |
| 05/12/2005 | KMW | Legal research and analysis of expert testimony in support of opposition to Intercat's motion to exclude Solt's testimony. | 0.80 |
| 05/12/2005 | KMW | Conference w/DRB & CEZ regarding Bartholic deposition. | 1.70 |
| 05/12/2005 | LL | Attended to and assisted in the preparation of trial exhibits; scanned in various documents for team and client; prepared witness file for Bartholic | 4.00 |

| | | | |
|---|---|---|---|
| 05/13/2005 | CEZ | Edited and revised draft opposition to disqualify Solt. | 3.10 |
| 05/13/2005 | CEZ | Edited and revised draft opposition to bifurcate inequitable conduct. | 2.10 |
| 05/13/2005 | DRB | Preparation for deposition of Intercat's expert on validity | 2.00 |
| 05/13/2005 | DRB | Preparation of opposition to Intercat's motion on inequitable conduct and to strike Grace's expert testimony | 2.50 |
| 05/13/2005 | KMW | Analysis of Bartholic obviousness rebuttal report; conference w/CEZ & DRB regarding the same in support of Bartholic deposition. | 2.30 |
| 05/13/2005 | LL | Attended to and assisted in the preparation of a witness file for Bartholic; scanned in various documents for team and client; prepared court reporter; scanned in documents regarding Summary Judgment; prepared exhibits for Bailey | 4.00 |
| 05/14/2005 | CEZ | Edited and revised draft opposition to motion to bifurcate inequitable conduct. | 5.20 |
| 05/14/2005 | CEZ | Prepared for deposition of D. Bartholic. | 3.20 |
| 05/15/2005 | CEZ | Prepared for deposition of D. Bartholic. | 4.50 |
| 05/15/2005 | CEZ | Drafted opposition to motion to bifurcate. | 3.20 |
| 05/16/2005 | CEZ | Prepared for deposition of D. Bartholic. | 9.50 |
| 05/16/2005 | CEZ | Team meeting by phone to discuss trial preparation. | 1.20 |
| 05/16/2005 | DRB | Preparation of opposition to Intercat's motion to preclude testimony from Grace's expert, Paul Solt | 4.30 |
| 05/16/2005 | DRB | Team meeting to prepare for trial and organize a schedule for pretrial exchanges | 1.50 |
| 05/16/2005 | DRB | Preparation of pretrial schedule exchange | 0.50 |
| 05/16/2005 | DRB | Preparation of opposition to Intercat's motion for separate inequitable conduct trial | 1.50 |
| 05/16/2005 | FTC | Team meeting to discuss case schedule. | 1.40 |
| 05/16/2005 | GHL | Meeting with members of trial team to review pre-trial tasks and preparation of materials for pre-trial order; | 1.50 |
| 05/16/2005 | KMW | Finalize damages motion and supporting documents; file electronically and under seal (as needed) and serve the same. | 3.60 |

| | | | |
|---|---|---|---|
| 05/16/2005 | KMW | Discussion of trial witnesses and prep w/GHL. | 0.20 |
| 05/16/2005 | KMW | Preparation for Bartholic deposition - analysis of deposition testimony, prior art, expert report. | 2.40 |
| 05/16/2005 | LL | Prepared documents for upcoming deposition for Ziegler. | 1.00 |
| 05/16/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 2.00 |
| 05/16/2005 | LL | Attended team meeting regarding trial preparation. | 0.50 |
| 05/17/2005 | CEZ | Prepared for deposition of D. Bartholic; deposed D. Barthlolic. | 9.50 |
| 05/17/2005 | CEZ | Travel from Chicago, billed at half time of 2.6 hours. | 1.30 |
| 05/17/2005 | DRB | Preparation of opposition to Intercat's motion to bifurcate inequitable conduct | 5.90 |
| 05/17/2005 | DRB | Revisions to opposition to Intercat's motion to exclude testimony from expert, Mr. Solt | 1.00 |
| 05/17/2005 | DRB | Preparation of schedule for pretrial events | 0.40 |
| 05/17/2005 | GHL | Preparation of brief in opposition to Intercat's motion in limine to preclude certain testimony by Grace expert Solt; | 2.20 |
| 05/17/2005 | LL | Prepared binder for Bailey regarding Summary Judgment documents | 2.50 |
| 05/17/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 2.50 |
| 05/18/2005 | CEZ | Met with K. Whitney to discuss oppositions to pending motions by Intercat. | 0.30 |
| 05/18/2005 | DRB | Drafting opposition to Intercat's request to bifurcate inequitable conduct defense and for a bench trial | 4.70 |
| 05/18/2005 | DRB | Conference with all counsel concerning pre-trial schedule and exchanges | 0.90 |
| 05/18/2005 | DRB | Designating deposition testimony | 1.90 |
| 05/18/2005 | DRB | Drafting and presenting stipulation to Intercat regarding authenticity and business record status of production documents | 0.50 |
| 05/18/2005 | KMW | Preparation of supporting documents to Opposition to Intercat's Motion to Exclude Solt's Testimony. | 2.20 |

