**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 1 | 6597 | WASHINGTON GAS & LIGHT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 11TH & H STREETS, NW WASHINGTON, DC UNITED STATES | N |
| 2 | 6599 | THE MAXWELL CONVENTION CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 100 CIVIC CENTER TULSA, OK  74103 UNITED STATES | N |
| 3 | 6603 | TOWER PROPERTIES | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 911 MAIN STREET KANSAS CITY, MO  64105 UNITED STATES | N |
| 4 | 6605 | LAKE ISLE COUNTRY CLUB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 660 WHITE PLAINS ROAD EASTCHESTER, NY  10709 UNITED STATES | N |
| 5 | 6613 | HARTFORD NATIONAL BANK CORPORATE SERVICE CTR | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 150 WINDSOR STREET EAST HARTFORD, CT  06108 UNITED STATES | N |
| 6 | 6621 | HINTZ ROAD PARTNERSHIP | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 165 HINTZ ROAD WHEELING, IL  60090 UNITED STATES | N |
| 7 | 6622 | HINTZ ROAD PARTNERSHIP | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 165 HINTZ ROAD WHEELING, IL  60090 UNITED STATES | N |
| 8 | 6623 | HINTZ ROAD PARTNERSHIP | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 165 HINTZ ROAD WHEELING, IL  60090 UNITED STATES | N |
| 9 | 6643 | FROELICH W C FROELICH INC | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 6371 WESTERN AVENUE BUENA PARK, CA UNITED STATES | N |
| 10 | 6644 | BEVERLY WILSHIRE BLDG NKA REGENT BEV WILSHIRE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 9500 WILSHIRE BLVD BEVERLY HILLS, CA  90212 UNITED STATES | N |
| 11 | 6654 | MANDALAY APARTMENTS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 880 MANDALAY AVENUE CLEARWATER BEACH, FL UNITED STATES | N |

Exh. A-1:  Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 12 | 6656 | E.I. DUPONT BLDG-DUPONT DE NEMOURS & COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1007 MARKET STREET WILMINGTON, DE UNITED STATES | N |
| 13 | 6658 | JOHN F KENNEDY CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WASHINGTON, DC UNITED STATES | N |
| 14 | 6661 | AMERICAN MEDICAL ASSOCIATION BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 515 NORTH STATE STREET CHICAGO, IL UNITED STATES | N |
| 15 | 6665 | AMERICAN DENTAL ASSOCIATION BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 609 WALNUT STREET YANKTON, SD  57078 UNITED STATES | N |
| 16 | 6666 | ST LUKE S METHODIST HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CEDAR RAPIDS, IA UNITED STATES | N |
| 17 | 6670 | LADY OF GOOD HOPE CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 6924 W LISBON AVENUE MILWAUKEE, WI  53210 UNITED STATES | N |
| 18 | 6672 | EMPLOYER S MUTUAL JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WAUSAU, WI UNITED STATES | N |
| 19 | 6676 | LINCOLN BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SPOKANE, WA UNITED STATES | N |
| 20 | 6685 | BELK DEPARTMENT STORE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | N |
| 21 | 6692 | FIRST BAPTIST CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 2709 MONUMENT AVENUE RICHMOND, VA  23220 UNITED STATES | N |
| 22 | 6695 | FIRST BAPTIST CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 18 SOUTH WALNUT AVENUE COOKEVILLE, TN  38501 UNITED STATES | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 23 | 6701 | PILOT LIFE INSURANCE COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 100 N GREEN STREET M GREENSBORO, NC  27401 UNITED STATES | N |
| 24 | 6702 | MEDICAL PARK HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SOUTH HAWTHORNE ROAD WINSTON SALEM, NC UNITED STATES | N |
