# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 15, 2005 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR PITNEY HARDIN LLP'S
## FORTY-NINTH INTERIM FEE APPLICATION FOR THE PERIOD
## FROM MAY 1, 2005 THROUGH MAY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD MAY 1, 2005 THROUGH MAY 31, 2005

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/02/05 | Review and revise reply brief and prepare supporting papers. | | | |
| 15 | | W. Hatfield | 4.0 | 1,340.00 |
| 05/02/05 | Review prior briefs and then review/revise draft reply brief in Appellate Division. | | | |
| 15 | | E. Sher | 5.1 | 2,193.00 |
| 05/02/05 | Further review and edit of brief. | | | |
| 4 | | R. Rose | 4.1 | 1,742.50 |
| 05/03/05 | Review and revise reply brief and address citations. | | | |
| 15 | | W. Hatfield | 3.9 | 1,306.50 |
| 05/03/05 | Review and edit revised draft, including discussing further editing with B. Sher and W. Hatfield. | | | |
| 4 | | R. Rose | 4.1 | 1,742.50 |
| 05/03/05 | Continue review and revision of draft brief. | | | |
| 15 | | E. Sher | 2.6 | 1,118.00 |
| 05/04/05 | Make final revisions; prepare table of authorities, finalize brief for service and filing. | | | |
| 15 | | E. Sher | 1.1 | 473.00 |
| 05/04/05 | Final review and signature of reply brief motion and certification for leave to file over-length brief. | | | |
| 4 | | R. Rose | 3.3 | 1,402.50 |
| 05/04/05 | Address reply brief issues and finalize same. | | | |
| 15 | | W. Hatfield | 2.9 | 971.50 |
| 05/04/05 | Follow up with W. Hatfield and e-mails re reply brief. | | | |
| 4 | | A. Marchetta | 0.5 | 262.50 |
| 05/05/05 | Prepare filing of reply brief and papers and service of same. | | | |
| 15 | | W. Hatfield | 1.5 | 502.50 |
| 05/05/05 | Memo to clients on appeal and case issues. | | | |
| 15 | | W. Hatfield | 0.3 | 100.50 |

2

1321148A01070505

| | | | |
|---|---|---|---|
| 05/06/05<br>4 | Follow up re issues in case and publicity.<br>A. Marchetta | 0.2 | 105.00 |
| 05/06/05<br>15 | Address Teich issues.<br>W. Hatfield | 0.2 | 67.00 |
| 05/06/05<br>15 | Address appeal documents and filing issues.<br>W. Hatfield | 0.3 | 100.50 |
| 05/09/05<br>15 | Address App. Div. motion to strike request on Shell/Sunoco briefs.<br>W. Hatfield | 0.7 | 234.50 |
| 05/09/05<br><br>4 | Discuss call from Appellate Division and direction to file motion to strike briefs filed by Shell and Sunoco.<br>R. Rose | 0.3 | 127.50 |
| 05/09/05<br>4 | Research case law on motion to strike portions of appellate brief.<br>F. Stella | 2.5 | 650.00 |
| 05/10/05<br>4 | Discuss motion to strike with W. Hatfield.<br>R. Rose | 0.2 | 85.00 |
| 05/10/05<br>15 | Address Shell and Sun response brief issues.<br>W. Hatfield | 2.9 | 971.50 |
| 05/10/05<br>4 | Continue drafting Motion to Strike Opposition Brief and review record.<br>F. Stella | 3.5 | 910.00 |
| 05/11/05<br>15 | Review and revise motion to strike Shell and Sun briefs and certification.<br>W. Hatfield | 2.7 | 904.50 |
| 05/11/05<br>4 | Review and revise motion to strike Shell and Sunoco briefs.<br>R. Rose | 0.8 | 340.00 |
| 05/11/05<br>4 | Revise Motion to Strike Opposition Briefs.<br>F. Stella | 2.0 | 520.00 |
| 05/12/05<br><br>15 | Review and finalize motion to strike and supporting papers for filing with App. Div.<br>W. Hatfield | 1.9 | 636.50 |
| 05/12/05<br>4 | Review final draft and sign motion to strike.<br>R. Rose | 0.5 | 212.50 |
| 05/13/05 | Address Teich collection issues. | | |

| | | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.2 | 67.00 |
| 05/16/05 | Review file in preparation for drafting writ of execution. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |
| 05/16/05 | Drafting Writ of Execution. | | |
| 15 | R. Gottilla | 0.3 | 109.50 |
| 05/16/05 | Drafting filing letter to Court Clerk for issuance of Writ of Execution for Teich. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |
| 05/17/05 | Call with App. Div. case manager M. Hunter. | | |
| 15 | W. Hatfield | 0.1 | 33.50 |
| 05/20/05 | Receipt and review of letter from F. Biehl requesting additional time to pay balance due on judgment. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |
| 05/23/05 | Review Shell submission on motion to strike. | | |
| 15 | W. Hatfield | 0.4 | 134.00 |
| 05/23/05 | Address Teich issues. | | |
| 15 | W. Hatfield | 0.2 | 67.00 |
| 05/23/05 | Correspondence to F. Biehl advising willingness to withhold further proceedings for a period of 2 weeks to provide time for insurance carriers to remit final payment. | | |
| 15 | R. Gottilla | 0.4 | 146.00 |
| 05/24/05 | Address Teich correspondence. | | |
| 15 | W. Hatfield | 0.1 | 33.50 |
| 05/24/05 | Address replies on Shell and Sun brief appendix issues. | | |
| 15 | W. Hatfield | 0.3 | 100.50 |
| 05/24/05 | Telecomm from Sunoco counsel concerning settlement position. | | |
| 4 | R. Rose | 0.3 | 127.50 |
| 05/25/05 | Address motion to strike issues. | | |
| 15 | W. Hatfield | 0.4 | 134.00 |
| 05/26/05 | Review Shell response to motion to strike brief and Hatfield Certification and revision to same. | | |
| 4 | R. Rose | 0.6 | 255.00 |

