# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD MAY 1, 2005 THROUGH MAY 31, 2005

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 05/10/05 | Paid Roseland Courier #10501 S#6669[2] | 135.00 |
| 05/10/05 | Paid Roseland Courier #10501 S#6669[3] | 45.00 |
| 05/10/05 | Paid Roseland Courier #10501 S#6669[4] | 40.00 |
| 05/10/05 | Paid Roseland Courier #10501 S#6669[5] | 60.00 |
| 05/29/05 | PD UPS TO TRENTON NJ;  WSH;  CK# 274615 | 7.74 |
| 05/29/05 | PD UPS TO FLORHAM PARK NJ;  WSH;  CK# 274615 | 7.74 |
| 05/29/05 | PD UPS TO SOMERVILLE NJ;  WSH;  CK# 274615 | 7.74 |
| 05/29/05 | PD UPS TO SUMMIT NJ;  WSH;  CK# 274615 | 7.74 |
| 05/29/05 | PD UPS TO ROSELAND NJ;  WSH;  CK# 274615 | 7.74 |
| | Computer Assisted Research | 293.89 |
| | Duplicating | 494.34 |
| | Telephone | 2.16 |
| | Matter Total Engagement Cost | 1,109.09 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 05/17/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 274614 | 7.74 |
| 05/29/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 274615 | 7.74 |
| | Duplicating | 44.94 |
| | Matter Total Engagement Cost | 60.42 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 05/31/05 | DOCUMENT ACCESS FACILITY- MAY 2005 | 2864.00 |
| | Matter Total Engagement Cost | 2,864.00 |

---

[2] *See* Invoice #3140 from Roseland Courier dated 5/10/2005 attached hereto as Exhibit 1.

[3] *See* Invoice #3146 from Roseland Courier dated 5/10/2005 attached hereto as Exhibit 2.

[4] *See* Invoice #3145 from Roseland Courier dated 5/10/2005 attached hereto as Exhibit 3.

[5] *See* Invoice #3144 from Roseland Courier dated 5/10/2005 attached hereto as Exhibit 4.

1321148A01071805

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 05/09/05 | Pd Fedex to Columbia MD;  BMB;  Ck# 274371 | 18.12 |
| 05/09/05 | Pd Fedex to New York NY;  BMB;  Ck# 274371 | 16.89 |
| 05/09/05 | Pd Fedex to New York NY;  BMB;  Ck# 274371 | 18.12 |
| | Computer Assisted Research | 57.88 |
| | Duplicating | 100.80 |
| | Matter Total Engagement Cost | 211.81 |


Engagement Costs – Trenton Environmental Issues

| | | |
|---|---|---|
| 05/06/05 | PD UPS TO TRENTON NJ;  MEW;  CK#  274373 | 15.78 |
| 05/10/05 | PD TRAVEL EXPENSE;  MEW; CK# 274583[6] | 71.80 |
| 05/10/05 | PD TRAVEL EXPENSE;  AJM;  CK# 574583[7] | 64.40 |
| 05/26/05 | Paid Envin. Resources Mgnt. Inc. for photocopying fees #10501; S#6708[8] | 183.59 |
| | Duplicating | 27.16 |
| | Matter Total Engagement Cost | 362.73 |

---

[6] *See* Direct Reimbursement Expense Report for Michael E. Waller dated May 10, 2005-May 11, 2005 attached hereto as Exhibit 5.

[7] *See* Direct Reimbursement Expense Report for Anthony J. Marchetta dated May 10, 2005-May 11, 2005 attached hereto as Exhibit 6.

[8] *See* Pitney, Hardin, Kipp & Szuch LLP Check Requisition form attached hereto as Exhibit 7.

1321148A01071805

# EXHIBIT 1

## *...and Courier*

...вох 702 Roseland, N.J. 07068
(3) 482-0700

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 5/10/2005 | 3140 |

**Bill To**

PITNEY HARDIN LLP
Attn: Accounts Payable
P.O. Box 1945
Morristown . N.J. 07906-0950

| Terms | Due Date | Tax ID # 20-1153825 |
|-------|----------|---------------------|
| Due on receipt | 5/10/2005 | |

| Serviced | Item | Description | Client Matter ... | Rate | Amount |
|----------|------|-------------|-------------------|------|--------|
| 5/4/2005 | Delivery | Florham Park To Trenton 25 West market St / Return | 082910-065656 | 135.00 | 135.00 |

PAID..........................
APPROVED....................
VENDOR NO. 10591
CHECK NO. 874129
CHARGE.......................

*THANK YOU FOR USING ROSELAND COURIER*

| Total | $135.00 |
|-------|---------|

| **Balance Due** | $135.00 |
|-----------------|---------|

# EXHIBIT 2

# *...and Courier*

*...ox 702 Roseland, N.J. 07068*

*...) 482-0700*

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 5/10/2005 | 3146 |

| Bill To |
|---------|
| PITNEY HARDIN LLP<br>Attn: Accounts Payable<br>P.O. Box 1945<br>Morristown , N.J. 07906-0950 |

| Terms | Due Date | Tax ID # 20-1153825 |
|-------|----------|---------------------|
| Due on receipt | 5/10/2005 | |

| Serviced | Item | Description | Client Matter ... | Rate | Amount |
|----------|------|-------------|-------------------|------|--------|
| 5/5/2005 | Package | Florham Park To Roseland | 082910-065656 | 45.00 | 45.00 |

PAID...........
APPROVED...........
VENDOR NO... *10582*
CHECK NO... *274129*
CHARGE...........

