## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

IN RE:                              (
                                    (
W.R. Grace & Co. *et al.*,          ( Bankruptcy No. 01-01139
                                    ( Jointly Administered
                                    (
        Debtors.                    ( Chapter 11
                                    (
                                    ( Re: Dkt. no. 8394:  W.R. Grace & Co.'s Motion to
                                    ( Approve PI CMO and Questionnaire and
                                    ( Dkt. no. 8847: Opposition of the Official Committee
                                    ( of Asbestos Personal Injury Claimants to Debtors'
                                    ( Motion to Approve PI CMO and Questionnaire

## ORDER REGARDING MEDIATION OF ASBESTOS
## PERSONAL INJURY DISCOVERY DISPUTES

The court, having determined that a mediator should be appointed to facilitate the

settlement of any discovery disputes that may arise in the Asbestos Personal Injury estimation

and objection to claims process (the "PI Discovery Disputes"), it is

ORDERED that counsel for the Debtors and counsel for the Official Committee of

Asbestos Personal Injury Claimants ("Counsel")  shall, no later than August 5, 2005, jointly

contact each of the following individuals (the "Listed Individuals")[1] to determine their terms

of engagement, disinterestedness, availability and willingness to serve as mediator for the PI

Discovery Disputes:

        Francis G. Conrad, Esq.
        Business Strategy Advisors
        116 Franklin Blvd., South Suite
        Long Beach, NY 11561-2609
        516-835-2287
        fconrad@vermontel.net

---

[1] The Listed Individuals have not been contacted by the court.

1

Michael D. McDowell, Esq.
Arbitrator and Mediator
P.O. Box 15054
Pittsburgh, PA 15237
412-260-5151

Arthur Spector, Esq.
Berger Singerman, P.A.
350 E. Las Olas Blvd., Suite 1000
Ft. Lauderdale, FL 33301
954-525-9900

Edward C. Toole, Jr., Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215-981-4594

Roger M. Whelan, Esq.
17908 Ednor View Terrace
Ashton, MD 20861
301-260-7707

and it is further

ORDERED that Counsel may jointly nominate, by Certification of Counsel to be

submitted to the court no later than August 26, 2005, one of the Listed Individuals to serve as

mediator, and the court shall appoint that individual as mediator; and it is further

ORDERED that, if Counsel are unable to agree on a joint nominee for mediator, then

Counsel shall, by Certification of Counsel to be filed with the court no later than August 26,

2005, advise the court of the terms of engagement, disinterestedness, availability and

willingness to serve of the Listed Individuals and the court shall choose one of those qualified

and willing to serve as mediator; and it is further

ORDERED that the Debtor shall serve copies of this Order on all interested parties

2

and file a certificate of service with the court.

July 20, 2005

*Judith K. Fitzgerald*

Judith K. Fitzgerald
U.S. Bankruptcy Judge

cc:    David M. Bernick, Esq.
        Kirkland & Ellis LLP
        200 East Randolph Drive
        Chicago, IL 60601

        Peter Van N. Lockwood, Esq.
        Caplin & Drysdale, Chartered
        One Thomas Circle, NW
        Washington, DC 20005

3