# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 12, 2005 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2005 THROUGH MAY 31, 2005

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | May | Total Comp |
|------|----------|-------------|-----|------------|
| Neitzel, Charlotte | Partner | $ 375.00 | 0.8 | $ 300.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 0.5 | $ 150.00 |
| Latuda, Carla | Paralegal | $130.00 | 2.5 | $ 325.00 |
| | | | | |
| **Total** | | | **3.80** | **775.00** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $            - |
| Photocopies | $      248.10 |
| Facsimiles | $            - |
| Long Distance Telephone | $        4.50 |
| Outside Courier | $            - |
| Westlaw | $            - |
| Travel Expense | $            - |
| Document Production | $            - |
| Federal Express | $        9.69 |
| Research Service | $            - |
| Tab Stock | $            - |
| Other Expenses | $            - |
| Color Copies | $            - |
| **Total** | **$      262.29** |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 703883 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 05/13/05 | CLN | Conference with D. Kuchinsky re Grace documents (.30); conference with CLatuda and SHaraldson re documents (.50). | 0.80 | $ | 300.00 |
| 05/13/05 | MCL | Conference with CLNeitzel re locating documents for D. Kuchinsky (.20); conference with and assist SCHaraldson re locating same (2.30). | 2.50 | | 325.00 |
| 05/20/05 | KJC | Review article re contaminated trees and follow up re same. | 0.50 | | 150.00 |
| | | **Total Fees Through May 31, 2005:** | **3.80** | **$** | **775.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 375.00 | 0.80 | $ | 300.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 0.50 | | 150.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 2.50 | | 325.00 |
| | | **Total Fees:** | | **3.80** | **$** | **775.00** |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 703883 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/29/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 3-801-78969; DATE: 4/29/2005  -  Courier, Acct. 0802-0410-8. 04-21 | $ | 9.69 |
| 05/04/05 | | Long Distance Telephone: 45 Mins., TranTime:18:40 | | 4.50 |
| 05/13/05 | 1,652 | Photocopy | | 247.80 |
| 05/13/05 | 2 | Photocopy | | 0.30 |
| | | **Total Disbursements:** | **$** | **262.29** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 248.10 |
| Long Distance Telephone | | 4.50 |
| Federal Express | | 9.69 |
| **Total Disbursements:** | **$** | **262.29** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $ | *219.96* |
| 679369 | 09/24/04 | Bill | | 12,289.68 |
| | 01/04/05 | Cash Receipt | | -9,856.58 |
| | 04/22/05 | Cash Receipt | | -2,362.76 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | May | Total  Comp |
|------|----------|-------------|-----|-------------|
| Flaagan, Elizabeth K. | Partner | $        325.00 | 1.1 | $        357.50 |
| Haag, Susan | Paralegal | $        135.00 | 1.1 | $        148.50 |
| Sherman, Joan | Paralegal | $        160.00 | 1.3 | $        208.00 |
| Latuda, Carla | Paralegal | $        130.00 | 7.3 | $        949.00 |
|  |  |  |  |  |
| **Total** |  |  | **10.80** | **$     1,663.00** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $        15.45 |
| Facsimiles | $             - |
| Long Distance Telephone | $          1.50 |
| Federal Express | $          9.69 |
| Tab Stock | $             - |
| Lexis | $             - |
| Consulting Fee | $             - |
| Postage | $             - |
| Research Services | $             - |
| Professional Services | $             - |
| **Total** | $        26.64 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 703883 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/04/05 | EKF | Review and finalize March 2005 monthly fee application. | 0.30 | $ 97.50 |
| 05/04/05 | SH | Calculate March monthly fee application. | 0.70 | 94.50 |
| 05/05/05 | EKF | Conference with KJCoggon re indictment billing (.20). | 0.20 | 65.00 |
| 05/05/05 | SH | Compile and file March monthly fee application. | 0.40 | 54.00 |
| 05/09/05 | MCL | Research databases and box logs pursuant to M. Murphy's request (2.40); conferences and exchange e-mails with JLSherman re same (.40); conference with KJCoggon re same (.20). | 3.00 | 390.00 |
| 05/09/05 | JLS | Database research pursuant to MMurphy's request (.90); conferences and e-mail with MCLatuda re same (.40). | 1.30 | 208.00 |
| 05/10/05 | MCL | Research re M. Murphy's request (1.30); draft memo re same (2.70). | 4.00 | 520.00 |
| 05/11/05 | EKF | Review April 2005 prebills [invoices] (.30). | 0.30 | 97.50 |
| 05/11/05 | MCL | Telephone conference with M. Murphy re document request. | 0.30 | 39.00 |
| 05/12/05 | EKF | Conference with KJCoggon re indictment billing issues (.20); telephone conference with KJBates re same (.10). | 0.30 | 97.50 |

**Total Fees Through May 31, 2005:**    **10.80**  **$    1,663.00**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.10 | $    357.50 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 1.30 | 208.00 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 703883 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| SH | Susan Haag | Paralegal | 135.00 | 1.10 | 148.50 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 7.30 | 949.00 |
| | | **Total Fees:** | | **10.80  $** | **1,663.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/15/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-474-61914; DATE: 4/15/2005  -  Courier, Acct. 0802-0410-8. 04-11 | $ | 9.69 |
| 05/05/05 | 22 | Photocopy | | 3.30 |
| 05/10/05 | 81 | Photocopy | | 12.15 |
| 05/11/05 | | Long Distance Telephone: 16 Mins., TranTime:13:47 | | 1.50 |
| | | **Total Disbursements:** | **$** | **26.64** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 15.45 |
| Long Distance Telephone | | 1.50 |
| Federal Express | | 9.69 |
| **Total Disbursements:** | **$** | **26.64** |

