## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: August 10, 2005 at 4:00 p.m.**
**Hearing date: To be scheduled, only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Forty-First Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from June 1, 2005 through June 30, 2005, seeking

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

compensation in the amount of $15,429.00 and reimbursement for actual and necessary expenses in the amount of $685.78 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 10, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
       July 21, 2005

                                Respectfully submitted,

                                Michael R. Lastowski (DE I D. No. 3892)
                                Richard W. Riley (DE I D. No. 4052)
                                DUANE MORRIS LLP
                                1100 North Market Street, Suite 1200
                                Wilmington, DE 19801
                                Telephone:    (302) 657-4900
                                Facsimile:    (302) 657-4901
                                E-mail:       mlastowski@duanemorris.com

                                - and –

                                William S. Katchen (Admitted in NJ Only)
                                DUANE MORRIS LLP
                                One Riverfront Plaza
                                Newark, New Jersey 07102
                                Telephone:    (973) 424-2000
                                Facsimile:    (973) 424-2001
                                E-mail:       wskatchen@duanemorris.com

                                -and -

                                Lewis Kruger
                                STROOCK & STROOCK & LAVAN LLP
                                180 Maiden Lane
                                New York, New York 10038-4982
                                Telephone:    (212) 806-5400
                                Facsimile:    (212) 806-6006
                                e-mail:        lkruger@stroock.com

                                *Co-Counsel for the Official Committee of Unsecured Creditors of*
                                *W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

**W.R. Grace & Co., et al.**                    Case No. 01-01139 (JKF)

            Debtors.         Jointly Administered

**Objection Date:  August 10, 2005 at 4:00 p.m.**
**Hearing Date:  To be scheduled, only if objections are**
**timely filed and served**

### FORTY-FIRST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### FROM JUNE 1, 2005 THROUGH JUNE 30, 2005

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **June 1, 2005 through June 30, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$15,429.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$685.78** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hours and the corresponding compensation requested is approximately $185.00[2]

This is the forty-first monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Forty-first Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

WLM\210013 1

**Attachment A**

## Monthly Interim Fee Applications

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02-2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| September 23, 2004 | 8/1/04-<br>8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
|---|---|---|---|---|---|
| October 20, 2004 | 9/1/04 –<br>9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 –<br>10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 –<br>11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 -<br>12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 –<br>1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 –<br>2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 –<br>3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 –<br>4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05-<br>5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |

## Quarterly Fee Applications

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | | |
| May 18, 2005 | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | | |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

July 20, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001        Invoice# 1106877                          IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 15.80 | hrs. at | $525.00 /hr. = | $8,295.00 | |
| RW RILEY | PARTNER | 1.90 | hrs. at | $415.00 /hr. = | $788.50 | |
| WS KATCHEN | PARTNER | 6.90 | hrs. at | $575.00 /hr. = | $3,967.50 | |
| DM SOSNOSKI | PARALEGAL | 0.50 | hrs. at | $160.00 /hr. = | $80.00 | |
| VL AKIN | PARALEGAL | 12.20 | hrs. at | $185.00 /hr. = | $2,257.00 | |
| | | | | | | $15,429.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| MESSENGER SERVICE | 166.50 | |
| MISCELLANEOUS | 173.00 | |
| OVERNIGHT MAIL | 29.67 | |
| PRINTING & DUPLICATING | 23.20 | |
| PRINTING & DUPLICATING - EXTERNAL | 281.65 | |
| TELECOPY | 2.85 | |
| TELEPHONE | 1.91 | |
| TRAVEL - LOCAL | 7.00 | |
| TOTAL DISBURSEMENTS | | $685.78 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $16,114.78 |
| PREVIOUS BALANCE | $84,285.32 |
| TOTAL BALANCE DUE | $100,400.10 |

Duane Morris
July 20, 2005
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1106877

