IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS PF | ) | |
| W.R. GRACE & CO., suing of behalf of | ) | |
| the Chapter 11 Bankruptcy estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | Adv. No. 02-2210 |
| Plaintiffs, | ) | [LEAD DOCKET] |
| | ) | |
| Against | ) | |
| | ) | |
| SEALED AIR CORPORATION and | ) | |
| CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | Adv. No. 02-2211 |
| W.R. GRACE & CO., suing on behalf of | ) | |
| the Chapter 11 Bankruptcy Estate of W.R. | ) | |
| Grace & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Against | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE | ) | **Affects Adv. No 02-2210 & 02-2211** |
| HOLDINGS, INC. and | ) | |
| NATIONAL MEDICAL CARE, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

{D0026474:1}

## **CERTIFICATE OF SERVICE**

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify that on July 21, 2005, I caused a copy of the foregoing **Certification of No Objection** to be served upon: (i) the Notice Parties, (ii) the Fee Auditor, (iii) the Office of the United States Trustee, and (iv) the Debtor (attn: David B. Siegel) via first class U. S. Mail.

*/s/Kathleen J. Campbell*
Kathleen J. Campbell

Dated: July 21, 2005

{D0026474:1 }