IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Related to Docket Nos. 8645, 8646, 8647, 8648, 8649, 8650, 8651, 8652 and 8848**

## NOTICE OF CANELLATION OF RULE 30(b)(6) DEPOSITIONS

**PLEASE TAKE NOTICE** that the depositions of the entities listed on Exhibit 1 attached hereto and scheduled for the times shown in the Notice of Rescheduling of Rule 30(b)(6) Depositions (Docket No. 8848) have been cancelled.

Dated: July 21, 2005

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Michelle Browdy
Janet S. Baer
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB, PC

*/s/ Scotta E. McFarland*

Laura Davis Jones (Bar No. 2436)
David W. Carickoff, Jr. (Bar No. 3715)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:110201.1