# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                         June 1, 2005 – June 30, 2005

Invoice No. 17085

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 15.10 | 3,117.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 2.30 | 483.00 |
| B18 | Fee Applications, Others - | 7.00 | 982.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 4.50 | 1,080.00 |
| B25 | Fee Applications, Applicant - | 9.00 | 1,207.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.60 | 144.00 |
| B32 | Litigation and Litigation Consulting - | 0.80 | 141.50 |
| B36 | Plan and Disclosure Statement - | 8.60 | 2,064.00 |
| B37 | Hearings - | 5.30 | 1,272.00 |
| B41 | Relief from Stay Litigation - | 2.70 | 620.00 |
| | **Total** | **55.90** | **$11,111.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 3.40 | 561.00 |
| Rick S. Miller | 225.00 | 1.80 | 405.00 |
| Steven G. Weiler | 150.00 | 4.90 | 735.00 |
| Theodore J. Tacconelli | 240.00 | 34.50 | 8,280.00 |
| Paralegal | 100.00 | 11.00 | 1,100.00 |
| Law Clerk | 100.00 | 0.30 | 30.00 |
| **Total** | | **55.90** | **$11,111.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | 791.15 |
| **Total Disbursements** | **$791.15** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jun-01-05 | *Claims Analysis Obj. & Res. (Non-Asb)* -review response by Matthew Supply Co. to claim objection | 0.10 | TJT |
| | *Case Administration* - trade emails with M Kramer re: pro hac motion | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Jun-02-05 | *Case Administration* - review L Tersigni's 4/05 fee app | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - attend teleconference with committee | 0.60 | RSM |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.50 | TJT |
| Jun-03-05 | *Case Administration* - review Caplan Drysdale 4/05 fee app | 0.10 | TJT |
| | *Case Administration* - review Legal Analysis Systems 4/05 fee app | 0.10 | TJT |
| | *Case Administration* - review Campbell Levine 4/05 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - e-mail from S. Bossay re: 15th interim charts and spreadsheet | 0.10 | LLC |
| Jun-04-05 | *Fee Applications, Applicant* - review email from S Bossay re: 15th interim quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review chart for 15th interim period quarterly fee apps | 0.10 | TJT |
| Jun-05-05 | *Claims Analysis Obj. & Res. (Asbestos)* review notice of intent to object to claim of R Vaughn with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* review notice of intent to object to claim of J Burrell with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* review notice of intent to object to claim of A Flores with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* review notice of intent to object to claim of Lanedale Co-op with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* review notice of intent to object to claim of E Modelski with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* review notice of intent to object to claim of J Gubbin with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* review notice of intent to object to claim of R Larson with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* review notice of intent to object to claim of Terrance Properties Ltd. with attachment | 0.10 | TJT |
| | *Case Administration* - review Campbell Levine 3/05 fee app | 0.10 | TJT |
| | *Case Administration* - review monthly operating report for 4/05 | 0.10 | TJT |
| | *Case Administration* - review Latham Watkins 3/05 fee app | 0.10 | TJT |
| Jun-07-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Reveiw notice of intent to object to claim by Unified Government of Wyandotte County with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object to claim of City of Philadelphia with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object to claim by Fresno County, California with attachments (x9) | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | to claims by Norm S Restaurants with attachments (x2) |  |  |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object to claims of Alnor Company with attachments | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object to claims by H Mack with attachments | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object to claim by Burlington Northern and Santa Fe Railroad with attachments | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object to claim by State of California with attachments | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object to claim of J. Luce with attachment | 0.10 | TJT |
|  | *Case Administration* - review Reed Smith 4/05 fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - review Certificate of No Objection re:: Bilzin Sumberg 3/05 fee app | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's April 2005 Fee Application | 0.10 | LLC |
