# Attachment 1

## SP Sale Agreement Terms

# ATTACHMENT 1

### Sale of Specialty Polymers Business
### Summary of Transaction

| | |
|---|---|
| Business to be sold: | Specialty Polymers business |
| Buyer: | SANCAP Liner Technology, Inc., an Ohio corporation ("SANCAP"), 16125 Armour Street, N.E., Alliance, Ohio 44601, Telephone 330-821-1166, Fax: 330-821-0364 |
| Description of business: | Manufacture and sale of specialty polymers, including polyvinylidene chloride (PVdC) and other emulsion latex polymers, used in packaging and other barrier applications. |

| Revenue and net income (assuming tax rate of 36%): | | 2004 | 2003 |
|---|---|---|---|
| | Revenue | $19,259,000 | $22,455,000 |
| | Net Income | $ (282,000) | $ 550,000 |

| | |
|---|---|
| Purchase price | $4,600,000 in cash at the closing, subject to post-closing adjustment dollar for dollar in the amount by which current assets are greater or less than the amount paid at closing. |
| Summary of transaction: | • Sale of substantially all assets, including manufacturing facility buildings and fixtures (but not the land on which they are located); machinery, equipment, and other tangible personal property; inventories; patents and patent applications, trademark registrations and applications, and other intellectual property; accounts receivable; contract rights; transferable licenses and permits; and document, records and files.<br>• The land on which the facility is located will be leased for nominal rent under a ground lease with an initial term of 40 years, plus three options to renew for successive periods of 20, 20 and 19 years. |
| Retained liabilities: | Seller will retain and indemnify SANCAP against all pre-closing liabilities, including environmental liabilities on the leased land. |