**EXHIBIT A**

**W. R. Grace & Co., et al.**

**District of Delaware, Bankruptcy Case No. 01-1139**

**Report on *De Minimis* Asset Sales April 1, 2005 through June 30, 2005**

**Part I – Sales in excess of $25,000, but less than $250,000.**

| | | |
|---|---|---|
| Del Taco Restaurants, Inc., Seller<br>7500 Grace Drive<br>Columbia, MD 21044 | LaVista Property Management, LLC<br>P.O. Box 680095<br>Marietta, GA 30068 | On April 22, 2005, Del Taco Restaurants, Inc. sold to LaVista Property Management, Inc. .43 acres of land located on LaVista Road, DeKalb County, Georgia. Purchase Price: $41,250; net to Seller: $34,973.04 |

**Part II – Sales equal to or less than $25,000.**

NONE

K&E 10637898.1