## EXHIBIT A

**Business Operations (.40 Hours; $ 193.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |
| Jeffrey A. Liesemer | .30 | $405 | 121.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/15/05 | PVL | 720.00 | 0.10 | Review motion re manufacturing facility. |
| 06/15/05 | JAL | 405.00 | 0.30 | Research re issues in case. |

**Total Task Code .03      .40**

**Case Administration (79.00 Hours; $ 15,304.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $795 | 159.00 |
| Peter Van N. Lockwood | .90 | $720 | 648.00 |
| Ronald E Reinsel | 2.30 | $540 | 1,242.00 |
| Rita C. Tobin | 1.00 | $415 | 415.00 |
| Robert C. Spohn | 14.90 | $200 | 2,980.00 |
| Andrew D. Katznelson | 1.00 | $175 | 175.00 |
| Vernon Preston | 14.10 | $165 | 2,326.50 |
| Samira A. Taylor | 44.60 | $165 | 7,359.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/05 | PVL | 720.00 | 0.10 | Review LTC report. |
| 06/01/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 06/01/05 | EI | 795.00 | 0.20 | Financials (.2). |

{D0047066:1 }

| | | | | |
|---|---|---|---|---|
| 06/06/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/06/05 (.2). |
| 06/07/05 | PVL | 720.00 | 0.10 | Review 4 miscellaneous filings. |
| 06/07/05 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/07/05 (.1); review prepare specific issue documents for archiving (.6). |
| 06/08/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/08/05 (.4). |
| 06/09/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/09/05 (.1); review specific issue documents and prepare for electronic archive (.3). |
| 06/10/05 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 06/10/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/10/05 (.1). |
| 06/13/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/13/05 (.1). |
| 06/14/05 | PVL | 720.00 | 0.10 | Review 8 miscellaneous filings. |
| 06/14/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/14/05 (.3). |
| 06/14/05 | SAT | 165.00 | 2.90 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 06/15/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/15/05 (.1). |
| 06/15/05 | SAT | 165.00 | 5.90 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 06/15/05 | VP | 165.00 | 6.50 | Compile exhibits for draft of opposition. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/15/05 | VP | 165.00 | 0.50 | Copy documents to add to the compilation of exhibits. |
| 06/15/05 | VP | 165.00 | 0.50 | Search for hearing transcript to add to compilation of exhibits for draft of opposition. |
| 06/16/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 06/16/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/16/05 (.1); review specific issue documents and prepare for archiving (.4). |
| 06/16/05 | SAT | 165.00 | 3.20 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 06/16/05 | VP | 165.00 | 2.50 | Adding hearing transcripts to exhibits for a pleading. |
| 06/17/05 | PVL | 720.00 | 0.10 | Review 4 miscellaneous filings. |
| 06/17/05 | VP | 165.00 | 2.10 | Search for missing exhibits from pleading. |
| 06/20/05 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 06/20/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/20/05 (.2); review specific issue documents and prepare for archiving (.2). |
| 06/20/05 | ADK | 175.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 06/21/05 | PVL | 720.00 | 0.20 | Review 12 omni objections re PD claims. |
| 06/21/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/21/05 (.3). |
| 06/22/05 | RCS | 200.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/22/05 (.1); retrieve documents requested by attorney (.2); review and prepare for archiving specific issue documents (.6). |

| | | | | |
|---|---|---|---|---|
| 06/23/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/23/05 (.1). |
| 06/23/05 | SAT | 165.00 | 0.40 | Retrieved brief for attorney review. |
| 06/23/05 | SAT | 165.00 | 1.10 | Reviewed pleadings for attorney specified information. |
| 06/23/05 | RER | 540.00 | 0.50 | Correspondence with PVNL/MH re: Omnibus hearing issues. |
| 06/24/05 | PVL | 720.00 | 0.20 | Review amended agenda (.1); teleconference Hurford (.1). |
| 06/24/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 06/24/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/24/05 (.1); review and prepare for archive specific issue documents (.3). |
| 06/27/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/27/05 (.1); review and prepare specific issue documents for electronic archive (.4). |
| 06/27/05 | SAT | 165.00 | 9.50 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 06/27/05 | RER | 540.00 | 1.20 | Review exclusively motion/responses. |
| 06/28/05 | RCS | 200.00 | 2.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/28/05 (.2); search files for original USG Claim Form (.3); begin revisions to USG example to create Grace Claim Form (2.4). |
| 06/28/05 | SAT | 165.00 | 6.60 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 06/28/05 | SAT | 165.00 | 0.20 | Retrieved pleading for attorney review. |
| 06/28/05 | VP | 165.00 | 1.00 | Search for missing exhibits re a pleading. |
| 06/29/05 | RCS | 200.00 | 3.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and |

