## EXHIBIT B

### Business Operations (.4 Hours; $ 193.50)

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**          **.4**

### Case Administration (79.0 Hours; $ 15,304.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**          **79.0**

### Claim Analysis Objection & Resolution (Asbestos) (40.9 Hours; $ 21,676.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**          **40.9**

### Employee Benefits/Pension (.1 Hours; $ 72.00)

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**          **.1**

### Fee Applications, Applicant (4.1 Hours; $ 1,341.50)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**          **4.1**

### Fee Applications others (.2 Hours; $ 144.00)

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          .2**


## Hearings (13.4 Hours; $ 7,236.00)

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          13.4**


## Litigation and Litigation Consulting (158.2 Hours; $ 57,221.00)

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          158.2**


## Plan & Disclosure Statement (88.8 Hours; $ 35,163.00)

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          88.8**


## From Stay Proceedings (.2 Hours; $ 144.00)

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18          .2**


## Travel Non-Working (4.0 Hours; $ 1,080.00)

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          4.0**
## Valuation (3.5 Hours; $ 2,268.00)

Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

{D0047067:1 }

**Total Task Code .22        3.5**