## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 30.35 |
| Database Research | 14,365.78 |
| Long Distance-Equitrac In-House | 9.63 |
| Professional Fees & Expert Witness Fees | 163.25 |
| Telecopier/Equitrac | 50.10 |
| Travel Expenses - Ground Transportation | 12.00 |
| Xeroxing | 554.85 |
| Total: | $15,185.96 |

{D0047068:1 }