| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter      000 | Disbursements | 7/20/2005 |
| | | Print Date/Time: |
| | | 07/20/2005 |
| | | 4:05:20PM |
| Attn: | | Invoice # |

PREBILL  / CONTROL  REPORT

Trans Date Range:   1/1/1950  to: 6/30/2005

**Matter      000**
**Disbursements**
Bill Cycle:         Monthly             Style:        i1             Start:      4/16/2001

Last Billed : 6/27/2005                    13,655

Trust Amount Available

Total Expenses Billed To Date        $262,193.90

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0010 | DDD | Douglas D Drysdale | 0.00 | 2.10 | 0.00 | 2.10 |
| 0096 | KNB | Kimberly N Brown | 0.00 | 1.50 | 0.00 | 1.50 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 36.30 | 0.00 | 36.30 |
| 0128 | SAT | Samira A Taylor | 0.00 | 323.70 | 0.00 | 323.70 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 7.35 | 0.00 | 7.35 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 6.75 | 0.00 | 6.75 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 1.35 | 0.00 | 1.35 |
| 0244 | AT | Ann  Taylor | 0.00 | 13.05 | 0.00 | 13.05 |
| 0302 | RER | Ronald E Reinsel | 0.00 | 12.00 | 0.00 | 12.00 |
| 0308 | DBS | David B Smith | 0.00 | 193.60 | 0.00 | 193.60 |
| 0309 | HMS | Harry M Schwirck | 0.00 | 24.90 | 0.00 | 24.90 |
| 0324 | VP | Vernon  Preston | 0.00 | 26.10 | 0.00 | 26.10 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 14,537.26 | 0.00 | 14,537.26 |
| | | | **0.00** | **15,185.96** | **0.00** | **15,185.96** |

**Total Fees**

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1813576 | Photocopy | E | 06/03/2005 | 0309 | HMS | | 0.00 | $0.30 | | 0.00 | $0.30 | 0.30 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 7/20/2005 |

