IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re: Docket No. ___ and |
| | | 8/29/05 Agenda Item __ |

### ORDER APPROVING DEBTORS' PARTICIPATION IN SETTLEMENT FUND ESTABLISHED BY MARSH AND MCLENNAN COMPANIES, INC. UNDER SETTLEMENT AGREEMENT WITH NEW YORK ATTORNEY GENERAL AND SUPERINTENDENT OF INSURANCE

Upon consideration of the Debtors' Motion for an Order Approving Their Participation in Settlement Fund Established by Marsh and McLennan Companies, Inc. Under Settlement Agreement with New York Attorney General and Superintendent of Insurance (the "Motion")[1]; and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

1. The Motion is granted.

2. The Debtors' participation in the Settlement Fund, including without limitation their execution of the Release, in accordance with the terms of the Settlement Agreement and the Offer Letters, and also in accordance with the terms of any other offer letter that the Debtors may receive providing for any additional settlement amounts under the Settlement Agreement, is hereby approved.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

3.  The Debtors are authorized to take whatever action may be necessary to consummate the transactions contemplated by the Settlement Agreement and the Offer Letters and any such additional offer letter.

4.  The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

5.  This Order is effective immediately upon its entry.

Dated: August _____, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2