IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) **Objection Deadline: Aug. 15, 2005 at 4:00p.m.** |
| | **Hearing Date : TDB only if necessary** |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM JUNE 1, 2005 THROUGH JUNE 30, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT A

```
W.R. GRACE & COMPANY                    July 19, 2005
5400 BROKEN SOUND BLVD., N.W.           Invoice No.  28737
BOCA RATON, FL  33487                   Client No.   734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   06/30/05

Matter #           734680.1         VS. HONEYWELL INTERNATIONAL

**Litigation and Litigation Consulting**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/05 | JMA | Receipt and review check for New Jersey Mansion Tax refund | .20 | 77.00 |
| 06/03/05 | JMA | Letter to A. Nagy re New Jersey Mansion Tax refund | .20 | 77.00 |
| 06/03/05 | JMA | Phone - A. Nagy re: New Jersey Mansion Tax refund | .20 | 77.00 |

**Fee Application, Applicants**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/04/05 | MEF | Fee Application - email from S. Bossay regarding 15th quarterly fee spreadsheets | .10 | 26.00 |
| 06/04/05 | MEF | Fee Application - review 15th quarterly fee spreadsheet | .40 | 104.00 |
| 06/04/05 | MEF | Fee Application - email to S. Bossay regarding discrepancies | .20 | 52.00 |
| 06/13/05 | MEF | Fee Application - review May fee detail | .20 | 52.00 |
| 06/13/05 | MEF | Prepare 39th monthly fee application | .50 | 130.00 |
| 06/13/05 | MEF | Receipt and review CNO regarding February fees | .20 | 52.00 |
| 06/13/05 | MEF | Receipt and review CNO regarding March fees | .20 | 52.00 |
| 06/16/05 | MEF | Fee Application - finalize 39th fee application | .30 | 78.00 |

Total Fees:                                                    777.00

```
W.R. GRACE & COMPANY                                July 19, 2005
Client No.              734680                      Page       3
INVOICE NO.             28737


SUMMARY OF FEES:

    *--------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*   RATE   HOURS           FEES
    J M AGNELLO                     385.00    .60          231.00
    M E FLAX                        260.00   2.10          546.00
                         TOTALS              2.70          777.00
```