**EXHIBIT B**

```
W.R. GRACE & COMPANY                                    July 19, 2005
Client No.              734680                          Page      2
INVOICE NO.             28737


           Disbursements

06/30/05 Faxes                                              4.00
06/30/05 Computer Searches                                 35.28
06/30/05 Federal Express                                   37.00
                                                       -------------
Total Costs                                                        76.28
                                                       -------------


Total Due this Matter                                             853.28
=============
```