# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 8466 and |
| | | 7/19/05 Agenda Item No. 9 |

On Bench Filed 7/19/05

## CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

1. On May 18, 2005, the Debtors filed their Eleventh Omnibus Objection[2] to Claims [Docket No. 8466].

2. On June 27, 2005, the Court entered the Order Granting Relief Sought in the Debtors' Eleventh Omnibus Objection to Claims [Docket No. 8741].

NOW THEREFORE, upon consideration of the Debtors' Eleventh Omnibus Objection seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Debtors' Eleventh Omnibus Objection.

2

ORDERED that the Objection to each Claim listed on Exhibit A to this Order is continued to the August 29, 2005 omnibus hearing; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 19, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4802 | 01-01139<br>W.R. GRACE & CO. | 2107 | $4,637.58 | (P) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 2 | BERRY & BERRY<br>C/O C RANDALL BUPP ESQ<br>PLASTIRAS & TERRIZZI<br>24 PROFESSIONAL CENTER PKWY STE 150<br>SAN RAFAEL CA 94903 | 01-01139<br>W.R. GRACE & CO. | 1325 | $233,540.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 3 | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 649 | $4,390.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 4 | DARKS, TYRONE P<br>ID #239667<br>PO BOX 97<br>MCALESTER OK 74502 | 01-01139<br>W.R. GRACE & CO. | 1474 | $25,000,000.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 5 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 339 | $7,026.78 | (U) | EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 6 | MICRO WAREHOUSE<br>1690 OAK ST<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1853 | $255.63 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 7 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $5,282.77 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 8 | PALAZZO, RAPHEAL J<br>C/O DONOVAN CORRECTIONAL FAC<br>FAC 17-131-U<br>480 ALTA RD<br>SAN DIEGO CA 92119 | 01-01139<br>W.R. GRACE & CO. | 2681 | $12,000.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 9 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 639 | $3,384.90 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

# In re: W.R. GRACE & CO., et al
## OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 10 | WEST GROUP<br>THOMAS J LALLIER<br>FOLEY & MANSFIELD PLLP<br>1108 NICOLLET MALL #200<br>MINNEAPOLIS MN 55403 | 01-01140<br>W.R. GRACE & CO.-CONN. | 342 | $1,188.55 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured