**EXHIBIT 2**

## Dkt No. 9010 - Omni 11 Continuance Order
## for WR Grace

Total number of parties: 10
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 14881 | BARNETT, MARK C, 116 DRUID ST, GREENVILLE, SC 29609-4802 |
| 14881 | BERRY & BERRY, C/O C RANDALL BUPP ESQ, PLASTIRAS & TERRIZZI, 24 PROFESSIONAL CENTER PKWY STE 150, SAN RAFAEL, CA 94903 |
| 14881 | COMPUTER TASK GROUP INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 14881 | DARKS, TYRONE P, ID #239667, PO BOX 97, MCALESTER, OK 74502 |
| 14881 | IRON MOUNTAIN RECORDS MANAGEMENT, C/O D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 14881 | MICRO WAREHOUSE, 1690 OAK ST, LAKEWOOD, NJ 08701 |
| 14881 | OFFICE DEPOT INC, ROBBIE SMITH ACCS, 2200 OLD GERMANTOWN RD, DELRAY BEACH, FL 33445 |
| 14881 | PALAZZO, RAPHEAL J, C/O DONOVAN CORRECTIONAL FAC, FAC 17-131-U, 480 ALTA RD, SAN DIEGO, CA 92119 |
| 14881 | SANDERS ROOFING CO INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 14881 | WEST GROUP, THOMAS J LALLIER, FOLEY & MANSFIELD PLLP, 1108 NICOLLET MALL #200, MINNEAPOLIS, MN 55403 |

Subtotal for this group: 10