**EXHIBIT 1**

*On Bench Filed 7/19/05*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    ) Chapter 11
                                          )
W. R. GRACE & CO., et al.;[1]             ) Case No. 01-01139 (JKF)
                                          ) (Jointly Administered)
                Debtors.                  )
                                          ) **Re: Docket No. 8464 and**
                                            **7/19/05 Agenda Item No. 7**

## CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

1.    On May 18, 2005, the Debtors filed their Ninth Omnibus Objection[2] to Claims

[Docket No. 8464].

2.    On June 27, 2005, the Court entered the Order Granting Relief Sought in Debtors'

Ninth Omnibus Objection to Claims [ Docket No. 8738].

NOW THEREFORE, upon consideration of the Debtors' Ninth Omnibus Objection

seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over

this matter, that venue is proper and proper notice having been given and no further notice being

required; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]    Capitalized terms used but not defined herein are as defined in the Debtors' Ninth Omnibus Objection.

ORDERED that the Objection to each Claim listed on Exhibit A to this Order is continued to the August 29, 2005 omnibus hearing; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July __19__, 2005

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

Hearing Date: Tuesday, July 19, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9 - EXHIBIT A - CONTINUED - EXPUNGE

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 COMMONWEALTH OF MASSACHUSETTS DEPT OF REV ANNE CHAN TAX EXAMINER BOX 9484 BOSTON, MA 02205-9484 | 01-01162 | 1480 | $3,250.59 $830.00 | (P) (U) | NO LIABILITY EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 2 COMMONWEALTH OF MASSACHUSETTS DEPT OF REV ANNE CHAN TAX EXAMINER BOX 9484 BOSTON, MA 02205-9484 | 01-01143 ALEWIFE BOSTON LTD. | 1481 ALEWIFE LAND CORPORATION | $3,250.59 $830.00 | (P) (U) | NO LIABILITY EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 3 SAFETY KLEEN CORPORATION PO BOX 11393 COLUMBIA, SC 29211 | 01-01140 W.R. GRACE & CO.-CONN. | 163 | $162,429.45 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 1

7/13/2005 2:59:37 PM

Page 6 of 8