# EXHIBIT 2

## Dkt No. 9013 - Omni 9 Continuation Order
## for WR Grace

Total number of parties: 2
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 14880 | COMMONWEALTH OF MASSACHUSETTS DEPT OF REV, ANNE CHAN TAX EXAMINER, BOX 9484, BOSTON, MA 02205-9484 |
| 14880 | SAFETY KLEEN CORPORATION, PO BOX 11393, COLUMBIA, SC 29211 |

Subtotal for this group: 2