IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: September 9, 2005 @ 12:00 pm** |
| | ) | **Objection Deadline: August 22, 2005 @ 4:00 pm** |

**NOTICE OF SUPPLEMENTAL MOTION OF SPEIGHTS & RUNYAN
TO QUASH SUBPOENA COMMANDING APPEARANCE AT
DEPOSITION OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER**

PLEASE TAKE NOTICE that Speights & Runyan has filed its attached Supplemental Motion to Quash Subpoena Commanding Appearance at Deposition or in the Alternative for Protective Order (the "Motion").

You are required to file a response to the attached Motion on or before **August 22, 2005 at 4:00 p.m. EDT.**

At the same time you must also serve a copy of the response upon movant's attorneys:

Christopher D. Loizides (No. 3968)      Daniel A. Speights
Michael J. Joyce (No. 4563)             SPEIGHTS & RUNYAN
LOIZIDES & ASSOCIATES                   200 Jackson Avenue East
1225 King Street, Suite 800             P.O. Box 685
Wilmington, DE  19801                   Hampton, SC  29924

PLEASE TAKE FURTHER NOTICE THAT, ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED, A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 9, 2005 AT 12:00 P.M.** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 26, 2005

                                    Christopher D. Loizides (Bar No. 3968)
Michael J. Joyce (Bar No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
Email:        loizides@loizides.com

                   -and-

Daniel A. Speights (SC Bar No. 4252)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel for Claimants*