IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: September 9, 2005 @ 12:00 pm |
| | ) | Objection Deadline: August 22, 2005 @ 4:00 pm |
| | ) | |
| | ) | Re: Docket No. _____ |

**ORDER GRANTING SUPPLEMENTAL MOTION OF SPEIGHTS & RUNYAN
TO QUASH SUBPOENA COMMANDING APPEARANCE AT DEPOSITION
OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER**

Upon consideration of the Supplemental Motion of Speights & Runyan to Quash Subpoena Commanding Appearance at Deposition or in the Alternative for Protective Order (the "Motion"), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Subpoenas referenced in the Motion are hereby QUASHED in their entirety.

DATED: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge