IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

Linda M. Ellis, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 26th day of July, 2005, she caused a copy of the following documents to be served upon the following service list in the manner indicated:

1. **Debtors' Motion for an Order Approving the Settlement Agreement with Intercat, Inc.**
2. **Notice of Motion for an Order Approving the Settlement Agreement with Intercat, Inc.**
3. **Proposed Order Approving the Settlement Agreement with Intercat, Inc.**

Linda M. Ellis

Sworn to and subscribed before
me this 26th of July, 2005

Notary Public

My Commission Expires: 11/4/05

MARY E. CORCORAN
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires Nov. 4, 2005

91100-001\DOCS_DE:21973.13

W.R. Grace & Co., et al.
Service List for Motion Approving Intercat, Inc. Settlement Agreement
Case No. 01-01139
Document No. 110339
02 – First Class Mail


(Counsel for Nol-tec)
David A. Allgeyer, Esquire
Lindquist & Vennum PLLP
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(Counsel for Intercat)
Thomas Wimbiscus, Esquire
McAndrews, Held & Mally, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661