# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 8/16/05** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

### NOTICE OF FILING OF
### THIRTEENTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2005 THROUGH JUNE 30, 2005

TO:    (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **August 16, 2005.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee
of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos
Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee
to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee
of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.


_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Date:   July 26, 2005                          Claimants' Representative

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 8/16/05** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

**COVER SHEET
THIRTEENTH MONTHLY INTERIM APPLICATION OF PHILLIPS,
GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OF JUNE 1, 2005 THROUGH JUNE 30, 2005**

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | June 1, 2005 through June 30, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $5,395.00 |
| 80% of Fees to be Paid: | $4,316.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,093.35 |
| Total Fees @ 80% and Expenses: | $5,409.35 |

This is an:    __X__ interim    ____ monthly    ____ final application

The total time expended in preparation and filing of previous fee monthly and quarterly applications for Phillips, Goldman & Spence, P.A. during this time period was .40 hours and the corresponding fees are $118.00. The time spent for this interim fee application will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees + Costs Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt. No. 6883 | $2,948.07 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt. No. 6884 | $2,938.36 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt. No. 6997 | $4,526.84 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt. No. 7997 | N/A | $2,187.60 | $2,187.60 |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt. No. 7278 | $5,600.51 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt. No. 7643 | $5,951.95 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,982.54 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed 6/14/05 Dkt No. 8613 | N/A | $4,129.20 | N/A |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees + Costs Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 8th Monthly Application 1.1.05-1.31.05 Filed 2.28.05 Dkt No. 7918 | $9,247.00 | $2,039.47 | Filed 3.29.05 Dkt No. 8135 | $9,437.07 | $1,850.00 | $9,437.07 |
| 9th Monthly Application 2.2.05-2.28.058 Filed 4.8.05 Dkt No. 8191 | $3,373.00 | $164.44 | Filed 4.25.05 Dkt No. 8284 | $2,862.84 | $674.60 | $2,862.84 |
| 10th Monthly Application 3.1.05-3.31.05 Filed 4.26.05 Dkt No. 8285 | $4,127.50 | $461.38 | Filed 6.6.05 Dkt No. 8553 | $3,763.38 | 825.00 | $3,763.38 |
| 4th Quarterly Application 1.1.05-3.31.05 Filed 4.29.05 Dkt No. 8303 | $16,747.50 | $2,665.29 | Filed Dkt No. | N/A | $6,653.80 | N/A |
| 11th Monthly Application 4.1.05-4.30.05 Filed 6.6.05 Dkt No. 8554 | $4,910.00 | $195.51 | Filed 7.27.05 Dkt No. 9094 | $4,123.51 | $982.00 | |
| 12th Monthly Application 5.1.05-5.31.05 Filed 6.27.05 Dkt No. 8686 | $3,596.00 | $309.93 | Filed 7.20.05 Dkt No. 9029 | $3,186.73 | $719.20 | |

## CURRENT COMPENSATION SUMMARY

### JUNE 1, 2005 THROUGH JUNE, 2005

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 11.70 | 4,095.00 |
| Celeste A. Hartman | Sr. Paralegal/8 years/20 years prior experience | 130.00 | 10.00 | 1,300.00 |
| Grand Total: | | | | $5,395.00 |
| Blended Rate: | | | | $248.62 |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.00 | $130.00 |
| Litigation | 12.80 | $3,952.00 |
| Fee/Employment Applications | 7.00 | $1,196.00 |
| Plan and Disclosure Statement | .90 | $117.00 |
| Total | 21.70 | $5,395.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | 3.99 |
| Postage | N/A | 36.96 |
| Overnight Courier | Federal Express | 61.04 |
| Photocopies (15¢ per page) | N/A | 192.60 |
| Copy Mail Delivery Service | Parcels, Inc. | 774.36 |
| Working Lunch with Co-counsel (6/27/05) | John C. Phillips, Jr. | 14.00 |
| On-Line Docket Research | N/A | 8.40 |
| Facsimile ($1 per page outgoing only) | N/A | 2.00 |
| Total | | $1,093.35 |

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative


Date:   July 26, 2005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware     :

                 : ss

New Castle County   :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

1. I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

2. I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 26TH DAY OF JULY 2005.

Notary Public
My commission expires:

ANN MARIE MILLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 18, 2005

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JUNE 1, 2005
## THROUGH JUNE 30, 2005

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


July 21, 2005


Swidler Berlin, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007


File  WRG-AUS/JCP
Invoice number  58224


Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)


```
        Subtotal for FEES only: 06/30/05     $5,395.00
        Subtotal for COSTS only: 06/30/05    $1,093.35
                                             -------------
    CURRENT PERIOD FEES AND COSTS: 06/30/05   $6,488.35
                                             -------------
```


***************************************************************

Please remit duplicate copy with payment.   Thank you.

