# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE  :   JULY 25, 2005
MATTER :  W9600-002
INVOICE :  194480
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/23/05 | RLT | REVIEWED MOTION TO APPROVE A SETTLEMENT AGREEMENT WITH CYTEC INDUSTRIES, INC., WYETH HOLDINGS CORPORATION, AND WYETH, REQUIRING CREATION OF A CERTAIN TRUST, AND AUTHORIZING CREATION OF A CERTAIN TRUST, AND AUTHORIZING ACTIONS THEREUNDER | .40 |
| 06/10/05 | RLT | REVIEWED MOTION TO AUTHORIZE THE DEBTORS TO EXPEND PROPERTY OF THE ESTATES TO ESTABLISH AN ADDITIONAL MANUFACTURING FACILITY FOR THE DEBTORS' SPECIALTY BUILDING MATERIALS BUSINESS FILED BY W.R. GRACE & CO. | .50 |

```
            T I M E   S U M M A R Y
            -----------------------

                    RATE    HOURS           TOTALS
                    ----    -----           ------

R L THOMAS         220.00    .90            198.00
          TOTALS             .90            198.00


          TOTAL FEES :                      198.00


          TOTAL DUE  :                      198.00
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 25, 2005
                                            MATTER :  W9600-003
                                            INVOICE :  194481


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

    RE:  BUSINESS OPERATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 06/01/05 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD APRIL 2005 | .40 |
| 06/01/05 | TC | REVIEWED MONTHLY OPERATING REPORTS | .60 |
| 06/14/05 | TC | REVIEWED MOTION OF DEBTORS TO EXPEND PROPERTY OF THE ESTATE TO ESTABLISH AN ADDITIONAL MANUFACTURING FACILITY | 1.20 |

```
                       T I M E   S U M M A R Y
                       ----------------------

                             RATE    HOURS           TOTALS
                             ----    -----           ------

    R L THOMAS             220.00     .40            88.00
    T CURRIER              470.00    1.80           846.00
                TOTALS              2.20            934.00


                TOTAL FEES :                        934.00


                TOTAL DUE  :                        934.00
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 25, 2005
MATTER :  W9600-004
INVOICE :  194482

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/26/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 05/27/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/01/05 | MNF | REVIEW EMAIL NOTIFICATIONS AND DOWNLOAD NOTICE OF APPEARANCE (.3); UPDATE 2002 LIST (.2) | .50 |
| 06/01/05 | RLT | REVIEWED TRANSCRIPT HEARING HELD 5/16/05 | .40 |
| 06/02/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .70 |
| 06/03/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/07/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER :  W9600-004
INVOICE :  194482

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 06/09/05 MNF | DOWNLOAD NOTICE OF ADDRESS CHANGE AND UPDATE 2002 LIST RE: SAME | .30 |
| 06/13/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .70 |
| 06/13/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/14/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/15/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .80 |
| 06/16/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/20/05 MNF | REVIEW DOCKET AND DOWNLOAD AGENDA FOR 6/27/05 HEARING | .30 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    JULY 25, 2005
MATTER :  W9600-004
INVOICE : 194482
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 06/21/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 06/21/05 TC | REVIEWED AMENDED AGENDA LETTER | .50 |
| 06/23/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .70 |
| 06/23/05 TC | REVIEWED AMENDED AGENDA NOTICE | .40 |
| 06/24/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .70 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 135.00 | 12.70 | 1714.50 |
| R L THOMAS | 220.00 | .40 | 88.00 |
| T CURRIER | 470.00 | .90 | 423.00 |
| TOTALS | | 14.00 | 2225.50 |

TOTAL FEES :                          2,225.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER : W9600-004
INVOICE :  194482

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:   CASE ADMINISTRATION

TOTAL DUE  :                          2,225.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 25, 2005
MATTER :  W9600-006
INVOICE :  194483

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/01/05 | TC | REVIEWED CLAIM RESPONSE FILED BY MATTHEWS ELECTRIC SUPPLY COMPANY | .50 |
| 06/07/05 | RLT | REVIEWED RESPONSE TO OBJECTION TO CLAIM #649 FILED BY SIERRA CAPITAL | .20 |
| 06/07/05 | RLT | REVIEWED RESPONSE TO OBJECTION TO CLAIM #777 FILED BY SIERRA CAPITAL | .20 |
| 06/07/05 | RLT | REVIEWED RESPONSE TO OBJECTION TO CLAIM #639 FILED BY SIERRA CAPITAL | .20 |
| 06/10/05 | RLT | REVIEWED RESPONSE TO 11TH OMNIBUS OBJECTION TO CLAIMS FILED BY RAPHEAL J PALAZIO | .10 |
| 06/10/05 | RLT | REVIEWED RESPONSE TO 11TH OMNIBUS OBJECTION TO CLAIMS FILED BY RECEIVABLE MANAGEMENT SERVICE | .10 |
| 06/13/05 | TC | REVIEWED SIERRA CAPITAL RESPONSE TO CLAIM OBJECTION | .40 |
| 06/14/05 | RLT | REVIEWED OMNIBUS OBJECTION TO CLAIM {TWELFTH OF DEBTORS TO CERTAIN CLAIMS FILED BY THE LAW FIRM OF SPEIGHTS & RUNYAN (NON-SUBSTANTIVE) TRANSFER OF CLAIM. FILED BY W.R. GRACE & CO | .40 |
| 06/14/05 | TC | REVIEWED RECEIVABLE MANAGEMENT'S RESPONSE TO CLAIMS OBJECTIONS | .50 |
| 06/20/05 | TC | REVIEWED OMNIBUS OBJECTION TO CLAIM OF LAW FIRM OF SPEIGHTS AND RUNYAN | .90 |
| 06/27/05 | TC | REVIEWED 30(B)(6) MATERIALS BY DEBTORS TO SPEIGHTS AND RUNYAN RE CLAIM | .70 |

PENNSYLVANIA     ●     DELAWARE     ●     NEW JERSEY     ●     WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JULY 25, 2005
                                              MATTER :  W9600-006
                                              INVOICE :  194483


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


06/29/05 TC    REVIEWED STIPULATION AND ORDER RESOLVING CLAIM         .40
               203 OF SPAULDING AND SLYE CONSTRUCTION

06/29/05 TC    REVIEWED TENTH CONTINUATION ORDER FROM 5TH             .40
               OMNIBUS CLAIMS OBJECTION

06/29/05 TC    REVIEWED FOURTH CONTINUATION ORDER FROM 8TH            .40
               OMNIBUS CLAIMS OBJECTION

06/29/05 TC    REVIEWED ORDER GRANTING RELIEF FROM 9TH OMNIBUS        .40
               CLAIMS OBJECTION (SUBSTANTIVE)

06/29/05 TC    REVIEWED ORDER GRANTING RELIEF FROM 10TH               .40
               OMNIBUS CLAIMS OBJECTION (NONSUBSTANTIVE)

06/29/05 TC    REVIEWED ORDER GRANTING RELIEF FROM 11TH               .40
               OMNIBUS CLAIMS OBJECTION (NONGATEWAY)

06/29/05 TC    REVIEWED ORDER AUTHORIZING AND APPROVING SEALED        .70
               AIR AGREEMENT OF SETTLEMENT
```

```
               T I M E   S U M M A R Y
               ----------------------

                         RATE      HOURS        TOTALS
                         ----      -----        ------

R L THOMAS             220.00      1.20         264.00
T CURRIER              470.00      6.10        2867.00
               TOTALS              7.30        3131.00


               TOTAL FEES :                    3,131.00


               TOTAL DUE  :                    3,131.00
```

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER :   W9600-008
INVOICE :   194484

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:   EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 06/10/05 | RLT | REVIEWED MOTION TO AUTHORIZE THE IMPLEMENTATION OF THE 2005-2007 LONG-TERM INCENTIVE PROGRAM FOR KEY EMPLOYERS FILED BY W.R. GRACE & CO. | .40 |
| 06/13/05 | TC | REVIEWED MOTION TO APPROVE LONG TERM INCENTIVE PROGRAM FOR EMPLOYEES, 2005-2007 | 1.20 |
| 06/14/05 | RLT | REVIEWED MOTION TO AUTHORIZE THE IMPLEMENTATION OF THE 2005 - 2007 LONG TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES FILED BY W.R. GRACE & CO | .40 |
| 06/15/05 | TC | REVIEWED MOTION TO AUTHORIZE AND IMPLEMENT EMPLOYEE BENEFITS PLANS | .60 |
| 06/23/05 | TC | REVIEWED ORDER AUTHORIZING DEBTOR TO CONTRIBUTE TO PENSION PLANS | .40 |
| 06/27/05 | TC | REVIEWED ORDER AUTHORIZING DEBTORS' TO CONTRIBUTE FUNDS TO LAKE CHARLES PENSION PLAN | .40 |
| 06/29/05 | TC | REVIEWED ORDER AUTHORIZING POST RETIREMENT CONSULTING AGREEMENT WITH FORMER GENERAL COUNSEL | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JULY 25, 2005
MATTER :  W9600-008
INVOICE :  194484

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:  EMPLOYEE BENEFITS / PENSION

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .80 | 176.00 |
| T CURRIER | 470.00 | 3.00 | 1410.00 |
| TOTALS | | 3.80 | 1586.00 |

TOTAL FEES :                          1,586.00

TOTAL DUE  :                          1,586.00

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   JULY 25, 2005
MATTER :  W9600-010
INVOICE :  194485

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/14/05 | RLT | REVIEWED AFFIDAVIT (FOURTEENTH SUPPLEMENTAL) OF JAMES H.M. SPRAYREGEN UNDER 11 U.S.C. SECTION 327(A) AND FED.R.BANKR.P.2014 | .20 |
| 06/14/05 | RLT | REVIEWED ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ANDERSON KILL & OLICK, P.C. AS SPECIAL INSURANCE COVERAGE COUNSEL TO THE OFFICIAL PI COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .20 |
| 06/14/05 | RLT | REVIEWED NOTICE OF CORRECTED HEARING DATE AND DEADLINE TO OBJECT | .20 |
| 06/14/05 | TC | REVIEWED ORDER AUTHORIZING THE RETENTION OF ANDERSON KILL | .40 |

## T I M E   S U M M A R Y

|  | | RATE | HOURS | TOTALS |
|--|--|------|-------|--------|
| R L THOMAS | | 220.00 | .60 | 132.00 |
| T CURRIER | | 470.00 | .40 | 188.00 |
| | TOTALS | | 1.00 | 320.00 |

TOTAL FEES :                          320.00

TOTAL DUE  :                          320.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 25, 2005
MATTER :  W9600-011
INVOICE : 194486

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/26/05 | MNF | DRAFT 42ND MONTHLY FEE APP OF KRLS FOR APRIL 2005 (1.4); EMAIL TO RLT RE: SAME(.1) | 1.50 |
| 05/27/05 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 41ST MONTHLY FEE APP OF KRLS(.1); DRAFT CNO RE: SAME (.4) | .50 |
| 05/27/05 | RLT | REVIEWED 42ND FEE APPLICATION OF KRLS | .40 |
| 05/31/05 | MNF | E-FILE AND SERVE CNO RE: 41ST FEE APP OF KRLS | 1.00 |
| 05/31/05 | MNF | E-FILE AND SERVE 42ND MONTHLY FEE APP OF KRLS (1.0); SCAN AND EMAIL SAME TO FEE AUDITOR (.2); CALENDAR DATES (.1) | 1.30 |
| 06/07/05 | RLT | REVIEWED KRLS 16TH QUARTERLY FEE APPLICATION AND COMMENTED ON SAME | .30 |
| 06/08/05 | MNF | REVIEW DOCKET RE: OBJ. TO 16TH QUARTERLY FEE APP OF KRLS (.1) DRAFT CNO RE: SAME (.4) EMAIL TO RLT RE: SAME (.1) | .60 |
| 06/09/05 | MNF | E-FILE AND SERVE CNO RE: 16TH QUARTERLY FEE APP OF KRLS | .80 |
| 06/15/05 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS FOR 5/1/05-5/31/05 TIME | .60 |
| 06/15/05 | TC | REVIEWED TIME ENTRIES IN PREPARATION FOR ROUGH DRAFT OF FEE APPLICATION | 2.20 |
| 06/16/05 | MNF | COORDINATE BILLS TO ACCOUNTING | .30 |
| 06/17/05 | FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR APRIL 2005 FEE APPLICATION | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER :  W9600-011
INVOICE :  194486

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| | | |
|---|---|---:|
| 06/20/05 MNF | DRAFT 43RD MONTHLY FEE APP OF KRLS AND EXHIBITS RE: SAME | 1.50 |
| 06/22/05 MNF | REVIEW DOCKET RE: OBJ. TO 42ND MONTHLY FEE APP OF KRLS (.1); DRAFT CNO RE: SAME (.5) | .60 |
| 06/22/05 MNF | E-FILE AND SERVE CNO RE: 42ND FEE APP OF KRLS | .80 |
| 06/22/05 TC | REVIEWED FEE APPLICATIONS AND CNOS FOR THEM, IN ORDER TO FILE THEM | .80 |
| 06/24/05 MNF | EDITS TO 43RD MONTHLY FEE APP OF KRLS(.2) FINALIZE BILLS AND SEND SAME TO ACCOUNTING (.5) | .70 |
| 06/28/05 MNF | E-FILE AND SERVE 43RD MONTHLY FEE APP OF KRLS | 1.00 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| F A PANCHAK | 145.00 | .20 | 29.00 |
| M N FLORES | 135.00 | 11.20 | 1512.00 |
| R L THOMAS | 220.00 | .70 | 154.00 |
| T CURRIER | 470.00 | 3.00 | 1410.00 |
| TOTALS | | 15.10 | 3105.00 |

TOTAL FEES :                     3,105.00

TOTAL DUE  :                     3,105.00

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER : W9600-012
INVOICE : 194487

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/14/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | .10 |
| 05/24/05 | RLT | REVIEWED LATHAM & WATKINS LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FROM MARCH 1, 2005 THROUGH MARCH 31, 2005, FOR THE QUARTER OF JANUARY - MARCH, 2005 FILED BY LATHAM & WATKINS LLP | .10 |
| 05/24/05 | RLT | REVIEWED TWELFTH QUARTERLY INTERIM APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005 FILED BY BLACKSTONE GROUP L.P. | .20 |
| 05/24/05 | RLT | REVIEWED SIXTEENTH QUARTERLY, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2005 THROUGH MARCH 31, 2005 FILED BY PITNEY HARDIN LLP | .20 |
| 05/24/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ENVIRONMENTAL COUNSEL FOR THE FIFTEENTH INTERIM PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY LATHAM & WATKINS LLP | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 25, 2005
                                            MATTER :  W9600-012
                                            INVOICE :  194487


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

      RE:  FEE APPLICATIONS, OTHERS


05/24/05 RLT    REVIEWED APPLICATION FOR COMPENSATION FOR              .20
                SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL ENVIRONMENTAL COUNSEL FOR THE SIXTEENTH
                MONTHLY INTERIM PERIOD FROM JANUARY 1, 2005
                THROUGH MARCH 31, 2005 FILED BY LATHAM &
                WATKINS LLP

05/24/05 RLT    REVIEWED CNO FOR 44TH FEE APPLICATION OF KRAMER        .30
                LEVIN

05/24/05 RLT    REVIEWED THIRTY-NINTH MONTHLY FEE APPLICATION          .10
                OF DUANE MORRIS LLP FOR COMPENSATION FOR
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                AS COUNSEL TO THE OFFICIAL COMMITTEE OF
                UNSECURED CREDITORS FOR THE PERIOD OF APRIL 1,
                2005 THROUGH APRIL 30, 2005 FILED BY OFFICIAL
                COMMITTEE OF UNSECURED CREDITORS OBJECTIONS

05/26/05 MNF    EDITS TO 45TH MONTHLY FEE APP OF KRAMER LEVIN          .40

05/31/05 MNF    E-FILE AND SERVE 45TH MONTHLY FEE APP OF KRAMER       1.30
                LEVIN (1.0); SCAN AND EMAIL SAME TO FEE AUDITOR
                (.2); CALENDAR DATES (.1)

05/31/05 RLT    REVIEWED FORTY-FIFTH MONTHLY FEE APPLICATION OF        .10
                KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO
                THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
                COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS
                FOR THE PERIOD FROM APRIL 1, 2005 THORUGH APRIL
                30, 2005

05/31/05 RLT    REVIEWED APPLICATION OF REED SMITH LLP FOR             .10
                COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
                EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY
                DEFENSE COUNSEL TO DEBTORS FOR THE FORTY-SIXTH
                MONTHLY INTERIM PERIOD FROM APRIL 1, 2005
                THROUGH APRIL 30, 2005


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 25, 2005
MATTER :  W9600-012
INVOICE : 194487

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 05/31/05 RLT | REVIEWED FIRST APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR FEBRUARY, 2005 FILED BY LECG, LLC | .10 |
| 05/31/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005 FILED BY LEGAL ANALYSIS SYSTEMS, INC. | .10 |
| 05/31/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR MARCH, 2005 FILED BY LECG, LLC | .10 |
| 05/31/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005 FILED BY CAPLIN & DRYSDALE, CHARTERED | .10 |
| 05/31/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005 FILED BY L. TERSIGNI CONSULTING, P.C. | .10 |
| 05/31/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005 FILED BY CAMPBELL & LEVINE, LLC | .10 |
| 06/01/05 RLT | REVIEWED /SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2005 TO FEBRUARY 28, 2005 THE QUARTER OF JANUARY - MARCH 2005 FILED BY STEPTOE & JOHNSON LLP | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER : W9600-012
INVOICE :  194487

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  FEE APPLICATIONS, OTHERS

06/01/05 RLT   REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .20
               REPORT REGARDING FEE APPLICATION OF SWIDLER
               BERLIN, LLP FOR THE FIFTEENTH INTERIM PERIOD
               FILED BY WARREN H. SMITH & ASSOCIATES, P.C.

06/01/05 RLT   REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .20
               REPORT REGARDING FEE APPLICATION OF STROOCK &
               STROOCK & LAVAN, LLP FOR THE FIFTEENTH INTERIM
               PERIOD FILED BY WARREN H. SMITH & ASSOCIATES,
               P.C.

06/01/05 RLT   REVIEWED ELEVENTH MONTHLY INTERIM APPLICATION          .10
               OF PHILLIPS, GOLDMAN & SPENCE, P.A., LOCAL
               BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE
               CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR
               SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
               FOR THE TIME PERIOD APRIL 1, 2005 THROUGH APRIL
               30, 2005

06/01/05 RLT   REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .20
               REPORT REGARDING FEE APPLICATION OF CAPLIN &
               DRYSDALE, CHARTERED FOR THE FIFTEENTH INTERIM
               PERIOD

06/01/05 RLT   REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .20
               REPORT REGARDING FEE APPLICATION OF LUKINS &
               ANNIS, P.S. FOR THE FIFTEENTH INTERIM PERIOD

06/01/05 RLT   REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .20
               REPORT REGARDING FEE APPLICATION OF KRAMER,
               LEVIN, NAFTALIS & FRANKEL, L.L.P. FOR THE
               FIFTEENTH INTERIM PERIOD

06/01/05 RLT   REVIEWED APPLICATION FOR COMPENSATION FIFTEENTH        .20
               INTERIM FEE APPLICATION OF CAPSTONE ADVISORY
               GROUP, LLC FOR THE MONTH OF APRIL 2005 FILED BY
               OFFICIAL COMMITTEE OF UNSECURED CREDITORS

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER :  W9600-012
INVOICE :  194487

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  FEE APPLICATIONS, OTHERS

| 06/01/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE FIFTEENTH INTERIM PERIOD | .20 |
|---|---|---|
| 06/01/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FORTY-EIGHTH MONTHLY FEE APPLICATION OF STROOCK STROOCK & LAVAN FOR THE MONTH OF APRIL 2005 | .10 |
| 06/01/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE FIFTEENTH INTERIM PERIOD | .20 |
| 06/01/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF REED SMITH LLP FOR THE FIFTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 06/01/05 RLT | REVIEWED APPLICATION FOR COMPENSATION OF LATHAM & WATKINS LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FROM APRIL 1, 2005 THROUGH APRIL 30, 2005, FOR THE QUARTER OF APRIL - JUNE, 2005 FILED BY LATHAM & WATKINS LLP | .20 |
| 06/06/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF KIRKLAND & ELLIS FOR THE FIFTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .20 |
| 06/06/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FORTY-EIGHTH MONTHLY FEE APPLICATION OF STROOCK STROOCK & LAVAN FOR THE MONTH OF APRIL 2005 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 25, 2005
MATTER :  W9600-012
INVOICE : 194487

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 06/07/05 RLT | REVIEWED AND COMMENTED ON KRAMER QUARTERLY FEE REQUEST FOR JANUARY 2005 TO MARCH 2005 | .30 |
| 06/07/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR THE FIFTEENTH INTERIM PERIOD | .20 |
| 06/07/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR THE FIFTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 06/07/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL RPORT REGARDING FEE APPLICATION OF WALLACE, KING, MARRARO & BRANSON, PLLC FOR THE FIFTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 06/07/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF WOODCOCK WASHBURN LLP FOR THE FIFTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 06/07/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP FOR THE FIFTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |
| 06/07/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FIFTEENTH INTERIM QUARTERLY FEE APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .20 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 25, 2005
                                            MATTER : W9600-012
                                            INVOICE : 194487
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 06/07/05 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PROTIVITI, INC. FOR THE FIFTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | | .20 |
| 06/07/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION MAY 2005 FILED BY WARREN H. SMITH & ASSOCIATES, P.C | | .20 |
| 06/07/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. AS PROFESSIONAL EMPLOYED BY THE ESTATE FOR THE DEBTORS FOR THE MONTH OF DECEMBER 2004 FILED BY BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.. | | .20 |
| 06/07/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION (SECOND) INTERIM APPLICATION OF BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. FOR OCTOBR 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.. | | .20 |
| 06/08/05 MNF | REVIEW DOCKET RE: OBJ. TO QUARTERLY FEE APP OF KRAMER LEVIN (.1) DRAFT CNO RE: SAME (.4); EMAIL TO RLT RE: SAME (.1) | | .60 |
| 06/09/05 MNF | E-FILE AND SERVE CNO RE: QUARTERLY FEE APP OF KRAMER LEVIN | | .80 |
| 06/10/05 RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE FIFTEENTH PERIOD AND CERTAIN PRIOR AMOUNTS | | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 25, 2005
MATTER :  W9600-012
INVOICE : 194487


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:   FEE APPLICATIONS, OTHERS


06/10/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION            .10
                FOR SERVICES RENDERED AND REIMBURSEMENT OF
                EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
                OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE
                PERIOD OF MAY 1, 2005 THROUGH MAY 31, 2005
                FILED BY FERRY, JOSEPH & PEARCE, P.A

06/14/05 RLT    REVIEW QUARTERLY APPLICATION FOR COMPENSATION            .20
                {SIXTEENTH VERIFIED OF KIRKLAND & ELLIS LLP FOR
                COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
                EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE &
                CO., ET AL., FOR THE INTERIM PERIOD FROM
                JANUARY 1, 2005 THROUGH MARCH 31, 2005

06/14/05 RLT    REVIEW QUARTERLY APPLICATION FOR COMPENSATION            .20
                {SIXTEENTH VERIFIED OF NELSON, MULLINS, RILEY &
                SCARBOROUGH, L.L.P. FOR COMPENSATION FOR
                SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL. FOR
                THE INTERIM PERIOD FROM JANUARY 1, 2005 THROUGH
                MARCH 31, 2005

06/14/05 RLT    REVIEWED THIRTY-FIRST MONTHLY FEE APPLICATION           .10
                OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX
                CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF
                COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
                THE MONTH OF APRIL 2005 FILED BY
                PRICEWATERHOUSECOOPERS LLP

06/14/05 RLT    REVIEWED RESPONSE TO FEE AUDITOR'S FINAL REPORT         .20
                FOR THE FIFTEENTH INTERIM PERIOD (RELATED
                DOCUMENT(S){8578 ) FILED BY BILZIN SUMBERG
                BAENA PRICE & AXELROD LLP


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER :  W9600-012
INVOICE :   194487

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 06/15/05 RLT | REVIEWED FORTY-SECOND MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005 | .10 |
| 06/22/05 MNF | E-FILE AND SERVE CNO RE: 45TH FEE APP OF KRAMER LEVIN | .80 |
| 06/22/05 MNF | REVIEW DOCKET RE: OBJECTIONS TO 45TH MONTHLY FEE APP OF KRAMER LEVIN (.1) DRAFT CNO RE: SAME (.5) | .60 |
| 06/28/05 MNF | E-FILE AND SERVE 46TH MONTHLY FEE APP OF KRAMER LEVIN | 1.00 |
| 06/29/05 TC | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS | .50 |

### T I M E   S U M M A R Y
-----------------------

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| M N FLORES | | 135.00 | 5.50 | 742.50 |
| R L THOMAS | | 220.00 | 8.20 | 1804.00 |
| T CURRIER | | 470.00 | .50 | 235.00 |
| | TOTALS | | 14.20 | 2781.50 |

TOTAL FEES :                    2,781.50

TOTAL DUE  :                    2,781.50

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER :  W9600-014
INVOICE :  194488

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/20/05 | MNF | T/C WITH LISA @ KRAMER RE: 6/27/05 HEARING PREP (.1); DISCUSS SAME WITH TKDC (.1); PREPARE HEARING BINDER FOR 6/27/05 HEARING (.4) | .60 |
| 06/20/05 | TC | REVIEWED AGENDA FOR HEARING 6/27 | .50 |
| 06/20/05 | TC | COMMUNICATION WITH GARY BECKER AND PHIL BENTLEY RE HEARING COVERAGE. | .20 |
| 06/27/05 | TC | ATTENDED CONTESTED EXCLUSIVITY HEARING | 4.30 |

### T I M E   S U M M A R Y

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| M N FLORES   |        | 135.00 | .60   | 81.00   |
| T CURRIER    |        | 470.00 | 5.00  | 2350.00 |
|              | TOTALS |        | 5.60  | 2431.00 |

TOTAL FEES :                          2,431.00

TOTAL DUE  :                          2,431.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER : W9600-015
INVOICE : 194489


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/24/05 | RLT | REVIEWED RULE 2019 STATEMENT - FIRST SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY REAUD, MORGAN & QUINN | .10 |
| 06/01/05 | RLT | REVIEWED RULE 2019 STATEMENT AMENDED FIRST SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY ENVIRONMENTAL LITIGATION GROUP, P.C. EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS. FILED BY ENVIRONMENTAL LITIGATION GROUP, P.C. | .20 |
| 06/07/05 | RLT | REVIEWED ORDER (MODIFIED) GRANTING MOTION FOR LEAVE TO EXTEND DEADLINES FOR FILING RESPONSES AND REPLIES TO MOTION TO APPROVE PI CMO AND QUESTIONNAIRE AND FOR RESPONSES TO EXCEED PAGE LIMITS | .20 |
| 06/07/05 | RLT | REVIEWED MOTION FOR LEAVE TO EXTEND THE DEADLINES FOR FILING RESPONSES AND REPLIES TO THE MOTION TO APPROVE THE PI CMO AND QUESTIONNAIRE AND FOR RESPONSES TO EXCEED PAGE LIMITS FILED BY W.R. GRACE & CO | .40 |
| 06/09/05 | TC | REVIEWED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE PI CMO MOTION | .50 |
| 06/10/05 | RLT | REVIEWED RULE 2019 STATEMENT FIRST SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THORNTON & NAUMES, LLP. | .10 |
| 06/13/05 | TC | REVIEWED MODIFIED ORDER GRANTING ADDITIONAL TIME TO RESPOND TO PI MCO QUESTIONAIRE MOTION | .40 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 25, 2005
MATTER :  W9600-015
INVOICE : 194489

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 06/21/05 TC | REVIEWED NOTICES OF RULE 30(B)(6) DEPOSITIONS | | .50 |
| 06/30/05 MNF | E-FILE AND SERVE RESPONSE OF COMMITTEE TO APPROVE PI CMO AND QUESTIONNAIRE | | .80 |
| 06/30/05 TC | COMMUNICATION WITH EQUITY TEAM RE FILING; REVIEWED PLEADING TO BE FILED; FILED PLEADING | | 1.60 |

### T I M E   S U M M A R Y
-----------------------

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 135.00 | .80 | 108.00 |
| R L THOMAS | 220.00 | 1.00 | 220.00 |
| T CURRIER | 470.00 | 3.00 | 1410.00 |
| TOTALS |  | 4.80 | 1738.00 |

TOTAL FEES :                              1,738.00

TOTAL DUE  :                              1,738.00

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER :  W9600-016
INVOICE :  194490

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/07/05 | RLT | REVIEWED RESPONSE TO RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF THE DEBTORS' EIGHTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. SECTION 1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON FILED BY OFFICIAL COMMITTEE OF EQUITY HOLDERS | .30 |
| 06/09/05 | MNF | E-FILE AND SERVE RESPONSE OF COMMITTEE EXTENDING EXCLUSIVITY PERIOD TO FILE PLAN | 1.00 |
| 06/09/05 | TC | COMMUNICATION WITH GARY BECKER RE WRGRACE PLEADING; REVIEWED AND FINALIZED PLEADING FOR FILING | .70 |
| 06/10/05 | RLT | REVIEWED OBJECTION TO DEBTORS' SIXTH MOTION FOR AN ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON | .30 |
| 06/10/05 | RLT | REVIEWED OBJECTION TO FUTURE CLAIMANTS' REPRESENTATIVE'S OBJECTION TO DEBTORS' EIGHTH MOTION FOR ORDER FURTHER EXTENDING EXCLUSIVE PERIODS FOR FILING A PLAN AND SOLICITING VOTES THEREON | .30 |
| 06/10/05 | RLT | REVIEWED OBJECTION TO DEBTORS' EIGHTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. SECTION 1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON | .30 |
| 06/13/05 | TC | REVIEWED FUTURE CLAIMANTS' REPRESENTATIVE'S OBJECTION TO FURTHER EXTENDING EXCLUSIVITY | .80 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :   JULY 25, 2005
                                                MATTER :  W9600-016
                                                INVOICE :  194490


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

    RE:  PLAN AND DISCLOSURE STATEMENT


06/13/05 TC    REVIEWED OBJECTION TO EXTENDING EXCLUSIVITY           .90
               FILED BY THE OFFICIAL ASBESTOS PROPERTY DAMAGE
               COMMITTEE

06/13/05 TC    REVIEWED OBJECTION TO EXCLUSIVITY EXTENSION           .80
               MOTION FILED BY ASBESTOS PERSONAL INJURY
               CLAIMANTS COMMITTEE

06/14/05 RLT   REVIEWED MOTION FOR LEAVE TO FILE A REPLY TO          .30
               OBJECTIONS TO EXTENSION OF PLAN EXCLUSIVITY
               FILED BY W.R. GRACE & CO..

06/20/05 TC    REVIEWED MOTION FOR LEAVE TO FILE REPLY TO           1.10
               OBJECTIONS TO EXTENSION OF EXCLUSIVITY, AND
               ATTACHED REPLY


                    T I M E   S U M M A R Y
                    -----------------------

                              RATE     HOURS         TOTALS
                              ----     -----         ------

    M N FLORES                135.00    1.00          135.00
    R L THOMAS                220.00    1.50          330.00
    T CURRIER                 470.00    4.30         2021.00
                    TOTALS             6.80          2486.00


              TOTAL FEES :                      2,486.00


              TOTAL DUE  :                      2,486.00


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 25, 2005
MATTER :  W9600-017
INVOICE : 194491

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05    T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/07/05 | RLT | REVIEWED MOTION FOR RELIEF FROM STAY FILED BY STATE OF MONTANA | .30 |
| 06/09/05 | TC | REVIEWED MOTION FOR RELIEF FROM STAY FILED BY THE STATE OF MONTANA | .60 |
| 06/28/05 | TC | REVIEWED OBJECTION OF PROPERTY DAMAGE COMMITTEE TO STATE OF MONTANA RELIEF FROM STAY MOTION | .60 |
| 06/28/05 | TC | REVIEWED WRGRACE OBJECTION TO STATE OF MONTANA RELIEF FROM STAY MOTION | .70 |
| 06/29/05 | TC | REVIEWED PI COMMITTEE'S JOINDER IN THE DEBTOR'S OBJECTION TO THE STATE OF MONTANA RELIEF FROM STAY MOTION | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .30 | 66.00 |
| T CURRIER | 470.00 | 2.30 | 1081.00 |
| TOTALS | | 2.60 | 1147.00 |

TOTAL FEES :                    1,147.00

TOTAL DUE  :                    1,147.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 25, 2005
MATTER :  W9600-000
INVOICE :  194479

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/05   T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 06/02/05 FEDERAL EXPRESS -  FEDEX  - # 3-851-26856 | 14.47 |
| 06/02/05 FEDERAL EXPRESS -  FEDEX  - # 3-839-21630 | 14.47 |
| 06/09/05 FEDERAL EXPRESS -  FEDEX  - # 3-861-60639 | 23.19 |
| 06/09/05 MESSENGER SERVICES -  PARCELS, INC. INVOICE 5328 | 245.54 |
| 06/15/05 FEDERAL EXPRESS -  FEDEX  - # 3-873-78749 | 14.47 |
| 06/17/05 MESSENGER SERVICES -  PARCELS, INC.  - # 30511 | 15.00 |
| 06/17/05 MESSENGER SERVICES -  PARCELS, INC.  - # 30358 | 7.50 |
| 06/30/05 FEDERAL EXPRESS -  FEDEX  - # 3-898-18996 | 14.47 |

TOTAL EXPENSE ADVANCES :      349.11

TOTAL DUE  :      349.11

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.