```
alp_132r: Matter Detail                                                                                                          PAGE     1
Run Date & Time: 07/13/2005 12:29:04

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
------------------------------------------------------------------------------------------------------------------------
                                                       PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:    06/03/2005           TO:  06/29/2005
            UNBILLED DISB FROM:    06/13/2005           TO:  06/21/2005

                                    FEES                           COSTS
                                    ----                           -----
    GROSS BILLABLE AMOUNT:       1,655.00                          67.50
    AMOUNT WRITTEN DOWN:
            PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
            THRU DATE:                         06/29/2005                    06/21/2005
    CLOSE MATTER/FINAL BILLING?                 YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:
    _____

                                             ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH

        FEES:                      0.00                      UNIDENTIFIED RECEIPTS:         0.00
        DISBURSEMENTS:             0.00                      PAID FEE RETAINER:              0.00
        FEE RETAINER:              0.00                      PAID DISB RETAINER:             0.00
        DISB RETAINER:             0.00                      TOTAL AVAILABLE FUNDS:          0.00
        TOTAL OUTSTANDING:         0.00                      TRUST BALANCE:
                                                             BILLING HISTORY
        DATE OF LAST BILL:         06/30/05                  LAST PAYMENT DATE:           06/14/05
        LAST BILL NUMBER:           413661                   ACTUAL FEES BILLED TO DATE:   246,236.50
                                                             ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                             TOTAL FEES BILLED TO DATE:     246,236.50
        LAST BILL THRU DATE:       05/31/05                  FEES WRITTEN OFF TO DATE:       79,053.50

    FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee            (4) Excessive Legal Time       (7) Fixed Fee
        (2) Late Time & Costs Posted      (5) Business Development       (8) Premium
        (3) Pre-arranged Discount         (6) Summer Associate           (9) Rounding            (10) Client Arrangement

    BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                               PAGE   2
Run Date & Time: 07/13/2005 12:29:04

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status   : ACTIVE

U N B I L L E D   T I M E    S U M M A R Y  ---------------- Total Unbilled ----------------
Emp Id Employee Name              Group         Oldest        Latest        Hours        Amount
                                                ------        ------        -----        ------
05292  BECKER, GARY M.            CRED           06/22/05      06/22/05       0.40        208.00
05338  NOVOD, GORDON              CRED           06/28/05      06/28/05       0.40        164.00
06208  DIMOS, BILL                CRED           06/03/05      06/29/05       1.10        302.50
       PARAPROFESSIONALS
05623  COTTO, LISA                LITI           06/16/05      06/24/05       4.60        943.00
06371  MCDONAGH, KAITLIN          CRED           06/23/05      06/23/05       0.50         37.50

                      Total:                                                  7.00      1,655.00

Sub-Total Hours :        0.00 Partners     0.40 Counsels     1.50 Associates      5.10 Legal Assts      0.00 Others

U N B I L L E D   C O S T S    S U M M A R Y ---------------- Total Unbilled ----------------
Code Description                          Oldest       Latest          Total
                                          Entry        Entry          Amount
                                          -----        -----          ------
0820  PHOTOCOPYING                        06/13/05     06/21/05        67.50

                      Total                                            67.50

                      Grand Total                                   1,722.50

U N B I L L E D   T I M E   D E T A I L
Employee Name       Work Date   Description                                                      Hours    Amount    Index#    Batch Date
BECKER, GARY M.     06/22/05    Call local counsel re advisor report (0.1);                       0.40    208.00    5758000   07/01/05
                                conf. Eckstein re advisor report (0.2);
                                attention to docket (0.1)

Total For BECKER G - 05292                                                                        0.40    208.00

DIMOS, BILL         06/03/05    Read through documents.                                           0.10     27.50    5720195   06/06/05
DIMOS, BILL         06/06/05    Read through documents (0.1).                                     0.10     27.50    5724665   06/09/05
DIMOS, BILL         06/07/05    Read through documents (0.1).                                     0.10     27.50    5724666   06/09/05
DIMOS, BILL         06/09/05    Read through documents (0.1).                                     0.10     27.50    5724664   06/09/05
DIMOS, BILL         06/10/05    Read through documents (0.1).                                     0.10     27.50    5729423   06/14/05
DIMOS, BILL         06/13/05    Read through documents (0.1).                                     0.10     27.50    5729424   06/14/05
DIMOS, BILL         06/14/05    Read through documents (0.1).                                     0.10     27.50    5729425   06/14/05
DIMOS, BILL         06/15/05    Read through documents (0.1).                                     0.10     27.50    5735455   06/20/05
DIMOS, BILL         06/20/05    Read through documents (0.1).                                     0.10     27.50    5745456   06/24/05
DIMOS, BILL         06/23/05    Read pleadings (0.1).                                             0.10     27.50    5745455   06/24/05
DIMOS, BILL         06/27/05    Read through documents (0.1)                                      0.10     27.50    5757504   07/01/05
```

```
alp_132r: Matter Detail                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE     3
                                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W. R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE
```

## UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| DIMOS, BILL | 06/29/05 | Reviewed documents (0.1). | 0.10 | 27.50 | 5757503 | 07/01/05 |
| Total For DIMOS B - 06208 | | | 1.10 | 302.50 | | |
| NOVOD, GORDON | 06/28/05 | Review of pleadings. (0.4). | 0.40 | 164.00 | 5751565 | 06/29/05 |
| Total For NOVOD G - 05338 | | | 0.40 | 164.00 | | |
| COTTO, LISA | 06/16/05 | Analyze and organize various pleadings and documents from attorneys. | 1.00 | 205.00 | 5753318 | 06/29/05 |
| COTTO, LISA | 06/17/05 | Analyze and organize various pleadings/documents. | 1.00 | 205.00 | 5753319 | 06/29/05 |
| COTTO, LISA | 06/20/05 | t/c and e-mail with Gary re: hearing on Monday (.1); review court's website, then t/c with Court re: same (.1); v/m to local counsel re: same (.1); then t/c with Debtors counsel re: telephonic appearance on Mondays omnibus hearing (.1); | 0.40 | 82.00 | 5748673 | 06/28/05 |
| COTTO, LISA | 06/21/05 | t/c with local counsel re: telephonic appearance (.1); t/c with courtcall re: appearance for Monday (.2). | 0.30 | 61.50 | 5743517 | 06/23/05 |
| COTTO, LISA | 06/23/05 | t/c with Gary Becker re: hearing agenda, then pull agenda and deliver to Gary (.2); and review with Kate re: pull pleadings (.2); receive pleadings from Kate. | 0.40 | 82.00 | 5745186 | 06/24/05 |
| COTTO, LISA | 06/24/05 | receive pleadings from Kate, organize, review pacer and pull amended agenda and deliver package to Gary for hearing. | 1.50 | 307.50 | 5748674 | 06/28/05 |
| Total For COTTO L - 05623 | | | 4.60 | 943.00 | | |
| MCDONAGH, KAITLIN | 06/23/05 | Reviewed Court website for copies of pleadings. | 0.50 | 37.50 | 5750675 | 06/28/05 |
| Total For MCDONAGH K - 06371 | | | 0.50 | 37.50 | | |

Fee Total         7.00         1,655.00

## UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| COTTO LISA | COTTO, L C | 06/13/05 | 49.95 | 7028271 | 147767 | 06/15/05 |

```
alp_132r: Matter Detail                                                                                                      PAGE    4
Run Date & Time: 07/13/2005 12:29:04

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code         Employee               Date         Amount          Index#   Batch No   Batch Date
PHOTOCOPYING
    COTTO, LISA          COTTO, L C             06/21/05      13.20          7039846  149000     06/23/05
PHOTOCOPYING
    COTTO, LISA          COTTO, L C             06/21/05       4.35          7039847  149000     06/23/05

                                       0820 PHOTOCOPYING Total :             67.50

                                   Costs Total :                             67.50
```

```
alp_132r: Matter Detail                                                                                                                  PAGE    5
Run Date & Time: 07/13/2005 12:29:04
                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                        Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status   : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours      Amount           Bill          W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                   0.40      208.00
NOVOD, GORDON                     0.40      164.00
DIMOS, BILL                       1.10      302.50
COTTO, LISA                       4.60      943.00
MCDONAGH, KAITLIN                 0.50       37.50
       Total:                     7.00    1,655.00


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                            Amount            Bill         W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                            67.50

       Costs Total :                         67.50
```

```
alp_132r: Matter Detail                                                                                                                PAGE   6
Run Date & Time: 07/13/2005 12:29:04

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                 Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status    : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:  06/03/2005        TO:  06/22/2005
       UNBILLED DISB FROM:  06/20/2005        TO:  06/20/2005

                                         FEES                         COSTS
                                         ----                         -----
GROSS BILLABLE AMOUNT:                  1,040.00                       2.55
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                             06/22/2005                    06/20/2005
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS               UNAPPLIED CASH

       FEES:                         0.00
DISBURSEMENTS:                       0.00        UNIDENTIFIED RECEIPTS:     0.00
FEE RETAINER:                        0.00        PAID FEE RETAINER:         0.00
DISB RETAINER:                       0.00        PAID DISB RETAINER:        0.00
TOTAL OUTSTANDING:                   0.00        TOTAL AVAILABLE FUNDS:     0.00
                                                 TRUST BALANCE:
                                                 BILLING HISTORY

DATE OF LAST BILL:          06/30/05              LAST PAYMENT DATE:            06/14/05
LAST BILL NUMBER:           413661               ACTUAL FEES BILLED TO DATE:  169,684.50
                                                 ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                 TOTAL FEES BILLED TO DATE:   169,684.50
LAST BILL THRU DATE:        05/31/05              FEES WRITTEN OFF TO DATE:    21,567.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding              (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE     7
Run Date & Time: 07/13/2005 12:29:04                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                           Orig Prtnr  : CRED. RGTS - 06975                 Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Bill Prtnr  : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                         Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ----------------- Total Unbilled -------------------
Emp Id  Employee Name                    Group              Oldest       Latest          Hours         Amount
                                                            Entry        Entry

05292   BECKER, GARY M.                  CRED               06/03/05     06/22/05         2.00         1,040.00

                         Total:                                                           2.00         1,040.00


U N B I L L E D    C O S T S    S U M M A R Y  ------------- Total Unbilled -------------
Code  Description                                           Oldest       Latest          Total
                                                            Entry        Entry           Amount

0820  PHOTOCOPYING                                          06/20/05     06/20/05           2.55

                         Total                                                              2.55
                         Grand Total                                                    ===========
                                                                                         1,042.55


Sub-Total Hours   :    0.00 Partners      2.00 Counsels       0.00 Associates       0.00 Legal Assts     0.00 Others


U N B I L L E D    T I M E    D E T A I L
Employee Name                Work Date     Description                                              Hours      Amount      Index#      Batch No    Batch Date

BECKER, GARY M.              06/03/05      Conf. shareholder re case issues                          0.40      208.00      5727671     06/13/05
BECKER, GARY M.              06/06/05      Conf. shareholder re various case issues                  0.50      260.00      5727672     06/13/05
BECKER, GARY M.              06/08/05      Emails from committee members re exclusivity              0.20      104.00      5727673     06/13/05
BECKER, GARY M.              06/22/05      Conf. shareholder re case issues (0.3); conf.             0.60      312.00      5758001     07/01/05
                                           second shareholder re case issues (0.3)
BECKER, GARY M.              06/22/05      conf. bank debt holder re case issues (0.3)               0.30      156.00      5778901     07/11/05

            Total For BECKER G - 05292                                                               2.00     1,040.00

                                           Fee Total                                                 2.00     1,040.00


U N B I L L E D    C O S T S    D E T A I L
Description/Code                             Employee                    Date            Amount            Index#       Batch No    Batch Date

PHOTOCOPYING                                 
    0820                                     BENTLEY, P                  06/20/05          2.55            7037144       148899      06/22/05
PHOTOCOPYING
BENTLEY PHILIP                               0820 PHOTOCOPYING Total :                     2.55
```

```
alp_132r: Matter Detail                                                                                              PAGE    8
Run Date & Time: 07/13/2005 12:29:04

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status        : ACTIVE

UNBILLED COSTS DETAIL
Description/Code                      Employee              Date             Amount     Index#   Batch No   Batch Date


                        Costs Total :                                         2.55
```

```
alp_132r: Matter Detail                                                                                          PAGE    9
Run Date & Time: 07/13/2005 12:29:04

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                           Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status : ACTIVE
```

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.00 | 1,040.00 | | | | | |
| Total: | 2.00 | 1,040.00 | | | | | |

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 2.55 | | | | | |
| | Costs Total : | 2.55 | | | | | |

```
alp_132r: Matter Detail                                                                                                    PAGE  10
Run Date & Time: 07/13/2005 12:29:04

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                          Orig Prtnr : CRED. RGTS - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status : ACTIVE

Special Billing Instructions:


                              PRE-BILLING SUMMARY REPORT


UNBILLED TIME FROM:  06/02/2005       TO: 06/14/2005
UNBILLED DISB FROM:                   TO:

                         FEES                     COSTS

GROSS BILLABLE AMOUNT:   2,095.00                 0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:               06/14/2005
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                              ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

        FEES:                      0.00       UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                     0.00       PAID FEE RETAINER:              0.00
 FEE RETAINER:                     0.00       PAID DISB RETAINER:             0.00
 DISB RETAINER:                    0.00       TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                 0.00       TRUST BALANCE:
                                              BILLING HISTORY

DATE OF LAST BILL:        06/30/05          LAST PAYMENT DATE:         06/14/05
LAST BILL NUMBER:         413661            ACTUAL FEES BILLED TO DATE:    118,118.00
                                            ON ACCOUNT FEES BILLED TO DATE:      0.00
                                            PAID DISB RETAINER:                  0.00
LAST BILL THRU DATE:      05/31/05          FEES WRITTEN OFF TO DATE:          444.00
                                            TOTAL FEES BILLED TO DATE:     118,118.00

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development        (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate            (9) Rounding      (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   11
Run Date & Time: 07/13/2005 12:29:04                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y      ----------- Total Unbilled ----------
Emp Id  Employee Name         Group       Oldest      Latest        Hours     Amount
02495   BENTLEY, PHILIP        CRED       06/07/05    06/07/05       0.20     119.00
05292   BECKER, GARY M.        CRED       06/02/05    06/14/05       3.80    1,976.00
                                                     Total:          4.00    2,095.00

Sub-Total Hours :   0.20 Partners    3.80 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                                            Hours    Amount    Index#      Batch Date
BENTLEY, PHILIP       06/07/05     Review and edit exclusivity response                                    0.20    119.00    5725442    06/09/05

Total For BENTLEY P - 02495                                                                                0.20    119.00

BECKER, GARY M.       06/02/05     Review motion to make pension contribution,
                                   motion to make union contribution, motion to
                                   extend exclusivity, motion to enter into
                                   consulting arrangement and motion to approve
                                   Cytec settlement; prepare email to Bentley and
                                   conf. Bentley re same (1.0)                                             1.00    520.00    5727676    06/13/05
BECKER, GARY M.       06/07/05     Prepare and revise response in support of
                                   debtors motion to extend exclusivity (1.0);
                                   conf. Bentley re revisions (0.2); circulate
                                   pleading to committee (0.2)                                             1.40    728.00    5727674    06/13/05
BECKER, GARY M.       06/09/05     Attention to filing pleading in support of
                                   exclusivity motion, including email exchange
                                   with local counsel                                                      0.50    260.00    5727675    06/13/05
BECKER, GARY M.       06/14/05     Review debtors motion re LTIP and exchange
                                   email with Committee chair re potential
                                   response (0.6); review Montana motion to lift
                                   stay (0.3)                                                              0.90    468.00    5735185    06/20/05

Total For BECKER G - 05292                                                                                 3.80   1,976.00

                                                                                    Fee Total              4.00   2,095.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   12
Run Date & Time: 07/13/2005 12:29:04                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                           Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours         Amount            Bill         W/o / W/u         Transfer To        Clnt/Mtr      Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP           0.20         119.00         _____       _____        _____      _____
BECKER, GARY M.           3.80       1,976.00         _____       _____        _____      _____
    Total:                4.00       2,095.00         _____       _____        _____      _____
```

alp_132r: Matter Detail                                                                                                          PAGE 13
Run Date & Time: 07/13/2005 12:29:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                  Supv Prtnr  : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                            Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:      06/06/2005        TO:  06/21/2005
UNBILLED DISB FROM:      06/20/2005        TO:  06/21/2005

                                    FEES                     COSTS

GROSS BILLABLE AMOUNT:           1,767.00                    20.28
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                       06/21/2005               06/21/2005
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495

BILLING COMMENTS:                                     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                                  UNAPPLIED CASH

    FEES:                     0.00        UNIDENTIFIED RECEIPTS:       0.00
    DISBURSEMENTS:            0.00        PAID FEE RETAINER:           0.00
    FEE RETAINER:             0.00        PAID DISB RETAINER:          0.00
    DISB RETAINER:            0.00        TOTAL AVAILABLE FUNDS:       0.00
    TOTAL OUTSTANDING:        0.00        TRUST BALANCE:
                                          BILLING HISTORY

DATE OF LAST BILL:            06/30/05    LAST PAYMENT DATE:       06/14/05
LAST BILL NUMBER:             413661      ACTUAL FEES BILLED TO DATE:   81,260.50
                                          ON ACCOUNT FEES BILLED TO DATE:    0.00
                                          TOTAL FEES BILLED TO DATE:   81,260.50
LAST BILL THRU DATE:          05/31/05    FEES WRITTEN OFF TO DATE:      222.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____  CRC: _____

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  14
Run Date & Time: 07/13/2005 12:29:04                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                              Orig Prtnr : CRED. RGTS. - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                       Status : ACTIVE
```

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 06/06/05 | 06/21/05 | 1.90 | 988.00 |
| 05623 | COTTO, LISA | PARAPROFESSIONALS LT11 | 06/06/05 | 06/21/05 | 3.80 | 779.00 |
| | Total: | | | | 5.70 | 1,767.00 |

**U N B I L L E D   C O S T S   S U M M A R Y ---------- Total Unbilled ----------**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0930 | MESSENGER/COURIER | 06/20/05 | 06/21/05 | 20.28 |
| | Total | | | 20.28 |

Sub-Total Hours :    0.00 Partners    1.90 Counsels    0.00 Associates    3.80 Legal Assts    0.00 Others

Grand Total          1,787.28

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/06/05 | Review fee auditor spreadsheet and conf. Cotto re same | 0.40 | 208.00 | 5727678 | 06/13/05 |
| BECKER, GARY M. | 06/09/05 | Review and revise May invoice | 0.50 | 260.00 | 5727677 | 06/13/05 |
| BECKER, GARY M. | 06/20/05 | Review final fee auditor report re 15th interim application (0.2); review and revise May monthly invoice (0.5) | 0.70 | 364.00 | 5758003 | 07/01/05 |
| BECKER, GARY M. | 06/21/05 | Review and execute monthly fee application and conf. Cotto re same | 0.30 | 156.00 | 5758002 | 07/01/05 |
| Total For BECKER G - 05292 | | | 1.90 | 988.00 | | |
| COTTO, LISA | 06/06/05 | e-mail from Gary re: chart of fees, review chart against fee application and e-mail status to Gary. | 0.30 | 61.50 | 5722451 | 06/07/05 |