```
alp_132r: Matter Detail                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE  15
Run Date & Time: 07/13/2005 12:29:04                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP  - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L

Employee Name              Work Date     Description                                               Hours          Amount        Index#   Batch Date
------------------------------------------------------------------------------------------------------------------------------------------
COTTO, LISA                06/21/05      receive fee application information: draft fee             3.50          717.50        5743518  06/23/05
                                         application, review and revise (2.3); review
                                         with Gary (.2); t/c with accounting re: verify
                                         payments (.2); make changes and prepare for
                                         filing (.4); pdf and e-mail to local counsel
                                         (.2); copy and file and send copy to accounting
                                         (.2).

Total For COTTO L - 05623                                                                            3.80          779.00

                                                                             Fee Total              5.70        1,767.00

U N B I L L E D    C O S T S    D E T A I L

Description/Code                    Employee          Date      Amount          Index#   Batch No   Batch Date
------------------------------------------------------------------------------------------------------------------------------------------
MESSENGER/COURIER                   COTTO, L C        06/20/05   10.14          7031680  148736     06/20/05
  FEDERAL EXPRESS-CORPORAT 0930
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION
  FEDERAL EXPRESS CORPORAT           COTTO, L C       06/21/05   10.14          7036564  148801     06/21/05
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION

                                    0930 MESSENGER/COURIER Total :              20.28

                                                             Costs Total :      20.28
```

```
alp_132r: Matter Detail                                                                                                    PAGE   16
Run Date & Time: 07/13/2005 12:29:04

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

               B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount           Bill            W/o / W/u        Transfer To     Clnt/Mtr     Carry Forward

BECKER, GARY M.             1.90       988.00
COTTO, LISA                 3.80       779.00
   Total:                   5.70      1,767.00

               B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                      Amount                  Bill            W/o / W/u        Transfer To     Clnt/Mtr     Carry Forward

0930 MESSENGER/COURIER                 20.28
   Costs Total :                       20.28
```

```
alp_132r: Matter Detail                                                                                                                    PAGE  17
Run Date & Time: 07/13/2005 12:29:04

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

   UNBILLED TIME FROM:   06/01/2005      TO:  06/30/2005
   UNBILLED DISB FROM:   06/21/2005      TO:  06/29/2005

                                FEES                           COSTS
                              --------                         -----

   GROSS BILLABLE AMOUNT:      16,262.00                        29.00
   AMOUNT WRITTEN DOWN:
   PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
   THRU DATE:                 06/30/2005                    06/29/2005
   CLOSE MATTER/FINAL BILLING?     YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                          ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

         FEES:                   0.00      UNIDENTIFIED RECEIPTS:     0.00
         DISBURSEMENTS:          0.00      PAID FEE RETAINER:         0.00
         FEE RETAINER:           0.00      PAID DISB RETAINER:        0.00
         DISB RETAINER:          0.00      TOTAL AVAILABLE FUNDS:     0.00
         TOTAL OUTSTANDING:      0.00      TRUST BALANCE:
                                           BILLING HISTORY

   DATE OF LAST BILL:            06/30/05    LAST PAYMENT DATE:           06/14/05
   LAST BILL NUMBER:              413661     ACTUAL FEES BILLED TO DATE:  432,075.00
                                             ON ACCOUNT FEES BILLED TO DATE:    0.00
                                             PAID DISB RETAINER:               0.00
                                             TOTAL FEES BILLED TO DATE:   432,075.00
   LAST BILL THRU DATE:           05/31/05    FEES WRITTEN OFF TO DATE:     4,417.50

                              Write Down/Up Reason Codes:
   FOR ACCTG USE ONLY:        (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
                              (2) Late Time & Costs Posted (5) Business Development   (8) Premium
                              (3) Pre-arranged Discount   (6) Summer Associate        (9) Rounding   (10) Client Arrangement

   BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    18
Run Date & Time: 07/13/2005 12:29:04                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                   Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status       : ACTIVE
```

U N B I L L E D   T I M E   S U M M A R Y                    ------- Total Unbilled -------
| Emp Id | Employee Name      | Group | Oldest   | Latest   | Hours | Amount   |
|--------|--------------------|-------|----------|----------|-------|----------|
| 00720  | NADLER, ELLEN R.   | LITI  | 06/01/05 | 06/29/05 | 2.80  | 1,848.00 |
| 02495  | BENTLEY, PHILIP    | CRED  | 06/02/05 | 06/30/05 | 6.00  | 3,570.00 |
| 07850  | HOROWITZ, GREGORY A.| LITI | 06/02/05 | 06/29/05 | 11.10 | 6,216.00 |
| 05292  | BECKER, GARY M.    | CRED  | 06/01/05 | 06/30/05 | 8.90  | 4,628.00 |

```
                                    Total:                           28.80      16,262.00
```

Sub-Total Hours : 8.90 Partners    19.90 Counsels   0.00 Associates   0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ----- Total Unbilled -----
| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0840 | MANUSCRIPT SERVICE | 06/29/05 | 06/29/05 | 15.00 |
| 0841 | RESEARCH SERVICES  | 06/21/05 | 06/21/05 | 14.00 |

```
                 Total                                                  29.00

                 Grand Total                                        16,291.00
                                                                  ===========
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 06/02/05 | Review emails and discs GB re pending issues | 0.30 | 178.50 | 5725443 | 06/09/05 |
| BENTLEY, PHILIP | 06/03/05 | Review NJ's complaint re Hamilton cleanup; and confs GB and ERN re same and re estimation | 0.70 | 416.50 | 5725444 | 06/09/05 |
| BENTLEY, PHILIP | 06/08/05 | Confs GAH and GB re points for Response to Debtor's PI CMO motion, and notes re same | 0.80 | 476.00 | 5725445 | 06/09/05 |
| BENTLEY, PHILIP | 06/20/05 | Discs GB re asbestos | 0.10 | 59.50 | 5763851 | 07/01/05 |
| BENTLEY, PHILIP | 06/21/05 | Review emails re asbestos | 0.10 | 59.50 | 5747084 | 06/27/05 |
| BENTLEY, PHILIP | 06/22/05 | Conf ERN re estimation issues | 0.10 | 59.50 | 5763918 | 07/01/05 |
| BENTLEY, PHILIP | 06/23/05 | Discs GB re asbestos | 0.10 | 59.50 | 5763966 | 07/01/05 |
| BENTLEY, PHILIP | 06/28/05 | Review memo, and trade emails, re recent developments; review draft response to Debtor's CMO motion | 1.00 | 595.00 | 5764207 | 07/01/05 |
| BENTLEY, PHILIP | 06/29/05 | Work on Response to Debtor's CMO motion and discs GAH re same | 2.40 | 1,428.00 | 5764322 | 07/01/05 |
| BENTLEY, PHILIP | 06/30/05 | Final work on Response to CMO motion, and discs GB | 0.40 | 238.00 | 5764375 | 07/01/05 |

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   19
Run Date & Time: 07/13/2005 12:29:04                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                   Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

U N B I L L E D    T I M E   D E T A I L

Employee Name           Work Date   Description                                                  Hours    Amount   Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| HOROWITZ, GREGORY A. | 06/02/05 | e-mails, dw Gary Becker re questionaire; call w/K&E | 6.00 | 3,570.00 | 5734349 | 06/17/05 |
| HOROWITZ, GREGORY A. | 06/03/05 | tc Gary Becker (.5); review questionaire motion briefs, questionaire, related materials (2.5); tc G. Becker, J. Baer, J. Rosenthal at K&E (1.0); tc GB re asbestos (.5) | 1.00 | 560.00 | 5734350 | 06/17/05 |
| HOROWITZ, GREGORY A. | 06/08/05 | mw PB, GB re brief on questionair issue | 4.50 | 2,520.00 | 5734351 | 06/17/05 |
| HOROWITZ, GREGORY A. | 06/29/05 | dwg PB, GB, read GB memo re status conference (1.0); revise GB brief (2.5); dw PB re brief, e-mails to/from GB, ERN re same, send to debtors for comment (1.0); dws re Friday conference in DC (.5); deal w/pro hac issue (.3) | 0.80 | 448.00 | 5763434 | 07/01/05 |
| | | | 4.80 | 2,688.00 | | |
| **Total For HOROWITZ G - 07850** | | | **11.10** | **6,216.00** | | |
| NADLER, ELLEN R. | 06/01/05 | Exchange of emails w/G. Becker on new suit against co-execs. (.20) | 0.20 | 132.00 | 5719402 | 06/06/05 |
| NADLER, ELLEN R. | 06/02/05 | Emails re: possible motion on questionnaire/bar date and related issues (.20) | 0.20 | 132.00 | 5719401 | 06/06/05 |
| NADLER, ELLEN R. | 06/03/05 | Disc. w/PB re: issues on estimation/questionnaire/bar order (.30) | 0.30 | 198.00 | 5720608 | 06/06/05 |
| NADLER, ELLEN R. | 06/22/05 | Conf. P. Bentley re: pleading on questionnaire/bar order (.50) | 0.50 | 330.00 | 5743198 | 06/23/05 |
| NADLER, ELLEN R. | 06/29/05 | Emails re: joint meeting on 7/8 (.30); review memo on 6/27 omnibus hearing (.30); review drafts of Equity Committee's pleading on PI Questionnaire and email team w/comments re: same (1.00) | 1.60 | 1,056.00 | 5754313 | 06/30/05 |
| **Total For NADLER E - 00720** | | | **2.80** | **1,848.00** | | |
| BECKER, GARY M. | 06/01/05 | Attention to article re New Jersey lawsuit and conf. stockholder re same and email KL team re same (0.4) | 0.40 | 208.00 | 5727681 | 06/13/05 |
| BECKER, GARY M. | 06/03/05 | Prepare for and conf. with Baer re PI CMO pleading (1.0); followup conf. with Horowitz and Bentley (0.5); conf. Bentley re NJ state court action (0.4); selecting docs for Horowitz to use in preparing brief (0.5) | 2.40 | 1,248.00 | 5727680 | 06/13/05 |

```
alp_132r: Matter Detail                                                                                                          PAGE    20
Run Date & Time: 07/13/2005 12:25:04
                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                 Supv Prtnr : MAYER THOMAS MOERS - 03976     Status : ACTIVE


U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date     Description                                                    Hours      Amount      Index#    Batch Date

BECKER, GARY M.         06/08/05      Conf. Horowitz and Bentley re pleading in                      1.00       520.00      5727679   06/13/05
                                      response to Debtors PI CMO motion.
BECKER, GARY M.         06/28/05      Call J. Baer re briefing schedule (0.1);                       3.40       1,768.00    5758005   07/01/05
                                      exchange emails re meeting between parties
                                      (0.2); prepare response in support of debtors
                                      motion for PI CMO and circulate to Bentley and
                                      Horowitz (3.1)
BECKER, GARY M.         06/29/05      review revisions and comments to response in                   0.50       260.00      5758004   07/01/05
                                      support of PI CMO motion and exchange emails
                                      with Nadler and Horowitz regarding same
BECKER, GARY M.         06/30/05      Research, final revisions and filing pleading                  1.20       624.00      5768507   07/05/05
                                      in support of PI CMO (1.0); conf. Horowitz re
                                      response (0.1); conf. Bentley (0.1)

Total For BECKER G - 05292                                                                           8.90       4,628.00

                                                         Fee Total                                   28.80      16,262.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee            Date            Amount         Index#    Batch No  Batch Date

MANUSCRIPT SERVICE       0840
   MANUSCRIPT SERVICE                  TRIVENTO, N         06/29/05        15.00          7048754   149236    06/30/05
   06/29/2005
                                                           0840 MANUSCRIPT SERVICE Total :           15.00

RESEARCH SERVICES        0841
   RESEARCH SERVICES                   AUTREY, A M         06/21/05        14.00          7044282   149120    06/28/05
   06/21/2005
                                                           0841 RESEARCH SERVICES Total :            14.00

                                                        Costs Total :                                29.00
```

```
alp_132r: Matter Detail                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    21
                                                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00012                                                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

                    B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours           Amount           Bill        W/o / W/u       Transfer To    Clnt/Mtr     Carry Forward

NADLER, ELLEN R.            2.80         1,848.00   _____  _____                  _____            _____
BENTLEY, PHILIP             6.00         3,570.00   _____  _____                  _____            _____
HOROWITZ, GREGORY A.       11.10         6,216.00   _____  _____                  _____            _____
BECKER, GARY M.             8.90         4,628.00   _____  _____                  _____            _____
         Total:            28.80        16,262.00   _____  _____                  _____            _____

                    B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description           Amount                           Bill        W/o / W/u       Transfer To    Clnt/Mtr     Carry Forward

0840 MANUSCRIPT SERVICE     15.00                   _____  _____                  _____            _____
0841 RESEARCH SERVICES      14.00                   _____  _____                  _____            _____
         Costs Total :      29.00
```

```
alp_132r: Matter Detail                                                                                            PAGE   22
Run Date & Time: 07/13/2005 12:29:04

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

                                          PRE-BILLING SUMMARY REPORT

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status   : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------

                                  UNBILLED TIME FROM:   06/02/2005            TO:   06/27/2005
                                  UNBILLED DISB FROM:                         TO:

                                              FEES                        COSTS
                                           -----------              ------------

           GROSS BILLABLE AMOUNT:             2,912.00                     0.00
             AMOUNT WRITTEN DOWN:
                         PREMIUM:
               ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                      THRU DATE:              06/27/2005
    CLOSE MATTER/FINAL BILLING?             YES OR NO
   EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:
      -----------------------------------------------------------------------------------------------------------

                                          ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

              FEES:                   0.00            UNIDENTIFIED RECEIPTS:        0.00
    DISBURSEMENTS:                    0.00            PAID FEE RETAINER:            0.00
     FEE RETAINER:                    0.00            PAID DISB RETAINER:           0.00
    DISB RETAINER:                    0.00            TOTAL AVAILABLE FUNDS:        0.00
 TOTAL OUTSTANDING:                   0.00            TRUST BALANCE:
                                                      BILLING HISTORY
                                           -------------------------------
                DATE OF LAST BILL:          06/30/05                  LAST PAYMENT DATE:      04/21/05
                 LAST BILL NUMBER:           413661                   ACTUAL FEES BILLED TO DATE:    91,251.50
                                                                      ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                                      PAID DISB RETAINER:               0.00
           LAST BILL THRU DATE:              05/31/05   FEES WRITTEN OFF TO DATE:    91,251.50
                                                                                      5,087.68

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding   (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE  23
Run Date & Time: 07/13/2005 12:29:04                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                         Status : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ---------------- Total Unbilled ----------------
Emp Id  Employee Name              Group              Oldest       Latest         Hours            Amount
                                                      ------       ------         -----            ------
05292   BECKER, GARY M.            CRED              06/02/05     06/27/05         5.60          2,912.00
                           Total:                                                  5.60          2,912.00

U N B I L L E D    T I M E    D E T A I L
Employee Name           Work Date    Description                                                      Hours     Amount    Index#    Batch Date
-------------           ---------    -----------                                                      -----     ------    ------    ----------

BECKER, GARY M.         06/02/05     Conf. and email with J. Baer re PI CMO (0.4);                     1.90     988.00   5727682    06/13/05
                                     internal conf. and email re PI CMO and conf.
                                     Horowitz re same (0.3); review New Jersey
                                     lawsuit, research and conf. shareholder re same
                                     (1.0 hrs); conf. Bentley re lawsuit (0.2)
BECKER, GARY M.         06/20/05     Preparations for June 27th Omnibus hearing,                       0.60     312.00   5758008    07/01/05
                                     including conf. Bentley and exchange emails
                                     with Currier
BECKER, GARY M.         06/23/05     Prepare for omnibus hearing                                       0.30     156.00   5758006    07/01/05
BECKER, GARY M.         06/27/05     Participate telephonically in omnibus court                       2.80   1,456.00   5758007    07/01/05
                                     hearing
                                                                                                      -----   --------
                         Total For BECKER G - 05292                                                    5.60   2,912.00

                                                                                          Fee Total                      5.60   2,912.00

Sub-Total Hours :    0.00 Partners    5.60 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others
```

```
alp_132r: Matter Detail                                                                                                                                            PAGE   24
Run Date & Time: 07/13/2005 12:29:04

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                        Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                Status     : ACTIVE

                        B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                          Hours          Amount              Bill            W/o / W/u        Transfer To     Clnt/Mtr    Carry Forward

BECKER, GARY M.                         5.60         2,912.00

           Total:                       5.60         2,912.00          _____           _____        _____     _____   _____
```

Report Name: alp_132cs
Filename:[/elite/alp/TEMP.a041641]
Date:07/13/2005
Time:12:29:21
User Id:047117
Service Id:612787

```
alp_132c: Client Summary                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
Run Date & Time: 07/13/2005 12:29:06                    *PRIVILEGED AND CONFIDENTIAL*
Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                PRE-BILLING SUMMARY REPORT

                                   UNBILLED TIME FROM:    06/01/2005        TO:    06/30/2005
                                   UNBILLED DISB FROM:    06/13/2005        TO:    06/29/2005

                                                FEES                           COSTS
GROSS BILLABLE AMOUNT:                       25,731.00                         119.33
AMOUNT WRITTEN DOWN:
        PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
        THRU DATE:                           06/30/2005                        06/29/2005
CLOSE MATTER/FINAL BILLING?                  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                                            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
BILLING COMMENTS:



------------------------------------------------------------------------------------------------------------------------
                   ACCOUNTS RECEIVABLE TOTALS                                           UNAPPLIED CASH
FEES:                               0.00              UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                      0.00              PAID FEE RETAINER:              0.00
FEE RETAINER:                       0.00              PAID DISB RETAINER:             0.00
DISB RETAINER:                      0.00              TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                  0.00              TRUST BALANCE:
                                                      BILLING HISTORY
DATE OF LAST BILL:               06/30/05             LAST PAYMENT DATE:        06/14/05
LAST BILL NUMBER:                413661               ACTUAL FEES BILLED TO DATE:  1,430,275.00
                                                      ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                      PAID FEE RETAINER:                  0.00
LAST BILL THRU DATE:             05/31/05             TOTAL FEES BILLED TO DATE:  1,430,275.00
                                                      FEES WRITTEN OFF TO DATE:     154,323.18

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
     (2) Late Time & Costs Posted    (5) Business Development    (8) Premium
     (3) Pre-arranged Discount       (6) Summer Associate        (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Client Summary                                                                                            PAGE    2
Run Date & Time: 07/13/2005 12:29:21
                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*
Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
```

### U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Unbilled Hours | Total Unbilled Amount |
|---|---|---|---|---|---|---|
| 00720 | NADLER, ELLEN R. | PARTNER | 06/01/05 | 06/29/05 | 2.80 | 1,848.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 06/02/05 | 06/30/05 | 6.20 | 3,689.00 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 06/02/05 | 06/29/05 | 11.10 | 6,216.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 06/01/05 | 06/30/05 | 22.60 | 11,752.00 |
| 05338 | NOVOD, GORDON | ASSOCIATE | 06/28/05 | 06/28/05 | 0.40 | 164.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 06/03/05 | 06/29/05 | 1.10 | 302.50 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 05623 | COTTO, LISA | PARALEGAL | 06/06/05 | 06/24/05 | 8.40 | 1,722.00 |
| 06371 | MCDONAGH, KAITLIN | PARALEGAL | 06/23/05 | 06/23/05 | 0.50 | 37.50 |
|  |  | Total: |  |  | 53.10 | 25,731.00 |

### U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 06/13/05 | 06/21/05 | 70.05 |
| 0840 | MANUSCRIPT SERVICE | 06/29/05 | 06/29/05 | 15.00 |
| 0841 | RESEARCH SERVICES | 06/21/05 | 06/21/05 | 14.00 |
| 0930 | MESSENGER/COURIER | 06/20/05 | 06/21/05 | 20.28 |
|  | Total |  |  | 119.33 |
|  | Grand Total |  |  | 25,850.33 |

alp_132rc: Client Analysis Sheet                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/05 12:29:22
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
                                                                    Work Thru : 06/30/05

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 7.00 | 1,655.00 | 67.50 | 1,722.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 2.00 | 1,040.00 | 2.55 | 1,042.55 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 4.00 | 2,095.00 | 0.00 | 2,095.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 5.70 | 1,767.00 | 20.28 | 1,787.28 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 28.80 | 16,262.00 | 29.00 | 16,291.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 5.60 | 2,912.00 | 0.00 | 2,912.00 | BENTLEY PHILIP - 02495 | | M | B |
| Client Total | | 53.10 | 25,731.00 | 119.33 | 25,850.33 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE