# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
JANUARY 1, 2005 THROUGH MARCH 31, 2005

1.      **Case Administration – 15537 – 159.6 hours ($39,969.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

The Applicant's focus on the administration of the Consolidated Cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in the Consolidated Cases.

During the Application Period, the Applicant spent time keeping track of developments in other pending asbestos bankruptcy cases that implicate property damage claims specifically, and asbestos issues generally.

During the Application Period, the Applicant attended to research on various issues such as asbestos legislation, tort reform, medical criteria legislation and other matters.

2.      **Debtors' Business Operations – 15538 – 2.5 hours ($1,190.00)**

This matter covers the attention given to review and analysis of the Debtors' statement of affairs, schedules of assets and liabilities and monthly reports of operation.

3.      **Creditors Committee – 15539 – 28.3 hours ($12,607.50)**

This matter covers formation, membership, and by-law issues of the PD Committee. It also covers attendance at PD Committee meetings, preparation of materials for and presentations thereon to the PD Committee, and the preparation of minutes of the meetings.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed

pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters and positions. Further, subsequent to the meetings the Applicant drafted, and circulated for review prior to adoption, drafts of minutes of the PD Committee meetings.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee and counsel to the unsecured creditors' committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4.    **Retention of Professionals – 15540 – 9.5 hours ($2,960.00)**

The Applicant reviewed retention pleadings for other professionals and drafted a retention application for an expert which was subsequently withdrawn.

5.    **Applicant's Fee Applications – 15543 – 17.6 hours ($2,853.50)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant.

During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application

In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

6.    **Hearings – 15544 – 39.2 hours ($18,717.50)**

This matter covers preparation for and attendance at hearings.

15

7.   **Claims Analysis, Objection (asbestos) – 15545 – 324.45 hours ($107,817.00)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto and research of historical property damage testimony.

During the Application Period, the Applicant prepared an extensive analysis of property damage claims and estimation issues including a state by state analysis of certain defenses raised by the Debtors.  The Applicant also held discovery conferences with the Debtors on case management orders for the estimation process.

8.   **Travel – 15546 – 46.6 hours ($19,755.00)**

The Applicant traveled to Pennsylvania, Wilmington and Atlanta to attend omnibus hearings and meetings.  In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

9.   **Fraudulent Transfer Litigation – 15547 – 23.1 hours (8,415.00)**

During the Application Period, the Applicant attended to review and revisions to the Sealed Air settlement agreement, motion and proposed order.

10.   **Plan and Disclosure Statement – 15554 – 216.6 hours ($81,097.50)**

Applicant and Committee members prepared for a hearing on the Debtors' disclosure statement and conducted analysis of the PD Committee's constituency.

11.   **Litigation Consulting – 15563 – 33.6 hours ($11,017.50)**

The Applicant conducted analysis of the indictment of the Debtors and its impact on the PD Committee.

The Applicant attended to appealing the order appointing the Futures Claimants Representative.

12.   **Fee Applications of Others – 17781 – 13.9 hours ($3,198.00)**

16

The Applicant attended to preparation of monthly statements and quarterly application for Hamilton Rabinovitz & Alschuler.  In addition, Applicant reviewed various applications and reports from fee auditor.

13.    **Retention of Others – 17782 – 5.5 hours ($1,734.50)**

During the Application Period, the Applicant addressed the issues regarding the retention of Tillinghast and drafted a limited objection to the Lexecon application.