IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: August 29, 2005 @ 12:00 pm EST |
| | ) | Objection Deadline: July 28, 2005 |
| | ) | |
| | ) | RE: Docket No. 8640 |
| | ) | |

## ORDER OVERRULING THE DEBTORS' TWELFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS FILED BY THE LAW FIRM OF SPEIGHTS & RUNYAN

UPON CONSIDERATION of the Debtors' Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm of Speights & Runyan, and the response thereto of Speights & Runyan,

IT IS HEREBY ORDERED that Debtors' Objection is OVERRULED.

DATED:_____

                                                                     The Honorable Judith K. Fitzgerald
                                                                     United States Bankruptcy Court Judge