# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: August 29, 2005 @ 12:00 pm EST |
| | ) | Objection Deadline: July 28, 2005 |
| | ) | |
| | ) | RE: Docket No. 8640 |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 28th day of July, 2005, I did cause to be served true and correct copies of the foregoing **Response of Speights & Runyan to the Debtors' Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm of Speights & Runyan** on the parties listed on the attached service list as indicated thereon.

Dated: July 28, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

**SERVICE LIST**

**FACSIMILE AND FIRST CLASS MAIL**

Rachel Schulman, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive, Suite 6500
Chicago, IL 60601
*Fax: (312) 861-2200*

David Carickhoff, Jr., Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 No. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Fax: (302) 652-4400*

Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
*Fax: (302) 573-6497*