## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtors.** | ) | Objection Date: August 17, 2005 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### TWELFTH MONTHLY INTERIM APPLICATION OF
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served his

Twelfth Monthly Application for Compensation for Services Rendered and Reimbursement of

Expenses for the time period June 1, 2005 through June 30, 2005 seeking payment of fees in the

amount of $1,680.00 (80% of $2,100.00) and no expenses (the "Application") for a total of

$1,680.00.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002  (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **August 17, 2005 at 4:00 p.m.,**

**Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) David T. Austern, FCR for W.R. Grace & Co., c/o Claims Resolution

Management Corporation, 3110 Fairview Park Drive, Suite 200, Falls Church, VA 22042-0683;

(ii) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire,

Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C.

Phillips, Jr., Esquire, Phillips Goldman & Spence, P.A., 1200 North Broom Street, Wilmington,

DE 19806; (iii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP,

200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang,

Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington,

DE 19899-8705; (iv) co-counsel to the Official Committee of Unsecured Creditors, Lewis

Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-

4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite

1200, Wilmington, DE 19801-1246; (v) co-counsel to the Official Committee of Asbestos

Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price &

Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL

33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O.

Box 1351, Wilmington, DE 19899; (vi) co-counsel to the Official Committee of Asbestos

Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th

Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase

Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vii) co-

counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite

5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (viii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (ix) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (x) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the undersigned counsel.

SWIDLER BERLIN LLP

By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500

Counsel to David T. Austern,
As Future Claimants' Representative

Dated: July 28, 2005

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| | Jointly Administered |
| Debtors. | Objection Date: August 17, 2005 at 4:00 p.m. |
| | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO TWELFTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2005 THROUGH JUNE 30, 2005

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | May 25, 2004 (appeal pending in the United States District Court for the District of Delaware) |
| Period for which compensation is sought: | June 1, 2005 through June 30, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,100.00 |
| 80% of fees to be paid: | $1,680.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $      0.00 |
| Total Fees @ 80% and 100% Expenses: | $1,680.00 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___    interim    __X__    monthly    ___    final application.

    The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

    This is the FCR's twelfth interim fee application for the period June 1-30, 2005; the FCR previously filed the following fee applications in this case: eleventh interim fee application for the period March 1-31, 2005 in the amount of $1,160.00 (80% of $1,450.00) in fees and no expenses; tenth interim fee application for the period February 1-28, 2005 in the amount of $520.00 (80% of $650.00) in fees and no expenses; ninth interim fee application for the period January 1-31, 2005, in the amount of $240.00 (80% of $300.00) and no expenses; eighth interim fee application for the period December 1-31, 2004 in the amount of $3,080.00 (80% of $3,850.00) in fees and $14.00 in expenses; seventh interim fee application for the period November 1-30, 2004, in the amount of $6,520.00 (80% of $8,150.00) in fees and no expenses; sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses; fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004; third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses; second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; and the first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY

### JUNE 2005

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 4.20 | $2,100.00 |
| Grand Total: | | | 4.20 | $2,100.00 |
| Blended Rate: $500.00 | | | | |

|  |  |
|---|---|
| **Total Fees:** | **$2,100.00** |
| **Total Hours:** | **4.20** |
| **Blended Rate:** | **$500.00** |

## COMPENSATION BY PROJECT CATEGORY

### JUNE 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 4.20 | $2,100.00 |
| **TOTAL** | **4.20** | **$2,100.00** |

## EXPENSE SUMMARY

### JUNE 2005

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: July 25 2005

6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

     David T. Austern, after being duly sworn according to law, deposes and says:

    1.    I am the Future Claimants' Representative appointed by the Court in this case.

    2.    I personally performed the work as set forth in the attached Exhibit A.

    3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

            DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 25 DAY OF JULY, 2005

Notary Public

My commission expires: 7-31-06

**EXHIBIT A**

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**JUNE 2005**

**FEE SUMMARY**

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| **Litigation** | | | | |
| 6/20/05 | Meeting with R. Frankel re settlement (.70); meeting with W.R. Grace President, General Counsel, R. Frankel, D. Bernick, and P. Zilly re settlement (2.0). | 2.70 | $500 | $1,350.00 |
| 6/29/05 | Telephone conference with R. Frankel re: Grace hearing. | .20 | $500 | $    100.00 |
| 6/30/05 | Review of claimant questionnaire (1.10); telephone conference with R. Frankel regarding questionnaire (.20). | 1.30 | $500 | $    650.00 |
| **TOTAL** | | **4.20** | | **$2,100.00** |

## CERTIFICATE OF SERVICE

       I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on July 28, 2005, I caused the *Notice, Twelfth Monthly Interim Application of David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period June 1, 2005 through June 30, 2005, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

*Debra O. Fullem*

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

**_Federal Express_**
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**_Regular Mail_**
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


**_Federal Express_**

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**_Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com_**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**_Federal Express and E-mail: william.sparks@grace.com_**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**_E-mail: syoder@bayardfirm.com_**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

***E-mail: meskin@del.camlev.com***
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

***E-mail: ttacconelli@ferryjoseph.com***
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

***E-mail: mlastowski@duanemorris.com***
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

***E-mail: currier@klettrooney.com***
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

***E-mail: james_kapp@chicago.kirkland.com***
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail: pvnl@capdale.com***
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: rserrette@stroock.com***
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP