**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

**July 28, 2005**

**Invoice No. 09505**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period June 1, 2005 through June 30, 2005 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 6.20 | $3,410.00 |
| James Sinclair - Senior Managing Director | 28.60 | $14,729.00 |
| Michael Berkin  - Managing Director | 70.60 | $35,300.00 |
| Susan Plotzky  - Managing Director | 1.10 | $550.00 |
| Peter Rubsam  - Managing Director | 4.10 | $2,050.00 |
| Aaron Prills - Senior Manager | 33.20 | $11,620.00 |
| Cheryl Wright - Manager | 35.30 | $10,237.00 |
| Dottie-Jo Collins - Manager | 9.50 | $2,755.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Research, Telephone, Xerox | $160.70 |
| **T O T A L** | $80,811.70 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
                       by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone:  203-252-2564
Facsimile: 203-252-2562

**July 28, 2005**

**Invoice No. 09505**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:   June 1-30, 2005

| Name | Position | Schedule | Rate (2005) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule  A | $550 | 6.20 | $3,410.00 |
| James Sinclair | Senior Managing Director | Schedule  A | $515 | 28.60 | $14,729.00 |
| Michael Berkin | Managing Director | Schedule  A | $500 | 70.60 | $35,300.00 |
| Susan Plotzky | Managing Director | Schedule  A | $500 | 1.10 | $550.00 |
| Peter Rubsam | Managing Director | Schedule  A | $500 | 4.10 | $2,050.00 |
| Aaron Prills | Senior Manager | Schedule  A | $350 | 33.20 | $11,620.00 |
| Cheryl Wright | Manager | Schedule  A | $290 | 35.30 | $10,237.00 |
| Dottie-Jo Collins | Manager | Schedule  A | $290 | 9.50 | $2,755.00 |
| **Total  Professional  Services- Schedule A:** | | | | 188.60 | $80,651.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $160.70 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $80,811.70 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
               by Task Codes for Court Approved Professionals

# W.R. Grace

Schedule A

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 6/7/05 | LT | Review motion from debtor regarding pension proposed pension contribution for 2005 | 08 | 1.30 | $550.00 | $715.00 |
| 6/7/05 | LT | Discussion with Berkin regarding recommendation to ACC | 08 | 0.20 | $550.00 | $110.00 |
| 6/9/05 | LT | Preparation of recommendation, and analysis summary, to ACC regarding proposed pension contribution | 08 | 0.20 | $550.00 | $110.00 |
| 6/10/05 | LT | Review debtors motion for new LTIP program for 2005 | 08 | 1.40 | $550.00 | $770.00 |
| 6/13/05 | LT | Review engagement status for report to ACC counsel regarding projects in process and completion timetable | 26 | 0.80 | $550.00 | $440.00 |
| 6/13/05 | LT | Review tax audit issues for report to ACC on proposed resolution | 18 | 0.80 | $550.00 | $440.00 |
| 6/27/05 | LT | Review engagement status | 26 | 1.00 | $550.00 | $550.00 |
| 6/27/05 | LT | Review monthly fee application for May 2005 including timekeeper daily entries | 11 | 0.50 | $550.00 | $275.00 |
| | | Sub-Total | | 6.20 | | $3,410.00 |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 6/1/05 | JS | Review article in The Deal regarding DIP and exit financing for WACC for valuation and POR | 16 | 0.50 | $515.00 | $257.50 |
| 6/1/05 | JS | Review further questions to Company re Cytec Settlement Motion and memorandum from Grace/Blackstone in response to questions for due diligence | 26 | 1.50 | $515.00 | $772.50 |
| 6/2/05 | JS | Review NJ Dept. of Environmental Protection (NJDEP) suit against Company filed 6/1/05 re Hamilton Plant for due diligence and valuation for POR. | 16 | 3.20 | $515.00 | $1,648.00 |
| 6/2/05 | JS | Review ZAI and Libby files re vermiculite for due diligence re NJDEP suit and valuation for POR. | 16 | 2.70 | $515.00 | $1,390.50 |
| 6/2/05 | JS | Further review of Defined Benefit Pension Plan Motion (Benefit Motion) and Lake Charles and Chattanooga Union Pension Motion (Union Motion) for recommendation to counsel | 08 | 0.60 | $515.00 | $309.00 |
| 6/2/05 | JS | Discuss with Berkin recommendation to counsel regarding Benefit Motion and Union Motion. | 08 | 0.40 | $515.00 | $206.00 |
| 6/7/05 | JS | Review, revise Berkin's memorandum to counsel regarding Benefit Motion for due diligence and valuation/POR | 08 | 0.70 | $515.00 | $360.50 |
| 6/8/05 | JS | Review, revise memorandum to counsel re Benefit Motion for due diligence and valuation/POR | 08 | 0.80 | $515.00 | $412.00 |
| 6/9/05 | JS | Review LTIP documents proposed to be filed as 2005-2007 LTIP Motion for due diligence and valuation/POR | 08 | 3.10 | $515.00 | $1,596.50 |
| 6/9/05 | JS | Review, analyze memorandum from Company regarding Grace Performance Chemicals expansion project for due diligence | 26 | 2.40 | $515.00 | $1,236.00 |
| 6/10/05 | JS | Draft questions for Company regarding proposed 2005-2007 LTIP motion for due diligence and valuation purposes | 08 | 0.50 | $515.00 | $257.50 |
| 6/10/05 | JS | Review questions regarding proposed 2005-2007 LTIP motion, combine with my questions for submission to Company for due diligence and valuation purposes | 08 | 0.30 | $515.00 | $154.50 |
| 6/13/05 | JS | Review LTIP Motion as filed for terms variances for due diligence and valuation at request of counsel | 08 | 3.00 | $515.00 | $1,545.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: June 1, 2005 through June 30, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/16/05 | JS | Review requested back-up documents from Company in preparation for conference call with Company relating LTIP Motion for due diligence and recommendation to Counsel | 08 | 1.40 | $515.00 | $721.00 |
| 6/16/05 | JS | Conference call with Company relating to LTIP Motion for due diligence and recommendation to counsel | 08 | 0.70 | $515.00 | $360.50 |
| 6/16/05 | JS | Review conference call information with Berkin relating LTIP Motion with Berkin for recommendation to counsel | 08 | 0.20 | $515.00 | $103.00 |
| 6/30/05 | JS | Review, analyze documents on Project Gamma in preparation for conference call with Company for due diligence purposes | 26 | 3.30 | $515.00 | $1,699.50 |
| 6/30/05 | JS | Discuss Project Gamma with Berkin in preparation for conference call with Company for due diligence purposes | 26 | 0.40 | $515.00 | $206.00 |
| 6/30/05 | JS | Continue review and analysis of Project Gamma documents in preparation for conference call with Company for due diligence purposes | 26 | 1.80 | $515.00 | $927.00 |
| 6/30/05 | JS | Conference call with Company and financial advisers regarding Project Gamma for due diligence purposes | 26 | 0.70 | $515.00 | $360.50 |
| 6/30/05 | JS | Discuss with Berkin regarding conference call with Company, address further questions to be sent to Company re Project Gamma for due diligence purposes | 26 | 0.40 | $515.00 | $206.00 |
| | | Sub-Total | | 28.60 | | $14,729.00 |

**Michael Berkin - Managing Director**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/1/05 | MB | Review news articles pertaining to Hamilton lawsuit in connection with monitoring continuing operations | 26 | 0.80 | $500.00 | $400.00 |
| 6/1/05 | MB | Develop initial draft of pension funding motion for ACC review | 08 | 1.70 | $500.00 | $850.00 |
| 6/3/05 | MB | Discuss case status with ACC counsel | 07 | 0.50 | $500.00 | $250.00 |
| 6/6/05 | MB | Review 6/3/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 6/7/05 | MB | Discuss draft of pension funding memorandum with LT and identify further analysis needed to clarify historical changes | 08 | 0.70 | $500.00 | $350.00 |
| 6/7/05 | MB | Analyze **2003** pension funding status and strategy in connection with assessing 2005 approach | 08 | 2.30 | $500.00 | $1,150.00 |
| 6/7/05 | MB | Analyze **2004** pension funding status and strategy in connection with assessing 2005 approach | 08 | 2.20 | $500.00 | $1,100.00 |
| 6/7/05 | MB | Develop issue list for debtor quantifying changes in historical pension funding approaches | 08 | 1.10 | $500.00 | $550.00 |
| 6/7/05 | MB | Compare 2003-5 pension data provided by debtor with 10K information for consistency | 08 | 1.30 | $500.00 | $650.00 |
| 6/7/05 | MB | Review NJ DEP complaint in connection with claims assessment and monitoring of operations | 26 | 1.80 | $500.00 | $900.00 |
| 6/8/05 | MB | Discuss pension motion with debtor | 08 | 0.40 | $500.00 | $200.00 |
| 6/8/05 | MB | Draft revised pension funding memorandum to ACC counsel in connection with assessment of related motion | 08 | 1.70 | $500.00 | $850.00 |
| 6/9/05 | MB | Discuss pension motion with debtor | 08 | 1.00 | $500.00 | $500.00 |
| 6/9/05 | MB | Perform additional pension funding analysis based upon discussions and further information from debtor | 08 | 1.70 | $500.00 | $850.00 |
| 6/10/05 | MB | Review draft of 2005-7 LTIP proposal in connection with monitoring continuing operations | 08 | 1.20 | $500.00 | $600.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/10/05 | MB | Review McGowan affidavit supporting 2005-7 LTIP proposal | 08 | 0.50 | $500.00 | $250.00 |
| 6/10/05 | MB | Review 2004-6 LTIP program details for historical information in connection with assessment of new proposal | 08 | 1.80 | $500.00 | $900.00 |
| 6/10/05 | MB | Compile draft of issues for debtor response related to 2005-7 proposed LTIP program | 08 | 1.60 | $500.00 | $800.00 |
| 6/13/05 | MB | Finalize issue list pertaining to 2005-7 LTIP program and remit to debtor for consideration | 08 | 0.90 | $500.00 | $450.00 |
| 6/13/05 | MB | Review 6/10/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 6/13/05 | MB | Review filed LTIP motion to ensure consistency with draft version | 08 | 1.20 | $500.00 | $600.00 |
| 6/16/05 | MB | Review issues related to LTIP motion in preparation for conference call | 08 | 1.30 | $500.00 | $650.00 |
| 6/16/05 | MB | Participate in conference call with debtor regarding LTIP motion | 08 | 0.70 | $500.00 | $350.00 |
| 6/16/05 | MB | Summarize LTIP responses resulting from conference call with debtor | 08 | 0.80 | $500.00 | $400.00 |
| 6/16/05 | MB | Review and analyze requested schedules supporting LTIP program in connection with assessment of related motion | 08 | 2.70 | $500.00 | $1,350.00 |
| 6/17/05 | MB | Review ACC exclusivity objection in connection with monitoring case | 26 | 1.10 | $500.00 | $550.00 |
| 6/17/05 | MB | Review Futures Rep exclusivity objection in connection with monitoring case | 26 | 0.90 | $500.00 | $450.00 |
| 6/17/05 | MB | Review property damage committee exclusivity objection in connection with monitoring case | 26 | 0.90 | $500.00 | $450.00 |
| 6/20/05 | MB | Review 6/17/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 6/21/05 | MB | Discuss case status with ACC counsel | 07 | 0.50 | $500.00 | $250.00 |
| 6/21/05 | MB | Review motion authorizing debtor to construct Specialty Building Product manufacturing site | 26 | 1.40 | $500.00 | $700.00 |
| 6/21/05 | MB | Review debtor presentation supporting construction of Specialty Building Product manufacturing site | 26 | 1.60 | $500.00 | $800.00 |
| 6/21/05 | MB | Analyze IRR and NPV associated with construction of Specialty Building Product manufacturing site | 26 | 1.80 | $500.00 | $900.00 |
| 6/21/05 | MB | Identify and review industry condition and outlook pertaining to growth of water membrane materials in connection with assessment of motion to construct Specialty Building Product manufacturing site | 26 | 2.30 | $500.00 | $1,150.00 |
| 6/22/05 | MB | Review and analyze financial statement and accompanying note section of 2005 first quarter 10Q report | 26 | 2.80 | $500.00 | $1,400.00 |
| 6/22/05 | MB | Review MD&A section to first quarter 2005 10Q report in connection with monitoring continuing operations | 26 | 1.70 | $500.00 | $850.00 |
| 6/22/05 | MB | Prepare issues for debtor response resulting from review of first quarter 10Q report | 26 | 1.60 | $500.00 | $800.00 |
| 6/24/05 | MB | Discuss motion status with ACC counsel | 07 | 0.80 | $500.00 | $400.00 |
| 6/24/05 | MB | Develop outline for memorandum to ACC counsel summarizing LTIP proposal | 08 | 1.00 | $500.00 | $500.00 |
| 6/24/05 | MB | Prepare memo summarizing LTIP proposal for ACC counsel | 08 | 2.20 | $500.00 | $1,100.00 |
| 6/24/05 | MB | Develop recommendation to ACC counsel assessing construction of Specialty Building Product manufacturing site | 26 | 1.70 | $500.00 | $850.00 |
| 6/27/05 | MB | Review 6/24/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 6/27/05 | MB | Amend memo summarizing LTIP proposal for submission to ACC counsel | 08 | 1.40 | $500.00 | $700.00 |
| 6/27/05 | MB | Analyze supplemental data provided by the debtor to support the LTIP motion | 08 | 0.50 | $500.00 | $250.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/27/05 | MB | Prepare request for additional supplemental information pertaining to the LTIP motion | 08 | 0.70 | $500.00 | $350.00 |
| 6/28/05 | MB | Discuss results of hearing regarding exclusivity extension with ACC counsel | 07 | 0.40 | $500.00 | $200.00 |
| 6/28/05 | MB | Discuss request from ACC counsel regarding business impact of exclusivity termination with LT | 07 | 0.60 | $500.00 | $300.00 |
| 6/28/05 | MB | Review 8K and related agreements pertaining to Siegel consulting agreement in connection with monitoring business operations | 26 | 0.90 | $500.00 | $450.00 |
| 6/29/05 | MB | Review and analyze debtor's expert compensation report in connection with assessment of LTIP motion | 08 | 2.80 | $500.00 | $1,400.00 |
| 6/30/05 | MB | Review Project Gamma presentation in preparation for upcoming conference call with debtor | 26 | 0.60 | $500.00 | $300.00 |
| 6/30/05 | MB | Review Project Gamma financial review in preparation for upcoming conference call with management | 26 | 1.90 | $500.00 | $950.00 |
| 6/30/05 | MB | Analyze metallocene polyethylene market in connection with understanding Project Gamma acquisition | 26 | 2.00 | $500.00 | $1,000.00 |
| 6/30/05 | MB | Participate in conference call with debtor to discuss Project Gamma | 26 | 0.60 | $500.00 | $300.00 |
| 6/30/05 | MB | Summarize results from Project Gamma conference call and identify follow-up issues | 26 | 1.30 | $500.00 | $650.00 |
| 6/30/05 | MB | Review memo from ACC counsel summarizing omnibus hearing results in connection with monitoring continuing operations | 26 | 0.30 | $500.00 | $150.00 |
| 6/30/05 | MB | Develop issues for debtor reply related to compensation report | 08 | 0.90 | $500.00 | $450.00 |
| 6/30/05 | MB | Participate in conference call with debtor to discuss expert compensation report | 08 | 0.70 | $500.00 | $350.00 |
| 6/30/05 | MB | Assess information provided by management in conference call related to compensation report to formulate recommendation to ACC counsel pertaining to LTIP motion | 08 | 1.20 | $500.00 | $600.00 |
| | | Sub-Total | | 70.60 | | $35,300.00 |

### Susan Plotzky - Managing Director

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/3/05 | SP | Review financial analyses as requested by counsel | 26 | 0.50 | $500.00 | $250.00 |
| 6/17/05 | SP | Analyze issues regarding the proposed executive compensation program for 2005 - 2007 | 08 | 0.60 | $500.00 | $300.00 |
| | | Sub-Total | | 1.10 | | $550.00 |

### Peter Rubsam - Managing Director

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/3/05 | PR | Analyze and review KeyBanc Capital Markets May 23rd analyst report regarding special chemical industry key indicators and outlook for updated valuation | 21 | 0.80 | $500.00 | $400.00 |
| 6/3/05 | PR | Analyze and review JP Morgan May 2005 industry report regarding specialty chemicals, comparable companies outlook, growth and expectations for valuation | 21 | 1.10 | $500.00 | $550.00 |
| 6/3/05 | PR | Review and analyze Keybanc Capital Markets May 19th equity research on specialty chemical leading indicators, detailed analysis of comparable companies and growth factors and outlook for valuation | 21 | 2.20 | $500.00 | $1,100.00 |
| | | Sub-Total | | 4.10 | | $2,050.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:  June 1, 2005 through June 30, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| **Aaron Prills - Senior Manager** | | | | | | |
| 6/1/05 | AP | Prepared the Sealed Air stock price chart and settlement value schedule for the month of March 2005 to analyze the value of the proposed settlement at the end of the first quarter 2005. | 26 | 0.80 | $350.00 | $280.00 |
| 6/1/05 | AP | Prepared the Sealed Air stock price chart and settlement value schedule for the month of April 2005 to analyze the value of the proposed settlement as of April 30, 2005. | 26 | 0.80 | $350.00 | $280.00 |
| 6/1/05 | AP | Prepared the Grace monthly operating report balance sheet schedule for the month of April 2005 to analyze the changes in key balances for the month. | 26 | 0.90 | $350.00 | $315.00 |
| 6/1/05 | AP | Prepared the Grace statement of operations schedule for the April 2005 monthly operating report review to analyze the performance of the company during the month. | 26 | 0.90 | $350.00 | $315.00 |
| 6/1/05 | AP | Prepared the Grace monthly operating report cash flow statement schedule for the month of April 2005 to analyze the sources and uses of cash during the month and the change in the total cash balance. | 26 | 1.00 | $350.00 | $350.00 |
| 6/1/05 | AP | Prepared the Grace business segment results schedule for the April 2005 monthly operating report review to analyze the performance of each business during the month of April. | 26 | 0.90 | $350.00 | $315.00 |
| 6/2/05 | AP | Reviewed Grace's management notes regarding the YTD results through April 2005 to analyze the items that impacted the performance of the company YTD. | 28 | 1.70 | $350.00 | $595.00 |
| 6/2/05 | AP | Reviewed Grace's financial statements regarding the April 2005 payment to the IRS regarding the tax settlement for the years 1993 through 1996 to analyze the impact on the cash balance of the company. | 28 | 1.80 | $350.00 | $630.00 |
| 6/2/05 | AP | Reviewed documents related to the Grace union pension contribution motion to analyze the details of the contributions and the impact on the company's balance sheet. | 08 | 1.20 | $350.00 | $420.00 |
| 6/2/05 | AP | Reviewed Grace's 2005 operating plan to analyze the section regarding the projected 2005 pension contribution to compare with the motion filed with the court. | 08 | 0.50 | $350.00 | $175.00 |
| 6/3/05 | AP | Prepared stock price and cash balance analysis of Grace from filing date to present to analyze the changes at the request of counsel. | 26 | 1.60 | $350.00 | $560.00 |
| 6/6/05 | AP | Reviewed the complaint against Grace for environmental issues at a property in new jersey to analyze the issues in the complaint and the potential impact on the company. | 28 | 1.70 | $350.00 | $595.00 |
| 6/6/05 | AP | Analyzed the potential liability for Grace regarding the environmental issues at the new jersey site to analyze the potential impact to the company's overall environmental liabilities. | 26 | 0.50 | $350.00 | $175.00 |
| 6/6/05 | AP | Prepared schedule to analyze the range of liability that the new jersey environmental complaint could potentially have for the company. | 26 | 1.60 | $350.00 | $560.00 |
| 6/8/05 | AP | Reviewed the Grace summary memo regarding the proposed pension funding to analyze the specifics of the funding and how it compares to the proposed 2005 funding from prior year motions. | 28 | 1.70 | $350.00 | $595.00 |
| 6/9/05 | AP | Reviewed the updated Grace pension funding memo to counsel to analyze the updated figures and format of the memo and how it compared to the prior year's funding level. | 08 | 2.00 | $350.00 | $700.00 |
| 6/29/05 | AP | Reviewed the press releases regarding the Court's approval of the Sealed Air agreement to analyze the agreement and the value of the agreement as of the most recently available date. | 28 | 1.20 | $350.00 | $420.00 |
| 6/29/05 | AP | Reviewed the Grace LTIP (long-term incentive program) memorandum to counsel to analyze the current proposed plan specifics and the targets being set by the company. | 08 | 1.00 | $350.00 | $350.00 |
| 6/30/05 | AP | Reviewed Grace acquisition proposal to analyze the business that the company has filed a motion to acquire and the impact on the operations of the company. | 28 | 0.80 | $350.00 | $280.00 |

# W.R. Grace

Schedule A

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/30/05 | AP | Reviewed industry websites for information regarding the extension of exclusivity in bankruptcy processes to locate historical ruling and the factors reviewed by the courts. | 28 | 2.20 | $350.00 | $770.00 |
| 6/30/05 | AP | Reviewed databases for information regarding the extension of exclusivity in bankruptcy processes to locate historical ruling and the factors reviewed by the courts. | 28 | 2.00 | $350.00 | $700.00 |
| 6/30/05 | AP | Reviewed press-releases regarding historical rulings of the courts regarding the extension of exclusivity to analyze the recent filing of Grace to extend the exclusivity of the company to file a plan of reorganization. | 28 | 1.90 | $350.00 | $665.00 |
| 6/30/05 | AP | Reviewed industry periodicals regarding historical rulings by courts to extend the exclusivity period companies have to file a POR in the bankruptcy process. | 28 | 2.20 | $350.00 | $770.00 |
| 6/30/05 | AP | Reviewed business law journals regarding past rulings of courts for exclusivity to analyze the factors the court relied on to determine exclusivity and how it might apply to Grace. | 28 | 2.30 | $350.00 | $805.00 |
| | | Sub-Total | | 33.20 | | $11,620.00 |

**Cheryl Wright - Manager**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/9/05 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/9/05 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/9/05 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/9/05 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/9/05 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/13/05 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/13/05 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/13/05 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/13/05 | CW | Prepare revenue growth (indexed) graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/13/05 | CW | Prepare EBIT growth (indexed) graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/13/05 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.70 | $290.00 | $203.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/13/05 | CW | Prepare debt-to-equity graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/13/05 | CW | Prepare debt-to-total capital graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/13/05 | CW | Prepare debt-to-EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.70 | $290.00 | $203.00 |
| 6/13/05 | CW | Prepare days receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/14/05 | CW | Prepare inventory turnover graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/14/05 | CW | Prepare quick ratio graph for WR Grace and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/04 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/14/05 | CW | Prepare current ratio graph for WR Grace and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/04 and update links to historical financial statements | 21 | 0.70 | $290.00 | $203.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for WR Grace for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm & Haas for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard Corp for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Crompton Corp for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Great Lakes Chemical for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot Corp for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec Industries for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol Corp for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 6/23/05 | CW | Calculate equity value for the fiscal year end for the last five years to include in Lubrizol's financial summary and research historic stock prices and shares outstanding | 21 | 1.30 | $290.00 | $377.00 |
| 6/23/05 | CW | Prepare schedule of Lubrizol's quarterly (LTM) financial statements for the 4 quarters of fiscal 2004, excluding non-recurring charges for use in valuation | 21 | 1.20 | $290.00 | $348.00 |
| 6/23/05 | CW | Prepare schedule of Lubrizol's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.00 | $290.00 | $290.00 |
| 6/23/05 | CW | Prepare schedule of Lubrizol's financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $290.00 | $348.00 |
| 6/23/05 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in Lubrizol's financial summary | 21 | 1.30 | $290.00 | $377.00 |
| 6/23/05 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in Lubrizol's financial summary | 21 | 0.90 | $290.00 | $261.00 |
| 6/23/05 | CW | Calculate Lubrizol's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.20 | $290.00 | $638.00 |
| 6/24/05 | CW | Review and analyze Multex Fundamentals research report on Hercules for company profile for WR Grace comparable companies valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 6/24/05 | CW | Review and analyze First Call Earnings Valuation Report research report on Hercules for company profile for WR Grace comparable companies valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| 6/24/05 | CW | Review and analyze S&P stock report on Hercules for company profile for WR Grace comparable companies valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 6/24/05 | CW | Review and analyze Thomson Financial research report on Hercules for company profile for WR Grace comparable companies valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| 6/24/05 | CW | Review and analyze Multex Fundamentals research report on Cabot Corp for company profile for WR Grace comparable companies valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 6/24/05 | CW | Review and analyze First Call Earnings Valuation Report research report on Cabot Corp for company profile for WR Grace comparable companies valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 6/24/05 | CW | Review and analyze S&P stock report on Cabot Corp for WR Grace comparable companies valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 6/24/05 | CW | Review and analyze Thomson Financial research report on Cabot Corp for company profile for WR Grace comparable companies valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| | | Sub-Total | | 35.30 | | $10,237.00 |

**Dottie-Jo Collins - Manager**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/29/05 | DC | Compilation and consolidation of services rendered in the month of June 2005 | 11 | 5.00 | $290.00 | $1,450.00 |
| 6/30/05 | DC | Compilation and consolidation of services rendered in the month of June 2005 | 11 | 2.50 | $290.00 | $725.00 |
| 6/30/05 | DC | Category coding and preparation of June 2005 fee application | 11 | 2.00 | $290.00 | $580.00 |
| | | Sub-Total | | 9.50 | | $2,755.00 |

**TOTAL   Schedule A:**   188.60   $80,651.00

# W.R. Grace

Schedule B

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 6/3/05 | MB | Discuss case status with ACC counsel | 07 | 0.50 | $500.00 | $250.00 |
| 6/21/05 | MB | Discuss case status with ACC counsel | 07 | 0.50 | $500.00 | $250.00 |
| 6/24/05 | MB | Discuss motion status with ACC counsel | 07 | 0.80 | $500.00 | $400.00 |
| 6/28/05 | MB | Discuss results of hearing regarding exclusivity extension with ACC counsel | 07 | 0.40 | $500.00 | $200.00 |
| 6/28/05 | MB | Discuss request from ACC counsel regarding business impact of exclusivity termination with LT | 07 | 0.60 | $500.00 | $300.00 |
| | | **TOTAL  Category  07: Committee, Creditor's, Noteholders'** | | **2.80** | | **$1,400.00** |
| 6/1/05 | MB | Develop initial draft of pension funding motion for ACC review | 08 | 1.70 | $500.00 | $850.00 |
| 6/2/05 | JS | Further review of Defined Benefit Pension Plan Motion (Benefit Motion) and Lake Charles and Chattanooga Union Pension Motion (Union Motion) for recommendation to counsel | 08 | 0.60 | $515.00 | $309.00 |
| 6/2/05 | JS | Discuss with Berkin recommendation to counsel regarding Benefit Motion and Union Motion. | 08 | 0.40 | $515.00 | $206.00 |
| 6/2/05 | AP | Reviewed documents related to the Grace union pension contribution motion to analyze the details of the contributions and the impact on the company's balance sheet. | 08 | 1.20 | $350.00 | $420.00 |
| 6/2/05 | AP | Reviewed Grace's 2005 operating plan to analyze the section regarding the projected 2005 pension contribution to compare with the motion filed with the court. | 08 | 0.50 | $350.00 | $175.00 |
| 6/7/05 | LT | Review motion from debtor regarding pension proposed pension contribution for 2005 | 08 | 1.30 | $550.00 | $715.00 |
| 6/7/05 | LT | Discussion with Berkin regarding recommendation to ACC | 08 | 0.20 | $550.00 | $110.00 |
| 6/7/05 | JS | Review, revise Berkin's memorandum to counsel regarding Benefit Motion for due diligence and valuation/POR | 08 | 0.70 | $515.00 | $360.50 |
| 6/7/05 | MB | Discuss draft of pension funding memorandum with LT and identify further analysis needed to clarify historical changes | 08 | 0.70 | $500.00 | $350.00 |
| 6/7/05 | MB | Analyze **2003** pension funding status and strategy in connection with assessing 2005 approach | 08 | 2.30 | $500.00 | $1,150.00 |
| 6/7/05 | MB | Analyze **2004** pension funding status and strategy in connection with assessing 2005 approach | 08 | 2.20 | $500.00 | $1,100.00 |
| 6/7/05 | MB | Develop issue list for debtor quantifying changes in historical pension funding approaches | 08 | 1.10 | $500.00 | $550.00 |
| 6/7/05 | MB | Compare 2003-5 pension data provided by debtor with 10K information for consistency | 08 | 1.30 | $500.00 | $650.00 |
| 6/8/05 | JS | Review, revise memorandum to counsel re Benefit Motion for due diligence and valuation/POR | 08 | 0.80 | $515.00 | $412.00 |
| 6/8/05 | MB | Discuss pension motion with debtor | 08 | 0.40 | $500.00 | $200.00 |
| 6/8/05 | MB | Draft revised pension funding memorandum to ACC counsel in connection with assessment of related motion | 08 | 1.70 | $500.00 | $850.00 |
| 6/9/05 | LT | Preparation of recommendation, and analysis summary, to ACC regarding proposed pension contribution | 08 | 0.20 | $550.00 | $110.00 |
| 6/9/05 | JS | Review LTIP documents proposed to be filed as 2005-2007 LTIP Motion for due diligence and valuation/POR | 08 | 3.10 | $515.00 | $1,596.50 |
| 6/9/05 | MB | Discuss pension motion with debtor | 08 | 1.00 | $500.00 | $500.00 |
| 6/9/05 | MB | Perform additional pension funding analysis based upon discussions and further information from debtor | 08 | 1.70 | $500.00 | $850.00 |
| 6/9/05 | AP | Reviewed the updated Grace pension funding memo to counsel to analyze the updated figures and format of the memo and how it compared to the prior year's funding level. | 08 | 2.00 | $350.00 | $700.00 |
| 6/10/05 | LT | Review debtors motion for new LTIP program for 2005 | 08 | 1.40 | $550.00 | $770.00 |
| 6/10/05 | JS | Draft questions for Company regarding proposed 2005-2007 LTIP motion for due diligence and valuation purposes | 08 | 0.50 | $515.00 | $257.50 |
| 6/10/05 | JS | Review questions regarding proposed 2005-2007 LTIP motion, combine with my questions for submission to Company for due diligence and valuation purposes | 08 | 0.30 | $515.00 | $154.50 |
| 6/10/05 | MB | Review draft of 2005-7 LTIP proposal in connection with monitoring continuing operations | 08 | 1.20 | $500.00 | $600.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: June 1, 2005 through June 30, 2005**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 6/10/05 | MB | Review McGowan affidavit supporting 2005-7 LTIP proposal | 08 | 0.50 | $500.00 | $250.00 |
| 6/10/05 | MB | Review 2004-6 LTIP program details for historical information in connection with assessment of new proposal | 08 | 1.80 | $500.00 | $900.00 |
| 6/10/05 | MB | Compile draft of issues for debtor response related to 2005-7 proposed LTIP program | 08 | 1.60 | $500.00 | $800.00 |
| 6/13/05 | JS | Review LTIP Motion as filed for terms variances for due diligence and valuation at request of counsel | 08 | 3.00 | $515.00 | $1,545.00 |
| 6/13/05 | MB | Finalize issue list pertaining to 2005-7 LTIP program and remit to debtor for consideration | 08 | 0.90 | $500.00 | $450.00 |
| 6/13/05 | MB | Review filed LTIP motion to ensure consistency with draft version | 08 | 1.20 | $500.00 | $600.00 |
| 6/16/05 | JS | Review requested back-up documents from Company in preparation for conference call with Company relating LTIP Motion for due diligence and recommendation to Counsel | 08 | 1.40 | $515.00 | $721.00 |
| 6/16/05 | JS | Conference call with Company relating to LTIP Motion for due diligence and recommendation to counsel | 08 | 0.70 | $515.00 | $360.50 |
| 6/16/05 | JS | Review conference call information with Berkin relating LTIP Motion with Berkin for recommendation to counsel | 08 | 0.20 | $515.00 | $103.00 |
| 6/16/05 | MB | Review issues related to LTIP motion in preparation for conference call | 08 | 1.30 | $500.00 | $650.00 |
| 6/16/05 | MB | Participate in conference call with debtor regarding LTIP motion | 08 | 0.70 | $500.00 | $350.00 |
| 6/16/05 | MB | Summarize LTIP responses resulting from conference call with debtor | 08 | 0.80 | $500.00 | $400.00 |
| 6/16/05 | MB | Review and analyze requested schedules supporting LTIP program in connection with assessment of related motion | 08 | 2.70 | $500.00 | $1,350.00 |
| 6/17/05 | SP | Analyze issues regarding the proposed executive compensation program for 2005 - 2007 | 08 | 0.60 | $500.00 | $300.00 |
| 6/24/05 | MB | Develop outline for memorandum to ACC counsel summarizing LTIP proposal | 08 | 1.00 | $500.00 | $500.00 |
| 6/24/05 | MB | Prepare memo summarizing LTIP proposal for ACC counsel | 08 | 2.20 | $500.00 | $1,100.00 |
| 6/27/05 | MB | Amend memo summarizing LTIP proposal for submission to ACC counsel | 08 | 1.40 | $500.00 | $700.00 |
| 6/27/05 | MB | Analyze supplemental data provided by the debtor to support the LTIP motion | 08 | 0.50 | $500.00 | $250.00 |
| 6/27/05 | MB | Prepare request for additional supplemental information pertaining to the LTIP motion | 08 | 0.70 | $500.00 | $350.00 |
| 6/29/05 | MB | Review and analyze debtor's expert compensation report in connection with assessment of LTIP motion | 08 | 2.80 | $500.00 | $1,400.00 |
| 6/29/05 | AP | Reviewed the Grace LTIP (long-term incentive program) memorandum to counsel to analyze the current proposed plan specifics and the targets being set by the company. | 08 | 1.00 | $350.00 | $350.00 |
| 6/30/05 | MB | Develop issues for debtor reply related to compensation report | 08 | 0.90 | $500.00 | $450.00 |
| 6/30/05 | MB | Participate in conference call with debtor to discuss expert compensation report | 08 | 0.70 | $500.00 | $350.00 |
| 6/30/05 | MB | Assess information provided by management in conference call related to compensation report to formulate recommendation to ACC counsel pertaining to LTIP motion | 08 | 1.20 | $500.00 | $600.00 |
| | | **TOTAL Category 08: Employee Benefits/Pension** | | **58.30** | | **$28,775.50** |
| 6/27/05 | LT | Review monthly fee application for May 2005 including timekeeper daily entries | 11 | 0.50 | $550.00 | $275.00 |
| 6/29/05 | DC | Compilation and consolidation of services rendered in the month of June 2005 | 11 | 5.00 | $290.00 | $1,450.00 |
| 6/30/05 | DC | Compilation and consolidation of services rendered in the month of June 2005 | 11 | 2.50 | $290.00 | $725.00 |
| 6/30/05 | DC | Category coding and preparation of June 2005 fee application | 11 | 2.00 | $290.00 | $580.00 |
| | | **TOTAL Category 11: Fee Application-Applicant** | | **10.00** | | **$3,030.00** |
| 6/1/05 | JS | Review article in The Deal regarding DIP and exit financing for WACC for valuation and POR | 16 | 0.50 | $515.00 | $257.50 |
| 6/2/05 | JS | Review NJ Dept. of Environmental Protection (NJDEP) suit against Company filed 6/1/05 re Hamilton Plant for due diligence and valuation for POR. | 16 | 3.20 | $515.00 | $1,648.00 |
| 6/2/05 | JS | Review ZAI and Libby files re vermiculite for due diligence re NJDEP suit and valuation for POR. | 16 | 2.70 | $515.00 | $1,390.50 |

# W.R. Grace
## Schedule B

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | **TOTAL  Category 16: Plan and Disclosure Statement** | | **6.40** | | **$3,296.00** |
| 6/13/05 | LT | Review tax audit issues for report to ACC on proposed resolution | 18 | 0.80 | $550.00 | $440.00 |
| | | **TOTAL  Category 18: Tax Issues** | | **0.80** | | **$440.00** |
| 6/3/05 | PR | Analyze and review KeyBanc Capital Markets May 23rd analyst report regarding special chemical industry key indicators and outlook for updated valuation | 21 | 0.80 | $500.00 | $400.00 |
| 6/3/05 | PR | Analyze and review JP Morgan May 2005 industry report regarding specialty chemicals, comparable companies outlook, growth and expectations for valuation | 21 | 1.10 | $500.00 | $550.00 |
| 6/3/05 | PR | Review and analyze Keybanc Capital Markets May 19th equity research on specialty chemical leading indicators, detailed analysis of comparable companies and growth factors and outlook for valuation | 21 | 2.20 | $500.00 | $1,100.00 |
| 6/9/05 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/9/05 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/9/05 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/9/05 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/9/05 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/13/05 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/13/05 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/13/05 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/13/05 | CW | Prepare revenue growth (indexed) graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/13/05 | CW | Prepare EBIT growth (indexed) graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/13/05 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.70 | $290.00 | $203.00 |
| 6/13/05 | CW | Prepare debt-to-equity graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/13/05 | CW | Prepare debt-to-total capital graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/13/05 | CW | Prepare debt-to-EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.70 | $290.00 | $203.00 |
| 6/13/05 | CW | Prepare days receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |

# W.R. Grace                                                                                     Schedule B

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 6/14/05 | CW | Prepare inventory turnover graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/05 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 6/14/05 | CW | Prepare quick ratio graph for WR Grace and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/04 and update links to historical financial statements | 21 | 0.80 | $290.00 | $232.00 |
| 6/14/05 | CW | Prepare current ratio graph for WR Grace and its comparable companies, showing high, low, median and USG's results for the period from 2000 to LTM 9/30/04 and update links to historical financial statements | 21 | 0.70 | $290.00 | $203.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for WR Grace for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Rohm & Haas for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Engelhard Corp for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for PPG Industries for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Crompton Corp for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Great Lakes Chemical for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cabot Corp for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Cytec Industries for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Lubrizol Corp for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Albemarle for LTM 03/31/05 | 21 | 0.60 | $290.00 | $174.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for HB Fuller for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/17/05 | CW | Review graphs and check against historical financial statements to ensure accuracy and correctness of data for Hercules for LTM 03/31/05 | 21 | 0.50 | $290.00 | $145.00 |
| 6/23/05 | CW | Calculate equity value for the fiscal year end for the last five years to include in Lubrizol's financial summary and research historic stock prices and shares outstanding | 21 | 1.30 | $290.00 | $377.00 |
| 6/23/05 | CW | Prepare schedule of Lubrizol's quarterly (LTM) financial statements for the 4 quarters of fiscal 2004, excluding non-recurring charges for use in valuation | 21 | 1.20 | $290.00 | $348.00 |
| 6/23/05 | CW | Prepare schedule of Lubrizol's quarterly (LTM) financial statements for the 4 quarters of fiscal 2003, excluding non-recurring charges for use in valuation | 21 | 1.00 | $290.00 | $290.00 |
| 6/23/05 | CW | Prepare schedule of Lubrizol's financial information for the previous 8 quarters on a full-year basis, including sales, operating income, depreciation and amortization | 21 | 1.20 | $290.00 | $348.00 |
| 6/23/05 | CW | Calculate equity value for the fiscal year end for the last 8 quarters on an annual basis to include in Lubrizol's financial summary | 21 | 1.30 | $290.00 | $377.00 |
| 6/23/05 | CW | Calculate enterprise value for the fiscal year end for the last 8 annualized quarters to include in Lubrizol's financial summary | 21 | 0.90 | $290.00 | $261.00 |
| 6/23/05 | CW | Calculate Lubrizol's EBITDA (excluding non-recurring items) and EBITDA multiples for the previous 8 quarters on a full year basis | 21 | 2.20 | $290.00 | $638.00 |
| 6/24/05 | CW | Review and analyze Multex Fundamentals research report on Hercules for company profile for WR Grace comparable companies valuation purposes | 21 | 0.60 | $290.00 | $174.00 |

# W.R. Grace
Schedule B

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 6/24/05 | CW | Review and analyze First Call Earnings Valuation Report research report on Hercules for company profile for WR Grace comparable companies valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| 6/24/05 | CW | Review and analyze S&P stock report on Hercules for company profile for WR Grace comparable companies valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 6/24/05 | CW | Review and analyze Thomson Financial research report on Hercules for company profile for WR Grace comparable companies valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| 6/24/05 | CW | Review and analyze Multex Fundamentals research report on Cabot Corp for company profile for WR Grace comparable companies valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 6/24/05 | CW | Review and analyze First Call Earnings Valuation Report research report on Cabot Corp for company profile for WR Grace comparable companies valuation purposes | 21 | 0.70 | $290.00 | $203.00 |
| 6/24/05 | CW | Review and analyze S&P stock report on Cabot Corp for company profile for WR Grace comparable companies valuation purposes | 21 | 0.60 | $290.00 | $174.00 |
| 6/24/05 | CW | Review and analyze Thomson Financial research report on Cabot Corp for company profile for WR Grace comparable companies valuation purposes | 21 | 0.50 | $290.00 | $145.00 |
| | | **TOTAL  Category 21:  Valuation** | | **39.40** | | **$12,287.00** |
| 6/1/05 | JS | Review further questions to Company re Cytec Settlement Motion and memorandum from Grace/Blackstone in response to questions for due diligence | 26 | 1.50 | $515.00 | $772.50 |
| 6/1/05 | MB | Review news articles pertaining to Hamilton lawsuit in connection with monitoring continuing operations | 26 | 0.80 | $500.00 | $400.00 |
| 6/1/05 | AP | Prepared the Sealed Air stock price chart and settlement value schedule for the month of March 2005 to analyze the value of the proposed settlement at the end of the first quarter 2005. | 26 | 0.80 | $350.00 | $280.00 |
| 6/1/05 | AP | Prepared the Sealed Air stock price chart and settlement value schedule for the month of April 2005 to analyze the value of the proposed settlement as of April 30, 2005. | 26 | 0.80 | $350.00 | $280.00 |
| 6/1/05 | AP | Prepared the Grace monthly operating report balance sheet schedule for the month of April 2005 to analyze the changes in key balances for the month. | 26 | 0.90 | $350.00 | $315.00 |
| 6/1/05 | AP | Prepared the Grace statement of operations schedule for the April 2005 monthly operating report review to analyze the performance of the company during the month. | 26 | 0.90 | $350.00 | $315.00 |
| 6/1/05 | AP | Prepared the Grace monthly operating report cash flow statement schedule for the month of April 2005 to analyze the sources and uses of cash during the month and the change in the total cash balance. | 26 | 1.00 | $350.00 | $350.00 |
| 6/1/05 | AP | Prepared the Grace business segment results schedule for the April 2005 monthly operating report review to analyze the performance of each business during the month of April. | 26 | 0.90 | $350.00 | $315.00 |
| 6/3/05 | SP | Review financial analyses as requested by counsel | 26 | 0.50 | $500.00 | $250.00 |
| 6/3/05 | AP | Prepared stock price and cash balance analysis of Grace from filing date to present to analyze the changes at the request of counsel. | 26 | 1.60 | $350.00 | $560.00 |
| 6/6/05 | MB | Review 6/3/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 6/6/05 | AP | Analyzed the potential liability for Grace regarding the environmental issues at the new jersey site to analyze the potential impact to the company's overall environmental liabilities. | 26 | 0.50 | $350.00 | $175.00 |
| 6/6/05 | AP | Prepared schedule to analyze the range of liability that the new jersey environmental complaint could potentially have for the company. | 26 | 1.60 | $350.00 | $560.00 |
| 6/7/05 | MB | Review NJ DEP complaint in connection with claims assessment and monitoring of operations | 26 | 1.80 | $500.00 | $900.00 |
| 6/9/05 | JS | Review, analyze memorandum from Company regarding Grace Performance Chemicals expansion project for due diligence | 26 | 2.40 | $515.00 | $1,236.00 |
| 6/13/05 | LT | Review engagement status for report to ACC counsel regarding projects in process and completion timetable | 26 | 0.80 | $550.00 | $440.00 |
| 6/13/05 | MB | Review 6/10/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 6/17/05 | MB | Review ACC exclusivity objection in connection with monitoring case | 26 | 1.10 | $500.00 | $550.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 6/17/05 | MB | Review Futures Rep exclusivity objection in connection with monitoring case | 26 | 0.90 | $500.00 | $450.00 |
| 6/17/05 | MB | Review property damage committee exclusivity objection in connection with monitoring case | 26 | 0.90 | $500.00 | $450.00 |
| 6/20/05 | MB | Review 6/17/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 6/21/05 | MB | Review motion authorizing debtor to construct Specialty Building Product manufacturing site | 26 | 1.40 | $500.00 | $700.00 |
| 6/21/05 | MB | Review debtor presentation supporting construction of Specialty Building Product manufacturing site | 26 | 1.60 | $500.00 | $800.00 |
| 6/21/05 | MB | Analyze IRR and NPV associated with construction of Specialty Building Product manufacturing site | 26 | 1.80 | $500.00 | $900.00 |
| 6/21/05 | MB | Identify and review industry condition and outlook pertaining to growth of water membrane materials in connection with assessment of motion to construct Specialty Building Product manufacturing site | 26 | 2.30 | $500.00 | $1,150.00 |
| 6/22/05 | MB | Review and analyze financial statement and accompanying note section of 2005 first quarter 10Q report | 26 | 2.80 | $500.00 | $1,400.00 |
| 6/22/05 | MB | Review MD&A section to first quarter 2005 10Q report in connection with monitoring continuing operations | 26 | 1.70 | $500.00 | $850.00 |
| 6/22/05 | MB | Prepare issues for debtor response resulting from review of first quarter 10Q report | 26 | 1.60 | $500.00 | $800.00 |
| 6/24/05 | MB | Develop recommendation to ACC counsel assessing construction of Specialty Building Product manufacturing site | 26 | 1.70 | $500.00 | $850.00 |
| 6/27/05 | LT | Review engagement status | 26 | 1.00 | $550.00 | $550.00 |
| 6/27/05 | MB | Review 6/24/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.40 | $500.00 | $200.00 |
| 6/28/05 | MB | Review 8K and related agreements pertaining to Siegel consulting agreement in connection with monitoring business operations | 26 | 0.90 | $500.00 | $450.00 |
| 6/30/05 | JS | Review, analyze documents on Project Gamma in preparation for conference call with Company for due diligence purposes | 26 | 3.30 | $515.00 | $1,699.50 |
| 6/30/05 | JS | Discuss Project Gamma with Berkin in preparation for conference call with Company for due diligence purposes | 26 | 0.40 | $515.00 | $206.00 |
| 6/30/05 | JS | Continue review and analysis of Project Gamma documents in preparation for conference call with Company for due diligence purposes | 26 | 1.80 | $515.00 | $927.00 |
| 6/30/05 | JS | Conference call with Company and financial advisers regarding Project Gamma for due diligence purposes | 26 | 0.70 | $515.00 | $360.50 |
| 6/30/05 | JS | Discuss with Berkin regarding conference call with Company, address further questions to be sent to Company re Project Gamma for due diligence purposes | 26 | 0.40 | $515.00 | $206.00 |
| 6/30/05 | MB | Review Project Gamma presentation in preparation for upcoming conference call with debtor | 26 | 0.60 | $500.00 | $300.00 |
| 6/30/05 | MB | Review Project Gamma financial review in preparation for upcoming conference call with management | 26 | 1.90 | $500.00 | $950.00 |
| 6/30/05 | MB | Analyze metallocene polyethylene market in connection with understanding Project Gamma acquisition | 26 | 2.00 | $500.00 | $1,000.00 |
| 6/30/05 | MB | Participate in conference call with debtor to discuss Project Gamma | 26 | 0.60 | $500.00 | $300.00 |
| 6/30/05 | MB | Summarize results from Project Gamma conference call and identify follow-up issues | 26 | 1.30 | $500.00 | $650.00 |
| 6/30/05 | MB | Review memo from ACC counsel summarizing omnibus hearing results in connection with monitoring continuing operations | 26 | 0.30 | $500.00 | $150.00 |
| | | **TOTAL  Category 26:  Business Analysis** | | **51.40** | | **$24,597.50** |
| 6/2/05 | AP | Reviewed Grace's management notes regarding the YTD results through April 2005 to analyze the items that impacted the performance of the company YTD. | 28 | 1.70 | $350.00 | $595.00 |
| 6/2/05 | AP | Reviewed Grace's financial statements regarding the April 2005 payment to the IRS regarding the tax settlement for the years 1993 through 1996 to analyze the impact on the cash balance of the company. | 28 | 1.80 | $350.00 | $630.00 |
| 6/6/05 | AP | Reviewed the complaint against Grace for environmental issues at a property in new jersey to analyze the issues in the complaint and the potential impact on the company. | 28 | 1.70 | $350.00 | $595.00 |
| 6/8/05 | AP | Reviewed the Grace summary memo regarding the proposed pension funding to analyze the specifics of the funding and how it compares to the proposed 2005 funding from prior year motions. | 28 | 1.70 | $350.00 | $595.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period:   June 1, 2005 through June 30, 2005**

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 6/29/05 | AP | Reviewed the press releases regarding the Court's approval of the Sealed Air agreement to analyze the agreement and the value of the agreement as of the most recently available date. | 28 | 1.20 | $350.00 | $420.00 |
| 6/30/05 | AP | Reviewed Grace acquisition proposal to analyze the business that the company has filed a motion to acquire and the impact on the operations of the company. | 28 | 0.80 | $350.00 | $280.00 |
| 6/30/05 | AP | Reviewed industry websites for information regarding the extension of exclusivity in bankruptcy processes to locate historical ruling and the factors reviewed by the courts. | 28 | 2.20 | $350.00 | $770.00 |
| 6/30/05 | AP | Reviewed databases for information regarding the extension of exclusivity in bankruptcy processes to locate historical ruling and the factors reviewed by the courts. | 28 | 2.00 | $350.00 | $700.00 |
| 6/30/05 | AP | Reviewed press-releases regarding historical rulings of the courts regarding the extension of exclusivity to analyze the recent filing of Grace to extend the exclusivity of the company to file a plan of reorganization. | 28 | 1.90 | $350.00 | $665.00 |
| 6/30/05 | AP | Reviewed industry periodicals regarding historical rulings by courts to extend the exclusivity period companies have to file a POR in the bankruptcy process. | 28 | 2.20 | $350.00 | $770.00 |
| 6/30/05 | AP | Reviewed business law journals regarding past rulings of courts for exclusivity to analyze the factors the court relied on to determine exclusivity and how it might apply to Grace. | 28 | 2.30 | $350.00 | $805.00 |
| | | **TOTAL  Category  28:  Data Analysis** | | **19.50** | | **$6,825.00** |
| | | **TOTAL   Schedule B:** | | **188.60** | | **$80,651.00** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $46.10 |
| Research via PACER | $24.40 |
| Xerox   ( 902 @ $0.10 per page) | $90.20 |
| **Total Expenses incurred from June 1-30, 2005** | $160.70 |