```
Date: 07/11/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                          HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------------
 06/08/05  Peterson  / (20) Travel - Non-working                       1.0    300.00
 #7102     Travel to Chicago                                        300.00

 06/09/05  Peterson  / (20) Travel - Non-working                       1.0    300.00
 #7103     Travel to Thousand Oaks                                  300.00
```

{D0047133:1 }

```
Date: 07/11/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 2

                     W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 06/02/05 #7101 | Peterson / (28) Data Analysis<br>Review news reports on New Jersey fraud suit | 0.4<br>600.00 | 240.00 |
| 06/09/05 #7104 | Peterson / (28) Data Analysis<br>Attend and speak on estimation at Mealey's conference | 0.7<br>600.00 | 420.00 |
| 06/21/05 #7301 | Relles / (28) Data Analysis<br>correspondence with Vest and Forscey re: alternative methods for valuing claims | 0.1<br>375.00 | 37.50 |
| 06/23/05 #7105 | Peterson / (28) Data Analysis<br>Review report on alternative approaches for compensating asbestos claims | 0.4<br>600.00 | 240.00 |
| 06/27/05 #7106 | Peterson / (28) Data Analysis<br>Review and provide written comments about alternative approaches for compensating asbestos claims | 0.4<br>600.00 | 240.00 |
| 06/28/05 #7107 | Peterson / (28) Data Analysis<br>Discussion of problems with alternative methods for compensating asbestos claims | 0.3<br>600.00 | 180.00 |
| 06/29/05 #7108 | Peterson / (28) Data Analysis<br>Discussion of problems with alternative methods for compensating asbestos claims | 0.1<br>600.00 | 60.00 |

{D0047133:1 }

```
Date: 07/11/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 3

                     W. R. Grace

              Summary Of Time Charges, By Month and Activity
                        June 2005 - June 2005

   MONTH      ACTIVITY                                       HOURS     AMOUNT
   ----------------------------------------------------------------------------
   June    - (20) Travel - Non-working                         2.0     600.00
   June    - (28) Data Analysis                                2.4    1417.50
   June    - (99) Total                                        4.4    2017.50

   Total   - (20) Travel - Non-working                         2.0     600.00
   Total   - (28) Data Analysis                                2.4    1417.50
   Total   - (99) Total                                        4.4    2017.50

   -----------------------------------------------------------------------------
```

{D0047133:1 }

```
Date: 07/11/05            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 4

                    W. R. Grace

             Summary Of Time Charges, By Month and Person
                      June 2005 - June 2005

 MONTH      PERSON                                          HOURS    AMOUNT
 ----------------------------------------------------------------------------
 June      - Relles                                           0.1      37.50
 June      - Peterson                                         4.3    1980.00
 June      - Total                                            4.4    2017.50

 Total     - Relles                                           0.1      37.50
 Total     - Peterson                                         4.3    1980.00
 Total     - Total                                            4.4    2017.50

 ----------------------------------------------------------------------------
```

```
Date: 07/11/05            Legal Analysis Systems, Inc.
Time: 12:00pm                                                   Page 5

              W. R. Grace

       Summary Of Time Charges, By Activity, Month, and Person
                     June 2005 - June 2005

 MONTH      PERSON                              HOURS    RATE    AMOUNT
 ----------------------------------------------------------------------
 (20) Travel - Non-working

 June     - Peterson                              2.0    300.    600.00

 (28) Data Analysis

 June     - Relles                                0.1    375.     37.50
 June     - Peterson                              2.3    600.   1380.00

 ----------------------------------------------------------------------
```

{D0047133:1 }

```
Date: 07/11/05           Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 6

          W. R. Grace



   Thousand Oaks-Chicago June 8-9 -- travel expenses (Peterson)    $216.37

        Clients: (1) Armstrong
                 (2) Federal Mogul
                 (3) G-I Holdings (GAF)
                 (4) Owens-Corning
                 (5) W.R. Grace
                 (6) Manville Trust

        1/6 share splits divided equally among Clients 1-6.

                                        Total     Share   Allocated
                                       ---------  -----   ---------
        Airfare to Philadelphia  (coach)  $358.40  1/6     $59.73
        Hotel                             450.00   1/6      75.00
        Hotel taxis                        67.05   1/6      11.18
        Faxes                              12.28   1/6       2.05
        Taxis, O'Hare roundtrip           110.00   1/6      18.33
        Car service to LAX                135.20   1/6      22.53
        Car service from LAX              165.30   1/6      27.55
                                        ---------         ------
                                        $1,298.23         $216.37


        Note: lowest available rate among all
              contacted hotels--late booking

--------------------------------------------------------------------------------
```

{D0047133:1 }