# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

July 20, 2005  
Invoice 692035 Page 1

Our Matter #          02399/06030                              For Services Through 06/30/05
WR Grace #            032-KL-721400-00-5250472
Name of Matter:       Aiken-Title V Permit App. Iss

| Date | Description | | | |
|---|---|---|---|---|
| 06/01/05 | Review inspection and maintenance issues and discuss with Attorney Carlisle for input to Mr. Fishel. | | | |
| | B.F. HAWKINS, JR. | 0.70 hrs. | 290.00/hr | $203.00 |
| 06/01/05 | Review electronic mail memorandum from Mr. Fishel and attached inspection and maintenance plan for baghouses (0.1); confer with Attorney Hawkins regarding contents (0.1); confer with Mr. Fishel regarding same (0.2); draft reply to Mr. Schneider for Mr. Fishel (0.8). | | | |
| | R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |
| 06/02/05 | Review letter to DHEC regarding permit comments and discuss suggested changes with Attorney Carlisle. | | | |
| | B.F. HAWKINS, JR. | 0.60 hrs. | 290.00/hr | $174.00 |
| 06/02/05 | Confer with Attorney Hawkins regarding his proposed changes to draft letter commenting on Mr. Schneider's response to client's comments on draft new permit (0.3); review regulations on construction permits and newly adopted regulations that might be pertinent (0.4); revisions to draft letter (0.5). | | | |
| | R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |
| 06/03/05 | Draft e-mail to Mr. Fishel transmitting draft letter to Mr. Schneider. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 06/09/05 | Confer with Mr. Fishel regarding response to DHEC on various inquiries (0.2); review electronic mail memoranda forwarded by Mr. Fishel (0.2). | | | |
| | R.T. CARLISLE | 0.40 hrs. | 260.00/hr | $104.00 |
| 06/14/05 | Detailed voice mail message to Mr. Fishel regarding issues raised by DHEC in various forwarded electronic mail memoranda (0.1); confer with Mr. Fishel regarding communications with DHEC (0.1); confer with Attorney Hawkins regarding strategy for approaching DHEC on issues still outstanding in draft permit (0.1). | | | |
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 06/17/05 | Confer with Attorney Hawkins regarding strategy for meeting with DHEC folks on draft of proposed new air permit and confer with Mr. Fishel regarding same. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 06/23/05 | Confer with Mr. Fishel regarding outcome of his discussion with Mr. Schneider (DHEC permit writer) and confer with Attorney Hawkins regarding same. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |

W. R. Grace & Co.

July 20, 2005
Invoice 692035  Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 06/27/05 | Compare new draft permit to prior draft (0.8); electronic mail memorandum to Mr. Fishel regarding same (0.1). | | | |
| | R.T. CARLISLE | 0.90 hrs. | 260.00/hr | $234.00 |
| 06/28/05 | Detailed voice mail message to Mr. Fishel regarding latest version of draft air permit. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 06/30/05 | Telephone conference with Mr. Fishel regarding changes to draft conditional major air permit. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 260.00/hr | $52.00 |

**Fees for Legal Services** ............................................................................................... **$1,625.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.30 | 290.00 | 377.00 |
| R.T. CARLISLE | 4.80 | 260.00 | 1,248.00 |
| TOTAL | 6.10 | $266.39 | $1,625.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 06/01/2005 | Telephone 1-803-648-9575 | 0.70 |
| 06/09/2005 | Telephone 1-803-648-9575 | 0.45 |
| 06/14/2005 | Telephone 1-803-648-9575 | 0.05 |
| 06/17/2005 | Telephone 1-803-648-9575 | 0.40 |
| 06/28/2005 | Telephone 1-803-648-9575 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................. **$1.65**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.65 |
| TOTAL | $1.65 |

**Net current billing for this invoice** ............................................................................ **$1,626.65**

**GRAND TOTAL** ............................................................................................................ **$1,626.65**

W. R. Grace & Co.

July 20, 2005
Invoice 692035  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/05

W. R. Grace & Co.
Aiken-Title V Permit App. Iss
Our Matter # 02399/06030

| | |
|---|---|
| Fees for Professional Services | $1,625.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.65 |
| **Net current billing for this invoice** | **$1,626.65** |
| **GRAND TOTAL** | **$1,626.65** |

Terms of Payment:  Balance due within thirty days of invoice date

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

July 20, 2005  
Invoice 692036   Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 06/30/05 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

06/01/05   Telephone conference with Mr. Bailey regarding site visit, issues discussed, including monitoring issue, mitigation plan, and different divisions of DHEC coordination on water quality monitoring post-construction (0.4); review discharge permit application for waste groundwater (0.2).
N.J. SMITH                           0.60 hrs.   290.00/hr         $174.00

06/02/05   Review surface water post clean up testing issue with Attorney Carlisle and strategy on responses to expected comments from NMFS and F&WS.
N.J. SMITH                           0.30 hrs.   290.00/hr          $87.00

06/02/05   Review documents relating to post-cleanup sampling and analysis of surface water (1.1); confer with Attorney Smith regarding same (0.3).
R.T. CARLISLE                        1.40 hrs.   260.00/hr         $364.00

06/03/05   Telephone conference with Ms. Sanger regarding OCRM file status (0.2); telephone conference with Mr. Ridgell regarding comments expected from federal resource agencies, review schedule (0.3); telephone conference with Ms. Socha regarding comments received, schedule for package to us for response, additional comment in house from geohydrologist (0.2); telephone conference with Mr. Bucens regarding water quality issue and implications for wetlands permit (0.2).
N.J. SMITH                           0.90 hrs.   290.00/hr         $261.00

06/04/05   Review additional documents relating to sampling and analysis following remediations.
R.T. CARLISLE                        0.80 hrs.   260.00/hr         $208.00

06/05/05   Review additional documents relating to post-remediation confirmatory sampling of surface water (1.7); electronic mail memorandum to Attorney Smith regarding same (0.1).
R.T. CARLISLE                        1.80 hrs.   260.00/hr         $468.00

06/06/05   Discuss surface water sampling issue with Attorney Carlisle, need for preparation for comments expected from resource agencies, possible conflicts on requirements from separate bureaus.
N.J. SMITH                           0.20 hrs.   290.00/hr          $58.00

06/06/05   Review electronic mail memorandum from Attorney Smith and confer with him regarding future steps relating to post-remediation sampling issues (0.2); draft summary of research regarding same (0.7).
R.T. CARLISLE                        0.90 hrs.   260.00/hr         $234.00

W. R. Grace & Co.
July 20, 2005
Invoice 692036  Page 2

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/06/05 | Confer with Attorney Carlisle regarding filing which discusses post-remediation sampling of surface water | L.J. JENNINGS | 0.20 hrs. | 125.00/hr | $25.00 |
| 06/10/05 | Telephone conference with Ms. Sanger regarding comments (0.2); review comment letter from USF&WS, compare with application and forward with note to permit team (0.3). | N.J. SMITH | 0.50 hrs. | 290.00/hr | $145.00 |
| 06/13/05 | Message from Mr. Hanley regarding F&WS comments, reply to same (0.2); telephone conference with Ms. Sanger, review fax of NOAA comments (0.2); provide NOAA comments to Mr. Bucens and RMT; telephone conference with Ms. Socha regarding Corps view of comments received, schedule, review fax from Ms. Socha and forward same with message (0.4). | N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |
| 06/17/05 | Call from Ms. Sanger regarding comments on permit, discuss F&WS comments, agree on probable purpose of delay due to failure to be involved in development of ROD, and agree on schedule for OCRM. | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 06/23/05 | Office conference with Mr. Ridgell and Mr. Epps regarding comments from resource agencies, meeting held with Ms. Sanger, scope of DHEC concerns for water quality, and coordination for completion of review. | N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |
| 06/30/05 | Call from Mr. Bailey regarding status of agency review, surface water testing issue, mitigation plan and coordination for response to resource agency comments. | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services** .................................................................................................. **$2,662.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 4.70 | 290.00 | 1,363.00 |
| R.T. CARLISLE | 4.90 | 260.00 | 1,274.00 |
| L.J. JENNINGS | 0.20 | 125.00 | 25.00 |
| TOTAL | 9.80 | $271.63 | $2,662.00 |

**Net current billing for this invoice** ................................................................................. $2,662.00

**GRAND TOTAL** ............................................................................................................... **$2,662.00**

W. R. Grace & Co.
July 20, 2005
Invoice 692036  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $2,662.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$2,662.00** |
| **GRAND TOTAL** | **$2,662.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

July 20, 2005  
Invoice 692037  Page  1

Our Matter #        02399/06091                         For Services Through 06/30/05
Name of Matter:    Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/03/05 | Provide materials for Attorney Hawkins' review.<br>K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |
| 06/06/05 | Review quarterly numbers submitted by fee auditor for accuracy and update file.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 06/23/05 | Follow up on status of CONO for March 2005 Fee Application with co-counsel; review all applicable deadlines for fee applications.<br>B.J. BURN | 0.40 hrs. | 220.00/hr | $88.00 |
| 06/25/05 | Review and analyze auditor's report regarding review of fees and expenses for October through December 2004.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 06/28/05 | Analyze May 2005 billing invoices and draft fee application for attorney review.<br>A.R. PRICE | 2.90 hrs. | 105.00/hr | $304.50 |
| 06/29/05 | Edit and review May 2005 Fee Application.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 06/29/05 | Follow up on status of March 2005 CONO and update to chart regarding same.<br>B.J. BURN | 0.10 hrs. | 220.00/hr | $22.00 |

**Fees for Legal Services** ............................................................................................. **$635.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.40 | 220.00 | 308.00 |
| A.R. PRICE | 2.90 | 105.00 | 304.50 |
| K. LUCAS | 0.30 | 75.00 | 22.50 |
| TOTAL | 4.60 | 138.04 | 635.00 |

**Net current billing for this invoice** ................................................................... **$635.00**

**GRAND TOTAL**..................................................................................................... **$635.00**

W. R. Grace & Co.
July 20, 2005
Invoice 692037  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $635.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$635.00** |
| **GRAND TOTAL** | **$635.00** |

**Terms of Payment:  Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

| | |
|---|---|
| W. R. Grace & Co. | July 19, 2005 |
| ATTN: Vicki B. Finkelstein | Invoice 691701  Page 1 |
| 7500 Grace Drive | |
| Columbia, MD  21044 | |

| | | |
|---|---|---|
| Our Matter # | 02399/09007 | For Services Through 06/30/05 |
| Name of Matter: | Alchem Chemical Co. | |

| | | | | | |
|---|---|---|---|---|---|
| 06/01/05 | Prepare termination agreement. | | | | |
| | J.E. HOLMES | | 1.00 hrs. | 260.00/hr | $260.00 |

**Fees for Legal Services** ............................................................................................... **$260.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.E. HOLMES | 1.00 | 260.00 | 260.00 |
| TOTAL | 1.00 | 260.00 | 260.00 |

| | | |
|---|---|---|
| 06/01/2005 | Telephone 1-410-531-4795 | 0.15 |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.15 |
| TOTAL | $0.15 |

**Net current billing for this invoice** ............................................................................. **$260.15**

**GRAND TOTAL**.......................................................................................................... **$260.15**

W. R. Grace & Co.

July 19, 2005
Invoice 691701  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | |
|---|---|
| Fees for Professional Services | $260.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.15 |
| **Net current billing for this invoice** | **$260.15** |
| **GRAND TOTAL** | **$260.15** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC