## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: August 17, 2005 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## TWELFTH MONTHLY INTERIM APPLICATION OF
## SWIDLER BERLIN LLP, COUNSEL TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
       (4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
       (5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
       (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
       Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, counsel to David T. Austern, Future Claimants' Representative (the

"FCR"), has filed and served its Twelfth Monthly Application of Swidler Berlin LLP for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period May 1, 2005 through May 31, 2005 seeking payment of fees in the amount of

$53,489.60 (80% of $66,862.00) and expenses in the amount of $852.77 (the "Application") for

a total of $54,342.37.

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **August 17, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

SWIDLER BERLIN LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Co-Counsel to David T. Austern, Future Claimants
Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: July 20, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | Objection Deadline: August 17, 2005 at 4:00 p.m.<br>Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO TWELFTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2005 THROUGH MAY 31, 2005

Name of Applicant: Swidler Berlin LLP ("Swidler")

Authorized to Provide Professional Services to: David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention: Swidler Retention Order entered September 27, 2004

Period for which compensation is sought: May 1, 2005 through May 31, 2005

Amount of Compensation (100%) sought as actual, reasonable, and necessary: $66,862.00

80% of fees to be paid: $53,489.60[1]

Amount of Expense Reimbursement sought as actual, reasonable and necessary: $    852.77

Total Fees @ 80% and 100% Expenses: $54,342.37

This is an:    ___ interim    _X_ monthly    ___ final application.

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 15.30 hours and the corresponding fees are $4,068.50 and $112.66 in expenses for Swidler's fee applications and 5.10 hours and $994.50 in fees and $340.57 in expenses for the FCR and/or is other professional's fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's twelfth interim fee application for the period May 1-31, 2005.  Swidler has previously filed the following fee applications:

> • Eleventh interim fee application for the period April 1-30, 2005 in the amount of $21,802.60 (80% of $27,253.25) and expenses in the amount of $1,560.48
> • Eleventh interim fee application for the period March 1-31, 2005 in the amount of $67,870.00) 80% of $54,296.00) and expenses in the amount of $4,114.49
> • Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) and expenses in the amount of $2,097.16
> • Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) and expenses in the amount of $7,490.31
> • Eighth interim fee application for the period December 1-31, 2004 in the amount of $70,817.20 (80% of $88,521.50) in fees and $4,326.10 in expenses
> • Seventh interim fee application for the period November 1-30, 2004  in the total amount of $78,054.40 (80% of $97,568.00) and expenses in the amount of $ $4,182.19
> • Sixth interim fee application for the period October 1-31, 2004 in the total amount of $87,179.80 (80% of $108,974.75) and expenses in the amount of $8,520.60
> • Fifth interim fee application for the period September 1-30, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses
> • Fourth interim fee application for the period August 1-31, 2004 in the amount of $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses
> • Third interim fee application for the period July 1-31, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses
> • Second interim fee application for the period June 1-30, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02
> • First interim fee application for the period May 1-31, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60

To date, Swidler has received payments from the Debtors in the following amounts:

> • $363,650.37 representing 80% of fees and 100% expenses for May 24, 2004 through September 30, 2004
> • $19,993.70 representing the 20% holdback on fees for the time period May and June 2004
> • $46,629.66 representing 80% of fees and 100% expenses for July 2004
> • $78,911.65 representing 80% of fees and 100% expenses for August 2004
> • $129,718.24 representing 80% of fees and 100% expenses for September 2004

- $59,214.65  representing the 20% holdback on fees for the time period July-September 2004
- $95,700.40 representing 80% of fees and 100% expenses for October 2004
- $157,379.89 representing 80% of fees and expenses for November and December 2004
- $58,192.91 representing 80% of fees and 100% expenses for January 2005
- $94,467.96 representing 80% of fees and 100% expenses for February 2005
- $58,410.49 representing 80% of fees and 100% expenses for March 2005

## COMPENSATION SUMMARY

### MAY 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460.00 | 75.20 | $34,592.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645.00 | 13.60 | $8,772.00 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545.00 | 12.90 | $7,030.50 |
| | | | | |
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $355.00 | 12.20 | $4,331.00 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255.00 | 21.10 | $5,380.50 |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995, Insurance Litigation | $390.00 | .30 | $117.00 |
| | | | | |
| Rachael M. Barainca | File Clerk | $60.00 | 12.70 | $762.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 30.60 | $5,967.00 |
| Total | | | 178.60 | $66,862.00 |
| Blended Rate: $374.36 | | | | |

## COMPENSATION BY PROJECT CATEGORY

### MAY 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 16.10 | $2,014.50 |
| Due Diligence | 1.50 | $967.50 |
| Compensation of Professionals-Swidler | 15.80 | $4,166.00 |
| Compensation of Professionals-Other | 5.10 | $994.50 |
| Litigation | 106.70 | $47,997.50 |
| Insurance Matters | 1.10 | $378.00 |
| Plan and Disclosure Statement | 16.00 | $5,870.00 |
| Retention of Professionals-Other | 16.30 | $4,474.00 |
| TOTAL | 178.60 | $66,862.00 |

## EXPENSE SUMMARY

### MAY 2005

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $507.75 |
| Telephone/Facsimile | $1.16 |
| Postage/Federal Express/Courier Fees | $226.88 |
| Meals | $116.98 |
| TOTAL | $852.77 |

Respectfully submitted,

SWIDLER BERLIN LLP

By:_____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: July 28, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.    I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.    I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 28th DAY OF JULY, 2005

_____
Notary Public

My commission expires: _____

Lori S. Williams
Notary Public, District of Columbia
My Commission Expires 3-31-2010

# EXHIBIT A

# SWIDLER BERLIN LLP

# INVOICES FOR THE TIME PERIOD

# MAY 1-31, 2005

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288773

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/02/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 05/03/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/03/05 | Debra L. Felder | Review docket and pleadings (.5); update calendar of hearings and deadlines (.4). | 0.90 |
| 05/03/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 05/04/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/05/05 | Rachael M. Barainca | Updated folders. | 2.50 |
| 05/05/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 05/10/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)          CLIENT: 25369
06/30/05                                          MATTER: .0001
Page 2                                            INVOICE: 288773

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/10/05 | Debra L. Felder | Review agenda and update calendar of hearings and deadlines. | 0.30 |
| 05/10/05 | Roger L. Frankel | Review Agenda for May 16 hearing (.2); review with R. Wyron (.2). | 0.40 |
| 05/10/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 05/11/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/12/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 05/13/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 05/16/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/17/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 05/18/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/19/05 | Rachael M. Barainca | Update pleadings binders. | 1.00 |
| 05/19/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/20/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/21/05 | Roger L. Frankel | Review, sort files. | 0.30 |
| 05/23/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 05/24/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 05/24/05 | Monique D. Almy | Review case calendar. | 0.30 |
| 05/24/05 | Rachael M. Barainca | Update folders. | 0.50 |
| 05/24/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 05/25/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |

# SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
06/30/05
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 288773

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 05/26/05 | Richard H. Wyron | Review calendar and docket updates to plan for upcoming hearings. | 0.30 |
| 05/26/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 05/26/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/26/05 | Rachael M. Barainca | Update pleadings binders. | 0.20 |
| 05/26/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 05/27/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 05/31/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 05/31/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 05/31/05 | Debra O. Fullem | Review docket update. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Monique D. Almy | $460.00 | 0.30 | $138.00 |
| Roger L. Frankel | $645.00 | 0.70 | $451.50 |
| Richard H. Wyron | $545.00 | 0.30 | $163.50 |
| Debra L. Felder | $255.00 | 1.50 | $382.50 |
| Debra O. Fullem | $195.00 | 0.60 | $117.00 |
| Rachael M. Barainca | $60.00 | 12.70 | $762.00 |
| **TOTAL HOURS & FEES** | | **16.10** | **$2,014.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 281.40 |
| Telephone | 1.16 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
06/30/05
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 288773

| OTHER CHARGES | AMOUNT |
|---|---|
| Meal Charges | 116.98 |
| **TOTAL OTHER CHARGES** | **$399.54** |

**CURRENT INVOICE DUE**....................................................................**$2,414.04**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D C  20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288773

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES ................................................................$2,014.50

TOTAL OTHER CHARGES ..............................................$399.54

**TOTAL AMOUNT DUE** .............................................**$2,414.04**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank:      Wachovia Bank, N A
Account Title:       Swidler Berlin LLP
ABA Routing No :   054001220
Account No :         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288774

CLIENT/CASE: 25369.0004

RE: Due Diligence

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/04/05 | Roger L. Frankel | Confer with Messrs. Radecki and Brownstein re business issues, preparation for meeting with client. | 0.70 |
| 05/12/05 | Roger L. Frankel | Review issues re asbestos legislation. | 0.40 |
| 05/17/05 | Roger L. Frankel | Review 5/11 - 5/12 markup of FAIR Act. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 1.50 | $967.50 |
| **TOTAL HOURS & FEES** | | **1.50** | **$967.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.......................................................................**$967.50**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET. NW, SUITE 300
WASHINGTON, D C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

## REVISED

INVOICE DATE: 06/30/05
CLIENT/CASE: 25369.0011
INVOICE NUMBER: 288777

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/02/05 | Debra O. Fullem | Prepare Certificate of No Objection regarding February fee statement; obtain R. Frankel's signature; coordinate filing and serving. | 0.20 |
| 05/03/05 | Debra O. Fullem | Review calendar and update D. Felder with information on fee apps. | 0.50 |
| 05/03/05 | Debra O. Fullem | Prepare e-mail to J. Port at W.R. Grace regarding payment on February fee application. | 0.20 |
| 05/03/05 | Debra O. Fullem | Organize fee application files. | 0.30 |
| 05/05/05 | Debra O. Fullem | Review and revise Swidler's Fourth Quarterly fee application and forward to R. Frankel for review and signature. | 1.00 |
| 05/05/05 | Debra O. Fullem | Update chart of Swidler's current fees and expenses. | 0.30 |
| 05/06/05 | Debra O. Fullem | Finalize and coordinate filing and serving of quarterly fee application. | 1.50 |
| 05/06/05 | Debra O. Fullem | Prepare response to e-mail from accounting regarding status of approved fee applications and payments to be expected. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
06/30/05                                                     MATTER: .0011
Page 2                                                       INVOICE: 288777

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/09/05 | Debra O. Fullem | Review e-mail from S. Bossay at fee auditor's office regarding initial report concerning Swidler's quarterly fee application for the period October-December 2004 and review of attached initial report; conference with R. Wyron re same. | 0.40 |
| 05/12/05 | Debra O. Fullem | Review fee auditor's report and outline thoughts for draft reply to same. | 0.30 |
| 05/16/05 | Debra O. Fullem | Prepare draft of reply letter to S. Bossay (.5); forward along with e-mail to R. Wyron for review and comment (.1); review and respond to e-mail from R. Wyron regarding questions/follow up regarding information in reply letter (.2); provide copies of redacted and unredacted invoices to R. Wyron (.2); prepare draft of schedule of expenses (.2). | 1.20 |
| 05/16/05 | Richard H. Wyron | Review fee auditor's report (.3); confer with D. Fullem and follow-up (.3); outline response (.6). | 1.20 |
| 05/17/05 | Debra O. Fullem | Follow up with accounting on prebills for October-December 2004 time period and review expense information; update chart of expenses to attach to reply letter to fee auditor; provide to R. Wyron for review and comment. | 0.80 |
| 05/17/05 | Debra O. Fullem | Follow up with accounting regarding prebills from Oct-Dec 04 to review for expense detail; update R. Wyron re same; review R. Wyron's letter (as revised) to S. Bossay. | 0.40 |
| 05/20/05 | Debra O. Fullem | Confer with R. Wyron regarding reply to the fee auditor's initial report (.1); follow up with accounting and other parties to gather additional information on certain expense items (.4); review R. Wyron's revisions to reply letter (.2); prepare revisions to schedule of expenses chart to attach to letter (.8); confer with R. Wyron regarding status of proposed final letter (.2). | 1.70 |
| 05/20/05 | Richard H. Wyron | Finalize response to fee auditor's report (.4); confer with M. Plumer re same (.2). | 0.60 |
| 05/21/05 | Richard H. Wyron | Review April pre-bill and note questions. | 0.40 |
| 05/22/05 | Richard H. Wyron | Finalize response to fee auditor's report. | 0.40 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
06/30/05                                                     MATTER: .0011
Page 3                                                       INVOICE: 288777

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/23/05 | Debra O. Fullem | Conference with R. Wyron and review draft letter to S. Bossay regarding response to interim report. | 0.30 |
| 05/23/05 | Debra O. Fullem | Telephone call from U.S. Trustee's office in Delaware regarding redacted invoices submitted with fee applications; discuss with R. Wyron and R. Frankel; submit response to Jennifer by e-mail of information on redacted invoices. | 0.70 |
| 05/24/05 | Debra O. Fullem | Review e-mail from J. Sacco regarding check from W.R. Grace for February invoices; forward copy of excel chart for proper allocation of check. | 0.20 |
| 05/24/05 | Debra O. Fullem | Prepare e-mail to R. Wyron regarding expense information. | 0.10 |
| 05/24/05 | Debra O. Fullem | Review e-mail from S. Bossay regarding status of reply; forward R. Wyron's e-mail to S. Bossay dated May 23 along with reply letter to initial report; e-mail to R. Wyron re status. | 0.20 |
| 05/26/05 | Debra O. Fullem | Review e-mail from U.S. Trustee's office, regarding Swidler invoices; confer with R. Frankel regarding same and discuss response; prepare reply to D. Klauder's e-mail and copy to R. Frankel and R. Wyron. | 0.50 |
| 05/26/05 | Debra O. Fullem | Review and reply to R. Wyron's e-mail requesting chart of agreed reductions by Swidler regarding the fee auditor's report; prepare chart of same and forward to R. Wyron for review and comment. | 0.90 |
| 05/26/05 | Richard H. Wyron | Work on redaction questions, reviewing entries and responding to inquiries. | 0.30 |
| 05/27/05 | Richard H. Wyron | E-mail from U.S. Trustee regarding fee application and response. | 0.20 |
| 05/27/05 | Debra O. Fullem | Prepare Certificate of No Objection relating to Swidler's March fee application; forward same to local counsel to file; prepare e-mail to J. Port at W. R. Grace and attach CNO filed with Court. | 0.30 |
| 05/31/05 | Debra O. Fullem | Confer with R. Wyron to discuss status of response to D. Klauder, attorney from U.S. Trustee's office. | 0.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
06/30/05
Page 4

CLIENT:  25369
MATTER: .0011
INVOICE: 288777

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 05/31/05 | Debra O. Fullem | Confer with R. Wyron regarding printing expenses and review of previous invoices for same. | 0.20 |
| 05/31/05 | Debra O. Fullem | Review April invoices sent to D. Austern. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $545.00 | 3.10 | $1,689.50 |
| Debra O. Fullem | $195.00 | 12.70 | $2,476.50 |
| **TOTAL HOURS & FEES** | | **15.80** | **$4,166.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 54.15 |
| Postage | 9.45 |
| Federal Express | 49.06 |
| **TOTAL OTHER CHARGES** | **$112.66** |

**CURRENT INVOICE DUE**...................................................................$4,278.66

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288777

OUR REFERENCE: 25369.0011

## INVOICE  SUMMARY

TOTAL FEES...................................................................................$4,166.00

TOTAL OTHER CHARGES.......................................................$112.66

**TOTAL AMOUNT DUE** ........................................................**$4,278.66**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Wachovia Bank, N A
Account Title:         Swidler Berlin LLP
ABA Routing No :     054001220
Account No :          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7607

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288780

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

## FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/04/05 | Debra O. Fullem | Begin to prepare quarterly fee application for D. Austern for time period January-March 2005. | 0.50 |
| 05/11/05 | Debra O. Fullem | Prepare quarterly fee application for D. Austern for time period January-March 2005. | 0.60 |
| 05/13/05 | Debra O. Fullem | Review package from CIBC of original signed fee applications; prepare Notices and Certificates of Service relating to CIBC's March monthly and Fourth quarterly fee applications; forward to local counsel to file same. | 1.00 |
| 05/23/05 | Debra O. Fullem | Review final fee application of CIBC for April 2005; insert objection deadlines and dates of filing; obtain R. Frankel's signature on notice; coordinate filing and serving. | 0.50 |
| 05/23/05 | Debra O. Fullem | Prepare fourth quarterly for D. Austern for time period January-March 2005; coordinate signatures by D. Austern and file and serve same. | 1.00 |
| 05/26/05 | Debra O. Fullem | Review and reply to e-mail from R. Wyron regarding initial reports filed by the fee auditor on D. Austern or his other professionals; prepare e-mail to S. Bossay regarding requesting information on same. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)    CLIENT: 25369
06/30/05                                      MATTER: 0012
Page 2                                        INVOICE: 288780

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/26/05 | Debra O. Fullem | Prepare CNOs for D. Austern's January, February and March fee applications. | 0.50 |
| 05/27/05 | Debra O. Fullem | Review and revise CNOs for D. Austern's January, February and March fee statements; forward to local counsel for filing. | 0.50 |
| 05/27/05 | Debra O. Fullem | Prepare CNO for CIBC's February fee statement; forward to local counsel for filing. | 0.20 |
| 05/31/05 | Debra O. Fullem | Prepare follow up e-mail to S. Bossay regarding any other initial fee reports filed on D. Austern or his professionals. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra O. Fullem | $195.00 | 5.10 | $994.50 |
| **TOTAL HOURS & FEES** | | **5.10** | **$994.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 172.20 |
| Postage | 26.88 |
| Federal Express | 141.49 |
| **TOTAL OTHER CHARGES** | **$340.57** |

**CURRENT INVOICE DUE**......................................................................**$1,335.07**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288780

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES.................................................................$994.50

TOTAL OTHER CHARGES...............................................$340.57

**TOTAL AMOUNT DUE** ...........................................**$1,335.07**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington. DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Wachovia Bank, N.A
Account Title:       Swidler Berlin LLP
ABA Routing No :   054001220
Account No.:         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288776

CLIENT/CASE: 25369.0007

RE:  Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/02/05 | Debra L. Felder | Conference with R. Wyron regarding Sealed Air settlement. | 0.10 |
| 05/02/05 | Richard H. Wyron | Review docket (.2); confer with D. Felder regarding Sealed Air settlement (.1). | 0.30 |
| 05/02/05 | Monique D. Almy | Review Owens Corning Transcript on estimation hearing. | 1.90 |
| 05/03/05 | Richard H. Wyron | Confer with D. Felder on Sealed Air; review e-mail. | 0.40 |
| 05/03/05 | Debra L. Felder | Review motion to approve Sealed Air settlement agreement and related pleadings. | 1.00 |
| 05/04/05 | Debra L. Felder | Prepare e-mail summary for R. Wyron of Debtors' response to motion to approve Sealed Air settlement agreement. | 0.30 |
| 05/04/05 | Richard H. Wyron | Review pleadings filed on pending motions for next hearing. | 0.40 |
| 05/05/05 | Monique D. Almy | Review Owens Corning valuation transcript. | 1.70 |
| 05/09/05 | Monique D. Almy | Review Agenda of Matters Scheduled for Hearing for 5/16/05. | 0.20 |
| 05/09/05 | Monique D. Almy | Review Owens Corning estimation transcript. | 1.90 |

SWIDLER BERLIN LLP

David Austern, FCR (for W. R. Grace & Co,)
06/30/05
Page 2

CLIENT: 25369
MATTER: .0007
INVOICE: 288776

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/09/05 | Monique D. Almy | Review past estimation pleadings filed. | 2.60 |
| 05/09/05 | Monique D. Almy | Review Debtors' notice of delay in filing Motion to Approve CMO/Questionnaire. | 0.10 |
| 05/09/05 | Richard H. Wyron | Review agenda for 5/16 hearing. | 0.30 |
| 05/10/05 | Monique D. Almy | Review Motion for Leave To (1) File a Brief in Support of Motion to Approve PI CMO and Questionnaire that Exceeds Page Limits Set Forth Under Local Rules, and (2) Extend the Deadline for Filing the Motion to Approve the PI CMO and Questionnaire Filed by W.R. GRACE & CO. | 0.10 |
| 05/12/05 | Monique D. Almy | Meet with R. Wyron to discuss pending motions and strategy for response. | 0.30 |
| 05/12/05 | Monique D. Almy | Begin review of Motion to Approve W.R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire and Supporting Memorandum. | 3.50 |
| 05/12/05 | Monique D. Almy | Review Appendix to Memorandum of Points and Authorities in support of W.R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire. | 2.50 |
| 05/12/05 | Matthew W. Cheney | Review pleadings re estimation. | 0.20 |
| 05/13/05 | Matthew W. Cheney | Review pleadings re estimation. | 0.30 |
| 05/13/05 | Monique D. Almy | Call to N. Finch re ACC response to CMO/Questionnaire Motion. | 0.10 |
| 05/13/05 | Monique D. Almy | Continue Review of CMO/Questionnaire Memorandum. | 2.50 |
| 05/16/05 | Monique D. Almy | Continue review of Memorandum in Support of CMO/Questionnaire Motion. | 2.30 |
| 05/16/05 | Monique D. Almy | Begin outline of FCR response to CMO/Questionnaire motion. | 1.70 |
| 05/16/05 | Monique D. Almy | Review related estimation pleadings filed to previous CMO motions. | 2.50 |
| 05/16/05 | Roger L. Frankel | Review renewed motion for approval of Sealed Air settlement. | 1.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
06/30/05
Page 3

CLIENT:  25369
MATTER: .0007
INVOICE: 288776

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/16/05 | Richard H. Wyron | Prepare for hearing (.8); participate in hearing telephonically (.7); follow-up e-mail summarizing hearing (.4). | 1.90 |
| 05/17/05 | Monique D. Almy | Review Protective Order Governing Discovery for Purposes of Estimating the Debtors' Asbestos Property Damage Liabililty. | 0.10 |
| 05/17/05 | Monique D. Almy | Begin review of Rand Institute for Civil Justice, Asbestos Litigation, pre-publication report. | 1.40 |
| 05/17/05 | Monique D. Almy | Call to P. Lockwood re strategy for responding to CMO/Questionnaire Motion. | 0.50 |
| 05/17/05 | Monique D. Almy | Begin outline of FCR response to CMO/Questionnaire Motion. | 1.60 |
| 05/18/05 | Monique D. Almy | Work on FCR response to CMO/Questionnaire Motion. | 6.50 |
| 05/19/05 | Monique D. Almy | Draft internal memorandum to R. Frankel and R. Wyron outlining ACC strategy to respond to CMO/Questionaire Motion. | 0.40 |
| 05/19/05 | Monique D. Almy | Work on FCR response to CMO/Questionnaire motion. | 3.70 |
| 05/19/05 | Richard H. Wyron | Review CMO proposal on PI claims (.8); confer with M. Almy on response and follow-up notes (.7). | 1.50 |
| 05/20/05 | Monique D. Almy | Work on FCR's response to CMO/Questionnaire Motion. | 1.90 |
| 05/22/05 | Richard H. Wyron | Review e-mail from CIBC regarding pension motion issues. | 0.50 |
| 05/23/05 | Richard H. Wyron | Begin review of pleadings filed for upcoming hearing - pension motion (.6) and exclusivity (.4). | 1.00 |
| 05/23/05 | Monique D. Almy | Work on FCR response to CMO/Questionnaire Motion. | 1.90 |
| 05/23/05 | Monique D. Almy | Review Motion to Approve A Settlement Agreement with Cytec Industries, Inc., et al. | 0.90 |
| 05/23/05 | Monique D. Almy | Review Motion to Authorize Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans. | 0.80 |
| 05/23/05 | Monique D. Almy | Review Motion to Authorize the Debtors to Enter into a Post-Retirement Consulting Agreement with its Former General Counsel and Chief Restructuring Officer. | 0.90 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
06/30/05
Page 4

CLIENT:  25369
MATTER:  .0007
INVOICE: 288776

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/23/05 | Monique D. Almy | Review Motion to Authorize The Debtors to Contribute Funds to (a) The Lake Charles Union Pension Plan and (b) The Chattanooga Union Pension Plan. | 0.80 |
| 05/23/05 | Roger L. Frankel | Review motion to approve CMO, Questionnaire, memorandum in support of motion, proposed order. | 1.50 |
| 05/23/05 | Matthew W. Cheney | Review motion to approve CMO and Questionnaire. | 0.40 |
| 05/23/05 | Matthew W. Cheney | Research re issues raised by motion to approve CMO and Questionnaire. | 1.70 |
| 05/24/05 | Matthew W. Cheney | Review pleadings re exclusivity, pension contributions, settlement with Wyeth and hiring consultant. | 1.70 |
| 05/24/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines (.9); review motion to extend exclusivity (.4); review motion to approve PI CMO and questionnaire (1.2). | 2.50 |
| 05/25/05 | Roger L. Frankel | Review debtor's brief in support of CMO and questionnaire (2nd part). | 1.40 |
| 05/25/05 | Monique D. Almy | Work on FCR Response to CMO/Questionnaire motion. | 5.00 |
| 05/26/05 | Richard H. Wyron | Confer with M. Almy regarding pending motions including estimation and exclusivity, and follow-up notes. | 0.60 |
| 05/26/05 | Monique D. Almy | Call to P. Lockwood re ACC response to CMO/Questionnaire motion. | 0.40 |
| 05/26/05 | Monique D. Almy | Work on FCR response to CMO/Questionnaire Motion. | 5.50 |
| 05/26/05 | Matthew W. Cheney | Research re issues raised by CMO motion. | 1.50 |
| 05/26/05 | Roger L. Frankel | Confer with R. Wyron re strategy issues re exclusivity; telephone conference with D. Austern re same. | 0.60 |
| 05/26/05 | Roger L. Frankel | Confer with M. Almy re strategy for response to CMO motion and exclusivity motion. | 0.70 |
| 05/26/05 | Debra L. Felder | Conference with M. Almy regarding upcoming objection deadlines. | 0.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co.)
06/30/05
Page 5

CLIENT: 25369
MATTER: .0007
INVOICE: 288776

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 05/26/05 | Debra L. Felder | Review motion to extend exclusivity (.3); review motion authorizing Debtors to enter into post-retirement consulting agreement (.7); review motion to approve settlement with Cytec and Wyeth (.7); review motion to approve contributions to benefit pension plans (.7); review motion to approve PI CMO and questionnaire (.9); conference with M. Almy regarding motions and upcoming objection deadlines (1.2); review pleadings filed in USG regarding motion to extend exclusivity and motion to terminate exclusivity (1.5). | 6.00 |
| 05/27/05 | Roger L. Frankel | Review application to employ D. Siegel as consultant; review consulting agreement. | 0.60 |
| 05/27/05 | Roger L. Frankel | Review eighth motion to extend exclusive period to file plan and solicit; notes re same. | 0.80 |
| 05/27/05 | Roger L. Frankel | Review protective order re discovery of property damage claims. | 0.50 |
| 05/27/05 | Matthew W. Cheney | Research re issues raised by CMO motion. | 2.80 |
| 05/27/05 | Monique D. Almy | Work on FCR response to CMO/Questionnaire motion. | 5.70 |
| 05/27/05 | Richard H. Wyron | Review materials from other cases on exclusivity issues. | 1.20 |
| 05/30/05 | Matthew W. Cheney | Research re issues raised by CMO and questionnaire. | 0.80 |
| 05/31/05 | Roger L. Frankel | Review motion, transcript from USG case re efforts to end exclusivity. | 0.70 |
| 05/31/05 | Richard H. Wyron | Review materials on exclusivity motion (.5); call with P. Lockwood on exclusivity and PI CMO (.2). | 0.70 |
| 05/31/05 | Monique D. Almy | Work on FCR's response to CMO/Questionnaire motion. | 4.20 |
| 05/31/05 | Monique D. Almy | Work on exclusivity motion. | 1.50 |
| 05/31/05 | Matthew W. Cheney | Research re CMO motion. | 2.80 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 67.60 | $31,096.00 |
| Roger L. Frankel | $645.00 | 8.10 | $5,224.50 |
| Richard H. Wyron | $545.00 | 8.80 | $4,796.00 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
06/30/05
Page 6

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Matthew W. Cheney | $355.00 | 12.20 | $4,331.00 |
| Debra L. Felder | $255.00 | 10.00 | $2,550.00 |
| **TOTAL HOURS & FEES** | | **106.70** | **$47,997.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**....................................................................$47,997.50

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288776

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES ................................................................................$47,997.50

TOTAL OTHER CHARGES ..............................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$47,997.50**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A.
Account Title:       Swidler Berlin LLP
ABA Routing No.:   054001220
Account No.:          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288775

CLIENT/CASE: 25369.0006

RE:  Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/03/05 | Richard H. Wyron | Review Bermuda Fire & Marine settlement information and forward to M. Plumer and S. Levitt. | 0.30 |
| 05/03/05 | Scott J. Levitt | Review materials re proposed settlement with Bermuda Fire & Marine | 0.30 |
| 05/03/05 | Debra O. Fullem | Update spreadsheet of fees and expenses and forward to R. Wyron and R. Frankel. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.30 | $163.50 |
| Scott J. Levitt | $390.00 | 0.30 | $117.00 |
| Debra O. Fullem | $195.00 | 0.50 | $97.50 |
| **TOTAL HOURS & FEES** | | **1.10** | **$378.00** |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
06/30/05
Page 2

CLIENT:  25369
MATTER: .0006
INVOICE: 288775

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**........................................................................**$378.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288775

OUR REFERENCE: 25369.0006

## INVOICE SUMMARY

TOTAL FEES............................................................................................$378.00

TOTAL OTHER CHARGES............................................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................................**$378.00**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A.
Account Title:         Swidler Berlin LLP
ABA Routing No :    054001220
Account No :          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288778

CLIENT/CASE: 25369.0008

RE: Plan & Disclosure Statement

## FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 05/04/05 | Richard H. Wyron | Confer with CIBC on plan issues. | 0.40 |
| 05/05/05 | Roger L. Frankel | Confer with Messrs. Radecki, Brownstein, Austern re presentation on Grace financials, term sheet for plan; notes re same. | 1.60 |
| 05/23/05 | Monique D. Almy | Review Motion to Extend Time in Which to File a Chapter 11 Plan and to Solicit Votes Thereon Filed by W.R. Grace & Co., Summarize Motion. | 0.90 |
| 05/27/05 | Monique D. Almy | Review USG exclusivity pleadings re Grace extension motion. | 0.80 |
| 05/27/05 | Monique D. Almy | Work on response to motion to extend exclusivity. | 1.90 |
| 05/27/05 | Debra L. Felder | Review pleadings filed in USG bankruptcy case regarding motion to terminate exclusivity and motion to extend exclusivity (3.5); review hearing transcripts regarding same (1.0); e-mail to R. Frankel, R. Wyron and M. Almy regarding same (.1); telephone conference with M. Almy regarding objection to motion to extend exclusive periods (.3). | 4.90 |

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288778

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES ............................................................................... $5,870.00

TOTAL OTHER CHARGES ........................................................ $0.00

**TOTAL AMOUNT DUE** ............................................................ **$5,870.00**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P O Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N A
Account Title:      Swidler Berlin L L P
ABA Routing No :   054001220
Account No :        2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 06/30/05
INVOICE NUMBER: 288779

CLIENT/CASE: 25369.0010

RE:  Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 05/12/05 | Debra O. Fullem | Review e-mail and download documents from R. Wyron re CIBC extension of employment. | 0.20 |
| 05/12/05 | Debra O. Fullem | Review proposed engagement letter extending employment of CIBC. | 0.50 |
| 05/12/05 | Richard H. Wyron | Review CIBC engagement letter. | 0.20 |
| 05/13/05 | Debra O. Fullem | Review of retention letter from CIBC to Austern extending employment terms (.5); review pleadings previously filed in the case to extend employment and related order on same (.5); begin draft of pleadings to extend employment terms of CIBC (1.2); confer with M. Almy regarding same (.1); review e-mail from M. Almy to R. Wyron regarding status of pleadings and questions on same (.1). | 2.40 |
| 05/16/05 | Debra O. Fullem | Finalize draft of CIBC extended employment pleadings (1.3); confer with M. Almy re same (.2). | 1.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
06/30/05
Page 2

CLIENT: 25369
MATTER: .0010
INVOICE: 288779

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/16/05 | Debra O. Fullem | Review R. Wyron's e-mail regarding CIBC pleadings to extend terms of employment (.1); review Court's order on omnibus hearing dates for June hearing and deadline to file pleading and objections thereto (.2); inform R. Wyron and M. Almy re information as it relates to CIBC's extended employment pleadings (.1) | 0.40 |
| 05/17/05 | Debra O. Fullem | Conference with M. Almy regarding CIBC extended retention pleadings. | 0.10 |
| 05/17/05 | Debra O. Fullem | Follow up with J. Brownstein regarding original signed retention letter between CIBC and Austern agreeing to extended terms of employment. | 0.10 |
| 05/17/05 | Debra O. Fullem | Work on CIBC's application to extend terms of employment and provide revised draft to M. Almy for review and comment. | 1.50 |
| 05/17/05 | Richard H. Wyron | Review and revise draft application for CIBC. | 0.20 |
| 05/18/05 | Debra O. Fullem | Follow up with J. Brownstein at CIBC for signed retention letter; forward same to D. Austern for signature. | 0.20 |
| 05/19/05 | Monique D. Almy | Call with J. Brownstein and D. Fullem on CIBC's employment modification. | 0.50 |
| 05/19/05 | Monique D. Almy | Make edits to conform to J. Brownstein's comments on CIBC's employment application. | 1.00 |
| 05/19/05 | Richard H. Wyron | Confer with J. Brownstein regarding CIBC application (.3); follow-up with M. Almy (.2). | 0.50 |
| 05/19/05 | Debra O. Fullem | Review and prepare edits made by M. Almy and R. Wyron to CIBC's extended employment pleadings. | 1.00 |
| 05/19/05 | Debra O. Fullem | Conference call with M. Almy and J. Brownstein at CIBC regarding comments and corrections to extended employment application. | 0.80 |
| 05/20/05 | Debra O. Fullem | Review and update pleadings regarding application to extend terms of CIBC's employment relating to its fee arrangement (1.1); confer with M. Almy re same (.2). | 1.30 |
| 05/20/05 | Debra O. Fullem | Review e-mail from M. Almy regarding discussion with R. Wyron on extending terms of employment of CIBC. | 0.20 |
| 05/20/05 | Monique D. Almy | Review transcript from last employment of CIBC hearing. | 0.40 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
06/30/05
Page 3

CLIENT:  25369
MATTER:  .0010
INVOICE: 288779

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/20/05 | Monique D. Almy | Call from J. Brownstein re CIBC employment modification. | 0.20 |
| 05/20/05 | Monique D. Almy | Discuss status of employment modification for CIBC with R. Wyron. | 0.20 |
| 05/20/05 | Monique D. Almy | Call to J. Brownstein re employment modification. | 0.10 |
| 05/23/05 | Monique D. Almy | Finalize CIBC fee arrangement extension motion. | 1.30 |
| 05/23/05 | Debra O. Fullem | Finalize and coordinate filing and serving of the FCR's application to extend terms of employment relating to fee arrangement with CIBC. | 1.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 3.70 | $1,702.00 |
| Richard H. Wyron | $545.00 | 0.90 | $490.50 |
| Debra O. Fullem | $195.00 | 11.70 | $2,281.50 |
| **TOTAL HOURS & FEES** | | **16.30** | **$4,474.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**................................................................**$4,474.00**

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on July 28, 2005, I caused the *Notice, Cover Sheet to Twelfth Monthly Interim Application of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period May 1-31, 2005, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899


*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP