REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1298936 |
| Invoice Date | 07/26/05 |
| Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 33,366.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT        $33,366.00
==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1298936
One Town Center Road                     Invoice Date       07/26/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|

| 06/01/05 | Atkinson | Review Grace/Solow files per Kirkland and Ellis request for materials. | .70 |
| 06/01/05 | Cameron | Prepare and revise letter regarding asbestos property damage experts (0.3); prepare for new York meeting (0.9); review asbestos property damage expert and litigation materials to send to K&E (1.4). | 2.60 |
| 06/02/05 | Cameron | Prepare for and meet with R. Finke and consultants in New York (3.9); review of notes, memorandum and follow-up things to do regarding meeting (0.9); e-mails regarding general asbestos-related investigation issues (0.6). | 5.40 |
| 06/03/05 | Cameron | Review notes from meeting with consultants (0.9); prepare summary of asbestos property damage issues and testimony (1.4); telephone call with L. Flatley regarding open issues (0.3); review materials from R. Finke/J. Baer regarding proposed CMO for asbestos property damage estimation (0.8). | 3.40 |

172573  W. R. Grace & Co.                           Invoice Number  1298936
60026  Litigation and Litigation Consulting         Page    2
       July 26, 2005


   Date   Name                                                   Hours
   ------ ----------                                             -----

06/05/05 Cameron          Telephone call with R. Finke            1.10
                          regarding consultant calls (0.2);
                          review testimony and materials for
                          same (0.9).

06/06/05 Cameron          Prepare for conference call with        4.90
                          R. Finke, K&E lawyers and
                          potential consultant for asbestos
                          property damage claims (0.6);
                          participate in conference call
                          regarding same (1.7); further
                          review of expert materials and
                          research for estimation issues
                          (1.9); prepare outline to begin
                          potential discovery summary (0.7).

06/08/05 Cameron          Telephone call with R. Finke re:        2.40
                          expert issue (.30); review
                          materials sent by R. Finke to
                          consultant (.80); review meeting
                          notes (.40); review prior
                          testimony of experts (.90).

06/09/05 Cameron          Meeting with K&E lawyer while in        1.50
                          Chicago (.50); emails with R.
                          Finke re:  expert (.20); review
                          miscellaneous expert and research
                          materials (.80).

06/09/05 Flatley          Call with R. Senftleben                  .30

06/10/05 Cameron          Follow-up on expert testimony            .70
                          issues.

06/15/05 Cameron          Emails re:  asbestos-related            1.20
                          consultant issues (.30); review
                          materials from R. Finke relating
                          to same (.90).

06/16/05 Cameron          Follow-up re:  asbestos-related          .30
                          consultant meetings (.30).

06/17/05 Cameron          Review materials relating to           2.70
                          consultant meetings (0.9);
                          telephone call with R. Finke
                          regarding same (0.4); review prior
                          disclosures and testimony
                          regarding same (0.9); review K&E
                          prepared materials (0.5).

172573 W. R. Grace & Co.                          Invoice Number  1298936
60026  Litigation and Litigation Consulting       Page    3
       July 26, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 06/18/05 | Cameron | Review of testing materials for meeting with asbestos-related consultants. | .90 |
| 06/19/05 | Cameron | Review consultant's reports and work product from prior litigation. | 1.20 |
| 06/20/05 | Cameron | Prepare for 6/21/05 meeting with potential consultants for asbestos property damage estimation (1.9); e-mails regarding same (0.3). | 2.20 |
| 06/21/05 | Cameron | Prepare for and meet with R. Finke and M. Browdy regarding consultant meetings (1.1); meet with consultants and counsel regarding property damage claims estimation (4.3); meet with R. Finke and M. Browdy following consultant meeting (1.4); review prior testimony and hearing records per K&E request for information (1.6); e-mails regarding same (0.2). | 8.60 |
| 06/22/05 | Atkinson | Review file materials to provide copies to D. Cameron. | .60 |
| 06/22/05 | Cameron | Continued review of expert files, prior testimony and hearing record as follow-up to meetings and request by K & E for information (2.9); prepare and revise letter to counsel and follow up (0.5); e-mails regarding same (0.2). | 3.60 |
| 06/23/05 | Atkinson | Review file and provide documents referenced in Stipulation of Debtors and ZAI Claimants to Supplement ZAI Science Trial Summary Judgment Record to Kirkland & Ellis. | 1.00 |

172573  W. R. Grace & Co.                          Invoice Number   1298936
60026   Litigation and Litigation Consulting       Page    4
        July 26, 2005

| Date | Name | | Hours |
|------|------|---|-------|

06/23/05 Cameron        Review files and hearing record        4.60
                        materials per K&E request for
                        information and summaries (2.6);
                        multiple e-mails regarding same
                        (0.6); meet with M. Atkinson
                        regarding same (0.3); meet with L.
                        Flatley regarding asbestos
                        property damage estimation issues
                        (0.4); review materials relating
                        to Trenton plant issues (0.7).

06/23/05 Flatley        Call with W. Sparks (0.5); follow         .70
                        up on W. Sparks call with D.
                        Cameron (0.2).

06/24/05 Cameron        Continued review of historical          3.80
                        documents and Reed Smith work
                        papers to respond to various K&E
                        requests (2.4); multiple e-mails
                        regarding same (0.9); telephone
                        call with R. Finke regarding open
                        issues (0.3); telephone call with
                        L. Flatley regarding same (0.2).

06/24/05 Flatley        D. Cameron e-mails and replies           .50
                        regarding testing documents (0.4);
                        call with D. Cameron (0.1)

06/24/05 Muha           Review file and Grace documents to      1.70
                        answer K & E questions re:
                        historic testing (1.4); e-mail to
                        D. Cameron and L. Flatley re: same
                        (0.3).

06/25/05 Cameron        Review draft CMO from J. Baer           1.70
                        (0.9); review expert/consultant
                        materials for property damage
                        estimation issues (0.8).

06/26/05 Cameron        Continued review of and comments         .60
                        to draft CMO and response from
                        property damage committee counsel.

06/27/05 Cameron        E-mails regarding hearing and CMO       2.90
                        issues (0.5); review CMO and
                        response (0.5) review consultant
                        materials for 7/11 meeting and
                        outline of issues for same (1.9).

```
172573 W. R. Grace & Co.                        Invoice Number  1298936
60026  Litigation and Litigation Consulting      Page   5
       July 26, 2005
```

| Date | Name | | Hours |
|------|------|------|-------|
| 06/28/05 | Cameron | Review materials regarding report on hearing (0.9); telephone call with R. Finke regarding same (0.2); review materials regarding meeting on July 11 and e-mails regarding same (0.4); review prior testimony and reports (0.9). | 2.40 |
| 06/28/05 | Flatley | E-mail regarding results of hearing and follow-up | .20 |
| 06/29/05 | Cameron | Review of K&E outline regarding asbestos property damage estimation issues and tasks (1.4); telephone call with R. Finke regarding same (0.3); review materials for 7/7 call (0.9); review materials for 7/11 meeting (0.9); e-mails with K&E regarding estimation (0.4). | 3.90 |
| 06/30/05 | Cameron | Multiple e-mails relating to asbestos property damage estimation (0.7); prepare and review materials relating to 7/11 meeting to respond to K&E inquiries and to prepare for meeting with R. Finke, K&E lawyers and consultants (1.1); prepare materials for 7/7 call with consultants (0.3). | 2.10 |

```
                                           TOTAL HOURS    70.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 1.70 | at $ | 495.00 | = | 841.50 |
| Douglas E. Cameron | 64.70 | at $ | 490.00 | = | 31,703.00 |
| Andrew J. Muha | 1.70 | at $ | 260.00 | = | 442.00 |
| Maureen L. Atkinson | 2.30 | at $ | 165.00 | = | 379.50 |

```
                        CURRENT FEES                       33,366.00


                        TOTAL BALANCE DUE UPON RECEIPT     $33,366.00
                                                          =============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
     W.R. Grace                            Invoice Number      1298924
     5400 Broken Sound Blvd., N.W.         Invoice Date        07/26/05
     Boca Raton, FL 33487                  Client Number        172573
                                           Matter Number         60027
```

==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 06/02/05 | Cameron | Non-working return to airport/return to Pittsburgh from meeting in New York (one-half time). | 2.00 |
| | | TOTAL HOURS | 2.00 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.00 at $ 490.00 = | | 980.00 |
| | CURRENT FEES | | 980.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $980.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1298937
5400 Broken Sound Blvd., N.W.        Invoice Date      07/26/05
Boca Raton, FL 33487                 Client Number      172573

===============================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

Fees                          15,001.00
Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $15,001.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                            Invoice Number        1298937
5400 Broken Sound Blvd., N.W.          Invoice Date         07/26/05
Boca Raton, FL 33487                   Client Number         172573
                                       Matter Number          60028

=========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 06/01/05 | Cameron | Additional review of materials from Canada. | .70 |
| 06/04/05 | Cameron | Review materials from R. Finke. | .70 |
| 06/07/05 | Cameron | R. Finke e-mails regarding Canadian claims issues (0.4); review summary materials and Science Trial materials for response (1.2). | 1.60 |
| 06/08/05 | Cameron | Telephone call with R. Finke re: Canadian issues (.20); review summaries to Canadian counsel re: same (.70). | .90 |
| 06/09/05 | Cameron | Review materials relating to Canadian claims and actions. | .70 |
| 06/14/05 | Restivo | Review new memos, emails, reports and pleadings. | .80 |
| 06/15/05 | Cameron | Emails re:  Canadian claim issues. | .30 |
| 06/16/05 | Cameron | Review materials from R. Finke relating to Canadian claims. | 1.10 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
    July 26, 2005

Invoice Number  1298937
Page   2

| Date | Name | | Hours |
|------|------|--|-------|
| 06/17/05 | Cameron | Prepare for and participate in telephone call with R. Finke and Canadian counsel (0.9); prepare, review and revise summary memos (0.9); respond to request for deposition transcript (0.8). | 2.60 |
| 06/18/05 | Cameron | Review and make additional revisions to summaries for R. Finke. | .50 |
| 06/20/05 | Cameron | Review summaries and e-mail to R. Finke (0.8); e-mails with consultant regarding request for information and review files regarding same (0.5); review expert materials from science trial (0.8). | 2.10 |
| 06/21/05 | Cameron | Review e-mail from R. Finke regarding Canadian claims issues and meeting (0.3); review summary materials (0.6). | .90 |
| 06/22/05 | Cameron | Review e-mails and materials relating to Canadian claims. | .80 |
| 06/23/05 | Cameron | E-mails with R. Finke regarding expert materials (0.2); review reports and supplement materials for R. Finke (0.4); review Canadian press materials (04). | 1.00 |
| 06/24/05 | Cameron | Review expert reports for discussion with R. Finke and Canadian counsel. | 1.20 |
| 06/26/05 | Cameron | Additional review of expert reports and e-mails relating to same. | .70 |
| 06/27/05 | Cameron | E-mails regarding request for information from R. Finke (0.8); review EPA materials regarding same (0.9). | 1.70 |
| 06/28/05 | Butcher | Research and review of EPA materials relating to ZAI per request from Richard Finke. | 1.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1298937
60028  ZAI Science Trial                    Page    3
       July 26, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 06/28/05 | Cameron | Review draft letter from R. Finke and comments (0.6); telephone call with R. Finke regarding same (0.3); review attachments to letter and comment (0.8). | 1.70 |
| 06/28/05 | Muha | Research and review of portions of EPA materials relating to vermiculite insulation (ZAI) per request from R. Finke. | 2.40 |
| 06/29/05 | Butcher | Research and review of portions of EPA materials relating to ZAI per request from Richard Finke. | 1.80 |
| 06/29/05 | Cameron | Detailed review of EPA pronouncements and other EPA materials (2.8); telephone call with R. Finke regarding same (0.3); letter to R. Finke regarding same (0.4). | 3.50 |
| 06/29/05 | Muha | Continued research and review of EPA materials relating to vermiculite insulation (ZAI) per request by R. Finke (4.3); meetings with D. Cameron re: same (0.5). | 4.80 |
| 06/30/05 | Cameron | Review materials to send to Canadian counsel (0.6); review draft letter regarding same (0.4); review additional EPA materials (0.4). | 1.40 |

```
                                                  ------
                                  TOTAL HOURS      35.70
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| James J. Restivo Jr. | 0.80 | at | $ | 525.00 | = | 420.00 |
| Douglas E. Cameron | 24.10 | at | $ | 490.00 | = | 11,809.00 |
| Jayme L. Butcher | 3.60 | at | $ | 250.00 | = | 900.00 |
| Andrew J. Muha | 7.20 | at | $ | 260.00 | = | 1,872.00 |

CURRENT FEES                        15,001.00


                                   ------------
TOTAL BALANCE DUE UPON RECEIPT      $15,001.00
                                   ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1298926
5400 Broken Sound Blvd., N.W.                  Invoice Date        07/26/05
Boca Raton, FL 33487                           Client Number        172573


========================================================================
Re: W. R. Grace & Co.
(60029)  Fee Applications-Applicant
    Fees                          2,125.50
    Expenses                          0.00
                    TOTAL BALANCE DUE UPON RECEIPT        $2,125.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1298926
5400 Broken Sound Blvd., N.W.            Invoice Date       07/26/05
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029


===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

Date      Name                                                    Hours
--------  -----------                                             -----

06/06/05 Cameron              Review fee application materials.      .70

06/08/05 Muha                 Review and revise May 2005 fee and     .90
                              expense detail for monthly fee
                              application.

06/13/05 Lord                 Revise, e-file and perfect service     .50
                              of CNO forRS 16th quarterly (.5).

06/14/05 Muha                 Review and make additional             .30
                              revisions to May 2005 fee/expense
                              details for monthly fee
                              application.

06/22/05 Cameron              Finalize comments to monthly fee       .50
                              application.

06/27/05 Ament                Review May bills & calculate fees     3.50
                              & expenses (1.0); prepare
                              spreadsheet of fees & expenses
                              (1.0); draft 47th monthly fee
                              application (1.0); format bills
                              for electronic filing (.50)

06/27/05 Ament                Meet with A. Muha re 47th monthly      .10
                              fee application

06/27/05 Lankford             Draft RS's 46th Monthly CNO (0.4);    1.40
                              prepare service list/labels re:
                              same (0.4); scan, e-file and
                              perfect service of same (0.6).

```
172573  W. R. Grace & Co.                          Invoice Number  1298926
60029   Fee Applications-Applicant                 Page    2
        July 26, 2005
```

| Date | Name | | Hours |
|------|------|---|------|
| 06/27/05 | Muha | Final review and revisions to May 2005 monthly fee application. | .30 |
| 06/28/05 | Ament | Finalize 47th monthly fee application (.50); finalize formatting of bills (.50); e-mail to J. Lord for Delaware filing (.10) | 1.10 |
| 06/28/05 | Lord | Prepare correspondence to R. Finke at Grace re: April fee application (.3); respond to e-mail from PGH office re: May fee application (.1). | .40 |
| 06/30/05 | Lord | Review, revise and e-file RS 47th monthly fee application (1.2); prepare and perfect hard/e-service for same (.3). | 1.50 |

```
                                                         ------
                                        TOTAL HOURS       11.20
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|---|---|------|---|-------|
| Douglas E. Cameron | 1.20 | at | $ | 490.00 | = | 588.00 |
| Andrew J. Muha | 1.50 | at | $ | 260.00 | = | 390.00 |
| John B. Lord | 2.40 | at | $ | 175.00 | = | 420.00 |
| Sharon A. Ament | 4.70 | at | $ | 125.00 | = | 587.50 |
| Lisa Lankford | 1.40 | at | $ | 100.00 | = | 140.00 |

```
                      CURRENT FEES                            2,125.50


                                                          ------------
             TOTAL BALANCE DUE UPON RECEIPT                 $2,125.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1298927
One Town Center Road                     Invoice Date      07/26/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60030

====================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

  Date   Name                                               Hours
-------- -----------                                        -----

06/20/05 Cameron           Review hearing agenda and e-mails    .60
                           regarding same.

06/29/05 Cameron           Review materials from 6/27 hearing   .40
                           and telephone call with R. Finke
                           regarding same.

                                                          ------
                                         TOTAL HOURS       1.00


TIME SUMMARY            Hours          Rate        Value
-----------------------  ----------------------  -------
Douglas E. Cameron       1.00  at  $  490.00  =   490.00

                         CURRENT FEES                       490.00


                                                       ------------
                         TOTAL BALANCE DUE UPON RECEIPT     $490.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1298928 |
| One Town Center Road | Invoice Date | 07/26/05 |
| Boca Raton, FL  33486 | Client Number | 172573 |
| | Matter Number | 60035 |

================================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 06/01/05 | Cameron | Review materials from R. Finke relating to criminal investigations. | .80 |
| 06/03/05 | Cameron | Review materials from R. Finke regarding governmental investigation. | 1.30 |
| 06/18/05 | Cameron | Review collected materials relating to indictment. | .80 |
| 06/22/05 | Cameron | Review new materials relating to indictment. | .60 |
| | | TOTAL HOURS | 3.50 |

| TIME SUMMARY | Hours | Rate | Value |
| --- | --- | --- | --- |
| Douglas E. Cameron | 3.50 at | $ 490.00 = | 1,715.00 |
| | CURRENT FEES | | 1,715.00 |

| | | |
| --- | --- | --- |
| | TOTAL BALANCE DUE UPON RECEIPT | $1,715.00 |

4 : jblord

# jblord

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1298936
One Town Center Road                     Invoice Date        07/26/05
Boca Raton, FL   33486                   Client Number       172573

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            33,366.00
    Expenses                             0.00

                TOTAL BALANCE DUE UPON RECEIPT      $33,366.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      1298936
One Town Center Road                         Invoice Date      07/26/05
Boca Raton, FL    33486                      Client Number        172573
                                             Matter Number         60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|------|------|
| 06/01/05 | Atkinson | Review Grace/Solow files per Kirkland and Ellis request for materials. | .70 |
| 06/01/05 | Cameron | Prepare and revise letter regarding asbestos property damage experts (0.3); prepare for new York meeting (0.9); review asbestos property damage expert and litigation materials to send to K&E (1.4). | 2.60 |
| 06/02/05 | Cameron | Prepare for and meet with R. Finke and consultants in New York (3.9); review of notes, memorandum and follow-up things to do regarding meeting (0.9); e-mails regarding general asbestos-related investigation issues (0.6). | 5.40 |
| 06/03/05 | Cameron | Review notes from meeting with consultants (0.9); prepare summary of asbestos property damage issues and testimony (1.4); telephone call with L. Flatley regarding open issues (0.3); review materials from R. Finke/J. Baer regarding proposed CMO for asbestos property damage estimation (0.8). | 3.40 |

172573 W. R. Grace & Co.                          Invoice Number  1298936
60026  Litigation and Litigation Consulting       Page    2
       July 26, 2005


   Date    Name                                                    Hours
   -------- -----------                                            -----

06/05/05 Cameron          Telephone call with R. Finke             1.10
                          regarding consultant calls (0.2);
                          review testimony and materials for
                          same (0.9).

06/06/05 Cameron          Prepare for conference call with         4.90
                          R. Finke, K&E lawyers and
                          potential consultant for asbestos
                          property damage claims (0.6);
                          participate in conference call
                          regarding same (1.7); further
                          review of expert materials and
                          research for estimation issues
                          (1.9); prepare outline to begin
                          potential discovery summary (0.7).

06/08/05 Cameron          Telephone call with R. Finke re:         2.40
                          expert issue (.30); review
                          materials sent by R. Finke to
                          consultant (.80); review meeting
                          notes (.40); review prior
                          testimony of experts (.90).

06/09/05 Cameron          Meeting with K&E lawyer while in         1.50
                          Chicago (.50); emails with R.
                          Finke re:  expert (.20); review
                          miscellaneous expert and research
                          materials (.80).

06/09/05 Flatley          Call with R. Senftleben                   .30

06/10/05 Cameron          Follow-up on expert testimony            .70
                          issues.

06/15/05 Cameron          Emails re:  asbestos-related            1.20
                          consultant issues (.30); review
                          materials from R. Finke relating
                          to same (.90).

06/16/05 Cameron          Follow-up re:  asbestos-related          .30
                          consultant meetings (.30).

06/17/05 Cameron          Review materials relating to            2.70
                          consultant meetings (0.9);
                          telephone call with R. Finke
                          regarding same (0.4); review prior
                          disclosures and testimony
                          regarding same (0.9); review K&E
                          prepared materials (0.5).

172573 W. R. Grace & Co.                          Invoice Number  1298936
60026  Litigation and Litigation Consulting       Page   3
       July 26, 2005


   Date   Name                                                    Hours
 -------- ----------                                              -----

 06/18/05 Cameron        Review of testing materials for          .90
                         meeting with asbestos-related
                         consultants.

 06/19/05 Cameron        Review consultant's reports and         1.20
                         work product from prior litigation.

 06/20/05 Cameron        Prepare for 6/21/05 meeting with        2.20
                         potential consultants for asbestos
                         property damage estimation (1.9);
                         e-mails regarding same (0.3).

 06/21/05 Cameron        Prepare for and meet with R. Finke      8.60
                         and M. Browdy regarding consultant
                         meetings (1.1); meet with
                         consultants and counsel regarding
                         property damage claims estimation
                         (4.3); meet with R. Finke and M.
                         Browdy following consultant
                         meeting (1.4); review prior
                         testimony and hearing records per
                         K&E request for information (1.6);
                         e-mails regarding same (0.2).

 06/22/05 Atkinson       Review file materials to provide        .60
                         copies to D. Cameron.

 06/22/05 Cameron        Continued review of expert files,       3.60
                         prior testimony and hearing record
                         as follow-up to meetings and
                         request by K & E for information
                         (2.9); prepare and revise letter
                         to counsel and follow up (0.5);
                         e-mails regarding same (0.2).

 06/23/05 Atkinson       Review file and provide documents      1.00
                         referenced in Stipulation of
                         Debtors and ZAI Claimants to
                         Supplement ZAI Science Trial
                         Summary Judgment Record to
                         Kirkland & Ellis.

172573  W. R. Grace & Co.                          Invoice Number  1298936
60026   Litigation and Litigation Consulting       Page    4
        July 26, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 06/23/05 | Cameron | Review files and hearing record materials per K&E request for information and summaries (2.6); multiple e-mails regarding same (0.6); meet with M. Atkinson regarding same (0.3); meet with L. Flatley regarding asbestos property damage estimation issues (0.4); review materials relating to Trenton plant issues (0.7). | 4.60 |
| 06/23/05 | Flatley | Call with W. Sparks (0.5); follow up on W. Sparks call with D. Cameron (0.2). | .70 |
| 06/24/05 | Cameron | Continued review of historical documents and Reed Smith work papers to respond to various K&E requests (2.4); multiple e-mails regarding same (0.9); telephone call with R. Finke regarding open issues (0.3); telephone call with L. Flatley regarding same (0.2). | 3.80 |
| 06/24/05 | Flatley | D. Cameron e-mails and replies regarding testing documents (0.4); call with D. Cameron (0.1) | .50 |
| 06/24/05 | Muha | Review file and Grace documents to answer K & E questions re: historic testing (1.4); e-mail to D. Cameron and L. Flatley re: same (0.3). | 1.70 |
| 06/25/05 | Cameron | Review draft CMO from J. Baer (0.9); review expert/consultant materials for property damage estimation issues (0.8). | 1.70 |
| 06/26/05 | Cameron | Continued review of and comments to draft CMO and response from property damage committee counsel. | .60 |
| 06/27/05 | Cameron | E-mails regarding hearing and CMO issues (0.5); review CMO and response (0.5) review consultant materials for 7/11 meeting and outline of issues for same (1.9). | 2.90 |

172573 W. R. Grace & Co.                              Invoice Number  1298936
60026  Litigation and Litigation Consulting           Page   5
       July 26, 2005

   Date   Name                                                        Hours
 -------- -----------                                                 -----


 06/28/05 Cameron            Review materials regarding report         2.40
                             on hearing (0.9); telephone call
                             with R. Finke regarding same
                             (0.2); review materials regarding
                             meeting on July 11 and e-mails
                             regarding same (0.4); review prior
                             testimony and reports (0.9).

 06/28/05 Flatley            E-mail regarding results of                .20
                             hearing and follow-up

 06/29/05 Cameron            Review of K&E outline regarding           3.90
                             asbestos property damage
                             estimation issues and tasks (1.4);
                             telephone call with R. Finke
                             regarding same (0.3); review
                             materials for 7/7 call (0.9);
                             review materials for 7/11 meeting
                             (0.9); e-mails with K&E regarding
                             estimation (0.4).

 06/30/05 Cameron            Multiple e-mails relating to             2.10
                             asbestos property damage
                             estimation (0.7); prepare and
                             review materials relating to 7/11
                             meeting to respond to K&E
                             inquiries and to prepare for
                             meeting with R. Finke, K&E lawyers
                             and consultants (1.1); prepare
                             materials for 7/7 call with
                             consultants (0.3).

                                                                     ------
                                                TOTAL HOURS           70.40


 TIME SUMMARY               Hours        Rate          Value
 ------------------------   ----------------------    -------
 Lawrence E. Flatley        1.70  at  $  495.00  =     841.50
 Douglas E. Cameron        64.70  at  $  490.00  =  31,703.00
 Andrew J. Muha             1.70  at  $  260.00  =     442.00
 Maureen L. Atkinson        2.30  at  $  165.00  =     379.50

                           CURRENT FEES                          33,366.00


                                                                -----------
                           TOTAL BALANCE DUE UPON RECEIPT        $33,366.00
                                                                ===========

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace | Invoice Number    1298924 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    07/26/05 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number      60027 |

==========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 06/02/05 | Cameron | Non-working return to airport/return to Pittsburgh from meeting in New York (one-half time). | 2.00 |
| | | TOTAL HOURS | 2.00 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.00  at  $ 490.00  = | | 980.00 |
| | CURRENT FEES | | 980.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $980.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1298937
5400 Broken Sound Blvd., N.W.            Invoice Date        07/26/05
Boca Raton, FL 33487                     Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

Fees                            15,001.00
Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $15,001.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1298937
5400 Broken Sound Blvd., N.W.            Invoice Date       07/26/05
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number         60028


=========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

   Date   Name                                                Hours
 -------- -----------                                         -----

06/01/05 Cameron         Additional review of materials        .70
                         from Canada.

06/04/05 Cameron         Review materials from R. Finke.        .70

06/07/05 Cameron         R. Finke e-mails regarding            1.60
                         Canadian claims issues (0.4);
                         review summary materials and
                         Science Trial materials for
                         response (1.2).

06/08/05 Cameron         Telephone call with R. Finke re:       .90
                         Canadian issues (.20); review
                         summaries to Canadian counsel re:
                         same (.70).

06/09/05 Cameron         Review materials relating to          .70
                         Canadian claims and actions.

06/14/05 Restivo         Review new memos, emails, reports     .80
                         and pleadings.

06/15/05 Cameron         Emails re:  Canadian claim issues.    .30

06/16/05 Cameron         Review materials from R. Finke       1.10
                         relating to Canadian claims.

172573 W. R. Grace & Co.                          Invoice Number  1298937
60028  ZAI Science Trial                          Page   2
       July 26, 2005

       Date   Name                                                Hours
       -------- -----------                                       -----


06/17/05 Cameron          Prepare for and participate in           2.60
                          telephone call with R. Finke and
                          Canadian counsel (0.9); prepare,
                          review and revise summary memos
                          (0.9); respond to request for
                          deposition transcript (0.8).

06/18/05 Cameron          Review and make additional                .50
                          revisions to summaries for R.
                          Finke.

06/20/05 Cameron          Review summaries and e-mail to R.         2.10
                          Finke (0.8); e-mails with
                          consultant regarding request for
                          information and review files
                          regarding same (0.5); review
                          expert materials from science
                          trial (0.8).

06/21/05 Cameron          Review e-mail from R. Finke                .90
                          regarding Canadian claims issues
                          and meeting (0.3); review summary
                          materials (0.6).

06/22/05 Cameron          Review e-mails and materials              .80
                          relating to Canadian claims.

06/23/05 Cameron          E-mails with R. Finke regarding          1.00
                          expert materials (0.2); review
                          reports and supplement materials
                          for R. Finke (0.4); review
                          Canadian press materials (04).

06/24/05 Cameron          Review expert reports for                1.20
                          discussion with R. Finke and
                          Canadian counsel.

06/26/05 Cameron          Additional review of expert               .70
                          reports and e-mails relating to
                          same.

06/27/05 Cameron          E-mails regarding request for            1.70
                          information from R. Finke (0.8);
                          review EPA materials regarding
                          same (0.9).

06/28/05 Butcher          Research and review of EPA               1.80
                          materials relating to ZAI per
                          request from Richard Finke.

```
172573 W. R. Grace & Co.                    Invoice Number  1298937
60028  ZAI Science Trial                    Page   3
       July 26, 2005

    Date   Name                                           Hours
  -------- -----------                                     -----


06/28/05 Cameron        Review draft letter from R. Finke    1.70
                        and comments (0.6); telephone call
                        with R. Finke regarding same
                        (0.3); review attachments to
                        letter and comment (0.8).

06/28/05 Muha           Research and review of portions of   2.40
                        EPA materials relating to
                        vermiculite insulation (ZAI) per
                        request from R. Finke.

06/29/05 Butcher        Research and review of portions of   1.80
                        EPA materials relating to ZAI per
                        request from Richard Finke.

06/29/05 Cameron        Detailed review of EPA               3.50
                        pronouncements and other EPA
                        materials (2.8); telephone call
                        with R. Finke regarding same
                        (0.3); letter to R. Finke
                        regarding same (0.4).

06/29/05 Muha           Continued research and review of     4.80
                        EPA materials relating to
                        vermiculite insulation (ZAI) per
                        request by R. Finke (4.3);
                        meetings with D. Cameron re: same
                        (0.5).

06/30/05 Cameron        Review materials to send to          1.40
                        Canadian counsel (0.6); review
                        draft letter regarding same (0.4);
                        review additional EPA materials
                        (0.4).

                                                           ------
                                      TOTAL HOURS          35.70
```

```
TIME SUMMARY              Hours           Rate           Value
------------------------  --------------------          -------
James J. Restivo Jr.       0.80   at  $  525.00   =       420.00
Douglas E. Cameron        24.10   at  $  490.00   =    11,809.00
Jayme L. Butcher           3.60   at  $  250.00   =       900.00
Andrew J. Muha             7.20   at  $  260.00   =     1,872.00

                          CURRENT FEES                           15,001.00


                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $15,001.00
                                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1298926
5400 Broken Sound Blvd., N.W.         Invoice Date        07/26/05
Boca Raton, FL 33487                  Client Number        172573


===============================================================================
Re: W. R. Grace & Co.
(60029)  Fee Applications-Applicant
    Fees                        2,125.50
    Expenses                        0.00
                 TOTAL BALANCE DUE UPON RECEIPT          $2,125.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number    1298926
5400 Broken Sound Blvd., N.W.            Invoice Date      07/26/05
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60029

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 06/06/05 | Cameron | Review fee application materials. | .70 |
| 06/08/05 | Muha | Review and revise May 2005 fee and expense detail for monthly fee application. | .90 |
| 06/13/05 | Lord | Revise, e-file and perfect service of CNO forRS 16th quarterly (.5). | .50 |
| 06/14/05 | Muha | Review and make additional revisions to May 2005 fee/expense details for monthly fee application. | .30 |
| 06/22/05 | Cameron | Finalize comments to monthly fee application. | .50 |
| 06/27/05 | Ament | Review May bills & calculate fees & expenses (1.0); prepare spreadsheet of fees & expenses (1.0); draft 47th monthly fee application (1.0); format bills for electronic filing (.50) | 3.50 |
| 06/27/05 | Ament | Meet with A. Muha re 47th monthly fee application | .10 |
| 06/27/05 | Lankford | Draft RS's 46th Monthly CNO (0.4); prepare service list/labels re: same (0.4); scan, e-file and perfect service of same (0.6). | 1.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1298926
60029  Fee Applications-Applicant           Page   2
       July 26, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/27/05 | Muha | Final review and revisions to May 2005 monthly fee application. | .30 |
| 06/28/05 | Ament | Finalize 47th monthly fee application (.50); finalize formatting of bills (.50); e-mail to J. Lord for Delaware filing (.10) | 1.10 |
| 06/28/05 | Lord | Prepare correspondence to R. Finke at Grace re: April fee application (.3); respond to e-mail from PGH office re: May fee application (.1). | .40 |
| 06/30/05 | Lord | Review, revise and e-file RS 47th monthly fee application (1.2); prepare and perfect hard/e-service for same (.3). | 1.50 |

```
                                                      ------
                                    TOTAL HOURS        11.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|---|-------|
| Douglas E. Cameron | 1.20 | at $ | 490.00 | = | 588.00 |
| Andrew J. Muha | 1.50 | at $ | 260.00 | = | 390.00 |
| John B. Lord | 2.40 | at $ | 175.00 | = | 420.00 |
| Sharon A. Ament | 4.70 | at $ | 125.00 | = | 587.50 |
| Lisa Lankford | 1.40 | at $ | 100.00 | = | 140.00 |

```
                   CURRENT FEES                          2,125.50


                                                      ------------
              TOTAL BALANCE DUE UPON RECEIPT             $2,125.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1298927 |
| One Town Center Road | Invoice Date    07/26/05 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60030 |

====================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 06/20/05 | Cameron | Review hearing agenda and e-mails regarding same. | .60 |
| 06/29/05 | Cameron | Review materials from 6/27 hearing and telephone call with R. Finke regarding same. | .40 |
| | | TOTAL HOURS | 1.00 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 1.00 at $ 490.00 = | | 490.00 |
| | CURRENT FEES | | 490.00 |

TOTAL BALANCE DUE UPON RECEIPT          $490.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1298928
One Town Center Road                     Invoice Date      07/26/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60035

=============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|---|------|
| 06/01/05 | Cameron | Review materials from R. Finke relating to criminal investigations. | .80 |
| 06/03/05 | Cameron | Review materials from R. Finke regarding governmental investigation. | 1.30 |
| 06/18/05 | Cameron | Review collected materials relating to indictment. | .80 |
| 06/22/05 | Cameron | Review new materials relating to indictment. | .60 |
|  |  | TOTAL HOURS | 3.50 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 3.50  at  $  490.00  = | | 1,715.00 |

CURRENT FEES                                                 1,715.00

                                                          ------------
TOTAL BALANCE DUE UPON RECEIPT                              $1,715.00
                                                          ============