```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



W.R Grace & Co.                        Invoice Number         1298923
One Town Center Road                   Invoice Date          07/26/05
Boca Raton, FL    33486                Client Number          172573


===========================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Fees                                      0.00
    Expenses                              2,625.89

                 TOTAL BALANCE DUE UPON RECEIPT         $2,625.89
                                                     =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


    W.R Grace & Co.                        Invoice Number       1298923
    One Town Center Road                   Invoice Date        07/26/05
    Boca Raton, FL   33486                 Client Number        172573
                                           Matter Number         60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                                     9.00
    Telephone Expense                                  1.45
    PACER                                             25.68
    Duplicating/Printing/Scanning                    321.60
    Postage Expense                                    0.37
    Courier Service - Outside                         17.79
    Outside Duplicating                              810.15
    Air Travel Expense                             1,343.85
    Taxi Expense                                      88.00
    Meal Expense                                       8.00

                    CURRENT EXPENSES                              2,625.89
                                                                --------------

               TOTAL BALANCE DUE UPON RECEIPT                    $2,625.89
                                                                ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number   1298923<br>Invoice Date     07/26/05<br>Client Number     172573<br>Matter Number      60026 |

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 04/03/05 | PACER--Electronic docket access charges. | 25.68 |
| 05/25/05 | Binding Charge | 3.00 |
| 05/27/05 | Binding Charge | 6.00 |
| 06/01/05 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 06/01/05 | ATTY # 0856; 12 COPIES. | 1.80 |
| 06/01/05 | ATTY # 0856; 15 COPIES | 2.25 |
| 06/01/05 | ATTY # 0559; 6 COPIES | .90 |
| 06/01/05 | Postage Expense: ATTY # 0559 | .37 |
| 06/01/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to John Donley, Esq. Kirkland & Ellis, LLP (CHICAGO IL 60601). | 17.79 |
| 06/03/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC.--Copying for hardcopy service of Quarterly fee application and notice of filing Quarterly fee application on core and 2002 service list. | 747.05 |
| 06/03/05 | 410-531-4355/COLUMBIA, MD/6 | .30 |
| 06/06/05 | ATTY # 0559; 230 COPIES | 34.50 |
| 06/07/05 | Meal Expense - - BREAKFAST FOR DOUGLAS E. CAMERON DURING TRIP TO NY (6/2/05). | 8.00 |

```
172573  W. R. Grace & Co.                          Invoice Number   1298923
 60026  Litigation and Litigation Consulting       Page     2
        July 26, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 06/07/05 | Taxi Expense - -TAXI FARES/TIPS FOR DOUGLAS E. CAMERON DURING TRIP TO NY (6/2/05). | 88.00 |
| 06/08/05 | 410-531-4355/COLUMBIA, MD/14 | .65 |
| 06/13/05 | ATTY # 0559; 2 COPIES | .30 |
| 06/17/05 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/4 | .20 |
| 06/17/05 | Telephone Expense<br>703-684-0123/ARLINGTON, VA/3 | .10 |
| 06/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 84 COPIES | 12.60 |
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 1490 COPIES | 223.50 |
| 06/23/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC.--Copying for hardcopy service of CNO or 46th monthly fee application. | 63.10 |
| 06/23/05 | Air Travel Expense - - DOUGLAS E. CAMERON AIRFARE PURCHASED FOR TRIP TO BALTIMORE, MD FOR MEETING WITH W.R. GRACE REP. (7/11/05). | 888.40 |
| 06/23/05 | Air Travel Expense - - AIRFARE PURCHASED FOR TRIP TO NEW YORK, NY FOR MEETING WITH W.R. GRACE CONSULTANT(6/2/05). | 455.45 |
| 06/23/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/2 | .10 |
| 06/27/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .90 |
| 06/27/05 | Duplicating/Printing/Scanning ATTY # 3984; 52 COPIES. | 7.80 |
| 06/30/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 109 COPIES | 16.35 |
| 06/30/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 138 COPIES | 20.70 |
| | CURRENT EXPENSES | 2,625.89 |
| | TOTAL BALANCE DUE UPON RECEIPT | $2,625.89 |

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | | |
|---|---|---|
| W. R. Grace | Invoice Number | 1298925 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 07/26/05 |
| Boca Raton, FL 33487 | Client Number | 172573 |

===========================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

|   |   |
|---|---|
| Fees     | 0.00 |
| Expenses | 275.45 |

|   |   |
|---|---|
| TOTAL BALANCE DUE UPON RECEIPT | $275.45 |

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1298925
5400 Broken Sound Blvd., N.W.            Invoice Date        07/26/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028
```

===========================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                            1.20
    Duplicating/Printing/Scanning              204.45
    Postage Expense                              0.49
    Courier Service - Outside                   69.31

              CURRENT EXPENSES                                  275.45
                                                              --------------

              TOTAL BALANCE DUE UPON RECEIPT                   $275.45
                                                              ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

W. R. Grace                                    Invoice Number       1298925
5400 Broken Sound Blvd., N.W.                  Invoice Date         07/26/05
Boca Raton, FL 33487                           Client Number         172573
                                               Matter Number          60028

================================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/11/05 | 561-362-1533/BOCA RATON, FL/17 | .80 |
| 05/11/05 | 561-362-1533/BOCA RATON, FL/7 | .30 |
| 05/18/05 | ATTY # 0559; 72 COPIES | 10.80 |
| 06/03/05 | ATTY # 0559: 1 COPIES | .15 |
| 06/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 06/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 06/17/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 06/20/05 | Telephone Expense<br>703-684-0123/ARLINGTON, VA/3 | .10 |
| 06/20/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 60 COPIES | 9.00 |
| 06/20/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .90 |
| 06/20/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Sciences International, Inc. | 47.36 |
| 06/22/05 | Postage Expense | .49 |

| | | |
|---|---|---|
| 172573 W. R. Grace & Co. | Invoice Number | 1298925 |
| 60028  ZAI Science Trial | Page   2 | |
| July 26, 2005 | | |

| | | |
|---|---|---|
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .60 |
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 06/22/05 | UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Barbara Harding, Kirkland & Ellis LLP (WASHINGTON DC 20005). | -8.06 |
| 06/22/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Richard C. Finke, W.R. Grace & Company (COLUMBIA MD 21044). | 10.10 |
| 06/22/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Michelle Browdy, Kirkland & Ellis LLP (CHICAGO IL 60601). | 11.85 |
| 06/22/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Barbara Harding, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.06 |
| 06/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 06/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 06/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.50 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                          Invoice Number   1298925
60028   ZAI Science Trial                          Page    3
        July 26, 2005
```

| Date | Description | Amount |
|---|---|---|
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 64 COPIES | 9.60 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0710; 875 COPIES | 131.25 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0701; 230 COPIES | 34.50 |

```
                          CURRENT EXPENSES                            275.45
                                                                 --------------
                          TOTAL BALANCE DUE UPON RECEIPT             $275.45
                                                                 ==============
```