All responses are to be served upon: Rachel R. Schulman, Kirkland & Ellis LLP 200 East Randolph Drive, Chicago, Illinois 60601 and David W. Carickhoff, Jr. Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. 919 North Market Street 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
W. R. GRACE & CO., et al.,[1] )
)
) Case No. 01-01139 (JKF)
Debtors. )
) (Jointly Administered)

Hearing Date: June 27, 2005 at 12:00 p.m.
Responses Due: June 10, 2005 at 4:00 p.m.

Ref Doc # 8466

02114060513400

PALAZZO, RAPHEAL J
C/O DONOVAN CORRECTIONAL FAC
FAC 17-131-U
480 ALTA RD
SAN DIEGO, CA 92119

Basis For Objection:
INSUFFICIENT DOCUMENTATION

Reason for Proposed Disallowance:
NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED.

| | Claim Data | | | |
|---|---|---|---|---|
| Case | Claim Number | Claim Date | Total Claim Dollars* | Claim Class** |
| 01-01139 | 2661 | 1/27/2003 | $12,000.00 | (U) |

## NOTICE OF FILING DEBTORS' ELEVENTH
## OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

**PLEASE TAKE NOTICE** that on or about May 18, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) (the "Non-Asbestos Gateway Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

---

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                                (P) - Priority         (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the c to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the Non-Asbestos Gateway Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Non-Asbestos Gateway Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Non-Asbestos Gateway Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Non-Asbestos Gateway Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1. A hearing on the Non-Asbestos Gateway Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **June 27, 2005 at 12:00 p.m.** (the "Claims Hearing").

2. Any party wishing to oppose the relief requested in the Non-Asbestos Gateway Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **June 10, 2005 at 4:00 p.m. (Eastern Time)**. Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3. If no response is filed, served and received by June 10, 2005, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Non-Asbestos Gateway Omnibus Objection.

4. Any response should contain the following:

   (i) a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

   (ii) the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

   (iii) the claim number(s) of the claim objection(s) to which the response is directed;

   (iv) the specific factual basis and supporting legal argument upon which the party will rely in opposing the Non-Asbestos Gateway Omnibus Objection; and

   (v) any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5. If you file a response to the Non-Asbestos Gateway Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6. You need not respond to the Non-Asbestos Gateway Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Non-Asbestos Gateway Omnibus Objection. If you do not timely file and serve a response to the Non-Asbestos Gateway Omnibus Objection, the relief requested in the Non-Asbestos Gateway Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Non-Asbestos Gateway Omnibus Objection shall be deemed (i) waiver of your right to respond to the Non-Asbestos Gateway Omnibus Objection and (ii) your consent to the relief requested in the Non-Asbestos Gateway Omnibus Objection respecting your Claim.

The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the Ninth Omnibus Objection, please call Rachel Schulman at Kirkland & Ellis LLP at (312) 861-2441.**

Wilmington, Delaware  
Dated: May 18, 2005

Respectfully submitted,

| KIRKLAND & ELLIS LLP | and | PACHULSKI, STANG, ZIEHL, YOUNG, |
| James H.M. Sprayregen, P.C. | | JONES & WEINTRAUB P.C. |
| James W. Kapp III | | /s/ |
| Janet S. Baer | | Laura Davis Jones (Bar No. 2436) |
| 200 East Randolph Drive | | David W. Carickhoff, Jr. (Bar No. 3715) |
| Chicago, IL 60601-6636 | | 919 N. Market Street, 16th Floor |
| (312) 861-2000 (telephone) | | P.O. Box 8705 |
| (312) 861-2200 (facsimile) | | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | | (302) 652-4100 (telephone) |
| | | (302) 652-4400 (facsimile) |

Co-Counsel for the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 8466 and 6/27/05 Agenda Item No. 14 |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

Upon consideration of the Eleventh Omnibus Objection[2] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the Non-Asbestos Gateway Omnibus Objection and all responses thereto; and due and proper notice of the Non-Asbestos Gateway Omnibus Objection having been given, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Debtors' Non-Asbestos Gateway Omnibus Objection.

ORDERED that, except as hereinafter stated, the relief sought in the Non-Asbestos Gateway Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto;[3] and it is further

ORDERED that the Objection to each Claim listed on Exhibit A to this Order is continued to the July 18 omnibus hearing; and it is further

ORDERED that the Objection to each of the Materially Insufficient Supporting Information Claims or No Supporting Information Claims listed on Exhibit B to this Order is sustained, and each of the Materially Insufficient Supporting Information or No Supporting Information Claims is disallowed and expunged for all purposes; and it is further

ORDERED that Claim No. 272 filed by Matthews Electric Supply Co. is allowed as a general unsecured non-priority claim in the amount of $866.25 pursuant to stipulation, which is attached hereto and incorporated herein as Exhibit C; and it is further

ORDERED that pursuant to Fed.R.Bankr.P. 3006 and the Notice of Withdrawal of Claim No. 5302 filed by the Texas Commission on Environmental Quality (the "TCEQ"), the claim listed on Exhibit D, Claim No. 5302 of the TCEQ, is hereby withdrawn; and it is further

ORDERED that the Objection to the Claim listed on Exhibit E to this Order, Claim No. 1914, is withdrawn without prejudice and the Debtors retain the right to object to Claim No. 1914 on any grounds in the future upon proper notice and consistent with applicable law; and it is further

---

[3] To the extent that any claim that is the subject of the Non-Asbestos Gateway Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

2

ORDERED that Claim No. 777 which was filed by Agilent Technologies and transferred to Sierra Capital (and listed on Exhibit F attached to this Order) is allowed as a general unsecured non-priority claim in the amount of $562.00; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: 6/27, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4802 | 01-01139<br>W.R. GRACE & CO. | 2107 | $4,637.56 (P) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/2005 12:00PM |
| 2 | BERRY & BERRY<br>C/O C RANDALL BUPP ESQ<br>PLASTIRAS & TERRIZZI<br>24 PROFESSIONAL CENTER PKWY STE 150<br>SAN RAFAEL CA 94903 | 01-01139<br>W.R. GRACE & CO. | 1325 | $233,540.00 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/2005 12:00PM |
| 3 | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 948 | $4,380.00 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/2005 12:00PM |
| 4 | DARKS, TYRONE P<br>ID #236697<br>PO BOX 97<br>MCALESTER OK 74502 | 01-01139<br>W.R. GRACE & CO. | 1474 | $25,000,000.00 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/2005 12:00PM |
| 5 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 339 | $7,026.79 (U) | EXPUNGE | CONTINUED TO 7/19/2005 12:00PM |
| 6 | MICRO WAREHOUSE<br>1690 OAK ST<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1653 | $255.63 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/2005 12:00PM |
| 7 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $6,282.77 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/2005 12:00PM |
| 8 | PALAZZO, RAFHEAL J<br>C/O DONOVAN CORRECTIONAL FAC<br>FAC 17-131-U<br>480 ALTA RD<br>SAN DIEGO CA 92119 | 01-01139<br>W.R. GRACE & CO. | 2661 | $12,000.00 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/2005 12:00PM |
| 9 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 609 | $3,364.90 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

## In re: W.R. GRACE & CO., et al
### OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|
| 10. WEST GROUP<br>THOMAS J LALLER<br>FOLEY & MANSFIELD PLLP<br>1108 NICOLLET MALL #200<br>MINNEAPOLIS MN 55403 | 01-01140<br>W.R. GRACE & CO.-CONN. | 342 | $1,168.55 (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 7/19/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
  (P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ALBURY, RICKY M<br>PO BOX AB20480<br>MARSH HARBOUR<br>ABACO<br>BAHAMAS | 01-01139<br>W.R. GRACE & CO. | 2512 | $6,000,000.00 | (P) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 2 | AMERICAN HARDWARE CTR INC<br>2748 EVANS MILL RD<br>LITHONIA, GA 30058 | 01-01139<br>W.R. GRACE & CO. | 1179 | $365.72 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 3 | AMERICAN TRANSPORTATION GROUP<br>AGENT FOR COMPANIA SUD.<br>AMERICANA DE SAPORES<br>ATTN: JESUS PAGAN<br>98 WOOD AVE S 9TH FL<br>ISELIN, NJ 08830 | 01-01140<br>W.R. GRACE & CO.-CONN. | 118 | $4,100.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 4 | APV<br>D&B RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 01-01139<br>W.R. GRACE & CO. | 298 | $352.39 | (A) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 5 | BERNARD, VIRGIE<br>1122 SO ORANGE<br>LAFAYETTE, LA 70501 | 01-01139<br>W.R. GRACE & CO. | 2806 | BLANK | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 6 | CAPITAL ONE<br>ATTN: FAMM SCHNFNHORST<br>PO BOX 85015<br>RICHMOND, VA 23285-5015 | 01-01139<br>W.R. GRACE & CO. | 1307 | $580.13 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 7 | CEMEX INC<br>3820 NORTHDALE BLVD<br>#100B<br>TAMPA, FL 33624-1860 | 01-01139<br>W.R. GRACE & CO. | 2000 | $1,040.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 8 | OFELLI, ALBERT S<br>16 HUTCHINSON ST<br>LOWELL, MA 01851 | 01-01139<br>W.R. GRACE & CO. | 2291 | BLANK | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 9 | CINCINNATI BELL TELEPHONE COMPANY<br>201 E FOURTH ST<br>CINCINNATI, OH 45202 | 01-01139<br>W.R. GRACE & CO. | 3339 | $865.67 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 10 | COLUMBIA GAS OF OHIO INC<br>200 CIVIC CENTER DR 8TH FL<br>COLUMBUS, OH 43215 | 01-01140<br>W.R. GRACE & CO.-CONN. | 102 | $2,579.16 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

Page 1 of 4

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 11 | COMMISSIONERS OF PUBLIC WORKS PO BOX B CHARLESTON SC 29402 | 01-01140 W.R. GRACE & CO.-CONN. | 578 | $392.54 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 12 | CONECTIV POWER DELIVERY REVENUE MANAGEMENT 4 COLLINS DRIVE #2076 CARNEYS POINT NJ 08069 | 01-01140 W.R. GRACE & CO.-CONN. | 195 | $2,144.82 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 13 | CROSBY, ANNE 624 ECHO CAVE LN CHARLOTTE NC 28217 | 01-01140 W.R. GRACE & CO.-CONN. | 15447 | UNKNOWN | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |
| 14 | DUN & BRADSTREET C/O D&B BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM MD 21094 | 01-01140 W.R. GRACE & CO.-CONN. | 2039 | $80,987.50 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 15 | FARIAS / FARIAS 8408 EL GATO RD LAREDO TX 78045 | 01-01139 W.R. GRACE & CO. | 1919 | $340.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 16 | GRAFOOR PAKAGING INC 121 LOOMIS ST ROCKFORD IL 61101 | 01-01139 W.R. GRACE & CO. | 844 | $660.22 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 17 | GRAY, NEVIN L 57651 CASTRO ST PLAQUEMINE LA 70764-4305 | 01-01139 W.R. GRACE & CO. | 2596 | UNKNOWN $500,000.00 | (P) (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 18 | GRAY, KEVIN L 57651 CASTRO ST PLAQUEMINE LA 70764 | 01-01140 W.R. GRACE & CO.-CONN. | 2597 | $500,000.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 19 | HOLMES, LONNIE 9416 BURNSIDE CHICAGO IL 60619 | 01-01139 W.R. GRACE & CO. | 2614 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 20 | KONICA BUSINESS TECHNOLOGIES TRACY HTSLER 500 DAY HILL RD WINDSOR CT 06095 | 01-01139 W.R. GRACE & CO. | 2035 | $2,598.77 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 21 | MARTEN BROWN INC 1191 2ND AVE STE 2200 SEATTLE WA 98101 | 01-01139 W.R. GRACE & CO. | 784 | $1,508.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 22 | HAYES, ROGER L 14 GINGHAM CT MAULDIN SC 29662 | 01-01139 W.R. GRACE & CO. | 7365 | BLANK | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 23 | METHODIST HOSPITAL<br>MARIAN C GRACE<br>1265 UNION AVE<br>MEMPHIS TN 38104 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1092 | BLANK | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 24 | NATIONAL GYPSUM COMPANY<br>2001 REXFORD RD<br>CHARLOTTE NC 28211 | 01-01139<br>W.R. GRACE & CO. | 3308 | $3,226.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 25 | OFFICE TEAM<br>DIV OF ROBERT HALF INTERNATIONAL<br>ATTN MICHELE CABRAL<br>5720 STONERIDGE DR STE 3<br>PLEASANTON CA 94588-2700 | 01-01139<br>W.R. GRACE & CO. | 99 | $885.72 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 26 | RANDSTAD NORTH AMERICA<br>ATTN KERRI GOBER<br>2015 SOUTH PARK PLACE<br>ATLANTA GA 30339 | 01-01139<br>W.R. GRACE & CO. | 857 | $4,308.04 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 27 | REGELTON JR, MACK<br>PO BOX 5742<br>NEW ORLEANS LA 70157-0432 | 01-01139<br>W.R. GRACE & CO. | 2829 | $1,000,000.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 28 | REGELTON REV, D M<br>PO BOX 5742<br>NEW ORLEANS LA 70157-0432 | 01-01139<br>W.R. GRACE & CO. | 2877 | $1,000,000.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 29 | RIVAS, MARIA L<br>PO BOX 656<br>LA BLANCA TX 78558 | 01-01139<br>W.R. GRACE & CO. | 15373 | BLANK | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 30 | SERVICE FILTRATION CORPORATION<br>2800 MACARTHUR BLVD<br>NORTHBROOK IL 60062-2005 | 01-01139<br>W.R. GRACE & CO. | 2922 | $835.36 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 31 | SFI OF DELAWARE LLC<br>225 W OLNEY RD<br>NORFOLK VA 23510 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1362 | $2,260.90 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 32 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01140<br>W.R. GRACE & CO.-CONN. | 159 | $4,598.16 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 33 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01139<br>W.R. GRACE & CO. | 160 | $4,380.82 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 34 | THE OLD LINE LIFE INSURANCE C/O ROBERT E PIERCE 2437 S LOTUS AVE FRESNO, CA 93706 | 01-01140 W.R. GRACE & CO.-CONN. | 1086 | BLANK | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 35 | THE SHERWIN WILLIAMS COMPANY ATTN: JOHN M YARD 101 PROSPECT AVE NW CLEVELAND OH 44115 | 01-01139 W.R. GRACE & CO. | 321 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 36 | UNIFIRST CORP 68 JONSPIN RD WILMINGTON MA 01887 | 01-01139 W.R. GRACE & CO. | 4817 | $291.85 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 37 | USX ENGINEERS AND CONSULTANTS INC 4000 TECHNICAL DR ATTN GARY R STADELMAN MONROEVILLE PA 15146 | 01-01139 W.R. GRACE & CO. | 2127 | $1,020.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 38 | VINSON & ELKINS LLP ATTN: LYDIA PROTOPAPAS 2300 FIRST CITY TOWER 1001 FANNIN HOUSTON TX 77002-6760 | 01-01139 W.R. GRACE & CO. | 451 | $1,836.28 | (U) | NO SUPPORTING DOCUMENTATION EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured

6/17/2005 9:34:03 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT C - STIPULATION

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested |
|---|---|---|---|---|---|---|
| 1 | MATTHEWS ELECTIC SUPPLY CO<br>C/O SIROTE & PERMUTT PC<br>ATTN COLLECTION DEPT<br>PO BOX 59727<br>BIRMINGHAM AL 35259-9727 | 01-01140<br>W.R. GRACE & CO.-CONN. | 272 | $866.25 | (U) | STIPULATION |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Hearing Date: Monday, June 27, 2005

Page 1 of 1

8/17/2005 8:15:57 AM

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | Agenda No. 14 |
| Debtors. | ) | Re: Docket No. 8466 |

## STIPULATION RESOLVING CLAIM NO. 272 OF

## MATTHEWS ELECTRIC SUPPLY CO.

This Stipulation is entered into this 16th day of June, 2005, between W.R. Grace & Co. and its affiliates (collectively, the "Debtors") and Matthews Electric Supply Co. ("Claimant").

**WHEREAS**, on April 2, 2001 (the "Petition Date"), the Debtors commenced their respective reorganizations by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

K&E 10560430.1

**WHEREAS**, this Court issued its Bar Date Order on April 22, 2002, which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims.

**WHEREAS**, on or about July 2, 2001, the Claimant filed a proof of claim in the amount of $910.96 (hereinafter, "Claim No. 272"). The Claimant asserted that the basis of Claim No. 272 was amounts due on an open account.

**WHEREAS**, in the Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) (the "Non-Asbestos Gateway Omnibus Objection"), filed on or about May 18, 2005, the Debtors objected to Claim No. 272.

**WHEREAS**, on or about June 1, 2005, the Claimant filed a response to the Non-Asbestos Gateway Omnibus Objection asserting that Claim No. 272 should not be disallowed and expunged but should be allowed in full.

**NOW, THEREFORE**, for good and valuable consideration, the parties hereby stipulate and agree as follows:

1. Claim No. 272 shall be allowed as a general unsecured non-priority claim in the amount of $866.25, which will be paid after confirmation of and pursuant to the terms and conditions of the Debtors' anticipated Chapter 11 Plan or Plans.

2. Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

3.  Once this Stipulation becomes effective, the Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register to reflect that Claim shall be allowed as outlined herein.

4.  The Claimant agrees that it is forever barred, estopped, and enjoined from asserting any additional pre-petition claims against the Debtors.

5.  The parties shall take whatever additional action, if any, is necessary to make sure that the Claimant's Claim is treated as outlined herein.

STIPULATED AND AGREED:

MATTHEWS ELECTRIC SUPPLY CO.     W. R. GRACE & CO., et al.

By: *[signature]*                By: *[signature]*
One of its attorneys             One of Their Attorneys
Rodney E. Nolen                  Janet S. Baer
Sirote & Permutt, P.C.           Rachel Reagler Schulman
2311 Highland Avenue             Kirkland & Ellis LLP
Birmingham, AL 35205             200 East Randolph Drive
                                 Chicago, IL 60601
Counsel for the Claimant         (312) 861-2000

                                 and

                                 Laura Davis Jones
                                 David Carickhoff
                                 Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
                                 919 North Market Street, 16th Floor
                                 P. O. Box 8705
                                 Wilmington, DE 19899-8705
                                 (302) 652-4100

                                 Co-Counsel for the Debtors and Debtors in Possession

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT D - CLAIM WITHDRAWN

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548<br>W.R. GRACE & CO. | 01-01139 | 5302 | $0.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CLAIM WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 1 of 1

6/27/2005 3:40:19 PM

In re: W.R. GRACE & CO., et al
**OMNIBUS 11 - EXHIBIT E - OBJECTION WITHDRAWN**

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | CUMMINGS, BRENDA FAYE<br>1802 ROBINSON RD #256<br>GRAND PRAIRIE TX 75051-3806 | 01-01139<br>W.R. GRACE & CO. | 1914 | BLANK (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | OBJECTION WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 1

6/22/2005 3:45:34 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT F - ALLOWED

Hearing Date: Monday, June 27, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested |
|---|---|---|---|---|---|---|
| 1 | AGILENT TECHNOLOGIES<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 01-01139<br>W.R. GRACE & CO. | 777 | $592.00 | (U) | ALLOW CLAIM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured