| | |
|---|---|
| **DATE:** | November 24, 2003 |
| **NAME:** | PALAZZO, RALPH JAMES |
| **CDC NUMBER:** | T-99035 |
| **APPEAL NUMBER:** | 03-1113         **SECOND LEVEL REVIEW** |
| **APPEAL DECISION:** | **PARTIALLY GRANTED** |

**APPEAL ISSUE:** You state that you are in need of special medical care for a condition that may develop into lung cancer due to years of working with asbestos in the shipyard. You also express concern regarding your Enhanced Outpatient Program (EOP) status. Specifically, you are requesting a transfer to the California Men's Colony (CMC) to ensure medical care.

**APPEAL RESPONSE:** In reaching a decision on this issue, a thorough review of your appeal has been conducted. The attached supporting documents, applicable sections of the California Code of Regulations (CCR) Title 15, and your Central File have been reviewed. In addition, on November 19, 2003, you were interviewed by R. Velo, Correctional Counselor II (CCII), and he discussed with you your concerns.

During the course of your interview with CCII Velo, you informed him of your work history, having direct contact with asbestos while employed in the shipyard industry. You stated that a medical doctor at the Richard J. Donovan Correctional Facility (RJDCF) recommended that you monitor your health conditions because asbestos is known to cause lung cancer. You informed CCII Velo of your desire to participate in a mental health program due to your EOP status. You also told him that you would like to transfer to CMC-East. CCII Velo informed you that during the week of November 24, 2003, ▓▓▓▓▓▓▓▓▓ would be interviewing you to complete your Reception Center processing, endorsement, and subsequent transfer. You stated you are doing fine at the RJDCF and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. You ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Based on the above information, your appeal is Partially Granted at the Second Level Review.

D. M. BARNES
Chief Deputy Warden (A)

## LABORATORY REPORT

**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR

R.J. DONOVAN CORRECTIONAL FAC-1
480 ALTA RD.
HOSPITAL/Cont# RJD03010
SAN DIEGO, CA 92179

PATIENT NAME: Palazzo, Raphael
DOB: 6/28/50   SEX: M   ID NO: P99035

TIME: 8:30

FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| COPY TO DR. LYLE | | | | |
| MOLECULAR TYPING | | | | |
| HCV RNA QT(bDNA) | 314,962 H | | IU/mL | <615 |

THE LINEARITY OF THIS ASSAY IS BETWEEN 615 IU/ML (3200 HCV RNA COPIES/ML) AND 7,600,000 IU/ML (40,000,000 HCV RNA COPIES/ML) RESULTS OF LESS THAN 615 IU/ML INDICATE HCV VIRAL ASSAY IS BELOW THE LEVEL OF DETECTION FOR THIS ASSAY. THIS ASSAY IS INTENDED FOR RESEARCH ONLY AND NOT TO BE USED FOR DIAGNOSTIC PURPOSES.
METHOD: BAYER HCV RNA 3.0 ASSAY (bDNA)

HCV RNA GENO, LI        GENOTYPE 1b
INNO-LiPA (TM) CANNOT DISCRIMINATE BETWEEN SUBTYPE 2a AND 2c OR BETWEEN 4c AND 4d.

THIS TEST WAS DEVELOPED AND ITS PERFORMANCE CHARACTERISTICS DETERMINED BY QUEST DIAGNOSTICS NICHOLS INSTITUTE. IT HAS NOT BEEN CLEARED OR APPROVED BY THE US FDA. THE FDA HAS DETERMINED THAT SUCH CLEARANCE OR APPROVAL IS NOT NECESSARY. PERFORMANCE CHARACTERISTICS REFER TO THE ANALYTICAL PERFORMANCE OF THE TEST.

(NI) TEST PERFORMED NICHOLS INSTITUTE 33608 ORTEGA HWY, SANJUANCAPISTRANO

Signature: _____

# LABORATORY REPORT

**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR

PATIENT NAME: Palazzo, Raphael

PAGE 1    8:30    FINAL

PLEASE NOTE: COPY TO DR. LYLE

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| **HEMATOLOGY** | | | | |
| WBC | | 5.0 | 103/uL | 4.5-11.0 |
| RBC | | 5.39 | 106/uL | 4.6-6.2 |
| HgB | | 15.9 | g/dL | 14-18 |
| HCT | | 47.0 | % | 42-52 |
| MCV | | 87.2 | um3 | 80-94 |
| MCH | | 29.6 | pg | 27-34 |
| MCHC | | 33.9 | % | 31.5-36.0 |
| RDW | 17.1 H | | % | 11-14.8 |
| PLATELETS | | 240 | 103/uL | 150-400 |
| MPV | | 9.7 | cu/mm | 6.8-10.6 |
| | | | | |
| MANUAL DIFF | | SeeBelow | | |
| GRANULOCYTES | | 57 | % | 54-62 |
| LYMPHOCYTE | | 33 | % | 25-33 |
| MONOCYTES | | 5 | % | 3-7 |
| EOSINOPHIL | 5 H | | % | 1-3 |
| | | | | |
| **CHEMISTRY** | | | | |
| SODIUM, SERUM | 148.1 H | | mEq/L | 136-145 |
| POTASSIUM, SERUM | | 4.5 | mEq/L | 3.5-5.1 |
| CHLORIDE, SERUM | | 106.1 | mEq/L | 101-111 |
| CO2 | 31.30 H | | mEq/L | 22-30 |
| ANION GAP | | 15.2 | | 0.0-25.0 |
| CALCIUM, SERUM | 10.4 H | | mg/dL | 8.4-10.3 |
| GLUCOSE | | 98.0 | mg/dL | 70-105 |
| BUN, SERUM | | 13.0 | mg/dL | 8-20 |
| CREATININE, SERU | | 0.9 | mg/dL | 0.6-1.3 |
| BUN CREA RATIO | | 14.44 | Ratio | 6.0-42.0 |
| OSMOLALITY CALC | | 294.55 | | |
| PHOSPHORUS | | 3.20 | mg/dL | 2.4-4.7 |
| CHOLESTEROL, SR | | 140.0 | mg/dL | 100-200 |
| TRIG | | 72.0 | mg/dL | 35-160 |
| TOTAL PROTEIN | | 7.3 | g/dL | 6.6-8.2 |
| ALBUMIN, SERUM | | 4.40 | g/dL | 3.2-5.5 |



# LABORATORY REPORT



**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
**M.Y. NASIR, M.D., LAB DIRECTOR**
**ALLEN JAY M.D., LAB DIRECTOR**







PAGE 2    8:30    FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| GLOBULIN | | 2.9 | | 1.8-5.0 |
| A/G RATIO | | 1.5 | Ratio | 0.9-1.9 |
| SGOT (AST) | 51.0 H | | U/L | 10-42 |
| SGPT (ALT) | | 46.00 | U/L | 10-60 |
| LD, SERUM | | 154.00 | | 91-180 |
| URIC ACID, SERUM | | 6.30 | mg/dL | 2.6-7.2 |
| ALK. PHOSPHATASE | | 85.00 | U/L | 42-128 |
| TOTAL BILIRUBIN | | 0.70 | mg/dL | 0.1-1.5 ADULT |
| GGT, SERUM | | 42.00 | U/L | 7-64 |
| ANEMIA PANEL | | | | |
| FERRITIN | | 56.6 | ng/mL | 22-322 |
| THYROID STUDIES | | | | |
| TSH-3 | | 4.05 | uIU/mL | 0.35-5.50 |
| COAGULATION | | | | |
| PT PATIENT | | 13.9 | sec | 10.0-14.0 |
| PT CONTROL | | 12.4 | sec | 10.0-14.0 |
| PT RATIO | | 1.12 | Ratio | 1.0-1.4 |
| ISI VALUE | | 1.9 | | |
| PATIENT INR | | 1.2 | Ratio | |

```
     ACCP(AMERICAN COLLEGE OF CHEST PHYSICIANS) THERAPEUTIC RANGE FOR ORAL
     ANTICOAGULANT THERAPY.
     INDICATION                                INR
     PROPHYLAXIS OF VENOUS THROMBOSIS          2.0-3.0
       (HIGH-RISK SURGERY)
     TREATMENT OF VENOUS THROMBOSIS            2.0-3.0
     TREATMENT OF PULMONARY EMBOLISM           2.0-3.0
     PREVENTION OF SYSTEMIC EMBOLISM:
      TISSUE HEART VALVES                      2.0-3.0
      MYOCARDIAL INFARCTION                    2.0-3.0
      ATRIAL FIBRILLATION                      2.0-3.0
      MECHANICAL PROSTATIC VALVES              2.5-3.5
```

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| PTT PATIENT | 41.8 H | | sec | 25-36.3 |
| PTT CONTROL | | 30.7 | sec | 27.8-32.0 |

Signature: _____

# LABORATORY REPORT



**FOUNDATION LABORATORY**
1716 West Holt Ave.
Pomona, CA 91768
(909) 623-9301 • Fax (909) 623-9306
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR



R.J. DONOVAN CORRECTIONAL FAC.
480 ALTA RD.
HOSPITAL/Cont# RJD03010
SAN DIEGO, CA 92179

PATIENT NAME: Palazzo, Raphael
AGE: 54   DOB: 6/28/50   SEX: M   ID NO: T99035   ACCESSION NO: 732557

PHYSICIAN: LYLE MD (RJD)

PAGE 13:12                                   FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| F1 5 225 | | | | |
| **HEMATOLOGY** | | | | |
| WBC | | 6.2 | 103/uL | 4.5-11.0 |
| RBC | | 5.50 | 106/uL | 4.6-6.2 |
| HgB | | 16.6 | g/dL | 14-18 |
| HCT | | 48.7 | % | 42-52 |
| MCV | | 88.5 | um3 | 80-94 |
| MCH | | 30.1 | pg | 27-34 |
| MCHC | | 34.0 | % | 31.5-36.0 |
| RDW | 16.2 H | | % | 11-14.8 |
| PLATELETS | | 235 | 103/uL | 150-400 |
| MPV | | 9.7 | cu/mm | 6.8-10.6 |
| GRANULOCYTES % | | 60.1 | % | 48.9-69.9 |
| GRANULOCYTES# | | 3.74 | 103/uL | 1.5-6.7 |
| LYMPHOCYTES % | | 28.8 | % | 22.4-43.6 |
| LYMPHOCYTES# | | 1.79 | 103/uL | 1.5-4.0 |
| MONOCYTES % | | 7.2 | % | 6.2-9.8 |
| MONOCYTES# | | 0.45 | 103/uL | 0.2-0.8 |
| EOSINOPHIL % | | 3.2 | % | 0-5.0 |
| EOSINOPHIL# | | 0.20 | 103/uL | 0-0.40 |
| BASOPHIL % | | 0.7 | % | 0-2.0 |
| BASOPHIL# | | 0.04 | 103/uL | 0-0.20 |
| RBC MORPHOLOGY | | Normal | | |
| | | | | |
| **IMMUNOLOGY** | | | | |
| HAV A AB TOTAL | | NEGATIVE | | NEGATIVE |
| | | | | |
| **COAGULATION** | | | | |
| PT PATIENT | | 12.2 | sec | 10.0-14.0 |
| PT CONTROL | | 12.0 | sec | 10.0-14.0 |
| ISI VALUE | | 1.99 | | |
| PATIENT INR | | 1.0 | Ratio | |

ACCP (AMERICAN COLLEGE OF CHEST PHYSICIANS) THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT THERAPY.

| INDICATION | INR |
|---|---|
| PROPHYLAXIS OF VENOUS THROMBOSIS (HIGH-RISK SURGERY) | 2.0-3.0 |
| TREATMENT OF VENOUS THROMBOSIS | 2.0-3.0 |

# LABORATORY REPORT



**FOUNDATION LABORATORY**
1716 West Holt Ave.
Pomona, CA 91768
(909) 623-9301 • Fax (909) 623-9306
**M.Y. NASIR, M.D., LAB DIRECTOR**
**ALLEN JAY M.D., LAB DIRECTOR**

R.J. DONOVAN CORRECTIONAL FAC-1
480 ALTA RD.
HOSPITAL/Cont# RJD03010
SAN DIEGO, CA 92179

PATIENT NAME: Palazzo, Raphael
AGE: 54   DOB: 6/28/50   SEX: M   ID NO: T99035
ACCESSION NO: 732557

LYTLE, MD (RJD)

PAGE 13:12                                                            FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| TREATMENT OF PULMONARY EMBOLISM | | | | 2.0-3.0 |
| PREVENTION OF SYSTEMIC EMBOLISM: | | | | |
| TISSUE HEART VALVES | | | | 2.0-3.0 |
| MYOCARDIAL INFARCTION | | | | 2.0-3.0 |
| ATRIAL FIBRILLATION | | | | 2.0-3.0 |
| MECHANICAL PROSTATIC VALVES | | | | 2.5-3.5 |
| PTT PATIENT | 35.5 H | | sec | 25.0-34.0 |
| PTT CONTROL | | 27.49 | sec | 24.8-28.4 |

Signature: _____

STATE OF CALIFORNIA-HEALTH AND WELFARE AGENCY | DEPARTMENT OF MENTAL HEALTH

DATE OF REPORT: 8/24/04
DATE DICTATED:
DATE TYPED:

**GUIDELINES**

1. **IDENTIFICATION DATA**
2. **PRIOR HISTORY:** (Include previous psychiatric hospitalizations, treatment and significant past psychiatric and medical history)
3. **CHIEF COMPLAINT/REASON FOR ADMISSION:** (Include reasons identified by patient and/or other sources.)
4. **PHYSICAL AND MENTAL STATUS AT ADMISSION:**
5. **HOSPITAL COURSE:** Danger to self/others; other psychiatric.
6. **HOSPITAL COURSE:** Physical problems
7. **MENTAL STATUS AT RELEASE**
8. **CURRENT LEGAL STATUS AND REASON FOR RELEASE:**
9. **DSM DIAGNOSIS:** (All five axis)
10. **RECOMMENDATIONS FOR PHYSICAL & PSYCHIATRIC FOLLOW-UP:**
    a. Medications/diet/activity limitations
    b. Other, e.g., Hepatitis follow-up, locked or unlocked setting.

53 y.o. cauc ♂ from RJD CTF to A3 on 4/28/04 for further programming/stabilization. Target symptoms/problems: Depression (mood swings) suicidal thought & attempt, (+) Dyslexia, (+) paranoid thoughts, Anxiety, paranoia, pressured speech, ~~[redacted]~~

Physical problem: Hep. C(+), Sleep apnea, Kidney failure, DSD, Eczema (psoriasis)
History: Depakote, Remeron, neurontin (unffetine)

Hospital course = Patient adjusted slowly to the unit — at first he didn't want to stay. He was not placed on any medication (patient refused) and he functioned well without it. He was noted with some sarcastic behavior. above symptoms are now fairly under control. medication medical problems ie. sleep apnea is being worked up by Dr. Bourne, M.D. So far he is not too incapacitated by it. He is generally polite. He has reached maximum benefit from the program.

Diagnoses: I Bipolar disorder mixed, no psychosis [redacted]
☐ CONTINUED ON BACK

C-DAGUITA / M.D.    C.Daguita, MD / M.D.    8/24/04
NAME (PRINT)    SIGNATURE (Back of form must be signed also, if used.)    DATE

II ASPD  III Sleep apnea, DSD, Hep C(+) Eczema  IV Incarceration
V = 55  PLAN = Discharge to RSD. current medication: Naprosyn 500mg po BID
② May need "CPAP" machine.
Patient is pending Diagnosis confirmation of continued breathing problem (per Dr. Bourne, M.D.) from the community hospital - ie sleep apnea documentation

Pelazzo, Ralph  T99035

CONFIDENTIAL PATIENT INFORMATION
SEE W & I CODE SECTION 5328

MH 5741A (Revised 1/96) DMH-VACAVILLE

**MEDICAL DISCHARGE SUMMARY**    GORE RECORD

Exhibit A

Test results of latest X-Ray from Physicians Medical Group (radiology)

Exhibit B

Medical Appeal No. 03-1113
State of California checking monitoring for Mesothiomia.

Exhibit C

Laboratory Report / Foundation Laboratory
Accession Nos. 695731, 69593, 732557

Exhibit D

Medical Discharge Summary / Dept. Mental Health
#5340

Exhibit E

Annual TB Chrono / TB Skin Test
State of California

NE and NUMBER

CDC-128-C

PALAZZO , RALPH

CDC NUMBER: T99035

CDC 128-C

R.J. Donovan Correctional Facility
F10500000000225U

## ANNUAL TB CHRONO
## TB SKIN TESTING

DISTRIBUTION
CENTRAL FILE: ☐
MEDICAL FILE: ☐
INMATE: ☒

INMATE TB ALERT CODE: 33

_Larry Lyle DO_

L.N. LYLE, D.O., M.S., DIRECTOR, PUBLIC HEALTH @ RJDCF
MEDICAL—PSYCHIATRIC—DENTAL

TE  05-04-2005

**PROOF OF SERVICE BY MAIL**

I, _____, am a resident of the Richard J. Donovan Correctional Facilty, in the County of San Diego, State of California. I am over the age of eighteen (18) years and am not a party to the above-entitled cause of action, which is a:

Civil Action concerning W.R. Grace/Co. and its' 61 Entities

My state prison address is 480 Alta Rd., San Diego, California, 92179.

On May 28, 2005 I served the foregoing on the parties named herein below by placing a true copy thereof, enclosed in a sealed envelope, with the postage theron fully paid, in the United States Mail in a Deposit box so provided at the prison facility, addressed as follows:

Office of the Clerk of the United States Bankruptcy Court of the District of Delaware
1824 Market St. Wilmington Delaware 19801

Kirkland/Ellis LLP
200 E. Randolph Dr. Chicago Ill. 60601
Attn: Rachel Reagler Schulman

Pachulski Stang Ziehl Young Jones Weintraub P.C.
919 North Market St. 16th Floor
POB 8705 Wilmington Delaware 19899-8705
Courier 19801    Attn: David W. Carickoff Jr.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Executed this 28 day of May 2005, at San Diego, California.

