JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 910-1-013572
Statement Start Date: 30 APR 2005
Statement End Date: 31 MAY 2005
Statement Code: 000-USA-21
Statement No: 005
Page 3 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 CORPORATE DRIVE
COLUMBIA MD 21044-4098

| | | | |
|---|---|---|---|
| 17MAY 16MAY | 16MAY | USD OUR: 051537000084MA | -2-\$16598 FOR WORK OF 05/13/05 W R GRACE & CO C/O CORPORATE DRIVE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |
| 18MAY 17MAY | 10,257.87 17MAY | USD OUR: 051539000091MA | 002-2-\$16598 FOR WORK OF 05/16/05 W R GRACE & CO C/O CORPORATE DRIVE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |
| 19MAY 18MAY | 13,269.86 18MAY | USD OUR: 051539000086MA | 002-2-\$16598 FOR WORK OF 05/17/05 W R GRACE & CO C/O CORPORATE DRIVE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |
| 20MAY 19MAY | 14,603.42 19MAY | USD OUR: 051540000091MA | 002-2-\$16598 FOR WORK OF 05/18/05 W R GRACE & CO C/O CORPORATE DRIVE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |
| 23MAY 20MAY | 7,530.01 20MAY | USD OUR: 051543000068MA | 002-2-\$16598 FOR WORK OF 05/19/05 W R GRACE & CO C/O CORPORATE DRIVE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |
| 24MAY 23MAY | 5,486.64 23MAY | USD OUR: 051544000088MA | 002-2-\$16598 FOR WORK OF 05/20/05 W R GRACE & CO C/O CORPORATE DRIVE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |
| 25MAY 24MAY | 13,913.86 24MAY | USD OUR: 051545000091MA | 002-2-\$16598 FOR WORK OF 05/23/05 W R GRACE & CO C/O CORPORATE DRIVE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |
| | 8,166.70 | | 002-2-\$16598 FOR WORK OF 05/24/05 W R GRACE & CO C/O CORPORATE DRIVE |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 30 APR 2005 |
| Statement End Date: | 31 MAY 2005 |
| Statement Code: | 000-USA-21 |
| Statement No: | 005 |

Page 4 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

TS

| Date Posted | Date | | | | |
|---|---|---|---|---|---|
| 26MAY | 25MAY | USD | OUR: 0514408897WA | 11,990.77 | ...ING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT CHECKING DRAFTS TO A/C NO. 00-2-416598 FOR WORK OF 05/25/05 W R GRACE & CO C/O CORPORATE CLEARING 7500 GRACE DRIVE |
| 27MAY | 26MAY | USD | OUR: 0514788094WA | 13,063.76 | COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT CHECKING DRAFTS TO A/C NO. 00-2-416598 FOR WORK OF 05/26/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE |
| 31MAY | 27MAY | USD | OUR: 0515100095WA | 7,100.13 | COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT CHECKING DRAFTS TO A/C NO. 00-2-416598 FOR WORK OF 05/27/05 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

*No Activity*

CHECKS



# Commercial Checking

'01    2199500021812  036   130        0    0       169,845   ▬▬  ▬▬

00057612 1 MB  0.309 01   MAAD 219

|..|.|.|||...|||...|||....|||..|.||.||..||.|...||..||.|
W R GRACE AND CO-CONN
GENERAL ACCOUNT                              CB
ATTN:PATTY ELLIOTT-GRAY
7500 GRACE DRIVE .BLDG 25
COLUMBIA,MD 21044-4098

---

# Commercial Checking

**4/30/2005 thru 5/31/2005**

Account number:        2199500021812
Account owner(s):      W R GRACE AND CO-CONN
                       GENERAL ACCOUNT

Taxpayer ID Number:    135114230

## Account Summary

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 5/02 | 0.00 | DEPOSIT |
| 5/02 | 115,203.66 | DEPOSIT |
| 5/02 | 353,479.72 | DEPOSIT |
| 5/11 | 0.00 | DEPOSIT |
| 5/11 | 40,838.33 | DEPOSIT |
| 5/17 | 136,014.92 | DEPOSIT |
| 5/17 | 356,922.83 | DEPOSIT |
| 5/27 | 0.00 | DEPOSIT |
| 5/27 | 29,887.31 | DEPOSIT |
| 5/27 | 330,146.38 | DEPOSIT |
| Total | $1,362,542.95 | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 5/06 | 468,683.41 | FUNDS TRANSFER (ADVICE 050506018578) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=        05/06/05 03:58PM |
| 5/09 | 313.63 | DEPOSITED ITEM RETURNED ADV #.688331 |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 01 | 2079900003615 | 001 130 | 0 | 160 | 88,518 | |

00031140 1 MB 0.309 01   MAAD 106

Ililil..lllll.....l..l.l.l...lllll...ll....l.l.ll...ll...ll.l

**W R GRACE & CO-CONN**
**ATTN: BILLIE GARDNER**
**7500 GRACE DR.**
**COLUMBIA MD 21044-4098**

CB   113

---

# Commercial Checking

**4/30/2005 thru 5/31/2005**

Account number:       2079900003615
Account owner(s):     W R GRACE & CO-CONN

Taxpayer ID Number:   133461988

## Account Summary

| | |
|---|---|
| Opening balance 4/30 | $0.00 |
| Deposits and other credits | 61,210.90 + |
| Other withdrawals and service fees | 61,210.90 - |
| Closing balance 5/31 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 5/12 | 30,607.83 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 5/26 | 30,603.07 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| **Total** | **$61,210.90** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 5/12 | 30,607.83 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL CO. ID.       050512 CCD MISC SETTL NCVCERIDN REMEDIUM  NC |
| 5/26 | 30,603.07 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL CO. ID.       050526 CCD MISC SETTL NCVCERIDN REMEDIUM  NC |
| **Total** | **$61,210.90** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 5/12 | 0.00 | 5/26 | 0.00 | | |

---

**Merrill Lynch** Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118  (800) 225-1576

4 5 5 9

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 05/01/2005 - 05/31/2005

Account Number
318-3323735-8

Financial Advisor
 H P S Group
(--73807646)

Account Value As Of 05/31/2005
$182,273,746.91

Dividends
05/01/2005 - 05/31/2005     Year To Date
$438,839.08                 $2,711,976.58

> ON MONDAY, JULY 4, MERRILL LYNCH FUNDS FOR
  INSTITUTIONS WILL BE CLOSED IN OBSERVANCE
  OF INDEPENDENCE DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
  MONTH OF MAY WAS 2.80%.  THE TRADING
  DEADLINE ON JULY 1 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $187,034,907.83 |
| 05/02/2005 | 05/02/2005 | Shares Purchased By Wire | $3,000,000.00 | $1.00 | $190,034,907.83 |
| 05/03/2005 | 05/03/2005 | Shares Purchased By Wire | $1,500,000.00 | $1.00 | $191,534,907.83 |
| 05/04/2005 | 05/04/2005 | Shares Purchased By Wire | $1,300,000.00 | $1.00 | $192,834,907.83 |
| 05/05/2005 | 05/05/2005 | Same Day Wire Redemption | $3,400,000.00 | $1.00 | $189,434,907.83 |
| 05/06/2005 | 05/06/2005 | Shares Purchased By Wire | $9,300,000.00 | $1.00 | $198,734,907.83 |
| 05/10/2005 | 05/10/2005 | Same Day Wire Redemption | $7,700,000.00 | $1.00 | $191,034,907.83 |
| 05/11/2005 | 05/11/2005 | Shares Purchased By Wire | $900,000.00 | $1.00 | $191,934,907.83 |
| 05/12/2005 | 05/12/2005 | Same Day Wire Redemption | $10,200,000.00 | $1.00 | $181,734,907.83 |
| 05/16/2005 | 05/16/2005 | Shares Purchased By Wire | $3,900,000.00 | $1.00 | $185,634,907.83 |
| 05/17/2005 | 05/17/2005 | Same Day Wire Redemption | $3,900,000.00 | $1.00 | $181,734,907.83 |
| 05/18/2005 | 05/18/2005 | Same Day Wire Redemption | $1,000,000.00 | $1.00 | $180,734,907.83 |
| 05/19/2005 | 05/19/2005 | Same Day Wire Redemption | $3,100,000.00 | $1.00 | $177,634,907.83 |
| 05/20/2005 | 05/20/2005 | Shares Purchased By Wire | $16,000,000.00 | $1.00 | $193,634,907.83 |
| 05/23/2005 | 05/23/2005 | Shares Purchased By Wire | $2,700,000.00 | $1.00 | $196,334,907.83 |
| 05/23/2005 | 05/23/2005 | Same Day Wire Redemption | $3,300,000.00 | $1.00 | $193,034,907.83 |
| 05/24/2005 | 05/24/2005 | Same Day Wire Redemption | $12,500,000.00 | $1.00 | $180,534,907.83 |
| 05/25/2005 | 05/25/2005 | Same Day Wire Redemption | $6,600,000.00 | $1.00 | $173,934,907.83 |
| 05/26/2005 | 05/26/2005 | Same Day Wire Redemption | $6,100,000.00 | $1.00 | $167,834,907.83 |



**Merrill Lynch** Investment Managers                    Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 05/01/2005 - 05/31/2005

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 05/27/2005 | 05/27/2005 | Shares Purchased By Wire | $900,000.00 | $1.00 | $168,734,907.83 |
| 05/31/2005 | 05/31/2005 | Shares Purchased By Wire | $23,000,000.00 | $1.00 | $191,734,907.83 |
| 05/31/2005 | 05/31/2005 | Same Day Wire Redemption | $9,900,000.00 | $1.00 | $181,834,907.83 |
| 05/31/2005 | 05/31/2005 | Div Reinvest | $438,839.08 | $1.00 | $182,273,746.91 |
| | | Ending Balance | | | $182,273,746.91 |




TS                    D

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA   MD  21044

Account No:        323-223141
Statement Start Date:   30 APR 2005
Statement End Date:     31 MAY 2005
Statement Code:         000-USA-22
Statement No:           005
Page 1 of 1

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 1 | 753,200.50 |
| Total Debits (incl. checks) | 1 | 753,200.50 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (30 APR 2005) | Closing (31 MAY 2005) |
|---|---|
| Ledger | .00  Ledger | .00 |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | |
| Checks | .00 |

| Ledger Date | Adj Ledger Date | Value Date | F.T. | References | Credit / Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

**LEDGER BALANCES**
05MAY                                                                                                0.00

### CREDITS
05MAY                                                                753,200.50

USD YOUR: NC0833294405050501
    OUR: 0512500005IN

NASSAU DEPOSIT TAKEN
B/O: WR GRACE & COMPANY
ATTN: NANCY QUENSEL
REF: TO REPAY YOUR DEPOSIT FR 05040
4 TO 050505 RATE 2.6000

### DEBITS
05MAY                                                                753,200.50

USD YOUR: ND0879096005050501
    OUR: 0512501241IN

NASSAU DEPOSIT TAKEN
A/C: WR GRACE & COMPANY
ATTN: NANCY QUENSEL
REF: TO ESTABLISH YOUR DEPOSIT FR 0
50505 TO 050606 RATE 2.8500

### CHECKS

*No Activity*

FT CODE:    USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT      USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

PMorgan Chase    Bank N.A.

## JP MorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 30 APR 2005
Statement End Date: 13 MAY 2005
Statement Code: S00-USA-22
Statement No: 009

In US Dollars

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 30 | 105,942,664.28 |
| Total Debits (incl. checks) | 42 | 105,357,542.07 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| Opening (30 APR 2005) | Closing (13 MAY 2005) |
|---|---|
| Ledger | Ledger |
| 275,705.90 | 860,828.11 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| | Closing Balances | |
|---|---|---|
| Date | | Amount |
| | LEDGER BALANCES | |
| 02MAY | | 329,498.47 |
| 03MAY | | 275,644.16 |
| 04MAY | | 7,272,666.49 |
| 05MAY | | 7,275,475.18 |
| 06MAY | | 234,871.57 |
| 09MAY | | 239,892.70 |
| 10MAY | | 220,628.19 |
| 11MAY | | 236,783.51 |
| 12MAY | | 237,040.22 |
| 13MAY | | 860,828.11 |

### CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credits/Debits | Description |
|---|---|---|---|---|---|---|

02MAY   USD OUR: 12223190688TC   686,147.11   ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:BENEFIT PYMTS
ORIG ID:9186063000 DESC DATE:
CO ENTRY DESCR:DED PMT  SEC:PPD
TRACE#:021000023190688  EED:050502
IND ID:        5590ACH  A
IND NAME:W R GRACE    0207-3001
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA. MD 21044-4098

02MAY  USD  YOUR: O/B BKAM IL  C60   1,227,666.78   REF: CHASE NYC/044-4098
OUR: 0366302122FF   ND CO SYRACUSE NYC/CTR/BNF=W.R. GRACE A
NB CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
BKAM IL C60JSE-000000000160 RFB=O/B
IMAD: 0502G1QFGY2C000841

02MAY  USD  YOUR: O/B WACHOVIA BK   2,020,785.54   FEDWIRE CREDIT
OUR: 025871312FF   VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
NB CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0502E3B75D1C002392

FT CODE:   US1 - ONE DAY FLOAT   US3 - THREE DAY FLOAT   US5 - FIVE DAY FLOAT
           US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

           USD - SAME DAY FUNDS
           USN - NEXT DAY FUNDS

**PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND ITS TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT UNLESS YOU INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.**

JP MorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-01257
Statement Start Date: 30 APR 2005
Statement End Date: 13 MAY 2005
Statement Code: S00-USA-22
Statement No: 009

In US Dollars
Page 2 of 13

| Ledger Date | Adj Ledger Date | Value Date | Reference | T | Credit Detail | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 03MAY | | 03MAY | USD YOUR: O/B WACHOVIA BK OUR: 0121107123FF | | 3,573,999.79 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0503E3B75D1C002044 | | |
| 03MAY | | 03MAY | USD YOUR: O/B BKAM IL C60 OUR: 0133609123FF | | 6,792,801.59 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL C60 BBI=/TIME/11:25 IMAD: 0503G1QF6Y2C000331 | | |
| 04MAY | | 04MAY | USD YOUR: O/B WACHOVIA BK OUR: 0244202124FF | | 1,767,112.49 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0504E3B75D1C002538 | | |
| 04MAY | | 04MAY | USD YOUR: O/B BKAM IL C60 OUR: 0239913124FF | | 2,468,761.88 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL C60 BBI=/TIME/13:31 IMAD: 0504G1QFGY2C000947 | | |
| 04MAY | | 04MAY | USD YOUR: SWF OF 05/05/04 OUR: 1939300124FS | | 6,999,965.00 | BOOK TRANSFER CREDIT B/O: COMMERZBANK AG-KREFELD FRANKFURT GERMANY D-60311 ORG: /DE38553400410382500700 | | |

JP MorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

in US Dollars
016-001257
Account No:
30 APR 2005
Statement Start Date:
13 MAY 2005
Statement End Date:
S00-USA-22
Statement Code:
009
Statement No:
Page 3 of 13

| Ledger Date | A/L Ledger Date | I | References | Credits/Debits | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 05MAY | | | USD YOUR: O/B BKAM IL C60<br>OUR: 015641425FF | 1,308,267.29 | GRACE GMBH U CO KG<br>REF: DIVIDEND PAYMENT GRACE HOLDING<br>GMBH/GERMANY/CHGS/USD35,00/<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA. MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL C60 BBI=/TIME/11:59<br>IMAD: 0505G1GF6Y2C000564 | | |
| 05MAY | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0157007125FF | 1,697,360.64 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0505E3B75D1C001845 | | |
| 05MAY | | | USD YOUR: MAESTRO<br>OUR: 0405403125FF | 3,400,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S I ML PREMIE<br>IMAD: 0505A1Q002DC001452 | | |
| 06MAY | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0372809126FF | 468,683.41 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK BBI=/TIME/15:58<br>IMAD: 0506E3B75D2C002448 | | |

**JP MorganChase**

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

Bank No. 16

In US Dollars
Account No: 016-001257
Statement Start Date: 30 APR 2005
Statement End Date: 13 MAY 2005
Statement Code: S00-USA-22
Statement No: 009

Page 4 of 13

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Debit Amount | Credit Amount | Closing Balance Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

06MAY | 06MAY | USD | YOUR: O/B BKAM IL C60 | | | 961,315.94 | | |
OUR: 0127414126FF

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
BKAM IL C60 BBI=/TIME/11:16
IMAD: 0506061QF6Y2C000338

06MAY | 06MAY | USD | YOUR: O/B WACHOVIA BK | | | 2,463,549.60 | | |
OUR: 0126013126FF

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0506E3B75D1C0013B5

06MAY | 06MAY | USD | YOUR: O/B BKAM IL C60 | | | 6,620,296.22 | | |
OUR: 0256802126FF

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: ADVANCED REFINING TECHNOLOGIES
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
BKAM IL C60 OBI=INTEREST PAYMENT F
IMAD: 0506061QF6Y2C000774

06MAY | 06MAY | USD | YOUR: 6283125803530001 | | | 30,577,256.13 | | |
OUR: 2476400126FC

CHIPS CREDIT
VIA: BANK OF AMERICA N.A.
/0959
B/O: N R GRACE-DIP
7500 GRACE DR
REF: NBNF=W.R. GRACE AND CO SYRACUS
E FDNG ACC COLUMBIA MD 21044-4098/A
C-000000000160 ORG=/000618101 7/7500
GRACE DR 0GB=/06655030583 1 1850 GA
SSN: 0138336

09MAY | 09MAY | USD | YOUR: O/B WACHOVIA BK | | | 1,026,444.86 | | |
OUR: 0158207129FF

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: N R GRACE & CO-CONN

JP MorganChase

TS

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 30 APR 2005
Statement End Date: 13 MAY 2005
Statement Code: S00-USA-22
Statement No: 009

Page 5 of 13

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

JPMorgan Chase Bank N.A.

| Ledger Date | Adjusted Date | Value Date | Explanation | Reference | Debit Amount | Credit Amount | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09MAY | | 09MAY | USD YOUR: O/B BKAM IL C60 OUR: 0164701129FF | | | 2,679,906.25 | | |

COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0509E3B75D1C001351
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
BKAM IL C60 BBI=/TIME/11:06

| 10MAY | | 10MAY | USD YOUR: O/B BKAM IL C60 OUR: 0160013130FF | | | 654,989.97 | | |

IMAD: 0509G1QFGY2C000302
FEDWIRE CREDIT
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
BKAM IL C60 BBI=/TIME/11:08

| 10MAY | | 10MAY | USD YOUR: O/B WACHOVIA BK OUR: 0161807130FF | | | 1,428,142.79 | | |

IMAD: 0510G1QFGY2C000316
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0510E3B75D1C001079

| 10MAY | | 10MAY | USD YOUR: MAESTRO OUR: 0467407130FF | | | 7,700,000.00 | | |

FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=MAE

**JP MorganChase**

Statement of Account

TS

PMorgan Ch.    Bank, N.A.

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars
016-001257
Account No:
Statement Start Date: 30 APR 2005
Statement End Date: 13 MAY 2005
Statement Code: S00-USA-22
Statement No: 009
Page 6 of 13

| Ledger Date | Adj Ledger Date | Value Date | F | T | Reference | Debit / Check | Credit / Cash | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|

**CREDITS-CONTINUED**

| 11MAY | | 11MAY | | | USD YOUR: O/B WACHOVIA BK OUR: 041440113IFF | | 849,962.56 | STRO OBI=FUND-318-P T-S 1 ML PREMIE IMAD: 0510A1Q002CC001304 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 11MAY | | 11MAY | | | USD YOUR: O/B BKAM IL C60 OUR: 041011413IFF | | 2,872,338.48 | IMAD: 0511E3B75D1C003376 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL CGO BBI=/TIME/15:01 | | |
| 12MAY | | 12MAY | | | USD YOUR: 628313180473000I OUR: 241680013ZFC | | 114,742.31 | IMAD: 0511G1QF6V2C001023 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE-DIP 7500 GRACE DR REF: NBNF=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-000000000160 ORG=/000618101 017 7500 GRACE DR OGB=/0065505305831 1850 GA | | |
| 12MAY | | 12MAY | | | USD YOUR: O/B WACHOVIA BK OUR: 0243601132FF | | 831,060.17 | SSN: 0134874 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 12MAY | | 12MAY | | | USD YOUR: O/B BKAM IL C60 OUR: 024271313ZFF | | 1,075,163.86 | IMAD: 0512E3B75D1C001666 FEDWIRE CREDIT VIA: BANK OF AMERICA | | |

**JPMorganChase**

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

Account No: 016-001257
Statement Start Date: 30 APR 2005
Statement End Date: 13 MAY 2005
Statement Code: S00-USA-22
Statement No: 009

Page 7 of 13

In US Dollars

| Ledger Date | Adj Ledger Date | F T | Reference | Value Date | Credit / Fund | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 12MAY | | | | 12MAY USD YOUR: MAESTRO OUR: 0559301132FF | 10,200,000.00 | /071000059 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/12:00 IMAD: 0512G1QF6V2C000508 | | |
| 13MAY | | | | USD OUR: 1334167857TC | 140,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=M4E STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 0512A1Q002CC001644 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000024167857 EED:050513 IND ID:9016001257 IND NAME:EFT FILE NAME: RP13206 EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199     CO EFF DATE: 05/05/13 | | |
| 13MAY | | | | 13MAY USD YOUR: O/B WACHOVIA BK OUR: 0383109133FF | 1,667,006.90 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0513S3E3B75D1C003063 | | |
| 13MAY | | | | 13MAY USD YOUR: O/B BKAM IL CGO OUR: 0392009133FF | 1,668,936.72 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000059 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

JP MorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE. - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars
Account No: 016-001257
Statement Start Date: 30 APR 2005
Statement End Date: 13 MAY 2005
Statement Code: S00-USA-22
Statement No: 009

Page 8 of 13

| Ledger Date | Adj Ledger Date | Value Date | E | Reference | Credit Amount | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 02MAY | | | | USD OUR: 0032600118XF | 855.18 | ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B BKAM IL CGO BBI=/TIME/14:03 IMAD: 0513G1QF6Y2C000872 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | | |
| 02MAY | | | | USD OUR: 0015920118XF | 6,852.80 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231196705 | | |
| 02MAY | | | | USD YOUR: NONREF OUR: 2444400122J0 | 173,098.88 | FEDWIRE DEBIT VIA: FLEET NATL BANK CT /011190571 A/C: FLEET CAPITAL CORPORATION REF: BANK OF AMERICA BUSINESS CAPIT AL W.R. GRACE & CO. - CONN./TIME/15 :28 IMAD: 0502B1QGC02C005005 | | |
| 02MAY | | | | USD YOUR: NONREF OUR: 2438700122J0 | 700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0502B1QGC07C004556 | | |
| 02MAY | | | | USD YOUR: NONREF OUR: 2438800122J0 | 3,000,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 333735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0502B1QGC06C004549 | | |
| 03MAY | | | | USD OUR: 0015240114XF | 1,616.11 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231196705 | | |
| 03MAY | | | | USD OUR: 0031200114XF | 19,039.58 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | | |
| 03MAY | | | | USD YOUR: NONREF OUR: 1878400123J0 | 1,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 333735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) | | |

**DEBITS**

**JPMorganChase**

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 30 APR 2005
Statement End Date: 13 MAY 2005
Statement Code: S00-USA-22
Statement No: 009

Page 9 of 13

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Transaction | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 03MAY | | 03MAY | | USD YOUR: NONREF OUR: 187830012300 | 8,900,000.00 | IMAD: 0503B1Q6C02C003999 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS | | |
| 04MAY | | | | USD OUR: 0015350114XF | 71.07 | IMAD: 0503B1Q6C04C003934 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 04MAY | | | | USD OUR: 0031110114XF | 38,745.97 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196S | | |
| 04MAY | | 04MAY | | USD YOUR: NONREF OUR: 212280012400 | 100,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: CHASE MEDICAL ACCT FUNDING | | |
| 04MAY | | 04MAY | | USD YOUR: NONREF OUR: 212290012400 | 1,300,000.00 | FEDWIRE DEBIT /011000028 VIA: STATE ST BOS A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) | | |
| 04MAY | | 04MAY | | USD YOUR: NONREF OUR: 212270012400 | 2,800,000.00 | IMAD: 0504B1Q6C03C004050 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS | | |
| 05MAY | | | | USD OUR: 0029990114XF | 19,301.70 | IMAD: 0504B1Q6C07C004052 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196S | | |
| 05MAY | | 05MAY | | USD YOUR: NONREF OUR: 213540012500 | 183,517.54 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 050205 HOURLY SSN: 0185332 | | |
| 05MAY | | 05MAY | | USD YOUR: NONREF OUR: 233620012500 | 6,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 | | |

JP MorganChase

Statement of Account

In US Dollars
016-001257
30 APR 2005
13 MAY 2005
S00-USA-22
009
Page 10 of 13

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

JPMorgan Chase Bank, N.A.

| Ledger Date | Adj Ledger Date | Value Date | T | Reference | Credits/Debits | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | | Reference | Credits/Debits | Description |
|---|---|---|---|---|---|
| 06MAY | | USD OUR: 0030990114XF | | | A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLLED DISBURSEMENT ACCOUNTS IMAD: 0506B1Q6C03C004191 |
| 06MAY | | USD YOUR: NONREF OUR: 2546700126J0 | | 10,092.30 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00052388196 |
| 06MAY | | USD YOUR: NONREF OUR: 2546500126J0 | | 144,391.48 | BOOK TRANSFER DEBIT A/C: SINGER & FRIEDLANDER LTD LONDON UNITED KINGDOM EC2M-4HR REF: /BNF/GRACE DAVISON PAYMENT OF INVOICES REF A&M MINERALS LTD |
| 06MAY | | USD YOUR: NONREF OUR: 2546600126J0 | | 1,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLLED DISBURSEMENT ACCOUNTS IMAD: 0506B1Q6C08C004958 |
| 06MAY | | USD YOUR: NONREF OUR: 1489300126J0 | | 9,300,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3322735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0506B1Q6C04C005006 |
| 06MAY | | USD YOUR: NONREF OUR: 1489200126J0 | | 18,577,221.13 | FEDWIRE DEBIT VIA: BK OF NYC /021000018 A/C: /IOC5696SCSMIC BANC OF AMERICA SECURITIES LLC REF: FFC 22330134 W.R. GRACE AND CO - CONN IMAD: 0506B1Q6C01C003813 |
| 06MAY | | | | 19,000,000.00 | FEDWIRE DEBIT VIA: BK OF NYC /021000018 A/C: /IOC5696SCSMIC BANC OF AMERICA SECURITIES LLC REF: FFC 22330134 W.R. GRACE AND CO - CONN |
| 09MAY | | USD OUR: 0014650114XF | | 1,329.98 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00052319670 |

JP JorganChase

TS

**Statement o. Account**

In US Dollars
016-001257
30 APR 2005
13 MAY 2005
S00-USA-22
009
Page 11 of 13

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

PMorgan Chr    Bank N 5

| Ledger Date | Value Date | F T | Reference | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | |
| 09MAY | 09MAY | USD | YOUR: NONREF OUR: 2231200129J0 | 3,700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0509B1Q6C05C004871 | | |
| 10MAY | 10MAY | USD | OUR: 0014210114XF | 2,397.27 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 10MAY | 10MAY | USD | YOUR: NONREF OUR: 2057500130J0 | 9,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0510B1Q6C06C005092 | | |
| 11MAY | 11MAY | USD | YOUR: NONREF OUR: 2690500131J0 | 2,289.88 | BOOK TRANSFER DEBIT A/C: 0022430680 METROPOLITAN LIFE INSURANCE COMPANY REF: /BNF/ATTN: W.R. GRACE & CO. NO .91370 | | |
| 11MAY | 11MAY | USD | OUR: 0014410114XF | 3,855.84 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323196705 | | |
| 11MAY | 11MAY | USD | YOUR: NONREF OUR: 2690600131J0 | 900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0511B1Q6C05C006345 | | |
| 11MAY | 11MAY | USD | YOUR: NONREF OUR: 2690400131J0 | 2,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0511B1Q6C08C006331 | | |
| 12MAY | 12MAY | USD | OUR: 0015450114XF | 1,360.86 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323196705 | | |
| 12MAY | 12MAY | USD | YOUR: NONREF OUR: 1943900132J0 | 114,742.31 | CHIPS DEBIT VIA: BANK OF NEW YORK /0001 A/C: ACIOC5696SCSMIC | | |

JP MorganChase

Statement of Account

TS

In US Dollars
016-001257
30 APR 2005
13 MAY 2005
S00-USA-22
009
Page 12 of 13

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

## DEBITS CONTINUED

| Ledger Date | Value Date | Reference | Amounts / Debits | Description |
|---|---|---|---|---|
| | | | | BANC OF AMERICA SECURITIES LLC<br>REF: FFC ACCOUNT 22330134 W. R. GRA<br>CEF AND CO.- CONN |
| 12MAY | USD YOUR: ACH OF 05/05/12<br>OUR: 0025300132HP | | 140,000.00 | SSN: 0243253<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- |
| 12MAY | USD YOUR: NONREF<br>OUR: 2382600132J0 | | 1,122,807.07 | FEDWIRE DEBIT<br>VIA: DBTCO AMERICAS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS<br>IMAD: 0512B1QGC07C005967 |
| 12MAY | USD YOUR: NONREF<br>OUR: 2382500132J0 | | 3,741,799.39 | FEDWIRE DEBIT<br>VIA: BK NOVA SCOTIA NYC<br>/026002532<br>A/C: THE BANK OF NOVA SCOTIA<br>TRANSIT 24042<br>BEN: GRACE CANADA, INC.<br>MONEY MOBILIZATION DIVISION SETTLE<br>MENT ATTN: PIERRE LEBOURDAIS<br>REF: W.R GRACE - VALLEYFIELD<br>IMAD: 0512B1QGC03C006200 |
| 12MAY | USD YOUR: NONREF<br>OUR: 2382400132J0 | | 7,100,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO.- CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0512B1QGC01C006193 |
| 13MAY | USD OUR: 0032730114XF | | 1,000.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388I963 |
| 13MAY | USD OUR: 0015870114XF | | 1,519.73 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003231967O5 |
| 13MAY | USD YOUR: ACH OF 05/05/13<br>OUR: 0013000133HP | | 9,636.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- |
| 13MAY | USD OUR: 1335354041TC | | 140,000.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050513<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000024354041 EED:050513<br>IND ID:I1351142309 |

JP MorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 30 APR 2005
Statement End Date: 13 MAY 2005
Statement Code: S00-USA-22
Statement No: 009
Page 13 of 13

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Credit / Debit | Description | Closing Balance | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 13MAY | | 13MAY | USD | YOUR: NONREF | 2,700,000.00 | IND NAME:COMPT. OF PUBLIC ACCTS | | | |
| | | | | OUR: 2486100133J0 | | FEDWIRE DEBIT | | | |
| | | | | | | VIA: WACHOVIA BK NA NC | | | |
| | | | | | | /053000219 | | | |
| | | | | | | A/C: W.R GRACE & CO. - CONN | | | |
| | | | | | | REF: W.R GRACE PAYMENT FOR CONTROLL | | | |
| | | | | | | ED DISBURSEMENT ACCOUNTS | | | |
| | | | | | | IMAD: 0513B1QGC06C005772 | | | |

**CHECKS**

*No Activity*

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

TS

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 14 MAY 2005
Statement End Date: 31 MAY 2005
Statement Code: S00-USA-22
Statement No: 010

Page 1 of 19

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 39 |
| Total Debits (incl. checks) | 72 |
| Total Checks Paid | 0 |

| | |
|---|---|
| | 131,181,743.68 |
| | 131,762,080.39 |
| | 0.00 |

### BALANCES

| Opening (14 MAY 2005) | | Closing (31 MAY 2005) | |
|---|---|---|---|
| Ledger | 860,828.11 | Ledger | 280,491.40 |

### Closing Balances

| Date | Amount |
|---|---|
| | |

**LEDGER BALANCES**

| | |
|---|---|
| 16MAY | 897,420.06 |
| 17MAY | 245,339.85 |
| 18MAY | 204,861.83 |
| 19MAY | 283,066.07 |
| 20MAY | 292,573.98 |
| 23MAY | 335,785.81 |
| 24MAY | 270,815.54 |
| 25MAY | 189,325.15 |
| 26MAY | 226,832.22 |
| 27MAY | 256,913.55 |
| 31MAY | 280,491.40 |

### CREDITS

| Ledger Date | Value Date | | References | Credit & Debit | Description |
|---|---|---|---|---|---|
| 16MAY | | | USD OUR: 1364997356TC | 9,636.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901601257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000024997356 EED:050516<br>IND ID:901601257<br>IND NAME:EFT FILE NAME: RP13304<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>813432199        CO EFF DATE: 05/05/16 |
| 16MAY | | | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0282908136FF | 1,472,991.06 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0516E3B75D1C002220 |
| 16MAY | | | USD YOUR: 0/B BKAM IL C60<br>OUR: 0279103136FF | 5,065,972.48 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W. R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BKAM IL C60 BBI=TIME/12:00 |

FT CODE:

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT
USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS REPORTED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars

Account No:                016-001257
Statement Start Date:      14 MAY 2005
Statement End Date:        31 MAY 2005
Statement Code:            S00-USA-22
Statement No:              010

Page 2 of 19

| Ledger Date | Adjustment Date | Value Date | F | T | Reference | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 17MAY | | | | | USD OUR: 137403358BTC | 452,879.60 | IMAD: 0516610F6Y2C000347 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:AON CORPORATION ORIG ID:9005551498 DESC DATE:050516 CO ENTRY DESCR:ACH PYMT  SEC:CCD TRACE#:021000024035388 EED:050517 IND ID: IND NAME:W R GRACE AND CO CONN REF:*RETIREEDB\ FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 | | |
| 17MAY | | | | | USD YOUR: O/B BKAM IL C60 OUR: 0224013137FF | 2,271,955.29 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL C60 BBI=/TIME/11:53 IMAD: 0517610F6Y2C000398 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 | | |
| 17MAY | | | | | USD YOUR: O/B WACHOVIA BK OUR: 0215201137FF | 2,581,233.92 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0517E3B75D1C001772 VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 | | |
| 17MAY | | | | | USD YOUR: MAESTRO OUR: 0521613137FF | 3,900,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-31B--I-S I ML PREMIE IMAD: 0517A1Q002BC001491 VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 | | |
| 18MAY | | | | | USD YOUR: MAESTRO OUR: 0523614138FF | 1,000,000.00 | FEDWIRE CREDIT | | |

JPMorgan Chase Bank, N.A.

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

016-001257
Account No: 14 MAY 2005
Statement Start Date: 31 MAY 2005
Statement End Date: S00-USA-22
Statement Code: 010
Statement No:
Page 3 of 19

| Ledger Date | Full Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|---|

CREDITS CONTINUED

18MAY USD YOUR: O/B WACHOVIA BK  OUR: 024290113BFF  2,739,865.89
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=MAE
STRO OBI=FUND-318-P 1-S 1 ML PREMIE
IMAD: 0518A1QO02HC001452
FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC,NA
/05300219
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098

19MAY USD YOUR: O/B WACHOVIA BK  OUR: 022450313SFF  1,533,303.50
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=N/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0518E3B75D1C002146
FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC,NA
/05300219
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098

19MAY USD YOUR: MAESTRO  OUR: 051270713SFF  3,100,000.00
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=0/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0519E3B75D1C001731
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/01100028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029

19MAY USD YOUR: O/B BKAM IL CGO  OUR: 025500913SFF  3,690,010.60
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=MAE
STRO OBI=FUND-318-P 1-S 1 ML PREMIE
IMAD: 05191100020C001451
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/07100039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA. MD 21044-4098.
REF CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=0/B
BKAM IL CGO BBI=/TIME/12:06

JPMorgan Chase Bank, N.A.

# JPMorganChase

TS

**Statement of Account**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 14 MAY 2005
Statement End Date: 31 MAY 2005
Statement Code: S00-USA-22
Statement No: 010

In US Dollars
016-001257
14 MAY 2005
31 MAY 2005
S00-USA-22
010

Page 4 of 19

| Ledger Date | Value Date | Adj Ledger Date | F | T | Reference | Credit Amount | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 20MAY | | | | | USD OUR: 140763418 9TC | 257,871.00 | IMAD: 0519G1QF6Y2C000534<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000027634189 EED:050520<br>IND ID:9016001257<br>IND NAME:EFT FILE NAME: RP13905<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>813432199   CO EFF DATE: 05/05/20 | | |
| 20MAY | | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0427207140FF | 533,562.25 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK BBI=/TIME/14:34 | | |
| 20MAY | | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0405402140FF | 1,568,008.90 | IMAD: 0520E3B75D2C001921<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC.NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 20MAY | | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0417909140FF | 1,767,841.74 | IMAD: 0520E3B75D1C003168<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>BKAM IL CGO BBI=/TIME/14:19 | | |
| 20MAY | | | | | USD YOUR: 6008136125210001<br>OUR: 1614300140FC | 13,642,600.80 | IMAD: 0520G1QF6Y2C001007<br>CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC. | | |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

016-001257
14 MAY 2005
31 MAY 2005
S00-USA-22
010
Page 5 of 19

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

| Ledger Date | Value Date | F T | References | Credit/Debit | Description | Contra Balances Date | Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23MAY | 23MAY USD YOUR: O/B WACHOVIA BK<br>OUR: 0482314143FF | | | 2,133,180.03 | REF: MBNF=W.R. GRACE AND CO SYRACUS<br>E FDNG ACC COLUMBIA MD 21044-4098/A<br>C-00000000160 ORG=/600832561137 GR<br>ACE COLLECTION INC. OGB=/0065503605<br>64 P.O. BOX 407<br>SSN: 0094635<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0523B75DIC003705 | | |
| 23MAY | 23MAY USD YOUR: O/B BKAM IL C60<br>OUR: 045870714143FF | | | 2,312,030.70 | REF: 0523E3B75DIC003705<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/0100039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL C60 BBI=/TIME/15:31<br>IMAD: 05236JQF6YZC000727 | | |
| 23MAY | 23MAY USD YOUR: MAESTRO<br>OUR: 0084602143FF | | | 3,300,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=MAE<br>STRO OBI=FUND-318-P I-S I ML PREMIE<br>IMAD: 0523A1Q002GC000048 | | |
| 24MAY | 24MAY USD YOUR: O/B WACHOVIA BK<br>OUR: 0280309144FF | | | 1,360,482.30 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B | | |