# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 22, 2005 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2005 THROUGH JUNE 30, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1102357 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Neitzel, Charlotte | Partner | $ 375.00 | 1.9 | $ 712.50 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 0.4 | $ 120.00 |
| | | | | |
| Total | | | 2.30 | 832.50 |

### Matter 00300 - Libby, Montana Asbestos Litigation

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 113.85 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 610.08 |
| Color Copies | $ - |
| **Total** | **$ 723.93** |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 705763 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/06/05 | KJC | Review invoice for document storage. | 0.20 | $ 60.00 |
| 06/07/05 | CLN | Conference with Dori Kuchinsky re sending ATSDR documents to designated lawyers (.30); coordinate with SCHaraldson re sending documents (.20); prepare documents to send to Dori Kuchinsky (.30). | 0.80 | 300.00 |
| 06/08/05 | CLN | Respond to Dori Kuchinsky email re logging, trees and asbestos. | 0.30 | 112.50 |
| 06/14/05 | KJC | Review document storage invoices. | 0.20 | 60.00 |
| 06/21/05 | CLN | Review of FOIA appeal response and transmit to Dori Kuchinsky (.50); conference with Dori Kuchinsky re sending expert reports to her and Kirkland & Ellis (.20); arrange to send reports to Dori Kuchinsky and Kirkland & Ellis (.10). | 0.80 | 300.00 |
| | | **Total Fees Through June 30, 2005:** | **2.30** | **$ 832.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 375.00 | 1.90 | $ 712.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 0.40 | 120.00 |
| | | **Total Fees:** | | **2.30** | **$ 832.50** |

Holme Roberts & Owen LLP

July 13, 2005

| | |
|---|---|
| W.R. Grace | Page 7 |
| | Invoice No.: 705763 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/07/05 | 594 | Photocopy | $ 89.10 |
| 06/16/05 | | Other Expense: IRON MOUNTAIN RECORDS Invoice AS18703 Storage from 01/01/05 to 01/31/05 | 203.36 |
| 06/16/05 | | Other Expense: IRON MOUNTAIN RECORDS Invoice N673358 Storage from 07/01/04 to 07/31/04 | 203.36 |
| 06/16/05 | | Other Expense: IRON MOUNTAIN RECORDS Invoice P566542 Storage from 09/01/05 to 09/30/05 | 203.36 |
| 06/21/05 | 165 | Photocopy | 24.75 |
| | | **Total Disbursements:** | **$ 723.93** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 113.85 |
| Other Expense | | 610.08 |
| **Total Disbursements:** | **$** | **723.93** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$  219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 1.7 | $ 552.50 |
| Haag, Susan | Paralegal | $ 135.00 | 5.3 | $ 715.50 |
| | | | | |
| Total | | | 7.00 | $ 1,268.00 |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 20.70 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 1,586.78 |
| **Total** | **$ 1,607.48** |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

Page             13
Invoice No.:     705763
Client  No.:     04339
Matter  No.:     00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/20/05 | EKF | Review fee auditor's final report regarding fifteenth interim period (.2); review and revise April 2005 monthly fee application (.4); review and revise May 2005 invoices/prebills (.3). | 0.90 | $ 292.50 |
| 06/20/05 | SH | Draft April, 2005 monthly fee application (1.10); compile and file April fee application (0.30); draft sixteenth interim fee app. charts (1.50); draft sixteenth interim fee app. (1.70). | 4.60 | 621.00 |
| 06/21/05 | EKF | Review and revise sixteenth interim quarterly fee application. | 0.50 | 162.50 |
| 06/22/05 | SH | Revise Sixteenth Interim Fee Application. | 0.40 | 54.00 |
| 06/22/05 | SH | Compile and file Sixteenth Interim Fee Application. | 0.30 | 40.50 |
| 06/30/05 | EKF | Review revised May 2005 invoices. | 0.30 | 97.50 |
| | | **Total Fees Through June 30, 2005:** | **7.00** | **$ 1,268.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.70 | $ 552.50 |
| SH | Susan Haag | Paralegal | 135.00 | 5.30 | 715.50 |
| | | **Total Fees:** | | **7.00** | **$ 1,268.00** |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

Page             14
Invoice No.:   705763
Client No.:     04339
Matter No.:    00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/16/05 | | Consulting Fee: MORRIS JAMES HITCHENS & W Invoice 276280 HRO Legal fees and costs in W.R. Grace case | $ 984.06 |
| 06/14/05 | | Consulting Fee: MORRIS JAMES HITCHENS & W Invoice 277252 HRO fees and costs in W.R. Grace case through 043005 | 602.72 |
| 06/20/05 | 48 | Photocopy | 7.20 |
| 06/20/05 | 37 | Photocopy | 5.55 |
| 06/22/05 | 53 | Photocopy | 7.95 |
| | | **Total Disbursements:** | **$ 1,607.48** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,586.78 |
| Photocopy | | 20.70 |
| **Total Disbursements:** | **$** | **1,607.48** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$ 16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |

**Matter 00440 - Indictment**

| Name | Position | Hourly Rate | June | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 300.00 | 14.8 | $ 4,440.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 21.8 | $ 3,488.00 |
| Haraldson, Stephen | Paralegal | $ 60.00 | 2.5 | $ 150.00 |
| Proctor, Faye | Case Admin. | $ 85.00 | 30.9 | $ 2,626.50 |
| | | | | |
| Total | | | 70.00 | $ 10,704.50 |

**Matter 00440 - Indictment**

| Description | TOTAL | |
|---|---|---|
| Parking | $ | - |
| Photocopies | $ | 0.30 |
| Facsimile | $ | - |
| Long Distance Telephone | $ | 3.50 |
| Federal Express | $ | - |
| Outside Courier | $ | - |
| Lexis | $ | - |
| Travel Expense | $ | - |
| Meal Expenses | $ | - |
| Other Expenses | $ | - |
| Tab Stock | $ | - |
| Velo Binding | $ | - |
| **Total** | **$** | **3.80** |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

Page         2
Invoice No.:  705755
Client  No.:  04339
Matter  No.:  00440

**Regarding: Indictment**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/05 | KJC | Telephone conferences with JLSherman re documents (0.2); research re documents (0.3); voice mail from K&E re documents meeting (0.1). | 0.60 | $ 180.00 |
| 06/01/05 | JLS | Research re documents (1.50); conferences with KJCoggon and FProctor re documents (.60). | 2.10 | 336.00 |
| 06/01/05 | FP | Database entries and research re documents. | 9.60 | 816.00 |
| 06/02/05 | KJC | Telephone conference with K&E re documents (0.3); conferences with JLSherman re documents (0.4); research re documents (0.4). | 1.10 | 330.00 |
| 06/02/05 | JLS | Research re documents (1.00); conference with WEPayne re documents (.20). | 1.20 | 192.00 |
| 06/02/05 | FP | Research database re documents. | 8.90 | 756.50 |
| 06/03/05 | FP | Research database re documents. | 6.20 | 527.00 |
| 06/06/05 | KJC | Conference with JLSherman re documents for K&E (1.0); review status of case projects (0.3); prepare for discussion re document information (0.3). | 1.60 | 480.00 |
| 06/06/05 | JLS | Conference with KJCoggon re documents (1.00); database research re documents (1.10). | 2.10 | 336.00 |
| 06/06/05 | FP | Research database re documents. | 6.20 | 527.00 |
| 06/07/05 | JLS | Research re documents. | 3.70 | 592.00 |
| 06/07/05 | SCH | E-mail memoranda from CLNeitzel re document requests and inquiries (.50); database research and document review (.50); distribution of requested documents and respond to inquiries (.50). | 1.50 | 90.00 |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

Page 3
Invoice No.: 705755
Client No.: 04339
Matter No.: 00440

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/08/05 | KJC | Telephone conference with K&E re documents (0.7); conferences with JLSherman re documents (1.1); follow-up to document information requests (1.3). | 3.10 | 930.00 |
| 06/08/05 | JLS | Conference call with Tyler Mace and KJCoggon re documents (0.70); prepare for same (0.80); follow-up re documents (3.2); conference with CCotts re same (0.20). | 4.90 | 784.00 |
| 06/09/05 | KJC | Review and revise index of documents (0.4); conference with JLSherman re document index (0.2); e-mail index to K&E (0.2); conferences with JLSherman re document information (0.3). | 1.10 | 330.00 |
| 06/09/05 | JLS | Conferences with CCotts re documents (0.40); research re documents (0.50). | 0.90 | 144.00 |
| 06/10/05 | JLS | Research re documents. | 0.90 | 144.00 |
| 06/17/05 | JLS | Database research re documents (0.40); telephone conference re same (0.10). | 0.50 | 80.00 |
| 06/17/05 | SCH | E-mail memoranda from CSGraham re document requests and inquiries; database research and document review, distribution of requested documents and respond to inquiries. | 1.00 | 60.00 |
| 06/20/05 | KJC | Research re documents (0.6); telephone conference with JLSherman re documents (0.2). | 0.80 | 240.00 |
| 06/20/05 | JLS | Database research re documents. | 1.40 | 224.00 |
| 06/21/05 | JLS | Database research re documents. | 0.60 | 96.00 |
| 06/22/05 | KJC | Telephone conference with T. Mace re documents (0.2); research re documents and EPA requests (1.1); telephone conference with JLSherman re documents (0.2). | 1.50 | 450.00 |

Holme Roberts & Owen LLP

July 13, 2005

| | | | | |
|---|---|---|---|---|
| W.R. Grace | | | Page | 4 |
| | | | Invoice No.: | 705755 |
| | | | Client No.: | 04339 |
| | | **Itemized Services** | Matter No.: | 00440 |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/23/05 | KJC | Conferences with JLSherman and T. Mace re documents (.70); research re documents and 104(e) response (2.30); draft letter re documents (.20). | 3.40 | 1,020.00 |
| 06/23/05 | JLS | Research re documents (2.40); conferences with KJCoggon and Tyler Mace re documents (0.70); read and respond to e-mails re documents (0.40). | 3.50 | 560.00 |
| 06/24/05 | KJC | Research and send documents to K&E (0.30). | 0.30 | 90.00 |
| 06/28/05 | KJC | Research and send documents to K&E (0.6). | 0.60 | 180.00 |
| 06/29/05 | KJC | Review document information and follow-up re same. | 0.40 | 120.00 |
| 06/30/05 | KJC | Conference with JLSherman re documents and other requests from K&E (0.3). | 0.30 | 90.00 |
| | | **Total Fees Through June 30, 2005:** | **70.00** | **$ 10,704.50** |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 14.80 | $ 4,440.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 21.80 | 3,488.00 |
| SCH | Stephen Haraldson | Paralegal | 60.00 | 2.50 | 150.00 |
| FP | Faye Proctor | Case Administrator | 85.00 | 30.90 | 2,626.50 |
| | | **Total Fees:** | | **70.00** | **$ 10,704.50** |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/02/05 | | Long Distance Telephone: 12 Mins., TranTime:09:29 | $ 1.20 |

Holme Roberts & Owen LLP

July 13, 2005

| | |
|---|---|
| W.R. Grace | Page 5 |
| | Invoice No.: 705755 |
| | Client No.: 04339 |
| | Matter No.: 00440 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/08/05 | 2 | Photocopy | 0.30 |
| 06/22/05 | | Long Distance Telephone: 12 Mins., TranTime:13:25 | 1.10 |
| 06/23/05 | | Long Distance Telephone: 12 Mins., TranTime:11:09 | 1.20 |
| | | **Total Disbursements:** | **$ 3.80** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 0.30 |
| Long Distance Telephone | | 3.50 |
| **Total Disbursements:** | **$** | **3.80** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 699591 | 05/18/05 | Bill | 20,181.17 |
| | | *Outstanding Balance on Invoice 699591:* | $ 20,181.17 |
| 703797 | 06/22/05 | Bill | 4,786.35 |
| | | *Outstanding Balance on Invoice 703797:* | $ 4,786.35 |
| | | **Total Outstanding Invoices:** | **$ 24,967.52** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Total Balance Due This Matter** | $ | 35,675.82 |