## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of **August, 2005**, a copy of the foregoing *Notice of Thirty-second Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May 2005* was served on the attached 2002 list by first class mail.

/s/ Kathleen M. Miller
Kathleen M. Miller

{10005282.DOC}                              4