**Attachment B**
**To Fee Application**

## Summary of PwC's Fees By Professional
## May 2005

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended May 31, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $578.00 | 8.0 | $ 4,624.00 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $578.00 | 2.0 | $ 1,156.00 |
| Peter Woolf | Partner | 25 | Integrated Audit | $450.00 | 1.5 | $ 675.00 |
| Robert F Eydt | SEC Review Manager | 20+ | Integrated Audit | $763.00 | 2.0 | $ 1,526.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | Integrated Audit | $332.00 | 2.0 | $ 664.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $320.00 | 11.5 | $ 3,680.00 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $259.00 | 8.5 | $ 2,201.50 |
| Ryan Grady | Audit Senior Associate | 4 | Integrated Audit | $172.00 | 95.4 | $ 16,408.80 |
| Maria J. Afuang | Audit Senior Associate | 4 | Integrated Audit | $160.00 | 37.8 | $ 6,048.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $98.00 | 33.0 | $ 3,234.00 |
| Michael McDonnell | Audit Associate | 3 | Puerto Rico Statutory Audit | $109.00 | 9.0 | $ 981.00 |
| Michael McDonnell | Audit Associate | 3 | Integrated Audit | $129.00 | 6.9 | $ 890.10 |
| Nicholas P Barrett | Audit Associate | <1 | Puerto Rico Statutory Audit | $109.00 | 6.0 | $ 654.00 |
| Nicholas Stromann | Audit Associate | 2 | Integrated Audit | $129.00 | 34.5 | $ 4,450.50 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $129.00 | 22.0 | $ 2,838.00 |
| | | TOTAL | | | 280.1 | $ 50,030.90 |

Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Total Cost of Tracking Time Billed to Grace         $ 4,887.70
Total Hours Spent Tracking Time                      50.0

## Summary of PwC's Fees By Project Category:
## May 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 50.0 | $4,887.70 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |

| | | |
|---|---|---|
| 25-Accounting/Auditing | 280.1 | $50,030.90 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 330.1 | $54,918.60 |

Expense Summary
May 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $197.79 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $105.27 |
| TOTAL: | | $303.06 |