# EXHIBIT - A

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended May 31, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $578.00 | 8.0 | $ 4,624.00 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $578.00 | 2.0 | $ 1,156.00 |
| Peter Woolf | Partner | 25 | Integrated Audit | $450.00 | 1.5 | $ 675.00 |
| Robert F Eydt | SEC Review Manager | 20+ | Integrated Audit | $763.00 | 2.0 | $ 1,526.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | Integrated Audit | $332.00 | 2.0 | $ 664.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $320.00 | 11.5 | $ 3,680.00 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $259.00 | 8.5 | $ 2,201.50 |
| Ryan Grady | Audit Senior Associate | 4 | Integrated Audit | $172.00 | 95.4 | $ 16,408.80 |
| Maria J. Afuang | Audit Senior Associate | 4 | Integrated Audit | $160.00 | 37.8 | $ 6,048.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $98.00 | 33.0 | $ 3,234.00 |
| Michael McDonnell | Audit Associate | 3 | Puerto Rico Statutory Audit | $109.00 | 9.0 | $ 981.00 |
| Michael McDonnell | Audit Associate | 3 | Integrated Audit | $129.00 | 6.9 | $ 890.10 |
| Nicholas P Barrett | Audit Associate | <1 | Puerto Rico Statutory Audit | $109.00 | 6.0 | $ 654.00 |
| Nicholas Stromann | Audit Associate | 2 | Integrated Audit | $129.00 | 34.5 | $ 4,450.50 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $129.00 | 22.0 | $ 2,838.00 |
| | | TOTAL | | | 280.1 | $ 50,030.90 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/2/2005 | 0.5 | Prepare PADP forms for audit work |
| 5/4/2005 | 3.0 | Prepare PADP forms for audit work |
| 5/5/2005 | 0.4 | Discuss incentive accrual issues with B Tarola (Grace) |
| 5/5/2005 | 1.1 | Review quarterly review file |
| 5/9/2005 | 0.3 | Discuss Germany incentive accrual with T Hutcherson, R Worster (PwC) |
| 5/9/2005 | 0.7 | Discuss 2005 integrated audit team plan with T Hutcherson, J Newstead, R Grady and F Barnard (PwC) |
| 5/22/2005 | 0.5 | Prepare PADP forms for audit work |
| 5/24/2005 | 1.0 | Correspond with B Tarola and PwC Germany about incentive accrual issue |
| 5/31/2005 | 0.5 | Discuss changes to bankruptcy billing application and process with R Grady (PwC) |
| | **8.0** | **Total Grace Financial Statement Audit Charged Hours** |
| | **8.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Robert Keehan**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/5/2005 | 1.0 | Review of Form 10-Q and compile commentary for consideration by core engagement team and client |
| 5/10/2005 | 1.0 | Review of Form 10-Q and compile commentary for consideration by core engagement team and client |
| | 2.0 | Total Grace Financial Statement Audit Charged Hours |
| | 2.0 | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Peter Woolf**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/3/2005 | 1.0 | Review 10q. Disc with Joe Gibbs and Jody. |
| 5/4/2005 | 0.5 | Sign off 10Q |
| | **1.5** | **Total Grace Audit Charged Hours** |
| | **1.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Robert Eydt**

| 5/7/2005 | 1.0 | Review of Form 10-Q and compile commentary for consideration by core engagement team and client |
| 5/12/2005 | 1.0 | Review of Form 10-Q and compile commentary for consideration by core engagement team and client |
| | **2.0** | **Total Grace Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Todd Hutcherson**

| | Hours | Description |
|--|-------|-------------|
| | 1.1 | Pre Audit Committee meeting with Bill Bishop (PwC) and Bob Tarola, Brian Kenny (Grace) |
| | 0.9 | Participation in Audit Committee meeting. |
| | **2.0** | **Total Grace Financial Statement Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/6/2005 | 1.0 | Planning scope for Year 2 |
| 5/9/2005 | 2.5 | planning approach and reviewing detailed scoping doc |
| 5/13/2005 | 1.0 | meeting with Bill Bishop and Ryan Grady for initial planning |
| | 1.0 | emails with B Kenny |
| 5/19/2005 | 1.0 | budget preparation |
| 5/24/2005 | 1.0 | meeting with  and Ryan Grady for initial planning |
| 5/26/2005 | 4.0 | planning meeting and lunch with B Kenny and R Grady |
| | **11.5** | **Total Grace Time Tracking Charged Hours** |
| | **11.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Tax**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jody Beth Underhill**

**TAX TIME INCURRED**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/2/2005 | 3.0 | Telephone conversations with Joe Gibbs (Grace) to discuss tax provision schedules |
| 5/3/2005 | 1.0 | Discussion with Peter Woolf and William Bishop (PwC) re: derivatives and hedge transactions |
|  | 4.5 | Review of first quarter provision and 10Q for additional information related to the derivatives and hedging transactions. |
|  | **8.5** | **Total Grace Tax Charged Hours** |
|  | **8.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Ryan Grady** | | |
| **5/2/2005** | 1.1 | Review quarterly review database sections |
| | 0.7 | Review senior manager comments on 10-Q |
| | 1.0 | Review concurring partner comments on 10-Q |
| | 0.7 | Review quarterly review database sections |
| | 2.4 | Read and research SFAS 141 |
| | 1.9 | Review quarterly review database sections |
| | 2.5 | Read current draft of 10-Q |
| **5/3/2005** | 1.9 | Compile balance sheet and income statement flux analysis |
| | 1.0 | Review form 10-Q |
| | 1.3 | Review SEC reviewer comments on 10-Q |
| | 1.0 | Discuss long term incentive plan accrual with B Bishop and Todd Hutcherson (PwC) |
| | 0.7 | Compile balance sheet and income statement flux analysis |
| | 0.8 | Research and compile answers to SEC reviewer comments |
| | 0.6 | Review concurring partner review checklist |
| | 0.7 | Review concurring partner comments on 10-Q |
| | 2.6 | Review form 10-Q |
| **5/4/2005** | 0.3 | Prepare for call with B Eydt (PwC) - to review SEC reviewer comments |
| | 0.6 | Call with B Eydt and T Hutcherson (PwC) to discuss comments on 10-Q |
| | 0.5 | Call with R Keehan (PwC) to discuss comments on 10-Q |
| | 1.1 | Review quarterly review database sections |
| | 2.5 | Review quarterly review database sections |
| | 1.4 | Read revised form 10-Q |
| | 1.5 | Review quarterly review database sections |
| | 1.9 | Review quarterly review database sections |
| | 0.8 | Review quarterly review database sections |
| **5/5/2005** | 1.1 | Import and review latest database steps from Masterdata |
| | 0.9 | Update Summary of Deficiencies and critical matter documents |
| | 2.3 | Read updated form 10-Q |
| | 1.7 | Review quarterly review database sections |
| | 2.1 | Review quarterly review database sections |
| | 0.7 | Review quarterly review database sections |
| **5/6/2005** | 1.8 | Review quarterly review database sections |
| | 2.1 | Read updated form 10-Q |
| | 0.8 | Meet with M Brown (Grace) to discuss unresolved matters |
| | 1.6 | Read updated form 10-Q |
| | 0.9 | Read final version form 10-Q |
| **5/9/2005** | 2.0 | Document 2005 audit planning procedures |
| | 2.1 | Update scoping analysis for updates made by Internal Audit |
| | 1.3 | Review prior year controls documentation for design effectiveness |
| | 1.7 | Review prior year controls documentation for design effectiveness |
| | 1.5 | Review prior year controls documentation for design effectiveness |
| **5/10/2005** | 1.0 | Review prior year controls documentation for design effectiveness |
| | 1.5 | Review prior year controls documentation for design effectiveness |
| | 1.5 | Prepare first draft "bucket analysis" to classify controls based on risk |
| | 1.2 | Prepare first draft "bucket analysis" to classify controls based on risk |
| | 1.8 | Review prior year controls documentation for design effectiveness |

| Date | Hours | Description |
|---|---|---|
| | 1.0 | Review prior year controls documentation for design effectiveness |
| 5/11/2005 | 2.3 | Review prior year controls documentation for design effectiveness |
| | 0.7 | Prepare first draft "bucket analysis" to classify controls based on risk |
| | 1.5 | Updated analysis of significant locations/processes |
| | 1.8 | Updated analysis of significant locations/processes |
| | 1.3 | Prepare timing schedule for 404 controls work |
| 5/12/2005 | 2.1 | Update timing schedule for 404 controls work |
| | 1.2 | Update timing schedule for 404 controls work |
| | 1.5 | Reconcile timing schedule to budgeting schedule |
| | 1.8 | Update budgeting file |
| | 0.6 | Discussion with T Hutcherson about budget file |
| | 1.4 | Update budgeting file |
| 5/16/2005 | 2.0 | Make revisions to budgeting and timing files and reconcile to expected 2005 fee |
| | 1.3 | Review prior year controls documentation for design effectiveness |
| | 1.5 | Review prior year controls documentation for design effectiveness |
| | 1.3 | Update documentation in database |
| | 0.9 | Review current year risk assessment |
| 5/18/2005 | 2.2 | Review prior year controls documentation for design effectiveness |
| | 1.1 | Review prior year controls documentation for design effectiveness |
| 5/18/2005 | 1.0 | Document scoping analysis for Sarbanes Oxley work |
| | 1.2 | Document scoping analysis for Sarbanes Oxley work |
| | 0.7 | Document scoping analysis for Sarbanes Oxley work |
| 5/19/2005 | 0.6 | Document scoping analysis for Sarbanes Oxley work |
| | 0.8 | Document scoping analysis for Sarbanes Oxley work |
| 5/20/2005 | 0.5 | Document scoping analysis for Sarbanes Oxley work |
| | **95.4** | **Total Grace Financial Statement Audit Charged Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Maria J. Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/2/2005 | 1.2 | Working on DMG Schedule |
| | 1.6 | Performing subsequent events procedure |
| | 1.3 | Reviewing LTIP analysis in the database |
| | 0.9 | Reviewing core operating costs |
| | 0.7 | Summarizing flux analysis for severance and PwC accrual |
| | 0.2 | Review of pending items (schedules/memos needed from the client) |
| | 0.4 | Going over the database open items |
| 5/3/2005 | 1.3 | Coordinating on journal entry selection |
| | 0.3 | Discussion with John Reilley (Grace) regarding selection of Journal Entries |
| | 0.6 | Discussion with Tom Finlay (Grace) regarding pulling up sample from SAP |
| | 2.0 | Update disclosure checklist and attach Financial Statements Disclosure Checklist  in the database |
| | 1.2 | Coordinate and finalize income tax step with appropriate personnel |
| 5/4/2005 | 0.4 | Coordinate with Dianne (Grace) regarding the first quarter in house legal letter |
| | 1.6 | Create step in the database relating to obtaining legal letter and complete the said step |
| | 0.5 | Coordinate journal entry testing |
| | 2.2 | Tie out of pension expense in the external working papers |
| | 1.0 | Discussion of journal entry testing with John and Kevin (both Grace) and with Chris (PwC) |
| | 0.2 | Discuss open items with Michael Brown (Grace) |
| | 1.2 | Review steps in the database |
| 5/5/2005 | 3.8 | Review tie out of MD&A |
| | 2.2 | Review and complete Audit Disclosure Checklist |
| 5/6/2005 | 1.2 | Review journal entry testing step |
| | 0.2 | Review open items step in the database |
| | 1.4 | Perform specific inquiries about potential significant and complex accounting matters |
| | 1.8 | Coordinate the signing of the opinion and SEC awareness letter |
| | 0.6 | Finish documentation of steps in the database and attaching signed representation letter and signed questionnaire |
| | 1.8 | Double checking tie out of external working papers |
| | 1.0 | Transferring tickmark on updated 10Q |
| 5/9/2005 | 1.6 | Organizing external files |
| | 2.2 | Organizing loose documents |
| | 1.2 | Prepare database for archiving |
| | **37.8** | **Total Grace Time Tracking Charged Hours** |
| | **37.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/2/2005 | 4.2 | Tie out 10Q |
| | 0.6 | Update open items list for 10Q |
| | 0.5 | Meet with M. Brown (Grace) to discuss open items |
| | 0.2 | Print out open items list at protivit portal |
| | 1.4 | Continue to tie out 10Q |
| 5/3/2005 | 0.6 | Search W.R. Grace website to gain understanding and update GEMS for Malaysia |
| | 0.9 | Meet with M. Brown to discuss Davison sales analytics |
| | 1.1 | Update GEMS to include WR Grace Chemials (Malaysia) Sdn. Bhd. |
| | 0.3 | Email W. Bishop (PwC) about Malysia entity |
| | 5.1 | Continue to tie out 10Q |
| 5/4/2005 | 3.8 | Tie out 10Q |
| 5/5/2005 | 0.8 | Review PwC Summary of Aggregate Deficiencies (SAD) from 2004 year end audit |
| | 1.9 | Compare PwC SAD with Grace SAD from B. Kenny (Grace) |
| | 0.3 | Email D. Wright (PwC) outlining differences between PwC and Grace SAD |
| 5/6/2005 | 1.3 | Tie out 10Q |
| | 0.9 | Complete documentation for Grace Davison analytical procedures and mark step as complete |
| | 1.5 | Blue tic 10Q; compare to Edgar version of financial statements |
| | 2.1 | Red tic final 10Q |
| | 0.6 | Organize Q1 workpaper binder |
| | 0.8 | Clean out PwC cubicles at WR Grace for use by Grace |
| 5/9/2005 | 0.4 | Grant Francois Barnard (PwC) member access to 2004 integrated audit database |
| 5/18/2005 | 1.7 | Create WR Grace 2005 integrated audit schedule |
| | 0.9 | Revise WR Grace 2005 Integrated audit schedule using R. Grady (PwC) notations |
| 5/19/2005 | 0.2 | Email W. Bishop about update with AKZO Nobel Chemicals GMBH Pension Scheme |
| | 0.2 | Email J. Afuang about information concerning AKZO Nobel Chemicals GMBH Pension Scheme in GEMS and whether pension plan is active, who is controlling pension plan |
| 5/24/2005 | 0.4 | Read WR Grace article, "Judge delays trial for Grace executives" |
| 5/26/2005 | 0.3 | Read WR Grace article, "WR Grace Seeks to Make $7.9M in Pension Contributions" |

| | 33.0 | **Total Grace Audit Charged Hours** |
|------|-------|----------------------------------|
| | 33.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Michael McDonnell**

**Darex Puerto Rico TIME INCURRED**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/16/2005 | 2.0 | Initiate PADP, complete the objectives, for Bianca Rodriguez and Nick Barrett. |
|  | 0.7 | Initiate PADP self PADP for work performed on Grace quarterly review |
| 5/29/2005 | 1.2 | Complete objectives for welf PADP |
| 5/31/2005 | 3.0 | Complete PADPs for Bianca Rodriguez and Nick Barrett. |
|  | **6.9** | **Total Grace Darex Puerto Rico Charged Hours** |

**Audit Hours**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/2/2005 | 3.0 | Reviewing Inventory testing for WR Grace Puerto Rico, Follow up on documentation of previous comments (inventory related) with team and client. |
| 5/3/2005 | 3.0 | Follow up with Client P. Milken, regarding the sales mark up testing, regarding expanded sample. |
| 5/6/2005 | 3.0 | Receive sales mark up, support complete testing and documentation, discuss with client. |
|  | **9.0** | **Total Grace Financial Statement Audit Charged Hours** |
|  | **15.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Michael McDonnell**

**Darex Puerto Rico TIME INCURRED**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/2/2005 | 2.2 | Document time charged to Grace for 5/2/05. |
| | 1.8 | Complete A/P search documentation. |
| 5/3/2005 | 0.1 | Document time charged to Grace for 5/3/05. |
| | 0.8 | Update dispenser testing documentation. |
| | 0.4 | Update documentation concerning $5M asset transfer. |
| | 0.7 | Update SUD spreadsheet. |
| | **6.0** | **Total Grace Audit Charged Hours** |
| | **6.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Nicholas Stromann**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 5/2/2005 | 0.4 | Read the latest news article about leadership changes at WR Grace; add to the Grace communications database |
| | 2.9 | Read the First Quarter SEC Form 10-Q |
| | 1.9 | Begin 10-Q Tie-out |
| | 0.4 | Grant access to the Grace audit databases to C. Park (PwC) |
| | 2.4 | Research the affect and disclosure of partial acquisitions, particularly FAS 141, APB 16, and FAS 96 |
| 5/3/2005 | 0.6 | Review prior year journal entry testing |
| | 0.4 | Discuss journal entry testing with J. Afuang (PwC) |
| | 0.5 | Discuss office space issues with B. Summerson (Grace) |
| | 0.3 | Request change of SAP password from Grace IT |
| | 6.2 | Continue the SEC Form 10-Q tie out |
| 5/4/2005 | 0.3 | Discussion of journal entry testing with C. Park (PwC) |
| | 0.3 | Demonstrate the use and general navigation of SAP with J. Afuang and C. Park (PwC) |
| | 0.4 | Review PwC Template Manager for updates to the Concurring Review Partner Checklist (CRP Checklist) |
| | 1.2 | Update the CRP Checklist with developments and highlights of W. R. Grace's business environment and First Quarter Performance and submit to R. Grady (PwC) for review |
| | 1.3 | Continue 10-Q tie-out |
| | 0.8 | Receive edited CRP Checklist from R. Grady (Grace); reformat and make changes |
| | 2.3 | Continue 10-Q tie-out |
| | 1.2 | Begin cleaning out the cube at the Grace site as PwC was losing the space to a new Grace employee |
| | 0.2 | Discuss progression of work as well as work yet to be finished for the 10Q with R. Grady and E. Margolius (PwC) |
| 5/5/2005 | 1.0 | Excess Travel to Grace |
| | 0.6 | Discussions with K. Blood (Grace) regarding the latest version of the Form 10Q, known updates yet to be made, the Edgar version and outstanding support |
| | 0.9 | Continue Tie-out |
| 5/6/2005 | 5.3 | Continue and Finish the 10Q Tie-out including reading the Edgar Version |
| | 1.5 | Transfer tickmarks to one final version of the 10Q for the audit file |
| | 0.9 | Finish cleaning out the cubes PwC lost to new Grace employees |
| | 0.3 | Ensuring the audit files was together and reviewing excess support for document retention compliance |
| | **34.5** | **Total Grace Audit Charged Hours** |
| | **34.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Christopher W. Park**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/2/2005 | 2.1 | Review 1st Quarter SEC Filing |
| | 1.6 | Review 1st Quarter Database |
| 5/3/2005 | 2.6 | Review Year End SEC Filing |
| | 2.6 | Review Year End Database |
| 5/4/2005 | 1.0 | Discussion of journal entry testing with J. Reilly and K. Caldwell (both Grace) and with J. Afuang (PwC) |
| | 1.0 | Discussion of journal entry testing with M. Brown (Grace) |
| | 2.1 | Perform and document journal entry testing |
| | 1.1 | Work on 2005 Audit Committee Presentation |
| 5/5/2005 | 2.1 | Reconcile WIPS to Time Summary Reports for 2004 Audit |
| | 1.6 | Work on 2005 Audit Committee Presentation |
| 5/6/2005 | 1.3 | Document Memo related to generating the journal entry report and searching specific journal entries in SAP |
| | 2.9 | Tie out of final 2nd Quarter filing |
| | **22.0** | **Total Grace Audit Charged Hours** |
| | **22.0** | **Total Hours** |

**WR Grace and Co.**
**Time Summary Report - Time Tracking**
**Month ended May 31, 2005**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|-------|----------------------------------|-----------|--|---------------|--|
| **TIME TRACKING TIME INCURRED** | | | | | | |
| **Name: Ryan Grady** | | | | | | |
| 5/3/2005 | 1.8 | Review March 2005 fee application prior to submission to the US Bankruptcy Court | $ | 172.00 | $ | 309.60 |
| 5/17/2005 | 1.1 | Review April 2005 fee application prior to submission to the US Bankruptcy Court | $ | 172.00 | $ | 189.20 |
| 5/17/2005 | 0.8 | Discussion with Fee auditor to discuss 2005 billing arrangement | $ | 172.00 | $ | 137.60 |
| 5/18/2005 | 0.4 | Review April 2005 fee application prior to submission to the US Bankruptcy Court | $ | 172.00 | $ | 68.80 |
| 5/19/2005 | 0.5 | Discuss 2005 billing arrangement with T Hutcherson (PwC) | $ | 172.00 | $ | 86.00 |
| 5/20/2005 | 1.1 | Review April 2005 fee application prior to submission to the US Bankruptcy Court | $ | 172.00 | $ | 189.20 |
| | **5.7** | | | | | $ 980.40 |
| **Name: Christopher Park** | | | | | | |
| 5/14/2005 | 1.5 | Convert internal time records into format compliant with US Bankruptcy rules | $ | 129.00 | $ | 193.50 |
| | **1.5** | | | | | 193.5 |
| **Name: Maria J. Afuang** | | | | | | |
| 5/2/2005 | 0.7 | Convert internal time records into format compliant with US Bankruptcy rules | $ | 106.00 | $ | 74.20 |
| 5/3/2005 | 1.6 | Convert internal time records into format compliant with US Bankruptcy rules | $ | 106.00 | $ | 169.60 |
| 5/4/2005 | 0.9 | Convert internal time records into format compliant with US Bankruptcy rules | $ | 106.00 | $ | 95.40 |
| 5/5/2005 | 2.0 | Convert internal time records into format compliant with US Bankruptcy rules | $ | 106.00 | $ | 212.00 |
| 5/9/2005 | 2.0 | Convert internal time records into format compliant with US Bankruptcy rules | $ | 106.00 | $ | 212.00 |
| 5/12/2005 | 4.0 | Convert internal time records into format compliant with US Bankruptcy rules | $ | 106.00 | $ | 424.00 |
| | **11.2** | **Total Grace Time Tracking Charged Hours** | | | | $ 1,187.20 |
| **Name: Lauren Misler** | | | | | | |
| 5/15/2005 | 1.0 | Convert internal time records into format compliant with US Bankruptcy rules | $ | 129.00 | $ | 129.00 |
| | **1.0** | Total Grace Time Tracking Hours | | | | 129 |
| **Name: Ryan Neice** | | | | | | |
| 5/16/2005 | 1.2 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 86.00 | $ | 103.20 |
| 5/17/2005 | 2.1 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 86.00 | $ | 180.60 |
| 5/18/2005 | 3.0 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 86.00 | $ | 258.00 |
| 5/19/2005 | 3.3 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 86.00 | $ | 283.80 |
| 5/20/2005 | 1.5 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 86.00 | $ | 129.00 |
| | **11.1** | Total Grace Time Tracking Hours | | | | $ 954.60 |
| **Name: Allison Reeder** | | | | | | |
| 5/3/2005 | 2.0 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 148.00 |
| 5/6/2005 | 1.5 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 111.00 |
| 5/10/2005 | 1.0 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 74.00 |
| 5/11/2005 | 2.0 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 148.00 |
| 5/12/2005 | 1.5 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 111.00 |
| 5/16/2005 | 2.5 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 185.00 |
| 5/17/2005 | 1.5 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 111.00 |
| 5/19/2005 | 1.0 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 74.00 |
| 5/20/2005 | 1.5 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 111.00 |
| 5/24/2005 | 1.0 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 74.00 |
| 5/25/2005 | 1.5 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 111.00 |
| 5/26/2005 | 1.5 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 111.00 |
| 5/30/2005 | 1.0 | Prepare monthly fee application for US Bankruptcy courts - April 2005 | $ | 74.00 | $ | 74.00 |
| | **19.5** | | | | | $ 1,443.00 |
| **Totals** | **50.0** | | | | $ | 4,887.70 |

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
|      | -     | Total Lost Travel Time |
|      | -     | Total Lost Travel Time |
|      | #REF! | Total Lost Travel Time not chargeable to WR GRACE |

# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended May 31, 2005**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Nicholas Stromann | Audit | 5/2/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 5/3/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 5/4/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 5/5/05 | $ 34.02 | | | | Mileage to Grace from PwC office (84 miles) * $0.405/mile |
| | Audit | 5/6/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | | | | | | | |
| Maria J. Afuang | Audit | 5/2/05 | $ 10.15 | | | | Mileage in exces of normal commute ((50-25)*.405) |
| | Audit | 5/3/05 | $ 10.15 | | | | Mileage in exces of normal commute ((50-25)*.405) |
| | Audit | 5/4/05 | $ 10.15 | | | | Mileage in exces of normal commute ((50-25)*.405) |
| | Audit | 5/5/05 | $ 22.30 | | | | Mileage from Tysons to Grace (55*.405) |
| | Audit | 5/6/05 | $ 10.15 | | | | Mileage in exces of normal commute ((50-25)*.405) |
| | Audit | 5/9/05 | $ 10.15 | | | | Mileage in exces of normal commute ((50-25)*.405) |
| | Audit | 5/9/05 | | | | $ 50.00 | PwC Groups Meals (Maria Afuang, Erica Margolius,Nick Stromann) |
| John Newstead | 404 | 5/26/05 | | | | $55.27 | working lunch with Brian Kenny |
| Summary | | Total $ 303.06 | Transportation $ 197.79 | Lodging $ - | Sundry $ - | Business Meals $ 105.27 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended May 31, 2005

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| **Maria J. Afuang** | 5/2/05 | Audit Senior Associate | $ | 10.15 | Mileage in excess of normal commute ((50-25)* 405) |
| | 5/3/05 | Audit Senior Associate | $ | 10.15 | Mileage in excess of normal commute ((50-25)*.405) |
| | 5/4/05 | Audit Senior Associate | $ | 10.15 | Mileage in excess of normal commute ((50-25)*.405) |
| | 5/5/05 | Audit Senior Associate | $ | 22.30 | Mileage from Tysons to Grace (55*.405) |
| | 5/6/05 | Audit Senior Associate | $ | 10.15 | Mileage in excess of normal commute ((50-25)* 405) |
| | 5/9/05 | Audit Senior Associate | $ | 10.15 | Mileage in excess of normal commute ((50-25)*.405) |
| | | | $ | 50.00 | PwC Groups Meals (Maria Afuang, Erica Margolius,Nick Stromann) |
| | | | **$** | **123.05** | |
| **Nicholas Stromann** | 5/2/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 5/3/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 5/4/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 5/5/05 | Audit Associate | $ | 34.02 | Mileage to Grace from PwC office (84 miles) * $0.405/mile |
| | 5/6/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | | | **$** | **124.74** | |
| **John Newstead** | 5/26/05 | Audit Senior Manager | **$** | **55.27** | working lunch with Brian Kenny |
| | | **Grand Total** | **$** | **303.06** | |