IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | **Ref. No. 7287** |

**AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019**

Daniel C. Cohn, on behalf of Cohn Whitesell & Goldberg LLP ("CWG"), and Adam G. Landis, on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for the claimants injured by exposure to tremolite asbestos from the Debtors' operations in and near Libby, Montana identified in the exhibits referred to in paragraph 8 below (the "Libby Claimants"), make the following statement:

1. This Amended and Restated Verified Statement is filed in accordance with Fed. R. Bankr. 2019 and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715], as it has been supplemented by the Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (the "2019 Order").

2. CWG and LRC are counsel for the Libby Claimants in the above-captioned cases.

3. CWG was engaged as co-counsel by the Libby Claimants' personal injury counsel, McGarvey, Heberling, Sullivan & McGarvey, P.C. ("MHSM") of Kalispell, Montana, and Lewis, Slovak & Kovacich, P.C. ("LSK") of Great Falls, Montana (collectively, "Montana Counsel"), to provide services related to the Debtors' cases on behalf of all of their respective clients having claims against the Debtors. In turn, CWG engaged LRC to serve as Delaware

counsel. CWG and LRC will also represent any future clients of Montana Counsel who hold personal injury claims against the Debtors.

4. LRC also acts as Delaware counsel to the Town of Acton, Massachusetts (the "Town"). The Town is a creditor in these Chapter 11 cases, seeking a determination that its claims against the Debtors, which are related to a sewer project, arose post-petition and are not subject to the automatic stay. In the alternative, the Town seeks relief from the automatic stay to pursue its claims against the Debtors.

5. LRC also is counsel to PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan (collectively, "PacifiCorp"). PacifiCorp is a creditor in these Chapter 11 cases, seeking an order permitting them to file late claims relating to a parcel of real property located in Salt Lake City, Utah. The Libby Claimants, the Town and PacifiCorp are hereinafter collectively referred to as the "Clients."

6. LRC has fully advised the Clients with respect to this concurrent representation. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

7. CWG and LRC do not possess any claims against or interests in the Debtors.

8.  In accordance with the provisions of the 2019 Order, separate exhibits for the MHSM and LSK firms, containing the information required by the 2019 Order, have been submitted to the Clerk of this Court but have not been electronically filed.

Dated: August 2, 2005                                           LANDIS RATH & COBB LLP

*[signature]*

Adam G. Landis, Esq. (No. 3407)
Kerri Mumford, Esq. (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

-and-

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

Counsel for the Libby Claimants

393.001-8913.doc