IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Ref. Docket Nos. 8975 and 9118 |
| ) | |

NOTICE OF CORRECTION TO SWIDLER BERLIN, LLP'S
INTERIM APPLICATION FOR THE PERIOD
APRIL 1, 2005 THOUGH APRIL 30, 2005 AND
INTERIM FEE APPLICATION FOR THE PERIOD
MAY 1, 2005 THROUGH MAY 31, 2005

**PLEASE TAKE NOTICE** that Swidler Berlin LLP ("Swidler"), counsel to David T. Austern, the Future Claimants' Representative ("FCR"), filed two pleadings in the above-captioned cases relating to its compensation and expenses for the months of March and April 2005, and inadvertently entitled each pleading as its "Eleventh" Monthly Interim Application. Please note that Swidler's April 2005 monthly interim application should be corrected to be entitled as Swidler's Twelfth Monthly Interim Application and Swidler's May 2005 monthly interim application should be corrected to be entitled as Swidler's Thirteenth Monthly Interim Application, and other references to each of those interim fee applications should be corrected accordingly.

Any questions regarding this Notice or otherwise may be directed to undersigned counsel for the FCR.

SWIDLER BERLIN LLP

Dated: August 2, 2005        By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
Future Claimants' Representative

## CERTIFICATE OF SERVICE

     I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on August 2, 2005, I caused a copy of the foregoing Notice of Correction to Swidler Berlin LLP's Eleventh Monthly Interim Fee Application for the time period April 1-30, 2005 and Twelfth Monthly Interim Fee Application for the time period May 1-31, 2005 to be served upon those persons listed in the attached Service List in the manner so indicated.

*[signature]*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

*Regular Mail*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Regular Mail*
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*E-mail: william.sparks@grace.com and john.port@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

9238333v1