UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
In re:                               :   Chapter 11
                                     :
W.R. GRACE & CO., ET AL.,            :   Case No. 01-1139 (JKF)
                                     :   (Jointly Administered)
            Debtors.                 :
                                     :   Objection Deadline: August 25, 2005 at 4:00 p.m.
                                     :   Hearing Date: Only if objections are timely filed.
------------------------------------- x

SUMMARY OF SIXTEENTH MONTHLY APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC ("CDG") FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005.

| | |
|---|---|
| Name of Applicant: | Conway, Del Genio, Gries & Co., LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on October 22, 2001, <u>Nunc Pro Tunc</u>, to April 27, 2001 |
| Period for which compensation and reimbursement are sought: | January 1, 2005 through March 31, 2005 |
| Amount of compensation requested: | $ 150,000.00 |
| Amount of expense reimbursement requested: | $ 1,703.91 |

This is a sixteenth monthly application.

Prior Monthly Fee Applications:

| Date Filed | Period Covered | Requested Compensation | Requested Expenses | Approved Compensation | Approved Expenses |
|---|---|---|---|---|---|
| April 26, 2005[1] | January 1, 2005 through March 31, 2005 | $150,000.00 * | $1,683.91 | NA | NA |
| April 20, 2005[1] | October 1, 2004 through December 31, 2004 | $150,000.00 * | $116.26 | NA | NA |
| November 18, 2004[1] | July 1, 2004 through September 30, 2004 | $150,000.00 * | $2721.77 | $150,000.00 | $2,569.11 |
| November 9, 2004 | April 1, 2004 through June 30, 2004 | $150,000.00 | $222.33 | $150,000.00 | $222.33 |
| May 24, 2004 | January 1, 2004 through March 31, 2004 | $300,000.00 | $761.69 | $81,843.47 [2] | $761.69 |
| May 21, 2004 | October 1, 2003 through December 31, 2003 | $300,000.00 | $48.17 | $300,000.00 | $48.17 |
| February 11, 2004 | July 1, 2003 through September 30, 2003 | $300,000.00 | $1,689.24 | $300,000.00 | $1,689.24 |
| September 24, 2003 | April 1, 2003 through June 30, 2003 | $240,847.00 | $3,237.13 | $240,847.00 | $3,237.13 |
| June 11, 2003 | January 1, 2003 through March 31, 2003 | $173,154.00 | $838.02 | $173,154.00 | $838.02 |
| April 17, 2003 | October 1, 2002 through December 31, 2002 | $13,987.12 | $0.00 | $13,987.12 | $0.00 |
| March 31, 2003 | July 1, 2002 through September 30, 2002 | $21,808.75 | $855.33 | $21,808.75 | $855.33 |
| March 21, 2003 | April 1, 2002 through June 30, 2002 | $28,420.00 | $2,919.16 | $28,420.00 | $2,919.16 |
| May 1, 2002 | January 1, 2002 through March 31, 2002 | $450,000.00 | $4,809.71 | $450,000.00 | $4,809.71 |
| February 25, 2002 | November 1, 2001 through December 31, 2001 | $300,000.00 | $2,406.91 | $300,000.00 | $2,406.91 |

Prior Monthly Fee Applications (continued):

| Date Filed | Period Covered | Requested Compensation | Requested Expenses | Approved Compensation | Approved Expenses |
|---|---|---|---|---|---|
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $150,000.00 | $1,657.00 | $150,000.00 | $1,657.00 |
| October 26, 2001 | April 27, 2001 through September 30, 2001 | $620,000.00 | $14,376.21 | $620,000.00 | $14,376.21 |

\*   Subject to section 105(A) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of professionals whereby 80% of fees are paid on a monthly basis

(1)  As of the filing of this application, no objection to the compensation and expenses has been filed.

(2)  As of the filing of this application, there is a dispute regarding the reduction in fees submitted to the court by the fee auditor

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of January 1, 2005 through March 31, 2005

Summary of Services Rendered by Project Category

| Category Code | Category Description | Jan-Mar 2005 Hours | Bankruptcy Case Cumulative Hours | Adversary Proceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 16.6 | 427.8 | 0.0 | 427.8 |
| 11 | Fee Applications, Applicant | 25.2 | 718.0 | 249.0 | 967.0 |
| 14 | Hearings | 0.0 | 36.4 | 0.0 | 36.4 |
| 20 | Travel - Non-working | 12.0 | 168.6 | 0.0 | 168.6 |
| 24 | Other | 2.9 | 116.1 | 5,058.2 | 5,174.3 |
| 26 | Business Analysis (for financial advisors) | 16.3 | 902.5 | 0.0 | 902.5 |
| 27 | Corporate Finance (for financial advisors) | 72.9 | 1,833.3 | 0.0 | 1,833.3 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
|  | TOTAL | 145.9 | 4,709.9 | 5,307.2 | 10,017.1 |

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2005 through March 31, 2005**

## Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 55.8 |
| Stephanie Jones, Associate | 90.1 |
| **TOTAL** | **145.9** |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of January 1, 2005 through March 31, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 01/05/05 | 11 | 4.4 | Prepare 15th Fee Application |
| WR Grace | G. Boyer | 01/05/05 | 24 | 0.3 | Receive and review draft of Objection to ZAI Notice/Bar Date Supplement |
| WR Grace | S. Jones | 01/05/05 | 24 | 1.0 | Receive and review draft of Objection to ZAI Notice/Bar Date Supplement |
| WR Grace | G. Boyer | 01/06/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 01/06/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 01/06/05 | 11 | 3.7 | Prepare 15th Fee Application |
| WR Grace | S. Jones | 01/07/05 | 11 | 6.0 | Prepare 15th Fee Application; discuss with GB |
| WR Grace | G. Boyer | 01/07/05 | 11 | 1.0 | Review 15th Fee Application and discuss with SJ |
| WR Grace | G. Boyer | 01/07/05 | 27 | 0.3 | Review correspondence from Bilzin and various Committee members re: ZAI Objection |
| WR Grace | S. Jones | 01/07/05 | 27 | 0.5 | Review correspondence from Bilzin and various Committee members re: ZAI Objection |
| WR Grace | G. Boyer | 01/07/05 | 27 | 0.1 | Review correspondence from Grace re: Grace amended disclosure statement and plan |
| WR Grace | S. Jones | 01/07/05 | 27 | 0.3 | Review correspondence from Grace re: Grace amended disclosure statement and plan |
| WR Grace | G. Boyer | 01/08/05 | 27 | 1.0 | Receive and review copies of Grace replies to various objections to its plan, disclosure statement, estimation motions; voting procedures, etc. |
| WR Grace | S. Jones | 01/08/05 | 27 | 2.0 | Receive and review copies of Grace replies to various objections to its plan, disclosure statement, estimation motions; voting procedures, etc. |
| WR Grace | S. Jones | 01/11/05 | 26 | 0.1 | Receive e-mail from Blackstone and coordination with GB re: scheduling for meeting on 2/10/05 |
| WR Grace | G. Boyer | 01/11/05 | 26 | 0.1 | Receive e-mail from Blackstone and coordination with SJ re: scheduling for meeting on 2/10/05 |
| WR Grace | G. Boyer | 01/13/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 01/13/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 01/13/05 | 27 | 1.5 | Receive and review draft copies of Grace's plan and disclosure statement glossary to be filed |
| WR Grace | S. Jones | 01/13/05 | 27 | 5.0 | Receive and review draft copies of Grace's plan and disclosure statement glossary to be filed |
| WR Grace | G. Boyer | 01/17/05 | 24 | 0.1 | Receive e-mails re: changes in omnibus hearing telephonic appearance procedures |
| WR Grace | S. Jones | 01/17/05 | 24 | 0.1 | Receive e-mails re: changes in omnibus hearing telephonic appearance procedures |
| WR Grace | G. Boyer | 01/18/05 | 27 | 2.0 | Review Festa-Norris motion and model for project Middy |
| WR Grace | S. Jones | 01/19/05 | 27 | 0.3 | Receive and review e-mail from Bilzin re: ZAI claims estimation |
| WR Grace | G. Boyer | 01/19/05 | 27 | 0.1 | Receive and review e-mails from Blackstone re: Festa-Norris motions to be filed and Project Middy (acquisition) |
| WR Grace | S. Jones | 01/19/05 | 27 | 0.5 | Receive and review e-mails from Blackstone re: Festa-Norris motions to be filed and Project Middy (acquisition); prepare summary for discussion with GB and Committee |
| WR Grace | G. Boyer | 01/19/05 | 24 | 0.1 | Receive and review e-mails re: changes in omnibus hearing location and dial-in information |
| WR Grace | S. Jones | 01/19/05 | 24 | 0.1 | Receive and review e-mails re: changes in omnibus hearing location and dial-in information |
| WR Grace | S. Jones | 01/19/05 | 27 | 2.0 | Review Festa-Norris motions to be filed and prepare summary for discussion with GB and Committee |
| WR Grace | S. Jones | 01/19/05 | 27 | 3.1 | Review Project Middy (acquisition) documents; perform valuation and acquisition analysis |
| WR Grace | S. Jones | 01/21/05 | 11 | 3.9 | Revise and forward 15th Fee Application for filing |
| WR Grace | G. Boyer | 01/25/05 | 26 | 0.1 | Receive e-mail from Blackstone re: scheduling for meeting on 2/10/05 |
| WR Grace | S. Jones | 01/25/05 | 26 | 0.1 | Receive e-mail from Blackstone re: scheduling for meeting on 2/10/05 |
| WR Grace | G. Boyer | 01/27/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 01/27/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | G. Boyer | 01/31/05 | 26 | 0.1 | E-mail from FG re: delay in providing 2004 year-end financials |
| WR Grace | S. Jones | 01/31/05 | 26 | 0.1 | E-mail from FG re: delay in providing 2004 year-end financials |
| WR Grace | G. Boyer | 02/01/05 | 27 | 0.8 | Review email on claims estimation |
| WR Grace | S. Jones | 02/07/05 | 26 | 0.1 | Correspondence with Grace re: meeting scheduled for 2/10/05 |
| WR Grace | G. Boyer | 02/09/05 | 26 | 1.6 | Receive and review 4Q04 Financial Briefing from Grace to be discussed at meeting on 2/10/05; discuss year over year performance issues with SJ |
| WR Grace | S. Jones | 02/09/05 | 26 | 5.8 | Receive and review 4Q04 Financial Briefing from Grace to be discussed at meeting on 2/10/05; perform comparative analyses to determine year over year performance; discuss same with GB |
| WR Grace | S. Jones | 02/09/05 | 27 | 0.6 | Review email and opinion on estimation |
| WR Grace | G. Boyer | 02/10/05 | 26 | 4.0 | Attend meeting at Grace re: 4Q04 Financial Performance and 2005 Budget |
| WR Grace | S. Jones | 02/10/05 | 26 | 4.0 | Attend meeting at Grace re: 4Q04 Financial Performance and 2005 Budget |
| WR Grace | G. Boyer | 02/10/05 | 27 | 0.2 | Review email from counsel on current case issues |
| WR Grace | G. Boyer | 02/10/05 | 20 | 3.0 | Travel from Maryland to New York after attending meeting at Grace |
| WR Grace | S. Jones | 02/10/05 | 20 | 3.0 | Travel from Maryland to New York after attending meeting at Grace |
| WR Grace | G. Boyer | 02/10/05 | 20 | 3.0 | Travel from New York to Maryland to attend meeting at Grace |
| WR Grace | S. Jones | 02/10/05 | 20 | 3.0 | Travel from New York to Maryland to attend meeting at Grace |
| WR Grace | G. Boyer | 02/11/05 | 11 | 0.1 | E-mail from WHS re: Auditor's Initial Report (14th fee app) |
| WR Grace | S. Jones | 02/11/05 | 11 | 0.1 | E-mail from WHS re: Auditor's Initial Report (14th fee app) |
| WR Grace | S. Jones | 02/11/05 | 24 | 0.6 | Receive and review copy of indictment issued against Grace |
| WR Grace | S. Jones | 02/11/05 | 7 | 1.0 | Receive and review e-mail from Bilzin re: summary of indictment issued against Grace and implications thereof |
| WR Grace | S. Jones | 02/14/05 | 11 | 0.2 | Conversations with Counsel re: Fee Auditor's Report (14th fee app) and CDG Response |
| WR Grace | S. Jones | 02/14/05 | 11 | 2.8 | Draft CDG Response to Auditor's Report (14th fee app); discuss same with GB |
| WR Grace | G. Boyer | 02/14/05 | 7 | 1.0 | Receive and review e-mail from Bilzin re: summary of indictment issued against Grace and implications thereof |
| WR Grace | S. Jones | 02/15/05 | 11 | 0.1 | E-mail to WHS re: Auditor's Initial Report (14th fee app) and CDG Response |
| WR Grace | S. Jones | 02/16/05 | 11 | 0.6 | Review draft of CDG Response to Auditor's Report (14th fee app); discuss same with GB |
| WR Grace | G. Boyer | 02/16/05 | 11 | 0.6 | Review draft response to Fee Auditor's report; discuss same with SJ |
| WR Grace | S. Jones | 02/16/05 | 11 | 1.3 | Revise CDG Response to Auditor's Report (14th fee app); forward same to WHS |
| WR Grace | S. Jones | 02/16/05 | 11 | 0.4 | Various correspondence with WHS re: Fee Auditor's Initial Report (14th fee app) and CDG Response |
| WR Grace | G. Boyer | 02/17/05 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 02/17/05 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 02/23/05 | 7 | 0.3 | Receive and review information from Bilzin re: recent court decisions' impacts on likelihood of plan confirmation |
| WR Grace | G. Boyer | 03/01/05 | 27 | 0.5 | Call with J. Sinclair re: Festa/Norris Motion |
| WR Grace | S. Jones | 03/01/05 | 27 | 0.4 | Conversation with GB re: update on conference call on proposed acquisition |
| WR Grace | G. Boyer | 03/01/05 | 27 | 0.4 | Conversation with S. Jones re: update on conference call on proposed acquisition |
| WR Grace | G. Boyer | 03/01/05 | 27 | 0.2 | Correspondence with Blackstone re: scheduling conference call to discuss proposed acquisition |
| WR Grace | S. Jones | 03/01/05 | 27 | 0.1 | Receive email from Blackstone re: scheduling conference call to discuss proposed acquisition |
| WR Grace | G. Boyer | 03/02/05 | 7 | 0.5 | Correspondence with S. Baena re: meeting on 3/4/05 |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of January 1, 2005 through March 31, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 03/02/05 | 27 | 0.5 | Discuss updating valuation and debt capacity presentation with GB |
| WR Grace | G. Boyer | 03/02/05 | 27 | 0.5 | Discuss updating valuation and debt capacity presentation with SJ |
| WR Grace | S. Jones | 03/02/05 | 27 | 6.0 | Draft valuation and debt capacity presentation update; forward same to GB |
| WR Grace | S. Jones | 03/02/05 | 27 | 5.5 | Receive and review documents related to Project Argonaut, Project Sandalwood and Project Groundhog (acquisitions). |
| WR Grace | G. Boyer | 03/02/05 | 27 | 0.5 | Review presentation from Grace on proposed acquisition |
| WR Grace | G. Boyer | 03/03/05 | 7 | 0.5 | Committee call |
| WR Grace | S. Jones | 03/03/05 | 7 | 0.5 | Committee call |
| WR Grace | S. Jones | 03/03/05 | 27 | 0.8 | Conference call with Grace and Blackstone re: proposed acquisitions |
| WR Grace | S. Jones | 03/03/05 | 27 | 0.4 | Conversations with GB re: updating valuation and debt capacity analysis |
| WR Grace | G. Boyer | 03/03/05 | 27 | 0.4 | Conversations with SJ re: updating valuation and debt capacity analysis |
| WR Grace | G. Boyer | 03/03/05 | 27 | 3.0 | Preparation for meeting with counsel and committee member on 3/4/05 |
| WR Grace | S. Jones | 03/03/05 | 27 | 2.0 | Receive and review documents related to Project Sandalwood and Project Groundhog (acquisitions). |
| WR Grace | G. Boyer | 03/04/05 | 27 | 5.0 | Prepare for and attend meeting with counsel and committee member |
| WR Grace | G. Boyer | 03/05/05 | 27 | 1.0 | Review debt capacity presentation |
| WR Grace | G. Boyer | 03/07/05 | 7 | 0.3 | Correspondence with Committee member re: plan structure alternatives |
| WR Grace | G. Boyer | 03/07/05 | 27 | 2.5 | Receive and review pro forma financials for Project Blackberry (acquisition) |
| WR Grace | S. Jones | 03/07/05 | 27 | 3.0 | Receive and review pro forma financials for Project Blackberry (acquisition) |
| WR Grace | G. Boyer | 03/07/05 | 27 | 0.5 | Review acquisition models sent by Blackstone |
| WR Grace | G. Boyer | 03/07/05 | 7 | 0.7 | Review of past correspondence with committee member and apprise him of my findings re: plan structure alternatives |
| WR Grace | S. Jones | 03/08/05 | 27 | 0.5 | Conversations with GB re: Project Blackberry |
| WR Grace | G. Boyer | 03/08/05 | 27 | 3.1 | Prepare memo/analysis re: pass-through liabilities in Grace's plan of reorganization; forward same to Bilzin |
| WR Grace | S. Jones | 03/08/05 | 27 | 1.4 | Receive and review purchase agreement related to Project Blackberry (acquisition); discuss same with GB |
| WR Grace | G. Boyer | 03/08/05 | 27 | 1.2 | Receive and review purchase agreement related to Project Blackberry (acquisition); discuss same with SJ |
| WR Grace | S. Jones | 03/08/05 | 27 | 1.3 | Review of claims detail provided to CDG by Blackstone and discuss with GB |
| WR Grace | G. Boyer | 03/08/05 | 27 | 1.0 | Review of claims detail provided to CDG by Blackstone and discuss with SJ |
| WR Grace | S. Jones | 03/09/05 | 27 | 0.6 | Receive and review e-mails from SB re: impact of bankruptcy code proposed amendments on Libby claims settlement |
| WR Grace | G. Boyer | 03/10/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 03/10/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 03/10/05 | 27 | 0.2 | Receive and review e-mails from Committee Member re: proposed bankruptcy code amendments impact on ZAI and Libby claims |
| WR Grace | S. Jones | 03/10/05 | 7 | 0.2 | Receive and review e-mails from Committee Member re: proposed bankruptcy code amendments impact on ZAI and Libby claims |
| WR Grace | G. Boyer | 03/11/05 | 26 | 0.2 | Discussion with S. Jones re: Legal fees related to indictment |
| WR Grace | S. Jones | 03/11/05 | 27 | 1.0 | E-mails from DB re: Grace D&O legal fees; forward same to GB and call to discuss |
| WR Grace | S. Jones | 03/11/05 | 27 | 0.5 | E-mails from DB re: Project Argonaut |
| WR Grace | S. Jones | 03/11/05 | 27 | 0.2 | E-mails to DB re: Grace D&O legal fees |
| WR Grace | S. Jones | 03/14/05 | 27 | 0.1 | E-mail from DB re: Grace D&O legal fees |
| WR Grace | S. Jones | 03/15/05 | 27 | 1.2 | Receive and review correspondence from Blackstone re: Project Cuba |
| WR Grace | S. Jones | 03/16/05 | 27 | 0.1 | E-mail from DB re: Grace D&O legal fees |
| WR Grace | G. Boyer | 03/16/05 | 27 | 1.0 | Receive and review correspondence from Blackstone re: Project Cuba |
| WR Grace | G. Boyer | 03/17/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 03/17/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | G. Boyer | 03/18/05 | 27 | 0.2 | Correspondence from Blackstone re: Project Argonaut |
| WR Grace | S. Jones | 03/18/05 | 27 | 0.2 | Correspondence from Blackstone re: Project Argonaut |
| WR Grace | G. Boyer | 03/21/05 | 27 | 3.0 | Preparation of an analysis looking at waiver plan alternatives and preparing summary that was sent to a committee member per that member's request |
| WR Grace | G. Boyer | 03/22/05 | 27 | 2.0 | Preparation of an analysis looking at waiver plan alternatives and preparing summary that was sent to a committee member per that member's request |
| WR Grace | S. Jones | 03/22/05 | 24 | 0.3 | Receive and review e-mail from Bilzin re: 3/21/05 omnibus hearing |
| WR Grace | G. Boyer | 03/23/05 | 24 | 0.3 | Receive and review e-mail from Bilzin re: 3/21/05 omnibus hearing |
| WR Grace | G. Boyer | 03/24/05 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 03/24/05 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 03/29/05 | 27 | 0.4 | Received and reviewed correspondence from Blackstone re: Owensboro Plant shutdown |
| WR Grace | G. Boyer | 03/30/05 | 27 | 0.2 | Received and reviewed correspondence from Blackstone re: Owensboro Plant shutdown |
| WR Grace | G. Boyer | 03/31/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 03/31/05 | 7 | 1.0 | Committee Conference Call |

145.9 Total Hours

8/5/2005

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2005 through March 31, 2005**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer (trip to Baltimore-Amtrak) | 2/10/2005 | | | 282.00 | | | | 282.00 |
| G. Boyer (trip to Baltimore-Cabfare to Company) | 2/10/2005 | | | 36.00 | | | | 36.00 |
| G. Boyer (trip to Atlanta) | 3/4/2005 | | | 143.82 | 846.90 | | | 990.72 |
| **G. Boyer Total** | | 0.00 | 0.00 | 461.82 | 846.90 | 0.00 | 0.00 | **1,308.72** |
| S. Jones (trip to Baltimore-Amtrak) | 2/10/2005 | | | 282.00 | | | | 282.00 |
| S. Jones (trip to Baltimore-RT cabfare) to NY Penn Station | 2/10/2005 | | | 23.00 | | | | 23.00 |
| S. Jones (trip to Baltimore-Cabfare to BWI Station) | 2/10/2005 | | | 45.00 | | | | 45.00 |
| S. Jones | 3/2/2005 | | | 11.00 | | | | 11.00 |
| S. Jones | 3/3/2005 | | | 20.00 | | | | 20.00 |
| **S. Jones Total** | | 0.00 | 0.00 | 381.00 | 0.00 | 0.00 | 0.00 | **381.00** |
| Federal Express | 2/16/2005 | | | | | | 14.19 | 14.19 |
| **Federal Express Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.19 | **14.19** |
| **Grand Total** | | 0.00 | 0.00 | 842.82 | 846.90 | 0.00 | 14.19 | **1,703.91** |

| LEGEND | |
|---|---|
| AD | Andrea Delcollo -- Ferry Joseph & Pearce |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MG | Michael Gries, Member -- CDG |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |