# EXHIBIT "A"

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of January 1, 2005 through March 31, 2005

Summary of Services Rendered by Project Category

| Category Code | Category Description | Jan-Mar 2005 Hours | Bankruptcy Case Cumulative Hours | Adversary Proceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|
| 7 | Committee (All) | 16.6 | 427.8 | 0.0 | 427.8 |
| 11 | Fee Applications, Applicant | 25.2 | 718.0 | 249.0 | 967.0 |
| 14 | Hearings | 0.0 | 36.4 | 0.0 | 36.4 |
| 20 | Travel - Non-working | 12.0 | 168.6 | 0.0 | 168.6 |
| 24 | Other | 2.9 | 116.1 | 5,058.2 | 5,174.3 |
| 26 | Business Analysis (for financial advisors) | 16.3 | 902.5 | 0.0 | 902.5 |
| 27 | Corporate Finance (for financial advisors) | 72.9 | 1,833.3 | 0.0 | 1,833.3 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 0.0 | 507.2 |
| | TOTAL | 145.9 | 4,709.9 | 5,307.2 | 10,017.1 |

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of January 1, 2005 through March 31, 2005

## Summary of Services Rendered by Professional

| Name | Hours |
|---|---|
| Gregory Boyer, Managing Director | 55.8 |
| Stephanie Jones, Associate | 90.1 |
| **TOTAL** | **145.9** |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date:       For the Period of January 1, 2005 through March 31, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 01/05/05 | 11 | 4.4 | Prepare 15th Fee Application |
| WR Grace | G. Boyer | 01/05/05 | 24 | 0.3 | Receive and review draft of Objection to ZAI Notice/Bar Date Supplement |
| WR Grace | S. Jones | 01/05/05 | 24 | 1.0 | Receive and review draft of Objection to ZAI Notice/Bar Date Supplement |
| WR Grace | G. Boyer | 01/06/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 01/06/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 01/06/05 | 11 | 3.7 | Prepare 15th Fee Application |
| WR Grace | S. Jones | 01/07/05 | 11 | 6.0 | Prepare 15th Fee Application; discuss with GB |
| WR Grace | G. Boyer | 01/07/05 | 11 | 1.0 | Review 15th Fee Application and discuss with SJ |
| WR Grace | G. Boyer | 01/07/05 | 27 | 0.3 | Review correspondence from Bilzin and various Committee members re: ZAI Objection |
| WR Grace | S. Jones | 01/07/05 | 27 | 0.5 | Review correspondence from Bilzin and various Committee members re: ZAI Objection |
| WR Grace | G. Boyer | 01/07/05 | 27 | 0.1 | Review correspondence from Grace re: Grace amended disclosure statement and plan |
| WR Grace | S. Jones | 01/07/05 | 27 | 0.3 | Review correspondence from Grace re: Grace amended disclosure statement and plan |
| WR Grace | G. Boyer | 01/08/05 | 27 | 1.0 | Receive and review copies of Grace replies to various objections to its plan, disclosure statement, estimation motions; voting procedures, etc. |
| WR Grace | S. Jones | 01/08/05 | 27 | 2.0 | Receive and review copies of Grace replies to various objections to its plan, disclosure statement, estimation motions; voting procedures, etc. |
| WR Grace | S. Jones | 01/11/05 | 26 | 0.1 | Receive e-mail from Blackstone and coordination with GB re: scheduling for meeting on 2/10/05 |
| WR Grace | G. Boyer | 01/11/05 | 26 | 0.1 | Receive e-mail from Blackstone and coordination with SJ re: scheduling for meeting on 2/10/05 |
| WR Grace | G. Boyer | 01/13/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 01/13/05 | 7 | 0.5 | Committee Conference Call |
| WR Grace | G. Boyer | 01/13/05 | 27 | 1.5 | Receive and review draft copies of Grace's plan and disclosure statement glossary to be filed |
| WR Grace | S. Jones | 01/13/05 | 27 | 5.0 | Receive and review draft copies of Grace's plan and disclosure statement glossary to be filed |
| WR Grace | G. Boyer | 01/17/05 | 24 | 0.1 | Receive e-mails re: changes in omnibus hearing telephonic appearance procedures |
| WR Grace | S. Jones | 01/17/05 | 24 | 0.1 | Receive e-mails re: changes in omnibus hearing telephonic appearance procedures |
| WR Grace | G. Boyer | 01/18/05 | 27 | 2.0 | Review Festa-Norris motion and model for project Middy |
| WR Grace | S. Jones | 01/19/05 | 27 | 0.3 | Receive and review e-mail from Bilzin re: ZAI claims estimation |
| WR Grace | G. Boyer | 01/19/05 | 27 | 0.1 | Receive and review e-mails from Blackstone re: Festa-Norris motions to be filed and Project Middy (acquisition) |
| WR Grace | S. Jones | 01/19/05 | 27 | 0.5 | Receive and review e-mails from Blackstone re: Festa-Norris motions to be filed and Project Middy (acquisition); prepare summary for discussion with GB and Committee |
| WR Grace | G. Boyer | 01/19/05 | 24 | 0.1 | Receive and review e-mails re: changes in omnibus hearing location and dial-in information |
| WR Grace | S. Jones | 01/19/05 | 24 | 0.1 | Receive and review e-mails re: changes in omnibus hearing location and dial-in information |
| WR Grace | S. Jones | 01/19/05 | 27 | 2.0 | Review Festa-Norris motions to be filed and prepare summary for discussion with GB and Committee |
| WR Grace | S. Jones | 01/19/05 | 27 | 3.1 | Review Project Middy (acquisition) documents; perform valuation and acquisition analysis |
| WR Grace | S. Jones | 01/21/05 | 11 | 3.9 | Revise and forward 15th Fee Application for filing |
| WR Grace | G. Boyer | 01/25/05 | 26 | 0.1 | Receive e-mail from Blackstone re: scheduling for meeting on 2/10/05 |
| WR Grace | S. Jones | 01/25/05 | 26 | 0.1 | Receive e-mail from Blackstone re: scheduling for meeting on 2/10/05 |
| WR Grace | G. Boyer | 01/27/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 01/27/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | G. Boyer | 01/31/05 | 26 | 0.1 | E-mail from FG re: delay in providing 2004 year-end financials |
| WR Grace | S. Jones | 01/31/05 | 26 | 0.1 | E-mail from FG re: delay in providing 2004 year-end financials |
| WR Grace | G. Boyer | 02/01/05 | 27 | 0.8 | Review email on claims estimation |
| WR Grace | S. Jones | 02/07/05 | 26 | 0.1 | Correspondence with Grace re: meeting scheduled for 2/10/05 |
| WR Grace | G. Boyer | 02/09/05 | 26 | 1.6 | Receive and review 4Q04 Financial Briefing from Grace to be discussed at meeting on 2/10/05; discuss year over year performance issues with SJ |
| WR Grace | S. Jones | 02/09/05 | 26 | 5.8 | Receive and review 4Q04 Financial Briefing from Grace to be discussed at meeting on 2/10/05; perform comparative analyses to determine year over year performance; discuss same with GB |
| WR Grace | S. Jones | 02/09/05 | 27 | 0.6 | Review email and opinion on estimation |
| WR Grace | G. Boyer | 02/10/05 | 26 | 4.0 | Attend meeting at Grace re: 4Q04 Financial Performance and 2005 Budget |
| WR Grace | S. Jones | 02/10/05 | 26 | 4.0 | Attend meeting at Grace re: 4Q04 Financial Performance and 2005 Budget |
| WR Grace | G. Boyer | 02/10/05 | 27 | 0.2 | Review email from counsel on current case issues |
| WR Grace | G. Boyer | 02/10/05 | 20 | 3.0 | Travel from Maryland to New York after attending meeting at Grace |
| WR Grace | S. Jones | 02/10/05 | 20 | 3.0 | Travel from Maryland to New York after attending meeting at Grace |
| WR Grace | G. Boyer | 02/10/05 | 20 | 3.0 | Travel from New York to Maryland to attend meeting at Grace |
| WR Grace | S. Jones | 02/10/05 | 20 | 3.0 | Travel from New York to Maryland to attend meeting at Grace |
| WR Grace | G. Boyer | 02/11/05 | 11 | 0.1 | E-mail from WHS re: Auditor's Initial Report (14th fee app) |
| WR Grace | S. Jones | 02/11/05 | 11 | 0.1 | E-mail from WHS re: Auditor's Initial Report (14th fee app) |
| WR Grace | S. Jones | 02/11/05 | 24 | 0.6 | Receive and review copy of indictment issued against Grace |
| WR Grace | S. Jones | 02/11/05 | 7 | 1.0 | Receive and review e-mail from Bilzin re: summary of indictment issued against Grace and implications thereof |
| WR Grace | S. Jones | 02/14/05 | 11 | 0.2 | Conversations with Counsel re: Fee Auditor's Report (14th fee app) and CDG Response |
| WR Grace | S. Jones | 02/14/05 | 11 | 2.8 | Draft CDG Response to Auditor's Report (14th fee app); discuss same with GB |
| WR Grace | G. Boyer | 02/14/05 | 7 | 1.0 | Receive and review e-mail from Bilzin re: summary of indictment issued against Grace and implications thereof |
| WR Grace | S. Jones | 02/15/05 | 11 | 0.1 | E-mail to WHS re: Auditor's Initial Report (14th fee app) and CDG Response |
| WR Grace | S. Jones | 02/16/05 | 11 | 0.6 | Review draft of CDG Response to Auditor's Report (14th fee app); discuss same with GB |
| WR Grace | G. Boyer | 02/16/05 | 11 | 0.6 | Review draft response to Fee Auditor's report; discuss same with SJ |
| WR Grace | S. Jones | 02/16/05 | 11 | 1.3 | Revise CDG Response to Auditor's Report (14th fee app); forward same to WHS |
| WR Grace | S. Jones | 02/16/05 | 11 | 0.4 | Various correspondence with WHS re: Fee Auditor's Initial Report (14th fee app) and CDG Response |
| WR Grace | G. Boyer | 02/17/05 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 02/17/05 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 02/23/05 | 7 | 0.3 | Receive and review information from Bilzin re: recent court decisions' impacts on likelihood of plan confirmation |
| WR Grace | G. Boyer | 03/01/05 | 27 | 0.5 | Call with J. Sinclair re: Festa/Norris Motion |
| WR Grace | S. Jones | 03/01/05 | 27 | 0.4 | Conversation with GB re: update on conference call on proposed acquisition |
| WR Grace | G. Boyer | 03/01/05 | 27 | 0.4 | Conversation with S. Jones re: update on conference call on proposed acquisition |
| WR Grace | G. Boyer | 03/01/05 | 27 | 0.2 | Correspondence with Blackstone re: scheduling conference call to discuss proposed acquisition |
| WR Grace | S. Jones | 03/01/05 | 27 | 0.1 | Receive email from Blackstone re: scheduling conference call to discuss proposed acquisition |
| WR Grace | G. Boyer | 03/02/05 | 7 | 0.5 | Correspondence with S. Baena re: meeting on 3/4/05 |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date:        For the Period of January 1, 2005 through March 31, 2005

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 03/02/05 | 27 | 0.5 | Discuss updating valuation and debt capacity presentation with GB |
| WR Grace | G. Boyer | 03/02/05 | 27 | 0.5 | Discuss updating valuation and debt capacity presentation with SJ |
| WR Grace | S. Jones | 03/02/05 | 27 | 6.0 | Draft valuation and debt capacity presentation update; forward same to GB |
| WR Grace | S. Jones | 03/02/05 | 27 | 5.5 | Receive and review documents related to Project Argonaut, Project Sandalwood and Project Groundhog (acquisitions). |
| WR Grace | G. Boyer | 03/02/05 | 27 | 0.5 | Review presentation from Grace on proposed acquisition |
| WR Grace | G. Boyer | 03/03/05 | 7 | 0.5 | Committee call |
| WR Grace | S. Jones | 03/03/05 | 7 | 0.5 | Committee call |
| WR Grace | S. Jones | 03/03/05 | 27 | 0.8 | Conference call with Grace and Blackstone re: proposed acquisitions |
| WR Grace | S. Jones | 03/03/05 | 27 | 0.4 | Conversations with GB re: updating valuation and debt capacity analysis |
| WR Grace | G. Boyer | 03/03/05 | 27 | 0.4 | Conversations with SJ re: updating valuation and debt capacity analysis |
| WR Grace | G. Boyer | 03/03/05 | 27 | 3.0 | Preparation for meeting with counsel and committee member on 3/4/05 |
| WR Grace | S. Jones | 03/03/05 | 27 | 2.0 | Receive and review documents related to Project Sandalwood and Project Groundhog (acquisitions). |
| WR Grace | G. Boyer | 03/04/05 | 27 | 5.0 | Prepare for and attend meeting with counsel and committee member |
| WR Grace | G. Boyer | 03/05/05 | 27 | 1.0 | Review debt capacity presentation |
| WR Grace | G. Boyer | 03/07/05 | 7 | 0.3 | Correspondence with Committee member  re: plan structure alternatives |
| WR Grace | G. Boyer | 03/07/05 | 27 | 2.5 | Receive and review pro forma financials for Project Blackberry (acquisition) |
| WR Grace | S. Jones | 03/07/05 | 27 | 3.0 | Receive and review pro forma financials for Project Blackberry (acquisition) |
| WR Grace | G. Boyer | 03/07/05 | 27 | 0.5 | Review acquisition models sent by Blackstone |
| WR Grace | G. Boyer | 03/07/05 | 7 | 0.7 | Review of past correspondence with committee member and apprise him of my findings re: plan structure alternatives |
| WR Grace | S. Jones | 03/08/05 | 27 | 0.5 | Conversations with GB re: Project Blackberry |
| WR Grace | G. Boyer | 03/08/05 | 27 | 3.1 | Prepare memo/analysis re: pass-through liabilities in Grace's plan of reorganization; forward same to Bilzin |
| WR Grace | S. Jones | 03/08/05 | 27 | 1.4 | Receive and review purchase agreement related to Project Blackberry (acquisition); discuss same with GB |
| WR Grace | G. Boyer | 03/08/05 | 27 | 1.2 | Receive and review purchase agreement related to Project Blackberry (acquisition); discuss same with SJ |
| WR Grace | S. Jones | 03/08/05 | 27 | 1.3 | Review of claims detail provided to CDG by Blackstone and discuss with GB |
| WR Grace | G. Boyer | 03/08/05 | 27 | 1.0 | Review of claims detail provided to CDG by Blackstone and discuss with SJ |
| WR Grace | S. Jones | 03/09/05 | 27 | 0.6 | Receive and review e-mails from SB re: impact of bankruptcy code proposed amendments on Libby claims settlement |
| WR Grace | G. Boyer | 03/10/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 03/10/05 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 03/10/05 | 27 | 0.2 | Receive and review e-mails from Committee Member re: proposed bankruptcy code amendments impact on ZAI and Libby claims |
| WR Grace | S. Jones | 03/10/05 | 7 | 0.2 | Receive and review e-mails from Committee Member re: proposed bankruptcy code amendments impact on ZAI and Libby claims |
| WR Grace | G. Boyer | 03/11/05 | 26 | 0.2 | Discussion with S. Jones re: Legal fees related to indictment |
| WR Grace | S. Jones | 03/11/05 | 27 | 1.0 | E-mails from DB re: Grace D&O legal fees; forward same to GB and call to discuss |
| WR Grace | S. Jones | 03/11/05 | 27 | 0.5 | E-mails from DB re: Project Argonaut |
| WR Grace | S. Jones | 03/11/05 | 27 | 0.2 | E-mails to DB re: Grace D&O legal fees |
| WR Grace | S. Jones | 03/14/05 | 27 | 0.1 | E-mail from DB re: Grace D&O legal fees |
| WR Grace | S. Jones | 03/15/05 | 27 | 1.2 | Receive and review correspondence from Blackstone re: Project Cuba |
| WR Grace | S. Jones | 03/16/05 | 27 | 0.1 | E-mail from DB re: Grace D&O legal fees |
| WR Grace | G. Boyer | 03/16/05 | 27 | 1.0 | Receive and review correspondence from Blackstone re: Project Cuba |
| WR Grace | G. Boyer | 03/17/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | S. Jones | 03/17/05 | 7 | 0.6 | Committee Conference Call |
| WR Grace | G. Boyer | 03/18/05 | 27 | 0.2 | Correspondence from Blackstone re: Project Argonaut |
| WR Grace | S. Jones | 03/18/05 | 27 | 0.2 | Correspondence from Blackstone re: Project Argonaut |
| WR Grace | G. Boyer | 03/21/05 | 27 | 3.0 | Preparation of an analysis looking at waiver plan alternatives and preparing summary that was sent to a committee member per that member's request |
| WR Grace | G. Boyer | 03/22/05 | 27 | 2.0 | Preparation of an analysis looking at waiver plan alternatives and preparing summary that was sent to a committee member per that member's request |
| WR Grace | S. Jones | 03/22/05 | 24 | 0.3 | Receive and review e-mail from Bilzin re: 3/21/05 omnibus hearing |
| WR Grace | G. Boyer | 03/23/05 | 24 | 0.3 | Receive and review e-mail from Bilzin re: 3/21/05 omnibus hearing |
| WR Grace | G. Boyer | 03/24/05 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 03/24/05 | 7 | 0.9 | Committee Conference Call |
| WR Grace | S. Jones | 03/29/05 | 27 | 0.4 | Received and reviewed correspondence from Blackstone re: Owensboro Plant shutdown |
| WR Grace | G. Boyer | 03/30/05 | 27 | 0.2 | Received and reviewed correspondence from Blackstone re: Owensboro Plant shutdown |
| WR Grace | G. Boyer | 03/31/05 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 03/31/05 | 7 | 1.0 | Committee Conference Call |

LEGEND

| | |
|---|---|
| AD | Andrea Delcollo -- Ferry Joseph & Pearce |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MG | Michael Gries, Member -- CDG |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |