# EXHIBIT "B"

8/5/2005

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of January 1, 2005 through March 31, 2005**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer (trip to Baltimore-Amtrak) | 2/10/2005 | | | 282.00 | | | | 282.00 |
| G. Boyer (trip to Baltimore-Cabfare to Company) | 2/10/2005 | | | 36.00 | | | | 36.00 |
| G. Boyer (trip to Atlanta) | 3/4/2005 | | | 143.82 | 846.90 | | | 990.72 |
| **G. Boyer Total** | | 0.00 | 0.00 | 461.82 | 846.90 | 0.00 | 0.00 | 1,308.72 |
| S. Jones (trip to Baltimore-Amtrak) | 2/10/2005 | | | 282.00 | | | | 282.00 |
| S. Jones (trip to Baltimore-RT cabfare ) to NY Penn Station | 2/10/2005 | | | 23.00 | | | | 23.00 |
| S. Jones (trip to Baltimore-Cabfare to BWI Station) | 2/10/2005 | | | 45.00 | | | | 45.00 |
| S. Jones | 3/2/2005 | | | 11.00 | | | | 11.00 |
| S. Jones | 3/3/2005 | | | 20.00 | | | | 20.00 |
| **S. Jones Total** | | 0.00 | 0.00 | 381.00 | 0.00 | 0.00 | 0.00 | 381.00 |
| Federal Express | 2/16/2005 | | | | | | 14.19 | 14.19 |
| **Federal Express Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.19 | 14.19 |
| **Grand Total** | | 0.00 | 0.00 | 842.82 | 846.90 | 0.00 | 14.19 | 1,703.91 |