# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: July 28, 2005 at 4:00 p.m. |

Hearing date: To be scheduled, only if objections are
timely filed and served.

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH,
L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE
SECOND INTERIM PERIOD, FROM MAY 1, 2005 THROUGH MAY 31, 2005, FOR
THE QUARTER OF APRIL 2005 – JUNE 2005**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **May 1, 2005 – May 31, 2005** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$9,725.00 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:                     **$84.96 for the period**

This is a _x_ monthly ___ interim ___final application.

   The total time expended for the preparation of this application is approximately
**(3.20)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately $ **(370.50)**.

   Prior fee applications:

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004- February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

3

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
|---|---|---|---|---|---|
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | Pending | Pending |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | Pending | Pending |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $290.00 | 8.30 | $2,407.00 |
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $260.00 | 17.40 | $4,524.00 |

4

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| B.F. Hawkins, Jr. | Partner | 14 years | Environmental | $290.00 | 7.30 | $2,117.00 |
| Betsy J. Burn | Associate | 5 Years | Bankruptcy | $220.00 | .50 | $110.00 |

Grand Total for Fees: $9,158.00
Blended Rate: $273.37

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Anne R. Price | Paralegal | 2 years | Bankruptcy | $105.00 | 4.40 | $462.00 |
|---|---|---|---|---|---|---|
| Karla Lucas | Project Assistant | 1 year | Environmental | $75.00 | 1.40 | $105.00 |

Grand Total for Fees: $567.00
Blended Rate: $97.76

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road Site | .40 | $30.00 |
| 02399/06030 | Aiken Title | 24.30 | $6,537.00 |
| 02399/06031 | Li Tungsten | .60 | $100.50 |
| 02399/06032 | Charleston | 5.80 | $1,660.50 |
| 02399/06091 | Fee Applications | 5.40 | $628.00 |
| 02399/09007 | Alchem Chemical Co. | 2.80 | $769.00 |
| TOTAL | | 39.30 | $9,725.00 |

**Expense Summary**

| Description | Amount |
|---|---|
| Telephone | $1.65 |
| Outside Services | $49.20 |
| Fed-Ex | $34.11 |
| **TOTAL** | **$84.96** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 29 day of _June_, 2005

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/09

8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

**Objection Deadline: July 28, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 23, 2005
Invoice 687733 Page 1

| Our Matter # | 02399/06003 | For Services Through 05/31/05 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 05/06/05 | Review and organize recent documents per request of Attorney Carlisle. | | | |
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 05/12/05 | Update records pertaining to site per request of Attorney Carlisle. | | | |
| | K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |

**Fees for Legal Services** ......................................................................................................... **$30.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. LUCAS | 0.40 | 75.00 | 30.00 |
| TOTAL | 0.40 | $75.00 | $30.00 |

**Net current billing for this invoice** ...................................................................................... **$30.00**

**GRAND TOTAL**............................................................................................................................ **$30.00**

W. R. Grace & Co.

June 23, 2005
Invoice 687733  Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | | |
|---|---|---|
| Fees for Professional Services | $30.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** .................................................................... | | **$30.00** |
| **GRAND TOTAL**............................................................................................................... | | **$30.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson
# Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 23, 2005
Invoice 687734 Page 1

Our Matter #       02399/06030                    For Services Through 05/31/05
WR Grace #         032-KL-721400-00-5250472
Name of Matter:    Aiken-Title V Permit App. Iss

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/02/05 | Complete permit review (1.3); highlight comments (0.5); outline issues (4.1); confer with Attorney Hawkins regarding review (0.1). R.T. CARLISLE | 6.00 hrs. | 260.00/hr | $1,560.00 |
| 05/03/05 | Review issues related to re-issuance of air permit. B.F. HAWKINS, JR. | 1.50 hrs. | 290.00/hr | $435.00 |
| 05/04/05 | Work on comments to conditional major permit and discuss with Attorney Carlisle. B.F. HAWKINS, JR. | 1.50 hrs. | 290.00/hr | $435.00 |
| 05/04/05 | Confer with Attorney Hawkins regarding items highlighted for consideration in new draft permit compared with conditions of prior Title V permit (0.7); draft memorandum on clarified comments based on discussion (0.8). R.T. CARLISLE | 1.50 hrs. | 260.00/hr | $390.00 |
| 05/06/05 | Review and respond to questions regarding air operating permit for Grace-Davison, Aiken facility. B.F. HAWKINS, JR. | 1.40 hrs. | 290.00/hr | $406.00 |
| 05/06/05 | Complete discussion with Attorney Hawkins regarding new draft air permit (0.3); research regarding permit shield issue (2.2); confer with Mr. Fishel regarding points to be considered (0.8); additional research regarding permit shield (2.6). R.T. CARLISLE | 5.90 hrs. | 260.00/hr | $1,534.00 |
| 05/08/05 | Electronic mail memorandum to Mr. Fishel regarding points on new draft conditional major permit R.T. CARLISLE | 0.80 hrs. | 260.00/hr | $208.00 |
| 05/26/05 | Review Title V certification questions. B.F. HAWKINS, JR. | 1.10 hrs. | 290.00/hr | $319.00 |
| 05/30/05 | Review information forwarded from Mr. Fishel on DHEC response to client's comments on new draft permit. R.T. CARLISLE | 0.40 hrs. | 260.00/hr | $104.00 |
| 05/31/05 | Review Title V questions and provide comments to Attorney Carlisle. B.F. HAWKINS, JR. | 1.80 hrs. | 290.00/hr | $522.00 |

W. R. Grace & Co.

June 23, 2005
Invoice 687734 Page 2

05/31/05    Review and draft observations and recommendations on DHEC's reply to client's comments
            on draft air permit (1.9); develop budget for current review of permit and confer with Attorney
            Hawkins regarding same (0.5).
            R.T. CARLISLE                       2.40 hrs.    260.00/hr           $624.00

**Fees for Legal Services** ...................................................................................................    **$6,537.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 7.30 | 290.00 | 2,117.00 |
| R.T. CARLISLE | 17.00 | 260.00 | 4,420.00 |
| TOTAL | 24.30 | $269.01 | $6,537.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

05/31/2005    Telephone 1-803-648-9575                                          0.05

**Total Charges for Other Services Provided/Expenses Incurred** ...................................    **$0.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.05 |
| TOTAL | $0.05 |

**Net current billing for this invoice** .................................................................................    **$6,537.05**

**GRAND TOTAL**.................................................................................................................    **$6,537.05**

W. R. Grace & Co.

June 23, 2005
Invoice 687734  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Aiken-Title V Permit App. Iss
Our Matter # 02399/06030

| | | |
|---|---|---|
| Fees for Professional Services | $6,537.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.05 | |
| **Net current billing for this invoice** ............................................................ | | **$6,537.05** |
| **GRAND TOTAL**.......................................................................................................... | | **$6,537.05** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 23, 2005
Invoice 687735 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 05/31/05 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| | | | | |
|---|---|---|---|---|
| 02/28/05 | Obtain background information on settlement negotiations (0.2); detailed voice mail message to Grace representative regarding federal agency communications (0.1). | | | |
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 05/02/05 | Review and organize documents pertaining to settlement issues requested and compiled by Attorney Carlisle. | | | |
| | K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |

**Fees for Legal Services** ...................................................................................................... **$100.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.30 | 260.00 | 78.00 |
| K. LUCAS | 0.30 | 75.00 | 22.50 |
| TOTAL | 0.60 | $167.50 | $100.50 |

**Net current billing for this invoice** ................................................................................... **$100.50**

**GRAND TOTAL** ............................................................................................................. **$100.50**

W. R. Grace & Co.

June 23, 2005
Invoice 687735  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Li Tungsten
Our Matter # 02399/06031

| | |
|---|---|
| Fees for Professional Services | $100.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

Net current billing for this invoice ................................................................. **$100.50**

GRAND TOTAL.................................................................................................... **$100.50**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                    June 23, 2005
ATTN: Lydia Duff, Esq.                                       Invoice 687736 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044


Our Matter #             02399/06032                    For Services Through 05/31/05
WR Grace #               063-KL-721490-01-0501221
Name of Matter:          Charleston


05/03/05    Telephone conference with Ms. Sanger regarding confirmation of receipt of fee, affidavit,
            meeting public notice deadline, and discuss site visit.
            N.J. SMITH                              0.30 hrs.    290.00/hr          $87.00

05/06/05    Follow up with Mr. Bucens on site visit and question (0.3); reply to OCRM and Corps on site
            visit, and review confirmation of RMT presence at site visit (0.2).
            N.J. SMITH                              0.50 hrs.    290.00/hr         $145.00

05/06/05    Review and organize documents relating to site remediation issues at request of Attorney
            Carlisle.
            K. LUCAS                                0.10 hrs.    75.00/hr            $7.50

05/10/05    Review draft response to Mayor Riley from Mr. Bucens and prepare comments and provide
            same (0.4); follow up with RMT on site visit (0.2).
            N.J. SMITH                              0.60 hrs.    290.00/hr         $174.00

05/11/05    Follow up with Mr. Bailey regarding site visit, and other agencies not attending it.
            N.J. SMITH                              0.30 hrs.    290.00/hr          $87.00

05/12/05    Telephone conference with Mr. Bailey regarding site visit (0.2); call from Mr. Ridgell
            regarding his missing the site visit, discuss alternative visit with US Fish and Wildlife or DNR
            (0.3); prepare message to agencies regarding site visit, directions, cell number for Mr.
            Hanley (0.2).
            N.J. SMITH                              0.70 hrs.    290.00/hr         $203.00

05/13/05    Telephone conference with Mr. Hanley regarding site visit, attendees and comments, follow
            up planned with other resource agencies and mitigation issue.
            N.J. SMITH                              0.30 hrs.    290.00/hr          $87.00

05/24/05    Telephone conference with Mr. Brownell (NMFS), Ms. Davis (SCDNR) and Mr. Hall (F&WS)
            regarding offer of site visit, general information on project (0.4); call from Ms. Dendy (F&WS)
            regarding site visit (0.2).
            N.J. SMITH                              0.60 hrs.    290.00/hr         $174.00

05/25/05    Follow up with Mr. Brownell to coordinate site visit as requested.
            N.J. SMITH                              0.20 hrs.    290.00/hr          $58.00

05/26/05    Telephone conference with Ms. Davy (NMFS) regarding site visit, coordination with Corps
            (0.2); telephone conference with Ms. Socha regarding same (0.2); call from Ms. Dendy to
            schedule visit (0.2); contact Mr. Hanley regarding same (0.1).

W. R. Grace & Co.

June 23, 2005
Invoice 687736  Page 2

|  | N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |
|---|---|---|---|---|

05/27/05    Follow up with Mr. Ridgell regarding site visit, invite participation in same (0.2); telephone conference with Mr. Hance regarding costs for Pigeon Pond bank credits (0.2); telephone conference with Ms. Thompson regarding Four Holes bank (0.2); telephone conference with Mr. Bailey regarding details and participants for site visit (0.2); prepare message to Mr. Bucens regarding same (0.1).

|  | N.J. SMITH | 0.90 hrs. | 290.00/hr | $261.00 |
|---|---|---|---|---|

05/31/05    Message from Mr. Ridgell regarding site visit, follow up with mitigation bank information (0.3); review message from Mr. Hanley, research records and provide information needed (0.3).

|  | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |
|---|---|---|---|---|

**Fees for Legal Services** ............................................................................................ **$1,660.50**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 5.70 | 290.00 | 1,653.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 5.80 | $286.29 | $1,660.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/05/2005 | Telephone 1-617-498-2667 | 0.25 |
|---|---|---|
| 05/06/2005 | VENDOR: The Post and Courier; INVOICE#: 050505; DATE: 5/6/2005 – publication of Public Notice | 49.20 |
| 05/06/2005 | Telephone 1-617-498-2667 | 0.80 |
| 05/16/2005 | Telephone 1-617-498-2667 | 0.40 |
| 05/27/2005 | Telephone 1-843-462-2150 | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$50.80**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Outside Services | 49.20 |
| Telephone | 1.60 |
| TOTAL | $50.80 |

**Net current billing for this invoice** ................................................................. **$1,711.30**

**GRAND TOTAL**.............................................................................................. **$1,711.30**

W. R. Grace & Co.

June 23, 2005
Invoice 687736  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | | |
|---|---|---|
| Fees for Professional Services | $1,660.50 | |
| Charges for Other Services Provided/Expenses Incurred | $50.80 | |
| **Net current billing for this invoice**................................................................. | | **$1,711.30** |
| **GRAND TOTAL**........................................................................................................... | | **$1,711.30** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

June 23, 2005
Invoice 687737 Page 1

| Our Matter # | 02399/06091 | For Services Through 05/31/05 |
| Name of Matter: | Fee Applications | |

| 05/06/05 | Review April 2005 billing invoices and draft fee application. | | | |
| | A.R. PRICE | 3.10 hrs. | 105.00/hr | $325.50 |
| 05/06/05 | Provide materials for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 05/09/05 | Edit and review April 2005 Interim Fee Application. | | | |
| | B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 05/23/05 | Revise 16th Quarterly Fee Application and compile exhibits regarding same. | | | |
| | A.R. PRICE | 1.30 hrs. | 105.00/hr | $136.50 |
| 05/24/05 | Provide materials for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |
| 05/26/05 | Review April 2005 Interim Fee Application. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 05/31/05 | Follow up on status of 16 Quarterly and April 2005 Fee Applications; review correspondence to Grace regarding same. | | | |
| | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |

**Fees for Legal Services** ................................................................................................... **$628.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.10 | 260.00 | 26.00 |
| B.J. BURN | 0.50 | 220.00 | 110.00 |
| A.R. PRICE | 4.40 | 105.00 | 462.00 |
| K. LUCAS | 0.40 | 75.00 | 30.00 |
| TOTAL | 5.40 | 116.30 | 628.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

W. R. Grace & Co.

June 23, 2005
Invoice 687737  Page 2

| | | |
|---|---|---|
| 05/02/2005 | Federal Express charge | 11.37 |
| 05/31/2005 | Federal Express charge | 11.37 |
| 05/31/2005 | Federal Express charge | 11.37 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................  **$34.11**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 34.11 |
| TOTAL | $34.11 |

**Net current billing for this invoice** ..................................................................................  **$662.11**

**GRAND TOTAL**.......................................................................................................................  **$662.11**

W. R. Grace & Co.

June 23, 2005
Invoice 687737  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $628.00 | |
| Charges for Other Services Provided/Expenses Incurred | $34.11 | |
| **Net current billing for this invoice** ................................................................ | | **$662.11** |
| **GRAND TOTAL**........................................................................................................ | | **$662.11** |

Terms of Payment:  Balance due within thirty days of invoice date

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson
# Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Vicki B. Finkelstein
7500 Grace Drive
Columbia, MD  21044

June 23, 2005
Invoice 687738 Page  1

Our Matter #            02399/09007                    For Services Through 05/31/05
Name of Matter:         Alchem Chemical Co.


| | | | | |
|---|---|---|---|---|
| 05/11/05 | Review message from Ms. Johns regarding status of work, and risk of exposure issue, and respond with quick question. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 05/13/05 | Telephone conference with Ms. Johns regarding recent memo on status and risk analysis, discuss purchaser concern over time, detail risk issues to bring to management of Company for decision related to same, and discuss county approval of off site wells, need for letter or other written documentation. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 05/19/05 | Review risk assessment document from RMT, prepare comments to discuss with Ms. Johns as requested. | | | |
| | N.J. SMITH | 1.40 hrs. | 290.00/hr | $406.00 |
| 05/24/05 | Create billing folder and update with incoming invoice. | | | |
| | K. LUCAS | 0.20 hrs. | 75.00/hr | $15.00 |
| 05/25/05 | Review risk assessment section on indoor air (0.2); telephone conference with Ms. Johns regarding risk assessment, air testing in facility, related issues for sale of property (0.4). | | | |
| | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |

**Fees for Legal Services** ..................................................................................................... **$769.00**


### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.60 | 290.00 | 754.00 |
| K. LUCAS | 0.20 | 75.00 | 15.00 |
| TOTAL | 2.80 | 274.64 | 769.00 |


**Net current billing for this invoice** ................................................................................. **$769.00**

**GRAND TOTAL** ............................................................................................................. **$769.00**

W. R. Grace & Co.

June 23, 2005
Invoice 687738  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | | |
|---|---|---|
| Fees for Professional Services | $769.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** ............................................................... | | **$769.00** |
| **GRAND TOTAL**........................................................................................................... | | **$769.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC