# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: August 22, 2005 at |

Hearing date: To be scheduled, only if objections are 4:00 p.m. timely filed and served.

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM JUNE 1, 2005 THROUGH JUNE 30, 2005, FOR THE QUARTER OF APRIL 2005 – JUNE 2005**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **June 1, 2005 – June 30, 2005** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$5,182.00 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:          **$1.80 for the period**

This is a __x__ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(3.20)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately $ **(370.50)**.

Prior fee applications:

| Date Filed | Period Covered | **Requested** Fees | Expenses | **Approved** Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
|---|---|---|---|---|---|
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002 – September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
|---|---|---|---|---|---|
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | Pending | Pending |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | Pending | Pending |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 27 years | Environmental | $290.00 | 4.70 | $1,363.00 |

4

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $260.00 | 9.70 | $2,522.00 |
| B.F. Hawkins, Jr. | Partner | 14 years | Environmental | $290.00 | 1.30 | $377.00 |
| J.E. Holmes | Of Counsel | 12 years | Real Estate | $260.00 | 1.00 | $260.00 |
| Betsy J. Burn | Associate | 5 Years | Bankruptcy | $220.00 | 1.40 | $308.00 |

Grand Total for Fees:  $4,830.00
Blended Rate:        $266.85

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 3 years | Environmental | $125.00 | .20 | $25.00 |
|---|---|---|---|---|---|---|
| Anne R. Price | Paralegal | 2 years | Bankruptcy | $105.00 | 2.90 | $304.50 |
| Karla Lucas | Project Assistant | 1 year | Environmental | $75.00 | .30 | $22.50 |

Grand Total for Fees:  $352.00
Blended Rate:        $103.53

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06030 | Aiken Title | 6.10 | $1,625.00 |
| 02399/06032 | Charleston | 9.80 | $2,662.00 |
| 02399/06091 | Fee Applications | 4.60 | $635.00 |
| 02399/09007 | Alchem Chemical Co. | 1.00 | $260.00 |
| **TOTAL** | | **21.50** | **$5,182.00** |

5

**Expense Summary**

| Description | Amount |
|:---:|:---:|
| Telephone | $1.80 |
| | |
| **TOTAL** | **$1.80** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and

says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bar of the State of South

Carolina.

2.      I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in

environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                  Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 29 day of July, 2005

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/09

8

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 20, 2005
Invoice 692035 Page  1

| Our Matter # | 02399/06030 | For Services Through 06/30/05 |
|---|---|---|
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

| | | | | |
|---|---|---|---|---|
| 06/01/05 | Review inspection and maintenance issues and discuss with Attorney Carlisle for input to Mr. Fishel. | | | |
| | B.F. HAWKINS, JR. | 0.70 hrs. | 290.00/hr | $203.00 |
| 06/01/05 | Review electronic mail memorandum from Mr. Fishel and attached inspection and maintenance plan for baghouses (0.1); confer with Attorney Hawkins regarding contents (0.1); confer with Mr. Fishel regarding same (0.2); draft reply to Mr. Schneider for Mr. Fishel (0.8). | | | |
| | R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |
| 06/02/05 | Review letter to DHEC regarding permit comments and discuss suggested changes with Attorney Carlisle. | | | |
| | B.F. HAWKINS, JR. | 0.60 hrs. | 290.00/hr | $174.00 |
| 06/02/05 | Confer with Attorney Hawkins regarding his proposed changes to draft letter commenting on Mr. Schneider's response to client's comments on draft new permit (0.3); review regulations on construction permits and newly adopted regulations that might be pertinent  (0.4); revisions to draft letter (0.5). | | | |
| | R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |
| 06/03/05 | Draft e-mail to Mr. Fishel transmitting draft letter to Mr. Schneider. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 06/09/05 | Confer with Mr. Fishel regarding response to DHEC on various inquiries (0.2); review electronic mail memoranda forwarded by Mr. Fishel (0.2). | | | |
| | R.T. CARLISLE | 0.40 hrs. | 260.00/hr | $104.00 |
| 06/14/05 | Detailed voice mail message to Mr. Fishel regarding issues raised by DHEC in various forwarded electronic mail memoranda (0.1); confer with Mr. Fishel regarding communications with DHEC (0.1); confer with Attorney Hawkins regarding strategy for approaching DHEC on issues still outstanding in draft permit (0.1). | | | |
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 06/17/05 | Confer with Attorney Hawkins regarding strategy for meeting with DHEC folks on draft of proposed new air permit and confer with Mr. Fishel regarding same. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 06/23/05 | Confer with Mr. Fishel regarding outcome of his discussion with Mr. Schneider (DHEC permit writer) and confer with Attorney Hawkins regarding same. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |

W. R. Grace & Co.

July 20, 2005<br>
Invoice 692035 Page 2

| | | | | |
|---|---|---|---|---|
| 06/27/05 | Compare new draft permit to prior draft (0.8); electronic mail memorandum to Mr. Fishel regarding same (0.1). | | | |
| | R.T. CARLISLE | 0.90 hrs. | 260.00/hr | $234.00 |
| 06/28/05 | Detailed voice mail message to Mr. Fishel regarding latest version of draft air permit. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 06/30/05 | Telephone conference with Mr. Fishel regarding changes to draft conditional major air permit. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 260.00/hr | $52.00 |

**Fees for Legal Services** ............................................................................................... **$1,625.00**

**BILLING SUMMARY**

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.30 | 290.00 | 377.00 |
| R.T. CARLISLE | 4.80 | 260.00 | 1,248.00 |
| TOTAL | 6.10 | $266.39 | $1,625.00 |

**CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED**

| | | |
|---|---|---|
| 06/01/2005 | Telephone 1-803-648-9575 | 0.70 |
| 06/09/2005 | Telephone 1-803-648-9575 | 0.45 |
| 06/14/2005 | Telephone 1-803-648-9575 | 0.05 |
| 06/17/2005 | Telephone 1-803-648-9575 | 0.40 |
| 06/28/2005 | Telephone 1-803-648-9575 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$1.65**

**DISBURSEMENT SUMMARY**

| Description | Dollars |
|---|---|
| Telephone | 1.65 |
| TOTAL | $1.65 |

**Net current billing for this invoice** ........................................................................... **$1,626.65**

**GRAND TOTAL**............................................................................................................ **$1,626.65**

W. R. Grace & Co.

July 20, 2005
Invoice 692035 Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina, 29211
Telephone (803) 799-2000

For Services Through 06/30/05

W. R. Grace & Co.
Aiken-Title V Permit App. Iss
Our Matter # 02399/06030

---

| | | |
|---|---|---|
| Fees for Professional Services | $1,625.00 | |
| Charges for Other Services Provided/Expenses Incurred | $1.65 | |
| **Net current billing for this invoice** .................................................................. | | **$1,626.65** |
| **GRAND TOTAL**............................................................................................................. | | **$1,626.65** |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson
# Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                                                    July 20, 2005
ATTN: Lydia Duff, Esq.                                                                  Invoice 692036  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/06032                             For Services Through 06/30/05
WR Grace #              063-KL-721490-01-0501221
Name of Matter:         Charleston

06/01/05    Telephone conference with Mr. Bailey regarding site visit, issues discussed, including
            monitoring issue, mitigation plan, and different divisions of DHEC coordination on water
            quality monitoring post-construction (0.4); review discharge permit application for waste
            groundwater (0.2).
            N.J. SMITH                                    0.60 hrs.    290.00/hr        $174.00

06/02/05    Review surface water post clean up testing issue with Attorney Carlisle and strategy on
            responses to expected comments from NMFS and F&WS.
            N.J. SMITH                                    0.30 hrs.    290.00/hr         $87.00

06/02/05    Review documents relating to post-cleanup sampling and analysis of surface water (1.1);
            confer with Attorney Smith regarding same (0.3).
            R.T. CARLISLE                                 1.40 hrs.    260.00/hr        $364.00

06/03/05    Telephone conference with Ms. Sanger regarding OCRM file status (0.2); telephone
            conference with Mr. Ridgell regarding comments expected from federal resource agencies,
            review schedule (0.3); telephone conference with Ms. Socha regarding comments received,
            schedule for package to us for response, additional comment in house from geohydrologist
            (0.2); telephone conference with Mr. Bucens regarding water quality issue and implications
            for wetlands permit (0.2).
            N.J. SMITH                                    0.90 hrs.    290.00/hr        $261.00

06/04/05    Review additional documents relating to sampling and analysis following remediations.
            R.T. CARLISLE                                 0.80 hrs.    260.00/hr        $208.00

06/05/05    Review additional documents relating to post-remediation confirmatory sampling of surface
            water (1.7); electronic mail memorandum to Attorney Smith regarding same (0.1).
            R.T. CARLISLE                                 1.80 hrs.    260.00/hr        $468.00

06/06/05    Discuss surface water sampling issue with Attorney Carlisle, need for preparation for
            comments expected from resource agencies, possible conflicts on requirements from
            separate bureaus.
            N.J. SMITH                                    0.20 hrs.    290.00/hr         $58.00

06/06/05    Review electronic mail memorandum from Attorney Smith and confer with him regarding
            future steps relating to post-remediation sampling issues (0.2); draft summary of research
            regarding same (0.7).
            R.T. CARLISLE                                 0.90 hrs.    260.00/hr        $234.00

W. R. Grace & Co.

July 20, 2005
Invoice 692036 Page 2

| | | | | |
|---|---|---|---|---|
| 06/06/05 | Confer with Attorney Carlisle regarding filing which discusses post-remediation sampling of surface water | | | |
| | L.J. JENNINGS | 0.20 hrs. | 125.00/hr | $25.00 |
| 06/10/05 | Telephone conference with Ms. Sanger regarding comments (0.2); review comment letter from USF&WS, compare with application and forward with note to permit team (0.3). | | | |
| | N.J. SMITH | 0.50 hrs. | 290.00/hr | $145.00 |
| 06/13/05 | Message from Mr. Hanley regarding F&WS comments, reply to same (0.2); telephone conference with Ms. Sanger, review fax of NOAA comments (0.2); provide NOAA comments to Mr. Bucens and RMT; telephone conference with Ms. Socha regarding Corps view of comments received, schedule, review fax from Ms. Socha and forward same with message (0.4). | | | |
| | N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |
| 06/17/05 | Call from Ms. Sanger regarding comments on permit, discuss F&WS comments, agree on probable purpose of delay due to failure to be involved in development of ROD, and agree on schedule for OCRM. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 06/23/05 | Office conference with Mr. Ridgell and Mr. Epps regarding comments from resource agencies, meeting held with Ms. Sanger, scope of DHEC concerns for water quality, and coordination for completion of review. | | | |
| | N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |
| 06/30/05 | Call from Mr. Bailey regarding status of agency review, surface water testing issue, mitigation plan and coordination for response to resource agency comments. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services** ......................................................................................................... **$2,662.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 4.70 | 290.00 | 1,363.00 |
| R.T. CARLISLE | 4.90 | 260.00 | 1,274.00 |
| L.J. JENNINGS | 0.20 | 125.00 | 25.00 |
| TOTAL | 9.80 | $271.63 | $2,662.00 |

**Net current billing for this invoice** ................................................................................. **$2,662.00**

**GRAND TOTAL** ........................................................................................................................ **$2,662.00**

W. R. Grace & Co.

July 20, 2005
Invoice 692036 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | | |
|---|---|---|
| Fees for Professional Services | $2,662.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| Net current billing for this invoice................................................................ | | $2,662.00 |
| GRAND TOTAL............................................................................................................ | | $2,662.00 |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 20, 2005
Invoice 692037 Page 1

Our Matter #        02399/06091                          For Services Through 06/30/05
Name of Matter:     Fee Applications

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 06/03/05 | Provide materials for Attorney Hawkins' review.<br>K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |
| 06/06/05 | Review quarterly numbers submitted by fee auditor for accuracy and update file.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 06/23/05 | Follow up on status of CONO for March 2005 Fee Application with co-counsel; review all applicable deadlines for fee applications.<br>B.J. BURN | 0.40 hrs. | 220.00/hr | $88.00 |
| 06/25/05 | Review and analyze auditor's report regarding review of fees and expenses for October through December 2004.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 06/28/05 | Analyze May 2005 billing invoices and draft fee application for attorney review.<br>A.R. PRICE | 2.90 hrs. | 105.00/hr | $304.50 |
| 06/29/05 | Edit and review May 2005 Fee Application.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 06/29/05 | Follow up on status of March 2005 CONO and update to chart regarding same.<br>B.J. BURN | 0.10 hrs. | 220.00/hr | $22.00 |

**Fees for Legal Services** ...................................................................................................... **$635.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|--|-------|---------|---------|
| B.J. BURN | 1.40 | 220.00 | 308.00 |
| A.R. PRICE | 2.90 | 105.00 | 304.50 |
| K. LUCAS | 0.30 | 75.00 | 22.50 |
| TOTAL | 4.60 | 138.04 | 635.00 |

**Net current billing for this invoice** ................................................................................. **$635.00**

**GRAND TOTAL**.................................................................................................................... **$635.00**

W. R. Grace & Co.

July 20, 2005
Invoice 692037 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | | |
|---|---|---|
| Fees for Professional Services | $635.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| Net current billing for this invoice ................................................................. | | **$635.00** |
| **GRAND TOTAL**............................................................................................................... | | **$635.00** |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                July 19, 2005
ATTN: Vicki B. Finkelstein                                Invoice 691701 Page 1
7500 Grace Drive
Columbia, MD 21044

Our Matter #            02399/09007                  For Services Through 06/30/05
Name of Matter:         Alchem Chemical Co.

| 06/01/05 | Prepare termination agreement. | | | |
|---|---|---|---|---|
| | J.E. HOLMES | 1.00 hrs. | 260.00/hr | $260.00 |

**Fees for Legal Services** ...................................................................................................... **$260.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.E. HOLMES | 1.00 | 260.00 | 260.00 |
| TOTAL | 1.00 | 260.00 | 260.00 |

06/01/2005        Telephone 1-410-531-4795                                              0.15

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.15 |
| TOTAL | $0.15 |

**Net current billing for this invoice** ................................................................................. **$260.15**

**GRAND TOTAL**.................................................................................................................. **$260.15**

W. R. Grace & Co.

July 19, 2005
Invoice 691701  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | | |
|---|---|---|
| Fees for Professional Services | $260.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.15 | |
| Net current billing for this invoice ................................................................. | | **$260.15** |
| GRAND TOTAL.......................................................................................................... | | **$260.15** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC