## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 06/07/05 | 02/01/05-02/28/05 | $ 3,277.50 | $  46.91 | $ 2,622.00 | $  46.91 | $ 655.50 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 6.90 | $3,277.50 |
| 32 | Fee Application, Applicant | 0 | $ |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 0 | 0 |
| 42 | Travel (1/2 total hours billed) |  | 0 |
|  | Total | 6.90 | $3,277.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $     .16 |
| Copies – Matter 32 (Fee Applications) | $   42.75 |
| Copies – Matter 46 (Tax Litigation) | $      0 |
| Computer Database Research | $      0 |
| Local Messenger | $      0 |
| Federal Express/Overnight Messenger | $      0 |
| Facsimile | $   4.00 |
| Postage | $      0 |
| Meals | $      0 |
| Hotel | $      0 |
| Parking | $      0 |
| Airfare | $      0 |
| Total | $   46.91 |

7