**Exhibit C**
January Fee Application

[No application for January 2005].