**Exhibit D**
March Fee Application

[No application for March 2005].