# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: June 23, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE FORTY-SIXTH MONTHLY INTERIM PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005

Name of Applicant:      Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:      July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:      April 1, 2005 through April 30, 2005

Amount of fees sought as actual, reasonable and necessary:      $27,745.00

Amount of expenses sought as actual, reasonable and necessary      $373.42

This is an: X monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.


DKT NO.: 8531
DT FILED: 5-31-05

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the forty-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | 9.0 | $4,725.00 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 43.20 | $21,168.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 3.80 | $988.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 12 Years | Bankruptcy | $175.00 | 3.90 | $682.50 |
| Maureen Atkinson | Paralegal | 29 Years | Litigation | $165.00 | 1.10 | $181.50 |

Total Fees:  $27,745.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 16.50 | $8,148.00 |
| ZAI Science Trial | 17.80 | $8,399.50 |
| Fee Applications | 9.60 | $2,601.50 |
| Hearings | 10.50 | $5,362.00 |
| Montana Grand Jury Investigation | 6.60 | $3,234.00 |
| **Total:** | **61.00** | **$27,745.00** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $.90 | $1.60 |
| Duplicating/Printing/Scanning | $139.95 | $9.00 |
| Courtier Service – Outside | $6.96 | $18.30 |
| PACER | $4.80 | ---- |
| Outside Duplicating | $141.99 | $49.92 |
| SUBTOTAL | $294.60 | $78.82 |
| TOTAL | | $373.42 |

Dated: May 31, 2005          REED SMITH LLP
      Wilmington, Delaware

By: /s/ Kurt F. Gwynne
      Kurt F. Gwynne (No. 3951)
      1201 Market Street, Suite 1500
      Wilmington, DE  19801
      Telephone:  (302) 778-7500
      Facsimile:  (302) 778-7575
      E-mail: kgwynne@reedsmith.com

      and

      James J. Restivo, Jr., Esquire
      Lawrence E. Flatley, Esquire
      Douglas E. Cameron, Esquire
      435 Sixth Avenue
      Pittsburgh, PA  15219
      Telephone:  (412) 288-3131
      Facsimile:  (412) 288-3063

      Special Asbestos Products Liability Defense
      Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1273548
One Town Center Road                     Invoice Date      05/17/05
Boca Raton, FL    33486                  Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Fees                            8,148.00
      Expenses                            0.00

               TOTAL BALANCE DUE UPON RECEIPT      $8,148.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                        Invoice Number      1273548
One Town Center Road                   Invoice Date      05/17/05
Boca Raton, FL    33486                Client Number       172573
                                       Matter Number        60026


=========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

    Date   Name                                            Hours
    ------ ----------                                      -----

04/01/05 Cameron         Multiple e-mails and voicemails    1.30
                         relating to R.J. Lee Group work
                         (.50); review materials from R.
                         Finke relating to same (.80).

04/03/05 Cameron         Review summary of materials         .80
                         relating to property damage cases.

04/04/05 Cameron         Telephone conference with and      1.20
                         e-mails to R. Finke regarding R.J.
                         Lee Group analytical work (.40);
                         memo regarding same (.40) respond
                         to request for deposition
                         information (.40).

04/05/05 Cameron         Telephone conference with R. Finke  .90
                         regarding status update on
                         property damage claims and bodily
                         injury claims (.40); review
                         materials relating to R.J. Lee
                         Group analysis (.50).

04/10/05 Cameron         Review collected correspondence     .80
                         and e-mails regarding general
                         asbestos claims issues.

04/13/05 Cameron         Attend to e-mails and materials     .90
                         from R. Finke.

172573 W. R. Grace & Co.                          Invoice Number  1273548
60026  Litigation and Litigation Consulting       Page    2
May 17, 2005

| Date | Name | | Hours |
|------|------|------|-------|

| 04/15/05 | Cameron | Review materials from R. Finke regarding appeal issues (0.9); review materials relating to property damage claims (0.9); review recent reports (0.6). | 2.40 |
| 04/17/05 | Cameron | Review of collected materials from R. Finke and prepare summary for response to requests. | 1.70 |
| 04/18/05 | Cameron | Review materials relating to objections to motion relating to Solow appeal (1.2); e-mails and meet with J. Restivo regarding same (0.3). | 1.50 |
| 04/20/05 | Cameron | Review summary memo from J. Restivo regarding Solow Appeal (0.9); e-mails regarding same (0.7); review materials relating to property damage claims (0.8). | 2.40 |
| 04/20/05 | Restivo | Pleadings and Solow case review. | 1.80 |
| 04/27/05 | Cameron | Meet with J. Restivo regarding property damage claim appeal and review materials relating to status of property damage claims. | .80 |

                                              ------
                              TOTAL HOURS      16.50


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| James J. Restivo Jr. | 1.80  at  $ 525.00  = | | 945.00 |
| Douglas E. Cameron | 14.70  at  $ 490.00  = | | 7,203.00 |

                         CURRENT FEES                    8,148.00


                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT       $8,148.00
                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1273549 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    05/17/05 |
| Boca Raton, FL 33487 | Client Number    172573 |

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                        8,399.50
        Expenses                        0.00

                TOTAL BALANCE DUE UPON RECEIPT        $8,399.50
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1273549
5400 Broken Sound Blvd., N.W.            Invoice Date       05/17/05
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


=============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 04/04/05 | Restivo | Receipt and review of new pleadings. | .50 |
| 04/05/05 | Restivo | File review. | .50 |
| 04/08/05 | Cameron | Review of e-mails relating to ZAI publications and documents (.40); review memo regarding same (.50). | .90 |
| 04/11/05 | Atkinson | Review files for videotape per request of D. Cameron. | .70 |
| 04/11/05 | Cameron | E-mails from and to R. Finke and M. Murphy regarding review of ZAI files for materials (.70); review file regarding same (.70). | 1.40 |
| 04/12/05 | Cameron | Follow-up review of files for videotape (.60); meet with M. Atkinson (.10) and e-mails (.10) regarding same. | .80 |
| 04/13/05 | Atkinson | Forward videotape to client for review. | .40 |
| 04/18/05 | Cameron | Review extensive materials from R. Finke regarding ZAI claims in Canada. | 2.40 |
| 04/19/05 | Cameron | Continued review of materials relating to Canadian ZAI claims and related issues (1.9); e-mails relating to same (0.7). | 2.60 |

172573 W. R. Grace & Co.                          Invoice Number  1273549
60028  ZAI Science Trial                          Page    2
May 17, 2005

| Date | Name | | Hours |
|------|------|------|-------|

| 04/20/05 | Cameron | Review information regarding Canadian ZAI claims. | .70 |
| 04/21/05 | Cameron | Review e-mails, pleadings and press reports regarding Canadian ZAI claims. | .90 |
| 04/22/05 | Cameron | Collect materials and summarize status of Canadian ZAI claims. | 1.90 |
| 04/26/05 | Cameron | Review materials from R. Finke and e-mails regarding same (0.6); meet with J. Restivo regarding report on ZAI issues at hearing (0.3). | .90 |
| 04/27/05 | Cameron | Continue collecting materials relating to ZAI claims in Canada and consultant data. | 1.80 |
| 04/28/05 | Cameron | Review of materials from Canada and e-mails from Matt Murphy regarding ZAI issues. | .90 |
| 04/29/05 | Cameron | Review e-mails and materials relating to ZAI claims. | .50 |

                                            TOTAL HOURS    17.80


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| James J. Restivo Jr. | 1.00 | at $ | 525.00 | = | 525.00 |
| Douglas E. Cameron | 15.70 | at $ | 490.00 | = | 7,693.00 |
| Maureen L. Atkinson | 1.10 | at $ | 165.00 | = | 181.50 |

              CURRENT FEES                                  8,399.50


              TOTAL BALANCE DUE UPON RECEIPT               $8,399.50
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1273550
5400 Broken Sound Blvd., N.W.                  Invoice Date        05/17/05
Boca Raton, FL 33487                           Client Number        172573



===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          2,601.50
        Expenses                          0.00

                     TOTAL BALANCE DUE UPON RECEIPT       $2,601.50
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1273550
5400 Broken Sound Blvd., N.W.            Invoice Date      05/17/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 04/07/05 | Cameron | Review fee application materials and meet with A. Muha regarding same. | .70 |
| 04/11/05 | Cameron | Attend to additional fee application issues. | .60 |
| 04/11/05 | Muha | Revise fee and expense detail for March 2005 monthly fee application. | 1.10 |
| 04/18/05 | Muha | Revisions to March 2004 fee and expense detail for monthly application. | .80 |
| 04/19/05 | Lord | Respond to inquiries from S. Ament and A. Muha re: monthly fee applications. | .30 |
| 04/19/05 | Muha | Prepare for and meet with S. Ament re: preparation of fee application materials. | .80 |
| 04/22/05 | Muha | Meet with S. Ament to outline quarterly fee application procedures. | .70 |
| 04/25/05 | Lord | Review and revise monthly fee application. | .50 |
| 04/26/05 | Lord | Research docket and draft CNO for Feb. fee application (.4); e-file and perfect service for same (.3); e-mail to R. Finke re: same (.1); respond to inquiry from S. Ament re: quarterly fee application (.1) | .90 |

```
172573 W. R. Grace & Co.                     Invoice Number  1273550
60029  Fee Applications-Applicant            Page    2
May 17, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | | |
| 04/27/05 | Cameron | Review materials relating to fee application. | .60 |
| 04/28/05 | Lord | Review and finalize February monthly fee application (.7); e-file and perfect hard/e-service for same per adm. order (.5); assist with review and revise quarterly fee application (.8); respond to questions from SAment re: same (.2). | 2.20 |
| 04/28/05 | Muha | Review and revise quarterly application materials and message to S. Ament re: same. | .40 |

```
                                                ------
                                TOTAL HOURS       9.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 1.90 | at | $  490.00 | = | 931.00 |
| Andrew J. Muha | 3.80 | at | $  260.00 | = | 988.00 |
| John B. Lord | 3.90 | at | $  175.00 | = | 682.50 |
| | | | CURRENT FEES | | 2,601.50 |

```
                                                ------------
                TOTAL BALANCE DUE UPON RECEIPT    $2,601.50
                                                ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1273552
One Town Center Road                     Invoice Date      05/17/05
Boca Raton, FL    33486                  Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

     Fees                          5,362.00
     Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT        $5,362.00
                                                  =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                      Invoice Number    1273552
One Town Center Road                 Invoice Date     05/17/05
Boca Raton, FL    33486              Client Number     172573
                                     Matter Number       60030
```

==========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 04/18/05 | Restivo | Review agenda for omnibus hearing and telephone calls with Finke re: same. | .50 |
| 04/19/05 | Cameron | Review materials relating to 4/25 omnibus hearing. | 1.10 |
| 04/19/05 | Restivo | Review Cahill-related pleadings and prepare for omnibus hearing. | 1.80 |
| 04/20/05 | Cameron | Review omnibus hearing agenda and various objections. | .80 |
| 04/21/05 | Cameron | Meet with J. Restivo regarding omnibus hearing issues (0.3); review revised agenda (0.2); review Solow materials in preparation for hearing (0.6). | 1.10 |
| 04/21/05 | Restivo | Conference call with J. Baer re: omnibus hearing (.20); prepare for omnibus hearing (.40). | .60 |
| 04/25/05 | Cameron | Prepare for and participate in portion of hearing (0.9); meet with J. Restivo regarding same (0.4). | 1.30 |
| 04/25/05 | Restivo | Preparation for and oral argument at omnibus hearing re:  Solow case. | 2.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1273552
60030  Hearings                             Page   2
May 17, 2005


  04/26/05 Restivo         Telephone calls with R. Finke and      .80
                           J. Baer re: omnibus hearing issues.


                                                       ------
                                       TOTAL HOURS      10.50


  TIME SUMMARY            Hours         Rate          Value
  ----------------------  ---------------------  -------
  James J. Restivo Jr.    6.20  at  $  525.00  =   3,255.00
  Douglas E. Cameron      4.30  at  $  490.00  =   2,107.00

                          CURRENT FEES                    5,362.00


                                                     ------------
              TOTAL BALANCE DUE UPON RECEIPT            $5,362.00
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1273553
One Town Center Road                     Invoice Date        05/17/05
Boca Raton, FL    33486                  Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                        3,234.00
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,234.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1273553
One Town Center Road                     Invoice Date       05/17/05
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60035

========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

   Date   Name                                            Hours
 -------- -----------                                     -----

04/22/05 Cameron        Review and organize materials      1.20
                        relating to grand jury
                        investigation.

04/23/05 Cameron        Review detailed summary of witness  2.80
                        interviews and organize working
                        materials relating to indictment.

04/25/05 Cameron        Finalize review and organization    2.60
                        of working materials and summaries
                        relating to indictment.

                                                          ------
                                          TOTAL HOURS       6.60


TIME SUMMARY              Hours         Rate        Value
----------------------   ------------  ----------   -------
Douglas E. Cameron        6.60  at  $  490.00  =   3,234.00

                         CURRENT FEES                          3,234.00


                                                           ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $3,234.00
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1273585
5400 Broken Sound Blvd., N.W.        Invoice Date        05/17/05
Boca Raton, FL 33487                 Client Number        172573


==========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

       Fees                            0.00
       Expenses                       78.82

                 TOTAL BALANCE DUE UPON RECEIPT        $78.82
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1273585
5400 Broken Sound Blvd., N.W.            Invoice Date        05/17/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028

===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Telephone Expense                         1.60
      Duplicating/Printing/Scanning            9.00
      Courier Service - Outside               18.30
      Outside Duplicating                     49.92

                  CURRENT EXPENSES                        78.82
                                                   -------------

            TOTAL BALANCE DUE UPON RECEIPT           $78.82
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1273585
5400 Broken Sound Blvd., N.W.        Invoice Date       05/17/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


================================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/11/05 | ATTY # 0856: 25 COPIES | 3.75 |
| 04/12/05 | ATTY # 0856: 25 COPIES | 3.75 |
| 04/13/05 | ATTY # 0701: 2 COPIES | .30 |
| 04/13/05 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Matthew T. Murphy, Casner & Edwards, LLP (BOSTON MA 02210). | 11.85 |
| 04/13/05 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Richard C. Finke, W.R. Grace & Co. (BOCA RATON FL 33487). | 6.45 |
| 04/19/05 | ATTY # 0559; 3 COPIES | .45 |
| 04/20/05 | ATTY # 0559; 4 COPIES | .60 |
| 04/21/05 | ATTY # 0559: 1 COPIES | .15 |
| 04/25/05 | 410-531-4355/COLUMBIA, MD/3 | .10 |
| 04/25/05 | 561-362-1533/BOCA RATON, FL/3 | .15 |
| 04/25/05 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 04/26/05 | 410-531-4355/COLUMBIA, MD/16 | .80 |
| 04/26/05 | 312-861-2162/CHICAGO, IL/9 | .45 |

172573  W. R. Grace & Co.                          Invoice Number   1273585
60028  ZAI Science Trial                           Page    2
May 17, 2005


04/28/05    Outside Duplicating - - DIGITAL VIDEO              49.92
            DEVELOPMENT INC. - 04/12/05 -Reproduce copies
            of videotapes.

                        CURRENT EXPENSES                       78.82
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $78.82
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1273584
One Town Center Road                     Invoice Date       05/17/05
Boca Raton, FL    33486                  Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                        294.60

                    TOTAL BALANCE DUE UPON RECEIPT          $294.60
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1273584
One Town Center Road                     Invoice Date        05/17/05
Boca Raton, FL   33486                   Client Number         172573
                                         Matter Number          60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                      0.90
        PACER                                  4.80
        Duplicating/Printing/Scanning        139.95
        Courier Service - Outside              6.96
        Outside Duplicating                  141.99

                CURRENT EXPENSES                        294.60
                                                  -------------

                TOTAL BALANCE DUE UPON RECEIPT        $294.60
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1273584
One Town Center Road                     Invoice Date      05/17/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/31/05 | PACER--Electronic docket access charges. | 4.80 |
| 04/04/05 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to RJ Lee Group, Inc. (MONROEVILLE PA 15146) | 6.96 |
| 04/05/05 | Outside Duplicating - - ALL-STATE INTERNATIONAL INC. | 4.49 |
| 04/07/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. COPYING--Copying for service of fee CNO for monthly fee application. | 63.10 |
| 04/19/05 | ATTY # 0710; 54 COPIES | 8.10 |
| 04/19/05 | ATTY # 4810; 1 COPIES | .15 |
| 04/19/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/19/05 | ATTY # 0536: 1 COPIES | .15 |
| 04/19/05 | ATTY # 0536: 2 COPIES | .30 |
| 04/19/05 | ATTY # 0536: 1 COPIES | .15 |
| 04/19/05 | ATTY # 0536: 1 COPIES | .15 |
| 04/20/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 04/20/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 04/20/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/20/05 | ATTY # 0710: 8 COPIES | 1.20 |

172573  W. R. Grace & Co.                          Invoice Number  1273584
60026  Litigation and Litigation Consulting        Page    2
       May 17, 2005

| | | |
|---|---|---|
| 04/20/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/20/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 04/20/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 04/20/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 04/20/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 04/20/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 04/20/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 04/20/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 04/20/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/20/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/20/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/20/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/20/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/20/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/20/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/20/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/20/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/21/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. COPYING--copying, envelopes and postage for service of CNO for monthly fee application. | 74.40 |
| 04/21/05 | 312-861-2162/CHICAGO, IL/19 | .90 |
| 04/21/05 | ATTY # 0710; 170 COPIES | 25.50 |
| 04/21/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 04/21/05 | ATTY # 0559: 1 COPIES | .15 |
| 04/22/05 | ATTY # 4810; 80 COPIES | 12.00 |
| 04/22/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 04/22/05 | ATTY # 0710: 7 COPIES | 1.05 |

172573 W. R. Grace & Co.                          Invoice Number  1273584
60026  Litigation and Litigation Consulting       Page   3
       May 17, 2005

04/22/05    ATTY # 0710: 6 COPIES                              .90

04/22/05    ATTY # 0710: 6 COPIES                              .90

04/22/05    ATTY # 0710: 6 COPIES                              .90

04/22/05    ATTY # 0536: 1 COPIES                              .15

04/22/05    ATTY # 0536: 1 COPIES                              .15

04/22/05    ATTY # 0710: 13 COPIES                            1.95

04/22/05    ATTY # 0710: 4 COPIES                              .60

04/26/05    ATTY # 0718; 18 COPIES                            2.70

04/26/05    ATTY # 0710: 6 COPIES                              .90

04/26/05    ATTY # 0710: 6 COPIES                              .90

04/26/05    ATTY # 0710: 6 COPIES                              .90

04/26/05    ATTY # 0710: 6 COPIES                              .90

04/27/05    ATTY # 0559: 8 COPIES                             1.20

04/27/05    ATTY # 0559: 8 COPIES                             1.20

04/27/05    ATTY # 0559: 8 COPIES                             1.20

04/27/05    ATTY # 0710: 7 COPIES                             1.05

04/27/05    ATTY # 0710: 7 COPIES                             1.05

04/27/05    ATTY # 0710: 7 COPIES                             1.05

04/27/05    ATTY # 0710: 7 COPIES                             1.05

04/27/05    ATTY # 0710: 6 COPIES                              .90

04/27/05    ATTY # 0710: 6 COPIES                              .90

04/27/05    ATTY # 0710: 6 COPIES                              .90

04/27/05    ATTY # 4810; 9 COPIES                             1.35

04/27/05    ATTY # 4810; 126 COPIES                          18.90

04/28/05    ATTY # 0718; 108 COPIES                          16.20

04/29/05    ATTY # 0710: 7 COPIES                             1.05

```
172573 W. R. Grace & Co.                    Invoice Number  1273584
60026  Litigation and Litigation Consulting  Page    4
       May 17, 2005
```

```
04/29/05   ATTY # 0710: 7 COPIES                        1.05

04/29/05   ATTY # 0710: 7 COPIES                        1.05

04/29/05   ATTY # 0710: 6 COPIES                         .90

04/29/05   ATTY # 0710: 6 COPIES                         .90

04/29/05   ATTY # 0710: 6 COPIES                         .90

                        CURRENT EXPENSES              294.60
                                                 -------------
                TOTAL BALANCE DUE UPON RECEIPT     $294.60
                                                 =============
```