# EXHIBIT B

WILLIB-23312.1-JBLORD 8/9/05 11:17 AM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  July 22, 2005 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE FORTY-SEVENTH MONTHLY INTERIM
### PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2005 through May 31, 2005 |
| Amount of fees sought as actual, reasonable and necessary: | $48,125.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,444.96 |

This is an: X monthly     __ interim     __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

6/30/05
D.I.8786

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the forty-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 7 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | 6.00 | $3,150.00 |
| Lawrence E. Flatley | Partner | 30 Years | Litigation | $495.00 | 1.10 | $544.50 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 85.30 | $41,797.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 3.10 | $806.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 12 Years | Bankruptcy | $175.00 | 6.10 | $1,067.50 |
| Maureen Atkinson | Paralegal | 29 Years | Litigation | $165.00 | 3.70 | $610.50 |
| Lisa Lankford | Bankruptcy Specialist | 3 Years | Bankruptcy | $100.00 | 1.50 | $150.00 |

Total Fees: $48,125.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 75.20 | $35,672.00 |
| ZAI Science Trial | 7.30 | $3,577.00 |
| Fee Applications | 13.20 | $3,437.50 |
| Hearings | 1.10 | $539.00 |
| Montana Grand Jury Investigation | 3.40 | $1,666.00 |
| Travel – Nonworking | 6.60 | $3,234.00 |
| **Total:** | **106.80** | **$48,125.50** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $5.25 | ---- |
| Duplicating/Printing/Scanning | $487.05 | ---- |
| Lodging | $190.97 | ---- |
| Transportation | $24.00 | ---- |
| Air Travel Expense | $448.39 | ---- |
| Auto Rental | $30.00 | ---- |
| Taxi Expense | $95.00 | ---- |
| General Expense (Transportation Tips) | $6.00 | ---- |
| Meal Expense | $38.00 | ---- |
| Telephone – Outside | $50.00 | ---- |
| PACER | $7.20 | ---- |
| Outside Duplicating | $63.10 | ---- |
| SUBTOTAL | $1,444.96 | ---- |
| TOTAL | | $1,444.96 |

Dated: June 30, 2005
   Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne_____
  Kurt F. Gwynne (No. 3951)
  1201 Market Street, Suite 1500
  Wilmington, DE  19801
  Telephone:  (302) 778-7500
  Facsimile:  (302) 778-7575
  E-mail: kgwynne@reedsmith.com

  and

  James J. Restivo, Jr., Esquire
  Lawrence E. Flatley, Esquire
  Douglas E. Cameron, Esquire
  435 Sixth Avenue
  Pittsburgh, PA  15219
  Telephone:  (412) 288-3131
  Facsimile:  (412) 288-3063

  Special Asbestos Products Liability Defense
  Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1288204 |
| Invoice Date | 06/24/05 |
| Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Fees                                    35,672.00

TOTAL BALANCE DUE UPON RECEIPT          $35,672.00
                                        =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number    1288204
One Town Center Road                     Invoice Date      06/24/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

| Date | Name | | Hours |
|------|------|------|------|
| 05/02/05 | Restivo | Telephone call with R. Finke re: estimation issues. | .50 |
| 05/03/05 | Cameron | Meet with J. Restivo regarding property damage proofs of claims and objections (0.2); review file materials regarding same (0.9); review new correspondence and e-mails (0.5). | 1.60 |
| 05/04/05 | Cameron | Continued review of file materials relating to asbestos property damage claims (1.5) and telephone call to J. Baer regarding status of proceeding and work tasks (.3). | 1.80 |
| 05/05/05 | Cameron | Review pleadings relating to property damage claims in preparation for telephone call with R. Finke. | .90 |
| 05/06/05 | Cameron | Continued review of materials relating to estimation proceeding for property damage claims (2.7); e-mails with R. Finke regarding same (0.2); telephone call with R. Finke regarding same (0.2). | 3.10 |
| 05/06/05 | Lord | Research docket and update 2002 Service List. | .40 |

172573 W. R. Grace & Co.                                    Invoice Number 1288204
60026  Litigation and Litigation Consulting                 Page    2
       June 24, 2005


| Date | Name | | Hours |
|------|------|--|-------|

| 05/07/05 | Cameron | Review of various expert materials relating to traditional property damage claims. | 2.40 |
| 05/09/05 | Cameron | Review of expert witness file relating to traditional property damage cases (2.4); review estimation proceeding materials (1.9); telephone call with R. Finke regarding same (0.3); e-mails regarding same (0.2). | 4.80 |
| 05/09/05 | Restivo | Review new pleadings relating to property damage estimation; review emails re: same. | 1.00 |
| 05/10/05 | Cameron | Telephone call and e-mails with R. Finke regarding meeting for property damage estimation proceeding (0.5); review materials in preparation for meeting with R. Finke regarding property damage estimation proceedings (1.9). | 2.40 |
| 05/11/05 | Cameron | Meet with J. Restivo to discuss inquiry from R. Finke (0.4); telephone call to R. Finke regarding same (0.1); review property damage estimation proceeding materials (1.4). | 1.90 |
| 05/11/05 | Restivo | Telephone conferences with R. Finke re: estimation issues. | 1.00 |
| 05/12/05 | Cameron | Continued review of asbestos property damage materials for meeting with R. Finke and K&E for estimation proceeding preparation (2.7); meet with J. Restivo to discuss same (0.2). | 2.90 |
| 05/13/05 | Cameron | Additional review of expert materials relating to asbestos property damage claims. | 1.90 |
| 05/14/05 | Cameron | Expert file and fact witness file reviews. | 1.80 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       June 24, 2005

Invoice Number 1288204
Page    3

| Date | Name | | Hours |
|------|------|---|-------|
| 05/16/05 | Cameron | Prepare for meeting in Chicago regarding asbestos property damage estimation proceeding (1.8); meet with J. Restivo regarding same (0.4). | 2.20 |
| 05/16/05 | Restivo | Receipt and review of new pleadings. | .70 |
| 05/17/05 | Cameron | Review asbestos property damage trial materials and materials from K&E lawyers regarding property damage estimation proceeding (2.6); multiple e-mails and telephone calls with R. Finke regarding same (0.8); meet with J. Restivo regarding same (0.2). | 3.60 |
| 05/17/05 | Cameron | Review protective order from hearing and e-mails regarding same. | .70 |
| 05/17/05 | Restivo | Review new material. | .50 |
| 05/18/05 | Cameron | Prepare for and meet with R. Finke, J. Restivo, L. Flatley regarding strategy for traditional property damage estimation proceeding (1.7); follow-up meeting with R. Finke regarding same (0.7); prepare for meeting at K&E in Chicago by review of additional materials provided by R. Finke (1.5); e-mails from R. Finke regarding Libby issues (0.6). | 4.50 |
| 05/18/05 | Flatley | Attend part of meeting with R. Finke, J. Restivo and D. Cameron re:  asbestos property damage claim. | 1.10 |
| 05/18/05 | Restivo | Meeting with R. Finke to discuss strategy for property damage estimation issues. | 1.50 |
| 05/19/05 | Cameron | Prepare for and attend meeting in Chicago with R. Finke and K&E lawyers (6.8); review meeting notes and to-do list for summary memo (0.9). | 7.70 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
      June 24, 2005

Invoice Number 1288204
Page    4

| Date | Name | | Hours |
|------|------|--|-------|
| 05/20/05 | Cameron | Emails relating to meeting in Chicago (.40); review notes of meeting for memo (.60); draft, review and revise memo of 5/19 meeting (1.40). | 2.40 |
| 05/21/05 | Cameron | Review materials relating to expert witnesses used in property damage litigation. | 1.40 |
| 05/23/05 | Cameron | Review expert file in regard to K&E request for materials. | 1.80 |
| 05/23/05 | Lord | Additional updates for 2002 Service List. | .20 |
| 05/24/05 | Atkinson | Review files re:  Kirkland & Ellis request for deposition testimony, trial testimony, expert reports. | .50 |
| 05/24/05 | Cameron | Expert file review for response to K&E inquiries (1.90); telephone call with R. Finke re: product ID issues (.30); revise claims information (.60); review materials from R. Finke re: traditional property damage cases and regulations (.30). | 3.10 |
| 05/25/05 | Atkinson | Review off-site storage files for expert materials per requests from Kirkland & Ellis. | 1.40 |
| 05/25/05 | Cameron | Additional review of expert materials from prior litigation and meeting summary. | 1.30 |
| 05/25/05 | Restivo | Review new planning material. | .80 |
| 05/26/05 | Cameron | Multiple telephone calls with R. Finke and experts regarding property damage (0.5); review of files and expert reports/disclosures (1.9); begin summary of same (0.9). | 3.30 |

```
172573  W. R. Grace & Co.                          Invoice Number 1288204
60026   Litigation and Litigation Consulting       Page   5
        June 24, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|

| 05/27/05 | Cameron | Telephone calls with R. Finke and expert regarding property damage litigation (0.4); review expert reports and disclosures regarding same in preparation for meeting (1.8) | 2.20 |
| 05/28/05 | Cameron | Review expert materials for meetings. | 1.50 |
| 05/31/05 | Atkinson | Review files for experts materials per requests from Kirkland & Ellis. | 1.80 |
| 05/31/05 | Cameron | Telephone call with R. Finke regarding meetings (0.2); review expert materials and prior trial materials to provide to K&E (1.4); e-mails regarding same (0.2); prepare for meeting in New York with R. Finke (0.8). | 2.60 |

```
                                                    ------
                                    TOTAL HOURS      75.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 6.00 | at $ | 525.00 | = | 3,150.00 |
| Lawrence E. Flatley | 1.10 | at $ | 495.00 | = | 544.50 |
| Douglas E. Cameron | 63.80 | at $ | 490.00 | = | 31,262.00 |
| John B. Lord | 0.60 | at $ | 175.00 | = | 105.00 |
| Maureen L. Atkinson | 3.70 | at $ | 165.00 | = | 610.50 |

```
                        CURRENT FEES                        35,672.00


                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT            $35,672.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number    1288205
5400 Broken Sound Blvd., N.W.            Invoice Date      06/24/05
Boca Raton, FL 33487                     Client Number      172573


========================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

         Fees                        3,234.00
         Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $3,234.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1288205
5400 Broken Sound Blvd., N.W.            Invoice Date        06/24/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60027


===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

    Date   Name                                              Hours
 --------  -----------                                       -----

05/19/05 Cameron          Travel to airport, to Chicago and   4.70
                          to K&E office for meetings
                          (one-half time) (1.5); return to
                          airport in Chicago and wait in
                          airport during prolonged flight
                          delay and cancellation (one-half
                          time) (3.2).

05/20/05 Cameron          Return to airport and return        1.90
                          flight to Pittsburgh (one-half
                          time).

                                                             ------
                                           TOTAL HOURS         6.60


TIME SUMMARY              Hours          Rate          Value
------------------------  --------------------------  -------
Douglas E. Cameron         6.60  at  $  490.00  =    3,234.00

                          CURRENT FEES                        3,234.00

                                                         ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $3,234.00
                                                         ============

**REED SMITH LLP**
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number    1288206
5400 Broken Sound Blvd., N.W.                  Invoice Date      06/24/05
Boca Raton, FL 33487                           Client Number      172573

==============================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

        Fees                          3,577.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $3,577.00
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                     Invoice Number     1288206
5400 Broken Sound Blvd., N.W.                   Invoice Date      06/24/05
Boca Raton, FL 33487                            Client Number      172573
                                                Matter Number       60028


=========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

   Date   Name                                                      Hours
-------- -----------                                                -----


05/03/05 Cameron          Review materials regarding                 .80
                          Canadian claims.

05/09/05 Cameron          Review Canadian claims information.         .60

05/10/05 Cameron          Review materials from ZAI Trial           1.30
                          record relating to experts.

05/18/05 Cameron          E-mails from R. Finke regarding            .80
                          ZAI claims.

05/24/05 Cameron          Review materials from R. Finke           1.40
                          regarding EPA pronouncements on
                          vermiculite (1.1); e-mails
                          regarding same (.3).

05/26/05 Cameron          Additional review of EPA                  .40
                          pronouncements and web site
                          information relating to
                          vermiculite.

05/27/05 Cameron          Review website information               1.10
                          regarding vermiculite (0.3);
                          review Canadian claims information
                          (0.8).

```
172573 W. R. Grace & Co.                    Invoice Number 1288206
60028  ZAI Science Trial                    Page    2
       June 24, 2005
```

```
05/31/05 Cameron        Review materials from R. Finke      .90
                        regarding Canadian claims.

                                              ------
                                TOTAL HOURS    7.30


TIME SUMMARY            Hours        Rate        Value

------------------------ ---------------------- -------
Douglas E. Cameron      7.30  at  $  490.00  =   3,577.00

                        CURRENT FEES                      3,577.00


                                              ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $3,577.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1288207
5400 Broken Sound Blvd., N.W.            Invoice Date        06/24/05
Boca Raton, FL 33487                     Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          3,437.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $3,437.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1288207
5400 Broken Sound Blvd., N.W.        Invoice Date      06/24/05
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60029


==============================================================================

Re: (60029) Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 05/02/05 | Muha | Final review of quarterly application materials. | .70 |
| 05/03/05 | Lord | E-mail with S. Ament re: quarterly fee application (.1); review and revise same (1.1). | 1.20 |
| 05/04/05 | Cameron | Review materials relating to fee applications. | .80 |
| 05/05/05 | Cameron | Review and revise fee application materials. | .90 |
| 05/06/05 | Cameron | Additional review of fee application materials. | .70 |
| 05/06/05 | Lord | Review revise and prepare 16th quarterly fee application for e-filing and service (1.7). | 1.70 |
| 05/10/05 | Lord | E-file and perfect service of 16th quarterly fee application. | .80 |
| 05/10/05 | Muha | Review and revise fee and expense detail for April 2005 fee application. | 1.00 |
| 05/17/05 | Muha | Revisions to monthly fee and expense detail for April 2005 fee application. | .70 |

```
172573 W. R. Grace & Co.                    Invoice Number 1288207
60029  Fee Applications-Applicant          Page    2
       June 24, 2005
```

| Date | Name | | Hours |
|------|------|---|------|
| 05/23/05 | Muha | Finish review, analysis and revisions to April 2005 monthly fee application materials. | .50 |
| 05/24/05 | Lord | Research docket and draft CNO to Reed Smith March monthly fee application (.4); review, revise and finalize Reed Smith monthly May fee application for e-filing and service (1.0). | 1.40 |
| 05/24/05 | Muha | Review fee application/CNO information and e-mails to and from J. Lord re: filing of CNOs. | .20 |
| 05/26/05 | Lord | E-file and perfect service for March CNO. | .40 |
| 05/30/05 | Cameron | Review fee application issues. | .70 |
| 05/31/05 | Lankford | Review, scan, e-file and perfect service of RS's 46th Fee Application. | 1.50 |

```
                                                    ------
                                   TOTAL HOURS       13.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 3.10 | at $ | 490.00 | = | 1,519.00 |
| Andrew J. Muha | 3.10 | at $ | 260.00 | = | 806.00 |
| John B. Lord | 5.50 | at $ | 175.00 | = | 962.50 |
| Lisa Lankford | 1.50 | at $ | 100.00 | = | 150.00 |

```
                      CURRENT FEES                        3,437.50


                                                     ------------
            TOTAL BALANCE DUE UPON RECEIPT            $3,437.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1288208
One Town Center Road                     Invoice Date      06/24/05
Boca Raton, FL   33486                   Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                                     539.00
    Expenses                                   0.00

            TOTAL BALANCE DUE UPON RECEIPT      $539.00
                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1288208
One Town Center Road                     Invoice Date      06/24/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60030

===============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

    Date   Name                                              Hours
  -------- -----------                                       -----

05/16/05 Cameron     Attend hearing (0.7); meet with J.      1.10
                     Baer regarding same (0.2); e-mails
                     to R. Finke regarding same (0.2).

                                                            ------
                                     TOTAL HOURS             1.10


TIME SUMMARY              Hours        Rate        Value
-----------------------   ---------------------    -------
Douglas E. Cameron        1.10  at  $  490.00  =    539.00

                          CURRENT FEES                       539.00


                                                          ------------
                     TOTAL BALANCE DUE UPON RECEIPT          $539.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1288209
One Town Center Road                     Invoice Date        06/24/05
Boca Raton, FL    33486                  Client Number        172573


====================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

     Fees                            1,666.00
     Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $1,666.00
                                                   =============

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number      1288209
One Town Center Road                     Invoice Date       06/24/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60035
```

==========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 05/05/05 | Cameron | Review e-mails and attachments regarding document production and related issues in Montana investigation. | .90 |
| 05/10/05 | Cameron | Review materials relating to witness files and historical documents for Montana investigation. | .90 |
| 05/31/05 | Cameron | Review witness and exhibit list provided by government (1.4); e-mails regarding same (0.2). | 1.60 |

```
                                             ------
                               TOTAL HOURS    3.40
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 3.40 at $ 490.00 = | | 1,666.00 |

```
                    CURRENT FEES                      1,666.00


                                                    ------------
           TOTAL BALANCE DUE UPON RECEIPT              $1,666.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1288214
One Town Center Road                     Invoice Date      06/24/05
Boca Raton, FL   33486                   Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                      1,444.96

                TOTAL BALANCE DUE UPON RECEIPT      $1,444.96
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1288214 |
| Invoice Date | 06/24/05 |
| Client Number | 172573 |
| Matter Number | 60026 |

=======================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 5.25 |
| PACER | 7.20 |
| Duplicating/Printing/Scanning | 487.05 |
| Outside Duplicating | 63.10 |
| Lodging | 190.97 |
| Transportation | 24.00 |
| Air Travel Expense | 448.39 |
| Automobile  Rental | 30.00 |
| Taxi Expense | 95.00 |
| Meal Expense | 38.00 |
| Telephone - Outside | 50.00 |
| General Expense | 6.00 |

CURRENT EXPENSES                          1,444.96
                                        -------------

TOTAL BALANCE DUE UPON RECEIPT            $1,444.96
                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1288214
One Town Center Road                     Invoice Date       06/24/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

====================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/05 | PACER-Electronic docket access charge for April 2005. | 7.20 |
| 05/03/05 | 561-362-1533/BOCA RATON, FL/19 | .95 |
| 05/03/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 05/03/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/04/05 | 312-861-2000/CHICAGO, IL/2 | .10 |
| 05/06/05 | 561-362-1533/BOCA RATON, FL/24 | 1.20 |
| 05/06/05 | ATTY # 0887: 22 COPIES | 3.30 |
| 05/09/05 | 561-362-1533/BOCA RATON, FL/5 | .25 |
| 05/10/05 | ATTY # 0718; 288 COPIES | 43.20 |
| 05/10/05 | ATTY # 0887: 22 COPIES | 3.30 |
| 05/10/05 | ATTY # 0887: 22 COPIES | 3.30 |
| 05/11/05 | ATTY # 0710: 4 COPIES | .60 |
| 05/11/05 | 714-368-6346/SANTA ANA, CA/13 | .65 |
| 05/13/05 | ATTY # 0349: 2 COPIES | .30 |
| 05/13/05 | ATTY # 0710: 5 COPIES | .75 |
| 05/13/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/13/05 | ATTY # 0710: 6 COPIES | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1288214
60026  Litigation and Litigation Consulting       Page   2
       June 24, 2005

| 05/13/05 | ATTY # 0710: 2 COPIES | .30 |
| 05/13/05 | ATTY # 0710: 1 COPIES | .15 |
| 05/13/05 | ATTY # 0710: 1 COPIES | .15 |
| 05/16/05 | ATTY # 0559; 16 COPIES | 2.40 |
| 05/17/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/17/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 05/18/05 | ATTY # 0536: 1 COPIES | .15 |
| 05/18/05 | ATTY # 0536: 1 COPIES | .15 |
| 05/18/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/19/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/20/05 | ATTY # 0559: 2 COPIES | .30 |
| 05/20/05 | ATTY # 0710: 14 COPIES | 2.10 |
| 05/20/05 | ATTY # 0710: 14 COPIES | 2.10 |
| 05/20/05 | ATTY # 0710: 10 COPIES | 1.50 |
| 05/20/05 | ATTY # 0710: 10 COPIES | 1.50 |
| 05/20/05 | ATTY # 0710: 10 COPIES | 1.50 |
| 05/20/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 05/20/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 05/20/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 05/20/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/20/05 | ATTY # 0710: 6 COPIES | .90 |
| 05/20/05 | ATTY # 0559: 5 COPIES | .75 |
| 05/20/05 | ATTY # 0559: 10 COPIES | 1.50 |
| 05/20/05 | ATTY # 0559: 5 COPIES | .75 |
| 05/20/05 | ATTY # 0559; 3 COPIES | .45 |
| 05/23/05 | ATTY # 0536 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1288214
 60026  Litigation and Litigation Consulting      Page    3
        June 24, 2005


05/23/05   ATTY # 0710: 6 COPIES                              .90

05/23/05   ATTY # 0710: 6 COPIES                              .90

05/24/05   Outside Duplicating - - IKON OFFICE SOLUTIONS,   63.10
           INC.--copying for service of CNO.

05/24/05   ATTY # 0710; 27 COPIES                           4.05

05/24/05   ATTY # 0710; 26 COPIES                           3.90

05/24/05   561-362-1533/BOCA RATON, FL/20                     .95

05/24/05   ATTY # 0710: 7 COPIES                            1.05

05/24/05   ATTY # 0710: 7 COPIES                            1.05

05/25/05   ATTY # 0856; 470 COPIES                         70.50

05/25/05   561-362-1533/BOCA RATON, FL/6                     .30

05/26/05   Meal Expense - - DOUGLAS E. CAMERON             38.00
           DINNER DURING TRIP TO CHICAGO FOR STRATEGY
           MEETING AT K&E (5/19-5/20/05).

05/26/05   Lodging - - DOUGLAS E. CAMERON TRIP TO CHICAGO  190.97
           FOR STRATEGY MEETING AT K&E--OVERNIGHT STAY AT
           HOTEL DUE TO FLIGHT CANCELLATION
           (5/19-5/20/05).

05/26/05   Taxi Expense - - DOUGLAS E. CAMERON TRIP TO      95.00
           CHICAGO FOR STRATEGY MEETING AT K&E--TRAVEL
           TO/FROM CHICAGO AIRPORT, TO/FROM CHICAGO HOTEL
           (5/19-5/20/05).

05/26/05   Transportation - -DOUGLAS E. CAMERON- TRIP TO    24.00
           CHICAGO FOR STRATEGY MEETING AT K&E--PARKING AT
           PITTSBURGH AIRPORT (5/19-5/20/05).

05/26/05   TRANSPORTATION- - DOUGLAS E. CAMERON TIPS -        6.00
           TRIP TO CHICAGO FOR STRATEGY MEETING AT K&E
           (5/19-5/20/05).

05/26/05   Telephone - Outside - - Expense for calling      50.00
           into omnibus hearing via Court Call facility.

05/26/05   561-362-1533/BOCA RATON, FL/17                     .85

05/26/05   ATTY # 0559; 1 COPIES                              .15

172573 W. R. Grace & Co.                          Invoice Number  1288214
60026  Litigation and Litigation Consulting       Page   4
       June 24, 2005

| | | |
|---|---|---|
| 05/27/05 | Automobile Rental - - DOUGLAS E. CAMERON -- TRIP TO CHICAGO FOR TRANSPORTATION TO AND FROM PGH AIRPORT FOR STRATEGY MEETING AT K&E (5/19-5/20/05). | 30.00 |
| 05/27/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC.--COPYING AND POSTAGE FEE SERVICE OF NOTICE OF 16TH QUARTERLY FEE APPLICATION ON 2002 SERVICE LIST. | 314.75 |
| 05/27/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. --COPYING AND POSTAGE FOR SERVICE OF 16TH QUARTERLY FEE APPLICATION ON CORE SERVICE LIST. | 432.30 |
| 05/27/05 | ATTY # 0559: 2 COPIES | .30 |
| 05/27/05 | ATTY # 0559: 6 COPIES | .90 |
| 05/27/05 | ATTY # 0856: 659 COPIES | 98.85 |
| 05/27/05 | Reversal from Void Check Number: 858309 Bank ID: MB-PGH2 Voucher ID: 820505 Vendor: IKON OFFICE SOLUTIONS, INC. | -314.75 |
| 05/27/05 | Reversal from Void Check Number: 858309 Bank ID: MB-PGH2 Voucher ID: 820507 Vendor: IKON OFFICE SOLUTIONS, INC. | -432.30 |
| 05/31/05 | Air Travel Expense - -DOUGLAS E. CAMERON-- TRIP TO CHICAGO FOR MEETING WITH W.R. GRACE COUNSEL AT K&E REGARDING PROPERTY DAMAGE (5/19/05). | 448.39 |
| 05/31/05 | ATTY # 0856; 1112 COPIES | 166.80 |
| 05/31/05 | ATTY # 0856; 148 COPIES | 22.20 |
| 05/31/05 | ATTY # 0856; 33 COPIES | 4.95 |
| 05/31/05 | ATTY # 0856; 3 COPIES | .45 |
| 05/31/05 | ATTY # 3984; 170 COPIES | 25.50 |
| 05/31/05 | ATTY # 0559; 8 COPIES | 1.20 |

                              CURRENT EXPENSES              1,444.96
                                                        ------------
                      TOTAL BALANCE DUE UPON RECEIPT        $1,444.96
                                                        ==============