# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: August 25, 2005**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE FORTY-EIGHTH MONTHLY INTERIM
## PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2005 through June 30, 2005 |
| Amount of fees sought as actual, reasonable and necessary: | $53,677.50 |
| Amount of expenses sought as actual, reasonable and necessary | $2,901.34 |

This is an: X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Docket No. 9172
Date Filed 8/2/05

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the forty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 8 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | .80 | $420.00 |
| Lawrence E. Flatley | Partner | 30 Years | Litigation | $495.00 | 1.70 | $841.50 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 96.50 | $47,285.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 10.40 | $2,704.00 |
| Jayme Butcher | Associate | 4 Years | Litigation | $250.00 | 3.60 | $900.00 |

The paraprofessionals who rendered professional service in these cases during the Fee
Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 12 Years | Bankruptcy | $175.00 | 2.40 | $420.00 |
| Maureen Atkinson | Paralegal | 29 Years | Litigation | $165.00 | 2.30 | $379.50 |
| Sharon A. Ament | Paralegal | 1 Year | Bankruptcy | $125.00 | 4.70 | $587.50 |
| Lisa Lankford | Bankruptcy Specialist | 3 Years | Bankruptcy | $100.00 | 1.40 | $140.00 |

Total Fees:  $53,677.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 70.40 | $33,366.00 |
| Travel – Nonworking | 2.00 | $980.00 |
| ZAI Science Trial | 35.70 | $15,001.00 |
| Fee Applications | 11.20 | $2,125.50 |
| Hearings | 1.00 | $490.00 |
| Montana Grand Jury Investigation | 3.50 | $1,715.00 |
| **Total:** | **123.80** | **$53,677.50** |

### EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $1.45 | $1.20 |
| Duplicating/Printing/Scanning | $321.60 | $204.45 |
| Air Travel Expense | $1,343.85 | ---- |
| Taxi Expense | $88.00 | ---- |
| Meal Expense | $8.00 | ---- |
| PACER | $25.68 | ---- |
| Postage Expense | $0.37 | $0.49 |
| Courier Service – Outside | $17.79 | $69.31 |
| Binding Charge | $9.00 | ---- |
| Outside Duplicating | $810.15 | ---- |
| SUBTOTAL | $2,625.89 | $275.45 |
| TOTAL | | **$2,901.34** |

Dated: August 2, 2005                           REED SMITH LLP
       Wilmington, Delaware

By: /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE  19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail: kgwynne@reedsmith.com

     and

     James J. Restivo, Jr., Esquire
     Lawrence E. Flatley, Esquire
     Douglas E. Cameron, Esquire
     435 Sixth Avenue
     Pittsburgh, PA  15219
     Telephone: (412) 288-3131
     Facsimile: (412) 288-3063

     Special Asbestos Products Liability Defense
     Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1298936
One Town Center Road                     Invoice Date        07/26/05
Boca Raton, FL   33486                   Client Number        172573


=============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              33,366.00
    Expenses                              0.00

                 TOTAL BALANCE DUE UPON RECEIPT      $33,366.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1298936
One Town Center Road                     Invoice Date       07/26/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026


==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

    Date   Name                                               Hours
  -------- -----------                                        -----


06/01/05 Atkinson        Review Grace/Solow files per           .70
                         Kirkland and Ellis request for
                         materials.

06/01/05 Cameron         Prepare and revise letter             2.60
                         regarding asbestos property damage
                         experts (0.3); prepare for new
                         York meeting (0.9); review
                         asbestos property damage expert
                         and litigation materials to send
                         to K&E (1.4).

06/02/05 Cameron         Prepare for and meet with R. Finke    5.40
                         and consultants in New York (3.9);
                         review of notes, memorandum and
                         follow-up things to do regarding
                         meeting (0.9); e-mails regarding
                         general asbestos-related
                         investigation issues (0.6).

06/03/05 Cameron         Review notes from meeting with        3.40
                         consultants (0.9); prepare summary
                         of asbestos property damage issues
                         and testimony (1.4); telephone
                         call with L. Flatley regarding
                         open issues (0.3); review
                         materials from R. Finke/J. Baer
                         regarding proposed CMO for
                         asbestos property damage
                         estimation (0.8).

172573  W. R. Grace & Co.                          Invoice Number  1298936
60026  Litigation and Litigation Consulting        Page    2
       July 26, 2005

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 06/05/05 | Cameron | Telephone call with R. Finke regarding consultant calls (0.2); review testimony and materials for same (0.9). | 1.10 |
| 06/06/05 | Cameron | Prepare for conference call with R. Finke, K&E lawyers and potential consultant for asbestos property damage claims (0.6); participate in conference call regarding same (1.7); further review of expert materials and research for estimation issues (1.9); prepare outline to begin potential discovery summary (0.7). | 4.90 |
| 06/08/05 | Cameron | Telephone call with R. Finke re: expert issue (.30); review materials sent by R. Finke to consultant (.80); review meeting notes (.40); review prior testimony of experts (.90). | 2.40 |
| 06/09/05 | Cameron | Meeting with K&E lawyer while in Chicago (.50); emails with R. Finke re:  expert (.20); review miscellaneous expert and research materials (.80). | 1.50 |
| 06/09/05 | Flatley | Call with R. Senftleben | .30 |
| 06/10/05 | Cameron | Follow-up on expert testimony issues. | .70 |
| 06/15/05 | Cameron | Emails re:  asbestos-related consultant issues (.30); review materials from R. Finke relating to same (.90). | 1.20 |
| 06/16/05 | Cameron | Follow-up re:  asbestos-related consultant meetings (.30). | .30 |
| 06/17/05 | Cameron | Review materials relating to consultant meetings (0.9); telephone call with R. Finke regarding same (0.4); review prior disclosures and testimony regarding same (0.9); review K&E prepared materials (0.5). | 2.70 |

```
172573  W. R. Grace & Co.                      Invoice Number  1298936
60026   Litigation and Litigation Consulting   Page    3
        July 26, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 06/18/05 | Cameron | Review of testing materials for meeting with asbestos-related consultants. | .90 |
| 06/19/05 | Cameron | Review consultant's reports and work product from prior litigation. | 1.20 |
| 06/20/05 | Cameron | Prepare for 6/21/05 meeting with potential consultants for asbestos property damage estimation (1.9); e-mails regarding same (0.3). | 2.20 |
| 06/21/05 | Cameron | Prepare for and meet with R. Finke and M. Browdy regarding consultant meetings (1.1); meet with consultants and counsel regarding property damage claims estimation (4.3); meet with R. Finke and M. Browdy following consultant meeting (1.4); review prior testimony and hearing records per K&E request for information (1.6); e-mails regarding same (0.2). | 8.60 |
| 06/22/05 | Atkinson | Review file materials to provide copies to D. Cameron. | .60 |
| 06/22/05 | Cameron | Continued review of expert files, prior testimony and hearing record as follow-up to meetings and request by K & E for information (2.9); prepare and revise letter to counsel and follow up (0.5); e-mails regarding same (0.2). | 3.60 |
| 06/23/05 | Atkinson | Review file and provide documents referenced in Stipulation of Debtors and ZAI Claimants to Supplement ZAI Science Trial Summary Judgment Record to Kirkland & Ellis. | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1298936
60026  Litigation and Litigation Consulting       Page    4
       July 26, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| 06/23/05 | Cameron | Review files and hearing record materials per K&E request for information and summaries (2.6); multiple e-mails regarding same (0.6); meet with M. Atkinson regarding same (0.3); meet with L. Flatley regarding asbestos property damage estimation issues (0.4); review materials relating to Trenton plant issues (0.7). | 4.60 |
| 06/23/05 | Flatley | Call with W. Sparks (0.5); follow up on W. Sparks call with D. Cameron (0.2). | .70 |
| 06/24/05 | Cameron | Continued review of historical documents and Reed Smith work papers to respond to various K&E requests (2.4); multiple e-mails regarding same (0.9); telephone call with R. Finke regarding open issues (0.3); telephone call with L. Flatley regarding same (0.2). | 3.80 |
| 06/24/05 | Flatley | D. Cameron e-mails and replies regarding testing documents (0.4); call with D. Cameron (0.1) | .50 |
| 06/24/05 | Muha | Review file and Grace documents to answer K & E questions re: historic testing (1.4); e-mail to D. Cameron and L. Flatley re: same (0.3). | 1.70 |
| 06/25/05 | Cameron | Review draft CMO from J. Baer (0.9); review expert/consultant materials for property damage estimation issues (0.8). | 1.70 |
| 06/26/05 | Cameron | Continued review of and comments to draft CMO and response from property damage committee counsel. | .60 |
| 06/27/05 | Cameron | E-mails regarding hearing and CMO issues (0.5); review CMO and response (0.5) review consultant materials for 7/11 meeting and outline of issues for same (1.9). | 2.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1298936
60026  Litigation and Litigation Consulting  Page   5
       July 26, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/28/05 | Cameron | Review materials regarding report on hearing (0.9); telephone call with R. Finke regarding same (0.2); review materials regarding meeting on July 11 and e-mails regarding same (0.4); review prior testimony and reports (0.9). | 2.40 |
| 06/28/05 | Flatley | E-mail regarding results of hearing and follow-up | .20 |
| 06/29/05 | Cameron | Review of K&E outline regarding asbestos property damage estimation issues and tasks (1.4); telephone call with R. Finke regarding same (0.3); review materials for 7/7 call (0.9); review materials for 7/11 meeting (0.9); e-mails with K&E regarding estimation (0.4). | 3.90 |
| 06/30/05 | Cameron | Multiple e-mails relating to asbestos property damage estimation (0.7); prepare and review materials relating to 7/11 meeting to respond to K&E inquiries and to prepare for meeting with R. Finke, K&E lawyers and consultants (1.1); prepare materials for 7/7 call with consultants (0.3). | 2.10 |

```
                                              ------
                          TOTAL HOURS         70.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 1.70 | at | $ 495.00 | = | 841.50 |
| Douglas E. Cameron | 64.70 | at | $ 490.00 | = | 31,703.00 |
| Andrew J. Muha | 1.70 | at | $ 260.00 | = | 442.00 |
| Maureen L. Atkinson | 2.30 | at | $ 165.00 | = | 379.50 |

```
                     CURRENT FEES                    33,366.00


                                              ------------
          TOTAL BALANCE DUE UPON RECEIPT         $33,366.00
                                              ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W.R. Grace                          Invoice Number      1298924
  5400 Broken Sound Blvd., N.W.       Invoice Date        07/26/05
  Boca Raton, FL 33487                Client Number        172573
                                      Matter Number         60027
```

================================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 06/02/05 | Cameron | Non-working return to airport/return to Pittsburgh from meeting in New York (one-half time). | 2.00 |
| | | TOTAL HOURS | 2.00 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.00 at | $  490.00  = | 980.00 |
| | CURRENT FEES | | 980.00 |

TOTAL BALANCE DUE UPON RECEIPT                          $980.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W. R. Grace | Invoice Number    1298937 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    07/26/05 |
| Boca Raton, FL 33487 | Client Number    172573 |

===============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

Fees                          15,001.00
Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $15,001.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1298937
5400 Broken Sound Blvd., N.W.         Invoice Date       07/26/05
Boca Raton, FL 33487                  Client Number       172573
                                      Matter Number        60028


================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

   Date   Name                                              Hours
 -------- -----------                                       -----


06/01/05 Cameron          Additional review of materials      .70
                          from Canada.

06/04/05 Cameron          Review materials from R. Finke.     .70

06/07/05 Cameron          R. Finke e-mails regarding         1.60
                          Canadian claims issues (0.4);
                          review summary materials and
                          Science Trial materials for
                          response (1.2).

06/08/05 Cameron          Telephone call with R. Finke re:    .90
                          Canadian issues (.20); review
                          summaries to Canadian counsel re:
                          same (.70).

06/09/05 Cameron          Review materials relating to        .70
                          Canadian claims and actions.

06/14/05 Restivo          Review new memos, emails, reports   .80
                          and pleadings.

06/15/05 Cameron          Emails re:  Canadian claim issues.  .30

06/16/05 Cameron          Review materials from R. Finke     1.10
                          relating to Canadian claims.

172573 W. R. Grace & Co.                    Invoice Number  1298937
60028 ZAI Science Trial                     Page    2
      July 26, 2005

    Date   Name                                              Hours
-------- -----------                                         -----


06/17/05 Cameron          Prepare for and participate in       2.60
                          telephone call with R. Finke and
                          Canadian counsel (0.9); prepare,
                          review and revise summary memos
                          (0.9); respond to request for
                          deposition transcript (0.8).

06/18/05 Cameron          Review and make additional            .50
                          revisions to summaries for R.
                          Finke.

06/20/05 Cameron          Review summaries and e-mail to R.    2.10
                          Finke (0.8); e-mails with
                          consultant regarding request for
                          information and review files
                          regarding same (0.5); review
                          expert materials from science
                          trial (0.8).

06/21/05 Cameron          Review e-mail from R. Finke           .90
                          regarding Canadian claims issues
                          and meeting (0.3); review summary
                          materials (0.6).

06/22/05 Cameron          Review e-mails and materials          .80
                          relating to Canadian claims.

06/23/05 Cameron          E-mails with R. Finke regarding      1.00
                          expert materials (0.2); review
                          reports and supplement materials
                          for R. Finke (0.4); review
                          Canadian press materials (04).

06/24/05 Cameron          Review expert reports for            1.20
                          discussion with R. Finke and
                          Canadian counsel.

06/26/05 Cameron          Additional review of expert           .70
                          reports and e-mails relating to
                          same.

06/27/05 Cameron          E-mails regarding request for        1.70
                          information from R. Finke (0.8);
                          review EPA materials regarding
                          same (0.9).

06/28/05 Butcher          Research and review of EPA           1.80
                          materials relating to ZAI per
                          request from Richard Finke.

172573 W. R. Grace & Co.                          Invoice Number  1298937
60028  ZAI Science Trial                          Page    3
       July 26, 2005

    Date    Name                                                    Hours
-------- -----------                                               -----


06/28/05 Cameron        Review draft letter from R. Finke      1.70
                        and comments (0.6); telephone call
                        with R. Finke regarding same
                        (0.3); review attachments to
                        letter and comment (0.8).

06/28/05 Muha           Research and review of portions of     2.40
                        EPA materials relating to
                        vermiculite insulation (ZAI) per
                        request from R. Finke.

06/29/05 Butcher        Research and review of portions of     1.80
                        EPA materials relating to ZAI per
                        request from Richard Finke.

06/29/05 Cameron        Detailed review of EPA                 3.50
                        pronouncements and other EPA
                        materials (2.8); telephone call
                        with R. Finke regarding same
                        (0.3); letter to R. Finke
                        regarding same (0.4).

06/29/05 Muha           Continued research and review of       4.80
                        EPA materials relating to
                        vermiculite insulation (ZAI) per
                        request by R. Finke (4.3);
                        meetings with D. Cameron re: same
                        (0.5).

06/30/05 Cameron        Review materials to send to            1.40
                        Canadian counsel (0.6); review
                        draft letter regarding same (0.4);
                        review additional EPA materials
                        (0.4).

                                                          ------
                                       TOTAL HOURS         35.70

```
TIME SUMMARY              Hours          Rate           Value
------------------------  ---------------------         -------
James J. Restivo Jr.       0.80  at  $  525.00  =        420.00
Douglas E. Cameron        24.10  at  $  490.00  =     11,809.00
Jayme L. Butcher           3.60  at  $  250.00  =        900.00
Andrew J. Muha             7.20  at  $  260.00  =      1,872.00

                          CURRENT FEES                         15,001.00


                                                         ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $15,001.00
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1298926
5400 Broken Sound Blvd., N.W.            Invoice Date        07/26/05
Boca Raton, FL 33487                     Client Number       172573


========================================================================
Re: W. R. Grace & Co.
(60029)  Fee Applications-Applicant
    Fees                            2,125.50
    Expenses                            0.00
                    TOTAL BALANCE DUE UPON RECEIPT        $2,125.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number       1298926
5400 Broken Sound Blvd., N.W.                  Invoice Date        07/26/05
Boca Raton, FL 33487                           Client Number         172573
                                               Matter Number          60029


================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 06/06/05 | Cameron | Review fee application materials. | .70 |
| 06/08/05 | Muha | Review and revise May 2005 fee and expense detail for monthly fee application. | .90 |
| 06/13/05 | Lord | Revise, e-file and perfect service of CNO forRS 16th quarterly (.5). | .50 |
| 06/14/05 | Muha | Review and make additional revisions to May 2005 fee/expense details for monthly fee application. | .30 |
| 06/22/05 | Cameron | Finalize comments to monthly fee application. | .50 |
| 06/27/05 | Ament | Review May bills & calculate fees & expenses (1.0); prepare spreadsheet of fees & expenses (1.0); draft 47th monthly fee application (1.0); format bills for electronic filing (.50) | 3.50 |
| 06/27/05 | Ament | Meet with A. Muha re 47th monthly fee application | .10 |
| 06/27/05 | Lankford | Draft RS's 46th Monthly CNO (0.4); prepare service list/labels re: same (0.4); scan, e-file and perfect service of same (0.6). | 1.40 |

```
172573  W. R. Grace & Co.                        Invoice Number  1298926
60029   Fee Applications-Applicant               Page    2
        July 26, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 06/27/05 | Muha | Final review and revisions to May 2005 monthly fee application. | .30 |
| 06/28/05 | Ament | Finalize 47th monthly fee application (.50); finalize formatting of bills (.50); e-mail to J. Lord for Delaware filing (.10) | 1.10 |
| 06/28/05 | Lord | Prepare correspondence to R. Finke at Grace re: April fee application (.3); respond to e-mail from PGH office re: May fee application (.1). | .40 |
| 06/30/05 | Lord | Review, revise and e-file RS 47th monthly fee application (1.2); prepare and perfect hard/e-service for same (.3). | 1.50 |

```
                                                 ------
                                    TOTAL HOURS    11.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 1.20 | at $ | 490.00 | = | 588.00 |
| Andrew J. Muha | 1.50 | at $ | 260.00 | = | 390.00 |
| John B. Lord | 2.40 | at $ | 175.00 | = | 420.00 |
| Sharon A. Ament | 4.70 | at $ | 125.00 | = | 587.50 |
| Lisa Lankford | 1.40 | at $ | 100.00 | = | 140.00 |

```
                 CURRENT FEES                         2,125.50


                                                   ------------
        TOTAL BALANCE DUE UPON RECEIPT               $2,125.50
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1298927
One Town Center Road                     Invoice Date       07/26/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60030


===============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

    Date   Name                                            Hours
    ------ -----------                                      -----

06/20/05 Cameron          Review hearing agenda and e-mails    .60
                          regarding same.

06/29/05 Cameron          Review materials from 6/27 hearing   .40
                          and telephone call with R. Finke
                          regarding same.

                                                           ------
                                         TOTAL HOURS        1.00


TIME SUMMARY              Hours        Rate        Value
-----------------------  ----------------------   -------
Douglas E. Cameron        1.00  at  $  490.00  =   490.00

                         CURRENT FEES                        490.00


                                                     ------------
                     TOTAL BALANCE DUE UPON RECEIPT      $490.00
                                                     ============

```
                              REED SMITH LLP
                              PO Box 360074M
                        Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R Grace & Co.                        Invoice Number      1298928
   One Town Center Road                   Invoice Date       07/26/05
   Boca Raton, FL   33486                 Client Number       172573
                                          Matter Number        60035
```

===============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 06/01/05 | Cameron | Review materials from R. Finke relating to criminal investigations. | .80 |
| 06/03/05 | Cameron | Review materials from R. Finke regarding governmental investigation. | 1.30 |
| 06/18/05 | Cameron | Review collected materials relating to indictment. | .80 |
| 06/22/05 | Cameron | Review new materials relating to indictment. | .60 |

```
                                                        ------
                                          TOTAL HOURS     3.50
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 3.50 at $ 490.00 = | | 1,715.00 |

```
                    CURRENT FEES                        1,715.00


                                                     ------------
          TOTAL BALANCE DUE UPON RECEIPT              $1,715.00
                                                     ============
```

# jblord

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1298936
One Town Center Road                     Invoice Date      07/26/05
Boca Raton, FL   33486                   Client Number      172573



===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                        33,366.00
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $33,366.00
                                                       =============

```
                    REED SMITH LLP
                     PO Box 360074M
                 Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1298936 |
| One Town Center Road | Invoice Date    07/26/05 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 06/01/05 | Atkinson | Review Grace/Solow files per Kirkland and Ellis request for materials. | .70 |
| 06/01/05 | Cameron | Prepare and revise letter regarding asbestos property damage experts (0.3); prepare for new York meeting (0.9); review asbestos property damage expert and litigation materials to send to K&E (1.4). | 2.60 |
| 06/02/05 | Cameron | Prepare for and meet with R. Finke and consultants in New York (3.9); review of notes, memorandum and follow-up things to do regarding meeting (0.9); e-mails regarding general asbestos-related investigation issues (0.6). | 5.40 |
| 06/03/05 | Cameron | Review notes from meeting with consultants (0.9); prepare summary of asbestos property damage issues and testimony (1.4); telephone call with L. Flatley regarding open issues (0.3); review materials from R. Finke/J. Baer regarding proposed CMO for asbestos property damage estimation (0.8). | 3.40 |

```
172573 W. R. Grace & Co.                        Invoice Number  1298936
60026  Litigation and Litigation Consulting     Page    2
       July 26, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 06/05/05 | Cameron | Telephone call with R. Finke regarding consultant calls (0.2); review testimony and materials for same (0.9). | 1.10 |
| 06/06/05 | Cameron | Prepare for conference call with R. Finke, K&E lawyers and potential consultant for asbestos property damage claims (0.6); participate in conference call regarding same (1.7); further review of expert materials and research for estimation issues (1.9); prepare outline to begin potential discovery summary (0.7). | 4.90 |
| 06/08/05 | Cameron | Telephone call with R. Finke re: expert issue (.30); review materials sent by R. Finke to consultant (.80); review meeting notes (.40); review prior testimony of experts (.90). | 2.40 |
| 06/09/05 | Cameron | Meeting with K&E lawyer while in Chicago (.50); emails with R. Finke re:  expert (.20); review miscellaneous expert and research materials (.80). | 1.50 |
| 06/09/05 | Flatley | Call with R. Senftleben | .30 |
| 06/10/05 | Cameron | Follow-up on expert testimony issues. | .70 |
| 06/15/05 | Cameron | Emails re:  asbestos-related consultant issues (.30); review materials from R. Finke relating to same (.90). | 1.20 |
| 06/16/05 | Cameron | Follow-up re:  asbestos-related consultant meetings (.30). | .30 |
| 06/17/05 | Cameron | Review materials relating to consultant meetings (0.9); telephone call with R. Finke regarding same (0.4); review prior disclosures and testimony regarding same (0.9); review K&E prepared materials (0.5). | 2.70 |

172573  W. R. Grace & Co.                          Invoice Number  1298936
60026  Litigation and Litigation Consulting        Page    3
        July 26, 2005


   Date   Name                                                 Hours
   -------- -----------                                         -----

06/18/05  Cameron        Review of testing materials for          .90
                         meeting with asbestos-related
                         consultants.

06/19/05  Cameron        Review consultant's reports and         1.20
                         work product from prior litigation.

06/20/05  Cameron        Prepare for 6/21/05 meeting with        2.20
                         potential consultants for asbestos
                         property damage estimation (1.9);
                         e-mails regarding same (0.3).

06/21/05  Cameron        Prepare for and meet with R. Finke      8.60
                         and M. Browdy regarding consultant
                         meetings (1.1); meet with
                         consultants and counsel regarding
                         property damage claims estimation
                         (4.3); meet with R. Finke and M.
                         Browdy following consultant
                         meeting (1.4); review prior
                         testimony and hearing records per
                         K&E request for information (1.6);
                         e-mails regarding same (0.2).

06/22/05  Atkinson       Review file materials to provide         .60
                         copies to D. Cameron.

06/22/05  Cameron        Continued review of expert files,       3.60
                         prior testimony and hearing record
                         as follow-up to meetings and
                         request by K & E for information
                         (2.9); prepare and revise letter
                         to counsel and follow up (0.5);
                         e-mails regarding same (0.2).

06/23/05  Atkinson       Review file and provide documents       1.00
                         referenced in Stipulation of
                         Debtors and ZAI Claimants to
                         Supplement ZAI Science Trial
                         Summary Judgment Record to
                         Kirkland & Ellis.

```
172573 W. R. Grace & Co.                      Invoice Number  1298936
60026  Litigation and Litigation Consulting   Page    4
       July 26, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|------|------|
| 06/23/05 | Cameron | Review files and hearing record materials per K&E request for information and summaries (2.6); multiple e-mails regarding same (0.6); meet with M. Atkinson regarding same (0.3); meet with L. Flatley regarding asbestos property damage estimation issues (0.4); review materials relating to Trenton plant issues (0.7). | 4.60 |
| 06/23/05 | Flatley | Call with W. Sparks (0.5); follow up on W. Sparks call with D. Cameron (0.2). | .70 |
| 06/24/05 | Cameron | Continued review of historical documents and Reed Smith work papers to respond to various K&E requests (2.4); multiple e-mails regarding same (0.9); telephone call with R. Finke regarding open issues (0.3); telephone call with L. Flatley regarding same (0.2). | 3.80 |
| 06/24/05 | Flatley | D. Cameron e-mails and replies regarding testing documents (0.4); call with D. Cameron (0.1) | .50 |
| 06/24/05 | Muha | Review file and Grace documents to answer K & E questions re: historic testing (1.4); e-mail to D. Cameron and L. Flatley re: same (0.3). | 1.70 |
| 06/25/05 | Cameron | Review draft CMO from J. Baer (0.9); review expert/consultant materials for property damage estimation issues (0.8). | 1.70 |
| 06/26/05 | Cameron | Continued review of and comments to draft CMO and response from property damage committee counsel. | .60 |
| 06/27/05 | Cameron | E-mails regarding hearing and CMO issues (0.5); review CMO and response (0.5) review consultant materials for 7/11 meeting and outline of issues for same (1.9). | 2.90 |

172573 W. R. Grace & Co.                          Invoice Number  1298936
60026  Litigation and Litigation Consulting       Page   5
       July 26, 2005

   Date  Name                                                  Hours
   ------- -----------                                         -----


06/28/05 Cameron          Review materials regarding report    2.40
                          on hearing (0.9); telephone call
                          with R. Finke regarding same
                          (0.2); review materials regarding
                          meeting on July 11 and e-mails
                          regarding same (0.4); review prior
                          testimony and reports (0.9).

06/28/05 Flatley          E-mail regarding results of           .20
                          hearing and follow-up

06/29/05 Cameron          Review of K&E outline regarding      3.90
                          asbestos property damage
                          estimation issues and tasks (1.4);
                          telephone call with R. Finke
                          regarding same (0.3); review
                          materials for 7/7 call (0.9);
                          review materials for 7/11 meeting
                          (0.9); e-mails with K&E regarding
                          estimation (0.4).

06/30/05 Cameron          Multiple e-mails relating to         2.10
                          asbestos property damage
                          estimation (0.7); prepare and
                          review materials relating to 7/11
                          meeting to respond to K&E
                          inquiries and to prepare for
                          meeting with R. Finke, K&E lawyers
                          and consultants (1.1); prepare
                          materials for 7/7 call with
                          consultants (0.3).

                                                               ------
                                            TOTAL HOURS         70.40


TIME SUMMARY            Hours        Rate           Value
------------------------   ------        ------          ------
Lawrence E. Flatley        1.70  at  $  495.00  =      841.50
Douglas E. Cameron        64.70  at  $  490.00  =   31,703.00
Andrew J. Muha             1.70  at  $  260.00  =      442.00
Maureen L. Atkinson        2.30  at  $  165.00  =      379.50

                       CURRENT FEES                         33,366.00


                                                          ------------
              TOTAL BALANCE DUE UPON RECEIPT               $33,366.00
                                                          ============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W.R. Grace                            Invoice Number      1298924
  5400 Broken Sound Blvd., N.W.         Invoice Date       07/26/05
  Boca Raton, FL 33487                  Client Number       172573
                                        Matter Number        60027
```

==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

```
Date    Name                                              Hours
------- -----------                                       -----

06/02/05 Cameron         Non-working return to            2.00
                         airport/return to Pittsburgh from
                         meeting in New York (one-half
                         time).

                                                 ------
                                    TOTAL HOURS    2.00
```

```
TIME SUMMARY             Hours        Rate          Value
------------------------ ------------------------   -------
Douglas E. Cameron       2.00  at  $  490.00  =     980.00

                         CURRENT FEES                         980.00


                                                 ------------
                         TOTAL BALANCE DUE UPON RECEIPT        $980.00
                                                 ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1298937 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    07/26/05 |
| Boca Raton, FL 33487 | Client Number     172573 |

==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

| | |
|---|---|
| Fees | 15,001.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT     $15,001.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1298937 |
| Invoice Date | 07/26/05 |
| Client Number | 172573 |
| Matter Number | 60028 |

==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 06/01/05 | Cameron | Additional review of materials from Canada. | .70 |
| 06/04/05 | Cameron | Review materials from R. Finke. | .70 |
| 06/07/05 | Cameron | R. Finke e-mails regarding Canadian claims issues (0.4); review summary materials and Science Trial materials for response (1.2). | 1.60 |
| 06/08/05 | Cameron | Telephone call with R. Finke re: Canadian issues (.20); review summaries to Canadian counsel re: same (.70). | .90 |
| 06/09/05 | Cameron | Review materials relating to Canadian claims and actions. | .70 |
| 06/14/05 | Restivo | Review new memos, emails, reports and pleadings. | .80 |
| 06/15/05 | Cameron | Emails re:  Canadian claim issues. | .30 |
| 06/16/05 | Cameron | Review materials from R. Finke relating to Canadian claims. | 1.10 |

172573 W. R. Grace & Co.                    Invoice Number  1298937
60028  ZAI Science Trial                    Page    2
       July 26, 2005

| Date | Name | | Hours |
|------|------|---|-------|

06/17/05 Cameron        Prepare for and participate in        2.60
                        telephone call with R. Finke and
                        Canadian counsel (0.9); prepare,
                        review and revise summary memos
                        (0.9); respond to request for
                        deposition transcript (0.8).

06/18/05 Cameron        Review and make additional             .50
                        revisions to summaries for R.
                        Finke.

06/20/05 Cameron        Review summaries and e-mail to R.     2.10
                        Finke (0.8); e-mails with
                        consultant regarding request for
                        information and review files
                        regarding same (0.5); review
                        expert materials from science
                        trial (0.8).

06/21/05 Cameron        Review e-mail from R. Finke            .90
                        regarding Canadian claims issues
                        and meeting (0.3); review summary
                        materials (0.6).

06/22/05 Cameron        Review e-mails and materials          .80
                        relating to Canadian claims.

06/23/05 Cameron        E-mails with R. Finke regarding      1.00
                        expert materials (0.2); review
                        reports and supplement materials
                        for R. Finke (0.4); review
                        Canadian press materials (04).

06/24/05 Cameron        Review expert reports for            1.20
                        discussion with R. Finke and
                        Canadian counsel.

06/26/05 Cameron        Additional review of expert           .70
                        reports and e-mails relating to
                        same.

06/27/05 Cameron        E-mails regarding request for        1.70
                        information from R. Finke (0.8);
                        review EPA materials regarding
                        same (0.9).

06/28/05 Butcher        Research and review of EPA           1.80
                        materials relating to ZAI per
                        request from Richard Finke.

172573 W. R. Grace & Co.                          Invoice Number  1298937
60028  ZAI Science Trial                          Page    3
       July 26, 2005

      Date   Name                                              Hours
   --------  -----------                                       -----


06/28/05 Cameron        Review draft letter from R. Finke       1.70
                        and comments (0.6); telephone call
                        with R. Finke regarding same
                        (0.3); review attachments to
                        letter and comment (0.8).

06/28/05 Muha           Research and review of portions of      2.40
                        EPA materials relating to
                        vermiculite insulation (ZAI) per
                        request from R. Finke.

06/29/05 Butcher        Research and review of portions of      1.80
                        EPA materials relating to ZAI per
                        request from Richard Finke.

06/29/05 Cameron        Detailed review of EPA                  3.50
                        pronouncements and other EPA
                        materials (2.8); telephone call
                        with R. Finke regarding same
                        (0.3); letter to R. Finke
                        regarding same (0.4).

06/29/05 Muha           Continued research and review of        4.80
                        EPA materials relating to
                        vermiculite insulation (ZAI) per
                        request by R. Finke (4.3);
                        meetings with D. Cameron re: same
                        (0.5).

06/30/05 Cameron        Review materials to send to             1.40
                        Canadian counsel (0.6); review
                        draft letter regarding same (0.4);
                        review additional EPA materials
                        (0.4).

                                                              ------
                                           TOTAL HOURS        35.70

```
TIME SUMMARY              Hours          Rate         Value
------------------------  ----------------------      -------
James J. Restivo Jr.      0.80  at  $  525.00  =       420.00
Douglas E. Cameron       24.10  at  $  490.00  =    11,809.00
Jayme L. Butcher          3.60  at  $  250.00  =       900.00
Andrew J. Muha            7.20  at  $  260.00  =     1,872.00

                         CURRENT FEES                            15,001.00


                                                              ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $15,001.00
                                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1298926
5400 Broken Sound Blvd., N.W.        Invoice Date        07/26/05
Boca Raton, FL 33487                 Client Number        172573


==============================================================================
Re: W. R. Grace & Co.
(60029)  Fee Applications-Applicant
     Fees                        2,125.50
     Expenses                        0.00
                    TOTAL BALANCE DUE UPON RECEIPT          $2,125.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1298926 |
| Invoice Date | 07/26/05 |
| Client Number | 172573 |
| Matter Number | 60029 |

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 06/06/05 | Cameron | Review fee application materials. | .70 |
| 06/08/05 | Muha | Review and revise May 2005 fee and expense detail for monthly fee application. | .90 |
| 06/13/05 | Lord | Revise, e-file and perfect service of CNO forRS 16th quarterly (.5). | .50 |
| 06/14/05 | Muha | Review and make additional revisions to May 2005 fee/expense details for monthly fee application. | .30 |
| 06/22/05 | Cameron | Finalize comments to monthly fee application. | .50 |
| 06/27/05 | Ament | Review May bills & calculate fees & expenses (1.0); prepare spreadsheet of fees & expenses (1.0); draft 47th monthly fee application (1.0); format bills for electronic filing (.50) | 3.50 |
| 06/27/05 | Ament | Meet with A. Muha re 47th monthly fee application | .10 |
| 06/27/05 | Lankford | Draft RS's 46th Monthly CNO (0.4); prepare service list/labels re: same (0.4); scan, e-file and perfect service of same (0.6). | 1.40 |

```
172573  W. R. Grace & Co.                          Invoice Number  1298926
60029   Fee Applications-Applicant                 Page    2
        July 26, 2005
```

| Date | Name | | Hours |
|------|------|------|-------|
| 06/27/05 | Muha | Final review and revisions to May 2005 monthly fee application. | .30 |
| 06/28/05 | Ament | Finalize 47th monthly fee application (.50); finalize formatting of bills (.50); e-mail to J. Lord for Delaware filing (.10) | 1.10 |
| 06/28/05 | Lord | Prepare correspondence to R. Finke at Grace re: April fee application (.3); respond to e-mail from PGH office re: May fee application (.1). | .40 |
| 06/30/05 | Lord | Review, revise and e-file RS 47th monthly fee application (1.2); prepare and perfect hard/e-service for same (.3). | 1.50 |

```
                                              ------
                                TOTAL HOURS    11.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|--------|------|-------|
| Douglas E. Cameron | 1.20 | at $ | 490.00 | = | 588.00 |
| Andrew J. Muha | 1.50 | at $ | 260.00 | = | 390.00 |
| John B. Lord | 2.40 | at $ | 175.00 | = | 420.00 |
| Sharon A. Ament | 4.70 | at $ | 125.00 | = | 587.50 |
| Lisa Lankford | 1.40 | at $ | 100.00 | = | 140.00 |

```
                     CURRENT FEES                        2,125.50


                                                     ------------
              TOTAL BALANCE DUE UPON RECEIPT            $2,125.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                           Invoice Number      1298927
One Town Center Road                      Invoice Date      07/26/05
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60030

==========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

    Date   Name                                              Hours
  -------- -----------                                       -----

06/20/05 Cameron          Review hearing agenda and e-mails      .60
                          regarding same.

06/29/05 Cameron          Review materials from 6/27 hearing     .40
                          and telephone call with R. Finke
                          regarding same.

                                                           ------
                                       TOTAL HOURS           1.00


TIME SUMMARY             Hours          Rate         Value
-----------------------  ---------------------       -------
Douglas E. Cameron        1.00  at  $  490.00  =      490.00

                         CURRENT FEES                             490.00


                                                    ------------
                    TOTAL BALANCE DUE UPON RECEIPT        $490.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | Invoice Number | 1298928 |
|---|---|---|
| One Town Center Road | Invoice Date | 07/26/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60035 |

================================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 06/01/05 | Cameron | Review materials from R. Finke relating to criminal investigations. | .80 |
| 06/03/05 | Cameron | Review materials from R. Finke regarding governmental investigation. | 1.30 |
| 06/18/05 | Cameron | Review collected materials relating to indictment. | .80 |
| 06/22/05 | Cameron | Review new materials relating to indictment. | .60 |
| | | TOTAL HOURS | 3.50 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 3.50 at $ 490.00 = | | 1,715.00 |
| | CURRENT FEES | | 1,715.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $1,715.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1298923
One Town Center Road                     Invoice Date        07/26/05
Boca Raton, FL   33486                   Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                              0.00
     Expenses                      2,625.89

               TOTAL BALANCE DUE UPON RECEIPT       $2,625.89
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1298923
One Town Center Road                     Invoice Date       07/26/05
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                           9.00
    Telephone Expense                        1.45
    PACER                                   25.68
    Duplicating/Printing/Scanning          321.60
    Postage Expense                          0.37
    Courier Service - Outside               17.79
    Outside Duplicating                    810.15
    Air Travel Expense                   1,343.85
    Taxi Expense                            88.00
    Meal Expense                             8.00

                CURRENT EXPENSES                    2,625.89
                                                 -------------

            TOTAL BALANCE DUE UPON RECEIPT        $2,625.89
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | | Invoice Number | 1298923 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 07/26/05 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60026 |

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 04/03/05 | PACER--Electronic docket access charges. | 25.68 |
|---|---|---|
| 05/25/05 | Binding Charge | 3.00 |
| 05/27/05 | Binding Charge | 6.00 |
| 06/01/05 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 06/01/05 | ATTY # 0856; 12 COPIES. | 1.80 |
| 06/01/05 | ATTY # 0856; 15 COPIES | 2.25 |
| 06/01/05 | ATTY # 0559; 6 COPIES | .90 |
| 06/01/05 | Postage Expense: ATTY # 0559 | .37 |
| 06/01/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to John Donley, Esq. Kirkland & Ellis, LLP (CHICAGO IL 60601). | 17.79 |
| 06/03/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC.--Copying for hardcopy service of Quarterly fee application and notice of filing Quarterly fee application on core and 2002 service list. | 747.05 |
| 06/03/05 | 410-531-4355/COLUMBIA, MD/6 | .30 |
| 06/06/05 | ATTY # 0559; 230 COPIES | 34.50 |
| 06/07/05 | Meal Expense - - BREAKFAST FOR DOUGLAS E. CAMERON DURING TRIP TO NY (6/2/05). | 8.00 |

```
172573 W. R. Grace & Co.                      Invoice Number  1298923
60026  Litigation and Litigation Consulting   Page    2
       July 26, 2005
```

| | | |
|---|---|---|
| 06/07/05 | Taxi Expense - -TAXI FARES/TIPS FOR DOUGLAS E. CAMERON DURING TRIP TO NY (6/2/05). | 88.00 |
| 06/08/05 | 410-531-4355/COLUMBIA, MD/14 | .65 |
| 06/13/05 | ATTY # 0559; 2 COPIES | .30 |
| 06/17/05 | Telephone Expense 561-362-1533/BOCA RATON, FL/4 | .20 |
| 06/17/05 | Telephone Expense 703-684-0123/ARLINGTON, VA/3 | .10 |
| 06/17/05 | Duplicating/Printing/Scanning ATTY # 0559; 84 COPIES | 12.60 |
| 06/22/05 | Duplicating/Printing/Scanning ATTY # 0856; 1490 COPIES | 223.50 |
| 06/23/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC.---Copying for hardcopy service of CNO or 46th monthly fee application. | 63.10 |
| 06/23/05 | Air Travel Expense - - DOUGLAS E. CAMERON AIRFARE PURCHASED FOR TRIP TO BALTIMORE, MD FOR MEETING WITH W.R. GRACE REP. (7/11/05). | 888.40 |
| 06/23/05 | Air Travel Expense - - AIRFARE PURCHASED FOR TRIP TO NEW YORK, NY FOR MEETING WITH W.R. GRACE CONSULTANT(6/2/05). | 455.45 |
| 06/23/05 | Telephone Expense 410-531-4355/COLUMBIA, MD/2 | .10 |
| 06/27/05 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .90 |
| 06/27/05 | Duplicating/Printing/Scanning ATTY # 3984; 52 COPIES. | 7.80 |
| 06/30/05 | Duplicating/Printing/Scanning ATTY # 0559; 109 COPIES | 16.35 |
| 06/30/05 | Duplicating/Printing/Scanning ATTY # 0718; 138 COPIES | 20.70 |

```
                           CURRENT EXPENSES              2,625.89
                                                       ------------
                 TOTAL BALANCE DUE UPON RECEIPT         $2,625.89
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1298925
5400 Broken Sound Blvd., N.W.        Invoice Date        07/26/05
Boca Raton, FL 33487                 Client Number        172573

================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                         0.00
        Expenses                   275.45

                    TOTAL BALANCE DUE UPON RECEIPT       $275.45
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number        1298925
5400 Broken Sound Blvd., N.W.        Invoice Date          07/26/05
Boca Raton, FL 33487                 Client Number          172573
                                     Matter Number           60028

===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        1.20
    Duplicating/Printing/Scanning          204.45
    Postage Expense                          0.49
    Courier Service - Outside               69.31

              CURRENT EXPENSES                         275.45
                                                  --------------

          TOTAL BALANCE DUE UPON RECEIPT            $275.45
                                                  ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1298925 |
| Invoice Date | 07/26/05 |
| Client Number | 172573 |
| Matter Number | 60028 |

==============================================================================

Re: (60028)   ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/11/05 | 561-362-1533/BOCA RATON, FL/17 | .80 |
| 05/11/05 | 561-362-1533/BOCA RATON, FL/7 | .30 |
| 05/18/05 | ATTY # 0559; 72 COPIES | 10.80 |
| 06/03/05 | ATTY # 0559: 1 COPIES | .15 |
| 06/17/05 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .90 |
| 06/17/05 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .90 |
| 06/17/05 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .90 |
| 06/20/05 | Telephone Expense 703-684-0123/ARLINGTON, VA/3 | .10 |
| 06/20/05 | Duplicating/Printing/Scanning ATTY # 0559; 60 COPIES | 9.00 |
| 06/20/05 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .90 |
| 06/20/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Sciences International, Inc. | 47.36 |
| 06/22/05 | Postage Expense | .49 |

```
172573  W. R. Grace & Co.                      Invoice Number  1298925
60028   ZAI Science Trial                      Page    2
        July 26, 2005
```

| Date | Description | Amount |
|------|-------------|--------|
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .60 |
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/22/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 06/22/05 | UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Barbara Harding,  Kirkland & Ellis LLP (WASHINGTON DC 20005). | -8.06 |
| 06/22/05 | Courier Service -  UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Richard C. Finke,  W.R. Grace & Company (COLUMBIA MD 21044). | 10.10 |
| 06/22/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Michelle Browdy,  Kirkland & Ellis LLP (CHICAGO IL 60601). | 11.85 |
| 06/22/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Barbara Harding, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.06 |
| 06/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 06/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .45 |
| 06/24/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.50 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                    Invoice Number  1298925
60028   ZAI Science Trial                    Page    3
        July 26, 2005
```

| | | |
|---|---|---:|
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 64 COPIES | 9.60 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0710; 875 COPIES | 131.25 |
| 06/29/05 | Duplicating/Printing/Scanning<br>ATTY # 0701; 230 COPIES | 34.50 |

```
                      CURRENT EXPENSES              275.45
                                                ------------
             TOTAL BALANCE DUE UPON RECEIPT        $275.45
                                                ============
```