IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 29, 2005 at 4:00 p.m. |
| | ) | Hearing Date: Only if Objections are timely filed. |

**SUMMARY OF THE FIFTY-FIRST MONTHLY APPLICATION OF
FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
THE PERIOD OF JULY 1, 2005 THROUGH JULY 31, 2005**

| | |
|---|---|
| Name of Applicant: | Ferry, Joseph & Pearce, P.A. |
| Authorized to provide professional services to: | Official Committee of Asbestos Property Damage Claimants |
| Date of retention: | April 18, 2001 |
| Period for which compensation and reimbursement is sought: | July 1, 2005 through July 31, 2005 |
| Amount of compensation sought as actual reasonable and necessary: | $13,746.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $1,961.98 |

This is a: __X__ monthly _____ interim _____ final application

**Prior Monthly Applications:**

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/10/01 #577 | 4/18/01- 4/30/01 | $1,476.00 | $26.00 | $1,173.60 (80% of $1,476.00) | $26.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/10/01 #578 | 5/1/01- 5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 (80% of $6,276.50) | $2,708.31 |
| 7/30/01 #768 | 6/1/01- 6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 (80% of $11,251.00) | $1,643.75 |
| 09/05/01 #879 | 7/1/01- 07/31/01 | $11,833.00 | $2,538.98 | $9,466.40 (80% of $11,833.00) | $2,538.98 |
| 10/01/01 #979 | 08/01/01- 08/31/01 | $6,068.00 | $1,391.31 | $4,854.40 (80% of $6,068.00) | $1,391.31 |
| 10/30/01 #1039 | 09/01/01- 09/30/01 | $6,048.00 | $2,258.87 | $4,838.40 (80% of $6,048.00) | $2,258.87 |
| 01/02/02 #1436 | 10/01/01- 11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 (80% of $16,325.00) | $4,495.30 |
| 01/21/02 #1533 | 12/01/01- 12/31/01 | $4,689.00 | $885.80 | $3,751.20 (80% of $4,689.00) | $885.80 |
| 03/07/02 #1773 | 01/01/02- 01/31/02 | $6,980.00 | $1,280.38 | $5,584.00 (80% of $6,980.00) | $1,280.38 |
| 05/01/02 #2000 | 02/01/02- 02/28/02 | $6,306.00 | $2,071.17 | $5,044.80 (80% of $6,306.00) | $2,071.17 |
| 05/01/02 #2001 | 03/01/02- 03/31/02 | $9,438.00 | $6,070.08 | $7,550.40 (80% of $9,438.00) | $6,070.08 |
| 06/28/02 #2295 | 04/01/02- 04/30/02 | $8,470.50 | $5,198.73 | $6,776.40 (80% of $8,470.50) | $5,198.73 |
| 07/03/02 #2326 | 05/01/02- 05/31/02 | $11,446.00 | $1,098.56 | $9,156.80 (80% of $11,446.00) | $1,098.56 |
| 09/12/02 #2678 | 06/01/02- 06/30/02 | $6,196.50 | $4,697.48 | $4,957.20 (80% of $6,196.50) | $4,697.48 |
| 10/09/02 #2792 | 07/01/02- 07/31/02 | $4,837.50 | $1,939.53 | $3,870.00 (80% of $4,837.50) | $1,939.53 |
| 11/04/02 #2923 | 08/01/02- 08/31/02 | $5,697.00 | $1,229.39 | $4,557.60 (80% of $5,697.00) | $1,229.39 |
| 11/27/02 #3078 | 09/01/02- 09/30/02 | $10,017.00 | $4,957.00 | $8,013.60 (80% of $10,017.00) | $4,957.00 |
| 1/10/03 #3229 | 10/01/02- 10/31/02 | $5,531.00 | $1,235.50 | $4,826.40 (80% of $5,531.00) | $1,235.50 |
| 1/14/03 #3243 | 11/01/02- 11/30/02 | $6,033.00 | $929.00 | $4,826.40 (80% of $6,033.00) | $929.00 |
| 2/10/03 #3361 | 12/01/02- 12/31/02 | $1,927.00 | $1,348.26 | $1,541.60 (80% of $1,927.00) | $1,348.26 |
| 3/14/03 #3513 | 01/01/03 - 01/31/03 | $3,704.00 | $897.83 | $2,963.20 (80% of $3,704.00) | $897.83 |

| | | | | | |
|---|---|---|---|---|---|
| 4/9/03 #3644 | 02/01/03-02/28/03 | $3,347.00 | $213.57 | $2,677.60 (80% of $3,347.00) | $213.57 |
| 5/14/03 #3786 | 03/01/03-03/31/03 | $4,519.00 | $1,599.16 | $3,615.20 (80% of $4,519.00) | $1,599.16 |
| 5/28/03 #3832 | 04/01/03 - 04/30/03 | $4,786.00 | $2,747.92 | $3,828.80 (80% of $4,786.00) | $2,747.92 |
| 8/5/03 #4149 | 05/01/03-05/31/03 | $3,809.00 | $558.74 | $3,047.20 (80% of $3,809.00) | $558.74 |
| 8/5/03 #4150 | 06/01/03-06/30/03 | $3,665.00 | $1,172.19 | 2,932.00 (80% of $3,665.00) | $1,172.19 |
| 9/18/03 #4446 | 07/01/03-07/31/03 | $4,556.00 | $3,859.58 | $3,644.80 (80% of $4,556.00) | $3,859.58 |
| 10/3/03 #4528 | 8/01/03-8/31/03 | $6,485.00 | $714.28 | $5,188.00 (80% of $6,485.00) | $714.28 |
| 12/8/03 #4793 | 9/01/03-9/30/03 | $4,445.00 | $761.99 | $3,556.00 (80% of $4,445.00) | $761.99 |
| 12/22/03 #4849 | 10/1/03-10/31/03 | $7,215.00 | $811.81 | $5,772.00 (80% of $7,215.00) | $811.81 |
| 1/15/04 #4934 | 11/1/03-11/30/03 | $5,551.00 | $1,218.41 | $4,440.80 (80% of $5,551.00) | $1,218.41 |
| 2/4/04 #5055 | 12/1/03-12/31/03 | $7,317.00 | $4,517.78 | $5,853.60 (80% of $7,317.00) | $4,517.78 |
| 3/2/04 #5209 | 1/1/04-1/31/04 | $15,038.00 | $5,239.99 | $12,030.40 (80% of $15,038.00) | $5,239.99 |
| 3/24/04 #5339 | 2/1/04-2/29/04 | $5,030.00 | $1,006.06 | $4,024.00 (80% of $15,038.00) | $1,006.06 |
| 4/30/04 #5513 | 3/1/04-3/31/04 | $6,195.00 | $999.29 | $4,956.00 (80% of $6,195.00) | $999.29 |
| 5/12/04 #5558 | 4/1/04-4/30/04 | $4,533.50 | $1,106.67 | $3,626.80 (80% of $4,533.50) | $1,106.67 |
| 6/24 /04 #5882 | 5/1/04-5/31/04 | $7,579.50 | $1,074.62 | $6,063.60 (80% of $7,579.50) | $1,074.62 |
| 8/3/04 #6113 | 6/1/04-6/30/04 | $9,026.00 | $2,628.03 | $7,220.80 (80% of $9,026.00) | $2,628.03 |
| 8/18/04 #6205 | 7/1/04-7/31/04 | $8,736.00 | $1,256.09 | $6,988.80 (80% of $8,736.00) | $1,256.09 |
| 10/12/04 #6596 | 8/1/04-8/31/04 | $5,926.50 | $322.61 | $4,741.20 (80% of $5,926.50) | $322.61 |
| 11/11/04 #6885 | 9/1/04-9/30/04 | $7,021.00 | $916.09 | $5,616.80 (80% of $7,021.00) | $916.09 |

| 12/10/04 #7141 | 10/1/04-10/31/04 | $5,974.00 | $30.21 | $4,779.20 (80% of $5,974.00) | $30.21 |
|---|---|---|---|---|---|
| 1/5/05 #7448 | 11/1/04-11/30/04 | $6,819.00 | $779.92 | $5,455.20 (80% of $6,819.00) | $779.92 |
| 1/28/05 #7650 | 12/1/04-12/31/04 | $10,671.00 | $1,669.15 | $8536.80 (80% of $10,670.00) | 1,669.15 |
| 2/23/05 #7869 | 1/1/05-1/30/05 | $11,672.00 | $3,438.34 | $9,337.60 (80% of $11,672.00) | 3,438.34 |
| 3/31/05 #8152 | 2/1/05-2/28/05 | $8,219.00 | $2,528.21 | $6,575.20 (80% of $8,219.00) | 2,528.21 |
| 4/29/05 #8302 | 3/1/05-3/31/05 | $9,261.50 | $1,902.00 | $7,409.20 (80% of $9,261.50) | 1,902.00 |
| 5/18/05 #8455 | 4/1/05-4/30/05 | $8,022.50 | $2,671.26 | 6,418.00 (80% of $8,022.50) | 2,671.26 |
| 6/13/05 #8607 | 5/1/05-5/31/05 | $6,019.60 | $2,915.50 | $6,022.80 (80% of $7,528.50) | 2,915.50 |

# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                           July 1, 2005 - July 31, 2005

                                                                Inv #:        17211
RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B1  | Accounting -                                       | 0.30  | 30.00 |
| B14 | Case Administration -                              | 8.60  | 1,824.50 |
| B17 | Committee, Creditors', Noteholders' or Equity -    | 0.60  | 144.00 |
| B18 | Fee Applications, Others -                         | 7.70  | 1,034.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos)             | 6.20  | 1,488.00 |
| B25 | Fee Applications, Applicant -                      | 2.90  | 408.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) -            | 0.70  | 168.00 |
| B32 | Litigation and Litigation Consulting -             | 5.20  | 903.00 |
| B36 | Plan and Disclosure Statement -                    | 20.60 | 4,888.00 |
| B37 | Hearings -                                         | 10.90 | 2,593.50 |
| B40 | Employment Applications, Others -                  | 0.40  | 96.00 |
| B41 | Relief from Stay Litigation -                      | 0.10  | 24.00 |
| B5  | Other                                              | 0.20  | 48.00 |
| B6  | Asset Disposition                                  | 0.40  | 96.00 |
|     | **Total**                                          | **64.80** | **$ 13,746.00** |
|     | **Grand Total**                                    | **64.80** | **$13,746.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins       | 165.00 | 7.50  | 1,237.50 |
| Rick S. Miller        | 225.00 | 1.70  | 382.50 |
| Theodore J. Tacconelli| 240.00 | 46.90 | 11,256.00 |
| Legal Assistant - MH  | 100.00 | 3.30  | 330.00 |
| Paralegal             | 100.00 | 4.70  | 470.00 |
| Law Clerk             | 100.00 | 0.70  | 70.00 |
| **Total**             |        | **64.80** | **$13,746.00** |

## DISBURSEMENT SUMMARY

Cost Advance -                                                                1,961.98

**Total Disbursements**                                                       **$1,961.98**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-01-05 | *Case Administration* - Review e-mail from A. Danzeisen re K&E partner appointment to EPA/conflict of interest | 0.10 | TJT |
| | *Case Administration* - Review Inside Washington publication re appointment of K&E partner to EPA | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review PI objection to debtor's PICMO motion with attachments | 1.60 | TJT |
| | *Plan and Disclosure Statement* - Review response by Equity Committee in support of debtor's PICMO motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re exclusivity discovery | 0.10 | TJT |
| Jul-02-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review re-notice of deposition re certain PD claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from N. Finch to D. Bernick re exclusivity discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review response by Unsecured Creditor's Committee in support of debtor's PICMO motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review certain insurers' response to debtor's PICMO motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing PI Committee's objection to debtor's PICMO motion with attachments | 1.50 | TJT |
| Jul-03-05 | *Hearings* - Review e-mail from court reporter re correction of transcript for 6/27/0 hearing | 0.10 | TJT |
| | *Hearings* - Review corrected transcript pages for 6/27/05 hearing | 0.10 | TJT |
| | *Hearings* - Send corrected transcript page information to co-counsel | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby claimants' objection to debtor's PICMO motion with attachments | 1.20 | TJT |
| | *Relief from Stay Litigation* - Review joinder by PI Committee and debtor's objection to motion by State of Montana for relief from stay | 0.10 | TJT |
| Jul-04-05 | *Case Administration* - Review Campbell Levine May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplan Drysdale May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplan Drysdale May 05 (FT) Fee Application | 0.10 | TJT |
| Jul-05-05 | *Case Administration* - Review Pitney Hardin 4/05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts 4/05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review letter to 3rd Circuit Clerk from M. Hurford re PI Committee's appeal no. 02-8061 | 0.10 | TJT |
| | *Case Administration* - Review Stroock May 05 Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Sentry Indemnity Company and certain insurers' objection to PICMO | 0.10 | TJT |
| Jul-06-05 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 4th continuation order re 8th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 10th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 9th omnibus objection to claims | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 11th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review order re retention of D. Siegel as consultant | 0.10 | TJT |
| | *Hearings* - Review notice of change of July and August hearing dates and calendar changes and confer with paralegal re changes | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Future representative's objection to debtor's PICMO motion | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. McFarland re proposed exclusivity bridge order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review proposed exclusivity bridge order | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with co-counsel re proposed exclusivity bridge order | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review order granting 15th interim period quarterly Fee Applications | 0.10 | TJT |
| Jul-07-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 69 notices of withdrawal of proofs of claim by Speights in Runyan | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - review eight subpoenas re Speights and Runyan claims | 0.20 | TJT |
| | *Case Administration* - briefly review debtor's monthly operating report for May 05 | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with S. Baena re proposed bridge order for exclusivity | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to S. McFarland re proposed bridge order for exclusivity | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with T. Tacconelli re: Certificate's of No Objection on quarterly Fee Applications | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re Ferry, Joseph & Pearce's May 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Ferry, Joseph & Pearce's 5/05 Certificate of No Objection | 0.50 | PL |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 5/05 Fee Application | 0.30 | PL |
| Jul-08-05 | *Plan and Disclosure Statement* - Review e-mail from S. McFarland re Bridge Order for exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtor's report regarding business effects of termination of exclusivity with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re requested language for Bridge order for exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from R. Wymon re Bridge order for exclusivity (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from C. Boyd re exclusivity discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Elbaor re exclusivity discovery | 0.10 | TJT |
| Jul-09-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion for a protective | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | order filed by Anderson Memorial Hospital with attachments | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of A. Steinmeyer | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of D. Speights | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 53 notices of withdrawal of proofs of claim | 0.20 | TJT |
| | *Case Administration* - Review notice of change of address for BMC group and forward to paralegal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from J. Baer to N. Finch dated 7/6/05 re exclusivity discovery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from J. Baer to N. Finch dated 7/7/05 re exclusivity discovery | 0.10 | TJT |
| Jul-10-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 56 notices of withdrawal of proofs of claim by Speights and Runyan | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of 30(b)(6) deposition of Speights and Runyan with attachments | 0.90 | TJT |
| Jul-11-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim asserted by Dutch Square Mall | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review ABA article on fair act in June 2005 ABA Journal | 0.20 | TJT |
| | *Case Administration* - Review order closing Sealed Air adversary case | 0.10 | TJT |
| | *Case Administration* - review and update (partially) 2002 list | 0.30 | PL |
| | *Fee Applications, Others* - e-mail from L. Flores re: Bilzin April 2005 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Coggins re Bilzin April 05 Fee Application information | 0.10 | PL |
| | *Litigation and Litigation Consulting* - Download and review signed order re: closing of Sealed Air adversary | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review e-mail from M. Hurford re exclusivity business report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from J. Baer re counter exclusivity business reports (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from J. Sakalo re exclusivity business reports (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with A. Danzeisen re estimation brief and related issues | 0.30 | TJT |
| Jul-12-05 | *Case Administration* - Prepare Certificate of Service and labels | 0.70 | LC |
| | *Fee Applications, Others* - e-mail from T. Tacconelli re: LECG quarterly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from legal assistant re: Bilzin 47th monthly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from L. Flores re: LECG and HRA quarterly Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare e-mail to L. Coggins re LECG quarterly Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Fee Applications, Others* - Review Bilzin Sumberg April 05 Fee Application prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review and revise Bilzin's 4/05 Fee Application documents and draft Certificate of Service re same | 0.20 | PL |
| | *Fee Applications, Others* - prepare Bilzin's 4/05 Fee Application for e-filing, e-file and serve re same | 0.50 | PL |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: draft of Business Report and exhibits | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: Exhibits C & D to PD CMO Brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: Exhibit D to PD CMO Brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: filing of PD CMO Brief | 0.20 | LLC |
| | *Hearings* - Review agenda for 7/19/05 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with L. Coggins re estimation brief and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to J. Sakalo re business report regarding exclusivity | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review draft of business report re exclusivity and trade e-mails with J. Sakalo re same | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review draft of Boyer affidavit | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review second revised draft of business report re exclusivity | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with J. Sakalo re business report re exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re final version of business report re exclusivity | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review final version of affidavit of J. Boyer | 0.20 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with S. Jones re affidavit of G. Boyer | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from A. Danzeisen re Delaware procedure question and return e-mail | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from A. Danzeisen re PD estimation brief (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review final version of business report | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Prepare business report re exclusivity for e-filing with exhibit, e-file and oversee service | 0.80 | TJT |
| Jul-13-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants statement re PICMO | 0.10 | TJT |
| | *Case Administration* - confer with T. Tacconelli re: case management and scheduling issues | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: Ex. E | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: status of PD CMO Brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: title of | 0.10 | LLC |

| | | | |
|---|---|---:|---|
| | PD CMO Brief to be filed | | |
| | *Litigation and Litigation Consulting* - e-mail from A. Danzeisen re: title of PD CMO Brief to be filed | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - confer with T. Tacconelli re: hearing transcript as Exhibit E to PD CMO Brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - call to M. Hurford re: copy of hearing transcript | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: Exhibits A and B to PD CMO Brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from Hurford re: hearing transcript and forward same to A. Danziesen | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: status of PD CMO Brief and Exhibits | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Download, review and finalize exhibits to PD CMO Brief | 0.80 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: final version of PD CMO Brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Finalize, e-file and coordinate service of PD CMO Brief and related attachments | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - (2) Emails to J. Strohl at Kirkland re: PD CMO Brief | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - confer with legal assistant re: follow-up with J. Strohl re: confirmation of receipt of PD CMO Brief | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from J. Strohl re: confirmation of receipt of Brief and forward same to J. Sakalo | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail to J. Sakalo re: filed version of PD CMO Brief and attachments | 0.10 | LLC |
| | *Hearings* - make arrangements to appear telephonically for 7/19/05 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review e-mails from A. Danzeisen re estimation brief (x5) | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with A. Danzeisen re estimation brief | 0.30 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re exhibits for PD estimation brief | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Teleconferences with J. Sakalo re PD estimation (x5) | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Telephone call to Jamie Strohl re whether he received the e-mails from L. Coggins attaching the Proposed Case Management Order | 0.10 | PL |
| | *Plan and Disclosure Statement* - prepare Proposed Case Management Order for service by courier, phone call to courier | 0.30 | PL |
| Jul-14-05 | *Litigation and Litigation Consulting* - e-mail from J. Sakalo re: PD Committee exclusivity report | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Send filed version of PD Committee Exclusivity report to J. Sakalo | 0.20 | LLC |
| Jul-15-05 | *Case Administration* - e-mail from T. Tacconelli re: 7/19 hearing and courtroom equipment | 0.10 | LLC |

|            | | | |
|------------|---|---|---|
|            | *Case Administration* - Call to R. Bello re: 7/19 hearing and courtroom equipment | 0.10 | LLC |
|            | *Case Administration* - Return call from R. Bello re: 7/19 hearing and courtroom equipment | 0.10 | LLC |
|            | *Case Administration* - Call to R. Baker re: 7/19 hearing and courtroom equipment | 0.20 | LLC |
|            | *Case Administration* - Review docket re order granting pro hac commission for M. Kramer, prepare e-mail to R. Bello re same | 0.20 | TJT |
|            | *Fee Applications, Others* - Review and download HRA and LECG'S quarterly Fee Applications to respective system folders for editing | 0.20 | TJT |
|            | *Hearings* - Review amended agenda for 7/19/05 hearing | 0.10 | TJT |
|            | *Hearings* - Review e-mail from J. Sakalo re preparation for 7/19/05 hearing | 0.10 | TJT |
|            | *Hearings* - Confer with L. Coggins re preparation for 7/19/05 hearing | 0.10 | TJT |
|            | *Hearings* - Review second amended agenda for 7/19/05 hearing | 0.10 | TJT |
|            | *Plan and Disclosure Statement* - Prepare e-mail to J. Sakalo re exclusivity business report by PD Committee | 0.10 | TJT |
| Jul-16-05  | *Case Administration* - Review Certificate of Counsel re revised order regarding 2019 statements | 0.10 | TJT |
|            | *Plan and Disclosure Statement* - Review debtor's brief in support of PD CMO with attachments | 1.50 | TJT |
|            | *Plan and Disclosure Statement* - Review Future's Rep response to debtor's estimation report re exclusivity with attachments | 0.40 | TJT |
| Jul-17-05  | *Case Administration* - Review W. Smith and Associates June 05 Fee Application | 0.10 | TJT |
| Jul-18-05  | *Case Administration* - Review Capstone May 05 Fee Application | 0.10 | TJT |
|            | *Fee Applications, Others* - Review and revise 1st quarterly Fee Application of LECG, LLC | 0.20 | LLC |
|            | *Fee Applications, Others* - Review and revise 11th quarterly Fee Application of HR&A | 0.20 | LLC |
|            | *Fee Applications, Others* - Download and review post confirmation reports | 0.40 | LLC |
|            | *Fee Applications, Others* - Confer with legal assistant re: service of quarterly Fee Applications | 0.10 | LLC |
|            | *Fee Applications, Others* - review and revise LECG's Jan.-Mar. Fee Application and draft Certificate of Service | 0.40 | PL |
|            | *Fee Applications, Others* - make changes to draft LECG Fee Application per L. Coggins | 0.10 | PL |
|            | *Fee Applications, Others* - prepare LECG's Fee Application for e-filing, e-file and serve same | 0.50 | PL |
|            | *Fee Applications, Others* - review 2002 label list, make changes, and re-organize | 0.40 | PL |
|            | *Fee Applications, Others* - review and revise HRA's Jan.-Mar. Fee Application and draft Certificate of Service | 0.40 | PL |
|            | *Fee Applications, Others* - prepare HRA's Fee Application for e-filing, e-file and serve same | 0.50 | PL |
|            | *Fee Applications, Others* - Confer with L. Coggins re 2002 list for HRA and LECG's quarterly Fee Applications | 0.10 | PL |
|            | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: status | 0.20 | LLC |

| | | | |
|---|---|---:|---|
| | of 7/19 hearing and e-mail to R. Bello re: same | | |
| | *Litigation and Litigation Consulting* - e-mail from R. Bello re: status of 7/19 hearing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call to S. Ament re: 7/19 hearing and court equipment | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail to J. Sakalo and T. Tacconelli re: status of 7/19 hearing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call from S. Ament re: 7/19 hearing and court equipment | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail to J. Sakalo re: 7/19 hearing and court equipment | 0.10 | LLC |
| | *Hearings* - Teleconference with J. Sakalo re 7/19/05 hearing preparation | 0.10 | TJT |
| | *Hearings* - Conferences with L. Coggins re preparation for 7/19/05 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's response to debtor's report on exclusivity with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review debtor's status report re PICMO with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review property damage committee's brief in support of PDCMO with attachments | 1.50 | TJT |
| | *Plan and Disclosure Statement* - Review brief Future's representative re PI questionnaire and PICMO | 0.50 | TJT |
| | *Fee Applications, Applicant* - Review pre-bill for Ferry, Joseph & Pearce's June 05 Fee Application | 0.40 | TJT |
| Jul-19-05 | *Case Administration* - Review Nelson Mullin May 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review objection to Speights claims and confer with R. Miller and T. Tacconelli re: same | 0.30 | LLC |
| | *Hearings* - attend Court hearing by telephone | 1.50 | RSM |
| | *Hearings* - Attend Bankruptcy Court | 7.20 | TJT |
| | *Plan and Disclosure Statement* - Review PI Committee's position paper re questionnaire with attachments | 0.50 | TJT |
| Jul-20-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of proof of claim by Moran Job - Seattle, Washington | 0.10 | TJT |
| | *Case Administration* - download and review order granting pro hac admission for M. Kramer and confer with paralegal | 0.10 | TJT |
| | *Case Administration* - Prepare and send letter to M. Kramer enclosing order granting PHV | 0.10 | MH |
| | *Hearings* - trade e-mails with J. Sakalo re 7/19/05 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 6/13/05 transcript in US case re estimation issues | 1.00 | TJT |
| Jul-21-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal of motion for protective order by Anderson Memorial Hospital | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re teleconference with Committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - Review e-mail from J. Schwartz re teleconference with Committee | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Committee, Creditors', Noteholders' or - Review e-mail from T. Brandi re teleconference with Committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - Review e-mail from S. Baena re teleconference with Committee | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and modify Ferry, Joseph & Pearce's June 05 invoice, draft Fee Application and Certificate of Service re same | 0.50 | MH |
| Jul-22-05 | *Case Administration* - Review correspondence re payment for prior fee applications and forward to paralegal | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA April 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA May 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA May 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve HRA's Certificate of No Objection re May 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's April 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve HRA's Certificate of No Objection re April 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's June 05 Fee Application prior to filing and confer with new paralegal | 0.20 | TJT |
| | *Fee Applications, Applicant* - Finalize Ferry, Joseph & Pearce's June 05 invoice, prepare for e-filing, e-file and serve re same | 0.70 | MH |
| Jul-23-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice cancelling 30(b)(6) Depositions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to quash subpoena by Speights & Runyan | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order for 9th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 11th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 11th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review debtor's motion to settle claims with certain tax authorities | 0.30 | TJT |
| | *Fee Applications, Others* - Review 5th continuation order re 8th omnibus objection to claims | 0.10 | TJT |
| Jul-24-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's motion for waiver of rule 3007.1 to object to 2838 claims by Speights & Runyan with attachments | 1.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's notice of subpoenas for 30(b)(6) depositions with attachments | 0.60 | TJT |
| Jul-25-05 | *Accounting* - Telephone call to Nelsa (accounts payable at WR Grace) re questioning the discrepancy on 12/04 holdback payment amount | 0.10 | MH |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Accounting* - Telephone call from Nelsa (accounts payable at WR Grace) re solution re the discrepancy on 12/04 holdback payment amount | 0.10 | MH |
| | *Accounting* - Teleconference with John Port re explanation of discrepancy (due per court order on quarter fee application | 0.10 | MH |
| | *Case Administration* - Review Casner Edwards April 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Swidler Berlin April 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtor's 16th quarterly report of settlements | 0.10 | TJT |
| | *Case Administration* - Review debtor's statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re no objections for 13th interim period | 0.10 | TJT |
| | *Hearings* - trade e-mails with J. Sakalo re results of 7/19/05 hearing | 0.20 | TJT |
| | *Asset Disposition* - Review debtor's 16th quarterly asset sale report re Diminimus asset sales | 0.10 | TJT |
| | *Asset Disposition* - Review debtor's notice of sale of Polymers Business | 0.30 | TJT |
| Jul-26-05 | *Case Administration* - Review debtor's motion to approve settlement with Intercat | 0.30 | TJT |
| | *Case Administration* - Review debtor's motion to assume and assign lease and sublease in Philadelphia with attachments | 0.20 | TJT |
| | *Case Administration* - Review debtor's motion to participate in New York settlement with Marsh, et al. with attachments | 0.50 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Martzell and Bickford | 0.10 | TJT |
| | *Case Administration* - Review PSCY&J May 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review debtor's motion to expand scope of retention of Pitney Hardin | 0.20 | TJT |
| | *Hearings* - Prepare letter to J&J Court Transcribers, requesting copy of 7/19/05 hearing transcript | 0.10 | TJT |
| Jul-27-05 | *Case Administration* - e-mail from J. Sakalo re: current CMO | 0.10 | LLC |
| | *Case Administration* - Retrieve current CMO and send same to J. Sakalo | 0.50 | LLC |
| | *Case Administration* - Review Latham Watkins May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris June 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - e-mail from L. Flores re: Bilzin 16th quarterly Fee Application and forward same to legal assistant | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re Bilzin Sumberg 16th quarterly Fee Application | 0.20 | TJT |
| | *Fee Applications, Others* - review email from L. Flores containing Bilzin's 16th quarterly Fee Application documents and download to appropriate system folder | 0.10 | MH |
| | *Employment Applications, Others* - Teleconference with J. Sakalo re retention issue | 0.10 | TJT |
| | *Employment Applications, Others* - Review documents, prepare e-mail to J. Sakalo re retention issue | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Hearings* - trade e-mails with J. Sakalo re transcript for 7/19/05 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence re original affidavit of G. Boyer re exclusivity report | 0.10 | TJT |
| | *Other* - Review email from J. Sakalo re current case management order and confer with L. Coggins re same | 0.20 | TJT |
| Jul-28-05 | *Case Administration* - Review e-mail from M. Dies re procedural question | 0.10 | TJT |
| | *Case Administration* - Review amended case management order and local rules and prepare e-mail to M. Dies re procedural question | 0.50 | TJT |
| | *Case Administration* - Teleconference with M. Dies re local rules procedural question | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re dismissal of two pending appeals in 3rd Circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review two stipulations of dismissal re dismissal of pending appeals in in 3rd Circuit | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to co-counsel re two stipulations to dismiss pending appeals in 3rd Circuit | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - execute two stipulations to dismiss pending appeals in 3rd Circuit and send to M. Hurford | 0.20 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re 7/19/05 hearing transcript | 0.10 | TJT |
| Jul-29-05 | *Case Administration* - Review supplemental motion by Speights & Runyan to quash subpoenas | 0.20 | TJT |
| Jul-30-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re PD CMO | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from D. Speights re PD CMO | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review portions of 7/19/05 hearing transcript re PD CMO | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Speights & Runyan to 12th Omnibus Objection to claims with attachment | 0.20 | TJT |
| | *Case Administration* - Review Legal Analysis Systems June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Fee Application | 0.10 | TJT |
| | Totals | 64.80 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jul-05-05 | *Cost Advance* - Blue Marble Logistics - copies | 108.00 |
| Jul-07-05 | *Cost Advance* - Blue Marble Logistics - copies | 10.00 |
| | *Cost Advance* - Copying cost  90 @ 0.15 | 13.50 |
| | *Cost Advance* - Postage  8 @ 0.60 | 4.80 |
| | *Cost Advance* - service supplies | 15.00 |
| Jul-08-05 | *Cost Advance* - Elaine M. Ryan - Transcript | 533.46 |

|  |  |  |
|---|---|---|
|  | *Cost Advance* - Blue Marble Logistics - copies | 25.00 |
| Jul-12-05 | *Cost Advance* - Copying cost  123 @ 0.15 | 18.45 |
|  | *Cost Advance* - Postage | 3.96 |
|  | *Cost Advance* - service supplies | 3.00 |
| Jul-13-05 | *Cost Advance* - Copying cost 195 @ 0.15 | 29.25 |
| Jul-15-05 | *Cost Advance* - Blue Marble Logistics - copies | 226.01 |
|  | *Cost Advance* - Virtual Docket - costs | 21.00 |
| Jul-18-05 | *Cost Advance* - Copying cost  147 @ 0.15 | 22.05 |
|  | *Cost Advance* - Postage | 4.42 |
|  | *Cost Advance* - service supplies | 123.50 |
|  | *Cost Advance* - Blue Marble Logistics - copies | 55.00 |
|  | *Cost Advance* - Blue Marble Logistics - copies | 190.73 |
| Jul-21-05 | *Cost Advance* - PACER Service Ctr. - Period of 4/1/05 - 6/30/05 (TJT) | 44.00 |
|  | *Cost Advance* - PACER Service Ctr. - Period of 4/1/05 - 6/30/05 (RSM) | 11.60 |
| Jul-22-05 | *Cost Advance* - Copying cost  213 @ 0.15 | 31.95 |
|  | *Cost Advance* - Postage  9 @ 0.83 | 7.47 |
|  | *Cost Advance* - service supplies | 18.00 |
| Jul-28-05 | *Cost Advance* - Copying cost  261 @ 0.15 | 39.15 |
|  | *Cost Advance* - Postage  2 @ 3.85 | 7.70 |
| Jul-29-05 | *Cost Advance* -  Blue Marble Logistics - copies | 255.48 |
|  | Totals | $1,961.98 |
|  | **Total Fees & Disbursements** | $15,707.98 |
|  | **Balance Due Now** | $15,707.98 |