## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 29, 2005 by 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

Name of Applicant:                                         Buchanan Ingersoll PC

Authorized to Provide Professional Services to:           Zonolite Attic Insulation Claimants

Date of Appointment:                                       July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                                   March 1, 2005 through
                                                           March 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                                 $ 3,835.00

Amount of Expenses Reimbursement:                          $ 508.16

This is a: X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

1

This is the eighth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 1.8 | $468.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $175.00 | 18.2 | $3,367.00 |
| TOTALS | | | | | 20.0 | $3,835.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 19.2 | $504.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.8 | $208.00 |
| TOTALS | 20.0 | $3,627.00 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Duplication - In-house ($0.07 per page) | $13.72 |
| Courier | $398.1 |
| Computer Assisted Legal Research (and CM/ECF) | $96.34 |
| Total | $508.16 |

Dated: August 9, 2005                      BUCHANAN INGERSOLL PC

/s/ *William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

2