IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 29, 2005 by 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>MAY 1, 2005 THROUGH MAY 31, 2005</u>**

3

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

June 9, 2005
Invoice No. 9848691

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| | | | | |
|---|---|---|---|---|
| 05/03/05 | I. D. Lindley | 7.30 | 1,350.50 | Review docket to determine status of fee applications for Richardson Patrick firm, Lukins & Annis, Scott Law Group. (0.5) Draft Certificates of No Objection for five pending interim applications and attention to e-filing, service of same. (4.5) Prepare and file interim fee application for ZAI Counsel The Scott Law Group, attention to service and electronic service of same. (2.3) |
| 05/04/05 | I. D. Lindley | 8.50 | 1,572.50 | Draft and revise Buchanan Ingersoll interim fee applications for December 2004, January 2005, February 2005, |

```
ZAI PLAINTIFFS                                          June 9, 2005
W.R. GRACE                                              Invoice No. 9848691
Ref. No. 51677-000001                                   Page   2
```

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | March 2005. (6.5) Preparation of same for filing and attention to e-filing, service of same and electronic service on counsel and fee auditor. (2.0) |
| 05/04/05 | W.D. Sullivan | 0.70 | 182.00 | Review and approve Fee Applications of Buchanan Ingersoll (December thru March) |
| 05/06/05 | W.D. Sullivan | 0.20 | 52.00 | Review order setting schedule for CMO on asbestos liabilities |
| 05/09/05 | W.D. Sullivan | 0.30 | 78.00 | Review agenda for May 16, 2005 hearing; property damage estimation hearing to be held; forward to co-counsel |
| 05/09/05 | W.D. Sullivan | 0.30 | 78.00 | Review and forward RPWB March fee application; follow-up e-mail |
| 05/10/05 | I. D. Lindley | 1.60 | 296.00 | Revise March fee application of Richardson, Patrick firm (0.4); prepare certificate of service and prepare .pdf documents for filing (0.6); attention to filing and service of same, e-mail service on counsel per administrative order, prepare non-.pdf documents and correspondence to fee auditor re: same. (0.6) |
| 05/19/05 | I. D. Lindley | 0.80 | 148.00 | Per W. Sullivan, review fee applications for ZAI claimant attorneys on file and current objection deadlines re: filing of quarterly fee |

| | | | |
|---|---|---|---|
| ZAI PLAINTIFFS | | June 9, 2005 | |
| W.R. GRACE | | Invoice No. 9848691 | |
| Ref. No. 51677-000001 | | Page   3 | |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | applications, correspondence to W. Sullivan re: deadlines, applications not received from Scott Law Group. (0.8) |
| 05/20/05 | W.D. Sullivan | 0.30 | 78.00 | Review protective order issued with respect to property damage discovery |

```
                     Total Hours            20.00

                     Total Legal Services        $3,835.00
```

**Disbursements**

| Date | Description | Qty | Amount |
|---|---|---|---|
| 03/21/05 | On-Line Search Service | 1.00 | 2.64 |
| 03/22/05 | On-Line Search Service | 1.00 | 6.16 |
| 03/31/05 | On-Line Search Service | 1.00 | 12.40 |
| 04/08/05 | Photocopies W. Sullivan | 130.00 | 9.10 |
| 04/25/05 | Photocopies W. Sullivan | 36.00 | 2.52 |
| 04/25/05 | On-Line Search Service W. Sullivan | 1.00 | 75.14 |
| 05/03/05 | Photocopies I. D. Lindley | 6.00 | 0.42 |
| 05/03/05 | Photocopies I. D. Lindley | 7.00 | 0.49 |
| 05/03/05 | Photocopies I. D. Lindley | 6.00 | 0.42 |
| 05/03/05 | Photocopies I. D. Lindley | 11.00 | 0.77 |
| 05/03/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 78.14 |
| 05/03/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 97.22 |
| 05/04/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 176.64 |
| 05/10/05 | Messenger/Delivery Service Parcels Inc. | 1.00 | 46.10 |

```
                     Disbursements              $508.16

                     Total Due this Invoice     $4,343.16
```

```
ZAI PLAINTIFFS                                            June 9, 2005
W.R. GRACE                                                Invoice No. 9848691
Ref. No. 51677-000001                                     Page    4
```

\* \* \* \* \*   ATTORNEY SUMMARY   \* \* \* \* \*

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| William D. Sullivan | 1.80 | 260.00 | 468.00 |
| I. D. Lindley | 18.20 | 185.00 | 3,367.00 |
| Total All Attorneys | 20.00 | | 3,835.00 |