**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | **Case No. 01-1139 (JKF)** **Jointly Administered** |
| **Debtor.** | **Objection Date: August 29, 2005 at 4:00 p.m.** **Hearing: Scheduled if Necessary (Negative Notice)** |

**NOTICE OF FILING OF**
**THIRTEENTH MONTHLY INTERIM APPLICATION OF**
**CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO**
**DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE**

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Thirteenth Monthly Application of CIBC World Markets Corp. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period June 1, 2005 through June 30, 2005 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) and reimbursement of expenses in the amount of $296.40 (the "Application") for a total of $80,296.40.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **August 29, 2005 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

SWIDLER BERLIN LLP

By:______________________________________

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: August 9, 2005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** **Jointly Administered** |
| **Debtor.** | ) | **Objection Date: August 29, 2005 at 4:00 p.m.** **Hearing: Scheduled if Necessary (Negative Notice)** |

**THIRTEENTH MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2005 THROUGH JUNE 30, 2005**

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004[1] |
| Period for which compensation and reimbursement is sought: | June 1, 2005 – June 30, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00[2] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $296.40 |

This is a _x_ monthly __ interim ___ final application

1 On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC.

2 Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $100,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JUNE 2005

| Project Category | Total Hours | Total Fees[3] |
|---|---|---|
| Business Operations Related | 85.25 | NA |
| Financial Analysis Related | 45.75 | NA |
| Hearing Attendance | 11.58 | NA |
| **TOTAL** | **142.58** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### JUNE 2005

| Expense Category | Total |
|---|---|
| Telephone | $49.34 |
| Research | 247.06 |
| **Total Expenses:** | **$296.40** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By:____________________________

Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: Aug. 4, 2005

[3] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 6/1/2005 | 2.0 | Financial Analysis | Review Industry and competitor research and analysis |
| Ritwik Chatterjee | 6/1/2005 | 2.5 | Financial Analysis | Industry and competitor research and analysis |
| Joseph Radecki | 6/2/2005 | 1.0 | Financial Analysis | Review various financial analysis |
| Ritwik Chatterjee | 6/2/2005 | 1.3 | Financial Analysis | Various financial analysis |
| Maika Hemphill | 6/2/2005 | 3.5 | Business Operations | Research on chemical industry |
| Jonathan Brownstein | 6/3/2005 | 1.3 | Financial Analysis | Review various financial analysis |
| Maika Hemphill | 6/3/2005 | 1.0 | Financial Analysis | Financial analysis - various |
| Jonathan Brownstein | 6/6/2005 | 2.0 | Financial Analysis | Review various financial analysis |
| Maika Hemphill | 6/6/2005 | 3.0 | Financial Analysis | Financial analysis - various |
| Maika Hemphill | 6/7/2005 | 4.5 | Business Operations | Research on chemical industry / competitive landscape |
| Joseph Radecki | 6/8/2005 | 1.5 | Business Operations | Review LTIP motion |
| Ritwik Chatterjee | 6/8/2005 | 1.3 | Business Operations | Review LTIP motion |
| Maika Hemphill | 6/8/2005 | 1.3 | Business Operations | Read materials on LTIP motion |
| Joseph Radecki | 6/9/2005 | 3.0 | Business Operations | Review LTIP motion and new membrane expansion material |
| Jonathan Brownstein | 6/9/2005 | 1.0 | Business Operations | Review of LTIP motion |
| Ritwik Chatterjee | 6/9/2005 | 5.5 | Business Operations | Review LTIP motion; review membrane expansion slides; related financial analysis |
| Maika Hemphill | 6/9/2005 | 2.3 | Business Operations | Review slides regarding membrane expansion |
| Joseph Radecki | 6/10/2005 | 1.5 | Financial Analysis | Internal meetings regarding financial analysis |
| Ritwik Chatterjee | 6/10/2005 | 4.8 | Financial Analysis | Various financial analysis, internal meetings re: same |
| Maika Hemphill | 6/10/2005 | 3.0 | Financial Analysis | Financial analysis re membrane expansion; internal discussions re: same topic |
| Maika Hemphill | 6/13/2005 | 1.0 | Business Operations | Financial analysis re membrane expansion |
| Joseph Radecki | 6/14/2005 | 1.5 | Business Operations | Reading of LTIP materials |
| Jonathan Brownstein | 6/14/2005 | 1.0 | Business Operations | Further review of LTIP motion, including additional materials requested |
| Ritwik Chatterjee | 6/14/2005 | 1.5 | Business Operations | Review additional LTIP materials |
| Jonathan Brownstein | 6/15/2005 | 1.8 | Financial Analysis | Review various financial analysis |
| Ritwik Chatterjee | 6/15/2005 | 4.0 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 6/16/2005 | 0.5 | Business Operations | Conference calls: LTIP motion and membrane expansion |
| Jonathan Brownstein | 6/16/2005 | 1.3 | Business Operations | Conference call with Grace management to review LTIP motion; call for membrane expansion |
| Ritwik Chatterjee | 6/16/2005 | 0.5 | Business Operations | Conference call with Grace management to review LTIP motion and membrane expansion |
| Maika Hemphill | 6/16/2005 | 0.5 | Business Operations | Call with Company re: LTIP motion and membrane expansion |
| Ritwik Chatterjee | 6/17/2005 | 4.3 | Business Operations | Review updated membrane expansion slides; related analysis |
| Maika Hemphill | 6/17/2005 | 4.3 | Financial Analysis | Financial analysis - various |
| Joseph Radecki | 6/20/2005 | 7.0 | Business Operations | Meeting with Committee counsel (includes travel time) |
| Jonathan Brownstein | 6/20/2005 | 1.0 | Business Operations | Call with Swidler regarding LTIP and membrane expansion investment motions |
| Ritwik Chatterjee | 6/20/2005 | 1.0 | Business Operations | Call with counsel re: LTIP and membrane expansion |
| Maika Hemphill | 6/20/2005 | 1.0 | Business Operations | Calls re: LTIP and membrane expansion |
| Joseph Radecki | 6/21/2005 | 1.3 | Business Operations | Internal CIBC discussions regarding various analysis |
| Jonathan Brownstein | 6/21/2005 | 2.3 | Business Operations | Research and analysis of Company comparables and competitors; CIBC team discussions re: same |
| Ritwik Chatterjee | 6/21/2005 | 3.5 | Business Operations | Industry and competitor research and analysis; internal meeting |
| Maika Hemphill | 6/21/2005 | 3.5 | Business Operations | Competitor research and analysis; internal discussions re: same topic |
| Maika Hemphill | 6/22/2005 | 3.0 | Financial Analysis | Financial analysis and industry research |
| Joseph Radecki | 6/23/2005 | 2.8 | Business Operations | Reading of membrane expansion related slides from Company/Company advisor |
| Jonathan Brownstein | 6/23/2005 | 0.5 | Business Operations | Review of additional information related to membrane expansion investment |
| Ritwik Chatterjee | 6/23/2005 | 2.8 | Business Operations | Review data slides from Blackstone; related financial analysis |
| Maika Hemphill | 6/23/2005 | 2.0 | Financial Analysis | Financial analysis - various |
| Jonathan Brownstein | 6/24/2005 | 2.0 | Financial Analysis | Review various financial analysis |
| Maika Hemphill | 6/24/2005 | 5.5 | Financial Analysis | Financial analysis and industry research; competitive landscape research |
| Joseph Radecki | 6/27/2005 | 9.3 | Hearing Attendance | Bankruptcy Court Hearing (includes travel time) |
| Jonathan Brownstein | 6/27/2005 | 2.3 | Hearing Attendance | Attendance of hearing via telephone |
| Joseph Radecki | 6/29/2005 | 8.0 | Business Operations | Meeting with Committee counsel (includes travel time) |
| Ritwik Chatterjee | 6/29/2005 | 1.0 | Business Operations | Review docket |
| Maika Hemphill | 6/29/2005 | 3.3 | Business Operations | Financial analysis and industry research |
| Joseph Radecki | 6/30/2005 | 2.0 | Business Operations | Review of information on potential acquisition - Single Site Catalysts / Conference call with |
| Jonathan Brownstein | 6/30/2005 | 1.3 | Business Operations | Review of information provided on potential acquisition (Single Site Catalysts LLC); |
| Ritwik Chatterjee | 6/30/2005 | 4.0 | Business Operations | Review of docs and data on Single Site Catalysts acquisition; related financial analysis; conf call with Company re: same |
| Maika Hemphill | 6/30/2005 | 3.5 | Business Operations | Review materials re: catalysts acquisition; related financial analysis |

# EXHIBIT B

**W.R. Grace & Co.**
**CIBC Expense Detail Report (June 1, 2005 – June 30, 2005)**
**(Dates represent expense posting date)**

| | | |
|---|---|---|
| Telephone | | |
| Rit Chatterjee | 06/09/05 | $49.34 |
| Subtotal Telephone: | | 49.34 |
| | | |
| Research | | |
| Factiva | 06/01/05 | 247.06 |
| Subtotal Telephone: | | 247.06 |
| | | |
| **TOTAL EXPENSES:** | | $296.40 |

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

**AFFIDAVIT**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1. I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Thirteenth Monthly Interim Application of CIBC World Markets Corp. for the time period June 1, 2005 through June 30, 2005 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this 4th day of August, 2005

My commission expires:

IVELLISE LABOY BROOK
Notary Public, State of New York
No. 02-4613759
Qualified in Bronx County
Commission Expires Dec. 31, 2005



**CERTIFICATE OF SERVICE**

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on August 9, 2005, I caused the *Notice, Thirteenth Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period June 1, 2005 through June 30, 2005, Affidavit, Exhibit A, and Exhibit B*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

**SERVICE LIST**

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

***Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whismithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

***Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

***E-mail: meskin@del.camlev.com***
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

***E-mail: ttacconelli@ferryjoseph.com***
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

***E-mail: mlastowski@duanemorris.com***
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

***E-mail: currier@klettrooney.com***
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

***E-mail: james_kapp@chicago.kirkland.com***
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail: pvnl@capdale.com***
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: rserrette@stroock.com***
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

***E-mail: david.heller@lw.com and carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP