IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 29, 2005 by 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | June 1, 2005 through June 30, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 2,737.00 |
| Amount of Expenses Reimbursement: | $ 1,102.30 |

This is a: X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

1

This is the ninth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 6.4 | $1,664.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $175.00 | 5.8 | $1,073.00 |
| TOTALS | | | | | 12.2 | $2,737.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 7.3 | $1,463.00 |
| 20 - Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.9 | $1,274.00 |
| TOTALS | 20.0 | $2,737.00 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Courier Service (copies and hand deliveries) | $1,091.50 |
| Computer Assisted Legal Research (and CM/ECF) | $10.80 |
| Total | $1,102.30 |

Dated: August 9, 2005

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 29, 2005 by 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005

3

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

July 11, 2005
Invoice No. 9853308

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/15/05 | W.D. Sullivan | 0.50 | 130.00 | Review pleadings regarding State of Montana actions, future Debtor operations |
| 06/15/05 | W.D. Sullivan | 0.30 | 78.00 | Review motion to further extend period for solicitation, other pleadings |
| 06/21/05 | W.D. Sullivan | 0.20 | 52.00 | Review agenda for hearing; exclusivity issues going forward |
| 06/21/05 | W.D. Sullivan | 0.40 | 104.00 | Review Debtors' reply on exclusivity issue; e-mail to co-counsel re: hearing |
| 06/27/05 | I. D. Lindley | 1.30 | 240.50 | Review all currently filed applications and update tracking chart re: currency of certificates of no objection, applications due from ZAI counsel. (0.8) Prepare, file and attention to service of certificate of no objection for Richardson Patrick |

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

| ZAI PLAINTIFFS | | | July 11, 2005 |
| W.R. GRACE | | | Invoice No. 9853308 |
| Ref. No. 51677-000001 | | | Page   2 |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | firm's March 2005 fee application. (0.5) |
| 06/27/05 | W.D. Sullivan | 0.80 | 208.00 | Review Order from Fee Examiner; Buchanan not included; phone call with counsel for Debtors; review file and fee applications filed |
| 06/27/05 | W.D. Sullivan | 3.50 | 910.00 | Attend hearing on case status, fee applications |
| 06/27/05 | W.D. Sullivan | 0.70 | 182.00 | Phone call with Fee Auditor, e-mail co-counsel re: follow up needed on fee applications; review Compensation Order re: same |
| 06/28/05 | I. D. Lindley | 4.50 | 832.50 | Draft quarterly fee application of Buchanan Ingersoll with reference to prior applications; provide same to W. Sullivan for review. (2.3) Draft, file and attention to service of certificate of no objection regarding docket no. 8344 (0.8). Draft, file and attention to service of certificate of no objection regarding docket no. 8366. (0.8) Update and correct tracking chart for fee applications per W. Sullivan (0.6) |

                        Total Hours         12.20

                             Total Legal Services      $2,737.00


**Disbursements**

```
ZAI PLAINTIFFS                                            July 11, 2005
W.R. GRACE                                                Invoice No. 9853308
Ref. No. 51677-000001                                     Page    3


03/18/05   Messenger/Delivery Service Parcels, Inc.        1.00        37.50
03/24/05   Parcels, Inc.- Documents copies, hand           1.00     1,054.00
           deliveries
04/01/05   On-Line Search Service                          1.00         2.40
04/07/05   On-Line Search Service                          1.00         7.12
04/20/05   On-Line Search Service                          1.00         1.28

                           Disbursements               $1,102.30

                     Total Due this Invoice            $3,839.30
```

```
ZAI PLAINTIFFS                                            July 11, 2005
W.R. GRACE                                                Invoice No. 9853308
Ref. No. 51677-000001                                     Page    4
```

* * * * *   ATTORNEY SUMMARY   * * * * *

|                          | Hours Worked | Billed Per Hour | Bill Amount |
|--------------------------|-------------:|----------------:|------------:|
| William D. Sullivan      | 6.40         | 260.00          | 1,664.00    |
| I. D. Lindley            | 5.80         | 185.00          | 1,073.00    |
| Total All Attorneys      | 12.20        |                 | 2,737.00    |