alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00001                               Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:    06/03/2005              TO:    06/29/2005
              UNBILLED DISB FROM:    06/13/2005              TO:    06/21/2005
-----------------------------------------------------------------------------------------------------------------------------
                                       FEES                         COSTS
                                       ------                       -----------
       GROSS BILLABLE AMOUNT:             1,655.00                      67.50
       AMOUNT WRITTEN DOWN:       _____              _____
                    PREMIUM:       _____              _____
          ON ACCOUNT BILLED:       _____              _____
  DEDUCTED FROM PAID RETAINER:     _____              _____
              AMOUNT BILLED:       _____              _____
                  THRU DATE:             06/29/2005                    06/21/2005
  CLOSE MATTER/FINAL BILLING?     YES   OR   NO          _____
  EXPECTED DATE OF COLLECTION:     _____

       BILLING PARTNER APPROVAL:

                                   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

              BILLING COMMENTS:     _____


-----------------------------------------------------------------------------------------------------------------------------
                           ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                           --------------------------                      --------------
               FEES:                          0.00
      DISBURSEMENTS:                           0.00       UNIDENTIFIED RECEIPTS:         0.00
        FEE RETAINER:                          0.00            PAID FEE RETAINER:        0.00
       DISB RETAINER:                          0.00           PAID DISB RETAINER:        0.00
  TOTAL OUTSTANDING:                           0.00       TOTAL AVAILABLE FUNDS:         0.00
                                                                  TRUST BALANCE:
                                            BILLING HISTORY
                                            ----------------
       DATE OF LAST BILL:             06/30/05        LAST PAYMENT DATE:       06/14/05
       LAST BILL NUMBER:                413661 ACTUAL FEES BILLED TO DATE:   246,236.50
                                               ON ACCOUNT FEES BILLED TO DATE:      0.00
                                               TOTAL FEES BILLED TO DATE:    246,236.50
  LAST BILL THRU DATE:                05/31/05 FEES WRITTEN OFF TO DATE:      79,053.50

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 ---------------------------
          (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted (5) Business Development     (8) Premium
          (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding            (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    2
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04
```

```
Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status    : ACTIVE
```

```
U N B I L L E D   T I M E   S U M M A R Y    --------------------- Total Unbilled -----------------
Emp Id Employee Name          Group          Oldest      Latest      Hours     Amount
------ --------------------   ----------     --------     --------    -------   --------


05292  BECKER, GARY M.        CRED           06/22/05    06/22/05     0.40       208.00
05338  NOVOD, GORDON          CRED           06/28/05    06/28/05     0.40       164.00
06208  DIMOS, BILL            CRED           06/03/05    06/29/05     1.10       302.50
       PARAPROFESSIONALS
05623  COTTO, LISA            LITI           06/16/05    06/24/05     4.60       943.00
06371  MCDONAGH, KAITLIN      CRED           06/23/05    06/23/05     0.50        37.50

                    Total:                                           7.00      1,655.00
```

```
Sub-Total Hours :     0.00 Partners      0.40 Counsels      1.50 Associates      5.10 Legal Assts      0.00 Others
```

```
U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                     Oldest      Latest       Total
                                      Entry       Entry        Amount
----  ------------------------------  ------      ------       ------------

0820  PHOTOCOPYING                    06/13/05    06/21/05     67.50

          Total                                                67.50
                                                               ------------
          Grand Total                                        1,722.50
                                                               ============
```

```
U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date         Description                        Hours     Amount      Index#   Batch Date
--------------------   ---------         ------------                       -------   --------     ------   ----------


BECKER, GARY M.        06/22/05 Call local counsel re advisor report (0.1);   0.40     208.00     5758000 07/01/05
                                conf. Eckstein re advisor report (0.2);
                                attention to docket (0.1)

      Total For BECKER G - 05292                                              0.40     208.00

DIMOS, BILL            06/03/05 Read through documents.                       0.10      27.50     5720195 06/06/05
DIMOS, BILL            06/06/05 Read through documents (0.1).                 0.10      27.50     5724665 06/09/05
DIMOS, BILL            06/07/05 Read through documents (0.1).                 0.10      27.50     5724664 06/09/05
DIMOS, BILL            06/09/05 Read through documents (0.1).                 0.10      27.50     5729423 06/14/05
DIMOS, BILL            06/10/05 Read through documents (0.1).                 0.10      27.50     5729424 06/14/05
DIMOS, BILL            06/13/05 Read through documents (0.1).                 0.10      27.50     5729425 06/14/05
DIMOS, BILL            06/15/05 Read though documents (0.1).                  0.10      27.50     5735455 06/20/05
DIMOS, BILL            06/20/05 Read through documents (0.1).                 0.10      27.50     5745456 06/24/05
DIMOS, BILL            06/23/05 Read pleadings (0.1).                         0.10      27.50     5745455 06/24/05
DIMOS, BILL            06/27/05 Read through documents (0.1).                 0.10      27.50     5757504 07/01/05
```

alp_132r: Matter Detail | KRAMER LEVIN NAFTALIS & FRANKEL LLP | PAGE    3

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

UNBILLED   TIME   DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| DIMOS, BILL | 06/29/05 | Reviewed documents (0.1). | 0.10 | 27.50 | 5757503 | 07/01/05 |
| Total For DIMOS B - 06208 | | | 1.10 | 302.50 | | |
| NOVOD, GORDON | 06/28/05 | Review of pleadings. (0.4). | 0.40 | 164.00 | 5751565 | 06/29/05 |
| Total For NOVOD G - 05338 | | | 0.40 | 164.00 | | |
| COTTO, LISA | 06/16/05 | Analyze and organize various pleadings and documents from attorneys. | 1.00 | 205.00 | 5753318 | 06/29/05 |
| COTTO, LISA | 06/17/05 | Analyze and organize various pleadings/documents. | 1.00 | 205.00 | 5753319 | 06/29/05 |
| COTTO, LISA | 06/20/05 | t/c and e-mail with Gary re: hearing on Monday (.1); review court's website; then t/c with Court re: same (.1); v/m to local counsel re: same (.1); then t/c with Debtors counsel re: telephonic appearance on Mondays omnibus hearing (.1); | 0.40 | 82.00 | 5748673 | 06/28/05 |
| COTTO, LISA | 06/21/05 | t/c with local counsel re: telephonic appearance (.1); t/c with courtcall re: appearance for Monday (.2). | 0.30 | 61.50 | 5743517 | 06/23/05 |
| COTTO, LISA | 06/23/05 | t/c with Gary Becker re: hearing agenda, then pull agenda and deliver to Gary (.2); and review with Gary then o/c with Kate re: pull pleadings (.2); receive pleadings from Kate. | 0.40 | 82.00 | 5745186 | 06/24/05 |
| COTTO, LISA | 06/24/05 | receive pleadings from Kate, organize, review pacer and pull amended agenda and deliver package to Gary for hearing. | 1.50 | 307.50 | 5748674 | 06/28/05 |
| Total For COTTO L - 05623 | | | 4.60 | 943.00 | | |
| MCDONAGH, KAITLIN | 06/23/05 | Reviewed Court website for copies of pleadings. | 0.50 | 37.50 | 5750675 | 06/28/05 |
| Total For MCDONAGH K - 06371 | | | 0.50 | 37.50 | | |
| | | Fee Total | 7.00 | 1,655.00 | | |

UNBILLED   COSTS   DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING COTTO LISA | | COTTO, L C | 06/13/05 | 49.95 | 7028271 | 147767 | 06/15/05 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING<br>COTTO  LISA | COTTO, L C | 06/21/05 | 13.20 | 7039846 | 149000 | 06/23/05 |
| PHOTOCOPYING<br>COTTO  LISA | COTTO, L C | 06/21/05 | 4.35 | 7039847 | 149000 | 06/23/05 |
| 0820 PHOTOCOPYING Total : | | | 67.50 | | | |

Costs Total :                                 67.50

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                         PAGE    5
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04
```

```
Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status    : ACTIVE
```

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.40 | 208.00 | _____ | _____ | _____ | _____ |
| NOVOD, GORDON | 0.40 | 164.00 | _____ | _____ | _____ | _____ |
| DIMOS, BILL | 1.10 | 302.50 | _____ | _____ | _____ | _____ |
| COTTO, LISA | 4.60 | 943.00 | _____ | _____ | _____ | _____ |
| MCDONAGH, KAITLIN | 0.50 | 37.50 | _____ | _____ | _____ | _____ |
| Total: | 7.00 | 1,655.00 | _____ | _____ | _____ | _____ |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 67.50 | _____ | _____ | _____ | _____ |
| Costs Total : | 67.50 | _____ | _____ | _____ | _____ |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00002                           Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE

Special Billing Instructions:
```

```
                                        PRE-BILLING SUMMARY REPORT

                   UNBILLED TIME FROM:    06/03/2005            TO:     06/22/2005
                   UNBILLED DISB FROM:    06/20/2005            TO:     06/20/2005

                                  FEES                       COSTS
                                  ----                       -----
          GROSS BILLABLE AMOUNT:            1,040.00                       2.55
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:            06/22/2005              06/20/2005
     CLOSE MATTER/FINAL BILLING?   YES  OR  NO
     EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:
```

```
                      ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                      --------------------------                    --------------
              FEES:                       0.00
       DISBURSEMENTS:                     0.00      UNIDENTIFIED RECEIPTS:     0.00
         FEE RETAINER:                    0.00           PAID FEE RETAINER:    0.00
        DISB RETAINER:                    0.00          PAID DISB RETAINER:    0.00
    TOTAL OUTSTANDING:                    0.00      TOTAL AVAILABLE FUNDS:     0.00
                                                         TRUST BALANCE:
                                        BILLING HISTORY
                                        ---------------
          DATE OF LAST BILL:           06/30/05        LAST PAYMENT DATE:     06/14/05
          LAST BILL NUMBER:            413661 ACTUAL FEES BILLED TO DATE:  169,684.50
                                              ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                 TOTAL FEES BILLED TO DATE:  169,684.50
      LAST BILL THRU DATE:            05/31/05   FEES WRITTEN OFF TO DATE:    21,567.50

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       ---------------------------
           (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
           (2) Late Time & Costs Posted (5) Business Development      (8) Premium
           (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding              (10) Client Arrangement

   BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE     7
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00002                             Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y      -------------------- Total Unbilled -----------------
Emp Id Employee Name              Group           Oldest      Latest     Hours      Amount
------ -------------------------- -----------     --------    --------   --------   ----------------

05292  BECKER, GARY M.            CRED            06/03/05    06/22/05     2.00       1,040.00

                     Total:                                              2.00       1,040.00

Sub-Total Hours  :     0.00 Partners      2.00 Counsels      0.00 Associates     0.00 Legal Assts     0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                  Oldest      Latest       Total
                                   Entry       Entry        Amount
----- ---------------------------  ------      ------       ------------

0820  PHOTOCOPYING                 06/20/05    06/20/05        2.55

            Total                                              2.55
                                                            --------------
            Grand Total                                     1,042.55
                                                            ============

U N B I L L E D   T I M E   D E T A I L
Employee Name              Work Date                    Description              Hours      Amount        Index#    Batch Date
-------------------------  ---------  ---------------------------------------    ------   ----------------  --------  ----------

BECKER, GARY M.            06/03/05 Conf. shareholder re case issues              0.40       208.00       5727671 06/13/05
BECKER, GARY M.            06/06/05 Conf. shareholder re various case issues      0.50       260.00       5727672 06/13/05
BECKER, GARY M.            06/08/05 Emails from committee members re exclusivity  0.20       104.00       5727673 06/13/05
BECKER, GARY M.            06/22/05 Conf. shareholder re case issues (0.3); conf. 0.60       312.00       5758001 07/01/05
                                    second shareholder re case issues (0.3)
BECKER, GARY M.            06/22/05 conf. bank debt holder re case issues (0.3)   0.30       156.00       5778901 07/11/05

   Total For BECKER G - 05292                                                    2.00      1,040.00


                                               Fee Total                         2.00      1,040.00
U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee          Date        Amount       Index# Batch No Batch Date
--------------------------------------    ---------         ------      ------------ ------- --------- -----------

PHOTOCOPYING               0820
    PHOTOCOPYING                           BENTLEY, P        06/20/05        2.55     7037144 148899    06/22/05
    BENTLEY  PHILIP
                                           0820 PHOTOCOPYING Total :        2.55
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    8
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04
```

```
Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE
```

```
U N B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee        Date          Amount       Index#  Batch No  Batch Date
------------------------------------   ---------       -------       -----------  ------- --------- ----------
```

```
        Costs Total :                                                2.55
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    9
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.00 | 1,040.00 | | | | | |
| Total: | 2.00 | 1,040.00 | | | | | |

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 2.55 | | | | | |
| Costs Total : | 2.55 | | | | | |

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    10
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00005                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR.  MOTIONS                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:
--------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------------
                  UNBILLED TIME FROM:   06/02/2005                      TO:    06/14/2005
                  UNBILLED DISB FROM:                                   TO:
--------------------------------------------------------------------------------------------------------------------------
                                            FEES                    COSTS
                                            ----                    -----

           GROSS BILLABLE AMOUNT:               2,095.00                     0.00
            AMOUNT WRITTEN DOWN:     _____        _____
                        PREMIUM:     _____        _____
              ON ACCOUNT BILLED:     _____        _____
       DEDUCTED FROM PAID RETAINER:  _____        _____
                  AMOUNT BILLED:     _____        _____
                     THRU DATE:                06/14/2005
       CLOSE MATTER/FINAL BILLING?   YES  OR  NO
       EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:     _____
                                     _____

--------------------------------------------------------------------------------------------------------------------------
                             ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                             --------------------------                    --------------
                   FEES:                    0.00
          DISBURSEMENTS:                    0.00        UNIDENTIFIED RECEIPTS:         0.00
            FEE RETAINER:                   0.00            PAID FEE RETAINER:         0.00
           DISB RETAINER:                   0.00           PAID DISB RETAINER:         0.00
       TOTAL OUTSTANDING:                   0.00         TOTAL AVAILABLE FUNDS:        0.00
                                                              TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
              DATE OF LAST BILL:            06/30/05        LAST PAYMENT DATE:     06/14/05
             LAST BILL NUMBER:              413661 ACTUAL FEES BILLED TO DATE:   118,118.00
                                                   ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                      TOTAL FEES BILLED TO DATE:  118,118.00
         LAST BILL THRU DATE:               05/31/05   FEES WRITTEN OFF TO DATE:      444.00

FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         ---------------------------
           (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
           (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
           (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding              (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    11
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04
```

```
Matter No: 056772-00005                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : BANKR.  MOTIONS                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE
```

```
U N B I L L E D   T I M E   S U M M A R Y     --------------------- Total Unbilled -----------------
Emp Id Employee Name              Group         Oldest      Latest     Hours       Amount
------ ---------------------      ----------    --------    --------   --------    ---------------
```

```
02495  BENTLEY, PHILIP            CRED          06/07/05    06/07/05      0.20        119.00
05292  BECKER, GARY M.            CRED          06/02/05    06/14/05      3.80      1,976.00

                    Total:                                               4.00      2,095.00
```

```
Sub-Total Hours  :     0.20 Partners        3.80 Counsels        0.00 Associates        0.00 Legal Assts       0.00 Others
U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date                      Description               Hours      Amount      Index#   Batch Date
--------------------   ---------   ----------------------------------------     ------    ----------   -------- ----------
```

```
BENTLEY, PHILIP        06/07/05  Review and edit exclusivity response             0.20       119.00    5725442 06/09/05

    Total For BENTLEY P - 02495                                                   0.20       119.00

BECKER, GARY M.        06/02/05  Review motion to make pension contribution,      1.00       520.00    5727676 06/13/05
                                 motion to make union contribution, motion to
                                 extend exclusivity, motion to enter into
                                 consulting arrangement and motion to approve
                                 Cytec settlement, prepare email to Bentley and
                                 conf. Bentley re same (1.0)
BECKER, GARY M.        06/07/05  Prepare and revise response in support of        1.40       728.00    5727674 06/13/05
                                 debtors motion to extend exclusivity (1.0);
                                 conf. Bentley re revisions (0.2); circulate
                                 pleading to committee (0.2)
BECKER, GARY M.        06/09/05  Attention to filing pleading in support of       0.50       260.00    5727675 06/13/05
                                 exclusivity motion, including email exchange
                                 with local counsel
BECKER, GARY M.        06/14/05  Review debtors motion re LTIP and exchange       0.90       468.00    5735185 06/20/05
                                 email with Committee chair re potential
                                 response (0.6); review Montana motion to lift
                                 stay (0.3)

    Total For BECKER G - 05292                                                    3.80      1,976.00


                                         Fee Total                                4.00      2,095.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE   12
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04
```

```
Matter No: 056772-00005                         Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR.  MOTIONS                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status     : ACTIVE
```

## B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer  To | Clnt/Mtr | Carry Forward |
|---------------|-------|--------|------|-----------|--------------|----------|---------------|
| BENTLEY, PHILIP | 0.20 | 119.00 | _____ | _____ | _____ | _____ | _____ |
| BECKER, GARY M. | 3.80 | 1,976.00 | _____ | _____ | _____ | _____ | _____ |
| Total: | 4.00 | 2,095.00 | _____ | _____ | _____ | _____ | _____ |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   13
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

Special Billing Instructions:
---------------------------------------------------------------------------------------------------------------
                                       PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------
               UNBILLED TIME FROM:   06/06/2005          TO:      06/21/2005
               UNBILLED DISB FROM:   06/20/2005          TO:      06/21/2005

                                     FEES                 COSTS
                                     ----                 -----
        GROSS BILLABLE AMOUNT:          1,767.00                     20.28
         AMOUNT WRITTEN DOWN:       _____          _____
                    PREMIUM:        _____          _____
           ON ACCOUNT BILLED:       _____          _____
   DEDUCTED FROM PAID RETAINER:     _____          _____
               AMOUNT BILLED:       _____          _____
                  THRU DATE:          06/21/2005                 06/21/2005
     CLOSE MATTER/FINAL BILLING?   YES  OR  NO
    EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:    _____
                                   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:     _____

---------------------------------------------------------------------------------------------------------------
                 ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                 --------------------------                       --------------
              FEES:              0.00
     DISBURSEMENTS:              0.00      UNIDENTIFIED RECEIPTS:      0.00
       FEE RETAINER:             0.00          PAID FEE RETAINER:      0.00
      DISB RETAINER:             0.00         PAID DISB RETAINER:      0.00
  TOTAL OUTSTANDING:             0.00       TOTAL AVAILABLE FUNDS:     0.00
                                                   TRUST BALANCE:
                                   BILLING HISTORY
                                   ---------------
           DATE OF LAST BILL:      06/30/05       LAST PAYMENT DATE:    06/14/05
          LAST BILL NUMBER:          413661  ACTUAL FEES BILLED TO DATE:   81,260.50
                                             ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                TOTAL FEES BILLED TO DATE:  81,260.50
        LAST BILL THRU DATE:        05/31/05  FEES WRITTEN OFF TO DATE:      222.00

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                   ---------------------------
        (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development   (8) Premium
        (3) Pre-arranged Discount  (6) Summer Associate         (9) Rounding              (10) Client Arrangement

  BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

alp_132r: Matter Detail            KRAMER LEVIN NAFTALIS & FRANKEL LLP            PAGE   14
                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00008                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                             Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y   --------------------- Total Unbilled ------------------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| 05292 | BECKER, GARY M. | CRED | 06/06/05 | 06/21/05 | 1.90 | 988.00 |
| | PARAPROFESSIONALS | | | | | |
| 05623 | COTTO, LISA | LITI | 06/06/05 | 06/21/05 | 3.80 | 779.00 |
| | | Total: | | | 5.70 | 1,767.00 |

Sub-Total Hours  :     0.00 Partners       1.90 Counsels      0.00 Associates      3.80 Legal Assts      0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ------------- Total Unbilled ------------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0930 | MESSENGER/COURIER | 06/20/05 | 06/21/05 | 20.28 |
| | Total | | | 20.28 |
| | Grand Total | | | 1,787.28 |

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---------------|-----------|-------------|-------|--------|--------|------------|
| BECKER, GARY M. | 06/06/05 | Review fee auditor spreadsheet and conf. Cotto re same | 0.40 | 208.00 | 5727678 | 06/13/05 |
| BECKER, GARY M. | 06/09/05 | Review and revise May invoice | 0.50 | 260.00 | 5727677 | 06/13/05 |
| BECKER, GARY M. | 06/20/05 | Review final fee auditor report re 15th interim application (0.2); review and revise May monthly invoice (0.5) | 0.70 | 364.00 | 5758003 | 07/01/05 |
| BECKER, GARY M. | 06/21/05 | Review and execute monthly fee application and conf. Cotto re same | 0.30 | 156.00 | 5758002 | 07/01/05 |
| Total For BECKER G - 05292 | | | 1.90 | 988.00 | | |
| COTTO, LISA | 06/06/05 | e-mail from Gary re: chart of fees, review chart against fee application and e-mail status to Gary. | 0.30 | 61.50 | 5722451 | 06/07/05 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00008                         Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| COTTO, LISA | 06/21/05 | receive fee application information: draft fee application, review and revise (2.3); review with Gary (.2); t/c with accounting re: verify payments (.2); make changes and prepare for filing (.4); pdf and e-mail to local counsel (.2); copy and file and send copy to accounting (.2). | 3.50 | 717.50 | 5743518 | 06/23/05 |
| Total For COTTO L - 05623 | | | 3.80 | 779.00 | | |
| | | Fee Total | 5.70 | 1,767.00 | | |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER        0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | COTTO, L C | 06/20/05 | 10.14 | 7031680 | 148736 | 06/20/05 |
| FEDERAL EXPRESS CORPORAT MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | COTTO, L C | 06/21/05 | 10.14 | 7036564 | 148801 | 06/21/05 |
| 0930 MESSENGER/COURIER Total : | | | 20.28 | | | |
| Costs Total : | | | 20.28 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   16

Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00008                        Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|---------------|-------|--------|------|-----------|-------------------------|---------------|
| BECKER, GARY M. | 1.90 | 988.00 | | | | |
| COTTO, LISA | 3.80 | 779.00 | | | | |
| Total: | 5.70 | 1,767.00 | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|------------------|--------|------|-----------|-------------------------|---------------|
| 0930 MESSENGER/COURIER | 20.28 | | | | |
| Costs Total : | 20.28 | | | | |

alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   17
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00012                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------
                                        PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------
                UNBILLED TIME FROM:    06/01/2005                TO:     06/30/2005
                UNBILLED DISB FROM:    06/21/2005                TO:     06/29/2005

                                     FEES                         COSTS
                                     ------                       ----------
        GROSS BILLABLE AMOUNT:           16,262.00                         29.00
        AMOUNT WRITTEN DOWN:    _____             _____
                    PREMIUM:    _____             _____
          ON ACCOUNT BILLED:    _____             _____
  DEDUCTED FROM PAID RETAINER: _____             _____
              AMOUNT BILLED:    _____             _____
                  THRU DATE:           06/30/2005                      06/29/2005
    CLOSE MATTER/FINAL BILLING?  YES  OR  NO    _____
    EXPECTED DATE OF COLLECTION:            _____

        BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
        BILLING COMMENTS:       _____
                                _____


-----------------------------------------------------------------------------------------------------------------
                ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                -------------------------                      --------------
            FEES:                   0.00
    DISBURSEMENTS:                   0.00      UNIDENTIFIED RECEIPTS:      0.00
     FEE RETAINER:                   0.00          PAID FEE RETAINER:      0.00
    DISB RETAINER:                   0.00         PAID DISB RETAINER:      0.00
  TOTAL OUTSTANDING:                 0.00      TOTAL AVAILABLE FUNDS:      0.00
                                                      TRUST BALANCE:
                                        BILLING HISTORY
                                        ---------------
        DATE OF LAST BILL:          06/30/05        LAST PAYMENT DATE:    06/14/05
        LAST BILL NUMBER:            413661  ACTUAL FEES BILLED TO DATE:  432,075.00
                                             ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                 TOTAL FEES BILLED TO DATE:432,075.00
        LAST BILL THRU DATE:        05/31/05  FEES WRITTEN OFF TO DATE:    4,417.50

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       ----------------------------
        (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
        (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding         (10) Client Arrangement

  BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    18
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00012                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y     --------------------- Total Unbilled -----------------
Emp Id Employee Name              Group       Oldest      Latest      Hours      Amount
------ ------------------------   ----------  --------    --------    --------   --------

00720  NADLER, ELLEN R.           LITI        06/01/05    06/29/05      2.80     1,848.00
02495  BENTLEY, PHILIP            CRED        06/02/05    06/30/05      6.00     3,570.00
07850  HOROWITZ, GREGORY A.       LITI        06/02/05    06/29/05     11.10     6,216.00
05292  BECKER, GARY M.            CRED        06/01/05    06/30/05      8.90     4,628.00

                 Total:                                                28.80    16,262.00

Sub-Total Hours :   19.90 Partners      8.90 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                    Oldest      Latest      Total
                                     Entry       Entry       Amount
----  --------------------------     ------      ------      -----------

0840  MANUSCRIPT SERVICE             06/29/05    06/29/05        15.00
0841  RESEARCH SERVICES              06/21/05    06/21/05        14.00

         Total                                                  29.00
                                                            ------------
         Grand Total                                        16,291.00
                                                            ============

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date                 Description                    Hours      Amount     Index#     Batch Date
--------------------  ---------   ----------------------------------------    ------    --------    ------     ----------

BENTLEY, PHILIP       06/02/05 Review emails and discs GB re pending issues     0.30       178.50    5725443 06/09/05
BENTLEY, PHILIP       06/03/05 Review NJ's complaint re Hamilton cleanup, and   0.70       416.50    5725444 06/09/05
                               confs GB and ERN re same and re estimation
                               issues
BENTLEY, PHILIP       06/08/05 Confs GAH and GB re points for Response to       0.80       476.00    5725445 06/09/05
                               Debtor's PI CMO motion, and notes re same
BENTLEY, PHILIP       06/20/05 Discs GB re asbastos                             0.10        59.50    5763851 07/01/05
BENTLEY, PHILIP       06/21/05 Review emails re asbastos                        0.10        59.50    5747084 06/27/05
BENTLEY, PHILIP       06/22/05 Conf ERN re estimation issues                    0.10        59.50    5763918 07/01/05
BENTLEY, PHILIP       06/23/05 Discs GB re asbestos                             0.10        59.50    5763966 07/01/05
BENTLEY, PHILIP       06/28/05 Review memo, and trade emails, re recent         1.00       595.00    5764207 07/01/05
                               developments; review draft response to Debtor's
                               CMO motion
BENTLEY, PHILIP       06/29/05 Work on Response to Debtor's CMO motion, and     2.40     1,428.00    5764322 07/01/05
                               discs GAH re same
BENTLEY, PHILIP       06/30/05 Final work on Response to CMO motion, and discs  0.40       238.00    5764375 07/01/05
                               GB

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   19
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04
```

```
Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE
```

UNBILLED   TIME   DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| | | **Total For BENTLEY P - 02495** | **6.00** | **3,570.00** | | |
| HOROWITZ, GREGORY A. | 06/02/05 | e-mails, dw Gary Becker re questionaire, call w/K&E | 1.00 | 560.00 | 5734349 | 06/17/05 |
| HOROWITZ, GREGORY A. | 06/03/05 | tc Gary Becker (.5); review questionaire motion briefs, questionaire, related materials (2.5); tc G. Becker, J. Baer, J. Rosenthal at K&E (1.0); tc GB re asbestos (.5) | 4.50 | 2,520.00 | 5734350 | 06/17/05 |
| HOROWITZ, GREGORY A. | 06/08/05 | mw PB, GB re brief on questionair issue | 0.80 | 448.00 | 5734351 | 06/17/05 |
| HOROWITZ, GREGORY A. | 06/29/05 | dws PB, GB, read GB memo re status conference (1.0); revise GB brief (2.5); dw PB re brief, e-mails to/from GB, ERN re same, send to debtors for comment (1.0); dws re Friday conference in DC (.5); deal w/pro hac issue (.3) | 4.80 | 2,688.00 | 5763434 | 07/01/05 |
| | | **Total For HOROWITZ G - 07850** | **11.10** | **6,216.00** | | |
| NADLER, ELLEN R. | 06/01/05 | Exchange of emails w/G. Becker on new suit against co-execs. (.20) | 0.20 | 132.00 | 5719402 | 06/06/05 |
| NADLER, ELLEN R. | 06/02/05 | Emails re: possible motion on questionnaire/bar date and related issues (.20) | 0.20 | 132.00 | 5719401 | 06/06/05 |
| NADLER, ELLEN R. | 06/03/05 | Disc. w/PB re: issues on estimation/questionnaire/bar order (.30) | 0.30 | 198.00 | 5720608 | 06/06/05 |
| NADLER, ELLEN R. | 06/22/05 | Conf. P. Bentley re: pleading on questionnaire bar order (.50) | 0.50 | 330.00 | 5743198 | 06/23/05 |
| NADLER, ELLEN R. | 06/29/05 | Emails re: joint meeting on 7/8 (.30); review memo on 6/27 omnibus hearing (.30); review drafts of Equity Committee's pleading on PI Questionnaire and email team w/comments re: same (1.00) | 1.60 | 1,056.00 | 5754313 | 06/30/05 |
| | | **Total For NADLER E - 00720** | **2.80** | **1,848.00** | | |
| BECKER, GARY M. | 06/01/05 | Attention to article re New Jersey lawsuit and conf. stockholder re same and email KL team re same (0.4) | 0.40 | 208.00 | 5727681 | 06/13/05 |
| BECKER, GARY M. | 06/03/05 | Prepare for and conf. with Baer re PI CMO pleading (1.0); followup conf. with Horowitz and Bentley (0.5); conf. Bentley re NJ state court action (0.4); selecting docs for Horowitz to use in preparing brief (0.5) | 2.40 | 1,248.00 | 5727680 | 06/13/05 |

alp_132r: Matter Detail

Run Date & Time: 07/13/2005 12:29:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

UNBILLED   TIME   DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/08/05 | Conf. Horowitz and Bentley re pleading in response to Debtors PI CMO motion | 1.00 | 520.00 | 5727679 | 06/13/05 |
| BECKER, GARY M. | 06/28/05 | Call J. Baer re briefing schedule (0.1); exchange emails re meeting between parties (0.2); prepare response in support of debtors motion for PI CMO and circulate to Bentley and Horowitz (3.1) | 3.40 | 1,768.00 | 5758005 | 07/01/05 |
| BECKER, GARY M. | 06/29/05 | review revisions and comments to response in support of PI CMO motion and exchange emails with Nadler and Horowitz regarding same | 0.50 | 260.00 | 5758004 | 07/01/05 |
| BECKER, GARY M. | 06/30/05 | Research, final revisions and filing pleading in support of PI CMO (1.0); conf. Horowitz re response (0.1); conf. Bentley (0.1) | 1.20 | 624.00 | 5768507 | 07/05/05 |

Total For BECKER G - 05292                                    8.90      4,628.00


Fee Total                                    28.80     16,262.00

UNBILLED   COSTS   DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE | 0840 | | | | | | |
| MANUSCRIPT SERVICE | | TRIVENTO, N | 06/29/05 | 15.00 | 7048754 | 149236 | 06/30/05 |
| 06/29/2005 | | | | | | | |
| | | 0840 MANUSCRIPT SERVICE Total : | | 15.00 | | | |
| RESEARCH SERVICES | 0841 | | | | | | |
| RESEARCH SERVICES | | AUTREY, A M | 06/21/05 | 14.00 | 7044282 | 149120 | 06/28/05 |
| 06/21/2005 | | | | | | | |
| | | 0841 RESEARCH SERVICES Total : | | 14.00 | | | |

Costs Total :                                    29.00

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                       PAGE    21
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00012                         Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status    : ACTIVE
```

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| NADLER, ELLEN R. | 2.80 | 1,848.00 | _____ | _____ | _____ | _____ | _____ |
| BENTLEY, PHILIP | 6.00 | 3,570.00 | _____ | _____ | _____ | _____ | _____ |
| HOROWITZ, GREGORY A. | 11.10 | 6,216.00 | _____ | _____ | _____ | _____ | _____ |
| BECKER, GARY M. | 8.90 | 4,628.00 | _____ | _____ | _____ | _____ | _____ |
| Total: | 28.80 | 16,262.00 | _____ | _____ | _____ | _____ | _____ |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0840 MANUSCRIPT SERVICE | 15.00 | _____ | _____ | _____ | _____ | _____ |
| 0841 RESEARCH SERVICES | 14.00 | _____ | _____ | _____ | _____ | _____ |
| Costs Total : | 29.00 | _____ | _____ | _____ | _____ | _____ |

alp_132r: Matter Detail
Run Date & Time: 07/13/2005 12:29:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    22

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

Special Billing Instructions:

----------------------------------------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

----------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:   06/02/2005              TO:    06/27/2005
UNBILLED DISB FROM:                           TO:

----------------------------------------------------------------------------------------------------

|                                  | FEES          | COSTS        |
|----------------------------------|---------------|--------------|
| GROSS BILLABLE AMOUNT:           | 2,912.00      | 0.00         |
| AMOUNT WRITTEN DOWN:             |               |              |
| PREMIUM:                         |               |              |
| ON ACCOUNT BILLED:               |               |              |
| DEDUCTED FROM PAID RETAINER:     |               |              |
| AMOUNT BILLED:                   |               |              |
| THRU DATE:                       | 06/27/2005    |              |
| CLOSE MATTER/FINAL BILLING?      | YES   OR   NO |              |
| EXPECTED DATE OF COLLECTION:     |               |              |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

----------------------------------------------------------------------------------------------------

| ACCOUNTS RECEIVABLE TOTALS       |          | UNAPPLIED CASH |      |
|----------------------------------|----------|----------------|------|
| FEES:                            | 0.00     |                |      |
| DISBURSEMENTS:                   | 0.00     | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER:                    | 0.00     | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER:                   | 0.00     | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING:               | 0.00     | TOTAL AVAILABLE FUNDS: | 0.00 |
|                                  |          | TRUST BALANCE: |      |

BILLING HISTORY
-----------------

| DATE OF LAST BILL:       | 06/30/05  | LAST PAYMENT DATE:          | 04/21/05  |
|--------------------------|-----------|-----------------------------|-----------|
| LAST BILL NUMBER:        | 413661    | ACTUAL FEES BILLED TO DATE: | 91,251.50 |
|                          |           | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
|                          |           | TOTAL FEES BILLED TO DATE:  | 91,251.50 |
| LAST BILL THRU DATE:     | 05/31/05  | FEES WRITTEN OFF TO DATE:   | 5,087.68  |

FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:
                                      ---------------------------------

        (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
        (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding            (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status    : ACTIVE

UNBILLED   TIME   SUMMARY   --------------------- Total Unbilled ------------------
Emp Id Employee Name          Group        Oldest      Latest     Hours      Amount

05292  BECKER, GARY M.         CRED        06/02/05    06/27/05    5.60      2,912.00

                  Total:                                           5.60      2,912.00

Sub-Total Hours :     0.00 Partners      5.60 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

UNBILLED   TIME   DETAIL
Employee Name          Work Date                Description                Hours     Amount     Index#   Batch Date

BECKER, GARY M.        06/02/05 Conf. and email with J. Baer re PI CMO (0.4);    1.90      988.00   5727682 06/13/05
                                internal conf. and email re PI CMO and conf.
                                Horowitz re same (0.3); review New Jersey
                                lawsuit, research and conf. shareholder re same
                                (1.0 hrs); conf. Bentley re lawsuit (0.2)
BECKER, GARY M.        06/20/05 Preparations for June 27th Omnibus hearing,      0.60      312.00   5758008 07/01/05
                                including conf. Bentley and exchange emails
                                with Currier
BECKER, GARY M.        06/23/05 Prepare for omnibus hearing                      0.30      156.00   5758006 07/01/05
BECKER, GARY M.        06/27/05 Participate telephonically in omnibus court      2.80    1,456.00   5758007 07/01/05
                                hearing

   Total For BECKER G - 05292                                         5.60    2,912.00


                                        Fee Total                     5.60    2,912.00

alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   24
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:04

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|---------------|-------|--------|------|-----------|-------------------------|---------------|
| BECKER, GARY M. | 5.60 | 2,912.00 | _____ | _____ | _____ | _____ |
| Total: | 5.60 | 2,912.00 | _____ | _____ | _____ | _____ |

```
Report Name: alp_132cs
Filename:[/elite/alp/TEMP.a04164]
Date:07/13/2005
Time:12:29:21
User Id:04717/
Service Id:612787
```

```
alp_132c: Client Summary                  KRAMER LEVIN NAFTALIS & FRANKEL LLP              PAGE   1
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/13/2005 12:29:06

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
----------------------------------------------------------------------------------------------------
                                    PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:   06/01/2005          TO:    06/30/2005
                 UNBILLED DISB FROM:   06/13/2005          TO:    06/29/2005
----------------------------------------------------------------------------------------------------
                                      FEES                        COSTS
                                      ----                        -----
              GROSS BILLABLE AMOUNT:       25,731.00                   119.33
              AMOUNT WRITTEN DOWN:    _____        _____
                          PREMIUM:    _____        _____
                ON ACCOUNT BILLED:    _____        _____
       DEDUCTED FROM PAID RETAINER:    _____        _____
                    AMOUNT BILLED:    _____        _____
                        THRU DATE:            06/30/2005                06/29/2005
       CLOSE MATTER/FINAL BILLING?    YES   OR   NO
       EXPECTED DATE OF COLLECTION:   _____

          BILLING PARTNER APPROVAL:   _____

                                                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:   _____   _____




----------------------------------------------------------------------------------------------------

                         ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                         --------------------------              --------------
                            FEES:            0.00
                    DISBURSEMENTS:            0.00    UNIDENTIFIED RECEIPTS:        0.00
                     FEE RETAINER:            0.00        PAID FEE RETAINER:        0.00
                    DISB RETAINER:            0.00       PAID DISB RETAINER:        0.00
                TOTAL OUTSTANDING:            0.00    TOTAL AVAILABLE FUNDS:        0.00
                                                             TRUST BALANCE:
                                           BILLING HISTORY
                                           ---------------
               DATE OF LAST BILL:     06/30/05       LAST PAYMENT DATE:    06/14/05
               LAST BILL NUMBER:      413661  ACTUAL FEES BILLED TO DATE:  1,430,275.00
                                              ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                 TOTAL FEES BILLED TO DATE:  1,430,275.00
          LAST BILL THRU DATE:        05/31/05
                                              FEES WRITTEN OFF TO DATE:   154,323.18

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 ---------------------------
           (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
           (2) Late Time & Costs Posted (5) Business Development    (8) Premium
           (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding        (10) Client Arrangement

  BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 07/13/2005 12:29:21

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**U N B I L L E D   T I M E   S U M M A R Y** ---------------------- Total Unbilled ------------------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|------|-------------------|-------------|----------|----------|--------|-----------|
| 00720 | NADLER, ELLEN R. | PARTNER | 06/01/05 | 06/29/05 | 2.80 | 1,848.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 06/02/05 | 06/30/05 | 6.20 | 3,689.00 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 06/02/05 | 06/29/05 | 11.10 | 6,216.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 06/01/05 | 06/30/05 | 22.60 | 11,752.00 |
| 05338 | NOVOD, GORDON | ASSOCIATE | 06/28/05 | 06/28/05 | 0.40 | 164.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 06/03/05 | 06/29/05 | 1.10 | 302.50 |
| | PARAPROFESSIONALS | | | | | |
| 05623 | COTTO, LISA | PARALEGAL | 06/06/05 | 06/24/05 | 8.40 | 1,722.00 |
| 06371 | MCDONAGH, KAITLIN | PARALEGAL | 06/23/05 | 06/23/05 | 0.50 | 37.50 |

Total:                                              53.10      25,731.00

**U N B I L L E D   C O S T S   S U M M A R Y** ------------- Total Unbilled ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-----------------------|----------|----------|---------|
| 0820 | PHOTOCOPYING | 06/13/05 | 06/21/05 | 70.05 |
| 0840 | MANUSCRIPT SERVICE | 06/29/05 | 06/29/05 | 15.00 |
| 0841 | RESEARCH SERVICES | 06/21/05 | 06/21/05 | 14.00 |
| 0930 | MESSENGER/COURIER | 06/20/05 | 06/21/05 | 20.28 |

Total                              119.33

Grand Total                      25,850.33

alp_132rc: Client Analysis Sheet

Run Date & Time: 07/13/05 12:29:22

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 06/30/05

PAGE    1

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 7.00 | 1,655.00 | 67.50 | 1,722.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 2.00 | 1,040.00 | 2.55 | 1,042.55 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR.  MOTIONS | 4.00 | 2,095.00 | 0.00 | 2,095.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 5.70 | 1,767.00 | 20.28 | 1,787.28 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 28.80 | 16,262.00 | 29.00 | 16,291.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 5.60 | 2,912.00 | 0.00 | 2,912.00 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 53.10 | 25,731.00 | 119.33 | 25,850.33 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE