IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 8, 2005 at 4:00 p.m. |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 9004

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the First Quarterly Fee Application of LECG, LLC (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of January 1, 2005 through March 31, 2005 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 8, 2005 at 4:00 p.m.

Dated: August 10, 2005

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danziesen, Esquire
BILZIN SUMBERG BAENA PRICE &
 AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580

-and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of*
*Asbestos Property Damage Claimants*