# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
e-mail: info@bilzin.com • WWW.BILZIN.COM

MIAMI • TALLAHASSEE

August 8, 2005

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  95494

FOR PROFESSIONAL SERVICES RENDERED
THROUGH June 30, 2005

Atty - SLB
Client No. 74817/15537

RE:     01- Case Administration

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/02/05 | MIK | 0.20 | 60.00 | Review dockets for impact on PD Committee. |
| 05/02/05 | JLO | 7.50 | 1,762.50 | Legal research regarding the work product privilege and draft a memorandum on the issues involved. |
| 05/03/05 | SLB | 0.70 | 402.50 | Telephone call from B. Rosenthal, Esq. regarding status of case and PD claims (.5); email to D. Speights regarding same (.2). |
| 05/03/05 | JCM | 1.20 | 312.00 | Conference call with expert and Bilzin Grace Team (1.2). |
| 05/03/05 | CB | 2.50 | 325.00 | Retrieve daily dockets from Pacer and print out documents (2.3); Create new Estimations-Standards electronic folder for M. Kramer and transfer PDF emails for access (.2). |
| 05/03/05 | MIK | 0.30 | 90.00 | Review dockets for impact on PD Committee (.2); review certifications of counsel (.1). |
| 05/03/05 | JLO | 3.00 | 705.00 | Draft memorandum regarding whether the work product privilege applies to terminated litigation. |
| 05/04/05 | JCM | 0.20 | 52.00 | Review pleadings filed for impact on P.D. Committee; review bill tracking data on state asbestos reform legislation. |
| 05/04/05 | MIK | 0.20 | 60.00 | Review dockets for impact on PD Committee. |
| 05/05/05 | CB | 0.80 | 104.00 | Retrieve daily dockets from Pacer and print out documents. |
| 05/05/05 | MIK | 0.10 | 30.00 | Review dockets for impact on PD Committee. |
| 05/06/05 | SLB | 0.20 | 115.00 | Letter from P. Lockwood regarding estimation discovery (.2). |
| 05/06/05 | JCM | 0.30 | 78.00 | Review status of asbestos reform litigation in state legislatures. |
| 05/06/05 | MIK | 0.10 | 30.00 | Review dockets. |
| 05/09/05 | CB | 1.40 | 182.00 | Retrieve daily dockets from PACER and print out documents (1.1); update daily docket list to include new FL adversary case (.3). |
| 05/09/05 | MIK | 0.20 | 60.00 | Review dockets for impact on PD Committee (.2). |
| 05/10/05 | CB | 2.10 | 273.00 | Prepare hearing notebooks. |
| 05/10/05 | CB | 0.80 | 104.00 | Print out Case Law for 5/16/2005 hearing and create corresponding index. |
| 05/10/05 | MIK | 0.30 | 90.00 | Review dockets for impact on PD Committee (.2) and email Scott L. Baena re: same (.1). |
| 05/11/05 | LMF | 0.40 | 60.00 | Assist W. Roman with preparation of hearing notebook (.4). |
| 05/11/05 | MIK | 1.00 | 300.00 | Review dockets for impact on PD Committee. |
| 05/11/05 | WR | 1.00 | 150.00 | Retrieve and print daily docket reports from PACER. |
| 05/11/05 | WR | 2.50 | 375.00 | Retrieve and print documents from Pacer for attorney review; prepare documents for copying and distribution. |
| 05/11/05 | WR | 2.00 | 300.00 | Retrieve documents from Pacer for attorney review in preparation for May 16, 2005 hearing. |
| 05/12/05 | AM | 0.40 | 52.00 | Search through docket for supplemental affidavit (0.4). |
| 05/12/05 | AM | 0.60 | 78.00 | Prepare exhibits for sixteenth interim fee application (.6). |
| 05/12/05 | MIK | 0.20 | 60.00 | Review dockets for impact on PD Committee. |
| 05/13/05 | ASD | 0.60 | 192.00 | Review order and email to Jim Hass regarding retention (.1); review response of Equity committee (.5). |
| 05/13/05 | LMF | 1.00 | 150.00 | Assist in completing hearing notebook and case law index for hearing (1.0). |
| 05/13/05 | AM | 1.00 | 130.00 | Research and prepare caselaw notebook (1.0). |

| 05/13/05 | WR | 1.00 | 150.00 | Retrieve and print daily docket reports from PACER. |
|---|---|---|---|---|
| 05/13/05 | WR | 0.50 | 75.00 | Retrieve court documents off of PACER for attorney review. |
| 05/16/05 | SLB | 1.50 | 862.50 | Confer with M. Kramer regarding motion for post-petition interest (1.5). |
| 05/17/05 | SLB | 4.00 | 2,300.00 | Review Grace motion for PI CMO and questionnaire, including all exhibits (3.7); memo to J. Moon and M. Kramer regarding limited response (.3). |
| 05/17/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from PACER and print out documents (1.1); create W.R. Grace and Owens Corning electronic folders for M. Kramer to allow access to requested documents (.2). |
| 05/17/05 | MIK | 0.50 | 150.00 | Review dockets for impact on PD Committee. |
| 05/18/05 | LMF | 0.30 | 45.00 | Office conference with M. Kramer and email to local counsel regarding obtaining copies of various pleadings in District Court case in Delaware (.3). |
| 05/18/05 | MPC | 1.10 | 440.00 | Research regarding expansion plants; conference with J. Sakalo. |
| 05/18/05 | MIK | 0.20 | 60.00 | Review dockets for impact on PD Committee. |
| 05/19/05 | ASD | 0.30 | 96.00 | Research regarding status of asbestos legislation (.3) (split with USG). |
| 05/19/05 | JMS | 0.50 | 150.00 | Email to/from D. Speights regarding Committee call (.3); email to Committee thereon (.2). |
| 05/19/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from PACER and print out documents. |
| 05/19/05 | MIK | 0.20 | 60.00 | Review dockets for impact on PD Committee. |
| 05/20/05 | ASD | 0.40 | 128.00 | Research regarding amendments to asbestos legislation (.4). |
| 05/20/05 | LMF | 0.60 | 90.00 | Research responsive pleadings implicating PD issues (.6). |
| 05/20/05 | MIK | 0.10 | 30.00 | Review dockets for impact on PD Committee. |
| 05/22/05 | JMS | 0.80 | 240.00 | Review issues related to pension motion. |
| 05/23/05 | LMF | 0.30 | 45.00 | Retrieve pleadings implicating PD issues for J. Moon. (.3). |
| 05/23/05 | CB | 1.30 | 169.00 | Retrieve daily dockets form PACER and print out documents. |
| 05/23/05 | CB | 3.50 | 455.00 | Print out documents on PACER re GI Holdings debtors' motion to establish aggregate estimation procedures; create index for Legal Key binder; organize pleadings with tabs and create 4 copies for distribution. |
| 05/23/05 | MIK | 0.20 | 60.00 | Review property damage related entries on pleadings. |
| 05/23/05 | WR | 0.20 | 30.00 | Telephone call with U.S. Document retrieval re: request for transcript In Re: Silica Product. |
| 05/23/05 | WR | 2.80 | 420.00 | Review and print database tables re: asbestos property damage. |
| 05/24/05 | ASD | 0.30 | 96.00 | Review motion regarding post retirement consulting issue (.3). |
| 05/24/05 | SLB | 0.40 | 230.00 | Letter from J. Baer regarding Sealed Air settlement (.4). |
| 05/25/05 | CB | 1.30 | 169.00 | Retrieve daily dockets form PACER and print out documents. |
| 05/25/05 | MIK | 0.30 | 90.00 | Review pleadings regarding property damage issues. |
| 05/25/05 | MIK | 4.00 | 1,200.00 | Review and summarize Wyeth remediation settlement motion (.7); review and summarize Debtors' pension plan funding motion (2.4); review and summarize Siegel independent contractor motion (.4); review and summarize Debtors' exclusivity motion (.5). |
| 05/26/05 | JMS | 0.70 | 210.00 | Review multiple emails regarding trading order motion and supplemental responses to PI estimation. |
| 05/26/05 | JCM | 0.50 | 130.00 | Review state asbestos reform legislation (.1); review correspondence on motions of interest to P.D. Committee (.2); call to J. Liu regarding intent of trading order to block supervisors of both committee related personnel and trader from getting information (.2). |
| 05/26/05 | JCM | 1.00 | 260.00 | Research status of amendments to asbestos reform legislation (1.0). |
| 05/26/05 | MIK | 0.20 | 60.00 | Review property damage issues on pleadings. |
| 05/27/05 | CB | 1.30 | 169.00 | Retrieve daily dockets form PACER and print out documents. |
| 05/31/05 | CB | 0.70 | 91.00 | Search docket for pleadings re: BMG group and print out service lists. |
| 05/31/05 | MIK | 0.80 | 240.00 | Review property damage pleadings. |

**PROFESSIONAL SERVICES**                                                                 $16,020.50

**COSTS ADVANCED**

| | | |
|---|---|---|
| 05/03/05 | Photocopies  16.0000pgs @ 0.15/pg | 2.40 |
| 05/03/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 05/03/05 | Long Distance Telephone(501) 377-0340 | 9.90 |
| 05/03/05 | Long Distance Telephone(202) 973-0296 | 59.40 |
| 05/03/05 | Long Distance Telephone(202) 973-9878 | 1.98 |
| 05/03/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 05/04/05 | AirfareTravel to South Carolina - VENDOR: Continental Travel; INVOICE#: 335198; DATE: 5/2/2005  - Client - 15537 | 1,163.30 |
| 05/04/05 | AirfareTravle to South Carolina  - VENDOR: Continental Travel; INVOICE#: 0335199; DATE: 5/2/2005  - Client - 15537 | 1,163.30 |
| 05/04/05 | Photocopies  8.0000pgs @ 0.15/pg | 1.20 |
| 05/04/05 | Photocopies  7.0000pgs @ 0.15/pg | 1.05 |
| 05/04/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 05/04/05 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 05/04/05 | Long Distance Telephone(843) 524-5708 | 24.75 |
| 05/04/05 | Long Distance Telephone(202) 973-9878 | 39.60 |
| 05/05/05 | AirfareTravel to South Carolina - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/05/05; DATE: 5/5/2005  - Client - 15537 | 1,213.30 |
| 05/05/05 | LodgingTravel to South Carolina - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/05/05; DATE: 5/5/2005  - Client - 15537 | 333.16 |
| 05/05/05 | MealsTravel to South Carolina - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/05/05; DATE: 5/5/2005  - Client - 15537 | 176.32 |
| 05/05/05 | MealsTravel to South Carolina - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/05/05; DATE: 5/5/2005  - Client - 15537 | 43.80 |
| 05/05/05 | Car RentalTravel to Soouth Carolina - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/05/05; DATE: 5/5/2005  - Client - 15537 | 152.94 |
| 05/05/05 | Fares, Mileage, ParkingTravel to South Carolina - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/05/05; DATE: 5/5/2005 - Client - 15537 | 15.00 |
| 05/05/05 | Photocopies - Outside ServiceFax - Travel to South Carolina - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/05/05; DATE: 5/5/2005  - Client - 15537 | 4.26 |
| 05/05/05 | LodgingTravel to South Carolina - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-05/05/05; DATE: 5/5/2005 - Client - 15537 | 331.88 |
| 05/05/05 | Fares, Mileage, ParkingAirport parking - Travel to South Carolina - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-05/05/05; DATE: 5/5/2005  - Client - 15537 | 24.00 |
| 05/05/05 | MealsTravel to South Carolina - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-05/05/05; DATE: 5/5/2005 - Client - 15537 | 2.57 |
| 05/05/05 | Fares, Mileage, ParkingAirport parking - Travel to SC - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/05/05; DATE: 5/5/2005 - Client - 15537 | 50.00 |
| 05/05/05 | MealsTravel to SC - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/05/05; DATE: 5/5/2005  - Client - 15537 | 7.02 |
| 05/05/05 | LodgingTravel to SC - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/05/05; DATE: 5/5/2005  - Client - 15537 | 331.88 |
| 05/06/05 | Photocopies  229.0000pgs @ 0.15/pg | 34.35 |
| 05/06/05 | Photocopies  3.0000pgs @ 0.15/pg | 0.45 |

| Date | Description | Amount |
|---|---|---|
| 05/06/05 | Long Distance Telephone(803) 943-4444 | 16.83 |
| 05/06/05 | Long Distance Telephone(409) 883-4394 | 13.86 |
| 05/06/05 | Long Distance Telephone(409) 883-4394 | 1.98 |
| 05/06/05 | Long Distance Telephone(803) 943-6047 | 3.96 |
| 05/06/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 05/06/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 382025591;  DATE: 5/11/2005 | 8.28 |
| 05/06/05 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-MAY3105; DATE: 5/31/2005 - May 2005 | 44.70 |
| 05/09/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 05/09/05 | Long Distance Telephone(409) 883-4394 | 1.98 |
| 05/10/05 | Photocopies  3.0000pgs @ 0.15/pg | 0.45 |
| 05/11/05 | Photocopies - Outside ServiceVENDOR: SPEED PRINT ONE, INC.; INVOICE#: 90324; DATE: 5/11/2005  - Client-15537 | 174.11 |
| 05/11/05 | Photocopies  70.0000pgs @ 0.15/pg | 10.50 |
| 05/11/05 | Photocopies  3.0000pgs @ 0.15/pg | 0.45 |
| 05/11/05 | Photocopies  31.0000pgs @ 0.15/pg | 4.65 |
| 05/11/05 | Photocopies  144.0000pgs @ 0.15/pg | 21.60 |
| 05/11/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 05/11/05 | Photocopies  55.0000pgs @ 0.15/pg | 8.25 |
| 05/11/05 | Photocopies  623.0000pgs @ 0.15/pg | 93.45 |
| 05/11/05 | Long Distance Telephone1(202)973-0296 | 0.99 |
| 05/12/05 | Photocopies  311.0000pgs @ 0.15/pg | 46.65 |
| 05/12/05 | Long Distance Telephone1(415)989-1801 | 0.99 |
| 05/12/05 | Telecopies  2.0000pgs @ 1.00/pg | 2.00 |
| 05/12/05 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-MAY3105; DATE: 5/31/2005 - May 2005 | 16.79 |
| 05/12/05 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-MAY3105; DATE: 5/31/2005 - May 2005 | 20.60 |
| 05/13/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 05/13/05 | Photocopies  18.0000pgs @ 0.15/pg | 2.70 |
| 05/13/05 | Long Distance Telephone1(302)252-2928 | 0.99 |
| 05/13/05 | Long Distance Telephone1(302)252-2928 | 0.99 |
| 05/13/05 | Long Distance Telephone1(409)883-4394 | 8.91 |
| 05/13/05 | Long Distance Telephone1(480)429-3131 | 1.98 |
| 05/13/05 | Long Distance Telephone1(409)883-4394 | 9.90 |
| 05/13/05 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-MAY3105; DATE: 5/31/2005 - May 2005 | 21.12 |
| 05/15/05 | AirfareTravel to Pittsburgh - VENDOR: Continental Travel; INVOICE#: 336017; DATE: 5/13/2005  - Client | 533.45 |
| 05/16/05 | AirfareTravel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/16/05; DATE: 5/16/2005  - Client | 533.45 |
| 05/16/05 | Fares, Mileage, ParkingTravel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/16/05; DATE: 5/16/2005  - Client | 60.61 |
| 05/16/05 | LodgingTravel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/16/05; DATE: 5/16/2005  - Client | 76.38 |

| | | |
|---|---|---|
| 05/16/05 | MealsTravel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/16/05; DATE: 5/16/2005 - Client | 33.76 |
| 05/17/05 | Photocopies  95.0000pgs @ 0.15/pg | 14.25 |
| 05/17/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 05/17/05 | Photocopies  899.0000pgs @ 0.15/pg | 134.85 |
| 05/17/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 05/17/05 | Photocopies  10.0000pgs @ 0.15/pg | 1.50 |
| 05/17/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 05/17/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 383735072;  DATE: 5/20/2005 | 8.61 |
| 05/17/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 383735072;  DATE: 5/20/2005 | 16.69 |
| 05/18/05 | Photocopies  8.0000pgs @ 0.15/pg | 1.20 |
| 05/18/05 | Photocopies  54.0000pgs @ 0.15/pg | 8.10 |
| 05/18/05 | Long Distance Telephone1(409)883-4394 | 28.71 |
| 05/18/05 | Long Distance Telephone1(409)883-4394 | 0.99 |
| 05/18/05 | Long Distance Telephone1(409)883-4394 | 7.92 |
| 05/18/05 | Long Distance Telephone1(803)943-4444 | 4.95 |
| 05/18/05 | Long Distance Telephone1(409)883-4394 | 0.99 |
| 05/18/05 | Long Distance Telephone1(409)882-9595 | 7.92 |
| 05/18/05 | Long Distance Telephone1(409)779-0523 | 0.99 |
| 05/19/05 | Long Distance Telephone1(803)943-4444 | 1.98 |
| 05/19/05 | Long Distance Telephone1(212)326-0886 | 0.99 |
| 05/19/05 | Long Distance Telephone1(202)424-7737 | 5.94 |
| 05/19/05 | Long Distance Telephone1(843)524-5708 | 6.93 |
| 05/19/05 | Long Distance Telephone1(813)223-7474 | 0.44 |
| 05/19/05 | Long Distance Telephone1(813)224-9255 | 0.44 |
| 05/20/05 | Photocopies  38.0000pgs @ 0.15/pg | 5.70 |
| 05/20/05 | Photocopies  38.0000pgs @ 0.15/pg | 5.70 |
| 05/20/05 | Long Distance Telephone1(212)805-0700 | 1.98 |
| 05/23/05 | Photocopies  53.0000pgs @ 0.15/pg | 7.95 |
| 05/23/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 05/23/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 05/23/05 | Photocopies  25.0000pgs @ 0.15/pg | 3.75 |
| 05/23/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 384687341;  DATE: 5/26/2005 | 8.28 |
| 05/23/05 | Photocopies - Outside ServiceVENDOR: X-PRESS USA, INC.; INVOICE#: 458; DATE: 5/23/2005 - Client #15537 | 297.37 |
| 05/23/05 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-MAY3105; DATE: 5/31/2005 - May 2005 | 1.24 |
| 05/24/05 | Photocopies  81.0000pgs @ 0.15/pg | 12.15 |
| 05/24/05 | Telecopies   17.0000pgs @ 1.00/pg | 17.00 |
| 05/24/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 384942652;  DATE: 5/27/2005 | 8.28 |
| 05/25/05 | Photocopies  9.0000pgs @ 0.15/pg | 1.35 |
| 05/26/05 | Long Distance Telephone1(202)224-5225 | 0.99 |

| 05/26/05 | Long Distance Telephone1(202)224-5225 | 0.99 |
| 05/26/05 | Long Distance Telephone1(202)224-4543 | 10.89 |
| 05/26/05 | Long Distance Telephone1(213)683-9193 | 0.99 |
| 05/26/05 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-MAY3105; DATE: 5/31/2005 - May 2005 | 15.86 |
| 05/27/05 | Long Distance Telephone1(214)698-3868 | 1.98 |
| 05/31/05 | Photocopies  9.0000pgs @ 0.15/pg | 1.35 |

**TOTAL COSTS ADVANCED**                                              $7,626.70

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 6.80 | $575.00 | $3,910.00 |
| Coglianese, Matthew P | 1.10 | $400.00 | $440.00 |
| Danzeisen, Allyn S | 1.60 | $320.00 | $512.00 |
| Sakalo, Jay M | 2.00 | $300.00 | $600.00 |
| Moon, James C | 3.20 | $260.00 | $832.00 |
| Kramer, Matthew I | 9.10 | $300.00 | $2,730.00 |
| O'Connell, Jennifer L | 10.50 | $235.00 | $2,467.50 |
| Flores, Luisa M | 2.60 | $150.00 | $390.00 |
| Brenneman, Carrie | 18.30 | $130.00 | $2,379.00 |
| Morera, Arianna | 2.00 | $130.00 | $260.00 |
| Roman, Wanda | 10.00 | $150.00 | $1,500.00 |
| *TOTAL* | *67.20* | | *$16,020.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $4,606.80 |
| Car Rental | $152.94 |
| Photocopies | $428.40 |
| Photocopies - Outside Service | $475.74 |
| Fares, Mileage, Parking | $149.61 |
| Telecopies | $19.00 |
| Federal Express | $50.14 |
| Long Distance Telephone | $286.99 |
| Long Distance Telephone-Outside Services | $120.31 |
| Lodging | $1,073.30 |
| Meals | $263.47 |
| TOTAL | $7,626.70 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        $23,647.20

Atty - SLB

RE:  02 - Debtors' Business Operations                          Client No. 74817/15538

| | | | | |
|---|---|---|---|---|
| 05/02/05 | SLB | 0.30 | 172.50 | Review summary on Grommerge and email to M. Kramer regarding same (.3). |
| 05/02/05 | JMS | 0.30 | 90.00 | Email from M. Kramer regarding Grom settlement. |
| 05/02/05 | MIK | 0.90 | 270.00 | Review notice of settlements/asset dispositions (.2); review and summarize Grom transaction (.7). |
| 05/03/05 | MIK | 0.10 | 30.00 | Review monthly operating reports. |
| 05/05/05 | JMS | 0.20 | 60.00 | Email from M. Kramer regarding Grom settlement. |
| 05/17/05 | MIK | 0.80 | 240.00 | Review Debtors' 10-K. |
| 05/23/05 | JMS | 1.00 | 300.00 | research regarding debtor's motion to make pension plan payments. |
| 05/24/05 | JMS | 0.70 | 210.00 | Continue review of pension plan payments issues. |
| 05/27/05 | JMS | 0.40 | 120.00 | Voicemail from G. Boyer regarding pension motion and review of legal issues thereon (.4). |

**PROFESSIONAL SERVICES**                                    $1,492.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | $575.00 | $172.50 |
| Sakalo, Jay M | 2.60 | $300.00 | $780.00 |
| Kramer, Matthew I | 1.80 | $300.00 | $540.00 |
| *TOTAL* | *4.70* | | *$1,492.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      $1,492.50

Atty - SLB
Client No. 74817/15539

RE: 03 - Creditors Committee

| Date | TK | Hours | Amount | Description |
|------|-----|-------|--------|-------------|
| 05/09/05 | MIK | 0.30 | 90.00 | Telephone conference with committee members regarding estimation issues. |
| 05/12/05 | ASD | 0.60 | 192.00 | Prepare for and attend committee call (.3); review and respond to email inquiry from committee member (.3). |
| 05/12/05 | SLB | 1.00 | 575.00 | Prepare for and convene PD committee meeting (1.0). |
| 05/25/05 | ASD | 0.40 | 128.00 | Research committee issue (.4). |
| 05/26/05 | ASD | 3.40 | 1,088.00 | Prepare for and attend committee call (.6); research committee issue raised during call (2.6); email committee regarding same (.2); review email from committee member. |
| 05/26/05 | MIK | 0.40 | 120.00 | Committee call re pending motions. |
| 05/27/05 | ASD | 0.30 | 96.00 | Email committee (.3). |

**PROFESSIONAL SERVICES** $2,289.00

**COSTS ADVANCED**

| 06/09/05 | Long Distance Telephone1(803)943-4444 | 0.99 |
|----------|---------------------------------------|------|

**TOTAL COSTS ADVANCED** $0.99

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Baena, Scott L | 1.00 | $575.00 | $575.00 |
| Danzeisen, Allyn S | 4.70 | $320.00 | $1,504.00 |
| Kramer, Matthew I | 0.70 | $300.00 | $210.00 |
| *TOTAL* | *6.40* | | *$2,289.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | | |
|---|---|---|
| Long Distance Telephone | | $0.99 |
| TOTAL | | $0.99 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $2,289.99

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15540

RE:   04 - Retention of Professionals

| 05/11/05 | LMF | 0.60 | 90.00 | Assist J. Moon with preparation of supplemental affidavit and disclosures regarding new hire (.6). |
| 05/12/05 | JCM | 1.00 | 260.00 | Review past supplemental affidavits to 2014 statements; review background material of G. Waldman (.5); draft supplemental affidavit (.5). |
| 05/13/05 | LMF | 0.40 | 60.00 | Revise Affidavit of S. Baena and attend to filing same (.4). |

**PROFESSIONAL SERVICES**                                              $410.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Moon, James C | 1.00 | $260.00 | $260.00 |
| Flores, Luisa M | 1.00 | $150.00 | $150.00 |
| *TOTAL* | *2.00* | | *$410.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        $410.00

Atty - SLB
Client No. 74817/15541

RE: 05 - Asset Dispositions

| | | | | |
|---|---|---|---|---|
| 05/05/05 | MIK | 0.20 | 60.00 | Telephone conference with G. Boyer regarding company call (.1); email Scott L. Baena regarding same (.1). |

PROFESSIONAL SERVICES $60.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kramer, Matthew I | 0.20 | $300.00 | $60.00 |
| *TOTAL* | *0.20* | | *$60.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER $60.00

RE:     07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 05/02/05 | LMF | 0.70 | 105.00 | Attention to Bilzin's monthly notice and summary for March fees (.7). |
| 05/11/05 | LMF | 1.20 | 180.00 | Continue working with accounting on obtaining all necessary backup for costs in question on fee auditors report (.5); begin review and edits to April 2005 prebills for Bilzin (.7). |
| 05/18/05 | LMF | 0.30 | 45.00 | Meet with accounting regarding back up for costs questioned by fee auditor (.3). |
| 05/26/05 | ASD | 0.60 | 192.00 | Research response to fee auditor and draft initial response (.6). |
| 05/27/05 | ASD | 0.20 | 64.00 | Interoffice conference with Jay Sakalo regarding fee issues. |

**PROFESSIONAL SERVICES**                                             $586.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 12/27/04 | Photocopies - Outside ServiceVENDOR: Document Resources Inc.; INVOICE#: M00815; DATE: 12/27/2004 - Client #15543 | 1,185.08 |

**TOTAL COSTS ADVANCED**                                             $1,185.08

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.80 | $320.00 | $256.00 |
| Flores, Luisa M | 2.20 | $150.00 | $330.00 |
| *TOTAL* | *3.00* | | *$586.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Photocopies - Outside Service | $1,185.08 |
| TOTAL | $1,185.08 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$1,771.08**

Atty - SLB<br>
Client No. 74817/15544

RE:    08 - Hearings

| | | | | |
|---|---|---|---|---|
| 05/04/05 | MIK | 1.40 | 420.00 | Review 4/25 hearing transcript. |
| 05/10/05 | WR | 3.00 | 450.00 | Prepare hearing notebook for 5/16/05 Omnibus Hearing. |
| 05/11/05 | SLB | 0.20 | 115.00 | Review agenda for 5/16 hearing (.2). |
| 05/12/05 | WR | 3.00 | 450.00 | Create compendium of authorities for 5/16/05 hearing. |
| 05/13/05 | SLB | 0.30 | 172.50 | Review materials for 5/16 omnibus hearing (.3). |
| 05/16/05 | SLB | 1.00 | 575.00 | Attend omnibus hearing (1.0). |

**PROFESSIONAL SERVICES**                                                    $2,182.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.50 | $575.00 | $862.50 |
| Kramer, Matthew I | 1.40 | $300.00 | $420.00 |
| Roman, Wanda | 6.00 | $150.00 | $900.00 |
| *TOTAL* | *8.90* | | *$2,182.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                $2,182.50

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    Client No. 74817/15545

| | | | | |
|---|---|---|---|---|
| 05/02/05 | SLB | 4.00 | 2,300.00 | Email from and to J. Baer regarding meeting and confer (.2); email to M. Kramer regarding estimation standard motion (.3); email to J. Hass regarding same (.1); research regarding same (3.2); email to J. Baer regarding insurance claims for PD (.1); email to A. Danzeisen regarding same (.1). |
| 05/03/05 | ASD | 12.80 | 4,096.00 | Research regarding PD Liability theories (8.7); research regarding economic loss issues (1.8); telephone conference with Scott Baena, Jay Sakalo and Jim Hass regarding estimation issues (1.4); second telephone conference with Scott Baena, Jay Sakalo and Jim Hass regarding estimation (.9). |
| 05/03/05 | SLB | 5.50 | 3,162.50 | Attention to PD future claims issue (2.8); review transcript of hearing and email to committee (.5); interoffice conference with "estimation team" to discuss theories (1.0); telephone conference with J. Hass et al regarding futures issues and preparation for trip to Hampton (1.0); email from and to D. Hilton regarding Hass analysis (.2). |
| 05/03/05 | JCM | 1.00 | 260.00 | Meet with litigation group regarding Speights & Runyan consolidated response (1.0). |
| 05/03/05 | MIK | 4.30 | 1,290.00 | Research estimation issues (.2); conference with Scott L. Baena regarding estimation procedures (.6); telephone conference with expert regarding discovery issues (1.2); review objections to OC property damages claims (2.1); review CMO Questionnaire order (.2). |
| 05/03/05 | WR | 2.50 | 375.00 | Organize expert witness reports, depositions, and exhibits related to estimation issues. |
| 05/04/05 | ASD | 6.10 | 1,952.00 | Email expert on estimation issues (.2); research regarding (3.7); review of rulings on liability theories (2.2). |
| 05/04/05 | ASD | 2.10 | 672.00 | Dinner meeting with Scott Baena, Jay Sakalo and expert regarding estimation (2.1). |
| 05/04/05 | SLB | 2.20 | 1,265.00 | Prepare materials for meeting in Hampton (1.2); work en route to Charleston preparing for Hampton meeting (1.0). |
| 05/04/05 | JMS | 7.90 | 2,370.00 | Prepare for meeting with expert and Speights (2.4); prepare en route to South Carolina, including draft agenda and review of precedents (3.5); meeting with expert, S. Baena, A. Danzeisen (2.0). |
| 05/04/05 | MIK | 5.00 | 1,500.00 | Research estimation standards. |
| 05/04/05 | WR | 3.50 | 525.00 | Organize expert documents including depositions, deposition exhibits, and expert reports relating to estimation issues. |
| 05/04/05 | WR | 4.00 | 600.00 | Compile and organize attorney working set of expert documents including expert reports, rebuttal reports, deposition transcripts and exhibits relating to estimation issues. |
| 05/05/05 | ASD | 6.50 | 2,080.00 | Attend meeting on PD estimation issues in South Carolina (6.5). |
| 05/05/05 | SLB | 6.50 | 3,737.50 | Conference with D. Speights and M. Dies in Hampton (6.5). |
| 05/05/05 | JMS | 8.50 | 2,550.00 | Prepare for and meet with S. Baena, D. Speights, M. Dies, J. Hass regarding PD estimation; emails with J.Baer regarding document requests. |
| 05/05/05 | JCM | 6.30 | 1,638.00 | Research state law on accrual issues (1.3); research caselaw on testifying expert witness (5.0). |
| 05/05/05 | MIK | 1.20 | 360.00 | Research estimation issues. |
| 05/06/05 | ASD | 7.30 | 2,336.00 | Research regarding hazard rulings (1.5); email regarding |

| | | | | |
|---|---|---|---|---|
| | | | | discovery issues (.4); telephone conference with Grace Counsel, Scott Baena, Jay Sakalo regarding estimation process (1.0); interoffice conference with Scott Baena and Jay Sakalo regarding estimation process (.8); research regarding settlement history (3.6). |
| 05/06/05 | SLB | 6.10 | 3,507.50 | Email from and to J. Baer regarding meet and confer and review attachment regarding "harmfulness" cases (.5); email to A. Danzeisen regarding same (.1); email memo from and to M. Kramer regarding estimation issues (.3); telephone conference with D. Speights and M. Dies regarding future claims issues (.3); review settlement agreements and materials sent by J. Baer (.7); prepare for telephone conference with J. Baer et al (.5); telephone conference with J. Baer et al regarding "meet and confer" (1.0); telephone conference with D. Speights and M. Dies regarding same (.6); conference with "estimation team" regarding issues and briefing (1.4); email to D. Speights regarding work product issues (.4); review transcript of 1/1/05 hearing (.3). |
| 05/06/05 | JCM | 4.00 | 1,040.00 | Research caselaw addressing expert witnesses (3.0); draft email memorandum on ability of expert witness issues (1.0). |
| 05/06/05 | MIK | 6.90 | 2,070.00 | Research estimation issues (4.0); telephone conference with Debtors regarding meeting and conference (1.0); team discussion re estimation issues (1.9). |
| 05/06/05 | WR | 3.50 | 525.00 | Retrieve case law relating to hazard defense history as identified by W.R. Grace. |
| 05/06/05 | WR | 2.00 | 300.00 | Prepare compendium of case law relating to hazard defense history as identified by W.R. Grace. |
| 05/09/05 | ASD | 0.20 | 64.00 | Interoffice conference with Wanda Roman regarding production of documents (.2). |
| 05/09/05 | ASD | 6.60 | 2,112.00 | Research regarding expert issues (.4); telephone conference with Scott Baena, Martin Dies and Dan Speights regarding estimation issues (.8); continue research of state by state analysis (5.4). |
| 05/09/05 | ASD | 0.40 | 128.00 | Review draft protective order and provide comments (.4). |
| 05/09/05 | ASD | 2.10 | 672.00 | Research regarding medial criteria issues (2.1). |
| 05/09/05 | SLB | 3.00 | 1,725.00 | Telephone conference with M. Dies, D. Speights, et al regarding science issues Grace motion to raise in estimation proceeding (.8); review proposed confidentiality order and circulate same to committee members, et al for comments (.6); prepare revisions to proposed order (1.2); email from and to J. Baer regarding same (.2); email from and to A. Danzeisen regarding same (.2). |
| 05/09/05 | JMS | 1.10 | 330.00 | Telephone conference with D. Speights, M. Dies, S. Baena regarding estimation and CMO issues (.7); review email traffic regarding proposed confidentiality order (.4). |
| 05/09/05 | JCM | 2.00 | 520.00 | Research definitions and use of confidential information in the third circuit. |
| 05/09/05 | MIK | 5.10 | 1,530.00 | Review property damage claim objections (.1); research estimation issues (.5); review estimation protective order and email Scott L. Baena regarding mark-up of draft order (1.7); review CCR procedures regarding estimation standards (.8); review estimation issues (2.0). |
| 05/09/05 | WR | 2.00 | 300.00 | Prepare index of authorities cited in hazard defense history as identified by W.R. Grace and compile case law in connection with preparation of compendium of case law. |
| 05/10/05 | ASD | 6.50 | 2,080.00 | Interoffice conference with Wanda Roman regarding hazards issues (.1); review and respond to emails regarding estimation (.3); continue research of state by state analysis (2.7); research |

| | | | | |
|---|---|---|---|---|
| | | | | regarding contamination theory application (2.1); research regarding hazards (1.3). |
| 05/10/05 | JCM | 3.10 | 806.00 | Draft email on the use of confidential information in the discovery context (1.0); review and analyze proposed order regarding disclosure of confidential information; draft email regarding same (1.8); review status of asbestos reform litigation (.3). |
| 05/10/05 | MIK | 1.90 | 570.00 | Research estimation standards. |
| 05/11/05 | ASD | 8.20 | 2,624.00 | Draft proposed discovery requests (3.9); research regarding repose issue (2.7); research regarding evidentiary issues (1.6). |
| 05/11/05 | ASD | 2.10 | 672.00 | Review and research Grace Motion for PI CMO and Questionnaire (2.1). |
| 05/11/05 | SLB | 2.30 | 1,322.50 | Review comment memos on proposed confidentiality order and revise order and circulate (2.1); email to D. Speights and M. Dies regarding same (.2). |
| 05/11/05 | JMS | 0.90 | 270.00 | Work on comments to protective order governing confidential documents and conference with S. Baena thereon. |
| 05/11/05 | JCM | 5.40 | 1,404.00 | Review state asbestos reform legislation; review and analyze report from Public Citizen's Congressional Watch regarding Senate Bill 852; draft email to group regarding same (.6); research states that have adopted economic loss rule (3.8); review changes to proposed protective order (1.0) |
| 05/11/05 | MIK | 0.60 | 180.00 | Research estimation standards. |
| 05/12/05 | ASD | 4.00 | 1,280.00 | Email expert regarding discovery (.1); telephone conference with Scott Baena and two committee members regarding discovery issues (.5); review of Rand findings regarding asbestos claims (1.1); research regarding nuisance actions (2.3). |
| 05/12/05 | SLB | 1.50 | 862.50 | Revise confidentiality order and telephone conference with Dies, Farrey and Speights regarding same and transmittal to J. Baer et al (1.5). |
| 05/12/05 | JCM | 2.90 | 754.00 | Review state asbestos reform legislation (.4); review and analyze Rand Report; draft email regarding same (1.1); research state laws re: accrual issues (1.4). |
| 05/12/05 | MIK | 3.00 | 900.00 | Review PI CMO motion (1.5); telephone conferences with committee members regarding estimation issues and PI CMO (1.5). |
| 05/13/05 | ASD | 6.00 | 1,920.00 | Attend telephone meeting and confer with Debtors counsel (1.0); telephone conference with Dies and Speights re: same (.4); telephone conference with Debtors' counsel (.2); telephone conference with Dies and Speights re: same (.1); research regarding state legislation impacting claims (1.9); telephone conference with expert regarding meet and confer (.3); research regarding economic loss (2.1). |
| 05/13/05 | SLB | 3.40 | 1,955.00 | Telephone conference with J. Baer et al regarding PD CMO, etc. (1.0); telephone conference with M. Dies and D. Speights regarding same (.4); telephone call from J. Baer regarding follow up (.2); telephone call to M. Dies and D. Speights regarding same (.1); review memo prepared by A. Danzeisen regarding hazardness of products (.5); review decisional law regarding same (1.2). |
| 05/13/05 | JMS | 4.10 | 1,230.00 | Meet and confer with Debtor's counsel (1.2); second telephone conference with Debtor's counsel regarding PD CMO (.3); telephone conferences with S. Baena, M. Dies, D. Speights regarding same (.8); research regarding privilege issues (1.8). |
| 05/13/05 | JCM | 2.40 | 624.00 | Research state laws re: accrual issues (2.4). |
| 05/13/05 | MIK | 1.50 | 450.00 | Telephone conference with Debtors regarding estimation issues |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | (1.0); follow-up telephone conference with committee members regarding same (.5). |
| 05/14/05 | ASD | 1.30 | 416.00 | Continue work on PD Claims analysis. |
| 05/15/05 | SLB | 0.90 | 517.50 | Emails from A. Danzeisen regarding Grace revised protective order (.1); review Grace revisions to protective order, prepare comments thereto and transmittal to J. Baer (.8). |
| 05/16/05 | ASD | 5.50 | 1,760.00 | Research regarding state asbestos legislation requiring additional medical criteria (1.6); continue research regarding defenses (3.9). |
| 05/16/05 | SLB | 0.20 | 115.00 | Conference with J. Baer regarding revised order (.2). |
| 05/16/05 | JMS | 2.50 | 750.00 | Review Debtor's motion and brief on PI CMO. |
| 05/16/05 | JCM | 0.90 | 234.00 | Review summary of case pleadings for developments of interest to P.D. Committee (.8); review status of state asbestos reform legislation (.1). |
| 05/17/05 | ASD | 7.60 | 2,432.00 | Review PD Settlement Data (2.1); review Grace motion for PI Estimation Process (.9); continue research on medical criteria legislation (1.7); research regarding distribution of vermiculite (.2); research regarding PI Estimation issues (1.9); research regarding 524(g) issues (.8). |
| 05/17/05 | SLB | 2.20 | 1,265.00 | Email from and to M. Kramer regarding 524g implication and research regarding same (1.7); email to D. Hilton regarding same (.1); email from and to J. Hass regarding status of various matters (.2); attention to conference agreement (.2). |
| 05/17/05 | JMS | 2.20 | 660.00 | Review Daubert issues raised in PI CMO brief and discuss with S. Baena (1.2); emails regarding protective order and conversation with expert thereon (.4); email from A. Danzeisen regarding review of settlement agreements (.3); conference with S. Baena regarding use of settlement data in estimation (.3). |
| 05/17/05 | JCM | 5.60 | 1,456.00 | Research states that have adopted economic loss rule (4.9); review debtor's motion to approve Cimo and questionnaire (.7). |
| 05/17/05 | MIK | 5.40 | 1,620.00 | Review discovery documents regarding estimation (3.2); research case law regarding Debtors' personal injury estimation motion (2.2). |
| 05/17/05 | WR | 2.00 | 300.00 | Review Grace PD estimation production (G 00001 - G 00213) for settlement terms and prepare excel spreadsheet containing settlement information, including parties, date of settlement, and amount. |
| 05/18/05 | ASD | 7.10 | 2,272.00 | Continue research of estimation defenses (2.9); research regarding causes of action (4.2). |
| 05/18/05 | JMS | 2.20 | 660.00 | Emails with expert regarding data requests (.3); analysis of electronic data files (1.9). |
| 05/18/05 | JCM | 11.30 | 2,938.00 | Review status of state asbestos reform legislation; draft email regarding Texas Reform Bill enrollment (.4); review and analyze debtor's motion to approve PI questionnaire and related documents; meet with A. Danzeisen regarding same; research use of settlement data in prior bankruptcy estimations; application of F.R.E. 408 to expert reports on estimation (10.9). |
| 05/18/05 | MIK | 2.90 | 870.00 | Research case law regarding Debtors' personal injury estimation motion (2.9) |
| 05/19/05 | ASD | 2.60 | 832.00 | Research regarding statute of limitations (2.6) (split with USG). |
| 05/19/05 | SLB | 0.60 | 345.00 | Review proposed notices of deficiency (.4); interoffice conference with J. Moon regarding decisional law on R. 408 (.2). |
| 05/19/05 | JMS | 2.70 | 810.00 | Conference with J. Moon regarding issues related to use of settlement data in estimation (.3); review note from M. Dies regarding market share (.4); telephone conference with expert regarding Libby mine issues (.3); continue review of electronic |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 05/19/05 | JMS | 1.50 | 450.00 | data (1.7). Review notice of intent to object to asbestos PD claims and memo to S. Baena thereon (1.2); conference with S. Baena thereon (.3). |
| 05/19/05 | JCM | 10.50 | 2,730.00 | Review state asbestos reform legislation; draft email regarding same (.10);  research application of F.R.E. 408 to estimation proceedings (10.4). |
| 05/20/05 | ASD | 5.60 | 1,792.00 | Review Settlement production of data base and summaries (2.1); research regarding statute of limitation (split with USG) (1.7); research PD Claims history (1.8). |
| 05/20/05 | JCM | 9.80 | 2,548.00 | Research application of F.R.E. 408 to estimation proceedings (9.7); review status of state asbestos reform legislation (.1). |
| 05/20/05 | MIK | 2.70 | 810.00 | Research estimation issues. |
| 05/21/05 | JCM | 3.00 | 780.00 | Research application of F.R.E. 408 to estimation proceedings. |
| 05/22/05 | ASD | 2.90 | 928.00 | Research regarding PD Claims and review of documents for defenses (2.9). |
| 05/23/05 | ASD | 6.90 | 2,208.00 | Continue review of settlement information (2.6); research regarding causes of action (4.3). |
| 05/23/05 | JCM | 8.90 | 2,314.00 | Research application of F.R.E. 408 in estimation proceeding. |
| 05/23/05 | MIK | 1.10 | 330.00 | Research case law regarding personal injury estimation motion (.7); review property damage estimation discovery (.4). |
| 05/24/05 | ASD | 5.60 | 1,792.00 | Research regarding discovery issues; research regarding estimation issues. |
| 05/24/05 | JMS | 2.50 | 750.00 | Review strategy issues regarding PD estimation and related evidence and document issues (1.8); continue review of pension plan payments issues (.7). |
| 05/24/05 | JCM | 0.30 | 78.00 | Review status of state asbestos reform legislation; analyze New York S.B. 5412; draft e-mail regarding same. |
| 05/24/05 | WR | 1.00 | 150.00 | Prepare and print query reports from Asbestos Property Damage database received 5/18/05. |
| 05/25/05 | ASD | 8.90 | 2,848.00 | Continue research of settlement information (3.4); research regarding  PI estimation issues (2.1); research regarding B-reader issues (3.4). |
| 05/25/05 | SLB | 0.40 | 230.00 | Email exchange with D. Scott regarding confi. order (.4). |
| 05/25/05 | JCM | 1.10 | 286.00 | Review state asbestos reform legislation (.2); review pleadings filed that may impact P.D. Committee (.3); research procedures for providing expert discovery (.6). |
| 05/26/05 | ASD | 5.10 | 1,632.00 | Research regarding asbestos claims (3.7); continue review of settlement document (1.4). |
| 05/26/05 | MIK | 6.60 | 1,980.00 | Research cases regarding personal injury estimation motion. |
| 05/27/05 | ASD | 4.10 | 1,312.00 | Research regarding B-reader issues (1.9); review PD Settlement analysis (2.2). |
| 05/27/05 | JCM | 0.40 | 104.00 | Review status of state asbestos reform legislation (.3); attention to correspondence; draft email on asbestos reform legislation (.1). |
| 05/27/05 | MIK | 6.00 | 1,800.00 | Draft objection to personal injury CMO motion. |
| 05/30/05 | JMS | 0.70 | 210.00 | Review Equity Committee response regarding PI estimation/discovery issues. |
| 05/31/05 | ASD | 5.10 | 1,632.00 | Continue research on PD Settlement history (2.9); research regarding PI estimation issues (2.2). |
| 05/31/05 | MIK | 6.60 | 1,980.00 | Review claims objections (.2); draft objection to personal injury CMO motion (6.4). |

**PROFESSIONAL SERVICES**                                                    $119,723.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

COSTS ADVANCED

| 05/18/05 | Photocopies  8.0000pgs @ 0.15/pg | 1.20 |
|---|---|---|

TOTAL COSTS ADVANCED                                                $1.20

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 38.80 | $575.00 | $22,310.00 |
| Danzeisen, Allyn S | 139.20 | $320.00 | $44,544.00 |
| Sakalo, Jay M | 36.80 | $300.00 | $11,040.00 |
| Moon, James C | 78.90 | $260.00 | $20,514.00 |
| Kramer, Matthew I | 60.80 | $300.00 | $18,240.00 |
| Roman, Wanda | 20.50 | $150.00 | $3,075.00 |
| *TOTAL* | *375.00* | | *$119,723.00* |

## MATTER SUMMARY OF COSTS ADVANCED

| Photocopies | $1.20 |
|---|---|
| TOTAL | $1.20 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER          **$119,724.20**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15546

RE:    10 - Travel

| | | | | |
|---|---|---|---|---|
| 05/04/05 | ASD | 4.60 | 1,472.00 | Non-work travel (4.6). |
| 05/04/05 | SLB | 5.00 | 2,875.00 | Travel to Charleston (5.0). |
| 05/04/05 | JMS | 3.00 | 900.00 | Non-working travel to South Carolina. |
| 05/05/05 | ASD | 9.50 | 3,040.00 | Travel to meeting on estimation (1.5); return travel from estimation meeting (8.0). |
| 05/05/05 | SLB | 9.50 | 5,462.50 | Travel from Charleston to Hampton (1.5); travel from Hampton to Miami (8.0). |
| 05/05/05 | JMS | 6.80 | 2,040.00 | Return to Miami from Hampton. |
| 05/15/05 | SLB | 2.70 | 1,552.50 | Travel to Pittsburgh [split with USG] (2.7). |
| 05/16/05 | SLB | 2.70 | 1,552.50 | Travel from Pittsburgh [spilt with USG] (2.7). |

PROFESSIONAL SERVICES                                        $18,894.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 19.90 | $575.00 | $11,442.50 |
| Danzeisen, Allyn S | 14.10 | $320.00 | $4,512.00 |
| Sakalo, Jay M | 9.80 | $300.00 | $2,940.00 |
| *TOTAL* | *43.80* | | *$18,894.50* |

Less 50% Discount **on Travel**                              -$9,447.25

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER    $9,447.25

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15547

RE:    11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)

| | | | | |
|---|---|---|---|---|
| 05/02/05 | MIK | 0.50 | 150.00 | Review Manville data (.2); review Sealed Air letter to Third Circuit (.1); review Debtor's Motion to refer CCR adversary proceeding to bankruptcy court (.2). |
| 05/09/05 | SLB | 0.30 | 172.50 | Telephone call from B. Wolff regarding continuing SA settlement hearing (.2); email to P. Lockwood regarding same (.1). |
| 05/09/05 | MIK | 0.30 | 90.00 | Review Sealed Air correspondence. |
| 05/11/05 | SLB | 0.40 | 230.00 | Review revised letter from H. Wasserstein regarding amendment of settlement (.4). |

**PROFESSIONAL SERVICES**                                                    $642.50

**COSTS ADVANCED**

| | | |
|---|---|---|
| 05/18/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |

**TOTAL COSTS ADVANCED**                                                    $0.15

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.70 | $575.00 | $402.50 |
| Kramer, Matthew I | 0.80 | $300.00 | $240.00 |
| *TOTAL* | *1.50* | | *$642.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Photocopies | $0.15 |
| TOTAL | $0.15 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $642.65

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)    Client No. 74817/15548

05/02/05    MIK    0.30    90.00    Review Debtors' reply to Pacificorp/Vancott brief.

**PROFESSIONAL SERVICES**    $90.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kramer, Matthew I | 0.30 | $300.00 | $90.00 |
| *TOTAL* | *0.30* | | *$90.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$90.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| | | Atty - SLB |
| RE: | 18 - Plan & Disclosure Statement | Client No. 74817/15554 |

| | | | | |
|---|---|---|---|---|
| 05/05/05 | ASD | 0.40 | 128.00 | Review and respond to emails regarding 524(g). |
| 05/31/05 | JMS | 0.40 | 120.00 | Analysis of exclusivity issues and email to S. Baena thereon. |

**PROFESSIONAL SERVICES** $248.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.40 | $320.00 | $128.00 |
| Sakalo, Jay M | 0.40 | $300.00 | $120.00 |
| *TOTAL* | *0.80* | | *$248.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$248.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    27 - Litigation Consulting          Client No. 74817/15563

| 05/01/05 | JMS | 2.10 | 630.00 | April 26 Research regarding mass-tort insolvencies and theories of liability (2.1). |
|---|---|---|---|---|
| 05/02/05 | LMF | 3.00 | 450.00 | Attention to organization of Sealed Air documents (3.0). |
| 05/04/05 | LMF | 3.50 | 525.00 | Organization of Seal Air documents (3.5). |
| 05/05/05 | LMF | 4.10 | 615.00 | Download and organize case law for research for M. Kramer (1.8); continue organization of Sealed Air documents (2.3). |
| 05/05/05 | WR | 3.50 | 525.00 | Organize attorney notes and document productions that impact estimation. |
| 05/05/05 | WR | 4.00 | 600.00 | Review master consolidated index of documents productions from Millberg Weiss Bershad Hynes & Lerach and Kirkland & Ellis; inventory document productions and binders in connection with Fraudulent Transfer Litigation. |
| 05/06/05 | JMS | 3.20 | 960.00 | Telephone conference with J. Baer, S. Baena, et al regarding CMO for PD estimation (1.1); follow up telephone conferences with D. Speights and M. Dies thereon (.6); meeting with A. Danzeisen, S. Baena, J. Moon, M. Kramer regarding estimation litigation (1.5). |
| 05/06/05 | WR | 2.00 | 300.00 | Inventory document productions relating to fraudulent transfer litigation. |
| 05/09/05 | WR | 3.50 | 525.00 | Organize and inventory copies of document productions received by Millberg Weiss and Kirkland & Ellis. |
| 05/09/05 | WR | 2.00 | 300.00 | Organize and inventory document productions including ARPC and Stewart Economics documents. |
| 05/10/05 | WR | 3.60 | 540.00 | Organize and inventory document productions including "Confidential" and "Attorneys Eyes Only" productions. |
| 05/13/05 | WR | 2.00 | 300.00 | Organize document productions, including attorney working copies. |
| 05/16/05 | WR | 3.50 | 525.00 | Sorted and organized document productions, including miscellaneous productions, deposition transcripts, exhibits, and securities filings. |
| 05/16/05 | WR | 4.00 | 600.00 | Sorted and organized document productions, deposition transcripts and exhibits. |
| 05/17/05 | WR | 3.00 | 450.00 | Organize document productions including asbestos litigation summary reports, MALS reports, and "CONFIDENTIAL ATTORNEY EYES ONLY" documents; sort and organize copies of expert reports, deposition transcripts, and exhibits. |
| 05/18/05 | WR | 3.50 | 525.00 | Sort and organize miscellaneous document productions, celotex documents, Zelonite court documents and memos, documents re: Sheldon H. Solow, and copies of deposition transcripts and exhibits. |
| 05/18/05 | WR | 4.00 | 600.00 | Sort and organize document productions including "Confidential - Attorney Eyes Only" portions of productions; organize copies of deposition exhibits of expert and non- expert witnesses. |
| 05/19/05 | MPC | 0.30 | 120.00 | Research regarding status of criminal action. |
| 05/20/05 | JMS | 0.80 | 240.00 | Attention to settlement data. |
| 05/20/05 | WR | 3.00 | 450.00 | Sorted and organized deposition transcripts and exhibits for expert and non-expert witnesses; attorney notes in connection with depositions; and attorney working binders used in connection with fraudulent transfer litigation. |
| 05/23/05 | WR | 3.50 | 525.00 | Organized attorney working set of deposition transcripts, |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | exhibits, expert reports and attorney working notes. |
| 05/23/05 | WR | 1.00 | 150.00 | Sorted excerpts of document productions for future attorney review in preparation for trial. |
| 05/24/05 | WR | 3.50 | 525.00 | Sort and organize binders and documents re: property damage estimation, Sealed Air Corporation, property damage data lists, excerpts of document productions deemed "Confidential-Attorney Eyes Only", and attorney working notes in connection with expert witness depositions. |
| 05/24/05 | WR | 3.00 | 450.00 | Sort and organize binders and documents re: property damage estimation, excerpts of document productions, including but not limited to documents deemed "Confidential-Attorney Eyes Only". |
| 05/25/05 | WR | 3.00 | 450.00 | Organize excerpts of document production including, but not limited to: 1996 roll forward/asbestos reserve documents; asbestos board charts for 3rd and 4th quarter 1998; asbestos 1998 10K documents; asbestos property damage documents; asbestos notes receivable and authorization of discount 9/98 - 2000 documents; enviro asbestos documents; MALS reports. |
| 05/25/05 | WR | 3.50 | 525.00 | Organize miscellaneous boxes containing PD data lists, documents regarding Celotex asbestos property damage claims reports, Celotex product function reports by category and claimants, and attorney working copies of expert reports. |
| 05/26/05 | WR | 1.00 | 150.00 | Sort and organize Plaintiff's trial exhibits, documents received from Millberg Weiss and Kirland & Ellis (Trial Preparation 2002). |
| 05/27/05 | WR | 2.75 | 412.50 | Compile and sort document productions and plaintiff's trial exhibits in connection with 2002 trial preparation; update index regarding same. |
| 05/27/05 | WR | 4.25 | 637.50 | Sort copies of expert witness deposition transcripts and reports; organize plaintiff's trial exhibits in connection with 2002 trial preparation; update index regarding same. |

**PROFESSIONAL SERVICES** $13,605.00

## COSTS ADVANCED

| 05/17/05 | Long Distance Telephone 1(202)424-7737 | 1.98 |
|---|---|---|

**TOTAL COSTS ADVANCED** $1.98

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Coglianese, Matthew P | 0.30 | $400.00 | $120.00 |
| Sakalo, Jay M | 6.10 | $300.00 | $1,830.00 |
| Flores, Luisa M | 10.60 | $150.00 | $1,590.00 |
| Roman, Wanda | 67.10 | $150.00 | $10,065.00 |
| TOTAL | 84.10 | | $13,605.00 |

## MATTER SUMMARY OF COSTS ADVANCED

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 25

| | |
|---|---|
| Long Distance Telephone | $1.98 |
| TOTAL | $1.98 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      $13,606.98

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:   30 - Fee Application of Others
Client No. 74817/17781

| | | | | |
|---|---|---|---|---|
| 05/02/05 | MIK | 2.00 | 600.00 | Review fee applications. |
| 05/03/05 | MIK | 0.50 | 150.00 | Review fee application. |
| 05/09/05 | MIK | 0.60 | 180.00 | Review fee applications. |
| 05/11/05 | LMF | 0.40 | 60.00 | Email Hamilton Rabinovitz and follow up regarding the report on their fees by fee auditor and the response for same (.4). |
| 05/12/05 | LMF | 1.20 | 180.00 | Begin drafting quarterly application for Hamilton Rabinovitz (1.2). |
| 05/17/05 | MIK | 0.20 | 60.00 | Review fee applications. |
| 05/19/05 | LMF | 0.50 | 75.00 | Telephone conference with J. Hass regarding procedures for filing monthly applications and interim applications (.3) review fee auditor's report regarding lodging charges for PD committee (.2). |
| 05/23/05 | ASD | 0.20 | 64.00 | Review email regarding PD member expenses. |
| 05/23/05 | LMF | 0.40 | 60.00 | Follow up with PD committee member for backup to questionable charges per fee auditor's report (.2); resubmit copy of interim report from fee auditor (.2). |
| 05/23/05 | MIK | 0.20 | 60.00 | Review fee applications. |
| 05/25/05 | LMF | 0.80 | 120.00 | Review new notices and summaries received from LECG for the month of February and March and email comments regarding same (.8). |
| 05/26/05 | ASD | 0.50 | 160.00 | Research regarding committee fees (.2); draft response to fee auditor report on committee appeal (.3). |
| 05/26/05 | LMF | 0.90 | 135.00 | Finalize notices and summaries for LECG for their February and March statements and attend to filing same (.9). |
| 05/27/05 | ASD | 0.10 | 32.00 | Email fee auditor regarding PD Committee fee report (.1). |
| 05/31/05 | MIK | 0.20 | 60.00 | Review fee applications. |

PROFESSIONAL SERVICES
$1,996.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.80 | $320.00 | $256.00 |
| Kramer, Matthew I | 3.70 | $300.00 | $1,110.00 |
| Flores, Luisa M | 4.20 | $150.00 | $630.00 |
| *TOTAL* | *8.70* | | *$1,996.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER
$1,996.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 27

Atty - SLB

RE:    31 - Retention of Others

Client No. 74817/17782

05/31/05    MIK    0.20    60.00    Review and summarize revised CIBC retention application.

**PROFESSIONAL SERVICES**    $60.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kramer, Matthew I | 0.20 | $300.00 | $60.00 |
| *TOTAL* | *0.20* | | *$60.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$60.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 161.60 | $51,712.00 |
| Baena, Scott L | 69.00 | $39,675.00 |
| Flores, Luisa M | 20.60 | $3,090.00 |
| Sakalo, Jay M | 57.70 | $17,310.00 |
| Coglianese, Matthew P | 1.40 | $560.00 |
| Moon, James C | 83.10 | $21,606.00 |
| Brenneman, Carrie | 18.30 | $2,379.00 |
| Morera, Arianna | 2.00 | $260.00 |
| Kramer, Matthew I | 79.00 | $23,700.00 |
| O'Connell, Jennifer L | 10.50 | $2,467.50 |
| Roman, Wanda | 103.60 | $15,540.00 |
| *Less 50% Discount on Travel* | | -$9,447.25 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | **$168,852.25** |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $4,606.80 |
| Car Rental | $152.94 |
| Photocopies | $429.75 |
| Photocopies – Outside Service | $1,660.82 |
| Fares, Mileage, Parking | $149.61 |
| Telecopies | $19.00 |
| Federal Express | $50.14 |
| Long Distance Telephone | $289.96 |
| Long Distance Telephone-Outside Services | $120.31 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 29

*Lodging*                                                    *$1,073.30*
*Meals*                                                       *$263.47*

      *TOTAL COSTS ADVANCED THIS PERIOD*                    *$8,816.10*

      *TOTAL AMOUNT DUE THIS PERIOD*                         *$177,668.35*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY

| | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| **BALANCE AS OF- 06/30/05** | | | | |
| **WR Grace-Official Committee of Prope** | | | | |
| 01- Case Administration/15537 | $16,020.50 | $7,626.70 | $0.00 | $23,647.20 |
| 02 - Debtors' Business Operations/15538 | $1,492.50 | $0.00 | $0.00 | $1,492.50 |
| 03 - Creditors Committee/15539 | $2,289.00 | $0.99 | $0.00 | $2,289.99 |
| 04 - Retention of Professionals/15540 | $410.00 | $0.00 | $0.00 | $410.00 |
| 05 - Asset Dispositions/15541 | $60.00 | $0.00 | $0.00 | $60.00 |
| 07 - Applicant's Fee Application/15543 | $586.00 | $1,185.08 | $0.00 | $1,771.08 |
| 08 - Hearings/15544 | $2,182.50 | $0.00 | $0.00 | $2,182.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $119,723.00 | $1.20 | $0.00 | $119,724.20 |
| 10 - Travel/15546 | $9,447.25 | $0.00 | $0.00 | $9,447.25 |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | $642.50 | $0.15 | $0.00 | $642.65 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)/15548 | $90.00 | $0.00 | $0.00 | $90.00 |
| 18 - Plan & Disclosure Statement/15554 | $248.00 | $0.00 | $0.00 | $248.00 |
| 27 - Litigation Consulting/15563 | $13,605.00 | $1.98 | $0.00 | $13,606.98 |
| 30 - Fee Application of Others/17781 | $1,996.00 | $0.00 | $0.00 | $1,996.00 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 31 - Retention of Others/17782 | $60.00 | $0.00 | $0.00 | $60.00 |
| *Client Total* | *$168,852.25* | *$8,816.10* | *$0.00* | *$177,668.35* |