IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** August 31, 2005, at 4:00 p.m. (prevailing eastern time) |

### FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION FOR THE PERIOD JUNE 1, 2005 THROUGH JUNE 30, 2005

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**

June 30, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W51000919
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $142,154.36 |
| For professional services rendered through June 30, 2005: | 2,964.50 |

Other Charges:

| | | |
|---|---:|---:|
| TELEPHONE | 2.20 | |
| WESTLAW | 315.37 | |
| CALLING CARD | 6.61 | |
| | | 324.18 |
| Total Current Charges | | 3,288.68 |
| Total Balance Due | | $145,443.04 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000919

NJ\108837.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 06/06/05 | .30 | REVIEWED CORRESPONDENCE; (.30) |
| MCGAHREN | 06/07/05 | .30 | REVIEW CORRESPONDENCE (.30) |
| MCGAHREN | 06/14/05 | .20 | REVIEWED CORRESPONDENCE; (.20) |
| FORAN | 06/14/05 | .50 | BEGIN RESEARCHING JURISDICTIONAL QUESTIONS REGARDING TRANSFER OF NJDEP MATTER TO THE BANKRUPTCY COURT OF DELAWARE (.50) |
| MULVIHILL | 06/15/05 | .70 | LEGAL RESEARCH REGARDING SOVEREIGN IMMUNITY (.70) |
| FORAN | 06/15/05 | .30 | RESEARCH JURISDICTIONAL REACH OF BANKRUPTCY COURT OVER STATE AGENCY FOR TRANSFER OF VENUE ARGUMENT (.30) |
| MCGAHREN | 06/16/05 | 1.00 | REVIEWED CORRESPONDENCE; (1.0) |
| MULVIHILL | 06/16/05 | 4.20 | RESEARCH REGARDING REMOVAL OF CIVIL ACTIONS, BANKRUPTCY ACTIONS AND SOVEREIGN IMMUNITY (4.20) |
| MULVIHILL | 06/17/05 | .20 | CALL WITH J. MCGAHREN REGARDING BANKRUPTCY AND REMOVAL QUESTIONS (.20) |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 1.80 | 510.00 | 918.00 | PARTNER, JR. |
| D F MULVIHILL | 03737 | 5.10 | 355.00 | 1,810.50 | ASSOCIATE, JR. |
| H FORAN | 03986 | .80 | 295.00 | 236.00 | ASSOCIATE, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 06/23/05 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | 2.20 |
| | | ** TOTAL TELEPHONE | | | 2.20 |
| 06/15/05 | WESTLAW (WEST PUBLISHING) | WestLaw Search--06/15/05 | D F MULVIHILL | | 14.63 |
| 06/15/05 | WESTLAW (WEST PUBLISHING) | WestLaw Search--06/15/05 | H FORAN | | 32.76 |
| 06/16/05 | WESTLAW (WEST PUBLISHING) | WestLaw Search--06/16/05 | D F MULVIHILL | | 267.98 |
| | | ** TOTAL WESTLAW (WEST PUBLISHING) | | | 315.37 |
| 02/01/05 | CALLING CARD | CALLING CARD - CALLING CARD CHARGES - FEBRUARY 2005 | J MCGAHREN | | 2.48 |
| 03/01/05 | CALLING CARD | CALLING CARD - CALLING CARD CHARGES - MARCH 2005 | J MCGAHREN | | 4.13 |
| | | ** TOTAL CALLING CARD | | | 6.61 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W61000919

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

June 30, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51000919
File No. 029016-0001

## REMITTANCE COPY

### HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 142,154.36 |
| **Current Billing:** | | |
| June 30, 2005 | 51000919 | $3,288.68 |
| **Balance Due** | | **$145,443.04** |

**AMOUNT REMITTED:**       $ _____

**Method of Payment:**

☐ CHECK       ☐ WIRE TRANSFER

NJ\108837.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**

June 30, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W51000921
File No.  029016-0003

---

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | | |
|---|---|---|
| Balance due on prior billing | | $11,303.06 |
| For professional services rendered through June 30, 2005: | | 378.50 |
| Other Charges: | | |
| FEDERAL EXPRESS | 7.93 | |
| | | 7.93 |
| Total Current Charges | | 386.43 |
| Total Balance Due | | $11,689.49 |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ORTEGA | 06/06/05 | .30 | REVIEW FEE APPLICATION SUMMARIES AND DISCUSS SAME WITH J. MCGAHREN AND M. ALVELO |
| ORTEGA | 06/13/05 | .10 | REVIEW CORRESPONDENCE ON FEE APPLICATION |
| ORTEGA | 06/21/05 | .10 | REVIEW FEE APPLICATION |
| ALVELO | 06/21/05 | 2.20 | PREPARE THE MONTHLY FEE APPLICATION FOR THE PERIOD COVERING MAY 1, 2005 TO MAY 31, 2005 |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| K ORTEGA | 03738 | .50 | 295.00 | 147.50 | ASSOCIATE, JR. |
| M J ALVELO | 30621 | 2.20 | 105.00 | 231.00 | PROJECT ASST |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 05/27/05 | FEDERAL EXPRESS | PATRICA CUNIFF WILMINGTON DE 19801 790036213806 05/27/05 385939349 | J MCGAHREN | | 7.93 |
| | | ** TOTAL FEDERAL EXPRESS | | | 7.93 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000921

2

NJ\108844.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

June 30, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51000921
File No. 029016-0003

---

**REMITTANCE COPY**

SPECIAL COUNSEL FEE
APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 11,303.06 |
| Current Billing: | | |
| June 30, 2005 | 51000921 | $ 386.43 |
| **Balance Due** | | **$11,689.49** |

**AMOUNT REMITTED:**      $ _____

**Method of Payment:**

☐ CHECK      ☐ WIRE TRANSFER

NJ\108844.1