# **EXHIBIT B**

May Fee Application

F
9030

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 4, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF THE FORTY-FOURTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

Name of Applicant:

Casner & Edwards, LLP

Authorized to Provide Professional Services to:

W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession

Date of Retention:

September 18, 2001,
effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:

May 1, 2005 through
May 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $16,428.00  (80% = $13,142.40)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $15,260.16

This is an:    X monthly    __ interim    __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|-------------------------------|-------------------------------|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | Pending | Pending |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | Pending | Pending |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | Pending | Pending |
| 07/15/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | Pending | Pending |

As indicated above, this is the forty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $575.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

## Fee Summary
### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 38 | Litigation | $230.00 | 7.80 | $1,794.00 |
| Donna B. MacKenna | Partner | 21 ½ | Litigation | $210.00 | 2.60 | $546.00 |
| Matthew T. Murphy | Associate | 17 | Litigation | $200.00 | 26.70 | $5,340.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 21 | Litigation | $90.00 | 97.20 | $8,748.00 |
| TOTALS | | | | | 134.30 | $16,428.00 |

**Total Fees:**          **$16,428.00**

## Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expense | ZAI (Science Trial) Expenses |
|---|---|---|
| Excess Postage | $0.60 | $0.00 |
| Federal Express | $3,208.46 | $0.00 |
| Outside Photocopying | $0.00 | $6.30 |
| Photocopying ($0.12/page) | $58.68 | $0.00 |
| Rent Reimbursement | $11,589.82 | $0.00 |
| Miscellaneous | $396.30 | $0.00 |
| SUB TOTALS | $15,253.86 | $ 6.30 |

**Total Expenses:**          **$15,260.16**

6

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 131.00 | $15,675.00 |
| Fee Applications, Applicant | 3.30 | $753.00 |
| Expenses | N/A | $15,253.86 |
| ZAI Science Trial Expenses | N/A | $6.30 |
| TOTALS | 134.30 | $31,688.16 |

Dated:  July 13, 2005

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/357728

7

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: August 4, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### FORTY-FOURTH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 7, 2005

Bill Number 82675
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through May 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/02/05 | MTM | Prepare final group of privileged documents for copying and coding project (.2); telephone call to copy company re: boxes left to send to Kirkland & Ellis (.1); telephone call to former NYC local counsel re: status of review of SBA and public policy documents (.3). | 0.60 Hrs | $120.00 |
| 05/03/05 | ARA | Per MTM, review and organize boxes of privileged documents for copying and coding project(2.9). Quality control Libby documents and return them to the production set (2.3). | 5.20 Hrs | $468.00 |
| 05/04/05 | MTM | Email from in-house counsel re: Libby personnel files and review list and telephone call to ARA re: same (.1); letter to in-house counsel re: same (.1). | 0.20 Hrs | $40.00 |
| 05/04/05 | ARA | Per MTM's phone call search for, locate and have personnel file copied for in-house counsel; produce copies of file to MTM and return originals to the personnel file  (2.6). Quality control Libby documents and return them to the production set (4.9). | 7.50 Hrs | $675.00 |
| 05/05/05 | MTM | Letter to Kirkland Ellis counsel re: boxes of privileged documents re: coding project. | 0.50 Hrs | $100.00 |

David B. Siegel

Re: Litigation and Litigation Consulting .

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/05/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 5.00 Hrs | $450.00 |
| 05/06/05 | MTM | Telephone call from former NYC local counsel re: SBA documents (.1); email to Kirkland Ellis counsel re: same (.2); telephone call from in-house counsel re: Property Damage Creditors' Committee request for list of all possible document locations (.2); review files re: same (.4). | 0.90 Hrs | $180.00 |
| 05/08/05 | RAM | Read report of status of locating SBA privileged documents. | 0.10 Hrs | $23.00 |
| 05/09/05 | RAM | Read emails re: status of copying documents re: criminal case and re: locations of potentially responsive documents for asbestos containing products. | 0.10 Hrs | $23.00 |
| 05/09/05 | MTM | Review files re: location of all document repositories re: request from Property Damage Creditors' Committee (1.3); email to paralegal at Holme Roberts re: same (.3); receipt and review of letter from former NYC local counsel and two new privilege logs (.2); compare to logs I already had (.9); email to former NYC local counsel re: same (.3). | 3.00 Hrs | $600.00 |
| 05/10/05 | RAM | Read selected documents filed in bankruptcy court (.2). Read articles re: Montana indictment (.6). Read updated bankruptcy court docket entries to select documents to read (.2). | 1.00 Hrs | $230.00 |
| 05/10/05 | MTM | Receipt and review of email from Holme Roberts paralegal re: boxes of original materials in Colorado (.2); respond to same (.2); receipt and review of email from former NYC local counsel explaining the privilege logs he sent (.3). | 0.70 Hrs | $140.00 |
| 05/10/05 | ARA | Quality control privileged documents after copying and coding project. | 2.50 Hrs | $225.00 |
| 05/11/05 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | $184.00 |
| 05/11/05 | MTM | Receipt and review of list for all boxes of original documents maintained by Holme Roberts per request from Grace in-house counsel (1.0); telephone call to Holme Roberts paralegal re: same (.3). | 1.30 Hrs | $260.00 |
| 05/11/05 | ARA | Document control (2.3). Quality control original documents copied for the O.M. Scott production and return them to the production set (4.5). | 6.80 Hrs | $612.00 |
| 05/12/05 | DBM | Search for and locate Trenton documents. | 0.60 Hrs | $126.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/12/05 | MTM | Telephone call from two in-house counsels re: New Jersey investigation into Trenton plant closure (.3); review file of previous document searches for New Jersey government filings re: same (.7); conference with DBM re: document search for all Trenton documents at Winthrop Square (.2); review source of origin list re: Trenton materials in East Texas and Lorance collections (.6); email to two in-house counsels re: same (.4); letter to two in-house counsels re: copies of Trenton documents (.2); conference with DBM re: Trenton document search (.2); email to two in-house counsels re: same (.2). | 2.80 Hrs | $560.00 |
| 05/12/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 7.30 Hrs | $657.00 |
| 05/13/05 | RAM | Read emails and correspondence re: search for certain documents re: Trenton plant. | 0.10 Hrs | $23.00 |
| 05/13/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.70 Hrs | $603.00 |
| 05/16/05 | RAM | Conference with MTM re: all locations where documents re: asbestos containing materials can be found. | 0.20 Hrs | $46.00 |
| 05/16/05 | MTM | Draft memo to in-house counsel re: location of all documents relevant to property damage litigation per request from Property Damage Creditors' Committee (2.8); conference with RAM re: same (.2); telephone call to ARA re: RAM deposition transcript re: document collection (.2). | 3.20 Hrs | $640.00 |
| 05/16/05 | ARA | Per MTM's request, locate Speights' deposition of RAM (.7). Quality control original documents copied for the O.M. Scott production and return them to the production set (7.5). | 8.20 Hrs | $738.00 |
| 05/17/05 | MTM | Revise email to in-house counsel re: location of all documents relevant to property damage claims. | 0.70 Hrs | $140.00 |
| 05/17/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 7.80 Hrs | $702.00 |
| 05/18/05 | RAM | Read emails re: identifying all locations with documents re: commercial asbestos containing products relevant to request of Property Damage Creditor's Committee. | 0.10 Hrs | $23.00 |
| 05/18/05 | MTM | Receipt and review of response and questions from in-house counsel re: document location memo (.4); review files and telephone call to Holme Roberts paralegal re: same (1.4); review Holme Roberts privilege lists re: same (1.2); email and telephone call to ARA re: Ness Motley exhibit collection (.3); receipt and review of response from paralegal at Holme Roberts (.3); telephone call to paralegal at Holme Roberts re: original | 4.00 Hrs | $800.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | documents located in Colorado (.4). | | |
| 05/18/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set (6.6). Telephone call from MTM re: locating Ness Motley exhibits in the repository (.3). | 6.90 Hrs | $621.00 |
| 05/19/05 | DBM | Participate in document database training. | 2.00 Hrs | $420.00 |
| 05/19/05 | MTM | Letter to in-house counsel re: original materials at Holme Roberts (.7); receipt and review of response to email from Kirkland Ellis counsel re: database training (.2); telephone call from Holme Roberts paralegal re: additional information on original materials stored in Colorado (.2); participate in training on new document database (1.5). | 2.60 Hrs | $520.00 |
| 05/19/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 7.00 Hrs | $630.00 |
| 05/20/05 | MTM | Receipt and review of all boxes of original materials stored at Holme Roberts (3.4); telephone call from in-house counsel re: expanding plant worker class action and Trenton investigation (.3). | 3.70 Hrs | $740.00 |
| 05/20/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.10 Hrs | $549.00 |
| 05/23/05 | RAM | Telephone conference with in-house counsel re: retrieving file re: plant worker (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.20 Hrs | $46.00 |
| 05/23/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set (6.7). Receipt of remainder of the Ness Motley exhibits (.3). | 7.00 Hrs | $630.00 |
| 05/24/05 | RAM | Read correspondence re: possibly relevant CACP documents at Holme Roberts. | 0.10 Hrs | $23.00 |
| 05/24/05 | MTM | Letter to in-house counsel re: additional information on original boxes stored by Holme Roberts. | 0.30 Hrs | $60.00 |
| 05/24/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.20 Hrs | $558.00 |
| 05/25/05 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $69.00 |
| 05/25/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 7.00 Hrs | $630.00 |
| 05/26/05 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 05/26/05 | MTM | Telephone calls (2) from Grace employee in Cambridge re: Jacksonville file (.2); email to Holme Roberts re: same (.2). | 0.40 Hrs | $80.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/27/05 | RAM | Telephone conference with in-house counsel to send documents to California attorney. | 0.10 Hrs | $23.00 |
| 05/27/05 | MTM | Receipt and respond to email from Holme Roberts paralegal re: Jacksonville file (.1); obtain testing documents from Grace standard trial exhibit collection at Winthrop Square for RAM (1.0). | 1.10 Hrs | $220.00 |
| 05/30/05 | RAM | Review file re: plant employee. Telephone call to RSK re: whether former Grace employee testified (.5). Read selected documents filed in bankruptcy court (.3). | 0.80 Hrs | $184.00 |
| 05/31/05 | RAM | Telephone calls to and from and with California attorney re: documents he wants (.2). Read selected documents filed in bankruptcy court (.5). | 0.70 Hrs | $161.00 |
| 05/31/05 | MTM | Receipt and review of email from Holme Roberts paralegal re: search for Jacksonville file among scanned documents (.2); email to Grace employee in Cambridge re: same (.3). | 0.50 Hrs | $100.00 |
| | | TOTAL LEGAL SERVICES | | $15,675.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 4.70 Hrs | 230/hr | $1,081.00 |
| DONNA B. MACKENNA | 2.60 Hrs | 210/hr | $546.00 |
| MATTHEW T. MURPHY | 26.50 Hrs | 200/hr | $5,300.00 |
| ANGELA R. ANDERSON | 97.20 Hrs | 90/hr | $8,748.00 |
| | 131.00 Hrs | | $15,675.00 |

| | |
|---|---|
| TOTAL THIS BILL | $15,675.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 7, 2005

Bill Number  82676
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through May 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/08/05 | RAM | Work on March fee application. | 0.70 Hrs | $161.00 |
| 05/09/05 | RAM | Work on March fee application (.7); conference with MTM re: same (.1). | 0.80 Hrs | $184.00 |
| 05/10/05 | RAM | Work on March fee application (.3); send it to in-house counsels for review (.1). | 0.40 Hrs | $92.00 |
| 05/11/05 | RAM | Read email from in-house counsel and receive telephone call from another in-house counsel that March fee application may be filed. | 0.10 Hrs | $23.00 |
| 05/13/05 | RAM | Finalize March fee application (.3); send it to Delaware counsel to file (.1). | 0.40 Hrs | $92.00 |
| 05/29/05 | RAM | Work on April fee application. | 0.40 Hrs | $92.00 |
| 05/30/05 | RAM | Work on April fee application. | 0.20 Hrs | $46.00 |
| 05/31/05 | RAM | Telephone call from MTM re: April fee application. | 0.10 Hrs | $23.00 |
| 05/31/05 | MTM | Work on responding to RAM's questions for April fee application. | 0.20 Hrs | $40.00 |

David B. Siegel

|  | | | TOTAL LEGAL SERVICES | $753.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 3.10 Hrs | 230/hr | $713.00 | |
| MATTHEW T. MURPHY | 0.20 Hrs | 200/hr | $40.00 | |
| | 3.30 Hrs | | $753.00 | |

TOTAL THIS BILL    $753.00

# EXHIBIT B
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 8, 2005

Bill Number  82681
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through May 31, 2005

EXCESS POSTAGE                                                                   $0.60

FEDERAL EXPRESS

| | | |
|---|---|---|
| 05/03/05 | To Kirkland & Ellis LLP - 20 Packages from Merrill Corporation, on 04/15/05 | 1,166.38 |
| 05/03/05 | To Kirkland & Ellis LLP - 22 Packages from Merrill Corporation, on 04/15/05 | 1,259.69 |
| 05/03/05 | To W R Grace & Co, from Casner & Edwards on 04/08/05 by MTM | 11.29 |
| 05/03/05 | To Flemming Zulack & Williamson from Casner & Edwards on 04/12/05 by MTM | 19.58 |
| 05/03/05 | To MTM Casner & Edwards 3 packages from Lighthouse Legal Copy, on 04/13/05 | 150.03 |
| 05/03/05 | To Andrews Kurth LLP from Casner & Edwards on 04/08/05 by MTM | 32.86 |
| 05/16/05 | To Kirkland & Ellis - 9 boxes  from Merrill Corporation on 05/05/05 | 555.56 |

$3,195.39

PHOTOCOPYING

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through May 31, 2005

### PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/03/05 | 29 copies at .12 per copy | 3.48 | |
| 05/12/05 | 90 copies at .12 per copy | 10.80 | |
| 05/19/05 | 83 copies at .12 per copy | 9.96 | |
| 05/24/05 | 64 copies at .12 per copy | 7.68 | |
| 05/31/05 | 194 copies at .12 per copy | 23.28 | |
| | | | $55.20 |

### RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 05/02/05 | BOSTON CAPITAL INSTITUTE-Rent and utilities for document repository at One Winthrop Square-May 2005 | 11,589.82 | |
| | | | $11,589.82 |

### MISCELLANEOUS

| | | | |
|---|---|---|---|
| 05/16/05 | RECORDKEEPER ARCHIVE - Monthly storage fee for 5/05 | 396.30 | |
| | | | $396.30 |

|  | |
|---|---|
| TOTAL DISBURSEMENTS | $15,237.31 |
| TOTAL THIS BILL | $15,237.31 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 8, 2005

Bill Number 82682
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through May 31, 2005

## FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 05/03/05 | To Pachulski Stang Ziehl Young, Scotta McFarland Esq. from Casner & Edwards on 04/15/05 by RAM | 13.07 | |
| | | | $13.07 |

## PHOTOCOPYING

| | | | |
|---|---|---|---|
| 05/10/05 | 29 copies at .12 per copy | 3.48 | |
| | | | $3.48 |
| | | TOTAL DISBURSEMENTS | $16.55 |
| | | TOTAL THIS BILL | $16.55 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 8, 2005

Bill Number  82683
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through May 31, 2005

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 05/03/05 | MERRILL COMM -Color copies of advertising brochures for in-house counsel (4/25/05) | 6.30 |
| | | $6.30 |
| | TOTAL DISBURSEMENTS | $6.30 |
| | TOTAL THIS BILL | $6.30 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
             ) ss:
COUNTY OF NEW CASTLE  )

  Marlene Chappe, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 20th day of July

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2005, she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

> **FORTY-FOURTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MAY 1, 20005 THROUGH MAY 31, 2005**

Marlene Chappe

Sworn to and subscribed before
me this 20th day of July, 2005

Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail: _pvnl@capdale.com_**
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: _rserrette@stroock.com_**
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: _jsakalo@bilzin.com_**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: _david.heller@lw.com_ and
_carol.hennessey@lw.com_**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: _pbentley@kramerlevin.com_**
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP