# **EXHIBIT C**

June Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: August 25, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE FORTY-FIFTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005

Name of Applicant:                         Casner & Edwards, LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and
                                           Debtors-in-Possession

Date of Retention:                         September 18, 2001,
                                           effective as of September 18, 2001

Period for which compensation and          June 1, 2005 through
reimbursement is sought:                   June 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $18,474.00  (80% = $14,779.20)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $12,190.01

This is an:    X monthly      __ interim     __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel. |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|--------------------------------|--------------------------------|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | Pending | Pending |
| 07/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | Pending | Pending |
| 8/1/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | Pending | Pending |

As indicated above, this is the forty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 3.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $690.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

## Fee Summary
### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 38 | Litigation | $230.00 | 26.50 | $6,095.00 |
| Donna B. MacKenna | Partner | 21 ½ | Litigation | $210.00 | 0.60 | $126.00 |
| Matthew T. Murphy | Associate | 17 | Litigation | $200.00 | 26.30 | $5,260.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 21 | Litigation | $90.00 | 77.70 | $6,993.00 |
| TOTALS | | | | | 131.10 | $18,474.00 |

**Total Fees:**          **$18,474.00**

## Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $13.95 |
| Federal Express | $127.44 |
| Outside Photocopying | $58.21 |
| Photocopying ($0.12/page) | $92.88 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $4.84 |
| Rent Reimbursement | $11,469.39 |
| Miscellaneous | $423.30 |
| TOTAL | $12,190.01 |

**Total Expenses:**     **$12,190.01**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 125.10 | $17,094.00 |
| Fee Applications, Applicant | 6.00 | $1,380.00 |
| Expenses | N/A | $12,190.01 |
| TOTALS | 131.10 | $30,664.01 |

Dated:  August 1, 2005

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/359508.1

7

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| · In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 25, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FORTY-FIFTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 29, 2005

Bill Number 83561
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through June 30, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/01/05 | RAM | Select and send MK-4 documents to California counsel at request of in-house counsel. | 0.30 Hrs | $69.00 |
| 06/02/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $23.00 |
| 06/02/05 | MTM | Receipt and review of Jacksonville file from Grace employee in Cambridge (.4); email to in-house counsel re: same (.3). | 0.70 Hrs | $140.00 |
| 06/03/05 | MTM | Receipt and review of email from in-house counsel re: response to property damage creditors' committee re: document locations (.9); telephone call to him re: same (.3); letter to in-house counsel re: Jacksonville file (.2). | 1.40 Hrs | $280.00 |
| 06/06/05 | MTM | Telephone call from in-house counsel re: possible affidavit regarding Grace asbestos-containing products (.2); search for products list re: same (.3). | 0.50 Hrs | $100.00 |
| 06/07/05 | RAM | Telephone calls to California attorney re MK-4 documents. | 0.20 Hrs | $46.00 |
| 06/07/05 | MTM | Telephone call from in-house paralegal re: privileged document collection (.1); review file and telephone call to her re: same (.2); email to former Grace local counsel re: same (.2); receipt and review of emails from in-house counsel re: draft affidavit and various product lists re: property damage estimation project (.6); check Grace | 3.60 Hrs | $720.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | product list against old product appendix (.8); continue search for product list (.7); receipt and review of product list from in-house paralegal (.5); email to in-house counsel re: product list (.4); receipt and review of email from in-house counsel re: K&E counsel re: Grace product history (.1). | | |
| 06/08/05 | RAM | Have boxes of documents re: former expanding plant employee sent to in-house counsel. | 0.00 Hrs | No charge |
| 06/08/05 | MTM | Telephone call from in-house counsel re: expanding plant employee matter (.2); letter to in-house counsel re: same (.1); email to RAM re: same (.1). | 0.40 Hrs | $80.00 |
| 06/09/05 | RAM | Telephone call from/to in-house counsel re: scheduling meeting with Kirkland & Ellis re: estimating PI claims. | 0.00 Hrs | No charge |
| 06/09/05 | MTM | Telephone call from ARA re: expanding plant employee file (.2); receipt and review of certain privilege logs and documents re: same from in-house paralegal (.3). | 0.50 Hrs | $100.00 |
| 06/09/05 | ARA | Telephone call to MTM re: worker file. | 0.20 Hrs | $18.00 |
| 06/10/05 | MTM | Complete review of documents received from in-house paralegal (.2); review file re: status of privilege document project (.2); letter to K&E counsel re: same (.2). | 0.60 Hrs | $120.00 |
| 06/13/05 | RAM | Emails from/to MTM re: file of former expanding plant employee. | 0.00 Hrs | No charge |
| 06/13/05 | ARA | Search for, locate and produce file re: former expanding plant employee to MTM. | 2.50 Hrs | $225.00 |
| 06/14/05 | DBM | Search for comprehensive answers to interrogatories to be sent to Kirkland & Ellis, per MTM. | 0.60 Hrs | $126.00 |
| 06/14/05 | MTM | Receipt and review of expanding plant employee file (.2); telephone call to in-house counsel re: same (.2); letter to in-house counsel re: same (.1); telephone call from in-house counsel re: conference call on Friday re: property damage estimation project (.2); receipt and review of email from in-house counsel to K&E counsel re: same (.1); telephone call from in-house counsel re: personal injury estimation project issues (.3); letter to in-house counsel re: same (.4); conference with DBM re: personal injury estimation project issues (.2) | 1.70 Hrs | $340.00 |
| 06/15/05 | MTM | Telephone call from in-house counsel re: deposition transcripts to be sent to K&E (.1); receipt and review of fax re: same (.1); telephone call to ARA re: same (.1); telephone call to in-house counsel re: same (.1). | 0.40 Hrs | $80.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/15/05 | ARA | Quality control original documents in production set (2.7). Telephone call to and from MTM; per his instructions, locate and tag deposition transcripts to be sent to Kirkland & Ellis (3.3). | 6.00 Hrs | $540.00 |
| 06/16/05 | RAM | Read selected documents filed in bankruptcy court (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read correspondence re: privileged documents and draft note to MTM re: same (.1). Read correspondence re: PI documents requested by in-house counsel (.1). Conference with MTM re: requests for information from in-house counsels (.3); telephone conference with in-house counsel re: same (.2). | 0.90 Hrs | $207.00 |
| 06/16/05 | MTM | Conference with ARA re: expert transcripts requested by in-house counsel (.3); telephone call to in-house counsel re: same (.2); conference with RAM re: property damage estimation project issues (.3); telephone call to ARA re: expert transcript project (.2). | 1.00 Hrs | $200.00 |
| 06/16/05 | ARA | Review and tag deposition binders to identify transcripts to be copied for Kirkland & Ellis (5.9); conference with MTM re: same (.5); arrange for pickup and copying by Merrill (.5). | 6.90 Hrs | $621.00 |
| 06/17/05 | RAM | Review lists of expert testimony to select transcripts for Kirkland & Ellis (.3); telephone conferences with in-house counsel re: same (.1); prepare for next week's meeting at Kirkland & Ellis (.1). | 0.50 Hrs | $115.00 |
| 06/17/05 | MTM | Review product lists in briefing book and compare to K&E affidavit re: conference call later today (1.0); telephone call to ARA re: transcript project (.3); conference call with various in-house and K&E counsel (2.0); email from K&E counsel re: index to Libby common exhibits (.2); letter to K&E re: expert transcripts (.2). | 3.70 Hrs | $740.00 |
| 06/17/05 | ARA | Telephone call to and from MTM re: reviewing particular Egilman deposition transcripts (.3); review transcripts for any mention of Grace (4.4) and have transcripts copied (.2) Locate 2 experts' depositions for RAM (.9). Receipt of deposition transcripts from Merrill and quality control transcripts (1.3). | 7.10 Hrs | $639.00 |
| 06/20/05 | RAM | Work on reviewing lists and collecting material to send to Kirkland & Ellis (1.9); conference with ARA re: same (.3). | 2.20 Hrs | $506.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/20/05 | MTM | Work on gathering transcripts for K&E. | 0.90 Hrs | $180.00 |
| 06/20/05 | ARA | Telephone calls from and to MB re: locating experts' transcripts and documents (.2); search for and locate same (2.1). Locate particular expert's deposition and discuss with RAM (.3). Telephone calls to/from MTM and locate expert's deposition binder (.9). Quality control expert deposition transcripts for the expert deposition library (2.4). | 5.90 Hrs | $531.00 |
| 06/21/05 | ARA | Telephone calls to MB re: expert's depositions; confirm they were copied (.3). Quality control expert's deposition transcripts for the expert library (4.7). Quality control original documents copied for the O.M. Scott production and return them to the production set (1.4). | 6.40 Hrs | $576.00 |
| 06/22/05 | RAM | Telephone conference with in-house counsel re: meeting with Kirkland & Ellis; prepare for same. | 0.20 Hrs | $46.00 |
| 06/22/05 | MTM | Review files re: various projects in connection with Montana criminal matter (privilege document reviews and document requests from K&E) to determine remaining tasks. | 1.40 Hrs | $280.00 |
| 06/22/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.50 Hrs | $585.00 |
| 06/23/05 | RAM | Begin to review charts received from in-house counsel in preparation for tomorrow's meeting and conference with MTM re: same (.2). Travel to DC for meeting (one half of 3 hours) (1.5). | 1.70 Hrs | $391.00 |
| 06/23/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 5.90 Hrs | $531.00 |
| 06/24/05 | RAM | Read charts and materials in preparation for meeting re: estimating PI claims (.4); meet with K&E attorneys and in-house counsel re: same (7.5); return to Boston (wait at airport - 1/2 time) (2.2). | 10.10 Hrs | $2,323.00 |
| 06/24/05 | MTM | Telephone call from RAM re: meeting at K&E re: personal injury estimation project and Winthrop Square indices produced to property damage creditors' committee (.3); review emails from in-house counsel re: same (.3); conference with DBM re: document search for U.S. Steel (.1); review list and binders re: same (.5); conference with ARA re: obtaining U.S. Steel documents (.1) | 1.30 Hrs | $260.00 |
| 06/24/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set (5.2). Per MTM's request, locate documents re: sales to U.S. Steel (1.3) discussion with MTM re: documents located (.2). | 6.70 Hrs | $603.00 |

Mark A. Shelnitz

| 06/26/05 | RAM | Read letter from K&E counsel to property damage creditor committee counsel and draft note to MTM re: same. | 0.10 Hrs | $23.00 |
| 06/27/05 | RAM | Telephone conferences with in-house counsel re: what documents to search for to send to Kirkland & Ellis for personal injury estimation project (.3); conference with MTM and MB re: collecting documents for K&E (.4). Read selected documents filed in bankruptcy court (1.3). Telephone conference with in-house counsel re: developments in bankruptcy court (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Search for documents to send to Kirkland & Ellis and conference with MTM re: same (.4). | 2.60 Hrs | $598.00 |
| 06/27/05 | MTM | Telephone call to ARA re: U.S. Steel documents (.3); conference with RAM re: meeting at K&E re: personal injury estimation project (.4); work on locating documents discussed with RAM re: same (1.0); conference with RAM re: same (.2). | 1.90 Hrs | $380.00 |
| 06/27/05 | ARA | Telephone call to MTM to discuss documents located re: sales to U.S. Steel (.3). Quality control original documents copied for the O.M. Scott production and return them to the production set (5.8). | 6.10 Hrs | $549.00 |
| 06/28/05 | RAM | Review documents to send to K&E (.3); conference with MTM re: obtaining documents and information requested by K&E (.2). Read selected documents filed in bankruptcy court (.9). Read New Jersey DEP complaint (.2). | 1.60 Hrs | $368.00 |
| 06/28/05 | MTM | Work on personal injury estimation issues for in-house counsel (5.3); conference with ARA re: same (.3); email to Reed Smith counsel re: same (.2); conference with RAM re: status (.2). | 6.00 Hrs | $1,200.00 |
| 06/28/05 | ARA | Obtain documents re: sales to U.S. Steel and produce documents to MTM (.6). Telephone call to and from MTM re: Ness Motley exhibit list and review my notes re: same (1.0). Per discussion with MB, search for Baltimore City trial transcripts, Indiana case, expert deposition binders and produce what was located to MTM (1.4).  Per telephone call from MB, locate and review Spear deposition for RAM (.5)  Per MTM's request, locate Libby Common Exhibit index (.8). Per MB's request, search for O.M. Scott lists; locate certain years' list for RAM (1.8). | 6.10 Hrs | $549.00 |
| 06/29/05 | RAM | Read emails from/to MTM and Reed Smith re: any exhibit lists to send to K&E for personal injury estimation project. | 0.00 Hrs | No charge |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/29/05 | MTM | Receipt and review of email from Reed Smith re: personal injury estimation project (.1); email to different Reed Smith counsel re: same (.2). | 0.30 Hrs | $60.00 |
| 06/29/05 | ARA | Per MTM's request, look for master plaintiffs' exhibit lists (1.0). Quality control original documents copied for the O.M. Scott production and return them to the production set (5.0). | 6.00 Hrs | $540.00 |
| 06/30/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 5.40 Hrs | $486.00 |
| | | TOTAL LEGAL SERVICES | | $17,094.00 |

## LEGAL SERVICES SUMMARY

| | | | | |
|------|------|------|------|------|
| ROBERT A. MURPHY | 20.50 Hrs | 230/hr | $4,715.00 |
| ROBERT A. MURPHY | 0.00 Hrs | 230/hr | No charge |
| DONNA B. MACKENNA | 0.60 Hrs | 210/hr | $126.00 |
| MATTHEW T. MURPHY | 26.30 Hrs | 200/hr | $5,260.00 |
| ANGELA R. ANDERSON | 77.70 Hrs | 90/hr | $6,993.00 |
| | 125.10 Hrs | | $17,094.00 |

TOTAL THIS BILL          $17,094.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 29, 2005

Bill Number  83562
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through June 30, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/06/05 | RAM | Read draft response to fee auditor's chart and spreadsheet; OK to send. | 0.10 Hrs | $23.00 |
| 06/18/05 | RAM | Work on April fee application. | 0.30 Hrs | $69.00 |
| 06/19/05 | RAM | Work on April fee application. | 0.80 Hrs | $184.00 |
| 06/20/05 | RAM | Work on April fee application. | 1.20 Hrs | $276.00 |
| 06/22/05 | RAM | Work on April fee application. | 0.70 Hrs | $161.00 |
| 06/23/05 | RAM | Send April fee application to in-house counsels to review. | 0.10 Hrs | $23.00 |
| 06/27/05 | RAM | Work on April fee application (.6). Telephone conference with one and telephone call from another in-house counsel re: same (.1). Conference with MTM re: April fee application (.1). | 0.80 Hrs | $184.00 |
| 06/28/05 | RAM | Work on May fee application (.6). Finalize April fee application and send to Delaware counsel to file (.2). | 0.80 Hrs | $184.00 |
| 06/29/05 | RAM | Work on May fee application (1.0); telephone call from ARA re: same (.1). | 1.10 Hrs | $253.00 |
| 06/30/05 | RAM | Work on May fee application. | 0.10 Hrs | $23.00 |

Mark A. Shelnitz

|  |  |  | TOTAL LEGAL SERVICES | $1,380.00 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 6.00 Hrs | 230/hr | $1,380.00 |
|---|---|---|---|
|  | 6.00 Hrs |  | $1,380.00 |

| | TOTAL THIS BILL | $1,380.00 |
|---|---|---|

**<u>EXHIBIT B</u>**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 29, 2005

Bill Number  83563
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through June 30, 2005

EXCESS POSTAGE                                                         $13.95

FEDERAL EXPRESS

| | | |
|---|---|---|
| 06/02/05 | To W R Grace & Co., from Casner and Edwards on 05/19/05 by MTM | 22.44 |
| 06/02/05 | To W R Grace, from Casner and Edwards on 5/12/05 by MTM | 26.37 |
| 06/02/05 | To W R Grace & Co., from Casner and Edwards on 5/24/05 by MTM | 16.78 |
| 06/20/05 | To 24752 Via San Fernando, Mission Viejo, CA, from Casner and Edwards on June 1, 2005 by RAM | 18.87 |
| 06/20/05 | To  W R Grace,  from Casner & Edwards on June 08, 2005 by MTM | 24.24 |

$108.70

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 06/20/05 | MERRILL COMM - Partial set (20/84) of privilege documents sent to Kirkland & Ellis on 6/13/05. | 58.21 |

$58.21

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2005

PHOTOCOPYING

| 06/01/05 | 39 copies at .12 per copy | 4.68 | |
|----------|---------------------------|------|---|
| 06/03/05 | 120 copies at .12 per copy | 14.40 | |
| 06/10/05 | 44 copies at .12 per copy | 5.28 | |
| 06/14/05 | 102 copies at .12 per copy | 12.24 | |
| 06/15/05 | 27 copies at .12 per copy | 3.24 | |
| 06/15/05 | 4 copies at .12 per copy | 0.48 | |
| 06/20/05 | 65 copies at .12 per copy | 7.80 | |
| 06/20/05 | 175 copies at .12 per copy | 21.00 | |
| 06/20/05 | 82 copies at .12 per copy | 9.84 | |
| 06/27/05 | 7 copies at .12 per copy | 0.84 | |
| | | | $79.80 |

TELEPHONE

| 06/03/05 | 329 | 4105314355 | 2.97 | |
|----------|-----|------------|------|---|
| 06/07/05 | 329 | 3026525340 | 1.87 | |
| | | | | $4.84 |

RENT REIMBURSEMENT

| 06/06/05 | Rent and utilities for document repository at One Winthrop Square - June 2005 | 11,469.39 | |
|----------|---|---|---|
| | | | $11,469.39 |

MISCELLANEOUS

| 06/03/05 | RECORDKEEPER ARCHIVE-6/1/05 through 6/30/05 storage | 396.30 | |
|----------|---|---|---|
| 06/20/05 | RECORDKEEPER ARCHIVE - May 2005 Delivery Charges | 27.00 | |
| | | | $423.30 |

TOTAL DISBURSEMENTS          $12,158.19

**Mark A. Shelnitz**

TOTAL THIS BILL        $12,158.19

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 29, 2005

Bill Number  83564
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through June 30, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 06/02/05 | To Pachulski Stang Ziehl Young, Scotta McFarland from Casner and Edwards on 5/13/05 by RAM | 18.74 | |
| | | | $18.74 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 06/28/05 | 109 copies at .12 per copy | 13.08 | |
| | | | $13.08 |
| | TOTAL DISBURSEMENTS | | $31.82 |

**Mark A. Shelnitz**

TOTAL THIS BILL          $31.82

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 2nd day of August, 2005

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Forty-Fifth Monthly Application of Casner & Edwards, LLP for Compensation for
Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors
for the Period from June 1, 2005 through June 30, 2005

_Karina Yee_
Karina Yee

Sworn to and subscribed before
me this _2nd_ day of August, 2005

_Holly T. Walsh_
Notary Public
My Commission Expires: _02/11/06_
   HOLLY T. WALSH
   Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

-2-

DOCS_DE:103840.21

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP