**EXHIBIT 2**

# BMC Group

WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of January 2005

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Pacer | $553.28 |
| Document Storage | $500.25 |
| B-linx User Fee | $850.00 |
| Monthly Total: | $1,903.53 |

BMC GROUP  
Expense Detail

January 2005

| Invoice # | Client | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|
| WRG050131 | WR Grace | $850.00 | 1/31/05 | B-linx User Fee | B-linx User Fee |
| WRG050131 | WR Grace | $500.25 | 1/31/05 | Document Storage | 345 boxes |
| WRG050131 | WR Grace | $553.28 | 1/31/05 | Pacer | Qtrly Court Doc Dwnld 10/1-12/31/04 |

EXHIBIT 2

BMC GROUP  
Production Summary

January 2005

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20050106-1 | 1/6/2005 | $215.64 |
| 021-20050112-2 | 1/12/2005 | $359.85 |
| 021-20050112-1 | 1/12/2005 | $51.39 |
|  |  | $626.88 |

EXHIBIT 2

BMC GROUP  
Production Detail

January 2005

Production Date: 1/6/2005  
Invoice # : 021-20050106-1

| JobItemType | JobItem | Pages/Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Plan and Disclosure Statement MF 12137 | 464 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1 Piece @ $4.75 each | $4.75 |
| | | | | USPS - 1st Class | 1 Piece @ $7.15 each | $7.15 |
| | | | | USPS - 1st Class | 1 Piece @ $8.55 each | $8.55 |
| | | | Production | Copy | 1392 Pieces @ $.12 each | $167.04 |
| | | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Boxes | 3 Pieces @ $1.00 each | $3.00 |
| | | | | | **Total:** | **$215.64** |


BMC GROUP  
Production Detail

January 2005

Production Date: 1/12/2005  
Invoice # : 021-20050112-1  
Invoice Notes: Custom Notice Included with Objection

| JobItemType | JobItem | Pages/Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 7th Omnibus Objection to Claims (Non-Substantive) MF 12235 | 6 /13 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 13 Pieces @ $.60 each | $7.80 |
| | | | Production | Collate and Stuff | 13 Pieces @ $.08 each | $1.04 |
| | | | | Copy | 78 Pieces @ $.12 each | $9.36 |
| | | | | Variable Print Black Only | 26 Pieces @ $.25 each | $6.50 |
| | | | Supplies | Inkjet and Envelope - Catalog | 13 Pieces @ $.13 each | $1.69 |
| | | | | | Total: | $51.39 |

BMC GROUP
Production Detail

January 2005

Production Date: 1/12/2005
Invoice #: 021-20050112-2
Invoice Notes: Custom Notice included with objection

| JobItemType | JobItem | Pages / Parties | Steps | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 8th Omnibus Objection to Claims (Substantive) MF 12236 | 18 / 105 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1 Piece @ $1.55 each | $1.55 |
| | | | | USPS - 1st Class | 104 Pieces @ $.60 each | $62.40 |
| | | | Production | Collate and Stuff | 105 Pieces @ $.08 each | $8.40 |
| | | | | Copy | 1680 Pieces @ $.12 each | $201.60 |
| | | | | Variable Print Black Only | 210 Pieces @ $.25 each | $52.50 |
| | | | Supplies | Inkjet and Envelope - #10 | 105 Pieces @ $.08 each | $8.40 |
| | | | | | Total: | $359.85 |