**EXHIBIT 2**

# BMC Group
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of February 2005

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Supplies | $15.00 |
| Document Storage | $504.60 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,369.60 |

BMC GROUP  
Expense Detail

February 2005

| Invoice # | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG050228 | WR Grace | BMC | $850.00 | 28-Feb-05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG050228 | WR Grace | BMC | $504.60 | 28-Feb-05 | Document Storage | 348 boxes |
| WRG050228 | WR Grace | Various | $15.00 | 02-Feb-05 | Supplies | Misc Supplies |

EXHIBIT 2

BMC GROUP  
Production Summary

February 2005

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20050228-1 | 2/28/2005 | $1,499.71 |
| | | $1,499.71 |

EXHIBIT 2

BMC GROUP  
Production Detail

February 2005

Production Date: 2/28/2005  
Invoice # : 021-20050228-1  
Invoice Notes: Each Package contained different sets of documents

| JobItemType | JobItem | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Notice of Materially Insuff Support Info. MF 12901 | 630 / 19 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 10 Pieces @ $.60 each | $6.00 |
| | | | | USPS - 1st Class | 4 Pieces @ $.83 each | $3.32 |
| | | | | USPS - 1st Class | 1 Piece @ $1.75 each | $1.75 |
| | | | | USPS - 1st Class | 2 Pieces @ $1.29 each | $2.58 |
| | | | | USPS - 1st Class | 1 Piece @ $8.55 each | $8.55 |
| | | | | USPS - 1st Class | 1 Piece @ $10.35 each | $10.35 |
| | | | Production | Copy | 11970 Pieces @ $.12 each | $1,436.40 |
| | | | | Stuff and Mail | 21 Pieces @ $.05 each | $1.05 |
| | | | Supplies | Boxes | 2 Pieces @ $1.25 each | $2.50 |
| | | | | Inkjet and Envelope - Catalog | 17 Pieces @ $.13 each | $2.21 |
| | | | | | Total: | $1,499.71 |

EXHIBIT 2