IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD JUNE 1, 2005 THROUGH JUNE 30, 2005**

---

[2]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/f/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| 06/01/2005 | CEZ | Reviewed materials in preparation for meeting with L. Albin. | 1.00 |
| 06/01/2005 | DRB | Travel to W.R. Grace and back for client meeting (2 hours, billed half-time) | 1.00 |
| 06/01/2005 | DRB | Strategy for trial witness list and preparing trial exhibit list | 1.20 |
| 06/01/2005 | DRB | Preparation for client meeting - settlement conference and case update and attendance at meeting | 4.90 |
| 06/01/2005 | DRB | Preparation of testimony for expert at trial | 2.30 |
| 06/01/2005 | GHL | Preparation for and meeting with Grace representatives at Grace's offices in Columbia MD regarding status of this matter and scheduled settlement conference with magistrate; | 5.50 |
| 06/01/2005 | GHL | Travel to Grace offices in Columbia MD for status meeting (2 hours, billed half-time) | 1.00 |
| 06/01/2005 | KMW | Analysis of Haley and Davey depositions in support of trial preparations. | 1.00 |
| 06/01/2005 | KMW | Analysis of "Updated Supplemental Report" by Britven; conference w/GHL regarding the same. | 2.00 |
| 06/01/2005 | KMW | Analysis of newly produced Intercat documents. | 2.00 |
| 06/01/2005 | KMW | Preparation of exhibit list. | 1.20 |
| 06/01/2005 | LL | Attended to and assisted in the preparation of Trial preparation including indexing and gathering trial exhibits | 7.00 |
| 06/02/2005 | CEZ | Reviewed materials in preparation for meeting with L. Albin. | 1.20 |
| 06/02/2005 | DRB | Preparing trial testimony and exhibits | 5.00 |
| 06/02/2005 | DRB | Preparing refinery deposition designations and trial witness list and trial exhibit list | 2.90 |
| 06/02/2005 | GHL | Preparation for and participation in telephone conference among counsel for parties on settlement issues, and further telephone conference with Mr. Maggio to follow up on issues discussed; | 1.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/02/2005 | GHL | Further work on settlement letter to magistrate in view of matters addressed during June 1 meeting with Grace representatives and June 2 conference of counsel; | 1.80 |
| 06/02/2005 | GHL | Further study of Intercat's 2nd supplemental expert report on damage issues, review of changed positions in view of earlier reports, and preparation for depositions of expert on the report; | 3.50 |
| 06/02/2005 | GHL | Fee Application, Applicant -- work on fee application for April 2005. | 1.00 |
| 06/02/2005 | KMW | Analysis of "Updated Supplemental Report" by Britven; telephonic conference w/financial expert regarding the same. | 3.00 |
| 06/02/2005 | KMW | Analysis of legal research on doctrine of equivalents. | 0.80 |
| 06/02/2005 | KMW | Preparation of exhibit list. | 1.00 |
| 06/02/2005 | KMW | Analysis of depositions in support of deposition designations. | 1.00 |
| 06/02/2005 | LL | Gathered exhibits to be used at trial; indexed DTX's | 2.50 |
| 06/02/2005 | LL | Attended to and assisted in the preparation of scanning in documnets for Paul Press at Parente; gathered documents for KMW to send to Parente | 4.50 |
| 06/03/2005 | CEZ | Reviewed Evans testimony for deposition designations. | 2.10 |
| 06/03/2005 | CEZ | Reviewed materials in preparation for meeting with L. Albin. | 2.10 |
| 06/03/2005 | DRB | Preparation of direct testimony for trial; telephone conference with expert Teitman | 5.80 |
| 06/03/2005 | DRB | Preparation of refinery deposition designations and list of trial exhibits | 2.50 |
| 06/03/2005 | DRB | Preparing witness list for filing with Court | 0.80 |
| 06/03/2005 | DRB | Coordination with witness for interview for trial | 0.40 |
| 06/03/2005 | FTC | Prepared mediation statement. | 1.90 |
| 06/03/2005 | GHL | Further analysis of expert reports on damage issues and development of outlines for scheduled expert depositions; | 3.50 |
| 06/03/2005 | GHL | Work with Mr. Maggio on revisions to settlement letter for magistrate, finalization of letter and dispatch to magistrate; | 0.80 |

| | | | |
|---|---|---|---|
| 06/03/2005 | GHL | Review of Intercat's opposition to Grace's motion in limine on damage issues, and discussion with Mr. Maggio regarding same; | 0.40 |
| 06/03/2005 | KMW | Analysis of "Updated Supplemental Report" by Britven. | 0.50 |
| 06/03/2005 | KMW | Finalize witness list, conference w/Nol-Tec regarding the same, conference w/Intercat regarding service of the same, and submission of the same. | 2.60 |
| 06/03/2005 | KMW | Analysis of depositions in support of deposition designations. | 5.00 |
| 06/03/2005 | KMW | Legal research and analysis related to damages; report of the same to GHL. | 0.50 |
| 06/03/2005 | KMW | Analysis of Intercat's oppositions to Grace's motions to strike Bartholic declarations and in limine for damages. | 0.50 |
| 06/03/2005 | LL | Refinery Designations for designators report. | 3.50 |
| 06/03/2005 | LL | Attended to and assisted in the preparation of prep trial exhibits. | 3.50 |
| 06/03/2005 | PSP | Trial demonstrative exhibits | 0.50 |
| 06/04/2005 | CEZ | Reviewed transcript of M. Evans and B. Bennett depositions for designations for trial. | 4.20 |
| 06/04/2005 | DRB | Preparation of trial testimony for non-infringement expert | 5.10 |
| 06/04/2005 | DRB | Designating refinery deposition testimony and trial exhibits | 2.90 |
| 06/04/2005 | DRB | Analysis of Intercat's witness list | 1.00 |
| 06/04/2005 | GHL | Work on development of cross-examination on damage issues; | 1.00 |
| 06/04/2005 | GHL | Work on trial presentation (review of deposition transcripts and development of trial testimony) | 3.50 |
| 06/04/2005 | LL | Attended to and assisted in the preparation of trial exhibit list including documents from Gering, Teitman, PTX's from Whitney and Ziegler, Refinery Exhibits from Bailey | 4.50 |
| 06/04/2005 | PSP | Making deposition clips | 2.50 |
| 06/05/2005 | CEZ | Reviewed transcript of M. Evans and R. Lippert depositions for designations for trial. | 3.50 |

| 06/05/2005 | LL | Attedended to and assisted in the preparation of trial exhibit list including documents from Gering, Teitman, Refinery Exhibits from Bailey | 5.00 |
|---|---|---|---|
| 06/05/2005 | PSP | Deposition clips, trial demonstratives | 2.00 |
| 06/06/2005 | CEZ | Met with D. Bailey to discuss meeting with L. Albin. | 0.30 |
| 06/06/2005 | CEZ | Team meeting to discuss trial preparation, deposition designations, and witness preparation. | 2.50 |
| 06/06/2005 | CEZ | Reviewed Lippert, Sloan, Kimmell, and Kneif deposition transcripts for designations for trial; prepared designation document. | 5.50 |
| 06/06/2005 | CEZ | Reviewed transcript of L. Albin deposition in preparation for meeting with L. Albin in preparation for trial. | 1.20 |
| 06/06/2005 | DRB | Preparing trial testimony for Grace expert non-infringement witness and demonstrative exhibits | 5.80 |
| 06/06/2005 | DRB | Team meeting to discuss pre-trial events and duties | 1.80 |
| 06/06/2005 | DRB | Preparing for meeting with Grace witness for trial | 1.80 |
| 06/06/2005 | DRB | Letter to Intercat regarding witness list | 0.40 |
| 06/06/2005 | FTC | Team meeting to discuss trial schedule and preparation. | 2.00 |
| 06/06/2005 | FTC | Designated deposition testimony for trial. | 1.50 |
| 06/06/2005 | GHL | Strategy and status meeting with trial team for preparation of pre-trial order and trial preparation; | 2.00 |
| 06/06/2005 | GHL | Study of expert reports on damages and preparation of outlines for deposition and trial cross-examination of Intercat expert | 3.50 |
| 06/06/2005 | GHL | Travel to St. Paul Minnesota for scheduled mediation session with magistrate (2.6 hours, billed at half time) | 1.30 |
| 06/06/2005 | KMW | Trial prep/status meeting. | 2.30 |
| 06/06/2005 | KMW | Analysis of Intercat's witness and preparation of summary of improprieties. | 1.50 |
| 06/06/2005 | KMW | Analysis of Updated Supplemental Britven report and conference w/damages expert on the same. | 0.50 |
| 06/06/2005 | KMW | Preparation and analysis of exhibit list. | 1.00 |
| 06/06/2005 | KMW | Analysis of Davey deposition and preparation of designations thereto; preparation of filing of deposition designations. | 1.50 |

| | | | |
|---|---|---|---|
| 06/06/2005 | LL | Attended team meeting regarding upcoming trail | 1.50 |
| 06/06/2005 | LL | Prepared deposition designations | 2.50 |
| 06/06/2005 | LL | Attended to and assisted in the preparation of trial exhibits including indexing and gathering documents. | 2.00 |
| 06/06/2005 | SW | Obtain Albin deposition transcript/Exhibits and Witness File for D.Bailey | 2.00 |
| 06/06/2005 | SW | Compile list of exhibits we relied on in our motions/oppositions for Trial Exhibit List | 1.00 |
| 06/07/2005 | DRB | Fact checking concerning Grace loaders in support of settlement discussions and legal analysis of settlement issues | 1.90 |
| 06/07/2005 | DRB | Preparation for and meeting with Lenny Albin to prepare trial testimony and identity trial exhibits - preparing trial testimony following meeting for Mr. Albin | 6.80 |
| 06/07/2005 | DRB | Preparing trial testimony demonstrative exhibits for expert testimony | 1.60 |
| 06/07/2005 | FTC | Designated deposition testimony for trial. | 1.90 |
| 06/07/2005 | GHL | Meeting with Grace representatives to prepare for scheduled mediation conference before magistrate Judge Boylan, and representation of Grace at the mediation conference. | 13.00 |
| 06/07/2005 | KMW | Preparation of deposition designation filing; submit the same to parties, court, and judge. | 4.20 |
| 06/07/2005 | KMW | Conference w/DRB, CEZ, and Lenny Albin in preparation for trial. | 1.30 |
| 06/07/2005 | LL | Attended to and assisted in the preparation of trial exhibits including indexing and gathering documents. | 4.00 |
| 06/07/2005 | LL | Prepared deposition designations. | 3.00 |
| 06/07/2005 | PSP | Trial demonstratives | 4.50 |
| 06/07/2005 | SW | Compile list of exhibits we relied on in our motions/oppositions for Trial Exhibit List | 6.00 |
| 06/08/2005 | DRB | Organizing files in light of case settlement | 0.90 |
| 06/08/2005 | GHL | Travel back from mediation conference in Minnesota (3.6 hours, billed at half) | 1.80 |

| | | | |
|---|---|---|---|
| 06/09/2005 | GHL | Telephone conference with magistrate regarding further information required for settlement, review of information received from Grace relating to same, and discussion of same with Mr. Maggio; preparation of filing with magistrate of requested information | 1.00 |
| 06/09/2005 | GHL | Consolidation of notes of settlement conference and consideration of details of model license agreements to be part of cross-licensing; | 0.50 |
| 06/10/2005 | GHL | Review of lists of loaders in field and identification of loaders to be to be covered by settlement agreement; outline of terms of porposed settlement agreement and stipulation of dismissal; | 0.50 |
| 06/15/2005 | GHL | Telephone conferences with Mr. Maggio and with counsel for Intercat regarding drafts of settlement documents; | 0.50 |
| 06/21/2005 | KMW | Compilation of multiloader bills of lading; analysis of the same; summary to Mr. Levin regarding the same. | 0.50 |
| 06/22/2005 | DRB | Analysis of draft settlement agreement and proposed revisions to draft settlement agreement | 2.00 |
| 06/22/2005 | GHL | Review of transcript from settlement conference before Magistrate Boylan, and preparation of Settlement/License Agreement, and telephone conference with Mr Maggio regarding the Agreement; | 4.80 |
| 06/22/2005 | GHL | Telephone conference with Nol-Tec counsel regarding aspects of settlement between Intercat and Nol-Tec and coordination of treatment of issues in the settlement agreements | 0.20 |
| 06/23/2005 | GHL | Further work on Settlement Agreement, and telephone conferences with Mr. Maggio and with Nol-Tec counsel regarding same | 0.60 |
| 06/24/2005 | GHL | Review and revision to draft License Option Agreement | 1.80 |
| 06/25/2005 | GHL | Review and revision to draft Model License Agreement | 1.30 |
| 06/27/2005 | DRB | Analysis of settlement transcript record and proposed option and model license agreement to ensure compliance with settlement agreement. | 1.30 |

SERVICES                    $        77,256.50

| | | | | |
|-----|-----------------------|-------|------------|--------|
| GHL | GARY H. LEVIN | 56.30 | hours at $ | 490.00 |
| DRB | DAVID R. BAILEY | 60.10 | hours at $ | 405.00 |
| CEZ | CHAD E. ZIEGLER | 23.60 | hours at $ | 315.00 |
| FTC | FRANK T. CARROLL | 7.30 | hours at $ | 295.00 |
| KMW | KAREN MILLANE WHITNEY | 33.90 | hours at $ | 235.00 |
| LL | LARRY LABELLA | 43.50 | hours at $ | 135.00 |
| PSP | PAUL S. PERDUE | 9.50 | hours at $ | 115.00 |
| SW | SUZANNE WALLACE | 9.00 | hours at $ | 90.00 |

**DISBURSEMENTS:**

| | |
|-----------------------|-----------|
| ASSOCIATE SERVICES | 3,215.82 |
| WITNESS/EXPERT FEES | 39,832.06 |
| COURT REPORTERS | 1,995.95 |
| POSTAGE & DELIVERY | 351.78 |
| PHOTOCOPYING | 1,571.13 |
| COMPUTER SEARCH | 90.00 |
| TRAVEL & EXPENSES | 2,221.20 |

| | | |
|-----------------------|----|------------|
| DISBURSEMENT TOTAL | $ | 49,277.94 |
| SERVICE TOTAL | $ | 77,256.50 |
| **INVOICE TOTAL** | $ | **126,534.44** |

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

06/01/2005     **Travel and Expense:  Vendor Gary H. Levin**
               **Transportation:**        Purpose of trip:  Attendance at Client Meeting
               **06/01/05**     Amtrak
                                Philadelphia, PA to Baltimore, MD
               **06/01/05**     Amtrak
                                Baltimore, MD to Philadelphia, PA          $ 142.00
               **Miles:**       **18** Miles @ $0.325 per mail              $    6.75
               **Taxi and Tips:**                                          $   36.00
               **Parking Fees:**                                           $   17.00
                                                                          ─────────
                                           TOTAL EXPENSE:  $ 201.75

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| 06/01/2005 | **Travel and Expense:  Vendor David R. Bailey** | |
|---|---|---|
| | **Transportation**:     Purpose of trip:  Attendance at Client Meeting | |
| | **06/01/05**     Amtrak | |
| | Philadelphia, PA to Baltimore, MD | |
| | **06/01/05**     Amtrak | |
| | Baltimore, MD to Philadelphia, PA | $ 142.00 |
| | **Taxi and Tips:** | $  37.00 |
| | **Meals:** | $   14.61 |

TOTAL EXPENSE:  $ 193.61

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

**06/06/2005 – 06/08/2005**      **Travel and Expense:  Vendor Gary H. Levin**

|  |  |  |
|---|---|---|
| **Transportation:** | Purpose of trip:  Attendance at Mediation Session | |
| **06/06/05** | U.S. Airways Flight No. 2503 | |
|  | Philadelphia, PA to Minneapolis, MN | |
| **06/08/05** | Northwest Flight No. 610 | |
|  | Minneapolis, MN to Philadelphia, PA | $1,262.40 |
| **Miles:** | 20 Miles @ $0.325 per mail | $      7.50 |
| **Lodging:** | | $   387.07 |
| **Tips:** | | $      5.00 |
| **Meals:** | | $   105.87 |
| **Taxis:** | | $    24.00 |
| **Parking Fees:** | | $    34.00 |

TOTAL EXPENSE:  $1,825.84

**WRG-0068**
## PATENT APPLICATION:  MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 06/30/05 | FTC | Further work in connection with application, including telephone conference on June 30 with Mr. Cross to discuss patentability search relating to invention description as received from client; reviewed search results and considered relevant to the present application; directed preparation of supplemental information disclosure statement disclosing the search results. | | | | 1.50 |

|  |  | SERVICES |  |  |  | $ 442.50 |
|---|---|---|---|---|---|---|
| FTC | FRANK T. CARROLL | 1.50 | hours @ | $295.00 | | |

| SERVICE TOTAL | | | | | $ | 442.50 |
|---|---|---|---|---|---|---|
| | **INVOICE TOTAL** | | | | **$** | **442.50** |

**WRG-0070**
## STUDY OF THIRD-PARTY PATENT DIRECTED TO ABSORBENTS

| | | | |
|---|---|---|---|
| 06/03/05 | ACT | Preparation of written opinion of non-infringement of third-party patent directed to carbon dioxide absorbent, including review of the patent and prosecution history, development of claim construction, review of information on proposed Grace product, comparison of claims to product, and drafting of the opinion. | 4.20 |
| 06/05/05 | ACT | Continued preparation of opinion; | |
| 06/06/05 | ACT | Continued preparation of opinion | 6.20 |
| 06/13/05 | GHL | preparation of written opinion of non-infringement of patent on absorbent, review of patent and file history, revisions to draft opinion. | 4.00 |

SERVICES       $5,008.00

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 4.00 | hours @ | $490.00 |
| ACT | AMY CARR TREXLER | 12.70 | hours @ | $240.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| COMPUTER SEARCH | 1.49 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 1.49 |
| SERVICE TOTAL | $ | 5,008.00 |
| **INVOICE TOTAL** | **$** | **5,009.49** |

## WRG-0072
### PATENT APPLICATION:  SYSTEM AND PROCESS FOR
### INJECTING CATALYST AND/OR ADDITIVES INTO
### A FLUIDIZED CATALYTIC CRACKING UNIT

| 06/21/05 | FTC | Reviewed and considered communication from foreign associates requesting instructions regarding suggested revisions to PCT application and instructed client regarding same. | | | | | .30 |
|---|---|---|---|---|---|---|---|

| | | SERVICES | | | | $ | 88.50 |
|---|---|---|---|---|---|---|---|
| FTC | FRANK T. CARROLL | 0.30 | hours @ | $295.00 | | | |

| SERVICE TOTAL | | | | | | $ | 88.50 |
|---|---|---|---|---|---|---|---|

| **INVOICE TOTAL** | | | | | | **$** | **88.50** |
|---|---|---|---|---|---|---|---|