**EXHIBIT 2**

# BMC Group
## WR Grace
### MONTHLY SUMMARY OF EXPENSES
#### For the Month of March 2005

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Document Storage | $507.50 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,357.50 |

EXHIBIT 2

# BMC Group
## WR Grace
### MONTHLY SUMMARY OF EXPENSES
#### For the Month of March  2005

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,357.50 |

EXHIBIT 2

BMC GROUP                                    March 2005
Expense Summary

| Invoice # | Client | Vendor | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|---|
| WRG050331 | WR Grace | BMC | $850.00 | 31-Mar-05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG050331 | WR Grace | BMC | $507.50 | 31-Mar-05 | Document Storage | 350 boxes |

EXHIBIT 2

**BMC GROUP**
**Production Summary**

March 2005

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20050318-4 | 3/18/2005 | $165.08 |
| 021-20050318-3 | 3/18/2005 | $38.20 |
| 021-20050318-2 | 3/18/2005 | $43.98 |
| 021-20050318-1 | 3/18/2005 | $1.03 |
| 021-20050328-2 | 3/28/2005 | $59.44 |
| 021-20050328-1 | 3/28/2005 | $0.93 |
| | | $308.66 |

BMC GROUP                                      March 2005
Production Detail

Production Date: 3/18/2005
Invoice # : 021-20050318-1

| JobItemType | JobItem | Pages/ Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| | Dkt No. 8028 - 7th Omni 4 Continuation Order MF | | | | | |
| Noticing Document | 13245 | 4 / 1 | Postage | USPS - 1st Class | 1 Pieces @ $0.37 each | $0.37 |
| | | | Production | Copy | 4 Pieces @ $.12 each | $0.48 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| | | | | | Total: | $1.03 |

EXHIBIT 2

BMC GROUP
Production Detail

March 2005

Production Date: 3/18/2005
Invoice # : 021-20050318-2

| JobItemType | JobItem | Pages/Parties | Steps | Task | Detail | Total |
|---|---|---|---|---|---|---|
| | Dkt No. 8025 - 6th Omni 5 Continuation Order MF | | | | | |
| Noticing Document | 13246 | 8 /13 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | UPS | 13 Pieces @ $.37 each | $4.81 |
| | | | Production | Copy | 104 Pieces @ $.12 each | $12.48 |
| | | | | Fold and Stuff | 13 Pieces @ $.05 each | $0.65 |
| | | | Supplies | Inkjet and Envelope - #10 | 13 Pieces @ $.08 each | $1.04 |
| | | | | | Total | $43.98 |

EXHIBIT 2

BMC GROUP                                      March 2005
Production Detail

Production Date: 3/18/2005
Invoice # : 021-20050318-3

| JobItemType | JobItem | Pages/Parties | Steps | Task | Details | Total |
|---|---|---|---|---|---|---|
| | Dkt No. 8030-Order re: 7th Omni Obj (Non-Subs) MF | | | | | |
| Noticing Document | 13247 | 5/12 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 12 Pieces @ $.37 each | $4.44 |
| | | | Production | Copy | 60 Pieces @ $.12 each | $7.20 |
| | | | | Fold and Stuff | 12 Pieces @ $.05 each | $0.60 |
| | | | Supplies | Inkjet and Envelope - #10 | 12 Pieces @ $.08 each | $0.96 |
| | | | | | Total | $38.20 |

EXHIBIT 2

BMC GROUP
Production Detail

March 2005

Production Date: 3/18/2005
Invoice # : 021-20050318-4

| JobItemType | JobItem | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8024-Ord re 8th Omni (substantive) MF 13248 | 20 / 41 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 40 Pieces @ $.83 each | $33.20 |
| | | | | USPS - International | 1 Piece @ $1.10 each | $1.10 |
| | | | Production | Copy | 820 Pieces @ $.12 each | $98.40 |
| | | | | Stuff and Mail | 41 Pieces @ $.05 each | $2.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 41 Pieces @ $.13 each | $5.33 |
| | | | | | Total | $165.08 |

EXHIBIT 2

BMC GROUP
Production Detail

March 2005

Production Date: 3/28/2005
Invoice #: 021-20050328-1

| JobItemType | JobItem | Pages / Par | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 8082 - 8th Omni 4 Continuance Order MF 13346 | 4 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 4 Pieces @ $.12 each | $0.48 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | Total: | $0.93 |

EXHIBIT 2

**BMC GROUP**
**Production Detail**

March 2005

Production Date: 3/28/2005
Invoice #: 021-20050328-2

| JobItemType | JobItem | Text60 | JobSpecName | txtJobSpec | txtUnitBreakdown | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 6083 - Omni 8 Continuance Order MF 13347 | 14 / 14 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | . | | Postage | USPS - 1st Class | 14 Pieces @ $.60 each | $8.40 |
| | | | Production | Copy | 196 Pieces @ $.12 each | $23.52 |
| | | | | Stuff and Mail | 14 Pieces @ $.05 each | $0.70 |
| | | | Supplies | Inkjet and Envelope - Catalog | 14 Pieces @ $.13 each | $1.82 |
| | | | | | Total: | $59.44 |

EXHIBIT 2