## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  August 31, 2005 at 4:00 p.m.**
**Hearing date:  To be scheduled only if objections**
**                                are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Seventeenth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from June 1, 2005 through June 30, 2005 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $71,887.20, representing 80% of $89,859.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $542.69.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 31, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801

## (REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

(fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.


Dated:  August 11, 2005
        Wilmington, DE

**RESPECTFULLY SUBMITTED,**


_____/s/ Michael R. Lastowski_____
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com



and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:       lkruger@Stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------x

In re:                                         Chapter 11

W.R. GRACE & Co., et al.,                      Case No.  01-01139 (JKF)
                                               (Jointly Administered)

         Debtors

SEVENTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | June 1, 2005 through June 30, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of  $89,859.00): | $  71,887.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $     542.69 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official
Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the
Court on June 8, 2004

The total time expended and included herein for fee application preparation is
approximately 12.10 hours and corresponding compensation requested is approximately
$2,831.50.

This is the Seventeenth Interim Application filed by Capstone.  Disclosure for the current
period and prior periods is as follows:

SEVENTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005)

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

SEVENTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

SEVENTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**

**Summary of Fees by Professional**

**For the Period 6/1/05 through 6/30/05**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 12.80 | $6,784.00 |
| S. Cunningham | Member | $505 | 52.00 | $26,260.00 |
| C. Troyer | Consultant | $425 | 16.10 | $6,842.50 |
| L. Hamilton | Consultant | $350 | 136.60 | $47,810.00 |
| M. Desalvio | Research | $150 | 2.50 | $375.00 |
| M. Hakoun | Research | $150 | 8.80 | $1,320.00 |
| N. Backer | Paraprofessional | $85 | 5.50 | $467.50 |
| **For the Period 6/1/05 through 6/30/05** | | | **234.30** | **$89,859.00** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 6/1/05 through 6/30/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant analyzed the Gamma acquisition and discussed issues relating thereto with the Debtors. | 7.90 | $2,765.00 |
| 04. Creditor Committee Matters | During the Fee Application Period, the Applicant prepared for and participated in calls and meetings with the Committee and counsel. Topics included the Gamma acquisition, Cytec settlement, proposed plant expansion, Q1 financial report as well as other issues. | 4.80 | $1,777.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application Period, the Applicant read and analyzed information regarding the Debtors' LTIP plan and prepared a report to the Committee thereon. | 9.60 | $3,358.00 |
| 06. Environmental Matters/Regulations/Litigation | During the Fee Application Period, the Applicant read and analyzed information pertaining to the NJ DEP civil complaint. Additionally, the Applicant read and analyzed data regarding the Cytec settlement and prepared a report to counsel thereon. | 34.10 | $14,110.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the April and May fee applications. | 12.10 | $2,831.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed Q1 2005 financial results, comparative peer data, and other related Q2 information provided by the Debtors, and prepared a report to the Committee thereon. | 108.20 | $45,313.50 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed information and motions pertaining to claims settlement, a proposed plant expansion as well as various other issues. In addition, the Applicant maintained a virtual database of case documents. | 49.40 | $17,093.50 |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 6/1/05 through 6/30/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 15. Plan & Disclosure Statement | During the Fee Application period, the Applicant read and analyzed counsel's memos regarding exclusivity issues. | 1.00 | $530.00 |
| 26. Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors and their advisors regarding pension motions, Cytec settlement, proposed plant expansion and the Gamma acquisition. | 5.00 | $1,750.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant gathered and read updates regarding proposed asbestos legislation. | 2.20 | $330.00 |
| **Total For the Period 5/1/05 through 5/31/05** | | **234.30** | **$89,859.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 6/1/05 through 6/30/05

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| **01. Acquisitions** | | | |
| 6/30/2005 | L. Hamilton | 1.90 | Read information pertaining to Gamma acquisition in preparation for conference call with Debtors. |
| 6/30/2005 | L. Hamilton | 2.40 | Analyzed financial information provided by Debtors pertaining to Gamma acquisition. |
| 6/30/2005 | L. Hamilton | 3.60 | Read and analyzed industry reports pertaining to proposed acquisition. |
| Subtotal | | 7.90 | |
| **04. Creditor Committee Matters** | | | |
| 6/6/2005 | L. Hamilton | 0.30 | Discussed Cytec memo with counsel. |
| 6/8/2005 | L. Hamilton | 0.30 | Discussed proposed claim settlement with counsel. |
| 6/20/2005 | L. Hamilton | 0.40 | Discussed proposed plant expansion with counsel. |
| 6/21/2005 | L. Hamilton | 0.40 | Discussed upcoming motions/issues with counsel. |
| 6/23/2005 | L. Hamilton | 0.40 | Discussed Q1 report with counsel. |
| 6/27/2005 | L. Hamilton | 0.30 | Discussed case issues pipeline with counsel. |
| 6/27/2005 | C. Troyer | 1.30 | Discussed status of case and related issues with two pre-petition lenders. |
| 6/29/2005 | L. Hamilton | 0.90 | Prepared for and participated in conference call with the Committee regarding status of case issues.. |
| 6/29/2005 | L. Hamilton | 0.50 | Participated in conference call with counsel regarding exclusivity period and other issues. |
| Subtotal | | 4.80 | |
| **05. Employee Matters/KERP/Other** | | | |
| 6/16/2005 | M. Hakoun | 1.30 | Prepared summary of data pertaining to proposed pension contribution. |
| 6/17/2005 | E. Ordway | 0.40 | Read LTIP plan data and directed staff in preparing a report for counsel thereon. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/17/2005 | L. Hamilton | 4.20 | Analyzed LTIP data and prepared report for counsel. |
| 6/19/2005 | L. Hamilton | 2.50 | Prepared analysis of historical EBIT pertaining to latest LTIP. |
| 6/20/2005 | S. Cunningham | 1.20 | Read and analyzed LTIP motion. |
| Subtotal | | 9.60 | |

### 06. Environmental Mtrs/Regs/Litig.

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/1/2005 | C. Troyer | 2.30 | Finalized questions regarding the proposed Cytec agreement. |
| 6/1/2005 | L. Hamilton | 2.20 | Drafted report to counsel regarding Cytec settlement. |
| 6/1/2005 | E. Ordway | 0.70 | Directed staff in reviewing Cytec settlement data and preparing for conference call update with Debtors. |
| 6/1/2005 | L. Hamilton | 2.10 | Obtained information regarding remediation site and prepared for call with Debtors regarding proposed Cytec settlement. |
| 6/1/2005 | S. Cunningham | 2.50 | Read and analyzed CYTEC agreement. |
| 6/2/2005 | L. Hamilton | 3.90 | Prepared report to counsel regarding Cytec settlement. |
| 6/2/2005 | L. Hamilton | 1.20 | Read and analyzed NJDEP civil complaint. |
| 6/2/2005 | E. Ordway | 0.50 | Prepared/edited report to the Committee regarding Cytec settlement. |
| 6/3/2005 | C. Troyer | 2.10 | Read and edited the draft memo to counsel regarding the proposed Cytec agreement. |
| 6/3/2005 | L. Hamilton | 2.40 | Finalized report to counsel regarding Cytec settlement. |
| 6/6/2005 | L. Hamilton | 0.30 | Read and provided comments on Stroock memo regarding Cytec settlement. |
| 6/6/2005 | L. Hamilton | 2.20 | Read and analyzed information pertaining to environmental issues/reserves of Debtors. |
| 6/6/2005 | L. Hamilton | 3.20 | Read and analyzed information regarding NJDEP civil suit. |
| 6/7/2005 | E. Ordway | 0.80 | Read counsel's memo regarding Cytec settlement proposal. |
| 6/7/2005 | S. Cunningham | 3.30 | Reviewed environmental liability with respect to the Hamilton site. |
| 6/7/2005 | C. Troyer | 1.20 | Read the press release regarding environmental issues at the Debtors' Hamilton site and prepared follow-up questions. |
| 6/13/2005 | S. Cunningham | 3.20 | Read and analyzed information pertaining to the New Jersey environmental claim. |

**Capstone Advisory Group, LLC**
**Invoice for the Seventeenth Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 34.10 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2005 | L. Hamilton | 1.80 | Prepared April fee application. |
| 6/3/2005 | E. Ordway | 0.30 | Reviewed fee application. |
| 6/8/2005 | L. Hamilton | 1.10 | Prepared/edited fee application data. |
| 6/15/2005 | N. Backer | 1.60 | Prepared May fee application. |
| 6/16/2005 | N. Backer | 1.30 | Prepared May fee application. |
| 6/17/2005 | N. Backer | 0.80 | Prepared May fee application. |
| 6/20/2005 | L. Hamilton | 1.00 | Prepared May fee application. |
| 6/21/2005 | L. Hamilton | 0.90 | Prepared May fee application. |
| 6/22/2005 | L. Hamilton | 0.60 | Prepared May fee application. |
| 6/27/2005 | L. Hamilton | 0.40 | Prepared May fee application. |
| 6/29/2005 | N. Backer | 1.80 | Prepared May fee application. |
| 6/29/2005 | L. Hamilton | 0.50 | Prepared May fee application. |
| Subtotal | | 12.10 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/2/2005 | S. Cunningham | 3.00 | Prepared analysis and provided comments for Q1 report to Committee. |
| 6/2/2005 | C. Troyer | 2.00 | Edited the report to the Committee on 1st quarter performance. |
| 6/2/2005 | L. Hamilton | 0.90 | Prepared distribution of April financial package to Committee. |
| 6/3/2005 | C. Troyer | 2.10 | Read and edited the report to the Committee on 1st quarter performance. |
| 6/3/2005 | L. Hamilton | 2.60 | Analyzed April financial results provided by Debtors and prepared year-to-date P&L comparative by month. |
| 6/3/2005 | S. Cunningham | 3.50 | Prepared analysis and provided comments for Q1 report to Committee. |
| 6/7/2005 | L. Hamilton | 6.40 | Prepared updates to EBITDA year over year comparison for inclusion in Q1 report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/8/2005 | S. Cunningham | 2.80 | Read and provided comments on Q1 report to Committee. |
| 6/8/2005 | L. Hamilton | 2.60 | Read and analyzed April results regarding gross margin and working capital. |
| 6/8/2005 | L. Hamilton | 3.90 | Updated EBITDA bridge analysis for Q1 report to the Committee |
| 6/8/2005 | E. Ordway | 2.30 | Read and analyzed April financial reporting package, including Company actual to plan and identifying items for staff to further investigate. |
| 6/9/2005 | L. Hamilton | 3.40 | Read and analyzed April financial results. |
| 6/9/2005 | S. Cunningham | 4.10 | Prepared analysis and provided comments for Q1 report to Committee. |
| 6/9/2005 | C. Troyer | 2.70 | Read and edited the report to the Committee on 1st quarter performance. |
| 6/10/2005 | L. Hamilton | 2.90 | Updated Plan comparison schedules for inclusion in Q1 report to the Committee. |
| 6/14/2005 | E. Ordway | 1.90 | Prepared/edited report to the Committee regarding first quarter performance, noting items for staff to further investigate/report on. |
| 6/14/2005 | S. Cunningham | 4.30 | Prepared analysis and provided comments for Q1 report to Committee. |
| 6/16/2005 | S. Cunningham | 5.80 | Prepared analysis and provided comments for Q1 report to Committee. |
| 6/16/2005 | L. Hamilton | 9.10 | Updated operating expense analysis for Q1 report to the Committee. |
| 6/16/2005 | L. Hamilton | 1.00 | Read and analyzed information regarding Plan CapEx. |
| 6/17/2005 | S. Cunningham | 3.00 | Prepared analysis and provided comments for Q1 report to Committee. |
| 6/17/2005 | M. Desalvio | 0.60 | Obtained natural gas prices from Bloomberg for Q1 analysis. |
| 6/18/2005 | L. Hamilton | 3.50 | Prepared updated schedules for Q1 report to the Committee. |
| 6/20/2005 | L. Hamilton | 5.40 | Prepared updates to year over year sales analysis for Q1 report to the Committee. |
| 6/21/2005 | L. Hamilton | 2.80 | Updated Q1 report charts and schedules related to gross margin analysis. |
| 6/21/2005 | S. Cunningham | 3.50 | Prepared analysis and provided comments for Q1 report to Committee. |
| 6/22/2005 | L. Hamilton | 3.80 | Read and summarized information from industry analysts' reports related to Q1 performance. |
| 6/22/2005 | S. Cunningham | 3.20 | Prepared analysis of Q1 versus prior year and Plan. |
| 6/22/2005 | L. Hamilton | 2.80 | Updated peer company analysis for Q1 report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/23/2005 | L. Hamilton | 2.90 | Read and analyzed industry reports pertaining to Q1 performance. |
| 6/23/2005 | E. Ordway | 0.80 | Revised/edited quarterly report to the Committee regarding financial performance. |
| 6/23/2005 | L. Hamilton | 1.20 | Updated Q1 report to reflect comments of counsel. |
| 6/24/2005 | S. Cunningham | 4.00 | Prepared analysis of Q1 versus prior year and Plan. |
| 6/27/2005 | L. Hamilton | 0.90 | Distributed Q1 report to the Committee. |
| 6/27/2005 | S. Cunningham | 2.50 | Reviewed comparable company data for inclusion in Q1 report. |
| Subtotal | | 108.20 | |

### 11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2005 | M. Hakoun | 0.40 | Updated virtual database and distributed docket entries to team. |
| 6/7/2005 | M. Hakoun | 0.40 | Updated virtual database and distributed docket entries to team. |
| 6/7/2005 | M. Hakoun | 0.30 | Obtained updated information regarding Montana trial for review by case team members. |
| 6/7/2005 | L. Hamilton | 1.50 | Read and analyzed Plan CapEx data in connection with proposed plant expansion. |
| 6/9/2005 | C. Troyer | 2.40 | Read and analyzed the proposed membrane plant expansion information and prepared follow-up questions for the Debtors. |
| 6/9/2005 | L. Hamilton | 5.20 | Analyzed motion and prepared report regarding Spaulding & Style settlement. |
| 6/10/2005 | E. Ordway | 0.80 | Read memo regarding proposed settlement of Spaulding & Style matter. |
| 6/10/2005 | L. Hamilton | 2.10 | Read memo from counsel and updated report regarding Spaulding Style settlement. |
| 6/10/2005 | L. Hamilton | 1.10 | Prepared work plan. |
| 6/13/2005 | E. Ordway | 1.60 | Prepared/edited report to the Committee regarding Spaulding & Style settlement. |
| 6/13/2005 | M. Hakoun | 1.60 | Read information pertaining to Montana case issues and prepared summary thereof. |
| 6/14/2005 | M. Hakoun | 0.40 | Updated virtual database and distributed docket entries to team. |
| 6/16/2005 | M. Desalvio | 1.50 | Located analyst reports and quarterly updates on Specialty Chemicals industry and provided same to case team members. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/17/2005 | L. Hamilton | 2.50 | Analyzed new data provided by Debtors regarding proposed plant expansion. |
| 6/17/2005 | L. Hamilton | 2.20 | Prepared for conference call with Debtors and Blackstone regarding proposed plant expansion. |
| 6/17/2005 | M. Desalvio | 0.40 | Retrieved court docket information regarding plant expansion and LTIP. |
| 6/18/2005 | L. Hamilton | 1.60 | Continued to analyze new data provided by Debtors regarding proposed plant expansion. |
| 6/18/2005 | L. Hamilton | 3.40 | Prepared report to the Committee regarding proposed plant expansion. |
| 6/20/2005 | S. Cunningham | 2.10 | Read and analyzed plant expansion motion. |
| 6/20/2005 | E. Ordway | 0.80 | Prepared/edited report to the Committee regarding proposed plant expansion. |
| 6/20/2005 | L. Hamilton | 2.70 | Finalized report to the Committee regarding proposed plant expansion. |
| 6/21/2005 | E. Ordway | 0.20 | Read counsel's memo regarding pending motions. |
| 6/22/2005 | M. Hakoun | 0.40 | Updated virtual database and distributed docket entries to team. |
| 6/24/2005 | M. Hakoun | 0.40 | Obtained latest news releases pertaining to Debtors and provided same to case team members. |
| 6/27/2005 | L. Hamilton | 3.60 | Read and analyzed industry reports pertaining to specialty chemical companies. |
| 6/27/2005 | L. Hamilton | 1.10 | Prepared workplan. |
| 6/27/2005 | E. Ordway | 0.70 | Edited work plan for near-term activities. |
| 6/28/2005 | L. Hamilton | 1.80 | Analyzed pre-petition liability balances. |
| 6/28/2005 | M. Hakoun | 1.40 | Obtained latest news releases pertaining to Debtors and provided same to case team members. |
| 6/28/2005 | L. Hamilton | 2.70 | Read and analyzed hearing agenda items. |
| 6/29/2005 | L. Hamilton | 2.10 | Read and analyzed information regarding hearing agenda items. |
| Subtotal | | 49.40 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/15/2005 | E. Ordway | 0.60 | Read counsel's memo on objections filed regarding exclusivity. |
| 6/21/2005 | E. Ordway | 0.40 | Read counsel's update memo on exclusivity. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 1.00 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2005 | L. Hamilton | 1.90 | Prepared for and participated in call with Debtors, Debtors' advisors and counsel regarding Cytec settlement. |
| 6/16/2005 | L. Hamilton | 0.90 | Prepared for and participated in conference call with Debtors and Blackstone to discuss LTIP motion. |
| 6/17/2005 | L. Hamilton | 0.60 | Participated in conference call with Debtors and Blackstone regarding proposed plant expansion. |
| 6/22/2005 | L. Hamilton | 1.00 | Prepared for and participated in conference call with Debtors and Blackstone regarding plant expansion. |
| 6/30/2005 | L. Hamilton | 0.60 | Participated in conference call with Debtors and advisors regarding Gamma acquisition. |
| Subtotal | | 5.00 | |

**28. Special Case Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 6/1/2005 | M. Hakoun | 0.80 | Monitored asbestos litigation and Asbestos Bill activity, and obtained related analyst and media commentary and reports for case team members. |
| 6/8/2005 | M. Hakoun | 0.70 | Monitored developments pertaining to asbestos legislation. |
| 6/15/2005 | M. Hakoun | 0.40 | Continued to monitor new developments pertaining to asbestos legislation. |
| 6/29/2005 | M. Hakoun | 0.30 | Monitored asbestos litigation and Asbestos Bill activity, and obtained related analyst and media commentary and reports for case team members. |
| Subtotal | | 2.20 | |
| **Total Hours** | | **234.30** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 6/1/05 through 6/30/05

| Date | Professional | Detail | Amount |
|------|------|------|------|
| **Copies** | | | |
| 6/30/2005 | Capstone Expenses | June Copies,  544 @ .15 ea | $81.60 |
| Subtotal - Copies | | | $81.60 |
| **Faxes** | | | |
| 6/30/2005 | Capstone Expenses | June Faxes,  28 @ 1.00 ea | $28.00 |
| Subtotal - Faxes | | | $28.00 |
| **Research** | | | |
| 6/30/2005 | Capstone Expenses | June Bloomberg | $83.00 |
| 6/30/2005 | Capstone Expenses | June Factiva charge | $5.90 |
| Subtotal - Research | | | $88.90 |
| **Scans** | | | |
| 6/29/2005 | Capstone Expenses | June Scans,  61 @ $1.00 each | $61.00 |
| Subtotal - Scans | | | $61.00 |
| **Telecom Charges** | | | |
| 6/30/2005 | Capstone Expenses | June phone - Saddle Brook Office | $283.19 |
| Subtotal - Telecom Charges | | | $283.19 |
| **For the Period 6/1/05 through 6/30/05** | | | $542.69 |

Capstone Advisory Group, LLC

Invoice for the Seventeenth Fee Application