# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD JUNE 1, 2005 THROUGH JUNE 30, 2005**

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 05/26/05 | PD UPS TO FLORHAM NJ; WSH; CK# 275195 | 7.74 |
| 05/26/05 | PD UPS TO NEW PROVIDENCE NJ; WSH; CK# 275195 | 7.74 |
| 05/26/05 | PD UPS TO SOMERVILLE NJ; WSH; CK# 275195 | 7.74 |
| 05/26/05 | PD UPS TO ROSELAND NJ; WSH; CK# 275195 | 7.74 |
| 05/26/05 | PD UPS TO TRENTON NJ; WSH; CK# 275195 | 7.74 |
| 06/27/05 | Service of writ of execution #10501 S#6800[2] | 52.40 |
| | Matter Total Engagement Cost | 91.10 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 06/20/05 | PD UPS TO WILMINGTON; KMJ; CK# 275754 | 7.74 |
| | Duplicating | 15.96 |
| | Matter Total Engagement Cost | 23.70 |

Engagement Costs – NJDEP v. W.R. Grace et. al

| | | |
|---|---|---|
| 05/23/05 | Paid Skyline Duplication #10501 S#6766[3] | 61.90 |
| 05/23/05 | Paid Skyline Duplication #10501 S#6766[4] | 225.25 |
| 05/23/05 | Paid Skyline Duplication #10501 S#6766[5] | 180.20 |
| 05/26/05 | PD INTEGRITY EXP TO EWING NJ; MEW; CK# 275170[6] | 118.00 |
| 05/26/05 | PD INTEGRITY EXP TO FLORHAM PARK NJ; MEW; CK# 275170[7] | 77.00 |
| 05/27/05 | PD UPS TO MEMPHIS TN; MEW; CK# 275195 | 15.00 |
| 05/27/05 | PD UPS TO BOCA RATON FL; MEW; CK# 275195 | 16.41 |
| 05/27/05 | PD UPS TO WASHINGTON DC; MEW; CK# 275195 | 11.72 |
| 05/31/05 | Paid Merrill Communication #10501 S#6755[8] | 345.09 |

---

[2] *See* Pitney, Hardin, Kipp & Szuch LLP Check Requisition to Sheriff of Essex County dated 6/27/05 attached hereto as Exhibit 1.

[3] *See* Invoice #N4850 from Skyline Duplication dated 5/23/2005 attached hereto as Exhibit 2.

[4] *See* Invoice #N4697 from Skyline Duplication dated 5/23/2005 attached hereto as Exhibit 3.

[5] *See* Invoice #N4813 from Skyline Duplication dated 5/23/2005 attached hereto as Exhibit 4.

[6] *See* Invoice Number 14623 from Integrity Express Inc. dated 5/31/2005 attached hereto as Exhibit 5.

[7] *Id.*

[8] See Invoice #413837 from Merrill Communications LLC dated May 31, 2005 attached hereto as Exhibit 6.

1327844A01081005

| | | |
|---|---|---:|
| 06/06/05 | PD MEAL EXPENSE; KD; UJ-6/24/05[9] | 10.00 |
| 06/07/05 | PD MEAL EXPENSE; KD; UJ-6/24/05 | 10.00 |
| 06/08/05 | PD MEAL EXPENSE; KD; UJ-6/24/05 | 10.00 |
| 06/09/05 | PD MEAL EXPENSE; KD; UJ-6/24/05 | 10.00 |
| 06/16/05 | PD UPS TO TRENTON NJ;  MEW;  CK# 275755 | 7.74 |
| 06/20/05 | PD MEAL EXPENSE; KD; UJ-6/24/05 | 20.00 |
| 06/20/05 | PD UPS TO NEWRK; SAM; CK# 275754 | 7.74 |
| 06/20/05 | PD UPS TO BOSTON, MA; SAM; CK# 275754 | 8.95 |
| 06/20/05 | PD UPS TO WASHINGTON DC; MSM; CK# 275754 | 8.95 |
| 06/20/05 | PD UPS TO MEMPHIS, TN; MSM; CK# 275754 | 10.02 |
| 06/20/05 | PD UPS TO PRINCETON; MSM; CK# 275754 | 7.74 |
| 06/20/05 | PD UPS TO WAYNE; MSM; CK# 275754 | 7.74 |
| 06/30/05 | DOCUMENT ACCESS FACILITY- JUNE 2005 | 2864.00 |
| | Computer Assisted Research[10] | 52.00 |
| | Duplicating | 263.20 |
| | Matter Total Engagement Cost | 4,348.65 |

## Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 05/20/05 | Pd Fedex to Columbia MD; MHL;  Ck# 275136 | 14.89 |
| 05/20/05 | Pd Fedex to New York NY;  BMB;  Ck# 275136 | 14.89 |
| 05/20/05 | Pd Fedex to New York NY;  BMB;  Ck# 275136 | 14.89 |
| 06/18/05 | Pd UPS to Columbia MD; BMB; Ck# 275473 | 6.51 |
| 06/18/05 | Pd UPS to Columbia MD; BMB; Ck# 275473 | 6.51 |
| | Duplicating | 777.14 |
| | Matter Total Engagement Cost | 834.83 |

---

[9] For all meal expenses for the *NJDEP v. W.R. Grace et.al* matter, *see* Exhibit 7.

[10] See Pitney Hardin LLP  Engagement Cost Report for 6/30/2005 attached hereto as Exhibit 8.

# EXHIBIT 1

# PITNEY, HARDIN, KIPP & SZUCH LLP
## CHECK REQUISITION

PAYEE _Sheriff of Essex County_         DATE _6/27/05_

CLIENT _W. R. Grace_                    NO: ~~█████~~

MATTER _wex et al_                      NO: ~~█████~~

DESCRIPTION _Service of Writ of Execution_

PAID _____

APPROVED _Ph_

AMOUNT $ ~~█████~~ VENDOR NO. _12432_

CHECK NO. _2754.80_

CHARGE _1.0501_

AUTHORIZED SIGNATURE

7234

# EXHIBIT 2

Document Management Technology, LLC t/a

# Skyline Duplication

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 5/23/2005 | N4850 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Sue Parker

**Ship To**

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| EM | 082913.000009 | 5/19/2005 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 584 | 8.5 x 11 Copy | 0.10 | 58.40T |

6/22/05
ok to pay
[signature]
082913.000009

PAID.....................
APPROVED..............
VENDOR NO................
CHECK NO. 275513.......
CHARGE.................

| | |
|---|---|
| **Subtotal** | $58.40 |
| **Sales Tax (6.0%)** | $3.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $61.90 |

Phone #    973-648-0090

Fax #    973-648-0004

E-mail    newark@skylineduplication.com

Please make checks payable to: Skyline Duplication

Tax ID 03-0385240

# EXHIBIT 3

Document Management Technology, LLC t/a

# Skyline Duplication

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 5/23/2005 | N4697 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Sue Parker

**Ship To**

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| EM | 082910-111099 | 5/5/2005 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1,235 | 8.5 x 11 Copy | 0.10 | 123.50T |
| 80 | Color Copies | 0.75 | 60.00T |
| 55 | Tabs | 0.35 | 19.25T |
| 5 | GBC Bind | 1.95 | 9.75T |

*082910. 111099*

*6/22/05*

*ok to pay*

PAID.....................................
APPROVED...............................
VENDOR NO..............................
CHECK NO.....*275573*....
CHARGE..................................

| | |
|---|---|
| Subtotal | $212.50 |
| Sales Tax (6.0%) | $12.75 |
| Payments/Credits | $0.00 |
| **Balance Due** | $225.25 |

Phone #   973-648-0090

Fax #   973-648-0004

E-mail   newark@skylineduplication.com

Please make checks payable to: Skyline Duplication

**Tax ID 03-0385240**

# EXHIBIT 4

Document Management Technology, LLC t/a

# Skyline Duplication
**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 5/23/2005 | N4813 |

Bill To

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, NJ 07932**
**Attn: Sue Parker**

Ship To

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| EM | 082910.111099 | 5/17/2005 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 988 | 8.5 x 11 Copy | 0.10 | 98.80T |
| 64 | Color Copies | 0.75 | 48.00T |
| 44 | Tabs | 0.35 | 15.40T |
| 4 | GBC Bind | 1.95 | 7.80T |

082910.111099

6/22/05

ok to pay.

PAID................
APPROVED................
VENDOR NO................
CHECK NO........275513
CHARGE................

| | |
|---|---|
| **Subtotal** | $170.00 |
| **Sales Tax (6.0%)** | $10.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $180.20 |

Phone #        973-648-0090

Fax #           973-648-0004

E-mail          newark@skylineduplication.com

Please make checks payable to: Skyline Duplication

**Tax ID 03-0385240**

# EXHIBIT 5

# INTEGRITY EXPRESS INC.

## INVOICE

ONE LACKAWANNA PLACE STE B
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500 FAX (973) 631-1113

**Your Courier Service
Your Job-Your Way**

Invoice Submitted To:

**PITNEY, HARDIN, LLP**
PO BOX 1945
FLORHAM PARK, NJ 07932
Attn: EILEEN M. LOUISA

| INVOICE NUMBER | | PAGE |
|---|---|---|
| 14623 | | 2 of 3 |
| CLIENT NUMBER / TERM | | |
| 221 | | NET DUE |
| INVOICE DATE | | |
| 5/31/2005 | | |
| INVOICE TOTAL | | |
| $971.75 | | |

| Order Date Order Num Service Reference Caller | Pickup Address | | | | Drop Off Address | | | Recieved By: Received By Time - Date | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Base Charge** | **Piece** | **Minutes** | **Pounds** | **Miles** | **Insurance** | **Quoted Rate** | **Expense** | **Other1** | **Other2** | **Total** |
| 5/26/2005 104893 RUSH 41+ 082910 144099 WALLER | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | | | | ERM 250 PHILLIPS BLVD STE 280 EWING NJ 08618 | | | REGINA SPENCE 2:30 PM 05/26/2005 | | |
| SUE PARKER X8316 $50.00 | 1 | | 80 $60.00 | | 1 $1.00 | | | GAS SUR $7.00 | | $118.00 |
| 5/26/2005 104893RT RUSH 082910 144099 WALLER | ERM 250 PHILLIPS BLVD STE 280 EWING NJ 08618 | | | | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | | | ROY PRITCHETT 3:56 PM 05/26/2005 | | |
| SUE PARKER X8316 $66.00 | 1 | 16 $6.00 | 80 | | 1 $1.00 | | | GAS SUR $4.00 | | $77.00 |
| 5/26/2005 104895 RUSH 037708 144550 SPERLING | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | | | | BERGEN CO CRTHSE 10 MAIN ST HACKENSACK NJ 07601 | | | MS SAIGH-CHMBRS 2:04 PM 05/26/2005 | | |
| CHARICE JONES X7427 $23.00 | 1 | 17 $6.00 | 35 $25.00 | | 1 $1.00 | | | GAS SUR $3.00 | | $58.00 |
| 5/27/2005 104933 RUSH 41+ 006442 140708 CLARK | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | | | | MONMOUTH CO CRTHSE 71 MONUMENT PK FREEHOLD NJ 07728 | | | CARLIE ALLEN 4:10 PM 05/27/2005 | | |
| LINDA LYNCH X7409 $50.00 | 2 | 17 $6.00 | 65 $37.50 | | 1 $1.00 | | | TOLL/GAS $9.05 | | $103.55 |
| 5/28/2005 104986 RUSH 41+ HUDSON/GLOBE SPERLING | JDG DOYNE 208 SUMMITT AV ORADELL NJ 07649 | | | | JOY SPERLING 11 ARGONNE FARM DR BRIDGEWATER NJ 08807 | | | FT DOOR 1:55 PM 05/28/2005 | | |
| JOY SPERLING* $50.00 | 1 | 17 $6.00 | 70 $45.00 | | 1 $1.00 | | | AM/PM $57.00 | GAS SUR $6.00 | $165.00 |
| 5/31/2005 105000 RUSH 094389 108132 REID-GORDAN | CENDANT CORP -PARSIPPANY 1 SYLVAN WAY PARSIPPANY NJ 07054 | | | | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 | | | W PRITCHETT M/R 12:00 PM 05/31/2005 | | |
| KATHLEEN GRANEY X7417 $23.00 | 1 | 17 $6.00 | 15 $5.00 | | 1 $1.00 | | | EXTRA STO $23.00 | | $58.00 |

# EXHIBIT 6

# ERRILL
## COMMUNICATIONS LLC



**Location:** DMS-UNION 654 RAHWAY          **Any Inquiries Call: 908-688-7300**

Pitney, Hardin, Kipp, Szuch
200 Campus Drive
1st Floor
Florham Park,  NJ  07932-9999  US
**Attn:**   Greg Netzke

**Invoice #:** 413837
**Invoice Date:** 31-MAY-05
**Merrill Order #:** 002-860925
**Client Matter #:** 082910.111099
**Date Received:** 27-MAY-05
**Salesperson:** RHATICAN, JULIE A

**TERMS:**   **DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------------|-----------|-------|
| | **082910.111099 - 1 Redwelds - Scan and Burn to CD** | | |
| 598 | Conversion, TIFF to PDF | $.05 | $29.90 |
| 1 | Media, CD Duplication | $25.00 | $25.00 |
| 543 | Scanning Document | $.12 | $65.16 |
| 41 | Scanning, Color | $1.50 | $61.50 |
| 90 | Total Square Footage, 24 x 36 | $1.60 | $144.00 |

| | | |
|---|---|---|
| **Subtotal:** | | $325.56 |
| **Messenger and Freight:** | | $.00 |
| **Postage:** | | $.00 |
| **Tax:** | | $19.53 |
| **Total Invoice:** | | $345.09 |

PAID........................
APPROVED.................
VENDOR NO. 10460
CHECK NO. 274983
CHARGE. 0501

6/9/05
ok to pay
*[signature]*
082910. 111099

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:

**MERRILL COMMUNICATIONS LLC**
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

# EXHIBIT 7

# PITNEY, HARDIN, KIPP & SZUCH LLP
## PETTY CASH VOUCHER

EXPLANATION
WORKING on 082910.111099   $ 5.10

10504

DISB CODE

☐
☐
☐
☐
☐

TOTAL   $ 5.10

RECEIVED BY: K. Drew    DATE 4/6/05

\* F for firm expense, C for client expense

GENERAL LEDGER
DR 1211   $_____
CR _____ ( _____ )
NET _____

ENTERED IN COMPUTER BY

CLIENT LEDGER
CLIENT NO _____
MATTER NO _____
CODE _____   $_____

TOTAL (1211)   $_____

---

# PITNEY, HARDIN, KIPP & SZUCH LLP
## PETTY CASH VOUCHER

EXPLANATION
082910.111099   $ 5.10

10504

DISB CODE

☐
☐
☐
☐
☐

TOTAL   $ 5.10

RECEIVED BY: K. Drew   DATE 4/7/05

\* F for firm expense, C for client expense

GENERAL LEDGER
DR 1211   $_____
CR _____ )
NET _____

ENTERED IN COMPUTER BY

CLIENT LEDGER
CLIENT NO _____
MATTER NO _____
CODE _____   $_____

TOTAL (1211)   $_____

---

# PITNEY, HARDIN, KIPP & SZUCH LLP
## PETTY CASH VOUCHER

EXPLANATION
082910.111099   $ 5.
10

10504

DISB CODE

☐
☐
☐
☐
☐

TOTAL   $ 10

RECEIVED BY: K. Drew   DATE 6/8/05

\* F for firm expense, C for client expense

GENERAL LEDGER
DR 1211   $_____
CR _____ ( _____ )
NET _____ $_____

ENTERED

CLIENT LEDGER
CLIENT NO _____
MATTER NO _____
CODE _____   $_____

TOTAL (1211)   $_____

# PITNEY, HARDIN, KIPP & SZUCH LLP
## PETTY CASH VOUCHER

EXPLANATION                                           * DISB CODE

082910. 111099                    $ 5.10    ☐
                                            ☐
                                            ☐
                              /0504         ☐
                                            ☐

TOTAL                             $ 5.10

RECEIVED BY: _R. Drew_                  DATE 6/9/05

* **F** for firm expense,   **C** for client expense

### GENERAL LEDGER
DR  1211        $
CR              (          )
NET

ENTERED IN COMPUTER BY:

#### CLIENT LEDGER
CLIENT NO
MATTER NO
CODE            $

TOTAL (1211)    $

---

# PITNEY, HARDIN, KIPP & SZUCH LLP
## PETTY CASH VOUCHER

EXPLANATION                                           * DISB CODE

W. R. Grace   082910, 114715      $       ☐
   Indexing                               ☐
              Dinner 6/14 5-8pm  10.-     ☐
              Dinner 6/15 5-7pm  10.-     ☐
Kate Drew                                 ☐
TOTAL              /0504   $ 20.-

RECEIVED BY: _Mary Ann Purcell_     DATE 6/20/05

* **F** for firm expense,   **C** for client expense

### GENERAL LEDGER
DR  1211        $
CR              )
NET

ENTERED IN COMPUTER BY:

#### CLIENT LEDGER
CLIENT NO
MATTER NO
CODE            $

TOTAL (1211)    $

# EXHIBIT 8

8/9/2005

4:14 PM

Pitney Hardin LLP

**Engagement Cost Report**

(LPHDSB02JB)

Req'd By: kandolab

Includes: Hard, Soft, Billed, Unbilled

Periods: 200506 To 200506  Dates: 6/30/2005 To 6/30/2005

Currency: USD

Client: 082910  W.R. GRACE & CO.

Matter: 114715  NJDEP v. W.R. Grace et al.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| Cost Code: CAR  Computer Assisted Research | | | | | | | | | |
| 6/30/2005 | CAR | | 1863162 | 55 | 2084441 | 7/13/2005 | $52.00 | $52.00 | $52.00 |
| Cost Code CAR Totals: | | | | | | | $52.00 | $52.00 | $52.00 |
| **Matter 114715 Totals:** | | | | | | | $52.00 | $52.00 | $52.00 |
| **Client 082910 Totals:** | | | | | | | $52.00 | $52.00 | $52.00 |
| **Report Totals** | | | | | | | $52.00 | $52.00 | $52.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 5, 2005 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in

good standing of the bars of the State of New Jersey, the United States District Court for the

District of New Jersey, the United States Court of Appeals for the Third Circuit, the United

States District Court for the Northern District of New York, the United States District Court for

the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.    I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey                      Respectfully submitted,
Dated:  August 10, 2005                        PITNEY HARDIN LLP


                                                    Anthony J. Marchetta, Esq.
                                                    (Mail) P.O. Box 1945
                                                    Morristown, NJ 07962-1945
                                                    (Delivery) 200 Campus Drive
                                                    Florham Park, NJ 07932-0950

1332323A01081005