# EXHIBIT A

# SWIDLER BERLIN LLP

# INVOICES FOR THE TIME PERIOD

# JUNE 1-30, 2005

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290178

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/01/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 06/01/05 | Roger L. Frankel | Telephone conference with D. Austern re meeting with F.Festa. | 0.30 |
| 06/02/05 | Roger L. Frankel | Review status with CIBC. | 0.20 |
| 06/02/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 06/02/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 06/03/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 06/03/05 | Roger L. Frankel | Review 8-K. | 0.30 |
| 06/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 06/06/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 06/06/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |

# SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
07/29/05
Page 2

CLIENT:  25369
MATTER: .0001
INVOICE: 290178

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 06/07/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 06/07/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 06/08/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 06/09/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 06/10/05 | Rachael M. Barainca | Downloaded, printed, and organized filings for D. Felder. | 1.00 |
| 06/10/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 06/10/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.70 |
| 06/13/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 06/13/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 06/13/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 06/14/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 06/15/05 | Rachael M. Barainca | Update folders. | 3.00 |
| 06/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 06/16/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 06/16/05 | Debra O. Fullem | Reveiw docket update. | 0.10 |
| 06/17/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 06/17/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 06/20/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 06/20/05 | Matthew W. Cheney | Review pleadings. | 0.20 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
07/29/05
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 290178

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/29/05 | Rachael M. Barainca | Download, print, and organize filings for D. Felder. | 1.00 |
| 06/29/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 1.00 |
| 06/30/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 1.00 |
| 06/30/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 06/30/05 | Matthew W. Cheney | Review pleadings. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 1.20 | $774.00 |
| Matthew W. Cheney | $355.00 | 0.50 | $177.50 |
| Debra L. Felder | $255.00 | 3.50 | $892.50 |
| Debra O. Fullem | $195.00 | 1.00 | $195.00 |
| Rachael M. Barainca | $60.00 | 18.00 | $1,080.00 |
| **TOTAL HOURS & FEES** | | **24.20** | **$3,119.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 51.15 |
| Telephone | 3.25 |
| Federal Express | 11.64 |
| Meal Charges | 64.18 |
| **TOTAL OTHER CHARGES** | **$130.22** |

**CURRENT INVOICE DUE**.................................................................**$3,249.22**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0001

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290178

## INVOICE SUMMARY

TOTAL FEES........................................................................................$3,119.00

TOTAL OTHER CHARGES .....................................................................$130.22

**TOTAL AMOUNT DUE** ............................................................**$3,249.22**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A.
Account Title:       Swidler Berlin LLP
ABA Routing No.:     054001220
Account No.:         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290179

CLIENT/CASE: 25369.0004

RE: Due Diligence

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/14/05 | Debra L. Felder | Conference with S. Grant regarding review of asbestos bill and implications for Debtors' plan and 524(g) trust. | 0.20 |
| 06/21/05 | Debra L. Felder | Conference with S. Grant regarding insurance implications of asbestos bill and effect on W.R. Grace. | 0.30 |
| 06/22/05 | Scott W. Grant | Review and research reported version of new Senate Asbestos Bill, S-582 re insurance contracts and sunset of Act; begin draft of memo concerning medical criteria for claimants under new Asbestos Fund. | 3.00 |
| 06/23/05 | Scott W. Grant | Draft memo sections re medical criteria and payment amounts for asbestos disease levels; draft memo section re special payment and evidentiary criteria for Libby claimants. | 1.50 |
| 06/27/05 | Scott W. Grant | Draft memo sections for D. Felder re Defendant participant prior asbestos exposure, payment criteria, and possible payment adjustments in reported version of Fairness in Asbestos Injury Resolution Act of 2005, S-852. | 3.40 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)    CLIENT:  25369
07/29/05    MATTER: .0004
Page 2    INVOICE: 290179

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/28/05 | Scott W. Grant | Draft memo sections for D. Felder summarizing insurance company contributions to the Fund, debtors' obligations and pending bankruptcy cases in the Fairness in Asbestos Injury Resolution Act of 2005, S-852. | 5.30 |
| 06/29/05 | Scott W. Grant | Draft memo sections for D. Felder summarizing insurance contracts, sunset provisions, judicial review, preemption of court asbestos claim, and bankruptcy trust treatment in the Fairness in Asbestos Injury Resolution Act of 2005, S-852. | 5.70 |
| 06/30/05 | Scott W. Grant | Draft memo sections for D. Felder providing overview of the Act and discussing special treatment of Libby residents in the Fairness in Asbestos Injury Resolution Act of 2005, S-852; revise, edit and print memo. | 6.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 0.50 | $127.50 |
| Scott W. Grant | $185.00 | 25.50 | $4,717.50 |
| **TOTAL HOURS & FEES** | | **26.00** | **$4,845.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.....................................................................**$4,845.00**

# Swidler Berlin LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0004

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290179

## INVOICE SUMMARY

TOTAL FEES.................................................................................$4,845.00

TOTAL OTHER CHARGES.................................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$4,845.00**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Wachovia Bank, N.A.
Account Title:       Swidler Berlin LLP
ABA Routing No.:     054001220
Account No.:         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
### No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0011

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290182

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/02/05 | Debra O. Fullem | Review April invoices and prepare summary of fees and expenses to begin preparing fee application. | 0.40 |
| 06/06/05 | Debra O. Fullem | Review memo from D. Felder regarding compensation guidelines and professionals' applications relating to fee auditor response. | 0.20 |
| 06/06/05 | Debra O. Fullem | Review e-mail from S. Bossay at fee auditor's office along with schedule reflecting amounts; confirm numbers are accurate; inform R. Wyron. | 0.40 |
| 06/06/05 | Richard H. Wyron | Respond to fee auditor's comments. | 0.30 |
| 06/07/05 | Debra O. Fullem | Prepare e-mail to Mr. Bossay at fee auditor's office to confirm Swidler's numbers are accurate in the spreadsheet. | 0.10 |
| 06/08/05 | Debra O. Fullem | Begin draft of Swidler's April fee application. | 0.90 |
| 06/09/05 | Debra O. Fullem | Finish draft of Swidler's April fee statement and forward to R. Wyron for review and comment. | 2.00 |
| 06/09/05 | Debra O. Fullem | Update status chart regarding Swidler's fees and expenses; forward to R. Wyron for review. | 0.30 |

**SWIDLER BERLIN LLP**

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
07/29/05                                                     MATTER: .0011
Page 2                                                       INVOICE: 290182

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/10/05 | Debra O. Fullem | Review and revise May prebills. | 0.70 |
| 06/14/05 | Debra L. Felder | Telephone conference with D. Fullem regarding upcoming hearing on fee applications. | 0.10 |
| 06/16/05 | Debra O. Fullem | Review and respond to e-mail from C. Hartman at local counsel's office regarding signed original fee application. | 0.10 |
| 06/16/05 | Debra O. Fullem | Finalize draft of April fee application; forward to R. Wyron for review. | 0.50 |
| 06/17/05 | Debra O. Fullem | Conference with R. Meade regarding items set for hearing June 27. | 0.10 |
| 06/20/05 | Debra O. Fullem | Follow up with D. Felder regarding recent Swidler fee application filings, including status, deadlines to object, hearings scheduled and other related matters. | 0.50 |
| 06/20/05 | Debra O. Fullem | Review docket update and agenda of hearing on June 27 filed today with the Court; forward same to R. Meade along with proposed fee order for inserting in hearing binder. | 0.30 |
| 06/20/05 | Debra O. Fullem | Organize fee application files. | 0.20 |
| 06/21/05 | Debra O. Fullem | Organize fee application files. | 1.00 |
| 06/21/05 | Debra O. Fullem | Update fee and expense chart. | 0.20 |
| 06/27/05 | Debra O. Fullem | Review calendar of deadlines and status of fee applications; respond to D. Felder regarding same; prepare notices regarding correction to hearing date for September agenda. | 0.80 |
| 06/27/05 | Debra O. Fullem | Review and respond to e-mail from R. Wyron regarding agreed upon reductions to fees and expenses per fee auditor report. | 0.20 |
| 06/27/05 | Richard H. Wyron | Review May prebills and April fee application. | 0.80 |
| 06/28/05 | Debra O. Fullem | Coordinate filing and service of Notice of Hearing for Swidler's quarterly fee application. | 0.20 |
| 06/30/05 | Debra O. Fullem | Review and respond to e-mail from R. Wyron regarding confirmation that Swidler's fees and expenses in fee Order are correct; update spreadsheet. | 0.30 |
| 06/30/05 | Debra O. Fullem | Update spreadsheet of fees and expenses per recent Order. | 0.20 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
07/29/05
Page 3

CLIENT: 25369
MATTER: .0011
INVOICE: 290182

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $545.00 | 1.10 | $599.50 |
| Debra L. Felder | $255.00 | 0.10 | $25.50 |
| Debra O. Fullem | $195.00 | 9.60 | $1,872.00 |
| **TOTAL HOURS & FEES** | | **10.80** | **$2,497.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 2.40 |
| Postage | 6.36 |
| Federal Express | 8.04 |
| **TOTAL OTHER CHARGES** | **$16.80** |

**CURRENT INVOICE DUE**....................................................................**$2,513.80**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0011

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290182

## INVOICE SUMMARY

TOTAL FEES................................................................................... $2,497.00

TOTAL OTHER CHARGES ............................................................ $16.80

**TOTAL AMOUNT DUE ........................................................... $2,513.80**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A.
Account Title:        Swidler Berlin LLP
ABA Routing No.:    054001220
Account No:          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290183

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/02/05 | Debra O. Fullem | Review and respond to S. Bossay e-mail regarding other professionals initial reports. | 0.20 |
| 06/06/05 | Debra L. Felder | Review final reports by fee auditor and update memorandum regarding same. | 1.00 |
| 06/14/05 | Debra L. Felder | Review fee auditor's final reports and update memorandum regarding same. | 0.70 |
| 06/14/05 | Debra O. Fullem | Prepare CNOs for CIBC's March and April fee statements. | 0.40 |
| 06/14/05 | Debra O. Fullem | Prepare notice of corrected hearing date and deadline to object regarding D. Austern's fourth quarterly fee application. | 0.20 |
| 06/14/05 | Debra O. Fullem | Review and respond to e-mail from D. Felder regarding D. Austern's quarterly fee applications set for hearing in June; review and send e-mail to C. Hartman regarding process to correct same to be scheduled for September fee hearing. | 0.30 |
| 06/20/05 | Debra O. Fullem | Organize fee application files. | 0.20 |
| 06/21/05 | Debra O. Fullem | Organize fee application files. | 1.00 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)　　　　　　　CLIENT:  25369
07/29/05　　　　　　　　　　　　　　　　　　　　　　　　MATTER: .0012
Page 2　　　　　　　　　　　　　　　　　　　　　　　　　INVOICE: 290183

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/22/05 | Debra O. Fullem | Review and respond to e-mail from R. Chatterjee at CIBC regarding filing of May fee application. | 0.10 |
| 06/23/05 | Debra O. Fullem | Prepare notice and certificate of service relating to CIBC May fee application; prepare e-mail to R. Chatterjee regarding timing for filing of same pursuant to the Adminstrative Order. | 0.40 |
| 06/23/05 | Debra O. Fullem | Prepare e-mail to D. Austern regarding status of April and May billings. | 0.10 |
| 06/23/05 | Debra O. Fullem | Prepare e-mail to R. Wyron regarding follow up on April fee application and May prebills. | 0.10 |
| 06/28/05 | Debra O. Fullem | Coordinate filing and serving of Notice of Hearing in September on D. Austern's quarterly fee application | 0.20 |
| 06/30/05 | Debra O. Fullem | Review and respond to e-mail from R. Wyron regarding confirmation that D. Austern and CIBC fees and expenses in fee Order are correct. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $255.00 | 1.70 | $433.50 |
| Debra O. Fullem | $195.00 | 3.50 | $682.50 |
| **TOTAL HOURS & FEES** | | **5.20** | **$1,116.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 28.05 |
| Postage | 7.65 |
| Federal Express | 36.53 |
| **TOTAL OTHER CHARGES** | **$72.23** |

**CURRENT INVOICE DUE**.....................................................................**$1,188.23**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0012

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290183

## INVOICE SUMMARY

TOTAL FEES................................................................................$1,116.00

TOTAL OTHER CHARGES .........................................................$72.23

**TOTAL AMOUNT DUE** ...........................................................**$1,188.23**

***REMITTANCE INFORMATION:***

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:     Wachovia Bank, N.A.
Account Title:     Swidler Berlin LLP
ABA Routing No :   054001220
Account No :       2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

## REVISED

CLIENT/CASE: 25369.0007

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290180

RE: Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/01/05 | Richard H. Wyron | Confer with M. Almy as to status, exclusivity and PI CMO, and follow-up. | 0.30 |
| 06/01/05 | Matthew W. Cheney | Draft objection to CMO and Questionnaire Motion. | 7.10 |
| 06/01/05 | Monique D. Almy | Conference with R. Wyron re response to CMO/Questionnaire motion strategy. | 0.10 |
| 06/02/05 | Monique D. Almy | Draft Objection to CMO/Questionnaire Motion. | 1.30 |
| 06/02/05 | Matthew W. Cheney | Draft objection to CMO and Questionnaire Motion. | 3.20 |
| 06/02/05 | Roger L. Frankel | Review issues re NJ environmental complaint. | 0.30 |
| 06/02/05 | Richard H. Wyron | Follow-up with PI and PD counsel on pending motions. | 0.30 |
| 06/03/05 | Debra L. Felder | Review Debtors motion to extend exclusive periods. | 1.00 |
| 06/03/05 | Roger L. Frankel | Review issues re response to CMO motion, exclusivity. | 0.30 |
| 06/03/05 | Matthew W. Cheney | Draft objection to CMO and Questionnaire Motion. | 2.80 |
| 06/03/05 | Monique D. Almy | Draft Objection to CMO/Questionnaire motion. | 1.40 |
| 06/03/05 | Kimberly E. Neureiter | Confer with M. Cheney re research assignment related to estimating claims. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
07/29/05  
Page 2

CLIENT: 25369  
MATTER: .0007  
INVOICE: 290180

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/05/05 | Debra L. Felder | Draft objection to Debtors' motion for extension of exclusive periods (4.0); review transcripts from USG hearing regarding extension of exclusive periods (.5). | 4.50 |
| 06/06/05 | Debra L. Felder | Revise objection to Debtors' motion for extension of exclusive periods. | 1.50 |
| 06/06/05 | Richard H. Wyron | Review exclusivity issues and e-mail regarding Committee position (.6); calls to and from K&E regarding PI CMO and extension, and e-mails regarding same (.6); review draft of objection to exclusivity (.4). | 1.60 |
| 06/06/05 | Matthew W. Cheney | Draft objection to CMO and Questionnaire Motion. | 1.00 |
| 06/07/05 | Matthew W. Cheney | Work on objection to CMO and Questionnaire motion. | 5.70 |
| 06/07/05 | Monique D. Almy | Draft CMO/Questionnaire Objection. | 3.00 |
| 06/07/05 | Monique D. Almy | Edit Objection to Extension of Exclusivity. | 0.80 |
| 06/07/05 | Monique D. Almy | E-mail with J. Baer re extension of reply deadline to CMO/Questionaire Motion. | 0.10 |
| 06/07/05 | Monique D. Almy | Review draft Joint Motion requesting an extension of the briefing deadlines re the PI Briefing schedule. | 0.30 |
| 06/07/05 | Monique D. Almy | Review revised Objection to Extension of Exclusivity. | 0.40 |
| 06/07/05 | Debra L. Felder | Conference with M. Almy regarding objection to Debtors' motion to extend exclusive periods (.2); revise same (2.3). | 2.50 |
| 06/08/05 | Monique D. Almy | Revise Objection to Debtors Motion to Extend Exclusivity. | 0.50 |
| 06/08/05 | Monique D. Almy | Draft Objection to CMO/Questionaire Motion. | 1.00 |
| 06/08/05 | Matthew W. Cheney | Review and revise motion extending deadlines for CMO and Questionnaire Motion. | 0.80 |
| 06/08/05 | Matthew W. Cheney | Draft correspondence to D. Carickhoff enclosing motion. | 0.20 |
| 06/08/05 | Matthew W. Cheney | Work on objection to CMO and Questionnaire Motion. | 4.00 |
| 06/09/05 | Matthew W. Cheney | Work on Objection to CMO and Questionnaire Motion. | 2.10 |
| 06/09/05 | Monique D. Almy | Order (modified) Granting Motion for Leave to Extend Deadlines for Filing Responses and Replies to Motion to Approve PI CMO and Questionnaire and for Responses to Exceed Page Limits. | 0.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
07/29/05
Page 3

CLIENT: 25369
MATTER: .0007
INVOICE: 290180

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/09/05 | Kimberly E. Neureiter | Conference with M. Cheney re research assignment re estimation. | 0.70 |
| 06/09/05 | Kimberly E. Neureiter | Legal research regarding scope of injunction issue. | 1.70 |
| 06/09/05 | Roger L. Frankel | Review, revise draft opposition to extension of exclusivity; telephone conferences with D. Felder re same. | 1.70 |
| 06/09/05 | Roger L. Frankel | Review, proof final draft of objection to further extension of exclusivity. | 0.80 |
| 06/09/05 | Debra L. Felder | Revise objection to Debtors' motion to extend exclusive periods (2.6); telephone conference with R. Frankel regarding same (.2); e-mail correspondence to M. Almy regarding same (.2). | 3.00 |
| 06/09/05 | Richard H. Wyron | Confer with R. Frankel and M. Almy regarding strategy. | 0.20 |
| 06/09/05 | Richard H. Wyron | Review draft objections to exclusivity and provide comments. | 1.20 |
| 06/10/05 | Richard H. Wyron | Review PI draft on CMO (1.1); review PD objections to exclusivity (.8); review draft FCR objections and comments (.4). | 2.30 |
| 06/10/05 | Debra L. Felder | E-mail correspondence to and from R. Wyron regarding objection to Debtors' motion to extend exclusive periods (.1); review PI Committee's objection to same (.4); review PD Committee's objection to same (.3); finalize objection to same (1.0). | 1.80 |
| 06/10/05 | Kimberly E. Neureiter | Performed legal research and reviewed results re estimation procedures. | 5.90 |
| 06/10/05 | Kimberly E. Neureiter | Perform legal research and review results re injunction elements and bankruptcy cases. | 1.60 |
| 06/10/05 | Monique D. Almy | Review Objection to Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon Filed by Official Committee of Asbestos Property Damage Claimants. | 0.30 |
| 06/10/05 | Monique D. Almy | Review Motion to Authorize the Implementation of the 2005-2007 Long-Term Incentive Program for Key Employers Filed by Debtor. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
07/29/05
Page 4

CLIENT: 25369
MATTER: .0007
INVOICE: 290180

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/10/05 | Matthew W. Cheney | Work on Objection to CMO and Questionnaire Motion. | 1.20 |
| 06/11/05 | Roger L. Frankel | Review objection to exclusivity of PD Committee (.8); review response to exclusivity motion filed by equity committee (.3). | 1.10 |
| 06/13/05 | Kimberly E. Neureiter | Complete review of estimation research. | 1.30 |
| 06/13/05 | Kimberly E. Neureiter | Discussion with M. Cheney to review results. | 0.70 |
| 06/13/05 | Matthew W. Cheney | Review pleadings in PI CMO. | 0.30 |
| 06/13/05 | Matthew W. Cheney | Work on Objection to CMO and Questionnaire Motion. | 1.70 |
| 06/13/05 | Debra L. Felder | Conference with M. Almy regarding Debtors' motion to approve long term incentive program (.2); e-mail correspondence to D. Carickhoff and P. Cuniff regarding filing of motion to approve long term incentive program (.1). | 0.30 |
| 06/13/05 | Richard H. Wyron | Review pleadings on exclusivity issue. | 1.80 |
| 06/14/05 | Richard H. Wyron | Review motion on new manufacturing facility. | 0.30 |
| 06/14/05 | Monique D. Almy | Review draft of opposition to CMO/Questionnaire Motion. | 2.90 |
| 06/14/05 | Monique D. Almy | Work on response to CMO/Questionnaire Motion. | 2.50 |
| 06/14/05 | Monique D. Almy | Review Long Term Incentive Program for key employees Motion. | 0.30 |
| 06/14/05 | Debra L. Felder | Review motion authorizing Debtors to expend property of the estate to establish additional manufacturing facility (.4); review Debtors' motion to approve 2005-2007 long term incentive program (.5); e-mail summary to R. Wyron and M. Almy regarding same (.5). | 1.40 |
| 06/14/05 | Matthew W. Cheney | Work on objection to CMO and Questionnaire motion. | 3.90 |
| 06/15/05 | Matthew W. Cheney | Work on Objection to CMO and Questionnaire Motion. | 5.70 |
| 06/15/05 | Kimberly E. Neureiter | Conference with M. Cheney re assignment for objection. | 0.20 |
| 06/15/05 | Kimberly E. Neureiter | Review Future Claimants' objection. | 0.80 |
| 06/15/05 | Roger L. Frankel | Review draft objection to Debtors' CMO motion. | 1.30 |
| 06/15/05 | Monique D. Almy | Draft objection to CMO/Questionnaire Motion. | 4.80 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
07/29/05
Page 5

CLIENT:  25369
MATTER: .0007
INVOICE: 290180

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/16/05 | Matthew W. Cheney | Work on Objection to CMO and Questionnaire Motion. | 3.30 |
| 06/16/05 | Kimberly E. Neureiter | Detail review/analysis of Objection for content and case citations. | 4.30 |
| 06/17/05 | Roger L. Frankel | Confer with R. Wyron re exclusivity issues, argument at hearing. | 0.40 |
| 06/17/05 | Kimberly E. Neureiter | Review/modify objection and conference with M. Cheney re analysis. | 3.60 |
| 06/17/05 | Matthew W. Cheney | Draft objection to CMO and Questionnaire motion. | 4.20 |
| 06/17/05 | Richard H. Wyron | Review asbestos trust final bill as reported from Committee for impact on plan. | 0.60 |
| 06/17/05 | Richard H. Wyron | Review Debtor's response on exclusivity. | 0.60 |
| 06/17/05 | Monique D. Almy | Review estimation brief filed by ACC in G-I. | 2.30 |
| 06/17/05 | Monique D. Almy | Review Debtor's reply on exclusivity. | 0.40 |
| 06/17/05 | Monique D. Almy | Work on Objection to CMO/Questionnaire Motion. | 1.50 |
| 06/17/05 | Debra L. Felder | Review Debtors' reply to objections to Debtors' motion to extend exclusive periods. | 0.30 |
| 06/20/05 | Debra L. Felder | Review motion of Montana for relief from automatic stay (.6); e-mail summary to R. Wyron regarding same (.3). | 0.90 |
| 06/20/05 | Monique D. Almy | Review 6/27 agenda. | 0.10 |
| 06/20/05 | Monique D. Almy | Review summary of Montana Motion for relief. | 0.20 |
| 06/20/05 | Monique D. Almy | Work on objection to COM/questionnaire Motion. | 2.50 |
| 06/20/05 | Monique D. Almy | Review Debtors reply to Century Objection to Liberty form of order. | 0.90 |
| 06/20/05 | Richard H. Wyron | Review pleadings filed for 6/27 hearing (.8); review case calendar (.3); review summary of Montana's motion for relief (.4). | 1.50 |
| 06/20/05 | Richard H. Wyron | Confer with J. Radecki and follow-up notes. | 0.60 |
| 06/21/05 | Matthew W. Cheney | Work on Objection to CMO and Questionnaire motion. | 1.10 |
| 06/21/05 | Monique D. Almy | Work on CMO/questionnaire objection. | 2.40 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
07/29/05
Page 6

CLIENT:  25369
MATTER: .0007
INVOICE: 290180

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/21/05 | Debra L. Felder | Review pleadings regarding motion to extend exclusive periods (1.0); conference with R. Frankel regarding hearing preparation regarding same (.2). | 1.20 |
| 06/21/05 | Roger L. Frankel | Review, revise opposition to CMO motion. | 1.20 |
| 06/21/05 | Roger L. Frankel | Review Debtors' reply to objections re plan exclusivity. | 0.50 |
| 06/21/05 | Roger L. Frankel | Confer with D. Felder re exclusivity hearing. | 0.30 |
| 06/21/05 | Roger L. Frankel | Telephone conference with E. Magner re case issues, status; notes re same. | 0.40 |
| 06/22/05 | Roger L. Frankel | Confer with R. Wyron in preparation for hearing. | 0.30 |
| 06/22/05 | Matthew W. Cheney | Work on objection. | 0.60 |
| 06/22/05 | Monique D. Almy | Review Orders authorizing Debtors to contribute to pension funds. | 0.20 |
| 06/22/05 | Monique D. Almy | Work on objection to CMO/Questionnaire Motion. | 1.50 |
| 06/22/05 | Richard H. Wyron | E-mail correspondence regarding Montana's motion. | 0.20 |
| 06/23/05 | Richard H. Wyron | Review amended agenda. | 0.20 |
| 06/23/05 | Monique D. Almy | Review Supplement to Motion of State of Montana. | 0.10 |
| 06/23/05 | Monique D. Almy | Review amended 6/27 agenda. | 0.10 |
| 06/23/05 | Monique D. Almy | Work on objection to CMO/Questionnaire Motion. | 2.20 |
| 06/23/05 | Debra L. Felder | Review January 21 and 24, 2005 hearing transcripts regarding estimation and exclusivity. | 3.40 |
| 06/23/05 | Matthew W. Cheney | Work on objection. | 0.40 |
| 06/24/05 | Matthew W. Cheney | Work on objection to CMO and Questionnaire Motion. | 0.80 |
| 06/24/05 | Roger L. Frankel | Confer with M. Cheney re opposition to CMO motion. | 0.40 |
| 06/24/05 | Roger L. Frankel | Review pleadings in preparation for exclusivity argument on 6/27. | 2.10 |
| 06/24/05 | Kimberly E. Neureiter | Conference with M. Cheney re status of objection and discuss modifications. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
07/29/05
Page 7

CLIENT:  25369
MATTER: .0007
INVOICE: 290180

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 06/24/05 | Debra L. Felder | Prepare notes for R. Frankel regarding January 21 and 24, 2005 hearings regarding exclusivity and estimation (1.0); conference with R. Frankel regarding Debtors' motion to extend exclusivity and agenda for June omnibus hearing (.1). | 1.10 |
| 06/24/05 | Monique D. Almy | Draft objection to CMO/Questionnaire Motion. | 2.10 |
| 06/25/05 | Roger L. Frankel | Prepare notes (review pleadings) in preparation for oral argument; draft notes of argument re exclusivity. | 1.90 |
| 06/26/05 | Matthew W. Cheney | Work on objection to CMO and Questionnaire motion. | 0.70 |
| 06/27/05 | Kimberly E. Neureiter | Review objection and comment; edit accordingly; conference with M. Cheney upon completion. | 1.90 |
| 06/27/05 | Roger L. Frankel | Review hearing binder in preparation for hearing (omnibus); review, revise notes in preparation for exclusivity argument during travel to DE. | 2.30 |
| 06/27/05 | Roger L. Frankel | Confer with local counsel in preparation for hearing. | 0.50 |
| 06/27/05 | Roger L. Frankel | Attend hearing re exclusivity, CMO, omnibus hearing in Wilmington (3.1); confer with J. Radecki after hearing (.4); confer with D. Bernick after hearing (.3). | 3.80 |
| 06/27/05 | Roger L. Frankel | Review file, prepare notes post hearing. | 0.60 |
| 06/27/05 | Roger L. Frankel | Confer with R. Wyron re hearing, follow-up. | 0.40 |
| 06/27/05 | Richard H. Wyron | Call to R. Frankel regarding update to issues for hearing and e-mails regarding same (.3); participate telephonically in omnibus hearing (1.9). | 2.20 |
| 06/27/05 | Matthew W. Cheney | Work on objection to CMO and Questionnaire motion. | 6.40 |
| 06/27/05 | Monique D. Almy | Work on response to CMO/Questionnaire motion. | 2.00 |
| 06/27/05 | Monique D. Almy | Review current draft to CMO/Questionnaire Motion. | 1.30 |
| 06/28/05 | Monique D. Almy | Call to J. Baer re upcoming deadlines post-hearing. | 0.40 |
| 06/28/05 | Monique D. Almy | Draft summary of call with J. Baer and recommendations to proceed to R. Frankel and M. Cheney. | 0.30 |
| 06/28/05 | Monique D. Almy | Work on response to CMO/Questionnaire Motion. | 1.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
07/29/05
Page 8

CLIENT: 25369
MATTER: .0007
INVOICE: 290180

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/28/05 | Debra L. Felder | Telephone conference to Bankruptcy Court regarding June 27 hearing transcript (.1); telephone conference to P. Cuniff regarding same (.1); e-mails to M. Almy regarding same (.1); conference with M. Cheney regarding objection to PI CMO (.4); review objections filed by Official Committee and PD Committee to Montana's lift stay motion (.8); e-mail summary to R. Wyron regarding same (.8) | 2.30 |
| 06/28/05 | Matthew W. Cheney | Work on objection to CMO and Questionnaire motion. | 3.10 |
| 06/28/05 | Roger L. Frankel | Review status with R. Wyron; series of e-mails re response to CMO motion. | 0.50 |
| 06/28/05 | Roger L. Frankel | Review, rewrite objection to debtors CMO motion. | 1.70 |
| 06/28/05 | Richard H. Wyron | Review CMO e-mails and timing issues (.2); call with R. Reinsel regarding ACC position (.2). | 0.40 |
| 06/29/05 | Roger L. Frankel | Review, revise objection to CMO motion; confer with M. Cheney re same. | 2.40 |
| 06/29/05 | Roger L. Frankel | Telephone conference with M. Cheney, M. Almy re CMO motion, strategy; notes re same. | 0.50 |
| 06/29/05 | Roger L. Frankel | Telephone conference with D. Austern re status, questionnaire; notes re same. | 0.40 |
| 06/29/05 | Roger L. Frankel | Confer with J. Radecki re discount rate issues. | 0.40 |
| 06/29/05 | Roger L. Frankel | Confer with J. Radecki re exclusivity issues. | 0.30 |
| 06/29/05 | Matthew W. Cheney | Work on objection to CMO and Questionnaire motion. | 5.70 |
| 06/29/05 | Matthew W. Cheney | Conference with D. Felder re Questionnaire. | 0.10 |
| 06/29/05 | Richard H. Wyron | Review pleadings, summaries and e-mails on Montana filing (.6); confer with J. Radecki on exclusivity and upcoming filings (.5). | 1.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                              CLIENT:  25369
07/29/05                                                               MATTER: .0007
Page 9                                                                 INVOICE: 290180

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/29/05 | Debra L. Felder | Telephone conference with Bankruptcy Court regarding June 27 hearing audio CD (.1); telephone conference to C. Hartman regarding same (.1); review Debtors' objection to Montana's lift stay motion and prepare e-mail summary to R. Wyron (.8); review Babcock & Wilcox docket and pleadings regarding proof of claim form and case management orders (2.4); conference with S. Grant regarding impact of asbestos bill on Debtors' proposed plan (.2). | 3.60 |
| 06/29/05 | Monique D. Almy | Review Babcock proof of claim form. | 0.80 |
| 06/29/05 | Monique D. Almy | Work on alternative form of questionnaire. | 0.50 |
| 06/29/05 | Monique D. Almy | Review Sealed Air Approval Order. | 0.20 |
| 06/29/05 | Monique D. Almy | Work on finalizing response to CMO/Questionnaire Motion. | 2.50 |
| 06/29/05 | Monique D. Almy | Call with R. Frankel and M. Cheney re response to CMO/Questionnaire Motion and strategy going forward. | 0.40 |
| 06/30/05 | Monique D. Almy | Review response of Unsecured Creditors Committee in Support of Debtors CMO/Questionnaire Motion. | 0.80 |
| 06/30/05 | Monique D. Almy | Begin review of 6/27 transcript. | 0.90 |
| 06/30/05 | Monique D. Almy | Review response of Equity Committee to CMO/Questionnaire. | 0.80 |
| 06/30/05 | Monique D. Almy | Review PI Committee's Objection to CMO/Questionnaire Motion. | 0.80 |
| 06/30/05 | Monique D. Almy | Review response of Federal Insurance Co. to CMO/Questionnaire Motion. | 0.30 |
| 06/30/05 | Monique D. Almy | Review response by Md. Casualty to CMO/Questionnaire motion. | 0.30 |
| 06/30/05 | Monique D. Almy | Review motion to file under seal Confidential Exhibits. | 0.40 |
| 06/30/05 | Monique D. Almy | Review objection by Libby Claimants to CMO/Questionnaire motion. | 0.80 |
| 06/30/05 | Monique D. Almy | Review as filed Opposition by ACC to CMO/Questionnaire motion. | 0.70 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)     CLIENT: 25369
07/29/05     MATTER: .0007
Page 10     INVOICE: 290180

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/30/05 | Debra L. Felder | Review audio CD from June 27 hearing (1.0); review hearing transcript regarding same (1.3); telephone conference with R. Frankel and D. Austern regarding proof of claim/questionnaire (.3). | 2.60 |
| 06/30/05 | Matthew W. Cheney | Calls with C. Hartman re filing objection. | 0.10 |
| 06/30/05 | Matthew W. Cheney | Finalize objection to CMO and Questionnaire Motion. | 3.00 |
| 06/30/05 | Roger L. Frankel | Review, edit objection to CMO motion; confer with M. Cheney re same. | 2.30 |
| 06/30/05 | Roger L. Frankel | Review B&W claim form, instructions; telephone conference with D. Austern, D. Felder re revisions to same for Grace. | 0.80 |
| 06/30/05 | Roger L. Frankel | Review status with R. Wyron. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 52.20 | $24,012.00 |
| Roger L. Frankel | $645.00 | 30.10 | $19,414.50 |
| Richard H. Wyron | $545.00 | 15.40 | $8,393.00 |
| Matthew W. Cheney | $355.00 | 15.40 | $8,393.00 |
| Debra L. Felder | $255.00 | 69.20 | $24,566.00 |
| Kimberly E. Neureiter | $235.00 | 23.10 | $5,428.50 |
| **TOTAL HOURS & FEES** | | **221.40** | **$89,821.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Westlaw Legal Research | 29.94 |
| **TOTAL OTHER CHARGES** | **$29.94** |

CURRENT INVOICE DUE.....................................................................$89,850.94

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0007

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290180

## INVOICE SUMMARY

TOTAL FEES......................................................................................$89,821.00

TOTAL OTHER CHARGES ...................................................................$29.94

**TOTAL AMOUNT DUE** ........................................................................$89,850.94

**REMITTANCE INFORMATION:**

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:       Wachovia Bank, N.A
Account Title:      Swidler Berlin LLP
ABA Routing No.:    054001220
Account No.:        2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290181

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/09/05 | Debra O. Fullem | Review and respond to e-mail from R. Wyron regarding status of CIBC's second supplemental application to extend terms of employment. | 0.10 |
| 06/14/05 | Debra O. Fullem | Prepare CNO on CIBC's second supplemental application regarding extension of employment regarding fee terms. | 0.20 |
| 06/14/05 | Debra O. Fullem | Review and respond to e-mail from M. Almy regarding CNO to be filed on CIBC's second supplemental extension of employment. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra O. Fullem | $195.00 | 0.40 | $78.00 |
| **TOTAL HOURS & FEES** | | **0.40** | **$78.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0010

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290181

## INVOICE SUMMARY

TOTAL FEES..............................................................................................$78.00

TOTAL OTHER CHARGES ...............................................................$0.00

**TOTAL AMOUNT DUE** ...............................................................**$78.00**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Wachovia Bank, N.A.
Account Title:       Swidler Berlin LLP
ABA Routing No.:     054001220
Account No.:         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290184

CLIENT/CASE: 25369.0014

RE: Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/27/05 | Roger L. Frankel | Travel to DC (non-working) | 1.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $322.50 | 1.60 | $516.00 |
| **TOTAL HOURS & FEES** | | **1.60** | **$516.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.......................................................................**$516.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0014

INVOICE DATE: 07/29/05
INVOICE NUMBER: 290184

## INVOICE SUMMARY

TOTAL FEES ..................................................................................$516.00

TOTAL OTHER CHARGES ...............................................................$0.00

**TOTAL AMOUNT DUE** ..............................................................**$516.00**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Wachovia Bank, N.A.
Account Title:        Swidler Berlin LLP
ABA Routing No :    054001220
Account No.:          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**