IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Date: September 1, 2005 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: September 26, 2005 at 12:00 p.m. |
| | ) | |
| | ) | |

## QUARTERLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE SIXTEENTH QUARTERLY INTERIM PERIOD (JANUARY 1, 2005 THROUGH MARCH 31, 2005)

| | |
|---|---|
| **Name of Applicant:** | BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession. |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | January 1, 2005 through March 31, 2005 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | $188,426.00 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 7,128.78   [$4,630.63 – Expense Reimb. and $2,498.15 – Production Costs] |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

This is a:   ☐ Monthly Application   ☒ Quarterly Application   ☐ Final Application

The total time expended for preparation of this fee application is approximately 28.0 hours and the corresponding compensation requested is approximately $6,200.00.[2]

This Quarterly Application filed by BMC is for the 16th Quarterly Interim Period.

## PRIOR APPLICATIONS

| Date Filed | Fee App # | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| 3/4/2003 | N/A | 5th Quarterly 2002 | $107,634.50 | $7,740.07 | $86,107.60 | $7,740.07 |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| 3/4/2003 | N/A | 6th Quarterly 2002 | $152,761.25 | $15,336.23 | $122,209.00 | $15,336.23 |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| 3/4/2003 | N/A | 7th Quarterly 2002 | $191,519.75 | $6,893.53 | $153,215.80 | $6,893.53 |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| 5/15/2003 | 8 Q | 8th Quarterly 2003 | $229,500.25 | $9,928.31 | $183,600.20 | $9,928.31 |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| 9/23/2003 | 9 Q | 9th Quarterly 2003 | $354,035.00 | $15,480.10 | $283,228.00 | $15,480.10 |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| 2/25/2004 | 10 Q | 10th Quarterly 2003 | $260,926.00 | $28,708.57 | $260,926.00 | $28,708.57 |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| 4/13/2004 | 11 Q | 11th Quarterly 2003 | $218,187.00 | $5,819.42 | $218,187.00 | $2,528.88 |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| 6/18/2004 | 12 Q | 12th Quarterly 2004 | $216,671.00 | $4,355.79 | $216,671.00 | $4,355.79 |
| 11/3/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/3/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/3/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| 11/3/2004 | 13 Q | 13th Quarterly 2004 | $198,219.50 | $7,259.62 | $198,219.50 | $7,259.62 |

---

2   The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

## PRIOR APPLICATIONS - continued

| Date Filed | Fee App # | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| 2/7/2005 | 14Q | 14th Quarterly 2004 | $181,246.00 | $5,185.65 | $181,246.00 | $5,185.65 |
| 4/8/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/8/2005 | 32 | 11/1/2004 – 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/8/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| 4/8/2005 | 15Q | 15th Quarterly 2004 | $188,359.50 | $39,401.44 | $188,359.50 | $39,401.44 |
| 8/11/2005 | 34 | 1/1/2005 – 1/31/2005 | $67,384.00 | $2,542.89 | Pending | Pending |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | Pending | Pending |
| 8/11/2005 | 36 | 3/1/2005 – 3/31/2005 | $64,836.00 | $1,716.58 | Pending | Pending |
| 8/11/2005 | 16Q | 16th Quarterly 2005 | $188,426.00 | $7,128.78 | Pending | Pending |

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tinamarie Feil | Chief Financial Officer and co-founder of BMC, 6 years; 23 years experience in bankruptcy and other legal practice areas | $275.00 | 0.2 | $55.00 |
| Martha Araki | Senior Bankruptcy Consultant, 5 years; 19 years bankruptcy experience | $210.00 | 142.0 | $29,820.00 |
| Mark Austin | Senior Data Consultant, 3 months; 11 years prior experience in systems and applications development | $150.00 | 1.2 | $180.00 |
| Roy Baez | Case Support Clerk, 5 years | $65.00 | 12.5 | $812.50 |
| James Bartlett | Case Support Associate, 1-1/2 years | $85.00 | 10.8 | $918.00 |
| Andrea Bosack | Case Information Services Lead, 3 years; 7 years prior experience as Manager of Call Center of major class action and bankruptcy firm | $90.00 | 9.9 | $891.00 |
| Brendan Bosack | Senior Data Consultant, 3-1/4 years; former application project manager for a claims agent; 7 years prior experience in bankruptcy data, application development and reporting | $175.00 | 4.8 | $840.00 |
| Susan Burnett | Consultant, 1-1/2 years; 3 years prior experience as an attorney, 20 years prior accounting and finance experience | $150.00 | 59.3 | $8,895.00 |
| Jacqueline Bush | Data Consultant, 3-1/2 years | $95.00 | 24.3 | $2,308.50 |

3

| Trina Carter | Case Information Clerk, 3 years | $45.00 | 4.5 | $202.50 |
|---|---|---|---|---|
| Phillip Condor | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 37.2 | $2,418.00 |
| Rodulfo Dacalos | Case Analyst, 1 year; 3 years prior legal experience | $65.00 | 27.6 | $1,794.00 |
| Corazon Del Pilar | Case Support Clerk, 1-1/2 years | $45.00 | 10.7 | $481.50 |
| Diane George | Data Consultant, 4 years; 2 years prior bankruptcy experience | $140.00 | 0.7 | $98.00 |
| Ryan Gingoyon | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 85.6 | $5,564.00 |
| Maristar Go | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 19.8 | $1,287.00 |
| Mike Grimmett | Senior Data Consultant, 2-1/2 years; 12 years prior experience bankruptcy and data programming | $175.00 | 101.3 | $17,727.50 |
| Yvette Hassman | Case Support Associate, 2 years; 3 years prior bankruptcy case support experience | $90.00 | 12.5 | $1,125.00 |
| Sue Herrschaft | Senior Consultant, 2-1/2 years; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $210.00 | 419.7 | $88,137.00 |
| Myrtle John | Senior Bankruptcy Consultant, 4 years; 25 years experience in bankruptcy and other legal practice areas | $195.00 | 4.1 | $799.50 |
| Lemuel Jumilla | Case Analyst, 1 year; 3 years prior legal industry experience | $65.00 | 12.6 | $819.00 |
| Alison Keeny | Case Support Associate, 1-1/2 years; 6 years experience in bankruptcy and other legal practice areas | $90.00 | 10.1 | $909.00 |
| Stephenie Kjontvedt | Consultant, 2 years; 15 years experience in bankruptcy consulting | $140.00 | 2.4 | $336.00 |
| Steve Kotarba | Director, 1 year; 7 years prior experience as a bankruptcy attorney | $275.00 | 2.1 | $577.50 |
| Gunther Kruse | Consultant, 2 years; 8 years prior experience in IT industry as database administrator and network manager | $150.00 | 0.3 | $45.00 |
| Marquis Marshall | Case Support Clerk, 1-1/4 years | $45.00 | 15.0 | $675.00 |
| James Myers | Case Support Clerk, 3-1/2 years | $65.00 | 6.7 | $435.50 |
| Belinda Rivera | Case Support Clerk, 1-1/4 years | $45.00 | 2.7 | $121.50 |
| Noreve Roa | Case Analyst, 1 year; 2 years prior legal industry experience | $65.00 | 66.4 | $4,316.00 |
| Airgelou Romero | Case Analyst, 1 year; 3 years prior legal industry experience | $65.00 | 6.4 | $416.00 |
| Lisa Ruppaner | Case Support Associate, 2-1/2 years | $95.00 | 62.5 | $5,937.50 |
| Lisa Schroeder | Case Support Clerk, 2 years | $45.00 | 2.7 | $121.50 |
| Linda Simpson | Practice Support, 1-1/4 years | $65.00 | 0.2 | $13.00 |
| Lucina Solis | Case Support Associate, 1-1/2 years | $45.00 | 3.4 | $153.00 |
| Kong Tan | Data Consultant, 8 months; 5 years prior experience in computer application development | $150.00 | 11.2 | $1,680.00 |
| Brianna Tate | Case Information Clerk, 1-1/2 years | $45.00 | 7.0 | $315.00 |
| Erika Velazquez | Case Support Clerk, 8 months | $65.00 | 0.8 | $52.00 |
| Frank Visconti | Data Consultant, 2-1/4 years; former programmer/analyst Midwest Consulting Group | $125.00 | 21.3 | $2,662.50 |

| Heather Walker | Case Information Clerk, 2-3/4 years | $65.00 | 7.6 | $494.00 |
| --- | --- | --- | --- | --- |
| Anna Wick | Data Consultant, 2-1/2 years | $110.00 | 36.3 | $3,993.00 |

| Grand Total: | Fees: $ 188,426.00 | Hours: 1,266.4 |
| --- | --- | --- |
| Blended Rate: | $148.79 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Asbestos Claims | 187.4 | $33,392.00 |
| Case Administration | 283.8 | $40,093.50 |
| Data Analysis | 198.9 | $29,379.50 |
| Fee Applications-Applicant | 144.9 | $30,429.00 |
| Non-Asbestos Claims | 433.5 | $51,529.50 |
| Plan & Disclosure Statement | 17.9 | $3,602.50 |
| Travel – Non Working | 0.0 | $0.00 |
| Total | 1,266.4 | $188,426.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
| --- | --- | --- |
| b-Linx/Data Storage | BMC | $2,550.00 |
| Document Storage | BMC | $1,512.35 |
| Pacer | US Courts Pacer Website | $553.28 |
| Supplies | Various | $15.00 |
| | | |
| Total | | $4,630.63 |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
| --- | --- | --- |
| January 6, 2005 | BMC (1 mailing) | $215.64 |
| January 12, 2005 | BMC (2 mailings) | $423.72 |
| February 28, 2005 | BMC (1 mailing) | $1,499.71 |
| March 18, 2005 | BMC (4 mailings) | $274.03 |
| March 28, 2005 | BMC (2 mailings) | $85.05 |
| | | |
| Total | | $2,498.15 |

**WHEREFORE**, BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $157,806.68, which is comprised of:

    (i) 80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Sixteenth Quarterly Fee Period (80% of $188,426.00 = $150,740.80);

    (ii) 100% of the actual and necessary costs and expenses incurred by BMC during the Sixteenth Quarterly Fee Period ($7,065.88); and

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: August 9, 2005

BMC GROUP (f/k/a BANKRUPTCY MANAGEMENT CORPORATION)

By: _____
SUE HERRSCHAFT
720 Third Avenue, 23rd Floor
Seattle, Washington 98104
Telephone: (206) 516-3300
Telecopier: (206) 516-3304

Claims Reconciliation and Solicitation
Consultant to the Debtors and
Debtors in Possession

6