# EXHIBIT 2

# BMC Group

### WR Grace
### MONTHLY SUMMARY OF EXPENSES
### For the Month of January 2005

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Pacer | $553.28 |
| Document Storage | $500.25 |
| B-linx User Fee | $850.00 |
| Monthly Total: | $1,903.53 |

EXHIBIT 2

BMC GROUP
Expense Detail

January 2005

| Invoice # | Client | Amount | Date | Expense TypeID | Description |
|-----------|--------|--------|------|----------------|-------------|
| WRG050131 | WR Grace | $850.00 | 1/31/05 | B-linx User Fee | B-linx User Fee |
| WRG050131 | WR Grace | $500.25 | 1/31/05 | Document Storage | 345 boxes |
| WRG050131 | WR Grace | $553.28 | 1/31/05 | Pacer | Qtrly Court Doc Dwnld 10/1-12/31/04 |

EXHIBIT 2

# BMC Group

## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of February  2005

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Supplies | $15.00 |
| Document Storage | $504.60 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,369.60 |

EXHIBIT 2

BMC GROUP
Expense Detail

February 2005

| Invoice # | Client | Vendor | Amount | Date | Expense Type ID | Description |
|-----------|--------|--------|--------|------|-----------------|-------------|
| WRG050228 | WR Grace | BMC | $850.00 | 28-Feb-05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG050228 | WR Grace | BMC | $504.60 | 28-Feb-05 | Document Storage | 348 boxes |
| WRG050228 | WR Grace | Various | $15.00 | 02-Feb-05 | Supplies | Misc Supplies |

EXHIBIT 2

# BMC Group
## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of March 2005

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Document Storage** | $507.50 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,357.50 |

EXHIBIT 2

# BMC Group
## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of March 2005

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Grand Total: | $1,357.50 |

EXHIBIT 2

**BMC GROUP**
**Expense Summary**

March 2005

| Invoice # | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG050331 | WR Grace | BMC | $850.00 | 31-Mar-05 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG050331 | WR Grace | BMC | $507.50 | 31-Mar-05 | Document Storage | 350 boxes |

EXHIBIT 2

**BMC GROUP**                          January 2005
**Production Summary**

| InvoiceID | JobDate | InvoiceTotal |
|-----------|---------|--------------|
| 021-20050106-1 | 1/6/2005 | $215.64 |
| 021-20050112-2 | 1/12/2005 | $359.85 |
| 021-20050112-1 | 1/12/2005 | $51.39 |
| | | $626.88 |

EXHIBIT 2

BMC GROUP
Production Detail

January 2005

Production Date: 1/6/2005
Invoice # : 021-20050106-1

| JobItemType | JobItem | Pages/Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Plan and Disclosure Statement MF 12137 | 464 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1 Piece @ $4.75 each | $4.75 |
| | | | | USPS - 1st Class | 1 Piece @ $7.15 each | $7.15 |
| | | | | USPS - 1st Class | 1 Piece @ $8.55 each | $8.55 |
| | | | Production | Copy | 1392 Pieces @ $.12 each | $167.04 |
| | | | | Stuff and Mail | 3 Pieces @ $.05 each | $0.15 |
| | | | Supplies | Boxes | 3 Pieces @ $1.00 each | $3.00 |
| | | | | | Total: | $215.64 |

BMC GROUP                                    January 2005
Production Detail

Production Date: 1/12/2005
Invoice # : 021-20050112-1
Invoice Notes: Custom Notice Included with Objection

| JobItemType | JobItem | Pages/Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| | 7th Omnibus Objection to Claims (Non-Substantive) | | | | | |
| Noticing Document | MF 12235 | 6 /13 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 13 Pieces @ $.60 each | $7.80 |
| | | | Production | Collate and Stuff | 13 Pieces @ $.08 each | $1.04 |
| | | | | Copy | 78 Pieces @ $.12 each | $9.36 |
| | | | | Variable Print Black Only | 26 Pieces @ $.25 each | $6.50 |
| | | | Supplies | Inkjet and Envelope - Catalog | 13 Pieces @ $.13 each | $1.69 |
| | | | | | Total: | $51.39 |

**BMC GROUP**
**Production Detail**

January 2005

Production Date: 1/12/2005
Invoice #: 021-20050112-2
Invoice Notes: Custom Notice included with objection

| JobItemType | JobItem | Pages / Parties | Steps | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 8th Omnibus Objection to Claims (Substantive) MF 12236 | 18 / 105 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 1 Piece @ $1.55 each | $1.55 |
| | | | | USPS - 1st Class | 104 Pieces @ $.60 each | $62.40 |
| | | | Production | Collate and Stuff | 105 Pieces @ $.08 each | $8.40 |
| | | | | Copy | 1680 Pieces @ $.12 each | $201.60 |
| | | | | Variable Print Black Only | 210 Pieces @ $.25 each | $52.50 |
| | | | Supplies | Inkjet and Envelope - #10 | 105 Pieces @ $.08 each | $8.40 |
| | | | | | Total: | $359.85 |

**BMC GROUP**
**Production Summary**                                    February 2005

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20050228-1 | 2/28/2005 | $1,499.71 |
| | | $1,499.71 |

EXHIBIT 2

BMC GROUP
Production Detail

February 2005

Production Date: 2/28/2005
Invoice # : 021-20050228-1
Invoice Notes: Each Package contained different sets of documents

| JobItemType | JobItem | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Notice of Materially Insuff Support Info, MF 12901 | 630 / 19 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 10 Pieces @ $.60 each | $6.00 |
| | | | | USPS - 1st Class | 4 Pieces @ $.83 each | $3.32 |
| | | | | USPS - 1st Class | 1 Piece @ $1.75 each | $1.75 |
| | | | | USPS - 1st Class | 2 Pieces @ $1.29 each | $2.58 |
| | | | | USPS - 1st Class | 1 Piece @ $8.55 each | $8.55 |
| | | | | USPS - 1st Class | 1 Piece @ $10.35 each | $10.35 |
| | | | Production | Copy | 11970 Pieces @ $.12 each | $1,436.40 |
| | | | | Stuff and Mail | 21 Pieces @ $.05 each | $1.05 |
| | | | Supplies | Boxes | 2 Pieces @ $1.25 each | $2.50 |
| | | | | Inkjet and Envelope - Catalog | 17 Pieces @ $.13 each | $2.21 |
| | | | | | Total: | $1,499.71 |

EXHIBIT 2

**BMC GROUP**                          March 2005
**Production Summary**

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20050318-4 | 3/18/2005 | $165.08 |
| 021-20050318-3 | 3/18/2005 | $38.20 |
| 021-20050318-2 | 3/18/2005 | $43.98 |
| 021-20050318-1 | 3/18/2005 | $1.03 |
| 021-20050328-2 | 3/28/2005 | $59.44 |
| 021-20050328-1 | 3/28/2005 | $0.93 |
| | | $308.66 |

**BMC GROUP**
**Production Detail**

March 2005

Production Date: 3/18/2005
Invoice # : 021-20050318-1

| JobItemType | JobItem | Pages/ Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 8028 - 7th Omni 4 Continuation Order MF<br>13245 | 4 /1 | Postage | USPS - 1st Class | 1 Pieces @ $0.37 each | $0.37 |
| | | | Production | Copy | 4 Pieces @ $.12 each | $0.48 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 1 Piece @ $.13 each | $0.13 |
| | | | | | Total: | $1.03 |

EXHIBIT 2

BMC GROUP                                    March 2005
Production Detail

Production Date: 3/18/2005
Invoice # : 021-20050318-2

| JobItemType | JobItem | Pages/Parties | Steps | Task | Detail | Total |
|---|---|---|---|---|---|---|
| | Dkt No. 8025 - 6th Omni 5 Continuation Order MF | | | | | |
| Noticing Document | 13246 | 8 /13 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | UPS | 13 Pieces @ $.37 each | $4.81 |
| | | | Production | Copy | 104 Pieces @ $.12 each | $12.48 |
| | | | | Fold and Stuff | 13 Pieces @ $.05 each | $0.65 |
| | | | Supplies | Inkjet and Envelope - #10 | 13 Pieces @ $.08 each | $1.04 |
| | | | | | Total | $43.98 |

EXHIBIT 2

BMC GROUP
Production Detail
March 2005

Production Date: 3/18/2005
Invoice # : 021-20050318-3

| JobItemType | JobItem | Pages/Parties | Steps | Task | Details | Total |
|---|---|---|---|---|---|---|
| | Dkt No. 8030-Order re: 7th Omni Obj (Non-Subs) MF | | | | | |
| Noticing Document | 13247 | 5 /12 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 12 Pieces @ $.37 each | $4.44 |
| | | | Production | Copy | 60 Pieces @ $.12 each | $7.20 |
| | | | | Fold and Stuff | 12 Pieces @ $.05 each | $0.60 |
| | | | Supplies | Inkjet and Envelope - #10 | 12 Pieces @ $.08 each | $0.96 |
| | | | | | Total | $38.20 |

EXHIBIT 2

**BMC GROUP**
**Production Detail**

March 2005

**Production Date: 3/18/2005**
**Invoice # : 021-20050318-4**

| JobItemType | JobItem | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 6024-Ord re 8th Omni (substantive) MF 13248 | 20 / 41 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 40 Pieces @ $.83 each | $33.20 |
| | | | | USPS - International | 1 Piece @ $1.10 each | $1.10 |
| | | | Production | Copy | 820 Pieces @ $.12 each | $98.40 |
| | | | | Stuff and Mail | 41 Pieces @ $.05 each | $2.05 |
| | | | Supplies | Inkjet and Envelope - Catalog | 41 Pieces @ $.13 each | $5.33 |
| | | | | | Total: | $165.08 |

EXHIBIT 2

BMC GROUP
Production Detail

March 2005

Production Date: 3/28/2005
Invoice #: 021-20050328-1

| JobItemType | JobItem | Pages / Par | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | DId 8082 - 8th Omni 4 Continuance Order MF 13346 | 4 / 1 | Postage | USPS - 1st Class | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 4 Pieces @ $.12 each | $0.48 |
| | | | | Fold and Stuff | 1 Piece @ $.05 each | $0.05 |
| | | | Supplies | Inkjet and Envelope - #10 | 1 Piece @ $.08 each | $0.08 |
| | | | | | Total: | $0.93 |

EXHIBIT 2

**BMC GROUP**
**Production Detail**

March 2005

Production Date: 3/28/2005
Invoice #: 021-20050328-2

| JobItemType | JobItem | Text60 | JobSpecName | txtJobSpec | txtUnitBreakdown | txtTotal |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 8083 - Omni 8 Continuance Order MF 13347 | 14 / 14 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 14 Pieces @ $.60 each | $8.40 |
| | | | Production | Copy | 196 Pieces @ $.12 each | $23.52 |
| | | | | Stuff and Mail | 14 Pieces @ $.05 each | $0.70 |
| | | | Supplies | Inkjet and Envelope - Catalog | 14 Pieces @ $.13 each | $1.82 |
| | | | | | Total: | $59.44 |

EXHIBIT 2