**Attachment B**
**To Fee Application**

## Summary of PwC's Fees By Professional
## June 2005

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended June 30, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 10.0 | $ 6,190.00 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $619.00 | 1.5 | $ 928.50 |
| William Todd Hutcherson | Audit Senior Manager | 11 | Integrated Audit | $355.00 | 3.0 | $ 1,065.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $342.00 | 28.5 | $ 9,747.00 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 1.9 | $ 674.50 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $225.00 | 5.5 | $ 1,237.50 |
| Sandra David | Audit Manager | 7 | Integrated Audit | $269.00 | 4.4 | $ 1,183.60 |
| Sandra David | Audit Manager | 7 | Puerto Rico Statutory Audit | $228.00 | 1.3 | $ 296.40 |
| Ryan Grady | Audit Senior Associate | 4 | Integrated Audit | $184.00 | 40.3 | $ 7,415.20 |
| Francois C Barnard | Audit Senior Associate | 7 | Integrated Audit | $191.00 | 27.0 | $ 5,157.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $106.00 | 2.0 | $ 212.00 |
| Michael McDonnell | Audit Associate | 3 | Puerto Rico Statutory Audit | $117.00 | 1.5 | $ 175.50 |
| Michael McDonnell | Audit Associate | 3 | Integrated Audit | $138.00 | 3.5 | $ 483.00 |
| Katherine Flower | Intern | <1 | Integrated Audit | $79.00 | 9.9 | $ 782.10 |
| | | | TOTAL | | 140.3 | $ 35,547.30 |

Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

**Total Cost of Tracking Time Billed to Grace**  $ 1204.00
**Total Hours Spent Tracking Time**  9.5

## Summary of PwC's Fees By Project Category:
## June 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 9.5 | $1,204.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |

| | | |
|---|---|---|
| 24-Other | | |
| 25-Accounting/Auditing | 140.30 | $35,547.30 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 149.8 | $36,751.30 |

## Expense Summary
## June 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $89.39 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $89.39 |