# EXHIBIT - A

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended June 30, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 10.0 | $ 6,190.00 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $619.00 | 1.5 | $ 928.50 |
| William Todd Hutcherson | Audit Senior Manager | 11 | Integrated Audit | $355.00 | 3.0 | $ 1,065.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $342.00 | 28.5 | $ 9,747.00 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 1.9 | $ 674.50 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $225.00 | 5.5 | $ 1,237.50 |
| Sandra David | Audit Manager | 7 | Integrated Audit | $269.00 | 4.4 | $ 1,183.60 |
| Sandra David | Audit Manager | 7 | Puerto Rico Statutory Audit | $228.00 | 1.3 | $ 296.40 |
| Ryan Grady | Audit Senior Associate | 4 | Integrated Audit | $184.00 | 40.3 | $ 7,415.20 |
| Francois C Barnard | Audit Senior Associate | 7 | Integrated Audit | $191.00 | 27.0 | $ 5,157.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $106.00 | 2.0 | $ 212.00 |
| Michael McDonnell | Audit Associate | 3 | Puerto Rico Statutory Audit | $117.00 | 1.5 | $ 175.50 |
| Michael McDonnell | Audit Associate | 3 | Integrated Audit | $138.00 | 3.5 | $ 483.00 |
| Katherine Flower | Intern | <1 | Integrated Audit | $79.00 | 9.9 | $ 782.10 |
|  |  | TOTAL |  |  | 140.3 | $ 35,547.30 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name:  William T. Bishop, Jr.

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/7/2005 | 0.5 | Read monthly financial statement package |
| 6/9/2005 | 1.2 | Discuss audit planning with J Newstead. R Grady and D Lloyd (PwC) |
| 6/9/2005 | 0.3 | Correspond with PwC Germany about management changes |
| 6/10/2005 | 0.2 | Discuss management changes with PwC Germany team |
| 6/10/2005 | 0.3 | Discuss management changes with B Tarola (Grace) |
| 6/14/2005 | 0.5 | Prepare performance appraisal |
| 6/20/2005 | 1.2 | Review draft audit committee presentation |
| 6/20/2005 | 0.3 | Discuss audit committee presentation with T Hutcherson (PwC) |
| 6/20/2005 | 1.5 | Discuss audit planning and quarter issues with B Tarola (Grace) |
| 6/28/2005 | 1.0 | Read audit committee advance material |
| 6/29/2005 | 3.0 | Attend audit committee meeting |
| | 10.0 | Total Grace Financial Statement Audit Charged Hours |
| | 10.0 | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name: Robert Keehan

| 6/30/2005 | 1.5 | Review of Form 10-Q and compile commentary for consideration by core engagement team and client |
|-----------|-----|--------------------------------------------------------------------------------------------------|
|  | 1.5 | Total Grace Financial Statement Audit Charged Hours |
|  | 1.5 | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Todd Hutcherson**

| | | |
|------|-------|----------------------------------|
| 6/15/2005 | 1 4 | Compile benchmarking analysis for 2005 fee proposal |
| 6/26/2005 | 1 6 | Prepare Report to the Audit Committee on Audit Scope for 2005 audit. |

| | 3.0 | Total Grace Financial Statement Audit Charged Hours |
|------|-------|----------------------------------|
| | 3.0 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Tax
Month ended June 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|---------------------------------|

Name:  Jody Beth Underhill

TAX TIME INCURRED

| Date | Hours | Description of Services Provided |
|------|-------|---------------------------------|
| 6/21/2005 | 1.0 | Review preliminary second quarter tax provision schedules |
| 6/27/2005 | 1.5 | Discuss second quarter tax provision schedules with Joe Gibbs (Grace) |
| 6/28/2005 | 3.0 | Discuss accounting treatment for potential hedging transactions with Joe Gibbs (Grace) and perform related research for tax implications |
| | 5.5 | Total Grace Tax Charged Hours |
| | 5.5 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Tax
Month ended June 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name:  Sandra David

Audit Hours

| | | |
|------|-----|-----|
| 6/7/2005 | 2.0 | Review and sign-off of performance appraisals |
| 6/14/2005 | 0.5 | Review and sign-off of performance appraisals |
| 6/15/2005 | 0.5 | Review and sign-off of performance appraisals |
| 6/17/2005 | 0.6 | Planning for Q2 timing with client |
| 6/20/2005 | 0.3 | Planning for Q2 timing with client |
| 6/22/2005 | 0.5 | Review of Q2 schedule request |
| | 4.4 | Total Grace Financial Statement Audit Charged Hours |

Darex Puerto Rico TIME INCURRED

| | | |
|------|-----|-----|
| 6/22/2005 | 1.3 | Preparation of Darex Puerto Rico engagement letter and follow up on status of open items |
| | 5.7 | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/3/2005 | 1.0 | Review of prior year documentation |
| 6/7/2005 | 0.5 | emails |
| | 0.1 | telephone call with B Kenny |
| | 0.9 | planning and scoping |
| | 1.0 | review of prior year documentation related to risk control matrices |
| 6/8/2005 | 0.1 | phones calls to Ryan Grady to set up meeting |
| | 0.9 | preparation for meeting on 6/9 |
| 6/9/2005 | 2.0 | meeting with R Grady and David Lloyd PwC |
| | 2.0 | fee estimates and budgets |
| | 0.5 | emails re staffing |
| | 0.5 | email re IT planning consideration |
| 6/10/2005 | 1.5 | planning and scoping questions related to IT |
| | 0.6 | emails re IT |
| | 0.4 | data base search |
| | 0.7 | document review - systems |
| | 0.8 | action items and considerations for Year 2 approach |
| 6/15/2005 | 1.3 | emails and document analysis related to IT and fin processes |
| | 0.7 | further planning re international testing |
| 6/17/2005 | 1.0 | review of 2004 issues in Worms |
| 6/22/2005 | 0.6 | international CLC testing consideration |
| | 0.2 | email re CLCs |
| | 1.4 | scoping of Tier 1 locations |
| | 0.8 | IT environments cosndierations |
| 6/23/2005 | 1.0 | emails and matrix review for envrionmental considerations |
| 6/27/2005 | 2.3 | review of 2004 documentation for update purposes |
| | 1.3 | review of IT general controls matrix |
| | 0.8 | IT application controls risk analysis |
| | 0.1 | phone call to B Kenny |
| 6/28/2005 | 1.5 | rsik matrix reviews |
| | 0.8 | emails re scoping |
| | 0.7 | review of client documentation on IT testing |
| | 0.5 | discussion with F B PwC |
| | **28.5** | Total Grace Time Tracking Charged Hours |
| | **28.5** | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended June 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Ryan Grady**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/3/2005 | 2.0 | Review first version of location scoping documentation received from Grace and compile comments |
| | 1.5 | Continue review of scoping documentation |
| | 2.3 | Document initial assessment of scoping process based on analysis received from Grace |
| 6/6/2005 | 2.5 | Review current guidance related to Sarbanes Oxley scoping procedures |
| 6/7/2005 | 0.5 | Discussion analysis of significant accounts with B Kenny (Grace) |
| | 1.3 | Review current guidance related to Sarbanes Oxley scoping procedures |
| 6/8/2005 | 1.3 | Prepare planning agenda for discussion to be held with PwC team |
| | 1.5 | Prepare planning agenda for discussion to be held with PwC team |
| | 2.0 | Analyze current controls reliance approach and document in summary form for inclusion in audit file |
| | 1.0 | Continue with controls reliance summary noted above |
| 6/9/2005 | 1.2 | Audit planning and strategy meeting with J Newstead, D Lloyd, B Bishop (PwC) |
| | 0.8 | Continue meeting with J Newstead, D Lloyd (PwC) re: audit planning |
| | 0.9 | Document summary planning memo for use in internal team discussion. |
| | 1.8 | Document planning procedures performed in database relative to scoping process |
| | 1.0 | Document planning procedures performed in database relative to scoping process |
| | 0.8 | Review prior year documentation and assess needed changes for current year |
| 6/27/2005 | 2.3 | Review controls documentation from Grace's portal for current year design effectiveness - Curtis Bay |
| | 2.5 | Review controls documentation from Grace's portal for current year design effectiveness - Curtis Bay |
| | 1.3 | Review controls documentation from Grace's portal for current year design effectiveness - Corporate |
| | 0.5 | Discuss changes noted in controls with B Kenny (Grace) |
| 6/28/2005 | 2.5 | Review controls documentation from Grace's portal for current year design effectiveness - Cambridge |
| | 2.1 | Review controls documentation from Grace's portal for current year design effectiveness - Lake Charles |
| | 2.1 | Review controls documentation from Grace's portal for current year design effectiveness - Worms |
| | 1.1 | Document results of review of above documentation |
| 6/29/2005 | 2.0 | Review controls documentation from Grace's portal for current year design effectiveness - Epernon |
| | 1.5 | Document results of review of above documentation |
| | **40.3** | Total Grace Tax Charged Hours |
| | **40.3** | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended June 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Francois Barnard**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/8/2005 | 0.24 | Review of last years database to understand the environment as part of the planning process - IT Control Environment |
| | 0.24 | Review of last years database to understand the environment as part of the planning process - Access to programs and data |
| | 0.24 | Review of last years database to understand the environment as part of the planning process - Computer Operations |
| | 0.06 | Review of last years database to understand the environment as part of the planning process - Program Development |
| | 0.48 | Review of last years database to understand the environment as part of the planning process - Change Management |
| | 1.20 | Review of last years database to understand the environment as part of the planning process - Application controls work (Database, Unix etc.) |
| | 0.18 | Review Retain and book personnel for project. Contact security group and schedule Unix and Oracle work. |
| | 2.46 | Define and document planning and complete hour estimation |
| 6/14/2005 | 2.4 | Extracting corporate controls from 404 documents |
| | 3.66 | Mapping controls to Master data template to review coverage of different points of focus to determine whether or not the client have provided adequate coverage |
| 6/27/2005 | 1.2 | Pulled application/automated controls from corporate documentation |
| | 0.36 | Pulled application/automated controls from Davison - Chicago App controls |
| | 0.42 | Pulled application/automated controls from Davison - Columbia App controls |
| | 0.36 | Pulled application/automated controls from Davison - DavisonNA OthechemRCM app controls |
| | 0.24 | Pulled application/automated controls from Davison - DavisonNA PolyolefinRCM App Controls |
| | 0.18 | Pulled application/automated controls from Davison - DavisonNA SilicasRCM App Controls |
| | 0.18 | Pulled application/automated controls from Davison - DavisonNAFCCHydroRCM App Controls |
| | 0.24 | Pulled application/automated controls from Davison - Curtis Bay Fluid Cracking Catalysts App Controls |
| | 0.18 | Pulled application/automated controls from Davision - Curtis Bay Hydro-Processing App Controls |
| | 0.12 | Pulled application/automated controls from Davison - Curtis Bay Polyolefins App Controls |
| | 0.18 | Pulled application/automated controls from Davison - Curtis Bay Silicas App Controls |
| | 0.36 | Pulled application/automated controls from Davison - Curtis BayRCM |
| | 0.42 | Pulled application/automated controls from Davison - Lake CharlesLARCM App Controls |
| | 0.42 | Pulled application/automated controls from Davison - Worms, GermanyRCM App Controls |
| | 0.18 | Pulled application/automated controls from Davison - Worms SilicasRCM App Controls |
| | 0.54 | Pulled application/automated controls from Davison - Worms Hydro-Processing and ARTRCM |
| | 0.18 | Pulled application/automated controls from Davidson - Worms Fluid Cracking Catalysts |
| | 0.12 | Pulled application/automated controls from Davison - SingaporeWheelockRCM |
| | 0.18 | Pulled application/automated controls from Performance - Cambridge, MARCM App Controls |
| | 0.18 | Pulled application/automated controls from Perfromance - 51st StreetRCM App Controls |
| | 0.24 | Pulled application/automated controls from Performance - Darex 51stRCM App Controls |
| | 0.36 | Pulled application/automated controls from Performance - Darex SBM51stRCM App Controls |
| | 0.18 | Pulled application/automated controls from Performance - Darex SCC51stRCM App Controls |
| | 0.24 | Pulled application/automated controls from Performance - 65th StreetRCM App Controls |
| 6/28/2005 | 0.7 | Pulled application/automated controls from Perforamnce - Epernon, FranceRCM App Controls |
| | 0.18 | Pulled application/automated controls from Performance - Houstaon App Controls |
| | 0.36 | Pulled application/automated controls from Performance - SingaporeRCM App Controls |
| | 1.24 | Formatting controls extracted from different excel sheets into a combined document |
| 6/29/2005 | 2.88 | Segregating the list of controls between Automated controls and Restricted Access Controls (Restricted Access and Segregation of duties) |
| | 3.12 | Review of automated controls and IT controls extracted from documents |
| | **27.0** | Total Grace Audit Charged Hours |
| | **27.0** | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended June 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Erica Margolius** | | |
| 6/21/2005 | 2.0 | Create "Prepared by Client" documents for Corporate and Davison. Email to P Reinhardt (Grace) |
| | 2.0 | Total Grace Audit Charged Hours |
| | 2.0 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended June 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name:  Michael McDonnell

Darex Puerto Rico TIME INCURRED

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/8/2005 | 2.0 | PADP for Nick Barrett |
| 6/22/2005 | 1.5 | Darex Puerto Rico time reporting for May |
| | | Darex Puerto Rico engagement letter. |
| | 3.5 | Total Grace Darex Puerto Rico Charged Hours |

Audit Hours

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/22/2005 | 1.5 | Preparing and Reviewing the Q2 agenda with German Huerta, grace new controller |
| | | Discussing procedures for the quarter |
| | | Discussing the new accounting deptment structure |
| | 1.5 | Total Grace Financial Statement Audit Charged Hours |
| | 5.0 | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended June 30, 2005**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  David Lloyd**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/9/2005 | 0.5 | Meeting with B Bishop (PwC) to discuss background on W  R  Grace and my role on the engagement. |
| 6/9/2005 | 1.0 | Meeting with B Bishop, R Grady and J Newstead (PwC) to discuss plans to integrating the audit for 2005. |
| 6/27/2005 | 0.2 | Call with J Newtead (PwC) to discuss status of review of internal control documentation. |
| 6/28/2005 | 0.2 | Discuss internal control documentation with R Grady (PwC) |

| | | |
|------|-------|----------------------------------|
| | 1.9 | Total Grace Audit Charged Hours |
| | 1.9 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended June 30, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name:  Katie Flower

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/27/05 | 1.8 | Download and prepare all risk matrices from Grace database |
| 6/28/05 | 0.5 | Meet with R. Grady (PwC) to discuss Grace matrices |
|  | 2.5 | Compare PwC's risk matrices to Grace's |
|  | 0.4 | Compare PwC's risk matrices to Grace's |
|  | 1.4 | Compare PwC's risk matrices to Grace's |
| 6/29/05 | 2.0 | Compare PwC's risk matrices to Grace's |
|  | 1.3 | Compare PwC's risk matrices to Grace's |
|  | 9.9 | Total Grace Audit Charged Hours |
|  | 9.9 | Total Hours |

WR Grace and Co.
Time Summary Report - Time Tracking
Month ended June 30, 2005

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | | |
|------|-------|----------------------------------|-----------|---|---------------|---|---|
| **TIME TRACKING TIME INCURRED** | | | | | | | |
| **Name:  John Newstead** | | | | | | | |
| 6/28/2005 | 0 5 | convert internal time records into format compliant with the local bankruptcy rules | $ | 342 00  $ | 171 00 | | |
| 6/29/2005 | 1 0 | convert internal time records into format compliant with the local bankruptcy rules | $ | 342 00  $ | 342 00 | | |
| | **1.5** | Total Grace Time Tracking Charged Hours | | | | $ | 513.00 |
| **Name: Nicholas Stromann** | | | | | | | |
| 6/20/2005 | 1 0 | convert internal time records into format compliant with the local bankruptcy rules | $ | 138 00  $ | 138 00 | $ | 138.00 |
| | **1.0** | Total Grace Time Tracking Charged Hours | | | | | |
| **Name:  Allison Reeder** | | | | | | | |
| 6/22/2005 | 2 0 | Prepare fee application for submission to bankruptcy courts | $ | 79 00  $ | 158.00 | | |
| 6/23/2005 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ | 79 00  $ | 79 00 | | |
| 6/24/2005 | 2 0 | Prepare fee application for submission to bankruptcy courts | $ | 79 00  $ | 158 00 | | |
| 6/26/2005 | 2 0 | Prepare fee application for submission to bankruptcy courts | $ | 79 00  $ | 158 00 | | |
| | **7.0** | Total Grace Time Tracking Charged Hours | | | | $ | 553.00 |
| **Totals** | **9.5** | | | | $ | 1,204.00 | |