# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended June 30, 2005

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Ryan Grady | Audit | 6/2/05 | $ 12.96 | | | | Mileage reimbursement - 58 miles less 26 base x $0.405 = $12.96 |
| | Audit | 6/8/05 | $ 12.96 | | | | Mileage reimbursement - 58 miles less 26 base x $0.405 = $12.96 |
| | Audit | 6/9/05 | $ 21.47 | | | | Mileage reimbursement - 79 miles less 26 base x $0.405 = $12.96 |
| William T. Bishop | Audit | 6/29/05 | | | $15.00 | | Parking for audit committee meeting |
| David Lloyd | Audit | 6/9/05 | $ 27.00 | | | | Roundtrip mileage to Tysons Corner office for meeting with B. Bishop (PwC), R. Grady (PwC) and J. Newstead (PwC) - 66 miles |
| Summary | | Total $ 89.39 | Transportation $ 89.39 | Lodging $ - | Sundry $ - | Business Meals | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended June 30, 2005

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| Ryan Grady | 6/3/05 | Audit Senior Associate | $ 12.96 | Mileage reimbursement - 58 miles less 26 base x $0.405 = $12.96 |
| | 6/8/05 | Audit Senior Associate | $ 12.96 | Mileage reimbursement - 58 miles less 26 base x $0.405 = $12.96 |
| | 6/9/05 | Audit Senior Associate | $ 21.47 | Mileage reimbursement - 79 miles less 26 base x $0.405 = $12.96 |
| | | | $ 47.39 | |
| William T. Bishop | 6/29/05 | Audit Partner | $15.00 | Parking for audit committee meeting |
| | | | $ 15.00 | |
| David Lloyd | 6/9/05 | Audit Senior Manager | $ 27.00 | Roundtrip mileage to Tysons Corner office for meeting with B. Bishop (PwC), R. Grady (PwC) and J. Newstead (PwC) - 66 miles |
| | | Grand Total | $ 89.39 | |