```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 04/11/05  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1      60.00
 #6123     develop and send questions for Rabinovitz about       600.00
           alternative methods for compensating asbestos
           victims

 04/29/05  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1      60.00
 #6154     telephone Lederer about numbers of expedited claims;  600.00
           review Lederer email response
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 2

                    W. R. Grace


Date/Slip# Description                                        HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 04/04/05  Peterson   / (07) Committee, Creditors'                 0.2      120.00
 #6105     telephone Inselbuch to discuss TDP analysis           600.00

 04/08/05  Peterson   / (07) Committee, Creditors'                 0.2      120.00
 #6116     email correspondence and telephone: Forscey; Finch    600.00
           re: alternative methods for compensating asbestos
           claims

 04/08/05  Peterson   / (07) Committee, Creditors'                 1.7     1020.00
 #6122     finish and send memo to Inselbuch re: developing TDP  600.00
           values and parameter

 04/08/05  Relles     / (07) Committee, Creditors'                 0.5      187.50
 #6311     read Peterson memo to Inselbuch                       375.00

 04/08/05  Relles     / (07) Committee, Creditors'                 0.7      262.50
 #6313     revise Peterson memo to Inselbuch                     375.00

 04/25/05  Peterson   / (07) Committee, Creditors'                 0.2      120.00
 #6149     meet with Finch and Forscey re: statement about       600.00
           proposed plans for compensation of asbestos
           claimants
```

{D0044018:1 }

```
Date: 05/21/05            Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 3

                     W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 04/01/05  Peterson  / (16) Plan and Disclosure Statement        0.2       120.00
 #6101     telephone conference: Roy re: alternative methods   600.00
           for compensation of asbestos claims

 04/01/05  Peterson  / (16) Plan and Disclosure Statement        0.2       120.00
 #6102     prepare for conference with Roy re: alternative     600.00
           methods for compensation of asbestos claims

 04/02/05  Peterson  / (16) Plan and Disclosure Statement        0.3       180.00
 #6104     review and collect previous materials on alternative 600.00
           methods for compensating asbestos claimants, draft
           memo to Roy

 04/05/05  Peterson  / (16) Plan and Disclosure Statement        0.3       180.00
 #6106     telephone Relles re: order statistics for TDP inputs 600.00

 04/05/05  Peterson  / (16) Plan and Disclosure Statement        1.1       660.00
 #6107     review order statistics as bases for determining TDP 600.00
           values

 04/05/05  Relles    / (16) Plan and Disclosure Statement        1.5       562.50
 #6301     compute order statistics for TDP inputs (1.2);       375.00
           telephone Peterson (.3) re: results

 04/06/05  Peterson  / (16) Plan and Disclosure Statement        0.1        60.00
 #6108     telephone Florence re: meeting to discuss            600.00
           alternative methods for compensating asbestos claims

 04/06/05  Peterson  / (16) Plan and Disclosure Statement        0.5       300.00
 #6109     telephone Relles to discuss TDP value analysis       600.00

 04/06/05  Peterson  / (16) Plan and Disclosure Statement        1.8      1080.00
 #6110     review analyses of settlement amounts and trends as  600.00
           bases for TDP values

 04/06/05  Relles    / (16) Plan and Disclosure Statement        1.5       562.50
 #6302     locate programs for 2000-2001 settlement years       375.00
           processing;  develop order statistics through 2001
           for input to TDP computations

 04/06/05  Relles    / (16) Plan and Disclosure Statement        2.5       937.50
 #6303     generate trial values for several TDPs (2.0);        375.00
           telephone Peterson (several, .5) re: results

 04/07/05  Peterson  / (16) Plan and Disclosure Statement        0.5       300.00
 #6112     telephone Relles re: TDP values results              600.00
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 4

                      W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
04/07/05   Peterson  / (16) Plan and Disclosure Statement      0.5     300.00
#6113      telephone Relles (several calls) re: discuss TDP  600.00
           simulation results

04/07/05   Peterson  / (16) Plan and Disclosure Statement      2.6    1560.00
#6114      work on memo re: establishing TDP values          600.00

04/07/05   Relles    / (16) Plan and Disclosure Statement      2.4     900.00
#6304      generate analysis files, review output, fix bugs 375.00

04/07/05   Relles    / (16) Plan and Disclosure Statement      1.6     600.00
#6305      generate projections, review output, fix bugs    375.00

04/07/05   Relles    / (16) Plan and Disclosure Statement      0.5     187.50
#6306      telephone Peterson re: TDP values results        375.00

04/07/05   Relles    / (16) Plan and Disclosure Statement      1.6     600.00
#6307      generate trust simulations, review output, fix bugs 375.00

04/07/05   Relles    / (16) Plan and Disclosure Statement      1.2     450.00
#6308      review steps in earlier 2002 analyses to debug   375.00
           output

04/07/05   Relles    / (16) Plan and Disclosure Statement      0.5     187.50
#6309      telephone Peterson (several calls) re: discuss TDP 375.00
           simulation results

04/08/05   Peterson  / (16) Plan and Disclosure Statement      0.2     120.00
#6117      prepare for conference call with Cornyn and staff 600.00
           members about alternative methods for compensating
           asbestos claims

04/08/05   Peterson  / (16) Plan and Disclosure Statement      0.2     120.00
#6118      telephone conference with Cornyn and staff members 600.00
           about alternative methods for compensating asbestos
           claims

04/08/05   Peterson  / (16) Plan and Disclosure Statement      0.6     360.00
#6120      telephone Relles (several calls) re: WRG memo and 600.00
           additional analysis

04/08/05   Peterson  / (16) Plan and Disclosure Statement      1.2     720.00
#6121      compare liability forecasts in tort and under    600.00
           proposed TDP
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 5

                     W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 04/08/05  Relles    / (16) Plan and Disclosure Statement      1.9     712.50
 #6312     update computations to provide tables for Peterson 375.00
           memo

 04/08/05  Relles    / (16) Plan and Disclosure Statement      0.6     225.00
 #6314     telephone Peterson (several calls) re: WRG memo and 375.00
           additional analysis

 04/11/05  Peterson  / (16) Plan and Disclosure Statement      0.3     180.00
 #6124     telephone Relles re: additional TDP variations     600.00

 04/11/05  Peterson  / (16) Plan and Disclosure Statement      0.5     300.00
 #6125     plan additional TDP analyses and send memo re:     600.00
           additions to Relles

 04/11/05  Relles    / (16) Plan and Disclosure Statement      0.3     112.50
 #6315     telephone Peterson re: additional TDP variations   375.00

 04/14/05  Peterson  / (16) Plan and Disclosure Statement      0.4     240.00
 #6130     telephone Relles re: status of TDP and Tort analyses 600.00

 04/14/05  Peterson  / (16) Plan and Disclosure Statement      1.5     900.00
 #6131     review earlier forecasts and current TDP analysis  600.00

 04/14/05  Peterson  / (16) Plan and Disclosure Statement      1.7    1020.00
 #6132     draft memo on TDP values and prior forecasts       600.00

 04/14/05  Relles    / (16) Plan and Disclosure Statement      0.7     262.50
 #6325     run TDP analysis, summarize                        375.00

 04/14/05  Relles    / (16) Plan and Disclosure Statement      1.5     562.50
 #6326     run Tort analysis, summarize                       375.00

 04/14/05  Relles    / (16) Plan and Disclosure Statement      0.4     150.00
 #6327     telephone Peterson re: status of TDP and Tort      375.00
           analyses

 04/14/05  Relles    / (16) Plan and Disclosure Statement      0.8     300.00
 #6328     update Grace TDP for additional scheduled values   375.00
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 6

                    W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 04/25/05  Peterson  / (20) Travel - Non-working                      0.8   240.00
 #6146     travel to Washington                                    300.00

 04/27/05  Peterson  / (20) Travel - Non-working                      0.8   240.00
 #6152     travel to Thousand Oaks                                 300.00
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                               Page 7

                    W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
04/01/05    Peterson   / (28) Data Analysis                      0.1      60.00
#6103       review prior CBO analyses of asbestos liabilities  600.00

04/07/05    Peterson   / (28) Data Analysis                      0.1      60.00
#6111       assemble and review materials for Friday conference 600.00
            call on alternative methods

04/08/05    Peterson   / (28) Data Analysis                      0.1      60.00
#6115       telephone Relles re: find and email CBO analysis of 600.00
            alternative mechanisms for compensating asbestos
            claims

04/08/05    Peterson   / (28) Data Analysis                      0.2     120.00
#6119       prepare materials summarizing quantitative analyses 600.00
            of alternative methods

04/08/05    Relles     / (28) Data Analysis                      0.1      37.50
#6310       telephone Peterson re: find and email CBO analysis  375.00
            of alternative mechanisms for compensating asbestos
            claims

04/12/05    Peterson   / (28) Data Analysis                      0.2     120.00
#6126       telephone Relles re: discuss cash flow computations 600.00
            for alternative methods for compensating asbestos
            claims

04/12/05    Peterson   / (28) Data Analysis                      0.8     480.00
#6127       work on analyses of timing and costs of alternative 600.00
            methods for compensating asbestos claims

04/12/05    Relles     / (28) Data Analysis                      0.1      37.50
#6316       read descriptions of new proposals for alternative  375.00
            methods for compensating asbestos claims

04/12/05    Relles     / (28) Data Analysis                      0.2      75.00
#6317       review cash flow computations alternative methods   375.00
            for compensating asbestos claims

04/12/05    Relles     / (28) Data Analysis                      0.1      37.50
#6318       revise cash flow simulations; run cash flow         375.00
            simulations; study output from simulations

04/12/05    Relles     / (28) Data Analysis                      0.2      75.00
#6319       telephone Peterson re: discuss cash flow            375.00
            computations for alternative methods for
            compensating asbestos claims
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 8

                           W. R. Grace


Date/Slip#  Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
04/13/05    Peterson  / (28) Data Analysis                         0.1      60.00
#6128       telephone Relles re: slide presentations regarding  600.00
            operations of alternative means for compensating
            asbestos claims

04/13/05    Peterson  / (28) Data Analysis                         0.7     420.00
#6129       analyze alternative means for compensating asbestos 600.00
            claims and prepare summary materials describing the
            analysis

04/13/05    Relles    / (28) Data Analysis                         0.2      75.00
#6320       revise cash flow simulations, run and debug output  375.00

04/13/05    Relles    / (28) Data Analysis                         0.1      37.50
#6321       summarize results of cash flow simulations, develop 375.00
            graphics

04/13/05    Relles    / (28) Data Analysis                         0.2      75.00
#6322       revise and rerun cash flow simulations and summaries 375.00

04/13/05    Relles    / (28) Data Analysis                         0.1      37.50
#6323       develop slide presentations                         375.00

04/13/05    Relles    / (28) Data Analysis                         0.1      37.50
#6324       telephone Peterson re: slide presentations          375.00

04/15/05    Peterson  / (28) Data Analysis                         0.1      60.00
#6133       review materials on alternative methods for         600.00
            compensating asbestos claims

04/16/05    Relles    / (28) Data Analysis                         0.2      75.00
#6329       review slides evaluating alternative methods for    375.00
            compensating asbestos claims

04/17/05    Relles    / (28) Data Analysis                         0.1      37.50
#6330       update computations on estimated effects of         375.00
            alternative methods for compensating asbestos claims

04/17/05    Relles    / (28) Data Analysis                         0.1      37.50
#6331       compose email to Kazan                              375.00

04/18/05    Peterson  / (28) Data Analysis                         0.1      60.00
#6134       telephone Relles re: email concerning alternative   600.00
            methods for compensating asbestos claims
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                                   Page 9

                      W. R. Grace


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/18/05   Relles   / (28) Data Analysis                          0.1      37.50
 #6332      telephone Cooney re: discuss alternative methods for 375.00
            compensating asbestos claims

 04/18/05   Relles   / (28) Data Analysis                          0.1      37.50
 #6333      review spreadsheets, develop simple summary of       375.00
            alternative methods for compensating asbestos claims

 04/18/05   Relles   / (28) Data Analysis                          0.1      37.50
 #6334      review email to Peterson concerning alternative      375.00
            methods for compensating asbestos claims

 04/18/05   Relles   / (28) Data Analysis                          0.1      37.50
 #6335      telephone Peterson re: email concerning alternative  375.00
            methods for compensating asbestos claims

 04/19/05   Relles   / (28) Data Analysis                          0.2      75.00
 #6336      review alternative methods for compensating asbestos 375.00
            claims, extract information on revenues for revised
            simulation of performance of proposed compensation
            fund

 04/19/05   Relles   / (28) Data Analysis                          0.1      37.50
 #6337      review email to Peterson concerning alternative      375.00
            methods for compensating asbestos claims

 04/20/05   Peterson / (28) Data Analysis                          0.2     120.00
 #6135      review analyses of alternative methods for           600.00
            compensating asbestos claims

 04/20/05   Relles   / (28) Data Analysis                          0.1      37.50
 #6338      review email to Peterson concerning alternative      375.00
            methods for compensating asbestos claims

 04/21/05   Peterson / (28) Data Analysis                          0.8     480.00
 #6136      review proposed alternative methods for compensation 600.00
            of asbestos claims; develop analyses of proposal

 04/21/05   Peterson / (28) Data Analysis                          0.1      60.00
 #6137      telephone Relles re: exhibits about alternative      600.00
            methods for compensating asbestos claims.

 04/21/05   Relles   / (28) Data Analysis                          0.1      37.50
 #6339      update rules on how much can be borrowed to finance  375.00
            alternative methods for compensating asbestos claims
```

{D0044018:1 }

```
Date: 05/21/05             Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 10

                   W. R. Grace


Date/Slip# Description                                 HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 04/21/05  Relles    / (28) Data Analysis                    0.5    187.50
 #6340     design slides for meeting re: alternative methods 375.00
           for compensating asbestos claims

 04/21/05  Relles    / (28) Data Analysis                    0.1     37.50
 #6341     telephone Peterson re: slides for meeting on     375.00
           compensating asbestos claims

 04/22/05  Peterson  / (28) Data Analysis                    0.6    360.00
 #6138     plan, design and review cash flow models of proposed 600.00
           plan for compensation asbestos claimants

 04/22/05  Peterson  / (28) Data Analysis                    0.2    120.00
 #6139     review proposed plan for compensation asbestos   600.00
           claimants

 04/22/05  Peterson  / (28) Data Analysis                    0.1     60.00
 #6140     telephone Relles re: cash flow models            600.00

 04/22/05  Peterson  / (28) Data Analysis                    0.1     60.00
 #6141     telephone Relles re: effects of special cancers  600.00
           treatment on cash flows

 04/22/05  Relles    / (28) Data Analysis                    0.2     75.00
 #6342     read proposed plan for compensation asbestos     375.00
           claimants

 04/22/05  Relles    / (28) Data Analysis                    0.2     75.00
 #6343     update forecasting models and liability estimates to 375.00
           correspond to proposed plan for compensation
           asbestos claimants

 04/22/05  Relles    / (28) Data Analysis                    0.3    112.50
 #6344     develop and debug cash flow models for proposed plan 375.00
           for compensation asbestos claimants

 04/22/05  Relles    / (28) Data Analysis                    0.2     75.00
 #6345     run several variations of cash flow models, read and 375.00
           summarize output

 04/22/05  Relles    / (28) Data Analysis                    0.2     75.00
 #6346     additional development of cash flow models       375.00

 04/22/05  Relles    / (28) Data Analysis                    0.1     37.50
 #6347     telephone Peterson re: cash flow models          375.00
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 11

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/22/05  Relles    / (28) Data Analysis                       0.1      37.50
 #6348     telephone Peterson re: effects of special cancers  375.00
           treatment on cash flows

 04/23/05  Peterson  / (28) Data Analysis                       0.1      60.00
 #6142     telephone Relles re: results from cash flow models 600.00

 04/23/05  Peterson  / (28) Data Analysis                       0.9     540.00
 #6143     draft written statement about proposed plan for   600.00
           compensation asbestos claimants; work on cash flows
           discussed in statement

 04/23/05  Relles    / (28) Data Analysis                       0.3     112.50
 #6349     work on modeling effects of special cancers       375.00
           treatment on cash flows

 04/23/05  Relles    / (28) Data Analysis                       0.3     112.50
 #6350     work on cash flow models                          375.00

 04/23/05  Relles    / (28) Data Analysis                       0.2      75.00
 #6351     summarize cash flow models                        375.00

 04/23/05  Relles    / (28) Data Analysis                       0.2      75.00
 #6352     develop several additional parameter variations for 375.00
           cash flow models

 04/23/05  Relles    / (28) Data Analysis                       0.1      37.50
 #6353     rerun cash flow models, summarize and check output 375.00

 04/23/05  Relles    / (28) Data Analysis                       0.1      37.50
 #6354     help to develop text for statement about proposed  375.00
           plan for compensation asbestos claimants

 04/23/05  Relles    / (28) Data Analysis                       0.1      37.50
 #6355     telephone Peterson re: results from cash flow models 375.00

 04/24/05  Peterson  / (28) Data Analysis                       1.1     660.00
 #6144     complete statement about proposed plans for       600.00
           compensation of asbestos claimants

 04/24/05  Peterson  / (28) Data Analysis                       0.1      60.00
 #6145     telephone Relles re: statement about proposed plans 600.00
           for compensation of asbestos claimants
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 12

                       W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/24/05   Relles    / (28) Data Analysis                      0.1       37.50
 #6356      read and revise text of statement about proposed  375.00
            plans for compensation of asbestos claimants

 04/24/05   Relles    / (28) Data Analysis                      0.1       37.50
 #6357      develop output on interest rate variations        375.00

 04/24/05   Relles    / (28) Data Analysis                      0.2       75.00
 #6358      update programs, rerun cash flow projections     375.00

 04/24/05   Relles    / (28) Data Analysis                      0.1       37.50
 #6359      update summary tables                            375.00

 04/24/05   Relles    / (28) Data Analysis                      0.1       37.50
 #6360      update cash flow spreadsheets                    375.00

 04/24/05   Relles    / (28) Data Analysis                      0.1       37.50
 #6361      telephone Peterson re: statement about proposed  375.00
            plans for compensation of asbestos claimants

 04/24/05   Relles    / (28) Data Analysis                      0.2       75.00
 #6362      update statement about proposed plans for        375.00
            compensation of asbestos claimants

 04/25/05   Peterson  / (28) Data Analysis                      0.1       60.00
 #6147      telephone Relles re: cash flow spreadsheets      600.00

 04/25/05   Peterson  / (28) Data Analysis                      0.2      120.00
 #6148      review statement about proposed plans for        600.00
            compensation of asbestos claimants

 04/25/05   Relles    / (28) Data Analysis                      0.3      112.50
 #6363      construct various printouts, send to Caplin-Drysdale 375.00

 04/25/05   Relles    / (28) Data Analysis                      0.2       75.00
 #6364      finish output for variations regarding proposed  375.00
            plans for compensation of asbestos claimants

 04/25/05   Relles    / (28) Data Analysis                      0.1       37.50
 #6365      telephone Peterson re: cash flow spreadsheets    375.00

 04/25/05   Relles    / (28) Data Analysis                      0.1       37.50
 #6366      telephone Finch re: finalizing statement about   375.00
            proposed plans for compensation of asbestos
            claimants
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 13

                 W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 04/26/05  Peterson  / (28) Data Analysis                       0.5    300.00
 #6150     attend hearing and testify about proposed plans for 600.00
           compensation of asbestos claimants

 04/26/05  Relles    / (28) Data Analysis                       0.1     37.50
 #6367     monitor Peterson email and files                    375.00

 04/27/05  Peterson  / (28) Data Analysis                       0.6    360.00
 #6151     draft letter supplementing testimony and stated     600.00
           about proposed plans for compensation of asbestos
           claimants

 04/27/05  Relles    / (28) Data Analysis                       0.1     37.50
 #6368     develop and send case counts by model               375.00

 04/28/05  Peterson  / (28) Data Analysis                       0.1     60.00
 #6153     review number of expedited claims for proposed plans 600.00
           for compensation of asbestos claimants
------------------------------------------------------------------------------
```

```
Date: 05/21/05            Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 14

                          W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                          April 2005 - April 2005

    MONTH       ACTIVITY                                       HOURS    AMOUNT
    ----------------------------------------------------------------------------
    April    - (05) Claims Anal Objectn/Resolutn (Asbest)       0.2     120.00
    April    - (07) Committee, Creditors'                       3.5    1830.00
    April    - (16) Plan and Disclosure Statement              34.2   16132.50
    April    - (20) Travel - Non-working                        1.6     480.00
    April    - (28) Data Analysis                              16.0    7867.50
    April    - (99) Total                                      55.5   26430.00

    Total    - (05) Claims Anal Objectn/Resolutn (Asbest)       0.2     120.00
    Total    - (07) Committee, Creditors'                       3.5    1830.00
    Total    - (16) Plan and Disclosure Statement              34.2   16132.50
    Total    - (20) Travel - Non-working                        1.6     480.00
    Total    - (28) Data Analysis                              16.0    7867.50
    Total    - (99) Total                                      55.5   26430.00

    ----------------------------------------------------------------------------
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 15

                     W. R. Grace

               Summary Of Time Charges, By Month and Person
                       April 2005 - April 2005

 MONTH       PERSON                                          HOURS     AMOUNT
 ----------------------------------------------------------------------------
 April     - Relles                                           28.4   10650.00
 April     - Peterson                                         27.1   15780.00
 April     - Total                                            55.5   26430.00

 Total     - Relles                                           28.4   10650.00
 Total     - Peterson                                         27.1   15780.00
 Total     - Total                                            55.5   26430.00


-----------------------------------------------------------------------------
```

{D0044018:1 }

```
Date: 05/21/05          Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 16

                    W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                      April 2005 - April 2005

MONTH      PERSON                               HOURS    RATE      AMOUNT
--------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

April    - Peterson                               0.2    600.      120.00

(07) Committee, Creditors'

April    - Relles                                 1.2    375.      450.00
April    - Peterson                               2.3    600.     1380.00

(16) Plan and Disclosure Statement

April    - Relles                                19.5    375.     7312.50
April    - Peterson                              14.7    600.     8820.00

(20) Travel - Non-working

April    - Peterson                               1.6    300.      480.00

(28) Data Analysis

April    - Relles                                 7.7    375.     2887.50
April    - Peterson                               8.3    600.     4980.00

--------------------------------------------------------------------------
```

{D0044018:1 }