```
Date: 06/29/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip#  Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 05/01/05   Peterson  / (07) Committee, Creditors'                   0.1     60.00
 #6502      Email correspondence with Budd, Finch, Cooney re:      600.00
            alternative methods for compensating asbestos claims

 05/06/05   Peterson  / (07) Committee, Creditors'                   0.1     60.00
 #6508      Telephone Cooney; telephone Bulow re: econometric      600.00
            analysis of alternative methods for compensating
            asbestos claims

 05/17/05   Relles    / (07) Committee, Creditors'                   0.1     37.50
 #6707      Email correspondence with Finch re: claimant           375.00
            attorney representation
```

{D0045424:1 }

```
Date: 06/29/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 2

                      W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/01/05  Peterson  / (28) Data Analysis                     0.2      120.00
 #6501     Examine the number and treatment of exigent claims 600.00
           under alternative methods for compensating asbestos
           claims

 05/01/05  Relles    / (28) Data Analysis                     0.2       75.00
 #6701     Develop a model to estimate exigent claims         375.00

 05/02/05  Peterson  / (28) Data Analysis                     0.2      120.00
 #6503     Telephone Relles re: exigent claims estimates      600.00

 05/02/05  Peterson  / (28) Data Analysis                     0.2      120.00
 #6504     Issues defendants' about contributions and         600.00
           liabilities for alternative methods for compensating
           asbestos claims

 05/02/05  Peterson  / (28) Data Analysis                     0.4      240.00
 #6505     Calculate costs and contributions for alternative  600.00
           methods for compensating asbestos claims; draft and
           send memo

 05/02/05  Peterson  / (28) Data Analysis                     0.1       60.00
 #6506     Finish and send memo on exigent claims for         600.00
           alternative methods for compensating asbestos claims

 05/02/05  Relles    / (28) Data Analysis                     0.2       75.00
 #6702     Telephone Peterson re: exigent claims estimates    375.00

 05/02/05  Relles    / (28) Data Analysis                     0.3      112.50
 #6703     Estimate exigent claims, review output             375.00

 05/02/05  Relles    / (28) Data Analysis                     0.2       75.00
 #6704     Revise exigent claims models, produce output for   375.00
           Peterson

 05/02/05  Relles    / (28) Data Analysis                     0.2       75.00
 #6705     Calculate trends in Debtor's payment levels        375.00

 05/04/05  Peterson  / (28) Data Analysis                     0.1       60.00
 #6507     Review and send analyses of alternative methods for 600.00
           compensating asbestos claims

 05/06/05  Peterson  / (28) Data Analysis                     0.3      180.00
 #6509     Review and edit comments on analyses of alternative 600.00
           methods for compensating asbestos claims
```

{D0045424:1 }

```
Date: 06/29/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 3

                       W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 05/10/05  Peterson  / (28) Data Analysis                        0.4     240.00
 #6510     Respond to questions about my testimony on         600.00
           alternative methods for compensating asbestos claims

 05/10/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6706     Review and assemble materials on Peterson response 375.00
           to questions about alternative methods for
           compensating asbestos claims

 05/13/05  Peterson  / (28) Data Analysis                        0.1      60.00
 #6511     Review correspondence re: lending to pay for       600.00
           alternative methods for compensating asbestos claims
-------------------------------------------------------------------------------
```

```
Date: 06/29/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 4

                              W. R. Grace

                  Summary Of Time Charges, By Month and Activity
                            May 2005 - May 2005

     MONTH       ACTIVITY                                      HOURS     AMOUNT
     ---------------------------------------------------------------------------
     May       - (07) Committee, Creditors'                      0.3     157.50
     May       - (28) Data Analysis                              3.2    1650.00
     May       - (99) Total                                      3.5    1807.50

     Total     - (07) Committee, Creditors'                      0.3     157.50
     Total     - (28) Data Analysis                              3.2    1650.00
     Total     - (99) Total                                      3.5    1807.50

     ---------------------------------------------------------------------------
```

{D0045424:1 }

```
Date: 06/29/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 5

                  W. R. Grace

             Summary Of Time Charges, By Month and Person
                     May 2005 - May 2005

 MONTH       PERSON                                        HOURS     AMOUNT
 ---------------------------------------------------------------------------
 May        - Relles                                         1.3     487.50
 May        - Peterson                                       2.2    1320.00
 May        - Total                                          3.5    1807.50

 Total      - Relles                                         1.3     487.50
 Total      - Peterson                                       2.2    1320.00
 Total      - Total                                          3.5    1807.50

 ---------------------------------------------------------------------------
```

{D0045424:1 }

```
Date: 06/29/05            Legal Analysis Systems, Inc.
Time: 12:00pm                                                        Page 6

                 W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                       May 2005 - May 2005

   MONTH       PERSON                               HOURS    RATE    AMOUNT
   ---------------------------------------------------------------------
   (07) Committee, Creditors'

   May       - Relles                                 0.1    375.     37.50
   May       - Peterson                               0.2    600.    120.00

   (28) Data Analysis

   May       - Relles                                 1.2    375.    450.00
   May       - Peterson                               2.0    600.   1200.00

   ---------------------------------------------------------------------
```

{D0045424:1 }