```
Date: 07/11/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 1


                       W. R. Grace, Inc. % Elihu Inselbuch
                       Caplin & Drysdale
                       399 Park Avenue, 27th Floor
                       New York, New York 10022


Date/Slip# Description                                        HOURS/RATE    AMOUNT
----------------------------------------------------------------------------------
  06/08/05  Peterson  / (20) Travel - Non-working                    1.0    300.00
  #7102     Travel to Chicago                                      300.00

  06/09/05  Peterson  / (20) Travel - Non-working                    1.0    300.00
  #7103     Travel to Thousand Oaks                                300.00
```

{D0047133:1 }

```
Date: 07/11/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 2

                  W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
06/02/05   Peterson   / (28) Data Analysis                      0.4      240.00
#7101      Review news reports on New Jersey fraud suit       600.00

06/09/05   Peterson   / (28) Data Analysis                      0.7      420.00
#7104      Attend and speak on estimation at Mealey's         600.00
           conference

06/21/05   Relles     / (28) Data Analysis                      0.1       37.50
#7301      correspondence with Vest and Forscey re: alternative 375.00
           methods for valuing claims

06/23/05   Peterson   / (28) Data Analysis                      0.4      240.00
#7105      Review report on alternative approaches for        600.00
           compensating asbestos claims

06/27/05   Peterson   / (28) Data Analysis                      0.4      240.00
#7106      Review and provide written comments about          600.00
           alternative approaches for compensating asbestos
           claims

06/28/05   Peterson   / (28) Data Analysis                      0.3      180.00
#7107      Discussion of problems with alternative methods for 600.00
           compensating asbestos claims

06/29/05   Peterson   / (28) Data Analysis                      0.1       60.00
#7108      Discussion of problems with alternative methods for 600.00
           compensating asbestos claims
-------------------------------------------------------------------------------
```

{D0047133:1 }

```
Date: 07/11/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 3

                    W. R. Grace

              Summary Of Time Charges, By Month and Activity
                       June 2005 - June 2005

  MONTH       ACTIVITY                                        HOURS     AMOUNT
  -----------------------------------------------------------------------------
  June      - (20) Travel - Non-working                         2.0     600.00
  June      - (28) Data Analysis                                2.4    1417.50
  June      - (99) Total                                        4.4    2017.50

  Total     - (20) Travel - Non-working                         2.0     600.00
  Total     - (28) Data Analysis                                2.4    1417.50
  Total     - (99) Total                                        4.4    2017.50

-------------------------------------------------------------------------------
```

{D0047133:1 }

```
Date: 07/11/05            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 4

                       W. R. Grace

                Summary Of Time Charges, By Month and Person
                         June 2005 - June 2005

  MONTH      PERSON                                        HOURS    AMOUNT
  ----------------------------------------------------------------------------
  June     - Relles                                          0.1      37.50
  June     - Peterson                                        4.3    1980.00
  June     - Total                                           4.4    2017.50

  Total    - Relles                                          0.1      37.50
  Total    - Peterson                                        4.3    1980.00
  Total    - Total                                           4.4    2017.50

  ----------------------------------------------------------------------------
```

{D0047133:1 }

```
Date: 07/11/05            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 5

               W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                       June 2005 - June 2005

 MONTH       PERSON                                  HOURS    RATE    AMOUNT
 ---------------------------------------------------------------------------
 (20) Travel - Non-working

 June      - Peterson                                  2.0    300.    600.00

 (28) Data Analysis

 June      - Relles                                    0.1    375.     37.50
 June      - Peterson                                  2.3    600.   1380.00

 ---------------------------------------------------------------------------
```

{D0047133:1 }

```
Date: 07/11/05            Legal Analysis Systems, Inc.
Time: 12:00pm                                                       Page 6

              W. R. Grace


   Thousand Oaks-Chicago June 8-9 -- travel expenses (Peterson)    $216.37

        Clients: (1) Armstrong
                 (2) Federal Mogul
                 (3) G-I Holdings (GAF)
                 (4) Owens-Corning
                 (5) W.R. Grace
                 (6) Manville Trust

        1/6 share splits divided equally among Clients 1-6.

                                      Total     Share   Allocated
                                      ---------  -----  ---------
     Airfare to Philadelphia  (coach)  $358.40   1/6    $59.73
     Hotel                              450.00   1/6     75.00
     Hotel taxis                         67.05   1/6     11.18
     Faxes                               12.28   1/6      2.05
     Taxis, O'Hare roundtrip            110.00   1/6     18.33
     Car service to LAX                 135.20   1/6     22.53
     Car service from LAX               165.30   1/6     27.55
                                      ---------         ------
                                      $1,298.23         $216.37


     Note: lowest available rate among all
           contacted hotels--late booking

--------------------------------------------------------------------------------
```

{D0047133:1 }