## EXHIBIT A

**Fraudulent Conveyance Advanced Proceeding (28.20 Hours; $ 8,030.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Brian A. Skretny | 28.20 | $290 | 8,030.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/20/2004 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 12/21/2004 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 12/21/2004 | RCT | 415.00 | 0.20 | Review fee applications (monthly). |
| 5/26/2005 | BAS | 290.00 | 6.00 | Meet with KNB re assignments related to Grace's motion to approve PI CMO and Questionnaire (.5); review Debtor's argument re FRE 408 and read cases cited therein (2.0); draft response to Debtor's argument re FRE 408 (3.5). |
| 5/27/2005 | BAS | 290.00 | 7.00 | Review Debtor's argument re Daubert and cases cited therein (1.5); distinguish cases cited in by Debtor in Daubert section (5.5). |
| 5/30/2005 | BAS | 290.00 | 6.00 | Complete memo distinguishing cases and responding to Debtor's argument re Daubert (6.0). |
| 5/31/2005 | BAS | 290.00 | 7.50 | Review Debtor's argument that estimation determines merits of claims (1.0); distinguish cases cited within that argument (6.5). |
| **Total Task Code .30** | | | **28.20** | |