**EXHIBIT B**

**Fraudulent Conveyance Adv. Proceedings (28.2 Hours; $ 8,030.50)**

      Services rendered in this category pertain to the litigation of adversary actions against the Debtors, their subsidiaries and other entities regarding the protection and recapture of estate assets.

**Total Task Code .30**          28.2

86715