IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| _____ | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS PF | ) | |
| W.R. GRACE & CO., suing of behalf of the | ) | |
| Chapter 11 Bankruptcy estate of W.R. | ) | |
| GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Adv. No. 02-2210 |
| | ) | [LEAD DOCKET] |
| Against | ) | |
| | ) | |
| SEALED AIR CORPORATION and | ) | |
| CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PERSONAL INJURY CLAIMANTS and | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS OF | ) | |
| W.R. GRACE & CO., suing on behalf of the | ) | Adv. No. 02-2211 |
| Chapter 11 Bankruptcy Estate of W.R. Grace | ) | |
| & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Against | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, | ) | |
| INC. and | ) | |
| NATIONAL MEDICAL CARE, INC. | ) | **Affects Dockets 02-2210 and 02-2211** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

{D0047383:1 }
DOC# - 186686

**NOTICE OF TENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2005 THROUGH JUNE 30, 2005**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2005 through June 30, 2005

Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: $8,030.50

Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: $ .00

Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: $ 6,424.40

Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: $. 00

Total Amount of Holdback Fees Sought for applicable period:  $1,606.10

{D0047383:1 }

**EXHIBIT C**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2005 THROUGH JUNE 30, 2005**

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | **April, 2005** | N/A | $0 | N/A | $0 |
| 6/29/05 | **May, 2005** | $6,424.40 (80% of $8,030.50) | $0 | **Pending** | $0 |
| N/A | **June, 2005** | N/A | $0 | **N/A** | N/A |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June, 2005 Hours | Cumulative April to June, 2005 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Fraudulent Conveyance Adv. Proceeding | 28.2 | $8,030.50 | 2,915.2 | $970,498.50 |
| Fraudulent Conveyance – Expenses | .00 | .00 | .00 | .00 |
| **Totals** | **28.2** | **$8,030.50** | **2,915.2** | **$970,498.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 4/1/05 – 6/30/05 | Total Expense From The Petition Date |
|---|---|---|
|  |  |  |

{D0047383:1 }

| | | |
|---|---:|---:|
| Computer Assisted Research | .00 | .00 |
| Research Material | .00 | .00 |
| Air Freight & Express Mail | .00 | .00 |
| Outside Local Deliveries | .00 | .00 |
| Filing Fees | .00 | .00 |
| Outside Fax Service | .00 | .00 |
| Conference Meals | .00 | .00 |
| Outside Photocopy Service | .00 | .00 |
| Professional Fees & Expert Witness Fees | .00 | .00 |
| Court Reporting/Transcript Service | .00 | .00 |
| Miscellaneous Client Advances | .00 | .00 |
| Air & Train Transportation | .00 | .00 |
| Meals Related to Travel | .00 | .00 |
| Travel Expenses – Hotel Charges | .00 | .00 |
| Travel Expenses – Ground Transportation | .00 | .00 |
| Travel Expenses – Miscellaneous | .00 | .00 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | .00 |
| Local Transportation - DC | .00 | .00 |
| Local Transportation – NY | .00 | .00 |
| Xeroxing | .00 | .00 |
| Postage | .00 | .00 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | .00 |
| Telecopier | .00 | .00 |
| Long Distance –Credit Card | .00 | .00 |
| Long Distance Telephone - DC | .00 | .00 |
| NYO Long Distance Telephone | .00 | .00 |
| Use of Cell/Home Phone | .00 | .00 |
| **TOTAL** | **.00** | **.00** |