IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS PF W.R. GRACE & CO., suing of behalf of the Chapter 11 Bankruptcy estate of W.R. GRACE & CO., et al., | ) ) ) ) ) ) ) ) | |
| | ) | Adv. No. 02-2210 |
| Plaintiffs, | ) | [LEAD DOCKET] |
| | ) | |
| Against | ) | |
| | ) | |
| SEALED AIR CORPORATION and CRYOVAC, INC., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing on behalf of the Chapter 11 Bankruptcy Estate of W.R. Grace & CO., et al., | ) ) ) ) ) ) ) ) | Adv. No. 02-2211 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Against | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC. | ) ) ) | **Affects Dockets 02-2210 and 02-2211** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

{D0005963:1 }

## **CERTIFICATE OF SERVICE**

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify that on August 12, 2005, I caused a copy of the foregoing to be served upon the parties on the attached list by U.S. mail, unless otherwise indicated.

> /s/Kathleen J. Campbell
> Kathleen J. Campbell

Dated: August 12, 2005

{D0005963:1 }