David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19899-0636

Scott L. Baena, Esq., Robert Turken, Esq.
Mitchell E.Widom, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131

**VIA HAND DELIVERY**
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899

**VIA HAND DELIVERY**
Michael R. Lastowski, Esq.
Duane Morris & Heckscher LLP
1000 North Market Street, Suite 1200
Wilmington, DE  19801

**VIA HAND DELIVERY**
Theresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

**VIA HAND DELIVERY**
William H. Sudell, Jr., Esq.
Christopher Winter, Esq.
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

**VIA HAND DELIVERY**
David Klauder
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Michael B. Joseph, Esq.
Rick Miller, Esq.
Ferry & Joseph P.A.
824 N. Market Street, Suite 904
Wilmington, DE  19801

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Moshe Sassoon, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982

Jerry Ellington, Esq.
U.S. Department of Justice
999 18th Street, Suite 945 – North Tower
Denver, CO  80202

Brad N. Friedman, Esq.
Rachel S. Fleishman, Esq.
Milberg Weiss Bershad Hynes & Learch
One Pennsylvania Plaza
New York, NY  10019

Henry Wasserstein, Esq.
Sheila Birnbaum, Esq.
Bert Wolf, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

David M. Bernick, Esq.
Scott A. McMillin, Esq
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Thomas Mayer, Esq., Phil Bentley, Esq.
Gary Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

William S. Katchen, Esq
Duane Morris
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

Albert G. Lauber, Esq.
Nate D. Finch, Esq.
John P. Cunningham, Esq.
Caplin & Drsydale, Chartere
One Thomas Circle, NW
Washington, DE  2005

{D0032190:1 }