## EXHIBIT A

### Business Operations (1.30 Hours; $ 886.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $795 | 477.00 |
| Peter Van N. Lockwood | .40 | $720 | 288.00 |
| Jeffrey A. Liesemer | .30 | $405 | 121.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/8/2005 | EI | 795.00 | 0.50 | T/c Peterson re: numbers. |
| 4/22/2005 | EI | 795.00 | 0.10 | L. Tersigni report on 2004. |
| 4/23/2005 | PVL | 720.00 | 0.20 | Review LTC report re 2004 and 2005 plan. |
| 5/3/2005 | PVL | 720.00 | 0.10 | Review LTC e-mail. |
| 6/15/2005 | JAL | 405.00 | 0.30 | Research re issues in case. |
| 6/15/2005 | PVL | 720.00 | 0.10 | Review motion re manufacturing facility. |

**Total Task Code .03     1.30**

### Case Administration (102.30 Hours; $ 25,795.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $795 | 397.50 |
| Peter Van N. Lockwood | 11.00 | $720 | 7,920.00 |
| Julie W. Davis | .60 | $560 | 336.00 |
| Ronald E. Reinsel | 2.30 | $540 | 1,242.00 |
| Rita C. Tobin | 2.60 | $415 | 1,079.00 |
| Robert C. Spohn | 19.60 | $200 | 3,920.00 |
| Andrew D. Katznelson | 6.00 | $175 | 1,050.00 |
| Vernon Preston | 14.10 | $165 | 2,326.50 |
| David B. Smith | 1.00 | $165 | 165.00 |
| Samira A. Taylor | 44.60 | $165 | 7,359.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/4/2005 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/04/05 (.3); retrieve documents requested by attorney (.2); search dockets for specific pleadings filed (.2). |
| 4/4/2005 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 4/5/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/05/05 (.2). |
| 4/6/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/06/05 (.1). |
| 4/6/2005 | PVL | 720.00 | 0.20 | Review e-mail and reply (.1); review claim settlement notice (.1). |
| 4/7/2005 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for EI. |
| 4/7/2005 | EI | 795.00 | 0.30 | T/c Peterson re: status of his work. |
| 4/7/2005 | PVL | 720.00 | 0.30 | E-mail Kazan (.2); review e-mail (.1). |
| 4/7/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/07/05 (.1). |
| 4/8/2005 | PVL | 720.00 | 0.40 | Review e-mail (.1); review PD comm objections re St. Paul and Cahill (.2); review WRG objection re Pacificorp cl (.1). |
| 4/8/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic papers, pleadings and correspondence received 04/08/05 (.1). |
| 4/11/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/11/05 (.2). |
| 4/12/2005 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |

| 4/12/2005 | PVL | 720.00 | 0.20 | Review prop. order and e-mail Bianca (.1); review 5 miscellaneous filings (.1). |
|---|---|---|---|---|
| 4/12/2005 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/12/05 (.1); review dockets and retrieve documents requested by attorney (.4). |
| 4/14/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/14/05 (.1). |
| 4/15/2005 | PVL | 720.00 | 0.30 | Review Hatco motion (.1); e-mail Eskin et al (.1); review e-mail (.1). |
| 4/18/2005 | PVL | 720.00 | 0.60 | Review suppl. objections re Festa and e-mail Eskin (.4); review memo re Hatco deal (.1); review agenda (.1). |
| 4/18/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/18/05 (.2). |
| 4/18/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 4/19/2005 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 4/20/2005 | PVL | 720.00 | 0.20 | Review e-mail and reply and confer KNB. |
| 4/20/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/20/05 (.2). |
| 4/20/2005 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 4/22/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/22/05 (.1). |
| 4/22/2005 | PVL | 720.00 | 0.20 | Review Eskin e-mail and reply (.1); review WRG resp. re SAC approval motion (.1). |
| 4/23/2005 | PVL | 720.00 | 0.20 | Review e-mail (.1); prep for hearing (.1). |
| 4/25/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/25/05 (.2). |

| | | | | |
|---|---|---|---|---|
| 4/25/2005 | PVL | 720.00 | 3.70 | Attend Grace omnibus hearing (3); prep for hearing (.7);. |
| 4/26/2005 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 4/26/2005 | PVL | 720.00 | 0.40 | Confer EI (.1); review 12 miscellaneous filings (.1); review draft letters to CA3 and e-mail Hurford (.1); review Eskin memo and reply (.1). |
| 4/26/2005 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 4/27/2005 | PVL | 720.00 | 0.40 | Teleconference Eskin, Sinclair re Hatco deal. |
| 4/27/2005 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/27/05 (.3). |
| 4/28/2005 | PVL | 720.00 | 0.90 | Review e-mail (.1); confer JAL (.7); review LTC memo (.1). |
| 4/28/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/28/05  (.1). |
| 4/29/2005 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 5/2/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/02/05. (.1) |
| 5/2/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 5/3/2005 | PVL | 720.00 | 0.10 | Review e-mail. |
| 5/4/2005 | PVL | 720.00 | 0.30 | Review 2 miscellaneous filings (.1); review Wasseirstein letters to Baer (.2). |
| 5/4/2005 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/04/05. (.5) |
| 5/4/2005 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 5/5/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and |

| | | | | correspondence received 05/05/05 (.1); retrieve documents requested by attorney (.3). |
|---|---|---|---|---|
| 5/5/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/29/05 (.1); (late entry for 4/29/05). |
| 5/6/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/06/05 (.1). |
| 5/9/2005 | PVL | 720.00 | 0.40 | Review 20 miscellaneous filings (.1); review agenda (.1); review e-mail (.2); teleconference Wolff (.1). |
| 5/9/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/09/05 (.1). |
| 5/9/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 5/10/2005 | PVL | 720.00 | 0.20 | Review WGR motion re est. brief (.1); review 6 miscellaneous filings (.1). |
| 5/10/2005 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 05/10/05 (.3). |
| 5/13/2005 | JWD | 560.00 | 0.60 | Report to EI, PVNL re status of case |
| 5/16/2005 | PVL | 720.00 | 0.30 | Grace omni hearing via phone. |
| 5/16/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 5/17/2005 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 5/19/2005 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 5/23/2005 | DBS | 165.00 | 0.70 | Compile document for attorney review. |
| 5/23/2005 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 5/23/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 5/24/2005 | DBS | 165.00 | 0.30 | Compile document for attorney review. |

{D0047386:1 }

| | | | | |
|---|---|---|---|---|
| 5/24/2005 | PVL | 720.00 | 0.30 | Review 6 miscellaneous filings (.1); review Siegal motion and e-mail Hurford (.2). |
| 5/27/2005 | PVL | 720.00 | 0.20 | Review 7 miscellaneous filings (.1); review e-mail (.1). |
| 5/29/2005 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 6/1/2005 | EI | 795.00 | 0.20 | Financials (.2). |
| 6/1/2005 | PVL | 720.00 | 0.10 | Review LTC report. |
| 6/1/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 6/6/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/06/05 (.2). |
| 6/7/2005 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/07/05 (.1); review prepare specific issue documents for archiving (.6). |
| 6/7/2005 | PVL | 720.00 | 0.10 | Review 4 miscellaneous filings. |
| 6/8/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/08/05 (.4). |
| 6/9/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/09/05 (.1); review specific issue documents and prepare for electronic archive (.3). |
| 6/10/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/10/05 (.1). |
| 6/10/2005 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 6/13/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/13/05 (.1). |

| 6/14/2005 | SAT | 165.00 | 2.90 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 6/14/2005 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/14/05 (.3). |
| 6/14/2005 | PVL | 720.00 | 0.10 | Review 8 miscellaneous filings. |
| 6/15/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 6/15/05 (.1). |
| 6/15/2005 | VP | 165.00 | 6.50 | Compile exhibits for draft of opposition. |
| 6/15/2005 | VP | 165.00 | 0.50 | Copy documents to add to the compilation of exhibits. |
| 6/15/2005 | VP | 165.00 | 0.50 | Search for hearing transcript to add to compilation of exhibits for draft of opposition. |
| 6/15/2005 | SAT | 165.00 | 5.90 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 6/16/2005 | SAT | 165.00 | 3.20 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 6/16/2005 | VP | 165.00 | 2.50 | Adding hearing transcripts to exhibits for a pleading. |
| 6/16/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 6/16/2005 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/16/05 (.1); review specific issue documents and prepare for archiving (.4). |
| 6/17/2005 | PVL | 720.00 | 0.10 | Review 4 miscellaneous filings. |
| 6/17/2005 | VP | 165.00 | 2.10 | Search for missing exhibits from pleading. |
| 6/20/2005 | ADK | 175.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 6/20/2005 | RCT | 415.00 | 0.00 | Review local counsel recommendation & docket re: EI update. |
| 6/20/2005 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |

| Date | | | | |
|------|------|--------|------|--------|
| 6/20/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/20/05 (.2); review specific issue documents and prepare for archiving (.2). |
| 6/21/2005 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/21/05 (.3). |
| 6/21/2005 | PVL | 720.00 | 0.20 | Review 12 omni objections re PD claims. |
| 6/22/2005 | RCS | 200.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/22/05 (.1); retrieve documents requested by attorney (.2); review and prepare for archiving specific issue documents (.6). |
| 6/23/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/23/05 (.1). |
| 6/23/2005 | RER | 540.00 | 0.50 | Correspondence with PVNL/MH re: Omnibus hearing issues. |
| 6/23/2005 | SAT | 165.00 | 0.40 | Retrieved brief for attorney review. |
| 6/23/2005 | SAT | 165.00 | 1.10 | Reviewed pleadings for attorney specified information. |
| 6/24/2005 | PVL | 720.00 | 0.20 | Review amended agenda (.1); teleconference Hurford (.1). |
| 6/24/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 6/24/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/24/05 (.1); review and prepare for archive specific issue documents (.3). |
| 6/27/2005 | RER | 540.00 | 1.20 | Review exclusively motion/responses. |
| 6/27/2005 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/27/05 (.1); review and prepare specific issue documents for electronic archive (.4). |

| 6/27/2005 | SAT | 165.00 | 9.50 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
|---|---|---|---|---|
| 6/28/2005 | SAT | 165.00 | 6.60 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 6/28/2005 | SAT | 165.00 | 0.20 | Retrieved pleading for attorney review. |
| 6/28/2005 | RCS | 200.00 | 2.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/28/05 (.2); search files for original USG Claim Form (.3); begin revisions to USG example to create Grace Claim Form (2.4). |
| 6/28/2005 | VP | 165.00 | 1.00 | Search for missing exhibits re a pleading. |
| 6/29/2005 | RCS | 200.00 | 3.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/29/05 (.5); retrieve B&W Claim form and prepare electronic copy for forwarding to outside counsel (.2); track down exhibit filed under seal per attorney request (.3); generate draft of Claim form to be submitted to court for review and correction (2.4). |
| 6/29/2005 | VP | 165.00 | 0.50 | Search for article used as an exhibit in a pleading. |
| 6/29/2005 | VP | 165.00 | 0.50 | Copy and scan the article. |
| 6/29/2005 | SAT | 165.00 | 8.80 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 6/30/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 6/30/2005 | SAT | 165.00 | 6.00 | Retrieved, organized, and compiled documents for exhibits to accompany upcoming filing of motion. |
| 6/30/2005 | RER | 540.00 | 0.60 | Correspondence and follow-up w/M. Hurford re: exclusivity/analysis. |
| 6/30/2005 | RCS | 200.00 | 3.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 06/30/05 (.6); revise and add additional data to the draft claim form for submission to the court (2.6). |

**Total Task Code .04**       102.30

### Claim Analysis Objection & Resolution (Asbestos) (86.20 Hours; $ 42,100.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 24.40 | $720 | 17,568.00 |
| Trevor W. Swett | .90 | $560 | 504.00 |
| Jeffrey A. Liesemer | 1.30 | $405 | 526.50 |
| Leslie M. Kelleher | 51.90 | $415 | 21,538.50 |
| Harry M. Schwirck | 7.70 | $255 | 1,963.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/11/2005 | PVL | 720.00 | 0.20 | Teleconference Peterson, EI. |
| 5/6/2005 | JAL | 405.00 | 0.60 | Legal research and review thereof re asbestos bankruptcy issues. |
| 5/9/2005 | JAL | 405.00 | 0.40 | Legal research and review thereof re issues in case. |
| 5/10/2005 | LMK | 415.00 | 1.10 | Background review of asbestos issues in bankruptcy and estimation issues. |
| 5/11/2005 | PVL | 720.00 | 0.60 | Review e-mail (.2); review est. motion (.4). |
| 5/11/2005 | LMK | 415.00 | 1.60 | Background reading re: estimation. |
| 5/12/2005 | LMK | 415.00 | 2.30 | Background reading and estimation issues (1.8); conf. w/PVNL re: estimation issues (.50). |
| 5/12/2005 | PVL | 720.00 | 0.40 | Confer LMK (.3); review e-mail (.1). |
| 5/13/2005 | PVL | 720.00 | 2.80 | Review Grace motion re est. CMO and questionnaire. |
| 5/13/2005 | LMK | 415.00 | 2.70 | Research re: claims estimation issues. |
| 5/14/2005 | PVL | 720.00 | 0.70 | Review 2005 Rand report. |
| 5/15/2005 | PVL | 720.00 | 0.30 | Review Rand report. |
| 5/16/2005 | LMK | 415.00 | 2.10 | Conf. w/TWS re: estimation issues (.30) Research re: estimation issues (1.8). |

| 5/16/2005 | PVL | 720.00 | 1.70 | Confer WBS, NDF, KNB, HMS re est. |
| 5/17/2005 | LMK | 415.00 | 2.00 | Research re: estimation issues. |
| 5/18/2005 | PVL | 720.00 | 0.70 | Teleconference Almy re est. brief. |
| 5/18/2005 | LMK | 415.00 | 1.00 | Research re: estimation issues. |
| 5/19/2005 | LMK | 415.00 | 2.10 | Research re: estimation issues. |
| 5/20/2005 | LMK | 415.00 | 2.30 | Research re: estimation issues. |
| 5/22/2005 | PVL | 720.00 | 0.80 | Review Rand report (.3); review Behrens article (.5). |
| 5/22/2005 | LMK | 415.00 | 1.20 | Background reading re: estimation issues. |
| 5/23/2005 | LMK | 415.00 | 1.00 | Background reading re: estimation issues. |
| 5/23/2005 | HMS | 255.00 | 7.70 | Response to Debtor's estimation brief |
| 5/24/2005 | PVL | 720.00 | 0.20 | Confer NDF, KNB. |
| 5/24/2005 | LMK | 415.00 | 1.80 | Research re: estimation issues. |
| 5/25/2005 | LMK | 415.00 | 1.70 | Reading and research re: estimation issues (1.5); conf. w/JWD re: TDP (.20). |
| 5/26/2005 | LMK | 415.00 | 1.80 | Research re: estimation issues. |
| 5/26/2005 | PVL | 720.00 | 0.50 | Confer HMS (.3); teleconference Almy (.2). |
| 5/27/2005 | LMK | 415.00 | 2.50 | Research re: estimation issues. |
| 5/31/2005 | PVL | 720.00 | 0.50 | Teleconference Frankel (.4); teleconference Wyron (.1). |
| 6/1/2005 | JAL | 405.00 | 0.30 | Research re case issues. |
| 6/2/2005 | PVL | 720.00 | 0.40 | Confer NDF (.1); teleconference Wyron (.2); review e-mail (.1). |
| 6/3/2005 | PVL | 720.00 | 0.20 | Teleconference Wyron (.1); e-mail KNB et al (.1). |
| 6/6/2005 | PVL | 720.00 | 0.40 | Teleconference Cohn. |
| 6/6/2005 | LMK | 415.00 | 0.30 | Background research re: estimation issues. |
| 6/7/2005 | PVL | 720.00 | 0.20 | E-mail KNB (.1); review draft extension motion (.1). |

| 6/8/2005 | PVL | 720.00 | 0.50 | Review revised orders and e-mail reply (.3); review WBS memos (.1); review Baer letter to Wasserstein (.1). |
|---|---|---|---|---|
| 6/9/2005 | PVL | 720.00 | 2.30 | Review draft est. brief (2.1); confer WBS (.2). |
| 6/10/2005 | PVL | 720.00 | 0.40 | Review draft est. brief (.3); e-mail Wyron re same (.1). |
| 6/12/2005 | PVL | 720.00 | 0.10 | E-mail Wyron et al. |
| 6/13/2005 | LMK | 415.00 | 0.60 | Review draft estimation brief. |
| 6/14/2005 | LMK | 415.00 | 1.80 | Review estimation brief. |
| 6/14/2005 | PVL | 720.00 | 0.10 | Confer LMK. |
| 6/15/2005 | LMK | 415.00 | 1.70 | Conf. w/PVNL re: estimation brief (.50); review estimation brief (.70); draft estimation brief (.50). |
| 6/15/2005 | PVL | 720.00 | 0.50 | Confer LMK (.2); review draft brief (.3). |
| 6/16/2005 | LMK | 415.00 | 8.30 | Draft estimation brief. |
| 6/16/2005 | PVL | 720.00 | 0.20 | E-mails Wyron (.1); confer LMK (.1). |
| 6/17/2005 | PVL | 720.00 | 0.20 | Confer LMK re est. brief. |
| 6/17/2005 | LMK | 415.00 | 7.00 | Draft estimation brief (6.6); conf. w/PVNL re: brief (.40). |
| 6/19/2005 | LMK | 415.00 | 3.50 | Draft estimation brief. |
| 6/19/2005 | PVL | 720.00 | 3.70 | Edit draft est. response. |
| 6/20/2005 | LMK | 415.00 | 1.00 | Draft estimation brief. |
| 6/20/2005 | PVL | 720.00 | 1.60 | Work on est. brief. |
| 6/22/2005 | PVL | 720.00 | 0.60 | Confer LMK re est. brief (.4); teleconference Hurford re same (.1); confer RER (.1). |
| 6/23/2005 | PVL | 720.00 | 0.80 | Confer NDF re est. brief (.3); confer KNB, NDF re brief (.3); teleconference Hurford re brief (.1); review revised draft brief (.1). |
| 6/24/2005 | PVL | 720.00 | 2.80 | Review and revised draft est. brief (2.5); review e-mail (.1); teleconference EI (.1); confer KNB (.1). |

| 6/28/2005 | TWS | 560.00 | 0.90 | Conf call EI and team re estimation in Grace |
| 6/28/2005 | LMK | 415.00 | 0.50 | Conf. call w/EI, et. al, re: status of case. |

**Total Task Code .05        86.20**

## Claim Analysis Objection & Resolution (Non-Asbestos) (.40 Hours; $ 288.00)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | .40 | $720 | 288.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 4/29/2005 | PVL | 720.00 | 0.20 | Review WRG resp re Pacificorp claim. |
| 5/2/2005 | PVL | 720.00 | 0.10 | Reviewed Alltech settlement notice, |
| 5/23/2005 | PVL | 720.00 | 0.10 | Review 3 omni claims objections. |

**Total Task Code .06        .40**

## Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 238.50)

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | .30 | $795 | 238.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 5/2/2005 | EI | 795.00 | 0.20 | Memo to Committee re: Hatco settlement. |
| 5/13/2005 | EI | 795.00 | 0.10 | Report to all constituencies at PALS meeting (.1). [Total time of 1.6 hours divided among 16 cases.] |

**Total Task Code .07        .30**

## Employee Benefits/Pension (.40 Hours; $ 288.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $720 | 288.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/24/2005 | PVL | 720.00 | 0.30 | Review 2 pension motions. |
| 6/15/2005 | PVL | 720.00 | 0.10 | Review 2005 LTIP motion. |

**Total Task Code .08**          **.40**

## Employment Applications, Others (.70 Hours; $ 504.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $720 | 504.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2005 | PVL | 720.00 | 0.10 | Review PD committee retention application re LECG. |
| 4/13/2005 | PVL | 720.00 | 0.20 | E-mail Hurford re AKO retention. |
| 4/15/2005 | PVL | 720.00 | 0.30 | Review draft reply re AKO retention and teleconference Hurford re same. |
| 5/3/2005 | PVL | 720.00 | 0.10 | Review revised AKO retention application order and e-mail Eskin. |

**Total Task Code .10**          **.70**

## Fee Applications, Applicant (14.80 Hours; $ 4,582.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

Rita C. Tobin                           8.30                $415             3,444.50
Andrew D. Katznelson                    6.50                $175             1,137.50

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/8/2005 | RCT | 415.00 | 0.50 | Review monthly prebill. |
| 4/11/2005 | RCT | 415.00 | 0.50 | Exhibit review. |
| 4/19/2005 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 4/19/2005 | RCT | 415.00 | 0.50 | Review monthly fee apps. |
| 4/20/2005 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 4/28/2005 | RCT | 415.00 | 0.20 | Review holdbacks and payment total re: first quarter 2005. |
| 4/29/2005 | RCT | 415.00 | 0.20 | Review fee app schedule for May 2005. |
| 5/4/2005 | RCT | 415.00 | 0.50 | Review emails and conference with ADK re: holdbacks. |
| 5/5/2005 | RCT | 415.00 | 0.60 | Prebills. |
| 5/10/2005 | ADK | 175.00 | 1.00 | Worked on Interim fee application. |
| 5/11/2005 | RCT | 415.00 | 1.00 | Review interim fee app. |
| 5/11/2005 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 5/12/2005 | RCT | 415.00 | 1.00 | Review exhibits for monthly fee apps. |
| 5/12/2005 | ADK | 175.00 | 0.50 | Worked on revisions to fee application. |
| 5/20/2005 | RCT | 415.00 | 0.50 | Review final of monthly fee app. |
| 5/23/2005 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 5/24/2005 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 5/31/2005 | RCT | 415.00 | 0.20 | Review fee app schedule for June. |
| 6/9/2005 | RCT | 415.00 | 0.50 | Review prebill. |
| 6/10/2005 | RCT | 415.00 | 0.50 | Review exhibits. |
| 6/22/2005 | RCT | 415.00 | 0.90 | Resolve fee question (.5); review exhibits (.4). |

| 6/23/2005 | RCT | 415.00 | 0.50 | Monthly fee app review. |
| 6/23/2005 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 6/24/2005 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 6/27/2005 | RCT | 415.00 | 0.20 | Review fee app schedule for July. |

**Total Task Code .12          14.80**


## Fee Applications, Others (.80 Hours; $ 576.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $720 | 576.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/4/2005 | PVL | 720.00 | 0.10 | Review 5 fee applications. |
| 4/11/2005 | PVL | 720.00 | 0.10 | Review order re fees and response re AKO retention. |
| 5/5/2005 | PVL | 720.00 | 0.10 | Review 4 fee applications. |
| 5/9/2005 | PVL | 720.00 | 0.10 | Review 5 fee applications. |
| 5/15/2005 | PVL | 720.00 | 0.10 | Review 2 fee applications. |
| 5/16/2005 | PVL | 720.00 | 0.10 | Review 13 miscellaneous filings. |
| 6/1/2005 | PVL | 720.00 | 0.10 | Review 4 fee applications and 3 CNOs. |
| 6/3/2005 | PVL | 720.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13          .80**


## Hearings (13.40 Hours; $ 7,236.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Ronald E. Reinsel | | 13.40 | $540 | 7,236.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/24/2005 | RER | 540.00 | 0.50 | Prep. re: Omnibus Hearings. |
| 6/27/2005 | RER | 540.00 | 5.80 | Prep for and attend Omnibus hearing and follow-up meetings re: same. |
| 6/28/2005 | RER | 540.00 | 2.40 | Review hearing notes and work with M. Hurford re: memo and edit same and follow-up with EI. |
| 6/28/2005 | RER | 540.00 | 3.20 | Coordinate and participate in meeting with EI and Team re: 6/27 hearing and briefing issues re: same. |
| 6/29/2005 | RER | 540.00 | 1.10 | Review hearing transcript and follow-up with M. Hurford. |
| 6/29/2005 | RER | 540.00 | 0.40 | Review hearing memo and follow-up. |

**Total Task Code .15**       **13.40**

## Litigation and Litigation Consulting (210.90 Hours; $ 76,538.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.00 | $795 | 3,975.00 |
| Walter B. Slocombe | 31.20 | $590 | 18,408.00 |
| Albert G. Lauber | 1.90 | $580 | 1,102.00 |
| Trevor W. Swett | .40 | $560 | 224.00 |
| Nathan D. Finch | 35.60 | $475 | 16,910.00 |
| Leslie M. Kelleher | 2.00 | $415 | 830.00 |
| Jeffrey A. Liesemer | 1.50 | $405 | 607.50 |
| Brian A. Skretny | 14.00 | $290 | 4,060.00 |
| Harry M. Schwirck | 119.30 | $255 | 30,421.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2005 | EI | 795.00 | 1.50 | Conf. call re: Libby with Cohen, Heberling, Budd, Cooney, PVNL (1.5). |
| 4/4/2005 | EI | 795.00 | 1.30 | During conferences in Chicago with Cooney, Rice, S. Baron, Budd, Bergman, Kazan, Kraus, Blevins, |

| | | | | Weitz and McGovern, discussed Libby issues and how to resolve (1.0); conf McGovern in transit (.3). |
|---|---|---|---|---|
| 4/19/2005 | AGL | 580.00 | 0.20 | Review pending orders and motions. |
| 4/27/2005 | NDF | 475.00 | 0.50 | Analysis of recent financial performance of debtor (.5). |
| 4/28/2005 | JAL | 405.00 | 0.70 | Confer w/PVNL re status, strategy and next steps. |
| 5/3/2005 | EI | 795.00 | 0.40 | Memo re: Bermuda insurance claim and Siegel (.2); t/c PVNL re: same (.2). |
| 5/5/2005 | AGL | 580.00 | 0.20 | Review letter to CA3 re Sealed Air. |
| 5/9/2005 | AGL | 580.00 | 0.20 | Review pending orders/motions. |
| 5/9/2005 | TWS | 560.00 | 0.30 | Introductory briefing for LMK on asbestos bankruptcy issues |
| 5/10/2005 | LMK | 415.00 | 0.40 | Background review in asbestos issues in bankruptcy |
| 5/12/2005 | NDF | 475.00 | 0.40 | Prepare for meeting with committee members to discuss asbestos estimation and case status (.2); travel to Florida for meeting to discuss asbestos estimation and case status (.2). |
| 5/12/2005 | EI | 795.00 | 0.50 | On plane, read Grace CMO/Questionnaire motion. |
| 5/12/2005 | AGL | 580.00 | 0.20 | Review notice of agenda for 5/16 hearing. |
| 5/13/2005 | NDF | 475.00 | 0.20 | Meeting with committee members to discuss asbestos estimation and case status (.2). |
| 5/14/2005 | LMK | 415.00 | 1.00 | Background reading re: asbestos issues in bankruptcy. |
| 5/15/2005 | WBS | 590.00 | 2.00 | Start review of USG CMO/Questionnaire papers. |
| 5/16/2005 | WBS | 590.00 | 3.30 | Review Debtors submission and questionnaire, outline of points to be made (1.8), meeting with PVNL NDF, KNB re our response (1.5). |
| 5/16/2005 | NDF | 475.00 | 2.90 | Read debtors brief re Questionnaire and make comments re same (1.1); conference with PVNL et KNB re response (1.8). |

| 5/16/2005 | HMS | 255.00 | 5.00 | Background reading on case (3.3); meeting on opposition to Grace questionnaire and case management brief (1.7) |
|---|---|---|---|---|
| 5/17/2005 | HMS | 255.00 | 1.00 | Meeting with KNB on Grace brief and work on brief |
| 5/18/2005 | LMK | 415.00 | 0.30 | Background reading re: bankruptcy issues in asbestos litigation. |
| 5/18/2005 | HMS | 255.00 | 2.70 | Opposition to questionnaire memo |
| 5/19/2005 | TWS | 560.00 | 0.10 | Conf L.Kelleher re asbestos tort analysis |
| 5/19/2005 | LMK | 415.00 | 0.30 | Background reading re: asbestos issues in bankruptcy. |
| 5/19/2005 | HMS | 255.00 | 3.20 | Estimation Brief response |
| 5/20/2005 | HMS | 255.00 | 3.00 | Reply to estimation brief |
| 5/20/2005 | NDF | 475.00 | 1.50 | Working on brief in response to estimation issues (1.5). |
| 5/24/2005 | HMS | 255.00 | 3.10 | Reply to estimation brief |
| 5/25/2005 | HMS | 255.00 | 4.40 | Reply to estimation brief |
| 5/26/2005 | HMS | 255.00 | 8.50 | Questionnaire section for reply to Grace estimation brief |
| 5/27/2005 | HMS | 255.00 | 3.00 | Questionnaire section for reply to Grace estimation brief |
| 5/31/2005 | NDF | 475.00 | 0.40 | Begin work on insert for brief on estimation (.4). |
| 6/1/2005 | HMS | 255.00 | 5.00 | Questionnaire section of Reply Brief |
| 6/1/2005 | BAS | 290.00 | 8.80 | Draft memo responding to debtor's argument that estimation determines merits of claim. |
| 6/2/2005 | BAS | 290.00 | 4.80 | Modify and add to estimation memo per Ms. Brown's direction. |
| 6/2/2005 | HMS | 255.00 | 5.00 | Questionnaire section of Reply Brief |
| 6/2/2005 | NDF | 475.00 | 5.70 | Working on estimation brief (5.7). |
| 6/2/2005 | EI | 795.00 | 0.10 | Memo re: NJ lawsuit. |

{D0047386:1 }

| 6/3/2005 | NDF | 475.00 | 8.50 | Working on estimation methodology brief (8.5). |
|---|---|---|---|---|
| 6/3/2005 | HMS | 255.00 | 7.10 | Questionnaire section of Reply Brief |
| 6/3/2005 | BAS | 290.00 | 0.40 | Discuss with Mr. Hurford status of objection to debtor's asbestos personal injury case management order and questionnaire. |
| 6/6/2005 | HMS | 255.00 | 7.50 | Questionnaire section of Reply Brief |
| 6/6/2005 | NDF | 475.00 | 8.90 | Work on response to debtors' motion for approval of questionnaire. |
| 6/7/2005 | WBS | 590.00 | 1.30 | Start review of draft reply brief. |
| 6/7/2005 | HMS | 255.00 | 6.90 | Questionnaire section of Reply Brief |
| 6/8/2005 | HMS | 255.00 | 3.90 | Questionnaire section of Reply Brief |
| 6/8/2005 | WBS | 590.00 | 0.30 | Rev proposed stip on schedule, check trans of 21 Jan hearing re terms of instructions re questionnaire. |
| 6/9/2005 | WBS | 590.00 | 7.50 | Work on reply to motion for CMO and questionnaire. |
| 6/12/2005 | NDF | 475.00 | 1.00 | Review draft estimation brief for ACC. |
| 6/13/2005 | HMS | 255.00 | 3.20 | Revision of questionnaire memo |
| 6/14/2005 | HMS | 255.00 | 2.00 | Opposition to CMO and Questionnaire |
| 6/15/2005 | HMS | 255.00 | 2.20 | Revision of CMO/Questionnaire Brief |
| 6/16/2005 | HMS | 255.00 | 3.40 | Revision of CMO and Questionnaire Brief |
| 6/17/2005 | HMS | 255.00 | 2.70 | Revision of CMO and Questionnaire Brief |
| 6/21/2005 | HMS | 255.00 | 3.00 | Revision of CMO and Questionnaire Brief |
| 6/22/2005 | HMS | 255.00 | 3.50 | Revision of CMO/Questionnaire Brief |
| 6/23/2005 | NDF | 475.00 | 0.50 | Conference with Mr. Lockwood regarding Grace. |
| 6/23/2005 | HMS | 255.00 | 2.90 | Revision of CMO/Questionnaire Brief |
| 6/23/2005 | WBS | 590.00 | 1.20 | Start review of draft CMO/Qr brief. |
| 6/24/2005 | WBS | 590.00 | 1.40 | Work on CMO brief, rev. KNB draft. |
| 6/24/2005 | NDF | 475.00 | 0.90 | Review and edit brief regarding estimation methods. |

| | | | | |
|---|---|---|---|---|
| 6/25/2005 | WBS | 590.00 | 4.60 | Review, edit, comment on draft CMO brief. |
| 6/27/2005 | WBS | 590.00 | 3.90 | Telephone conference with RER and Hurford re Judge F's instructions re claimant form (.4), review next-to-final draft of CMO brief (2.5), rev Libby draft (1.0). |
| 6/27/2005 | HMS | 255.00 | 2.90 | Revision of CMO/Questionnaire opposition brief |
| 6/27/2005 | EI | 795.00 | 0.50 | T/c RER and Mark Hurford re: court rulings and agenda. |
| 6/27/2005 | NDF | 475.00 | 1.00 | Review and edit brief in response to question form. |
| 6/28/2005 | EI | 795.00 | 0.70 | Conf. call NDF, JAL, WBS, LMK, HMS, TWS and Mark Hurford to work through agenda created by Fitzgerald Order (.5); memo to Committee re: LTIP motion (.2). |
| 6/28/2005 | JAL | 405.00 | 0.80 | Teleconference w/EI, NDF and asbestos practice group re upcoming hearings and deadlines, next steps and assignments. |
| 6/28/2005 | NDF | 475.00 | 0.90 | Conference with Mr. Inselbuch regarding case issues (0.6); telephone conversation with Ms. Brown and Mr. Slocombe regarding brief issues (0.3). |
| 6/28/2005 | HMS | 255.00 | 5.40 | Revision of opposition to CMO/Questionnaire brief (5.0); meeting re Judge Fitzgerald's comment from the bench (0.4) |
| 6/28/2005 | WBS | 590.00 | 5.10 | Note to KNB re points raised re draft CMO opp (.4); review docs and discussion with NDF re next steps (.8) and conference call re response to Judge F's instructions re CMO and form (.5); review prior form proposals and draft an option for presentation (2.0); discuss with NDF and KNB re section to be omitted from brief on CMO (.2); review draft of CMO/Qr opp, incl on Daubert point (1.2). |
| 6/29/2005 | HMS | 255.00 | 10.70 | Revision ad filing of CMO/Questionnaire opposition |
| 6/29/2005 | NDF | 475.00 | 0.50 | Work on draft case management order and claim form. |
| 6/30/2005 | NDF | 475.00 | 1.80 | Telephone conference with Mr. Inselbuch regarding case issues (0.3); work with Mr. Schwirkin on finalizing brief regarding estimation (1.5).. |

| 6/30/2005 | HMS | 255.00 | 8.10 | Filing and revision of opposition to CMO/Questionnaire motion |
|---|---|---|---|---|
| 6/30/2005 | WBS | 590.00 | 0.60 | Instr to Bob Spohn re formatting proposed discovery form (.1), rev other forms used in other case (.5). |
| 6/30/2005 | AGL | 580.00 | 0.20 | Review pending orders and motions. |
| 6/30/2005 | AGL | 580.00 | 0.90 | Telecon w/Mark Hurford re Sealed Air letter to CA3; review same and send comments to him. |

**Total Task Code .16        210.90**


## Plan & Disclosure Statement (139.40 Hours; $ 56,628.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $795 | 1,113.00 |
| Peter Van N. Lockwood | 2.80 | $720 | 2,016.00 |
| Trevor W. Swett | .10 | $560 | 56.00 |
| Kimberly N. Brown | 122.20 | $405 | 49,491.00 |
| Jeffrey A. Liesemer | 7.60 | $405 | 3,078.00 |
| Samira A. Taylor | 5.30 | $165 | 874.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/1/2005 | PVL | 720.00 | 1.40 | Teleconference Budd, Cooney, Heberling, Cohen and EI re TDP (1.2); review SAC filings (.2). |
| 4/5/2005 | KNB | 405.00 | 1.00 | (Late entry for March 31)  -- Review insurers' objection to estimation order (.1); e-mail PVNL, WBS, NDF re same (.1); review disclosure statement objections on issue of estimation (.6); read articles re Zonolite, Baucus and Libby forwarded from PVNL (.2) |
| 4/11/2005 | EI | 795.00 | 0.50 | T/c Peterson re: his numbers (.3); t/c Kazan re: same (.1); conf Bernick at hotel re: settlement (.1). |
| 4/20/2005 | KNB | 405.00 | 0.10 | Confer PVNL re brief deadlines |
| 5/3/2005 | EI | 795.00 | 0.50 | T/c George Mattson of Goldman Sachs re: Sealed Air shares and memo. |

| | | | | |
|---|---|---|---|---|
| 5/5/2005 | KNB | 405.00 | 2.90 | Review file re estimation in preparation for response to questionnaire motion |
| 5/10/2005 | JAL | 405.00 | 0.50 | Legal research and review thereof re issues in case. |
| 5/10/2005 | JAL | 405.00 | 2.30 | Review and analysis of pleadings, exhibits and related papers re issues in case. |
| 5/11/2005 | JAL | 405.00 | 0.10 | Legal research re issues in case. |
| 5/11/2005 | KNB | 405.00 | 1.00 | Review estimation questionnaire and motion |
| 5/12/2005 | KNB | 405.00 | 0.20 | E-mail group re brief, scheduling meeting |
| 5/16/2005 | KNB | 405.00 | 5.10 | Read Debtors' brief, questionnaire (3.3); confer PVNL, NDF, WBS, HMS re same (1.8) |
| 5/17/2005 | KNB | 405.00 | 3.80 | Confer L.Kelleher re state law research project (.5); confer HMS re brief (.7); e-mail team re points for brief (2.6) |
| 5/18/2005 | KNB | 405.00 | 1.20 | Confer HMS re brief (.1); e-mail re same (.1) |
| 5/24/2005 | PVL | 720.00 | 0.30 | Review excl. motion and e-mail Hurford (.2); review e-mail and letter Wasserstein (.1). |
| 5/24/2005 | KNB | 405.00 | 4.30 | Confer HMS re Grace estimation brief (.2); confer PVNL, NDF re same (.2); review G-I estimation brief (3.2); draft Grace estimation response (.7) |
| 5/25/2005 | KNB | 405.00 | 8.10 | Draft estimation response (7.5); confer BAS, HMS re same (.6) |
| 5/26/2005 | KNB | 405.00 | 8.10 | Draft estimation response |
| 5/26/2005 | TWS | 560.00 | 0.10 | E-mail to/from KNB re estimation |
| 5/27/2005 | KNB | 405.00 | 0.20 | Review BAS e-mail re research for estimation brief (.1); respond to same (.1) |
| 5/27/2005 | JAL | 405.00 | 1.40 | Research re issues in case. |
| 5/31/2005 | PVL | 720.00 | 0.10 | Review Wasserstein letter to Baer. |
| 5/31/2005 | KNB | 405.00 | 7.40 | Confer BAS re research for brief (.2); draft brief (7.2) |
| 6/1/2005 | KNB | 405.00 | 2.20 | Draft opposition to questionnaire motion |

| 6/2/2005 | KNB | 405.00 | 6.10 | Draft opposition to questionnaire motion (4.2); review BAS research memos (1.0); review HMS draft insert to brief (.6); confer HMS re same (.3) |
|---|---|---|---|---|
| 6/6/2005 | SAT | 165.00 | 0.80 | Retrieve pleadings for HMS review. |
| 6/6/2005 | KNB | 405.00 | 7.30 | Draft response to questionnaire motion |
| 6/7/2005 | KNB | 405.00 | 9.00 | Confer NDF re response to questionnaire motion (.4); review, incorporate and edit NDF insert to same (3.5); confer WBS re same (.3); review e-mail from HMS re same (.2); respond to same (.2); draft response to motion (3.0); e-mail PVNL, NDF, WBS re same (.2); review PVNL, WBS responses thereto (.2); e-mail RCS re obtaining Peterson affidavit in connection with brief (.1); e-mail HMS re cite-checking (.1); forward current draft to WBS (.1); review e-mail from M.Hurford re filing of same (.1); respond to e-mail (.2); e-mail NDF re questions about his section (.2); review responses to same (.2) |
| 6/8/2005 | KNB | 405.00 | 8.20 | E-mail WBS, PVNL, NDF re strategy for responding to questionnaire motion, including whether to file cross-motion for estimation (.4); review PVNL, NDF e-mail responses to same (.3); review draft joint motion for leave to extend deadlines for filing responses and replies to motion to approve the PI CMO and questionnaire (.5); e-mail PVNL, WBS, NDF re same (.2); review PVNL response to same (.2); edit HMS section and incorporate into brief (3.2); review Jan '05 transcript re meet and confer directives in connection with draft motion for extension of time (1.0); e-mail WBS re same (.3); draft questionnaire opposition (2.1) |
| 6/9/2005 | PVL | 720.00 | 0.20 | Review draft excl. opposition. |
| 6/10/2005 | PVL | 720.00 | 0.40 | Review draft excl. oppos. and e-mail Hurford (.2); review FCR excl. opposition (.2). |
| 6/12/2005 | PVL | 720.00 | 0.20 | Review PD comm. excl. opposition. |
| 6/13/2005 | SAT | 165.00 | 4.50 | Retrieved and compiled documents for exhibits to accompany upcoming filing of motion. |
| 6/15/2005 | PVL | 720.00 | 0.10 | Review revised draft Sealed Air order. |
| 6/16/2005 | KNB | 405.00 | 1.40 | Review WBS edits to questionnaire opposition brief |

| 6/20/2005 | KNB | 405.00 | 1.10 | Review e-mails with attachments from PVNL re draft questionnaire opposition (.9); respond to same (.2) |
|-----------|-----|--------|------|----------|
| 6/21/2005 | JAL | 405.00 | 0.30 | Research and analysis re issues involved in case. |
| 6/21/2005 | KNB | 405.00 | 5.50 | Draft opposition to POC/questionnaire motion |
| 6/21/2005 | PVL | 720.00 | 0.10 | Review Grace excl reply. |
| 6/22/2005 | KNB | 405.00 | 8.20 | Confer with PVNL re draft opposition to POC/questionnaire motion (1.6); draft same (6.0); e-mails to and from HMS re research for same (.6) |
| 6/22/2005 | JAL | 405.00 | 0.30 | Research re issues in case. |
| 6/23/2005 | JAL | 405.00 | 0.20 | Research re issues in case. |
| 6/23/2005 | KNB | 405.00 | 8.00 | Draft opposition to POC/questionnaire motion (7.7): e-mails to and from HMS re research for same (.3) |
| 6/24/2005 | KNB | 405.00 | 1.10 | Review e-mail from PVNL re opposition to POC/questionnaire motion (.2); respond to same (.2); TCN with PVNL re same (.3); TCN with WBS re same (.2); e-mail from WBS re same (.2) |
| 6/24/2005 | JAL | 405.00 | 1.00 | Research re case issues. |
| 6/27/2005 | KNB | 405.00 | 9.30 | Draft opposition to questionnaire motion (9.0); confer RER, M.Hurford re omnibus hearing (.3) |
| 6/27/2005 | JAL | 405.00 | 0.50 | Research and review of materials pertaining to case issues. |
| 6/28/2005 | JAL | 405.00 | 1.00 | Research and review of materials pertaining to case issues. |
| 6/28/2005 | KNB | 405.00 | 7.20 | Draft opposition to questionnaire motion (6.1); conference with EI, NDF, WBS, RER, TWS, LMK, HMS re case strategy and next steps in litigation (.5); confer with RCS re prior draft questionnaires (.2); e-mail Kirkland & Ellis, S.Baena and others re July 8 meeting re PI, CMO (.1); TCN M.Hurford, D.Cohn re brief (.2); e-mail R. Wyron re same (.1) |
| 6/29/2005 | KNB | 405.00 | 4.20 | Edit opposition to questionnaire motion |

| 6/30/2005 | EI | 795.00 | 0.40 | Memo re: questionnaire (.3); LTIP issue and hearing memo (.1). |

**Total Task Code .17          139.40**


**Relief from Stay Proceedings (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/15/2005 | PVL | 720.00 | 0.20 | Review Montana lift stay and e-mail Hurford. |

**Total Task Code .18          .20**


**Travel – Non Working (5.80 Hours; $ 1,739.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $397.50 | 119.25 |
| Peter Van N. Lockwood | 1.50 | $360.00 | 540.00 |
| Ronald E. Reinsel | 4.00 | $270.00 | 1,080.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/25/2005 | PVL | 360.00 | 1.50 | Travel to Wilmington and return to DC (1/2). |
| 5/12/2005 | EI | 397.50 | 0.10 | Travel to PALS meeting in Orlando, less work on plane (.1). [Total of 1.6 hours divided by 16 cases.] |
| 5/13/2005 | EI | 397.50 | 0.20 | Return trip to NY following meetings in Orlando (.2). [Total time of 3.2 hours divided among 16 cases.] |

| 6/27/2005 | RER | 270.00 | 2.00 | Travel to Wilmington re: Omnibus Hearing. |
| 6/27/2005 | RER | 270.00 | 2.00 | Return travel to DC from Omnibus hearing. |

**Total Task Code .21**      **5.80**

## Valuation (3.50 Hours; $ 2,268.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.70 | $720 | 1,944.00 |
| Jeffrey A. Liesemer | .80 | $405 | 324.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/21/2005 | JAL | 405.00 | 0.80 | Review and analysis of Grace's 12th omnibus objection (non-substantive) to claims filed by Speights and Runyan. |
| 6/21/2005 | PVL | 720.00 | 2.70 | Conferences KNB re est. brief (2.0); review NERA articles (.4); e-mail Cohen et al (.2); confer TWS (.1). |

**Total Task Code .22**      **3.50**

## Fee Auditor Matters (3.10 Hours; $ 1,317.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |
| Rita C. Tobin | 3.00 | $415 | 1,245.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/5/2005 | PVL | 720.00 | 0.10 | Review draft response to Smith and e-mail RCT. |
| 5/6/2005 | RCT | 415.00 | 3.00 | Gather information and draft response to fee auditor. |

**Total Task Code .32**        **3.10**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $80.39 |
| Outside Local Deliveries | $23.02 |
| Research Material | $36.40 |
| Professional Fees & Expert Witness Fees | $163.25 |
| Air & Train Transportation | $589.32 |
| Meals Related to Travel | $316.96 |
| Travel Expenses - Hotel Charges | $163.16 |
| Travel Expenses - Ground Transportation | $79.20 |
| Database Research | $17,599.26 |
| Xeroxing | $1,122.00 |
| Telecopier/Equitrac | $61.65 |
| Long Distance-Equitrac In-House | $10.26 |
| NYO Long Distance Telephone | $15.45 |

**Total for Report**                          **$20,260.32**