**EXHIBIT B**

**Business Operations (1.3 Hours; $ 886.50)**

      Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**          1.3

**Case Administration (102.3 Hours; $ 25,795.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**          102.3

**Claim Analysis Objection & Resolution (Asbestos) (86.2 Hours; $ 42,100.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**          86.2

**Claim Analysis Objection & Resolution (Non-Asbestos) (.4 Hours; $ 288.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**          .4

**Committee, Creditors', Noteholders' or Equity Holders' (.3 Hours; $ 238.50)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**          .3

**Employee Benefits/Pension (.4 Hours; $ 288.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**          .4

**Employment Applications, Others (.7 Hours; $ 504.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**          .7

**Fee Applications, Applicant (14.8 Hours; $ 4,582.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**          14.8

**Fee Applications, Others (.8 Hours; $ 576.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**          .8

**Hearings (13.4 Hours; $ 7,236.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**          13.4

**Litigation and Litigation Consulting (210.9 Hours; $ 76,538.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  210.9**

**Plan & Disclosure Statement (139.4 Hours; $ 56,628.50)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  139.4**

**Relief from Stay Proceedings (.2 Hours; $ 144.00)**

      Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18                .2**

**Travel Non-working (5.8 Hours; $ 1,739.25)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  5.8**

**Valuation (3.5 Hours; $ 2,268.00)**

      Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

**Total Task Code .22  3.5**

**Fee Auditor Matters (3.1 Hours; $ 1,317.00)**

      Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32                3.1**