# **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $80.39 |
| Outside Local Deliveries | $23.02 |
| Research Material | $36.40 |
| Professional Fees & Expert Witness Fees | $163.25 |
| Air & Train Transportation | $589.32 |
| Meals Related to Travel | $316.96 |
| Travel Expenses - Hotel Charges | $163.16 |
| Travel Expenses - Ground Transportation | $79.20 |
| Database Research | $17,599.26 |
| Xeroxing | $1,122.00 |
| Telecopier/Equitrac | $61.65 |
| Long Distance-Equitrac In-House | $10.26 |
| NYO Long Distance Telephone | $15.45 |
| **Total for Report** | **$20,260.32** |