| | | | | |
|---|---|---|---|---|
| **Client Number:  4642** | | **Grace Asbestos Personal Injury Claimants** | | Page:  1 |
| **Matter     000** | | **Disbursements** | | 5/23/2005 |
| | | | | Print Date/Time: |
| | | | | 05/23/2005 |
| | | | | 10:21:23AM |
| Attn: | | | | Invoice # |

PREBILL  / CONTROL  REPORT

Trans Date Range:   1/1/1950  to:  4/30/2005

**Matter     000**
**Disbursements**

| | | | | |
|---|---|---|---|---|
| Bill Cycle: | Monthly | Style:     i1 | Start:    4/16/2001 | |
| | | | Last Billed : 4/21/2005 | 13,655 |

Trust Amount Available

Total Expenses Billed To Date        $257,119.54

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 608.40 | 0.00 | 510.15 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 692.45 | 0.00 | 597.46 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 1.20 | 0.00 | 1.20 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.45 | 0.00 | 3.45 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 0.15 | 0.00 | 0.15 |
| 0245 | PT | Paula  Taylor-Brooks | 0.00 | 8.55 | 0.00 | 8.55 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 108.61 | 0.00 | 108.61 |
| | | | **0.00** | **1,422.81** | **0.00** | **1,229.57** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1788484 | Photocopy | | E | 04/05/2005 | 0238 | SLG | 0.00 | | $0.15 | 0.00 | | $0.15 | 0.15 |
| 1789008 | Federal Express to Katie Hemming from EI on 3/24 | | E | 04/07/2005 | 0120 | EI | 0.00 | | $7.49 | 0.00 | | $7.49 | 7.64 |
| 1789350 | Photocopy | | E | 04/07/2005 | 0232 | LK | 0.00 | | $0.90 | 0.00 | | $0.90 | 8.54 |
| 1789425 | Photocopy | | E | 04/07/2005 | 0199 | ADK | 0.00 | | $1.20 | 0.00 | | $1.20 | 9.74 |
| 1789814 | Photocopy | | E | 04/08/2005 | 0999 | C&D | 0.00 | | $1.80 | 0.00 | | $1.80 | 11.54 |
| 1789816 | Photocopy | | E | 04/08/2005 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 12.14 |
| 1790077 | Photocopy | | E | 04/11/2005 | 0999 | C&D | 0.00 | | $1.20 | 0.00 | | $1.20 | 13.34 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                                           Page:   1
Matter      000                    Disbursements                                                                                                5/23/2005
                                                                                                                                         Print Date/Time:
                                                                                                                                              05/23/2005
                                                                                                                                             10:21:23AM
Attn:                                                                                                                                           Invoice #
1790080     Photocopy                                         E   04/11/2005    0999    C&D         0.00        $0.45      0.00        $0.45      13.79
1790328     ;Pacer Service Center;  Quarterly statement       E   04/11/2005    0999    C&D         0.00       $36.40      0.00       $36.40      50.19
            1/1/05 - 3/31/05
1790349     EI;  Travel expenses to Chicago (coach fare       E   04/11/2005    0120    EI          0.00      $176.92      0.00       $81.93     132.12
            $327.70) for meeting with constituents on 4/4-5
            for airfare to Chicago (split  with Cooney,
            Blevins, Rice, Bergman, Weitz, Budd, Kazan,
            Kraus, Baron and McGovern
1790358     EI;  Travel expenses to Chicago for meeting with  E   04/11/2005    0120    EI          0.00       $11.24      0.00       $11.24     143.36
            constituents on 4/4-5 for agency fee with
            Cooney, Blevins, Rice, Bergman, Weitz, Budd,
            Kazan,  Kraus, Baron and McGovern
1790367     EI;  Travel expenses to Chicago for meeting with  E   04/11/2005    0120    EI          0.00       $54.28      0.00       $54.28     197.64
            constituents on 4/4-5 for Fairmont hotel  with
            Cooney, Blevins, Rice, Bergman, Weitz, Budd,
            Kazan, Kraus, BAron and McGovern
1790376     EI;  Travel expenses to Chicago for meeting with  E   04/11/2005    0120    EI          0.00      $316.96      0.00      $316.96     514.60
            constituents on 4/4-5 for meals (split 9 ways)
            with
            Cooney,Blevins,Bergman,Weitz,Budd,Kazan,Kraus,Bar
            on and McGovern
1790385     EI;  Travel expenses to Chicago for meeting with  E   04/11/2005    0120    EI          0.00      $108.88      0.00      $108.88     623.48
            constituents on 4/4-5 for Room Rental and
            Administration fee with
            Cooney,Blevins,Rice,Bergman,Weitz,Budd,Kazan,Krau
            s,Baron & McGovern
1790388     ADA Travel   PVNL coach fare on 3/23 to NYC       E   04/12/2005    0020    PVL         0.00      $406.90      0.00      $406.90   1,030.38
1790393     ADA Travel   Agency fee on PVNL 3/23 travel to NYC E  04/12/2005    0020    PVL         0.00       $40.00      0.00       $40.00   1,070.38
1791292     Photocopy                                         E   04/13/2005    0999    C&D         0.00        $1.20      0.00        $1.20   1,071.58
1793388     Charge & Ride for EI  LaGuardia airport  for      E   04/18/2005    0120    EI          0.00       $14.15      0.00       $14.15   1,085.73
            travel to Chicago on 4/4  (split between 16
            clients)
1793572     Photocopy                                         E   04/18/2005    0999    C&D         0.00        $1.80      0.00        $1.80   1,087.53
1793978     Photocopy                                         E   04/19/2005    0999    C&D         0.00        $1.80      0.00        $1.80   1,089.33
1793980     Photocopy                                         E   04/19/2005    0999    C&D         0.00        $1.65      0.00        $1.65   1,090.98
1794444     Photocopy                                         E   04/20/2005    0232    LK          0.00        $2.55      0.00        $2.55   1,093.53
1794487     Photocopy                                         E   04/20/2005    0999    C&D         0.00        $8.40      0.00        $8.40   1,101.93
1794893     Photocopy                                         E   04/21/2005    0245    PT          0.00        $8.55      0.00        $8.55   1,110.48
1795102     Photocopy                                         E   04/22/2005    0999    C&D         0.00        $2.10      0.00        $2.10   1,112.58
1795451     Travel Expenses - Ground Transportation-EI        E   04/25/2005    0999    C&D         0.00       $39.05      0.00       $39.05   1,151.63
            Meeting in Chicago with constituencies on 4/4-5
1795752     Photocopy                                         E   04/25/2005    0999    C&D         0.00        $0.90      0.00        $0.90   1,152.53
1795809     Photocopy                                         E   04/25/2005    0999    C&D         0.00        $0.75      0.00        $0.75   1,153.28
1796216     PVNL;  Travel expenses to Wilmington &            E   04/26/2005    0020    PVL         0.00      $147.50      0.00       $49.25   1,202.53
            Philadelphia for hearing on 4/25 (split between
            4642 & 3406) for train fare (coach 98.50)
1796218     PVNL;  Travel expenses to Wilmington &            E   04/26/2005    0020    PVL         0.00       $14.00      0.00       $14.00   1,216.53
            Philadelphia for hearing on 4/25 (split between
            4642 & 3406) for cabs and parking
1796398     NYO Long Distance Telephone -3/31-3/31/05         E   04/27/2005    0999    C&D         0.00       $10.51      0.00       $10.51   1,227.04
1797479     Federal Express to Katie Hemming from EI on 4/20  E   04/28/2005    0120    EI          0.00        $2.53      0.00        $2.53   1,229.57
Total Expenses                                                                                      0.00    $1,422.81      0.00    $1,229.57



            Matter Total Fees                                                                                   0.00                   0.00


            Matter Total Expenses                                                                           1,422.81               1,229.57


            Matter Total                                                                            0.00    1,422.81       0.00    1,229.57



            Prebill Total Fees
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                         Page:  1
Matter      000                    Disbursements                                                                                  5/23/2005
                                                                                                                             Print Date/Time:
                                                                                                                                  05/23/2005
                                                                                                                                  10:21:23AM
Attn:                                                                                                                              Invoice #


             Prebill Total Expenses                                                           $1,422.81              $1,229.57


             Prebill Total                                                         0.00       $1,422.81      0.00    $1,229.57


Previous Billings

InvoiceNo        InvoiceDate            InvoiceTotal         OpenTotal

36,593           07/26/2002             121,163.25            1,414.09
37,961           11/30/2002              36,076.50              542.50
46,677           08/27/2004                 240.00              240.00
47,114           09/30/2004               6,171.50            6,171.50
47,743           11/22/2004              26,475.00            5,295.00
48,023           12/27/2004              75,199.50           15,039.90
48,027           12/27/2004               1,419.00            1,419.00
48,421           01/28/2005             115,704.00           23,140.80
48,886           02/28/2005              40,743.50            8,148.70
49,224           03/28/2005              35,581.83           35,581.83
49,444           04/21/2005              39,442.24           39,442.24
                                        498,216.32          136,435.56
```

PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 5/31/2005

**Matter      000**
**Disbursements**
Bill Cycle:     Monthly        Style:      i1       Start:   4/16/2001

Last Billed : 5/25/2005                   13,655

Trust Amount Available

Total Expenses Billed To Date        $258,349.11

```
                                                            Billing Empl:       0120     Elihu  Inselbuch
                                                            Responsible Empl:   0120     Elihu  Inselbuch
                                                            Alternate Empl:     0120     Elihu  Inselbuch
                                                            Originating Empl:   0120     Elihu  Inselbuch
```

**Summary  by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0101 | RCS | Robert C. Spohn | 0.00 | 112.35 | 0.00 | 112.35 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 40.02 | 0.00 | 40.02 |

```
Client Number:  4642                     Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter     000                           Disbursements                                                            5/23/2005
                                                                                                              Print Date/Time:
                                                                                                                   05/23/2005
                                                                                                                   10:21:23AM
Attn:                                                                                                              Invoice #
  0128   SAT    Samira A Taylor           0.00       60.90        0.00       60.90
  0149   JPC    John P Cunningham         0.00        4.95        0.00        4.95
  0199   ADK    Andrew D Katznelson       0.00       37.95        0.00       37.95
  0208   MP     Mitzie  Patrick           0.00       87.60        0.00       87.60
  0232   LK     Lauren  Karastergiou      0.00        1.50        0.00        1.50
  0238   SLG    Stacey L Gandy            0.00       35.40        0.00       35.40
  0308   DBS    David B Smith             0.00        2.25        0.00        2.25
  0309   HMS    Harry M Schwirck          0.00       32.40        0.00       22.20
  0999   C&D    Caplin &. Drysdale        0.00    3,446.27        0.00    3,439.67
                                          0.00    3,861.59        0.00    3,844.79
Total Fees


Summary  by Employee
                                          ---------- A C T U A L ----------      ---------- B I L L I N G---------
Empl   Initials    Name                      Rate       Hours       Amount          Rate       Hours       Amount

Total Fees


Detail Time / Expense  by  Date
                                                                                 ---------- A C T U A L ----------   ---------- B I L L I N G---------
TransNo.    Description                       TransType  Trans Date   Work Empl     Rate     Hours    Amount         Rate    Hours    Amount    Cumulative

1799137    Photocopy                            E   05/02/2005    0999    C&D       0.00              $0.90          0.00             $0.90      0.90
1799150    Photocopy                            E   05/02/2005    0999    C&D       0.00              $0.60          0.00             $0.60      1.50
1800358    Fax Transmission to 12145239159      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      2.10
1800359    Fax Transmission to 12145239157      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      2.70
1800360    Fax Transmission to 12148248100      E   05/03/2005    0999    C&D       0.00              $0.75          0.00             $0.75      3.45
1800361    Fax Transmission to 17136501400      E   05/03/2005    0999    C&D       0.00              $0.15          0.00             $0.15      3.60
1800362    Fax Transmission to 13125516759      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      4.20
1800363    Fax Transmission to 14067527124      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      4.80
1800364    Fax Transmission to 13026565875      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      5.40
1800365    Fax Transmission to 15108354913      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      6.00
1800366    Fax Transmission to 12165750799      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      6.60
1800367    Fax Transmission to 13053796222      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      7.20
1800368    Fax Transmission to 14124718308      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      7.80
1800369    Fax Transmission to 12123440994      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      8.40
1800370    Fax Transmission to 14122615066      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      9.00
1800371    Fax Transmission to 16179510679      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60      9.60
1800372    Fax Transmission to 12145239158      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60     10.20
1800373    Fax Transmission to 12145991171      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60     10.80
1800374    Fax Transmission to 18432169450      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60     11.40
1800375    Fax Transmission to 17136501400      E   05/03/2005    0999    C&D       0.00              $0.45          0.00             $0.45     11.85
1800376    Fax Transmission to 18432169290      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60     12.45
1800377    Fax Transmission to 13024269947      E   05/03/2005    0999    C&D       0.00              $0.60          0.00             $0.60     13.05
1800457    Photocopy                            E   05/03/2005    0232    LK        0.00              $0.90          0.00             $0.90     13.95
1800509    Photocopy                            E   05/03/2005    0149    JPC       0.00              $4.95          0.00             $4.95     18.90
1800802    Photocopy                            E   05/04/2005    0232    LK        0.00              $0.60          0.00             $0.60     19.50
1800853    Photocopy                            E   05/04/2005    0199    ADK       0.00              $1.50          0.00             $1.50     21.00
1801040    Equitrac - Long Distance to 8054993572  E 05/05/2005   0999    C&D       0.00              $0.32          0.00             $0.32     21.32
1801296    Lasership to Swidler Berlin on 4/21  E   05/06/2005    0999    C&D       0.00             $23.02          0.00            $23.02     44.34
1801552    Photocopy                            E   05/06/2005    0999    C&D       0.00              $1.20          0.00             $1.20     45.54
1801553    Photocopy                            E   05/06/2005    0999    C&D       0.00              $0.30          0.00             $0.30     45.84
1801554    Photocopy                            E   05/06/2005    0999    C&D       0.00              $0.60          0.00             $0.60     46.44
1801842    Equitrac - Long Distance to 2127352324  E 05/09/2005   0999    C&D       0.00              $0.20          0.00             $0.20     46.64
1802231    Equitrac - Long Distance to 8054993572  E 05/10/2005   0999    C&D       0.00              $0.06          0.00             $0.06     46.70
1802874    Photocopy                            E   05/11/2005    0999    C&D       0.00             $31.20          0.00            $31.20     77.90
1802931    Photocopy                            E   05/11/2005    0999    C&D       0.00             $15.30          0.00            $15.30     93.20
1802941    Photocopy                            E   05/11/2005    0999    C&D       0.00            $101.25          0.00           $101.25    194.45
1805043    Photocopy                            E   05/12/2005    0238    SLG       0.00              $3.00          0.00             $3.00    197.45
1805057    Photocopy                            E   05/12/2005    0199    ADK       0.00             $36.45          0.00            $36.45    233.90
1803583    Photocopy                            E   05/13/2005    0238    SLG       0.00              $0.45          0.00             $0.45    234.35
1803584    Photocopy                            E   05/13/2005    0238    SLG       0.00              $0.45          0.00             $0.45    234.80
1804567    Photocopy                            E   05/16/2005    0238    SLG       0.00              $2.70          0.00             $2.70    237.50
```

| Client Number: 4642 | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|

**Matter     000                Disbursements**                                                                                5/23/2005
                                                                                                                 Print Date/Time:
                                                                                                                    05/23/2005
                                                                                                                    10:21:23AM
Attn:                                                                                                                 Invoice #

| ID | Description | | Date | Code | Init | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1804568 | Photocopy | E | 05/16/2005 | 0238 | SLG | 0.00 | $13.05 | 0.00 | $13.05 | 250.55 |
| 1805217 | Photocopy | E | 05/16/2005 | 0238 | SLG | 0.00 | $2.70 | 0.00 | $2.70 | 253.25 |
| 1805218 | Photocopy | E | 05/16/2005 | 0238 | SLG | 0.00 | $13.05 | 0.00 | $13.05 | 266.30 |
| 1805407 | Photocopy | E | 05/17/2005 | 0208 | MP | 0.00 | $87.60 | 0.00 | $87.60 | 353.90 |
| 1805411 | Photocopy | E | 05/17/2005 | 0101 | RCS | 0.00 | $79.65 | 0.00 | $79.65 | 433.55 |
| 1805416 | Photocopy | E | 05/17/2005 | 0101 | RCS | 0.00 | $32.70 | 0.00 | $32.70 | 466.25 |
| 1805937 | Photocopy | E | 05/18/2005 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 473.45 |
| 1806496 | Federal Express to Katie Hemming and Warren Smith from EI on 5/12 | E | 05/20/2005 | 0120 | EI | 0.00 | $31.73 | 0.00 | $31.73 | 505.18 |
| 1806502 | Federal Express to Kater Hemming from EI on 5/11 | E | 05/20/2005 | 0120 | EI | 0.00 | $8.29 | 0.00 | $8.29 | 513.47 |
| 1807017 | Photocopy | E | 05/23/2005 | 0309 | HMS | 0.00 | $4.80 | 0.00 | $4.80 | 518.27 |
| 1807020 | Photocopy | E | 05/23/2005 | 0309 | HMS | 0.00 | $0.90 | 0.00 | $0.90 | 519.17 |
| 1807027 | Photocopy | E | 05/23/2005 | 0309 | HMS | 0.00 | $4.50 | 0.00 | $4.50 | 523.67 |
| 1807038 | Photocopy | E | 05/23/2005 | 0309 | HMS | 0.00 | $1.80 | 0.00 | $1.80 | 525.47 |
| 1807054 | Photocopy | E | 05/23/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 526.37 |
| 1807491 | Photocopy | E | 05/24/2005 | 0309 | HMS | 0.00 | $10.20 | 0.00 | $0.00 | 526.37 |
| 1807549 | Photocopy | E | 05/24/2005 | 0999 | C&D | 0.00 | $6.60 | 0.00 | $0.00 | 526.37 |
| 1810016 | Photocopy | E | 05/24/2005 | 0309 | HMS | 0.00 | $10.20 | 0.00 | $10.20 | 536.57 |
| 1810074 | Photocopy | E | 05/24/2005 | 0999 | C&D | 0.00 | $6.60 | 0.00 | $6.60 | 543.17 |
| 1809253 | Photocopy | E | 05/26/2005 | 0308 | DBS | 0.00 | $2.25 | 0.00 | $2.25 | 545.42 |
| 1809256 | Photocopy | E | 05/26/2005 | 0128 | SAT | 0.00 | $60.90 | 0.00 | $60.90 | 606.32 |
| 1809996 | Equitrac - Long Distance to 6179512505 | E | 05/26/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 606.37 |
| 1811138 | Database Research/Lexis Charges for HS on 5/23 | E | 05/31/2005 | 0999 | C&D | 0.00 | $44.42 | 0.00 | $44.42 | 650.79 |
| 1812038 | NYO Long Distance Telephone - For April 2005 | E | 05/31/2005 | 0999 | C&D | 0.00 | $1.31 | 0.00 | $1.31 | 652.10 |
| 1812048 | NYO Long Distance Telephone - For April 2005 | E | 05/31/2005 | 0999 | C&D | 0.00 | $1.16 | 0.00 | $1.16 | 653.26 |
| 1812069 | NYO Long Distance Telephone - For April 2005 | E | 05/31/2005 | 0999 | C&D | 0.00 | $1.16 | 0.00 | $1.16 | 654.42 |
| 1812078 | NYO Long Distance Telephone - For April 2005 - TAC Conf. Call with JWD | E | 05/31/2005 | 0999 | C&D | 0.00 | $1.31 | 0.00 | $1.31 | 655.73 |
| 1812849 | Database Research-Westlaw by LK on 5/12-26 | E | 05/31/2005 | 0999 | C&D | 0.00 | $1,652.73 | 0.00 | $1,652.73 | 2,308.46 |
| 1812850 | Database Research-Westlaw by HS on 5/16-25 | E | 05/31/2005 | 0999 | C&D | 0.00 | $140.19 | 0.00 | $140.19 | 2,448.65 |
| 1812851 | Database Research-Westlaw by BAS on 5/26-31 | E | 05/31/2005 | 0999 | C&D | 0.00 | $139.22 | 0.00 | $139.22 | 2,587.87 |
| 1812852 | Database Research-Westlaw by JAL on 5/6 & 10 | E | 05/31/2005 | 0999 | C&D | 0.00 | $457.34 | 0.00 | $457.34 | 3,045.21 |
| 1812853 | Database Research-Westlaw by KNB on 5/26 | E | 05/31/2005 | 0999 | C&D | 0.00 | $253.18 | 0.00 | $253.18 | 3,298.39 |
| 1812854 | Database Research-Westlaw by KNB/MLR on 5/24 | E | 05/31/2005 | 0999 | C&D | 0.00 | $45.26 | 0.00 | $45.26 | 3,343.65 |
| 1812855 | Database Research-Westlaw by KNB/NR on 5/26 | E | 05/31/2005 | 0999 | C&D | 0.00 | $43.79 | 0.00 | $43.79 | 3,387.44 |
| 1812856 | Database Research-Westlaw by SAT/BAS on 5/26 | E | 05/31/2005 | 0999 | C&D | 0.00 | $457.35 | 0.00 | $457.35 | 3,844.79 |
| **Total Expenses** | | | | | | 0.00 | $3,861.59 | 0.00 | $3,844.79 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 3,861.59 | 3,844.79 |
| Matter Total | 0.00 | 3,861.59 | 0.00 | 3,844.79 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $3,861.59 | $3,844.79 |
| Prebill Total | 0.00 | $3,861.59 | 0.00 | $3,844.79 |

**Previous Billings**

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                          Page:     1
Matter      000                   Disbursements                                                                     5/23/2005
                                                                                                               Print Date/Time:
                                                                                                                     05/23/2005
                                                                                                                     10:21:23AM
Attn:                                                                                                                Invoice #
InvoiceNo       InvoiceDate           InvoiceTotal            OpenTotal

36,593          07/26/2002              121,163.25             1,414.09
37,961          11/30/2002               36,076.50               542.50
46,677          08/27/2004                  240.00               240.00
47,114          09/30/2004                6,171.50             6,171.50
47,743          11/22/2004               26,475.00             5,295.00
48,023          12/27/2004               75,199.50            15,039.90
48,027          12/27/2004                1,419.00             1,419.00
48,421          01/28/2005              115,704.00            23,140.80
48,886          02/28/2005               40,743.50             8,148.70
49,224          03/28/2005               33,445.00             6,689.00
49,444          04/21/2005               39,442.24            39,442.24
49,903          05/25/2005               16,567.07            16,567.07
                                        512,646.56           124,109.80
```

                                    PREBILL  / CONTROL   REPORT
                                         Trans Date Range:  1/1/1950  to: 6/30/2005

**Matter      000**
**Disbursements**
Bill Cycle:        Monthly          Style:         i1         Start:   4/16/2001
                                                     Last Billed : 6/27/2005                                        13,655

Trust Amount Available

                              Total Expenses Billed To Date        $262,193.90

                                                            Billing Empl:        0120      Elihu  Inselbuch
                                                            Responsible Empl:    0120      Elihu  Inselbuch
                                                            Alternate Empl:      0120      Elihu  Inselbuch
                                                            Originating Empl:    0120      Elihu  Inselbuch

**Summary  by Employee**
                                                  ---------- A C T U A L ----------        ---------- B I L L I N G---------
Empl      Initials      Name                         Hours              Amount                Hours              Amount

0010      DDD           Douglas D Drysdale             0.00                2.10                 0.00                2.10
0096      KNB           Kimberly N Brown               0.00                1.50                 0.00                1.50
0101      RCS           Robert C. Spohn                0.00               36.30                 0.00               36.30
0128      SAT           Samira A Taylor                0.00              323.70                 0.00              323.70
0220      SKL           Suzanne K Lurie                0.00                7.35                 0.00                7.35
0232      LK            Lauren  Karastergiou           0.00                6.75                 0.00                6.75
0238      SLG           Stacey L Gandy                 0.00                1.35                 0.00                1.35
0244      AT            Ann  Taylor                    0.00               13.05                 0.00               13.05
0302      RER           Ronald E Reinsel               0.00               12.00                 0.00               12.00
0308      DBS           David B Smith                  0.00              193.60                 0.00              193.60
0309      HMS           Harry M Schwirck               0.00               24.90                 0.00               24.90
0324      VP            Vernon  Preston                0.00               26.10                 0.00               26.10
0999      C&D           Caplin &. Drysdale             0.00           14,537.26                 0.00           14,537.26
                                                       0.00           15,185.96                 0.00           15,185.96
**Total Fees**

-

```
Client Number:   4642                   Grace Asbestos Personal Injury Claimants                                                                                  Page: 1
Matter      000                         Disbursements                                                                                                              5/23/2005
                                                                                                                                                             Print Date/Time:
                                                                                                                                                                  05/23/2005
                                                                                                                                                                  10:21:23AM
Attn:                                                                                                                                                              Invoice #




Summary  by Employee
                                             ---------- A C T U A L ----------                    ---------- B I L L I N G---------
 Empl    Initials      Name                  Rate              Hours             Amount           Rate             Hours             Amount

Total Fees



Detail Time / Expense  by  Date
                                                                                       ---------- A C T U A L ----------     ---------- B I L L I N G---------
 TransNo.        Description                     TransType  Trans Date   Work Empl     Rate    Hours        Amount           Rate    Hours        Amount      Cumulative

 1813576         Photocopy                       E   06/03/2005    0309   HMS          0.00                  $0.30           0.00                  $0.30           0.30
 1813824         Equitrac - Long Distance to 8054993572   E   06/06/2005    0999   C&D   0.00                  $0.43           0.00                  $0.43           0.73
 1813831         Equitrac - Long Distance to 8054993572   E   06/06/2005    0999   C&D   0.00                  $0.78           0.00                  $0.78           1.51
 1814444         Federal Express  to David Smith from MLQ   E   06/08/2005    0308   DBS   0.00                 $30.35           0.00                 $30.35          31.86
                 Attorney Service on 5/25
 1814675         Photocopy                       E   06/08/2005    0101   RCS          0.00                 $33.75           0.00                 $33.75          65.61
 1817256         Photocopy                       E   06/09/2005    0999   C&D          0.00                  $0.60           0.00                  $0.60          66.21
 1817288         Photocopy                       E   06/13/2005    0999   C&D          0.00                  $0.45           0.00                  $0.45          66.66
 1817289         Photocopy                       E   06/13/2005    0999   C&D          0.00                  $0.45           0.00                  $0.45          67.11
 1815830         Photocopy                       E   06/13/2005    0128   SAT          0.00                  $0.60           0.00                  $0.60          67.71
 1817079         Photocopy                       E   06/14/2005    0309   HMS          0.00                  $9.30           0.00                  $9.30          77.01
 1817080         Photocopy                       E   06/14/2005    0309   HMS          0.00                  $5.70           0.00                  $5.70          82.71
 1817131         Photocopy                       E   06/14/2005    0128   SAT          0.00                 $42.90           0.00                 $42.90         125.61
 1817140         Photocopy                       E   06/14/2005    0128   SAT          0.00                  $3.75           0.00                  $3.75         129.36
 1817142         Photocopy                       E   06/14/2005    0128   SAT          0.00                 $58.95           0.00                 $58.95         188.31
 1817313         Photocopy                       E   06/15/2005    0128   SAT          0.00                 $12.00           0.00                 $12.00         200.31
 1817334         Photocopy                       E   06/15/2005    0128   SAT          0.00                  $0.60           0.00                  $0.60         200.91
 1817347         Photocopy                       E   06/15/2005    0324   VP           0.00                  $1.50           0.00                  $1.50         202.41
 1817363         Photocopy                       E   06/15/2005    0999   C&D          0.00                  $1.05           0.00                  $1.05         203.46
 1817373         Photocopy                       E   06/15/2005    0128   SAT          0.00                 $18.90           0.00                 $18.90         222.36
 1817390         Photocopy                       E   06/15/2005    0128   SAT          0.00                  $3.00           0.00                  $3.00         225.36
 1817912         Photocopy                       E   06/16/2005    0128   SAT          0.00                 $10.20           0.00                 $10.20         235.56
 1818447         Photocopy                       E   06/17/2005    0999   C&D          0.00                  $2.10           0.00                  $2.10         237.66
 1818868         Photocopy                       E   06/20/2005    0999   C&D          0.00                  $1.95           0.00                  $1.95         239.61
 1818881         Photocopy                       E   06/20/2005    0128   SAT          0.00                  $3.00           0.00                  $3.00         242.61
 1818907         Photocopy                       E   06/20/2005    0999   C&D          0.00                  $0.30           0.00                  $0.30         242.91
 1818912         Photocopy                       E   06/20/2005    0999   C&D          0.00                  $2.25           0.00                  $2.25         245.16
 1818914         Photocopy                       E   06/20/2005    0999   C&D          0.00                  $1.20           0.00                  $1.20         246.36
 1819738         Photocopy                       E   06/22/2005    0244   AT           0.00                 $13.05           0.00                 $13.05         259.41
 1819766         Photocopy                       E   06/22/2005    0309   HMS          0.00                  $4.20           0.00                  $4.20         263.61
 1820624         Photocopy                       E   06/24/2005    0999   C&D          0.00                  $2.40           0.00                  $2.40         266.01
 1820625         Photocopy                       E   06/24/2005    0999   C&D          0.00                  $8.10           0.00                  $8.10         274.11
 1820649         Photocopy                       E   06/24/2005    0999   C&D          0.00                  $2.40           0.00                  $2.40         276.51
 1820875         MLQ Attorney Services;   Court USBC DE   E   06/27/2005    0308   DBS   0.00                $163.25           0.00                $163.25         439.76
 1821267         Photocopy                       E   06/27/2005    0238   SLG          0.00                  $1.35           0.00                  $1.35         441.11
 1821278         Photocopy                       E   06/27/2005    0128   SAT          0.00                  $4.80           0.00                  $4.80         445.91
 1821288         Photocopy                       E   06/27/2005    0128   SAT          0.00                 $60.60           0.00                 $60.60         506.51
 1821290         Photocopy                       E   06/27/2005    0096   KNB          0.00                  $1.50           0.00                  $1.50         508.01
 1821292         Photocopy                       E   06/27/2005    0128   SAT          0.00                  $7.95           0.00                  $7.95         515.96
 1821304         Photocopy                       E   06/27/2005    0128   SAT          0.00                  $4.80           0.00                  $4.80         520.76
 1821702         Equitrac - Long Distance to 2123199240   E   06/28/2005    0999   C&D   0.00                  $0.09           0.00                  $0.09         520.85
 1821722         Equitrac - Long Distance to 8054993572   E   06/28/2005    0999   C&D   0.00                  $0.61           0.00                  $0.61         521.46
 1821746         Equitrac - Long Distance to 3024269910   E   06/28/2005    0999   C&D   0.00                  $2.62           0.00                  $2.62         524.08
 1821759         Equitrac - Long Distance to 2123199240   E   06/28/2005    0999   C&D   0.00                  $4.09           0.00                  $4.09         528.17
 1821796         Fax Transmission to 12145239159   E   06/28/2005    0999   C&D        0.00                  $0.90           0.00                  $0.90         529.07
 1821797         Fax Transmission to 12145239157   E   06/28/2005    0999   C&D        0.00                  $0.60           0.00                  $0.60         529.67
 1821798         Fax Transmission to 12148248100   E   06/28/2005    0999   C&D        0.00                  $0.90           0.00                  $0.90         530.57
 1821799         Fax Transmission to 17136501400   E   06/28/2005    0999   C&D        0.00                  $0.60           0.00                  $0.60         531.17
 1821800         Fax Transmission to 13125516759   E   06/28/2005    0999   C&D        0.00                  $0.90           0.00                  $0.90         532.07
 1821801         Fax Transmission to 14067527124   E   06/28/2005    0999   C&D        0.00                  $0.90           0.00                  $0.90         532.97
 1821802         Fax Transmission to 13026565875   E   06/28/2005    0999   C&D        0.00                  $0.90           0.00                  $0.90         533.87
 1821803         Fax Transmission to 15108354913   E   06/28/2005    0999   C&D        0.00                  $0.90           0.00                  $0.90         534.77
```

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 5/23/2005 |

Print Date/Time: 05/23/2005 10:21:23AM

Attn:   Invoice #

| ID | Description | | Date | Code | Init | | | | Amount | Inv # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1821804 | Fax Transmission to 12165750799 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 535.67 |
| 1821805 | Fax Transmission to 13053796222 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 536.57 |
| 1821806 | Fax Transmission to 14124718308 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 537.47 |
| 1821808 | Fax Transmission to 12123440994 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 538.37 |
| 1821809 | Fax Transmission to 13024269947 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 538.52 |
| 1821810 | Fax Transmission to 16179510679 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 539.42 |
| 1821811 | Fax Transmission to 12145239158 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 540.32 |
| 1821812 | Fax Transmission to 12145991171 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 541.22 |
| 1821813 | Fax Transmission to 12145239157 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 541.52 |
| 1821814 | Fax Transmission to 17136501400 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 541.82 |
| 1821815 | Fax Transmission to 13024269947 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 541.97 |
| 1821816 | Fax Transmission to 14122615066 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 542.87 |
| 1821817 | Fax Transmission to 13024269947 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 543.02 |
| 1821818 | Fax Transmission to 13024269947 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 543.17 |
| 1821819 | Fax Transmission to 13024269947 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 543.32 |
| 1821820 | Fax Transmission to 13024269947 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 543.47 |
| 1821839 | Fax Transmission to 18432169450 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 544.22 |
| 1821840 | Fax Transmission to 18432169450 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 545.12 |
| 1821841 | Fax Transmission to 18432169290 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 545.27 |
| 1821842 | Fax Transmission to 18432169290 | E | 06/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 546.17 |
| 1821866 | Photocopy | E | 06/28/2005 | 0128 | SAT | 0.00 | $4.20 | 0.00 | $4.20 | 550.37 |
| 1821878 | Photocopy | E | 06/28/2005 | 0128 | SAT | 0.00 | $15.30 | 0.00 | $15.30 | 565.67 |
| 1821891 | Photocopy | E | 06/28/2005 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 567.47 |
| 1821951 | Photocopy | E | 06/28/2005 | 0999 | C&D | 0.00 | $2.70 | 0.00 | $2.70 | 570.17 |
| 1821956 | Photocopy | E | 06/28/2005 | 0101 | RCS | 0.00 | $0.15 | 0.00 | $0.15 | 570.32 |
| 1822674 | Equitrac - Long Distance to 3024261900 | E | 06/29/2005 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 570.80 |
| 1822675 | Equitrac - Long Distance to 2123199240 | E | 06/29/2005 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 571.27 |
| 1822814 | Photocopy | E | 06/29/2005 | 0101 | RCS | 0.00 | $1.20 | 0.00 | $1.20 | 572.47 |
| 1822818 | Photocopy | E | 06/29/2005 | 0010 | DDD | 0.00 | $2.10 | 0.00 | $2.10 | 574.57 |
| 1822821 | Photocopy | E | 06/29/2005 | 0101 | RCS | 0.00 | $1.20 | 0.00 | $1.20 | 575.77 |
| 1822833 | Photocopy | E | 06/29/2005 | 0128 | SAT | 0.00 | $0.30 | 0.00 | $0.30 | 576.07 |
| 1822843 | Photocopy | E | 06/29/2005 | 0309 | HMS | 0.00 | $4.20 | 0.00 | $4.20 | 580.27 |
| 1822847 | Photocopy | E | 06/29/2005 | 0128 | SAT | 0.00 | $0.15 | 0.00 | $0.15 | 580.42 |
| 1822851 | Photocopy | E | 06/29/2005 | 0999 | C&D | 0.00 | $79.80 | 0.00 | $79.80 | 660.22 |
| 1822854 | Photocopy | E | 06/29/2005 | 0128 | SAT | 0.00 | $5.40 | 0.00 | $5.40 | 665.62 |
| 1822873 | Photocopy | E | 06/29/2005 | 0324 | VP | 0.00 | $24.60 | 0.00 | $24.60 | 690.22 |
| 1822879 | Photocopy | E | 06/29/2005 | 0128 | SAT | 0.00 | $0.90 | 0.00 | $0.90 | 691.12 |
| 1822881 | Photocopy | E | 06/29/2005 | 0128 | SAT | 0.00 | $3.60 | 0.00 | $3.60 | 694.72 |
| 1822882 | Photocopy | E | 06/29/2005 | 0128 | SAT | 0.00 | $45.90 | 0.00 | $45.90 | 740.62 |
| 1823492 | Petty Cash  Parking at train station for RER on 6/27 (split with 3439) | E | 06/30/2005 | 0302 | RER | 0.00 | $12.00 | 0.00 | $12.00 | 752.62 |
| 1823607 | Equitrac - Long Distance to 3024261900 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 752.68 |
| 1823650 | Fax Transmission to 12145239159 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 754.18 |
| 1823651 | Fax Transmission to 12145239157 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 755.08 |
| 1823652 | Fax Transmission to 12148248100 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.65 | 0.00 | $1.65 | 756.73 |
| 1823653 | Fax Transmission to 17136501400 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 758.23 |
| 1823654 | Fax Transmission to 13125516759 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 759.73 |
| 1823655 | Fax Transmission to 18432169290 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 760.18 |
| 1823656 | Fax Transmission to 14067527124 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 761.68 |
| 1823657 | Fax Transmission to 13026565875 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 763.18 |
| 1823658 | Fax Transmission to 15108354913 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 764.68 |
| 1823659 | Fax Transmission to 12165750799 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 766.18 |
| 1823660 | Fax Transmission to 13053796222 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 767.68 |
| 1823661 | Fax Transmission to 14124718308 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 768.73 |
| 1823662 | Fax Transmission to 12123440994 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 770.23 |
| 1823663 | Fax Transmission to 13024269947 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 770.38 |
| 1823664 | Fax Transmission to 14124718308 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 771.88 |
| 1823665 | Fax Transmission to 14122615066 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 772.33 |
| 1823666 | Fax Transmission to 16179510679 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 773.83 |
| 1823667 | Fax Transmission to 12145239158 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 775.33 |
| 1823668 | Fax Transmission to 12145991171 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 776.83 |
| 1823669 | Fax Transmission to 18432169450 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 777.13 |
| 1823670 | Fax Transmission to 12145239157 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 777.73 |
| 1823671 | Fax Transmission to 18432169290 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 778.63 |
| 1823674 | Fax Transmission to 14124718308 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 779.08 |
| 1823676 | Fax Transmission to 13024269947 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 779.23 |
| 1823677 | Fax Transmission to 14122615066 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 779.38 |
| 1823679 | Fax Transmission to 18432169450 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 780.58 |
| 1823682 | Fax Transmission to 18432169290 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 780.73 |
| 1823683 | Fax Transmission to 13024269947 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 780.88 |
| 1823687 | Fax Transmission to 13024269947 | E | 06/30/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 781.93 |
| 1823691 | Fax Transmission to 14122615066 | E | 06/30/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 782.53 |

```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                                              Page:    1
Matter      000                  Disbursements                                                                                         5/23/2005
                                                                                                                              Print Date/Time:
                                                                                                                                    05/23/2005
                                                                                                                                   10:21:23AM
Attn:                                                                                                                                Invoice #
1823695     Fax Transmission to 14122615066         E   06/30/2005   0999   C&D        0.00        $0.15        0.00        $0.15       782.68
1823757     Fax Transmission to 14124718994         E   06/30/2005   0999   C&D        0.00        $0.15        0.00        $0.15       782.83
1823760     Fax Transmission to 14122615066         E   06/30/2005   0999   C&D        0.00        $0.30        0.00        $0.30       783.13
1823762     Fax Transmission to 14124718994         E   06/30/2005   0999   C&D        0.00        $0.15        0.00        $0.15       783.28
1823764     Fax Transmission to 14122615066         E   06/30/2005   0999   C&D        0.00        $1.20        0.00        $1.20       784.48
1823765     Fax Transmission to 14124718994         E   06/30/2005   0999   C&D        0.00        $0.15        0.00        $0.15       784.63
1823768     Fax Transmission to 14124718994         E   06/30/2005   0999   C&D        0.00        $0.15        0.00        $0.15       784.78
1823820     Photocopy                                E   06/30/2005   0128   SAT       0.00        $3.30        0.00        $3.30       788.08
1823843     Photocopy                                E   06/30/2005   0220   SKL       0.00        $7.35        0.00        $7.35       795.43
1823858     Photocopy                                E   06/30/2005   0232   LK        0.00        $6.75        0.00        $6.75       802.18
1823870     Photocopy                                E   06/30/2005   0309   HMS       0.00        $1.20        0.00        $1.20       803.38
1823875     Photocopy                                E   06/30/2005   0128   SAT       0.00        $0.60        0.00        $0.60       803.98
1823896     Photocopy                                E   06/30/2005   0128   SAT       0.00       $12.00        0.00       $12.00       815.98
1823901     Photocopy                                E   06/30/2005   0999   C&D       0.00        $4.20        0.00        $4.20       820.18
1826837     Database Research-Westlaw by BAS on 6/2 & 14  E  06/30/2005  0999  C&D     0.00      $235.35        0.00      $235.35     1,055.53
1826838     Database Research-Westlaw by HMS on 6/3-30 E  06/30/2005  0999  C&D        0.00   $10,088.41        0.00   $10,088.41    11,143.94
1826839     Database Research-Westlaw by LMK on 6/16-29 E 06/30/2005   0999  C&D       0.00    $2,041.91        0.00    $2,041.91    13,185.85
1826840     Database Research-Westlaw by SAT on 6/13-15 E 06/30/2005   0999  C&D       0.00    $1,878.25        0.00    $1,878.25    15,064.10
1826861     Database Research-Westlaw by SAT on 6/29   E  06/30/2005   0999  C&D       0.00      $121.86        0.00      $121.86    15,185.96
Total Expenses                                                                         0.00   $15,185.96        0.00   $15,185.96


                Matter Total Fees                                                                  0.00                     0.00


                Matter Total Expenses                                                         15,185.96                15,185.96


                Matter Total                                                           0.00   15,185.96         0.00   15,185.96



                Prebill Total Fees


                Prebill Total Expenses                                                        $15,185.96               $15,185.96


                Prebill Total                                                          0.00   $15,185.96        0.00   $15,185.96


Previous Billings

InvoiceNo        InvoiceDate            InvoiceTotal           OpenTotal

36,593           07/26/2002              121,163.25            1,414.09
37,961           11/30/2002               36,076.50              542.50
46,677           08/27/2004                  240.00              240.00
47,114           09/30/2004                6,171.50            6,171.50
47,743           11/22/2004               26,475.00            5,295.00
48,023           12/27/2004               75,199.50           15,039.90
48,027           12/27/2004                1,419.00            1,419.00
48,421           01/28/2005              115,704.00           23,140.80
48,886           02/28/2005               40,743.50            8,148.70
49,224           03/28/2005               33,445.00            6,689.00
49,444           04/21/2005               39,442.24           39,442.24
49,903           05/25/2005               16,567.07           16,567.07
50,275           06/27/2005               67,793.04           67,793.04
50,276           06/27/2005                8,030.50            8,030.50
                                         588,470.10          199,933.34
```

| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page:   1 |
| **Matter       000** | **Disbursements** | 5/23/2005 |
| | | Print Date/Time: |
| | | 05/23/2005 |
| | | 10:21:23AM |
| Attn: | | Invoice # |