IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF SEVENTEENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2005 THROUGH JUNE 30, 2005**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2005 through June 30, 2005

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $221,129.25

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $20,260.32

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $176,903.40

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $20,260.32

Total Amount of Holdback Fees Sought for applicable period:  $44,225.85

{D0047390:1 }
DOC# - 170098

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2005 THROUGH JUNE 30, 2005**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
| --- | --- | --- | --- | --- | --- |
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 5/31/05; 8534 | April, 2005 | $12,270.00 (80% of $15,337.50) | $1,229.57 | **Pending** | **Pending** |
| 6/29/05; 8743 | May, 2005 | $51,158.60 (80% of $63,948.25) | $3,844.79 | **Pending** | **Pending** |
| 7/25/05; 9058 | June, 2005 | $113,474.80 (80% of $141,843.50) | $15,185.96 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June, 2005 Hours | Cumulative April to June, 2005 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
| --- | --- | --- | --- | --- |
| Asset Analysis and Recovery | .0 | $ .00 | 1.8 | $ 1,195.50 |
| Asset Disposition | .0 | .00 | 2.4 | 1,524.00 |
| Business Operations | 1.3 | 886.50 | 15.6 | 6,573.00 |
| Case Administration | 102.3 | 25,795.00 | 2,041.5 | 475,862.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 86.2 | 42,100.50 | 1,410.7 | 417,736.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .4 | 288.00 | 6.4 | 3,908.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .3 | 238.50 | 84.8 | 47,718.50 |
| Employee Benefits/Pension | .4 | 288.00 | 11.3 | 6,465.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment | .7 | 504.00 | 42.2 | 17,273.00 |

| | | | | |
|---|---|---|---|---|
| Applications, Others | | | | |
| Fee Applications, Applicant | 14.8 | 4,582.00 | 313.3 | 80,177.00 |
| Fee Applications, Others | .8 | 576.00 | 110.9 | 41,250.00 |
| Financing | .0 | .00 | .3 | 221.50 |
| Hearings | 13.4 | 7,236.00 | 72.1 | 42,012.00 |
| Litigation and Litigation Consulting | 210.9 | 76,538.00 | 1,845.8 | 632,970.00 |
| Plan & Disclosure Statement | 139.4 | 56,628.50 | 548.3 | 250,146.00 |
| Relief from Stay Proceedings | .2 | 144.00 | .5 | 337.50 |
| Tax Issues | .0 | .00 | 68.9 | 22,747.50 |
| Tax Litigation | .0 | .00 | 26.6 | 8,733.50 |
| Travel-Non-Working | 5.8 | 1,739.25 | 340.1 | 70,545.00 |
| Valuation | 3.5 | 2,268.00 | 5.3 | 3,690.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 3.1 | 1,317.00 | 8.1 | 3,229.50 |
| **Totals** | **583.5** | **$221,129.25** | **7,008.4** | **$2,147,526.00** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 4/1/05 – 6/30/05 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 17,599.26 | $ 96,334.45 |

{D0047390:1}

| | | |
|---|---:|---:|
| Research Material | 36.40 | 2,659.77 |
| Air Freight & Express Mail | 80.39 | 8,189.59 |
| Outside Local Deliveries | 23.02 | 719.23 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 1,155.80 |
| Outside Photocopy Service | .00 | 23,143.19 |
| Professional Fees & Expert Witness Fees | 163.25 | 14,528.80 |
| Court Reporting/Transcript Service | .00 | 4,555.52 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | 589.32 | 43,958.63 |
| Meals Related to Travel | 316.96 | 3,736.79 |
| Travel Expenses – Hotel Charges | 163.16 | 14,304.09 |
| Travel Expenses – Ground Transportation | 79.20 | 7,136.26 |
| Travel Expenses – Miscellaneous | .00 | 91.30 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,103.10 |
| Local Transportation - DC | .00 | 148.64 |
| Local Transportation – NY | .00 | 267.09 |
| Xeroxing | 1,122.00 | 46,089.00 |
| Postage | .00 | 156.03 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 61.65 | 1,781.95 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 10.26 | 1,835.88 |
| NYO Long Distance Telephone | 15.45 | 2,944.43 |
| Use of Cell/Home Phone | .00 | 529.61 |
| **TOTAL** | **$ 20,260.32** | **$ 277,379.86** |