**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:    3000-01D |
|  | STATEMENT NO:           34 |

Asset Analysis and Recovery

PREVIOUS BALANCE                                                                                    $87.00

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 05/10/2005 |  |  |  |  |  |
|  | MRE | Review of e-mail from MTH regarding Debtors' request to extend time to file estimation brief and review of motion to extend time and pages |  | 0.40 | 116.00 |
|  |  | FOR CURRENT SERVICES RENDERED |  | 0.40 | 116.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.40 | $290.00 | $116.00 |

TOTAL CURRENT WORK                                                                              116.00

BALANCE DUE                                                                                         $203.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                          05/31/2005
Wilmington  DE                                                        ACCOUNT NO:        3000-02D
                                                                     STATEMENT NO:               48

Asset Disposition

PREVIOUS BALANCE                                                                          $77.60

|            |     |                                                                    | HOURS |       |
|------------|-----|--------------------------------------------------------------------|-------|-------|
| 05/02/2005 |     |                                                                    |       |       |
|            | MTH | Reviewing Debtors' Report of Asset Sales from Jan 1 through March 31. | 0.10  | 28.00 |
|            |     | FOR CURRENT SERVICES RENDERED                                      | 0.10  | 28.00 |

RECAPITULATION

| TIMEKEEPER     | HOURS | HOURLY RATE | TOTAL   |
|----------------|-------|-------------|---------|
| Mark T. Hurford | 0.10  | $280.00     | $28.00  |

TOTAL CURRENT WORK                                                                        28.00

BALANCE DUE                                                                              $105.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:    3000-03D |
|  | STATEMENT NO:           43 |

Business Operations

| | |
|---|---|
| PREVIOUS BALANCE | $191.40 |

|  |  | HOURS |  |
|---|---|---|---|
| 05/03/2005 |  |  |  |
| MRE | Review of memo from L. Tersigni regarding operations | 0.40 | 116.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.40 | 116.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.40 | $290.00 | $116.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 116.00 |
| BALANCE DUE | $307.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                05/31/2005
Wilmington  DE                              ACCOUNT NO:        3000-04D
                                            STATEMENT NO:              48

Case Administration

PREVIOUS BALANCE                                                    $1,289.30

BALANCE DUE                                                         $1,289.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington DE | ACCOUNT NO: 3000-05D |
|  | STATEMENT NO: 48 |

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE $3,345.50

| | | | HOURS | |
|---|---|---|---|---|
| 05/03/2005 | | | | |
| | MTH | Reviewing correspondence from MB with memo re BFMIC claims by Grace and drafting response to same. | 0.40 | 112.00 |
| | MRE | Review of e-mail from M. Berkin and memo regarding Bermuda insurance and meeting with MTH regarding same | 0.50 | 145.00 |
| | MTH | Additional discussion with MRE re BFMIC settlement. | 0.10 | 28.00 |
| | MTH | Correspondence to PVNL re BFMIC issue. | 0.10 | 28.00 |
| 05/04/2005 | | | | |
| | MTH | Reviewing correspondence from PVNL re Bermuda and Correspondence to Horkovich re same. | 0.20 | 56.00 |
| 05/10/2005 | | | | |
| | MTH | Reviewing Debtors' Motion to Extend Time to File Brief and to Exceed Page Limit and Correspondence to PVNL re same. | 0.30 | 84.00 |
| 05/11/2005 | | | | |
| | MTH | Reviewing correspondence from MRE re Debtors' Asbestos PI Brief. | 0.10 | 28.00 |
| | MTH | Reviewing correspondence from DEM re Debtors' Asbestos PI Brief | 0.10 | 28.00 |
| 05/18/2005 | | | | |
| | MRE | Review of debtors motion to approve PI CMO | 0.50 | 145.00 |
| | MRE | Review of PD protective order | 0.10 | 29.00 |
| 05/25/2005 | | | | |
| | MTH | Reviewing correspondence from MRE re Bermuda Fire, reviewing relevant documents re same and Correspondence to MRE re same. | 0.40 | 112.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.80 | 795.00 |

Page: 2
05/31/2005
W.R. Grace

ACCOUNT NO:    3000-05D
STATEMENT NO:    48

Claims Analysis Objection & Resolution (Asbestos)

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.70 | $280.00 | $476.00 |
| Marla R. Eskin | 1.10 | 290.00 | 319.00 |

TOTAL CURRENT WORK                                                                795.00

BALANCE DUE                                                                    $4,140.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:     3000-06D |
|  | STATEMENT NO:           48 |

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                     $5,511.20

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/2005 |  |  |  |  |
|  | MTH | Reviewing Stipulation resolving claim of Caruccio. | 0.10 | 28.00 |
|  | MTH | Reviewing Debtors' Report of Settlements of Claims from Jan. 1 through March 31. | 0.10 | 28.00 |
| 05/03/2005 |  |  |  |  |
|  | MTH | Reviewing Claims Settlement Notice and discussion with MRE re same. | 0.40 | 112.00 |
|  | MTH | Correspondence to MB and Sinclair re claims settlement notice, issues to be addressed. | 0.30 | 84.00 |
|  | MTH | Reviewing correspondence from EI re report from Tersigni re Hatco. | 0.20 | 56.00 |
|  | PEM | Review memos from counsel and financial advisor re: Hatco Settlement Motion. | 0.30 | 97.50 |
|  | DAC | Review Tersigni memo re Hatco environmental settlement | 0.10 | 37.50 |
| 05/04/2005 |  |  |  |  |
|  | MTH | Correspondence to Jay Sakalo re Claims Settlement Notice. | 0.10 | 28.00 |
|  | MTH | Telephone conference with MB re Alltech corporate restructuring and the Claims Settlement Notice. | 0.30 | 84.00 |
|  | MTH | Correspondence to and from Jay Sakalo and Kramer re Claims Settlement Notice and Alltech. | 0.20 | 56.00 |
|  | MTH | Reviewing 12 Orders entered re various claims objections. | 0.20 | 56.00 |
| 05/20/2005 |  |  |  |  |
|  | MTH | Reviewing Debtors' Tenth Omnibus Objection to Claims. | 0.30 | 84.00 |
|  | MTH | Reviewing Debtors' 11th Objection to Claims. | 0.40 | 112.00 |
|  | MTH | Reviewing Debtors' 9th Objection to Claims. | 0.40 | 112.00 |

W.R. Grace

Claims Analysis Objection & Resol. (Non-Asbestos)

|  | | | HOURS | |
|---|---|---|---|---|
| 05/24/2005 | | | | |
| MTH | Correspondence to and from MB re Cytec Motion. | | 0.20 | 56.00 |
| 05/25/2005 | | | | |
| MTH | Reviewing Pearson's responses to interrogatories. | | 0.40 | 112.00 |
| 05/27/2005 | | | | |
| MTH | Begin reviewing Debtors' Motion re Settlement Agreement with Cytec. | | 0.30 | 84.00 |
| MTH | Additional review of Debtors' Motion for Settlement with Cytec and Wyeth. | | 0.60 | 168.00 |
| | FOR CURRENT SERVICES RENDERED | | 4.90 | 1,395.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $375.00 | $37.50 |
| Philip E. Milch | 0.30 | 325.00 | 97.50 |
| Mark T. Hurford | 4.50 | 280.00 | 1,260.00 |

|  |  |  |
|---|---|---|
| | TOTAL CURRENT WORK | 1,395.00 |
| 05/25/2005 | Payment - Thank you. (February, 2005 - 80%) | -560.80 |
| | BALANCE DUE | $6,345.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    05/31/2005
Wilmington  DE                                                ACCOUNT NO:        3000-07D
                                                             STATEMENT NO:               48

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                   $21,922.80

|  |  | HOURS |  |
|---|---|---|---|
| **05/01/2005** | | | |
| MRE | Review of April 27, 2005 Memorandum | 0.10 | 29.00 |
| **05/02/2005** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.20 | 19.00 |
| MRE | Responding to 2019 inquiries and telephone call with PEM regarding same | 0.20 | 58.00 |
| MTH | Review of memorandum summarizing pleadings filed from April 29 through May 1. | 0.10 | 28.00 |
| MRE | Review of April 29, 2005 Memorandum | 0.10 | 29.00 |
| MK | Review committee events calendar | 0.10 | 10.50 |
| **05/03/2005** | | | |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Reviewing correspondence from EI to Committee re Siegel and BFMIC. | 0.10 | 28.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 2, 2005. | 0.10 | 28.00 |
| **05/04/2005** | | | |
| DEM | Reivew Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.40 | 38.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | orders) | 0.20 | 19.00 |
| MRE | Review of memo from EI | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 3. | 0.10 | 28.00 |
| **05/05/2005** |  |  |  |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| MTH | Meeting with MRE re pending motions and issues. | 0.20 | 56.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 32.50 |
| MRE | Review of memorandum summarizing pleadings filed on May 4, 2005 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on May | 0.10 | 28.00 |
| MTH | Reviewing two orders entered. | 0.10 | 28.00 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 58.00 |
| MRE | Review of weekly recommendation memo | 0.20 | 58.00 |
| **05/06/2005** |  |  |  |
| PEM | Review weekly recommendation memo re: pending motions and matters (.2); fee and adversary memo (.1). | 0.30 | 97.50 |
| KH | Review pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MTH | Prepare weekly recommendation memo re motions (.8) and fee applications (.2) | 1.00 | 280.00 |
| MTH | Correspondence to Committee re weekly recommendation memoranda | 0.20 | 56.00 |
| MTH | Correspondence to and from MRE re weekly recommendation memoranda | 0.10 | 28.00 |
| DAC | Review counsel's weekly memo. | 0.20 | 75.00 |
| **05/08/2005** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 32.50 |
| **05/09/2005** |  |  |  |
| MTH | Review of memorandum summarizing pleadings filed from May 6 through May 8. | 0.10 | 28.00 |
| MTH | Reviewing correspondence from MRE and PVNL re May Omnibus hearing. | 0.20 | 56.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.20 | 19.00 |
| **05/10/2005** |  |  |  |
| MTH | Reviewing correspondence from MRE and PVNL re May omnibus. | 0.10 | 28.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 9 | 0.10 | 28.00 |
| MTH | Reviewing correspondence from DEM re May Omnibus Agenda. | 0.10 | 28.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 32.50 |

**05/11/2005**

| | | | |
|---|---|---|---|
| MTH | Reviewing relevant documents and preparing summary for MRE re pending issues. | 0.50 | 140.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 10 | 0.10 | 28.00 |

**05/12/2005**

| | | | |
|---|---|---|---|
| PEM | Review memo re: pleadings filed. | 0.10 | 32.50 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| MRE | Review Memo for May 12, 2005 | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 11 | 0.10 | 28.00 |

**05/13/2005**

| | | | |
|---|---|---|---|
| PEM | Review Weekly recommendation memo re: pending motions and matters (.3) and fee memos (.1). | 0.40 | 130.00 |
| DAC | Review counsel's weekly memo | 0.20 | 75.00 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on May 12 | 0.10 | 28.00 |
| MTH | Reviewing three Orders entered. | 0.10 | 28.00 |
| MTH | Prepare weekly recommendation memoranda re: motions (.6) and fee applications (.1) | 0.70 | 196.00 |

**05/16/2005**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed from May 13 through May 15. | 0.10 | 28.00 |

**05/17/2005**

| | | | |
|---|---|---|---|
| PEM | Review memo re: pleadings filed. | 0.10 | 32.50 |
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.30 | 28.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | | 0.20 | 19.00 |
| MRE | Review memo for May 13, 2005 | | 0.10 | 29.00 |
| MRE | Review memo for May 11, 2005 | | 0.10 | 29.00 |
| MRE | Review memo for May 17, 2005 | | 0.10 | 29.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 16. | | 0.10 | 28.00 |

**05/18/2005**

| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | | 0.20 | 19.00 |
|---|---|---|---|---|
| MTH | Reviewing correspondence from MRE re hearing memorandum. | | 0.20 | 56.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 17, 2005. | | 0.10 | 28.00 |
| MTH | Reviewing six Orders entered, including protective Order re asbestos. | | 0.60 | 168.00 |

**05/19/2005**

| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | | 0.10 | 9.50 |
|---|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | | 0.20 | 19.00 |
| MTH | Review of memorandum summarizing pleadings filed on 5/18 | | 0.10 | 28.00 |

**05/20/2005**

| PEM | Review recommendation memo re: pending motions and matters (.2) and fee memo (.1). | | 0.30 | 97.50 |
|---|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | | 0.20 | 19.00 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | | 0.30 | 28.50 |
| MTH | Reviewing correspondence from DEM to Committee re weekly recommendation memorandum. | | 0.10 | 28.00 |
| MTH | Prepare weekly recommendation memo re motions (.7) and fee applications (.1) | | 0.80 | 224.00 |
| DAC | Review counsel's weekly memo | | 0.20 | 75.00 |
| MTH | Review of memorandum summarizing pleadings filed on May 19, 2005. | | 0.10 | 28.00 |
| MTH | Reviewing Order entered. | | 0.10 | 28.00 |

**05/22/2005**

| PEM | Review memo re: pleadings filed. | | 0.10 | 32.50 |
|---|---|---|---|---|

**05/23/2005**

| DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | | 0.20 | 19.00 |
|---|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | | 0.20 | 19.00 |
| DEM | Update Attorney Binder | | 0.20 | 19.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Review of memorandum summarizing adversary pleadings filed from May 16 through May 22. | 0.10 | 28.00 |
| **05/24/2005** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 32.50 |
| | DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MTH | Review of memorandum summarizing pleadings filed on May 23 | 0.10 | 28.00 |
| **05/25/2005** | | | | |
| | MRE | Meeting with MTH on the status of upcoming matters | 0.20 | 58.00 |
| | MRE | Review of e-mail from MTH regarding the status of upcoming deadlines | 0.10 | 29.00 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| | DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MTH | Review of memorandum summarizing pleadings filed on May 24. | 0.10 | 28.00 |
| | MTH | Meeting with MRE re: status of upcoming matters | 0.20 | 56.00 |
| **05/26/2005** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 32.50 |
| | DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MTH | Review of memorandum summarizing pleadings filed on May 25 | 0.10 | 28.00 |
| **05/27/2005** | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | PEM | Review weekly recommendation memo re: pending motions and matters (.2) and fee memo (.1). | 0.30 | 97.50 |
| | MTH | Prepare weekly recommendation memo re motions (1.3) and fee applications (.2) | 1.50 | 420.00 |
| | MTH | Review of memorandum summarizing pleadings filed on May 26 | 0.10 | 28.00 |
| | DAC | Review counsel's memo | 0.20 | 75.00 |
| **05/31/2005** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 32.50 |
| | DEM | Review Pleadings and electronic filing notices; preparation, retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MTH | Review of memorandum summarizing pleadings filed on May 30 | 0.10 | 28.00 |
| | | FOR CURRENT SERVICES RENDERED | 21.20 | 4,723.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $375.00 | $300.00 |
| Philip E. Milch | 2.20 | 325.00 | 715.00 |

Page: 6
05/31/2005

W.R. Grace

ACCOUNT NO:    3000-07D
STATEMENT NO:    48

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michele Kennedy | 0.10 | 105.00 | 10.50 |
| Mark T. Hurford | 8.90 | 280.00 | 2,492.00 |
| Marla R. Eskin | 1.70 | 290.00 | 493.00 |
| Diane E. Massey | 7.30 | 95.00 | 693.50 |
| Katherine Hemming | 0.20 | 95.00 | 19.00 |

TOTAL CURRENT WORK                                    4,723.00


05/25/2005        Payment - Thank you. (February, 2005 - 80%)                -4,838.80


BALANCE DUE                                    $21,807.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:      3000-08D |
|  | STATEMENT NO:      47 |

Employee Benefits/Pension

PREVIOUS BALANCE                                                                                    $23,867.00

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/04/2005 |  |  |  |  |
| | MTH | Reviewing Order entered re Festa CEO Agreement. | 0.10 | 28.00 |
| 05/23/2005 |  |  |  |  |
| | MTH | Telephone conference with MB re pension plan motion. | 0.30 | 84.00 |
| | MTH | Correspondence to and from Jay Sakalo and Rick Wyron re pension plan motion. | 0.30 | 84.00 |
| 05/24/2005 |  |  |  |  |
| | MTH | Begin review of Debtors' Motion to make Pension Plan Contributions. | 0.30 | 84.00 |
| | MTH | Correspondence to MB re Debtors' Motion to Make Pension Plan Contributions. | 0.20 | 56.00 |
| | MTH | Begin reviewing Debtors' Motion to Agreement with Siegel (.5) and Correspondence to MB re same (.3) | 0.50 | 140.00 |
| | MTH | Reviewing Debtors' Motion re Union Pension Payments and Correspondence to MB re same. | 0.50 | 140.00 |
| | MTH | Reviewing correspondence from PVNL re Siegel consulting agreement. | 0.10 | 28.00 |
| | MRE | Review of Motion Relating to Siegel. | 0.40 | 116.00 |
| 05/25/2005 |  |  |  |  |
| | MRE | Drafting e-mail to M. Berkin regarding Seigel motion | 0.10 | 29.00 |
| | MRE | Review of e-mail from PVNL regarding Seigel motion | 0.10 | 29.00 |
| 05/27/2005 |  |  |  |  |
| | MTH | Additional review of Debtors' Motion to Make Pension Plan Contributions. | 0.30 | 84.00 |
| |  | FOR CURRENT SERVICES RENDERED | 3.20 | 902.00 |

W.R. Grace

Employee Benefits/Pension

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.60 | $280.00 | $728.00 |
| Marla R. Eskin | 0.60 | 290.00 | 174.00 |

TOTAL CURRENT WORK                                                                 902.00

05/25/2005     Payment - Thank you. (February, 2005 - 80%)                         -1,169.60

BALANCE DUE                                                                        $23,599.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                  |                     |
|------------------|---------------------|
|                  | Page: 1             |
| W.R. Grace       | 05/31/2005          |
| Wilmington  DE   | ACCOUNT NO:  3000-10D |
|                  | STATEMENT NO:      48 |

Employment Applications, Others

PREVIOUS BALANCE                                         $9,498.70

|            |     |                                                                                      | HOURS |        |
|------------|-----|--------------------------------------------------------------------------------------|-------|--------|
| 05/02/2005 |     |                                                                                      |       |        |
|            | MTH | Reviewing correspondence from Horkovich re retention application and hearing and response to same. | 0.20  | 56.00  |
| 05/03/2005 |     |                                                                                      |       |        |
|            | MRE | Revisions to AKO retention order and e-mail to PVNL regarding same                    | 0.50  | 145.00 |
| 05/04/2005 |     |                                                                                      |       |        |
|            | MRE | E-mail to R. Horkovich regarding AKO retention order                                  | 0.20  | 58.00  |
| 05/09/2005 |     |                                                                                      |       |        |
|            | MRE | Drafting e-mail to B. Horkovich regarding retention order                             | 0.10  | 29.00  |
|            | MRE | Review of e-mail from A. Horkovich regarding retention order                          | 0.10  | 29.00  |
| 05/15/2005 |     |                                                                                      |       |        |
|            | MRE | E-mails with J. Baer and R. Horkovich regarding revised AKO order                     | 0.20  | 58.00  |
| 05/16/2005 |     |                                                                                      |       |        |
|            | MTH | Reviewing supplemental disclosure of Baena.                                           | 0.10  | 28.00  |
| 05/17/2005 |     |                                                                                      |       |        |
|            | MTH | Reviewing supplemental Affidavit for Steptoe and Johnson.                             | 0.10  | 28.00  |
|            | MTH | Reviewing correspondence from Grace re Annual and Quarterly Reports.                  | 0.10  | 28.00  |
| 05/23/2005 |     |                                                                                      |       |        |
|            | MRE | Further revision to AKO order                                                         | 0.20  | 58.00  |

W.R. Grace

Employment Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/26/2005 |  |  |  |  |
| | DEM | Drafting of Certification of Counsel Regarding AKO Retention Application Order | 0.40 | 38.00 |
| 05/27/2005 |  |  |  |  |
| | DEM | Preparation and e-filing of Certification of Counsel Re AKO Retention | 0.30 | 28.50 |
| | MTH | Begin reviewing FCR's Application to Extend Retention of CIBC. | 0.40 | 112.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.90 | 695.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $280.00 | $252.00 |
| Marla R. Eskin | 1.30 | 290.00 | 377.00 |
| Diane E. Massey | 0.70 | 95.00 | 66.50 |

TOTAL CURRENT WORK                                                                         695.50

05/25/2005        Payment - Thank you. (February, 2005 - 80%)                           -2,473.60

BALANCE DUE                                                                            $7,720.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                              05/31/2005
Wilmington  DE                                                      ACCOUNT NO:        3000-11D
                                                                    STATEMENT NO:              46

Expenses

PREVIOUS BALANCE                                                                         $7,144.06

| | | |
|---|---|---|
| 05/01/2005 | National Deposition - Copy of Transcript of Tom Vanderslice on 4/14/05 | 332.50 |
| 05/02/2005 | Parcel Inc. Hand Delivery to WR Grace | 5.00 |
| 05/02/2005 | Parcel Inc. Hand Delivery to Klett Rooney Lieber & Schorling | 5.00 |
| 05/02/2005 | Parcel Inc. Hand Delivery to The Bayard Firm | 5.00 |
| 05/02/2005 | Parcel Inc. Hand Delivery to Pachulski Stang | 5.00 |
| 05/02/2005 | Parcel Inc. Hand Delivery to Duane Morris LLP | 5.00 |
| 05/02/2005 | Parcel Inc. Hand Delivery to Ferry & Joseph | 5.00 |
| 05/02/2005 | Parcel Inc. Hand Delivery to Office of U.S. Trustee | 5.00 |
| 05/02/2005 | Parcels Inc. - C&L, C&D, LAS, & LTC March Fee Application (75 pages x 9) | 381.90 |
| 05/06/2005 | Federal Express to Marcia M. Caldron, Clerk, U.S. Court of Appeals on 4/29/05 | 10.44 |
| 05/12/2005 | Parcels, Inc. - Hand Delivery to Klett Rooney Lieber & Schorling. | 5.00 |
| 05/12/2005 | Parcels, Inc. - Hand Delivery to Office of U.S. Trustee. | 5.00 |
| 05/12/2005 | Parcels, Inc. - Hand Delivery to Perry & Joseph. | 5.00 |
| 05/12/2005 | Parcels, Inc. - Hand Delivery to Pachulski Stang | 5.00 |
| 05/12/2005 | Parcels, Inc. - LTC February CNO (4 pages x 15) | 14.15 |
| 05/13/2005 | Parcels, Inc. - C&L, C&D, LTC, and LAS January - March Interim Fee Applications (290 pages x 15). | 633.90 |
| 05/13/2005 | Parcels, Inc. - Hand Delivery to Perry & Joseph. | 5.00 |
| 05/13/2005 | Parcels, Inc. - Hand Delivery to Office of U.S. Trustee. | 5.00 |
| 05/13/2005 | Parcels, Inc. - Hand Delivery to Pachulski Stang. | 5.00 |
| 05/13/2005 | Parcels, Inc. - Hand Delivery to The Bayard Firm | 5.00 |
| 05/13/2005 | Parcels, Inc. - Hand Delivery to WR Grace. | 5.00 |
| 05/13/2005 | Parcels, Inc. - Hand Delivery to Duane Morris, LLP. | 5.00 |
| 05/13/2005 | Parcels, Inc. - Hand Delivery to Klett Rooney Lieber & Schorling. | 5.00 |
| 05/16/2005 | AT&T Long Distance Phone Calls | 4.91 |
| 05/24/2005 | Parcels Inc.,  CNO's for C&L, C&D, LAS, & LTC March Fee Applications (4 documents x 15) | 33.28 |
| 05/24/2005 | Parcels, Inc. -  Hand Delivery to The bayard Firm | 5.00 |
| 05/24/2005 | Parcels, Inc. -  Hand Delivery to WR Grace. | 5.00 |

W.R. Grace

Expenses

| | | |
|---|---|---:|
| 05/24/2005 | Parcels, Inc. -  Hand Delivery to Duane Morris. | 5.00 |
| 05/24/2005 | Parcels, Inc. -  Hand Delivery to Klett Rooney Lieber & Schorling | 5.00 |
| 05/24/2005 | Parcels, Inc. -  Hand Delivery to Office of U.S. Trustee | 5.00 |
| 05/24/2005 | Parcels, Inc. -  Hand Delivery to Perry & Joseph. | 5.00 |
| 05/24/2005 | Parcels, Inc. -  Hand Delivery to Pachulski Stang. | 5.00 |
| 05/31/2005 | Pacer Charges for the Month of April | 58.32 |
| 05/31/2005 | Parcels, Inc. - C&L, C&D, LTC and LAS April Fee Applications (137 pages x 15) | 303.90 |
| 05/31/2005 | Parcels, Inc. - Hand Delivery to WR Grace. | |
| 05/31/2005 | Parcels, Inc. - Hand Delivery to Duane Morris. | 5.00 |
| 05/31/2005 | Parcels, Inc. - Hand Delivery to Klett Rooney Lieber & Schorling. | 5.00 |
| 05/31/2005 | Parcels, Inc. - Hand Delivery to The Bayard Firm. | 5.00 |
| 05/31/2005 | Parcels, Inc. - Hand Delivery to Pachulski Stang. | 5.00 |
| 05/31/2005 | Parcels, Inc. - Hand Delivery to Perry & Joseph. | 5.00 |
| 05/31/2005 | Parcels, Inc. - Hand Delivery to Office of U.S. Trustee. | 5.00 |
| | TOTAL EXPENSES | 1,928.30 |
| | TOTAL CURRENT WORK | 1,928.30 |
| 05/25/2005 | Payment - Thank you. (February, 2005 - 100%) | -1,554.43 |
| | BALANCE DUE | $7,517.93 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:          46 |

Fee Applications, Applicant

PREVIOUS BALANCE                                                                                    $4,667.60

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/2005 |  |  |  |  |
| | KJC | Review March monthly application for C&L | 0.30 | 57.00 |
| | KH | Review email from D. Seitz re: March bill(.1); Prepare C&L March Fee Application(.4); Finalize and e-file March Fee Application(.3) | 0.80 | 76.00 |
| | KH | Prepare Excel spreadsheet for C&L March Fee Application re: professional hours v. project categories | 0.40 | 38.00 |
| 05/03/2005 |  |  |  |  |
| | PEM | Review April Pittsburgh time on Prebill. | 0.20 | 65.00 |
| 05/04/2005 |  |  |  |  |
| | MTH | Begin reviewing pre-bill. | 0.70 | 196.00 |
| 05/05/2005 |  |  |  |  |
| | MTH | Completing review of pre-bill. | 0.90 | 252.00 |
| | MRE | Review and revision to April pre-bill | 0.80 | 232.00 |
| 05/06/2005 |  |  |  |  |
| | KH | Prepare C&L January-March Interim Fee Application for Compensation | 1.10 | 104.50 |
| 05/11/2005 |  |  |  |  |
| | KJC | Review C&L January through March interim application | 0.30 | 57.00 |
| 05/13/2005 |  |  |  |  |
| | KH | Finalize and e-file C&L January-March Interim Fee Application | 0.30 | 28.50 |
| 05/24/2005 |  |  |  |  |
| | KH | Review case docket for objections to C&L March Fee Application(.1); | | |

Page: 2
05/31/2005

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:          46

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| | Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KJC | Review and sign CNO re C&L March application | 0.20 | 38.00 |

05/31/2005

| | | HOURS | |
|---|---|---|---|
| KJC | Review C&L April monthly application and sign COS re same | 0.30 | 57.00 |
| KH | Prepare Excel spreadsheet re: professional hours v. project categories for C&L April Fee Application | 0.50 | 47.50 |
| KH | Review email from D. Seitz re: April bill(.1); Prepare C&L April Fee Application(.3); Finalize and e-file Fee Application(.3) | 0.70 | 66.50 |
| | FOR CURRENT SERVICES RENDERED | 8.00 | 1,362.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $325.00 | $65.00 |
| Mark T. Hurford | 1.60 | 280.00 | 448.00 |
| Marla R. Eskin | 0.80 | 290.00 | 232.00 |
| Kathleen J. Campbell | 1.10 | 190.00 | 209.00 |
| Katherine Hemming | 4.30 | 95.00 | 408.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,362.50 |

| | | |
|---|---|---|
| 05/25/2005 | Payment - Thank you. (February, 2005 - 80%) | -779.60 |

| | | |
|---|---|---|
| BALANCE DUE | | $5,250.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:        3000-13D |
| | STATEMENT NO:              33 |

Fee Applications, Others

PREVIOUS BALANCE                                                                                      $7,024.30

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **05/02/2005** | | | | |
| | KJC | Review March monthly application for LTC | 0.30 | 57.00 |
| | KJC | Review March monthly application for LAS | 0.30 | 57.00 |
| | KH | Review email from D. Relles re: March bill(.1); Prepare LAS March Fee Application(.4); Finalize and e-file March Fee Application(.3) | 0.80 | 76.00 |
| | KH | Review email from A. Katznelson re: March Fee Application(.1); Update C&D March Fee Application(.3); Finalize and e-file March Fee Application(.3) | 0.70 | 66.50 |
| | KH | Review email from D. Collins re: March Fee Application(.1); Update LTC March Fee Application(.3); Finalize and e-file March Fee Application(.3) | 0.70 | 66.50 |
| | KJC | Address C&D holdback issues | 0.20 | 38.00 |
| **05/03/2005** | | | | |
| | KH | Review February Fee Application of Wallace, King, Domike, & Branson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review March Fee Application of Pachulski, Stang, Ziehl, Young, Jones, & Weintraub(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review March Fee Application of Ferry, Joseph, & Pearce(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review March Fee Application of Kramer, Levin, Naftalis, & Frankel(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review March Fee Application of Stroock, Stroock, & Lavan(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review March Fee Application of Swidler Berlin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review March Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review October Fee Application of BMC Group(.1); Update Grace | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review November Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review December Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of Phillips, Goldman, & Spence(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March (Sealed-Air) Fee Application of Ferry, Joseph, & Pearce(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |

**05/04/2005**

| KH | Review email from A. Katznelson re: Sealed Air payment(.1); Research and review relevant documents and draft responsive email(.7) | 0.80 | 76.00 |
|---|---|---|---|

**05/05/2005**

| KH | Review February Fee Application of The Scott Law Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
|---|---|---|---|
| KH | Review December Fee Application of Buchanan Ingersoll(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January Fee Application of Buchanan Ingersoll(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review February Fee Application of Buchanan Ingersoll(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of Buchanan Ingersoll(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |

**05/09/2005**

| KH | Review March Fee Application of Klett, Rooney, Lieber, & Schorling(.1);Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
|---|---|---|---|
| KH | Review January-March Interim Fee Application of Swidler Berlin(.1);Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review April Fee Application of Warren H. Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Prepare LTC January-March Interim Fee Application | 0.80 | 76.00 |
| KH | Prepare LAS January-March Interim Fee Application | 0.50 | 47.50 |

**05/10/2005**

| KH | Review email from A. Katznelson re: Jan-Mar Interim Fee Application(.1); Update C&D Interim Application(.4) | 0.50 | 47.50 |
|---|---|---|---|

**05/11/2005**

| KJC | Review LTC January through March interim application | 0.30 | 57.00 |
|---|---|---|---|
| KJC | Review LAS January through March interim application | 0.30 | 57.00 |
| KJC | Review C&D January through March interim application | 0.30 | 57.00 |
| KJC | Draft comments re revisions to C&D expenses | 0.10 | 19.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| **05/12/2005** | | | |
| KJC | Review and sign CNO re LTC February monthly application | 0.20 | 38.00 |
| KH | Review case docket for objections to LTC February Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KH | Review March Fee Application of Capstone Advisory Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of Holme, Roberts, & Owen(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of Richardson, Patrick, Westbrook, & Brickman(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of Nelson, Mullins, Riley, & Scarborough(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review February Fee Application of Pitney Hardin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review February Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart, & Olstein(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-February Interim Fee Application of Wallace, King, Domike, & Branson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October-December Interim Fee Application of BMC Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| **05/13/2005** | | | |
| KH | Finalize and e-file C&D January-March Interim Fee Application | 0.30 | 28.50 |
| KH | Finalize and e-file LTC January-March Interim Fee Application | 0.30 | 28.50 |
| KH | Finalize and e-file LAS January-March Interim Fee Application | 0.30 | 28.50 |
| **05/16/2005** | | | |
| KH | Review January-March Interim Fee Application of Warren H. Smith & Associates(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review March Fee Application of Bilzin, Sumberg, Baena, Price, & Axelrod(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| **05/17/2005** | | | |
| MRE | Review of joint objection to advisor fees. | 0.10 | 29.00 |
| KH | Review March Fee Application of CIBC World Markets Corp(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review December-March Interim Fee Application of Klett, Rooney, Lieber, & Schorling(.1); Update Grace Weekly Recommendation | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of Kramer, Levin, Naftalis, & Frankel(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review April Fee Application of Carella, Byrne, Bain, Gilfillan, Cechi, Stewart, & Olstein(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of PricewaterhouseCoopers(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of Pitney Hardin(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of Capstone Corporate Recovery(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of CIBC World Markets Corp(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |

05/23/2005
| | | | |
|---|---|---|---|
| KH | Review April Fee Application of Ferry, Joseph, & Pearce(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of Woodcock Washburn(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review February Fee Application of The Blackstone Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review March Fee Application of The Blackstone Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review October-December Interim Fee Application of Steptoe & Johnson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review January-March Interim Fee Application of Stroock, Stroock, & Lavan(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |

05/24/2005
| | | | |
|---|---|---|---|
| KH | Review case docket for objections to C&D March Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KH | Review case docket for objections to LTC March Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KH | Review case docket for objections to LAS March Fee Application(.1); Prepare Certificate of No Objection(.2); Finalize and e-file CNO(.2) | 0.50 | 47.50 |
| KJC | Review and sign CNO re C&D March application | 0.20 | 38.00 |

Page: 5
05/31/2005

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:           33

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| KJC | Review and sign CNO re LAS March application | 0.20 | 38.00 |
| KJC | Review and sign CNO re LTC March application | 0.20 | 38.00 |
| MRE | Review of David Austern Application. | 0.30 | 87.00 |
| **05/31/2005** | | | |
| KJC | Review LAS April monthly application and sign COS re same | 0.30 | 57.00 |
| KJC | Review LTC April monthly application and sign COS re same | 0.30 | 57.00 |
| KJC | Review C&D April monthly application and sign COS re same | 0.30 | 57.00 |
| KH | Review email from A. Katznelson re: April Fee Application(.1); Update C&D April Fee Application(.3); Finalize and e-file Fee Application(.3) | 0.70 | 66.50 |
| KH | Review email from D. Collins re: April Fee Application(.1); Update LTC April Fee Application(.3); Finalize and e-file Fee Application(.3) | 0.70 | 66.50 |
| KH | Review email from D. Relles re: April bill(.1); Prepare LAS April Fee Application(.5); Finalize and e-file Fee Application(.3) | 0.90 | 85.50 |
| | FOR CURRENT SERVICES RENDERED | 24.10 | 2,700.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.40 | $290.00 | $116.00 |
| Kathleen J. Campbell | 3.50 | 190.00 | 665.00 |
| Katherine Hemming | 20.20 | 95.00 | 1,919.00 |

| | TOTAL CURRENT WORK | | 2,700.00 |
|---|---|---|---|
| 05/25/2005 | Payment - Thank you. (February, 2005 - 80%) | | -1,988.80 |
| | BALANCE DUE | | $7,735.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2005
ACCOUNT NO:    3000-15D
STATEMENT NO:          48

Hearings

PREVIOUS BALANCE                                                          $13,050.65

|  |  | HOURS |  |
|---|---|---|---|
| **05/09/2005** | | | |
| MRE | Drafting e-mail to D. Carikoff regarding hearing | 0.10 | 29.00 |
| MRE | E-mails with D. Caricoff, PVNL and MTH regarding hearing | 0.30 | 87.00 |
| **05/10/2005** | | | |
| MTH | Reviewing Amended Agenda. | 0.10 | 28.00 |
| MRE | E-mail with PVNL regarding hearing | 0.10 | 29.00 |
| MRE | Begin preparation for hearing and meeting with DEM regarding hearing binder. | 0.20 | 58.00 |
| **05/11/2005** | | | |
| DEM | Preparation of attorney binder for omnibus hearing | 0.20 | 19.00 |
| **05/15/2005** | | | |
| MRE | Preparation for hearing | 0.40 | 116.00 |
| **05/16/2005** | | | |
| MRE | Drafting memo to the Committee regarding hearing | 0.60 | 174.00 |
| MRE | Drafting e-mail to PVNL regarding hearing memo | 0.10 | 29.00 |
| MRE | Court appearance | 0.80 | 232.00 |
| **05/17/2005** | | | |
| MRE | Drafting e-mail to the Committee regarding hearing | 0.20 | 58.00 |
| **05/18/2005** | | | |
| PEM | Review memorandum of Omnibus Hearing of May 16, 2005. | 0.10 | 32.50 |
| DAC | Review memo re: 5/16 omnibus hearing | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | 3.30 | 929.00 |

Page: 2
05/31/2005

W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:           48

Hearings

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $375.00 | $37.50 |
| Philip E. Milch | 0.10 | 325.00 | 32.50 |
| Mark T. Hurford | 0.10 | 280.00 | 28.00 |
| Marla R. Eskin | 2.80 | 290.00 | 812.00 |
| Diane E. Massey | 0.20 | 95.00 | 19.00 |

TOTAL CURRENT WORK                                             929.00


05/25/2005      Payment - Thank you. (February, 2005 - 80%)                    -1,010.80


BALANCE DUE                                                        $12,968.85


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:      3000-16D |
|  | STATEMENT NO:            33 |

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                                          $9,383.80

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/23/2005 |  |  |  |  |
| MTH | Reviewing stipulation re National Union Litigation and Reaud, Morgan & Quinn. |  | 0.20 | 56.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.20 | 56.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $280.00 | $56.00 |

TOTAL CURRENT WORK                                                                                          56.00

| 05/25/2005 | Payment - Thank you. (February, 2005 - 80%) | -5,772.80 |
|---|---|---|

BALANCE DUE                                                                                          $3,667.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:        3000-17D |
|  | STATEMENT NO:              33 |

Plan and Disclosure Statement

PREVIOUS BALANCE                                                                            $2,848.90

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/04/2005 |  |  |  |  |
|  | MRE | Review of Order setting briefing schedule. | 0.10 | 29.00 |
|  | DAC | Review memo re Sealed Air Sales | 0.10 | 37.50 |
| 05/24/2005 |  |  |  |  |
|  | MRE | Review of e-mail from PVNL regarding motion for extension of exclusivity | 0.10 | 29.00 |
|  | MRE | Review of Motion to Extend Exclusive Period. | 0.20 | 58.00 |
|  | MTH | Reviewing Debtors' Motion to Extend Exclusivity and Correspondence to PVNL re same. | 0.50 | 140.00 |
|  | MTH | Reviewing correspondence from PVNL re Debtors' Exclusivity Motion. | 0.10 | 28.00 |
| 05/25/2005 |  |  |  |  |
|  | MRE | Review of e-mail from MTH regarding exclusivity | 0.10 | 29.00 |
|  | MRE | Review of e-mail from PVNL regarding exculsivity | 0.10 | 29.00 |
|  | MTH | Discussion with MRE re exclusivity motion, pension plan motions | 0.20 | 56.00 |
|  | MRE | Conference with MTH re: exclusivity motion and pension plan motions | 0.20 | 58.00 |
| 05/27/2005 |  |  |  |  |
|  | MTH | Additional review of Debtors' Motion to Extend Exclusivity. | 0.30 | 84.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 2.00 | 577.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $375.00 | $37.50 |
| Mark T. Hurford | 1.10 | 280.00 | 308.00 |
| Marla R. Eskin | 0.80 | 290.00 | 232.00 |

Page: 2

W.R. Grace

05/31/2005

ACCOUNT NO:    3000-17D

STATEMENT NO:    33

Plan and Disclosure Statement

| | | |
|---|---|---:|
| | TOTAL CURRENT WORK | 577.50 |
| 05/25/2005 | Payment - Thank you. (February, 2005 - 80%) | -30.00 |
| | BALANCE DUE | $3,396.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2005
ACCOUNT NO:    3000-18D
STATEMENT NO:            33

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                        $345.30

05/25/2005      Payment - Thank you. (February, 2005 - 80%)                           -38.00

BALANCE DUE                                                                           $307.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
05/31/2005
ACCOUNT NO:      3000-19D
STATEMENT NO:              23


Tax Issues


PREVIOUS BALANCE                                                          $95.00


05/25/2005       Payment - Thank you. (February, 2005 - 80%)                -22.40


BALANCE DUE                                                          $72.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                             05/31/2005
Wilmington  DE                                ACCOUNT NO:       3000-20D
                                              STATEMENT NO:              32

Tax Litigation

PREVIOUS BALANCE                                                      $468.80

BALANCE DUE                                                           $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:    3000-21D |
|  | STATEMENT NO:         24 |

Travel-Non-Working

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,009.20 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/16/2005 |  |  |  |  |
| MRE | Time from Philadelphia to Pittsburgh (time divided between 3 cases and divided in half) |  | 0.40 | 116.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.40 | 116.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.40 | $290.00 | $116.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 116.00 |
| BALANCE DUE | $1,125.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                05/31/2005
Wilmington  DE                              ACCOUNT NO:        3000-22D
                                            STATEMENT NO:            37

Valuation

PREVIOUS BALANCE                                            $1,185.00

BALANCE DUE                                                 $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                           05/31/2005
Wilmington  DE                                                       ACCOUNT NO:        3000-23D
                                                                                 STATEMENT NO:                 37

ZAI Science Trial

PREVIOUS BALANCE                                                                         $2,106.20

BALANCE DUE                                                                                  $2,106.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2005 |
| Wilmington  DE | ACCOUNT NO:        3000-24D |
|  | STATEMENT NO:                10 |

ZAI Science Trial - Expenses

| 05/25/2005 | Payment - Thank you. (February, 2005 - 80%) | -44.80 |
|---|---|---|
|  | CREDIT BALANCE | -$44.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    05/31/2005
Wilmington  DE                                          ACCOUNT NO:        3000-25D
                                                                     STATEMENT NO:              3

Others

PREVIOUS BALANCE                                                            $56.00

BALANCE DUE                                                                 $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2005
ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 87.00 | 116.00 | 0.00 | 0.00 | 0.00 | $203.00 |
| 3000-02 Asset Disposition | | | | | |
| 77.60 | 28.00 | 0.00 | 0.00 | 0.00 | $105.60 |
| 3000-03 Business Operations | | | | | |
| 191.40 | 116.00 | 0.00 | 0.00 | 0.00 | $307.40 |
| 3000-04 Case Administration | | | | | |
| 1,289.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,289.30 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,345.50 | 795.00 | 0.00 | 0.00 | 0.00 | $4,140.50 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 5,511.20 | 1,395.00 | 0.00 | 0.00 | -560.80 | $6,345.40 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 21,922.80 | 4,723.00 | 0.00 | 0.00 | -4,838.80 | $21,807.00 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 23,867.00 | 902.00 | 0.00 | 0.00 | -1,169.60 | $23,599.40 |
| 3000-10 Employment Applications, Others | | | | | |
| 9,498.70 | 695.50 | 0.00 | 0.00 | -2,473.60 | $7,720.60 |
| 3000-11 Expenses | | | | | |
| 7,144.06 | 0.00 | 1,928.30 | 0.00 | -1,554.43 | $7,517.93 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,667.60 | 1,362.50 | 0.00 | 0.00 | -779.60 | $5,250.50 |
| 3000-13 Fee Applications, Others | | | | | |
| 7,024.30 | 2,700.00 | 0.00 | 0.00 | -1,988.80 | $7,735.50 |
| 3000-15 Hearings | | | | | |
| 13,050.65 | 929.00 | 0.00 | 0.00 | -1,010.80 | $12,968.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 9,383.80 | 56.00 | 0.00 | 0.00 | -5,772.80 | $3,667.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 2,848.90 | 577.50 | 0.00 | 0.00 | -30.00 | $3,396.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 345.30 | 0.00 | 0.00 | 0.00 | -38.00 | $307.30 |
| 3000-19 Tax Issues | | | | | |
| 95.00 | 0.00 | 0.00 | 0.00 | -22.40 | $72.60 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 1,009.20 | 116.00 | 0.00 | 0.00 | 0.00 | $1,125.20 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,106.20 | 0.00 | 0.00 | 0.00 | 0.00 | $2,106.20 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | -44.80 | -$44.80 |
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 115,175.31 | 14,511.50 | 1,928.30 | 0.00 | -20,284.43 | $111,330.68 |

W.R. Grace

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.