Tab b

W. R. Grace Claimants

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1 | AR | KARK-TV, Inc. & Morris Multimedia, Inc.  - East Building (Channel 4)  f.k.a. First National Bank | 1401 West Capitol Avenue, Suite 104, Little Rock, AR  72201 / Third & Louisiana Streets | 9912 |
| 2 | AR | KARK-TV, Inc. & Morris Multimedia, Inc.  - West Annex (Channel 4)  f.k.a. First National Bank | 1401 West Capitol Avenue, Suite 104, Little Rock, AR  72201 /  Third & Center Streets | 9913 |
| 3 | AZ | Hyatt Regency Phoenix | 122 N. Second St., Phoenix, AZ | 9904 |
| 4 | CA | Bakersfield - Administration | | 11973 |
| 5 | CA | Bakersfield - Administration West Bldg. | | 11972 |
| 6 | CA | Bakersfield - Cafeteria Building | | 11974 |
| 7 | CA | Bakersfield - Child Care Center | | 11975 |
| 8 | CA | Bakersfield - Classroom Building | | 11976 |
| 9 | CA | Bakersfield - Corporation Yard | | 11977 |
| 10 | CA | Bakersfield - Dining Commons Building | | 11978 |
| 11 | CA | Bakersfield - Dore Theater | | 11979 |
| 12 | CA | Bakersfield - Dorothy Donohoe Hall | | 11980 |
| 13 | CA | Bakersfield - Education Building | | 11981 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 14 | CA | Bakersfield - Faculty Building | | 11982 |
| 15 | CA | Bakersfield - Fine Arts | | 11983 |
| 16 | CA | Bakersfield - Handball Court | | 11984 |
| 17 | CA | Bakersfield - Lecture Building | | 11835 |
| 18 | CA | Bakersfield - Outdoor PE Storage Bldg. | | 11836 |
| 19 | CA | Bakersfield - Performing Arts | | 11837 |
| 20 | CA | Bakersfield - Physical Education | | 11838 |
| 21 | CA | Bakersfield - Plant Operations | | 11839 |
| 22 | CA | Bakersfield - Public Safety | | 11840 |
| 23 | CA | Bakersfield - Residence Hall A | | 11841 |
| 24 | CA | Bakersfield - Residence Hall B | | 11842 |
| 25 | CA | Bakersfield - Residence Hall C | | 11843 |
| 26 | CA | Bakersfield - Residence Hall D | | 11844 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 27 | CA | Bakersfield - Residence Hall E | | 11845 |
| 28 | CA | Bakersfield - Residence Hall F | | 11846 |
| 29 | CA | Bakersfield - Romberg Nursing Center | | 11847 |
| 30 | CA | Bakersfield - Science Bldg. (I - II) | | 11848 |
| 31 | CA | Bakersfield - Shower Locker | | 11849 |
| 32 | CA | Bakersfield - Student Center | | 11850 |
| 33 | CA | Bakersfield - Student Services 1 | | 11851 |
| 34 | CA | Bakersfield - Student Services 2 | | 11852 |
| 35 | CA | Bakersfield - Support Services | | 11853 |
| 36 | CA | Chico - Alva P Taylor Hall | | 11784 |
| 37 | CA | Chico - Aymer Jay Hamilton Bldg. | | 10592 |
| 38 | CA | Chico - Ayres Hall | | 10593 |
| 39 | CA | Chico - Biology Headhouse | | 10594 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 40 | CA | Chico - Boiler Chiller Plant | | 10595 |
| 41 | CA | Chico - Building E | | 10596 |
| 42 | CA | Chico - Butte Hall | | 10597 |
| 43 | CA | Chico - Chico - Acker Gym | | 11783 |
| 44 | CA | Chico - Colusa Hall | | 10598 |
| 45 | CA | Chico - Continuing Education | | 10599 |
| 46 | CA | Chico - Corp Yard FMS Paint Shop | | 10600 |
| 47 | CA | Chico - EMHS Material Storage | | 10601 |
| 48 | CA | Chico - FMS Administration Bldg. | | 10602 |
| 49 | CA | Chico - FMS Central Supply | | 10603 |
| 50 | CA | Chico - FMS Chemical Storage | | 10604 |
| 51 | CA | Chico - FMS Garage | | 10605 |
| 52 | CA | Chico - FMS Greenhouse | | 10606 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 53 | CA | Chico - FMS Trades Shop | | 10607 |
| 54 | CA | Chico - Glenn Hall | | 10608 |
| 55 | CA | Chico - Greenhouse A | | 10609 |
| 56 | CA | Chico - Greenhouse B | | 10610 |
| 57 | CA | Chico - Greenhouse C | | 10611 |
| 58 | CA | Chico - Housing Office | | 10612 |
| 59 | CA | Chico - Kendall Hall | | 10613 |
| 60 | CA | Chico - Langdon Engineering Center | | 10614 |
| 61 | CA | Chico - Lassen Hall | | 10615 |
| 62 | CA | Chico - Laxson Auditorium | | 10616 |
| 63 | CA | Chico - Meriam Library | | 10617 |
| 64 | CA | Chico - Modoc Hall | | 10618 |
| 65 | CA | Chico - PE Storage | | 10619 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 66 | CA | Chico - Performing Arts Center | | 10620 |
| 67 | CA | Chico - Physical Science | | 10621 |
| 68 | CA | Chico - Physical Science Grnhse. | | 10622 |
| 69 | CA | Chico - Plumas Hall | | 10623 |
| 70 | CA | Chico - Reynolds Warehouse | | 10624 |
| 71 | CA | Chico - Selvester Café | | 10625 |
| 72 | CA | Chico - Shasta Hall | | 10627 |
| 73 | CA | Chico - Shurmer Gymnasium | | 10626 |
| 74 | CA | Chico - Sierra Hall and Annex | | 10628 |
| 75 | CA | Chico - Siskiyou Hall | | 10629 |
| 76 | CA | Chico - Stadium | | 10630 |
| 77 | CA | Chico - Stiles Warehouse | | 14399 |
| 78 | CA | Chico - Student Affairs Center | | 11985 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 79 | CA | Chico - Student Health Center | | 11986 |
| 80 | CA | Chico - Sutter Hall | | 11987 |
| 81 | CA | Chico - Swimming Pool 43 | | 11988 |
| 82 | CA | Chico - Swimming Pool 44 | | 11989 |
| 83 | CA | Chico - Tehama Hall | | 11990 |
| 84 | CA | Chico - Trinity Hall | | 11991 |
| 85 | CA | Chico - University Center | | 11992 |
| 86 | CA | Chico - Vesta Holt Hall | | 11993 |
| 87 | CA | Chico - Warrens Reception | | 11782 |
| 88 | CA | Chico - Whitney Hall | | 11994 |
| 89 | CA | Coca-Cola Enterprises Inc. - Cathedral City Sales Center | 600 Perez Rd., Cathedral City, CA | 12381 |
| 90 | CA | Coca-Cola Enterprises Inc. - Downey / Lakewood Building | 11445 S. Lakewood Blvd., Downey, CA | 12383 |
| 91 | CA | Coca-Cola Enterprises Inc. - Santa Maria Sales Center | 120 E Jones St., Santa Maria, CA | 12321 |

7 - 138

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 92 | CA | Coca-Cola Enterprises Inc. - Ukiah, CA Sales Center | 650 Babcock Ave., Ukiah, CA | 12318 |
| 93 | CA | Crocker Plaza Company (1st Bldg. Claim) / McKesson Corporation (2nd Bldg. Claim) / West Coast Estates (3rd Bldg. Claim) | One Post Street, San Francisco, CA 94104 | 11012 |
| 94 | CA | Dominguez Hills - Central Plant | | 11927 |
| 95 | CA | Dominguez Hills - Child Development Center | | 11928 |
| 96 | CA | Dominguez Hills - Education Resource Center | Carson, CA | 9888 |
| 97 | CA | Dominguez Hills - Electric Vaults 1-3 | | 11929 |
| 98 | CA | Dominguez Hills - Field House | | 11930 |
| 99 | CA | Dominguez Hills - Gymnasium | | 11931 |
| 100 | CA | Dominguez Hills - International 10-Orthotics-Prostcs | | 11932 |
| 101 | CA | Dominguez Hills - International 11-Classrooms Facility Office | | 11933 |
| 102 | CA | Dominguez Hills - International 13-Registrars Office | | 11934 |
| 103 | CA | Dominguez Hills - International 1-Admissions Office | | 11935 |
| 104 | CA | Dominguez Hills - International 2-Police-Cashier | | 11936 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 105 | CA | Dominguez Hills - International 3-Computer Center Annex | | 11937 |
| 106 | CA | Dominguez Hills - International 4-Computer Room Annex | | 11938 |
| 107 | CA | Dominguez Hills - International 5-EXT Ed-EOP-FIN Aid | | 11939 |
| 108 | CA | Dominguez Hills - International 6-Classrooms-Computer Lab | | 11940 |
| 109 | CA | Dominguez Hills - International 7-Classroom | | 11941 |
| 110 | CA | Dominguez Hills - International 8-Classroom | | 11942 |
| 111 | CA | Dominguez Hills - International 9-Classroom | | 11943 |
| 112 | CA | Dominguez Hills - Lacorte Hall (HFA Bldg.) | | 11944 |
| 113 | CA | Dominguez Hills - Natural Science-Math Bldg. | | 11945 |
| 114 | CA | Dominguez Hills - Perimeter Information Booth | | 11946 |
| 115 | CA | Dominguez Hills - Physical Plant | | 11947 |
| 116 | CA | Dominguez Hills - School of Education | | 11948 |
| 117 | CA | Dominguez Hills - Social and Behavioral Science | | 11949 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 118 | CA | Dominguez Hills - Student Health Clinic | | 11950 |
| 119 | CA | Dominguez Hills - University Theatre | | 11951 |
| 120 | CA | Fresno - Agricultural Mechanics | | 10387 |
| 121 | CA | Fresno - Agricultural Operations | | 10388 |
| 122 | CA | Fresno - Agriculture | | 10390 |
| 123 | CA | Fresno - Agriculture Education | | 10389 |
| 124 | CA | Fresno - Agronomy Building | | 10391 |
| 125 | CA | Fresno - Agronomy Storage | | 10392 |
| 126 | CA | Fresno - Aspen-Ponderosa Hall | | 10393 |
| 127 | CA | Fresno - Baker Hall | | 10394 |
| 128 | CA | Fresno - Beef Central Barn | | 10395 |
| 129 | CA | Fresno - Beef Feed Lot | | 10396 |
| 130 | CA | Fresno - Beef Finishing Barn | | 10397 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 131 | CA | Fresno - Beef Horse Barn | | 10398 |
| 132 | CA | Fresno - Beef Shelter No. 27A | | 10399 |
| 133 | CA | Fresno - Beef Shelter No. 27B | | 10400 |
| 134 | CA | Fresno - Beef Shelter No. 29 | | 10386 |
| 135 | CA | Fresno - Beef Storage Silo | | 10385 |
| 136 | CA | Fresno - Birch Hall | | 10384 |
| 137 | CA | Fresno - Boar Shelters | | 10383 |
| 138 | CA | Fresno - Bookstore | | 10382 |
| 139 | CA | Fresno - C.A.T. 1 | | 10381 |
| 140 | CA | Fresno - C.I.T. Storage | | 10380 |
| 141 | CA | Fresno - Chemical Storage | | 10379 |
| 142 | CA | Fresno - Conley Art | | 10378 |
| 143 | CA | Fresno - Cool Storage | | 10377 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 144 | CA | Fresno - Corporation Yard | | 10376 |
| 145 | CA | Fresno - Covered Paddock 1 | | 10375 |
| 146 | CA | Fresno - Covered Paddock 2 | | 10374 |
| 147 | CA | Fresno - Covered Paddock 3 | | 10373 |
| 148 | CA | Fresno - Dairy Bull Shelter | | 10371 |
| 149 | CA | Fresno - Dairy Commodity Storage | | 10370 |
| 150 | CA | Fresno - Dairy Feed Shelter Barn | | 10369 |
| 151 | CA | Fresno - Dairy Freestall Barn | | 10368 |
| 152 | CA | Fresno - Dairy Headquarters | | 10367 |
| 153 | CA | Fresno - Dairy Maternity Shelter | | 10366 |
| 154 | CA | Fresno - Dairy Milking Barn | | 10365 |
| 155 | CA | Fresno - Dairy Processing | | 10362 |
| 156 | CA | Fresno - Dairy Processing Storage | | 10364 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 157 | CA | Fresno - Dairy Shade 1 | | 10363 |
| 158 | CA | Fresno - Dairy Shade 2 | | 10361 |
| 159 | CA | Fresno - Dairy Storage 1 | | 10360 |
| 160 | CA | Fresno - Dairy Storage 2 | | 10359 |
| 161 | CA | Fresno - Diary Bull Barn | | 10372 |
| 162 | CA | Fresno - Distillation Facility | | 10358 |
| 163 | CA | Fresno - Engineering East | | 10357 |
| 164 | CA | Fresno - Engineering West | | 10356 |
| 165 | CA | Fresno - Enology | | 10354 |
| 166 | CA | Fresno - Enology Lab-EXP Winery | | 10355 |
| 167 | CA | Fresno - Family and Food Science | | 10353 |
| 168 | CA | Fresno - Farm Machinery Storage | | 10352 |
| 169 | CA | Fresno - Feed Mill | | 10345 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 170 | CA | Fresno - Feed Mill Large Storage Tank 1 | | 10351 |
| 171 | CA | Fresno - Feed Mill Large Storage Tank 2 | | 10350 |
| 172 | CA | Fresno - Feed Mill Large Storage Tank 3 | | 10349 |
| 173 | CA | Fresno - Feed Mill Large Storage Tank 4 | | 10348 |
| 174 | CA | Fresno - Feed Mill Small Storage Tanks 1 | | 10347 |
| 175 | CA | Fresno - Feed Mill Small Storage Tanks 2 | | 10346 |
| 176 | CA | Fresno - Fuel Alcohol Facility | | 10344 |
| 177 | CA | Fresno - Graves Hall | | 10342 |
| 178 | CA | Fresno - Grosse Industrial Tech | | 10329 |
| 179 | CA | Fresno - Henry Madden Library | | 10339 |
| 180 | CA | Fresno - Homan Hall | | 10341 |
| 181 | CA | Fresno - Home Management | | 10340 |
| 182 | CA | Fresno - Horse Barn (Rodeo) | | 10343 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 183 | CA | Fresno - Horse Central Barn | | 10338 |
| 184 | CA | Fresno - Horse Research Barn | | 10337 |
| 185 | CA | Fresno - Horse Shelters (12) (Rodeo) | | 10334 |
| 186 | CA | Fresno - Horse Storage Shed | | 10336 |
| 187 | CA | Fresno - Horse Tack Storage A (Rodeo) | | 10333 |
| 188 | CA | Fresno - Horse Tack Storage B (Rodeo) | | 10335 |
| 189 | CA | Fresno - Instr. Product Winery | | 10332 |
| 190 | CA | Fresno - Irrigation Test Lab | | 10328 |
| 191 | CA | Fresno - Joyal Administration | | 10331 |
| 192 | CA | Fresno - Keats Campus | | 10330 |
| 193 | CA | Fresno - Lab School | | 10327 |
| 194 | CA | Fresno - Livestock Judging Pavillion | | 10326 |
| 195 | CA | Fresno - McKee Fisk | Fresno, CA | 9838 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 196 | CA | Fresno - McLane Hall | | 10325 |
| 197 | CA | Fresno - Meat Laboratory | | 10323 |
| 198 | CA | Fresno - Meat Laboratory Annex | | 10324 |
| 199 | CA | Fresno - Mushroom Research 1 | | 10322 |
| 200 | CA | Fresno - Mushroom Research 2 | | 10321 |
| 201 | CA | Fresno - Music | | 10320 |
| 202 | CA | Fresno - North Gymnasium | Fresno, CA | 10319 |
| 203 | CA | Fresno - OH Equipment Storage | | 10318 |
| 204 | CA | Fresno - OH Glass House A | | 10317 |
| 205 | CA | Fresno - OH Glass House B | | 10316 |
| 206 | CA | Fresno - OH Glass House C | | 10315 |
| 207 | CA | Fresno - OH Glass House D | | 10314 |
| 208 | CA | Fresno - OH Glass House E | | 10313 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 209 | CA | Fresno - OH Head House | | 10312 |
| 210 | CA | Fresno - OH Lath House | | 10311 |
| 211 | CA | Fresno - Orchard Equipment Storage | | 10310 |
| 212 | CA | Fresno - Orchard Fieldhouse | | 10309 |
| 213 | CA | Fresno - Pesticide | | 10308 |
| 214 | CA | Fresno - Plastic House | | 10307 |
| 215 | CA | Fresno - Post Harvest Laboratory | | 10306 |
| 216 | CA | Fresno - Poultry Unity 2 | | 10304 |
| 217 | CA | Fresno - Psychology | Fresno, CA | 10303 |
| 218 | CA | Fresno - Public Safety/Addition | | 10302 |
| 219 | CA | Fresno - Raisin Processing Lab | | 10305 |
| 220 | CA | Fresno - Residence Dining | | 10301 |
| 221 | CA | Fresno - Residence Hall Atrium | | 10300 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 222 | CA | Fresno - Round-Up Unit | | 10299 |
| 223 | CA | Fresno - San Ramon No. 2 | | 10297 |
| 224 | CA | Fresno - San Ramon No. 3 | | 10295 |
| 225 | CA | Fresno - Science | Fresno, CA | 9889 |
| 226 | CA | Fresno - Sequoia-Cedar Halls | | 10296 |
| 227 | CA | Fresno - Sheep Central Barn | | 10298 |
| 228 | CA | Fresno - Sheep Finishing Barn | | 10294 |
| 229 | CA | Fresno - Sheep Shelter 1 | | 10293 |
| 230 | CA | Fresno - Sheep Shelter 2 | | 10292 |
| 231 | CA | Fresno - Sheep Shelters (2) | | 10291 |
| 232 | CA | Fresno - Sheep Shelters (4) | | 10290 |
| 233 | CA | Fresno - Sheep Shelters (8) | | 10289 |
| 234 | CA | Fresno - Social Science | | 10288 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 235 | CA | Fresno - South Gymnasium | | 10287 |
| 236 | CA | Fresno - Speech Arts | | 10286 |
| 237 | CA | Fresno - Sprinkler-Pump Test Station | | 10285 |
| 238 | CA | Fresno - Student Health Center | | 10284 |
| 239 | CA | Fresno - Sulphur House | | 10283 |
| 240 | CA | Fresno - Swine Breed-Gest Barn | | 10282 |
| 241 | CA | Fresno - Swine Breeding Nursery Barn | | 10281 |
| 242 | CA | Fresno - Swine Confinement Barn 2 | | 10279 |
| 243 | CA | Fresno - Swine Farrowing Barn | | 10280 |
| 244 | CA | Fresno - Swine Farrowing Complex | | Not on WRG Claims List |
| 245 | CA | Fresno - Swine Finishing Barn A | | 10278 |
| 246 | CA | Fresno - Swine Finishing Barn B | | 10277 |
| 247 | CA | Fresno - Swine Growing Barn 2 | | 10276 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 248 | CA | Fresno - Swine Nursery Complex | | 10275 |
| 249 | CA | Fresno - Swine Storage | | 10274 |
| 250 | CA | Fresno - Sycamore Hall | | 10273 |
| 251 | CA | Fresno - Thomas Administration | | 10271 |
| 252 | CA | Fresno - University Center (Cafet) | | 10270 |
| 253 | CA | Fresno - University House | | 10269 |
| 254 | CA | Fresno - University Student Union - Add'tn | | 10272 |
| 255 | CA | Fresno - Veterinary Hospital | | 10268 |
| 256 | CA | Fresno - Viticult Plastic House | | 10261 |
| 257 | CA | Fresno - Viticult Research Building | | 10262 |
| 258 | CA | Fresno - Viticulture Cold Storage 1 | | 10267 |
| 259 | CA | Fresno - Viticulture Cold Storage 2 | | 10266 |
| 260 | CA | Fresno - Viticulture Cold Storage 3 | | 10265 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 261 | CA | Fresno - Viticulture Cold Storage 4 | | 10264 |
| 262 | CA | Fresno - Viticulture Cold Storage 5 | | 10263 |
| 263 | CA | Fresno - Viticulture Equipment Storage | | 10259 |
| 264 | CA | Fresno - Viticulture Field House | | 10260 |
| 265 | CA | Fullerton - Children's Center | | 10148 |
| 266 | CA | Fullerton - Cooling Towers - Electric Sub | | 10149 |
| 267 | CA | Fullerton - Corporation Yard (Temps) | | 10150 |
| 268 | CA | Fullerton - Cypress House | | 10151 |
| 269 | CA | Fullerton - Education Classroom | | 10152 |
| 270 | CA | Fullerton - El Dorado Annex | | 10156 |
| 271 | CA | Fullerton - El Dorado Annex B | | 10153 |
| 272 | CA | Fullerton - El Dorado Annex C | | 10154 |
| 273 | CA | Fullerton - El Dorado Annex D | | 10155 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 274 | CA | Fullerton - El Dorado House (Pres) | | 10157 |
| 275 | CA | Fullerton - Engineering | | 10158 |
| 276 | CA | Fullerton - EXT ED Admin-EHS | | 10049 |
| 277 | CA | Fullerton - Golleher Alumni House | | 10050 |
| 278 | CA | Fullerton - Greenhouse-Aboretium | | 10051 |
| 279 | CA | Fullerton - Heritage HSG-Arboretium | | 10052 |
| 280 | CA | Fullerton - Humanities | Fullerton, CA | 10053 |
| 281 | CA | Fullerton - Jewel Cobb Plummer House | | 10054 |
| 282 | CA | Fullerton - Langsdorf Hall | | 10055 |
| 283 | CA | Fullerton - Maintenance | | 10056 |
| 284 | CA | Fullerton - McCarthy Hall | | 10057 |
| 285 | CA | Fullerton - Physical Education | Fullerton, CA | 10019 |
| 286 | CA | Fullerton - PJ&G Pollak Library | Fullerton, CA | 10020 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 287 | CA | Fullerton - Plant Growth Facilities | | 10021 |
| 288 | CA | Fullerton - Sales Office | | 10022 |
| 289 | CA | Fullerton - Student Health Center | | 10024 |
| 290 | CA | Fullerton - Sycamore House | | 10023 |
| 291 | CA | Fullerton - Titan House (Newsome House) | | 10025 |
| 292 | CA | Fullerton - Titan Student Union | | 10026 |
| 293 | CA | Fullerton - Visual Arts | | 10027 |
| 294 | CA | Fullerton- Performing Arts | Fullerton, CA | 10058 |
| 295 | CA | Grand Hyatt San Francisco | 345 Stockton, San Francisco | 9906 |
| 296 | CA | Hayward - Administration | | 11966 |
| 297 | CA | Hayward - Alumni Relations | | 11970 |
| 298 | CA | Hayward - Art & Education | | 11954 |
| 299 | CA | Hayward - Boiler Plant | | 11958 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 300 | CA | Hayward - Corporation Yard | | 11959 |
| 301 | CA | Hayward - Ecological Field Station | | 11971 |
| 302 | CA | Hayward - Fieldhouse | | 11960 |
| 303 | CA | Hayward - Fine Arts Patio-Foundry | | 11956 |
| 304 | CA | Hayward - Library | | 11965 |
| 305 | CA | Hayward - Meikle John Hall | | 11962 |
| 306 | CA | Hayward - Music & Business | | 11957 |
| 307 | CA | Hayward - Physical Ed | | 11961 |
| 308 | CA | Hayward - Plant Operation Offices | | 11968 |
| 309 | CA | Hayward - Robinson Hall | | 11963 |
| 310 | CA | Hayward - Science | | 11953 |
| 311 | CA | Hayward - Science Annex | | 11955 |
| 312 | CA | Hayward - Student Health Center | | 11969 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 313 | CA | Hayward - Student Services | | 11967 |
| 314 | CA | Hayward - Theatre | | 11964 |
| 315 | CA | Hayward - University Union (Cafeteria) | | 11952 (WRG listed as Dominguez Hills) |
| 316 | CA | Humboldt - Alder Residence Hall | | 12065 |
| 317 | CA | Humboldt - Art Complex | | 12066 |
| 318 | CA | Humboldt - Balocchi House | | 12067 |
| 319 | CA | Humboldt - Beard and Cables House | | 12068 |
| 320 | CA | Humboldt - Brero House | | 12069 |
| 321 | CA | Humboldt - Bret Harte House | | 12070 |
| 322 | CA | Humboldt - Brookins House | | 12071 |
| 323 | CA | Humboldt - Buck House | | 12072 |
| 324 | CA | Humboldt - Cedar Residence Hall | | 12073 |
| 325 | CA | Humboldt - Ceramics Lab | | 12074 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 326 | CA | Humboldt - Chinquapin Residence Hall | | 12075 |
| 327 | CA | Humboldt - Cyress Residence Hall | | 12076 |
| 328 | CA | Humboldt - Davis House | | 12077 |
| 329 | CA | Humboldt - Field House | | 12078 |
| 330 | CA | Humboldt - Fish Hatchery | | 12079 |
| 331 | CA | Humboldt - Forbes PE Complex | | 9839 |
| 332 | CA | Humboldt - Forestry Building | | 12080 |
| 333 | CA | Humboldt - Founders Hall | | 12081 |
| 334 | CA | Humboldt - Gist Hall | | 12082 |
| 335 | CA | Humboldt - Greenhouse | | 12083 |
| 336 | CA | Humboldt - Griffith Hall | | 12084 |
| 337 | CA | Humboldt - Hadley House | | 11995 |
| 338 | CA | Humboldt - Hagopian House 1 | | 11996 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 339 | CA | Humboldt - Hagopian House 2 | | 11997 |
| 340 | CA | Humboldt - Hemlock Residence Hall | | 11998 |
| 341 | CA | Humboldt - Hopkins House | | 11999 |
| 342 | CA | Humboldt - Jenkins Hall | | 12000 |
| 343 | CA | Humboldt - Jenkins House | | 12001 |
| 344 | CA | Humboldt - Jensen House | | 12002 |
| 345 | CA | Humboldt - Jolly Giant Commons | | 12003 |
| 346 | CA | Humboldt - Karshner House | | 12004 |
| 347 | CA | Humboldt - Library | | 12005 |
| 348 | CA | Humboldt - Little Apartments | | 12006 |
| 349 | CA | Humboldt - Madrone Residence Hall | | 12007 |
| 350 | CA | Humboldt - Maple Residence Hall | | 12008 |
| 351 | CA | Humboldt - Mary Warren House | | 12009 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 352 | CA | Humboldt - Music (Temp) | | 12010 |
| 353 | CA | Humboldt - Music Complex | | 12011 |
| 354 | CA | Humboldt - Natural Resources Bldg. | | 9842 |
| 355 | CA | Humboldt - Nelson Hall East | | 12012 |
| 356 | CA | Humboldt - Nelson Hall West | | 12013 |
| 357 | CA | Humboldt - Pepperwood Residence Hall | | 12014 |
| 358 | CA | Humboldt - Physical Science Field Lab | | 12035 |
| 359 | CA | Humboldt - Plant Operations | | 12036 |
| 360 | CA | Humboldt - Redwood Bowl | | 12037 |
| 361 | CA | Humboldt - Redwood Manor | | 12043 |
| 362 | CA | Humboldt - Redwood Manor 1 | | 12038 |
| 363 | CA | Humboldt - Redwood Manor 2 | | 12039 |
| 364 | CA | Humboldt - Redwood Manor 3 | | 12040 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 365 | CA | Humboldt - Redwood Manor 4 | | 12041 |
| 366 | CA | Humboldt - Redwood Manor 5 | | 12042 |
| 367 | CA | Humboldt - Redwood Residence Hall | | 12044 |
| 368 | CA | Humboldt - Schmidt House | | 12049 |
| 369 | CA | Humboldt - Science Complex | | 12050 |
| 370 | CA | Humboldt - Sculpture Lab | | 12051 |
| 371 | CA | Humboldt - Siemen's Hall | | 12052 |
| 372 | CA | Humboldt - Spidell House | | 12053 |
| 373 | CA | Humboldt - Student Health Center | | 12054 |
| 374 | CA | Humboldt - Sunset Residence Hall | | 12045 |
| 375 | CA | Humboldt - Swetman Child Development Lab | | 12046 |
| 376 | CA | Humboldt - Tan Oak Residence Hall | | 12047 |
| 377 | CA | Humboldt - Telonicher House | | 12048 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 378 | CA | Humboldt - Telonicher Marine Lab | | 12055 |
| 379 | CA | Humboldt - Tennis Courts | | 12056 |
| 380 | CA | Humboldt - Theater Arts Building | | 12057 |
| 381 | CA | Humboldt - University Annex | | 12059 |
| 382 | CA | Humboldt - University Center | | 12098 |
| 383 | CA | Humboldt - University Center Support Building | | 12058 |
| 384 | CA | Humboldt - Van Matre Hall | | 12060 |
| 385 | CA | Humboldt - Wagner House | | 12061 |
| 386 | CA | Humboldt - Walter Warren House | | 12063 |
| 387 | CA | Humboldt - Warren House` | | 12064 |
| 388 | CA | Humboldt - Water Tower (Historial Site) | | 12062 |
| 389 | CA | Humboldt - Wildlife Building and Addition | | 12095 |
| 390 | CA | Humboldt - Wildlife Facilities | | 12097 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 391 | CA | Humboldt - Women's Center | | 12096 |
| 392 | CA | Hyatt Regency Islandia | 1411 Quivira Rd, San Diego, CA | 9921 |
| 393 | CA | Hyatt Regency Monterey | 1 Old Golf Course, Monterey, CA | 9898 |
| 394 | CA | Hyatt Regency Newporter | 1107 Jamboree, Newport Beach, CA | 9900 |
| 395 | CA | Hyatt Regency San Francisco | 5 Embarcadero, San Francisco, CA | 9915 |
| 396 | CA | Long Beach - Animal House | | 12618 |
| 397 | CA | Long Beach - Bookstore | | 12619 |
| 398 | CA | Long Beach - Cafeteria | | 12620 |
| 399 | CA | Long Beach - Corporation Yard | | 12621 |
| 400 | CA | Long Beach - Dance Annex | | 12622 |
| 401 | CA | Long Beach - Design | | 12623 |
| 402 | CA | Long Beach - E. James Brothman Hall | | 12624 |
| 403 | CA | Long Beach - Education 1 | | 12625 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 404 | CA | Long Beach - Education 2 | | 12626 |
| 405 | CA | Long Beach - Electrical Substation N | | 12627 |
| 406 | CA | Long Beach - Electrical Substation S | | 12628 |
| 407 | CA | Long Beach - Engineering 2 | | 12629 |
| 408 | CA | Long Beach - Engineering 3 | | 12630 |
| 409 | CA | Long Beach - Engineering 4 | | 12631 |
| 410 | CA | Long Beach - Engineering Technology | | 12632 |
| 411 | CA | Long Beach - Faculty Office # 2 | | 10257 |
| 412 | CA | Long Beach - Faculty Office # 4 | | 12633 |
| 413 | CA | Long Beach - Faculty Office # 5 | | 12634 |
| 414 | CA | Long Beach - Family Consumer Sciences | | 10258 |
| 415 | CA | Long Beach - Fine Arts 1 | | 12637 |
| 416 | CA | Long Beach - Fine Arts 2 | | 12638 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 417 | CA | Long Beach - Fine Arts 3 | | 12639 |
| 418 | CA | Long Beach - Fine Arts 4 | | 12640 |
| 419 | CA | Long Beach - FM-88 KLON Radio | | 12641 |
| 420 | CA | Long Beach - Greenhouse 1 and 2 | | 12642 |
| 421 | CA | Long Beach - Greenhouse 3 | | 12643 |
| 422 | CA | Long Beach - Health & Human Services 2 | | 12644 |
| 423 | CA | Long Beach - Health & Human Services-HHD 1 | | 10247 |
| 424 | CA | Long Beach - Human Services & Design | | 10248 |
| 425 | CA | Long Beach - Language Arts | | 10249 |
| 426 | CA | Long Beach - Lecture Hall 150 - 151 | | 10250 |
| 427 | CA | Long Beach - Liberal Arts 1 | | 10251 |
| 428 | CA | Long Beach - Liberal Arts 2 | | 10252 |
| 429 | CA | Long Beach - Liberal Arts 3 | | 10253 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 430 | CA | Long Beach - Liberal Arts 4 | | 10254 |
| 431 | CA | Long Beach - Liberal Arts 5 | | 10255 |
| 432 | CA | Long Beach - Library West | | 10256 |
| 433 | CA | Long Beach - Los Alamitos Hall | | 10238 |
| 434 | CA | Long Beach - Los Cerritos Hall | | 10239 |
| 435 | CA | Long Beach - Main Library | | 10237 |
| 436 | CA | Long Beach - McIntosh Humanities Building | | 10240 |
| 437 | CA | Long Beach - Microbiology | | 10241 |
| 438 | CA | Long Beach - Multi-Media Center | | 10242 |
| 439 | CA | Long Beach - Nursing | | 10243 |
| 440 | CA | Long Beach - Patterson Child Development | | 10244 |
| 441 | CA | Long Beach - Peterson Hall 1 | | 10245 |
| 442 | CA | Long Beach - Peterson Hall 2 | | 10246 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 443 | CA | Long Beach - Peterson Hall 3 | | 10236 |
| 444 | CA | Long Beach - Psychology | | 10498 |
| 445 | CA | Long Beach - Recycling Center | | 10499 |
| 446 | CA | Long Beach - Residence Hall A | | 10500 |
| 447 | CA | Long Beach - Residence Hall B | | 10501 |
| 448 | CA | Long Beach - Residence Hall C | | 10502 |
| 449 | CA | Long Beach - Residence Hall D | | 10503 |
| 450 | CA | Long Beach - Residence Hall E | | 10504 |
| 451 | CA | Long Beach - Residence Hall F | | 10505 |
| 452 | CA | Long Beach - Residence Hall G | | 10506 |
| 453 | CA | Long Beach - Residence Hall H | | 10507 |
| 454 | CA | Long Beach - Residence Hall I | | 10508 |
| 465 | CA | Long Beach - Residence Hall J Commons | | 12605 |