W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 456 | CA | Long Beach - Restrooms Storage | | 12606 |
| 457 | CA | Long Beach - Science Lecture Halls | | 12607 |
| 458 | CA | Long Beach - Social Science Public Affairs | | 12608 |
| 459 | CA | Long Beach - Soroptimist House | | 12609 |
| 460 | CA | Long Beach - Student Health Service | | 12610 |
| 461 | CA | Long Beach - Studio Theater | | 12611 |
| 462 | CA | Long Beach - University Gymnasiums | | 12614 |
| 463 | CA | Long Beach - University Police Facility Management | | 12612 |
| 464 | CA | Long Beach - University Student Union | | 12615 |
| 465 | CA | Long Beach - University Telecommunications Center | | 12613 |
| 466 | CA | Long Beach - University Theater | | 12616 |
| 467 | CA | Long Beach - Vivian Engineering Center | | 12617 |
| 468 | CA | Los Angeles - Administration | | 10401 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 469 | CA | Los Angeles - Biological Sciences | | 10402 |
| 470 | CA | Los Angeles - Building S Academic Support | | 10403 |
| 471 | CA | Los Angeles - Building T Facility Management | | 10404 |
| 472 | CA | Los Angeles - Building W Carpenter | | 10405 |
| 473 | CA | Los Angeles - Building X Shipping and Receiving | | 10406 |
| 474 | CA | Los Angeles - Cafeteria | | 10407 |
| 475 | CA | Los Angeles - Career Center | | 10408 |
| 476 | CA | Los Angeles - Engineer - Industrial Studies | | 10409 |
| 477 | CA | Los Angeles - Fine Arts | | 10410 |
| 478 | CA | Los Angeles - JFK Memorial Library | | 10411 |
| 479 | CA | Los Angeles - Martin Luther King Hall | | 10412 |
| 480 | CA | Los Angeles - Music | | 10413 |
| 481 | CA | Los Angeles - Parking Structure 1 | | 10414 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 482 | CA | Los Angeles - Physical Education | | 10415 |
| 483 | CA | Los Angeles - Physical Sciences | | 10416 |
| 484 | CA | Los Angeles - Simpson TWR-SALAZAR Hall | | 10417 |
| 485 | CA | Los Angeles - South Chiller Plant | | 10418 |
| 486 | CA | Los Angeles - Student Health Center | | 10419 |
| 487 | CA | Los Angeles - Substation-Chiller Plant | | 10420 |
| 488 | CA | Los Angeles - Temp Building C (Police) | | 10421 |
| 489 | CA | Los Angeles - Theater | | 10422 |
| 490 | CA | Los Angeles - University Union | | 10423 |
| 491 | CA | Maritime Academy - Administration (PSAFETY) | | 10475 |
| 492 | CA | Maritime Academy - Auditorium | | 10476 |
| 493 | CA | Maritime Academy - Charlotte Felton House | | 10477 |
| 494 | CA | Maritime Academy - Classroom Building | | 10478 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 495 | CA | Maritime Academy - Engineering Building | | 10479 |
| 496 | CA | Maritime Academy - Faculty Offices | | 10480 |
| 497 | CA | Maritime Academy - Field House | | 10481 |
| 498 | CA | Maritime Academy - Galley | | 10482 |
| 499 | CA | Maritime Academy - Gymnasium-Natatorium | | 10483 / 10484 |
| 500 | CA | Maritime Academy - Library | | 10485 |
| 501 | CA | Maritime Academy - Physical Plant | | 10486 |
| 502 | CA | Maritime Academy - Racquet Ball Courts | | 10487 |
| 503 | CA | Maritime Academy - Radar Lab | | 10488 |
| 504 | CA | Maritime Academy - Receiving | | 10489 |
| 505 | CA | Maritime Academy - Residence Hall | | 10493 |
| 506 | CA | Maritime Academy - Residence Hall A | | 10490 |
| 507 | CA | Maritime Academy - Residence Hall B | | 10491 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 508 | CA | Maritime Academy - Residence Hall C | | 10492 |
| 509 | CA | Maritime Academy - Seamanship Building | | 10494 |
| 510 | CA | Maritime Academy - Staff Housing Complex (3) | | 10495 |
| 511 | CA | Maritime Academy - Steam Plant Simulator | | 10496 |
| 512 | CA | Maritime Academy - Student Center | | 10497 |
| 513 | CA | Monterey Bay - Network and Computing | | 10454 |
| 514 | CA | Monterey Bay - Academic Complex I | | 10473 |
| 515 | CA | Monterey Bay - Academic Complex II | | 10474 |
| 516 | CA | Monterey Bay - Administrative Center 1 | | 10470 |
| 517 | CA | Monterey Bay - Administrative Center 2 | | 10472 |
| 518 | CA | Monterey Bay - Administrative Center 3 | | 10471 |
| 519 | CA | Monterey Bay - Black Box Caberet | | 10469 |
| 520 | CA | Monterey Bay - Bookstore | | 10468 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 521 | CA | Monterey Bay - Career-Organizational Division | | 10467 |
| 522 | CA | Monterey Bay - Child Care Center | | 10466 |
| 523 | CA | Monterey Bay - Classroom Module 1 | | 10465 |
| 524 | CA | Monterey Bay - Classroom Module 2 | | 10464 |
| 525 | CA | Monterey Bay - Classroom Module 3 | | 10463 |
| 526 | CA | Monterey Bay - Dining Commons | | 10462 |
| 527 | CA | Monterey Bay - Film Archive Instructional | | 10461 |
| 528 | CA | Monterey Bay - Instructional Center East | | 10460 |
| 529 | CA | Monterey Bay - Instructional Center West | | 10459 |
| 530 | CA | Monterey Bay - Library Learning Complex | | 10458 |
| 531 | CA | Monterey Bay - Media Learning Complex | | 10456 |
| 532 | CA | Monterey Bay - Meeting Hall | | 10457 |
| 533 | CA | Monterey Bay - Music | | 10455 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 534 | CA | Monterey Bay - Public and Visual Arts 1 | | 10453 |
| 535 | CA | Monterey Bay - Public and Visual Arts 2 | | 10452 |
| 536 | CA | Monterey Bay - Public and Visual Arts 3 | | 10451 |
| 537 | CA | Monterey Bay - Residence Hall 1 | | 10450 |
| 538 | CA | Monterey Bay - Residence Hall 2 | | 10446 |
| 539 | CA | Monterey Bay - Residence Hall 3 | | 10449 |
| 540 | CA | Monterey Bay - Residence Hall 4 | | 10448 |
| 541 | CA | Monterey Bay - Residence Hall 5 | | 10447 |
| 542 | CA | Monterey Bay - Residence Hall 6 | | 10445 |
| 543 | CA | Monterey Bay - Science | | 10443 |
| 544 | CA | Monterey Bay - Service Leaning Module | | 10444 |
| 545 | CA | Monterey Bay - Siva Annex | | 10442 |
| 546 | CA | Monterey Bay - Siva Center | | 10441 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 547 | CA | Monterey Bay - Sixth Avenue Classrooms | | 10440 |
| 548 | CA | Monterey Bay - Student Services 1 | | 10439 |
| 549 | CA | Monterey Bay - Student Services 2 | | 10438 |
| 550 | CA | Monterey Bay - Telecommunications | | 10437 |
| 551 | CA | Monterey Bay - Teledramatic Arts-Techn. | | 10436 |
| 552 | CA | Monterey Bay - Theatre | | 10435 |
| 553 | CA | Monterey Bay - University Center | | 10434 |
| 554 | CA | Monterey Bay - University Services 1 | | 10433 |
| 555 | CA | Monterey Bay - University Services 2 | | 10432 |
| 556 | CA | Monterey Bay - University Services 3 | | 10431 |
| 557 | CA | Monterey Bay - University Services 4 | | 10430 |
| 558 | CA | Monterey Bay - Watershed Ecology Prog. | | 10429 |
| 559 | CA | Monterey Bay - Wellness Activity Center | | 10428 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 560 | CA | Monterey Bay - Wellness Annex | | 10427 |
| 561 | CA | Monterey Bay - Wet Lab | | 10426 |
| 562 | CA | Monterey Bay - World Language-Cultures A | | 10425 |
| 563 | CA | Monterey Bay - World Language-Cultures B | | 10424 |
| 564 | CA | Northridge - 18212 Plummer-Chicano | | 10146 |
| 565 | CA | Northridge - 18344 Plummer | | 10145 |
| 566 | CA | Northridge - Asian American House | | 10144 |
| 567 | CA | Northridge - Bank Building | | 10143 |
| 568 | CA | Northridge - Black House | | 10142 |
| 569 | CA | Northridge - Bookstore-Cafeteria | | 10141 |
| 570 | CA | Northridge - Building HA | | 10140 |
| 571 | CA | Northridge - Building HB | | 10139 |
| 572 | CA | Northridge - Building HC | | 10138 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 573 | CA | Northridge - Building HD | | 10137 |
| 574 | CA | Northridge - Building HE | | 10136 |
| 575 | CA | Northridge - Building HF | | 10135 |
| 576 | CA | Northridge - Building HG | | 10134 |
| 577 | CA | Northridge - Building Hi | | 10133 |
| 578 | CA | Northridge - Building O | | 10132 |
| 579 | CA | Northridge - Building S | | 10131 |
| 580 | CA | Northridge - Building T | | 10130 |
| 581 | CA | Northridge - Central Plant | | 10129 |
| 582 | CA | Northridge - Engineering | | 10128 |
| 583 | CA | Northridge - Greenhouse | | 10127 |
| 584 | CA | Northridge - Jerome Richfield Hall | | 10126 |
| 585 | CA | Northridge - Monterey Hall | | 10125 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 586 | CA | Northridge - Music | | 10124 |
| 587 | CA | Northridge - Nautilus Center | | 10147 |
| 588 | CA | Northridge - Nordhoff Hall | | 10123 |
| 589 | CA | Northridge - North Campus Facilities | | 10122 |
| 590 | CA | Northridge - North Campus Office | | 10121 |
| 591 | CA | Northridge - Oviatt Library | | 10120 |
| 592 | CA | Northridge - Pre-School 1 | | 10119 |
| 593 | CA | Northridge - Pre-School 2 | | 10118 |
| 594 | CA | Northridge - Science | | 10117 |
| 595 | CA | Northridge - Sierra Hall | | 10115 |
| 596 | CA | Northridge - Sierra Hall Tower | | 10116 |
| 597 | CA | Northridge - Student Health Center | | 10114 |
| 598 | CA | Northridge - Student Services | | 10113 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 599 | CA | Northridge - Trailer A | | 10112 |
| 600 | CA | Northridge - Trailer B | | 10111 |
| 601 | CA | Northridge - University Student Union | | 10110 |
| 602 | CA | Northridge - USU Maintenance | | 10109 |
| 603 | CA | Pomana - Gymnasium (Kellogg) | | 10018 |
| 604 | CA | Pomana - Kellogg West | | 10010 |
| 605 | CA | Pomana - Kellogg West Addition | | 10012 |
| 606 | CA | Pomana - Kellogg West Main Lodge | | 10011 |
| 607 | CA | Pomona - Administration | | 10098 |
| 608 | CA | Pomona - Agriculture Classroom | | 10094 |
| 609 | CA | Pomona - Agriculture Engineer Storage | | 10097 |
| 610 | CA | Pomona - Agriculture Engineer Tractor Shop | | 10096 |
| 611 | CA | Pomona - Agriculture Engineering | | 10093 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 612 | CA | Pomona - Agriculture Implement Storage | | 10095 |
| 613 | CA | Pomona - Agriculture Unit | | 10092 |
| 614 | CA | Pomona - Alamitos Hall | | 10091 |
| 615 | CA | Pomona - Aliso Hall | | 10089 |
| 616 | CA | Pomona - Arabian Horse Center | | 10090 |
| 617 | CA | Pomona - Arts, Letters Social Science | | 10088 |
| 618 | CA | Pomona - Auto Shop and Shelter | | 10086 |
| 619 | CA | Pomona - Beaver House | | 10087 |
| 620 | CA | Pomona - Beef Unit | | 10085 |
| 621 | CA | Pomona - Business Administration | | 10084 |
| 622 | CA | Pomona - Campus Center | | 10083 |
| 623 | CA | Pomona - Carpenter Shop | | 10082 |
| 624 | CA | Pomona - Cedritos Hall | | 10081 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 625 | CA | Pomona - Crops Storage | | 10080 |
| 626 | CA | Pomona - Custodial Services | | 10079 |
| 627 | CA | Pomona - Darlene May Gym | | 10078 |
| 628 | CA | Pomona - East Barn | | 10077 |
| 629 | CA | Pomona - Electrical Substation | | 10076 |
| 630 | CA | Pomona - Encinitas Hall | | 10075 |
| 631 | CA | Pomona - Engineering | | 10074 |
| 632 | CA | Pomona - Environmental Design | | 10073 |
| 633 | CA | Pomona - Equine Research Temp. | | 10072 |
| 634 | CA | Pomona - Feed Mill Unit | | 10071 |
| 635 | CA | Pomona - Fruit and Crop-Greenhouse | | 10070 |
| 636 | CA | Pomona - Greenhouse Units 1-6 | | 10069 |
| 637 | CA | Pomona - Handball Courts | | 10017 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 638 | CA | Pomona - Hay Barn | | 10016 |
| 639 | CA | Pomona - Health Service | | 10015 |
| 640 | CA | Pomona - Housing Maintenance Building | | 10013 |
| 641 | CA | Pomona - Industrial Engineering | | 10014 |
| 642 | CA | Pomona - La Cienega Center | | 10009 |
| 643 | CA | Pomona - Lambing Barn Building | | 10108 |
| 644 | CA | Pomona - Los Olivos Commons | | 10107 |
| 645 | CA | Pomona - Meat Processes Unit | | 10106 |
| 646 | CA | Pomona - Mesa Building | | 10105 |
| 647 | CA | Pomona - Mini Warehouse | | 10104 |
| 648 | CA | Pomona - Montecito Hall | | 10103 |
| 649 | CA | Pomona - Multi-Culture Center | | 10102 |
| 650 | CA | Pomona - OH Unit | | 10101 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 651 | CA | Pomona - Onion Shed | | 10100 |
| 652 | CA | Pomona - Paint Shop | | 10099 |
| 653 | CA | Pomona - Palmitas Hall | | 10048 |
| 654 | CA | Pomona - Physical Plant Office | | 10047 |
| 655 | CA | Pomona - Physical Plant Storage | | 10046 |
| 656 | CA | Pomona - Physical Plant Warehouse | | 10045 |
| 657 | CA | Pomona - Poultry Unit | | 10044 |
| 658 | CA | Pomona - Purchasing and Receiving | | 10043 |
| 659 | CA | Pomona - Recreational Equipment Checkout Center | | 10059 |
| 660 | CA | Pomona - Restrooms | | 10040 |
| 661 | CA | Pomona - Restrooms (PE Field) | | 10042 |
| 662 | CA | Pomona - Restrooms (Rose Garden) | | 10041 |
| 663 | CA | Pomona - Science | | 10038 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 664 | CA | Pomona - Science 2 | | 10039 |
| 665 | CA | Pomona - Sheet Unit | | 10037 |
| 666 | CA | Pomona - Small Ruminant Center | | 10036 |
| 667 | CA | Pomona - Soil Science Storage | | 10035 |
| 668 | CA | Pomona - Speech-Drama | | 10034 |
| 669 | CA | Pomona - Swimming Pools Building | | 10033 |
| 670 | CA | Pomona - Swine Unit | | 10032 |
| 671 | CA | Pomona - University House | | 10031 |
| 672 | CA | Pomona - University Union | | 10030 |
| 673 | CA | Pomona - Weanling Barn | | 10029 |
| 674 | CA | Pomona - West Barn | | 10028 |
| 675 | CA | Rickey, A Hyatt Hotel | 4219 El Camino, Palo Alto, CA | 9905 |
| 676 | CA | Sacramento - Alpine Hall | | 9988 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 677 | CA | Sacramento - Amador Hall | | 9987 |
| 678 | CA | Sacramento - Art-Sculpture Lab | | 9986 |
| 679 | CA | Sacramento - Brighton Hall | | 9985 |
| 680 | CA | Sacramento - Calaveras Hall | | 9984 |
| 681 | CA | Sacramento - Central Plant | | 9983 |
| 682 | CA | Sacramento - Dining Commons | | 9982 |
| 683 | CA | Sacramento - Douglass Hall | | 9981 |
| 684 | CA | Sacramento - Draper Hall | | 9980 |
| 685 | CA | Sacramento - El Dorado Hall | | 9979 |
| 686 | CA | Sacramento - Eureka Hall | | 9977 |
| 687 | CA | Sacramento - Foley Hall | | 9978 |
| 688 | CA | Sacramento - Geology Optical Lab | | 9976 |
| 689 | CA | Sacramento - Greenhouse | | 9975 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 690 | CA | Sacramento - Handball Courts | | 9974 |
| 691 | CA | Sacramento - Hornet Foundation Office | | 9973 |
| 692 | CA | Sacramento - Humboldt Hall | | 9972 |
| 693 | CA | Sacramento - Jenkins Hall | | 9971 |
| 694 | CA | Sacramento - Kadema Hall | | 9970 |
| 695 | CA | Sacramento - Lassen Hall | | 9969 |
| 696 | CA | Sacramento - Library North | | 9968 |
| 697 | CA | Sacramento - Music | | 9967 |
| 698 | CA | Sacramento - Non-Destructive Lab Building | | 9966 |
| 699 | CA | Sacramento - Outdoor Theater | | 9965 |
| 700 | CA | Sacramento - PE Field House | | 9964 |
| 701 | CA | Sacramento - Physical Plant Service Center | | 9963 |
| 702 | CA | Sacramento - Public Service Building | | 9962 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 703 | CA | Sacramento - Recreation Facility | | 9961 |
| 704 | CA | Sacramento - River Front Center | | 9960 |
| 705 | CA | Sacramento - Roundhouse Vending Center | | 9959 |
| 706 | CA | Sacramento - Sacramento Hall | | 9989 |
| 707 | CA | Sacramento - Santa Clara Hall | | 10068 |
| 708 | CA | Sacramento - Sequoia Hall | | 10067 |
| 709 | CA | Sacramento - Shasta Hall Building | | 10066 |
| 710 | CA | Sacramento - Sierra Hall | | 10065 |
| 711 | CA | Sacramento - Student Health Center | | 10064 |
| 712 | CA | Sacramento - Sutter Hall | | 10063 |
| 713 | CA | Sacramento - Tahoe Hall | | 10062 |
| 714 | CA | Sacramento - University House | | 10061 |
| 715 | CA | Sacramento - University Union | | 9990 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 716 | CA | Sacramento - Yosemite Hall | | 10060 |
| 717 | CA | San Diego - Adams Humanities | | 9931 |
| 718 | CA | San Diego - Administration Building | | 9930 |
| 719 | CA | San Diego - Art I | | 9929 |
| 720 | CA | San Diego - Art II | | 9928 |
| 721 | CA | San Diego - Athletics | | 9926 |
| 722 | CA | San Diego - Athletics Training Facility | | 9927 |
| 723 | CA | San Diego - Aztec Center | | 9925 |
| 724 | CA | San Diego - Aztec Shops Bookstore | | 9924 |
| 725 | CA | San Diego - Business Admin-Math | | 9958 |
| 726 | CA | San Diego - Chemical Storage (T35) | | 10235 |
| 727 | CA | San Diego - Chemistry-Geology Addition | | 10234 |
| 728 | CA | San Diego - Chiller Plant | | 10233 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 729 | CA | San Diego - Communications Clinic | | 10232 |
| 730 | CA | San Diego - Cox Arena | | 10231 |
| 731 | CA | San Diego - Dramatic Arts | | 10230 |
| 732 | CA | San Diego - East Commons | | 10208 |
| 733 | CA | San Diego - East Commons Addition | | 10229 |
| 734 | CA | San Diego - Education | | 10207 |
| 735 | CA | San Diego - Engineering | | 10226 |
| 736 | CA | San Diego - Engineering Cam Lab | | 10228 |
| 737 | CA | San Diego - Engineering Lab | | 10227 |
| 738 | CA | San Diego - Faculty-Staff Center | | 10225 |
| 739 | CA | San Diego - Family Studies | | 10224 |
| 740 | CA | San Diego - Greenhouse (T32) | | 10223 |
| 741 | CA | San Diego - Hardy Tower | | 10222 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 742 | CA | San Diego - Hepner Hall | | 10221 |
| 743 | CA | San Diego - Housing-Residential | | 10220 |
| 744 | CA | San Diego - Industrial Technology | | 10219 |
| 745 | CA | San Diego - Life Science North | | 10218 |
| 746 | CA | San Diego - Life Science South | | 10217 |
| 747 | CA | San Diego - Little Theatre | | 9957 |
| 748 | CA | San Diego - Maya Hall | | 9956 |
| 749 | CA | San Diego - Mt. Laguna 16 Telescope | | 9953 |
| 750 | CA | San Diego - Mt. Laguna 24 Scope | | 9952 |
| 751 | CA | San Diego - Mt. Laguna Shop Building | | 9951 |
| 752 | CA | San Diego - Mt. Laguna VIS Telescope | | 9950 |
| 753 | CA | San Diego - Music | | 9949 |
| 754 | CA | San Diego - North Education | | 9948 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 755 | CA | San Diego - North Education 60 | | 9932 |
| 756 | CA | San Diego - Olmeca Hall | | 9947 |
| 757 | CA | San Diego - Open Air Theater Dress | | 9946 |
| 758 | CA | San Diego - Parking Structure 1 | | 9945 |
| 759 | CA | San Diego - Peterson Gymnasium | | 9944 |
| 760 | CA | San Diego - Physical Ed Annex | | 9940 |
| 761 | CA | San Diego - Physical Education | | 9939 |
| 762 | CA | San Diego - Physical Plant | | 9937 |
| 763 | CA | San Diego - Physical Plant Boiler | | 9938 |
| 764 | CA | San Diego - Physical Plant Shops (T25) | | 9943 |
| 765 | CA | San Diego - Physical Plant Storage # 1 | | 9942 |
| 766 | CA | San Diego - Physical Plant Storage # 2 | | 9941 |
| 767 | CA | San Diego - Physical Sciences | | 9936 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 768 | CA | San Diego - Physics | | 9935 |
| 769 | CA | San Diego - Physics-Astronomy | | 9934 |
| 770 | CA | San Diego - Prof. Studies-Fine Arts | | 10008 |
| 771 | CA | San Diego - Racquetball Courts | | 10007 |
| 772 | CA | San Diego - Radiation Waste (T13) | | 10006 |
| 773 | CA | San Diego - Rehabilitation Center | | 10005 |
| 774 | CA | San Diego - Scripps Cottage | | 10004 |
| 775 | CA | San Diego - Speech - Telecommunication | | 10003 |
| 776 | CA | San Diego - Student Health Service | | 10002 |
| 777 | CA | San Diego - Tarastec Hall | | 10001 |
| 778 | CA | San Diego - Temporary Trailer 300E | | 9998 |
| 779 | CA | San Diego - Temporary Trailer 300F | | 9997 |
| 780 | CA | San Diego - Temporary Trailer 45A | | 10000 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 781 | CA | San Diego - Temporary Trailer 45B | | 9999 |
| 782 | CA | San Diego - Toltec Hall | | 9996 |
| 783 | CA | San Diego - Transformer Building (T34) | | 9995 |
| 784 | CA | San Diego - Vivarium (T33) | | 9994 |
| 785 | CA | San Diego - West Commons | | 9993 |
| 786 | CA | San Diego - Zapotec Hall | | 9992 |
| 787 | CA | San Diego - Zura Hall | | 9991 |
| 788 | CA | San Francisco - Burke Education Building | | 9954 |
| 789 | CA | San Francisco - Business Building | | 9955 |
| 790 | CA | San Francisco - Compass Building | | 10168 |
| 791 | CA | San Francisco - Creative Arts Building | | 10167 |
| 792 | CA | San Francisco - Field House No. 1 | | 10166 |
| 793 | CA | San Francisco - Field House No. 2 | | 10165 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 794 | CA | San Francisco - Fine Arts Building | | 10164 |
| 795 | CA | San Francisco - Franciscan Building | | 10163 |
| 796 | CA | San Francisco - Greenhouse | | 10162 |
| 797 | CA | San Francisco - Gymnasium | | 10161 |
| 798 | CA | San Francisco - Hensill Hall | | 10160 |
| 799 | CA | San Francisco - Humanities Social Science Building | | 10159 |
| 800 | CA | San Francisco - J.P. Leonard Library | | 10188 |
| 801 | CA | San Francisco - Mary Park Hall | | 10187 |
| 802 | CA | San Francisco - Mary Ward Hall | | 10186 |
| 803 | CA | San Francisco - Parking Garage | | 10185 |
| 804 | CA | San Francisco - Press Box | | 10184 |
| 805 | CA | San Francisco - Psychology Building | | 10183 |
| 806 | CA | San Francisco - Residence Dining Center | | 10182 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 807 | CA | San Francisco - Science Building | | 10181 |
| 808 | CA | San Francisco - Stadium Toilet Building | | 10180 |
| 809 | CA | San Francisco - Student Health Center | | 10179 |
| 810 | CA | San Francisco - Student Union | | 10178 |
| 811 | CA | San Francisco - Thornton Hall | | 10177 |
| 812 | CA | San Francisco - Tiburon Building 20 | | 10176 |
| 813 | CA | San Francisco - Tiburon Building 36 | | 10175 |
| 814 | CA | San Francisco - Tiburon Building 39 | | 10174 |
| 815 | CA | San Francisco - Tiburon Building 49 | | 10173 |
| 816 | CA | San Francisco - Tiburon Building 50 | | 10172 |
| 817 | CA | San Francisco - Tiburon Building 53 | | 10171 |
| 818 | CA | San Francisco - Warehouse No. 1 | | 10170 |
| 819 | CA | San Francisco - Warehouse No. 3 | | 10169 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 820 | CA | San Francisco - Woman's Field Equipment Building | | 9933 |
| 821 | CA | San Jose - Administration | | 11926 |
| 822 | CA | San Jose - Art | | 11924 |
| 823 | CA | San Jose - Art Sculpture Facility | | 11925 |
| 824 | CA | San Jose - Aviation Building | | 11923 |
| 825 | CA | San Jose - Boccardo Business Complex | | 11922 |
| 826 | CA | San Jose - Building BB | | 11921 |
| 827 | CA | San Jose - Building Q | | 11920 |
| 828 | CA | San Jose - Business Tower | | 11919 |
| 829 | CA | San Jose - Cafeteria | | 11918 |
| 830 | CA | San Jose - Central Classroom Building | | 11917 |
| 831 | CA | San Jose - Central Plant | | 11916 |
| 832 | CA | San Jose - Computer Center | | 11915 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 833 | CA | San Jose - Dining Commons | | 11914 |
| 834 | CA | San Jose - Dudley Moorhead Hall | | 11913 |
| 835 | CA | San Jose - Duncan Hall | | 11912 |
| 836 | CA | San Jose - Dwight Bentel Hall | | 11911 |
| 837 | CA | San Jose - Engineering | | 11910 |
| 838 | CA | San Jose - Faculty Office Building | | 11909 |
| 839 | CA | San Jose - Field House | | 11908 |
| 840 | CA | San Jose - Health Building | | 11907 |
| 841 | CA | San Jose - Hoover Hall (Student Residence) | | 11906 |
| 842 | CA | San Jose - Hugh Gillis Hall | | 11905 |
| 843 | CA | San Jose - Industrial Studies | | 11904 |
| 844 | CA | San Jose - IRC Richard B. Lewis | | 11903 |
| 845 | CA | San Jose - Joe West Hall (Student Residence) | | 11902 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 846 | CA | San Jose - Macquarrie Hall | | 11901 |
| 847 | CA | San Jose - Morris Dailey Auditorium | | 11900 |
| 848 | CA | San Jose - Music | | 11899 |
| 849 | CA | San Jose - North Parking Facility | | 11898 |
| 850 | CA | San Jose - Royce Hall (Student Residence) | | 11897 |
| 851 | CA | San Jose - Science | | 11896 |
| 852 | CA | San Jose - South Parking Facility | | 11895 |
| 853 | CA | San Jose - Spartan Memorial | | 11894 |
| 854 | CA | San Jose - Spartan Stadium | | 11893 |
| 855 | CA | San Jose - SPX - Central | | 11892 |
| 856 | CA | San Jose - SPX - East | | 11891 |
| 857 | CA | San Jose - Student Union | | 11890 |
| 858 | CA | San Jose - Sweeney Hall | | 11889 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 859 | CA | San Jose - Tower Hall | | 11888 |
| 860 | CA | San Jose - Washburn Hall (Student Residence) | | 11887 |
| 861 | CA | San Jose - Washington Square Hall | | 11886 |
| 862 | CA | San Jose - Yoshihiro Uchida Hall | | 11885 |
| 863 | CA | San Luis Obispo - Administration | | 11735 |
| 864 | CA | San Luis Obispo - Agriculture Engineering | | 11833 |
| 865 | CA | San Luis Obispo - Agriculture Engineering Shop | | 11834 |
| 866 | CA | San Luis Obispo - Air Conditioning Engineering | | 11832 |
| 867 | CA | San Luis Obispo - Air Conditioning Storage 1 | | 11831 |
| 868 | CA | San Luis Obispo - Air Conditioning Storage 2 | | 11830 |
| 869 | CA | San Luis Obispo - Albert B. Smith Alumni | | 11829 |
| 870 | CA | San Luis Obispo - Alumni House Storage | | 11828 |
| 871 | CA | San Luis Obispo - Architect and Environmental Design | | 11827 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 872 | CA | San Luis Obispo - Beef Cattle Evaluation | | 11825 |
| 873 | CA | San Luis Obispo - Beef Unit | | 11824 |
| 874 | CA | San Luis Obispo - Camp San Luis Obispo | | 11780 |
| 875 | CA | San Luis Obispo - Chase Hall | | 11779 |
| 876 | CA | San Luis Obispo - Cheda Ranches-Residence | | 11778 |
| 877 | CA | San Luis Obispo - Chorro Creek Ranch Residence | | 11795 |
| 878 | CA | San Luis Obispo - Cottage 1 | | 11777 |
| 879 | CA | San Luis Obispo - Cottage 2 | | 11776 |
| 880 | CA | San Luis Obispo - Cottage 3 | | 11775 |
| 881 | CA | San Luis Obispo - Crandall Gym | | 11774 |
| 882 | CA | San Luis Obispo - Dairy Science 1 | | 11781 |
| 883 | CA | San Luis Obispo - Dexter Building | | 11826 |
| 884 | CA | San Luis Obispo - Diablo Hall | | 11773 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 885 | CA | San Luis Obispo - Education | | 11823 |
| 886 | CA | San Luis Obispo - Engineering East | | 11822 |
| 887 | CA | San Luis Obispo - Engineering South | | 11821 |
| 888 | CA | San Luis Obispo - Engineering West | | 11819 |
| 889 | CA | San Luis Obispo - Engineering West Addition | | 11820 |
| 890 | CA | San Luis Obispo - English | | 11818 |
| 891 | CA | San Luis Obispo - Erhart Agriculture | | 11815 |
| 892 | CA | San Luis Obispo - Escuela Ranch Residence Storage | | 11794 |
| 893 | CA | San Luis Obispo - Facility Services Warehouse | | 11771 |
| 894 | CA | San Luis Obispo - Facility Services Welding Shop | | 11772 |
| 895 | CA | San Luis Obispo - Farm Shop | | 11817 |
| 896 | CA | San Luis Obispo - Feed Mill - Hay Shed | | 11816 |
| 897 | CA | San Luis Obispo - Fisher Science | | 11814 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 898 | CA | San Luis Obispo - Food Processing | | 11812 |
| 899 | CA | San Luis Obispo - Frank E. Pilling Building | | 11813 |
| 900 | CA | San Luis Obispo - Fremont Hall | | 11770 |
| 901 | CA | San Luis Obispo - Graphic Arts | | 11811 |
| 902 | CA | San Luis Obispo - H.P. Davidson Music Center | | 11807 |
| 903 | CA | San Luis Obispo - Health Center | | 11810 |
| 904 | CA | San Luis Obispo - Heron Hall | | 11769 |
| 905 | CA | San Luis Obispo - Hillcrest | | 11768 |
| 906 | CA | San Luis Obispo - Horse Unit | | 11809 |
| 907 | CA | San Luis Obispo - Horseshoeing Unit | | 11808 |
| 908 | CA | San Luis Obispo - Jespersen Hall | | 11767 |
| 909 | CA | San Luis Obispo - Lassen Hall | | 11766 |
| 910 | CA | San Luis Obispo - Manufacturing | | 11805 |