W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 911 | CA | San Luis Obispo - Manufacturing Storage | | 11806 |
| 912 | CA | San Luis Obispo - Math - Home Economics | | 11804 |
| 913 | CA | San Luis Obispo - McFee University Union | | 11765 |
| 914 | CA | San Luis Obispo - Meats Unit | | 11803 |
| 915 | CA | San Luis Obispo - Modoc Hall | | 11764 |
| 916 | CA | San Luis Obispo - Mott Physical Education | | 11802 |
| 917 | CA | San Luis Obispo - Muir Hall | | 11763 |
| 918 | CA | San Luis Obispo - Mustang Stadium | | 11762 |
| 919 | CA | San Luis Obispo - Natatorium | | 11801 |
| 920 | CA | San Luis Obispo - Old Power Plant | | 11761 |
| 921 | CA | San Luis Obispo - Palomar Hall | | 11760 |
| 922 | CA | San Luis Obispo - Parker Residence | | 11759 |
| 923 | CA | San Luis Obispo - Peterson Ranch Residence | | 11793 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 924 | CA | San Luis Obispo - Plant Operations - Electric Shop | | 11756 |
| 925 | CA | San Luis Obispo - Plant Operations - Grounds Shop | | 11755 |
| 926 | CA | San Luis Obispo - Plant Operations - Paint Shop | | 11758 |
| 927 | CA | San Luis Obispo - Plant Operations - Plumbing Shop | | 11757 |
| 928 | CA | San Luis Obispo - Plant Operations - Warehouse | | 11754 |
| 929 | CA | San Luis Obispo - Poly Grove Restroom | | 11753 |
| 930 | CA | San Luis Obispo - President's Home | | 11792 |
| 931 | CA | San Luis Obispo - Public Safety Storage | | 11752 |
| 932 | CA | San Luis Obispo - Research & Development | | 11800 |
| 933 | CA | San Luis Obispo - Santa Lucia Hall | | 11751 |
| 934 | CA | San Luis Obispo - Science | | 11798 |
| 935 | CA | San Luis Obispo - Science North | | 11799 |
| 936 | CA | San Luis Obispo - Sequoia Hall | | 11750 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 937 | CA | San Luis Obispo - Serrano Ranch Residence | | 11791 |
| 938 | CA | San Luis Obispo - Shasta Hall | | 11749 |
| 939 | CA | San Luis Obispo - Sierra Madre Hall | | 11748 |
| 940 | CA | San Luis Obispo - Swine Unit Residence | | 11747 |
| 941 | CA | San Luis Obispo - Tenaya Hall | | 11746 |
| 942 | CA | San Luis Obispo - Theater | | 11797 |
| 943 | CA | San Luis Obispo - Transportation Services | | 11745 |
| 944 | CA | San Luis Obispo - Trinity Hall | | 11744 |
| 945 | CA | San Luis Obispo - University Dining Complex | | 11796 |
| 946 | CA | San Luis Obispo - Veterinary Hospital | | 11743 |
| 947 | CA | San Luis Obispo - Vista Grande | | 11742 |
| 948 | CA | San Luis Obispo - Warehouse - Public Safety | | 11741 |
| 949 | CA | San Luis Obispo - Welding | | 11738 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 950 | CA | San Luis Obispo - Welding Storage # 1 | | 11740 |
| 951 | CA | San Luis Obispo - Welding Storage # 2 | | 11739 |
| 952 | CA | San Luis Obispo - Whitney Hall | | 11737 |
| 953 | CA | San Luis Obispo - Yosemite Hall | | 11736 |
| 954 | CA | Sonoma - Art Building | | 10215 |
| 955 | CA | Sonoma - Athletic Field Facility | | 10203 |
| 956 | CA | Sonoma - Boiler Plant | | 10202 |
| 957 | CA | Sonoma - Book Store | | 10214 |
| 958 | CA | Sonoma - Child Care Center | | 10213 |
| 959 | CA | Sonoma - Commons | | 10212 |
| 960 | CA | Sonoma - Corporate Yard Support Services | | 10211 |
| 961 | CA | Sonoma - Corporate Yard Warehouse | | 10210 |
| 962 | CA | Sonoma - Corporation Yard Shops | | 10201 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 963 | CA | Sonoma - Darwin Hall (Science) | | 10200 |
| 964 | CA | Sonoma - Field House | | 10199 |
| 965 | CA | Sonoma - Ives Hall (Music) | | 10198 |
| 966 | CA | Sonoma - Library Additions | | 10197 |
| 967 | CA | Sonoma - Nichols Hall (Classroom) | | 10196 |
| 968 | CA | Sonoma - Physical Education | | 10195 |
| 969 | CA | Sonoma - Physical Education Storage Building | | 10216 |
| 970 | CA | Sonoma - Plant Operations Office | | 10194 |
| 971 | CA | Sonoma - Pump House | | 10206 |
| 972 | CA | Sonoma - Pump House Fire | | 10209 |
| 973 | CA | Sonoma - Rachel Carson Hall | | 10193 |
| 974 | CA | Sonoma - Residence Halls | | 10205 |
| 975 | CA | Sonoma - Ruben Salazar Hall | | 10192 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 976 | CA | Sonoma - Stevenon Hall | | 10191 |
| 977 | CA | Sonoma - Student Health Center | | 10190 |
| 978 | CA | Sonoma - Student Union | | 10204 |
| 979 | CA | Sonoma - The Village (Temps) | | 10189 |
| 980 | CA | Stanilaus - Drama | | 11876 |
| 981 | CA | Stanilaus - Music | | 11866 |
| 982 | CA | Stanislaus - Acacia Court | | 11790 |
| 983 | CA | Stanislaus - Alan Short Gallery | | 11789 |
| 984 | CA | Stanislaus - Amphitheater | | 11788 |
| 985 | CA | Stanislaus - Art Building | | 11787 |
| 986 | CA | Stanislaus - Boiler Plant | | 11786 |
| 987 | CA | Stanislaus - Cafeteria | | 11785 |
| 988 | CA | Stanislaus - Central Boiler Plant | | 11884 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 989 | CA | Stanislaus - Classroom Annex | | 11883 |
| 990 | CA | Stanislaus - Classroom Building | | 11882 |
| 991 | CA | Stanislaus - Corporation Yard F | | 11881 |
| 992 | CA | Stanislaus - Corporation Yard G | | 11880 |
| 993 | CA | Stanislaus - Corporation Yard H | | 11878 |
| 994 | CA | Stanislaus - Corporation Yard I | | 11877 |
| 995 | CA | Stanislaus - Corporation Yard II | | 11879 |
| 996 | CA | Stanislaus - Educational Services | | 11875 |
| 997 | CA | Stanislaus - Electrical Sub-Station | | 11874 |
| 998 | CA | Stanislaus - Field House | | 11872 |
| 999 | CA | Stanislaus - Field House Annex | | 11873 |
| 1000 | CA | Stanislaus - Greenhouse | | 11871 |
| 1001 | CA | Stanislaus - Innovative Center | | 11870 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1002 | CA | Stanislaus - Irrigation Pump Station | | 11869 |
| 1003 | CA | Stanislaus - Knowles Auditorium | | 11868 |
| 1004 | CA | Stanislaus - Magnolia Center | | 11867 |
| 1005 | CA | Stanislaus - Observatory | | 11865 |
| 1006 | CA | Stanislaus - Operation Warehouse | | 11864 |
| 1007 | CA | Stanislaus - Park Restroom | | 11863 |
| 1008 | CA | Stanislaus - Physical Education Facility | | 11862 |
| 1009 | CA | Stanislaus - Plant Operation Center | | 11861 |
| 1010 | CA | Stanislaus - Scene Shop | | 11860 |
| 1011 | CA | Stanislaus - Science Building | | 11859 |
| 1012 | CA | Stanislaus - Sewer Pump Station | | 11858 |
| 1013 | CA | Stanislaus - Student Union | | 11857 |
| 1014 | CA | Stanislaus - Vasche Library | | 11856 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1015 | CA | Stanislaus - Webber Square | | 11855 |
| 1016 | CA | Stanislaus - Yosemite Residence - Cafet | | 11854 |
| 1017 | CA | UC Berkeley - ASUC | | 12208 |
| 1018 | CA | UC Berkeley - ASUC-King Union Bldg. | | 9848 |
| 1019 | CA | UC Berkeley - Barker Hall | | 12213 |
| 1020 | CA | UC Berkeley - Barrows | | 12215 |
| 1021 | CA | UC Berkeley - Birge Hall | | 12214 |
| 1022 | CA | UC Berkeley - Boalt Hall (Robbins Law Library | | 9849 |
| 1023 | CA | UC Berkeley - Bowles Hall | | 12182 |
| 1024 | CA | UC Berkeley - Calvin | | 9850 |
| 1025 | CA | UC Berkeley - Campbell Hall | | 9909 |
| 1026 | CA | UC Berkeley - Carleton 2000 | | 12286 |
| 1027 | CA | UC Berkeley - Clark Kerr | | 12212 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1028 | CA | UC Berkeley - Clark Kerr Campus (23 bldgs.) | | 12177 |
| 1029 | CA | UC Berkeley - Davis Bldg. | | 9910 |
| 1030 | CA | UC Berkeley - Eschelman Bldg. | | 9895 |
| 1031 | CA | UC Berkeley - Etcheverey Bldg. | | 9896 |
| 1032 | CA | UC Berkeley - Hertz | | 12211 |
| 1033 | CA | UC Berkeley - Hildebrand | | 12210 |
| 1034 | CA | UC Berkeley - Kroeber Bldg. | | 9897 |
| 1035 | CA | UC Berkeley - Latimer | | 12209 |
| 1036 | CA | UC Berkeley - Lawrence Hall | | 9878 |
| 1037 | CA | UC Berkeley - McCone Hall - Earth Science | | 12216 |
| 1038 | CA | UC Berkeley - Morrison Hall | | 12217 |
| 1039 | CA | UC Berkeley - Pimental-Physical Lecture Hall | | 12218 |
| 1040 | CA | UC Berkeley - Residence Hall Unit 1 | | 12179 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1041 | CA | UC Berkeley - Residence Hall Unit 2 | | 12180 |
| 1042 | CA | UC Berkeley - Residence Hall Unit 3 | | 12181 |
| 1043 | CA | UC Berkeley - San Pablo 6701 | | 12219 |
| 1044 | CA | UC Berkeley - Smyth-Fernwald (8 bldgs.) | | 12178 |
| 1045 | CA | UC Berkeley - Stern Hall | | 12183 |
| 1046 | CA | UC Berkeley - Tolman | | 12220 |
| 1047 | CA | UC Berkeley - UCB Art Museum | | 12221 |
| 1048 | CA | UC Berkeley - University Hall | | 12222 |
| 1049 | CA | UC Berkeley - University Village (103 bldgs.) | | 12175 |
| 1050 | CA | UC Berkeley - University Village (Step 1) | | 12176 |
| 1051 | CA | UC Berkeley - Warren Hall | | 12223 |
| 1052 | CA | UC Berkeley - Wheeler Hall | | 9881 |
| 1053 | CA | UC Berkeley - Wurster Hall | | 12224 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1054 | CA | UC Berkeley - Zellerbach Center | | 9879 |
| 1055 | CA | UC Berkeley - Zellerbach Playhouse Lobby | | 9880 |
| 1056 | CA | UC Davis - Acquatic Bio | 1 Shields Avenue, Davis, CA 95616 | 12264 |
| 1057 | CA | UC Davis - Bainer | 1 Shields Avenue, Davis, CA 95616 | 12236 |
| 1058 | CA | UC Davis - Castillian 1440 | 1 Shields Avenue, Davis, CA 95616 | 12261 |
| 1059 | CA | UC Davis - Castillian 1460 | 1 Shields Avenue, Davis, CA 95616 | 12262 |
| 1060 | CA | UC Davis - Chemistry Annex | 1 Shields Avenue, Davis, CA 95616 | 9847 |
| 1061 | CA | UC Davis - Cuarto-Castillian Commons | 1 Shields Avenue, Davis, CA 95616 | 12260 |
| 1062 | CA | UC Davis - Cuarto-Emerson | 1 Shields Avenue, Davis, CA 95616 | 12258 |
| 1063 | CA | UC Davis - Cuarto-Webster | 1 Shields Avenue, Davis, CA 95616 | 12259 |
| 1064 | CA | UC Davis - Freeborn Hall | 1 Shields Avenue, Davis, CA 95616 | 12238 |
| 1065 | CA | UC Davis - Hutchinson Hall | 1 Shields Avenue, Davis, CA 95616 | 12235 |
| 1066 | CA | UC Davis - Kerr | 1 Shields Avenue, Davis, CA 95616 | 12232 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1067 | CA | UC Davis - Memorial Union (Book Store, Bowling Alley, Tower) | 1 Shields Avenue, Davis, CA 95616 | 12237 |
| 1068 | CA | UC Davis - Mrack Bldg. | 1 Shields Avenue, Davis, CA 95616 | 9846 |
| 1069 | CA | UC Davis - National Primate Center | 4155 Primate Drive, Davis, CA | 9843 |
| 1070 | CA | UC Davis - Olson | 1 Shields Avenue, Davis, CA 95616 | 12231 |
| 1071 | CA | UC Davis - Physical Science Library | 1 Shields Avenue, Davis, CA 95616 | 9845 |
| 1072 | CA | UC Davis - Segundo-Bixby | 1 Shields Avenue, Davis, CA 95616 | 12226 |
| 1073 | CA | UC Davis - Segundo-Gilmore | 1 Shields Avenue, Davis, CA 95616 | 12228 |
| 1074 | CA | UC Davis - Segundo-Malcolm | 1 Shields Avenue, Davis, CA 95616 | 12225 |
| 1075 | CA | UC Davis - Segundo-Ryerson | 1 Shields Avenue, Davis, CA 95616 | 12227 |
| 1076 | CA | UC Davis - Shields Library | 1 Shields Avenue, Davis, CA 95616 | 9844 |
| 1077 | CA | UC Davis - Sproul Hall | 1 Shields Avenue, Davis, CA 95616 | 12229 |
| 1078 | CA | UC Davis - Storer Hall | 1 Shields Avenue, Davis, CA 95616 | 12233 |
| 1079 | CA | UC Davis - Vet Med Teaching Hospital (VMTH) | 1 Shields Avenue, Davis, CA 95616 | 12234 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1080 | CA | UC Davis - Voorhies | 1 Shields Avenue, Davis, CA 95616 | 12239 |
| 1081 | CA | UC Davis - Wellman Hall | 1 Shields Avenue, Davis, CA 95616 | 12230 |
| 1082 | CA | UC Davis - Wickson Hall | 1 Shields Avenue, Davis, CA 95616 | 12263 |
| 1083 | CA | UC Davis Med Center - Folb I (Demoed) | | Not on WRG Claims List |
| 1084 | CA | UC Davis Med Center - Folb II (Demoed) | | Not on WRG Claims List |
| 1085 | CA | UC Davis Med Center - Management Services Facility | | Not on WRG Claims List |
| 1086 | CA | UC Davis Med Center - Mental Health | | Not on WRG Claims List |
| 1087 | CA | UC Davis Med Center - Path (Coroner) | | Not on WRG Claims List |
| 1088 | CA | UC Davis Med Center - Pathology (Demoed) | | Not on WRG Claims List |
| 1089 | CA | UC Davis Med Center - Steiner (Demoed) | | Not on WRG Claims List |
| 1090 | CA | UC Davis Med. Center - Cypress Bldg. | 4301 X Street, Sacramento, CA 95817 | 9892 |
| 1091 | CA | UC Davis Med. Center - Hospital (East Wing and North Wing) | 2315 Stockton Blvd., Sacramento, CA 95817 | 9891 |
| 1092 | CA | UC Davis Med. Center - Professional Bldg. | 4301 X Street, Sacramento, CA 95817 | 9890 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1093 | CA | UC Irvine - Computer Science Bldg. | 302 Engineering Court, Irvine, CA 92697 | 9869 |
| 1094 | CA | UC Irvine - CTB Theatre (Claire Trevor Bren Theatre) | 711 Arts Court, Irvine, CA 92697 | 12240 |
| 1095 | CA | UC Irvine - Engineering I | 303 Engineering Court, Irvine, CA 92697 | 9858 |
| 1096 | CA | UC Irvine - Fav Dance Studio | 728 Arts Court, Irvine, CA 92697 | 12241 |
| 1097 | CA | UC Irvine - Humanities Hall | 601 Humanities Court, Irvine, CA 92697 | 12242 |
| 1098 | CA | UC Irvine - Medical Center Bldg. 53 | 101 The City Drive, Orange, CA 92868 | 9859 |
| 1099 | CA | UC Irvine - Medical Education Bldg. | 802 Medical Sciences Court, Irvine, CA 92697 | 12207 |
| 1100 | CA | UC Irvine - Medical Surge | 810 Medical Plaza, Irvine, CA 92697 | 12243 |
| 1101 | CA | UC Irvine - Mesa Court | 4001 Mesa Road, Irvine, CA 92697 | 12244 |
| 1102 | CA | UC Irvine - Middle Earth | 539 East Peltasod Drive, Irvine, CA 92697 | 12205 |
| 1103 | CA | UC Irvine - Physical Science 1 (Rowland Hall) | 400 Physical Sciences Court, Irvine, CA 92697 | 9868 |
| 1104 | CA | UC Irvine - Science Lecture Hall | 501 Biological Sciences Court, Irvine, CA 92697 | 9860 |
| 1105 | CA | UC Irvine - Verano Housing | 6528 Adobe Circle Road South, Irvine, CA 92697 | 12206 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1106 | CA | UC Lawrence Berkeley Lab - Bldg. 50 | 1 Cyclotron Road, Berkeley, CA 94720 | 12174 |
| 1107 | CA | UC Lawrence Berkeley Lab - Bldg. 50A (Computer Room) | 1 Cyclotron Road, Berkeley, CA 94720 | 12290 |
| 1108 | CA | UC Lawrence Berkeley Lab - Bldg. 54 (Cafeteria) | 1 Cyclotron Road, Berkeley, CA 94720 | 12265 |
| 1109 | CA | UC Lawrence Berkeley Lab - Bldg. 70 | 1 Cyclotron Road, Berkeley, CA 94720 | 12266 |
| 1110 | CA | UC Lawrence Berkeley Lab - Bldg. 70A | 1 Cyclotron Road, Berkeley, CA 94720 | 12267 |
| 1111 | CA | UC Lawrence Berkeley Lab - Bldg. 70A Breezeway | 1 Cyclotron Road, Berkeley, CA 94720 | 12268 |
| 1112 | CA | UC Lawrence Berkeley Lab - Bldg. 71E (Trailer) | 1 Cyclotron Road, Berkeley, CA 94720 | 12269 |
| 1113 | CA | UC Lawrence Berkeley Lab - Bldg. 74 | 1 Cyclotron Road, Berkeley, CA 94720 | 12270 |
| 1114 | CA | UC Lawrence Berkeley Lab - Bldg. 88 (Electrical Vault) | 1 Cyclotron Road, Berkeley, CA 94720 | 12271 |
| 1115 | CA | UC Lawrence Livermore Lab | Livermore, CA 94550 | Not on WRG Claims List |
| 1116 | CA | UC Los Alamos Lab - Bldg. 0001 | | Not on WRG Claims List |
| 1117 | CA | UC Los Alamos Lab - Bldg. 0004 | | Not on WRG Claims List |
| 1118 | CA | UC Los Alamos Lab - Bldg. 0016 | | Not on WRG Claims List |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1119 | CA | UC Los Alamos Lab - Bldg. 002 | | Not on WRG Claims List |
| 1120 | CA | UC Los Alamos Lab - Bldg. 0149 | | Not on WRG Claims List |
| 1121 | CA | UC Los Alamos Lab - Bldg. 0180 | | Not on WRG Claims List |
| 1122 | CA | UC Los Alamos Lab - Bldg. 0300 | | Not on WRG Claims List |
| 1123 | CA | UC Los Alamos Lab - Bldg. 0425 | | Not on WRG Claims List |
| 1124 | CA | UC Los Angeles -  CHS Med Center - Marion Davies | Marion Davies CC, 805 Tiverton Avenue, Los Angeles, CA 90024 | 12020 (12090 Dupl.) |
| 1125 | CA | UC Los Angeles - 564 Glenrock Apt. | 564 Glenrock Avenue, Los Angeles, CA | 12204 (12289 Dupl.) |
| 1126 | CA | UC Los Angeles - 625 Landfair Apt. | 625 Landfair Avenue, Los Angeles, CA | 12016 (12086 Dupl.) |
| 1127 | CA | UC Los Angeles - 641 Landfair Apt. | 641 Landfair Avenue, Los Angeles, CA | 12015 (12085 Dupl.) |
| 1128 | CA | UC Los Angeles - 885 Levering, Margan Apts. | Margan Apartments, 885 Levering Avenue, Los Angeles, CA | 12017 (12087 Dupl.) |
| 1129 | CA | UC Los Angeles - Boelter Hall | 580 Portola Plaza, Los Angeles, CA 90095 | 9851 |
| 1130 | CA | UC Los Angeles - Botany Bldg. | 618 Circle Drive South, Los Angeles, CA 90095 | 12191 (12192 & 12200 Dupl.) |
| 1131 | CA | UC Los Angeles - Bunche Hall | 315 Portola Plaza, Los Angeles, CA 90095 | 12034 (12184 Dupl.) |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1132 | CA | UC Los Angeles - CHS Med Center - Hopsital | | 12023 (12093 Dupl) |
| 1133 | CA | UC Los Angeles - CHS Med Center - Neuropsychiatric Institute | 760 Westwood Plaza, Los Angeles, CA 90024 | 12021 (12091 Dupl.) |
| 1134 | CA | UC Los Angeles - CHS Med Center - School of Dentistry | 714 Tiverton Avenue, Los Angeles, CA 90024 | 12022 (12092 Dupl.) |
| 1135 | CA | UC Los Angeles - CHS Med Center - School of Medicine | | 12024 (12094 Dupl.) |
| 1136 | CA | UC Los Angeles - CHS Med Center - School of Public Health | 640 Circle Drive South, Los Angeles, CA 90024 | 12019 (12089 Dupl.) |
| 1137 | CA | UC Los Angeles - Dickson Art Center | 240 Circle Drive North, Los Angeles, CA 90095 | 12018 (12088 Dupl.) |
| 1138 | CA | UC Los Angeles - Dykstra Hall | 401 Circle Drive West, Los Angeles, CA 90024 | 12194 (12202 Dupl.) |
| 1139 | CA | UC Los Angeles - Franz Hall | 502 Portola Plaza, Los Angeles, CA 90095 | 12185 (12287 Dupl.) |
| 1140 | CA | UC Los Angeles - Hedrick Hall | 250 DeNeve Drive, Los Angeles, CA 90024 | 9852 |
| 1141 | CA | UC Los Angeles - Jules Stein Eye Institute | 100 Stein Plaza, Los Angeles, CA 90095 | 12186 (12195 Dupl.) |
| 1142 | CA | UC Los Angeles - Law Bldg. | 385 Circle Drive East, Los Angeles, CA 90095 | 12193 (12201 Dupl.) |
| 1143 | CA | UC Los Angeles - Life Sciences Bldg. | 621 Circle Drive South, Los Angeles, CA 90095 | 9853 |
| 1144 | CA | UC Los Angeles - MacGowan East | 245 Circle Drive East, Los Angeles, CA 90095 | 12203 (12288 Dupl.) |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1145 | CA | UC Los Angeles - Math & Science Hallway | Math Sciences Building, 520 Portola Plaza, Los Angeles 90095 | 9854 |
| 1146 | CA | UC Los Angeles - Melnitz Hall | 235 Circle Drive East, Los Angeles, CA 90095 | 9855 |
| 1147 | CA | UC Los Angeles - Murphy Hall | 410 Circle Drive East, Los Angeles, CA 90095 | 12190 (12199 Dupl.) |
| 1148 | CA | UC Los Angeles - Public Policy Bldg. | 337 Cricle Drive East, Los Angeles, CA 90095 | 12187 (12196 Dupl.) |
| 1149 | CA | UC Los Angeles - Rieber Hall | 310 DeNeve Drive, Los Angeles, CA 90024 | 9856 |
| 1150 | CA | UC Los Angeles - Sproul Hall | 350 DeNeve Drive, Los Angeles, CA 90024 | 9857 |
| 1151 | CA | UC Los Angeles - Warren Hall | 900 Weyburn Place North, Los Angeles 90095 | 12189 (12198 Dupl.) |
| 1152 | CA | UC Los Angeles - Young Hall | 607 Circle Drive East, Los Angeles, CA 90095 | 12188 (12197 Dupl.) |
| 1153 | CA | UC Riverside - A&I Dorms | Aberdeen-Inverness Hall, 100 Aberdeen Dr., Riverside, CA 92521 | 9882 |
| 1154 | CA | UC Riverside - Bannockburn A | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12272 |
| 1155 | CA | UC Riverside - Bannockburn B | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12273 |
| 1156 | CA | UC Riverside - Bannockburn C | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12274 |
| 1157 | CA | UC Riverside - Bannockburn E | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12285 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1158 | CA | UC Riverside - Bannockburn F | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12275 |
| 1159 | CA | UC Riverside - Bannockburn G | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12276 |
| 1160 | CA | UC Riverside - Bannockburn H | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12277 |
| 1161 | CA | UC Riverside - Bannockburn I | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12278 |
| 1162 | CA | UC Riverside - Bannockburn K | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12279 |
| 1163 | CA | UC Riverside - Bannockburn L | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12280 |
| 1164 | CA | UC Riverside - Bannockburn N | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12281 |
| 1165 | CA | UC Riverside - Bannockburn O | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12282 |
| 1166 | CA | UC Riverside - Bannockburn P | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12283 |
| 1167 | CA | UC Riverside - Bannockburn Q | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12284 |
| 1168 | CA | UC Riverside - Bannockburn R | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12245 |
| 1169 | CA | UC Riverside - Bannockburn S | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12246 |
| 1170 | CA | UC Riverside - Bannockburn T | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12247 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1171 | CA | UC Riverside - Bannockburn U | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12248 |
| 1172 | CA | UC Riverside - Bannockburn V | Bannock Burn Village, 3637 Canyon Crest Dr., Riverside, CA 92521 | 12249 |
| 1173 | CA | UC Riverside - Batchelor Hall | 3401 Watkins Drive, Riverside, CA 92521 | 12250 |
| 1174 | CA | UC Riverside - Chancellor's Residence | 3401 Watkins Drive, Riverside, CA 92521 | 12251 |
| 1175 | CA | UC Riverside - Entomology Annex | 3401 Watkins Drive, Riverside, CA 92521 | 12252 |
| 1176 | CA | UC Riverside - Highlander hall | 3401 Watkins Drive, Riverside, CA 92521 | 12253 |
| 1177 | CA | UC Riverside - Olmstead Hall Theater | 3401 Watkins Drive, Riverside, CA 92521 | 9883 |
| 1178 | CA | UC Riverside - Physical Education | 3401 Watkins Drive, Riverside, CA 92521 | 12254 |
| 1179 | CA | UC Riverside - Physics 2000 Theater | 3401 Watkins Drive, Riverside, CA 92521 | 9885 |
| 1180 | CA | UC Riverside - Physics Room 2158 | 3401 Watkins Drive, Riverside, CA 92521 | 9884 |
| 1181 | CA | UC Riverside - Pierce Hall | 3401 Watkins Drive, Riverside, CA 92521 | 12255 |
| 1182 | CA | UC Riverside - Sproul Hall | 3401 Watkins Drive, Riverside, CA 92521 | 12256 |
| 1183 | CA | UC Riverside - University Cottage | 3401 Watkins Drive, Riverside, CA 92521 | 12257 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1184 | CA | UC Riverside - Watkins Art Gallery (same as Watkins House - just shared space) | 3401 Watkins Drive, Riverside, CA 92521 | 9887 |
| 1185 | CA | UC Riverside - Watkins House | 3401 Watkins Drive, Riverside, CA 92521 | 9886 |
| 1186 | CA | UC San Diego - Applied Physics & Mathematics | 9500 Gilman Drive, La Jolla, CA 92093 | 12114 |
| 1187 | CA | UC San Diego - Argo Hall | 9500 Gilman Drive, La Jolla, CA 92093 | 12115 |
| 1188 | CA | UC San Diego - Blake Hall | 9500 Gilman Drive, La Jolla, CA 92093 | 12116 |
| 1189 | CA | UC San Diego - Center for Coastal Studies | 9500 Gilman Drive, La Jolla, CA 92093 | 12117 |
| 1190 | CA | UC San Diego - Eleanor Roosevelt College | 9500 Gilman Drive, La Jolla, CA 92093 | Not on WRG Claims List |
| 1191 | CA | UC San Diego - Eleanor Roosevelt College 518 | 9500 Gilman Drive, La Jolla, CA 92093 | 12157 |
| 1192 | CA | UC San Diego - Eleanor Roosevelt College 520 | 9500 Gilman Drive, La Jolla, CA 92093 | 12158 |
| 1193 | CA | UC San Diego - ERC 703 (Res. Hall) | 9500 Gilman Drive, La Jolla, CA 92093 | 12124 |
| 1194 | CA | UC San Diego - ERC 704 (Res. Hall) | 9500 Gilman Drive, La Jolla, CA 92093 | 12125 |
| 1195 | CA | UC San Diego - ERC 705 (Res. Hall) | 9500 Gilman Drive, La Jolla, CA 92093 | 12126 |
| 1196 | CA | UC San Diego - ERC 706 (Res. Hall) | 9500 Gilman Drive, La Jolla, CA 92093 | 12127 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1197 | CA | UC San Diego - ERC 707 (Res. Hall) | 9500 Gilman Drive, La Jolla, CA 92093 | 12128 |
| 1198 | CA | UC San Diego - ERC 708 (Res. Hall) | 9500 Gilman Drive, La Jolla, CA 92093 | 12129 |
| 1199 | CA | UC San Diego - ERC 709 (Res. Hall) | 9500 Gilman Drive, La Jolla, CA 92093 | 12130 |
| 1200 | CA | UC San Diego - ERC 710 (Res. Hall) | 9500 Gilman Drive, La Jolla, CA 92093 | 12131 |
| 1201 | CA | UC San Diego - ERC Resident Dean's House | 9500 Gilman Drive, La Jolla, CA 92093 | 12132 |
| 1202 | CA | UC San Diego - Hillcrest Hospital Emergency Dept. (same as UCSD Medical Center) | 200 West Arbor Drive, San Diego, CA 92103 | 9840 |
| 1203 | CA | UC San Diego - Humanities & Social Sciences | 9500 Gilman Drive, La Jolla, CA 92093 | 9841 |
| 1204 | CA | UC San Diego - International Center | 9500 Gilman Drive, La Jolla, CA 92093 | 12118 |
| 1205 | CA | UC San Diego - MAAC 239 (Water Tank) | 9500 Gilman Drive, La Jolla, CA 92093 | 12151 |
| 1206 | CA | UC San Diego - McGill Hall (ak/a Psychology and Linguistics Bldg.) | 9500 Gilman Drive, La Jolla, CA 92093 | 9893 |
| 1207 | CA | UC San Diego - Media Center | 9500 Gilman Drive, La Jolla, CA 92093 | 12119 |
| 1208 | CA | UC San Diego - Medical Center Boiler Plant | 330 Dickenson Street, San Diego, CA 92103 | 12162 |
| 1209 | CA | UC San Diego - Medical Center West Wing | 330 Dickenson Street, San Diego, CA 92103 | Not on WRG Claims List |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1210 | CA | UC San Diego - Mesa Apartments | 9200 Regents Road, La Jolla, CA 92037 | 12123 |
| 1211 | CA | UC San Diego - Outback Adventures | 9500 Gilman Drive, La Jolla, CA 92093 | 12161 |
| 1212 | CA | UC San Diego - Revelle Commons | 9500 Gilman Drive, La Jolla, CA 92093 | 12120 |
| 1213 | CA | UC San Diego - Tenaya Hall | 9500 Gilman Drive, La Jolla, CA 92093 | 12121 |
| 1214 | CA | UC San Diego - Thurgood Marshall College | 9500 Gilman Drive, La Jolla, CA 92093 | 12133 |
| 1215 | CA | UC San Diego - Tioga Hall | 9500 Gilman Drive, La Jolla, CA 92093 | 12122 |
| 1216 | CA | UC San Diego - University Center 104 | 9500 Gilman Drive, La Jolla, CA 92093 | 12134 |
| 1217 | CA | UC San Diego - University Center 105 | 9500 Gilman Drive, La Jolla, CA 92093 | 12135 |
| 1218 | CA | UC San Diego - University Center 106 | 9500 Gilman Drive, La Jolla, CA 92093 | 12136 |
| 1219 | CA | UC San Diego - University Center 107 | 9500 Gilman Drive, La Jolla, CA 92093 | 12137 |
| 1220 | CA | UC San Diego - University Center 108 | 9500 Gilman Drive, La Jolla, CA 92093 | 12138 |
| 1221 | CA | UC San Diego - University Center 109 | 9500 Gilman Drive, La Jolla, CA 92093 | 12139 |
| 1222 | CA | UC San Diego - University Center 110 | 9500 Gilman Drive, La Jolla, CA 92093 | 12140 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1223 | CA | UC San Diego - University Center 112 | 9500 Gilman Drive, La Jolla, CA 92093 | 12141 |
| 1224 | CA | UC San Diego - University Center 204 | 9500 Gilman Drive, La Jolla, CA 92093 | 12142 |
| 1225 | CA | UC San Diego - University Center 205 | 9500 Gilman Drive, La Jolla, CA 92093 | 12143 |
| 1226 | CA | UC San Diego - University Center 206 | 9500 Gilman Drive, La Jolla, CA 92093 | 12144 |
| 1227 | CA | UC San Diego - University Center 210 | 9500 Gilman Drive, La Jolla, CA 92093 | 12145 |
| 1228 | CA | UC San Diego - University Center 211 | 9500 Gilman Drive, La Jolla, CA 92093 | 12146 |
| 1229 | CA | UC San Diego - University Center 212 | 9500 Gilman Drive, La Jolla, CA 92093 | 12147 |
| 1230 | CA | UC San Diego - University Center 213 | 9500 Gilman Drive, La Jolla, CA 92093 | 12148 |
| 1231 | CA | UC San Diego - University Center 214 | 9500 Gilman Drive, La Jolla, CA 92093 | 12149 |
| 1232 | CA | UC San Diego - University Center 215 | 9500 Gilman Drive, La Jolla, CA 92093 | 12150 |
| 1233 | CA | UC San Diego - University Center 301 | 9500 Gilman Drive, La Jolla, CA 92093 | 12152 |
| 1234 | CA | UC San Diego - University Center 302 | 9500 Gilman Drive, La Jolla, CA 92093 | 12153 |
| 1235 | CA | UC San Diego - University Center 400 | 9500 Gilman Drive, La Jolla, CA 92093 | 12154 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1236 | CA | UC San Diego - University Center 401 | 9500 Gilman Drive, La Jolla, CA 92093 | 12155 |
| 1237 | CA | UC San Diego - University Center 408 | 9500 Gilman Drive, La Jolla, CA 92093 | 12159 |
| 1238 | CA | UC San Diego - University Center 500 | 9500 Gilman Drive, La Jolla, CA 92093 | 12160 |
| 1239 | CA | UC San Diego - University Center 501 | 9500 Gilman Drive, La Jolla, CA 92093 | 12156 |
| 1240 | CA | UC San Francisco - Ambulatory Care Center | 400 Parnassus Avenue, San Francisco, CA 94143 | 9862 |
| 1241 | CA | UC San Francisco - Clinical Sciences Bldg. | 521 Parnassus Avenue, San Francisco, CA 94143 | 12163 |
| 1242 | CA | UC San Francisco - Health Sciences IR East | 3rd and Parnassus Avenue, San Francisco, CA | 9863 |
| 1243 | CA | UC San Francisco - Health Sciences IR West | 3rd and Parnassus Avenue, San Francisco, CA | 9865 |
| 1244 | CA | UC San Francisco - Hunters Point 830 | 830 Palou, San Francisco, CA 94143 | 12164 |
| 1245 | CA | UC San Francisco - Joseph M. Long Hospital (Children's Hospital) | 505 Parnassus Avenue, San Francisco, CA | 9861 |
| 1246 | CA | UC San Francisco - Laundry Storehouse Bldg. | 3rd Avenue and Parnassus Avenue, San Francisco, CA 94143 | 12165 |
| 1247 | CA | UC San Francisco - Laurel Heights | 3333 California Street, San Francisco, CA 94118 | 9866 |
| 1248 | CA | UC San Francisco - LPPI Ramp Project (Langley Porter Psychiatric Institute) | 401 Parnassus Avenue, San Francisco, CA 94143 | 12166 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1249 | CA | UC San Francisco - Medical Sciences Bldg. | 513 Parnassus Avenue, San Francisco, CA 94143 | 12169 |
| 1250 | CA | UC San Francisco - Millberry Union Bldg. | Guy S. Millberry Union, 500 Parnassus Avenue, San Francisco, CA 94143-0234 | 9867 |
| 1251 | CA | UC San Francisco - Mission Center Bldg. | 1855 Folsom Street, San Francisco, CA 94143 | 12170 |
| 1252 | CA | UC San Francisco - Moffitt Hospital | Herbert C. Moffitt Hospital, 505 Parnassus Avenue, San Francisco 94143 | 9864 |
| 1253 | CA | UC San Francisco - MR II (Medical Research II) | 3rd Avenue and Parnassus Avenue, San Francisco, CA 94143 | 12167 |
| 1254 | CA | UC San Francisco - MR IV (Medical Research IV) | 3rd Avenue and Parnassus Avenue, San Francisco, CA 94143 | 12168 |
| 1255 | CA | UC San Francisco - Oyster Point | 612 Forbes Blvd., San Francisco, CA | 12172 |
| 1256 | CA | UC San Francisco - UC Clinics (UCH) Bldgs. (UC Hall) | 533 Parnassus Avenue, San Francisco, CA 94143 | 12171 |
| 1257 | CA | UC San Francisco - Woods | 100 Medical Center Way, San Francisco, CA 94143 | 12173 |
| 1258 | CA | UC Santa Barbara - Biology II | Biology II - Bldg. No. 571, University of California, Santa Barbara, CA 93106 | 9870 |
| 1259 | CA | UC Santa Barbara - Broida Hall | Broida Hall - Bldg. No. 572, University of California, Santa Barbara, CA 93106 | 12025 |
| 1260 | CA | UC Santa Barbara - Buchanan Hall | Buchanan Hall - Bldg. No. 572, University of California, Santa Barbara, CA 93106 | 9871 |
| 1261 | CA | UC Santa Barbara - Campbell Hall | Campbell Hall - Bldg. No. 538, University of California, Santa Barbara, CA 93106 | 9872 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1262 | CA | UC Santa Barbara - Campbell Hall Projection Room | Campbell Hall - Bldg. No. 538, University of California, Santa Barbara, CA 93106 | 9873 |
| 1263 | CA | UC Santa Barbara - Davidson Library | Davidson Library - Bldg. No. 525, University of California, Santa Barbara, CA 93106 | 12026 |
| 1264 | CA | UC Santa Barbara - Francisco Torres | Francisco Torres - Bldg. No. 860-862, 6850 El Colegio Road, University of California, Santa Barbara 93106 | 12033 |
| 1265 | CA | UC Santa Barbara - Marine Bio Lab | Marine Bio Lab - Bldg. No. 555, University of California, Santa Barbara, CA 93106 | 12027 |
| 1266 | CA | UC Santa Barbara - Music Bldg. | Music Bldg. - Bldg. No. 531, University of California, Santa Barbara 93106 | 9874 |
| 1267 | CA | UC Santa Barbara - North Hall | North Hall - Bldg. 535, University of California, Santa Barbara, CA 93106 | 9875 |
| 1268 | CA | UC Santa Barbara - Phelps | Phelps - Bldg. No. 560, University of California, Santa Barbara, CA 93106 | 12028 |
| 1269 | CA | UC Santa Barbara - Phychology Bldg. | Psychology - Bldg. No. 551, University of California, Santa Barbara, CA 93106 | 9876 |
| 1270 | CA | UC Santa Barbara - San Rafael (Bldg. 586) | San Rafael Tower, Bldg. No. 586, University of California, Santa Barbara 93106 | 12031 |
| 1271 | CA | UC Santa Barbara - San Rafael (Bldg. 587) | San Rafael Tower, Bldg. No. 587, University of California, Santa Barbara 93106 | 12364 |
| 1272 | CA | UC Santa Barbara - Snidecor | Snidecor - Bldg. No. 554, University of California, Santa Barbara, CA 93106 | 12029 |
| 1273 | CA | UC Santa Barbara - Storke Housing (Bldg. 758-799) | Storke I Housing - Bldg. No. 758-799, University of California 93106 | 10589 |
| 1274 | CA | UC Santa Barbara - Student Health Bldg. | Student Health - Bldg. No. 588, University of California, Santa Barbara 93106 | 9877 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1275 | CA | UC Santa Barbara - UCEN (Bldg. 558) | UCEN - Bldg. No. 558, University of California, Santa Barbara, CA 93106 | 12032 |
| 1276 | CA | UC Santa Barbara - Westgate (Bldg. 947) | Westgate - Bldg. No. 947, 6543 Collegio Drive California, Santa Barbara, CA 93106 | 12030 |
| 1277 | CA | UC Santa Cruz - Crown Academic - Vallier Hall | 1156 High Street, Santa Cruz, CA 95064 | 12113 |
| 1278 | CA | UC Santa Cruz - Crown College Commons | 1156 High Street, Santa Cruz, CA 95064 | 12100 |
| 1279 | CA | UC Santa Cruz - Crown College Commons Gate House | 1156 High Street, Santa Cruz, CA 95064 | 12101 |
| 1280 | CA | UC Santa Cruz - Daskin (should be Baskin) Engineering (Applied Sciences) | 1156 High Street, Santa Cruz, CA 95064 | 12099 |
| 1281 | CA | UC Santa Cruz - Hahn Student Services | 1156 High Street, Santa Cruz, CA 95064 | 12103 |
| 1282 | CA | UC Santa Cruz - Kerr Hall | 1156 High Street, Santa Cruz, CA 95064 | 12102 |
| 1283 | CA | UC Santa Cruz - McHenry Library | 1156 High Street, Santa Cruz, CA 95064 | 12104 |
| 1284 | CA | UC Santa Cruz - Merrill Academic Bldg. | 1156 High Street, Santa Cruz, CA 95064 | 12106 |
| 1285 | CA | UC Santa Cruz - Merrill Dining Commons | 1156 High Street, Santa Cruz, CA 95064 | 12105 |
| 1286 | CA | UC Santa Cruz - Merrill Housing A Dorm | 1156 High Street, Santa Cruz, CA 95064 | 12109 |
| 1287 | CA | UC Santa Cruz - Merrill Housing B Dorm | 1156 High Street, Santa Cruz, CA 95064 | 12110 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1288 | CA | UC Santa Cruz - Merrill Housing C Dorm | 1156 High Street, Santa Cruz, CA 95064 | 12111 |
| 1289 | CA | UC Santa Cruz - Merrill Housing D Dorm | 1156 High Street, Santa Cruz, CA 95064 | 12112 |
| 1290 | CA | UC Santa Cruz - Stevenson College (Academic) | 1156 High Street, Santa Cruz, CA 95064 | 12108 |
| 1291 | CA | UC Santa Cruz - Thimann Lecture | 1156 High Street, Santa Cruz, CA 95064 | 12107 |
| 1292 | Canada | Acadia Pool, McGill University | 9009 Fairmont Drive, S.W., Calgary, Canada H3A 2T5 | |
| 1293 | Canada | Administration Building, City Electric System, McGill University | 2803 Spiller Road, Calgary, Canada  H3A 2T5 | |
| 1294 | Canada | Administration Building, McGill University | 333 7th Avenue, S.E., Calgary, Canada  H3A 2T5 | |
| 1295 | Canada | Arts Building,  McGill University | 853 Sherbroone Street, W., Montreal, Quebec, Canada  H3A 2T5 | 10931 |
| 1296 | Canada | Arts Department of Economics,  McGill University | 3483 Peel Street, Montreal, Quebec, Canada H3A 2T5 | 10827 |
| 1297 | Canada | Arts Polish Library, McGill University | 3479 Peel Street, Montreal, Quebec, Canada H3A 2T5 | 10914 |
| 1298 | Canada | Atlantic Shopping Centres - Cogswell Tower | 2000 Barrington St., Halifax, NS | 12490 |
| 1299 | Canada | Avalon East School Board - Hazelwood Elementary School | 391 Topsail Rd., St. John's, NL | 12491 |
| 1300 | Canada | Avalon East School Board - Holy Heart of Mary School | Bonaventure Ave., St. John's, NL | 12492 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1301 | Canada | Bearspaw Water Treatment Plant, McGill University | 100100 Bearspaw Dam Road, N.W., Calgary, Canada  H3A 2T5 | |
| 1302 | Canada | Beatty Hall, McGill University | 1266 Avenue Des Pins, Montreal, Quebec, Canada  H3A 2T5 | 10820 |
| 1303 | Canada | Bell Canada - Nexacor | 100 Wynford Dr., Toronto, ON | 12397 |
| 1304 | Canada | Birks Building, McGill University | 3520 University Street, Montreal, Quebec, Canada | 10816 |
| 1305 | Canada | Bishop Mountain Hall, McGill University | 3935 University Street, Montreal, Quebec, Canada | 10821 |
| 1306 | Canada | Bristol Investments  - Berkeley Manor | 2150 Pandora St., Vancouver, BC | 11643 |
| 1307 | Canada | Bristol Investments  - Braemar Gardens | 995 Adair Ave., Coquitlam, BC | 11640 |
| 1308 | Canada | Bristol Investments  - Daylin Manor | 515 9th St., New Westminster, BC | 11647 |
| 1309 | Canada | Bristol Investments  - Regency Square | 13225 105th Ave., Surrey, BC | 11635 |
| 1310 | Canada | Bristol Investments  - Villa Monaco | 33263 Bourquin Crescent, Abbotsford, BC | 11636 |
| 1311 | Canada | Bristol Investments - Bakerview Apartments | 1040 Howie Ave., Coquitlam, BC | 11637 |
| 1312 | Canada | Bristol Investments - Braemar Gardens | 1000 Brunette Ave., Coquitlam, BC | 11639 |
| 1313 | Canada | Bristol Investments - Braemar Gardens, 985 Adair Ave | 985 Adair Ave., Coquitlam, BC | 11641 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1314 | Canada | Bristol Investments - Cheryl Manor | 210 E. 2nd St., N. Vancouver, BC | 11646 |
| 1315 | Canada | Bristol Investments - Gary Manor | 2225 W 8th Ave., Vancouver, BC | 11644 |
| 1316 | Canada | Bristol Investments - Hampton Apartments | 540 Rochester Ave., Coquitlam, BC | 11638 |
| 1317 | Canada | Bristol Investments - Kingsley Manor | 2121 Franklin St., Vancouver, BC | 11642 |
| 1318 | Canada | Bristol Investments - Parkview Manor | 201 Kensington Ave., Burnaby, BC | 11633 |
| 1319 | Canada | Bristol Investments - Regency Court | 10520 132nd St., Surrey, BC | 11634 |
| 1320 | Canada | Bristol Investments - Shelley Court | 230 E. 2nd St., N. Vancouver, BC | 11645 |
| 1321 | Canada | Bristol Investments - Silver Manor | 6420 Silver Ave., Burnaby, BC | 11648 |
| 1322 | Canada | British Columbia Institute - SW1 | 3700 Willingdon Ave., Burnaby, BC | 12505 |
| 1323 | Canada | British Columbia Institute - SW14 | 3700 Willingdon Ave., Burnaby, BC | 12355 |
| 1324 | Canada | British Columbia Institute - SW3 | 3700 Willingdon Ave., Burnaby, BC | 12507 |
| 1325 | Canada | British Columbia Institute - SW5 | 3700 Willingdon Ave., Burnaby, BC | 12506 |
| 1326 | Canada | Brittain Hall, McGill University | 21-111 Lakeshore Road, Montreal, Quebec, Canada  H3A 2T5 | 10884 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1327 | Canada | Bronfam Building, McGill University | 1001 Sherbroone Street, W., Montreal, Quebec, Canada  H3A 2T5 | 10929 |
| 1328 | Canada | Building "B" Manchester, McGill University | 655 "B" 25th Avenue, S.W., Calgary, Canada H3A 2T5 | |
| 1329 | Canada | Building "M" Manchester Southside, McGill University | 655 "M" 25th Avenue, S.W., Calgary, Canada H3A 2T5 | |
| 1330 | Canada | Burnside Hall, McGill University | 805 Sherbroone Street, W., Montreal, Quebec, Canada  H3A 2T5 | 10883 |
| 1331 | Canada | Cadillac Fairview Mall - Fairmall Leasehold Inc. | 1800 Sheppard Ave., Willowdale, ON | 12396 |
| 1332 | Canada | Calgary Board of Education - A.E Cross | 3445 37 St. SW, Calgary, AB | 12566 |
| 1333 | Canada | Calgary Board of Education - Acadia Elementary School | 9603 5 St. SE, Calgary, AB | 12567 |
| 1334 | Canada | Calgary Board of Education - Alex Ferguson | 1704 26 St. SW, Calgary, AB | 12568 |
| 1335 | Canada | Calgary Board of Education - Altadore Elementary | 4506 16th St. SW, Calgary, AB | 14885 |
| 1336 | Canada | Calgary Board of Education - Balmoral Junior High | 220 16 Ave., Calgary, AB | 12570 |
| 1337 | Canada | Calgary Board of Education - Banff Trail | 3232 Cochrane Rd., Calgary, AB | 12571 |
| 1338 | Canada | Calgary Board of Education - Bel Aire Elementary | 1011 Beverly Blvd., Calgary, AB | 12572 |
| 1339 | Canada | Calgary Board of Education - Belfast Elementary | 1229 17A St. NW, Calgary, AB | 12408 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1340 | Canada | Calgary Board of Education - Belvedere Parkway Elementary (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1341 | Canada | Calgary Board of Education - Bowness High School (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1342 | Canada | Calgary Board of Education - Branton Junior High | 2103 20th St., Calgary, AB | 12409 |
| 1343 | Canada | Calgary Board of Education - Briar Hill Elementary | 1233 21 St. NW, Calgary, AB | 12410 |
| 1344 | Canada | Calgary Board of Education - Bridgeland Elementary | 414 11A St. NE, Calgary, AB | 12411 |
| 1345 | Canada | Calgary Board of Education - Cambrian Heights | 640 Northmount, Calgary, AB | 12412 |
| 1346 | Canada | Calgary Board of Education - Capital Hill | 2210 18TH St., Calgary, AB | 12413 |
| 1347 | Canada | Calgary Board of Education - Chinook Park | 1312 75 Ave., Calgary, AB | 12414 |
| 1348 | Canada | Calgary Board of Education - Clinton Ford | 5003 20 St. SW, Calgary, AB | 12573 |
| 1349 | Canada | Calgary Board of Education - Collingwood | 3826 Collingwood Dr., Calgary, AB | 12574 |
| 1350 | Canada | Calgary Board of Education - Colonel Irvine | 412 Northmount Dr., Calgary, AB | 12348 |
| 1351 | Canada | Calgary Board of Education - Colonel Macleod | 1610 6th St., Calgary, AB | 12349 |
| 1352 | Canada | Calgary Board of Education - Colonel Sanders | 226 Northmount Dr., Calgary, AB | 12350 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1353 | Canada | Calgary Board of Education - Crescent Heights | 1019 1st St. SW, Calgary, AB | 12351 |
| 1354 | Canada | Calgary Board of Education - Dr. Oakley | 3904 20th St. SW, Calgary, AB | 12352 |
| 1355 | Canada | Calgary Board of Education - Elboya Elementary | 4804 6th St., Calgary, AB | 12353 |
| 1356 | Canada | Calgary Board of Education - Erlton School (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1357 | Canada | Calgary Board of Education - Ernest Manning | 3600 16th Ave., Calgary, AB | 12354 |
| 1358 | Canada | Calgary Board of Education - Ernst Monroe Junior High (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1359 | Canada | Calgary Board of Education - Eugene Coste | 10 Hillgrove, Calgary, AB | 12356 |
| 1360 | Canada | Calgary Board of Education - Fairview | 7840 Fairmount Dr., Calgary, AB | 12357 |
| 1361 | Canada | Calgary Board of Education - FE Osborne | 5315 Varsity Dr., Calgary, AB | 12358 |
| 1362 | Canada | Calgary Board of Education - Forest Lawn | 1304 44th St., Calgary, AB | 12359 |
| 1363 | Canada | Calgary Board of Education - George P. Vanier | 509 32nd Ave., Calgary, AB | 12360 |
| 1364 | Canada | Calgary Board of Education - Glamorgan | 50 Grafton Dr., Calgary, AB | 12361 |
| 1365 | Canada | Calgary Board of Education - Glenbrook | 4725 33rd Ave., Calgary, AB | 12362 |