W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1366 | Canada | Calgary Board of Education - Glendale | 2415 Kelwood Dr., Calgary, AB | 12363 |
| 1367 | Canada | Calgary Board of Education - Glenmeadows | 4931 Grove Hill Rd., Calgary, AB | 12449 |
| 1368 | Canada | Calgary Board of Education - Greenview | 211 McKnight Blvd., Calgary, AB | 12450 |
| 1369 | Canada | Calgary Board of Education - Haddon RD School (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1370 | Canada | Calgary Board of Education - Haysboro | 1123 87 Ave., Calgary, AB | 12451 |
| 1371 | Canada | Calgary Board of Education - Henry Wise Wood | 910 75 Ave., Calgary, AB | 12452 |
| 1372 | Canada | Calgary Board of Education - Huntington Hills Elementary | 620 64 Ave., Calgary, AB | 12453 |
| 1373 | Canada | Calgary Board of Education - James Fowler High | 4004 4th St., Calgary, AB | 12454 |
| 1374 | Canada | Calgary Board of Education - John Ware Junior High (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1375 | Canada | Calgary Board of Education - Keller Elementary (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1376 | Canada | Calgary Board of Education - Killarney Elementary | 3008 33 St. SW, Calgary, AB | 12455 |
| 1377 | Canada | Calgary Board of Education - King Edward Elementary | 1720 30 Ave. SW, Calgary, AB | 12456 |
| 1378 | Canada | Calgary Board of Education - Kingsland Elementary | 7430 5 St., Calgary, AB | 12457 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1379 | Canada | Calgary Board of Education - Knob Hill Elementary | 2036 20 Ave., Calgary, AB | 12458 |
| 1380 | Canada | Calgary Board of Education - Lakeview School | 6304 Larkspur Way, Calgary, AB | 12459 |
| 1381 | Canada | Calgary Board of Education - Langevin Elementary | | 12460 |
| 1382 | Canada | Calgary Board of Education - Lord Beaverbrook High | 9019 Fairmount Dr SE, Calgary, AB | 12461 |
| 1383 | Canada | Calgary Board of Education - Lord Shaughnessy High | 2336 53 Ave., Calgary, AB | 12462 |
| 1384 | Canada | Calgary Board of Education - Louis Riel Elementary (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1385 | Canada | Calgary Board of Education - Marion Carson Elementary (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1386 | Canada | Calgary Board of Education - Melville Scott Junior High | 1726 33 St. SW, Calgary, AB | 12463 |
| 1387 | Canada | Calgary Board of Education - Milton William School | 92 Malibou Rd SW, Calgary, AB | 12464 |
| 1388 | Canada | Calgary Board of Education - Mount Royal Junior High | 2234 14 St., Calgary, AB | 12565 |
| 1389 | Canada | Calgary Board of Education - Nickle Junior High | 2500 Lake bonavista, Calgary, AB | 12586 |
| 1390 | Canada | Calgary Board of Education - North Haven | 4922 North Haven Dr., Calgary, AB | 12587 |
| 1391 | Canada | Calgary Board of Education - Ogden Elementary | 1919 76 Ave. SE, Calgary, AB | 12588 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1392 | Canada | Calgary Board of Education - Parkdale Elementary | 728 32 St., Calgary, AB | 12590 |
| 1393 | Canada | Calgary Board of Education - Queen Elizabeth High | 512 18 St. NW, Calgary, AB | 12591 |
| 1394 | Canada | Calgary Board of Education - Rideau Park Elementary | 529 Rideau Rd. SW, Calgary, AB | 12592 |
| 1395 | Canada | Calgary Board of Education - Rosedale Junior High | 905 13 Ave., Calgary, AB | 12593 |
| 1396 | Canada | Calgary Board of Education - Rosemount Elementary | 19 Rosevale Dr., Calgary, AB | 12594 |
| 1397 | Canada | Calgary Board of Education - Rosscarrock Elementary | 1406 4th St., Calgary, AB | 12291 |
| 1398 | Canada | Calgary Board of Education - RT Alderman | 725 Mapleton Dr. SE, Calgary, AB | 12292 |
| 1399 | Canada | Calgary Board of Education - Senator Patrick Burns | 2155 Chilcotin Rd., Calgary, AB | 12330 |
| 1400 | Canada | Calgary Board of Education - Sir James Lougheed | 3519 36th Ave., Calgary, AB | 12331 |
| 1401 | Canada | Calgary Board of Education - Sir John A. MacDonald | 6600 4th St., Calgary, AB | 12332 |
| 1402 | Canada | Calgary Board of Education - Sir Wilfrid Laurier | 819 32nd St., Calgary, AB | 12333 |
| 1403 | Canada | Calgary Board of Education - Sir Winston Churchill | 5220 Northland Dr., Calgary, AB | 12334 |
| 1404 | Canada | Calgary Board of Education - Southwood | 898 Sylvester, Calgary, AB | 12293 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1405 | Canada | Calgary Board of Education - Sunalta | 536 Sonora Dr., Calgary, AB | 12294 |
| 1406 | Canada | Calgary Board of Education - Sunnyside Community | 211 77 St. NW, Calgary, AB | 12585 |
| 1407 | Canada | Calgary Board of Education - Thomas B. Riley | 3915 69 St. NW, Calgary, AB | 12435 |
| 1408 | Canada | Calgary Board of Education - Thorncliffe Elementary | 5646 Thornton Rd., Calgary, AB | 12436 |
| 1409 | Canada | Calgary Board of Education - Varsity Acres | 4255 40 St. NW, Calgary, AB | 12437 |
| 1410 | Canada | Calgary Board of Education - Vincent Massey Junior High | 939 45 St. SW, Calgary, AB | 12438 |
| 1411 | Canada | Calgary Board of Education - Viscount Bennett | 2519 Richmond Rd SW, Calgary, AB | 12439 |
| 1412 | Canada | Calgary Board of Education - Western Canada High | 641 17 Ave. SW, Calgary, AB | 12440 |
| 1413 | Canada | Calgary Board of Education - Westgate Elementary | 150 Westminster Dr., Calgary, AB | 12441 |
| 1414 | Canada | Calgary Board of Education - Wildwood Elementary | 120 45th St. SW, Calgary, AB | 12442 |
| 1415 | Canada | Calgary Board of Education - William Aberhart | 3009 Morley Trail NW, Calgary, AB | 12443 |
| 1416 | Canada | Calgary Board of Education - Woodman Junior High | 8706 Elbow Dr., Calgary, AB | 12444 |
| 1417 | Canada | Calgary City Hall, McGill University | 704 MacLeod Trail, S.E., Calgary, Canada  H3A 2T5 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1418 | Canada | Calgary Public Building, McGill University | 205 8th Avenue, S.E., Calgary, Canada  H3A 2T5 | |
| 1419 | Canada | Calgary Zoo - Reptile House, McGill University | 1300 Zoo Road, N.E., Calgary, Canada  H3A 2T5 | |
| 1420 | Canada | Carleton University - Dunton Tower | 1125 Colonel Dr., Ottowa, ON | 12419 |
| 1421 | Canada | Carleton University - Glengary House | 1125 Colonel Dr., Ottowa, ON | 12417 |
| 1422 | Canada | Carleton University - Loeb | 1125 Colonel Dr., Ottowa, ON | 12416 |
| 1423 | Canada | Carleton University - McOdorum Library | 1125 Colonel Dr., Ottowa, ON | 12395 |
| 1424 | Canada | Carleton University - Patterson Hall | 1125 Colonel Dr., Ottowa, ON | 12434 |
| 1425 | Canada | Carleton University - Robertson Hall | 1125 Colonel Dr., Ottowa, ON | 12420 |
| 1426 | Canada | Carleton University - Russell Granville | 1125 Colonel D., Ottowa, ON | 12415 |
| 1427 | Canada | Carleton University - The Commons | 1125 Colonel Dr., Ottowa, ON | 12418 |
| 1428 | Canada | Chancellor Day Hall, McGill University | 3644 Peel Street, Montreal, Quebec, Canada H3A 2T5 | 10902 |
| 1429 | Canada | Charles Meredith House, McGill University | 1130 Avenue Des Pins, Montreal, Quebec, Canada  H3A 2T5 | 10909 |
| 1430 | Canada | CIBC - Atlantic Place | 215 Water St., St. John's NS | 12536 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1431 | Canada | City of Edmonton - Century Place | 9803 102A Ave., Edmonton, AB | 12489 |
| 1432 | Canada | City of Edmonton - Chauncey Hall | Sir Winston Churchill Sq., Edmonton, AB | 12399 |
| 1433 | Canada | City of Edmonton - Clarke Stadium | 11000 Stadium Rd., Edmonton, AB | 12400 |
| 1434 | Canada | City of Edmonton - Davies Transit Garage | 5710 86 St., Edmonton, AB | 12401 |
| 1435 | Canada | City of Edmonton - ERD Ambulance Station | 10527 142 St., Edmonton, AB | 12402 |
| 1436 | Canada | City of Edmonton - ERD Station 12 | 9020 156 St., Edmonton, AB | 12403 |
| 1437 | Canada | City of Edmonton - ERD Station 13 | 4035 119th St., Edmonton, AB | 12385 |
| 1438 | Canada | City of Edmonton - Idylwyde Health Clinic | 8310 88 Ave., Edmonton, AB | 12404 |
| 1439 | Canada | City of Edmonton - Jasper Place Arena | 9200 163rd St., Edmonton, AB | 12386 |
| 1440 | Canada | City of Edmonton - Prince of Wales Armoury | 10404 108th St., Edmonton, AB | 12387 |
| 1441 | Canada | City of Richmond - Richmond Minoru Arena | 7551 Minorou Gate, Richmond, BC | 12513 |
| 1442 | Canada | City of Richmond - Richmond Old City Hall | 6911 No. 3 Rd, Richmond, BC | 12512 |
| 1443 | Canada | City of Vancouver - Cambie Yards | 301 W 1st Ave., Burnaby, BC | 12336 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1444 | Canada | City of Vancouver - Central Library | 750 Burrard St., Vancouver, BC | 12338 |
| 1445 | Canada | City of Vancouver - City Analyst/Police Museum | 239-240 E. Cordov, Vancouver, BC | 12339 |
| 1446 | Canada | City of Vancouver - City Hall | 453 W 12th Ave., Vancouver, BC | 12340 |
| 1447 | Canada | City of Vancouver - Commercial Building | 1420 Howe St., Vancouver, BC | 12335 |
| 1448 | Canada | City of Vancouver - Commercial Building | 1830-1836 W 5th St., Vancouver, BC | 12337 |
| 1449 | Canada | City of Vancouver - Continental Hotel (old) | 1390 Granville St., Vancouver, BC | 12341 |
| 1450 | Canada | City of Vancouver - Former Fletcher Lumber | 1615 Main St., Vancouver, BC | 12342 |
| 1451 | Canada | City of Vancouver - Fraser Academy | 2294 W 10 Ave., Vancouver, BC | 12584 |
| 1452 | Canada | City of Vancouver - Kerrisdale Library | 2112 W 42nd Ave., Vancouver, BC | 12344 |
| 1453 | Canada | City of Vancouver - Maritime Museum | 1905 Ogden Ave., Vancouver, BC | 12345 |
| 1454 | Canada | City of Vancouver - Parkade (should be Parkdale) | 700 Georgia St., Vancouver, BC | 12346 |
| 1455 | Canada | City of Vancouver - Planetarium | 1100 Chestnut, Vancouver, BC | 12347 |
| 1456 | Canada | City of Vancouver - Public Safety Building | 312-324 Main St., Vancouver, BC | 12475 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1457 | Canada | City of Vancouver - Queen Elizabeth Playhouse | 649-695 Cambie, Vancouver, BC | 12476 |
| 1458 | Canada | Davis House, McGill University | 3654 Promenade Sir William Osuer, Montreal, Quebec, Canada  H3A 2T5 | 10899 |
| 1459 | Canada | Dawson Hall, McGill University | 853 Sherbroone Street, W., Montreal, Quebec, Canada  H3A 2T5 | 10900 |
| 1460 | Canada | Douglas Hall, McGill University | 3851 University Street, Montreal, Quebec, Canada  H3A 2T5 | 10830 |
| 1461 | Canada | Duff Medical Building, McGill University | 3775 University Street, Montreal, Quebec, Canada  H3A 2T5 | 10895 |
| 1462 | Canada | Duggan House, McGill University | 3724 Promenade Sir Willian Oscek, Montreal, Quebec, Canada  H3A 2T5 | 10894 |
| 1463 | Canada | East Asian Studies Building, McGill University | 3434 McTavish Street, Montreal, Quebec, Canada  H3A 2T5 | 10907 |
| 1464 | Canada | Edmonton Public Schools - Allendale | 6415 106th St., Edmonton, AB | 12388 |
| 1465 | Canada | Edmonton Public Schools - Argyll | 8540 69th Ave., Edmonton, AB | 12389 |
| 1466 | Canada | Edmonton Public Schools - Avalon | 5425 114th St., Edmonton, AB | 12390 |
| 1467 | Canada | Edmonton Public Schools - Avonmore | 7340 78th St., Edmonton, AB | 12391 |
| 1468 | Canada | Edmonton Public Schools - Baturyn (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1469 | Canada | Edmonton Public Schools - Belgravia | 11605 74th Ave., Edmonton, AB | 12398 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1470 | Canada | Edmonton Public Schools - Bellevue | 11515 71st St., Edmonton, AB | 12392 |
| 1471 | Canada | Edmonton Public Schools - Bennett | 9703 94th St., Edmonton, AB | 12393 |
| 1472 | Canada | Edmonton Public Schools - Bonnie Doon | 8205 90th Ave., Edmonton, AB | 12394 |
| 1473 | Canada | Edmonton Public Schools - Britannia | 16018 104th Ave., Edmonton, AB | 12375 |
| 1474 | Canada | Edmonton Public Schools - Crestwood | 9735 144th St., Edmonton, AB | 12376 |
| 1475 | Canada | Edmonton Public Schools - Delton | 12126 89th St., Edmonton, AB | 12377 |
| 1476 | Canada | Edmonton Public Schools - Delwood | 7315 Delwood Rd., Edmonton, AB | 12378 |
| 1477 | Canada | Edmonton Public Schools - Donnan | 7803 87th St., Edmonton, AB | 12379 |
| 1478 | Canada | Edmonton Public Schools - DS MacKenzie | 4020 106 St., Edmonton, AB | 12556 |
| 1479 | Canada | Edmonton Public Schools - Duggan (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1480 | Canada | Edmonton Public Schools - Eastglen | 11430 68 St., Edmonton, AB | 12557 |
| 1481 | Canada | Edmonton Public Schools - Ellerslie Jr. High | 521 66 St., Edmonton, AB | 12558 |
| 1482 | Canada | Edmonton Public Schools - Forest Heights | 10304 81 St., Edmonton, AB | 12559 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1483 | Canada | Edmonton Public Schools - Garneau | 10925 87 Ave., Edmonton, AB | 12560 |
| 1484 | Canada | Edmonton Public Schools - Glenora | 13520 102 Ave., Edmonton, AB | 12561 |
| 1485 | Canada | Edmonton Public Schools - Grace Martin (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1486 | Canada | Edmonton Public Schools - Greenview (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1487 | Canada | Edmonton Public Schools - HA Gray | 12140 103 St., Edmonton, AB | 12562 |
| 1488 | Canada | Edmonton Public Schools - Hardisty | 10534 62 St., Edmonton, AB | 12563 |
| 1489 | Canada | Edmonton Public Schools - Harry Ainlay | 4350 111 St., Edmonton, AB | 12564 |
| 1490 | Canada | Edmonton Public Schools - Highlands | 11509 62 St., Edmonton, AB | 12575 |
| 1491 | Canada | Edmonton Public Schools - JA Fife | 15004 76 St., Edmonton, AB | 12576 |
| 1492 | Canada | Edmonton Public Schools - Jasper Place | 8950 163 St., Edmonton, AB | 12577 |
| 1493 | Canada | Edmonton Public Schools - King Edward | 8530 101 St., Edmonton, AB | 12580 |
| 1494 | Canada | Edmonton Public Schools - King's College (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1495 | Canada | Edmonton Public Schools - L.Y. Cairns | 10510 45 Ave., Edmonton, AB | 12578 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1496 | Canada | Edmonton Public Schools - Lauderdale | 10610 129 Ave., Edmonton, AB | 12579 |
| 1497 | Canada | Edmonton Public Schools - Laurier Heights (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1498 | Canada | Edmonton Public Schools - Londonderry | 7104 144 Ave., Edmonton, AB | 12581 |
| 1499 | Canada | Edmonton Public Schools - M.E. Lazerte | 6804 144 Ave., Edmonton, AB | 12486 |
| 1500 | Canada | Edmonton Public Schools - Maimo (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1501 | Canada | Edmonton Public Schools - McKernan | 11330 76 Ave., Edmonton, AB | 12582 |
| 1502 | Canada | Edmonton Public Schools - McLeod (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1503 | Canada | Edmonton Public Schools - McNally | 8440 105 Ave., Edmonton, AB | 12583 |
| 1504 | Canada | Edmonton Public Schools - McQueen | 14425 Mcqueen Rd, Edmonton, AB | 12485 |
| 1505 | Canada | Edmonton Public Schools - Mee-Yah-Noh (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1506 | Canada | Edmonton Public Schools - Mill Creek | | 12487 |
| 1507 | Canada | Edmonton Public Schools - Montrose | 11931 62 St., Edmonton, AB | 12488 |
| 1508 | Canada | Edmonton Public Schools - Mount Pleasant | 10541 60A Ave., Edmonton, AB | 12543 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1509 | Canada | Edmonton Public Schools - Mount Royal | 11303 55th St., Edmonton, AB | 12540 |
| 1510 | Canada | Edmonton Public Schools - Newton | 5523 122nd Ave., Edmonton, AB | 12541 |
| 1511 | Canada | Edmonton Public Schools - North Edmonton | 6920 128th Ave., Edmonton, AB | 12542 |
| 1512 | Canada | Edmonton Public Schools - Old Administration Bldg | 10010 107A Ave., Edmonton, AB | 12538 |
| 1513 | Canada | Edmonton Public Schools - Parkallen | 6703 112th St., Edmonton, AB | 12539 |
| 1514 | Canada | Edmonton Public Schools - Parkdale (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |
| 1515 | Canada | Edmonton Public Schools - Parkview | 14313 92nd St., Edmonton, AB | 12537 |
| 1516 | Canada | Edmonton Public Schools - Prince Charles | 12323 127 St., Edmonton, AB | 12495 |
| 1517 | Canada | Edmonton Public Schools - Prince Rupert | 11515 113 Ave., Edmonton, AB | 12496 |
| 1518 | Canada | Edmonton Public Schools - Princeton | 7720 130 Ave., Edmonton, AB | 12497 |
| 1519 | Canada | Edmonton Public Schools - Queen Alexandra | 7730 106 St., Edmonton, AB | 12498 |
| 1520 | Canada | Edmonton Public Schools - Queen Elizabeth | 9425 132 Ave., Edmonton, AB | 12499 |
| 1521 | Canada | Edmonton Public Schools - Richard Secord (this bldg added by Mike Mysak 11/30/04 - no claim filed) | | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1522 | Canada | Edmonton Public Schools - Ritchie | 9750 74 Ave., Edmonton, AB | 12500 |
| 1523 | Canada | Edmonton Public Schools - Ross Sheppard | 13546 111 Ave., Edmonton, AB | 12501 |
| 1524 | Canada | Edmonton Public Schools - Rutherford | 8620 91 St., Edmonton, AB | 12502 |
| 1525 | Canada | Edmonton Public Schools - Sherbrooke | 12245 131 St., Edmonton, AB | 12503 |
| 1526 | Canada | Edmonton Public Schools - Spruce Avenue | 11424 102 St., Edmonton, AB | 12504 |
| 1527 | Canada | Edmonton Public Schools - Steele Heights | 14607 59th St., Edmonton, AB | 12545 |
| 1528 | Canada | Edmonton Public Schools - Strathcona | 10450 72nd Ave., Edmonton, AB | 12546 |
| 1529 | Canada | Edmonton Public Schools - Strathearn | 8728 93 Ave., Edmonton, AB | 12547 |
| 1530 | Canada | Edmonton Public Schools - Vernon Barford (this bldg added by Mike Mysak 11/30/04 - no claimfiled) | | |
| 1531 | Canada | Edmonton Public Schools - Victoria | 10210 108 Ave., Edmonton, AB | 12548 |
| 1532 | Canada | Edmonton Public Schools - W.P. Wagner | 6310 Wagner Rd, Edmonton, AB | 12535 |
| 1533 | Canada | Edmonton Public Schools - Wellington | 13160 127th St., Edmonton, AB | 12549 |
| 1534 | Canada | Edmonton Public Schools - Westbrooke | 11915 40th Ave., Edmonton, AB | 12550 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1535 | Canada | Edmonton Public Schools - Westlawn | 9520 165 St., Edmonton, AB | 12551 |
| 1536 | Canada | Edmonton Public Schools - Westminster | 13712 104 Ave., Edmonton, AB | 12552 |
| 1537 | Canada | Edmonton Public Schools - Winterburn | 9527 Winterburn, Edmonton, AB | 12553 |
| 1538 | Canada | Edmonton Public Schools - Woodcroft | 13750 Woodcroft Ave., Edmonton, AB | 12554 |
| 1539 | Canada | English Department Building, McGill University | 3475 Peel Street, Montreal, Quebec, Canada H3A 2T5 | 10913 |
| 1540 | Canada | Faculty Club, McGill University | 3450 McTavish, Montreal, Quebec, Canada H3A 2T5 | 10832 |
| 1541 | Canada | Faculty of Education Building, McGill University | 3700 McTavish Street, Montreal, Quebec, Canada H3A 2T5 | 10896 |
| 1542 | Canada | Ferrier Building, McGill University | 840 Dr. Penfield Avenue, Montreal, Quebec, Canada H3A 2T5 | 10831 |
| 1543 | Canada | Firehall #2, McGill University | 1010 10th Avenue, S.W., Calgary, Canada | |
| 1544 | Canada | Firehall #3, McGill University | 2308 17 Street, S.E., Calgary, Canada | |
| 1545 | Canada | Firehall #8, McGill University | 2208 29 Street, S.W., Calgary, Canada | |
| 1546 | Canada | Foothills Pool, McGill University | 2915 24 Avenue, N.W., Calgary, Canada | |
| 1547 | Canada | Frank Dawson Adams Hall, McGill University | 3450 University Street, Montreal, Quebec, Canada H3A 2T5 | 10903 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1548 | Canada | Fraser Health Authority - Burnaby Hospital | 3935 Kincaid St., Burnaby, BC | 12297 |
| 1549 | Canada | Fraser Health Authority - Fellburn Care Center | 6050 E. Hastings St., Burnaby, BC | 12299 |
| 1550 | Canada | Fraser Health Authority - MSA General Hospital | 2179 McCallum Rd., Abbotsford, BC | 12301 |
| 1551 | Canada | Fraser Health Authority - Ridge Meadows Hospital | 1166 Laity St., Maple Ridge, BC | 12298 |
| 1552 | Canada | Fraser Health Authority - Royal Colombian Hospital | 330 E. Columbia St., New Westminster, BC | 12300 |
| 1553 | Canada | Fraser Health Authority - Sherbrooke Center | 330 E. Columbia St., New Westminster, BC | 12302 |
| 1554 | Canada | Fraser Health Authority - Surrey Memorial | 13750 96th Ave., Surrey, BC | 12296 |
| 1555 | Canada | Gardner Hall, McGill University | Montreal, Quebec, Canada  H3A 2T5 | 10813 |
| 1556 | Canada | Garfield Weston Pool, McGill University | 3506 University Street, Montreal, Quebec, Canada  H3A 2T5 | 10932 |
| 1557 | Canada | Glenmore Water Treatment Plant Pumphouse #2, McGill University | 1668 56 Avenue, S.W., Calgary, Canada | |
| 1558 | Canada | Glenmore Water Treatment Plant Settlement & Filter, McGill University | 1668 56 Avenue, S.W., Calgary, Canada | |
| 1559 | Canada | Great West Life - Commerce Court West | 199 Bay St., Toronto, ON | 12534 |
| 1560 | Canada | Great West Life - Great West Life Insurance Building | 60 Osborne, Winnipeg, MB | 12524 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1561 | Canada | Great West Life - London Life / | 2001 University, Montreal, QC | 12533 |
| 1562 | Canada | Hamilton School District - Ancaster High, | 374 Jerseyville Road West, Hamilton, ON | 11664 |
| 1563 | Canada | Hamilton School District - Barton, | 75 Palmer Road, Hamilton, ON | 11665 |
| 1564 | Canada | Hamilton School District - Bell Stone, | 6025 White Church and Nebo Rd, Mount Hope, ON | 11666 |
| 1565 | Canada | Hamilton School District - Buchanan Park, | 30 Laurier Avenue, Hamilton, ON | 11667 |
| 1566 | Canada | Hamilton School District - Cardinal Heights, | 70 Bobolink Rd, Hamilton, ON | 11668 |
| 1567 | Canada | Hamilton School District - Dale Wood, | 1150 Main Street West, Hamilton, ON | 11669 |
| 1568 | Canada | Hamilton School District - Delta | 1248 Main Street East, Hamilton, ON | 13950 |
| 1569 | Canada | Hamilton School District - Education Centre, | 100 Main Street West, Hamilton, ON | 11670 |
| 1570 | Canada | Hamilton School District - Glen Brae, | 50 Secord Drive, Hamilton, ON | 11671 |
| 1571 | Canada | Hamilton School District - Glendale | 145 Rainbow Street | 11672 |
| 1572 | Canada | Hamilton School District - Grange | 306 Woodworth Drive | 11673 |
| 1573 | Canada | Hamilton School District - Greenville, | 625 Harvest Rd, Hamilton, ON | 11674 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1574 | Canada | Hamilton School District - Highland, | 310 Governor's Rd, Dundas, ON | 11675 |
| 1575 | Canada | Hamilton School District - Mount Hope, | 9149 Airport Rd, Hamilton, ON | 11676 |
| 1576 | Canada | Hamilton School District - Parkdale, | 139 Parkdale Avenue North, Hamilton, ON | 11677 |
| 1577 | Canada | Hamilton School District - Pauline Johnson, | 25 Hummingbird Lane, Hamilton, ON | 11678 |
| 1578 | Canada | Hamilton School District - Ryerson, | 222 Robinson Street, Hamilton, ON | 11679 |
| 1579 | Canada | Hamilton School District - Scott Park | 1055 King Street West, Hamilton, ON | 11323 |
| 1580 | Canada | Hamilton School District - Sherwood Heights, | 105 High Street, Hamilton, ON | 11680 |
| 1581 | Canada | Hamilton School District - Sherwood High | 25 High Street, Hamilton, ON | 11322 |
| 1582 | Canada | Hamilton School District - Sir Allan McNabb | 145 Magnolia Dr., Hamilton, ON | 11681 |
| 1583 | Canada | Hamilton School District - Sir John A. Macdonald, | 130 York Blvd, Hamilton, ON | 11682 |
| 1584 | Canada | Hamilton School District - Westdale | 700 Main St. W., Hamilton, ON | 11683 |
| 1585 | Canada | Hamilton School District - Westview, | 60 Rolston Drive, Hamilton, ON | 11684 |
| 1586 | Canada | Health Care Corp. of St. John's (HCCSJ) - Health Science Centre, | 300 Prince Philip Drive, St. John's, NL | 12493 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1587 | Canada | Health Care Corp. of St. John's (HCCSJ) - St. Clares Mercy Hospital, | 154 LeMarchant Rd, St. John's NL | 12494 |
| 1588 | Canada | Highwood Pool, McGill University | 25 Holmwood Avenue, N.W., Calgary, Canada | |
| 1589 | Canada | Hudson Bay Company- Bay 1120 / Winnipeg, | 450 Portage Avenue, Winnipeg, MB | 12525 |
| 1590 | Canada | Hudson's Bay Company - Bay 1144 / Calgary, | 3625 Shaganappi Trail North West, Calgary, AB | 12526 |
| 1591 | Canada | Hudson's Bay Company - Bay 1162 / Abbotsford, | 32900 South Fraser Way, Abbotsford, BC | 12527 |
| 1592 | Canada | Hudson's Bay Company - Bay 1164 / Calgary, | 100 Anderson Road SE, Calgary, ON | 12528 |
| 1593 | Canada | Hudson's Bay Company - Bay 1631 / Ottawa, | 73 Rideau Street, Ottowa, ON | 12529 |
| 1594 | Canada | Hudson's Bay Company - Bay 1634 / Ottawa, | 100 Bayshore Drive, Unit 10, Ottawa, ON | 12530 |
| 1595 | Canada | Hudson's Bay Company - Zellers 17 / Ottawa, | 100 Bayshore Drive, Unit 10, Ottawa, ON | 12531 |
| 1596 | Canada | Hudson's Bay Company - Zellers 347 | 1735 West Arthur Street, Thunderbay, ON | 11618 |
| 1597 | Canada | Hudson's Bay Company - Zellers 435 / Calgary, | 3625 Shaganappi Trail NW, Calgary, AB | 12532 |
| 1598 | Canada | Hugessen House, McGill University | 3666 McTavish, Montreal, Quebec, Canada | 10814 |
| 1599 | Canada | Hyatt Equities - Hyatt Regency / Vancouver | 655 Burrard St., Vancouver, BC | 12514 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1600 | Canada | Imperial Oil Ltd., Sarnia Administration Building (RE: Pinchin Environmental) | 602 Christina Street South, Sarnia, Ontario, Canada N7T 7M5 | 11224 |
| 1601 | Canada | Inglewood Pool, McGill University | 1527 17th Avenue, S.E., Montreal, Quebec, Canada H3A 2T5 | |
| 1602 | Canada | Institute of Air & Space Law Building, McGill University | 3661 Peel Street, Montreal, Quebec, Canada H3A 2T5 | 10826 |
| 1603 | Canada | ISPCO Inc. - ERW Mill Building | 6735 75 St., Edmonton, AB | 12510 |
| 1604 | Canada | ISPCO Inc. - Rolling Mill Building | P O Box 1670, Regina, SK | 12511 |
| 1605 | Canada | James Administration Building, McGill University | 845 Sherbroone Street, West, Montreal, Quebec, Canada H3A 2T5 | 10829 |
| 1606 | Canada | Jewish Studies Building, McGill University | 3438 McTavish Street, Montreal, Quebec, Canada H3A 2T5 | 10908 |
| 1607 | Canada | Jimmy Condon Arena, McGill University | 502 Heritage Drive, S.W., Calgary, Canada | |
| 1608 | Canada | Killarney Pool, McGill University | 1919 29 Street, S.W., Calgary, Canada | |
| 1609 | Canada | Labatts - 435 Ridout | 435 Ridout, London, ON | 12431 |
| 1610 | Canada | Labatts - 441-447 Ridout St., London (note: this added 11/29/04 by Jose Barinque- no claim filed) | | |
| 1611 | Canada | Labatts - 451 Ridout | 451 Ridout, London, ON | 12432 |
| 1612 | Canada | Leacock Building, McGill University | 855 Sherbroone Street, W., Montreal, Quebec, Canada H3A 2T5 | 10890 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1613 | Canada | MacDonald Engineering Building, McGill University | 817 Sherbroone Street, W., Montreal, Quebec, Canada  H3A 2T5 | 10889 |
| 1614 | Canada | MacDonald Harrington, McGill University | Montreal, Quebec, Canada  H3A 2T5 | 10815 |
| 1615 | Canada | MacDonald-Stewart Library, McGill University | 809 Sherbroone Street, W., Montreal, Quebec, Canada  H3A 2T5 | 10892 |
| 1616 | Canada | Martlet House, McGill University | 3605 Mountain Street, Montreal, Ouebec, Canada  H3A 2T5 | 10891 |
| 1617 | Canada | Maut Building, McGill University | 3495 Peel Street, Montreal, Quebec, Canada  H3A 2T5 | 10828 |
| 1618 | Canada | McConnel Engineering Building, McGill University | 3480 University Street, Montreal, Quebec, Canada  H3A 2T5 | 10904 |
| 1619 | Canada | McConnel Hall, McGill University | 3905 University Street, Montreal, Quebec, Canada  H3A 2T5 | 10905 |
| 1620 | Canada | McConnel Winter Stadium, McGill University | 3883 University Street, Montreal, Quebec, Canada  H3A 2T5 | 10811 |
| 1621 | Canada | McIntyre Medical Building, McGill University | 3655 Promenade Sir William-Osler, Montreal, Quebec, Canada  H3A 2T5 | 10906 |
| 1622 | Canada | McLennan Library, McGill University | 3459 McTavish Street, Montreal, Quebec, Canada | 10812 |
| 1623 | Canada | McMaster University - Medical Center | 1280 Main St. W., Hamilton, ON | 1236B |
| 1624 | Canada | Medicine, Ethics & Law Building, McGill University | 3690 Peil Street, Montreal, Quebec, Canada | 10825 |
| 1625 | Canada | Molson Hall, McGill University | 3915 University Street, Montreal, Quebec, Canada | 10910 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1626 | Canada | Molson Stadium, McGill University | 475 Avenue Des Pins, Montreal, Quebec, Canada | 10911 |
| 1627 | Canada | Morguard Investments - | 350 Sparks Street, Ottowa, ON | 12429 |
| 1628 | Canada | Morguard Investments - | 444 St. Mary's Street, Winnipeg, ON | 12366 |
| 1629 | Canada | Morguard Investments - 55 City Centre Drive | - 55 City Centre Drive, Mississauga, ON | 12427 |
| 1630 | Canada | Morguard Investments - 7 Oaks Mall | 201-32900 South Fraser Way, Abbotsford, BC | 12430 |
| 1631 | Canada | Morguard Investments - Bramalea City Centre | 25 Peel Centre Drive, Brampton, ON | 12428 |
| 1632 | Canada | Morguard Investments - Town and Country | 3447-3651 Douglas St. & 3436-3494 Saanich Rd, Victoria, BC | 12367 |
| 1633 | Canada | Morguard Real Estate Investment Trust - Devonian | 11150 Jasper Avenue, Edmonton, AB | 12426 |
| 1634 | Canada | Morguard Real Estate Investment Trust - UK Building | 409 Granville Street, Vancouver, BC | 12425 |
| 1635 | Canada | North Mount Pleasant Art Centre, McGill University | 523 27th Avenue, N.W., Calgary, Canada | |
| 1636 | Canada | Northwoodcare Inc. - Northwood Manor | 2630 Gottigen Street, Halifax, NS | 12544 |
| 1637 | Canada | Northwoodcare Inc. - Northwood Tower | 2651 Northwood Terrace, Halifax, NS | 12555 |
| 1638 | Canada | O & Y - Tower C Place de Ville | 112 Kent St., Ottowa, ON | 12365 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1639 | Canada | Occupational Health & Safety Department, McGill University | 1140 Pine Street, Montreal, Quebec, Canada | 10822 |
| 1640 | Canada | Otto Mass Chemistry Building, McGill University | 801 Sherbrooke Street W., Montreal, Quebec, Canada | 10912 |
| 1641 | Canada | Oxford - Edmonton Centre - TD Tower, 10088-102 Avenue | 10088-102 Avenue, Edmonton, AB | 12423 |
| 1642 | Canada | Oxford - Edmonton Centre, 10025-102 Avenue | 10025-102 Avenue, Edmonton, AB | 12421 |
| 1643 | Canada | Oxford - Edmonton City Centre East | 100/101/102/102A St., Edmonton, AB | 12422 |
| 1644 | Canada | Peterson Hall, McGill University | 3460 Peel Street, Montreal, Quebec, Canada | 10824 |
| 1645 | Canada | Police Headquarters Building, McGill University | 316 7th Avenue, S.E., Calgary, Canada | |
| 1646 | Canada | Providence Health Care - Holy Family Hospital | 7801 Argyle St., Vancouver, BC | 12519 |
| 1647 | Canada | Providence Health Care - Mt. St. Joseph | 3080 Prince Edward St., Vancouver, BC | 12520 |
| 1648 | Canada | Providence Health Care - St. Paul's Hospital | 1081 Burrard St., Vancouver, BC | 12522 |
| 1649 | Canada | Providence Health Care - St. Vincent's Hospital | 749 W 33 St., Vancouver, BC | 12521 |
| 1650 | Canada | Providence Health Care - Youville Residence | 4950 Heather St., Vancouver, BC | 12523 |
| 1651 | Canada | Psychiatry Department, McGill University | 1033 Pine Street, Montreal, Quebec, Canada | 10823 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1652 | Canada | Pulp & Paper Research Centre, McGill University | 3420 University Street, Montreal, Quebec, Canada | 10935 |
| 1653 | Canada | Purvis Hall, McGill University | 1020 Pine Avenue, Montreal, Quebec, Canada | 10934 |
| 1654 | Canada | Queens Park Cemetary Office Building, McGill University | 3219 4th Street, N.W., Calgary, Canada | |
| 1655 | Canada | Rabinovitch House, McGill University | 3640 Mountain Street, Montreal, Quebec, Canada | 10818 |
| 1656 | Canada | Ravvins Building, McGill University | 1010 6th Avenue, S.W., Calgary, Canada | |
| 1657 | Canada | Redpath Hall, McGill University | 861 Sherbroone Street, W., Montreal, Quebec, Canada | 10933 |
| 1658 | Canada | Redpath Library, McGill University | Montreal, Quebec, Canada | 10817 |
| 1659 | Canada | Redpath Museum, McGill University | 859 Sherbroone Street, W., Montreal, Quebec, Canada | 10936 |
| 1660 | Canada | Re-Hab Building, City Electric System, McGill University | 2808 Spiller Road, S.E., Calgary, Canada | |
| 1661 | Canada | Royal Victoria College, McGill University | 3425 University Street, Montreal, Quebec, Canada | 10937 |
| 1662 | Canada | Ryerson University - Howard Kerr Building | 40, 50, 60 Gould St., Toronto, ON | 12328 |
| 1663 | Canada | Sask Power Corp. | 2025 Victoria Avenue, Regina, SK | 12470 |
| 1664 | Canada | Saskatchewan Property Management Corporation Royal Saskatchwan Museum | 2445 Albert St., Regina, SK | 12508 |

128 - 138

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1665 | Canada | Saskatchewan Property Management Corporation Saskatchwan Legislative Building | 2901 Albert St., Regina, SK | 12509 |
| 1666 | Canada | School District # 43 / Coquitlam - Cedar Drive Elementary School | 3150 Cedar Dr., Port Coquitlam, BC | 11649 |
| 1667 | Canada | School District # 43 / Coquitlam - Centennial Secondary School | 570 Poirer St., Coquitlam, BC | 11650 |
| 1668 | Canada | School District # 43 / Coquitlam - Como Lake Middle School [this bldg not on Mike Mysak's 11/30/04 spreadsheet - should it be withdrawn???] | 1121 King Albert Ave., Coquitlam, BC | 11651 |
| 1669 | Canada | School District # 43 / Coquitlam - Glen Elementary School | 3064 Glen Dr., Coquitlam, BC | 11652 |
| 1670 | Canada | School District # 43 / Coquitlam - Irvine Elementary School | 3862 Wellington St., Port Coquitlam, BC | 11653 |
| 1671 | Canada | School District # 43 / Coquitlam - Lincoln Elementary School | 1019 Fernwood Ave., Port Coquitlam, BC | 11654 |
| 1672 | Canada | School District # 43 / Coquitlam - Maple Creek Middle School | 3700 Hastings St., Port Coquitlam, BC | 11655 |
| 1673 | Canada | School District # 43 / Coquitlam - Minnekhada Middle School | 1390 Laurier Ave., Port Coquitlam, BC | 11656 |
| 1674 | Canada | School District # 43 / Coquitlam - Montgomery Middle School | 1900 Edgewood Ave., Port Coquitlam, BC | 11657 |
| 1675 | Canada | School District # 43 / Coquitlam - Moody Elementary School | 2717 St. John St., Port Moody, BC | 11658 |
| 1676 | Canada | School District # 43 / Coquitlam - Mountain View Elementary School | 740 Smith Ave., Coquitlam, BC | 11659 |
| 1677 | Canada | School District # 43 / Coquitlam - Pitt River Middle School | 2070 Tyner St., Port Coquitlam, BC | 11660 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1678 | Canada | School District # 43 / Coquitlam - Port Moody Secondary School | 300 Albert St., Port Moody, BC | 11661 |
| 1679 | Canada | School District # 43 / Coquitlam - Terry Fox FEA School | 3550 Wellington St., Port Moody, BC | 11662 |
| 1680 | Canada | School District # 43 / Coquitlam - Viscount Elementary School | 3280 Flint St., Port Moody, BC | 11663 |
| 1681 | Canada | School District 68 Nanaimo-Ladysmith - Bayview Elementary | 140 View St., Nanaimo, BC | 11621 |
| 1682 | Canada | School District 68 Nanaimo-Ladysmith - Cedar Jr. Secondary School (renamed North Cedar Intermediate) | 2215 Gould Rd., Nanaimo, BC | 11626 |
| 1683 | Canada | School District 68 Nanaimo-Ladysmith - Chase River Elementary | 1503 Cranberry Ave., Nanaimo, BC | 11622 |
| 1684 | Canada | School District 68 Nanaimo-Ladysmith - Cilaire Elementary | 25 Claire Dr., Nanaimo, BC | 11623 |
| 1685 | Canada | School District 68 Nanaimo-Ladysmith - John Barsby Secondary School | 765 Bruce Ave., Nanaimo, BC | 11624 |
| 1686 | Canada | School District 68 Nanaimo-Ladysmith - Ladysmith | 710 Sixth St., Ladysmith, BC | 11625 |
| 1687 | Canada | School District 68 Nanaimo-Ladysmith - Nanaimo District Senior Secondary | 3955 Wakesiah Ave., Nanaimo, BC | 11627 |
| 1688 | Canada | School District 68 Nanaimo-Ladysmith - Princess Anne | 1951 Estivan Rd., Nanaimo, BC | 11628 |
| 1689 | Canada | School District 68 Nanaimo-Ladysmith - Rutherford | Rutherford Elem. Rd., Nanaimo, BC | 11629 |
| 1690 | Canada | School District 68 Nanaimo-Ladysmith - Seaview | 7000 School Rd., Lantzville, BC | 11630 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1691 | Canada | School District 68 Nanaimo-Ladysmith - Woodbank | RR #4 Morland Rd., Nanaimo, BC | 11631 |
| 1692 | Canada | School District 68 Nanaimo-Ladysmith - Woodlands | 1270 Strathmore St., Nanaimo, BC | 11632 |
| 1693 | Canada | School of Environment Building, McGill University | 3534 University Street, Montreal, Quebec, Canada | 10893 |
| 1694 | Canada | Seagram Building, McGill University | Montreal, Quebec, Canada | 10938 |
| 1695 | Canada | Shaganappi Golf Course Bomb Shelter, McGill University | 1200 26th Street, S.W., Calgary, Canada | |
| 1696 | Canada | Shell Canada - Oakville Research | 3415 Lakeshore Rd. W, Oakville, ON | 12424 |
| 1697 | Canada | Shell Canada Products - Shellburn Laboratory Office Building | 201 Kensington Ave., Burnaby, BC | 12518 |
| 1698 | Canada | Shell Canada Products - Shellburn Locker Building | 201 Kensington Ave., Burnaby, BC | 12515 |
| 1699 | Canada | Shell Canada Products - Shellburn Maintenance Building | 201 Kensington Ave., Burnaby, BC | 12516 |
| 1700 | Canada | Shell Canada Products - Shellburn Terminal Office Building | 201 Kensington Ave., Burnaby, BC | 12517 |
| 1701 | Canada | Sheridan College -  Wing A | 1430 Trafalgar Rd., Oakville, ON | 12406 |
| 1702 | Canada | Sheridan College - Wing C | 1430 Trafalgar Rd., Oakville, ON | 12407 |
| 1703 | Canada | Sir Arthur Currie Gymnasium, McGill University | 475 Avenue Des Pines, Montreal, Quebec, Canada | 10901 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1704 | Canada | Southern Ontario Properties | 1243 Islington Sq., Toronto, ON | 12405 |
| 1705 | Canada | Stewart Biology Building, McGill University | 1205 Doctor Penfirld Avenue, Montreal, Quebec, Canada | 10939 |
| 1706 | Canada | Strathcona Anatomy Building, McGill University | 3640 University Street, Montreal, Quebec, Canada | 10940 |
| 1707 | Canada | Strathcona Music Building, McGill University | 555 Sherbroone Street, W., Montreal, Quebec, Canada | 10898 |
| 1708 | Canada | Sub Station #2, City Electric System, McGill University | 30 Avenue & 9 Street, S.W., Clagary, Canada | |
| 1709 | Canada | Telus - Grande Prairie Toll | 10103 99 Ave., Grand Prarie, AB | 12474 |
| 1710 | Canada | Telus - Len Werry Building | 622 1 St. SW, Calgary, AB | 12589 |
| 1711 | Canada | Telus - Plaza South Tower | 10020 100 St. NW, Edmonton, AB | 12472 |
| 1712 | Canada | Telus - William Farrel Building | 768 Seymour St., Vancouver, BC | 12473 |
| 1713 | Canada | The Record - The Record | ??? | 12433 |
| 1714 | Canada | Thomson House, McGill University | Montreal, Quebec, Canada | 10897 |
| 1715 | Canada | Thornhill Arena, McGill University | 6725 Centre Street, N.W., Calgary, Canada | |
| 1716 | Canada | Thornhill Pool, McGill University | 6725 Centre Street, N.W., Calgary, Canada | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1717 | Canada | Tonko - Telus Plaza | 72 Telus Plaza, Edmonton, AB | 12471 |
| 1718 | Canada | Toronto District School Board - | 285 Indian Road Crescent, Toronto, ON | 12309 |
| 1719 | Canada | Toronto District School Board - Bloor College, | 1141 Bloor Street West, Toronto, ON | 12303 |
| 1720 | Canada | Toronto District School Board - Deer Park, | 23 Ferndale Avenue, Toronto, ON | 12304 |
| 1721 | Canada | Toronto District School Board - Dewson Street, | 65 Concord Avenue, Toronto, ON | 12305 |
| 1722 | Canada | Toronto District School Board - ElmLea Junior School, | 60 Headrian Drive, Toronto, ON | 12306 |
| 1723 | Canada | Toronto District School Board - Fairmount, | 31 Sloley Road, Toronto, ON | 12307 |
| 1724 | Canada | Toronto District School Board - Humberside College, | 280 Quebec Avenue, Toronto, ON | 12308 |
| 1725 | Canada | Toronto District School Board - Monarch Park, | 1 Hanson Street, Toronto, ON | 12310 |
| 1726 | Canada | Toronto District School Board - Oakwood Collegiate Institute, | 991 St. Clair Avenue West, Toronto, ON | 12311 |
| 1727 | Canada | Toronto District School Board - Old Administration, | 155 College Street, Toronto, ON | 12312 |
| 1728 | Canada | Toronto District School Board - Perth Avenue Junior , | 14 Ruskin Avenue, Toronto, ON | 12313 |
| 1729 | Canada | Toronto District School Board - Queen Alexandria, | 181 Broadview Avenue, Toronto, ON | 12314 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1730 | Canada | Toronto District School Board - Roden Junior, | 151 Hiawatha Road, Toronto, ON | 12315 |
| 1731 | Canada | Toronto District School Board - Western Tech, | 125 Evelyn Crescent, Toronto, ON | 12316 |
| 1732 | Canada | Toronto District School Board - Withrow Avenue Junior, | 25 Bain Avenue, Toronto, ON | 12317 |
| 1733 | Canada | University Centre, McGill University | 3480 McTavish Street, Montreal, Quebec, Canada | 10941 |
| 1734 | Canada | University of Guelph | 488 Gordon St., Guelph, ON | 12329 |
| 1735 | Canada | University of Saskatchewan - Arts Building | 9 Campus Dr., Saskatoon, SK | 12445 |
| 1736 | Canada | University of Saskatchewan - Health Sciences Building | 107 Wiggins Rd, Saskatoon, SK | 12446 |
| 1737 | Canada | University of Saskatchewan - Lutheran Seminary | 114 Seminary Cres., Saskatoon, SK | 12447 |
| 1738 | Canada | University of Saskatchewan - Physics Building | 116 Science Pl, Saskatoon, SK | 12448 |
| 1739 | Canada | University of Toronto | 215 Huron St., Toronto, ON | 11619 |
| 1740 | Canada | University of Western Ontario | 31151 Richmond St., London, ON | 12295 |
| 1741 | Canada | Vancouver Board of Parks & Recreation - BC Pavilion @ Hastings Park | 3475 E. Hastings, Vancouver, BC | 12477 |
| 1742 | Canada | Vancouver Board of Parks & Recreation - Douglas Park C.C. | 801 W. 22nd Ave, Vancouver, BC | 12478 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1743 | Canada | Vancouver Board of Parks & Recreation - Hastings C.C. | 3096 E. Hastings St., Vancouver, BC | 12343 |
| 1744 | Canada | Vancouver Board of Parks & Recreation - Kerrisdale C.C. | 5851 West blvd., Vancouver, BC | 12479 |
| 1745 | Canada | Vancouver Board of Parks & Recreation - Killarney C.C. | 6260 Killarney St., Vancouver, BC | 12480 |
| 1746 | Canada | Vancouver Board of Parks & Recreation - Marpole Oak C.C. | 990 W 59 Ave., Vancouver, BC | 12481 |
| 1747 | Canada | Vancouver Board of Parks & Recreation - Mt. Pleasant C.C. | 3161 Ontario St, Vancouver, BC | 12482 |
| 1748 | Canada | Vancouver Board of Parks & Recreation - Renfrew C.C. | 2929 E. 22nd Ave., Vancouver, BC | 12483 |
| 1749 | Canada | Vancouver Board of Parks & Recreation - Riley Park Pool | 50 E. 30th Ave, Vancouver, BC | 12484 |
| 1750 | Canada | Vancouver Board of Parks & Recreation - Rupert Park Pitch & Putt Fieldhouse | East 1st Ave, Vancouver, BC | 12465 |
| 1751 | Canada | Vancouver Board of Parks & Recreation - Stanley Park Pavilion Restaurant (NOT ON MIKE MYSAK'S 11/30/04 SPREADSHEET) | Pipeline Rd, Vancouver, BC | 12466 |
| 1752 | Canada | Vancouver Board of Parks & Recreation - Sunset C.C. | 404 East 51st Ave., Vancouver, BC | 12467 |
| 1753 | Canada | Vancouver Board of Parks & Recreation - Trout Lake C.C. | 3350 Victoria Dr., Vancouver, BC | 12468 |
| 1754 | Canada | Vancouver Board of Parks & Recreation - West End C.C. | 870 Denman Street, Vancouver, BC | 12469 |
| 1755 | Canada | Westin Habour Castle | 1 Harbour Sq., Toronto, ON | 12323 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1756 | Canada | Wildflower Arts Centre, McGill University | 3363 Spruce Drive, S.W., Calgary, Canada | |
| 1757 | Canada | William Osler Health Centre | 101 Humber College Blvd, Etobicoke, ON | 12322 |
| 1758 | Canada | Wilson Hall, McGill University | 3506 University Street, Montreal, Quebec, Canada | 10819 |
| 1759 | Canada | Winnipeg - Redcliff | 287 Broadway, Winnipeg, MB | 11620 |
| 1760 | Canada | York University - # 2 | 4700 Keele St., Toronto, ON | 12325 |
| 1761 | Canada | York University - # 4 | 122 Assiniboine Rd., Toronto, ON | 12324 |
| 1762 | Canada | York University - # 6 | 4700 Keele St., Toronto, ON | 12327 |
| 1763 | Canada | York University - # 8 | 4700 Keele St., Toronto, ON | 12326 |
| 1764 | CO | Coca-Cola Enterprises Inc. - Colorado Springs Sales Center | 415 W Pikes Pk Ave, Colorado Springs, CO | 12319 |
| 1765 | FL | Gulf Atlantic Properties, Inc. | 14502 N. Dale Mabry Highway, Tampa, FL 33618 | 6637 |
| 1766 | FL | Hyatt Orlando | 6375 W Irlo Bronson Mem. Hwy., Kissimmee, FL | 9903 |
| 1767 | FL | Hyatt Sarasota | 1000 Blvd. of the Arts, Sarasota, FL | 9907 |
| 1768 | GA | Hyatt Regency Atlanta | 265 Peachtree St., Atlanta, GA | 9917 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1769 | HI | Coca-Cola Enterprises Inc. - Kauai, HI Sales Center | 3140 Oihana St., Kauai, HI | 12320 |
| 1770 | HI | Hyatt Regency Waikiki | 2424 Kalakaua Ave., Honolulu, HI | 9894 |
| 1771 | IL | Coca-Cola Enterprises Inc. - Niles Division Office | 7400 N. Oak Park, Niles, IL | 12384 |
| 1772 | IL | Hyatt Regency Chicago | 151 E. Wacker Dr., Chicago, IL | 9918 |
| 1773 | IL | Hyatt Regency Oak Brook | 1909 Spring Rd., Oak Brook, IL | 9901 |
| 1774 | IL | Hyatt Regency O'Hare | 9300 W Bryn Mawr Ave., Rosemont, IL | 9902 |
| 1775 | KS | Coca-Cola Enterprises Inc. - Goodland Sales Center | 719 W Hwy 24, Goodland, KS | 12382 |
| 1776 | LA | Coca-Cola Enterprises Inc. - Shreveport, LA (Main Bldg) | 305 Stoner Ave., Shreveport, LA | 12369 |
| 1777 | MI | Hyatt Regency Dearborn | Fairland Town Center, Dearborn, MI | 9919 |
| 1778 | ND | Dakota Utilities, Haskett Station (THIS IS MDU) | Mandan, ND | |
| 1779 | NV | Hyatt Regency Lake Tahoe Resort and Casino | Incline Village, NV | 9923 |
| 1780 | RI | Hyatt Regency Newport | 1 Goal Island, Newport, RI | 9899 |
| 1781 | SC | Anderson Memorial Hospital | 800 North Fant Street, Anderson, SC  29621 | 11008 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1782 | TN | First Tennessee Bank (Bldg. 1-3) f.k.a. National Bank Building | 165 Madison Avenue #1100, Memphis, TN 38103  Mail: Post Office Box 84, Memphis, TN 38101-0084 | 10533 / 10534 / 11722 |
| 1783 | TN | First Tennessee Bank | Current Name: Court-Thomas Computer Center (Add-On Bldg. 3-3) f.k.a. National Bank Building | 300 Court Street, Memphis, TN 38103 | 10533 / 10534 / 11722 |
| 1784 | TN | First Tennessee Bank | Current Name: Main Bank Building (Add-On Bldg. 2-3) f.k.a. Hamilton National Bank | 701 Market, Chattanooga, TN  37402 | 10533 / 10534 / 11722 |
| 1785 | TN | Hyatt Regency Knoxville | 500 Hill Ave. SE, Knoxville, TN | 9922 |
| 1786 | TX | Coca-Cola Enterprises Inc. - Amarillo, TX | 701 S. Lincoln, Amarillo, TX | 12371 |
| 1787 | TX | Coca-Cola Enterprises Inc. - Dothan, AL | 308 N. St. Andrews St., Amarillo, TX | 12370 |
| 1788 | TX | Coca-Cola Enterprises Inc. - Houston, TX - Bissonnet Facility | 2800 Bissonett, Houston, TX | 12373 |
| 1789 | TX | Coca-Cola Enterprises Inc. - Laredo, TX (Main Warehouse) | 1402 Industrial Blvd., Laredo, TX | 12374 |
| 1790 | TX | Coca-Cola Enterprises Inc. - Midland, TX | 303 Texas Ave., Midland, TX | 12372 |
| 1791 | TX | Coca-Cola Enterprises Inc. - N. Texas Division HDQ Dallas, TX - Lemmon Avenue Facility | 6011 Lemmon Ave., Dallas, TX | 12380 |
| 1792 | TX | Hyatt Regency Dallas | 300 Reunion Blvd., Dallas, TX | 9908 |
| 1793 | TX | Hyatt Regency Houston | 1800 Louisiana St., Houston, TX | 9920 |
| 1794 | VA | Hyatt Arlington | 1325 Wilson Blvd., Arlington, VA | 9916 |