Tab c

W. R. Grace Claimants

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1 | AK | Alaska Psychiatric Institute | 2900 Providence Drive, Anchorage, AK 99508 | 6595 |
| 2 | AL | Liberty National Life Insurance Company | 2001 3rd Avenue South, Birmingham, AL 35233 | 10743 |
| 3 | CA | Bay View Savings & Loan | 2601 Mission Street, San Fransico, CA | 10736 |
| 4 | CT | Naugatuck Valley Mall | 920 Wolcott Street, Waterbury, CT 06705 | 6600 |
| 5 | GA | The Equitable Building | 100 Peachtree Street, Atlanta, GA 30303 | 6638 |
| 6 | IL | B'Nai Jehoshua Beth Elohim | 901 North Milwaukee Avenue, Glenview, IL 60025 | 6602 |
| 7 | IL | Contracting Material Equipment | 165 Hintz Road, Wheeling, IL | 6621, 6622 & 6623 |
| 8 | MD | Caldor Building f.k.a. Stewart's Department Store | 5840 Baltimore National Pike, Baltimore, MD 21228 | 6612 |
| 9 | MD | Langley Professional Building | 7676 New Hampshire Avenue, Takoma Park, MD 20783 | 6598 |
| 10 | MD | Lockheed Martin Global Telecommunications f.k.a. COMSAT Laboratories | 22300 COMSAT Drive, Clarksburg, MD 20871 | 6619 |
| 11 | MD | St. Paul's Lutheran Church-Fellowship Hall | Smallwood & Washington Streets, Cumberland, MD 21502 | 6611 |
| 12 | NJ | AT&T Building/ Country Club Towers | 140 Hepburn Road, Clifton, NJ 07012 | 6604 |
| 13 | NJ | Clara Maass Medical Center f.k.a. Clara Maass Hospital | 1 Clara Maass Drive, Belleville, NJ 17109 | 6624 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 14 | NJ | Exxon Company f.k.a. Esso Research Building | 150 Park Avenue, Florham Park, NJ 07932 | 6626 / 6640 |
| 15 | NJ | The Presbyterian Church of Jamesburg | 177 Gatzmer Avenue, Jamesburg, NJ 08831 | 6601 |
| 16 | NJ | Thomas J. Lipton, Inc., Tea Plant | 1200 Route 523, Flemington Junction, NJ | 10737 |
| 17 | NY | 880 Third Avenue (a.k.a 165 East 53rd Street) | New York, New York 10022 | 10734 |
| 18 | NY | Bender Hygienic Laboratory | 9 Samaritan Drive, Albany, NY 12208 | 6608 |
| 19 | NY | Episcopal Church Center | 815 Second Avenue, New York, NY 10017 | 6606 |
| 20 | NY | Erie County Office Building - Rath Building f.k.a. Siegfried Construction Company | 95 Franklin Street, Buffalo, NY 14202 | |
| 21 | NY | Lever Brothers Building | Roosevelt Field, Long Island, NY | 10739 |
| 22 | NY | May Department Store f.k.a. Lord & Taylor Department Store | 424 Fifth Avenue, New York, NY 10018 | 6766 / 6820 |
| 23 | NY | Parkway Inn Apartments | 151 Buffalo Avenue, Niagara Falls, NY 14303 | 6607 |
| 24 | NY | Rockrose f.k.a. 127 John Street | 127 John Street, New York, NY 10017 | 10738 |
| 25 | NY | Schulman Investors Building (a.k.a. 104 Corp. Park Drive Bldg.) | 104 Corporate Park Drive, Purchase, NY 10577 | 6618 |
| 26 | NY | Uris Building a.k.a. 60 Broad Street Building | 60 Broad Street, New York, NY 10020 | 6616 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 27 | NY | Flatbush Federal Savings & Loan | 2146 Nostrand Avenue, Brooklyn, NY 11210 | 10740 |
| 28 | OH | Union Central Life Insurance Building | 1876 Waycross Road, Cincinnati, OH 45240 | 10942 |
| 29 | OK | Tulsa Assembly Center / The Maxwell Convention Center | 100 Civic Center, Tulsa, OK 74103 | 6599 |
| 30 | TX | Elm Place f.k.a. First National Bank Building | 1401 Elm Street, Dallas, TX 75202 | 6596 |
| 31 | VA | Lockheed Martin Corporation Bldg. 400 | 9500 Godwin Drive, Manassas, VA 20110 | 10741 |
| 32 | VA | Roanoke Memorial Hospital | Jefferson at Belleview Avenue, Roanoke, VA 24033 | 6610 |
| 33 | VA | Washington Gas & Light f.k.a. Springfield Operations Center | 6801 Industrial Road, Springfield, VA | 6597 / 6756 |
| 34 | VA | Wythe County Hospital | 600 West Ridge Road, Wythe, VA 24382 | 6609 |