Tab d

W. R. Grace Claimants

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1 | SC | ACME Quality Paint Company | 306 Wade Hampton Blvd., Greenville, SC | 10864 |
| 2 | SC | Aiken Builders Supply | 156 Williamsburg St., Aiken, SC | 10865 |
| 3 | SC | Aldergate Methodist Church | 211 Alice Drive, Sumter, SC 29150-3809 | 6687 |
| 4 | SC | Anderson Memorial Hospital | 800 North Fant Street, Anderson, SC 29621 | 11008 |
| 5 | SC | Anderson Memorial Hospital on behalf of its certified class members in South Carolina | South Carolina Statewide | 9914 |
| 6 | SC | Arnold & Dobson Supply Company | 309 Alliance St., Greenwood, SC 29646 | 10866 |
| 7 | SC | Avery Lumber Company | Sumter, SC 29150 | 10867 |
| 8 | SC | Ballard-Rice Prestress | Washington Ave., Greenville, SC | 10868 |
| 9 | SC | Bonitz Insulating Company | Columbia, SC | 10871 |
| 10 | SC | Builders Wholesale, Inc. | P.O. Box 1732, Spartanburg, SC | 10872 |
| 11 | SC | Byars Machine Company | P.O. Box 406, Laurens, SC | 10873 |
| 12 | SC | C.B. Askins Construction Co | Lake City, SC | 10874 |
| 13 | SC | C.L. Cannon & Sons | 137 Trade St., Spartanburg, SC 29301 | 10875 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 14 | SC | C.L. Duffie Painting Inc. | Mauldin Road, Greenville, SC  29602 | 10876 |
| 15 | SC | Carolina Drywall Ins. Co. | P.O. Box 3654, Charleston, SC  29407 | 10877 |
| 16 | SC | Carotex Industrial Supply | 12 W. Parker Road, Greenville, SC | 10879 |
| 17 | SC | Central Concrete & Plaster Company | Central , SC  29630 | 10880 |
| 18 | SC | Central Roofing & Supply Company | Seaboard Park, Columbia, SC | 10881 |
| 19 | SC | Chapin Lumber Company | Myrtle Beach, SC  29577 | 10882 |
| 20 | SC | Chicaro Grace School (Grace United Methodist Church) | 1601 Sam Rittenberg Blvd., Charleston, SC 29407  Naval Base, Charleston, SC | |
| 21 | SC | Circle Grade School | Florence, SC | |
| 22 | SC | Coliseum Motor Inn | Columbia, SC | 10844 |
| 23 | SC | Colonial Court Motel | Greenville, SC | |
| 24 | SC | Columbia Plastering Company | 68 Reeder Point Drive, Columbia, SC | 10846 |
| 25 | SC | Community Center for Congregation Beth Israel | 425 Summit Drive, Greenville, SC  29609 | 6684 |
| 26 | SC | Cornell Arms Apartments | 1230 Pendleton Street, Columbia, SC  29201 | 10847 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 27 | SC | Covil Insulation Company - Berea Industrial Park | P.O. Box 1804, Greenville, SC | 10848 / 10870 |
| 28 | SC | Cromer & Sullivan Construction Co. | P.O. Box 754, Anderson, SC | 10849 |
| 29 | SC | D.H. Holmes Company, Ltd. | Oakwood, SC | 10850 |
| 30 | SC | Driftwood on the Oceanfront f.k.a. Driftwood Hotel | 1600 North Ocean Blvd., Myrtle Beach, SC 29577 | |
| 31 | SC | Duffie Paint Company | 8 Airport Road, Greenville, SC 29602 | 10851 |
| 32 | SC | First Baptist Church - Camden | 1201 Broad Street, Camden, SC 29020-3599 | 6683 |
| 33 | SC | First Federal Savings & Loan | Main Street, Columbia, SC | 10869 |
| 34 | SC | G.E. Company Manufacturing Plant f.k.a. General Electric Company - Addition (Phase-V) | 201 Forrester Drive, Greenville, SC 29607 | 10853 |
| 35 | SC | Glidden Company | 55 Antrim Drive, Greenville, SC 29607 | 10854 |
| 36 | SC | J.E. Grambling Building Supply | Orangeburg, SC 29115 | 10855 |
| 37 | SC | J.T. Robertson - Southern Coating & Chemical | P.O. Box 160, Sumter, SC 29150 | 10856 |
| 38 | SC | John J. Riley & Sons | 3600 Marsteller, Columbia, SC 29203 | 10857 |
| 39 | SC | L. Roy Owen Plastering Co | Central, SC 29630 | 10858 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 40 | SC | La Quinta Inn (Possible) f.k.a. Carolina Motor Inn / Columbia Motor Inn | 1335 Garner Lane, Columbia, SC 29210-8301 | 10878 / 10845 |
| 41 | SC | Lamb, Young, Jones Office Building | Wesley Drive & Savannah Hwy., Charleston, SC | 10859 |
| 42 | SC | Landmark Resort Hotel f.k.a. Landmark Motel | 1501 South Ocean Blvd., Myrtle Beach, SC 29577 | 10860 |
| 43 | SC | Lineberger & Paul | Greenville, SC | |
| 44 | SC | Martin Paint & Supply Company | 1017 Oakland Avenue, Rock Hill, SC 29730 | 10862 |
| 45 | SC | Mary Black Memorial Hospital f.k.a. Mary Black Hospital | 1700 Skylyn Drive, Spartanburg, SC 29307 | 10863 |
| 46 | SC | Medical Clinic - Drs. Price & Hart | Florence, SC | |
| 47 | SC | Medical University of South Carolina (MUSC)- Rutledge Tower f.k.a. St. Francis Hosptial (Old Building) | 2095 Henry Tecklenburg Drive, Charleston, SC 29414 | 6682 |
| 48 | SC | Medi-Center Building | 1221 East Union St, Greenville, SC | 10835 |
| 49 | SC | Milper Building | Greenville, SC | |
| 50 | SC | Mornside | Charleston, SC | |
| 51 | SC | Myrtle Beach Lumber Company | Myrtle Beach, SC | 10836 |
| 52 | SC | Palmetto Health Hospital - Richland f.k.a. Richland County Hospital | 5 Richland Medical Park Drive, Columbia, SC 29203-8000 | 10841 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 53 | SC | Pee Dee Builders Supply | 5 Richland Medical Park Drive, Columbia, SC 29203-8000 | 10838 |
| 54 | SC | Peoples Plaza | Greenville, SC | 10839 |
| 55 | SC | R & G Paint Company | Sumter Street, Columbia, SC | 10840 |
| 56 | SC | Sherwin Williams Paint Store | Wade Hampton Blvd., Greer, SC | 10843 |
| 57 | SC | Silver Sands Motel f.k.a. Siver Sands Hotel | 2504 North Ocean Drive, Myrtle Beach, SC 29577-3241 | 10923 |
| 58 | SC | St. Francis Hospital | One St. Francis Drive, Greenville, SC 29601 | 10926 |
| 59 | SC | Trinity Baptist Church f.k.a. Baptist Office Building | 2521 Richland Street, Post Office Box 4858, Columbia, SC 29204 | 6686 |
| 60 | SC | Trinity United Methodist Church f.k.a. Trinity Methodist Church | 226 West Liberty, Sumter, SC 29150 | 6681 |
| 61 | SC | Van-Smith Building Materials | P.O. Box 854, Charleston, SC 29402 | 10927 |
| 62 | SC | Woodstream Farms Apartments f.k.a. Ohara Apartment | 200 Mitchell Road, Greenville, SC 29615 | 10837 |