Tab e

W. R. Grace Claimants

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 1 | AK | Alaska Psychiatric Institute | 2900 Providence Drive, Anchorage, AK 99508 | 6595 |
| 2 | AK | Hotel Captain Cook - Tower # 2 | 939 West 5th Avenue, Anchorage, AK  99501 | 11110 |
| 3 | AL | Liberty National Life Insurance Company | 2001 3rd Avenue South, Birmingham, AL 35233 | 10743 |
| 4 | AR | Baptist Health Medical Center - Little Rock  f.k.a. Arkansas Baptist Medical Center | 9601 Interstate 630, Exit 7, Little Rock, AR 72205-7299 | 10695 / 10917 / 11128 |
| 5 | AR | Fort Smith Convention Center f.k.a. Fort Smith Civic Auditorium | 55 South 7th Street, Fort Smith, AR  72902 | 11039 |
| 6 | AR | North Arkansas Regional Medical Center  f.k.a. Boone County Hospital | 620 N. Willow,  Harrison, AR  72601 | 10995 |
| 7 | CA | Bay View Savings & Loan | 2601 Mission Street, San Fransico, CA | 10736 |
| 8 | CA | California Mart | 110 East 9th Street, Los Angeles, CA  90079 | 6625 |
| 9 | CA | China Basin Landing  f.k.a. 4th & Berry China Basin | 185 Berry Street, San Francisco, CA  94107 | 11075 |
| 10 | CA | Desert Regional Medical Center f.k.a. Desert Hospital | 1150 N. Indian Canyon Drive, Palm Springs, CA 92262 | 6754 |
| 11 | CA | Eden Medical Center f.k.a. Eden Hospital | 20103 Lake Chabot Road, Castro Valley, CA 94546 | 6639 |
| 12 | CA | Embarcadero Center #1 | One Embarcadero Center, San Francisco, CA 94111 | 10888 |
| 13 | CA | Embarcadero Center #2 | Two Embarcadero Center, San Francisco, CA 94111 | 10887 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 14 | CA | Embarcadero Center #3 | Three Embarcadero Center, San Francisco, CA 94111 | 10886 |
| 15 | CA | Embarcadero Center #4 | Four Embarcadero Center, San Francisco, CA 94111 | 10885 |
| 16 | CA | Embarcadero P.G.&E. | San Francisco, CA  94102 | 11233 |
| 17 | CA | Folger Building | 211 Main Street, San Francisco, CA  94105 | 11009 |
| 18 | CA | Folger Building #2 a.k.a. Folger Building Addition | 211 Main Street, San Francisco, CA  94105 | 11055 |
| 19 | CA | John Muir Medical Center f.k.a. John Muir Hospital | 1601 Ygnacio Valley Road, Walnut Creek, CA 94598 | 11026 |
| 20 | CA | Los Angeles Convention Center  f.k.a. Convention Center Building | 1201 S. Figueroa Street, Los Angeles, CA 90015 | 6745 |
| 21 | CA | May Department Store Co., Glendale, | 221 N. Glendale Avenue, Glendale, CA  91206 | 6825 |
| 22 | CA | May Department Store Co., Wilshire, | 6067 Wilshire Blvd., Los Angeles, CA  90036 | 6822 |
| 23 | CA | Pyramid Building  a.k.a. TransAmerica Pyramid Properties, LLC  f.k.a. Regency Hyatt House | 600 Montgomery Street, San Francisco, California  94104 | 10990 |
| 24 | CA | Santa Teresa Medical Office Building | 275 Hospital Parkway, San Jose, CA  95119 | 11018 / 11227 |
| 25 | CA | Sutter Medical Center - Sacramento  f.k.a. Sutter Memorial / Sutter Hospital Addition #1 | 5151 FST, Sacramento, CA  95819 | 10669 |
| 26 | CA | Sutter Place, LLC (d/b/a Pacific Plaza)  f.k.a. Sutter Place Office Building | 1375 Sutter Street, San Francisco, CA 94109 | 10757 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 27 | CA | THC-Orange County Inc., d/b/a Kindred Hospital - San Francisco Bay  f.k.a. Columbia San Leandro Memorial Hospital | 2800 Benedict Drive, San Leandro, CA  94577 | 10805 |
| 28 | CA | Washington Township Health Care District f.k.a. Washington Hospital | 2000 Mowry Avenue, Fremont, CA  94538 | 10668 |
| 29 | Canada | Ealing School on behalf of Thames Valley District School Board | 840 Hamilton Road, London, Ontario, Canada N6A 5L1 | 6739 |
| 30 | Canada | London Life Insurance Company | 255 Dufferin Avenue, London, Ontario, Canada N6A 4K1 | 6840 |
| 31 | Canada | Yorkminster Baptist Church | 1585 Yonge Street, Toronto, Canada  M4T 1Z9 | 6659 |
| 32 | CO | May Department Store Co., Crossroads, | 1600 28th Street, Boulder, CO  80301 | 6777 |
| 33 | CO | May Department Store Co., Ft. Collins | 225 Foothills Parkway, Fort Collins, CO  80521 | 6776 |
| 34 | CT | 99 Founders Plaza | 20 Hartland Street, East Hartford, CT 06108 | 10762 |
| 35 | CT | Albany Avenue Branch Library f.k.a. Albany Avenue Library | 1250 Albany Avenue, Hartford, CT  06112 | 11405 |
| 36 | CT | Burgdorf Building  f.k.a. Bergdolf Health Center Building | 80 Conventry Street, Hartford, CT  06112-1519 | 11027 |
| 37 | CT | Hartford Hospital (f.n.a. Newington Crippled Children's Hospital) | 181 East Cedar Street, Newington, CT 06111 | 6620 |
| 38 | CT | May Department Store Co., Meriden, | 400 Kensington Avenue, Meriden, CT  06450 | 6758 |
| 39 | CT | Naugatuck Valley Mall | 920 Wolcott Street, Waterbury, CT 06705 | 6600 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 40 | CT | Y.W.C.A. of the Hartford Region | 135 Broad Street, Hartford, CT 06105 | 11005 |
| 41 | DC | May Department Store Co., Metro Center, | 1201 G. Street, N.W., Washington, DC 20005 | 6790 |
| 42 | DC | May Department Store Co., NYA-WH, | 1401 N.Y. Avenue, Washington, DC 20002 | 6793 |
| 43 | FL | Holiday Inn University Center f.k.a. University Inn Motel | 1250 W. University Avenue, Gainesville, FL 32601 | 6668 |
| 44 | FL | James L. Knight International Center / Miami Convention Center | 400 SE Second Avenue, Miami, FL 33131 | 6652 |
| 45 | FL | St. Thomas Episcopal Church, Inc. (BLDG. 1 of 2) | 5690 S.W. 88 Street, Miami, FL 33156 | 6648 / 6649 |
| 46 | FL | St. Thomas Episcopal Church, Inc. (BLDG. 2 of 2) | 5882 S.W. 88 Street, Miami, FL 33156 | 6648 / 6649 |
| 47 | GA | Bulloch Memorial Hospital  f.k.a. Bulloch County Hospital | 500 East Grady Street, Statesboro, GA 30458 | 6753 |
| 48 | GA | Dodge County Hospital | 901 Griffin Ave. Eastman, GA 31023 | 11550 |
| 49 | GA | The Equitable Building | 100 Peachtree Street, Atlanta, GA 30303 | 6638 |
| 50 | IA | Principal Global Investors f.k.a. Bankers Life Building | 820 & Keo Way, Des Moines, IA 50392-0490 | 11064 |
| 51 | IA | Scott County Family - Y f.k.a. YMCA | 606 W. 2nd Street, Davenport, IA 52801-1009 | 7761 |
| 52 | IA | St. Anthony's Regional Hospital & Nursing Home f.k.a. St. Anthony's Hospital & Hospital in Carroll, IA | 311 South Clark Street, Carroll, IA 51401 | 11151 / 11125 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 53 | IA | Y.W.C.A. of Greater Des Moines  f.k.a. Y.M.C.A. Building | 717 Grand Avenue, Des Moines, IA 50309 | 11153 |
| 54 | IL | Advocate Illinois Masonic Medical Center  f.k.a. Illinois Masonic Hospital | 836 W. Wellington, Chicago, IL  60657 | 11234 |
| 55 | IL | B'Nai Jehoshua Beth Elohim | 901 North Milwaukee Avenue, Glenview, IL 60025 | 6602 |
| 56 | IL | Carson Pirie Scott Store - Store #537 c/o Lakehurst Mall | 100 Lakehurst Road, Waukegan, IL 60085 | 11555 |
| 57 | IL | Chicago Historical Society (BUILDING 1 OF 2) | 1601 N. Clark Street, Chicago, IL  60614-6038 | 11104 |
| 58 | IL | Chicago Historical Society (BUILDING 2 OF 2) | 2361 S. State Street, Chicago, IL  60616-2009 | 11104 |
| 59 | IL | Contracting Material Equipment | 165 Hintz Road, Wheeling, IL | 6621, 6622 & 6623 |
| 60 | IL | Faith Baptist Church | 405 E. Main Street, Belleville, IL 62221 | |
| 61 | IL | First Congregational Church | 1417 Hinman Ave., Evanston, IL  60201-4636 | |
| 62 | IL | Holy Family Villa - Owner: Catholic Charities of the Archdiocese of Chicago | 12375 McCarthy, Lemont, Illinois  60439 | 6849 / 6908 |
| 63 | IL | John Hancock Center Building | 875 North Michigan Avenue, Chicago, IL | 6628 |
| 64 | IL | Lincoln Lanes Bowling Alley | 107 W. Harrison Street, Danville, IL  61832 | 6738 |
| 65 | IL | May Department Store Co., Peoria, | 4501 War Memorial Drive, Peoria, IL 61613 | 6813 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 66 | IL | May Department Store Co., Springfield, | W. Belt Highway, Springfield, IL 62704 | 6806 |
| 67 | IL | May Department Store Co., St. Clair Square, | 200 St. Clair Square, Fairview Heights, IL 62208 | 6808 |
| 68 | IL | May Department Store Co., Woodfield, | 4 Woodfield Mall, Schaumburg, IL 60195 | 6760 |
| 69 | IL | North Shore Country Club, Clubhouse | 1340 Glenview Road, Glenview, IL 60024 | 6751 |
| 70 | IL | Palos Community Hospital f.k.a. Palos Hospital | 12251 South 80th Avenue, Palos Heights, IL 60463 | 11066 |
| 71 | IL | St. Theresa's School & Parish Center f.k.a. St. Theresa's Church / St. Teresa of the Child Jesus | 1108 Lebanon Avenue, Belleville, IL 62221 | |
| 72 | IL | Third Presbyterian Church | 1221 Custer Avenue, Rockford, IL 61103 | 6615 |
| 73 | IN | Capitol Sports Center f.k.a. Indianapolis Sports Center | 5545 South Meridian Street, Indianapolis, IN 46217 | |
| 74 | IN | Fort Wayne Chamber of Commerce Building | 835 Ewing Street, Fort Wayne, IN 46802 | 6630 |
| 75 | IN | Fort Wayne Chamber of Commerce Building | 835 Ewing Street, Fort Wayne, IN 46802 | 6630 |
| 76 | IN | May Department Store Co., Glenbrook, | 4201 Coldwater Road, Fort Wayne, IN 46805 | 6817 |
| 77 | IN | May Department Store Co., Greenwood, | 1251 U.S. 31 North, Greenwood, IN 46142 | 6818 |
| 78 | IN | May Department Store Co., Merrillville, | 2210 Southlake Mall, Merrillville, IN 46410 | 6809 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 79 | IN | May Department Store Co., Southtown, | 7800 S. Anthony Blvd., Fort Wayne, IN  46806 | 6805 |
| 80 | IN | May Department Store Co., University Park, | 6501 N. Grape Road, Mishawaka, IN  46544 | 6797 |
| 81 | KS | Mission Towers  a.k.a. Foxridge Towers Office Building  f.k.a. Foxridge Office Building | 5700 Broadmoor, Mission, KS 66202 | 10516 |
| 82 | KS | R.H. Garvey Building f.k.a. Garvey Center Building | 300 W. Douglas, Wichita, KS  67202 | 6752 |
| 83 | LA | Abbeville General Hospital  f.k.a. Abbeville Hospital | 118 North Hospital Drive, Abbeville, LA 70510 | 11133 |
| 84 | LA | Carver Theater | 2101 Orleans Avenue, New Orleans, LA  70116-2831 | |
| 85 | LA | Lafayette General Medical Center f.k.a. Lafayette General Hospital | 1214 Coolidge Blvd., Lafayette, Louisiana 70503 | 11207 |
| 86 | MA | First United Methodist Church | 20 Hoppin Hill Road, North Attleboro, MA 02760 | 6614 |
| 87 | MA | MASSBANK  f.k.a. Central Savings Bank | 50 Central Street, Lowell, MA  01852-1908 | |
| 88 | MA | May Department Store Co., Belmont, | 71-79 Leonard Street, Belmont, MA  02178 | 6799 |
| 89 | MA | May Department Store Co., Boston-DT 2, | 70 Franklin Street, Boston, MA  02108 | 6764 |
| 90 | MA | May Department Store Co., Boston-DT, | 426 Washington Street, Boston, MA  02108 | 6765 |
| 91 | MA | May Department Store Co., Burlington, | Middlesex Turnpike & Route 128, Burlington, MA  01803 | 6763 |

7 - 22

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 92 | MA | May Department Store Co., Chestnut Hill, | 225 Boylston Street, Newton, MA 02167 | 6759 |
| 93 | MA | May Department Store Co., Natick, | Worcester Street - Route 9, Natick, MA 01760 | 6786 |
| 94 | MA | May Department Store Co., North Shore, | Routes 128 & 114, Peabody, MA 01960 | 6785 |
| 95 | MA | May Department Store Co., South Shore, | Granite Street, Braintree, MA 02184 | 6784 |
| 96 | MA | May Department Store Co., Worcester, | 200 Front Street, Worcester, MA 01608 | 6782 |
| 97 | MA | YMCA of Greater Springfield f.k.a. New YMCA Building | 275 Chestnut Street, Springfield, MA 01104 | |
| 98 | MD | Caldor Building f.k.a. Stewart's Department Store | 5840 Baltimore National Pike, Baltimore, MD 21228 | 6612 |
| 99 | MD | Good Samaritan Hospital | 5601 Loch Raven Blvd., Baltimore, MD 21239 | 6712 |
| 100 | MD | Greater Baltimore Medical Center | 6701 N. Charles Street, Baltimore, MD 21204-6881 | 6715 |
| 101 | MD | Harford Memorial Hospital | 501 S. Union Avenue, Havre de Grace, MD 21078 | 6722 |
| 102 | MD | Langley Professional Building | 7676 New Hampshire Avenue, Takoma Park, MD 20783 | 6598 |
| 103 | MD | Lockheed Martin Corp. f.k.a. COMSAT Laboratories | 22300 COMSAT Drive, Clarksburg, MD 20871 | 6619 |
| 104 | MD | May Department Store Co., Annapolis, | 135 Annapolis Mall, Annapolis, MD 21401 | 6771 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 105 | MD | May Department Store Co., Bel Air, | 600 Bel Air Road, Bel Air, MD 21014 | 6772 |
| 106 | MD | May Department Store Co., Columbia, | 10300 Little Patuxent Parkway, Columiba, MD 21044 | 6775 |
| 107 | MD | May Department Store Co., Lake Forest, | 491 N. Frederick Avenue, Gaithersburg, MD 20877 | 6788 |
| 108 | MD | May Department Store Co., Montgomery, | 7136 Democracy Blvd., Bethesda, MD 20817 | 6794 |
| 109 | MD | May Department Store Co., Silver Springs, | Fenton Street at Ellsworth Drive, Silver Springs, MD 20910 | 6819 |
| 110 | MD | May Department Store Co., Towson, | 813 Dulaney Valley Road, Towson, MD 21204 | 6762 |
| 111 | MD | Memorial United Methodist Church | 9226 Colesville Road, Silver Spring, MD 20910 | 6631 |
| 112 | MD | St. Paul's Lutheran Church-Fellowship Hall | Smallwood & Washington Streets, Cumberland, MD 21502 | 6611 |
| 113 | MD | Presidential Towers Condominium  f.k.a. Americana | 1836 Metzerott Road, Adelphi, MD 20783 | 11428 |
| 114 | ME | University of New England - Westbrook College Campus - Alexander Hall (Cafeteria) (*Add-On Bldg. 2-5) f.k.a. Webber Hospital | 716 Stevens Street, Portland, ME 04103  MAIL ADDRESS: UNIVERSITY OF NEW ENGLAND 11 HILLS BEACH ROAD    BIDDEFORD, ME 04005 | |
| 115 | ME | University of New England - Westbrook College Campus - Hersey Hall (Admissions/Student Services) (*Add-On Bldg. 4-5) f.k.a. Webber Hospital | 716 Stevens Street, Portland, ME 04103  MAIL ADDRESS: UNIVERSITY OF NEW ENGLAND 11 HILLS BEACH ROAD    BIDDEFORD, ME 04005 | |
| 116 | ME | University of New England - Westbrook College Campus - McDougall/Ginn Residence Hall (*Add-On Bldg. 3-5) f.k.a. Webber Hospital | 716 Stevens Street, Portland, ME 04103  MAIL ADDRESS: UNIVERSITY OF NEW ENGLAND 11 HILLS BEACH ROAD    BIDDEFORD, ME 04005 | |
| 117 | ME | University of New England - Westbrook College Campus - Proctor Hall (*Add-On Bldg. 5-5) f.k.a. Webber Hospital | 716 Stevens Street, Portland, ME 04103  MAIL ADDRESS: UNIVERSITY OF NEW ENGLAND 11 HILLS BEACH ROAD    BIDDEFORD, ME 04005 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 118 | ME | University of New England - Westbrook College Campus (*Bldg. 1-5) f.k.a. Webber Hospital | 716 Stevens Street, Portland, ME 04103  MAIL ADDRESS: UNIVERSITY OF NEW ENGLAND 11 HILLS BEACH ROAD    BIDDEFORD, ME 04005 | 11701 |
| 119 | MI | Ingham Regional Medical Center  f.k.a. Lansing Hospital & 401 West Green Lawn Building | 2815 S. Pennsylvania Avenue, Lansing, MI 48910-2819 | 6724 |
| 120 | MI | Oakwood Hospital & Medical Center | 18101 Oakwood Blvd., Dearborn, MI 48124 | 10758 |
| 121 | MN | Bethesda Rehabilitation Hospital | 559 Capitol Blvd., St. Paul, MN  55103 | 10523 |
| 122 | MN | Lake Region Healthcare Corporation  f.k.a. St. Luke's Hospital | 712 South Cascade Street, P.O. Box 728, Fergus Falls, MN  56538-0728 | 6750 |
| 123 | MN | Minnesota Church Center  f.k.a. Minnesota Protestant Center | 122 West Franklin Avenue, Minneapolis, MN 55404 | 6719 |
| 124 | MO | Executive House Condominum f.k.a. Executive House Office Building | 4466 W. Pine, St. Louis, MO  63108 | 6617 |
| 125 | MO | Keller Building f.k.a. Albert Keller Memorial Hospital | 600 West Morrison Street, Suite 5, Fayette, MO 65248 | 11384 |
| 126 | MO | Mansion House Apartments f.k.a. Mansion House Restaurant   (29 Story Apartment Bldg.) | 300, 330 & 335 North 4th Street, St. Louis, MO 63102 | |
| 127 | MO | May Department Store Co., Battlefield Mall, | Battlefield & Glenstone Roads, Springfield, MO 65804 | 6814 |
| 128 | MO | May Department Store Co., Chesterfield, | Hwy. 40 & Clarkson Road, Chesterfield, MO 63017 | 6773 |
| 129 | MO | May Department Store Co., Crestwood, | 47 Crestwood Plaza, St. Louis, MO  63126 | 6816 |
| 130 | MO | May Department Store Co., Mid-Rivers, | Mid-Rivers Drive & I-70, St. Peters, MO  63376 | 6810 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 131 | MO | May Department Store Co., Northland, | 7601 W. Florissant, Jennings, MO  63136 | 6811 |
| 132 | MO | May Department Store Co., Northwest, | St. Charles Rock Road & Lindbergh, St. Ann, MO  63074 | 6812 |
| 133 | MO | May Department Store Co., South County, | 10 S. County Centerway, Mehlville, MO  63128 | 6804 |
| 134 | MO | May Department Store Co., St. Louis, | 611 Olive Street, St. Louis, MO  63101 | 6821 |
| 135 | MO | May Department Store Co., St. Louis-DT, | 601 Olive Street, St. Louis, MO  63101 | 6807 |
| 136 | MO | May Department Store Co., West County, | Ballas & Manchester, Des Peres, MO  63131 | 6798 |
| 137 | MO | Midwest Research Building | 425 Volker Blvd., Kansas City, MO  64110-2299 | |
| 138 | MO | Pierre Laclede Center No. 1 f.k.a. Pierce Laclede Building(s) | 7701 Forsythe Blvd., Clayton, MO  63105 | 10696 |
| 139 | MO | Pierre Laclede Center No. 2 f.k.a. Pierce Laclede Building(s) | 7733 / 7707 Forsythe Blvd., Clayton, MO  63105 | 10696 |
| 140 | MO | St. Joseph's Hill Infirmary (Add-on Building # 2) - Price Memorial | 300 Forby Road, Post Office Box 476, Eureka, MO 63025-0476 | 10700 (Add-on) |
| 141 | MO | St. Joseph's Hill Infirmary Nursing Home (Bldg. 1 of 2) | St. Joseph's Hill Road, Eureka, MO 63025 | 10700 |
| 142 | NC | First Health Montgomery Memorial Hospital  f.k.a. Montgomery Memorial Hospital | 520 Allen Street, Troy, NC  27371 | 10673 |
| 143 | NC | New Hanover Regional Medical Center c/o Ms. Copley, New Hanover County Office of the County Attorney  f.k.a.  New Hanover Memorial Hospital | 320 Chestnut St., Room 309, Wilmington, NC 28401-4095  (PROPERTY ADDRESS - 2131 S. 17th Street, Wilmington, NC  28402) | 10672 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 144 | ND | Mercy Hospital f.k.a. Sisters of Mercy Hospital | 570 Chautauqua Blvd., Valley City, ND  58072-3145 | 6698 |
| 145 | ND | MeritCare South University  f.k.a. St. Luke's & Dakota Hospital | 1720 South University Drive, Fargo, ND  58122 | 6887 |
| 146 | ND | Northern State Power Company  /  Northwestern Power Equipment Co. | 822 South 18th Street, Fargo, ND  58103 | 6699 |
| 147 | NE | Alegent Health - Immanuel Medical Center f.k.a. Immanuel Hospital | 6901 North 72nd Street, Omaha, NE  68122 | 10782 |
| 148 | NE | Downtown Lincoln, Nebraska YMCA Branch f.k.a. YMCA | 1039 P. Street, Lincoln, NE  68508 | 11253 |
| 149 | NE | Nebraska Methodist Hospital  f.k.a. Methodist Hospital | 8303 Dodge Street, Omaha, NE  68114 | 6697 / 11252 |
| 150 | NE | Nebraska Skilled Nursing and Rehabilitation  f.k.a. Medicenters of America | 7410 Mercy Road, Omaha, NE  68124-2317 (*Bldg. Currently owned by Omaha Associates Limited Partnership, purchased 1994) | 11046 |
| 151 | NH | Concord Hospital | 205 Pleasant Street, Concord, NH  03301 | 10510 / 10759 |
| 152 | NH | Elliot Hospital | One Elliot Way, Manchester, NH  03103 | 11579 |
| 153 | NJ | AT&T Building/ Country Club Towers | 140 Hepburn Road, Clifton, NJ 07012 | 6604 |
| 154 | NJ | Bayshore Community Hospital | 727 N. Beers Street, Holmdel, NJ  07733 | 6901 / 11236 |
| 155 | NJ | Capital Health System - Mercer Campus  f.k.a. Mercer Hospital | 446 Bellevue Ave., Trenton, NJ  08918 | 6898 |
| 156 | NJ | Clara Maass Medical Center  f.k.a. Clara Maass Hospital | 1 Clara Maass Drive, Belleville, NJ 17109 | 6624 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 157 | NJ | Exxon Company  f.k.a. Esso Research Building | 150 Park Avenue, Florham Park, NJ 07932 | 6626 / 6640 |
| 158 | NJ | Forest Green Management  f.k.a. One University Plaza Building | One University Plaza Drive, Hackensack, NJ 07601-6213 | 6632 |
| 159 | NJ | May Department Store Co., Montclair, | 56 Church Street, Montclair, NJ  07042 | 6823 |
| 160 | NJ | Pipefitters Local Union No. 274 - General Office | 1000 Hendricks Causeway, Post Office Box 459 Ridgefield, NJ  07657-0459 | 6900 |
| 161 | NJ | Saint Clare's Hospital f.k.a. Riverside Hospital | 130 Powerville Road, Boonton Township, NJ 07005-8701 | 6896 |
| 162 | NJ | The Presbyterian Church of Jamesburg | 177 Gatzmer Avenue, Jamesburg, NJ 08831 | 6601 |
| 163 | NJ | Thomas J. Lipton, Inc., Tea Plant | 1200 Route 523, Flemington Junction, NJ | 10737 |
| 164 | NJ | Virtua Health - West Jersey Hospital Voorhees f.k.a. West Jersey Hospital | 101 Carnie Boulevard, Voorhees, NJ  08043 | 11226 |
| 165 | NJ | Virtua West Jersey Hospital Marlton f.k.a.  Garden State Hospital | 90 Brick Road, Marlton, NJ  08053 | 11389 |
| 166 | NM | May Department Store Co., Coronado, | 6600 Menual Blvd., N.E., Albuquerque, NM 87110 | 6778 |
| 167 | NV | Harry C. Levy Gardens - Housing Authority of the City of Las Vegas | 2525 W. Washington, Las Vegas, NV 89106 | 11572 |
| 168 | NY | 1133 Avenue of the Americas  f.k.a. 1133 6th Avenue Building | 1133 6th Avenue, New York, NY  10036 | 6748 |
| 169 | NY | 1199 SEIU f.k.a. 310 West 43rd Street Building | New York, NY 10036-6405 | 11703 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 170 | NY | 280 Park Avenue Building | 280 Park Avenue, New York City, NY 10017 | 6906 |
| 171 | NY | 880 Third Avenue (a.k.a 165 East 53rd Street) | New York, New York 10022 | 10734 |
| 172 | NY | Bender Hygienic Laboratory | 9 Samaritan Drive, Albany, NY 12208 | 6608 |
| 173 | NY | Cayuga County Office Building  f.k.a. Cayuga Company Office Building | 160 Genesee Street, 6th Floor, Auburn, NY 13021 | 10947 |
| 174 | NY | City Court of Albany  f.k.a. Albany Municipal Building  (SEE CITY OF ALBANY, NY BLDG.) | 1 Morton Ave., Albany, NY 12202 | 10588 |
| 175 | NY | City of Albany, NY f.k.a.  A.M.F. Headquarters (SEE CITY COURT OF ALBANY BLDG.) | 1 Morton Ave., Albany, NY 12202 | 11443 |
| 176 | NY | Corning Hospital / Founders Pavilion (Acute Care Hospital &Nursing Home) f.k.a. Corning Nursing Home | 176 Denison Parkway & 205 E. First Street, Corning, NY 14830 | 6913 |
| 177 | NY | Cuba Memorial Hospital, Inc. | 140 W. Main Street, Cuba, NY 14727 | 6627 |
| 178 | NY | Dutchess County YMCA  f.k.a. New YMCA Building | Eastman Park, 35 Montgomery Street, Poughkeepsie, NY 12601-4016 | 6879 |
| 179 | NY | Episcopal Church Center | 815 Second Avenue, New York, NY 10017 | 6606 |
| 180 | NY | F.F. Thompson Continuing Care Center, (MAIN HOSPITAL)  f.k.a. Thompson Nursing Home (BUILDING 2 OF 2) | 350 Parish Street, Canadaigua, NY 14424 | 6636 |
| 181 | NY | F.F. Thompson Continuing Care Center, f.k.a. Thompson Nursing Home (BUILDING 1 OF 2) | 350 Parish Street, Canadaigua, NY 14424 | 6636 |
| 182 | NY | Friendly Home Nursing Care & Rehabilitation f.k.a. Deaf Hard of Hearing & Speech Impaired | 3156 East Avenue, Rochester, NY 14618 | 10747 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 183 | NY | Glen Oaks Club Inc., Clubhouse f.k.a. Glen Oak Country Club | 175 Post Road, Old Westbury, NY 11568 | 10749 / 10948 |
| 184 | NY | IBM Metro Employees FCU f.k.a. Manufacturers Hanover Trust | 29-21 Queens Plaza North, Long Island City, NY 11101-4009 | 10722 |
| 185 | NY | Lever Brothers Building | Roosevelt Field, Long Island, NY | 10739 |
| 186 | NY | May Department Store f.k.a. Lord & Taylor Department Store | 424 Fifth Avenue, New York, NY 10018 | 6766 / 6820 |
| 187 | NY | Merchant's Midtown Bank (Division of Valley National Bank) | 62 W. 47th Street, Midtown Branch #134 New York, NY 10036 / Phone for Actual Building: 212/973-6550 | 6663 / 6749 / 9890 |
| 188 | NY | New Memorial & Winston Pavillion (Memorial Sloan Kettering) f.k.a. Cancer Memorial (2 bldgs.) | 1275 York Avenue, New York, NY 10021 | 6881 |
| 189 | NY | Oneida County Office Building c/o Oneida County Department of Law | 800 Park Avenue, 10th Floor, Utica, NY 13502 | 10767 |
| 190 | NY | Parkway Inn Apartments | 151 Buffalo Avenue, Niagara Falls, NY 14303 | 6607 |
| 191 | NY | Rockrose f.k.a. 127 John Street | 127 John Street, New York, NY 10017 | 10738 |
| 192 | NY | Roehrig Insurance Agency | 3263 Delaware Avenue, Kenmore, NY 14217-1728 | |
| 193 | NY | Schulman Investors Building (a.k.a. 104 Corp. Park Drive Bldg.) | 104 Corporate Park Drive, Purchase, NY 10577 | 6618 |
| 194 | NY | Schuyler Hospital | 220 Steuben Street, Montour Falls, NY 14865 | 11003 |
| 195 | NY | Southampton Hospital | 240 Meeting House Lane, Southampton, NY 11968 | 6870 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 196 | NY | St. Charles Hospital & Rehabilitation Center | 200 Belle Terre Road, Port Jefferson, NY 11777 | 6629 |
| 197 | NY | St. Francis Hospital | 100 Port Washington Blvd., Roslyn, NY 11576-1348 | 10709 |
| 198 | NY | St. Joseph Hospital | 555 East Market Street, Elmira, NY 14901 | 11243 |
| 199 | NY | The State-Whitehall Company f.k.a. Rudin Building | 1 Madison Square, New York, NY 10010 | 10952 |
| 200 | NY | The State-Whitehall Company f.k.a. Rudin Building | 26th Street & Madison Avenue, New York, NY 10010 | 10960 |
| 201 | NY | The State-Whitehall Company f.k.a. Rudin Building | 41 Madison Ave., New York City, NY 10010 | 11010 |
| 202 | NY | Uris Building a.k.a. 60 Broad Street Building | 60 Broad Street, New York, NY 10020 | 6616 |
| 203 | NY | White Plains Public Library f.k.a. Public Library | 100 Martine Avenue, White Plains, NY 10601-2502 | 6872 |
| 204 | NY | Wilson Regional Medical Center f.k.a. Wilson Memorial Hospital | 33-57 Harrison Street, Johnson City, NY 13790 | 6866 |
| 205 | NY | Flatbush Federal Savings & Loan | 2146 Nostrand Avenue, Brooklyn, NY 11210 | 10740 |
| 206 | OH | Cleveland Museum of Art (4 Joined Buildings) NOTE: Bldg. Drawings located in Fed-X box in Rosie's office | 1115 E. Boulevard, Cleveland, OH 44106-1797 | 6634 |
| 207 | OH | Cuyahoga Falls General Hospital f.k.a. Green Cross Hospital | 1900 23rd Street, Cuyahoga Falls, OH 44223 | 6714 / 6920 |
| 208 | OH | Fulton County Health Center | 725 S. Snoop Avenue, Wausein, OH 43567 | 11158 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 209 | OH | May Department Store Co., Lorain, | 330 Sheffield Center, Lorain, OH 44055 | 6824 |
| 210 | OH | Ohio Savings Plaza (PARK PLAZA) f.k.a. Investment Office Plaza (BUILDING 2 of 2 - ADD-ON 08/30/2004) | 1111 Chester Avenue, Cleveland, OH 44114 | 11179 |
| 211 | OH | Ohio Savings Plaza f.k.a. Penton Plaza & Investment Tower Job (BUILDING 1 of 2) | 1801 East Ninth Street, Cleveland, OH 44114 | 11179 |
| 212 | OH | St. Thomas Hospital | 444 N. Main Street, Akron, OH 44310 | 6914 |
| 213 | OH | Summa Health System f.k.a.Surgical West Building or Akron City Hospital | 525 East Market St., Akron, OH 44304-1619 | 6755 |
| 214 | OH | Temple Isreal | 5419 E. Broad Street, Columbus, OH 43213 | 6633 |
| 215 | OH | Union Central Life Insurance Building | 1876 Waycross Road, Cincinnati, OH 45240 | 10942 |
| 216 | OK | Muskogee Regional Medical Center f.k.a. Muskogee General Hospital | 300 Edna Rockefeller Drive, Muskogee, OK 74401 | 6835 |
| 217 | OK | Tulsa Assembly Center / The Maxwell Convention Center | 100 Civic Center, Tulsa, OK 74103 | 6599 |
| 218 | OK | Willow Creek Country Club f.k.a. Hillcrest Country Club | 2129 SW 59th Street, Oklahoma City, OK 73119-7001 | |
| 219 | OR | May Department Store Co., Clackamas, | 12100 S.E. 82nd Street, Clackamas, OR 97266 | 6802 |
| 220 | OR | May Department Store Co., Eugene, | 100 Valley River Center, Eugene, OR 97401 | 6803 |
| 221 | OR | May Department Store Co., Lloyd Center, | 100 Lloyd Center, Portland, OR 97232 | 6767 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 222 | OR | May Department Store Co., Portland-DT, | 621 S.W. 5th Avenue, Portland, OR 97204 | 6768 |
| 223 | OR | May Department Store Co., Washington Square, | 9300 S.W. Washington Square Road, Tigard, OR 97223 | 6769 |
| 224 | OR | McKenzie Willamette Medical Center f.k.a. McKenzie Hospital | 1460 "G" Street, Springfield, OR 97477 | 11262 |
| 225 | OR | Portland Memorial Coliseum | 1401 North Wheeler, Portland, OR 97227 | |
| 226 | PA | Allegheny Center No. 1 | Allegheny Center, Pittsburgh, PA 15212 | 11037 |
| 227 | PA | Allegheny Center No. 2 | Allegheny Center, Pittsburgh, PA 15212 | 11036 |
| 228 | PA | Centennial Building - Temple University Hospital Episcopal-Campus f.k.a. Episcopal Hospital | Temple University Hospital - Episcopal Campus, 100 E. Lehigh Avenue, Philadelphia, PA 19125 | 6830 |
| 229 | PA | Children's Hospital of Pittsburgh of UPMC Health System  (DeSoto Wing Only) | 3705 Fifth Avenue, Pittsburgh, PA 15213 | 10962 |
| 230 | PA | International Plaza I, II, III - f.k.a. Scott Paper Co., Admin. Headquarters (3 BLDGS.) | Route 291 & Scott Way, Philadelphia, PA 19029 | 6827 |
| 231 | PA | Jameson Memorial Hospital | 1211 Wilmington Avenue, New Castle, PA 16105-2595 | 14410 |
| 232 | PA | Manor Oak Two  /  Also has another bldg. 1001 Brinton Road, Pittsburgh, PA 15221) | 1910 Cochran Road, Pittsburgh, PA 15220 | 10789 |
| 233 | PA | Panda Prints  f.k.a. Lehigh Tile/Marble Warehouse | 335 N. 7th Street, Allentown, PA 18102 | 11257 |
| 234 | PA | Saint Vincent Health Center  f.k.a. St. Vincents Hospital & Addition  (CLAIM 2 - 2) | 232 West 25th Street Erie, PA 16544 | 11193 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 235 | PA | Saint Vincent Health Center f.k.a. St. Vincents Hospital (CLAIM 1 - 2) | 232 West 25th Street Erie, PA 16544 | 11194 |
| 236 | PA | Scottish Rite Cathedral | 1533 Hamilton Street, Allentown, PA 18102 | 11200 |
| 237 | PA | St. Luke's Hospital - Bethlehem Campus  *Bldg. #2 - St. Luke's Hospital - Allentown Campus, 1736 Hamilton Blvd. Allentown, PA 18104 | 801 Ostrum Street, Bethlehem, PA 18015 | 10998 |
| 238 | PA | Titusville Area Hospital  f.k.a. Titusville Hospital / Farrell Hospital | 406 W. Oak Street, Titusville, PA 16354 | 11106 / 11144 |
| 239 | PA | Westmoreland Regional Hospital  f.k.a. Westmoreland Hospital | 532 West Pittsburgh Street, Greensburg, PA 15601 | 11105 |
| 240 | RI | May Department Store Co., Warwick, | 400 Warwick Mall S.C., Warwick, RI 02886 | 6783 |
| 241 | SC | Community Center for Congregation Beth Israel | 425 Summit Drive, Greenville, SC 29609 | 6684 |
| 242 | SD | Skyview Apartments  (6-Individual Apartments within Bldg.) | 424 West Capitol Avenue, Pierre, SD 57501 | 9777 |
| 243 | SD | Yankton City Auditorium & Old Yankton Middle School (Owned by Walnut Properties, LLC) (2 Bldgs.) | 609 Walnut Street, Yankton, SD 57078 & 613 Walnut Street, Yankton, SD 57078 | 6635 |
| 244 | TN | Memphis-Shelby County Airport Authority Terminal Building f.k.a. Airport Terminal | 2491 Winchester Road, Memphis, TN 38116 | 6680 |
| 245 | TN | Pilgrim Congregational Church, United Church of Christ | 400 Glenwood Drive, Chattanooga, TN 37404 | 6694 |
| 246 | TX | May Department Store Co., Almeda, | I-45 & Almeda-Genoa Road, Houston, TX 77075 | 6781 |
| 247 | TX | May Department Store Co., Barton Creek, | 2901 Capital of Texas Highway, Austin, TX 78746 | 6780 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 248 | TX | May Department Store Co., Collin Creek, | 801 N. Central Expressway, Plano, TX 78075 | 6779 |
| 249 | TX | May Department Store Co., Greenspoint, | I-45 & N. Beltway 8, Houston, TX 77060 | 6757 |
| 250 | TX | May Department Store Co., Highland Mall, | Airport Blvd., Austin, TX 78752 | 6796 |
| 251 | TX | May Department Store Co., Houston-DT, | 1101-1112 Main Street, Houston, TX 77002 | 6795 |
| 252 | TX | May Department Store Co., Hulen, | 4650 Hulen Street, Ft. Worth, TX 76132 | 6800 |
| 253 | TX | May Department Store Co., Ingram Park, | 6301 Loop 410 N.W., San Antonio, TX 78216 | 6801 |
| 254 | TX | May Department Store Co., Irving, | 3880 Irving Mall, Irving, TX 75062 | 6761 |
| 255 | TX | Elm Place  f.k.a. First National Bank Building | 1401 Elm Street, Dallas, TX 75202 | 6596 |
| 256 | VA | Lockheed Martin Corporation Bldg. 400 | 9500 Godwin Drive, Manassas, VA 20110 | 10741 |
| 257 | VA | May Department Store Co., Chesterfield, | 11504 Midlothian Turnpike, Chesterfield, VA 23235 | 6816 |
| 258 | VA | May Department Store Co., Cloverleaf, | 7205 Midlothian Turnpike, Richmond, VA 23225 | 6774 |
| 259 | VA | May Department Store Co., Fair Oaks, | 11700 Fair Oaks Mall, Fairfax, VA 22033 | 6787 |
| 260 | VA | May Department Store Co., Landmark, | Shirley Highway & Duke Street, Alexandria, VA 22304 | 6789 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 261 | VA | May Department Store Co., Military Circle, | 300 Military Highway, Norfolk, VA 23502 | 6791 |
| 262 | VA | May Department Store Co., Tysons Corner, | 8100 Leesburg Pike, McLean, VA 22101 | 6792 |
| 263 | VA | May Department Store Co., Virginia Beach, | 701 S. Lynnhaven Parkway, Virginia Beach, VA 23452 | 6770 |
| 264 | VA | Riverside Regional Medical Center f.k.a. Riverside Hospital | 500 J. Clyde Morris Blvd., Newport News, VA 23601 | 6689 |
| 265 | VA | Roanoke Civic Center | 710 Williamson Road, Roanoke, VA 24016 / Mailing: Post Office Box 13005 Roanoke, VA 24036-3005 | 11453 |
| 266 | VA | Roanoke Memorial Hospital | Jefferson at Belleview Avenue, Roanoke, VA 24033 | 6610 |
| 267 | VA | SCOPE - Chrysler Hall  (Building # 10 - Arts & Entertainment Venue 4-Floors) | 201 E. Brambleton Avenue, Norfolk, VA 23510 | |
| 268 | VA | SCOPE - Former Norfolk Public Health Building | 401 Colley Avenue, Norfolk, VA 23507 | 6847 |
| 269 | VA | SCOPE - Kirn Memorial Library (Building # 2 - 3 Floors) | 301 E. City Hall Avenue, Norfolk, VA 23510 | 6848 |
| 270 | VA | SCOPE - Norfolk Circuit Court  (Building # 6 - 2 Floors) | 100 St. Paul Boulevard, Norfolk, VA 23510 | 6853 |
| 271 | VA | SCOPE - Norfolk City Hall (Building # 1 - 12 Floors) | 810 Union Street, Norfolk, VA 23510 | 6851 |
| 272 | VA | SCOPE - Public Safety Building  (Building # 3 - 2 Floors/Courtside & 8 Floors/Jailside) | 811 E. City Hall Avenue, Norfolk, VA 23510 | 6852 |
| 273 | VA | SCOPE Job  (Building # 49 - Civic Facilities 2-Floors) | 201 E. Brambleton Avenue, Norfolk, VA 23510 | 6688 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 274 | VA | Sentara Virginia Beach General Hospital  f.k.a. Virginia Beach Hospital | 1060 First Colonial Road, Virginia Beach, VA 23454 | |
| 275 | VA | The Bolling Haxall House f.k.a. Women's Club | 211 E. Franklin Street, Richmond, VA  23219 | 6678 |
| 276 | VA | Washington Gas & Light  f.k.a. Springfield Operations Center | 6801 Industrial Road, Springfield, VA | 6597 / 6756 |
| 277 | VA | Wythe County Hospital | 600 West Ridge Road, Wythe, VA 24382 | 6609 |
| 278 | WA | Harsch Investment Realty, LLC  f.k.a. Medical Dental Building | 509 Olive Way, Suite 1062, Seattle, WA  98101  Phone: 206/623-4096  Fax: 206/467-8584 | 6675 |
| 279 | WA | Jefferson Park Golf Course  f.k.a. Jefferson Golf Club (COURSE OWNED BY CITY OF SEATTLE, WA) | 4101 Beacon Avnue South, Seattle, WA  98108 | 6677 |
| 280 | WA | Sunset Bowl | 1420 N.W. Market, Seattle, WA  98104 | 6674 |
| 281 | WI | A.P. Woodson House | 410 McIndoe Street, Wausau, WI  54403 | |
| 282 | WI | Gundersen Lutheran Medical Center  f.k.a. Lacrosse Lutheran Hospital - Addition | 1900 South Avenue, LaCrosse, WI  54601 | 11124 |
| 283 | WI | The Homeplace of Mondovi Hospital & American Lutheran Home (2 bldgs.) f.k.a.Buffalo Memorial Hospital | 200 Memorial Drive, Mondovi, WI  54755 | 11422 |
| 284 | WI | YWCA of Wausau  f.k.a. Y.W.C.A. | 613 5th Street, Wausau, WI  54403 | 6911 |
| 285 | WV | St. Mary's Medical Center  f.k.a. St. Mary's Hospital | 2900 First Avenue, Huntington, WV  25702 | 10746 |