Tab f

W. R. Grace Claimants

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1 | AK | Providence Alaska Medical Center f.k.a. Providence Hospital | 3200 Providence Drive, Anchorage, AK 99508 | 11109 |
| 2 | AL | Amsouth f.k.a. First National Bank, Southern National Building | 175 Main Street, Birmingham, AL 35213 | 6647 |
| 3 | AL | Athelstan Club | 170 St. Francis Street, Mobile, AL 36602 | 11111 |
| 4 | AL | Birmingham Civic Exposition Hall | Birmingham Jefferson Convention Complex, 2100 Richard Arrington Jr. Boulevard North, Birmingham, Alabama 35203 | |
| 5 | AL | Columbia Four Rivers Medical Center f.k.a. Medical Center Hospital | 1015 Medical Center Parkway, Selma, AL 36701 | 11112 |
| 6 | AL | Southern Life & Health Insurance Building | 600 University Park Place, Birmingham, AL 35209 | 10985 |
| 7 | AR | Arlington Resort Hotel & Spa f.k.a. Arlington Hotel Job | 239 Central Avenue, Hot Springs, AR 71901 | 10916 |
| 8 | AR | Central - Terminal Distribution Center f.k.a. Central Warehouse Distribution Company | 1600 Gregory Street, N. Little Rock, AR 72114 | 10520 |
| 9 | AR | Cla-Cliff Nursing & Rehabilitation Center f.k.a Catholic Hospital | 1214 North Highway 49, Post Office Box 671, Brinkley, AR 72021 | 10679 |
| 10 | AR | J.C. Penny (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Mall Shopping Center, Little Rock, AR | |
| 11 | AR | Robinson Center Auditorium | 426 West Markham, Little Rock, AR 72201 | 10980 |
| 12 | AR | Simmons First National Bank | 501 S. Main Street, Pine Bluff, AR 71601 | 10676 / 11685 |
| 13 | AR | Southwestern Bell - f.k.a. Bell Telephone Building | Little Rock, AR 72201 | 11244 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 14 | AR | Sparks Regional Medical Center f.k.a. Sparks Memorial Hospital - Addition | 1311 Sout Street, Ft. Smith, AR 72901 | 10977 |
| 15 | AR | St. Vincent's Hospital | 6101 St. Vincent's Circle, Little Rock, AR 72205 | 10918 |
| 16 | AR | Texarkana City Hall f.k.a. Arkansas City Hall | 216 Walnut St., Texarkana, AR 71854 | 10915 |
| 17 | AR | TransAmerica Life Insurance Company f.k.a. National Old Line Insurance Co. | 1401 West Capitol Avenue, Little Rock, AR 72205 | 11129 / 10666 |
| 18 | AZ | Banc One f.k.a. Valley National Bank | Mesa, AZ | 10665 |
| 19 | AZ | Banc One f.k.a.Valley National Bank | 5727 7th St., Ste 307 Phoenix, AZ 85014 | 10733 |
| 20 | AZ | Banner Good Samaritan Medical Center f.k.a. Good Samaritan Hospital | 1111 E. McDowell Road, Phoenix, AZ 85006 | 11251 |
| 21 | AZ | Cobre Valley Community Hospital f.k.a. Gila County Hospital | 5880 South Hospital Drive, Globe, AZ 85501 | 10993 |
| 22 | AZ | First National Bank | 6225 N. 24th St., Phoenix, AZ 85016 / 1st Avenue & Washington, Phoenix, AZ | 10728 |
| 23 | AZ | J.C. Penny (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Phoenix, AZ | |
| 24 | CA | 1150 Lombard Street Apartments f.k.a. Russian Hill Twin Tower | 1150 Lombard, San Francisco, CA 94109 | 11118 / 10729 |
| 25 | CA | 1900 Avenue of the Stars Office Bldg. | 1900 Avenue of the Stars, Century City, Los Angeles, CA 90067 | 11130 |
| 26 | CA | Alta Bates Summit Medical Center f.k.a. Alta Bates Hospital | 2450 Ashby Avenue, Berkeley, CA 94705 | 11078 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 27 | CA | Anaheim Convention Center c/o Business Office | 800 W. Katella Avenue, Anaheim, CA  92802 | 10683 / 11079 |
| 28 | CA | Ashland Chemical Co. | Newall, CA | 10919 |
| 29 | CA | Bay Area Rapid Transit Administration Building | 800 Madison Street, Oakland, CA  94607-4730 | 6645 |
| 30 | CA | Blue Cross Building | Oakland, CA | 11250 |
| 31 | CA | California National Bank  f.k.a. Mutual Benefit Building | 5900 Wilshire (Executive Office) Los Angeles, CA  90036 | |
| 32 | CA | California Pacific Bank  f.k.a. Southern Pacific Bank | 601 Montgomery St., San Francisco, CA 94111 | 10804 |
| 33 | CA | Century City Hospital | 2070 Century Park East, Los Angeles, CA 90067 | 11080 |
| 34 | CA | Century Plaza Hotel (21- Story Structure / (Part of the Century City Complex on the Old 20th Century Fox Movie Lot) | 2025 Avenue of the Stars, Los Angeles, CA 90067 | |
| 35 | CA | City Hall f.k.a. San Antonio Office Building Center - Financial Center | Mountain View, CA 94041 | 11048 |
| 36 | CA | Civic Center & Board Chambers Building | 568 N. First Street, San Jose, CA  95112 | 11082 |
| 37 | CA | Community Center | 940 N Main St., Salinas, CA 93906 | 10802 |
| 38 | CA | Continental Building | San Francisco, CA | 11232 |
| 39 | CA | Crown Plaza Hotel  f.k.a. Sheraton Hotel | 1177 Airport Blvd., Burlingame, CA  94010 | 10981 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 40 | CA | CSAA Building | San Francisco, CA  94102 | 11115 |
| 41 | CA | Del Monte Building | 1 Market Street, San Francisco, CA 94105 | 11116 |
| 42 | CA | Douglas Emmett Company  f.k.a. 1901 Avenue of the Stars | 1901 Avenue of the Stars, Suite 1910, Los Angeles, CA  90067 | 6646 |
| 43 | CA | Downey Community Hospital  f.k.a.  Brookshire Medical Center | 11500 Brookshire Avenue, Downey, CA  90241 | 11183 |
| 44 | CA | Encino-Tarzana Regional Medical Center  f.k.a. Tarzana Medical Center | 18321 Clark Street, Tarzana, CA  91356-3501 | 11015 |
| 45 | CA | Equitable Life Building | 3435 Wilshire Blvd., Los Angeles, CA  90010 | |
| 46 | CA | First National Trust & Savings Bank | 101 S. San Pedro Street, Los Angeles, CA 90017 | |
| 47 | CA | Fisherman's Wharf Parking Garage | 2620 Jones St., San Francisco, CA  94133 | 10801 |
| 48 | CA | Fresno Bee | 1626 E St., Fresno, CA 93706 | 10943 |
| 49 | CA | Getty Museum Building | 1200 Getty Center, Los Angeles, CA  90049 | 6642 |
| 50 | CA | Hartford Building (650 California Street Bldg.) f.k.a. Hartford Insurance Building | 650 California Street, San Francisco, CA 94108 | 6641 |
| 51 | CA | Huntington Beach Hospital  f.k.a. Huntington Beach Medical Building | 17772 Beach, Blvd., Huntington Beach, CA 92646 | 11117 |
| 52 | CA | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Salinas, CA | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 53 | CA | Joseph Magnin Store | South Coast Plaza, Costa Mesa, CA  92626 | 10685 |
| 54 | CA | Kaiser Hospital - Addition | 4131 Geary Blvd.,San Francisco, CA 94118 | |
| 55 | CA | Kaiser Permanente Hospital | 9400 Rosecrans Ave., Bellflower, CA 90706 | 11554 |
| 56 | CA | Kaiser Permanente Med Center | 2238 Geary Blvd., San Francisco, CA 94115 | 11052 |
| 57 | CA | Kaiser Permanente Med Center | 900 Kiely Blvd. Santa Clara, CA 95051 | 11053 |
| 58 | CA | Kaiser Permanente Med Center | Hayward, CA 94541 | 11054 |
| 59 | CA | Kaiser Permanente Medial Center  f.k.a. Santa Teresa County Hospital | 260 International Circle, San Jose, CA  95119 | 10991 |
| 60 | CA | Kong Chow Benovolent Bldg. | 855 Stockton St., San Francisco, CA 94108 | 11230 |
| 61 | CA | LeSage Building | 510 S. Vermont, Los Angeles, CA  90020 | |
| 62 | CA | Lido Professional Building | 3355 Viaduct Lido, Newport Beach, CA  92663 | |
| 63 | CA | Marin General Hospital - Medical Records Addition | 250 Bon Air Road, Greenbrae, CA  94904 | 10667 |
| 64 | CA | Masonic Building | 461 Florence Street, Palo Alto, CA  94301 | 10996 |
| 65 | CA | Mercy American River Hospital  f.k.a. American River Hospital | 4747 Engle Road, Carmichael, CA  95608 | 10959 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 66 | CA | Mercy Hospital | 1260 D - Street, Merced, CA 95340 | 11023 |
| 67 | CA | Mt. Diablo Medical Center f.k.a. Mt. Diablo Hospital | 2540 East St., Concord, CA 94520 | 10732 |
| 68 | CA | Nob Hill Apartments | 1221 Jones Street, San Francisco, CA 94109 | 11022 |
| 69 | CA | North County Office Building | 270 Grant Ave., Palo Alto, CA 94306 | 10808 |
| 70 | CA | Pacific Gas & Electric Building | San Jose, CA | 11020 |
| 71 | CA | Pacific Gas & Electric Building | Stockton, CA | 11021 |
| 72 | CA | Pacific Heights Apartments | 2200 Sacramento Street, San Francisco, CA 94115 | 11229 |
| 73 | CA | Penisula Center Library | Palos Verdes Library District, 650 Deep Valley Drive, Palos Verdes Penisula, CA 90274 | |
| 74 | CA | Presbyterian Church | 7715 Draper Avenue, LaJolla, CA 92037 | 6711 |
| 75 | CA | Providence Holy Cross Hospital f.k.a. Holy Cross Hospital | 15031 Rinaldi St., Mission Hills, CA 91345 | 10810 |
| 76 | CA | Public Library | 7344 Washington Ave., Whittier, CA 90602-1730 | 6742 |
| 77 | CA | Quantas Office Building | San Francisco, CA | 11019 |
| 78 | CA | Salinas Valley Memorial Hospital | 501 E. Romie Lane, Salinas, CA 93901 | 11025 |

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 79 | CA | San Francisco International Airport - Garage f.k.a. Rotunda A Airport Terminal | San Francisco Int'l Airport, Post Office Box 8097 San Francisco, CA 94128 | 10989 |
| 80 | CA | San Francisco International Airport - United Airlines Building | Main Airport Road, 92102 - Post Office Box 8097, San Francisco, CA 94128 | |
| 81 | CA | San Joaquin General Hospital | 500 W Hospital Rd., French Camp, CA 95231 | 10807 |
| 82 | CA | Santa Monica Library | 1343 6th Street, Santa Monica, CA 60401-1603 | |
| 83 | CA | Santa Rosa Memorial Hospital | 1165 Montgomery Drive, Santa Rosa, CA 95405 | 11034 |
| 84 | CA | Sears Roebuck | Bakersfield, CA | 11493 |
| 85 | CA | Sears Roebuck | Canoga Park, CA | 11492 |
| 86 | CA | Sears Roebuck | Concord, CA | 11494 |
| 87 | CA | Sears Roebuck | Riverside, CA | 11495 |
| 88 | CA | Sears Roebuck | San Bernadino, CA | 11496 |
| 89 | CA | Sears Roebuck | San Rafael, CA | 11498 |
| 90 | CA | Sears Roebuck | Stockton, CA | 11497 |
| 91 | CA | Security Pacific Bank Building (45 story building) | Los Angeles, CA 90017 | 11028 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 92 | CA | Security Pacific National Bank - Operators Center | San Leandro, CA | 10992 |
| 93 | CA | Senior Citizens Village | 1917 S. Chestnut Avenue, Fresno, CA  93702 | 11017 |
| 94 | CA | Shaw Funeral Parlor (Mark B. Shaw & Company) | 1525 N. Waterman Avenue, San Bernardino, CA 92404 | |
| 95 | CA | Sherman Building Twin Towers | San Jose, CA | 11228 |
| 96 | CA | St. Bertrahms Church | 1410 100th Avenue, Oakland, CA  94603-2506 | |
| 97 | CA | St. Mary's Medical Center  f.k.a. St. Mary's Hospital | 450 Stanyan Street, San Francisco, CA  94117 | 11016 |
| 98 | CA | Stockton-San Joaquin County Public Library f.k.a. Stockton City Library | 605 N. El Dorado Street, Stockton, CA  95202 | 11386 |
| 99 | CA | Topanga Plaza Shopping Center | 6600 Topanga Canyon Blvd., Canoga Park, CA 91303 | 6741 |
| 100 | CA | Topanga Westfield Shopping Town Topanga f.k.a. Montgomery Wards Store | 6600 Topanga Canyon Blvd., Canoga Park, CA 91303 | |
| 101 | CA | Torrance Memorial Medical Center  f.k.a. Torrance Medical Building | 3330 Lomita Blvd., Torrance, CA  90505 | 10755 |
| 102 | CA | Transamerica  f.k.a.  Occidental Life Insurance Company | 1150 S. Olive Street, Los Angeles, CA  90015 | 11014 |
| 103 | CA | Union Bank of California f.k.a. Bank of Tokyo | 400 California Street, San Francisco, CA  94104 | 11050 |
| 104 | CA | Universal City Plaza | Los Angeles, CA  90017 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 105 | CA | Veterans Hospital | 3350 LaJolla Village Drive, San Diego, CA 92161 | |
| 106 | CA | Wells Fargo Bank | 1298 East 14th Street, Ste. 320, San Leandro, CA 94577 | 11007 |
| 107 | CA | Wells Fargo Bank | 2040 Franklin Street, Oakland, CA 94612 | 10760 |
| 108 | CA | Wells Fargo Building | 464 California Street, San Francisco, CA 94104 | 6740 |
| 109 | CA | Wells Fargo Building - f.k.a. 550 California Building | San Francisco, CA | 11045 |
| 110 | CA | Willard W. Allen Lodge #102 f.k.a. Masonic Building | 2354 N. Wilmington Avenue, Post Office Box 4566, Compton, CA 90224 | |
| 111 | CA | World Airways Aircraft Maintenance Facility, Oakland Airport / Headquarters located in Peachtree, GA | Oakland, CA | 10731 |
| 112 | Canada | BCE Communications f.k.a. Bell Telephone Data Center (Lanark, Ontario, Canada) | 1000, de La Gauchetiere Ouest, Bureau 3700, Montreal, Quebec, Canada H3B 4Y7 | |
| 113 | Canada | City Parks Apartments | 484 Church Street, Toronto, Ontario, Canada M4Y 2C7 | |
| 114 | Canada | McKellar Park Apartments f.k.a. Edgewater Apartment Building | 1983 Carling Ave., Ottawa, Ontario K2A 1E9 | |
| 115 | Canada | St. Gabriel's Church | 1400 Cabana West, Windsor, Ontario, Canada N9G 1C4 | |
| 116 | Canada | St. Michel Hospital | 8040 9th Avenue, Montreal, Canada H2A1C2 | |
| 117 | Canada | Technical High School | 371 Tecumeh Avenue East, London, Ontario, Canada N6C 1T4 | 6660 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 118 | CO | Bear Valley Shopping Center | Denver, CO | 11711 |
| 119 | CO | Bell Telephone Addition | Denver, CO | 11708 |
| 120 | CO | Blue Cross/Blue Shield | 700 Broadway, Denver, CO  80273 | 11127 |
| 121 | CO | Cherry Creek Shopping Center - Safeway Store | 3000 East 1st. Street, Denver, CO 80206 | 11041 |
| 122 | CO | Colorado Springs, CO - Chamber of Commerce Building  f.k.a. Holly Sugar Building | 2 North Cascade Suite, Bldg. #110, Colorado Springs, CO  80903 | 11714 |
| 123 | CO | Denver Square, Anaconda Bldg. | 3300 E. 1st Avenue, Suite 320, Denver, CO 80206 | 11534 |
| 124 | CO | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Denver, CO | |
| 125 | CO | Northern Colorado Medical Center - Hospitality House  f.k.a. Medical Apartments Building | 1801 16th Street, Greeley, CO  80631 | 11535 |
| 126 | CO | Sears & Roebuck, Westland Shopping Center | Lakewood, CO | 11491 |
| 127 | CT | Blue Cross Building | Hamden, CT | 11126 |
| 128 | CT | Cigna - Cigna Financial Services  f.k.a. United Bank | 280 Trumbull Street, Hartford, CT 06103 | 11180 |
| 129 | CT | Connecticut Light & Power Co. - Northeast Utilities | Newington, CT 06111 | 11056 |
| 130 | CT | E.H. Coon Company | 30 Depot St., Watertown, CT, 06795 | 11059 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 131 | CT | General Electric Corporation Headquarters | 3135 Easton Turnpike, Fairfield, CT 06431-0001 | 11148 |
| 132 | CT | IBM Office Building | 2200 Whitney Ave., Hamden, CT 06518 | 11537 |
| 133 | CT | New Britain General  Hospital | 100 Grand Street, New Britain, CT  06052 | 11145 |
| 134 | CT | New Haven Veterans Memorial Coliseum  f.k.a. New Haven Coliseum | 275 S. Orange Street, New Haven, CT  06510 | |
| 135 | CT | Office Facility for Broad Street Assoc., c/o Frank Marceds, Inc. | 200 Broad Street, Stamford, CT  06901 | 11538 |
| 136 | CT | Southern New England Telephone & Telegraph | 545 Longwharf Dr., 5th Floor, New Haven, CT 06511 | 10664 |
| 137 | CT | Southern New England Telephone Co. | Hartford, CT | 11061 |
| 138 | CT | St. Francis Hospital | 114 Woodland St., Hartford, CT  06105 | 14409 |
| 139 | CT | Whitney Manor f.k.a. Capital Street Apartment | 990 Capital Ave., Hartford, CT 06106 | 11057 |
| 140 | CT | YMCA of Greater Waterbury  f.k.a. Y.M.C.A. | 136 W. Main Street, Waterbury, CT  06702 | 11092 |
| 141 | DC | Fanny Mae f.k.a Equitable Life Insurance | 3900 Wisconsin Ave. N.W., Washington, DC 20016 | 11544 |
| 142 | DC | John F. Kennedy Center (NO PRODUCT ID [PID] LOCATED) | The John F. Kennedy Center for the Performing Arts 2700 F Street, NW Washington, DC 20566 | 6658 |
| 143 | DC | Potomac Plaza Apartments | 2475 Virginia Avenue NW, Washington, DC 20037 | 6657 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 144 | FL | Amazon Product f.k.a. Lotspeigh Company | 275 NE 59th St., Miami, FL 33137-2111 | |
| 145 | FL | Cedars Medical Center f.k.a. Bermusser Company, Cedar of Lebanon Hospital | 1400 NW 12th Avenue, Miami, FL 33136 | 6655 |
| 146 | FL | Cordova Mall (Gayfers Department Store) f.k.a. Gaffer Department Store | 5100 North 9th Avenue, Pensacola, FL 32504-8735 | 11546 |
| 147 | FL | Fairville Lanes Bowling Alley | 7401 S. Orange Blossim Trl., Orlando, FL 32809 | |
| 148 | FL | First National Plaza - Tenent- Briggs Weber Securities, Inc. f.k.a. First National Bank of Tampa | 100 West Kennedy Blvd., Tampa, FL 33602 | 10692 |
| 149 | FL | Hany Market at Amelia f.k.a. Amelia Park Shopping Center | 522 East Amelia Street, Orlando, FL 32803 | |
| 150 | FL | Lodge Hall - Florida (South) (Fraternal Order of Police Lodge Hall) | 550 Commerce Drive, Clearwater, FL 33755 Florida (South) | |
| 151 | FL | Methodist Church (First United Methodist Church) | 1804 Van Buren Street, Hollywood, FL 33020-5128 | 6653 |
| 152 | FL | Ringling Museum | 5401 Bayshore Road, Sarasota, FL 34243 | 6651 |
| 153 | FL | Riverside Presbyterian Church | 849 Park Street, Jacksonville, FL 32204 | 6650 |
| 154 | FL | Sears Roebuck | 200 West Bay Street, Jacksonville, FL | 11524 |
| 155 | FL | St. Joseph's Catholic Church f.k.a. St. Joseph Church | 2624 Union Street, St. Petersburg, FL 33712 | |
| 156 | FL | St. Vincent's Baptist Hospital | 1800 Barrs Street, Jacksonville, FL 32204-4799 | 6669 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 157 | GA | Atlanta Marriott Century Center f.k.a. Century Center Building | 2000 Century Blvd., NE, Atlanta, GA  30345 | 11549 |
| 158 | GA | Candler Hospital | 5353 Reynolds Street, Savannah, GA  31405 | 6667 |
| 159 | GA | Chatham County Health Center | 2512 Habersham Street, Savannah, GA  31414 - Post Office Box 14257, Savannah, GA  31416-1257 | |
| 160 | GA | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Atlanta, GA | |
| 161 | GA | Liberty Mutual Life Insurance Bldg. | Atlanta, GA | |
| 162 | GA | Southern Bell Data Center | Atlanta, GA | |
| 163 | IA | Bell Telephone Building | Des Moines, IA | |
| 164 | IA | Corporate Place | 47 & Ashworth Road, Des Moines, IA | 11063 |
| 165 | IA | Des Moines Savings | Des Moines, IA | 11152 |
| 166 | IA | Duane Arnold Energy Center | 3277 Daec Road, Palo, IA  52324 | 11040 |
| 167 | IA | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Southridge Mall, Des Moines, IA | |
| 168 | IA | Jenny Edmundson Hospital | 933 E. Pierce Street, Council Bluffs, IA  51503 | 11120 |
| 169 | IA | Professional Arts Building | 121 West Locust Street, Davenport, IA  52803 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 170 | IA | Sears Roebuck | Des Moines, IA | 11499 |
| 171 | IA | St. Luke's Hospital Job | 2720 Stone Park Blvd., Sioux City, IA 51105-3752 | 11249 |
| 172 | IL | Arlington International Racecourse f.k.a. Arlington Heights Ractrack - Main Tract Grandstands | 2200 W. Euclid Ave., Arlington Heights, IL 60005 | 11184 |
| 173 | IL | Asset Management, Inc. f.k.a. Mitchell Hutchins & Co. | 4654 North Kenmore Avenue, Chicago, IL 60640 | |
| 174 | IL | Cabrini Convent Job | 9430 Golf Road, Des Plaines, IL 60016 | |
| 175 | IL | Calumet National Bank  f.k.a. Calumet State Bank | 5231 South Norman Avenue, Chicago, IL 60632 | |
| 176 | IL | Caterpillar Tractor Company, Administration Bldg. | 100 N.E. Adams Street, Peoria, IL 61602 | 11553 |
| 177 | IL | Chicago Stock Exchange - State Bank Building SEE LASALLE HOTEL | 440 South LaSalle Street, Chicago, IL 60605 | |
| 178 | IL | CNA Plaza Headquarters  f.k.a. C.N.A. Building | 333 South Wabash Avenue, Chicago, IL 60685 | 11530 |
| 179 | IL | Congregation Israel - North Shore - Snyogogue (Congregation Israel) | 14 Ridgeview Street, Danville, IL 61832-1410 | |
| 180 | IL | Doctor's Building (Access Medical) | 3395 N Arlington Heights Rd., Arlington Heights, IL 60004 | 11072 |
| 181 | IL | Englewood Masonic Temple | 1521 W. Wilson Avenue, Chicago, IL 60640 | |
| 182 | IL | Executive Club | Worth, IL | 11071 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 183 | IL | First National Bank Building, in Chicago's Loop | 21 S. Clark Street, Chicago, Illinois  60603-2003 | 6710 |
| 184 | IL | Ford City Mall  f.k.a. Ford City Complex, (old Ford Motor aircraft engine plant) / Ford Motor Corporation | 7601 South Cicero Avenue, Chicago, IL  60652 | |
| 185 | IL | Gateway Shops (Possible)  f.k.a. Gateway Plaza | 222 Riverside, Chicago, IL 60606 | 11531 |
| 186 | IL | Glen Ellyn Lodge #950  f.k.a.  Masonic Temple Lodge # 950 | 120 West Westley Street, Wheaton, IL  60187 | |
| 187 | IL | Harris Trust Bank | 111 West Monroe Street, Chicago, IL  60603 | 10744 |
| 188 | IL | I.B.M. Building | 330 N. Wabash, Chicago, IL 60611 | 11532 |
| 189 | IL | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | IL | |
| 190 | IL | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Rt. 58 & 53, Schaumburg, IL | |
| 191 | IL | Jackson Storage Warehouse (Jackson Moving Service) | 1020 Frontenac Road, Naperville, IL  60563-1747 | 6716 |
| 192 | IL | Juvenile Temporary Detention Center f.k.a. Audie Home | 1100 S. Hamilton Ave., Chicago, IL 60612 (Original Street Address: Roosevelt & Ogden) | 11156 |
| 193 | IL | LaSalle Hotel | 440 S. LaSalle Street, # 40, Chicago, IL  60605-1028 | 6709 |
| 194 | IL | Lucent Technologies  f.k.a. Illinois Bell Telephone Company Office (3 Listings) | 2000 Naperville Road, Naperville, IL  60540 | |
| 195 | IL | Medinah Athletic Club | 6 N. 001 Medinah Road, Chicago, IL  60157 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 196 | IL | Merchandise Mart Plaza | Mr. Dick Norfolk, Property Mgr., 222 Merchandise Mart, Suite 470, Chicago, IL 60654 | 11533 |
| 197 | IL | Naylor Pipe Company  f.k.a. American Spiral Pipe Works | 1230 East 92nd Street, Chicago, IL  60619 | |
| 198 | IL | Nugent Import Motors | Glenview, IL | 11529 |
| 199 | IL | O'Hare Plaza Office Building, (located just off John F. Kennedy Expressway) | 8725 West Higgins Road, Chicago, IL  60631 | |
| 200 | IL | Olivet - Harvey College  f.k.a. Olivet Institute | 10001 S. Woodlawn Avenue, Chicago, IL  60628 | |
| 201 | IL | Park Ridge Presbyterian Church | 207 South Lincoln Ave., Park Ridge, IL  60068 | |
| 202 | IL | Richard J. Daley Center (Daley Plaza) f.k.a. Civic Center | 55 West Randolph Street, Chicago, IL  60602 | |
| 203 | IL | Rockford Theatre | 317 Park Avenue, Rockford, IL  61101 | |
| 204 | IL | Savoy Ballroom | 800 S. Michigan Ave. , Chicago, IL  60605-7101 | |
| 205 | IL | Sears Roebuck Building | Chicago, IL | 11500 |
| 206 | IL | Shore Theatre  (NorthShore Center for Performing Arts) | 9501 Skokie Blvd., Skokie, IL  60077 | |
| 207 | IL | The Franklin Life Insurance Co. | 1 Franklin Square, Springfield, IL  62712 | 6733 |
| 208 | IL | Two First National Plaza Building | 20 South Clark Street, Chicago, IL  60603 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 209 | IL | Two Left Feet Dance Studios Inc.,   f.k.a. E.E. Sargent Insurance Company | 605 East Ogden Ave., Naperville, IL  60540 | |
| 210 | IL | Underwriters Laboratory - Follow-Up Services Building  f.k.a. Follow-Up Services Building | 333 Pfingsten Rd., Northbrook, IL 61761 | 11070 |
| 211 | IL | Waukegan Public Library  f.k.a. Waukegan Library | 128 N. County Street, Waukegan, IL  60085 | 11068 |
| 212 | IN | American Can Company | 2501 E. 165th Street, Suite 2, Hammond, IN 46320 | 11519 |
| 213 | IN | American United Life Bldg. Addition | Indianapolis, IN | 10540 |
| 214 | IN | American United Life Building | P. O. Box 6123, 1 American Square, Indianapolis, IN 46206 | |
| 215 | IN | Banc One f.k.a. Indiana National Bank | 151 N. Delaware St., Indianapolis, IN | 10539 |
| 216 | IN | First Christian Union Church  f.k.a. First Christian Church | 6116 South Calhoun Street, Fort Wayne, IN 46807 | |
| 217 | IN | Indiana Bell Telephone Bldg. Addition | North Meridian Street, Indianapolis, IN  46227 | 11403 |
| 218 | IN | Indiana Convention Center and RCA Dome f.k.a. Civic Center | 100 S. Capital Ave., Indianapolis, IN 46225 | 11114 / 11402 |
| 219 | IN | Old National City Bank f.k.a. National City Bank | 410 W. Morton St., Evansville, IN 47708 | 10961 |
| 220 | KS | Blue Cross Blue Shield Building | Topeka, KS | 11119 |
| 221 | KS | Commerce Bank & Trust f.k.a. Commerce State Bank | 3035 Topeka Blvd. SW, Topeka, KS 66611 | 11716 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 222 | KS | Dolese Brothers - Main Office | 826 East Central Ave., Wichita, KS  67202 | 6732 |
| 223 | KS | First National Bank Building | One North Main Street, P. O. Box 913, Hutchinson, KS 67501 | 10517 |
| 224 | KS | Indian Springs Marketplace - Community Room & Expo Center  f.k.a. Macy's Indian Springs Shopping Center | 4601 State Avenue, Kansas City, KS 66102 | 10514 |
| 225 | KS | Stormont-Vail Health Care f.k.a. Topeka Medical Center | 1500 SW 10th Ave, Topeka, KS 66604 | |
| 226 | KS | Wesley Medical Center a.k.a. Wesley Hospital Addition | 550 N. Hillside St., Wichita, KS 67214 | 10512 |
| 227 | KS | Western Insurance Company - Ft. Scott, KS  c/o Humphrey, Farrington, McClain & Edgar | 221 W. Lexington, Independence, MO | |
| 228 | KY | Phoenix Cafeteria | 644 Baxter Avenue, Louisville, KY  40204 | |
| 229 | KY | Southern Bell Building Administration | Okoloma, KY  40219 | |
| 230 | KY | The 800 Building Apartments  f.k.a. The 800 Building | 800 S. 4th Street, Louisville, KY  40218 | 6731 |
| 231 | LA | Camelot Club | 451 Florida St., Baton Rouge, LA 70801 | 11522 |
| 232 | LA | Causeway Office Building #1 | 3939 N. Causeway Blvd., Metairie, LA 70002 | 11205 |
| 233 | LA | Convention Hall for City of Shreveport | 450 Clyde Fant Parkway, Shreveport, LA 71101 | 11211 |
| 234 | LA | Earl K. Long Medical Center  f.k.a. Earl K. Long Charity Hospital | 5825 Airline Hwy., Baton Rouge, LA 70805 | 11210 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 235 | LA | Imperial Premium Finance f.k.a. Imperial Office Building | 2900 Clearview Causeway, Ste. 203, Metairie, LA 70006 | 11525 |
| 236 | LA | Lady of Lourdes Regional Medical Center  f.k.a. Lady of Lourdes Hospital | 611 St. Landry Street, 7th Floor, Lafayette, LA 70506 | 11208 |
| 237 | LA | Temple Sinai | 6227 St. Charles Avenue, New Orleans, LA 70118 | 6729 |
| 238 | LA | Willis-Knighton Hospital Clinic | 2400 Hospital Drive, Shreveport, LA  71101 | 11131 |
| 239 | MA | Apt. Building Complex next to Mt. Auburn Hospital | 1010 Memorial Drive, Cambridge, MA  02138 | 6728 |
| 240 | MA | Badger Building - Cambridge Enterprises | 219 Vassar Street, Cambridge, MA  02139 | |
| 241 | MA | Bank of Western Massachusetts f.k.a. Harper Trust | 668 Haydenville Road, Haydenville, MA 01039 | 11512 |
| 242 | MA | Blanchard & Brown Printing  f.k.a. V. Pelletier & Sons Inc. | 109 River Street  Fitchburg, MA  01420 | |
| 243 | MA | Deaconess Hospital | One Deaconess Road, Boston, MA  02215 | 6727 |
| 244 | MA | Fileness Department Store | 426 Washington Street, Boston, MA  02108 | |
| 245 | MA | Franklin First Federal Credit Union f.k.a.  Franklin County Trust Bank | 57 Newton St., Greenfield, MA 01201 | 11694 |
| 246 | MA | Haverhill YMCA | 107 Winter Street, Haverhill, MA  01830 | 6725 |
| 247 | MA | Hebrew Home for the Aged | 1200 Centre Street, Roslindale, MA 02131 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 248 | MA | John Hancock Towers f.k.a. John Hancock Insurance Company | 200 Clarendon Street, Boston, MA 02116-5021 | 6664 / 11690 |
| 249 | MA | Jordan Hospital, Inc. | 275 Sandwich Street, Plymouth, MA 02360 | 11689 |
| 250 | MA | Keystone Building c/o Spaulding & Slye Colliers Real Estate f.k.a. Spaulding Building | 225 State Street, Boston, MA 02109 | 11688 |
| 251 | MA | Kindred Hospital Boston North Shore Cancer Center f.k.a. J.B. Thomas Hospital | 15 King Street, Peabody, MA 01960 | 11691 |
| 252 | MA | Massachusetts Maternity Hospital  (Brighan & Woman's Hospital) | 721 Huntington Avenue,  Boston, MA 02115-6016 | |
| 253 | MA | Northampton Nursing Home, Inc. | 737 Bridge Road, Northampton, MA 01060 | 11700 |
| 254 | MA | Saint Malachy Parish  f.k.a. St. Malachy's Church | Burlington, MA  01803 | |
| 255 | MA | Somerville Hospital School  f.k.a. Somerville Hospital | 230 Highland Avenue, Somerville, MA  02143 | 6662 |
| 256 | MA | Springfield Journal f.k.a. Springfield News | 250 Albany Street, Springfield, MA  01103-1018 | 11510 / 11702 |
| 257 | MA | U & M Provident  f.k.a. Paul Revere Insurance Co. Building | Walnut St., Worchester, MA | |
| 258 | MA | Worcester Center | 30 Worcester Cener Blvd., Worcester, MA 01608 | 11509 |
| 259 | MA | Worcester Electrical Association, Inc. f.k.a. Worcester Electric Light Company | 39 Lamartine Street, Worcester, MA  01602 | |
| 260 | MD | Ardwick Ardmore Industrial Center  (Dart Drug Inc.) | Landover, MD | 11508 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 261 | MD | Civista Medical Center  f.k.a. La Plata Hospital | 701 Charles Street, La Plata, MD  20646 | |
| 262 | MD | Hampton Plaza | 302 E. Joppa Road, Baltimore, MD  21286 | 6747 |
| 263 | MD | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Baltimore, MD | |
| 264 | MD | Lerner Enterprises f.k.a. Garfinkle Store - Capitol Plaza Mall f.k.a.  Landover Plaza | NEW ADDRESS: 11501 Huff Court, North Bethesda, MD  20895-1094     6200 Annapolis Rd., Landover Hills, MD 20784 | |
| 265 | MD | Maryland Art Access, Inc.,  f.k.a. Blaustein Building | 1 North Charles Street, Blaustein Building, Baltimore, MD  21201 | |
| 266 | MD | Mercy Medical Center  f.k.a. Mercy Hospital | 301 St. Paul Place, Baltimore, MD 21202 | |
| 267 | MD | Sears, Roebuck & Co. | Baltimore, MD | 11515 |
| 268 | MD | Willoughby Apartments | 5500 Friendship Blvd., Chevy Chase, MD  20815 | |
| 269 | ME | Augusta Civic Center f.k.a. Cultural Building | 76 Community Drive, Augusta, ME  04330 | 11506 |
| 270 | ME | Key Bank  f.k.a. City National Bank | 111 Main Street, Belfast, ME  04915-6537 | 6723 |
| 271 | ME | Merchants National Bank of Bangor  f.k.a. Merchants National Bank | 291 W. Moorestown Rd., Bangor, ME  18013 | 11687 |
| 272 | ME | Northern Maine Medical Center  f.k.a. Fort Kent Hospital Job | 143 W. Main Street, Ft. Kent, ME  04743 | |
| 273 | ME | Union Mutual Life Insurance | Outer Congress Street, Portland, ME 04101 | 11699 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 274 | MI | Blue Cross Building | Detroit, MI | 11074 |
| 275 | MI | Citizens Bank | Beecher Road, Flint, MI 48502 | |
| 276 | MI | County of Barry, d/b/a Thornapple Manor f.k.a. Barry County Medical Care Facility | 2700 Nashville Road, Hastings, MI 49058 | 6909 |
| 277 | MI | First Presbyterian Church | 2250 Oak Street, Wyandotte, MI 48192 | |
| 278 | MI | Genesis Medical Center f.k.a. St. Joseph's Hospital | 3021 S. Dort Highway, Suite A, Flint, MI 48507-5217 | 6718 |
| 279 | MI | Ingraham Hospital f.k.a. Lansing Hospital | 2815 South Pennsylvania Avenue, Lansing, MI 48910 | 6724 |
| 280 | MI | Mercy General Health Partners (Mercy Campus) f.k.a. Mercy Hospital | 1500 E. Sherman Blvd., Muskego, MI 49444 | 10689 |
| 281 | MI | Mid-Michigan Health Center f.k.a. Midland Hospital | 4005 Orchard Drive, Midland, MI 48670 | 11218 |
| 282 | MI | Office Building | 26711 Northwestern, Southfield, MI 48034 | |
| 283 | MI | Robbins Towers c/o Hallwood Real Estate | 3 Parklane Blvd., Suite 900-W, Dearborn, MI 48126 | 11220 |
| 284 | MI | Saginaw Civic Center | 303 Johnson Street, Washington, Saginaw, MI 48601 | 11221 |
| 285 | MI | St. David's Church | 1519 Elmwood Road, Lansing, MI 48917 | |
| 286 | MI | Stoddard Building | 1115 Baseline Road, Stockbridge, MI 49285 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 287 | MI | Trenton City Hall | 2800 Third Street, Trenton, MI 48183 | 11223 |
| 288 | MI | Trinity Health Systems f.k.a. Blodgett Memorial Hospital | Grand Rapids, MI 49503 | |
| 289 | MI | Village Plaza | 23400 Michigan Avenue, Suite 110, Dearborn, MI 48124 | |
| 290 | MI | Warren Office Building c/o Commercial Bank | 30500 Van Dyke, Warren, MI 48093 | |
| 291 | MI | Western Michigan University as a Research Center f.k.a. Vegetable Parchment Paper Company | 1903 N. Michigan Avenue, Kalamazoo, MI 49008 | |
| 292 | MI | Wolverine Building, Inc. (Headquarters) | 4045 Barden, S.E., Grand Rapids, MI 49512 | 10670 |
| 293 | MN | 3M Global Headquarters f.k.a. Minnesota Mining & Manufacturing | 3m Center, St. Paul, MN 55144-1000 | |
| 294 | MN | Control Data Building | 4201 Lexington Avenue, North, Minneapolis, MN 55126 | |
| 295 | MN | Emmanuel Home f.k.a. Augustana Lutheran Home | 600 S. Daris Ave., Litchfield, MN 55355 | 11424 |
| 296 | MN | Hastings National Bank | Hastings, MN 55033 | 6717 |
| 297 | MN | Methodist Hospital | P. O. Box 650m 6500 Excelsior Blvd., St. Louis Park, MN 55426 | 10590 |
| 298 | MN | Pennys Store - Southdale Center (FILED CLAIMS FOR ANDERSON WORLDWIDE) | MN | |
| 299 | MN | Sears & Roebuck | Minneapolis, MN | 11502 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 300 | MN | Wells Fargo Bank f.k.a.  Marquette National Bank | 80 S. 8th St., Ste. 281, Minneapolis, MN 55402 | 11604 |
| 301 | MO | Bell Telephone Building | Kansas City, MO | 10798 |
| 302 | MO | Coach Lamp Apartments | 655 E. Minor Drive, Kansas City, MO  64131 | 6707 |
| 303 | MO | Equitable Building | 10 S. Broadway, Ste. 100, St. Louis, MO 63102 | 10796 |
| 304 | MO | Independence Regional Health Center  f.k.a. Independence Sanitarium | 1509 W. Truman Road, Independence, MO 64050-3436 | 10794 |
| 305 | MO | Jamestown Mall | 175 Jamestown Mall, Florissant, MO  63034 | 10793 |
| 306 | MO | Linda Hall Library | 5109 Cherry Street, Kansas City, MO  64110 | 6706 |
| 307 | MO | McGraw-Hill Publishing Company | 2043 Woodland Parkway, St. Louis, MO  63146 | 10725 |
| 308 | MO | Museum Café, St. Louis Art Museum  f.k.a. Art Museum Restaurant | 1 Fine Arts Drive, St. Louis, MO  63110 | |
| 309 | MO | Southwestern Bell Telephone | St. Louis, MO  63110 | 10697 |
| 310 | MO | Western Unional Centralized Telephone - Bureau #3 | Bridgeton, MO | 11504 |
| 311 | MS | City Auditorium Job | 255 E. Pascagoula Street, Jackson, MS  39201 | 11410 |
| 312 | MS | First Security Bank  f.k.a. Batesville Security Bank | 295 Hwy. 6 West, Batesville, MS  38606 | 11503 |

24 - 51

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 313 | MS | Kings Daughter Hospital | 823 Grand Avenue, Yazoo City, MS 39194 | 11407 |
| 314 | MS | National Bank of Commerce | 803 Main Street, Columbus, MS 39701 | 11409 |
| 315 | MS | Shopping Center - Sears # 2096 | St. Louis, MS | |
| 316 | MS | Southern Bell Telephone Plant | Greenwood, MS | |
| 317 | MS | Trustmark National Bank (Possible) f.k.a. First National Building | 504 South State Street, Jackson, MS 39201 | 11603 |
| 318 | NC | Bank of America f.k.a. NCNB Building | Third & Liberty Streets, Winston-Salem, NC | 11564 |
| 319 | NC | Bank of Asheville | 6 Dogwood Road, Candler, NC 28715 | 11590 |
| 320 | NC | Benjamin Branch Public Library f.k.a. Greensboro Library | 1530 Benjamin Parkway, Greensboro, NC 27408 | 11589 |
| 321 | NC | Blue Cross Building | Chapel Hill, NC | 10974 |
| 322 | NC | Blue Cross-Blue Shield Building | Durham-Chapel Hill Blvd., Durham, NC | 11095 |
| 323 | NC | Carolina Medical Center - Mercy f.k.a. Mercy Hospital | 2001 Vail Ave., Charlotte, NC 28207 | 10674 |
| 324 | NC | Duke Power Company | South Alston Avenue, Durham, NC / Mail to: 526 South Church Street, Charlotte, NC 28202 | 11585 |
| 325 | NC | Elks Lodge & Golf Club f.k.a. Elks Country Club | 280 Country Club Circle, Southern Pines, NC 28387 | 11584 |