W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 326 | NC | First Citizens Bank & Trust Co. Bldg. | 103 N. Pine Street, Spring Hope, NC 27882 | 6703 |
| 327 | NC | Guilford Mills, Inc., f.k.a. Oak Ridge Textiles | 6001 West Market St., (Red Road Off I-40 West) Greensboro, NC 27409 | 11582 |
| 328 | NC | Kings Mountain Hospital | 706 W. King St., Kings Mountain, NC 28086 | 11173 |
| 329 | NC | Pardee Memorial Hospital f.k.a. Margaret Pardee Hospital | 800 N. Justice Street, Hendersonville, NC 28791 | 10675 |
| 330 | NC | Salvation Army Building | 901 Belmont Avenue, Charlotte, NC 28205 | |
| 331 | NC | Salvation Army Chapel | 901 Belmont Avenue, Charlotte, NC 28205 | 6700 |
| 332 | NC | Sears Job | Crabtree Valley Shopping Mall, Highway 70, West, Raleigh, NC | 11517 |
| 333 | NC | Sears Roebuck Company | Friendly Shopping Center, Greensboro, NC | 11516 |
| 334 | NC | Southpark Shopping Center c/o Management Offices | 4400 Sharon Road, Charlotte, NC 28211 | 11580 |
| 335 | ND | The Forum News Building f.k.a. Northwestern Bell Telephone Office | 109 5th Street, North, Fargo, ND 58102 | |
| 336 | NE | Bell Telephone | Omaha, NE | |
| 337 | NE | Cagle Office Building c/o Martin Cannon, Esquire | 9910 N. 48th Street, Omaha, NE 68152 | 11248 |
| 338 | NE | Creighton Univeristy Medical Center f.k.a. St. Joseph Hospital | 601 North 30th Street, Suite 311, Omaha, NE 68131-2197 | 10779 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 339 | NE | Doubletree Hotel (Possible) f.k.a. Hilton Hotel | 1616 Dodge Street, Omaha, NE 68102 | 10781 |
| 340 | NE | Gateway Mall Shopping Center & Sears Store Building | 63rd & O Street, Lincoln, NE | 10780 & 11518 |
| 341 | NE | Ramada Inn Executive Center f.k.a. Ramada Inn | 3650 S. 72nd Street at I-80, Omaha, NE 68124-3572 | 11169 |
| 342 | NE | Regency Lake & Tennis Club f.k.a. Regency - South Lake | 606 Regency Parkway, Omaha, NE 68114 | 11168 |
| 343 | NE | St. Anthony Parish Church | 310 Hickory Street, Steinauer, NE 68441 | |
| 344 | NE | United Benefit Life Insurance Co. | 222 S. 34th Street, Omaha, NE 68131-3404 | |
| 345 | NJ | Actors Fund Home | 175 W. Hudson Avenue, Englewood, NJ 07631 | 6902 |
| 346 | NJ | Elizabeth General Medical Center f.k.a. Elizabeth General Hospital | 925 East Jersey Street, Elizabeth, NJ 07201 | 11388 |
| 347 | NJ | First Church of Christ Scientist | 10 Hartley Street, Montclair, NJ 07042 | |
| 348 | NJ | Gateway II f.k.a. Gateway Building #2 | 2 Gateway Centre, Newark, NJ 07102 | 11391 |
| 349 | NJ | Jersey Shore Convalescent Center a.k.a. Medi Center | 2050 Sixth Avenue, Neptune City, NJ 07753 | 11394 |
| 350 | NJ | Kennedy Health System f.k.a. John F. Kennedy Hospital | 18 West Laurel Road, Straford, NJ 08084 | 11393 |
| 351 | NJ | Mercedes Benz of Seagate f.k.a. Mercedes Benz | One Mercedes Drive, Montvale, NJ 07645-1739 | 6899 / 11576 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 352 | NJ | Merck | 126 E. Lincoln Avenue, Rahway, NJ 07065 | 6897 |
| 353 | NJ | Natatorium YMCA | Montclair, NJ 07042 | 6886 |
| 354 | NJ | Ortho Pharmaceutical Co. / Ortho-McNeil Pharmaceutical Corporation | US Highway No. 202, Raritan, NJ 08869 | |
| 355 | NJ | Sarnoff Corporation f.k.a. Radio Corp. of America | 201 Washington Road, Princeton, NJ 08543 | |
| 356 | NJ | Sears & Roebuck - Morristown Mall | Route # 38, Morristown, NJ | 11501 |
| 357 | NJ | Sinai United Hebrew Center  / Congregation Sinai Toras Chaim | 1531 Maple Avenue, Hillside, NJ | |
| 358 | NJ | St. Teresa's Church | 541 Washington Ave., Kenilworth, NJ 07033 | 6895 |
| 359 | NJ | Sutton Plaza Office Building | 1373 Broad Street, Clifton, NJ 07013 | 11573 |
| 360 | NJ | Ukranian Community Center f.k.a.Ukrainian Office Building | 90 Fleet Street, Jersey City, NJ 07306-2241 | |
| 361 | NJ | United Air Lines Terminal Building Newark | 1 Newark Ariport, Newark, NJ 07114-3401 | |
| 362 | NJ | Wellington Hall Nursing Home Care Center f.k.a. Wellington Nursing Home | 301 Union Street, Hackensack, NJ 07601 | 11399 |
| 363 | NJ | YMCA of Bergen County (Swimming Pool Ceiling) | 360 Main Street, Hackensack, NJ 07601 | |
| 364 | NJ | YMCA of Montclair f.k.a. YMCA (Swimming Pool Ceiling) | 25 Park Street, Montclair, NJ 07042 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 365 | NM | Sears Roebuck Company | Albuquerque, NM | 11485 |
| 366 | NV | Harrah's Lake Tahoe  f.k.a Harrah's Resort - Hotel Complex | (Mail) Post Office Box 8, Stateline, NV  89449 | 10509 |
| 367 | NV | International Hotel | 3000 Paradise Road, Las Vegas, NV  89109 | 6894 |
| 368 | NV | Nevada Security Bank f.k.a.  Security National Bank | P O Box 19579, Reno, NV 89511-2119 | 10957 |
| 369 | NV | Sears Department Store | Las Vegas, NV | 11486 |
| 370 | NV | Sears Roebuck | Reno, NV | 11487 |
| 371 | NV | St. Mary's Regional Medical Center  f.k.a. St. Mary's Hospital | 235 W. 6th Street, Reno, NV  89503 | 10955 |
| 372 | NY | 10 Hanover Square Building c/o The Whitkoff Group | 10 Hanover Square, New York, NY 10017 | 6893 / 10714 |
| 373 | NY | 100 Wall Street | New York, NY  10005 | 11416 |
| 374 | NY | 110 Plaza | 33rd Street Between 7th & 8th Avenue, New York, NY  10016 | 11415 |
| 375 | NY | 20th Century Fox Film Corporation | 1211 Avenue of Americas # 302, New York City, NY  10036 | |
| 376 | NY | 22 Cortland Street Building | 22 Cortland Street, New York, NY 10007 | 11051 |
| 377 | NY | 245 Park Avenue Building | 245 Park Avenue  New York, NY  10167 | 6891 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 378 | NY | 3 Hanover Plaza | 60 Beaver Street, 19th Floor, New York, NY 10004-2503 | 11704 |
| 379 | NY | 330 Madison Avenue Building | 330 Madison Avenue, New York, NY 10017 | 6905 |
| 380 | NY | 437 Madison Avenue Building | 437 Madison Ave., New York, NY 10022 | 6884 |
| 381 | NY | 55 Water Street Building c/o New Water Street Corporation | 55 New Water Street, New York, NY 10041 | 11099 |
| 382 | NY | 600 3rd Avenue Building | 600 3rd Avenue, New York, NY | 6883 |
| 383 | NY | American Academy of Arts & Letters | 633 W. 155th Street, Floor 1, New York, NY 10032 | |
| 384 | NY | Auffmordt & Company - No. 2 Park Avenue | No. 2 Park Avenue, New York City, NY 10016 | |
| 385 | NY | Bell Telephone Co. | Sunrise Hwy. & Wantaugh Ave., Wantaugh, NY 11793 | |
| 386 | NY | Blossom Health Care Center f.k.a. Rochester Nursing Home | 989 Blossom Road, Rochester, NY 14610-2251 | 10707 |
| 387 | NY | Chautauqua Mall | Lakewood, NY | |
| 388 | NY | Children's Hospital | 219 Bryant Street, Buffalo, NY 14222 | 6880 / 11102 |
| 389 | NY | Cobble Hill Nursing Home f.k.a. - Congress Nursing Home | 380 Henry Street, Brooklyn, NY 11201-6048 | 11097 |
| 390 | NY | Columbia Memorial Hospital | Hudson, NY 12534 | 11098 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 391 | NY | Columbia Presbyterian Medical Center - Vanderbilt Clinic f.k.a. Presbyterian Hospital | 710 West 168th Street, New York, NY 10032 | 11087 |
| 392 | NY | Congregation Shir Chadash of the Hudson Valley (Jewish Church) f.k.a.Friends Meeting House | 249 Hooker Avenue, Poughkeepsie, NY 12603-3327 | |
| 393 | NY | DeGraff Memorial Hospital Job | Tonawanda, NY 14150 | 11096 |
| 394 | NY | Downtown Athletic Club | 19 West Street, New York City, NY 10004 | |
| 395 | NY | Eastman Kodak, Bldgs 211 | 343 State Street, Rochester, NY 14650-0552 | 11031 |
| 396 | NY | Eastman Kodak, Bldgs 213 | 343 State Street, Rochester, NY 14650-0552 | 11029 |
| 397 | NY | Eastman Kodak, Bldgs 317 | 343 State Street, Rochester, NY 14650-0552 | 11030 |
| 398 | NY | Eastman Kodak, Bldgs 69 | 343 State Street, Rochester, NY 14650-0552 | 11035 |
| 399 | NY | Eastman Kodak, Bldgs 82 | 343 State Street, Rochester, NY 14650-0552 | 11032 |
| 400 | NY | Eastman Kodak, Bldgs 9 | 343 State Street, Rochester, NY 14650-0552 | 11038 |
| 401 | NY | Ebenezer Building | Fitshugh Street, Rochester, NY | 11698 |
| 402 | NY | Ellenville Hospital | Route 209, Ellenville, NY 12428 | |
| 403 | NY | First Lutheran Church | Jamestown, NY 14701 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 404 | NY | Ford Manhattan Building | 555 W. 57th St., New York, NY 10019 | 11599 |
| 405 | NY | General Motors | 767 Fifth Avenue, Floor 16, New York City, NY 10153 | 6878 |
| 406 | NY | Genesis Healthcare  f.k.a. Mercy Hospital | 218 Stone Street, Watertown, NY 13601 | 6889 |
| 407 | NY | Gethsemane Baptist Church  f.k.a. Gethsemane Lutheran Church | 55 Grape Street, Buffalo, NY 14204 | |
| 408 | NY | Grant Village Apartments  f.k.a. Grant Village | 117 Edtim Rd., Syracuse, NY 13206 | 11043 |
| 409 | NY | Home Insurance Company Building | 59 Maiden Lane - Floor 19, New York, NY 10038 | 6877 |
| 410 | NY | Hunts Point Industrial Park | 331 Tiffany Street, Bronx, NY 10474-6705 | 10776 |
| 411 | NY | I.B.M. | Route 9, E. Fishkill, NY 12524   /   c/o New Orchard Road, Armonk, NY 10504 | 6876 |
| 412 | NY | J.C. Penney Building  -  Kleine Department Store | 2003 Broadway Mall, Hicksville, NY 11801 | 10949 |
| 413 | NY | J.C. Penny (CLAIMS FILED FOR ANDERSON WORLDWIDE) | 1301 6th Ave., New York, NY | |
| 414 | NY | J.C. Penny (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Roosevelt Field Shp. Ctr., Garden City, NY | |
| 415 | NY | Justice Building  f.k.a. Office Tower Building - South Albany Mall | c/o Office of Court Administration, Appellage Division, Albany, NY 12202 | 10694 |
| 416 | NY | Key Foods | MAILING ADDRESS: Post Office Box 280368, Brooklyn, NY 11228-0368  /  Avenue D & Ramson Street, Brooklyn, NY | 10769 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 417 | NY | King David Manor  f.k.a. Kings David Hotel | 80 W. Broadway, Long Beach, NY 11561 | 11597 |
| 418 | NY | Lakeside Memorial Hospital | Brockport, NY  14420 | 10975 |
| 419 | NY | Long Island Jewish Hospital  a.k.a. North Shore-LIJ Health System | 1983 Marcus Avenue, New Hyde Park, NY 11042 | 11000 |
| 420 | NY | Long Island Trust Company | c/o Kellum Realty Corporation  107 Charles Lindburgh Blvd., Garden City, NY  11530  14th & Franklin Ave., Garden City, Long Island, NY | 10687 / 10988 |
| 421 | NY | Marine Midland Bank | 150 Lake Street, Suite 1, Elmira, NY  14901 | 10950 |
| 422 | NY | Marine Midland Bank (Binghamton, NY) | 150 Lake Street, Suite 1, Elmira, NY  14901 | |
| 423 | NY | Marine Midland Building (Buffalo, NY) | 150 Lake Street, Suite 1, Elmira, NY  14901 | 10953 |
| 424 | NY | Mercy Hospital Health & Rehabilitation Center Nursing Home | Auburn, NY | |
| 425 | NY | Metcalf Plaza c/o East Hill Family Medical | 141 Gennessee Gardens, Auburn, NY 13021 | 10763 |
| 426 | NY | Mohawk Manor | Buffalo, NY | |
| 427 | NY | Mount Saint Mary's Nurses Home | 2600 Main Street, Niagara Falls, NY  14305 | 6885 |
| 428 | NY | Mount Sinai Hospital #1 - (101st Street Between Madison & 5th Avenue) | 1200 Fifth Avenue, New York, NY  10017New York, NY | 11446 |
| 429 | NY | Mount Sinai Hospital #10, | 1411 Madison Avenue, New York, NY  10029 | 12595 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 430 | NY | Mount Sinai Hospital #11, | 1391 Madison Avenue, New York, NY 10029 | 12596 |
| 431 | NY | Mount Sinai Hospital #13, | 68-70 East 97th Street, New York, NY 10029 | 12598 |
| 432 | NY | Mount Sinai Hospital #14, | 64-66 East 97th Street, New York, NY 10029 | 14886 |
| 433 | NY | Mount Sinai Hospital #15, | 60-62 East 97th Street, New York, NY 10029 | 12601 |
| 434 | NY | Mount Sinai Hospital #16, | 52-58 East 97th Street, New York, NY 10029 | 12600 |
| 435 | NY | Mount Sinai Hospital #18, | 65 East 97th Street, New York, NY 10029 | 11464 |
| 436 | NY | Mount Sinai Hospital #2, | 1212 Fifth Avenue, New York, NY 10029 | 10541 |
| 437 | NY | Mount Sinai Hospital #23, | 53-55 East 96th Street, New York, NY 10028 | 11467 |
| 438 | NY | Mount Sinai Hospital #25, (Mount Sinai School of Medicine - Residential) | 1249 Park Avenue, New York, NY 10029 | 11469 |
| 439 | NY | Mount Sinai Hospital #26, (Mount Sinai School of Medicine - Aron Hall Drom) | 50 East 98th Street, New York, NY 10028 | 11470 |
| 440 | NY | Mount Sinai Hospital #27, (Mount Sinai School of Medicine - Residential & Offices) | 61 East 97th Street, New York, NY 10029 | 11471 |
| 441 | NY | Mount Sinai Hospital #28, (Parking Garage Patient Care & Offices) | 1292 Park Avenue, New York, NY 10029 | 11472 |
| 442 | NY | Mount Sinai Hospital #3, | 3 East 101st Street, New York, NY 10029 | 10542 |

34 - 51

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 443 | NY | Mount Sinai Hospital #30, (Administrative Offices) | 19 East 98th Street, New York, NY 10028 | 11474 |
| 444 | NY | Mount Sinai Hospital #31, (Garage & Offices) | 5-17 East 102nd Street, New York, NY 10029 | 11475 |
| 445 | NY | Mount Sinai Hospital #32, (Basic Science Building) | 4-20 East 102nd Street, New York, NY 10029 | 11476 |
| 446 | NY | Mount Sinai Hospital #33, (KCC Patient Care) | 1440-58 Madison Avenue, New York, NY 10029 | 11477 |
| 447 | NY | Mount Sinai Hospital #34, (KCC Patient Care) | 1176 5th Avenue, New York, NY 10029 | 11478 |
| 448 | NY | Mount Sinai Hospital #35, (Atran/Berg - 2 Buildings) | 1428 Madison Avenue, New York, NY 10029 a/k/a 2 East 100th Street | 11479 |
| 449 | NY | Mount Sinai Hospital #37, (Patient Care) | 1184 5th Avenue, New York, NY 10029 | 11481 |
| 450 | NY | Mount Sinai Hospital #38, (IMA Primary Care & Offices) | 19 East 101st Street, New York, NY 10029 | 11482 |
| 451 | NY | Mount Sinai Hospital #39, (Waste Management) | 1420 Madison Avenue, New York, NY 10029 | 11483 |
| 452 | NY | Mount Sinai Hospital #4, (Owner: MSMC Realty Corp. - Residential Use) | 306 East 96th Street, New York, NY 10028 | 10543 |
| 453 | NY | Mount Sinai Hospital #5, | 333 East 93rd Street, New York, NY 10028 | 10544 |
| 454 | NY | Mount Sinai Hospital #6, (Owner: MSMC Realty Corp. - Residential/Office/Commercial Use) | 1245 Park Avenue, New York, NY 10029 | 10545 |
| 455 | NY | Mount Sinai Hospital #7, | 40 East 98th Street, New York, NY 10029 | 10546 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 456 | NY | Mount Sinai Hospital #8, | 1407 Madison Avenue, New York, NY  10029 | 12635 |
| 457 | NY | Mount Sinai Hosptial #12, | 72-74 East 97th Street, New York, NY  10029 | 12597 |
| 458 | NY | Mount Sinai Hosptial #17, | 51 East 97th Street, New York, NY  10029 | 12602 |
| 459 | NY | Mount Sinai Hosptial #19, | 67 East 97th Street, New York, NY  10029 | 12603 |
| 460 | NY | Mount Sinai Hosptial #20, | 69 East 97th Street, New York, NY  10029 | 12604 |
| 461 | NY | Mount Sinai Hosptial #21, | 71 East 97th Street, New York, NY  10029 | 11465 |
| 462 | NY | Mount Sinai Hosptial #22, | 1740 Second Avenue, New York, NY  10021 | 11466 |
| 463 | NY | Mount Sinai Hosptial #24, | 57-59 East 96th Street, New York, NY  10028 | 11468 |
| 464 | NY | Mount Sinai Hosptial #29,  (Administrative Offices) | 312-320 East 94th Street, New York, NY  10028 | 11473 |
| 465 | NY | Mount Sinai Hosptial #36,    (Faculty Practice) | 5 East 98th Street, New York, NY  10029 | 11480 |
| 466 | NY | Mount Sinai Hosptial #40,  (Annenberg Building) | 1180-1188 5th Avenue, New York, NY  10029 | 11445 |
| 467 | NY | Mount Sinai Hosptial #9, | 1409 Madison Avenue, New York, NY  10029 | 12636 |
| 468 | NY | Mt. Sinai Hospital / Mount Sinai Hospital | 1190 5th Avenue, New York, NY  10029-6503 | 6858 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 469 | NY | Nassau Coliseum | Hempstead Turnpike, Hempstead, Long Island, NY 11550 | 11101 |
| 470 | NY | New Municipal Building | Market Street, Pougkseepsie, NY | 11595 |
| 471 | NY | New Yonkers Public Library | 1 Larkin Plaza, Yonkers, NY 10701 | 6856 |
| 472 | NY | New York Telephone Building c/o Underground Communications | 89-09 165th Street  New York, NY 11432  165th & 88th, Jamaica, NY 11432 | 10720 |
| 473 | NY | Newmark & Company   f.k.a. - 489 Associates Building | 42nd & 5th Ave., New York City, NY | 11089 |
| 474 | NY | Niagara Mohawk Office | 144 Kensington Avenue, Buffalo, NY 14214 (Syracuse, NY) | |
| 475 | NY | Office Building  - c/o Law Offices of Ira S. Newman | 98 Cutter Mill Road, Great Neck, Long Island, NY | 10765 |
| 476 | NY | One Penn Plaza Building c/o Vornado Property Mgt., 2 Penn Plaza, Rm. 1075, New York, NY 10121 | One Penn Plaza, 7th Floor  New York, NY 10019      33rd St. & 7th Ave., New York, NY | 10704 |
| 477 | NY | Park Central Hotel f.k.a. Motel Sheraton | 870 7th Avenue, New York, NY 10019 | 6888 |
| 478 | NY | Park Ridge Nursing Home | 1555 Long Pond Road, Rochester, NY 14626 | 11088 |
| 479 | NY | Pierre Au Tunnel  f.k.a. Pierre Grill | 250 West 47th Street, New York, NY 10036 | |
| 480 | NY | Presidential Plaza Apartment Building | 60 Presidential Plaza, Syracuse, NY 13202 | 6873 |
| 481 | NY | Prudential  f.k.a. 130 John Street Building | 130 John Street, Manhattan, NY | 6892 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 482 | NY | Scott Tower Housing Company  f.k.a. Scott Towers | 205th Street & Paul Avenue, Bronx, NY / n.l.a. 3400 Paul Avenue, Bronx, NY  10468 | 6871 |
| 483 | NY | Sears Shopping Center | Albany, NY | 11488 |
| 484 | NY | St. John's Home for the Aged  /  St. Johns Nursing Home | So. Ave., Rochester, NY / 150 Highland Avenue. | 6869 / 10710 |
| 485 | NY | St. Joseph's Hospital  /  St. Joseph's Intercommunity Hospital | 2605 Harlem Road, Cheektowaga, NY  14225 | 10711 |
| 486 | NY | St. Mary's Hospital | 687 Lee Road, Rochester, NY  14606 | |
| 487 | NY | St. Paul's Church | 2200 Valley Drive, Syracuse, NY  13207 | |
| 488 | NY | Temple Adath Yesyran | Kimber Road, Syracuse, NY  13224 | 11002 |
| 489 | NY | Temple Emanuel | Great Neck, NY  11020 | |
| 490 | NY | The Main Place Mall | Liberty Building, Main Street, Buffalo, NY 14202 | 10774 |
| 491 | NY | The Princeton Club | 15 West 43rd St., New York City, NY  10036 | 6868 |
| 492 | NY | The Regent Wall Street Hotel  f.k.a. National City Bank | 55 Wall Street, New York City, NY  10005 | 6857 |
| 493 | NY | Time Life Building f.k.a. Esso Building | 75 Rockefeller Plaza, New York, NY  10019 1251 Avenue of the Americas, New York City, NY 10020 | 11697 |
| 494 | NY | Tonawanda City Police  f.k.a. Tonawanda Police Job | 200 Niagara Street, Tonawanda, NY  14150 | 11594 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 495 | NY | Town House Hotel | 108 E. 38TH STREET, 4TH FLOOR, NEW YORK, NY 10016 | |
| 496 | NY | Two New York Plaza | 125 Broad Street, New York, NY 10004 | 11100 |
| 497 | NY | Uihlein Mercy Center f.k.a. Sisters of Mercy | 420 Old Military Road, Lake Placid, NY 12946 | 11254 |
| 498 | NY | West Chester Memorial f.k.a. Grassland Hospital | 95 Grasslands Road, Valhalla, NY | 10976 |
| 499 | NY | Westchester Jewish Center Community Center f.k.a. Jewish Center | White Plains Area, Bronx, NY | 11047 |
| 500 | NY | Woodlawn Commons f.k.a. Rubury Apartments | 131 Lawrence Street, Saratoga Springs, NY 12866 | 10745 |
| 501 | NY | Y.M.C.A. | 250 Mamaroneck, White Plains, NY 10605 | 6907 |
| 502 | OH | Allstate Insurance Company f.k.a. Ohio Regional Office Building | 280 Executive Pkwy., Ste. 200, Hudson, OH 44236 | 11161 |
| 503 | OH | Ameritrust Tower (AT Tower) f.k.a. Cleveland Trust Office Building | 900 Euclid Avenue, Cleveland, OH 44115 | |
| 504 | OH | Andrew Jergens Co. | 2535 Spring Grove Avenue, Cincinnati, OH 45214   Post Office Box 145444, Cincinnati, OH 45250 | 6922 |
| 505 | OH | Brainard Management f.k.a. Shelter-Brainard Office | 29001 Cedar Road, Lyndhurst, OH 44124 | 11438 |
| 506 | OH | Diamond Building f.k.a. Superior Square Building | 1100 Superior Square, Cleveland, OH 44114 | 11175 / 11237 |
| 507 | OH | Engineers' Club | 110 E. Monument Avenue, Dayton, OH 44402 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 508 | OH | Englehard Corporation  f.k.a. Harshaw Chemical Company | 1945 East 97th Street, Cleveland, OH  44106-4720 | |
| 509 | OH | Fairview Park Hospital | 18101 Lorain Road, Fairview Park, OH  44126 | 6921 |
| 510 | OH | Geauga Regional Hospital  f.k.a. Geauga Community Hospital | 13207 Ravenna Road, Chardon, OH  44024 | 11157 |
| 511 | OH | Hillshire Farms  f.k.a. Kahn Packing Company | 3241 Spring Grave Avenue, Cincinnati, OH  45229 | |
| 512 | OH | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Minnor Street, Toledo, OH | |
| 513 | OH | LaSalle Apartments  f.k.a. Kock Department Store | 513 Adams Street, Toledo, OH  43604 | 6919 |
| 514 | OH | Liberty Mutual Insurance | N. Castle, OH | |
| 515 | OH | Lima Memorial Hospital | 1001 Bellofontaine Avenue, Lima, OH  45804 | 6918 |
| 516 | OH | Ohio Building f.k.a. Ohio Edison Office Building | 420 Madison Avenue, Toledo, OH  43604 | 6916 / 11174 |
| 517 | OH | Penny's Shopping Center  (FILED CLAIMS FOR ANDERSON WORLDWIDE) | Toledo, OH | |
| 518 | OH | Shaker Heights Police Department Station | 3355 Lee Road, Shaker Heights, OH  44120-3453 | 11177 |
| 519 | OH | Southwyck Shopping Center - Montgomery Ward | 2040 S. Reynolds Road, Toledo, OH  43606 | 11462 |
| 520 | OH | St. Joseph Health Center  f.k.a. Warren General Hospital | 667 Eastland Avenue, SE, Warren, OH  44484 | 11441 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 521 | OH | St. Paul Church | 5433 Madison Road, Cincinnati, OH 45227 | 6839 |
| 522 | OH | The Elisabeth Severance Prentiss Center (Skilled Nursing Care) f.k.a. Severance Medical Building | 3525 Scranton Road, Cleveland, OH 44109 | 11437 / 11436 |
| 523 | OH | Trumbull Memorial Hospital (Forum Health) f.k.a. Trumball County Memorial Hospital | 1350 E. Market Street, Warren, OH 44483 | 11440 |
| 524 | OH | U.S. Bank Tower (New Building PropertyOwners) f.k.a. Gibson Hotel | 425 Walnut Street, Cincinnati, OH 45202 | |
| 525 | OK | Bank of Oklahoma Mortgage | 6030 South Yale Avenue, Tulsa, OK 74136 (MAILING: Post Office Box 2300, Tulsa, OK 74192) | 11185 |
| 526 | OK | Cameron Office Building | Oklahoma City, OK | 6838 |
| 527 | OK | City Hall f.k.a. Tulsa Civic Center | 200 Civic Center Plaza, Tulsa, OK 74103 | 11139 |
| 528 | OK | First Christian Church | 101 E. 13th Street, Ada, OK 74820 | 6837 |
| 529 | OK | First National Tower c/o Jones, Givens, Cotcher, Bogan | 3800 First National Tower, Tulsa, OK 74103 | |
| 530 | OK | Tulsa Performing Arts Center f.k.a. Performing Arts Center | 110 E. 2nd Street, Tulsa, OK 74103 | 11140 |
| 531 | OK | Williams Centre Management Office (Williams HQ Company Building) f.k.a. Williams Center | One Williams Centre, Tulsa, OK 74172 | 11138 |
| 532 | OR | Hotel Lucia f.k.a. Hoyt Hotel | 400 SW Broadway, Portland, Oregon 97205 | |
| 533 | OR | Kaiser Permanente - Sunnyside Medical Center f.k.a. Kaiser Hospital | 10180 S.E. Sunnyside Road, Clackamas, OR 97015 | 11263 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 534 | OR | Llewelyn Williams  f.k.a. Lew Williams Chevrolet Company | 1982 Gilham Road, Eugene, OR  97401 | |
| 535 | OR | Sacred Heart Medical Center  f.k.a. Sacred Heart Hospital | 1255 Hilyard Street, Eugene, OR  97440 | 11240 |
| 536 | OR | U.S. National Bank (Historic) | 309 SW 6th Avenue, Portland, OR 97204 | 11217 |
| 537 | OR | Wells Fargo Center H.Q. f.k.a. First National Bank Tower | 1300 S.W. 5th Avenue, Portland, OR  97201 | 11137 |
| 538 | PA | ACCO Buildings 96, 97, 98 Fireproofing | Harrisburg, PA | |
| 539 | PA | Adams County National Bank  f.k.a. Gettysburg National Bank | Gettysburg, PA  17325 | |
| 540 | PA | Allegheny General Hospital in Pittsburgh  f.k.a. Allegheny General Hospital | 320 E. North Avenue, Pittsburgh, PA  15212 | 10982 |
| 541 | PA | Allentown Truck Sales  f.k.a.  Mack Truck Office Building | 1407 Bulldog Drive, Allentown, PA  18104 | 10945 |
| 542 | PA | Armstrong County Memorial Hospital  f.k.a. Armstrong County Hospital | 1 Nolte Drive, Kittanning, PA  16201 | 10972 |
| 543 | PA | Bayer Corporation  f.k.a. Winthrop Laboratories (Division of Sterling Drug) | 2100 W. Stoever Avenue, Myerstown, PA  17067 | |
| 544 | PA | Bell Atlantic Corporation f.k.a. Bell Telephone Company of Pennsylvania | 1717 Arch Street, Philadelphia, PA 19103-2713 | 6841 |
| 545 | PA | Cedarbrook Fountain Hill Nursing Home  f.k.a. Fountain Hill Nursing Home | 724 Delaware Avenue, Bethlehem, PA  18015 | 11122 |
| 546 | PA | Children's Home of Pittsburgh | 5618 Kentucky Avenue, Pittsburgh, PA  15232 | 6831 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 547 | PA | Citizens General Hospital | 651 Fourth Avenue, New Kensington, PA 15068 | 10969 |
| 548 | PA | Corry Memorial Hospital | 612 W. Smith Street, Corry, PA 16407 | 10979 |
| 549 | PA | D.L.P.S.T. Office Building | 5th & Locust Streets, McKeesport, PA 15130 | 10967 |
| 550 | PA | First National Bank | Allentown, PA | 10997 |
| 551 | PA | First National Bank | State Street, Erie, PA | 11121 |
| 552 | PA | First Presbyterian Church | 771 Pennsylvania Avenue, Morrisville, PA 19067 | |
| 553 | PA | Fox Chapel Golf Club  f.k.a. Fox Chapel Country Club | 426 Fox Chapel Road, Pittsburgh, PA 15238 | 10978 |
| 554 | PA | Frick Hospital  f.k.a. Henry Clay Frick Community Hospital | 508 S. Church Street, Mt. Pleasant, PA 15666 | 10986 |
| 555 | PA | Granziano Building | Corner Frankstown Road & Duff, Pennsylvania Hills, Pittsburgh, PA 15238 | 11142 |
| 556 | PA | Herald-Standard Newspaper  f.k.a. Uniontown Newspaper Building | 8 East Church Street, Uniontown, PA 15401 | 11191 |
| 557 | PA | Hershey Chocolate Corporation / Hershey Food Corporation | 100 Crystal A. Drive # 8, Hershey, PA 17033 | |
| 558 | PA | Holiday Inn North Hills  f.k.a. Sheraton North Motor Inn | 4849 McKnight Road, Pittsburgh, PA 15237 | 11196 |
| 559 | PA | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Greensburg, PA | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 560 | PA | Jackson Heights High Rise for the Elderly f.k.a. Lackawanna County High Rise for the Elderly | 1001 Jackson Street, Scranton, PA  18504-2450 | 10791 |
| 561 | PA | Kaufmann's Department Store | Route 19, South, Mt. Lebanon, PA  15228 | 11558 |
| 562 | PA | Lake Erie College of Osteopathic Medicine  f.k.a. General Telephone & Electric Data Center | 1858 W. Grandview, Erie, PA  16509 | 11559 |
| 563 | PA | Liberty Mutual Insurance Building | 2501 Wilmington Road, New Castle, PA  16105 | 11013 |
| 564 | PA | Masonic Temple | King & Franklin Streets, Pottstown, PA  19464 | |
| 565 | PA | Meadview Medical Center  f.k.a. Meadville Hospital | Meadville, PA | 10785 |
| 566 | PA | Memorial Hospital  f.k.a. York Hospital | 325 S. Belmont Street, York, PA  17403 /  MAILING: Post Office Box 15118, York, PA  17405 | 11186 |
| 567 | PA | Methodist Towers Apartments, Inc. f.k.a. Methodist Towers | 160 West 8th Street, Erie, PA  16501 | 10783 |
| 568 | PA | Penn Mutual Life Building c/o Beneficial Savings Bank  f.k.a. Penn Mutual Life Insurance Company Job | 530 Walnut Street, Philadelphia, PA  19106 | 6829 |
| 569 | PA | Philadelphia Electric Company  c/o & Represented by Shein Law Center | (121 S. Broad Street, 21st Floor, Philadelphia, PA  19107)  23rd & Market Streets, Philadelphia, PA | 11201 |
| 570 | PA | Presbyterian Church | 54 E. Corydon Street, Bradford, PA  16701 | 6828 |
| 571 | PA | Pro Am Northeast, Inc. - Nissley Propane  f.k.a. Nissley Bottled Gas Company | 1113 Steinmetz Road, Ephrata, PA  17522-7289 | 11203 |
| 572 | PA | Saint Mary's Healthcare Services  f.k.a. St. Mary's Medical Center | 853 Morefield Road, Philadelphia, PA  19115 | 11195 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 573 | PA | Shamokin City - Housing Authority (Harold E. Thomas) f.k.a. Shamokin High Rise Building | 170 E. Dewart Street, Shamokin, PA  17872 | 11199 |
| 574 | PA | St. Canice Catholic Church | 222 Orchard Place, Pittsburgh, PA  15210 | 10735 |
| 575 | PA | Sunbury Housing Authrcity - Chestnut Tower f.k.a. Sunbury Hi-Rise | 725 Chestnut Street, Sunbury, PA  17801 | 11192 |
| 576 | PA | Susque-View Home & Health Center f.k.a. Long Term Nursing Facility | 22 Cree Drive, Lock Haven, PA  17745 | 10790 |
| 577 | PA | The Bank Center Tower c/o Pittsburgh National Bank f.k.a. Peoples Savings & Trust Building | 307 Fourth Avenue, Pittsburgh, PA  15222 | |
| 578 | PA | The Children's Institute f.k.a. Crippled Children's Home | 6301 Northumberland Street, Pittsburgh, PA 15217-1333 | 10968 |
| 579 | PA | Torrance State Hospital | Torrance Road, Torrance, PA  (Mail - Post Office Box 111, Torrance, PA  15779) | 11085 |
| 580 | PA | UPMC Shadyside - Hillman Cancer Center f.k.a. Shadyside Hospital | 5230 Center Avenue, Pittsburgh, PA  15232-1304 | 10999 |
| 581 | PA | W.F. Hinchey Contruction   (Pittsburgh, PA) | 1125 Gilcrest Drive, Pittsburgh, PA  15235-5224 | 11188 |
| 582 | PA | YMCA Auditorium | 34 N. Broad Street, Ridgeway, PA  15853 | 6843 |
| 583 | RI | Carr H. & Sons, Inc., (Interior Contractors) f.k.a. H. Carr Company | 100 Royal Little Drive, Providence, RI  02904 | 10530 |
| 584 | RI | Citizens Bank f.k.a. Citizens National Bank | 63 Westminster Street / 870 Westminster Street, Provicence, RI  02903 | 10529 |
| 585 | RI | Rhode Island Hospital | 593 Eddy Street #479A, Providence, RI  02902 | 10531 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 586 | RI | The Westerly Hospital  f.k.a. Medical Building W/D | 25 Wells Street, Westerly, RI  02891 | 6842 |
| 587 | SC | Aldergate Methodist Church | 211 Alice Drive, Sumter, SC  29150-3809 | 6687 |
| 588 | SC | Cornell Arms Apartments | 1230 Pendleton Street, Columbia, SC  29201 | 10847 |
| 589 | SC | Driftwood on the Oceanfront  f.k.a. Driftwood Hotel | 1600 North Ocean Blvd., Myrtle Beach, SC  29577 | |
| 590 | SC | First Baptist Church - Camden | 1201 Broad Street, Camden, SC  29020-3599 | 6683 |
| 591 | SC | G.E. Company Manufacturing Plant  f.k.a. General Electric Company - Addition (Phase-V) | 201 Forrester Drive, Greenville, SC  29607 | 10853 |
| 592 | SC | La Quinta Inn (Possible)  f.k.a. Carolina Motor Inn / Columbia Motor Inn | 1335 Garner Lane, Columbia, SC  29210-8301 | 10878 / 10845 |
| 593 | SC | Landmark Resort Hotel  f.k.a. Landmark Motel | 1501 South Ocean Blvd., Myrtle Beach, SC  29577 | 10860 |
| 594 | SC | Mary Black Memorial Hospital  f.k.a. Mary Black Hospital | 1700 Skylyn Drive, Spartanburg, SC  29307 | 10863 |
| 595 | SC | Medical University of South Carolina (MUSC)- Rutledge Tower  f.k.a. St. Francis Hosptial (Old Building) | 2095 Henry Tecklenburg Drive, Charleston, SC  29414 | 6682 |
| 596 | SC | Palmetto Health Hospital - Richland  f.k.a. Richland County Hospital | 5 Richland Medical Park Drive, Columbia, SC  29203-8000 | 10841 |
| 597 | SC | Silver Sands Motel  f.k.a. Siver Sands Hotel | 2504 North Ocean Drive, Myrtle Beach, SC  29577-3241 | 10923 |
| 598 | SC | St. Francis Hospital | One St. Francis Drive, Greenville, SC  29601 | 10926 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 599 | SC | Trinity Baptist Church  f.k.a. Baptist Office Building | 2521 Richland Street, Post Office Box 4858, Columbia, SC  29204 | 6686 |
| 600 | SC | Trinity United Methodist Church  f.k.a. Trinity Methodist Church | 226 West Liberty, Sumter, SC  29150 | 6681 |
| 601 | SC | Woodstream Farms Apartments  f.k.a. Ohara Apartment | 200 Mitchell Road, Greenville, SC  29615 | 10837 |
| 602 | SD | Masonic Temple f.k.a. Masonic Hall | 7 East Main Street, Vermilion, SD  57069 | |
| 603 | SD | Sears / Roebuck | Sioux Falls, SD | 11490 |
| 604 | SD | Sioux Valley Hospitals & Health System - USD Medical Center  f.k.a. Sioux Valley Hospital | MAIL:  Post Office Box 5039, Sioux Falls, SD  57117-5039  |||  1305 West 18th Street, Sioux Falls, SD  57117-5039 | 11447 |
| 605 | TN | Baptist Memorial Hospital - Huntingdon | 631 R.B. Wilson Drive, Huntingdon, TN  38344 | 10535 |
| 606 | TN | Belle Meade Country Club | 815 Belle Meade Blvd., Suite 2, Nashville, TN  57069 | |
| 607 | TN | Bristol Hospital | Bristol, TN | 6696 |
| 608 | TN | First Memphis Plaza | 4466 Elvis Presley Blvd. # 211, Memphis, TN  38116 | 10966 |
| 609 | TN | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Goodlettsville, TN | |
| 610 | TN | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Memphis, TN | |
| 611 | TN | J.C. Penny  (CLAIMS FILED FOR ANDERSON WORLDWIDE) | Nashville, TN | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 612 | TN | Johnson City Mall (The Mall at Johnson City) f.k.a. Britts Store - Miracle Mall | 2011 N. Roan Street, Johnson City, TN 37601 | 10536 |
| 613 | TN | Mountain City Medical Center  f.k.a. Mountain City Hospital Addition | 224 South Church Street, Mountain City, TN 37683 | 11724 |
| 614 | TN | Provident Life & Accident Insurance Company | 1 Fountain Square, Chattanooga, TN 37402 | 6693 |
| 615 | TN | Rivergate Mall   (Tenant - Walgreen Drugs) | 1000 Rivergate Parkway, Goodlettsville, TN 37072 | 11720 |
| 616 | TN | Shelby County Division of Health Services  f.k.a. Shelby County Health Center | 814 Jefferson Avenue, Memphis, TN 38103 | 11460 |
| 617 | TN | Sycamore Shoals Hospital  f.k.a. Carter County Hospital Addition  -  NOTE: ONLY HOSPITAL LISTED | 1501 West Elk Avenue, Elizabethton, TN 37643 | 10519 |
| 618 | TN | Wellmont-Hawkins County Memorial Hospital f.k.a. Rogersville Hospital - Learning Resource Center | 851 Locust Street, Rogersville, TN 37857 | 11721 |
| 619 | VA | American National Bank & Trust, Company  f.k.a. Piedmont Trust Bank | 201 East Main Street, Martinsville, VA  24112-2815 | 10528 |
| 620 | VA | Friendship Manor | 327 Hershberger Road, Roanoke, VA  24012 | 11455 |
| 621 | VA | Ginter Park Methodist Church | 1010 West Laburnum Avenue, Richmond, VA 23227 | |
| 622 | VA | Homestead Hotel | 1 U.S. Route 220, Hot Springs, VA  24445 | 6691 |
| 623 | VA | Homestead Hotel - Cascades Crab House | 1 U.S. Route 220, Hot Springs, VA  24445 | 6860 |
| 624 | VA | Homestead Hotel - Cascades Inn | 1 U.S. Route 220, Hot Springs, VA  24445 | 6865 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 625 | VA | Homestead Hotel - Cotteges | 1 U.S. Route 220, Hot Springs, VA  24445 | 6846 |
| 626 | VA | Homestead Hotel - Maintenance Shops | 1 U.S. Route 220, Hot Springs, VA  24445 | 6863 |
| 627 | VA | Homestead Hotel - Old Purchasing Warehouse | 1 U.S. Route 220, Hot Springs, VA  24445 | 6864 |
| 628 | VA | Homestead Hotel - Power House | 1 U.S. Route 220, Hot Springs, VA  24445 | 6861 |
| 629 | VA | Homestead Hotel - Spa | 1 U.S. Route 220, Hot Springs, VA  24445 | 6859 |
| 630 | VA | Homestead Laundry  - Homestead Hotel | 1 U.S. Route 220, Hot Springs, VA  24445 | 6862 |
| 631 | VA | Johnston Willis Hospital | 1401 Johnston Willis Drive, Richmond, VA 23235 | |
| 632 | VA | Mary Washington Hospital - Self Care Unit | 1001 Sam Perry Blvd., Fredericksburg, VA 22401 | 11484 |
| 633 | VA | Memorial United Methodist Church | Richmond, VA | 6690 |
| 634 | VA | Sentara Williamsburg Community Hospital  f.k.a. Williamsburg Community Hospital | 301 Monticello Avenue, Williamsburg, VA 23185 | 11430 |
| 635 | VA | Seven-O-Seven Building | 707 Jefferson Street, Roanoke, VA  24011 | |
| 636 | VA | St. Mary's Hospital | 5801 Bremo Road, Richmond, VA  23226 | 6679 |
| 637 | VA | The MITRE Corporation  f.k.a. Westgate Research Park Projects | 8401 Greensboro Drive, McLean, VA  22101 | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 638 | VA | United Way International Headquarters f.k.a. United Way Building | 701 North Fairfax Street, Suite 310, Alexandria, VA  22314 | 11451 |
| 639 | VA | Virginia Hospital Center  f.k.a. Arlington Hospital CLAIM 1-2 | 1701 North George Mason Drive, Arlington, VA 22205 | 11567 |
| 640 | VA | Wellmont Lonesome Pine Hospital  f.k.a. Big Stone General Hospital | 1990 Holton Avenue East, Big Stone Gap, VA 29219 | 11458 |
| 641 | VA | Williamsburg Motor Court f.k.a. Cafeteria Bldg., Motor Hotel | 2200 Richmond Road, Williamsburg, VA  23185-2755 | |
| 642 | VT | Appletree Bay Medical Center (VA Outreach Clinic)  f.k.a. Medical Center | 1205 North Avenue, Burlington, VT  05401 | 11450 |
| 643 | WA | Goodwill - Community Learning Center f.k.a. First National Bank Building | 1400 South Dearborn, Seattle, WA  98144 | 11123 |
| 644 | WA | Union Bank of California Center (Main Office Building) f.k.a. Bank of California | 900 Fourth Avenue, Seattle, WA  98104 | 11427 |
| 645 | WA | Verizon Communications  f.k.a. West Coast Telephone Company | 1800 41st Street, Everett, WA 98201-5072 | 6673 |
| 646 | WA | Washington Trust Financial Center (Main Branch) f.k.a. Washington Trust Building | 717 West Sprague Avenue, Spokane, WA 99201 | 11235 |
| 647 | WI | Grace Lutheran Church  f.k.a. Grace Evangelical Lutheran Church | 3700 Washington Avenue, Racine, WI 53405 | 6671 |
| 648 | WI | Lodgewood Apartments | 1121 N. Waverly Drive, Milwaukee, WI 53202 | |
| 649 | WI | Mainview Apartments f.k.a. Raulf Hoitel | 530 North Main Street, Oshkosh, WI54901 | |
| 650 | WI | Sears & Grant Building | Lacrosse, WI | 11489 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 651 | WI | St. Rita's Parish | 2318 S. 61st St., Milwaukee, WI 53219 | 6910 |
| 652 | WI | Tender Elder Care (POSSIBLE) f.k.a. House for the Elderly | Rural Route 2, Box 419C, Ashland, WI 54806 | 10965 |
| 653 | WV | BB&T Branch Offices (POSSIBLE) f.k.a. City National Bank | 120 Fairmont Avenue, Fairmont, WV 26554-2816 | 11412 |
| 654 | WV | Montgomery General Hospital f.k.a. Montgomery Hospital | 401 6th Avenue, Montgomery, WV 25136 | 11414 |
| 655 | WV | Moundsville Housing Authority | 501 Tenth Street, Moundsville, WV 26041 | 6854 |
| 656 | WV | Ohio Valley Medical Center (Admin. Bldg.) f.k.a. Ohio Valley General Hospital - New Administration Building | 200 Eoff Street, Wheeling, WV 26003 | 11181 / 11182 |
| 657 | WV | Ohio Valley Medical Center (Educational Bldg.) f.k.a. Ohio Valley General Hospital - New Educational Building | 200 Eoff Street, Wheeling, WV 26003 | 11258 |