Tab g

W. R. Grace Claimants

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 1 | AR | Merchant's National Bank | Ft. Smith, AR | |
| 2 | AZ | First National Bank of Arizona | Kingman, AZ | 10727 |
| 3 | AZ | Valley Place Methodist Church | AZ | |
| 4 | CA | Aetna Life & Casualty Tower (38- Story Structure) | San Francisco, CA | |
| 5 | CA | Berkeley Savings & Loan Co. | Berkeley, CA | |
| 6 | CA | Columbia Center | San Diego, CA | |
| 7 | CA | Crocker-Citizens Plaza | 611 W 6th St., Los Angeles, CA 90017 | 11231 |
| 8 | CA | Dual Theaters - Serramonte Shopping Center | Daly City, CA | |
| 9 | CA | Health Center | Chico, CA | 11385 |
| 10 | CA | Herbert C. Mothitt Hospital   (DAS University of CA Bldg.) | San Francisco, CA | |
| 11 | CA | Hunt Foods Office Building | Fullerton, CA  92831 | 10806 |
| 12 | CA | Metropolitan | San Francisco, California | |
| 13 | CA | San Francisco, CA - Senior Citizens Project | 1880 Pine Street, San Francisco, CA | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 14 | CA | Tower Apartment Building | Richmond, CA  94530 | 11225 |
| 15 | Canada | Guelph University | Toronto, Canada | |
| 16 | Canada | The College of Notre Dame de Bellevue | Quebec City | |
| 17 | Canada | University of Montreal - New Social Science Building & Law Building | Montreal, Quebec, Canada | |
| 18 | CO | Mile High Medical Arts Bldg. | Denver, CO | 11712 |
| 19 | CO | Mountain Bell | Denver, CO | 11536 |
| 20 | CO | Mountain States Telephone Company | Denver, CO | 11707 |
| 21 | CO | West Farm Bureau Life Building | Denver, CO | 11710 |
| 22 | CT | Bunker-Ramo | Trumball, CT | |
| 23 | CT | Brady Bordman Contractor, c/o Dwight Contractors | Cedar Street, New Haven, CT | 11058 |
| 24 | CT | Connecticut National Bank | Bridgeport, CT | |
| 25 | CT | Gant Shirt Co. | New Haven, CT | 11149 |
| 26 | CT | Housing for Elderly (Roger St. Lawrant) | Bristol, CT | 11147 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 27 | CT | Largo Properties  -  CB Richard Ellis (Tenent-Suite #2) | 2777 Summer Street, Stamford, CT  06905 | 11146 |
| 28 | CT | Ramada Development | I-95 & Hwy. 27, Stonington, CT | 10761 |
| 29 | CT | Rehabilitation & Diagnostic Center | Mansfield, CT | 11062 |
| 30 | CT | Westport Office Bldg. | Westport, CT | 11539 |
| 31 | DC | City Line Towers | Washington, DC | 11540 |
| 32 | DC | Cosmat Center | Washington, DC | 11541 |
| 33 | DC | Cottages - Jr. Village | Washington, DC | 11542 |
| 34 | DC | Dart Drug | Washington, DC | 11543 |
| 35 | DC | Downtown Central Library | Washington, DC | |
| 36 | DC | East Portico of the Capital Building (Contact-Office of the Architect of the Capitol) | 8000 U.S. Senate, Washington, DC | |
| 37 | DC | Washington Cathedral | Washington, DC | |
| 38 | FL | 5134 Hanna Street | 5134 Hanna Street, Tampa, FL | |
| 39 | FL | City Hall | Florida | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 40 | FL | Florida Highway Patrol | Winter Park, FL | |
| 41 | FL | Independent Life Insurance Co. | Jacksonville, FL | |
| 42 | FL | Miami Jail | Florida | |
| 43 | FL | Pratt/Whitney Job | W. Palm Beach, FL | 11547 |
| 44 | FL | Vitality Foodservice, Inc., f.k.a. First National Bank | 111 East Madison Street, Tampa, FL  33602 | 10754 |
| 45 | FL | W.T. Cash Hall (Owned by John H. Phipps, Inc.) | 700 N. Woodward Ave., Tallahasee, FL | |
| 46 | GA | Academy for the Blind Dorm # 2 | 2895 Vineville Ave, Macon, GA | |
| 47 | GA | First National Bank Job | Macon, GA | 11551 |
| 48 | IA | Residence | 408 5th Ave., Decorah, IA | |
| 49 | IL | 3570 West Lake | Wilmette, IL 60091 | 10983 |
| 50 | IL | Advocate Lutheran General Hospital (Possible) f.k.a. Lutheran Hospital South | 1775 Dempster Street, Park Ridge, IL  60068 | 11067 |
| 51 | IL | All State Insurance Building | Northbrook, IL | |
| 52 | IL | Benefit Trust | Evanston, IL | 11155 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 53 | IL | Children's Memorial Hospital | North Lincoln Avenue, Chicago, IL | |
| 54 | IL | Connecticut Mutual Life Insurance | Washington & Dearborn Streets, Chicago, IL | |
| 55 | IL | Ford City Bank Addition | IL | 11069 |
| 56 | IL | Highland Hospital | Washington & Dearorn Streets, Chicago, IL | |
| 57 | IL | Illinois Replacement Hospital | Chicago, IL | |
| 58 | IL | Nine Story Office Building | Rosemont, IL | 10756 |
| 59 | IL | Ravenswood Health Care Centers - NcNeil Rehabilitation Center Ravenswood Hospital f.k.a. Martha Washington Hospital | 4055 North Western Avenue, Chicago, IL  60618 | 10984 |
| 60 | IL | St. Joseph's Hospital | Oakdale Avenue & Lake Shore Drive West, Chicago, IL | |
| 61 | IL | United Insurance Building | Chicago, IL | |
| 62 | IN | Elkhart Warehouse | 201 S. Howland St., Elkhart, IN | |
| 63 | IN | Mather Residence | New Albany, IN | |
| 64 | IN | Permanent Federal Bank f.k.a. Permanent Savings & Loan Bldg. | 555 Tennis Lane, Evansville, IN 47715 | 10994 |
| 65 | IN | Trust Building | East Washington St., Indianapolis, IN | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 66 | KS | Eastside Financial Center | Kellog & Rock Road, Wichita, KS | 11715 |
| 67 | KS | Jensen Salsrer Lab Addition | 2000 S. 11th Street, Kansas City, KS 66103-1438 | 10515 |
| 68 | KS | Merchant's National Bank | Topeka, KS | 10513 |
| 69 | KS | Retarded Children's Center | Emporia, KS | |
| 70 | KS | Team Track Civic & Culture Center | 306 S. Mosley, Wichita, KS | |
| 71 | KS | Wichita Airport Authority a.k.a. Wichita Municipal Airport | 2173 Air Cargo Road, Wichita, KS 67209 | 10511 |
| 72 | KY | Hospital Corp. of America  (Note: Originally listed in TN) | 1801 Ashley Circle, Bowling Green, KY 42104 | 10521 |
| 73 | KY | Lincoln Heritage Insurance Company f.k.a. Lincoln Income Life Insurance Co. | Kaden Tower, 6100 Dutchman's Lane, Louisville, KY 40202 | 10946 |
| 74 | LA | Causeway Office Building #2 | 543 North Causeway Boulevard, New Orleans, LA 70471 | 11134 |
| 75 | LA | Court House | LaFayette, LA | |
| 76 | LA | Fisk Building & Investments (POSSIBLE) f.k.a. Obeco Building | 1661 Canal Street, New Orleans, LA 70112-2826 | 11527 |
| 77 | LA | Louisiana National Bank Building | 4th & Florida Streets, Baton Rouge, LA 70801 | 11526 |
| 78 | LA | Oakwood Shopping Center  -  Holmes Department Store | 197 Westbank Expressway, Gretna, LA 70053-2459 | 11523 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 79 | LA | Plauche Office Building | 2626 Canal Street, New Orleans, LA 70112 | 11213 |
| 80 | LA | Villa St. Charles | New Orleans, LA | 11528 |
| 81 | MA | Beacon Construction | 1 Center Plaza, Boston, MA | |
| 82 | MA | Boston Regional Medical Center f.k.a. New England Memorial Hospital | 5 Woodland Road, Stoneham, MA 02180 | 11686 |
| 83 | MA | Charles Newton Apartments | Medford St., Charlestown, MA | |
| 84 | MA | Charles River Park Plaza Office Building | Cambridge St., Boston, MA | |
| 85 | MA | Civic Center | Worcester, MA | |
| 86 | MA | First National Bank | Federal Street, Boston, MA 02110 | 11693 |
| 87 | MA | First National Bank of Franklin County | Franklin County, MA | 11514 |
| 88 | MA | Former New England Telephone Building | Lowell, MA | |
| 89 | MA | Grossman's | 22 Sterns Road, Brookline, MA | |
| 90 | MA | Guaranteed Bank | Main St., Worcester, MA | |
| 91 | MA | Hearthstone Plaza | Route 9, Brookline, MA | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 92 | MA | J. Sgrol Patriot Life Insurance   (Patriot General Life Insurance Company) | Concord, MA  01742 | |
| 93 | MA | Lynn Massachusetts Garage Ceiling | Lynn, MA | |
| 94 | MA | Mechanic's Bank - Worcester Center | Worcester, MA | |
| 95 | MA | Muzzy's Day Square Florist (Possible)  f.k.a. Day Square Building | 415 Broman Street, East Boston, MA | 11692 |
| 96 | MA | Southbridge YMCA | Southbridge, MA | |
| 97 | MA | Springfield Hobby Club / Keystone Building | 307 Chestnut St., Springfield, MA | |
| 98 | MD | Bird Banding Record Center | Rt. 197, Laurel, MD | |
| 99 | MD | Fidelity Baltimore National Bank | Baltimore, MD | |
| 100 | MD | Hotel Belvedere-Coffee Shop | Baltimore, MD | |
| 101 | MI | Bank One Building f.k.a. Union Bank Building | 200 Ottawa Avenue, NW, Grand Rapids, MI 49503 | 10663 |
| 102 | MI | Detroit Northern Insurance Building | Hancock, MI | 10691 |
| 103 | MI | Detroit Securities Co., Cass Building | Detroit, MI | |
| 104 | MI | Henry Ford Wyandotte Hospital f.k.a. Wyandotte General Hospital | 2333 Biddle Avenue, Wyandotte, MI  48192 | 10800 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 105 | MI | Koppy-Neuer - 4 Story Office Building | Lasher Road & Northwestern Hwy., Southfield, MI | |
| 106 | MI | Lenawee Medical Center Facility | Between 223 & 34, Adrain, MI | |
| 107 | MI | M.C.R.R. Fruit Auction Building | Detroit, MI | |
| 108 | MI | Office Building | Fort & 15th St., Detroit, MI | |
| 109 | MI | Professional Office Building | 1500 Woodward Ave., Bloomfield Township, MI | |
| 110 | MI | Sinai - Grace Hospital  f.k.a. Mt. Carmel  Mercy Hospital | 6071 W. Outer Drive, Detroit, MI 48235-3354 | 11219 |
| 111 | MI | Six Story Office Building | Evergreen & 10-1/2 Mill Road, Southfield, MI | |
| 112 | MI | St. Joseph Hospital | Five Mile Road, Redford, MI | 11222 |
| 113 | MI | State of Michigan Plaza  f.k.a. Executive Plaza | 1200 6th Street, Detroit, MI  48226 | 11605 |
| 114 | MN | 3-M Company Administration Building | 3-M Center, # 220-3W-05, St. Paul, MN  55144 | |
| 115 | MN | American Hoist & Derrick | St. Paul, MN | |
| 116 | MN | Beutows Office Building No. 2  c/o The American Academy of Acupuncture & Oriental Medicine | 1925 County Road B-2, Roseville, MN  55113 | 10587 |
| 117 | MN | Deaconess Hospital | Duluth, MN | 10524 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 118 | MN | Duluth Entertainment Convention Center f.k.a. Civic Center Auditorium | 350 Harbor Drive, Duluth, MN 55802 | 10525 / 10527 |
| 119 | MN | Empire National Bank | St. Paul, MN | |
| 120 | MN | Major League Shopping Center | Maplewood, MN | 11426 |
| 121 | MN | May Brothers Company | Minneapolis, MN | |
| 122 | MN | Nashwauk Lumber & Coal Company - Nashwauk, MN and Blue Diamond Co. - Dallas, TX | Nashwauk, MN | |
| 123 | MO | Baptist Lutheran Memorial Hospital f.k.a. Baptist Memorial Hospital | 6601 Rockhill Road, Kansas City, MO 64131 | 10799 |
| 124 | MO | Continental Telephone Company | Wentzville, MO (Saint Charles County) | 10797 |
| 125 | MO | Far-Mar Company | Lower Lake Road, St. Joseph, MO 64504 | 11011 |
| 126 | MO | Ferguson-Florissant Reorganized School District f.k.a. Francisan Sisters of Our Lady of Perpetual Help | 201 Brotherton Lane, Ferguson, MO 53135 | 10795 |
| 127 | MO | Kansas City Public _____ | Kansas City, MO | |
| 128 | MO | Liberty Supermarket (BUILDING UNKNOWN) | Cape Girardeau, MO | 10723 |
| 129 | MO | Medical Office Building | 68 & Troost Avenue, Kansas City, MO 64108 | 10726 |
| 130 | MO | Nationwide Nursing Home - Charles Still Hospital | Jefferson City, MO | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 131 | MO | Salem House Restaurant | St. Louis, MO | |
| 132 | MO | St. Louis Hill Medical Building 2nd Floor Parking Lot | St. Louis, MO | |
| 133 | MO | St. Louis Market | St. Louis, MO | |
| 134 | MS | Lauderdale County Court House | 500 Constitution Avenue, Meridian, MS 39301-5160 | |
| 135 | MS | Village Fair Mall  f.k.a. Village Fair Shopping | Village Fair Mall, Meridian, MS 39301 | 11406 |
| 136 | NC | Bank of America  f.k.a. Raleigh Savings & Loan | 4325 Glenwood Avenue, Raleigh, NC  27612 | 11581 |
| 137 | NC | Computer Office Building | 301 N. Church St., Winston-Salem, NC  27101-3820 | 11587 |
| 138 | NC | Draymore Manufacturing Co. | Mooresville, NC | 11586 |
| 139 | NC | NC Federal Savings & Loan f.k.a. Northwestern Bank Building | 230 South Tryon Street, Charlotte, NC 28202 | 11583 |
| 140 | NC | Rose Office Bldg. | Rocky Mount, NC | |
| 141 | NC | Village Country Club West f.k.a. Carolina Country Club | 4224 Country Club Dr., Wilson, NC 27896 | 11588 |
| 142 | ND | Holiday Inn  f.k.a. New Holiday Motor Inn | 3803 13th Avenue, S., Fargo, ND  58103 | 11606 |
| 143 | NE | Jefferson Pilot Financial Insurance Company f.k.a. Guarantee Mutual Life Office Building | 8801 Indian Hills Drive, Omaha, NE  68114 | 11170 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 144 | NE | Nebraska Savings & Loan | Omaha, NE | 10706 |
| 145 | NE | Omaha City Auditorium Complex | 1804 Capital Street, Omaha, NE  68102 | 10778 |
| 146 | NE | Regency # 2 | 9900 Regency Road, Omaha, NE 68114 | 11167 |
| 147 | NE | St. Luke's Baptist Hospital  f.k.a. St. Luke's Hospital | 29th & Pierce, Omaha, NE  68111 | 11247 |
| 148 | NJ | Airport 17 Office Building (Possible) f.k.a. Teterboro Office Building | 377 State Route 17, Suite 117, Hasbrouck, NJ 07604 | 11398 |
| 149 | NJ | Cherry Hill Mall  f.k.a. Cherry Hill Plaza | 2000 Route # 38, Cherry Hill, NJ  08002 | 11387 |
| 150 | NJ | Hall of Records | Jersey City, NJ | |
| 151 | NJ | Home for the Aged | Bridgeton, NJ | 11392 |
| 152 | NJ | Ingersol-Rand Co. | 200 Chestnut Ridge Road, Woodcliff, NJ 07675 | 11578 |
| 153 | NJ | Livingston Mall - Bambergers | 112 Eisenhower Parkway, Livingston, NJ 07039 | 10537 |
| 154 | NJ | Long Distance Switching Center | Hamilton Township, NJ | 11577 |
| 155 | NJ | Metal Litho U.S. Can Company a.k.a. BMAT Trenton Medal Decorating  f.k.a.Metal-Litho International | 6 Litho Road, Trenton, NJ  08648 | 11575 |
| 156 | NJ | Molecular Dielectric | Orben Drive, Roxbury Township, NJ (Ledgewood County) | 11390 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 157 | NJ | Morris County Courthouse | 200 South Street, Morristown, NJ  07960 | |
| 158 | NJ | Raritan River Center | 430 Hoes Lane, Piscataway, NJ  08854 | 11396 |
| 159 | NJ | South Jersey Hospital  f.k.a. Bridgeton Hospital | 333 Irving Avenue, Bridgeton, NJ  08302 | 10538 |
| 160 | NJ | Union News Cafeteria - Pennsylvania Station | Newark, NJ | |
| 161 | NJ | Woodbridge Center  (Sterns Department Store) f.k.a. Woodbridge Shopping Center | 250 Woodbridge Center Drive, Woodbridge, NJ  07095 | 11574 |
| 162 | NV | MGM Grand Hotel & Casino | 3799 Las Vegas Blvd, South, Las Vegas, NV  89109 | 10956 |
| 163 | NY | 111 Livingston Street | 111 Livingston St., Brooklyn, NY | |
| 164 | NY | 114 Broadway Building | 114 Broadway, New York, NY | |
| 165 | NY | 134th Street & Union Tpke. | 134th Street & Union Tpke., Queens, NY | |
| 166 | NY | 15 Broad Street Building | New York, NY | |
| 167 | NY | 207th Street Building | 207th Street, New York City, NY | |
| 168 | NY | 2550 Atlantic Avenue Building | 2550 Atlantic Avenue, Brooklyn, NY | |
| 169 | NY | 3 Holmes Lane Building | 3 Holmes Lane, Brooklyn, NY | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 170 | NY | 333 East Onondaga Street | Syracuse, NY 13201 | 11444 |
| 171 | NY | 39th Street & 3rd Avenue Building | 39th Street & 3rd Avenue, New York, NY | |
| 172 | NY | 3M Building | 1900 Mt. Reed Blvd., Rochester, NY | |
| 173 | NY | 4231 Vireo Avenue Building | 4231 Vireo Avenue, Bronx, NY | |
| 174 | NY | 65th & Central Park West Building | 65th & Central Park West, New York, NY | |
| 175 | NY | 67th Avenue & 102nd Street Building | 67th Ave. & 102nd St., Forest Hills, Queens, NY | |
| 176 | NY | 77 Water Street Building | 77 Water Street, New York, NY (Manhattan) | |
| 177 | NY | 850-12th Avenue Building | 850-12th Ave., New York City, NY | |
| 178 | NY | A & S Building | Smith Haven Mall, Lake Grove, NY 11755 | 11602 |
| 179 | NY | AIDS Center of Queens County f.k.a. Office Building | 8810 178th St., LP1, Jamaica, NY 11432 | 10766 |
| 180 | NY | Albany County Airport Terminal | Albany, NY 12211 | |
| 181 | NY | Alexander's Department Store | Roosevelt Field, Nassau County, Long Island, NY | 11434 |
| 182 | NY | Bambergers | Route # 59, Manuet, NY | 11433 |

14 - 31

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 183 | NY | Beech-Nut Company | Horton St. & Locust Ave., Port Chester, NY | 11600 |
| 184 | NY | Bethlehem Public Library | 451 Delaware Ave., Delmar, NY | |
| 185 | NY | Bronx Court House | New York City, NY | |
| 186 | NY | Buffalo & Erie County Public Library | 1 Lafayette Square, Buffalo, NY 14203 | |
| 187 | NY | Century Club Ceiling | New York, NY | |
| 188 | NY | Cheming Canal Trust Co. | Main St., Elmira, NY | |
| 189 | NY | Daycare Center | Holt & Douglas Streets, Brooklyn, NY 13021 | 11432 |
| 190 | NY | F.H. McGraw & Co. | 7th Avenue Between 48th & 49th St., New York, NY | |
| 191 | NY | First City National Bank | Court Street, Binghamton, NY | |
| 192 | NY | Gimbels Department Store | Lexington Avenue (Between 86th & 87th), New York, NY | 10748 |
| 193 | NY | Girl Scout Council Building | 335 E. 46th St., New York, NY | |
| 194 | NY | Greenburgh Town Court House | 188 Tarrytown Road, White Plains, NY 10607 | |
| 195 | NY | Greiner Bowling Alley | Cheektawaga, NY | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 196 | NY | Gross Westchester Tower | West Chester, NY | |
| 197 | NY | Harrietstown Town Hall | Saranac Lake, NY | |
| 198 | NY | Hempstead Bank | 1051 Stewart Ave., Garden City, NY  11530-4812 | 10750 |
| 199 | NY | Horn & Hardart Restaurant | 4 Central Avenue, Albany, NY  12210 | |
| 200 | NY | IBM Building | 702C Broadway, Kingston, NY 12401 | 10777 |
| 201 | NY | Jamestown City Hall | New York | |
| 202 | NY | Jewish Blind Institute | Off 65th Street & Central Parkway, New York, NY | |
| 203 | NY | John Hancock Building | New York, NY | |
| 204 | NY | Kleine Department Store (Broadway Street & Gert Shopping Center - Same Bldg.) | Broadway St., Hicksville, Long Island, NY | 10716 / 10718 |
| 205 | NY | Korvettes Department Store | Pelham Pky & Boston Post, Rd. US 1 Pelham Manor, Westchester County, NY | |
| 206 | NY | Meadowbrook Hospital | Hempstead Turnpike & Carmen Ave., Meadowbrook, Long Island, NY | |
| 207 | NY | Memorial Home Hospital | 15 Armon Street, Brooklyn, NY | |
| 208 | NY | Mobil Oil  f.k.a. Standard Oil Building | 45 Rockefeller Plaza, 12th Floor,  New York, NY  10112          26 Broadway,        6 Between 49th & 50th Streets, New York, NY  10017 | 11001 |

16 - 31

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 209 | NY | New Bank Building | 176 Broadway, New York, NY | |
| 210 | NY | New Office Building | 39th & Broadway, New York, NY | |
| 211 | NY | New Office Building | 43rd & 6th Avenue, New York NY | |
| 212 | NY | New Office Building  (DUPLICATE TO 50th STREET & 3rd AVENUE BLDG.) | 825 3rd Avenue (50th Street & 3rd Avenue), New York, NY | |
| 213 | NY | New Office Building (DUPLICATE TO 825 3rd AVENUE BLDG.) | 50th Street & 3rd Avenue (825 3rd Avenue), New York, NY | |
| 214 | NY | New York Building | 135-25 Northern Blvd. Flushing, Long Island, NY | |
| 215 | NY | New York Building | 17 Battery Pl., New York, NY | |
| 216 | NY | New York Building | 26-85 W. 13th Street, Brooklyn, NY | |
| 217 | NY | New York Building | 550 Mamaroneck Ave., White Plains, NY | |
| 218 | NY | New York Building | 962 3rd Avenue at 58th Street, New York, NY | |
| 219 | NY | New York Building | E. 45th Street & Farrogott Rd., Brooklyn, NY | |
| 220 | NY | New York Building | Pulaski & Stonyhollow Road, Green Lawn, NY | |
| 221 | NY | New York Coliseum | 58th Street & Columbus Circle, New York, NY | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 222 | NY | New York Telephone Company f.k.a. Bell Telephone Company | Sunrise Avenue & Wantaugh Ave., Wantaugh, NY 11793 | 11049 |
| 223 | NY | Niagara Falls Convention Center | 305 4th Street, Niagara Falls, NY 14303 | |
| 224 | NY | Office Building | 20 Glen St. - Off Rt. 22, White Plains, NY | |
| 225 | NY | Office Building | 43rd St. & Avenue of Americas, Between 43rd & 44th St., 1133-6th Ave., New York, NY | |
| 226 | NY | Olian Nursing Home | South 25th St., Olean, NY | 11596 |
| 227 | NY | Onondaga County Sanatorium | Syracuse, NY | |
| 228 | NY | Plaza Building | Jerice Township Road, Woodbury, Long Island, NY 11797 | 11696 |
| 229 | NY | Powelson Institute | Syracuse, NY | |
| 230 | NY | Queens County Courthouse Building | 88-11 Sutphin Blvd., Queens, NY 10451 | |
| 231 | NY | R.U. Wilson Building | Union St., Rochester, NY 14624 | 10775 |
| 232 | NY | Savarin Restaurant | New York City, NY | |
| 233 | NY | Security National Bank | Route 135, Mellville, NY 11747 | 10954 / 11695 |
| 234 | NY | Seneca Development f.k.a. Seneca Building | 22 Wright Street, Rochester, NY 14611 | 10708 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 235 | NY | St. Francis de Chantal Church  f.k.a. Francis Dechantol Church | 190 Hollywood Avenue, Bronx, NY | |
| 236 | NY | Stewart Place | Off Moger Avenue, [Mt. Kiseo-NOT A CITY IN NY], NY | 10712 |
| 237 | NY | Telephone Building | 168 St. & 88th Ave., Jamaica, Queens, NY | 10713 |
| 238 | NY | Telephone Building | Mt. Vernon, NY | |
| 239 | NY | Telephone Building | Schenectady, NY | |
| 240 | NY | Telescope Folding Furniture Co. | Grandville, NY | |
| 241 | NY | Temple Isreal Building | Vestal, NY | |
| 242 | NY | Theodore Roosevelt Building | Bevir St., Binghamton, NY | |
| 243 | NY | Tri-City Hospital | [Hiskayuna-NOT A CITY IN NY], NY | 10717 |
| 244 | NY | Utica Mutual Life Insurance Com | New Yartford, NY | |
| 245 | NY | W.G.N. | Franklin & Chippewa St., Buffalo, NY  14202 | 11593 |
| 246 | NY | Water Street & Johns Street Building | Water Street - John & Pearl Street, New York, NY | |
| 247 | NY | Water Street & Johns Street Building | Water Street - John & Pearl Street, New York, NY | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 248 | NY | Wegman Store | East Ave., Rochester, NY | 11592 |
| 249 | OH | 7581 Brant Building | Route #201 of Interstate # 70, Dayton, OH | |
| 250 | OH | Brown Boveri, City of Troy | City of Troy, OH  45373 | |
| 251 | OH | Centinental Center  f.k.a. Ohio Bell Telephone Company | 150 East Gay Street, Columbus, OH  43215 | 11178 |
| 252 | OH | Darling Store | Steubenville, OH | |
| 253 | OH | Daughters of St. Paul Book Store | Con. Prospect & Ontario, Cleveland, OH | 11160 |
| 254 | OH | Essex House | 7610 Reading Road, Cincinnati, OH | |
| 255 | OH | Holmes Hospital / Homot Hospital | Cincinnati, OH | |
| 256 | OH | Mansfield Telephone Co. | Mansfield, OH | |
| 257 | OH | Natural Distillers | Cincinnati, OH | 11562 |
| 258 | OH | NCR Corporation  f.k.a. NCR Distribution Center | 1700 South Patterson Blvd., Dayton, OH  45479 | 11561 |
| 259 | OH | St. Joseph's Community Center  f.k.a. St. Joseph's Hospital | 205 West 20th Street, Lorain, OH  44052 | 11439 |
| 260 | OH | Stella Maris (Cafeteria) Building | 1320 Washington Avenue, Cleveland, OH 44113 | 11176 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 261 | OH | Temple of Healing Stripes | Akron, OH | |
| 262 | OH | United Banking & Trust Company Building f.k.a. Louis Galie Central National Bank Job | 2012 West 25th Street, Cleveland, OH 44113 | 11463 |
| 263 | OH | White Motors | 11 & Cherry Streets, Canton, OH 44702 | 11442 |
| 264 | OK | Capri Motor Hotel | Oklahoma City, OK | |
| 265 | OK | Harper County Court House / Court Clerk | 311 1st Street, Buffalo, OK 73834 | |
| 266 | OK | Nazarene Church | Business Office, 3900 Light Olverhoser Drive, Bethany, OK 73008 / 102 N. Avenue A. Coweta, OK 74429 | |
| 267 | OK | Sanders Office Building | Oklahoma City, OK | |
| 268 | OK | Tulsa Airport | Tulsa, OK | |
| 269 | OR | 521 N. Tillamook Street Building | 521 N. Tillamook Street, Portland, OR 97227 | |
| 270 | OR | 524 N. Tillamook Street Building | 524 N. Tillamook Street, Portland, OR 97227 | |
| 271 | OR | American Timber & Trading Co., Resort | North Plains, OR | |
| 272 | OR | Belmont Telephone | Portland, OR | 11136 |
| 273 | OR | Central Plaza | Beaverton, OR | 11135 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 274 | OR | Eugene Mini Mall | Eugene, OR | 11324 |
| 275 | OR | Meridian Building | Portland, OR | 11261 |
| 276 | OR | North Pacific Plaza Building c/o Mayfield Management Company | 1675 SW Marlow Avenue, Post Office Box 5048, Portland, OR 97208-5048 | 11260 |
| 277 | OR | Oregon Auto | Beverton, OR | 11259 |
| 278 | OR | Piluso's Supper Club | Portland, OR | |
| 279 | PA | AAA Distributing Office | Pittsburgh, PA | 11256 |
| 280 | PA | Amp, Inc. - Main Office Building | Rt. 283, Dupin County, Harrisburg, PA | |
| 281 | PA | Bell Telephone Building | South Main Street, Wilkes-Barre, PA  18701 | 10971 |
| 282 | PA | Bryn Mawr Hospital | Bryn Mawr Avenue, Bryn Mawr, PA | |
| 283 | PA | Centrecrest Home - Nursing Facilities Addition | 502 East Howard Street, Bellefonte, PA  16823 | 11202 |
| 284 | PA | Children's Hospital | Philadelphia, PA | 11242 |
| 285 | PA | Chilton Publishing House | Radnor, PA | 10970 |
| 286 | PA | Christ Evangelical Ref. Church | Norristown, PA | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 287 | PA | Clifford R. Keough Plumbing Heating & Air  f.k.a. L & ET Co., Inc., Pittsburgh, PA | 225 McKinley Ave., Pittsburgh, PA  15221 | 10792 |
| 288 | PA | Court House | Philadelphia, PA | |
| 289 | PA | Elliott Company - Acoustical Lab | Ridgeway, PA | |
| 290 | PA | Fenestra Division of Marmon Group, Inc., f.k.a. Fenestra Inc. Door Products Division | Philadelphia, PA / P.O. Box 8189, Erie, PA 16505 | 11560 |
| 291 | PA | Founders Hall | Rt. 322, Hershey, PA | |
| 292 | PA | Hess Department Store | North Queen & East Orange St., Lancaster, PA | |
| 293 | PA | Hilton Garden Inn  f.k.a. Hilton Inn | 1100 Arch Street, Philadelphia, PA  19107-2956 | |
| 294 | PA | Insurance Building | Bryn Mawr, PA | |
| 295 | PA | John V. McIntire Plaster  f.k.a. McIntire Company | 1518 South George Street, York PA  17403 | 10787 |
| 296 | PA | Lehman Township Municipal Building  f.k.a. Unity House - Administration Bldg. | Municipal Drive, Bushkill, PA  18324 | 11190 |
| 297 | PA | McLeister & Goldman, Phildelphia, PA | Philadelphia, PA | 10786 |
| 298 | PA | Municipal Building | City of Erie, PA | |
| 299 | PA | New Grease Building | Philadelphia, PA | 11204 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 300 | PA | Nuns Gallery Church of the Holy Child | Philadelphia, PA | |
| 301 | PA | Penn. Fruit Co., Food Warehouse | Philadelphia, PA | |
| 302 | PA | Pittsburgh Theological Seminary | Pittsburgh, PA | |
| 303 | PA | PNC Bank  f.k.a. Pittsburgh National Bank | Fifth Avenue & Wood Streets, Pittsburgh, PA 15233 | 11198 |
| 304 | PA | Robinson Protected Metal Co., Ceiling | Pittsburgh, PA | |
| 305 | PA | Smithfield United Church (POSSIBLE) f.k.a. Methodist Center | 620 Smithfield Street, Pittsburgh, PA  15222 | 10784 |
| 306 | PA | Stevenson Terrace | 6201 N. 10th Street #-L, Philadelphia, PA  19141 | |
| 307 | PA | Woodhaven Mall - Babies-R-Us (Tenent)  f.k.a. Woodhaven Mall - Woolco Department Store | 1336 Bristol Pike, Bensalem, PA  19020 | 11187 |
| 308 | PR | Banco De Ponce Deo. Fuller, Bemans and Deck Fireproofing | Puerto Rico | |
| 309 | PR | Huntley Corporation of Puerto Rico | San Juan, PR | |
| 310 | PR | Parroquia "La Milagrosa" | San Juan, PR | |
| 311 | RI | Bank of Boston Building  f.k.a. R.I. Trust National Bank Building | 15 Westminster Street, Providence, RI  02903 | 10532 |
| 312 | RI | Monarch Realty Co. | Pawtucket, RI | |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|-----------|-------|--------------|--------------------------|-------------|
| 313 | SC | ACME Quality Paint Company | 306 Wade Hampton Blvd., Greenville, SC | 10864 |
| 314 | SC | Aiken Builders Supply | 156 Williamsburg St., Aiken, SC | 10865 |
| 315 | SC | Arnold & Dobson Supply Company | 309 Alliance St., Greenwood, SC  29646 | 10866 |
| 316 | SC | Avery Lumber Company | Sumter, SC  29150 | 10867 |
| 317 | SC | Ballard-Rice Prestress | Washington Ave., Greenville, SC | 10868 |
| 318 | SC | Bonitz Insulating Company | Columbia, SC | 10871 |
| 319 | SC | Builders Wholesale, Inc. | P.O. Box 1732, Spartanburg, SC | 10872 |
| 320 | SC | Byars Machine Company | P.O. Box 406, Laurens, SC | 10873 |
| 321 | SC | C.B. Askins Construction Co | Lake City, SC | 10874 |
| 322 | SC | C.L. Cannon & Sons | 137 Trade St., Spartanburg, SC  29301 | 10875 |
| 323 | SC | C.L. Duffie Painting Inc. | Mauldin Road, Greenville, SC  29602 | 10876 |
| 324 | SC | Carolina Drywall Ins. Co. | P.O. Box 3654, Charleston, SC  29407 | 10877 |
| 325 | SC | Carotex Industrial Supply | 12 W. Parker Road, Greenville, SC | 10879 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 326 | SC | Central Concrete & Plaster Company | Central , SC 29630 | 10880 |
| 327 | SC | Central Roofing & Supply Company | Seaboard Park, Columbia, SC | 10881 |
| 328 | SC | Chapin Lumber Company | Myrtle Beach, SC 29577 | 10882 |
| 329 | SC | Chicaro Grace School  (Grace United Methodist Church) | 1601 Sam Rittenberg Blvd., Charleston, SC 29407  Naval Base, Charleston, SC | |
| 330 | SC | Circle Grade School | Florence, SC | |
| 331 | SC | Coliseum Motor Inn | Columbia, SC | 10844 |
| 332 | SC | Colonial Court Motel | Greenville, SC | |
| 333 | SC | Columbia Plastering Company | 68 Reeder Point Drive, Columbia, SC | 10846 |
| 334 | SC | Covil Insulation Company - Berea Industrial Park | P.O. Box 1804, Greenville, SC | 10848 / 10870 |
| 335 | SC | Cromer & Sullivan Construction Co. | P.O. Box 754, Anderson, SC | 10849 |
| 336 | SC | D.H. Holmes Company, Ltd. | Oakwood, SC | 10850 |
| 337 | SC | Duffie Paint Company | 8 Airport Road, Greenville, SC 29602 | 10851 |
| 338 | SC | First Federal Savings & Loan | Main Street, Columbia, SC | 10869 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 339 | SC | Glidden Company | 55 Antrim Drive, Greenville, SC  29607 | 10854 |
| 340 | SC | J.E. Grambling Building Supply | Orangeburg, SC  29115 | 10855 |
| 341 | SC | J.T. Robertson - Southern Coating & Chemical | P.O. Box 160, Sumter, SC  29150 | 10856 |
| 342 | SC | John J. Riley & Sons | 3600 Marsteller, Columbia, SC  29203 | 10857 |
| 343 | SC | L. Roy Owen Plastering Co | Central, SC  29630 | 10858 |
| 344 | SC | Lamb, Young, Jones Office Building | Wesley Drive & Savannah Hwy., Charleston, SC | 10859 |
| 345 | SC | Lineberger & Paul | Greenville, SC | |
| 346 | SC | Martin Paint & Supply Company | 1017 Oakland Avenue, Rock Hill, SC  29730 | 10862 |
| 347 | SC | Medical Clinic - Drs. Price & Hart | Florence, SC | |
| 348 | SC | Medi-Center Building | 1221 East Union St, Greenville, SC | 10835 |
| 349 | SC | Milper Building | Greenville, SC | |
| 350 | SC | Mornside | Charleston, SC | |
| 351 | SC | Myrtle Beach Lumber Company | Myrtle Beach, SC | 10836 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 352 | SC | Pee Dee Builders Supply | 5 Richland Medical Park Drive, Columbia, SC 29203-8000 | 10838 |
| 353 | SC | Peoples Plaza | Greenville, SC | 10839 |
| 354 | SC | R & G Paint Company | Sumter Street, Columbia, SC | 10840 |
| 355 | SC | Sherwin Williams Paint Store | Wade Hampton Blvd., Greer, SC | 10843 |
| 356 | SC | Van-Smith Building Materials | P.O. Box 854, Charleston, SC  29402 | 10927 |
| 357 | SD | Great Western Bank (POSSIBLE)  f.k.a. Northwestern National Bank | 301 North Egan Avenue, Madison, SD  57042 | 11723 |
| 358 | SD | Union Bank & Trust | Sioux Falls, SD | 11448 |
| 359 | TN | National Distillers Chemical Company | Memphis, TN | 11571 |
| 360 | TN | Skyline Bowling Lanes | Clarksville, TN | |
| 361 | VA | American Landmark Apartments | Alexandria, VA | |
| 362 | VA | American National Bank & Trust Co. | 628 Main Street, Danville, VA  24541 | 11570 |
| 363 | VA | Apartments for the Elderly | Roanoke, VA | 11569 |
| 364 | VA | Bank of the James Building  f.k.a. Fidelity National Bank | 828 Main Street, Lynchburg, VA  24504 | 11457 |

28 - 31

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 365 | VA | Mayfair Mall Apartments | Alexandria, VA | |
| 366 | VA | National Starch & Chemical Company  f.k.a. I.C.I. Of America Building | 4414 Sarellen Road, Richmond, VA  23231 | 11464 |
| 367 | VA | Safety, Health & Welfare Building Job | Richmond, VA | |
| 368 | VA | Summer Hill Tower Apartments | Alexandria, VA | |
| 369 | VA | Virginia Bank & Trust Company  f.k.a. First National Bank | 336 Main Street, (Post Office Box 3447), Danville, VA  24541 | 11456 |
| 370 | VA | Virginia Hospital Center  f.k.a. Arlington Hospital CLAIM 2-2 | 1701 North George Mason Drive, Arlington, VA 22205 | 11568 |
| 371 | VT | Renewal Shopping Mall - Building # 2 Burlington Urban | Burlington, VT | 11717 / 11718 |
| 372 | VT | Vermont Historical Society Museum & Store, Pavilion Building  f.k.a. Pavilion Hotel | 109 State Street, Montpelier, VT  05609-0901 | 10752 |
| 373 | VT | White Pigment Corp. | New Haven Junction, VT (Addison County Building) | 10751 |
| 374 | WA | Band Box Café | Renton, WA | |
| 375 | WA | Bob's Restaurant | Seattle, WA | |
| 376 | WA | Broadway Bowl | Seattle, WA | |
| 377 | WA | Cabrini Medical Tower  f.k.a. Cabrini Hospital | 901 Boren Avenue, Seattle, WA  98104 | 11419 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 378 | WA | Dean's Tavern | Tacoma, WA | |
| 379 | WA | Frederick & Nelson Dept. Store | Bellevue, WA | |
| 380 | WA | Greenwood | 19109 36th Avenue West, Lynwood, WA 98036 (SEATTLE, WA) | |
| 381 | WA | O. Cohen Restaurant | Seattle, WA | |
| 382 | WA | Olympic Hotel | 411 University Street, Seattle, WA | |
| 383 | WA | R. Fiford Res. | Bellingham, WA | |
| 384 | WA | Washington State Bank - Lobby | Bellevue, WA | |
| 385 | WI | 600 Park Building | 600 Park St., Madison, WI | |
| 386 | WI | Associated Commercial Mortgage, Inc., f.k.a. Kellogg Citizens Bank | 200 North Adams Street, Green Bay, WI 54301-5142 | 11423 |
| 387 | WI | Sardino's Inn | Milwaukee, WI | |
| 388 | WI | Telephone Service Building | La Crosse, WI | |
| 389 | WV | Ferris Baker Watts, Inc., f.k.a. Tim E. Hollingsworth, Jr. | 704 Fourth Avenue, Huntington, WV 25701 | 10753 |
| 390 | WV | First Community Bancshares, Inc. f.k.a. Flat Top National Bank | 1 Community Place, Bluefield, WV 24605 | 11566 |

W R Grace Claimants

| Bldg. No. | State | Jobsite Name | Jobsite Physical Address | WRG Claim # |
|---|---|---|---|---|
| 391 | WV | Kanawha Valley Building  f.k.a. Charleston National Bank Plaza | 300 Capitol Street, Charleston, WV  25301 | 11411 |
| 392 | WV | Office & Service Center - United Fuel & Gas Co. | 12th Street & 6th Avenue, Huntington, WV | 11705 |
| 393 | WV | Raleigh General Hospital | Beckley, WV | |
| 394 | WV | Weirton Lumber Company  f.k.a. Stewart F. Anderson | 844 Cove Road, Weirton, WV  26062 | 11172 |
| 395 | WV | Wood County Bank | Parkersburg, WV | 11255 |
| 396 | WY | Great Plains Insurance Company | Casper, WY | 11246 |