## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 1, 2005** |
| | ) | **Hearing Date: September 26, 2005** |

## SUMMARY OF THE QUARTERLY APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI COUNSEL FOR THE FIFTEENTH QUARTERLY PERIOD FROM SEPTEMBER 24, 2004 THROUGH DECEMBER 31, 2004[1]

Name of Applicant:                                    Buchanan Ingersoll PC

Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  Appointment Order effective
                                                      As of July 22, 2002[2]

Period for which compensation and
Reimbursement is sought:                              September 24, 2004 through
                                                      December 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 25,052.50

Amount of Expenses Reimbursement:                     $ 3,934.28

This is a: _ monthly   X quarterly application

Prior Application filed: Yes

---

[1] Counsel for the ZAI Claimants were retained over a year after this case was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, this application is being titled the "Fifteenth Quarterly Application", although it is Buchanan Ingersoll's First Quarterly Application - see footnote 2.

[2] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Fees Not Objected To (80%) | Approved Expenses |
|---|---|---|---|---|---|
| November 29, 2004 (#7044) | 9/24/2004 - 10/31/2004 | $13,472.00 | $74.40 | $10,852.00 | $74.40 |
| January 12, 2005 | 11/1/2004 - 11/30/2004 | $5,765.00 | $2,317.07 | $4,612.00 | $2,317.07 |
| May 4, 2005 | 12/1/2004 - 12/31/2004 | $5,815.50 | $1,542.81 | Pending - CNO filed | Pending - CNO filed |

BIPC has filed certificates of no objection with the Court with respect to the above monthly interim Applications because no objections were filed with the Court within the objection period.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 15 | Bankruptcy & Creditors' Rights | $260.00 | 54.7 | $14,222.00 |
| Timothy P. Palmer | Associate | 4 | Litigation | $220.00 | 4.0 | $880.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy & Creditors' Rights | $175.00 | 11.9 | $2,082.50 |
| TOTALS | | | | | 70.6 | $17,184.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael P. Young | Paralegal | 2 | Bankruptcy & Creditors' Rights | $120.00 | 71.8 | $8,616.00 |
| TOTALS | | | | | 71.8 | $8,616.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 95.5 | $14,289.50 |
| 20-Travel–Non-working | 0.00 | |
| 22-ZAI Science Trial | 43.5 | $10,763.00 |
| TOTALS | 139.00 | $25,052.50 |

ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| On-line search services (CM/ECF) | $36.75 |
| Duplicating (Outside - $0.15 / page) | $ 2,053.61 |
| Duplicating (Inside - $0.07 / page) | $ 414.93 |
| Courier | $1,428.99 |
| Total | $ 3,934.28 |

Dated:   August 12, 2005

BUCHANAN INGERSOLL P

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Phone: (302) 428-5531

Delaware Counsel to the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 1, 2005** |
| | | **Hearing Date: September 26, 2005** |

**QUARTERLY APPLICATION OF BUCHANAN INGERSOLL PC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
LEAD SPECIAL COUNSEL FOR THE FIFTEENTH QUARTERLY PERIOD FROM
SEPTEMBER 24, 2004 THROUGH DECEMBER 31, 2004**

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Buchanan Ingersoll PC ("Applicant" or "BIPC"), local counsel to the ZAI Claimants, hereby applies for an order allowing it: (i) compensation in the amount of $25,052.50 for the reasonable and necessary legal services BIPC has rendered; and (ii) reimbursement for the actual and necessary expenses BIPC has incurred in the amount of $3,934.28 (the "Fifteenth Interim Quarterly Fee Application"), for the interim quarterly period from September 24, 2004 through December 31, 2004 (the "Fee Period"). In support of this Application, BIPC respectfully states as follows:

## Background

### Retention of BIPC

1.      On April 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      By this Court's order effective as of July 22, 2002, the firm of Richardson, Patrick, Westbrook & Brickman ("RPWB") was appointed as ZAI Lead Special Counsel to prosecute the ZAI "Science Trial" issues on behalf of the ZAI Claimants' position against Debtors' position (the "Appointment Order"). The Appointment Order permitted RPWB to utilize additional counsel in specific capacities. Subsequently, William D. Sullivan was selected to act as local counsel for RPWB, whose attorneys are not admitted to practice in Delaware and do not maintain an office in that state. Mr. Sullivan was previously associated with the firm of Elzufon, Austin, Reardon, Tarlov & Mondel ("Elzufon"), but in September 2004, relocated his practice to BIPC. The RPWB firm has continued to use Mr. Sullivan and the services of BIPC to act as local counsel to the ZAI Claimants due to Mr. Sullivan's extensive experience in representing the ZAI Claimants.

3.      The Appointment Order authorizes a total budget for ZAI Counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the Science Trial, against which BIPC may be compensated for legal services at its hourly rates as specified to the Court, and for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance

2

with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court[3]. On May 3, 2001, this Court entered the Interim Compensation Order and entered the Amended Interim Compensation Order on April 17, 2002. On July 28, 2003, the Court entered an Order increasing the budget by $950,000 per side for additional attorney fees and expenses. On September 27, 2004, the Court entered another Order increasing the budget by $750,000 per side for addition attorney fees and expenses.

### Monthly Interim Fee Applications Covered Herein

4.      Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the Compensation Order. If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

5.      Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly

---

[3] The rates billed by BIPC, including the rate of the principal BIPC partner involved, William D. Sullivan ($260), are within the range of rates previously identified to the Court. Other BIPC lawyers and professionals are being billed at rates commensurate with their experience and in the same range as other firms are billing in this bankruptcy (i.e. $175-$220 for associates and $120 for paralegals).

Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

6.     This is the first Interim Quarterly Fee Application that BIPC has filed with the Bankruptcy Court in connection with these Chapter 11 Cases.

7.     BIPC has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

   a.   Application of Buchanan Ingersoll, P.C. for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from September 24, 2004 through October 31, 2004 filed November 29, 2004, (the "October Application")  attached hereto as Exhibit A.

   b.   Application of Buchanan Ingersoll, P.C. for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from November 1, 2004 through November 30, 2004, filed January 12, 2005, (the "November Application") attached hereto as Exhibit B.

   c.   Application of Buchanan Ingersoll PC for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from December 1, 2004 through December 31, 2004 filed May 4, 2005, (the "December  Application") attached hereto as Exhibit C.

8.     The period for objecting to the fees and expense reimbursement requested in the October, November and December Fee Applications expired without any objection being filed, and BIPC has filed and served Certificates of No Objection to that effect.

9.      During the Fee Period, BIPC prepared for and assisted in the ZAI Science Trial as detailed in the Application, and also coordinated the preparation and filing of fee applications for other counsel for the ZAI Claimants, along with the preparation (together with co-counsel) and service of Rule 2019 statements attributable to BIPC and other ZAI Counsel's representation of the numerous ZAI Claimants.

**Requested Relief**

10.     By this Fifteenth Interim Quarterly Fee Application, BIPC requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by BIPC for the Fee Period as detailed in the Application, less any amounts previously paid to BIPC pursuant to the Application and the procedures set forth in the Compensation Order.  The full scope of services provided and the related expenses incurred are fully described in the attached exhibits.

**Disinterestedness**

11.     With the exception of its representation of asbestos claimants, BIPC does not hold any interest adverse to the estates.

12.     In addition, BIPC may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the ZAI matters pending in the Debtors' Chapter 11 Cases.

**Representations**

13.     BIPC believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

14.     BIPC performed the services for which it is seeking compensation under its Court Appointment.

15.     During the Fee Period, BIPC has received no payment, nor has it received any promises for payment, from any other source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

16.     Pursuant to Fed. R. Bank. P. 2016(b), BIPC has not shared, nor has it agreed to share: (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of BIPC; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

17.     Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  BIPC reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, BIPC respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to BIPC in the sum of (i) $25,052.50 as compensation for reasonable and necessary professional services, and (ii) $3,934.28 for reimbursement of actual and necessary costs and expenses incurred (for a total of $28,986.78); (b) that the Debtors be authorized and directed to pay to BIPC the outstanding amount of such sums less any sums previously paid to BIPC pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.

Dated:  August 12, 2005

**BUCHANAN INGERSOLL PC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Phone: (302) 428-5531

Delaware Counsel to the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 24, 2005 by 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PER IOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

Name of Applicant:                                              Buchanan Ingersoll PC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                         July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                                    December 1, 2004 through
                                                                            December 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                                 $ 5,815.50

Amount of Expenses Reimbursement:                    $ 1,542.81

This is a:  X monthly    _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

# 8366

This is the third application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 10.8 | $2,808.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $175.00 | 6.90 | $1,207.50 |
| TOTALS | | | | | 17.7 | $4,015.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael P. Young | Paralegal | 2 | Bankruptcy | $120.00 | 15.0 | $1,800.00 |
| TOTALS | | | | | 15.0 | $1,800.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 27.90 | $4,567.50 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.8 | $1,248.00 |
| TOTALS | 32.7 | $5,815.50 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| On-line Search Services (CM/ECF) | $36.75 |
| Duplicating (Outside) | $130.96 |
| Duplicating (Inside) ($0.07 per page) | $15.26 |
| Courier | $1,359.84 |
| Total | $1,542.81 |

2

Dated: May 4, 2005                    BUCHANAN INGERSOLL PC

                                      */s/ William D. Sullivan*
                                      William D. Sullivan (No. 2820)
                                      The Nemours Building
                                      1007 North Orange Street, Suite 1110
                                      Wilmington, DE 19801-1236
                                      Telephone: (302) 428-5500
                                      Facsimile: (302) 428-3996

                                      Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 24, 2005 by 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL, P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PER IOD FROM DECEMBER 1. 2004 THROUGH DECEMBER 31, 2004**

4

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

April 28, 2005
Invoice No. 9842147

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| | | | |
|---|---|---|---|
| 11/29/04 M. Young | 3.80 | 456.00 | Final edit of BI's first fee application, format and file (1.4), final editing of RPWB 14th Quarterly and prepare for filing (.9), update and review fee app tracking information (.9), draft, format Notice of filing of 14th for filing (.6) |
| 12/02/04 M. Young | 0.70 | 84.00 | Review recent pleadings/filings, review court docket and update 2019 with Buchanan Info |
| 12/03/04 M. Young | 1.30 | 156.00 | Update file re: Recent filings and update tracking chart with recent monthly and quarterly information |

ZAI PLAINTIFFS                                          April 28, 2005
W.R. GRACE                                              Invoice No. 9842147
Ref. No. 51677-000001                                  Page    2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/06/04 | M. Young | 3.80 | 456.00 | Reveiw file and docket, draft certificate of no objection(.8), format file and serve(.3), ensure service to chambers (.1), Draft November fee application of BI (2.6) |
| 12/07/04 | M. Young | 1.20 | 144.00 | Review file, update status of fee applications, forward info to co-counsel, brief revision to BI 2nd fee app, review admin order |
| 12/08/04 | W.D. Sullivan | 0.30 | 78.00 | Review 2019 statement and e-mail received from co-counsel |
| 12/08/04 | M. Young | 4.20 | 504.00 | Review file/order re: 2019 Statements, review buchanan clients, complete 2019 statement and chart as order by the court, |
| 12/15/04 | W.D. Sullivan | 1.10 | 286.00 | Review 2019 statements prepared by co-counsel; phone call with co-counsel (RPWB) re: consolidation of statements; review order |
| 12/15/04 | W.D. Sullivan | 0.40 | 104.00 | E-mail co-counsel (Lukins) re: 2019 requirements; follow-up |
| 12/16/04 | I. D. Lindley | 0.40 | 70.00 | Confer with W. Sullivan re: WR Grace/ZAI Claimants' motions to modify and CNO requirements. |
| 12/16/04 | W.D. Sullivan | 0.20 | 52.00 | E-mails from co-counsel (RPWB) re: status of October fee application and filing of November application |

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 51677-000001

April 28, 2005
Invoice No. 9842147
Page   3

| | | | |
|---|---|---|---|
| 12/16/04 W.D. Sullivan | 0.50 | 130.00 | Review agenda for December 20 hearing; coordinate telephonic appearances |
| 12/16/04 W.D. Sullivan | 0.40 | 104.00 | Review order and certification from fee auditor for 13th period; all fees to be paid |
| 12/17/04 I. D. Lindley | 1.50 | 262.50 | Prepare BI 2019 statement |
| 12/17/04 W.D. Sullivan | 0.60 | 156.00 | E-mails with counsel re: handling of order; preparation for hearing |
| 12/17/04 W.D. Sullivan | 1.30 | 338.00 | Review and revise CNO and proposed order; phone call with Court re: handling of CNO; file and serve |
| 12/20/04 I. D. Lindley | 3.00 | 525.00 | Review and revise 2019 statement for RPWB and the Scott Law firm and prepare serve notices |
| 12/20/04 W.D. Sullivan | 1.00 | 260.00 | Review docket and prepare for hearing on fee applications and motion to modify orders, verify all amounts accurately listed on Thirteenth Quarterly Order |
| 12/20/04 W.D. Sullivan | 2.70 | 702.00 | Attend hearing by teleconference; motion to modify |
| 12/20/04 W.D. Sullivan | 1.50 | 390.00 | Review revise and approve all ZAI 2019 statements |
| 12/21/04 I. D. Lindley | 2.00 | 350.00 | Final and serve ZAI 2019 statements and notices of serve |
| 12/30/04 W.D. Sullivan | 0.50 | 130.00 | E-mails from co-counsel; review draft fee applications for 14th Quarter |

```
ZAI PLAINTIFFS                                    April 28, 2005
W.R. GRACE                                        Invoice No. 9842147
Ref. No. 51677-000001                             Page   4

12/30/04 W.D. Sullivan          0.30      78.00   Review and revise
                                                  November Fee
                                                  Application for BIPC


                         Total Hours           32.70

                      Total Legal Services      $5,815.50


Disbursements

11/09/04  On-Line Search Service                       1.00        2.10
11/15/04  On-Line Search Service                       1.00       15.61
11/23/04  Messenger/Delivery Service Parcels, Inc.     1.00       21.08
11/24/04  Reliable Copy Services Inc.- File            1.00       20.28
          conversion, reformatting, preparation
          of disk, scanning of documents, e-mail
          of documents
11/29/04  Messenger/Delivery Service Parcels, Inc.     1.00       66.80
11/29/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
11/29/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
11/29/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
11/29/04  Messenger/Delivery Service Parcels, Inc.     1.00      170.00
11/29/04  Messenger/Delivery Service Parcels, Inc.     1.00       16.50
11/29/04  Messenger/Delivery Service Parcels, Inc.     1.00       33.00
11/29/04  Messenger/Delivery Service Parcels, Inc.     1.00      791.25
11/29/04  Messenger/Delivery Service Parcels, Inc.     1.00      176.16
12/06/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.     1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.     1.00       30.05
12/06/04  Photocopies M. Young                        16.00        1.12
12/06/04  Photocopies M. Young                         8.00        0.56
12/09/04  Photocopies M. Young                        76.00        5.32
12/10/04  On-Line Search Service                       1.00       10.99
12/16/04  On-Line Search Service                       1.00        6.16
12/22/04  On-Line Search Service                       1.00        1.89
12/23/04  Photocopies M. S. Henifin                    2.00        0.14
12/23/04  Photocopies M. S. Henifin                  116.00        8.12
12/28/04  Reliable Copy Services Inc. - Copies         1.00      110.68
```

ZAI PLAINTIFFS                                    April 28, 2005
W.R. GRACE                                        Invoice No. 9842147
Ref. No. 51677-000001                             Page   5

                        Disbursements              $1,542.81

                 Total Due this Invoice            $7,358.31

ZAI PLAINTIFFS                                    April 28, 2005
W.R. GRACE                                        Invoice No. 9842147
Ref. No. 51677-000001                             Page   6

<div align="center">* * * * *  ATTORNEY SUMMARY  * * * * *</div>

|                         | Hours Worked | Billed Per Hour | Bill Amount |
|-------------------------|-------------:|----------------:|------------:|
| William D. Sullivan     | 10.80        | 260.00          | 2,808.00    |
| I. D. Lindley           | 6.90         | 175.00          | 1,207.50    |
| Michael Young           | 15.00        | 120.00          | 1,800.00    |
| Total All Attorneys     | 32.70        |                 | 5,815.50    |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Application of Buchanan Ingersoll, P.C. for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from December 1, 2004 through December 31, 2004* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: May 4, 2005                          */s/ William D. Sullivan*
                                            William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Mark Hurford
Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Warren H. Smith
Warren H. Smith and Associates
325 N. St. Paul, Suite 4080
Dallas, TX 75201

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 1, 2005** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL, P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PER IOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

Name of Applicant:                                    Buchanan Ingersoll, P.C.


Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                              November 1, 2004 through
                                                      November 30, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 5,765.00

Amount of Expenses Reimbursement:                     $ 2,317.07

This is a: X monthly   _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] Buchanan Ingersoll presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll, P.C. ("BIPC")

1

#7528

This is the Second Application of Buchanan Ingersoll, P.C. ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 11 | Bankruptcy | $260.00 | 8.1 | $2,106.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $175.00 | 5.0 | $875.00 |
| TOTALS | | | | | 13.1 | $2,981.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael P. Young | Paralegal | 2 | Bankruptcy | $120.00 | 23.2 | $2,784.00 |
| TOTALS | | | | | 23.2 | $2,784.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 23.7 | $3,012.00 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 12.6 | $2,753.00 |
| TOTALS | 36.3 | $5,765.00 |

### 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Overnight Postage | |
| Duplicating (Outside) | $1,922.65 |
| Duplicating (Inside) ($0.15 per page) | $368.47 |
| Courier | $25.95 |
| Total | $2,317.07 |

2

Dated: January 12, 2004          BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 1, 2 005** |
| | | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL, P.C. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PER IOD FROM
<u>NOVEMBER 1. 2004 THROUGH NOVEMBER 30, 2004</u>**

Buchanan Ingersoll, PC
Attorneys

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

December 2, 2004
Invoice No. 9821235

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| | | | | |
|---|---|---|---|---|
| 11/01/04 | W.D. Sullivan | 0.70 | 182.00 | Further revisions to motion seeking to amend interim fee orders |
| 11/01/04 | M. Young | 1.20 | 144.00 | Draft notice of quarterly filing (.4), FINAL edit of Motion to Modify and format exs for filing (.8) |
| 11/04/04 | I. D. Lindley | 0.20 | 35.00 | Conference, correspondence with W. Sullivan re: potential for pursuit of causes of action in new venue. |
| 11/04/04 | W.D. Sullivan | 0.50 | 130.00 | Phone call with co-counsel re: ability to sue Grace subsidiaries in Canada (.3); e-mail re: follow-up information (.2) |
| 11/04/04 | M. Young | 1.90 | 228.00 | Complete formatting and filing of Motion to Modify Orders (1.2), update tracking chart (.4), format exhibits for filing (.4) |

```
ZAI PLAINTIFFS                              December 2, 2004
W.R. GRACE                                  Invoice No. 9821235
Ref. No. 51677-000001                       Page   2

11/05/04 I. D. Lindley        4.80     840.00  Review correspondence
                                               from W. Sullivan re:
                                               non-bankruptcy forum;
                                               case law research re:
                                               effect of filing
                                               separate action,
                                               applicability of stay.
                                               Conference with W.
                                               Sullivan re: same,
                                               conference with W.
                                               Sullivan, co-counsel
                                               re: filing separate
                                               action against
                                               subsidiaries. Memo to
                                               W. Sullivan setting
                                               forth case law and
                                               legal issues, Court's
                                               likely response to any
                                               such filing.
11/05/04 W.D. Sullivan        0.20      52.00  E-mail co-counsel re:
                                               fee applications and
                                               transcripts
11/05/04 W.D. Sullivan        1.20     312.00  Review cases on action
                                               against foreign
                                               non-debtor entity;
                                               phone call with
                                               co-counsel re: summary
                                               of cases
11/05/04 W.D. Sullivan        0.20      52.00  Follow-up e-mail to
                                               co-counsel re: case
                                               summary
11/05/04 W.D. Sullivan        0.20      52.00  Review order re:
                                               schedules of further
                                               hearings
11/05/04 M. Young             2.70     324.00  Continue with complete
                                               update of Grace file
11/05/04 M. Young             1.50     180.00  Review documents
                                               related to Rule 2019
                                               Order entered in Grace
                                               case, review transcript
                                               and final order,
                                               continue with draft of
                                               2019 statement
11/08/04 W.D. Sullivan        0.20      52.00  E-mail from co-counsel
                                               re: Grace subsidiaries
```

```
ZAI PLAINTIFFS                                    December 2, 2004
W.R. GRACE                                        Invoice No. 9821235
Ref. No. 51677-000001                             Page    3
```

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 11/08/04 | W.D. Sullivan | 0.20 | 52.00 | Review transcript from hearing, forward to co-counsel |
| 11/08/04 | M. Young | 2.90 | 348.00 | Continue first draft of 2019 Statement (.7), continue with file update (.7), ensure proper filing of Exhibits regarding Motion to Modify Orders (.2), Review schedules and statement of financial affairs re: filing entities (1.3) |
| 11/09/04 | M. Young | 2.10 | 252.00 | Continue with organization of Grace file, review docket re: upcoming hearing, gather info needed for hearing |
| 11/12/04 | W.D. Sullivan | 0.20 | 52.00 | Review agenda; Debtors to provide status report on Plan |
| 11/12/04 | W.D. Sullivan | 0.30 | 78.00 | Review Grace Plan summary |
| 11/12/04 | M. Young | 0.30 | 36.00 | Brief hearing prep for Monday hearing |
| 11/12/04 | M. Young | 0.30 | 36.00 | Review agenda for Monday hearing, forward call-in information to Co-counsel |
| 11/15/04 | W.D. Sullivan | 0.20 | 52.00 | Phone call with co-counsel re: preparation for hearing |
| 11/15/04 | W.D. Sullivan | 2.40 | 624.00 | Attend hearing; plan issues and scheduling for hearing reviewed |
| 11/15/04 | W.D. Sullivan | 0.20 | 52.00 | Phone call with co-counsel re: exhibits for Court |
| 11/15/04 | M. Young | 0.20 | 24.00 | Review docket regarding potential objections to fee applications |

```
ZAI PLAINTIFFS                                      December 2, 2004
W.R. GRACE                                          Invoice No. 9821235
Ref. No. 51677-000001                               Page    4
```

| | | | | |
|---|---|---|---|---|
| 11/16/04 | W.D. Sullivan | 0.30 | 78.00 | Draft summary memorandum of Disclosure Statement and Plan procedure dates |
| 11/16/04 | M. Young | 1.80 | 216.00 | Review docket (.1), draft CNO's regarding July and August Fee Applications of RPWB (1.2), format, file and serve each (.5) |
| 11/19/04 | M. Young | 1.20 | 144.00 | Receive fee applications from RPWB, review and begin prep for filing |
| 11/22/04 | W.D. Sullivan | 0.30 | 78.00 | Review, revise and approve RPWB September and October fee applications |
| 11/22/04 | M. Young | 1.20 | 144.00 | Final edit/prep and formatting of RPWB September and October Fee Applications, review fee auditor reports re recent quarterly fee applications |
| 11/22/04 | M. Young | 1.40 | 168.00 | Begin draft of Buchanan Ingersoll Fee Application for October 2004 |
| 11/23/04 | W.D. Sullivan | 0.30 | 78.00 | Phone call with co-counsel re: preparation of 2019 Statement and use of hearing transcript |
| 11/23/04 | M. Young | 0.80 | 96.00 | Final preparation of Sept and Oct Fee app of RPWB, arrange for filing |
| 11/24/04 | M. Young | 3.70 | 444.00 | Complete draft of October fee app of Buchanan Ingersoll (.8), Review incoming docs and file, gather necessary documents for |

```
ZAI PLAINTIFFS                                    December 2, 2004
W.R. GRACE                                        Invoice No. 9821235
Ref. No. 51677-000001                             Page   5

                                                  RPWB 14th Quarterly,
                                                  edit and prepare for
                                                  filing (2.9)
11/29/04 W.D. Sullivan          0.30       78.00  Review and revise BI
                                                  October Fee Application
11/29/04 W.D. Sullivan          0.20       52.00  Review and approve RPWB
                                                  Quarterly Fee
                                                  Application (14th)


                         Total Hours           36.30

                         Total Legal Services       $5,765.00


Disbursements

10/19/04  Ditto Document Services, Inc.- Color         1.00    1,251.90
          exhibit boards
10/19/04  Ditto Document Services, Inc.- Color         1.00      417.30
          exhibit boards
10/22/04  On-Line Search Service                       1.00        9.17
10/25/04  Reliable Copy Services Inc. - Copying,       1.00       95.76
          hand deliveries, postage
10/27/04  Reliable Copy Service, Inc. - Delaware       1.00      113.22
          - Copying, hand deliveries, postage
10/29/04  On-Line Search Service                       1.00        6.37
11/01/04  Messenger/Delivery Service Parcels, Inc.     1.00       16.50
11/01/04  Messenger/Delivery Service Parcels, Inc.     1.00       33.00
11/01/04  Messenger/Delivery Service Parcels, Inc.     1.00       33.00
11/04/04  Messenger/Delivery Service Parcels, Inc.     1.00      186.93
11/04/04  Photocopies M. Young                         4.00        0.60
11/05/04  Photocopies M. Young                        49.00        7.35
11/05/04  On-Line Search Service I. Lindley            1.00       28.93
11/09/04  Photocopies M. Young                        63.00        9.45
11/09/04  Messenger/Delivery Service Parcels, Inc.     1.00       52.50
11/16/04  Messenger/Delivery Service Parcels, Inc.     1.00       46.54
11/17/04  Photocopies M. Young                         6.00        0.90
11/18/04  Photocopies M. Young                        21.00        3.15
11/22/04  Photocopies M. Young                        24.00        3.60
11/23/04  Photocopies M. Young                         6.00        0.90

                              Disbursements        $2,317.07
   Copies charged at .15 per page

                         Total Due this Invoice    $8,082.07
```

```
ZAI PLAINTIFFS                              December 2, 2004
W.R. GRACE                                  Invoice No. 9821235
Ref. No. 51677-000001                       Page   6


                * * * * *   ATTORNEY SUMMARY   * * * * *

                            Hours      Billed       Bill
                            Worked    Per Hour      Amount
        _____   _____  _____   _____


William D. Sullivan           8.10     260.00      2,106.00
I. D. Lindley                 5.00     175.00        875.00
Michael Young                23.20     120.00      2,784.00
==============================         ========   =============
Total All Attorneys          36.30                 5,765.00
```

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Application of Buchanan Ingersoll, P.C. for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from November 1, 2004 through November 30, 2004* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: December 12, 2004                    */s/ William D. Sullivan*
                                            William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Mark Hurford
Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

2

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 20, 2004** |
| | | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL, P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 24, 2004 THROUGH OCTOBER 31, 2004

Name of Applicant:                                    Buchanan Ingersoll, P.C.

Authorized to Provide Professional Services to:      Zonolite Attic Insulation Claimants

Date of Appointment:                                 July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                             September 24, 2004 through
                                                     October 31, 2004[2]

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $ 13,472.00

Amount of Expenses Reimbursement:                    $    74.40

This is a:  X monthly    _ quarterly  _ final application

Prior Application filed:  No.

---

[1] Buchanan Ingersoll presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants.  Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004.  The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll, P.C. ("BIPC")

[2] As a result of the matter being transfer by William D. Sullivan to BIPC, the time period includes September fees assessed after said transfer to stay current with previous monthly applications.

#7044

This is the First Application of Buchanan Ingersoll, P.C. ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 11 | Bankruptcy | $260.00 | 35.8 | $9,308.00 |
| Timothy P. Palmer | Associate | 4 | Litigation | $220.00 | .6 | $132.00 |
| TOTALS | | | | | 36.4 | $9,440.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael P. Young | Paralegal | 2 | Bankruptcy | $120.00 | 33.6 | $4,032.00 |
| TOTALS | | | | | 33.6 | $4,032.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 43.9 | $6,710.00 |
| 20-Travel–Non-working | .0 | |
| 22-ZAI Science Trial | 26.1 | $6,762.00 |
| TOTALS | 70.0 | $13,472.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Overnight Postage | |
| Duplicating (Outside) | |
| Duplicating (Inside) | $31.20 |
| Courier | $43.20 |
| Total | $74.40 |

Dated: November 29, 2004                    BUCHANAN INGERSOLL PC

                                            */s/ William D. Sullivan*
                                            William D. Sullivan (No. 2820)
                                            The Nemours Building
                                            1007 North Orange Street, Suite 1110
                                            Wilmington,  DE  19801-1236
                                            Telephone: (302) 428-5500
                                            Facsimile: (302) 428-3996

                                            Delaware Counsel for the ZAI Claimants

                                            -and-

                                            Edward J. Westbrook, Esq.
                                            Richardson Patrick Westbrook
                                            & Brickman
                                            1037 Chuck Dawley Blvd., Building A
                                            Mount Pleasant, SC  29464
                                            Phone: (843) 727-6513
                                            FAX: (843) 727-6688

                                            Lead Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 20, 2004** |
| | | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK**
**WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND**
**REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE**
<u>**INTERIM PERIOD FROM SEPTEMBER 24, 2004  THROUGH OCTOBER 31, 2004**</u>

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Application of Buchanan Ingersoll, P.C. for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from September 24, 2004 through October 31, 2004* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: November 29, 2004                     */s/ William D. Sullivan*
                                             William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Mark Hurford
Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

November 5, 2004
Invoice No.9816707


For Legal Services Rendered in Connection With:


W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/24/04 | W.D. Sullivan | 0.30 | Review agenda for hearing (.2); review motion to increase ZAI budget (.1) |
| 09/27/04 | W.D. Sullivan | 4.20 | Review motion to increase budget and revised agenda and phone call with co-counsel re: status (.9); review and revise fee tracking chart (.4); attend hearing, order entered granting increase in budget (2.2); follow-up on unpaid fees (.5); e-mail to co-counsel re: October 18 hearing preparation (.2) |
| 09/28/04 | W.D. Sullivan | 1.30 | Phone call with Darell Scott re: Grace Fees, chart (.2); Phone call with co-counsel (.2); review interim orders (.3); analyze payment methods (.3); e-mail to counsel for Grace re: request for payment of unpaid monthlies for Lukins & Annis (.3) |
| 09/29/04 | W.D. Sullivan | 0.30 | Phone call with Will Sparks re: handling of outstanding fee applications |
| 09/30/04 | W.D. Sullivan | 0.30 | E-mail from counsel for Grace re: processing of payments; follow-up with co-counsel |

Pennsylvania    New York    Washington, DC    Florida    New Jersey    Delaware    California

TAX ID. 25-1381032    INCORPORATED IN PENNSYLVANIA

ZAI PLAINTIFFS                              November 5, 2004
W.R. GRACE                                  Invoice No. 9816707
Ref. No. 51677-000001                       Page    2

| | | |
|---|---|---|
| 10/05/04 W.D. Sullivan | 0.30 | Review agenda for October 6 hearing; phone call with counsel for claimants re: status |
| 10/06/04 M. Young | 4.90 | Final edit of L&A July Fee Application for review (.4); review file and docket, begin draft of Motion to Modify Orders, prepare chart and correspondence to co-counsel to obtain prior orders concerning prior quarters (4.5) |
| 10/07/04 W.D. Sullivan | 0.20 | Review and approve RPWB July Fee Application |
| 10/07/04 W.D. Sullivan | 0.30 | E-mail co-counsel re: preparation for hearing |
| 10/07/04 W.D. Sullivan | 0.40 | Review and revise EART&M Quarterly Fee Application |
| 10/07/04 M. Young | 3.50 | Complete first draft of Motion to Modify Orders, draft order and draft certificate of service |
| 10/08/04 M. Young | 0.20 | Review order regarding parties needing to file Rule 2019 Statements, review file |
| 10/11/04 W.D. Sullivan | 0.50 | E-mail co-counsel re: review of services provided to Debtors (.1); review and follow up (.4) |
| 10/11/04 W.D. Sullivan | 0.20 | Review agenda for hearing on October 18th and 19th |
| 10/12/04 W.D. Sullivan | 0.20 | E-mails with co-counsel re: courtroom facilities for argument |
| 10/12/04 W.D. Sullivan | 0.50 | E-mails with co-counsel re: coordination of exhibit preparation |
| 10/13/04 W.D. Sullivan | 0.80 | Coordination of exhibits and blow ups and monitors |
| 10/13/04 M. Young | 0.80 | Review order and Draft rule 2019 statement |
| 10/14/04 W.D. Sullivan | 0.30 | E-mails with co-counsel re: preparation of exhibits |
| 10/15/04 T. P. Palmer | 0.60 | Arrange for exhibits to be prepared and delivered to BIPC (.4); conference with B. Sullivan regarding exhibits and courtroom matters (.2) |
| 10/15/04 W.D. Sullivan | 0.30 | Phone calls with co-counsel re: exhibit preparation |

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 51677-000001

November 5, 2004
Invoice No. 9816707
Page    3

| | | | |
|---|---|---|---|
| 10/15/04 | W.D Sullivan | 2.50 | Review documents relevant to hearing (.9); e-mails with co-counsel and multiple phone calls with Pittsburgh office and with co-counsel re: exhibits for hearing and court room facilities (1.4); phone call with Court Administrator re: same (.2) |
| 10/15/04 | W.D. Sullivan | 0.30 | Review motions to extend plan period and status of Plan |
| 10/15/04 | W.D. Sullivan | 0.30 | Phone call with co-counsel re: equipment and exhibit preparations for hearing |
| 10/15/04 | M. Young | 3.60 | Preparation of documents for hearing in Pittsburgh on Oct 19, 2004 |
| 10/17/04 | W.D. Sullivan | 7.50 | Meeting with co-counsel and preparation of exhibits and documents for use at ZAI science trial and review of argument materials |
| 10/18/04 | W.D. Sullivan | 10.00 | Meeting with co-counsel in preparation for hearing (1.5); attend hearing on ZAI Science trial motions (8.5) |
| 10/18/04 | M. Young | 3.80 | Continue with draft of Motion to Amend orders, gather necessary exhibits, make set of edits for review |
| 10/21/04 | W.D. Sullivan | 0.30 | Review agenda for October 25 hearing; email to co-counsel re: plan extension motion |
| 10/25/04 | W.D. Sullivan | 0.20 | Review RPWB August fee application and approve for filing |
| 10/25/04 | W.D. Sullivan | 0.30 | Review Lukins & Annis Quarterly Fee Application and approve for filing |
| 10/25/04 | W.D. Sullivan | 1.80 | Attend hearing on plan status, court approves delay for further negotiation |
| 10/25/04 | W.D. Sullivan | 0.70 | Review and revise motion regarding revision of interim fee orders |
| 10/25/04 | M. Young | 2.50 | Review file and gather exhibits for 13th quarterly fee application of L&A, final prep for review |

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 51677-000001

November 5, 2004
Invoice No. 9816707
Page    4

| | | | |
|---|---|---|---|
| 10/26/04 W.D. Sullivan | 0.40 | Review miscellaneous bankruptcy pleadings re: asbestos matters |
| 10/26/04 M. Young | 1.40 | Final edits to quarterly fee application, format for filing, file and serve regarding 2019 statement |
| 10/27/04 W.D. Sullivan | 1.00 | Review orders, review fee tracking chart, revise motion to amend orders |
| 10/27/04 W.D. Sullivan | 0.10 | Review amended order regarding filing of 2019 statements |
| 10/27/04 M. Young | 1.20 | Complete edits to Motion to amend answer and draft notice |
| 10/27/04 M. Young | 3.60 | Draft, format, finalize and serve CNOs re: April, May, June of Lukins & Annis (2.4); begin update of tracking; review file; update pleadings (1.2) |
| 10/28/04 M. Young | 4.90 | Complete update of facility chart (1.2); research re: quarterly orders, identify errors with 10th QFA Order, re-edit Motion to Modify Orders (2.3); review hearing procedure - modify notice (.4) |
| 10/29/04 M  Young | 3.20 | Continue work with Motion to Modify orders, review fee auditor reports from relevant quarterly applications and revise motion accordingly |

Total Hours          70.00

Total Legal Services    $13,472.00


Disbursements

| | | |
|---|---|---|
| 09/29/04 | Messenger/Delivery Service Parcels, Inc | 32.70 |
| 10/14/04 | Messenger/Delivery Service Parcels, inc | 10.50 |
| 10/25/04 | Photocopies M. Young | 9.80 |
| 10/26/04 | Photocopies W. Sullivan | 15.60 |
| 10/27/04 | Photocopies M. Young | 0.40 |
| 10/29/04 | Photocopies M. Young | 5.40 |

ZAI PLAINTIFFS
W.R. GRACE
Ref. No. 51677-000001

| | |
|---|---|
| Disbursements | $74.40 |
| Total Due this Invoice | $13,546.40 |