EXHIBIT "A"

# SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM APRIL 1, 2005 THROUGH JUNE 30, 2005

I. **BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed monthly operating reports and a motion filed by the Debtors.

II. **CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant maintained case files, reviewed pleadings and monitored the docket. Further, Applicant responded to inquiries from interested parties as to the status of various matters.

III. **CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)**

Applicant reviewed various pleadings and claims.

IV. **CLAIM ANALYSIS OBJECTIONS & RESOLUTION & ESTIMATION (ASBESTOS) (TASK CODE NO. 006)**

Applicant reviewed various pleadings including the Ninth, Tenth and Twelfth Omnibus Obejction to Claims.

V. **COMMITTEE - ALL - CREDITORS', NOTEHOLDERS', EQUITY HOLDERS' (TASK CODE NO. 007)**

Applicant prepared for and participated in conferences and committee conference calls and reviewed documents regarding regarding committee issues.

VI. **EMPLOYEE BENEFITS/PENSION (TASK CODE NO. 008)**

Applicant reviewed varoius motions regarding employee pension plans and benefit programs.

VII. **EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant reviewed various retention applications filed by other parties.

VIII. **FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and coordinated the service and filing of its fees applications in the case. Applicant also responded to inquiries of the Fee Auditor and the Court regarding these fee applications.

WLM\210236 1

### IX. FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals, including Stroock & Stroock & Lavan and Capstone Corporate Recovery.

### X. HEARINGS (TASK CODE NO. 015)

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

### XI. LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)

From its appointment, Applicant has provided critical services to the Committee with regards to litigation, and helped to coordinate the actions of several of the other professionals retained by the Committee in order to achieve a unified and organized response to all outstanding litigation.

### XII. PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant spent time reviewing plan issues and status of plan negotiations and issues.

### XIII. RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)

Applicant reviewed various Motions for Relief from the Automatic Stay.

### XIV. OTHER

Applicant conducted legal research and obtained a daily decision for W. Katchen.