# EXHIBIT "B"

WLM\210236 1

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON. DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

May 23, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001        Invoice# 1093622                          IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | |
|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 9.40 hrs. at $525.00 /hr. = | $4,935.00 | |
| RW RILEY | PARTNER | 4.30 hrs. at $415.00 /hr. = | $1,784.50 | |
| WS KATCHEN | PARTNER | 6.50 hrs. at $575.00 /hr. = | $3,737.50 | |
| VL AKIN | PARALEGAL | 9.40 hrs. at $185.00 /hr. = | $1,739.00 | |
| | | | | $12,196.00 |

| | |
|---|---|
| DISBURSEMENTS | |
| OVERNIGHT MAIL | 18.77 |
| PRINTING & DUPLICATING | 18.90 |
| TELEPHONE | 3.83 |
| TOTAL DISBURSEMENTS | $41.50 |

| | |
|---|---|
| TOTAL FEES AND DISBURSEMENTS | $12,237.50 |
| LESS PREVIOUS CREDITS RECEIVED | -$0.02 |
| NET AMOUNT | $12,237.48 |

| | |
|---|---|
| PREVIOUS BALANCE | $68,672.04 |
| TOTAL BALANCE DUE | $80,909.52 |

---

May 23, 2005
Page 2

File # K0248-00001                                    INVOICE # 1093622
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 4/6/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $18.50 |
| 4/6/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.10 | $18.50 |
| 4/13/2005 | 004 | WS KATCHEN | LEGISLATION UPDATE. | 0.30 | $172.50 |
| 4/14/2005 | 004 | WS KATCHEN | UPDATE LEGISLATION. | 0.20 | $115.00 |
| 4/19/2005 | 004 | WS KATCHEN | REVIEW NOTICE OF AGENDA FOR APRIL 25, 2005. | 0.10 | $57.50 |
| 4/19/2005 | 004 | WS KATCHEN | E-MAIL TO STROOCK RE: SCHEDULING. | 0.10 | $57.50 |
| 4/20/2005 | 004 | WS KATCHEN | REVIEW CERTIFICATION BY DEBTOR. | 0.10 | $57.50 |
| 4/23/2005 | 004 | WS KATCHEN | LEGISLATION - UPDATE. | 0.20 | $115.00 |
| 4/25/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.30 | $55.50 |
| 4/25/2005 | 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER. | 0.10 | $57.50 |
| 4/25/2005 | 004 | WS KATCHEN | REVIEW AGENDA FOR APRIL 25, 2005. | 0.20 | $115.00 |
| 4/26/2005 | 004 | WS KATCHEN | REVIEW MOTION TO VACATE ORDER. | 0.10 | $57.50 |
| | | | Code Total | 1.90 | $897.50 |

File # K0248-00001                                              INVOICE # 1093622
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/17/2005 005 | WS KATCHEN | REVIEW SCIENCES INT'L FILING CLAIM. | 0.10 | $57.50 |
| 4/27/2005 005 | WS KATCHEN | REVIEW SUPPLEMENTAL OBJECTION BY ASBESTOS P.D. COMMITTEE (FESTA). | 0.20 | $115.00 |
| | | Code Total | 0.30 | $172.50 |

File # K0248-00001                                    INVOICE #  1093622
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|-----------|-------------|-------|--------|
| 4/7/2005 | 006 | MR LASTOWSKI | REVIEW CLAIM OBJECTION ORDERS | 0.30 | $157.50 |
| 4/11/2005 | 006 | MR LASTOWSKI | REVIEW OBJECTION TO ST. PAUL SETTLEMENT | 0.30 | $157.50 |
| 4/13/2005 | 006 | MR LASTOWSKI | REVIEW MOTION TO APPROVE HATCO SETTLEMENT | 1.10 | $577.50 |
| 4/26/2005 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO PACIFORP.'S MOTION TO ALLOW LATE FILED PROOF OF CLAIM AND UNDERLYING MOTION | 0.30 | $157.50 |
| | | | Code Total | 2.00 | $1,050.00 |

File # K0248-00001                                      INVOICE # 1093622
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 4/25/2005 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER RE: MEETING. | 0.10 | $57.50 |
| 4/26/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE'S E-MAIL. | 0.20 | $115.00 |
| 4/27/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE'S MEMO (STROOCK) RE: HATCO SITE. | 0.40 | $230.00 |
| | | | Code Total | 0.70 | $402.50 |

File # K0248-00001                                           INVOICE #  1093622
     W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|--|-----------|-------------|-------|--------|
| 4/17/2005 | 010 | WS KATCHEN | REVIEW MOTION TO EMPLOY SPECIAL COUNSEL, BEVERIDGE & DIAMOND - ENVIRONMENTAL ISSUES, CURTIS BAY, MARYLAND. | 0.20 | $115.00 |
| 4/25/2005 | 010 | WS KATCHEN | REVIEW DEBTOR'S LIMITED OPPOSITION TO EMPLOYMENT OF SPECIAL INSURANCE COUNSEL. | 0.20 | $115.00 |
| | | | Code Total | 0.40 | $230.00 |

File # K0248-00001                                      INVOICE # 1093622
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/6/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING THIRTY-SEVENTH FEE APPLICATION OF DUANE MORRIS FOR FEBRUARY 2004. | 0.20 | $83.00 |
| 4/8/2005 | 012 | VL AKIN | PREPARE QUARTERLY CHART FOR INTERIM FEES AND EXPENSES FOR 1/1/05 THROUGH 3/31/05 | 0.50 | $92.50 |
| 4/12/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR FEBRUARY 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 4/12/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS FOR FEBRUARY 2005 | 0.40 | $74.00 |
| 4/19/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING DUANE MORRIS' 37TH MONTHLY FEE APPLICATION. | 0.20 | $83.00 |
| 4/19/2005 | 012 | VL AKIN | REVIEW MARCH 2004 BILL AND EDIT | 0.30 | $55.50 |
| 4/22/2005 | 012 | VL AKIN | PREPARE MARCH 2005 FEE APPLICATION OF DUANE | 0.50 | $92.50 |
| 4/22/2005 | 012 | VL AKIN | FILE AND SERVE MARCH 2005 FEE APPLICATION OF DUANE MORRIS | 0.50 | $92.50 |
| 4/25/2005 | 012 | VL AKIN | UPDATE QUARTERLY FEE CHART | 0.50 | $92.50 |
| 4/29/2005 | 012 | VL AKIN | PREPARE SIXTEENTH QUARTERLY FEE APPLICATION OF DUANE | 4.00 | $740.00 |
| | | | Code Total | 7.40 | $1,461.00 |

File # K0248-00001                                    INVOICE # 1093622
    W.R. GRACE & CO.

| Date | Code | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/1/2005 | 013 | VL AKIN | FILE FEBRUARY 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 4/5/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CNO FOR THE JANUARY FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 4/12/2005 | 013 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO EMPLOY BEVERIDGE AND THOMPSON | 0.20 | $105.00 |
| 4/18/2005 | 013 | MR LASTOWSKI | REVIEW PROPOSED REPLY IN SUPPORT OF RETENTION OF ANDERSON KILL | 1.10 | $577.50 |
| 4/20/2005 | 013 | MR LASTOWSKI | REVIEW SUPPLEMENTAL OBJECTION TO DEBTOR'S MOTION TO AMEND EMPLOYMENT AGREEMENT WITH ITS CHIEF OPERATING OFFICER | 1.10 | $577.50 |
| 4/20/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE 13TH FEE APPLICATION | 0.30 | $55.50 |
| 4/21/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE THIRTEENTH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 4/22/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE FEBRUARY 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 4/29/2005 | 013 | VL AKIN | FILE MARCH 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| | | | Code Total | 4.30 | $1,611.50 |

File # K0248-00001                                        INVOICE #  1093622
     W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 4/22/2005 | 015 | RW RILEY | REVIEWING AGENDA FOR 4/25/05 OMNIBUS HEARING. | 0.20 | $83.00 |
| 4/23/2005 | 015 | MR LASTOWSKI | REVIEW 4/25/05 AGENDA AND ITEMS IDENTIFIED THEREON | 2.10 | $1,102.50 |
| 4/25/2005 | 015 | RW RILEY | PREPARATION AND ATTENDING OMNIBUS HEARING. | 3.70 | $1,535.50 |
| | | | Code Total | 6.00 | $2,721.00 |

Duane Morris
May 23, 2005
Page 10

File # K0248-00001                                          INVOICE #  1093622
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 4/5/2005 | 016 | MR LASTOWSKI | LETTER FROM THIRD CIRCUIT RE: STATUS OF SEALED AIR SETTLEMENT | 0.30 | $157.50 |
| 4/8/2005 | 016 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S OBJECTION TO THE RETENTION OF CAHILL GORDON AS SPECIAL COUNSEL | 0.30 | $157.50 |
| 4/8/2005 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S LIMITED OBJECTION TO PERSONAL INJURY COMMITTEE'S RETENTION OF ANDERSON KILL | 0.30 | $157.50 |
| 4/8/2005 | 016 | WS KATCHEN | REVIEW SEALED AIR RENEWED MOTION. | 0.40 | $230.00 |
| 4/11/2005 | 016 | MR LASTOWSKI | REVIEW RENEWED MOTION TO APPROVE SEALED AIR SETTLEMENT | 0.30 | $157.50 |
| 4/13/2005 | 016 | WS KATCHEN | REVIEW COMMITTEE MEMO AND EXHIBITS (SEALED AIR SETTLEMENT). | 0.60 | $345.00 |
| 4/17/2005 | 016 | WS KATCHEN | REVIEW HILCO SETTLEMENT (NJ SPILL ACT). | 0.40 | $230.00 |
| 4/20/2005 | 016 | WS KATCHEN | REVIEW COMMITTEE'S MEMO RE: NJ DEP. | 0.10 | $57.50 |
| 4/26/2005 | 016 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE RE: SEALED AIR. | 0.10 | $57.50 |
| | | | Code Total | 2.80 | $1,550.00 |

File # K0248-00001                                    INVOICE #  1093622
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/8/2005 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 1.70 | $892.50 |
| 4/8/2005 017 | WS KATCHEN | WORK ON PLAN CONFIRMATION ISSUES. | 1.70 | $977.50 |
| 4/15/2005 017 | WS KATCHEN | COMMITTEE CONFERENCE CALL ON SEALED AIR SETTLEMENT AND PLAN PROCESS, LEGISLATION, PD ISSUES, ZONOLITE LITIGATION. | 0.40 | $230.00 |
| | | Code Total | 3.80 | $2,100.00 |

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1093622

TOTAL SERVICES        29.60   $12,196.00

Duane Morris
May 23, 2005
Page 13

File # K0248-00001                                    INVOICE #  1093622
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 4/30/2005 | TELEPHONE | | 3.83 |
| | | Total: | $3.83 |
| | | | |
| 4/22/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGEL AT SENIOR VICE PRESIDENT - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790990492252) | | 7.86 |
| 4/22/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790990289960) | | 10.91 |
| | | Total: | $18.77 |
| | | | |
| 4/30/2005 | PRINTING & DUPLICATING | | 18.90 |
| | | Total: | $18.90 |
| | | | |
| | TOTAL DISBURSEMENTS | | $41.50 |

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

June 17, 2005

THOMAS F MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W R. GRACE & CO


File# K0248-00001        Invoice# 1099420                      IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 13 80 | hrs at | $525.00 /hr = | $7,245 00 | |
| RW RILEY | PARTNER | 0.80 | hrs at | $415.00 /hr = | $332 00 | |
| WS KATCHEN | PARTNER | 13.10 | hrs at | $575 00 /hr = | $7,532 50 | |
| CM WINTER | ASSOCIATE | 0 50 | hrs at | $310.00 /hr = | $155 00 | |
| MF HAHN | ASSOCIATE | 0 40 | hrs at | $290 00 /hr = | $116 00 | |
| VL AKIN | PARALEGAL | 11 60 | hrs at | $185 00 /hr = | $2,146 00 | |
| SE WALLACE | MISCELLANEOUS | 0 50 | hrs at | $180 00 /hr = | $90.00 | |
| TJ HANNON | MISCELLANEOUS | 0 30 | hrs at | $180 00 /hr = | $54 00 | |
| | | | | | | $17,670 50 |


DISBURSEMENTS
| | | |
|---|---|---|
| DOCUMENT RETRIEVAL | 21.20 | |
| MEETING EXPENSE | 278.10 | |
| OVERNIGHT MAIL | 60 81 | |
| PRINTING & DUPLICATING | 56 25 | |
| TELECOPY | 4 75 | |
| TOTAL DISBURSEMENTS | | $421 11 |

BALANCE DUE THIS INVOICE                                      $18,091 61


PREVIOUS BALANCE                                             $66,193.71

TOTAL BALANCE DUE                                           $84,285.32


DUANE MORRIS LLP

Duane Morris
June 17, 2005
Page 2

File # K0248-00001                                    INVOICE #  1099420
    W.R. GRACE & CO

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|------|-------|-------|
| 5/3/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0 20 | $37 00 |
| 5/13/2005 | 004 | WS KATCHEN | REVIEW STROOCK MEMO | 0 20 | $115 00 |
| 5/13/2005 | 004 | WS KATCHEN | REVIEW STATUS OF LEGISLATION | 0 30 | $172 50 |
| 5/16/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE'S MEMO | 0 20 | $115.00 |
| 5/16/2005 | 004 | WS KATCHEN | MEMO TO COMMITTEE MEMBER | 0 10 | $57 50 |
| 5/17/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO | 0 20 | $115 00 |
| 5/17/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: PENSION ISSUES | 0 40 | $230 00 |
| 5/19/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0 30 | $55 50 |
| 5/19/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0 40 | $74 00 |
| 5/20/2005 | 004 | MF HAHN | REVIEW DOCUMENTS AND FEE APPLICATIONS SERVED | 0 40 | $116 00 |
| 5/23/2005 | 004 | WS KATCHEN | E-MAIL TO COMMITTEE | 0 20 | $115 00 |
| 5/23/2005 | 004 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH ARLENE KRIEGER | 0 20 | $115 00 |
| 5/24/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0 50 | $92 50 |
| 5/26/2005 | 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY RE: CASE STATUS AND LEGISLATION | 0 30 | $172 50 |
| | | | Code Total | 3 90 | $1,582.50 |

Duane Morris
June 17, 2005
Page 3

File # K0248-00001                                         INVOICE # 1099420
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/3/2005 | 005 | WS KATCHEN | REVIEW DEBTORS' QUARTERLY REPORTS OF ASSET SALES LESS THAN $250,000 AND SETTLEMENTS | 0 20 | $115 00 |
| 5/3/2005 | 005 | WS KATCHEN | REVIEW STIPULATION RE: CARUCCIO CLAIMS | 0 10 | $57 50 |
| 5/6/2005 | 005 | WS KATCHEN | REVIEW ORDER - OBJECTION TO CLAIMS RE: LOCAL LODGE 726 (3 CLAIMS) | 0 20 | $115 00 |
| 5/6/2005 | 005 | WS KATCHEN | REVIEW STIPULATION AND ORDER RE: UNITED STEEL WORKERS | 0 10 | $57 50 |
| 5/6/2005 | 005 | WS KATCHEN | REVIEW ORDER RE: FESTA | 0 10 | $57 50 |
| 5/6/2005 | 005 | WS KATCHEN | REVIEW ORDER RE: CMO - ESTIMATION | 0 10 | $57 50 |
| 5/6/2005 | 005 | WS KATCHEN | REVIEW ORDER - OBJECTION TO CLAIMS ; LOCAL LODGE 727 | 0 20 | $115 00 |
| 5/9/2005 | 005 | WS KATCHEN | REVIEW AGENDA FOR HEARINGS ON MAY 16, 2005 | 0 20 | $115 00 |
| 5/12/2005 | 005 | WS KATCHEN | REVIEW UPDATE ON NEW JERSEY DEP INVESTIGATION V DEBTOR | 0 20 | $115 00 |
| 5/13/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION, MEMORANDUM OF POINTS AND AUTHORITIES AND APPENDIX RELATING TO PI CMO AND QUESTIONNAIRE | 3 10 | $1,627 50 |
| 5/14/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S MEMO IN SUPPORT OF MOTION TO APPROVE CMO V QUESTIONNAIRE | 1 80 | $1,035 00 |
| 5/26/2005 | 005 | WS KATCHEN | REVIEW CONSULTING AGREEMENT | 0 10 | $57 50 |
| 5/26/2005 | 005 | WS KATCHEN | REVIEW §1121(D) | 0 10 | $57 50 |
| 5/27/2005 | 005 | MR LASTOWSKI | REVIEW SUPPLEMENTAL PROPERTY DAMAGE CLAIM OBJECTIONS | 0 30 | $157 50 |
| 5/27/2005 | 005 | WS KATCHEN | REVIEW MOTION TO OBJECT TO SEVERAL PD CLAIMS | 0 10 | $57 50 |
| 5/29/2005 | 005 | WS KATCHEN | ESTIMATION RESEARCH | 2.70 | $1,552.50 |
| | | | Code Total | 9 60 | $5,350 00 |

Duane Morris
June 17, 2005
Page 4

File # K0248-00001                                    INVOICE # 1099420
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/20/2005 006 | MR LASTOWSKI | REVIEW NINTH OMNIBUS CLAIM OBJECTION | 0 20 | $105 00 |
| 5/20/2005 006 | MR LASTOWSKI | REVIEW TENTH OMNIBUS CLAIM OBJECTION | 0 20 | $105 00 |
| | | Code Total | 0 40 | $210.00 |

Duane Morris
June 17, 2005
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1099420

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/26/2005 | 007 | CM WINTER | TELEPHONE CALL FROM PARALEGAL AT CROSSMARK RE FUNDS BEING HELD RE PREPETITION MARKETING AND RETURNING CALL | 0 10 | $31 00 |
| 3/29/2005 | 007 | CM WINTER | TELEPHONE CALL FROM SETH MEISEL REGARDING DELL LEASED EQUIPMENT AND EMAIL TO MONTY CLAYBROOK RE SAME | 0 40 | $124 00 |
| 5/9/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 1 20 | $630 00 |
| 5/11/2005 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM CRAIG ADAMS (CREDITOR) RE: STATUS | 0 30 | $157 50 |
| 5/26/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0 50 | $262 50 |
| 5/26/2005 | 007 | WS KATCHEN | ATTEND CONFERENCE AT STROOCK - DEBTOR/COMMITTEE | 3.50 | $2,012 50 |
| 5/26/2005 | 007 | WS KATCHEN | TRAVEL TO NEW YORK CITY AT 1/2 FOR MEETING AT STROOCK | 0 50 | $287 50 |
| 5/26/2005 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY RE: LITIGATION STRATEGY (CONFIDENTIAL) | 0 20 | $115 00 |
| | | | Code Total | 6 70 | $3,620.00 |

Duane Morris
June 17, 2005
Page 6

File # K0248-00001                                    INVOICE #  1099420
    W.R. GRACE & CO.

| Date | | Attorney | Description | Hours | Amount |
|------|--|----------|-------------|-------|--------|
| 5/25/2005 | 008 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO MAKE CERTAIN PENSION PLAN CONTRIBUTIONS | 0 40 | $210 00 |
| 5/26/2005 | 008 | WS KATCHEN | REVIEW MOTION RE: LAKE CHARLES PENSION PLAN. | 0 20 | $115 00 |
| 5/26/2005 | 008 | WS KATCHEN | REVIEW DEFINED BENEFIT PLAN CONTRIBUTIONS | 0 20 | $115 00 |
| | | | Code Total | 0 80 | $440 00 |

Duane Morris
June 17, 2005
Page 7

File # K0248-00001                                    INVOICE # 1099420
     W.R. GRACE & CO.

| Date | | Timekeeper | Description | | |
|---|---|---|---|---|---|
| 5/25/2005 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO ENTER INTO POST-RETIREMENT CONSULTING AGREEMENT WITH FORMER GENERAL COUNSEL | 0 30 | $157 50 |
| 5/26/2005 | 010 | MR LASTOWSKI | REVIEW DAVID AUSTERN'S SECOND SUPPLEMENTAL APPLICATION TO RETAIN CIBC WORLD WIDE MARKETS | 0 30 | $157 50 |
| | | | Code Total | 0.60 | $315.00 |

Duane Morris
June 17, 2005
Page 8

File # K0248-00001                                          INVOICE # 1099420
    W.R. GRACE & CO.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/4/2005 012 | VL AKIN | PREPARE SIXTEENTH INTERIM FEE APPLICATION OF DUANE | 0.90 | $166.50 |
| 5/11/2005 012 | VL AKIN | CONFERENCE WITH J. GRACE AT THE TRUSTEE'S OFFICE REGARDING MARCH 2005 FEE APPLICATION OF DUANE. REVIEW APPLICATION REGARDING TRUSTEE ISSUES FORWARD EMAIL TO M. LASTOWKI, B KATCHEN AND D. SPEERS REGARDING SAME. | 0.60 | $111.00 |
| 5/12/2005 012 | VL AKIN | BILLING MATTERS REGARDING APRIL 2005 BILL FOR DUANE | 0.40 | $74.00 |
| 5/13/2005 012 | RW RILEY | REVIEWING CNO FOR MARCH 2005 DUANE MORRIS FEE APPLICATION | 0.10 | $41.50 |
| 5/13/2005 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING MARCH 2005 FEE APPLICATION OF DUANE. REVIEW DOCKET | 0.30 | $55.50 |
| 5/13/2005 012 | VL AKIN | BILLING MATTERS REGARDING MARCH 2005 FEE APPLICATION OF DUANE | 0.40 | $74.00 |
| 5/16/2005 012 | VL AKIN | REVIEW SIXTEENTH QUARTERLY FEE APPLICATION PER M. LASTOWSKI'S CONFERENCE WITH US TRUSTEE | 0.40 | $74.00 |
| 5/18/2005 012 | MR LASTOWSKI | REVIEW AND APPROVE DUANE MORRIS 16TH QUARTERLY FEE APPLICATION | 0.60 | $315.00 |
| 5/18/2005 012 | VL AKIN | REVIEW & EDIT APRIL 2005 DRAFT BILL | 0.70 | $129.50 |
| 5/18/2005 012 | VL AKIN | EDIT SIXTEENTH QUARTERLY FEE APPLICATION OF DUANE | 0.60 | $111.00 |
| 5/18/2005 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CNO FOR MARCH 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 5/18/2005 012 | VL AKIN | FILE AND SERVE 16TH QUARTERLY FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 5/20/2005 012 | VL AKIN | BILLING MATTERS REGARDING APRIL 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 5/23/2005 012 | VL AKIN | PREPARE APRIL 2005 FEE APPLICATION OF DUANE | 1.40 | $259.00 |
| 5/24/2005 012 | VL AKIN | FILE AND SERVE APRIL 2005 FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| | | Code Total | 8.60 | $1,818.00 |

Duane Morris
June 17, 2005
Page 9

File # K0248-00001                                      INVOICE # 1099420
     W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/9/2005 | 013 | VL AKIN | FILE FOURTEENTH INTERIM FEE APPLICATION OF CAPSTONE | 0 30 | $55 50 |
| 5/12/2005 | 013 | RW RILEY | REVIEWING FEE APPLICATION FOR COMMITTEE PROFESSIONAL FOR MARCH 2005 | 0 70 | $290 50 |
| 5/16/2005 | 013 | VL AKIN | FILE 5TH QUARTERLY FEE APPLICATION OF CAPSTONE | 0 40 | $74 00 |
| 5/16/2005 | 013 | VL AKIN | REVIEW NOTICE OF APPLICATION FOR 5TH QUARTERLY FEE APPLICATION OF CAPSTONE | 0 10 | $18 50 |
| 5/19/2005 | 013 | VL AKIN | FILE SIXTEENTH QUARTERLY FEE APPLICATION OF STROOCK | 0 40 | $74 00 |
| 5/20/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING MARCH 2005 FEE APPLICATION OF STROOCK | 0 30 | $55 50 |
| 5/20/2005 | 013 | VL AKIN | SCAN, FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE MARCH 2005 FEE APP OF STROOCK | 0 30 | $55 50 |
| | | | Code Total | 2 50 | $623 50 |

Duane Morris
June 17, 2005
Page 10

File # K0248-00001                                   INVOICE #  1099420
    W R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 5/3/2005 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT 4/24/05 HEARING | 0 50 | $262 50 |
| 5/4/2005 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF 4/24/05 HEARING | 0.50 | $262 50 |
| 5/9/2005 015 | MR LASTOWSKI | REVIEW AGENDA FOR 5/16/05 HEARING AND ITEMS IDENTIFIED THEREON | 2 90 | $1,522 50 |
| 5/9/2005 015 | VL AKIN | REVIEW DOCKET REGARDING STATUS OF HEARING ON 5/16/05 | 0 30 | $55 50 |
| 5/13/2005 015 | VL AKIN | ARRANGE FOR M  LASTOWSKI TO ATTEND 5/16 HEARING BY TELECONFERENCE | 0 20 | $37 00 |
| 5/20/2005 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT 5/16/05 HEARING | 0 30 | $157 50 |
| | | Code Total | 4 70 | $2,297 50 |

Duane Morris
June 17, 2005
Page 11

File # K0248-00001                                          INVOICE #  1099420
     W.R  GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/2/2005 | 016 | MR LASTOWSKI | REVIEW CORRESPONDENCE TO THIRD CIRCUIT RE: SEALED AIR APPEAL. | 0.30 | $157 50 |
| 5/26/2005 | 016 | WS KATCHEN | REVIEW SETTLEMENT CYTEC AND WYETH | 0 20 | $115 00 |
| | | | Code Total | 0 50 | $272.50 |

Duane Morris
June 17, 2005
Page 12

File # K0248-00001                                          INVOICE #  1099420
      W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 5/5/2005 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS | 1 50 | $787 50 |
| 5/25/2005 | 017 | MR LASTOWSKI | CYTEC SETTLEMENT MOTION | 0 20 | $105 00 |
| 5/25/2005 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0 20 | $105 00 |
| | | | Code Total | 1 90 | $997 50 |

Duane Morris
June 17, 2005
Page 13

File # K0248-00001                                    INVOICE #  1099420
     W.R. GRACE & CO.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/6/2005 025 | SE WALLACE | LEGAL RESEARCH CONCERNING NEW JERSEY SUPERIOR COURT, GLOUCESTER COUNTY OPINION, OLIVO ET AL V OWNES ILLINOIS, EXXON MOBILE, ET AL, L 001459 00 (V MARCHELLO) | 0 50 | $90 00 |
| 5/9/2005 025 | TJ HANNON | REQUESTING NJ DAILY DECISION ALERT CASE FOR W  KATCHEN | 0 30 | $54 00 |
| | | Code Total | 0 80 | $144 00 |

Duane Morris
June 17, 2005
Page 14

File # K0248-00001                                    INVOICE #  1099420
    W.R. GRACE & CO.


                          TOTAL SERVICES
                                                    _____
                                                    41 00    $17,670 50

Duane Morris
June 17, 2005
Page 15

File # K0248-00001
     W.R. GRACE & CO.

INVOICE #  1099420

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/31/2005 | MEETING EXPENSE | | 278.10 |
| | | Total: | $278.10 |
| 5/16/2005 | OVERNIGHT MAIL PACKAGE SENT TO LEWIS KRAUGER ESQ KEN PASQUALE AT STROOCK & STROCK & LAVAN LLP - NEW YORK CITY, NY FROM WILLIAM S KATCHEN ESQ AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #849270698044) | | 11.51 |
| 5/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791076596752) | | 9.24 |
| 5/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790517395472) | | 18.21 |
| 5/24/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790031690435) | | 11.22 |
| 5/24/2005 | OVERNIGHT MAIL PACKAGE SENT TO SIEGEL DAVID B AT SENIOR V P AND GENERAL COUNSE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790031679452) | | 10.63 |
| | | Total: | $60.81 |
| 5/31/2005 | TELECOPY | | 4.75 |
| | | Total: | $4.75 |
| 5/31/2005 | DOCUMENT RETRIEVAL | | 21.20 |
| | | Total: | $21.20 |
| 5/31/2005 | PRINTING & DUPLICATING | | 56.25 |
| | | Total: | $56.25 |
| | TOTAL DISBURSEMENTS | | $421.11 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON. DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

July 20, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1106877                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 15.80 | hrs. at | $525.00 | /hr. = | $8,295.00 |
| RW RILEY | PARTNER | 1.90 | hrs. at | $415.00 | /hr. = | $788.50 |
| WS KATCHEN | PARTNER | 6.90 | hrs. at | $575.00 | /hr. = | $3,967.50 |
| DM SOSNOSKI | PARALEGAL | 0.50 | hrs. at | $160.00 | /hr. = | $80.00 |
| VL AKIN | PARALEGAL | 12.20 | hrs. at | $185.00 | /hr. = | $2,257.00 |
| | | | | | | $15,388.00 |

DISBURSEMENTS
| | |
|---|---|
| MESSENGER SERVICE | 166.50 |
| MISCELLANEOUS | 173.00 |
| OVERNIGHT MAIL | 29.67 |
| PRINTING & DUPLICATING | 23.20 |
| PRINTING & DUPLICATING - EXTERNAL | 281.65 |
| TELECOPY | 2.85 |
| TELEPHONE | 1.91 |
| TRAVEL - LOCAL | 7.00 |
| TOTAL DISBURSEMENTS | $685.78 |

BALANCE DUE THIS INVOICE                                     $16,073.78

PREVIOUS BALANCE                                              $39,875.31

TOTAL BALANCE DUE                                            $55,949.09

DUANE MORRIS LLP

Duane Morris
July 20, 2005
Page 2

File # K0248-00001                                          INVOICE #  1106877
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/2/2005 | 003 | MR LASTOWSKI | REVIEW APRIL 2005 MONTHLY OPERATING REPORTS | 0.40 | $210.00 |
| 6/14/2005 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO EXPEND ESTATE ASSETS TO ESTABLISH AN ADDITIONAL MANUFACTURING FACITLIY | 0.30 | $157.50 |
| | | | Code Total | 0.70 | $367.50 |

Duane Morris
July 20, 2005
Page 3

File # K0248-00001                                    INVOICE #  1106877
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/2/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.10 | $18.50 |
| 6/2/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $18.50 |
| 6/2/2005 | 004 | WS KATCHEN | E-MAIL TO STROOCK. | 0.10 | $57.50 |
| 6/2/2005 | 004 | WS KATCHEN | ADDITIONAL E-MAILS TO STROOCK AND REPLY. | 0.20 | $115.00 |
| 6/7/2005 | 004 | VL AKIN | FORWARD E-FILED PLEADINGS TO CO-COUNSEL. | 0.20 | $37.00 |
| 6/8/2005 | 004 | VL AKIN | FORWARD PLEADINGS TO CO-COUNSEL | 0.30 | $55.50 |
| 6/9/2005 | 004 | MR LASTOWSKI | REVIEW ORDER EXTENDING TIME TO RESPOND TO MOTION TO APPROVE CASE MANAGEMENT ORDER | 0.30 | $157.50 |
| 6/9/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.10 | $18.50 |
| 6/14/2005 | 004 | VL AKIN | REVIEW DOCKET REGARDING CASE MANAGEMENT ORDERS AND RECENT AGENDAS. CONFERENCE WITH M LASTOWSKI REGARDING SAME. CONFERENCE WITH A. KREGER REGARDING RESPONSE DEADLINE. | 0.90 | $166.50 |
| 6/14/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL. | 0.40 | $74.00 |
| 6/14/2005 | 004 | WS KATCHEN | REVIEW EQUITY COMMITTEE'S RESPONSE ON §1121(D). | 0.10 | $57.50 |
| 6/16/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: ADDITIONAL MEETING FACILITY $20MM. | 0.20 | $115.00 |
| 6/17/2005 | 004 | WS KATCHEN | LEGISLATION UPDATE ON S 852 AT 1/2. | 0.30 | $172.50 |
| 6/20/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 6/20/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE'S MEMO ON §1121(D). | 0.20 | $115.00 |
| 6/21/2005 | 004 | DM SOSNOSKI | RETRIEVING ON-LINE DOCKETS PER WSKATCHEN'S REQUEST | 0.50 | $80.00 |
| 6/21/2005 | 004 | WS KATCHEN | REVIEW COMMITTEE'S MEMO AND CAPSTONE'S MEMO RE: SPECIALTY BUILDING MATERIALS. | 0.40 | $230.00 |
| 6/21/2005 | 004 | WS KATCHEN | REVIEW ACC'S OBJECTION ON §1121(D) MOTION | 0.40 | $230.00 |
| 6/24/2005 | 004 | WS KATCHEN | REVIEW OCC RESPONSE ON DEBTOR'S MOTION TO APPROVE PI/CMO AND QUESTIONNAIRE. | 0.10 | $57.50 |
| 6/27/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST AND LABELS | 0.30 | $55.50 |
| 6/27/2005 | 004 | VL AKIN | PREPARE CERTIFICATE OF SERVICE FOR COMMITTEE RESPONSE TO PI CMO QUESTIONAIRE | 0.40 | $74.00 |
| 6/27/2005 | 004 | WS KATCHEN | LEGISLATION UPDATE. | 0.30 | $172.50 |
| 6/28/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |

Duane Morris
July 20, 2005
Page 4

File # K0248-00001                                      INVOICE # 1106877
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 6/30/2005 004 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER AND QUESTIONNAIRE AND REVIEW AND EXECUTE TRADE COMMITTEE JOINDER | 0.90 | $472.50 |
| 6/30/2005 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.60 | $111.00 |
| 6/30/2005 004 | VL AKIN | FILE AND SERVE RESPONSE IN SUPPORT OF PI CMO MOTION | 0.70 | $129.50 |
| 6/30/2005 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $57.50 |
| 6/30/2005 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER RE: UPDATE. | 0.20 | $115.00 |
| 6/30/2005 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.10 | $57.50 |
| | | Code Total | 8.70 | $3,058.00 |

Duane Morris
July 20, 2005
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1106877

| 6/20/2005 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S TWELFTH OMNIBUS OBJECTION TO CLAIMS | 0 30 | $157 50 |
|-----------|-----|--------------|-----|------|------|
| | | | Code Total | 0.30 | $157.50 |

Duane Morris
July 20, 2005
Page 6

File # K0248-00001
    W.R. GRACE & CO.

                                                      INVOICE #  1106877

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/7/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE'S MEMO | 0.20 | $115.00 |
| 6/20/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.70 | $367.50 |
| 6/27/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE'S E-MAIL | 0.10 | $57.50 |
| 6/28/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.60 | $315.00 |
| 6/28/2005 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM R. LANG (CREDITOR) RE: STATUS | 0.30 | $157.50 |
| | | | Code Total | 1.90 | $1,012.50 |

Duane Morris
July 20, 2005
Page 7

File # K0248-00001                                    INVOICE #  1106877
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 6/13/2005 008 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR APPROVAL OF LONG TERM EMPLOYEE BENEFIT PROGRAM | 0 30 | $157 50 |
| | | Code Total | 0.30 | $157.50 |

Duane Morris
July 20, 2005
Page 8

File # K0248-00001                                          INVOICE #  1106877
       W.R. GRACE & CO.


| | | | | | |
|---|---|---|---|---|---|
| 6/1/2005 | 010 | WS KATCHEN | REVIEW DAVID AUSTERN'S APPLICATION TO EXTEND TERMS OF CIBC OR FINANCIAL ADVISOR | 0.10 | $57.50 |
| | | | Code Total | 0.10 | $57.50 |

Duane Morris
July 20, 2005
Page 9

File # K0248-00001                                    INVOICE #  1106877
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 6/8/2005 012 | VL AKIN | BILLING MATTERS REGARDING MAY 2005 BILL OF DUANE | 0.30 | $55.50 |
| 6/8/2005 012 | VL AKIN | BILLING MATTERS REGARDING MAY 2005 BILL OF DUANE | 0.30 | $55.50 |
| 6/9/2005 012 | VL AKIN | BILLING MATTERS REGARDING MAY 2005 BILL OF DUANE | 0.10 | $18.50 |
| 6/14/2005 012 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION REGARDING DUANE MORRIS' FEE APPLICATION FOR APRIL, 2005. | 0.20 | $83.00 |
| 6/14/2005 012 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS' 16TH QUARTERLY FEE APPLICATION. | 0.20 | $83.00 |
| 6/14/2005 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION 16TH OF DUANE MORRIS | 0.30 | $55.50 |
| 6/14/2005 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR APRIL 2005 DUANE MORRIS | 0.30 | $55.50 |
| 6/15/2005 012 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING APRIL 2005 FEE APP OF DUANE | 0.20 | $37.00 |
| 6/15/2005 012 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING 16TH QUARTERLY FEE APP OF DUANE | 0.20 | $37.00 |
| 6/15/2005 012 | VL AKIN | REVIEW MAY 2005 BILL OF DUANE | 0.40 | $74.00 |
| 6/17/2005 012 | RW RILEY | REVIEWING MAY 2005 APPLICATION FOR DUANE MORRIS | 0.50 | $207.50 |
| 6/17/2005 012 | VL AKIN | FORWARD FINAL BILL FOR MAY 2005 TO W. KATCHEN | 0.10 | $18.50 |
| 6/17/2005 012 | VL AKIN | PREPARE MAY 2005 FEE APPLICATION OF DUANE | 1.00 | $185.00 |
| 6/20/2005 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS MAY 2005 FEE APPLICATION | 0.30 | $157.50 |
| 6/20/2005 012 | VL AKIN | FILE AND SERVE MAY 2005 FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| | | Code Total | 5.10 | $1,252.50 |

Duane Morris
July 20, 2005
Page 10

File # K0248-00001                                          INVOICE # 1106877
     W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 6/1/2005 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 14TH INTERIM FEE APPLICATION OF CAPSTONE | | 0.20 | $37.00 |
| 6/1/2005 013 | VL AKIN | REVIEW DOCKET REGARDING OBJECTIONS TO 14TH INTERIM FEE APPLICATION OF CAPSTONE | | 0.10 | $18.50 |
| 6/1/2005 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING FOURTEENTH INTERIM FEE APPLICATION OF CAPSTONE | | 0.30 | $55.50 |
| 6/6/2005 013 | VL AKIN | FILE APRIL 2005 FEE APPLICATION OF CAPSTONE | | 0.30 | $55.50 |
| 6/6/2005 013 | VL AKIN | FILE APRIL 2005 FEE APPLICATION OF STROOCK | | 0.30 | $55.50 |
| 6/14/2005 013 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE CORPORATE RECOVERY'S 5TH QUARTERLY FEE APPLICATION | | 0.20 | $83.00 |
| 6/14/2005 013 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION FOR STROOCK & STROOCK & LAVAN'S 15TH QUARTERLY FEE APPLICATION | | 0.20 | $83.00 |
| 6/14/2005 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 15TH FEE APPLICATION OF STROOCK | | 0.30 | $55.50 |
| 6/15/2005 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING FIFTH QUARTERLY FEE APPLICATION OF CAPTSONE | | 0.20 | $37.00 |
| 6/15/2005 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING 15TH QUARTERLY FEE APPLICATION OF STROOCK | | 0.20 | $37.00 |
| 6/28/2005 013 | VL AKIN | FILE MAY 2005 FEE APPLICATION OF STROOCK | | 0.40 | $74.00 |
| | | | Code Total | 2.70 | $591.50 |

Duane Morris
July 20, 2005
Page 11

File # K0248-00001                                          INVOICE # 1106877
      W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 6/1/2005 015 | MR LASTOWSKI | REVIEW 5/16/05 TRANSCRIPT | 0.50 | $262.50 |
| 6/21/2005 015 | WS KATCHEN | REVIEW AGENDA FOR JUNE 27, 2005 | 0.20 | $115.00 |
| 6/23/2005 015 | MR LASTOWSKI | REVIEW ORDERS SIGNED ON 6/22/05 | 0.30 | $157.50 |
| 6/23/2005 015 | MR LASTOWSKI | REVIEW 6/27/05 AGENDA | 0.30 | $157.50 |
| 6/24/2005 015 | MR LASTOWSKI | REVIEW AGENDA BOOK FOR 6/27/05 OMNIBUS HEARING AND RELATED PLEADINGS | 3.20 | $1,680.00 |
| 6/27/2005 015 | MR LASTOWSKI | ATTEND JUNE 27, 2005 OMNIBUS HEARING | 3.70 | $1,942.50 |
| 6/27/2005 015 | MR LASTOWSKI | TELEPHONE CALL TO L. KRUGER AND A. KRIEGER RE: JUNE 27, 2005 OMNIBUS HEARING | 0.40 | $210.00 |
| 6/27/2005 015 | MR LASTOWSKI | PREPARE FOR 6/27/05 OMNIBUS HEARING | 1.20 | $630.00 |
| 6/27/2005 015 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: JUNE 27, 2005 HEARING | 0.40 | $230.00 |
| 6/30/2005 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF 6/27/05 HEARING IN CONNECTION WITH EXCLUSIVITY ISSUES | 0.60 | $315.00 |
| 6/30/2005 015 | VL AKIN | OBTAIN HEARING TRANSCRIPT FOR 6/27/05 | 0.10 | $18.50 |
| | | Code Total | 10.90 | $5,718.50 |

Duane Morris
July 20, 2005
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1106877

| | | | | | |
|---|---|---|---|---|---|
| 6/2/2005 | 016 | WS KATCHEN | REVIEW NJDEP COMPLAINT V. GRACE (CIVIL ACTION). | 0.30 | $172.50 |
| 6/14/2005 | 016 | WS KATCHEN | REVIEW MOTION BY MONTANA RE: §362(D) THIRD PARTY COMPLAINT V. W.R. GRACE (83 TORT ACTIONS). | 0.20 | $115.00 |
| 6/14/2005 | 016 | WS KATCHEN | RESEARCH TO SUPPORT OPPOSITION TO ABOVE. | 0.90 | $517.50 |
| | | | Code Total | 1.40 | $805.00 |

Duane Morris
July 20, 2005
Page 13

File # K0248-00001                                    INVOICE # 1106877
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/8/2005 | 017 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S RESPONSE TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.30 | $157.50 |
| 6/13/2005 | 017 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.00 | $0.00 |
| 6/13/2005 | 017 | MR LASTOWSKI | REVIEW FUTURE CLAIMS REPRESENTATIVE'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.30 | $157.50 |
| 6/17/2005 | 017 | WS KATCHEN | RESEARCH RE: PLAN ISSUE ON UNIMPAIRED. | 0.60 | $345.00 |
| 6/18/2005 | 017 | WS KATCHEN | RESEARCH PLAN ISSUE - UNIMPAIRDS. | 0.60 | $345.00 |
| 6/20/2005 | 017 | WS KATCHEN | RESEARCH PLAN ISSUE - UNIMPAIRED'S. | 0.60 | $345.00 |
| 6/30/2005 | 017 | MR LASTOWSKI | TELEPHONE CALL FROM ANDERSON KILL RE: STATUS | 0.20 | $105.00 |
| | | | Code Total | 2.60 | $1,455.00 |

Duane Morris
July 20, 2005
Page 14

File # K0248-00001                                    INVOICE #  1106877
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 6/3/2005 | 018 | MR LASTOWSKI | REVIEW MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTIN'S WITHDRWAWAL OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.10 | $52.50 |
| 6/8/2005 | 018 | MR LASTOWSKI | REVIEW STATE OF MONTANA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.30 | $157.50 |
| 6/28/2005 | 018 | RW RILEY | REVIEWING COMMITTEE'S RESPONSE TO MONTANA STAY MOTION | 0.60 | $249.00 |
| 6/28/2005 | 018 | VL AKIN | EDIT OPPOSITION TO LIFT STAY MOTION OF STATE OF MONTANA | 0.30 | $55.50 |
| 6/28/2005 | 018 | VL AKIN | PREPARE SERVICE LIST AND CERTIFICATE OF SERVICE FOR OPPOSITION TO MONTANA LIFT STAY MOTION | 0.60 | $111.00 |
| 6/28/2005 | 018 | VL AKIN | FILE AND SERVE OPPOSITION TO MONTANA STAY MOTION | 0.70 | $129.50 |
| | | | Code Total | 2.60 | $755.00 |

Duane Morris
July 20, 2005
Page 15

File # K0248-00001                                    INVOICE #  1106877
    W.R. GRACE & CO.

|  | | |
|---|---:|---:|
| TOTAL SERVICES | 37.30 | $15,388.00 |

Duane Morris
July 20, 2005
Page 16

File # K0248-00001                                      INVOICE #  1106877
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 6/30/2005 | PRINTING & DUPLICATING - EXTERNAL | | 281.65 |
| | | Total: | $281.65 |
| 6/30/2005 | TELEPHONE | | 1.91 |
| | | Total: | $1.91 |
| 6/30/2005 | TRAVEL - LOCAL | | 7.00 |
| | | Total: | $7.00 |
| 6/20/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SEIGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790550377016) | | 6.93 |
| 6/20/2005 | OVERNIGHT MAIL PACKAGE SENT TO BOSSAY STEVE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790058711981) | | 22.74 |
| | | Total: | $29.67 |
| 6/30/2005 | MESSENGER SERVICE | | 5.00 |
| 6/30/2005 | MESSENGER SERVICE | | 161.50 |
| | | Total: | $166.50 |
| 6/1/2005 | MISCELLANEOUS DOCUMENT RETRIEVAL | | 173.00 |
| | | Total: | $173.00 |
| 6/30/2005 | TELECOPY | | 2.85 |
| | | Total: | $2.85 |
| 6/30/2005 | PRINTING & DUPLICATING | | 19.20 |
| 6/30/2005 | PRINTING & DUPLICATING | | 4.00 |
| | | Total: | $23.20 |
| | TOTAL DISBURSEMENTS | | $685.78 |