| 05/18/2005 | KMW | Preparation of supporting documents to Opposition to Intercat's Motion to Bifurcate Inequitable Conduct. | 1.70 |
|---|---|---|---|
| 05/18/2005 | KMW | Legal research and analysis related to the doctrine of equivalents. | 0.50 |
| 05/19/2005 | DRB | Agreement with Intercat regarding stipulation on authenticity and Rule 803(b) business records | 0.50 |
| 05/19/2005 | DRB | Designation of refinery deposition testimony | 6.50 |
| 05/19/2005 | GHL | Work on oppositions to Intercat motions in limine and motion for bifurcation of inequitable conduct issue | 3.50 |
| 05/19/2005 | KMW | Preparation of supporting documents to oppositions to Intercat motions regarding excluding expert testimony and bifurcation. | 2.50 |
| 05/19/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 3.00 |
| 05/19/2005 | LL | Prepared Binder for Bailey regarding deposition designations. | 2.00 |
| 05/19/2005 | SW | Obtain and organize copies of deposition transcripts for designations | 2.00 |
| 05/19/2005 | SW | Organize copies of exhibits for exhibit list to Defendant's Memo of Law in Opp to Plaintiff's Motion to Exclude Defendant's Expert Witness P.Solt | 3.00 |
| 05/20/2005 | CEZ | Trial preparation tests. | 0.30 |
| 05/20/2005 | DRB | Working toward agreement with all parties regarding stipulation on authenticity and Rule 803(b) | 0.80 |
| 05/20/2005 | DRB | Designating refinery deposition transcripts | 3.50 |
| 05/20/2005 | KMW | Finalizing documents to oppositions to Intercat's motions regarding excluding expert testimony and bifurcating inequitable conduct; e-filing of the same. | 5.40 |
| 05/20/2005 | LL | Attended to and assisted in the preparation of trial exhibits; prepared exhibits for Whitney; updated indicies | 6.00 |
| 05/21/2005 | DRB | Designating refinery deposition transcripts for trial | 6.50 |
| 05/23/2005 | CEZ | Trail preparation and strategy team meeting. | 2.10 |
| 05/23/2005 | DRB | Preparing deposition designations for refinery depositions | 4.30 |
| 05/23/2005 | DRB | Team meeting to strategize and lay out pre-trial plan; preparation of witness list and proposed testimony | 2.00 |

| | | | |
|---|---|---|---|
| 05/23/2005 | FTC | Team meeting to discuss case status and scheduling. | 2.30 |
| 05/23/2005 | GHL | Meeting with trial team to review pre-trial tasks, trial strategy, and coordinate preparation of materials for pre-trial order. | 2.30 |
| 05/23/2005 | GHL | Attendance to scheduling mandatory mediation session with magistrate, and telephone conference with Grace representatives regarding same; | 0.40 |
| 05/23/2005 | GHL | Deposition designations for pre-trial order; | 2.00 |
| 05/23/2005 | GHL | Review of expert reports on damages in preparation for expert depositions on damage issues; | 1.60 |
| 05/23/2005 | KMW | Analysis of depositions and exhibits in support of loader development facts. | 2.00 |
| 05/23/2005 | KMW | Preparation for and attending status meeting for trial preparation. | 2.60 |
| 05/23/2005 | KMW | Analysis of exhibits in support of exhibit list preparation. | 1.50 |
| 05/23/2005 | LL | Attended team meeting regarding trial. | 2.00 |
| 05/23/2005 | LL | Prepared binders for Bailey regarding refineries. | 2.00 |
| 05/23/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 2.00 |
| 05/23/2005 | SW | Trial Team Meeting | 2.40 |
| 05/24/2005 | CEZ | Drafted proposed jury instructions. | 5.60 |
| 05/24/2005 | CEZ | Detailed review of Harmon and Wertwijn deposition transcripts. | 3.10 |
| 05/24/2005 | DRB | Designating refinery deposition testimony | 5.40 |
| 05/24/2005 | DRB | Advice to Al Jordan regarding fresh catalyst loaders | 0.60 |
| 05/24/2005 | DRB | Preparation of witness and exhibit lists | 1.00 |
| 05/24/2005 | GHL | Continued review of expert reports on damages, review of testimony of Intercat's Rule 30-b-6 witnesses on damage issues, and prepare outines for use in depositions of expert witnesses on damage issues; | 5.50 |
| 05/24/2005 | KMW | Document review in preparation of trial exhibit list. | 4.80 |
| 05/24/2005 | LL | Prepared templates of Exhibit and designation lists for trial. | 2.00 |
| 05/24/2005 | LL | Prepared documents regarding refineries for Bailey. | 1.00 |

| | | | |
|---|---|---|---|
| 05/24/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 2.00 |
| 05/24/2005 | SW | Dirt Search on D.Bjorkman | 1.00 |
| 05/25/2005 | CEZ | Detailed review of Davey and Haley deposition transcripts. | 2.20 |
| 05/25/2005 | CEZ | Review of Intercat deposition exhibits. | 7.70 |
| 05/25/2005 | CEZ | Drafted proposed jury instructions. | 0.70 |
| 05/25/2005 | DRB | Designating deposition transcripts for trial preparation - refinery depositions and exhibits for exhibit list | 7.00 |
| 05/25/2005 | DRB | Preparation of and sending letter to Court regarding pretrial schedule | 0.50 |
| 05/25/2005 | FTC | Reviewed documents relating to obviousness of U.S. patent no. 5,389,236. | 3.50 |
| 05/25/2005 | GHL | Review of magistrate's order regarding scheduling of settlement conference, as required under local rule; telephone conferences with client regarding same and regarding damage issues in this case; work on settlement paper to be submitted confidentially to magistrate pursuant to the order; telephone conference with Intercat counsel regarding scheduling of required pre-conference discussion of counsel; | 4.50 |
| 05/25/2005 | GHL | Work on depositions for damage experts; | 2.00 |
| 05/25/2005 | GHL | Work on trial brief for inclusion with pre-trial order; | 2.00 |
| 05/25/2005 | KMW | Review of Plaintiff's exhibits in support of exhibit list preparation. | 4.10 |
| 05/25/2005 | LL | Attended to and assisted in the preparation of trial documents including exhibits, binders and indicies. | 2.50 |
| 05/25/2005 | LL | Prepared palintiff exhibits for Whitney and Ziegler. | 2.50 |
| 05/25/2005 | LL | Prepared deposition files. | 2.00 |
| 05/25/2005 | SW | Create trial exhibit list | 4.00 |
| 05/26/2005 | CEZ | Drafted proposed jury instructions. | 1.20 |
| 05/26/2005 | CEZ | Review of Intercat deposition exhibits. | 4.30 |
| 05/26/2005 | CEZ | Prepared materials for G. Levin in preparation for client meeting. | 1.10 |
| 05/26/2005 | DRB | Designations of refinery depositions and exhibit list document selection | 5.90 |

| | | | |
|---|---|---|---|
| 05/26/2005 | DRB | Preparation of presentation for Grace for settlement conference | 1.00 |
| 05/26/2005 | FTC | Reviewed documents relating to operation of Nol-Tec loaders. | 4.10 |
| 05/26/2005 | GHL | Work on scheduling required counsel conference on settlement issues; | 0.40 |
| 05/26/2005 | GHL | Further work on settlement paper for confidential submission to magistrate | 2.00 |
| 05/26/2005 | GHL | Work on trial brief; | 2.50 |
| 05/26/2005 | GHL | Review of expert reports on damages and preparation of outlines for expert depositions on damage issues; | 2.00 |
| 05/26/2005 | GHL | Fee Application, Applicant -- Work on fee petition for April 2005 | 1.20 |
| 05/26/2005 | KMW | Analysis of Plaintiff's exhibits in support of preparation of exhibit list. | 1.50 |
| 05/26/2005 | KMW | Analysis of loader operations and conference w/Mr. Levin regarding the same. | 0.90 |
| 05/26/2005 | KMW | Analysis of Grace and Nol-Tec documents in support of preparation of exhibit list. | 2.30 |
| 05/26/2005 | SW | Trial exhibit list | 1.00 |
| 05/26/2005 | SW | Create binder for G.Levin of various Plaintiff's Deposition Exhibits | 5.00 |
| 05/26/2005 | SW | Obtain documents for D.Bailey for binder re: Loader Development Documents | 1.00 |
| 05/27/2005 | CEZ | Reviewed materials produced by Intercat. | 0.60 |
| 05/27/2005 | CEZ | Drafted proposed jury instructions. | 2.30 |
| 05/27/2005 | DRB | Refinery deposition designations and trial exhibit list preparation | 4.90 |
| 05/27/2005 | DRB | Preparation of presentation for Grace management for settlement negotiations | 2.00 |
| 05/27/2005 | FTC | Performed legal research relating to claim construction; reviewed results of said research. | 0.40 |
| 05/27/2005 | SW | Obtain documents for D.Bailey for binder re: Loader Development Documents | 3.00 |
| 05/27/2005 | SW | Refinery Deposition Files for D.Bailey | 0.50 |

| | | | |
|---|---|---|---|
| 05/27/2005 | SW | Lenny Albin Witness File; Declaration; and Deposition Transcript for C.Ziegler | 1.00 |
| 05/27/2005 | SW | Preparing trial exhibit list | 1.00 |
| 05/28/2005 | CEZ | Prepared outline for P. Solt direct at trial. | 3.50 |
| 05/28/2005 | DRB | Preparing direct examination for expert Teitman regarding non-infringement | 5.90 |
| 05/28/2005 | DRB | Refinery deposition designations | 1.00 |
| 05/30/2005 | FTC | Preparation of mediation statement. | 1.70 |
| 05/31/2005 | DRB | Analysis of Prestia opinion for trial cross-exam | 1.30 |
| 05/31/2005 | DRB | Preparing direct exam for infringement expert, Teitman | 4.00 |
| 05/31/2005 | DRB | Preparing presentation for Grace concerning case status and settlement conference | 1.50 |
| 05/31/2005 | DRB | Team meeting for trial preparation - witness list, exhibit list and new damages report | 1.70 |
| 05/31/2005 | FTC | Team meeting to discuss case status and scheduling. | 1.80 |
| 05/31/2005 | GHL | Preparation for scheduled review meeting with Grace personnel; | 1.50 |
| 05/31/2005 | GHL | Strategy and trial preparation meeting with trial team; | 2.00 |
| 05/31/2005 | GHL | Review of 2nd supplemental expert report of Intercat damages expert, comparison of same against previous report and conference with Grace damages expert regarding same; prepare for depositions of damage experts; | 3.50 |
| 05/31/2005 | KMW | Analysis of Supplemented Britven Report. | 1.20 |
| 05/31/2005 | KMW | Status and strategy meeting. | 2.00 |
| 05/31/2005 | KMW | Preparation of witness list; telephonic conference w/Intercat regarding the same. | 4.00 |
| 05/31/2005 | LL | Attended to and assisted in the preparation of trial exhibits including indexing, gathering exhibits. | 2.00 |
| 05/31/2005 | LL | Attended team meeting | 2.00 |
| 05/31/2005 | LL | Prepared documents for Levin and Bailey for meeting; | 1.50 |
| 05/31/2005 | LL | Prepared documents to send to damages expert. | 2.00 |

SERVICES          $   187,264.00

| GHL | GARY H. LEVIN | 64.60 | hours at $ | 490.00 |
| DRB | DAVID R. BAILEY | 162.90 | hours at $ | 405.00 |
| CEZ | CHAD E. ZIEGLER | 135.70 | hours at $ | 315.00 |
| FTC | FRANK T. CARROLL | 15.20 | hours at $ | 295.00 |
| KMW | KAREN MILLANE WHITNEY | 88.50 | hours at $ | 235.00 |
| LL | LARRY LABELLA | 91.00 | hours at $ | 135.00 |
| PSP | PAUL S. PERDUE | 38.50 | hours at $ | 115.00 |
| SW | SUZANNE WALLACE | 54.40 | hours at $ | 90.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| ASSOCIATE SERVICES | 394.59 |
| FACSIMILE | 3.00 |
| WITNESS/EXPERT FEES | 23,688.91 |
| COURT REPORTERS | 3,529.00 |
| MISCELLANEOUS | 10.70 |
| POSTAGE & DELIVERY | 252.95 |
| PHOTOCOPYING | 4,577.05 |
| COMPUTER SEARCH | 2,450.03 |
| TRAVEL & EXPENSES | 42,757.09 |

| | |
|---|---|
| DISBURSEMENT TOTAL | $ 37,663.32 |
| SERVICE TOTAL | $187,264.00 |
| **INVOICE TOTAL** | **$224,927.32** |

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

**05/09/2005 – 05/10/2005**      **Travel and Expense:  Vendor Gary H. Levin**

| | | |
|---|---|---|
| **Transportation**: | Purpose of trip:  Attendance at Summary Judgment Hearing | |
| **05/09/05** | Northwest Airlines Flight No. 1809 | |
| | Philadelphia, PA to Minneapolis, MN | |
| **05/10/05** | Northwest Airlines Flight No. 200 | |
| | Minneapolis, MN to Philadelphia, PA | $ 415.40 |
| **Lodging:** | | $ 278.48 |
| **Miles:** | 20 Miles @ $0.325 per mail | $   7.50 |
| **Tips:** | | $   4.00 |
| **Parking Fees:** | | $  34.00 |

TOTAL EXPENSE:  $ 739.38

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

**05/09/2005 – 05/10/2005**   **Travel and Expense:  Vendor David R. Bailey**

**Transportation**:   Purpose of trip:  Attendance at Summary Judgment Hearing

| | | | |
|---|---|---|---|
| **05/09/05** | Northwest Airlines Flight No. 1809 | | |
| | Philadelphia, PA to Minneapolis, MN | | |
| **05/10/05** | Northwest Airlines Flight No. 200 | | |
| | Minneapolis, MN to Philadelphia, PA | $ | 520.40 |
| **Lodging:** | | $ | 185.08 |
| **Taxis and Tips:** | | $ | 62.00 |
| **Miles:** | 68 Miles @ $0.325 per mail | $ | 22.10 |
| **Meals:** | | $ | 8.42 |
| **Meals (with Trial Team):** | | $ | 238.65 |
| **Parking Fees:** | | $ | 62.75 |
| **Meeting Room:** | | $ | 100.00 |
| **Accommodations for Robert Maggio** | | $ | 194.64 |

TOTAL EXPENSE:  $1,394.04

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

**05/16/2005 – 05/17/2005     Travel and Expense:  Vendor Chad Ziegler**

| | | |
|---|---|---:|
| **Transportation:** | Purpose of trip:  Bartholic Deposition | |
| **05/16/05** | US Airways Flight No. 217 | |
| | Philadelphia, PA to Chicago, IL | |
| **05/17/05** | US Airways Flight No. 508 | |
| | Chicago, IL to Philadelphia, PA | $ 198.40 |
| **Lodging:** | | $ 290.07 |
| **Taxis and Tips:** | | $   43.45 |
| **Meals:** | | $   57.75 |
| **Parking Fees:** | | $   34.00 |

TOTAL EXPENSE:  $   623.67

## WRG-0068
## PATENT APPLICATION:  MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 05/23/05 | FTC | Reviewed pending patent application of M. Evans | 1.00 |
|---|---|---|---|

SERVICES   $ 295.00

| | FTC | FRANK T. CARROLL | 1.00 | hours @ | $295.00 |
|---|---|---|---|---|---|
| | | | | | |

**DISBURSEMENTS:**

| PHOTOCOPYING | 0.30 |
|---|---|

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | .30 |
| SERVICE TOTAL | $ | 295.00 |
| **INVOICE TOTAL** | **$** | **295.30** |

## WRG-0070
## STUDY OF THIRD-PARTY PATENT DIRECTED TO ABSORBENTS

| 05/15/05 | ACT | Preparation of opinion regarding third party patent | 4.20 |
|---|---|---|---|

SERVICES                                                          $1,008.00

| | ACT | AMY CARR TREXLER | 4.20 | hours @ | $240.00 |
|---|---|---|---|---|---|

SERVICE TOTAL                                          $      1,008.00

INVOICE TOTAL                              $      **1,008.00**

**WRG-0071**
**STUDY OF THIRD PARTY PATENTS DIRECTED**
**TO CEMENT COMPOSITION PLASTICIZER**

| | | | |
|---|---|---|---|
| 05/165 | GHL | Evaluation of third-party patents directed to plasticizers for cement compositions, and evaluation of possible relevance to Grace cement additives, including review of the patents and their prosecution histories, consideration of interpretation of the patent claims, review of information relating to the Grace product and its manufacture, and consideration of question of applicability of patent claims to the product; | 2.50 |
| 05/17/05 | ACT | Review third-party patents and file histories; office conference to discuss same; | 1.80 |
| 05/17/05 | GHL | Continued evaluation of third-party patents on plasticizers | 1.00 |
| 05/17/05 | GHL | Travel to Cambridge MA for scheduled meeting with Grace representatives on issues relating to third-party patents on plasticizers for cement compositions (2.4 hours, billed at half) | 1.20 |
| 05/18/05 | ACT | Office conferences with Mr. Baker and other Grace employees to discus evaluation of Tanaka patents; | 4.80 |
| 05/18/05 | ACT | Review and evaluation of references cited; review and analysis of prior art article relating to third-party patent. | 2.00 |
| 05/18/05 | GHL | Meeting with Mr. Baker and representatives of Grace at Grace's offices in Cambridge MA to discuss third-party patents relating to plasticizers for cement compositions; review of prior art article as received from Grace representatives and consideration of effect on validity of the plasticizer patents; | 5.00 |
| 05/18/05 | GHL | Review of prior art articles received from Grace representatives and consideration of effect on validity of the plasticizer patents; | 1.00 |
| 05/18/05 | GHL | Travel from  meeting with Grace representatives in Cambridge MA (1.6 hours, billed at half) | 0.80 |
| 05/18/05 | ACT | Travel to/from Cambridge, Massachusetts for meetings with grace representatives (4.6 hours, billed at half) | 2.30 |
| 05/19/05 | GHL | Further review of validity issues relating to patents of third-party directed to cement plasticizers, including review of prosecution history of second divisional patent, review of prior art publication relevant to the patents as received from Grace, and two further telephone conferences with Messrs. Baker and  Jeknavorian regarding the reference and further studies to be conducted regarding same; | 2.50 |

SERVICES                              $ 9,476.00

| | GHL | GARY H. LEVIN | 14.00 | hours @ | $490.00 |
| | ACT | AMY CARR TREXLER | 10.90 | hours @ | $240.00 |

**DISBURSEMENTS:**

| PHOTOCOPYING | 10.50 |
|---|---|
| TRAVEL & EXPENSES | 1,100.00 |

DISBURSEMENT TOTAL                    $    1,110.50

SERVICE TOTAL                        $    9,476.00

      **INVOICE TOTAL**           **$   10,586.50**

**WRG-0071**
**STUDY OF THIRD PARTY PATENTS DIRECTED**
**TO CEMENT COMPOSITION PLASTICIZER**

**05/17/2005 – 05/18/2005**    **Travel and Expense:  Vendor Gary H. Levin**

| | | |
|---|---|---|
| **Transportation:** | Purpose of trip:  Attendance at Meeting with Grace Representatives in Cambridge, MA | |
| **05/17/05** | U.S. Airways Flight No. 23 Philadelphia, PA to Boston, MA | |
| **05/18/05** | U.S. Airways Flight No. 386 Boston, MA to Philadelphia, PA | $  316.90 |
| **Lodging:** | | $  207.20 |
| **Taxis and Tips:** | | $    45.00 |
| **Miles:** | **20** Miles @ $0.325 per mail | $      7.50 |
| **Meals:** | | $    27.50 |
| **Parking Fees:** | | $    32.00 |

TOTAL EXPENSE:  $   636.10

**WRG-0071**
**STUDY OF THIRD PARTY PATENTS DIRECTED**
**TO CEMENT COMPOSITION PLASTICIZER**

| | | | |
|---|---|---|---|
| **05/18/2005** | **Travel and Expense:  Vendor Amy Carr Trexler** | | |
| | **Transportation:** | Purpose of trip:  Attendance at Meeting with Grace Representatives in Cambridge, MA | |
| | **05/18/05** | U.S. Airways Flight No. 522 Philadelphia, PA to Boston, MA | |
| | **05/18/05** | U.S. Airways Flight No. 386 Boston, MA to Philadelphia, PA | $ 386.90 |
| | **Taxis and Tips:** | | $ 60.00 |
| | **Parking Fees:** | | $ 17.00 |
| | | TOTAL EXPENSE: | $ 463.90 |