| 25 | 6704 | CHARLOTTE PUBLIC LIBRARY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CHARLOTTE, NC UNITED STATES | N |
| 26 | 6705 | SCHOBER S RESTAURANT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ST LOUIS, MO UNITED STATES | N |
| 27 | 6708 | UNION HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NEW ULM, MN UNITED STATES | N |
| 28 | 6710 | FIRST NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 21 S CLARK STREET CHICAGO, IL  60603 UNITED STATES | N |
| 29 | 6713 | SCOTTSDALE HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SCOTTSDALE, AZ UNITED STATES | N |
| 30 | 6721 | MARYLAND CASUALTY CO | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3910 KESWICK ROAD BALTIMORE, MD  21221 UNITED STATES | N |
| 31 | 6726 | HARVARD PUBLIC HEALTH HARV VANGUARD MED ASSO | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 23 MINER STREET BOSTON, MA  02215 UNITED STATES | N |
| 32 | 6728 | APT BUILDING COMPLEX | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1010 MEMORIAL DRIVE CAMBRIDGE, MA UNITED STATES | N |
| 33 | 6734 | NORTHWEST COMMUNITY HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 800 W CENTRAL ROAD ARLINGTON HEIGHTS, IL UNITED STATES | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 34 | 6735 | MONUMENTAL OFFICE BLDG VENETIAN MON COMPAN | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 527 N WESTERN AVENUE CHICAGO, IL  60612 UNITED STATES | N |
| 35 | 6736 | MCCORMICK PLACE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 2301 S LAKESHORE DRIVE CHICAGO, IL  60616 UNITED STATES | N |
| 36 | 6737 | MARRIOTT HOTEL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CHICAGO, IL UNITED STATES | N |
| 37 | 6744 | LOS ANGELES COUNTY MUSEUM OF FINE ARTS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 5905 WILSHIRE BLVD LOS ANGELES, CA UNITED STATES | N |
| 38 | 6746 | HILLSIDE SHOPPING CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | N |
| 39 | 6826 | ST JOES HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 6 WALNUT STREET READING, PA  19606 UNITED STATES | N |
| 40 | 6832 | IMMACULATE CONCEPTION B.V.M. CATHOLIC CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 640 E. MAIN STREET BIRDSBORO, PA  19508 UNITED STATES | N |
| 41 | 6834 | ST MARKS CATHOLIC CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1760 ECHO HOLLOW ROAD EUGENE, OR  97402 UNITED STATES | N |
| 42 | 6836 | FIRST NATIONAL BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CLINTON, OK UNITED STATES | N |
| 43 | 6842 | THE WESTERLY HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 25 WELLS STREET WESTERLY, RI  02891 UNITED STATES | N |
| 44 | 6844 | WASHINGTON HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 155 WILSON AVENUE WASHINGTON, PA  15301 UNITED STATES | N |

Exh. A-1:  Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 45 | 6845 | SUPPLEE MEMORIAL CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 855 WELSH ROAD MAPLE GLEN, PA  19002 | N |
| 46 | 6850 | ROSEDALE UNITED CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 6870 DE TERREBONNE AVENUE LONDON ONTERARIO, CANADA | N |
| 47 | 6854 | MOUNDSVILLE HOUSING AUTHORITY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 501 TENTH STREET MOUNDSVILLE, WV  26041 UNITED STATES | N |
| 48 | 6867 | PRESBYTERIAN VILLAGE CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 214 VILLAGE DRIVE WILLIAMSVILLE, NY  14221 UNITED STATES | N |
| 49 | 6874 | M T BANKS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MULTIPLE LOCATIONS MULTIPLE CITIES & STATES, UNITED STATES | N |
| 50 | 6875 | KLEINHANS MUSIC HALL MANAGEMENT INC | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 71 SYMPHONY CIRCLE BUFFALO, NY  14201 UNITED STATES | N |
| 51 | 6882 | MEMORIAL UNITED METHODIST CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 95 WALL STREET NEW YORK, NY UNITED STATES | N |
| 52 | 6883 | 600 3RD AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 600 3RD AVENUE NEW YORK, NY UNITED STATES | N |
| 53 | 6903 | OUR LADY OF LOURDES CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 324 E CORINTH STREET RAVENNA, NE  68869 UNITED STATES | N |
| 54 | 6904 | 350 PARK AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 350 PARK AVENUE NEW YORK CITY, NY UNITED STATES | N |
| 55 | 6912 | CHARLESTON AREA MEDICAL CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CHARLESTON, WV UNITED STATES | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 56 | 6915 | PHELPS APARTMENTS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CINCINNATI, OH UNITED STATES | N |
| 57 | 6916 | THE TOLEDO EDISON COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 300 MADISON AVENUE TOLEDO, OH  43604 UNITED STATES | N |
| 58 | 6923 | QUONSET HUT ANDERSON COMPLEX | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 507 ILLINOIS AVENUE MAUMEE, OH  43537 UNITED STATES | N |
| 59 | 10518 | FARM BUREAU INSURANCE BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | ANDERSON AVENUE & WILLARD PLACE WEST MANHATTEN, KS UNITED STATES | N |
| 60 | 10533 | 1ST NATIONAL BANK | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN UNITED STATES | N |
| 61 | 10534 | FIRST NATIONAL BANK | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN UNITED STATES | N |
| 62 | 10539 | INDIANA NATIONAL BANK | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | INDIANAPOLIS, IN UNITED STATES | N |
| 63 | 10591 | WILDLIFE BUILDING-NEAR VPA COLISEUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BLACKSBURG, VA UNITED STATES | N |
| 64 | 10671 | NORTHWESTERN DISTRICT HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NC-125 & U.S. 158 ROANOKE RAPIDS, NC UNITED STATES | N |
| 65 | 10677 | CIVIC CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HELENA, AR UNITED STATES | N |
| 66 | 10678 | CALVARY BAPTIST CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LITTLE ROCK, AR UNITED STATES | N |

Exh. A-1: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 67 | 10686 | MAY'S HELP HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DELY CITY, CA UNITED STATES | N |
| 68 | 10688 | MICHIGAN CANCER CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DETROIT, MI UNITED STATES | N |
| 69 | 10690 | MCLAREN HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FLINT, MI UNITED STATES | N |
| 70 | 10693 | HOMOT HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 2ND & FRENCH STREET ERIE, PA UNITED STATES | N |
| 71 | 10694 | OFFICE TOWER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ALBANY SOUTH MALL ALBANY, NY UNITED STATES | N |
| 72 | 10699 | TOWER PROPERTIES F.K.A. COMMERCE TOWERS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 911 MAIN STREET KANSAS CITY, MO 64105 UNITED STATES | N |
| 73 | 10701 | U.M.K.C. HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | KANSAS CITY, MO UNITED STATES | N |
| 74 | 10702 | VICKSBURG MEMORIAL HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HIGHWAY 80 EAST VICKSBURG, MS UNITED STATES | N |
| 75 | 10703 | 1ST NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 16TH & DODGE STREET OMAHA, NE UNITED STATES | N |
| 76 | 10705 | ROCHESTER MEMORIAL ART GALLERY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 490 UNIVERSITY AVENUE ROCHESTER, NY UNITED STATES | N |
| 77 | 10715 | COOPER THEATER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LINCOLN, NE UNITED STATES | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 78 | 10739 | LEVER BROTHERS COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 45 RIVER ROAD BUILDING #66 EDGEWATER, NJ UNITED STATES | N |
| 79 | 10764 | MONTEFOIRE HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BRONX, NY UNITED STATES | N |
| 80 | 10768 | WOODMAN TOWER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N |
| 81 | 10773 | LEONARD'S HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | TROY, NY UNITED STATES | N |
| 82 | 10788 | MARTIN TOWERS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | EATON & 8TH AVENUE ALLENTOWN, PA UNITED STATES | N |
| 83 | 10803 | VALLCO PARK OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CUPERTINO, CA UNITED STATES | N |
| 84 | 10809 | HOWARD JOHNSON'S | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANSISCO, CA UNITED STATES | N |
| 85 | 10833 | AHMANSON CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N |
| 86 | 10842 | ROPER HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CHARLESTON, SC UNITED STATES | N |
| 87 | 10861 | MARINE RESEARCH BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FORT JOHNSON ROAD JAMES ISLAND, SC UNITED STATES | N |
| 88 | 10870 | BEREA INDUSTRIAL PARK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | N |

Exh. A-1:  Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 89 | 10925 | SOUTH CAROLINA NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | N |
| 90 | 10959 | AMERICAN RIVER HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SACTO, NV UNITED STATES | N |
| 91 | 10963 | NORTH HILLS PASSAVANT HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BABCOCK BLVD.-MCCANDLESS TWP EPHRORA, PA UNITED STATES | N |
| 92 | 10964 | WACHOVIA BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RALEIGH, NC UNITED STATES | N |
| 93 | 10987 | SEQUOIA HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | REDWOOD CITY, CA UNITED STATES | N |
| 94 | 10997 | 1ST NATIONAL BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ALLENTOWN, PA UNITED STATES | N |
| 95 | 11006 | STANDARD OIL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | N |
| 96 | 11033 | EL CAMINO HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MT. VIEW, CA UNITED STATES | N |
| 97 | 11042 | CARNEGIE MUSEUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PITTSBURGH, PA UNITED STATES | N |
| 98 | 11047 | JEWISH CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WHITE PLAINS AREA BRONX, NY UNITED STATES | N |
| 99 | 11060 | TRENTY ATHLETIC CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HARTFORD, CT UNITED STATES | N |

Exh. A-1:  Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 100 | 11073 | BANK OF AMERICA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | N |
| 101 | 11076 | AIR TERMINAL ADDITION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FRESNO, CA UNITED STATES | N |
| 102 | 11077 | ABC ENTERTAINMENT CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LOS ANGELES, CA UNITED STATES | N |
| 103 | 11081 | CENTENNIAL GARDENS FKA CIVIC CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BAKERSFIELD, CA UNITED STATES | N |
| 104 | 11089 | NEWMARK & COMPANY FNA 489 ASSOCIATES BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 42ND & 5TH AVENUE NEW YORK CITY, NY UNITED STATES | N |
| 105 | 11090 | CATHOLIC DIOCESE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LITTLE ROCK, AR UNITED STATES | N |
| 106 | 11091 | EDEN PARK HHC FNA EDEN PARK NURSING HOME | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | JEFFERSON STREET CATSKILL, NY UNITED STATES | N |
| 107 | 11093 | BANK OF AMERICA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FRESNO, CA UNITED STATES | N |
| 108 | 11094 | BANK OF AMERICA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COMPTON, CA UNITED STATES | N |
| 109 | 11099 | 55 WATER STREET | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 55 WATER STREET MANHATTAN, NY UNITED STATES | N |
| 110 | 11100 | 2 NEW YORK PLAZA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1 STATE STREET NEW YORK, NY UNITED STATES | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 111 | 11107 | BANK OF AMERICA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN DIEGO, CA UNITED STATES | N |
| 112 | 11108 | BANK OF AMERICA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LOS ANGELES, CA UNITED STATES | N |
| 113 | 11113 | PROVIDENCE HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MOBILE, AL UNITED STATES | N |
| 114 | 11114 | CIVIC CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | TUCSON, AZ UNITED STATES | N |
| 115 | 11121 | 1ST NATIONAL BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | STATE STREET ERIE, PA UNITED STATES | N |
| 116 | 11122 | FOUNTAIN HILL NURSING HOME | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FOUNTAIN HILLS, PA UNITED STATES | N |
| 117 | 11123 | FIRST NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SEATTLE, WA UNITED STATES | N |
| 118 | 11132 | 201 N. FRONT STREET BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 201 N. FRONT STREET NEW ORLEANS, LA UNITED STATES | N |
| 119 | 11141 | GREENVILLE HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, PA UNITED STATES | N |
| 120 | 11154 | STADIUM IN STORM LAKE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SIOUX CITY, IA UNITED STATES | N |
| 121 | 11156 | AUDY HOME | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ROOSEVELT & OGDEN CHICAGO, IL UNITED STATES | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 122 | 11159 | DEVELOPMENT CENTER FOR MENTALLY RETARDED | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | E. 24TH ST & COM. COL CLEVELAND, OH UNITED STATES | N |
| 123 | 11165 | ROSENSTOCK HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FREDERICK, MD UNITED STATES | N |
| 124 | 11171 | FIRST NATIONAL BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OMAHA, NE UNITED STATES | N |
| 125 | 11172 | ANDERSON,STEWART F | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WYLIE RIDGE ROAD MEIRTON, WV  26062 UNITED STATES | N |
| 126 | 11189 | W. PA MOTOR CLUB JOB-HEADQUARTERS BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PENN CIRCLE WEST, E. LIBERTY PITTSBURGH, PA UNITED STATES | N |
| 127 | 11197 | SHENANGO HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FARREE, PA UNITED STATES | N |
| 128 | 11206 | CHARITY SCHOOL OF NURSING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NEW ORLEANS, LA UNITED STATES | N |
| 129 | 11209 | FAIRVIEW HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LAFAYETTE, LA UNITED STATES | N |
| 130 | 11212 | CHATEAU LEMOYNE HOTEL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NEW ORLEANS, LA UNITED STATES | N |
| 131 | 11215 | LITTLE SISTERS OF THE POOR | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NEW ORLEANS, LA UNITED STATES | N |
| 132 | 11224 | IMPERIAL OIL LTD., SARNIA ADMINISTRATION BLDG | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 602 CHRISTINA STREET, SOUTH SARNIA, ON  7T7M5 CANADA | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 133 | 11232 | CONTINENTAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | N |
| 134 | 11237 | DIAMOND SHAMROCK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUPERIOR SQUARE CLEVELAND, OH UNITED STATES | N |
| 135 | 11241 | WASHINGTON COUNTY HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WASHINGTON, PA UNITED STATES | N |
| 136 | 11385 | HEALTH CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CHICO, NV UNITED STATES | N |
| 137 | 11386 | STOCKTON CITY LIBRARY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | STOCKTON, NV UNITED STATES | N |
| 138 | 11397 | SPAULDING BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | KILMER ROAD CAMP KILMER, NJ UNITED STATES | N |
| 139 | 11404 | MENTAL HEALTH CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 711 E COLFAX AVENUE SOUTH BEND, IN UNITED STATES | N |
| 140 | 11408 | PLANTERS BANK & TRUST | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, MS UNITED STATES | N |
| 141 | 11413 | DALE SPICER HOSPITAL JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MCCORKLE AVENUE, ROUTE #60 KANAWHA CITY, WV UNITED STATES | N |
| 142 | 11417 | EDEN PARK NURSING HOME | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HOLLAND AVE ALBANY, NY UNITED STATES | N |
| 143 | 11418 | BELLEVUE FURNITURE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BELLEVUE, WA UNITED STATES | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 144 | 11425 | BROOKDALE SHOPPING CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MINNEAPOLIS, MN UNITED STATES | N |
| 145 | 11429 | EDEN PARK NURSING HOME | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RUTLAND, VT UNITED STATES | N |
| 146 | 11435 | OBERLIN AIR TRAFFIC CONTROL CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 326 E. LORAIN STREET CHERLIN, OH UNITED STATES | N |
| 147 | 11449 | VERMILLION LIBRARY JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | VERMILLION, SD UNITED STATES | N |
| 148 | 11452 | SHENANDOAH BAPTIST CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ROANOKE, VA UNITED STATES | N |
| 149 | 11459 | WAYNESBORO HOSPITAL ADDITION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WAYNESBORO, TN UNITED STATES | N |
| 150 | 11461 | SALEM HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SALEM, OH UNITED STATES | N |
| 151 | 11505 | CONSUMERS POWER | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | JACKSON, MI UNITED STATES | N |
| 152 | 11507 | MEMORIAL HOSPITAL ADDITION | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | CUMBERLAND, MD UNITED STATES | N |
| 153 | 11511 | MASA ELECTRONICS RESEARCH | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | CAMBRIDGE, MA UNITED STATES | N |
| 154 | 11521 | SECURITY BENEFIT LIFE INSURANCE CO | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | 7TH & VAN BUREN TOPEKA, KS UNITED STATES | N |

**Exh. A-1: Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 155 | 11545 | IVERSON TOWERS | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | WASHINGTON, DC UNITED STATES | N |
| 156 | 11548 | ATLANTA WEST HOSPITAL | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | ATLANTA, GA UNITED STATES | N |
| 157 | 11549 | CENTURY CENTER BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | ATLANTA, GA UNITED STATES | N |
| 158 | 11556 | MONTGOMERY WARD RANDHURST SHOPPING CENTER | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N |
| 159 | 11557 | MID CONTINENT BLDG | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | WEST MEMPHIS, TN UNITED STATES | N |
| 160 | 11563 | CONVENTION HALL | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN UNITED STATES | N |
| 161 | 11564 | NCNB BUILDING JOB J 5028 | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | WINSTON-SALEM, NC UNITED STATES | N |
| 162 | 11607 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N |
| 163 | 11608 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | TAMPA, FL UNITED STATES | N |
| 164 | 11609 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | 8220 WISCONSIN AVENUE WASHINGTON, DC UNITED STATES | N |
| 165 | 11610 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | 798 CONNECTICUT AVENUE NORWALK, CT UNITED STATES | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 166 | 11611 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | WAUKESHA, WI UNITED STATES | N |
| 167 | 11612 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | N |
| 168 | 11613 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | DES MOINES, IA UNITED STATES | N |
| 169 | 11614 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | CINCINNATI, OH UNITED STATES | N |
| 170 | 11615 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | DAYTON, OH UNITED STATES | N |
| 171 | 11616 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | SIOUX FALLS, SD UNITED STATES | N |
| 172 | 11617 | HOLIDAY INN | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | HUNTINGTON, WV UNITED STETES | N |
| 173 | 11649 | SCHOOL DISTRICT 43 COQUITLAM | CEDAR DRIVE ELEMENTARY 3150 CEDAR DR | PORT COQUITLAM | BC | V3B 3C3 | CEDAR DRIVE ELEMENTARY 3150 CEDAR DR. PORT COQUITLAM, BC CANADA | N |
| 174 | 11650 | SCHOOL DISTRICT 43 COQUITLAM | CENTENNIAL SECONDARY SCHOOL 570 POIRIER ST | COQUITLAM | BC | V3J 6A8 | CENTENNIAL SECONDARY SCHOOL 570 POIRER STRE COQUITLAM, BC CANADA | N |
| 175 | 11651 | SCHOOL DISTRICT 43 COQUITLAM | COMO LAKE MIDDLE SCH 1121 KING ALBERT AVE | COQUITLAM | BC | V3J 1X8 | COMO LAKE MIDDLE SCH 1121 KING ALBERT AVE. COQUITLAM, BC CANADA | N |
| 176 | 11652 | SCHOOL DISTRICT 43 COQUITLAM | GLEN ELEMENTARY 3064 GLEN DR | COQUITLAM | BC | V3B 2P9 | GLEN ELEMENTARY 3064 GLEN DR. COQUITLAM, BC CANADA | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 177 | 11653 | SCHOOL DISTRICT 43 COQUITLAM | IRVINE ELEMENTARY 3862 WELLINGTON ST | PORT COQUITLAM | BC | V3B 3Z4 | IRVINE ELEMENTARY 3862 WELLINGTON ST. PORT COQUITLAM, BC CANADA | N |
| 178 | 11654 | SCHOOL DISTRICT 43 COQUITLAM | LINCOLN ELEMENTARY 1019 FERNWOOD AVE | PORT COQUITLAM | BC | V3B 5A8 | LINCOLN ELEMENTARY 1019 FERNWOOD AVE. PORT COQUITLAM, BC CANADA | N |
| 179 | 11655 | SCHOOL DISTRICT 43 COQUITLAM | MAPLE CREEK MIDDLE 3700 HASTINGS ST | PORT COQUITLAM | BC | V3B 5K7 | MAPLE CREEK MIDDLE 3700 HASTINGS ST. PORT COQUITLAM, BC CANADA | N |
| 180 | 11656 | SCHOOL DISTRICT 43 COQUITLAM | MINNEKHADA MIDDLE 1390 LAURIER AVE | PORT COQUITLAM | BC | V3B 2B8 | MINNEKHADA MIDDLE 1390 LAURIER AVE. PORT COQUITLAM, BC CANADA | N |
| 181 | 11657 | SCHOOL DISTRICT 43 COQUITLAM | MONTGOMERY MIDDLE 1900 EDGEWOOD AVE | COQUITLAM | BC | V3K 2Y1 | MONTGOMERY MIDDLE 1900 EDGEWOOD AVE. PORT COQUITLAM, BC CANADA | N |
| 182 | 11658 | SCHOOL DISTRICT 43 COQUITLAM | MOODY ELEMENTARY 2717 ST JOHNS ST | PORT MOODY | BC | V3H 2B8 | MOODY ELEMENTARY 2717 ST. JOHNS ST. PORT MOODY, BC CANADA | N |
| 183 | 11659 | SCHOOL DISTRICT 43 COQUITLAM | MOUNTAIN VIEW ELEMENTARY 740 SMITH AVE | COQUITLAM | BC | V3J 4E7 | MOUNTAIN VIEW ELEMENTARY 740 SMITH AVE COQUITLAM, BC CANADA | N |
| 184 | 11660 | SCHOOL DISTRICT 43 COQUITLAM | PITT RIVER MIDDLE 2070 TYNER ST | PORT COQUITLAM | BC | V3C 2Z1 | PITT RIVER MIDDLE 2070 TYNER ST. PORT COQUITLAM, BC CANADA | N |
| 185 | 11661 | SCHOOL DISTRICT 43 COQUITLAM | PORT MOODY SECONDARY 300 ALBERT ST | PORT MOODY | BC | V3H 2M5 | PORT MOODY SECONDARY 300 ALBERT ST. PORT MOODY, BC CANADA | N |
| 186 | 11662 | SCHOOL DISTRICT 43 COQUITLAM | TERRY FOX FEA 3550 WELLINGTON ST | PORT COQUITLAM | BC | V3B 3Y5 | TERRY FOX FEA 3550 WELLINGTON ST. PORT MOODY, BC CANADA | N |
| 187 | 11663 | SCHOOL DISTRICT 43 COQUITLAM | VISCOUNT ELEMENTARY SCHOOL 3280 FLINT ST | PORT COQUITLAM | BC | V3B 4J2 | VISCOUNT ELEMENTARY SCHOOL 3280 FLINT ST PORT MOODY, BC CANADA | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 188 | 11691 | J B THOMAS HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 15 KING STREET PEABODY, MA UNITED STATES | N |
| 189 | 11698 | EBENEZER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FITZHUGH STREET ROCHESTER, NY UNITED STATES | N |
| 190 | 11706 | R MACEY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AVENUE U. & 54TH STREET BROOKLYN, NY UNITED STATES | N |
| 191 | 11719 | RADIOLOGY BUILDING MEDICAL CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN UNITED STATES | N |
| 192 | 12133 | | SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | UC SAN DIEGO - THURGOOD MARSHALL LA JOLLA, CA  92093 UNITED STATES | N |
| 193 | 12319 | COCA COLA ENTERPRISES INC | SALES CENTER 415 WEST PIKES PEAK AVENUE | COLORADO SPRINGS | CO | 80918 | SALES CENTER 415 WEST PIKES PEAK AVENUE COLORADO SPRINGS, CO 80918 USA | N |
| 194 | 12320 | COCA COLA ENTERPRISES INC | SALES CENTER 3140 OIHANA STREET | KAUAI | HI | 96766 | SALES CENTER 3140 OIHANA STREET KAUAI, HI  96766 USA | N |
| 195 | 12370 | COCA COLA ENTERPRISES INC | 308 NORTH ST. ANDREWS STREET | DOTHAN | AL | 36301 | DOTHAN 308 NORTH ST. ANDREWS STREET AMARILLO, AL  36301 USA | N |
| 196 | 12371 | COCA COLA ENTERPRISES INC | SALES CENTER 701 SOUTH LINCOLN | AMARILLO | TX | 79101 | SALES CENTER 701 SOUTH LINCOLN AMARILLO, TX  79101 USA | N |
| 197 | 12372 | COCA COLA ENTERPRISES INC | MIDLAND COOLER 303 TEXAS AVENUE | MIDLAND | TX | 79701 | MIDLAND COOLER 303 TEXAS AVENUE MIDLAND, TX  79701 USA | N |
| 198 | 12373 | COCA COLA ENTERPRISES INC | BISSONNET FACILITY 2800 BISSONNET | HOUSTON | TX | 77005 | BISSONNET FACILITY 2800 BISSONNET HOUSTON, TX  77005 USA | N |

**Exh. A-1:  Claims Not Listed in the Verified 2019 Statement**

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 199 | 12374 | COCA COLA ENTERPRISES INC | MAIN WAREHOUSE 1402 INDUSTRIAL BOULEVARD | LAREDO | TX | 78041 | MAIN WAREHOUSE 1402 INDUSTRIAL BOULEVARD LAREDO, TX  78041 USA | N |
| 200 | 12380 | COCA COLA ENTERPRISES INC | NORTH TEXAS HDQ 6011 LEMMON AVENUE | DALLAS | TX | 75209 | NORTH TEXAS HDQ 6011 LEMMON AVENUE DALLAS, TX  75209 USA | N |
| 201 | 12382 | COCA COLA ENTERPRISES INC | GOODLAND SALES CENTER 719 WEST HIGHWAY 24 | GOODLAND | KS | 80918 | GOODLAND SALES CENTER 719 WEST HIGHWAY 24 GOODLAND, KS  80918 USA | N |
| 202 | 12384 | COCA COLA ENTERPRISES INC | NILES DIVISION OFFICE 7400 NORTH OAK PARK AVE | NILES | IL | 60714 | NILES DIV OFFICE 7400 NORTH OAK PARK AVENUE NILES, IL  60714 USA | N |
| 203 | 12396 | FAIRMAIL LEASEHOLD INC | 1800 SHEPPARD AVE E, STE330 P.O BOX 330 | WILLOWDALE | ON | M2J5A7 | FAIRMAIL 1800 SHEPPARD AVE E, STE330 P.O BOX 330 WILLOWDALE, ON  2J5A7 CANADA | N |
| 204 | 12406 | SHERIDAN COLLEGE | 1430 TRAFALGAR ROAD | OAKVILLE | ON | L6H2L1 | 1430 TRAFALGAR ROAD A WING OAKVILLE, ON  6H2L1 CANADA | N |
| 205 | 12407 | SHERIDAN COLLEGE C WING | 1430 TRAFALGAR ROAD | OAKVILLE | ON | L6H2L1 | 1430 TRAFALGAR ROAD C WING OAKVILLE, ON  6H2L1 CANADA | N |
| 206 | 12514 | HYATT EQUITIES | HYATT REGENCY-655 BURRARD STREET | VANCOUVER | BC | V6C2R7 | HYATT REGENCY-655 BURRARD STREET VANCOUVER, BC  6C2R7 CANADA | N |
| 207 | 12533 | CONSEILLERS IMMOBILIERS GWL INC | 2001 UNIVERSITY STREET | MONTREAL | QC | H3A2A6 | 2001 UNIVERSITY STREET MONTREAL, QC  3A2A6 CANADA | N |
| 208 | 14410 | JAMESTOWN MEMORIAL HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1211 WILMINGTON AVENUE NEW CASTLE, PA  16105 UNITED STATES | N |