4

| 05/26/05 | Prepare supplemental certification on motion to strike Sunoco and Shell appellate briefs and finalize for submission to App. Div. | | |
| 15 | W. Hatfield | 1.6 | 536.00 |

| 05/27/05 | Address site status and memo to clients. | | |
| 15 | W. Hatfield | 0.2 | 67.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| R. Rose | 4 | 14.2 | 425.00 | 6,035.00 |
| E. Sher | 15 | 8.8 | 430.00 | 3,784.00 |
| A. Marchetta | 4 | 0.7 | 525.00 | 367.50 |
| R. Gottilla | 15 | 1.3 | 365.00 | 474.50 |
| W. Hatfield | 15 | 24.8 | 335.00 | 8,308.00 |
| F. Stella | 4 | 8.0 | 260.00 | 2,080.00 |
| | TOTAL | 57.8 | | 21,049.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 05/04/05 | Worked with client re: compilation of briefing and orders in the Prudential litigation concerning RICO conspiracy claims and conducted database searches re: compilation of same | | |
| 4 | S. Parker | 0.8 | 100.00 |

| 05/05/05 | Follow up re client requests for case information on Prudential. | | |
| 4 | A. Marchetta | 0.5 | 262.50 |

| 05/05/05 | Worked with A. Marchetta re: compilation of briefing and orders in the Prudential litigation concerning RICO conspiracy claims | | |
| 4 | S. Parker | 0.1 | 12.50 |

| 05/05/05 | Worked with client re: compilation of briefing and orders in the Prudential litigation concerning RICO conspiracy claims and conducted database searches and reviewed file indices re: compilation of same | | |
| 4 | S. Parker | 2.6 | 325.00 |

| 05/11/05 | Drafted March 2005 fee application. | | |
| 11 | K. Jasket | 3.5 | 822.50 |

| 05/13/05 | Revised March 2005 fee application and attention to sending same to D. Carickhoff for filing. | | |
| 11 | K. Jasket | 0.3 | 70.50 |

5

| 05/16/05 | Review and revise PH's Quarterly Fee Application for January, 2005 through March, 2005. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 112.50 |

| 05/16/05 | Drafted Quarterly fee application for the 16th Interim Period (January - March 2005) | | |
|---|---|---|---|
| 11 | K. Jasket | 3.3 | 775.50 |

| 05/17/05 | Revised Quarterly fee application for the 16th interim period and attention to forwarding same to D. Carickhoff for filing. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.4 | 94.00 |

| 05/27/05 | Drafted April 2005 fee application. | | |
|---|---|---|---|
| 11 | K. Jasket | 3.0 | 705.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 525.00 | 262.50 |
| S. Zuber | 11 | 0.3 | 375.00 | 112.50 |
| K. Jasket | 11 | 10.5 | 235.00 | 2,467.50 |
| S. Parker | 4 | 3.5 | 125.00 | 437.50 |
| TOTAL | | 14.8 | | 3,280.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 05/16/05 | Follow up with F. Zaremby re: Maryland Casualty policies; Receive response. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 37.50 |

| 05/18/05 | Follow up with S. Parker regarding insurance policy requests. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 05/18/05 | Reviewed file documents re: identification and retrieval of Maryland Casualty insurance policies as requested by client and worked with M. Waller re: status of same. | | |
|---|---|---|---|
| 4 | S. Parker | 0.5 | 62.50 |

| 05/18/05 | Conducted database searches and reviewed file documents re: compilation of Judge Kaplan's memo endorsed orders regarding case\settlement status, and worked with M. Waller re: same re: preparation of submission to Judge Kaplan re: same. | | |
|---|---|---|---|
| 4 | S. Parker | 0.4 | 50.00 |

| 05/19/05 | Review e-mail memorandum from CNA counsel requesting attachment to settlement agreement. | | |
| 15 | M. Waller | 0.1 | 37.50 |
| | | | |
| 05/20/05 | Conducted database searches and reviewed file documents re: identification and retrieval of Exhibit A listing all 219 sites at issue, created electronic version of same, and forwarded same to M. Waller re: transmittal of same to CNA's counsel as requested. | | |
| 4 | S. Parker | 0.4 | 50.00 |
| | | | |
| 05/27/05 | Receive request from L. Duff regarding deposition of R. Frehner and follow up with D. Florence regarding same. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| | | | |
| 05/27/05 | Review draft of R. Frehner deposition transcript and follow up with D. Florence re: scanning same and draft e-mail forwarding same to L. Duff; Receive response. | | |
| 15 | M. Waller | 0.7 | 262.50 |
| | | | |
| 05/27/05 | Assist M. Waller re: request for copy of Frehner deposition for review. | | |
| 4 | D. Florence | 0.4 | 46.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| M. Waller | 15 | 1.6 | 375.00 | 600.00 |
| D. Florence | 4 | 0.4 | 115.00 | 46.00 |
| S. Parker | 4 | 1.3 | 125.00 | 162.50 |
| | TOTAL | 3.3 | | 808.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 05/03/05 | Review/analysis of memorandum from E. Eiler re: discovery and modification to Witness List | | |
| 15 | M. Levison | 0.6 | 180.00 |
| | | | |
| 05/04/05 | Review/analysis of W.R. Grace's documents re: privilege and relevance, including modification to witness list | | |
| 15 | M. Levison | 3.8 | 1,140.00 |
| | | | |
| 05/05/05 | Conference with B. Benjamin and follow up re issues in case. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |
| | | | |
| 05/05/05 | Review Document production re revising Witness List, disclosing | | |

7

|  | appropriate witnesses | | |
| 15 | B. Benjamin | 0.3 | 117.00 |
| 05/05/05 | Continued review of W.R. Grace's documents | | |
| 15 | M. Levison | 0.3 | 90.00 |
| 05/06/05 | Follow up with B. Benjamin re issues in case and call to client. | | |
| 4 | A. Marchetta | 0.4 | 210.00 |
| 05/06/05 | Revise and Finalize Discovery Demands and Responses - Witness List, Interrogatories, Document Demands, Deposition Notices, Responses to Tahari's Document Demands | | |
| 15 | B. Benjamin | 1.1 | 429.00 |
| 05/06/05 | Review/analysis of correspondence between Tahari and W.R. Grace | | |
| 15 | M. Levison | 1.4 | 420.00 |
| 05/09/05 | Final modifications to discovery documents to be served including service of same and send correspondence to All Counsel re: enclosing discovery documents. | | |
| 15 | M. Levison | 0.4 | 120.00 |
| 05/10/05 | Entered future due dates into the diary system. | | |
| 15 | H. Gonzalez | 0.3 | 45.00 |
| 05/11/05 | Telephone conference with T. Michaels, counsel with C. Boubol's office re document production by Trizec and coordinating inspection of documents with Tahari | | |
| 15 | B. Benjamin | 0.2 | 78.00 |
| 05/17/05 | Review/analysis of correspondence from A. Mack re: rejection of interrogatories, including review of Tahari's responses and objections to Trizec's demand for bill of particulars, Tahari's response to WR Grace's demand for a bill of a particulars and preparation of notice of deposition of Colin Keston. | | |
| 15 | M. Levison | 0.8 | 240.00 |
| 05/20/05 | Review and execute Stipulation releasing Tahari Undertaking | | |
| 15 | B. Benjamin | 0.1 | 39.00 |
| 05/20/05 | Draft correspondence to D. Rozenholc re Stipulation re release of Undertaking | | |
| 15 | B. Benjamin | 0.1 | 39.00 |
| 05/20/05 | Telephone conference with C. Boubol, counsel for Trizec, re Stipulation releasing Tahari's undertaking | | |

| | | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.1 | 39.00 |

05/20/05 Conduct research re: legitimacy of objections to demand for bill of
particulars and interrogatories

| | | | |
|---|---|---|---|
| 15 | M. Levison | 0.9 | 270.00 |

05/20/05 Entered future due dates into the diary system.

| | | | |
|---|---|---|---|
| 15 | H. Gonzalez | 0.2 | 30.00 |

05/23/05 Initial review and analysis of documents produced by Trizec in response to
Tahari's demands

| | | | |
|---|---|---|---|
| 15 | M. Levison | 0.9 | 270.00 |

05/24/05 Continued review/analysis of documents of produced by Trizec in response
to demands from Tahari

| | | | |
|---|---|---|---|
| 15 | M. Levison | 0.6 | 180.00 |

05/26/05 Follow up with B. Benjamin re: status.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 105.00 |

05/26/05 Draft correspondence to A. Marchetta re strategy and status of discovery
issues

| | | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.2 | 78.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.9 | 525.00 | 472.50 |
| B. Benjamin | 15 | 2.1 | 390.00 | 819.00 |
| M. Levison | 15 | 9.7 | 300.00 | 2,910.00 |
| H. Gonzalez | 15 | 0.5 | 150.00 | 75.00 |
| | TOTAL | 13.2 | | 4,276.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 111099 Trenton Environmental Issues

05/02/05 Work with M. Waller re statement and telephone call with R. Weinroth re:
scheduling.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 210.00 |

05/02/05 Review suggested revisions to prepared statement and follow up with A.
Marchetta regarding same.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.7 | 262.50 |

05/02/05 Participate in conference call with A. Marchetta and R. Weinroth regarding

9

|  |  |  |  |
|---|---|---|---|
|  | prepared statement and revisions to same. |  |  |
| 15 | M. Waller | 0.5 | 187.50 |
| 05/02/05 | Comparing various suggested revisions and drafting additions and revisions to prepared statement and draft e-mail explaining preparation of same. |  |  |
| 15 | M. Waller | 2.3 | 862.50 |
| 05/03/05 | Telephone call with R. Weinroth and follow up re: scheduled hearing and work with M. Waller and telephone calls with client re: statement. |  |  |
| 14 | A. Marchetta | 0.7 | 367.50 |
| 05/03/05 | Review e-mail from R. Senftleben re: comments to prepared statement by R. Marriam and R. Medler. |  |  |
| 15 | M. Waller | 0.2 | 75.00 |
| 05/03/05 | Work with A. Marchetta regarding comments to prepared statement by R. Senftleben and R. Marriam and R. Medler, and participate in conference call with R. Senftleben and R. Marriam regarding same. |  |  |
| 15 | M. Waller | 0.6 | 225.00 |
| 05/03/05 | Follow up with S. Parker re: preparation of materials for hearing of NJ Assembly Judiciary and Environment and Solid Waste committees. |  |  |
| 15 | M. Waller | 0.2 | 75.00 |
| 05/03/05 | Reviewing materials from R. Marriam regarding various analytical test results re: Hamilton site and information re: differences. |  |  |
| 15 | M. Waller | 0.3 | 112.50 |
| 05/03/05 | Work with A. Marchetta regarding finalizing prepared statement and schedule for hearing by joint panel of Judiciary and Environment committee. |  |  |
| 15 | M. Waller | 0.5 | 187.50 |
| 05/03/05 | Worked with M. Waller re: hearing before State Assembly. |  |  |
| 4 | S. Parker | 0.2 | 25.00 |
| 05/03/05 | Conducted searches re: compilation of information on current status of investigation of Hamilton plant. |  |  |
| 4 | S. Parker | 0.2 | 25.00 |
| 05/04/05 | Telephone calls and conference with M. Waller re: hearing issues. |  |  |
| 4 | A. Marchetta | 0.4 | 210.00 |
| 05/04/05 | Telephone calls with client and M. Waller re: submission materials and follow up re: same. |  |  |
| 4 | A. Marchetta | 0.5 | 262.50 |

10

| | | | |
|---|---|---|---|
| 05/04/05 | Telephone calls re: meeting with Greenstein and revised submissions to Committees and work with M. Waller re: same. | | |
| 4 | A. Marchetta | 1.0 | 525.00 |
| 05/04/05 | Review memo from W. Jacobson re: additional revision to prepared statement and revise same. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 05/04/05 | Telephone conference with R. Weinroth regarding hearing and agencies and individuals expected to appear. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 05/04/05 | Draft e-mail memorandum regarding hearing and agencies and individuals expected to appear. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 05/04/05 | Drafting additions and revisions to prepared statement to include received comments and forward with e-mail memo to R. Marriam and R. Medler and follow up with A. Marchetta re: same. | | |
| 15 | M. Waller | 0.9 | 337.50 |
| 05/04/05 | Review additional analytical test results received from R. Marriam and follow up with same regarding incorporating references to same into prepared statement. | | |
| 15 | M. Waller | 0.5 | 187.50 |
| 05/04/05 | Work with A. Marchetta regarding prepared statement for joint Assembly committee hearing. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 05/04/05 | Conference call with R. Medler and R. Marriam re: site sampling and test result. | | |
| 15 | M. Waller | 0.8 | 300.00 |
| 05/04/05 | Worked with M. Waller re: preparation of reports to State Assembly. | | |
| 4 | S. Parker | 0.2 | 25.00 |
| 05/04/05 | Conducted searches re: compilation of information on current status of investigation of Hamilton plant. | | |
| 4 | S. Parker | 0.2 | 25.00 |
| 05/05/05 | Attend to DEP rescission letter and strategy issues. | | |
| 4 | W. Hatfield | 0.9 | 301.50 |
| 05/05/05 | Revisions to statement, including calls to client and R. Van Wagner re same | | |

11

|  |  |  |  |
|---|---|---|---|
| | and hearing and follow up re DEP revocation issue. | | |
| 4 | A. Marchetta | 1.6 | 840.00 |
| | | | |
| 05/05/05 | Drafting additions and revisions to prepared statement per conferences with R. Medler and R. Marriam and forward same with comment to same. | | |
| 15 | M. Waller | 0.8 | 300.00 |
| | | | |
| 05/05/05 | Working with A. Marchetta regarding prepared statement for joint Assembly committee hearing. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 05/05/05 | Follow up with R. Marriam regarding copy of deposition of M. Ferriola; Review same and prepare as exhibit to prepared statement. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 05/05/05 | Follow up with R. Medler and R. Marriam re: revisions to prepared statement and distribute to client and co-counsel for review and comment. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 05/05/05 | Reviewing letter from NJDEP to Grace purporting to revoke issuance of "no further action" letters and discuss same with A. Marchetta. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 05/05/05 | Confer with W. Hatfield regarding purported rescission of "no further action" letter and status of matter. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| | | | |
| 05/05/05 | Review e-mail from client re: information for joint committee hearing. | | |
| 15 | M. Waller | 0.1 | 37.50 |
| | | | |
| 05/05/05 | Worked with M. Waller re: preparation of reports to State Assembly. | | |
| 4 | S. Parker | 0.2 | 25.00 |
| | | | |
| 05/05/05 | Worked with A. J. Marchetta and M. Waller re: preparation of reports to State Assembly. | | |
| 4 | S. Parker | 0.1 | 12.50 |
| | | | |
| 05/05/05 | Worked with vendor to prepare copies of report for submission to State Assembly. | | |
| 4 | S. Parker | 0.2 | 25.00 |
| | | | |
| 05/06/05 | Telephone calls and follow up re: materials for legislative hearing, including review of issues for DEP letter, revisions to statements and follow up with M. Waller regarding same. | | |
| 4 | A. Marchetta | 3.4 | 1,785.00 |

| 05/06/05 | Address research on NJDEP rescission of NFA and criminal SOL issues and participate in strategy call with counsel and client on hearing. | | |
|---|---|---|---|
| 4 | W. Hatfield | 3.4 | 1,139.00 |

| 05/06/05 | Confer with A. Marchetta regarding revisions to prepared statement, revising same in light of letter from NJDEP's purported rescission of "no further action" letters, and forward to client with comment. | | |
|---|---|---|---|
| 15 | M. Waller | 0.9 | 337.50 |

| 05/06/05 | Review news article regarding NJDEP's purported rescission of "no further action" letters. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 37.50 |

| 05/06/05 | Review letter re: scheduling of joint hearing of State Assembly Judiciary and Environment and Solid Waste committees. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 37.50 |

| 05/06/05 | Prepare with A. Marchetta and W. Hatfield for and participate in conference call with client, R. Weinroth, R. VanWagner, and counsel from Kirkland & Ellis re: hearing by State Assembly Judiciary and Environment and Solid Waste Committees. | | |
|---|---|---|---|
| 15 | M. Waller | 0.9 | 337.50 |

| 05/06/05 | Review comments to revised version of statement from W. Corcoran and R. Senfteben and follow up with A. Marchetta regarding same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 05/06/05 | Draft additions and revisions to prepared statement per comments by W. Corcoran and R. Senftleben per conference with A. Marchetta and distribute for comment by e-mail. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 150.00 |

| 05/06/05 | Reviewing Ferriola deposition to prepare chronology and follow up telephone call to R. Medler regarding same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.7 | 262.50 |

| 05/06/05 | Follow up with M. Waller re: preparation of reports to State Assembly. | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 37.50 |

| 05/06/05 | Research criminal charges, defenses, statute of limitations and research DEP's ability to rescind an NFA letter. | | |
|---|---|---|---|
| 4 | F. Stella | 3.2 | 832.00 |

| 05/08/05 | Review materials in preparation for hearing in Trenton. | | |
|---|---|---|---|
| 4 | A. Marchetta | 1.2 | 630.00 |

13

| 05/09/05 | Work on revised statement, chronology, and review documents in preparation for hearing before Legislative Committee. | | |
|---|---|---|---|
| 4 | A. Marchetta | 2.0 | 1,050.00 |

| 05/09/05 | Review comments to prepared statement from W. Jacobson; Follow up with R. Van Wagner regarding same; Follow up with A. Marchetta and R. Van Wagner re: same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 05/09/05 | Draft reply to comments by W. Jacobson and forward revised, final statement to R. VanWagner for inclusion in packets to be delivered to the two involved committees. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 05/09/05 | Follow up with R. Marriam regarding timeline of site investigations, review draft of same, and follow up telephone call re: same and information regarding ERM's participation in hearing. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 150.00 |

| 05/09/05 | Draft revisions to statement and forward comments regarding same to A. Marchetta. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 150.00 |

| 05/09/05 | Review news articles and Hamilton electronic forum regarding Hamilton Township site and Libby. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 05/09/05 | Telephone conference with R. Senftleben regarding ERM's appearance at Joint Assembly committee hearing, 5/10. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 05/09/05 | Conference with A. Marchetta regarding telephone conference with R. Senftleben regarding ERM's appearance at Joint Assembly committee hearing, 5/10, and finalizing prepared statement. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 05/09/05 | Research re: ERM representatives identified as attended hearing and draft memorandum summarizing call with R. Senftleben. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 05/10/05 | Prepare for and testify on behalf of client at Legislative Hearing in Trenton; e-mails and follow up re same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 10.0 | 5,250.00 |

| 05/10/05 | Prepare with A. Marchetta, R. Weinroth and R. Van Wagner for testimony before Assembly panels, and follow up with A. Marchetta and R. Weinroth. | | |
|---|---|---|---|

14

| | | | |
|---|---|---|---|
| 15 | M. Waller | 9.2 | 3,450.00 |

05/10/05 — Reviewing notes of testimony provided by A. Marchetta and draft memorandum listing items requested to A. Marchetta.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.8 | 300.00 |

05/10/05 — Address case issues and strategy; review letter from Grace to consultant.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 100.50 |

05/11/05 — Review articles on hearing and follow up on same.

| | | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 100.50 |

05/11/05 — Review news articles regarding hearing held by Assembly committees.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

05/11/05 — Participate in conference call with A. Marchetta, client, and other retained counsel; Draft follow up memorandum to A. Marchetta regarding action items.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 1.1 | 412.50 |

05/12/05 — Telephone calls and follow up re: information for R. Weinroth.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 1.2 | 630.00 |

05/12/05 — Meeting with S. Parker regarding review of files re: asbestos in buildings cases for historic documents regarding removal of asbestos from building products manufactured/processed by Grace.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

05/12/05 — Receive call from Bob Medler regarding search for historic documents re: removal of asbestos from products and suggested follow up with B. O'Connell and draft memo to A. Marchetta regarding same.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.5 | 187.50 |

05/12/05 — Work with A. Marchetta regarding document review and 5/11 conference call.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.6 | 225.00 |

05/12/05 — Worked with M. Waller re: research re: historic letter to NJDEP re: asbestos in products.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 37.50 |

05/12/05 — Conducted database and ISYS searches, reviewed deposition testimony in WR Grace\Prudential litigation and worked with M. Waller re: identification and retrieval correspondence re: asbestos in products.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 4.8 | 600.00 |

15

| 05/13/05 4 | Follow up re discovery issues. A. Marchetta | 0.4 | 210.00 |
|---|---|---|---|
| 05/16/05 4 | Conference with M. Waller and follow up re: hearing and DEP letter. A. Marchetta | 0.5 | 262.50 |
| 05/16/05 15 | Working with S. Parker re: search for asbestos related documents. M. Waller | 0.3 | 112.50 |
| 05/16/05 15 | Follow up call to R. Marriam re: location and copying of Trenton plant documents to extent exist and forward comment to A. Marchetta regarding same. M. Waller | 0.4 | 150.00 |
| 05/16/05 15 | Review documents from R. Marriam regarding former Grace facility in Trenton and products manufactured. M. Waller | 0.3 | 112.50 |
| 05/16/05 15 | Confer with A. Marchetta regarding follow up re: DEP correspondence. M. Waller | 0.2 | 75.00 |
| 05/16/05 4 | Conducted searches re: news articles re: investigation of Hamilton plant. S. Parker | 0.3 | 37.50 |
| 05/16/05 4 | Worked with M. Waller re: documents and correspondence re: asbestos in products. S. Parker | 0.3 | 37.50 |
| 05/16/05 4 | Conducted database and ISYS searches, reviewed deposition testimony in WR Grace\Prudential litigation and worked with M. Waller re: identification and retrieval of asbestos related documents. S. Parker | 2.7 | 337.50 |
| 05/17/05 4 | Work with R. Weinroth and M. Waller re issues in case and telephone conference with client re same. A. Marchetta | 0.6 | 315.00 |
| 05/17/05 15 | Follow up with A. Marchetta following call with R. Weinroth and client. M. Waller | 0.3 | 112.50 |
| 05/17/05 15 | Review e-mail summary from client regarding communications with NJDEP re: supplemental site assessment and remedial activities and follow up e-mail to A. Marchetta regarding work with URS. M. Waller | 0.4 | 150.00 |
| 05/17/05 | Conducted searches for information re: Hamilton plant and worked with M. | | |

16

|  |  |  |  |
|---|---|---|---|
|  | Waller re: status of same. |  |  |
| 4 | S. Parker | 1.6 | 200.00 |
|  |  |  |  |
| 05/18/05 | Work with R. Weinroth and M. Waller re case and issues. |  |  |
| 4 | A. Marchetta | 0.5 | 262.50 |
|  |  |  |  |
| 05/18/05 | Telephone call with R. Weinroth regarding latest health screening meeting. |  |  |
| 15 | M. Waller | 0.3 | 112.50 |
|  |  |  |  |
| 05/18/05 | Receive telephone call from D. Levithan re: DHSS/ASTDR health screening and meeting. |  |  |
| 15 | M. Waller | 0.3 | 112.50· |
|  |  |  |  |
| 05/18/05 | Draft summary of 5/17 DHSS/ASTDR health screening and meeting for A. Marchetta; Follow up with A. Marchetta regarding same. |  |  |
| 15 | M. Waller | 0.5 | 187.50 |
|  |  |  |  |
| 05/18/05 | Draft e-mail memorandum to R. Senftleben regarding 5/17 DHSS/ASTDR health screening and meeting; Receive follow up call from R. Weinroth regarding same and draft follow up e-mail to R. Senftleben. |  |  |
| 15 | M. Waller | 0.5 | 187.50 |
|  |  |  |  |
| 05/18/05 | Review news article regarding former Grace Vermiculite site, Hamilton Township. |  |  |
| 15 | M. Waller | 0.1 | 37.50 |
|  |  |  |  |
| 05/18/05 | Conducted searches for information re: Hamilton plant and worked with M. Waller re: status of same and copies of 1995 remedial report. |  |  |
| 4 | S. Parker | 0.4 | 50.00 |
|  |  |  |  |
| 05/19/05 | Draft e-mail to R. Senftleben summarizing events at 5/17 DHSS/ATSDR health consultation meeting. |  |  |
| 15 | M. Waller | 0.5 | 187.50 |
|  |  |  |  |
| 05/19/05 | Review Grand Jury subpoena and distribute to client and retained counsel. |  |  |
| 15 | M. Waller | 0.3 | 112.50 |
|  |  |  |  |
| 05/19/05 | Follow up with A. Marchetta regarding conference call with client to discuss Grand Jury action and subpoena for 5/20. |  |  |
| 15 | M. Waller | 0.1 | 37.50 |
|  |  |  |  |
| 05/19/05 | Receive telephone call from ERM regarding Grand Jury subpoena. |  |  |
| 15 | M. Waller | 0.3 | 112.50 |
|  |  |  |  |
| 05/19/05 | Confer with A. Marchetta regarding Grand Jury subpoena and participate in conference call with R. Senftleben, A. Marchetta, and R. Weinroth |  |  |

| | regarding same; Review summary e-mail from client re: same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.9 | 337.50 |
| 05/19/05 | Telephone call with R. Senftleben regarding status and results of 5/17 DEP/ATSDR health consultation meeting. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 05/19/05 | Conducted searches for information re: investigation of Hamilton plant. | | |
| 4 | S. Parker | 0.3 | 37.50 |
| 05/20/05 | Address DEP file review issues. | | |
| 4 | W. Hatfield | 0.1 | 33.50 |
| 05/20/05 | Prepare for and participate in conference call with the client and other retained counsel regarding recent subpoena by Grand Jury issued to ERM and site related issues. | | |
| 15 | M. Waller | 0.9 | 337.50 |
| 05/20/05 | Follow up with A. Marchetta regarding results of conference call with client, obtaining documents from ERM, and review of DEP files. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| 05/20/05 | Telephone call with D. Levithan re: arrangements to review DEP files regarding same and forward recent correspondence re: same with ISRA file numbers and confer with B. Hatfield regarding OPRA requests to DEP in connection with same. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| 05/20/05 | Draft letters to R. Senftleben and R. Marriam forwarding file copy of ISRA report. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 05/20/05 | Follow up with counsel for ERM re: subpoena. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 05/20/05 | Follow up re grand jury subpoena and preparation of information re conference call; follow up re ERM documents; follow up re DEP documents. | | |
| 4 | A. Marchetta | 1.5 | 787.50 |
| 05/20/05 | Conducted searches for information re: investigation of Hamilton plant. | | |
| 4 | S. Parker | 0.4 | 50.00 |
| 05/23/05 | E-mails and follow up re: document requests re: ERM, DEP etc. | | |
| 4 | A. Marchetta | 0.7 | 367.50 |

18

1321148A01070505

| | | | |
|---|---|---|---|
| 05/23/05 | Telephone call to L. Kaiser following up on copies of documents to be produced pursuant to Grand Jury subpoena and follow up with A. Marchetta. | | |
| 15 | M. Waller | 0.5 | 187.50 |
| 05/23/05 | Confer with A. Marchetta regarding document search at DEP, follow up with ERM, and preparation for conference call with client 5/26. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 05/23/05 | Follow up with D. Levithan regarding access to NJDEP file and exchange e-mails regarding same; Follow up with A. Marchetta regarding same. | | |
| 15 | M. Waller | 0.5 | 187.50 |
| 05/23/05 | Review index of client files received from R. Marriam and follow up with R. Marriam. | | |
| 15 | M. Waller | 0.6 | 225.00 |
| 05/23/05 | Conducted searches re: compilation of information on current status of investigation of Hamilton plant. | | |
| 4 | S. Parker | 0.2 | 25.00 |
| 05/24/05 | Work on various issues in case. | | |
| 4 | A. Marchetta | 0.7 | 367.50 |
| 05/24/05 | Conference with M. Waller regarding communications with ERM counsel. | | |
| 15 | J. O'Reilly | 0.4 | 180.00 |
| 05/24/05 | Draft e-mail memorandum to A. Marchetta regarding information request to NJDEP and follow up with same. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 05/24/05 | Work with A. Marchetta regarding status of document acquisition and follow up with client and Kirkland & Ellis. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 05/24/05 | Work with J. O'Reilly regarding follow up with Kirkland & Ellis regarding communications with ERM counsel. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| 05/24/05 | Telephone conference with R. Senftleben and R. Marriam regarding document review and comparison and follow up with A. Marchetta regarding same. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 05/24/05 | Draft summary to A. Marchetta regarding joint defense agreement issues. | | |
| 15 | M. Waller | 0.5 | 187.50 |

19

| | | | |
|---|---|---|---|
| 05/24/05 | Review e-mail memorandum from D. Levithan summarizing information requests to and follow up with NJDEP; Follow up with D. Levithan. | | |
| 15 | M. Waller | 0.5 | 187.50 |
| | | | |
| 05/24/05 | Conducted searches re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 4 | S. Parker | 0.2 | 25.00 |
| | | | |
| 05/24/05 | Worked with M. Waller re: preparation of ERM's files for distribution. | | |
| 4 | S. Parker | 0.3 | 37.50 |
| | | | |
| 05/25/05 | Telephone calls and follow up re joint defense agreement; documents from ERM and DEP, and information in anticipation of telephone conference. | | |
| 4 | A. Marchetta | 0.5 | 262.50 |
| | | | |
| 05/25/05 | Telephone call from L. Kaiser (ERM counsel) regarding response to grand jury subpoena. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 05/25/05 | Receive telephone call from W. Jacobson regarding defense agreement issues; draft memorandum to A. Marchetta regarding same. | | |
| 15 | M. Waller | 0.6 | 225.00 |
| | | | |
| 05/25/05 | Draft e-mail to R. VanWagner regarding transcript from Assembly hearing. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 05/25/05 | Work with A. Marchetta regarding defense agreement issues per call with W. Jacobson. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 05/25/05 | Telephone call with ERM counsel regarding copies of subpoenaed documents. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 05/25/05 | Receive e-mail memorandum from ERM counsel regarding copies of subpoenaed documents, costs of same and attend to hand delivery of same. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| | | | |
| 05/25/05 | Follow up with W. Jacobson and A. Marchetta regarding defense agreement and conference call regarding same. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 05/25/05 | Follow up with D. Levithan regarding scope of OPRA request regarding Hamilton site. | | |
| 15 | M. Waller | 0.4 | 150.00 |

| 05/25/05 | Drafting memorandum to client and retained counsel regarding file review and follow up with S. Parker regarding arrangements for same. | | |
| 15 | M. Waller | 0.6 | 225.00 |
| | | | |
| 05/25/05 | Meet with A. Marchetta regarding review of DEP files and follow up with F. Stella re: same. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| | | | |
| 05/25/05 | Conducted searches re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 4 | S. Parker | 0.2 | 25.00 |
| | | | |
| 05/25/05 | Follow-up with M. Waller on OPRA request. | | |
| 4 | F. Stella | 0.1 | 26.00 |
| | | | |
| 05/26/05 | Prepare for and telephone conference with client and attorneys re: subpoena, documents, witnesses, etc. | | |
| 4 | A. Marchetta | 1.0 | 525.00 |
| | | | |
| 05/26/05 | Telephone conference with L. Kaiser regarding production of documents in response to subpoena. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 05/26/05 | Work with S. Parker re: follow up re: ERM documents. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 05/26/05 | Review e-mail from L. Kaiser and telephone conference with R. Spence re: copied documents, draft cover letter regarding same, and attend to hand delivery. | | |
| 15 | M. Waller | 0.7 | 262.50 |
| | | | |
| 05/26/05 | Review e-mail memorandum from D. Levithan re: follow up to obtain copies of DEP files re: Hamilton site and reply to same. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| | | | |
| 05/26/05 | Telephone conference with A. Marchetta and R. Weinroth regarding document issues and follow up with ERM. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 05/26/05 | Participate in conference call with A. Marchetta and clients and follow up with A. Marchetta regarding same. | | |
| 15 | M. Waller | 1.0 | 375.00 |
| | | | |
| 05/26/05 | Review ERM documents and preparing index of same. | | |
| 15 | M. Waller | 1.4 | 525.00 |

1321148A01070505

| | | | |
|---|---|---|---|
| 05/26/05 | Follow up with A. Marchetta and W. Jacobson regarding joint defense agreement. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 05/26/05 | Worked with M. Waller re: case status, including retrieval of documents from ERM; coordinated delivery of same in preparation for conference call with client. | | |
| 4 | S. Parker | 0.4 | 50.00 |
| | | | |
| 05/27/05 | Conference with M. Waller and A. Marchetta and phone conference with B. Jacobson regarding W.R. Grace ERM joint defense issues. | | |
| 15 | J. O'Reilly | 0.5 | 225.00 |
| | | | |
| 05/27/05 | Address case issues and forward article. | | |
| 4 | W. Hatfield | 0.1 | 33.50 |
| | | | |
| 05/27/05 | Telephone conference re: joint defense issues and ERM documents. | | |
| 4 | A. Marchetta | 0.6 | 315.00 |
| | | | |
| 05/27/05 | Follow up re: ERM documents and previous issue. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |
| | | | |
| 05/27/05 | Review scanned version of ERM documents and draft letters distributing same to client along with oversized drawings, work with G. Netzke re: service, and draft e-mail re: distribution of same. | | |
| 15 | M. Waller | 0.7 | 262.50 |
| | | | |
| 05/27/05 | Preparing index of documents in Trenton ISRA files. | | |
| 15 | M. Waller | 2.1 | 787.50 |
| | | | |
| 05/27/05 | Prepare for and participate in conference call to W. Jacobson with J. O'Reilly and A. Marchetta. | | |
| 15 | M. Waller | 0.7 | 262.50 |
| | | | |
| 05/27/05 | Continuing to review and index ERM documents. | | |
| 15 | M. Waller | 0.7 | 262.50 |
| | | | |
| 05/27/05 | Working with G. Netzke re: scanning and forwarding of ERM documents to client and retained counsel. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| | | | |
| 05/27/05 | Review recent news article regarding former Grace facility in Hamilton. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 05/27/05 | Confer with M. Waller regarding preparation of documents for production; | | |

|        |                                                                                                                                                                   |       |          |
|--------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|        | review documents and confer with vendor regarding instructions for scanning of documents and quality assurance review of .pdf files on CD provided by vendor.      |       |          |
| 15     | G. Netzke                                                                                                                                                          | 0.8   | 108.00   |
| 05/31/05 | Follow up with M. Waller re documents; forward articles to client and follow up.                                                                                 |       |          |
| 4      | A. Marchetta                                                                                                                                                      | 0.7   | 367.50   |
| 05/31/05 | Review follow up e-mail memoranda from client regarding ERM documents and information re: stoner rock.                                                            |       |          |
| 15     | M. Waller                                                                                                                                                        | 0.4   | 150.00   |
| 05/31/05 | Review memorandum from S. Greenland regarding availability of DEP files pursuant to information request and follow up with A. Marchetta regarding same.            |       |          |
| 15     | M. Waller                                                                                                                                                        | 0.3   | 112.50   |
| 05/31/05 | Draft memorandum to A. Marchetta regarding ERM documents, Grace waste profiles and comments by client.                                                            |       |          |
| 15     | M. Waller                                                                                                                                                        | 0.3   | 112.50   |
| 05/31/05 | Drafting memorandum summarizing ERM documents.                                                                                                                   |       |          |
| 15     | M. Waller                                                                                                                                                        | 1.5   | 562.50   |
| 05/31/05 | Review memorandum from W. Jacobson re: ERM documents and file documents.                                                                                          |       |          |
| 15     | M. Waller                                                                                                                                                        | 0.1   | 37.50    |
| 05/31/05 | Prepare Index of ISRA file documents.                                                                                                                            |       |          |
| 15     | M. Waller                                                                                                                                                        | 0.7   | 262.50   |
| 05/31/05 | Review memorandum from R. Marriam regarding ERM documents and follow up phone call with R. Marriam and R. Medler.                                                 |       |          |
| 15     | M. Waller                                                                                                                                                        | 0.3   | 112.50   |
| 05/31/05 | Review and analyze documents produced by ERM.                                                                                                                   |       |          |
| 15     | M. Waller                                                                                                                                                        | 2.7   | 1,012.50 |
| 05/31/05 | Confer with A. Marchetta regarding status of review of ERM documents.                                                                                            |       |          |
| 15     | M. Waller                                                                                                                                                        | 0.1   | 37.50    |
| 05/31/05 | Conducted searches for information re: investigation Hamilton plant and forwarded copies of articles to A. Marchetta and M. Waller.                                |       |          |
| 4      | S. Parker                                                                                                                                                        | 0.3   | 37.50    |

23

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 30.4 | 525.00 | 15,960.00 |
| M. Waller | 15 | 60.8 | 375.00 | 22,800.00 |
| J. O'Reilly | 15 | 0.9 | 450.00 | 405.00 |
| W. Hatfield | 4 | 5.0 | 335.00 | 1,708.50 |
| F. Stella | 4 | 3.3 | 260.00 | 858.00 |
| S. Parker | 4 | 14.3 | 125.00 | 1,787.50 |
| G. Netzke | 15 | 0.8 | 135.00 | 108.00 |
| TOTAL | | 115.6 | | 43,627.00 |

1321148A01070505