*oll + pay (w H)*
*5/13/05*

*THANK YOU FOR USING ROSELAND COURIER*

| Total | $45.00 |
|-------|--------|
| **Balance Due** | $45.00 |

# EXHIBIT 3

## *and Courier*

*x* 702 Roseland, N.J. 07068
482-0700

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 5/10/2005 | 3145 |

| Bill To |
|---------|
| PITNEY HARDIN LLP<br>Attn: Accounts Payable<br>P.O. Box 1945<br>Morristown , N.J. 07906-0950 |

| Terms | Due Date | Tax ID # 20-1153825 |
|-------|----------|---------------------|
| Due on receipt | 5/10/2005 | |

| Serviced | Item | Description | Client Matter ... | Rate | Amount |
|----------|------|-------------|-------------------|------|--------|
| 5/5/2005 | Package | Florham Park To Summit | 082910-065656 | 40.00 | 40.00 |

PAID............
APPROVED......
VENDOR NO... 0591
CHECK NO... 274129
CHARGE............

*THANK YOU FOR USING ROSELAND COURIER*

| Total | $40.00 |
|-------|--------|
| **Balance Due** | $40.00 |

# EXHIBIT 4

# ...and Courier

...ox 702 Roseland, N.J. 07068
...) 482-0700

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2005 | 3144 |

**Bill To**

PITNEY HARDIN LLP
Attn: Accounts Payable
P.O. Box 1945
Morristown , N.J. 07906-0950

| Terms | Due Date | Tax ID # 20-1153825 |
|-------|----------|---------------------|
| Due on receipt | 5/10/2005 | |

| Serviced | Item | Description | Client Matter ... | Rate | Amount |
|----------|------|-------------|-------------------|------|--------|
| 5/5/2005 | Delivery | Florham Park To Somersville | 082910-065656 | 60.00 | 60.00 |

PAID........
APPROVED......
VENDOR NO...10592
CHECK NO...274125
CHARGE....1080 1

OK to pay
USLt
5/13/05

*THANK YOU FOR USING ROSELAND COURIER*

| **Total** | $60.00 |
|-----------|--------|
| **Balance Due** | $60.00 |

# EXHIBIT 5

R E C E I V E D

MAY 12 2005

PITNEY HARDIN LLP

## DIRECT REIMBURSEMENT EXPENSE REPORT

NAME _____Michael E. Waller_____

Period From: _____May 10, 2005_____
To: _____May 11, 2005_____

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|----------------------------------------------------------|---------------|--------|------------------|------------------|----------------|----------------|----------------|----------------------------------------|
| | | Miles | Amount | | Show details on Page 2 | | | | |
| 5/10/2005 | Travel to and from Trenton for hearings before State Assembly Committee | 160.00 | $64.80 | $7.00 | | | | $71.80 | 082910.111099 |
| 5/11/2005 | Travel to and from Hudson County, Superior Court for Arbitration | 55.00 | $22.28 | $15.00 | | | | $37.28 | 001778.108251 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Expenses Reported   $   109.08

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____

Date  5/12/05

5/12/2005

P A I D
MAY 2 7 2005
PITNEY HARDIN KIPP & SZUCH LLP

10501

# EXHIBIT 6

**R E C E I V E D**

MAY 1 6 2005

**DIRECT REIMBURSEMENT EXPENSE REPORT**
NAME    ANTHONY J. MARCHETTA

Period From: _____
To: _____

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Miles | Auto Expenses Amount | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| 5/10/2005 | Travel to Trenton for hearing before Legislature | 112 | $50.40 | $6.00 | | $8.00 | | $64.40 | 082910.111099 WRG/Trenton |

Show details on Page 2

Expenses Reported    $    64.40

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____  Date 5/13/05

5/13/2005

P A I D

MAY 2 5 2005

29043  5/27/05

10501 - 56.40

10504  8.-

# EXHIBIT 7

# PITNEY, HARDIN, KIPP & SZUCH LLP
## CHECK REQUISITION

PAYEE __ENVIRONMENTAL RESOURCES MANAGEMENT, INC.__    DATE _5/26/05_

CLIENT __W.R. Grace__    PAID.................................... NO: _082910_

MATTER _Trenton Environmental Issues_    APPROVED........................ VENDOR NO. ....................... NO: _111099_

DESCRIPTION___Photocopying fees___    CHECK NO. ..........................
CHARGE..........................

AMOUNT $ ___183.59___

AUTHORIZED SIGNATURE

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 15, 2005 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1.   I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in

good standing of the bars of the State of New Jersey, the United States District Court for the

District of New Jersey, the United States Court of Appeals for the Third Circuit, the United

States District Court for the Northern District of New York, the United States District Court for

the Eastern District of New York, the United States District Court for the Southern District of

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: July 18, 2005

Respectfully submitted,
PITNEY HARDIN LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

1321238A01071805