**Matter 00440 - Indictment**

| Name | Position | Hourly Rate | May | Total Comp |
|------|----------|-------------|-----|------------|
| Coggon, Katheryn | Special Counsel | $ 300.00 | 5.7 | $ 1,710.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 10.9 | $ 1,744.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 2.8 | $ 364.00 |
| Proctor, Faye | Case Admin. | $ 85.00 | 6.9 | $ 586.50 |
| | | | | |
| **Total** | | | **26.30** | **$ 4,404.50** |

Expenses

**Matter 00440 - Indictment**

| Description | TOTAL |
|---|---|
| Parking | $          - |
| Photocopies | $      239.55 |
| Facsimile | $          - |
| Long Distance Telephone | $        1.50 |
| Federal Express | $      140.10 |
| Outside Courier | $          - |
| Lexis | $          - |
| Travel Expense | $          - |
| Meal Expenses | $          - |
| Other Expenses | $          - |
| Tab Stock | $        0.70 |
| Velo Binding | $          - |
| **Total** | **$      381.85** |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 703797 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

**Regarding: Indictment**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/02/05 | KJC | Conference with KWLund re Kirkland & Ellis. | 1.00 | $   300.00 |
| 05/03/05 | KJC | Telephone conference with T. Mace re projects. | 0.30 | 90.00 |
| 05/04/05 | KJC | Telephone conference with JLSherman re searches for documents to support K&E. | 0.30 | 90.00 |
| 05/04/05 | JLS | Database research for documents. | 4.90 | 784.00 |
| 05/05/05 | KJC | Conference with EKFlaagan re bills (0.20); telephone conference with J. Baer re same (0.10); review bankruptcy court transcript and order re billing (0.30). | 0.60 | 180.00 |
| 05/09/05 | KJC | Address request for documents; respond to messages. | 0.40 | 120.00 |
| 05/16/05 | MCL | Locate and provide documents for T. Stansbury of Kirkland & Ellis. | 1.50 | 195.00 |
| 05/19/05 | KJC | Telephone conference re documents. | 0.20 | 60.00 |
| 05/26/05 | KJC | Telephone calls re documents (0.3); conferences with JLSherman re documents (0.9); research re documents (0.8). | 2.00 | 600.00 |
| 05/26/05 | MCL | Research databases to locate information re documents pursuant to M. Murphy's request (1.00); conferences with JLSherman re same (.30). | 1.30 | 169.00 |
| 05/26/05 | JLS | Research re documents (1.60); conference with KJCoggon re documents (.90). | 2.30 | 368.00 |
| 05/27/05 | KJC | Telephone conference with JLSherman re documents. | 0.50 | 150.00 |
| 05/27/05 | JLS | Research re documents. | 2.30 | 368.00 |
| 05/31/05 | KJC | Conferences with JLSherman re documents. | 0.40 | 120.00 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 703797 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/31/05 | JLS | Research re documents. | 1.40 | 224.00 |
| 05/31/05 | FP | Conference with JLSherman and CCotts re database (.10); database entries and research re documents (6.80). | 6.90 | 586.50 |

**Total Fees Through May 31, 2005:** **26.30** **$** **4,404.50**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 5.70 | $ 1,710.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 10.90 | 1,744.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 2.80 | 364.00 |
| FP | Faye Proctor | Case Administrator | 85.00 | 6.90 | 586.50 |
| | | **Total Fees:** | | **26.30** | **$ 4,404.50** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/15/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-474-61914; DATE: 4/15/2005  -  Courier, Acct. 0802-0410-8. 04-07 | $ 9.69 |
| 04/22/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-487-28552; DATE: 4/22/2005  -  Courier, Acct. 0802-0410-8. 04-13 | 22.29 |
| 04/22/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-487-28552; DATE: 4/22/2005  -  Courier, Acct. 0802-0410-8. 04-19 | 59.95 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 703797 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/22/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-487-28552; DATE: 4/22/2005  -  Courier, Acct. 0802-0410-8. 04-19 | 48.17 |
| 05/06/05 | 14 | Photocopy | 2.10 |
| 05/06/05 | 14 | Tab Stock | 0.70 |
| 05/19/05 | 826 | Photocopy | 123.90 |
| 05/19/05 | 752 | Photocopy | 112.80 |
| 05/19/05 | 1 | Photocopy | 0.15 |
| 05/26/05 | | Long Distance Telephone: 15 Mins., TranTime:09:58 | 1.50 |
| 05/31/05 | 4 | Photocopy | 0.60 |

**Total Disbursements:**          $          **381.85**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 239.55 |
| Long Distance Telephone | | 1.50 |
| Federal Express | | 140.10 |
| Tab Stock | | 0.70 |

**Total Disbursements:**   $          **381.85**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 699591 | 05/18/05 | Bill | 20,181.17 |
| | | *Outstanding Balance on Invoice 699591:* | $   *20,181.17* |