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/2/2005 | 003 | MR LASTOWSKI | REVIEW APRIL 2005 MONTHLY OPERATING REPORTS | 0.40 | $210.00 |
| 6/14/2005 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO EXPEND ESTATE ASSETS TO ESTABLISH AN ADDITIONAL MANUFACTURING FACITLIY | 0.30 | $157.50 |
| | | | Code Total | 0.70 | $367.50 |

File # K0248-00001                                            INVOICE #  1106877
      W.R. GRACE & CO.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/2/2005 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.10 | $18.50 |
| 6/2/2005 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $18.50 |
| 6/2/2005 004 | WS KATCHEN | E-MAIL TO STROOCK. | 0.10 | $57.50 |
| 6/2/2005 004 | WS KATCHEN | ADDITIONAL E-MAILS TO STROOCK AND REPLY. | 0.20 | $115.00 |
| 6/7/2005 004 | VL AKIN | FORWARD E-FILED PLEADINGS TO CO-COUNSEL | 0.20 | $37.00 |
| 6/8/2005 004 | VL AKIN | FORWARD PLEADINGS TO CO-COUNSEL | 0.30 | $55.50 |
| 6/9/2005 004 | MR LASTOWSKI | REVIEW ORDER EXTENDING TIME TO RESPOND TO MOTION TO APPROVE CASE MANAGEMENT ORDER | 0.30 | $157.50 |
| 6/9/2005 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.10 | $18.50 |
| 6/14/2005 004 | VL AKIN | REVIEW DOCKET REGARDING CASE MANAGEMENT ORDERS AND RECENT AGENDAS. CONFERENCE WITH M LASTOWSKI REGARDING SAME. CONFERENCE WITH A. KREGER REGARDING RESPONSE DEADLINE. | 0.90 | $166.50 |
| 6/14/2005 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.40 | $74.00 |
| 6/14/2005 004 | WS KATCHEN | REVIEW EQUITY COMMITTEE'S RESPONSE ON §1121(D) | 0.10 | $57.50 |
| 6/16/2005 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: ADDITIONAL MEETING FACILITY $20MM. | 0.20 | $115.00 |
| 6/17/2005 004 | WS KATCHEN | LEGISLATION UPDATE ON S 852 AT 1/2. | 0.30 | $172.50 |
| 6/20/2005 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 6/20/2005 004 | WS KATCHEN | REVIEW COMMITTEE'S MEMO ON §1121(D) | 0.20 | $115.00 |
| 6/21/2005 004 | DM SOSNOSKI | RETRIEVING ON-LINE DOCKETS PER WSKATCHEN'S REQUEST | 0.50 | $80.00 |
| 6/21/2005 004 | WS KATCHEN | REVIEW COMMITTEE'S MEMO AND CAPSTONE'S MEMO RE: SPECIALTY BUILDING MATERIALS | 0.40 | $230.00 |
| 6/21/2005 004 | WS KATCHEN | REVIEW ACC'S OBJECTION ON §1121(D) MOTION | 0.40 | $230.00 |
| 6/24/2005 004 | WS KATCHEN | REVIEW OCC RESPONSE ON DEBTOR'S MOTION TO APPROVE PI/CMO AND QUESTIONNAIRE. | 0.10 | $57.50 |
| 6/27/2005 004 | VL AKIN | UPDATE 2002 SERVICE LIST AND LABELS | 0.30 | $55.50 |
| 6/27/2005 004 | VL AKIN | PREPARE CERTIFICATE OF SERVICE FOR COMMITTEE RESPONSE TO PI CMO QUESTIONAIRE | 0.40 | $74.00 |
| 6/27/2005 004 | WS KATCHEN | LEGISLATION UPDATE. | 0.30 | $172.50 |
| 6/28/2005 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |

File # K0248-00001                                        INVOICE # 1106877
    W.R. GRACE & CO.

| 6/30/2005 004 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER AND QUESTIONNAIRE AND REVIEW AND EXECUTE TRADE COMMITTEE JOINDER | 0.90 | $472.50 |
| 6/30/2005 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.60 | $111.00 |
| 6/30/2005 004 | VL AKIN | FILE AND SERVE RESPONSE IN SUPPORT OF PI CMO MOTION | 0.70 | $129.50 |
| 6/30/2005 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $57.50 |
| 6/30/2005 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER RE: UPDATE. | 0.20 | $115.00 |
| 6/30/2005 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.10 | $57.50 |
| | | Code Total | 8.70 | $3,058.00 |

Duane Morris
July 20, 2005
Page 5

File # K0248-00001                                    INVOICE #  1106877
        W.R. GRACE & CO.

| Date | | | | Hours | Amount |
|------|---|---|---|-------|--------|
| 6/20/2005 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S TWELFTH OMNIBUS OBJECTION TO CLAIMS | 0.30 | $157.50 |
| | | | Code Total | 0.30 | $157.50 |

Duane Morris
July 20, 2005
Page 6

File # K0248-00001                          INVOICE # 1106877
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/7/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE'S MEMO | 0.20 | $115.00 |
| 6/20/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.70 | $367.50 |
| 6/27/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE'S E-MAIL | 0.10 | $57.50 |
| 6/28/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.60 | $315.00 |
| 6/28/2005 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM R. LANG (CREDITOR) RE: STATUS | 0.30 | $157.50 |
| | | | Code Total | 1.90 | $1,012.50 |

File # K0248-00001                              INVOICE #  1106877
    W.R. GRACE & CO.

| 6/13/2005 008 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR APPROVAL OF LONG TERM EMPLOYEE BENEFIT PROGRAM | 0.30 | $157.50 |
|---|---|---|---|---|
| | | Code Total | 0.30 | $157.50 |

Duane Morris
July 20, 2005
Page 8

File # K0248-00001                                      INVOICE #  1106877
    W.R. GRACE & CO.

| 6/1/2005 010 | WS KATCHEN | REVIEW DAVID AUSTERN'S APPLICATION TO EXTEND TERMS OF CIBC OR FINANCIAL ADVISOR. | 0.10 | $57.50 |
|---|---|---|---|---|
| | | Code Total | 0.10 | $57.50 |

File # K0248-00001                                    INVOICE #  1106877
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 6/8/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING MAY 2005 BILL OF DUANE | 0.30 | $55.50 |
| 6/8/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING MAY 2005 BILL OF DUANE | 0.30 | $55.50 |
| 6/9/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING MAY 2005 BILL OF DUANE | 0.10 | $18.50 |
| 6/14/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' FEE APPLICATION FOR APRIL, 2005. | 0.20 | $83.00 |
| 6/14/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS' 16TH QUARTERLY FEE APPLICATION. | 0.20 | $83.00 |
| 6/14/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION 16TH OF DUANE MORRIS | 0.30 | $55.50 |
| 6/14/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR APRIL 2005 DUANE MORRIS | 0.30 | $55.50 |
| 6/15/2005 | 012 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING APRIL 2005 FEE APP OF DUANE | 0.20 | $37.00 |
| 6/15/2005 | 012 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING 16TH QUARTERLY FEE APP OF DUANE | 0.20 | $37.00 |
| 6/15/2005 | 012 | VL AKIN | REVIEW MAY 2005 BILL OF DUANE | 0.40 | $74.00 |
| 6/17/2005 | 012 | RW RILEY | REVIEWING MAY 2005 APPLICATION FOR DUANE MORRIS | 0.50 | $207.50 |
| 6/17/2005 | 012 | VL AKIN | FORWARD FINAL BILL FOR MAY 2005 TO W. KATCHEN | 0.10 | $18.50 |
| 6/17/2005 | 012 | VL AKIN | PREPARE MAY 2005 FEE APPLICATION OF DUANE | 1.00 | $185.00 |
| 6/20/2005 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS MAY 2005 FEE APPLICATION | 0.30 | $157.50 |
| 6/20/2005 | 012 | VL AKIN | FILE AND SERVE MAY 2005 FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| | | | Code Total | 5.10 | $1,252.50 |

Duane Morris
July 20, 2005
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1106877

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|-----------|-------------|-------|--------|
| 6/1/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 14TH INTERIM FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| 6/1/2005 | 013 | VL AKIN | REVIEW DOCKET REGARDING OBJECTIONS TO 14TH INTERIM FEE APPLICATION OF CAPSTONE | 0.10 | $18.50 |
| 6/1/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING FOURTEENTH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 6/6/2005 | 013 | VL AKIN | FILE APRIL 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 6/6/2005 | 013 | VL AKIN | FILE APRIL 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 6/14/2005 | 013 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE CORPORATE RECOVERY'S 5TH QUARTERLY FEE APPLICATION. | 0.20 | $83.00 |
| 6/14/2005 | 013 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION FOR STROOCK & STROOCK & LAVAN'S 15TH QUARTERLY FEE APPLICATION | 0.20 | $83.00 |
| 6/14/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 15TH FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 6/15/2005 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING FIFTH QUARTERLY FEE APPLICATION OF CAPTSONE | 0.20 | $37.00 |
| 6/15/2005 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING 15TH QUARTERLY FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 6/28/2005 | 013 | VL AKIN | FILE MAY 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| | | | Code Total | 2.70 | $591.50 |

Duane Morris
July 20, 2005
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1106877

| | | | | |
|---|---|---|---|---|
| 6/1/2005 015 | MR LASTOWSKI | REVIEW 5/16/05 TRANSCRIPT | 0.50 | $262.50 |
| 6/21/2005 015 | WS KATCHEN | REVIEW AGENDA FOR JUNE 27, 2005. | 0.20 | $115.00 |
| 6/23/2005 015 | MR LASTOWSKI | REVIEW ORDERS SIGNED ON 6/22/05 | 0.30 | $157.50 |
| 6/23/2005 015 | MR LASTOWSKI | REVIEW 6/27/05 AGENDA | 0.30 | $157.50 |
| 6/24/2005 015 | MR LASTOWSKI | REVIEW AGENDA BOOK FOR 6/27/05 OMNIBUS HEARING AND RELATED PLEADINGS | 3.20 | $1,680.00 |
| 6/27/2005 015 | MR LASTOWSKI | ATTEND JUNE 27, 2005 OMNIBUS HEARING | 3 70 | $1,942 50 |
| 6/27/2005 015 | MR LASTOWSKI | TELEPHONE CALL TO L. KRUGER AND A. KRIEGER RE: JUNE 27, 2005 OMNIBUS HEARING | 0 40 | $210 00 |
| 6/27/2005 015 | MR LASTOWSKI | PREPARE FOR 6/27/05 OMNIBUS HEARING | 1 20 | $630.00 |
| 6/27/2005 015 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: JUNE 27, 2005 HEARING. | 0.40 | $230.00 |
| 6/30/2005 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF 6/27/05 HEARING IN CONNECTION WITH EXCLUSIVITY ISSUES | 0.60 | $315.00 |
| 6/30/2005 015 | VL AKIN | OBTAIN HEARING TRANSCRIPT FOR 6/27/05 | 0.10 | $18.50 |
| | | Code Total | 10.90 | $5,718.50 |

Duane Morris
July 20, 2005
Page 12

File # K0248-00001                                    INVOICE # 1106877
        W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/2/2005 | 016 | WS KATCHEN | REVIEW NJDEP COMPLAINT V. GRACE (CIVIL ACTION). | 0.30 | $172.50 |
| 6/14/2005 | 016 | WS KATCHEN | REVIEW MOTION BY MONTANA RE: §362(D) THIRD PARTY COMPLAINT V. W. R. GRACE (83 TORT ACTIONS). | 0.20 | $115.00 |
| 6/14/2005 | 016 | WS KATCHEN | RESEARCH TO SUPPORT OPPOSITION TO ABOVE. | 0.90 | $517.50 |
| | | | Code Total | 1.40 | $805.00 |

File # K0248-00001                                          INVOICE # 1106877
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 6/8/2005 | 017 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S RESPONSE TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.30 | $157.50 |
| 6/13/2005 | 017 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.00 | $0.00 |
| 6/13/2005 | 017 | MR LASTOWSKI | REVIEW FUTURE CLAIMS REPRESENTATIVE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.30 | $157.50 |
| 6/17/2005 | 017 | WS KATCHEN | RESEARCH RE:  PLAN ISSUE ON UNIMPAIRED. | 0.60 | $345.00 |
| 6/18/2005 | 017 | WS KATCHEN | RESEARCH PLAN ISSUE - UNIMPAIRDS. | 0.60 | $345.00 |
| 6/20/2005 | 017 | WS KATCHEN | RESEARCH PLAN ISSUE - UNIMPAIRED'S. | 0.60 | $345.00 |
| 6/30/2005 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM ANDERSON KILL RE: STATUS | 0.20 | $105.00 |
| | | | Code Total | 2.60 | $1,455.00 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1106877

| | | | | |
|---|---|---|---|---|
| 6/3/2005 018 | MR LASTOWSKI | REVIEW MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTIN'S WITHDRWAWAL OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0 10 | $52.50 |
| 6/8/2005 018 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.30 | $157.50 |
| 6/28/2005 018 | RW RILEY | REVIEWING COMMITTEE'S RESPONSE TO MONTANA STAY MOTION | 0 60 | $249.00 |
| 6/28/2005 018 | VL AKIN | EDIT OPPOSITION TO LIFT STAY MOTION OF STATE OF MONTANA | 0.30 | $55 50 |
| 6/28/2005 018 | VL AKIN | PREPARE SERVICE LIST AND CERTIFICATE OF SERVICE FOR OPPOSITION TO MONTANA LIFT STAY MOTION | 0 60 | $111.00 |
| 6/28/2005 018 | VL AKIN | FILE AND SERVE OPPOSITION TO MONTANA STAY MOTION | 0.70 | $129.50 |
| | | Code Total | 2.60 | $755.00 |

Duane Morris
July 20, 2005
Page 15

File # K0248-00001                                    INVOICE #  1106877
    W.R. GRACE & CO.

                            TOTAL SERVICES              37.30    $15,429.00

File # K0248-00001                                      INVOICE #  1106877
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 6/30/2005 | PRINTING & DUPLICATING - EXTERNAL | | 281.65 |
| | | Total: | $281.65 |
| 6/30/2005 | TELEPHONE | | 1.91 |
| | | Total: | $1.91 |
| 6/30/2005 | TRAVEL - LOCAL | | 7.00 |
| | | Total: | $7.00 |
| 6/20/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SEIGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790550377016) | | 6.93 |
| 6/20/2005 | OVERNIGHT MAIL PACKAGE SENT TO BOSSAY STEVE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790058711981) | | 22.74 |
| | | Total: | $29.67 |
| 6/30/2005 | MESSENGER SERVICE | | 5.00 |
| 6/30/2005 | MESSENGER SERVICE | | 161.50 |
| | | Total: | $166.50 |
| 6/1/2005 | MISCELLANEOUS DOCUMENT RETRIEVAL | | 173.00 |
| | | Total: | $173.00 |
| 6/30/2005 | TELECOPY | | 2.85 |
| | | Total: | $2.85 |
| 6/30/2005 | PRINTING & DUPLICATING | | 19.20 |
| 6/30/2005 | PRINTING & DUPLICATING | | 4.00 |
| | | Total: | $23.20 |
| | TOTAL DISBURSEMENTS | | $685.78 |