|  | *Fee Applications, Applicant* - review May 2005 prebill for FT | 0.10 | TJT |
|  | *Fee Applications, Applicant* - review May 2005 prebill | 0.40 | TJT |
|  | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 5/05 pre-bill | 0.30 | PL |
|  | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's 5/05 invoice for filing and draft notice and Certificate of Service re same | 0.50 | PL |
|  | *Fee Applications, Applicant* - finalize Ferry, Joseph & Pearce's 5/05 invoice, prepare for filing, e-file and serve Ferry, Joseph & Pearce's 5/05 fee app | 0.70 | PL |
|  | *Fee Applications, Applicant* - review docket, prepare Ferry, Joseph & Pearce's April 05 Certificate of No Objection for filing, and e-file and serve | 0.50 | PL |
| Jun-08-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object claim of A. Vinikor with attachment | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of intent to object claim of J. Wilkinson with attachment | 0.10 | TJT |
|  | *Case Administration* - Review second amended 2019 statement by Environmental Litigation Group | 0.10 | TJT |
|  | *Case Administration* - Prepare email to M. Kramer re pro hac vice motion | 0.10 | TJT |
|  | *Case Administration* - Review Stroock April '05 fee application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review FJ&P May '05 fee application prior to filing | 0.10 | TJT |
| Jun-09-05 | *Case Administration* - review motion for relief from stay filed by Montana | 0.30 | RSM |
|  | *Case Administration* - Scan, and forward to J. Sakalo via e-mail, State of Montana's motion for relief from automatic stay | 0.10 | SGW |
|  | *Committee, Creditors', Noteholders' or* -Review e-mail from R. Ramphal to T. Tacconelli re: committe conference call and confer with R. Miller re: same | 0.10 | LLC |
|  | *Relief from Stay Litigation* - teleconference with S. Weiler re motion by | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | State of Montana for relief from stay | | |
| | *Fee Applications, Applicant* - Review and revise Certificate of No Objection re: April 2005 monthly Fee Application | 0.10 | LLC |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Ferry, Joseph & Pearce's 4/05 Certificate of No Objection | 0.50 | PL |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 4/05 Certificate of No Objection | 0.30 | PL |
| Jun-10-05 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Sierra Capital to Eleventh Avenue's Objection of Claim re claim no. 649 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Sierra Capital to Eleventh Avenue's Objection of Claim re claim no. 777 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Sierra Capital to Eleventh Avenue's Objection of Claim re claim no. 639 | 0.10 | TJT |
| | *Case Administration* - Review motion of FCR & PI Committee for extension of exclusivity motion | 0.50 | RSM |
| | *Case Administration* - Revise objection to 8th Exclusivity Motion (.1); prepare service for same (.1); scan, file and assist in serving same (.2); notify co-counsel of same (.1) | 0.50 | SGW |
| | *Case Administration* - Confer with S. Weiler re objection to eighth exclusivity motion | 0.10 | TJT |
| | *Case Administration* - Review letter from M. Shelnitz to Judge Fitzgerald re current financial information | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review email from R. Ramphall re teleconference with with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Kramer re objection to 8th exclusivity motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of objection to eighth exclusivity motion | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from D. Speights (x3) re eighth exclusivity motion | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from S. Baena re objection to eighth exclusivity motion (x4) | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from M. Dies re objection to eighth exclusivity motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Scott re objection to eighth exclusivity motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from E. Westbrook re objection to eighth exclusivity motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from E. Cabraiser re objection to eighth exclusivity motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from E. Cabraiser re objection to eighth exclusivity motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review revised draft of objection to eighth exclusivity motion | 0.50 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Teleconferences with M. Kramer re objection to eighth exclusivity motion | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from M. Kramer re final version of objection to eighth exclusivity motion | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from S. Weiler re objection to eighth exclusivity motion | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with S. Weiler re objection to eighth exclusivity motion | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review e-mail from J. Sakalo re motion for relief from stay filed by State of Montana | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review e-mail from S. Weiler re motion for relief from stay filed by State of Montana | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Download and review Certifcate of Counsel re: order on Quarterly Fee Applications from 15th period | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's 5/05 prebill | 0.30 | PL |
|  | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's 5/05 invoice for filing and draft notice and Certificate of Service re same | 0.60 | PL |
| Jun-11-05 | *Case Administration* - Review supplemental 2019 statement filed by Thornton and Nacmas | 0.10 | TJT |
|  | *Case Administration* - Review summary of Baker Donelson quarterly fee application of Oct.-Dec. 04 | 0.10 | TJT |
|  | *Case Administration* - Review Certification of Counsel re order approving quarterly fee applications for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Certification of Counsel re project summary chart for 15th interim period quarterly fee applications | 0.10 | TJT |
|  | *Case Administration* - Review debtor's motion for implementation of 2005-07 long-term key employee retention program | 0.50 | TJT |
|  | *Case Administration* - Review Nelson Mullens April 05 fee application | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare certificate of service to Bilzin's response to auditor's final report for the 15th interim period, prepare for service | 0.30 | PL |
|  | *Plan and Disclosure Statement* - Review PI committee's objection to eighth exclusivity motion | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review response by equity committee in support of the eighth exclusivity motion | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review joint motion to extend deadline for PI CMO | 0.20 | TJT |
| Jun-12-05 | *Case Administration* - Review Capstone April 05 fee application | 0.10 | TJT |
| Jun-13-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by R. Palaczo to 11th Omnibus objection and claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - review response by Iron Mountain to 11th Omnibus objection and claims | 0.10 | TJT |
|  | *Case Administration* - Review Steptoe and Johnson's Feb. 05 fee application | 0.10 | TJT |
|  | *Case Administration* - Review K&E Apr. 05 fee application | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Latham Watkins Apr. 05 fee application | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Caplan and Drysdale 15th interim period quarterly fee application | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Lukins Annis 15th interim period quarterly fee application | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re no objections for 15th interim period quarterly fee applications | 0.10 | TJT |
|  | *Case Administration* - Review change of name of firm for Libby claimants and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Kramer Levin 15th interim period quarterly fee application | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re K&E for 15th interim period | 0.20 | TJT |
|  | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's May 05 fee application prior to filing | 0.20 | TJT |
|  | *Fee Applications, Applicant* - finalize Ferry, Joseph & Pearce's 5/05 invoice, prepare for filing, e-file and serve same | 0.60 | PL |
| Jun-14-05 | *Case Administration* - Prepare pro hac vice motion and certificate of service, e-file and serve | 0.30 | PL |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve | 0.50 | PL |
|  | *Fee Applications, Applicant* - Review Certificate of No Objection re: April 2005 Fee Application | 0.10 | LLC |
| Jun-15-05 | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's 16th interim fee request | 0.10 | LLC |
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Ferry, Joseph & Pearce's quarterly Certificate of No Objection (2/05-4/05) | 0.50 | PL |
|  | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 2/05-4/05 Certificate of No Objection | 0.30 | PL |
| Jun-16-05 | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphal re: todays PD Committee conference call | 0.10 | LLC |
|  | *Committee, Creditors', Noteholders' or* - Attend PD Committee conference call | 0.60 | LLC |
| Jun-17-05 | *Case Administration* - Review fee auditor's final report re Bilzin Sumberg quarterly fee application for the 15th interim period | 0.10 | TJT |
|  | *Fee Applications, Others* - Obtain Fee Auditor's final report re: Bilzin Sumberg's 15th Interim Fee Application | 0.10 | SGW |
|  | *Fee Applications, Others* - Review e-mail from J. Sakalo re response to fee auditor's final report re Bilzin Sumberg quarterly fee application for the 15th interim period | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare response of Bilzin Sumberg to fee auditor's final report for e-filing | 0.30 | TJT |
|  | *Fee Applications, Others* - Confer with paralegal re certificate of service of | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | response to to fee auditor's final report to Bilzin Sumberg quarterly fee application for the 15th interim period |  |  |
|  | *Fee Applications, Others* - E-file and oversee service of response of Bilzin Sumberg to fee auditor's final report for the 15th interim period | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Download and review debtor's motion for leave to file responses to objections to eighth exclusivity motion and review proposed response | 0.40 | TJT |
| Jun-19-05 | *Case Administration* - Review fee audutor's final report re Capstone for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Protiviti for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Swidler Berlin for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Wallace King for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Woodcock Washburn for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review debtor's motion to establish additional manufacturing facility | 0.40 | TJT |
|  | *Case Administration* - Review objection of Future's Rep to eighth exclusivity motion | 0.40 | TJT |
|  | *Case Administration* - Review fee auditor's final report re CDG for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Stroock for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Richardson Patrick for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review W. Smith and Associates' May 05 fee application | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re Reed Smith for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Review fee auditor's final report re PWC for 15th interim period | 0.10 | TJT |
|  | *Case Administration* - Prepare for estimation hearing | 0.20 | TJT |
| Jun-20-05 | *Case Administration* - Review PWC April 05 fee application | 0.10 | TJT |
| Jun-21-05 | *Case Administration* - Review 2019 statement filed by Edward Moody | 0.10 | TJT |
|  | *Hearings* - Review agenda for 6/27/05 hearing | 0.10 | TJT |
| Jun-22-05 | *Case Administration* - Review 3rd amended 2019 statement by Silber Pearlman | 0.10 | TJT |
|  | *Case Administration - Case Administration* - Review 3rd amended 2019 statement by Le Blanc and Waddell | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Teleconference with A. Danzeisen re estimation hearing results in Federal Mogul, upcoming estimation in U.S.G. and related issues | 0.50 | TJT |
| Jun-23-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of | 0.10 | TJT |

| Description | Hours | Atty |
|---|---|---|
| Fort Wayne Chamber of Commerce | | |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of Wausau | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of American Medical Association | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of Jefferson Pilot Life Insurance Company | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of Harvard Vanguard | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of Byars Machine Company | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of Maryland Casualty Company | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of Northwest Community Hospital | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's 12th omnibus objection to claims filed by Speights and Rynuan with attachments | 0.60 | TJT |
| *Case Administration* - Review Duane Morris May 05 fee app | 0.10 | TJT |
| *Case Administration* - Review 14th supplemental affidavit of K&E | 0.10 | TJT |
| *Case Administration* - Review summary of K&E quarterly fee app of Jan.-Mar. 05 | 0.10 | TJT |
| *Case Administration* - Review summary of Nelson Mullins' quarterly fee app of Jan.-Mar. 05 | 0.10 | TJT |
| *Committee, Creditors', Noteholders' or* - Review e-mail from A. Danzeisen re teleconference with committee | 0.10 | TJT |
| *Fee Applications, Others* - Finalize, and e-file Certificate's of No Objection re: 1st and 2nd monthly Fee Application's of LECG, LLC | 0.60 | LLC |
| *Fee Applications, Others* - Teleconference with J. Port at W.R. Grace re: CDG 15th Interim Application fees | 0.10 | SGW |
| *Fee Applications, Others* - Review Certificate of No Objection re LECG (Feb. 05 fee app) | 0.10 | TJT |
| *Fee Applications, Others* - Review Certificate of No Objection re LECG (Mar. 05 fee app) | 0.10 | TJT |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve LECG's 2/05 cno | 0.50 | PL |
| *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve LECG's 3/05 cno | 0.50 | PL |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re LECG 2/05 Fee Application | 0.30 | PL |
| *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re LECG 3/05 Fee Application | 0.30 | PL |
| *Fee Applications, Applicant* - Finalize, e-file and serve Certificate of No Objection re: 11th quarterly fee request | 0.40 | LLC |
| *Fee Applications, Applicant* - Review Certificate of No Objection re FJ&P re 11th quarterly fee app | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Ferry, Joseph & Pearce's 1/05-3/05 cno | 0.50 | PL |
|  | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 1/05-3/05 Fee Application | 0.30 | PL |
| Jun-24-05 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Berry and Berry to 11th Omnibus Objection to Claims | 0.10 | TJT |
|  | *Fee Applications, Others* - Forward CDG CNO to J. Port at WR Grace re: 15th interim period (.1); follow-up with S. Jones re: same (.1) | 0.20 | SGW |
|  | *Hearings* - Review amended agenda for 6/27/05 hearing | 0.10 | TJT |
| Jun-25-05 | *Case Administration* - Review Carella Byrne May 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock and Washburn April 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Tax October 04 Fee App | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Tax November 04 Fee App | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Tax December 04 Fee App | 0.10 | TJT |
|  | *Case Administration* - Review amended 2019 statement filed by Baron and Budd | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review notice of supplement to State of Montana's motion for relief from stay | 0.10 | TJT |
| Jun-26-05 | *Case Administration* - Review Deloitte Tax January 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Tax Feb. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Tax March 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review order allowing pension fund contribution | 0.10 | TJT |
|  | *Case Administration* - Review order allowing Lake Charles pension fund contribution | 0.10 | TJT |
| Jun-27-05 | *Claims Analysis Obj. & Res. (Asbestos)* - trade e-mails with J. Sakalo re objection to PD claims | 0.20 | TJT |
|  | *Case Administration* - Prepare Notices of Withdrawal re: Ferry, Joseph & Pearce's 11th interim and 36th monthly Fee Applications and Certificate's of No Objection re: 11th interim Fee Application (.4); briefly discuss same with S. Bossay at WH Smith's office (.1); briefly discuss same with L. Coggins (.1); order 6/27/05 hearing transcript (.1); revise both applications and Certificate's of No Objection to be re-filed in the main proceeding (.3); scan same for filing and service on 6/28/05 (.2) | 1.20 | SGW |
|  | *Case Administration* - Review court handouts | 0.20 | SGW |
|  | *Case Administration* - Review PGS May 05 Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: approval of Sealed Air settlement and closing of adversary | 0.10 | LLC |
|  | *Hearings* - trade e-mails with J. Sakalo re 6/27/05 hearing preparation | 0.20 | TJT |
|  | *Hearings* - Prepare for hearing | 0.30 | TJT |
|  | *Hearings* - teleconference with J. Sakalo re 6/27/05 hearing preparation | 0.10 | TJT |
|  | *Hearings* - attend Bankruptcy Court and confer with co-counsel prior to and after hearing | 3.80 | TJT |
|  | *Hearings* - Confer with S. Weiler re transcript for 6/27/05 hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Prepare e-mail to co-counsel re handouts | 0.20 | TJT |

| | | | |
|---|---|---:|---|
| | presented by debtors during hearing today | | |
| | *Fee Applications, Applicant* - Advise S. Weiler re: filing of adversary Fee Applications in main case | 0.20 | LLC |
| | *Fee Applications, Applicant* - Confer with S. Weiler re withdrawal of pending fee applications and fraudulent transfer adversary as directed by court | 0.20 | TJT |
| Jun-28-05 | *Case Administration* - confer with T. Tacconelli re: results of 6/27/05 hearing and case management issues | 0.40 | RSM |
| | *Case Administration* - File Notices of Withdrawal re: Ferry, Joseph & Pearce's 11th quarterly and 36th monthly Fee Applications, and Certificate's of No Objection re: Ferry, Joseph & Pearce's 11th quarterly Fee Application (.3); re-file same in main proceeding (.4); assist in service of same (.3) | 1.00 | SGW |
| | *Case Administration* - Prepare service for PD Comm. Obj. to State of Montana's Motion for Relief from Stay (.2); scan, file and assist serving same (.4) | 0.60 | SGW |
| | *Case Administration* - Review e-mail from A. Danzeisen re appointment of K&E partner to head EPA | 0.10 | TJT |
| | *Case Administration* - Review Baltimore Sun article re appointment of K&E partner to head EPA | 0.20 | TJT |
| | *Case Administration* - Review e-mail from A. Danzeisen re Fair Act Amendment | 0.10 | TJT |
| | *Case Administration* - Review affidavit of S. Fine | 0.10 | TJT |
| | *Case Administration* - Review CIBC May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review bankruptcy section of Fair Act Amendments (1/2 x with Federal Mogul) | 0.30 | TJT |
| | *Case Administration* - compare e-mail recipients those listed on Certificates of Service of numerous e-filings today, revise some e-mail addresses | 0.20 | PL |
| | *Case Administration* - Retrieval of case from 3rd Circuit as requested by co-counsel | 0.10 | LC |
| | *Fee Applications, Others* - email documents which were e-filed according to the court's request | 0.10 | PL |
| | *Litigation and Litigation Consulting* - Meeting with S. Weiler re email designations for various fiilngs regarding withdrawal from this action into the main actionl | 0.20 | PL |
| | *Hearings* - Confer with RSM re results of 6/27/05 hearing | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re debtor's exhibits during 6/27/05 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with D. Speights re results of 6/27/05 hearing and related issues | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from C. Brenneman re Armstrong appeal papers | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review e-mail from A. Danzeisen re objection to State of Montana motion for relief from stay | 0.10 | TJT |
| | *Relief from Stay Litigation* - Teleconference with A. Danzeisen re objection | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | to State of Montana motion for relief from stay | | |
| | *Relief from Stay Litigation* - Briefly review State of Montana motion for relief from stay and confer with S. Weiler re objection to same | 0.20 | TJT |
| | *Relief from Stay Litigation* - trade e-mails with A. Danzeisen re objection to State of Montana motion for relief from stay | 0.20 | TJT |
| | *Relief from Stay Litigation* - Review objection to State of Montana motion for relief from stay and oversee filing and service | 0.60 | TJT |
| | *Relief from Stay Litigation* - prepare objection to Motion of the State of Montana for Relief from the Automatic Stay for service | 0.20 | PL |
| | *Fee Applications, Applicant* - Discuss service and filing issues re: transferred FT Fee Applications with S. Weiler | 0.20 | LLC |
| | *Fee Applications, Applicant* - Advise S. Weiler re: filing Certificate's of No Objection re: transfered FT Fee Applications | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review notice of withdrawal of docket no. 747 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review notice of withdrawal of docket no. 744 | 0.10 | TJT |
| | *Fee Applications, Applicant* - email documents which were e-filed according to the court's request | 0.10 | PL |
| Jun-29-05 | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - e-mail from L. Flores re: HRA April 2005 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from L. Flores re: HRA May 2005 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Scan, and file Certificate of No Objection re: Ferry, Joseph & Pearce's Fee Application | 0.20 | LC |
| | *Litigation and Litigation Consulting* - Download and review order approving Sealed Air Settlement | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Review order approving Sealed Air settlement | 0.30 | TJT |
| | *Relief from Stay Litigation* - Review debtor's objection to State of Montana's motion for relief from stay | 0.50 | TJT |
| | *Relief from Stay Litigation* - Review unsecured creditor committee's objection to State of Montana motion for relief from stay | 0.40 | TJT |
| Jun-30-05 | *Case Administration* - Forward 6/27 transcript to J. Sakalo (.1); forward copy to T. Tacconelli (.1); prepare service re: PD Comm.'s objection to Debtors' PI CMO Motion (.2); revise, scan, file and assist in serving same (.4); forward filed version to M. Kramer via e-mail (.1) | 0.90 | SGW |
| | *Fee Applications, Others* - Review HRA April 05 Fee Application prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - Review HRA May 05 Fee Application prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - Review and revise HRA's 4/05 Fee Application and draft Certificate of Service | 0.30 | PL |

| | | | |
|---|---|---:|---|
| | *Fee Applications, Others* - prepare documents for filing, e-filing and serve re HRA's 4/05 Fee Application | 0.50 | PL |
| | *Fee Applications, Others* - Review and revise HRA's 5/05 Fee Application and draft Certificate of Service | 0.30 | PL |
| | *Fee Applications, Others* - prepare documents for filing, e-filing and serve re HRA's 5/05 Fee Application | 0.50 | PL |
| | *Hearings* - Teleconference with court reporter re corrections to 6/27/05 hearing transcript | 0.20 | TJT |
| | *Hearings* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re meeting with debtors in D.C. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Dies re meeting with debtors in D.C. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re meeting with debtors in D.C. and related issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 6/27/05 hearing transcript | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review final version of findings of fact and conclusions of law | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review objection to debtor's PICMO motion | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with S. Weiler re objection to debtor's PICMO motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re estimation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from M. Kramer re objection to PICMO | 0.20 | TJT |
| | Totals | 55.90 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Jun-02-05 | *Expense* - copying cost | 60.45 |
| | *Expense* - postage | 10.64 |
| Jun-06-05 | *Expense* - copying cost | 9.60 |
| | *Expense* - postage | 2.56 |
| Jun-08-05 | *Expense* - Postage | 0.83 |
| | *Expense* - service supplies | 1.00 |
| Jun-09-05 | *Expense* - Federal Express | 29.85 |
| | *Expense* - Copying cost  20 @ 0.15 | 3.00 |
| | *Expense* - Copying cost  15 @ 0.15 | 2.25 |
| | *Expense* - Postage | 1.20 |
| | *Expense* - service supplies | 3.00 |
| | *Expense* - Copying cost  15 @ 0.15 | 2.25 |
| | *Expense* - Postage | 1.20 |
| | *Expense* - service supplies | 3.00 |
| Jun-13-05 | *Expense* - Copying cost  54 @ 0.15 | 8.10 |

|            |                                              |         |
|------------|----------------------------------------------|---------|
|            | *Expense* - Postage                          | 2.58    |
|            | *Expense* - service supplies                 | 4.00    |
| Jun-14-05  | *Expense* - Blue Marble Logistics -- copies  | 201.40  |
|            | *Expense* - Copying cost  65 @ 0.15          | 9.75    |
|            | *Expense* - Postage  7 @ 0.60                | 4.20    |
|            | *Expense* - service supplies                 | 13.00   |
|            | *Expense* - Copying cost  60 @ 0.15          | 9.00    |
|            | *Expense* - Postage  5 @ 0.60                | 3.00    |
|            | *Expense* - service supplies                 | 12.00   |
| Jun-15-05  | *Expense* - Copying cost  56 @ 0.15          | 8.40    |
|            | *Expense* - Postage  8 @ 0.60                | 4.80    |
|            | *Expense* - service supplies                 | 14.00   |
| Jun-17-05  | *Expense* - Parcel's, Inc.                   | 136.70  |
| Jun-22-05  | *Expense* - West Law - legal research        | 13.28   |
| Jun-23-05  | *Expense* - Copying cost  75 @ 0.15          | 11.25   |
|            | *Expense* - Postage  9 @ 0.60                | 5.40    |
|            | *Expense* - service supplies                 | 15.00   |
|            | *Expense* - Copying cost  75 @ 0.15          | 11.25   |
|            | *Expense* - Postage  9 @ 0.60                | 5.40    |
|            | *Expense* - service supplies                 | 15.00   |
|            | *Expense* - Copying cost  65 @ 0.15          | 9.75    |
|            | *Expense* - Postage  7 @ 0.60                | 4.20    |
|            | *Expense* - service supplies                 | 13.00   |
| Jun-29-05  | *Expense* - Copying cost  150 @ 0.15         | 22.50   |
|            | *Expense* - Postage 8 @ 1.83                 | 14.64   |
|            | *Expense* - service supplies                 | 14.00   |
| Jun-30-05  | *Expense* - Copying cost  208 @ 0.15         | 31.20   |
|            | *Expense* - Postage  8 @ 0.83                | 6.64    |
|            | *Expense* - service supplies                 | 13.00   |
|            | *Expense* - Copying cost 39 @ 0.15           | 5.85    |
|            | *Expense* - postage                          | 2.58    |
|            | *Expense* - service supplies                 | 3.00    |
|            | *Expense* - Copying cost 39 @ 0.15           | 5.85    |
|            | *Expense* - Postage                          | 3.60    |
|            | *Expense* - service supplies                 | 3.00    |
|            | **Totals**                                   | **$791.15** |

| | |
|---|---|
| **Total Fees & Disbursements** | $11,902.15 |
| **Balance Due Now** | |
| | $11,902.15 |