| | | | | |
|---|---|---|---|---|
| | | | | correspondence received 06/29/05 (.5); retrieve B&W Claim form and prepare electronic copy for forwarding to outside counsel (.2); track down exhibit filed under seal per attorney request (.3); generate draft of Claim form to be submitted to court for review and correction (2.4). |
| 06/29/05 | SAT | 165.00 | 8.80 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 06/29/05 | VP | 165.00 | 0.50 | Search for article used as an exhibit in a pleading. |
| 06/29/05 | VP | 165.00 | 0.50 | Copy and scan the article. |
| 06/30/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 06/30/05 | RCS | 200.00 | 3.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/30/05 (.6); revise and add additional data to the draft claim form for submission to the court (2.6). |
| 06/30/05 | SAT | 165.00 | 6.00 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 06/30/05 | RER | 540.00 | 0.60 | Correspondence and follow-up w/M. Hurford re:exclusivity/analysis. |

**Total Task Code .04**     **79.00**


**Claim Analysis Objection & Resolution (Asbestos) (40.90 Hours; $ 21,676.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 15.00 | $720 | 10,800.00 |
| Trevor W. Swett | .90 | $560 | 504.00 |
| Leslie M. Kelleher | 24.70 | $415 | 10,250.50 |
| Jeffrey A. Liesemer | .30 | $405 | 121.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/05 | JAL | 405.00 | 0.30 | Research re case issues. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/02/05 | PVL | 720.00 | 0.40 | Confer NDF (.1); teleconference Wyron (.2); review e-mail (.1). |
| 06/03/05 | PVL | 720.00 | 0.20 | Teleconference Wyron (.1); e-mail KNB et al (.1). |
| 06/06/05 | PVL | 720.00 | 0.40 | Teleconference Cohn. |
| 06/06/05 | LMK | 415.00 | 0.30 | Background research re: estimation issues. |
| 06/07/05 | PVL | 720.00 | 0.20 | E-mail KNB (.1); review draft extension motion (.1). |
| 06/08/05 | PVL | 720.00 | 0.50 | Review revised orders and e-mail reply (.3); review WBS memos (.1); review Baer letter to Wasserstein (.1). |
| 06/09/05 | PVL | 720.00 | 2.30 | Review draft est. brief (2.1); confer WBS (.2). |
| 06/10/05 | PVL | 720.00 | 0.40 | Review draft est. brief (.3); e-mail Wyron re same (.1). |
| 06/12/05 | PVL | 720.00 | 0.10 | E-mail Wyron et al. |
| 06/13/05 | LMK | 415.00 | 0.60 | Review draft estimation brief. |
| 06/14/05 | PVL | 720.00 | 0.10 | Confer LMK. |
| 06/14/05 | LMK | 415.00 | 1.80 | Review estimation brief. |
| 06/15/05 | PVL | 720.00 | 0.50 | Confer LMK (.2); review draft brief (.3). |
| 06/15/05 | LMK | 415.00 | 1.70 | Conf. w/PVNL re: estimation brief (.50); review estimation brief (.70); draft estimation brief (.50). |
| 06/16/05 | PVL | 720.00 | 0.20 | E-mails Wyron (.1); confer LMK (.1). |
| 06/16/05 | LMK | 415.00 | 8.30 | Draft estimation brief. |
| 06/17/05 | PVL | 720.00 | 0.20 | Confer LMK re est. brief. |
| 06/17/05 | LMK | 415.00 | 7.00 | Draft estimation brief (6.6); conf. w/PVNL re: brief (.40). |
| 06/19/05 | PVL | 720.00 | 3.70 | Edit draft est. response. |
| 06/19/05 | LMK | 415.00 | 3.50 | Draft estimation brief. |
| 06/20/05 | PVL | 720.00 | 1.60 | Work on est. brief. |
| 06/20/05 | LMK | 415.00 | 1.00 | Draft estimation brief. |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/22/05 | PVL | 720.00 | 0.60 | Confer LMK re est. brief (.4); teleconference Hurford re same (.1); confer RER (.1). |
| 06/23/05 | PVL | 720.00 | 0.80 | Confer NDF re est. brief (.3); confer KNB, NDF re brief (.3); teleconference Hurford re brief (.1); review revised draft brief (.1). |
| 06/24/05 | PVL | 720.00 | 2.80 | Review and revised draft est. brief (2.5); review e-mail (.1); teleconference EI (.1); confer KNB (.1). |
| 06/28/05 | TWS | 560.00 | 0.90 | Conf call EI and team re estimation in Grace |
| 06/28/05 | LMK | 415.00 | 0.50 | Conf. call w/EI, et. al, re: status of case. |

**Total Task Code .05      40.90**


**Employee Benefits/Pension (.10 Hours; $ 72.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/15/05 | PVL | 720.00 | 0.10 | Review 2005 LTIP motion. |

**Total Task Code .08      .10**


**Fee Applications, Applicant (4.10 Hours; $ 1,341.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.60 | $415 | 1,079.00 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/09/05 | RCT | 415.00 | 0.50 | Review prebill. |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/10/05 | RCT | 415.00 | 0.50 | Review exhibits. |
| 06/22/05 | RCT | 415.00 | 0.90 | Resolve fee question (.5); review exhibits (.4). |
| 06/23/05 | RCT | 415.00 | 0.50 | Monthly fee app review. |
| 06/23/05 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 06/24/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 06/27/05 | RCT | 415.00 | 0.20 | Review fee app schedule for July. |

**Total Task Code .12        4.10**


**Fee Applications, Others (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/05 | PVL | 720.00 | 0.10 | Review 4 fee applications and 3 CNOs. |
| 06/03/05 | PVL | 720.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13        .20**


**Hearings (13.40 Hours; $ 7,236.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 13.40 | $540 | 7,236.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/24/05 | RER | 540.00 | 0.50 | Prep. re: Omnibus Hearings. |
| 06/27/05 | RER | 540.00 | 5.80 | Prep for and attend Omnibus hearing and follow-up meetings re: same. |

| | | | | |
|---|---|---|---|---|
| 06/28/05 | RER | 540.00 | 2.40 | Review hearing notes and work with M. Hurford re: memo and edit same and follow-up with EI. |
| 06/28/05 | RER | 540.00 | 3.20 | Coordinate and participate in meeting with EI and Team re: 6/27 hearing and briefing issues re: same. |
| 06/29/05 | RER | 540.00 | 0.40 | Review hearing memo and follow-up. |
| 06/29/05 | RER | 540.00 | 1.10 | Review hearing transcript and follow-up with M. Hurford. |

**Total Task Code .15      13.40**

## Litigation and Litigation Consulting (158.20 Hours; $ 57,221.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $795 | 1,033.50 |
| Walter B. Slocombe | 25.90 | $590 | 15,281.00 |
| Albert G. Lauber | 1.10 | $580 | 638.00 |
| Nathan D. Finch | 29.70 | $475 | 14,107.50 |
| Jeffrey A. Liesemer | .80 | $405 | 324.00 |
| Brian A. Skretny | 14.00 | $290 | 4,060.00 |
| Harry M. Schwirck | 85.40 | $255 | 21,777.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/05 | BAS | 290.00 | 8.80 | Draft memo responding to debtor's argument that estimation determines merits of claim. |
| 06/01/05 | HMS | 255.00 | 5.00 | Questionnaire section of Reply Brief |
| 06/02/05 | EI | 795.00 | 0.10 | Memo re: NJ lawsuit. |
| 06/02/05 | BAS | 290.00 | 4.80 | Modify and add to estimation memo per Ms. Brown's direction. |
| 06/02/05 | NDF | 475.00 | 5.70 | Working on estimation brief (5.7). |
| 06/02/05 | HMS | 255.00 | 5.00 | Questionnaire section of Reply Brief |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/03/05 | BAS | 290.00 | 0.40 | Discuss with Mr. Hurford status of objection to debtor's asbestos personal injury case management order and questionnaire. |
| 06/03/05 | NDF | 475.00 | 8.50 | Working on estimation methodology brief (8.5). |
| 06/03/05 | HMS | 255.00 | 7.10 | Questionnaire section of Reply Brief |
| 06/06/05 | NDF | 475.00 | 8.90 | Work on response to debtors' motion for approval of questionnaire. |
| 06/06/05 | HMS | 255.00 | 7.50 | Questionnaire section of Reply Brief |
| 06/07/05 | WBS | 590.00 | 1.30 | Start review of draft reply brief. |
| 06/07/05 | HMS | 255.00 | 6.90 | Questionnaire section of Reply Brief |
| 06/08/05 | WBS | 590.00 | 0.30 | Rev proposed stip on schedule, check trans of 21 Jan hearing re terms of instructions re questionnaire. |
| 06/08/05 | HMS | 255.00 | 3.90 | Questionnaire section of Reply Brief |
| 06/09/05 | WBS | 590.00 | 7.50 | Work on reply to motion for CMO and questionnaire. |
| 06/12/05 | NDF | 475.00 | 1.00 | Review draft estimation brief for ACC. |
| 06/13/05 | HMS | 255.00 | 3.20 | Revision of questionnaire memo |
| 06/14/05 | HMS | 255.00 | 2.00 | Opposition to CMO and Questionnaire |
| 06/15/05 | HMS | 255.00 | 2.20 | Revision of CMO/Questionnaire Brief |
| 06/16/05 | HMS | 255.00 | 3.40 | Revision of CMO and Questionnaire Brief |
| 06/17/05 | HMS | 255.00 | 2.70 | Revision of CMO and Questionnaire Brief |
| 06/21/05 | HMS | 255.00 | 3.00 | Revision of CMO and Questionnaire Brief |
| 06/22/05 | HMS | 255.00 | 3.50 | Revision of CMO/Questionnaire Brief |
| 06/23/05 | WBS | 590.00 | 1.20 | Start review of draft CMO/Qr brief. |
| 06/23/05 | NDF | 475.00 | 0.50 | Conference with Mr. Lockwood regarding Grace. |
| 06/23/05 | HMS | 255.00 | 2.90 | Revision of CMO/Questionnaire Brief |
| 06/24/05 | WBS | 590.00 | 1.40 | Work on CMO brief, rev. KNB draft. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/24/05 | NDF | 475.00 | 0.90 | Review and edit brief regarding estimation methods. |
| 06/25/05 | WBS | 590.00 | 4.60 | Review, edit, comment on draft CMO brief. |
| 06/27/05 | WBS | 590.00 | 3.90 | Telephone conference with RER and Hurford re Judge F's instructions re claimant form (.4), review next-to-final draft of CMO brief (2.5), rev Libby draft (1.0). |
| 06/27/05 | EI | 795.00 | 0.50 | T/c RER and Mark Hurford re: court rulings and agenda. |
| 06/27/05 | NDF | 475.00 | 1.00 | Review and edit brief in response to question form. |
| 06/27/05 | HMS | 255.00 | 2.90 | Revision of CMO/Questionnaire opposition brief |
| 06/28/05 | WBS | 590.00 | 5.10 | Note to KNB re points raised re draft CMO opp (.4); review docs and discussion with NDF re next steps (.8) and conference call re response to Judge F's instructions re CMO and form (.5); review prior form proposals and draft an option for presentation (2.0); discuss with NDF and KNB re section to be omitted from brief on CMO (.2); review draft of CMO/Qr opp, incl on Daubert point (1.2). |
| 06/28/05 | EI | 795.00 | 0.70 | Conf. call NDF, JAL, WBS, LMK, HMS, TWS and Mark Hurford to work through agenda created by Fitzgerald Order (.5); memo to Committee re: LTIP motion (.2). |
| 06/28/05 | NDF | 475.00 | 0.90 | Conference with Mr. Inselbuch regarding case issues (0.6); telephone conversation with Ms. Brown and Mr. Slocombe regarding brief issues (0.3). |
| 06/28/05 | HMS | 255.00 | 5.40 | Revision of opposition to CMO/Questionnaire brief (5.0); meeting re Judge Fitzgerald's comment from the bench (0.4) |
| 06/28/05 | JAL | 405.00 | 0.80 | Teleconference w/EI, NDF and asbestos practice group re upcoming hearings and deadlines, next steps and assignments. |
| 06/29/05 | NDF | 475.00 | 0.50 | Work on draft case management order and claim form. |
| 06/29/05 | HMS | 255.00 | 10.70 | Revision ad filing of CMO/Questionnaire opposition |
| 06/30/05 | AGL | 580.00 | 0.20 | Review pending orders and motions. |

| 06/30/05 | AGL | 580.00 | 0.90 | Telecon w/Mark Hurford re Sealed Air letter to CA3; review same and send comments to him. |
|---|---|---|---|---|
| 06/30/05 | WBS | 590.00 | 0.60 | Instr to Bob Spohn re formatting proposed discovery form (.1), rev other forms used in other case (.5). |
| 06/30/05 | NDF | 475.00 | 1.80 | Telephone conference with Mr. Inselbuch regarding case issues (0.3); work with Mr. Schwirkin on finalizing brief regarding estimation (1.5).. |
| 06/30/05 | HMS | 255.00 | 8.10 | Filing and revision of opposition to CMO/Questionnaire motion |

**Total Task Code .16     158.20**


**Plan & Disclosure Statement (88.80 Hours; $ 35,163.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $795 | 318.00 |
| Peter Van N. Lockwood | 1.00 | $720 | 720.00 |
| Kimberly N. Brown | 78.80 | $405 | 31,914.00 |
| Jeffrey A. Liesemer | 3.30 | $405 | 1,336.50 |
| Samira A. Taylor | 5.30 | $165 | 874.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/05 | KNB | 405.00 | 2.20 | Draft opposition to questionnaire motion |
| 06/02/05 | KNB | 405.00 | 6.10 | Draft opposition to questionnaire motion (4.2); review BAS research memos (1.0); review HMS draft insert to brief (.6); confer HMS re same (.3) |
| 06/06/05 | KNB | 405.00 | 7.30 | Draft response to questionnaire motion |
| 06/06/05 | SAT | 165.00 | 0.80 | Retrieve pleadings for HMS review. |
| 06/07/05 | KNB | 405.00 | 9.00 | Confer NDF re response to questionnaire motion (.4); review, incorporate and edit NDF insert to same (3.5); confer WBS re same (.3); review e-mail from HMS re same (.2); respond to same (.2); draft response to motion (3.0); e-mail PVNL, NDF, WBS re same (.2); review PVNL, WBS responses thereto (.2); e-mail RCS re obtaining Peterson affidavit in |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | connection with brief (.1); e-mail HMS re cite-checking (.1); forward current draft to WBS (.1); review e-mail from M.Hurford re filing of same (.1); respond to e-mail (.2); e-mail NDF re questions about his section (.2); review responses to same (.2) |
| 06/08/05 | KNB | 405.00 | 8.20 | E-mail WBS, PVNL, NDF re strategy for responding to questionnaire motion, including whether to file cross-motion for estimation (.4); review PVNL, NDF e-mail responses to same (.3); review draft joint motion for leave to extend deadlines for filing responses and replies to motion to approve the PI CMO and questionnaire (.5); e-mail PVNL, WBS, NDF re same (.2); review PVNL response to same (.2); edit HMS section and incorporate into brief (3.2); review Jan '05 transcript re meet and confer directives in connection with draft motion for extension of time (1.0); e-mail WBS re same (.3); draft questionnaire opposition (2.1) |
| 06/09/05 | PVL | 720.00 | 0.20 | Review draft excl. opposition. |
| 06/10/05 | PVL | 720.00 | 0.40 | Review draft excl. oppos. and e-mail Hurford (.2); review FCR excl. opposition (.2). |
| 06/12/05 | PVL | 720.00 | 0.20 | Review PD comm. excl. opposition. |
| 06/13/05 | SAT | 165.00 | 4.50 | Retrieved and compiled documents for exhibits to accompany upcoming filing of motion. |
| 06/15/05 | PVL | 720.00 | 0.10 | Review revised draft Sealed Air order. |
| 06/16/05 | KNB | 405.00 | 1.40 | Review WBS edits to questionnaire opposition brief |
| 06/20/05 | KNB | 405.00 | 1.10 | Review e-mails with attachments from PVNL re draft questionnaire opposition (.9); respond to same (.2) |
| 06/21/05 | PVL | 720.00 | 0.10 | Review Grace excl reply. |
| 06/21/05 | KNB | 405.00 | 5.50 | Draft opposition to POC/questionnaire motion |
| 06/21/05 | JAL | 405.00 | 0.30 | Research and analysis re issues involved in case. |
| 06/22/05 | KNB | 405.00 | 8.20 | Confer with PVNL re draft opposition to POC/questionnaire motion (1.6); draft same (6.0); e-mails to and from HMS re research for same (.6) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/22/05 | JAL | 405.00 | 0.30 | Research re issues in case. |
| 06/23/05 | KNB | 405.00 | 8.00 | Draft opposition to POC/questionnaire motion (7.7): e-mails to and from HMS re research for same (.3) |
| 06/23/05 | JAL | 405.00 | 0.20 | Research re issues in case. |
| 06/24/05 | KNB | 405.00 | 1.10 | Review e-mail from PVNL re opposition to POC/questionnaire motion (.2); respond to same (.2); TCN with PVNL re same (.3); TCN with WBS re same (.2); e-mail from WBS re same (.2) |
| 06/24/05 | JAL | 405.00 | 1.00 | Research re case issues. |
| 06/27/05 | KNB | 405.00 | 9.30 | Draft opposition to questionnaire motion (9.0); confer RER, M.Hurford re omnibus hearing (.3) |
| 06/27/05 | JAL | 405.00 | 0.50 | Research and review of materials pertaining to case issues. |
| 06/28/05 | KNB | 405.00 | 7.20 | Draft opposition to questionnaire motion (6.1); conference with EI, NDF, WBS, RER, TWS, LMK, HMS re case strategy and next steps in litigation (.5); confer with RCS re prior draft questionnaires (.2); e-mail Kirkland & Ellis, S.Baena and others re July 8 meeting re PI, CMO (.1); TCN M.Hurford, D.Cohn re brief (.2); e-mail R. Wyron re same (.1) |
| 06/28/05 | JAL | 405.00 | 1.00 | Research and review of materials pertaining to case issues. |
| 06/29/05 | KNB | 405.00 | 4.20 | Edit opposition to questionnaire motion |
| 06/30/05 | EI | 795.00 | 0.40 | Memo re: questionnaire (.3); LTIP issue and hearing memo (.1). |

**Total Task Code .17        88.80**


**Relief from Stay Proceedings (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/15/05 | PVL | 720.00 | 0.20 | Review Montana lift stay and e-mail Hurford. |

**Total Task Code .18       .20**

**Travel – Non Working (4.00 Hours; $ 1,080.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 4.00 | $270 | 1,080.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/27/05 | RER | 270.00 | 2.00 | Travel to Wilmington re: Omnibus Hearing. |
| 06/27/05 | RER | 270.00 | 2.00 | Return travel to DC from Omnibus hearing. |

**Total Task Code .21       4.00**

**Valuation (3.50 Hours; $ 2,268.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.70 | $720 | 1,944.00 |
| Jeffrey A. Liesemer | .80 | $405 | 324.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/21/05 | PVL | 720.00 | 2.70 | Conferences KNB re est. brief (2.0); review NERA articles (.4); e-mail Cohen et al (.2); confer TWS (.1). |
| 06/21/05 | JAL | 405.00 | 0.80 | Review and analysis of Grace's 12th omnibus objection (non-substantive) to claims filed by Speights and Runyan. |

**Total Task Code .22**     3.50

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 30.35 |
| Database Research | 14,365.78 |
| Long Distance-Equitrac In-House | 9.63 |
| Professional Fees & Expert Witness Fees | 163.25 |
| Telecopier/Equitrac | 50.10 |
| Travel Expenses - Ground Transportation | 12.00 |
| Xeroxing | 554.85 |
| Total: | $15,185.96 |

{D0047066:1 }