Print Date/Time: 07/20/2005 4:05:20PM

Attn:                                                                                                                                          Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1813824 | Equitrac - Long Distance to 8054993572 | | E | 06/06/2005 | 0999 | C&D | 0.00 | $0.43 | 0.00 | $0.43 | 0.73 |
| 1813831 | Equitrac - Long Distance to 8054993572 | | E | 06/06/2005 | 0999 | C&D | 0.00 | $0.78 | 0.00 | $0.78 | 1.51 |
| 1814444 | Federal Express  to David Smith from MLQ Attorney Service on 5/25 | | E | 06/08/2005 | 0308 | DBS | 0.00 | $30.35 | 0.00 | $30.35 | 31.86 |
| 1814675 | Photocopy | | E | 06/08/2005 | 0101 | RCS | 0.00 | $33.75 | 0.00 | $33.75 | 65.61 |
| 1817256 | Photocopy | | E | 06/09/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 66.21 |
| 1817288 | Photocopy | | E | 06/13/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 66.66 |
| 1817289 | Photocopy | | E | 06/13/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 67.11 |
| 1815830 | Photocopy | | E | 06/13/2005 | 0128 | SAT | 0.00 | $0.60 | 0.00 | $0.60 | 67.71 |
| 1817079 | Photocopy | | E | 06/14/2005 | 0309 | HMS | 0.00 | $9.30 | 0.00 | $9.30 | 77.01 |
| 1817080 | Photocopy | | E | 06/14/2005 | 0309 | HMS | 0.00 | $5.70 | 0.00 | $5.70 | 82.71 |
| 1817131 | Photocopy | | E | 06/14/2005 | 0128 | SAT | 0.00 | $42.90 | 0.00 | $42.90 | 125.61 |
| 1817140 | Photocopy | | E | 06/14/2005 | 0128 | SAT | 0.00 | $3.75 | 0.00 | $3.75 | 129.36 |
| 1817142 | Photocopy | | E | 06/14/2005 | 0128 | SAT | 0.00 | $58.95 | 0.00 | $58.95 | 188.31 |
| 1817313 | Photocopy | | E | 06/15/2005 | 0128 | SAT | 0.00 | $12.00 | 0.00 | $12.00 | 200.31 |
| 1817334 | Photocopy | | E | 06/15/2005 | 0128 | SAT | 0.00 | $0.60 | 0.00 | $0.60 | 200.91 |
| 1817347 | Photocopy | | E | 06/15/2005 | 0324 | VP | 0.00 | $1.50 | 0.00 | $1.50 | 202.41 |
| 1817363 | Photocopy | | E | 06/15/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 203.46 |
| 1817373 | Photocopy | | E | 06/15/2005 | 0128 | SAT | 0.00 | $18.90 | 0.00 | $18.90 | 222.36 |
| 1817390 | Photocopy | | E | 06/15/2005 | 0128 | SAT | 0.00 | $3.00 | 0.00 | $3.00 | 225.36 |
| 1817912 | Photocopy | | E | 06/16/2005 | 0128 | SAT | 0.00 | $10.20 | 0.00 | $10.20 | 235.56 |
| 1818447 | Photocopy | | E | 06/17/2005 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 237.66 |
| 1818868 | Photocopy | | E | 06/20/2005 | 0999 | C&D | 0.00 | $1.95 | 0.00 | $1.95 | 239.61 |
| 1818881 | Photocopy | | E | 06/20/2005 | 0128 | SAT | 0.00 | $3.00 | 0.00 | $3.00 | 242.61 |
| 1818907 | Photocopy | | E | 06/20/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 242.91 |
| 1818912 | Photocopy | | E | 06/20/2005 | 0999 | C&D | 0.00 | $2.25 | 0.00 | $2.25 | 245.16 |
| 1818914 | Photocopy | | E | 06/20/2005 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 246.36 |
| 1819738 | Photocopy | | E | 06/22/2005 | 0244 | AT | 0.00 | $13.05 | 0.00 | $13.05 | 259.41 |
| 1819766 | Photocopy | | E | 06/22/2005 | 0309 | HMS | 0.00 | $4.20 | 0.00 | $4.20 | 263.61 |
| 1820624 | Photocopy | | E | 06/24/2005 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 266.01 |
| 1820625 | Photocopy | | E | 06/24/2005 | 0999 | C&D | 0.00 | $8.10 | 0.00 | $8.10 | 274.11 |
| 1820649 | Photocopy | | E | 06/24/2005 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 276.51 |
| 1820875 | MLQ Attorney Services;   Court USBC DE | | E | 06/27/2005 | 0308 | DBS | 0.00 | $163.25 | 0.00 | $163.25 | 439.76 |
| 1821267 | Photocopy | | E | 06/27/2005 | 0238 | SLG | 0.00 | $1.35 | 0.00 | $1.35 | 441.11 |
| 1821278 | Photocopy | | E | 06/27/2005 | 0128 | SAT | 0.00 | $4.80 | 0.00 | $4.80 | 445.91 |
| 1821288 | Photocopy | | E | 06/27/2005 | 0128 | SAT | 0.00 | $60.60 | 0.00 | $60.60 | 506.51 |
| 1821290 | Photocopy | | E | 06/27/2005 | 0096 | KNB | 0.00 | $1.50 | 0.00 | $1.50 | 508.01 |
| 1821292 | Photocopy | | E | 06/27/2005 | 0128 | SAT | 0.00 | $7.95 | 0.00 | $7.95 | 515.96 |
| 1821304 | Photocopy | | E | 06/27/2005 | 0128 | SAT | 0.00 | $4.80 | 0.00 | $4.80 | 520.76 |
| 1821702 | Equitrac - Long Distance to 2123199240 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 520.85 |
| 1821722 | Equitrac - Long Distance to 8054993572 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.61 | 0.00 | $0.61 | 521.46 |
| 1821746 | Equitrac - Long Distance to 3024269910 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $2.62 | 0.00 | $2.62 | 524.08 |
| 1821759 | Equitrac - Long Distance to 2123199240 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $4.09 | 0.00 | $4.09 | 528.17 |
| 1821796 | Fax Transmission to 12145239159 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 529.07 |
| 1821797 | Fax Transmission to 12145239157 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 529.67 |
| 1821798 | Fax Transmission to 12148248100 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 530.57 |
| 1821799 | Fax Transmission to 17136501400 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 531.17 |
| 1821800 | Fax Transmission to 13125516759 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 532.07 |
| 1821801 | Fax Transmission to 14067527124 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 532.97 |
| 1821802 | Fax Transmission to 13026565875 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 533.87 |
| 1821803 | Fax Transmission to 15108354913 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 534.77 |
| 1821804 | Fax Transmission to 12165750799 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 535.67 |
| 1821805 | Fax Transmission to 13053796222 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 536.57 |
| 1821806 | Fax Transmission to 14124718308 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 537.47 |
| 1821808 | Fax Transmission to 12123440994 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 538.37 |
| 1821809 | Fax Transmission to 13024269947 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 538.52 |
| 1821810 | Fax Transmission to 16179510679 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 539.42 |
| 1821811 | Fax Transmission to 12145239158 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 540.32 |
| 1821812 | Fax Transmission to 12145991171 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 541.22 |
| 1821813 | Fax Transmission to 12145239157 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 541.52 |
| 1821814 | Fax Transmission to 17136501400 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 541.82 |
| 1821815 | Fax Transmission to 13024269947 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 541.97 |
| 1821816 | Fax Transmission to 14122615066 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 542.87 |
| 1821817 | Fax Transmission to 13024269947 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 543.02 |
| 1821818 | Fax Transmission to 13024269947 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 543.17 |
| 1821819 | Fax Transmission to 13024269947 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 543.32 |
| 1821820 | Fax Transmission to 13024269947 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 543.47 |
| 1821839 | Fax Transmission to 18432169450 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 544.22 |
| 1821840 | Fax Transmission to 18432169450 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 545.12 |
| 1821841 | Fax Transmission to 18432169290 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 545.27 |
| 1821842 | Fax Transmission to 18432169290 | | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 546.17 |
| 1821866 | Photocopy | | E | 06/28/2005 | 0128 | SAT | 0.00 | $4.20 | 0.00 | $4.20 | 550.37 |

```
Client Number:   4642               Grace Asbestos Personal Injury Claimants                                                                    Page:    1
Matter      000                     Disbursements                                                                                               7/20/2005
                                                                                                                                          Print Date/Time:
                                                                                                                                               07/20/2005
                                                                                                                                               4:05:20PM
Attn:                                                                                                                                           Invoice #
1821878    Photocopy                                          E   06/28/2005   0128   SAT     0.00        $15.30       0.00       $15.30           565.67
1821891    Photocopy                                          E   06/28/2005   0999   C&D     0.00         $1.80       0.00        $1.80           567.47
1821951    Photocopy                                          E   06/28/2005   0999   C&D     0.00         $2.70       0.00        $2.70           570.17
1821956    Photocopy                                          E   06/28/2005   0101   RCS     0.00         $0.15       0.00        $0.15           570.32
1822674    Equitrac - Long Distance to 3024261900             E   06/29/2005   0999   C&D     0.00         $0.48       0.00        $0.48           570.80
1822675    Equitrac - Long Distance to 2123199240             E   06/29/2005   0999   C&D     0.00         $0.47       0.00        $0.47           571.27
1822814    Photocopy                                          E   06/29/2005   0101   RCS     0.00         $1.20       0.00        $1.20           572.47
1822818    Photocopy                                          E   06/29/2005   0010   DDD     0.00         $2.10       0.00        $2.10           574.57
1822821    Photocopy                                          E   06/29/2005   0101   RCS     0.00         $1.20       0.00        $1.20           575.77
1822833    Photocopy                                          E   06/29/2005   0128   SAT     0.00         $0.30       0.00        $0.30           576.07
1822843    Photocopy                                          E   06/29/2005   0309   HMS     0.00         $4.20       0.00        $4.20           580.27
1822847    Photocopy                                          E   06/29/2005   0128   SAT     0.00         $0.15       0.00        $0.15           580.42
1822851    Photocopy                                          E   06/29/2005   0999   C&D     0.00        $79.80       0.00       $79.80           660.22
1822854    Photocopy                                          E   06/29/2005   0128   SAT     0.00         $5.40       0.00        $5.40           665.62
1822873    Photocopy                                          E   06/29/2005   0324   VP      0.00        $24.60       0.00       $24.60           690.22
1822879    Photocopy                                          E   06/29/2005   0128   SAT     0.00         $0.90       0.00        $0.90           691.12
1822881    Photocopy                                          E   06/29/2005   0128   SAT     0.00         $3.60       0.00        $3.60           694.72
1822882    Photocopy                                          E   06/29/2005   0128   SAT     0.00        $45.90       0.00       $45.90           740.62
1823492    Petty Cash   Parking at train station for RER on   E   06/30/2005   0302   RER     0.00        $12.00       0.00       $12.00           752.62
           6/27  (split with3439)
1823607    Equitrac - Long Distance to 3024261900             E   06/30/2005   0999   C&D     0.00         $0.06       0.00        $0.06           752.68
1823650    Fax Transmission to 12145239159                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           754.18
1823651    Fax Transmission to 12145239157                    E   06/30/2005   0999   C&D     0.00         $0.90       0.00        $0.90           755.08
1823652    Fax Transmission to 12148248100                    E   06/30/2005   0999   C&D     0.00         $1.65       0.00        $1.65           756.73
1823653    Fax Transmission to 17136501400                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           758.23
1823654    Fax Transmission to 13125516759                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           759.73
1823655    Fax Transmission to 18432169290                    E   06/30/2005   0999   C&D     0.00         $0.45       0.00        $0.45           760.18
1823656    Fax Transmission to 14067527124                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           761.68
1823657    Fax Transmission to 13026565875                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           763.18
1823658    Fax Transmission to 15108354913                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           764.68
1823659    Fax Transmission to 12165750799                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           766.18
1823660    Fax Transmission to 13053796222                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           767.68
1823661    Fax Transmission to 14124718308                    E   06/30/2005   0999   C&D     0.00         $1.05       0.00        $1.05           768.73
1823662    Fax Transmission to 12123440994                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           770.23
1823663    Fax Transmission to 13024269947                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           770.38
1823664    Fax Transmission to 14124718308                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           771.88
1823665    Fax Transmission to 14122615066                    E   06/30/2005   0999   C&D     0.00         $0.45       0.00        $0.45           772.33
1823666    Fax Transmission to 16179510679                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           773.83
1823667    Fax Transmission to 12145239158                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           775.33
1823668    Fax Transmission to 12145991171                    E   06/30/2005   0999   C&D     0.00         $1.50       0.00        $1.50           776.83
1823669    Fax Transmission to 18432169450                    E   06/30/2005   0999   C&D     0.00         $0.30       0.00        $0.30           777.13
1823670    Fax Transmission to 12145239157                    E   06/30/2005   0999   C&D     0.00         $0.60       0.00        $0.60           777.73
1823671    Fax Transmission to 18432169290                    E   06/30/2005   0999   C&D     0.00         $0.90       0.00        $0.90           778.63
1823674    Fax Transmission to 14124718308                    E   06/30/2005   0999   C&D     0.00         $0.45       0.00        $0.45           779.08
1823676    Fax Transmission to 13024269947                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           779.23
1823677    Fax Transmission to 14122615066                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           779.38
1823679    Fax Transmission to 18432169450                    E   06/30/2005   0999   C&D     0.00         $1.20       0.00        $1.20           780.58
1823682    Fax Transmission to 18432169290                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           780.73
1823683    Fax Transmission to 13024269947                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           780.88
1823687    Fax Transmission to 13024269947                    E   06/30/2005   0999   C&D     0.00         $1.05       0.00        $1.05           781.93
1823691    Fax Transmission to 14122615066                    E   06/30/2005   0999   C&D     0.00         $0.60       0.00        $0.60           782.53
1823695    Fax Transmission to 14122615066                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           782.68
1823757    Fax Transmission to 14124718994                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           782.83
1823760    Fax Transmission to 14122615066                    E   06/30/2005   0999   C&D     0.00         $0.30       0.00        $0.30           783.13
1823762    Fax Transmission to 14124718994                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           783.28
1823764    Fax Transmission to 14122615066                    E   06/30/2005   0999   C&D     0.00         $1.20       0.00        $1.20           784.48
1823765    Fax Transmission to 14124718994                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           784.63
1823768    Fax Transmission to 14124718994                    E   06/30/2005   0999   C&D     0.00         $0.15       0.00        $0.15           784.78
1823820    Photocopy                                          E   06/30/2005   0128   SAT     0.00         $3.30       0.00        $3.30           788.08
1823843    Photocopy                                          E   06/30/2005   0220   SKL     0.00         $7.35       0.00        $7.35           795.43
1823858    Photocopy                                          E   06/30/2005   0232   LK      0.00         $6.75       0.00        $6.75           802.18
1823870    Photocopy                                          E   06/30/2005   0309   HMS     0.00         $1.20       0.00        $1.20           803.38
1823875    Photocopy                                          E   06/30/2005   0128   SAT     0.00         $0.60       0.00        $0.60           803.98
1823896    Photocopy                                          E   06/30/2005   0128   SAT     0.00        $12.00       0.00       $12.00           815.98
1823901    Photocopy                                          E   06/30/2005   0999   C&D     0.00         $4.20       0.00        $4.20           820.18
1826837    Database Research-Westlaw by BAS on 6/2 & 14       E   06/30/2005   0999   C&D     0.00       $235.35       0.00      $235.35         1,055.53
1826838    Database Research-Westlaw by HMS on 6/3-30         E   06/30/2005   0999   C&D     0.00    $10,088.41       0.00   $10,088.41        11,143.94
1826839    Database Research-Westlaw by LMK on 6/16-29        E   06/30/2005   0999   C&D     0.00     $2,041.91       0.00    $2,041.91        13,185.85
1826840    Database Research-Westlaw by SAT on 6/13-15        E   06/30/2005   0999   C&D     0.00     $1,878.25       0.00    $1,878.25        15,064.10
1826861    Database Research-Westlaw by SAT on 6/29           E   06/30/2005   0999   C&D     0.00       $121.86       0.00      $121.86        15,185.96
Total Expenses                                                                                0.00    $15,185.96       0.00   $15,185.96
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                              Page:    1
Matter      000                    Disbursements                                                                      7/20/2005
                                                                                                                   Print Date/Time:
                                                                                                                        07/20/2005
                                                                                                                         4:05:20PM
Attn:                                                                                                                    Invoice #


                 Matter Total Fees                                                                0.00                        0.00


                 Matter Total Expenses                                                       15,185.96                   15,185.96


                 Matter Total                                              0.00              15,185.96        0.00       15,185.96



                 Prebill Total Fees


                 Prebill Total Expenses                                                     $15,185.96                  $15,185.96


                 Prebill Total                                             0.00             $15,185.96        0.00      $15,185.96
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,743 | 11/22/2004 | 26,475.00 | 5,295.00 |
| 48,023 | 12/27/2004 | 75,199.50 | 15,039.90 |
| 48,027 | 12/27/2004 | 1,419.00 | 1,419.00 |
| 48,421 | 01/28/2005 | 115,704.00 | 23,140.80 |
| 48,886 | 02/28/2005 | 40,743.50 | 8,148.70 |
| 49,224 | 03/28/2005 | 33,445.00 | 6,689.00 |
| 49,444 | 04/21/2005 | 39,442.24 | 39,442.24 |
| 49,903 | 05/25/2005 | 16,567.07 | 16,567.07 |
| 50,275 | 06/27/2005 | 67,793.04 | 67,793.04 |
| 50,276 | 06/27/2005 | 8,030.50 | 8,030.50 |
|  |  | 588,470.10 | 199,933.34 |