***************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

July 21, 2005

Swidler Berlin, LLP

File   WRG-AUS/JCP
Invoice number   58224

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|----------|-------|--------|
| CASE ADMINISTRATION | 1.0 | 130.00 |
| LITIGATION | 12.8 | 3,952.00 |
| FEE/EMPLOYMENT APPLICATIONS | 7.0 | 1,196.00 |
| PLAN AND DISCLOSURE STATEMENT | 0.9 | 117.00 |
| Subtotal for FEES only: 06/30/05 | 21.7 | $5,395.00 |

| RATE | SUMM | | HOURS | | | |
|------|------|------|-------|-----|------|------|
| 350.00 | JCP | 11.70 | 11.70 | 4,095.00 | 0.00 | 0.00 |
| 130.00 | CAH | 10.00 | 10.00 | 1,300.00 | 0.00 | 0.00 |
| Totals | | 21.70 | 21.70 | 5,395.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

07/21/05   Page 1

Sort Fields:
Grouping code                        (Paginate)
Client code
Actual employee code                 (Subtotals)
Transaction date

Range Fields:
Client code                I WRG - WRG
Invoice Number             I    58224 -      58224

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|--------|
| WRG | CASE ADMINISTRATION | CAH | 06/01/05 | Merge original signatures into filed documents. | 0.20 | 26.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 06/20/05 | Update docket to system. | 0.20 | 26.00 | |
| WRG | CASE ADMINISTRATION | CAH | 06/20/05 | Merge original signatures into filed documents; e-mail to D. Fullem on other original signatures needed. | 0.40 | 52.00 | |
| WRG | CASE ADMINISTRATION | CAH | 06/28/05 | Update docket to system. | 0.20 | 26.00 | |
| | | | | | -------- | -------- | |
| | | | | | 1.00 | 130.00 | |
| | | | | | -------- | -------- | |
| | | | | | 1.00 | 130.00 | |
| | | | | | -------- | -------- | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

07/21/05   Page 2

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 06/30/05 | Phone conference with M. Cheney (.2); print draft response to Motion to Approve Personal Injury CMO and Questionaire (.1), download pertinent pleadings and give to John C. Phillips, Jr. (.2), conference with John C. Phillips, Jr. on same (.3). | 0.80 | 104.00 | Li |
| WRG | LITIGATION | CAH | 06/30/05 | Review of and respond to 2 e-mails from M. Cheney re: filing today | 0.30 | 39.00 | |
| WRG | LITIGATION | CAH | 06/30/05 | E-mail to and phone conference with M. Cheney re: changes made by John C. Phillips, Jr. to Objection (.3), review of and revise Objection (.7), scan file and serve documents (.3). | 1.30 | 169.00 | |
| | | | | | ----------- | ----------- | |
| | | | | | 2.40 | 312.00 | |
| | | | | | ----------- | ----------- | |
| WRG | LITIGATION | JCP | 06/01/05 | Review of miscellaneous pleadings; review of 05/16/05 transcript. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 06/02/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/03/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/06/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/07/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/08/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/09/05 | Review of Joint Motion to Extend Deadlines for Responses and Replies to Motion to Approve Personal Injury CMO and proposed Order. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/10/05 | Review of miscellaneous pleadings: review of draft Objection to Further Extension of Exclusivity; conference with paralegal, review of Equity Committee's Response to Motion to Extend Exclusivity. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 06/13/05 | Review of miscellaneous pleadings (.2), conference with paralegal (.1); review of Property Damage Committee's Objection to Motion to Extend Exclusivity (.2), review of Personal Injury Committee's Objection to Motion to Extend Exclusivity (.2) | 0.70 | 245.00 | |
| WRG | LITIGATION | JCP | 06/14/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/15/05 | Review of miscellaneous pleadings; review of e-mail from counsel for Sealed Air with enclosure; review of proposed revised Order. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 06/16/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

07/21/05    Page 3

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|--------------------------|---------|------------|-------------------------|----------------|------------------|--------|
| WRG | LITIGATION | JCP | 06/17/05 | Review of miscellaneous pleadings; review of Debtors' Motion to Leave to File Reply to Objections to Extending Exclusivity with enclosure; review of Debtors' Reply. | 0.30 | 105.00 | Li |
| WRG | LITIGATION | JCP | 06/20/05 | Review of miscellaneous pleadings; review of Agenda for 06/27/05 Hearing. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 06/21/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/22/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/23/05 | Review of miscellaneous pleadings; review of 8 Rule 30(b)(6) deposition notices issued by Debtor re: Speights and Runyan representations. | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 06/24/05 | E-mail from and e-mail to Roger Frankel (2x). | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 06/27/05 | E-mail from and e-mail to Roger Frankel (2x)(.5), review of Amended Agenda for 06/27/05 Hearing (.4), conference with Roger Frankel re: Hearing (.2); court appearance re: Hearing (2.4); e-mail from Rick Wyron; e-mail from counsel for Personal Injury Committee (.5). | 4.50 | 1,575.00 | |
| WRG | LITIGATION | JCP | 06/29/05 | Review of miscellaneous pleadings (.3), review of Creditors' Committee's, Property Damage Committee's and Debtor's Oppositions to Montana's Motion for Relief from Stay (.4), review of Order Approving Siegel Consulting Agreement (.2). | 0.90 | 315.00 | |
| WRG | LITIGATION | JCP | 06/30/05 | Review of miscellaneous pleadings (voluminous) (.3); review of Order Approving Sealed Air Settlement (.2); review of Personal Injury Committee's Joinder in Debtors' Objection to Montana's Motion for Relief from Stay (.4); review of and revise FCR's Objection to Debtors' Motion to Approve Personal Injury CMO (2x)(.3), conference with Celeste A. Hartman (3x)(.3); e-mail from Matt Cheney; review of and execute Objection (.1). | 1.60 | 560.00 | |

                                                                10.40        3,640.00
                                                                ------       ---------
                                                                12.80        3,952.00
                                                                ------       ---------

HRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

07/21/05   Page 4

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/04/05 | Draft April Fee Application for Phillips, Goldman & Spence. | 0.70 | 91.00 | fa |
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/04/05 | Draft Certificate of No Objection for March Fee Application for Phillips, Goldman & Spence. | 0.20 | 26.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/14/05 | Draft Certificate of No Objection for Phillips, Goldman & Spence monthly Fee Application; file and serve same. | 0.50 | 65.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/14/05 | Download, print and file Certificate of No Objection for pending Fee Applications of CIBC World Markets 2nd supplemental retention Application of CIBC and corrected Notice of Austern's 4th Quarterly Fee Application. | 0.80 | 104.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/20/05 | File Certificate of No Objection for CIBC Extended Employment Application. | 0.20 | 26.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/23/05 | Draft May 2005 Fee Application for Phillips, Goldman & Spence. | 0.80 | 104.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/23/05 | Draft 9th Qurterly Fee Application for Phillips, Goldman & Spence. | 1.30 | 169.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/27/05 | Scan file and serve 12th Monthly Fee Application (May) for Phillips, Goldman & Spence. | 0.50 | 65.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/28/05 | File corrected Notices for D. Austern and Swidler Berlin's Quarterly Fee Applications. | 0.50 | 65.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/28/05 | File Certificate of No Objection for CIBC Fee Application for May 2005. | 0.20 | 26.00 | |
| | | | | 5.70 | 741.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/04/05 | Review of, revise and execute 11th Monthly Fee Application; review of and execute Certificate of No Objection re: 10th Monthly Fee Application; conference with Celeste A. Hartman. | 0.60 | 210.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/09/05 | Review of Auditor's Report. | 0.10 | 35.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/14/05 | Review of Notice of Corrected Dates re: Swidler Berlin's Fee Application. | 0.10 | 35.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/20/05 | Conference with paralegal re: CIBC Employment Extension. | 0.10 | 35.00 | |
| HRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/27/05 | Review of, revise and execute Phillips, Goldman & Spence 12th Monthly Fee Application; conference with Celeste A. Hartman. | 0.30 | 105.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG   FEE/EMPLOYMENT APPLICATIONS | JCP | 06/29/05 | Review of Order Approving 15th Quarterly Fee Application. | 0.10 | 35.00 | fa |
| | | | | -------- | -------- | |
| | | | | 1.30 | 455.00 | |
| | | | | -------- | -------- | |
| | | | | 7.00 | 1,196.00 | |
| | | | | -------- | -------- | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

07/21/05   Page 6

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG    PLAN AND DISCLOSURE STATEMENT | CAH | 06/10/05 | Download FCR's Objection to 8th Motion to Extend Exclusivity Periods (.1), format and have executed (.3); file same (.2); create service lables and serve same (.3). | 0.90 | 117.00 | ps |
| | | | | 0.90 | 117.00 | |
| | | | | 0.90 | 117.00 | |
| | | | | 21.70 | 5,395.00 | |

45 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

### FOR THE TIME PERIOD
### JUNE 1, 2005
### THROUGH JUNE 30, 2005

Phillips, Goldman & Spence, P.A.

Page  2

July 21, 2005

Swidler Berlin, LLP

File  WRG-AUS/JCP
Invoice number  58224

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | | |
|---|---|---|
| 06/01/05 | Federal Express | 61.04 |
| 06/01/05 | Long distance phone charges | 3.99 |
| 06/01/05 | On-line docket research | 8.40 |
| 06/04/05 | Photocopies | 192.60 |
| 06/06/05 | Postage | 36.96 |
| 06/10/05 | Check No.: 28237 - Parcels, Inc. / Virtual Docket - Downloaded and scanned documents. | 774.36 |
| 06/29/05 | Check No.: 28373 - John C. Phillips, Jr. - Lunch (06/27 Roger Frankel). | 14.00 |
| 06/29/05 | Facsimile | 2.00 |

Subtotal for COSTS only: 06/30/05   $1,093.35

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on June 27, 2005, I caused the *Notice, Cover Sheet to the Thirteenth Monthly Interim Application of Phillips, Goldman & Spence, P.A. , Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Time Period June 1, 2005 through June 30, 2005,* be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.

_____

CELESTE A. HARTMAN

**Hand Delivery and E-mail: ljones@pszyj.com**
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Via First Class U.S. Mail**
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
**Via Hand Delivery**

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

**Via Federal Express and E-mail: feeaudit@whsmithlaw.com**
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

**Via Federal Express and E-mail: william.sparks@grace.com**
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail: syoder@bayardfirm.com**
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP