# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
e-mail: info@bilzin.com • WWW.BILZIN.COM

MIAMI • TALLAHASSEE

August 10, 2005

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  95622

FOR PROFESSIONAL SERVICES RENDERED
THROUGH June 30, 2005

Atty - SLB
Client No. 74817/15537

RE:      01- Case Administration

| | | | | |
|---|---|---|---|---|
| 06/01/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from PACER and print out documents (1.3). |
| 06/01/05 | MIK | 0.10 | 30.00 | Review relevant property damage pleadings. |
| 06/02/05 | SLB | 0.10 | 57.50 | Telephone call from R. Frankel, Esq. regarding exclusivity (.1). |
| 06/02/05 | CB | 0.90 | 117.00 | Search of debtors' summary of schedules and financial statements. |
| 06/03/05 | ASD | 0.20 | 64.00 | Review and respond to email regarding exclusivity (.2). |
| 06/03/05 | SLB | 0.40 | 230.00 | Review numerous pleadings received (.4). |
| 06/03/05 | JMS | 0.40 | 120.00 | Emails with M. Hurford, R. Wryon regarding exclusivity and pension motions. |
| 06/03/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from PACER and print out documents. |
| 06/06/05 | ASD | 0.80 | 256.00 | Research regarding section 1121 (.8). |
| 06/07/05 | ASD | 1.40 | 448.00 | Research regarding impact of codes revisions on exclusivity issues (1.4). |
| 06/07/05 | JMS | 0.30 | 90.00 | Email from J. Baer regarding PI CMO scheduling and review drafts motion. |
| 06/07/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from PACER and print out documents. |
| 06/08/05 | WR | 1.00 | 150.00 | Retrieve documents on PACER re: Motions for Exclusivity |
| 06/09/05 | ASD | 0.40 | 128.00 | Review and revise exclusivity motion (.4) |
| 06/09/05 | SLB | 0.80 | 460.00 | Review and revise objection to extension of exclusivity (.8). |
| 06/09/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from PACER and print out documents. |
| 06/10/05 | MIK | 0.10 | 30.00 | Review PD related pleadings. |
| 06/12/05 | ASD | 1.50 | 480.00 | Email Committee regarding Montana's Motion For Relief (.3); email Scott Baena regarding Montana actions (.2); research regarding Montana Claims (1.0). |
| 06/13/05 | ASD | 0.50 | 160.00 | Review and respond to various emails requesting Montana request for relief (.5). |
| 06/13/05 | CB | 2.10 | 273.00 | Retrieve daily dockets from PACER and print out documents. |
| 06/13/05 | CB | 1.20 | 156.00 | Review relevant plan and disclosure statement. |
| 06/13/05 | MIK | 0.10 | 30.00 | Review property damage related pleadings. |
| 06/13/05 | WR | 0.70 | 105.00 | Review database of documents and invoices in preparation for creation of reports and queries. |
| 06/14/05 | ASD | 0.80 | 256.00 | Review two objections to exclusivity (.6); review of motion to authorize long term incentive program (.2). |
| 06/14/05 | MIK | 0.20 | 60.00 | Review property damage related pleadings. |
| 06/15/05 | CB | 1.20 | 156.00 | Retrieve daily dockets from PACER and print out documents. |
| 06/16/05 | CB | 4.10 | 533.00 | Retrieve relevant estimation pleadings and relevant exhibits from Pacer, and compile exhibits. |
| 06/16/05 | MIK | 0.10 | 30.00 | Review property damage related pleadings. |
| 06/17/05 | CB | 1.50 | 195.00 | Retrieve daily dockets from PACER and print out documents. |
| 06/20/05 | MIK | 0.10 | 30.00 | Review PD  related pleadings. |
| 06/21/05 | JMS | 0.60 | 180.00 | Review hearing agenda and email to paralegal thereon (.4); conference with W. Roman thereon (.2). |
| 06/21/05 | CB | 1.30 | 169.00 | Retrieve daily docket from PACER and print out documents. |
| 06/21/05 | MIK | 0.70 | 210.00 | Review PD related docket entries. |
| 06/22/05 | ASD | 1.30 | 416.00 | Research regarding Montana Claims (1.3). |
| 06/22/05 | AM | 0.70 | 91.00 | Search for fifteenth interim period fee application on Pacer (0.7). |
| 06/23/05 | ASD | 0.30 | 96.00 | Research regarding state asbestos legislation (.3). |
| 06/23/05 | JMS | 1.10 | 330.00 | Conference with A. Danzeisen regarding all pending matters and committee issues (.7); conference with W. Roman regarding hearing notebooks (.4). |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 06/23/05 | CB | 1.30 | 169.00 | Retrieve daily docket from PACER and print out documents. |
| 06/23/05 | MIK | 0.10 | 30.00 | Review PD related docket entries. |
| 06/24/05 | JMS | 0.30 | 90.00 | Review hearing notebooks. |
| 06/24/05 | CB | 2.40 | 312.00 | Retrieve plan of reorganization, disclosure statement, and exhibits from Pacer, print out documents, organize exhibits with tabs, and make copies for distribution. |
| 06/27/05 | ASD | 3.40 | 1,088.00 | Research regarding relief from stay (1.3); draft objection to Montana Motion for Request for Relief from Stay (2.1). |
| 06/27/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from Pacer and print out documents. |
| 06/27/05 | CB | 1.60 | 208.00 | Search docket for main case and adversary proceedings re: Debtors' objection to property damage claims and print out relevant pleadings. |
| 06/28/05 | ASD | 0.80 | 256.00 | Interoffice conference with Scott Baena regarding Objection to Montana motion (.2); revise objection and email for filing (.4); telephone conference with local counsel regarding Montana motion (.2). |
| 06/28/05 | ASD | 0.40 | 128.00 | Research regarding status of asbestos legislation (.4); (split with USG). |
| 06/28/05 | ADB | 2.70 | 324.00 | Research estimation publications. |
| 06/29/05 | ASD | 0.30 | 96.00 | Research regarding amendments to asbestos legislation (split with USG). |
| 06/29/05 | ADB | 4.30 | 516.00 | Research on  on list of experts' publication  at Nova  Southeastern School of Medicine |
| 06/29/05 | TQW | 0.20 | 50.00 | Conference with A. Danzeisen concerning research (.1); review email re same (.1). |
| 06/29/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from Pacer and print out documents. |
| 06/29/05 | CB | 1.70 | 221.00 | Search docket for main case and adversary proceedings re: Debtors' objection to property damage claims and print out relevant pleadings. |
| 06/29/05 | MIK | 0.40 | 120.00 | Review PD related documents. |
| 06/30/05 | SLB | 0.90 | 517.50 | Telephone conference with G. Boyer regarding analysis of termination of exclusivity (.2); review transcript of 6/27 hearing (.7). |
| 06/30/05 | TQW | 6.80 | 1,700.00 | Research into the admissibility of dust sampling evidence. |
| 06/30/05 | MIK | 0.10 | 30.00 | Review PD related docket entries (.1). |

**PROFESSIONAL SERVICES**                                                                                      $13,006.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 06/01/05 | Long Distance Telephone1(409)883-4394 | 0.99 |
| 06/01/05 | Long Distance Telephone1(212)326-0886 | 0.99 |
| 06/01/05 | Long Distance Telephone1(409)779-0523 | 6.93 |
| 06/01/05 | Long Distance Telephone1(415)989-1801 | 0.99 |
| 06/01/05 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 06/01/05 | MealsUn-identified meal - VENDOR: PERRICONE'S MARKETPLACE; INVOICE#: 93669-06/01/05; DATE: 6/1/2005 - Client | 23.51 |
| 06/02/05 | Photocopies  324.0000pgs @ 0.15/pg | 48.60 |
| 06/02/05 | Long Distance Telephone1(202)424-7575 | 0.99 |
| 06/02/05 | Long Distance Telephone1(409)779-0523 | 5.94 |
| 06/02/05 | Long Distance Telephone1(803)943-6047 | 4.95 |
| 06/03/05 | Long Distance Telephone1(409)883-4394 | 0.99 |
| 06/03/05 | Long Distance Telephone1(409)779-0523 | 0.99 |
| 06/03/05 | Long Distance Telephone1(409)779-0523 | 16.83 |
| 06/03/05 | Long Distance Telephone1(202)973-0296 | 3.96 |
| 06/03/05 | Long Distance Telephone1(313)386-1400 | 0.99 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 06/03/05 | Publication"Estimating Future Claims: Case Studies from Mass Tort and Product Liabilit" - VENDOR: Matthew Kramer; INVOICE#: MK-06/07/05; DATE: 6/7/2005 - Client | 50.48 |
| 06/03/05 | Lexis - Online Legal ResearchVENDOR: LexisNexis; INVOICE#: 0506014213; DATE: 6/30/2005 - Lexis Nexis Online Charges | 183.00 |
| 06/06/05 | Photocopies  72.0000pgs @ 0.15/pg | 10.80 |
| 06/06/05 | Long Distance Telephone1(212)872-1000 | 6.93 |
| 06/07/05 | Long Distance Telephone1(212)836-2485 | 45.54 |
| 06/07/05 | MealsVENDOR: Matthew Kramer; INVOICE#: MK-06/07/05; DATE: 6/7/2005 - Client | 30.89 |
| 06/08/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 06/08/05 | Photocopies  7.0000pgs @ 0.15/pg | 1.05 |
| 06/08/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 387484548;  DATE: 6/13/2005 | 8.28 |
| 06/08/05 | Searches-Title/Name/CorporateVENDOR: JUDICIAL RESEARCH & RETRIEVAL SERV; INVOICE#: JR216298; DATE: 6/8/2005 - Clients- 15537 | 121.67 |
| 06/09/05 | Photocopies  44.0000pgs @ 0.15/pg | 6.60 |
| 06/09/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 06/09/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 06/09/05 | Long Distance Telephone1(409)883-4394 | 11.88 |
| 06/09/05 | Long Distance Telephone1(509)455-3966 | 1.98 |
| 06/09/05 | Long Distance Telephone1(202)468-9265 | 0.99 |
| 06/09/05 | Long Distance Telephone1(202)973-0296 | 7.92 |
| 06/10/05 | Photocopies  50.0000pgs @ 0.15/pg | 7.50 |
| 06/10/05 | Photocopies  20.0000pgs @ 0.15/pg | 3.00 |
| 06/10/05 | Long Distance Telephone1(409)883-4394 | 19.80 |
| 06/10/05 | Long Distance Telephone1(302)575-1555 | 1.98 |
| 06/10/05 | Postage | 0.37 |
| 06/13/05 | Long Distance Telephone1(856)757-5193 | 0.99 |
| 06/13/05 | Miscellaneous CostsVENDOR: U.S. Document Retrieval Service, Inc.; INVOICE#: 56114; DATE: 6/13/2005 - Client #15906 & #15537 | 306.65 |
| 06/14/05 | Photocopies  701.0000pgs @ 0.15/pg | 105.15 |
| 06/14/05 | Long Distance Telephone1(202)973-9381 | 3.96 |
| 06/15/05 | Long Distance Telephone1(973)966-8032 | 12.87 |
| 06/16/05 | Long Distance Telephone1(202)973-9878 | 1.98 |
| 06/16/05 | Long Distance Telephone1(415)989-1801 | 0.99 |
| 06/16/05 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 06/16/05 | Messenger ServicesVENDOR: X-PRESS USA, INC.; INVOICE#: 507; DATE: 6/16/2005 - Client - 15537 | 105.07 |
| 06/21/05 | Photocopies  12.0000pgs @ 0.15/pg | 1.80 |
| 06/21/05 | Long Distance Telephone1(409)883-7136 | 11.88 |
| 06/21/05 | Long Distance Telephone1(509)455-3966 | 0.99 |
| 06/21/05 | Transcript of DepositionVENDOR: Theodore M. Formaroli, CSR, CRR; INVOICE#: 20050045; DATE: 6/21/2005 - Client #15545 & #15914 | 706.20 |
| 06/22/05 | Long Distance Telephone1(803)943-4444 | 7.92 |
| 06/22/05 | Long Distance Telephone1(302)575-1555 | 33.66 |
| 06/23/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 4

| | | |
|---|---|---|
| 06/23/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 06/23/05 | Long Distance Telephone1(843)524-5708 | 17.82 |
| 06/23/05 | Long Distance Telephone1(843)524-5708 | 1.98 |
| 06/23/05 | Photocopies - Outside ServiceVENDOR: X-PRESS USA, INC.; INVOICE#: 517; DATE: 6/23/2005  - Client #15537 | 131.57 |
| 06/24/05 | Photocopies  1067.0000pgs @ 0.15/pg | 160.05 |
| 06/27/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 06/27/05 | Long Distance Telephone1(409)883-7136 | 0.99 |
| 06/27/05 | Long Distance Telephone1(803)943-4444 | 1.98 |
| 06/27/05 | Long Distance Telephone1(843)524-1242 | 182.16 |
| 06/27/05 | Long Distance Telephone1(409)883-7136 | 181.17 |
| 06/27/05 | AirfareTravel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/27/05; DATE: 6/27/2005  - Clients | 636.70 |
| 06/27/05 | Fares, Mileage, ParkingCab fare - Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/27/05; DATE: 6/27/2005 - Clients | 12.50 |
| 06/27/05 | MealsTravel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/27/05; DATE: 6/27/2005  - Clients | 13.00 |
| 06/28/05 | Photocopies  3.0000pgs @ 0.15/pg | 0.45 |
| 06/28/05 | Long Distance Telephone1(803)943-4444 | 4.95 |
| 06/28/05 | Long Distance Telephone1(302)575-1555 | 6.93 |
| 06/28/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 390786027;  DATE: 7/1/2005 | 8.28 |
| 06/29/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 06/29/05 | Long Distance Telephone1(843)727-6500 | 1.98 |
| 06/29/05 | Postage | 0.37 |
| 06/30/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 06/30/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 06/30/05 | Long Distance Telephone1(843)216-9114 | 0.99 |
| 06/30/05 | Long Distance Telephone1(843)727-6500 | 1.98 |
| 06/30/05 | Long Distance Telephone1(415)989-1801 | 0.99 |
| 06/30/05 | Long Distance Telephone1(212)813-1703 | 0.99 |
| 06/30/05 | Long Distance Telephone1(212)813-1703 | 0.99 |
| 06/30/05 | Long Distance Telephone1(509)455-3966 | 1.98 |
| 06/30/05 | Long Distance Telephone1(202)973-0296 | 0.99 |
| 06/30/05 | Long Distance Telephone1(202)973-0296 | 18.81 |
| 06/30/05 | Long Distance Telephone1(202)973-6494 | 8.91 |
| 06/30/05 | Telecopies  2.0000pgs @ 1.00/pg | 2.00 |

**TOTAL COSTS ADVANCED**                                                $3,346.03

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.20 | $575.00 | $1,265.00 |
| Danzeisen, Allyn S | 12.10 | $320.00 | $3,872.00 |
| Sakalo, Jay M | 2.70 | $300.00 | $810.00 |
| Woodard,TerRance Q | 7.00 | $250.00 | $1,750.00 |
| Kramer, Matthew I | 2.00 | $300.00 | $600.00 |
| Brenneman, Carrie | 27.10 | $130.00 | $3,523.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| Morera, Arianna | 0.70 | $130.00 | $91.00 |
| Roman, Wanda | 1.70 | $150.00 | $255.00 |
| Box, Anthony D | 7.00 | $120.00 | $840.00 |
| *TOTAL* | *62.50* | | *$13,006.00* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $636.70 |
| Photocopies | $347.10 |
| Photocopies - Outside Service | $131.57 |
| Fares, Mileage, Parking | $12.50 |
| Telecopies | $6.00 |
| Federal Express | $16.56 |
| Long Distance Telephone | $654.39 |
| Lexis - Online Legal Research | $183.00 |
| Meals | $67.40 |
| Messenger Services | $105.07 |
| Miscellaneous Costs | $306.65 |
| Postage | $0.74 |
| Publication | $50.48 |
| Searches-Title/Name/Corporate | $121.67 |
| Transcript of Deposition | $706.20 |
| TOTAL | $3,346.03 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$16,352.03**

# Bilzin Sumberg Baena Price & Axelrod LLP

Atty - SLB
Client No. 74817/15538

Re:   02 - Debtors' Business Operations

| | | | | |
|---|---|---|---|---|
| 06/02/05 | JMS | 0.50 | 150.00 | Email to S. Baena regarding Grace pension motions. |
| 06/13/05 | MIK | 0.60 | 180.00 | Review Debtors' LTIP motion and email Scott L. Baena regarding same. |
| 06/14/05 | MIK | 0.70 | 210.00 | Review and summarize motion to construct/purchase facility. |
| 06/16/05 | JMS | 0.80 | 240.00 | Analysis of LTIP motion (.6); brief conference with M. Kramer thereon (.2). |
| 06/23/05 | JMS | 0.80 | 240.00 | Analysis of LTIP issues and emails with M. Kramer thereon. |

**PROFESSIONAL SERVICES**                                                    $1,020.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.10 | $300.00 | $630.00 |
| Kramer, Matthew I | 1.30 | $300.00 | $390.00 |
| *TOTAL* | *3.40* | | *$1,020.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        **$1,020.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15539

RE:    03 - Creditors Committee

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 06/01/05 | ASD | 0.40 | 128.00 | Research regarding Committee issue (.3); email regarding Committee call (.1). |
| 06/02/05 | ASD | 0.50 | 160.00 | Prepare for and attend Committee meeting (.5). |
| 06/02/05 | SLB | 1.00 | 575.00 | Committee meeting (1.0). |
| 06/03/05 | MIK | 0.50 | 150.00 | Committee call. |
| 06/09/05 | ASD | 0.50 | 160.00 | Telephone conference with committee co-chair regarding committee issues (.2); review e-mails responses committee issues (.3). |
| 06/14/05 | ASD | 0.40 | 128.00 | Review and respond to email from committee member (.4). |
| 06/15/05 | ASD | 0.20 | 64.00 | Email Committee regarding request (.2). |
| 06/16/05 | ASD | 1.00 | 320.00 | Telephone conference with expert regarding Committee call (.2); prepare for and attend Committee call (.9). |
| 06/16/05 | SLB | 0.50 | 287.50 | Committee meeting (.5). |
| 06/16/05 | JMS | 1.30 | 390.00 | Prepare for and attend committee call. |
| 06/23/05 | ASD | 0.20 | 64.00 | Email committee members regarding exclusivity reply (.2). |
| 06/23/05 | ASD | 0.10 | 32.00 | Telephone conference with Dan Speights regarding Committee issues (.1). |
| 06/27/05 | ASD | 0.50 | 160.00 | Email and responding to committee member inquiry as to exclusivity hearing (.2); email committee regarding EPA issue; telephone conference with Scott Baena regarding same (.3). |
| 06/27/05 | SLB | 0.50 | 287.50 | Telephone conference with M. Dies and D. Speights regarding hearing issues (.5). |
| 06/27/05 | MIK | 3.00 | 900.00 | Attend telephonically Grace omnibus hearing. |
| 06/29/05 | SLB | 0.70 | 402.50 | Telephone call from D. Scott regarding 6/30 meeting (.3); email to A. Danzeisen regarding 6/30 agenda (.1); email to committee regarding DC meeting (.3). |
| 06/30/05 | ASD | 0.50 | 160.00 | Prepare for and attend committee call (.5). |
| 06/30/05 | SLB | 0.50 | 287.50 | Committee meeting (.5). |
| 06/30/05 | JMS | 0.50 | 150.00 | Committee call. |

PROFESSIONAL SERVICES                                                           $4,806.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.20 | $575.00 | $1,840.00 |
| Danzeisen, Allyn S | 4.30 | $320.00 | $1,376.00 |
| Sakalo, Jay M | 1.80 | $300.00 | $540.00 |
| Kramer, Matthew I | 3.50 | $300.00 | $1,050.00 |
| *TOTAL* | *12.80* | | *$4,806.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                      $4,806.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15543

RE:   07 - Applicant's Fee Application

| 06/01/05 | ASD | 0.50 | 160.00 | Respond to email from fee auditor (.1); finalize letter to Fee Auditor (.4). |
| 06/09/05 | ASD | 0.20 | 64.00 | Review fee auditors response. (.2). |
| 06/16/05 | LMF | 0.20 | 30.00 | Meet with A. Danzeisen and accounting regarding revisions to April statement (.2). |
| 06/28/05 | LMF | 1.20 | 180.00 | Meet with accounting regarding various edits and questions to April statement (1.2). |
| 06/29/05 | LMF | 1.30 | 195.00 | Attend to review and edits to May prebill (1.3). |
| 06/30/05 | LMF | 0.30 | 45.00 | Meet with A. Danzeisen and accounting regarding revisions to April statement (.3). |

**PROFESSIONAL SERVICES**                                          $674.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.70 | $320.00 | $224.00 |
| Flores, Luisa M | 3.00 | $150.00 | $450.00 |
| *TOTAL* | *3.70* | | *$674.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $674.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15544

RE:    08 - Hearings

| 06/21/05 | WR | 0.20 | 30.00 | Telephone call to Courtcall scheduling telephonic appearance at 6/27/05 hearing. |
|---|---|---|---|---|
| 06/22/05 | WR | 3.50 | 525.00 | Review documents and prepare notebook in connection with 06/27/05 hearing. |
| 06/23/05 | WR | 1.75 | 262.50 | Edit hearing notebook and index for 06/27/05 hearing. |
| 06/23/05 | WR | 0.10 | 15.00 | Meeting with J. Sakalo to discuss changes in hearing notebook for 6/27/05. |
| 06/23/05 | WR | 0.10 | 15.00 | Confirm call-in number and time for telephonic appearance re: 06/27/05 hearing at 4:00 p.m. |
| 06/24/05 | WR | 0.30 | 45.00 | Meeting with J. Sakalo to review changes to hearing notebook in connection with 06/27/05 hearing. |
| 06/27/05 | ASD | 2.00 | 640.00 | Attend WR Grace hearing via telephone. |
| 06/27/05 | SLB | 4.50 | 2,587.50 | Prepare for and attend omnibus hearing (4.5). |
| 06/27/05 | JMS | 5.90 | 1,770.00 | Prepare for and attend omnibus hearing (5.5); telephone conference with D. Speights, M. Dies, S. Baena regarding results of hearing (.4). |

**PROFESSIONAL SERVICES**                                              $5,890.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.50 | $575.00 | $2,587.50 |
| Danzeisen, Allyn S | 2.00 | $320.00 | $640.00 |
| Sakalo, Jay M | 5.90 | $300.00 | $1,770.00 |
| Roman, Wanda | 5.95 | $150.00 | $892.50 |
| *TOTAL* | *18.35* | | *$5,890.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$5,890.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15545

RE:    09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| | | | | |
|---|---|---|---|---|
| 06/01/05 | ASD | 9.00 | 2,880.00 | Continue research of statute of limitations issues (5.4); review of PD Claims (3.5); review email regarding PD CMO (.1). |
| 06/01/05 | SLB | 0.50 | 287.50 | Email exchange with J. Baer regarding document requests, etc. (.3); transmittal to and emails from M. Dies and D. Speights regarding same (.2). |
| 06/01/05 | MIK | 8.20 | 2,460.00 | Review notices of objections to claims (.2); draft objection to personal injury CMO motion (8). |
| 06/02/05 | ASD | 2.00 | 640.00 | Research regarding B Reader issues (1.4); (split with USG); review email regarding discovery location (.2); interoffice conference with Scott Baena regarding discovery issues (.4). |
| 06/02/05 | SLB | 1.40 | 805.00 | Email reports from and response to J. Baer (.4); conference with "working group" to discuss discovery issues (1.0). |
| 06/02/05 | JMS | 1.10 | 330.00 | Review multiple emails regarding status of PD estimation. |
| 06/02/05 | JCM | 1.80 | 468.00 | Review pleadings regarding objections to P.D. claims; attention to correspondence regarding estimation process (.5); review status of state asbestos reform legislation (.2); teleconference with P.D. Committee; meeting with litigation team regarding strategy (1.1). |
| 06/02/05 | MIK | 8.40 | 2,520.00 | Review notices and insufficient supporting documents regarding claims and email  Scott L. Baena regarding same (.5); conference with Allyn S. Danzeisen regarding property damage discovery issues and review emails regarding same (.7); conference with Scott L. Baena regarding property damage estimation discovery matters (.8); draft objection to personal injury CMO (6.4). |
| 06/03/05 | ASD | 3.20 | 1,024.00 | Review charts relating to PD Claimants additional responses (1.3); review PD Claims (1.9). |
| 06/03/05 | JCM | 0.60 | 156.00 | Review status of state asbestos reform legislation (.1); review and edit objection of P.D. Committee to Debtor's motion to approve P.I. CMO (.5). |
| 06/03/05 | MIK | 8.00 | 2,400.00 | Draft objection to personal injury CMO. |
| 06/04/05 | JMS | 0.20 | 60.00 | Email regarding extension of time to respond to PI CMO. |
| 06/06/05 | ASD | 6.40 | 2,048.00 | Continue review of PD claims (2.5); research regarding rule 408 (2.7); research regarding Libby vermiculite issues (1.2). |
| 06/06/05 | JMS | 1.10 | 330.00 | Emails from/to J. Baer regarding status of PD CMO (.4); review research article on numerosity of asbestos claims (.7). |
| 06/06/05 | EG | 1.70 | 323.00 | Research statute of repose for three states. |
| 06/07/05 | ASD | 5.90 | 1,888.00 | Continue review of asbestos PD claims (4.1); continue research regarding defenses (1.8). |
| 06/07/05 | JMS | 1.90 | 570.00 | Work on discovery outline. |
| 06/07/05 | JCM | 0.10 | 26.00 | Review status of state asbestos reform legislation. |
| 06/08/05 | JMS | 2.10 | 630.00 | Analysis of electronic discovery regarding PD CMO. |
| 06/09/05 | ASD | 4.50 | 1,440.00 | Continue work on response issues (2.9) continue review of documents on PD claims (1.6). |
| 06/09/05 | SLB | 0.50 | 287.50 | Telephone call from J. Baer regarding status of various matters (.5). |
| 06/09/05 | JCM | 0.20 | 52.00 | Review status of State Asbestos Reform Legislation. |
| 06/10/05 | ASD | 3.10 | 992.00 | Review and respond to inquiry from Jim Hass (.2); continue review of PD Claims (2.9). |
| 06/12/05 | ASD | 2.70 | 864.00 | Continue review of PD Claims information (2.7). |
| 06/13/05 | ASD | 3.90 | 1,248.00 | Review research on estimation issues (3.9). |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/13/05 | JCM | 0.70 | 182.00 | Review and analyze objection of P.I. Committee to extension of Debtors' exclusivity (.3); review and analyze motion to lift stay filed by State of Montana and correspondence regarding same (.4). |
| 06/14/05 | ASD | 2.40 | 768.00 | Continue review of production (2.4). |
| 06/14/05 | SLB | 0.10 | 57.50 | Telephone call from expert regarding estimation process (.1). |
| 06/14/05 | JCM | 1.10 | 286.00 | Review status of state asbestos reform legislation (.1); review and analyze motion for an order authorizing LTIP for key employees (.2), review and analyze pleadings filed regarding Debtors' motion to extend exclusivity (.2); review motion of State of Montana for relief from stay (.2); review plan and disclosure statement filed in Congoleum case; draft email regarding same (.4). |
| 06/15/05 | ASD | 1.80 | 576.00 | Continue review of repository index (1.8). |
| 06/15/05 | JCM | 0.10 | 26.00 | Review status of state asbestos reform legislation. |
| 06/15/05 | WR | 2.80 | 420.00 | Review Access Database of documents and generate database reports re: Monokote. |
| 06/16/05 | ASD | 7.90 | 2,528.00 | Research regarding estimation arguments (4.1); continue to review documents and prepare for PD estimation discovery (3.8). |
| 06/16/05 | JMS | 1.80 | 540.00 | Analysis of PD estimation - electronic discovery. |
| 06/16/05 | JCM | 0.30 | 78.00 | Review memorandum on New Jersey action against Grace (.2); review status of state asbestos reform legislation (.1). |
| 06/16/05 | WR | 0.40 | 60.00 | Telephone call to obtain estimation transcripts. |
| 06/16/05 | WR | 1.60 | 240.00 | Review expert witness' list of publications, trial, and deposition testimony and prepare chart of pertinent expert trial and deposition testimony documents to be requested. |
| 06/17/05 | ASD | 2.80 | 896.00 | Telephone conference with expert regarding PD Claims (.4); research regarding discovery issues (.4); continue review of PD Claims (1.9). |
| 06/17/05 | JCM | 0.30 | 78.00 | Call with expert regarding discovery. |
| 06/17/05 | WR | 1.75 | 262.50 | Retrieve and print documents off of PACER re: expert deposition and trial testimony. |
| 06/18/05 | ASD | 2.60 | 832.00 | Research regarding PI Estimation issues (split with USG). |
| 06/20/05 | ASD | 6.60 | 2,112.00 | Continue research and review of PD Estimation issues (2.8); continue review PD Production (3.1); review Omnibus Objection to PD Claims (.4); review and respond to emails from Jay Sakalo regarding PD Objections (.3). |
| 06/20/05 | WR | 1.20 | 180.00 | Prepare query reports re W.R. Grace's database of documents and invoices in preparation for upcoming document review. |
| 06/21/05 | ASD | 4.90 | 1,568.00 | Continue review of PD production and information contained therein (4.9). |
| 06/21/05 | JCM | 0.20 | 52.00 | Review pleadings filed that may impact P.D. Committee. |
| 06/22/05 | ASD | 4.90 | 1,568.00 | Continue review of PD Claims (2.4); review email regarding PD discovery (.1); work on PD discovery issues (1.8); review 8 notices of depositions relating to PD Claimants (.5) email Dan Speights regarding notices (.1). |
| 06/22/05 | JCM | 3.20 | 832.00 | Research status of state asbestos reform legislation (.2); research states that have economic loss doctrine (3.0). |
| 06/23/05 | ASD | 4.40 | 1,408.00 | Continue research of PD Estimation issue (4.1); interoffice conference with Jay Sakalo regarding PD Objection (.3). |
| 06/23/05 | JCM | 5.20 | 1,352.00 | Research state asbestos reform legislation; draft email regarding same (.3); research states that have adopted economic loss rule (4.9). |
| 06/23/05 | WR | 3.60 | 540.00 | Review docket and retrieve documents needed in preparation for 06/27/05 hearing (1.9); supplement hearing notebook and index (1.7). |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| 06/24/05 | ASD | 5.60 | 1,792.00 | Continue review of PD repository indexes (3.4); research regarding PD Claims (2.2). |
| 06/24/05 | ASD | 0.20 | 64.00 | Interoffice conference with Wanda Roman regarding PD discovery issues (.2). |
| 06/24/05 | JCM | 0.50 | 130.00 | Research status of state asbestos reform legislation. |
| 06/24/05 | WR | 3.00 | 450.00 | Review correspondence and documents re: past settlement agreements and releases and index same. |
| 06/25/05 | JMS | 0.70 | 210.00 | Review draft of CMO from J. Baer and analysis of changes from prior drafts (.7). |
| 06/26/05 | ASD | 3.30 | 1,056.00 | Research regarding PI Estimation issues (split with USG) (2.9); review proposed PD CMO (.4). |
| 06/26/05 | JCM | 1.00 | 260.00 | Research state laws re: accrual issues. |
| 06/27/05 | ASD | 2.40 | 768.00 | Research regarding PD Claims objections (2.4). |
| 06/27/05 | JCM | 3.00 | 780.00 | Research state laws re: accrual issues. |
| 06/27/05 | WR | 3.80 | 570.00 | Review and indexing of Property Damage Settlement Claims and Releases received 06/24/05. |
| 06/27/05 | WR | 3.50 | 525.00 | Review and indexing of Property Damage Settlement Claims and Releases received 06/24/05. |
| 06/28/05 | ASD | 4.20 | 1,344.00 | Interoffice conference with Scott Baena, Jim Moon and Matt Kramer regarding PD CMO (.5); research regarding Daubert issues (3.7). |
| 06/28/05 | ASD | 2.60 | 832.00 | Research regarding PI Estimation issues (2.6) (split with USG). |
| 06/28/05 | SLB | 2.10 | 1,207.50 | Email from and to J. Baer regarding meet and confer (.2); telephone call from D. Speights regarding same and related matters (.4); conference with A. Danzeisen et al regarding preparation for July 19th hearing and discussion of related issues (1.5). |
| 06/28/05 | JMS | 1.00 | 300.00 | Conference with S. Baena and A. Danzeisen regarding results of hearing and PD CMO issues going forward. |
| 06/28/05 | JCM | 2.20 | 572.00 | Review status of state asbestos reform legislation (.1); research states that have adopted economic loss rule (1.2); meeting with S. Baena regarding Grace (.5); review and edit objection to state of Montana motion to lift stay (.4). |
| 06/28/05 | MIK | 0.80 | 240.00 | Office conference with S. Baena regarding CMO issues. |
| 06/28/05 | WR | 3.50 | 525.00 | Review settlement information and chart appropriate information. |
| 06/28/05 | WR | 4.00 | 600.00 | Review settlement information and chart appropriate information. |
| 06/29/05 | ASD | 6.30 | 2,016.00 | Research regarding PD CMO (2.7); review proposed CMO (.5); research regarding Dambert issues (3.1). |
| 06/29/05 | ASD | 3.00 | 960.00 | Interoffice conference with Scott Baena and team regarding PD CMO, Estimation, Expert issues, discovery disclosures and objections (2.5); email to expert regarding PD Estimation (.2); email M. Browdy regarding PD Objections (.3). |
| 06/29/05 | SLB | 3.50 | 2,012.50 | Conference with A. Danzeisen et al regarding CMO, discovery, experts, disclosures, objections (2.5); review rule 408 objection and memo to client regarding same (1.0). |
| 06/29/05 | JCM | 2.70 | 702.00 | Review status of state asbestos reform legislation (.2); meeting with S. Baena, A. Danzeisen, and M. Kramer regarding proposed CMO, potential experts, discovery issues, and objections to P.D. claims (2.5). |
| 06/29/05 | MIK | 4.80 | 1,440.00 | Revise PI CMO response (1.5); office conference with S. Baena regarding CMO issues, discovery, experts, disclosures (2.5); review proposed CMO (.2); office conference with A. Danzeisen regarding same (.4); review CMO case law (.2). |
| 06/29/05 | WR | 3.50 | 525.00 | Compile documents re: PI CMO (1.3); continue settlement |

# Bilzin Sumberg Baena Price & Axelrod LLP

| | | | | |
|---|---|---|---|---|
| | | | | agreement project (2.2). |
| 06/29/05 | WR | 4.00 | 600.00 | Continue settlement agreement project. |
| 06/30/05 | ASD | 9.00 | 2,880.00 | Research regarding PD CMO issues (8.2); telephone conference with Scott Baena, Jay Sakalo, Matt Kramer and expert regarding estimation issue (.6); telephone conference with expert regarding estimation issues (.2). |
| 06/30/05 | ASD | 2.30 | 736.00 | Interoffice conference with Wanda Roman regarding PD objections (.2); research regarding statute of limitations issues (2.1). |
| 06/30/05 | SLB | 1.30 | 747.50 | Telephone conference with expert regarding database on estimation (.5); conference with A. Danzeisen et al regarding "need to do" (.6); emails from and to J. Baer regarding CMO (.2). |
| 06/30/05 | JMS | 2.20 | 660.00 | Telephone conference with S. Baena, Expert regarding status of project (.5); conference with S. Baena regarding PD CMO (.5); review/revise 408 response (.5); analysis of open issues (.7). |
| 06/30/05 | JCM | 4.40 | 1,144.00 | Review state asbestos reform legislation (.2); research on states that have adopted economic loss (3.2); Grace Committee call; call with expert (1.0). |
| 06/30/05 | MIK | 0.40 | 120.00 | Office conference with A. Danzeisen regarding CMO objection (.4). |
| 06/30/05 | WR | 3.50 | 525.00 | Review and compile documents re: PI CMO; review Notices of Withdrawals of Claims; compile documents for forwarding to experts. |
| 06/30/05 | WR | 4.00 | 600.00 | Review Notices of Withdrawals of Claims and compile documents for forwarding to experts. |

**PROFESSIONAL SERVICES**                                                            $70,064.50

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 9.40 | $575.00 | $5,405.00 |
| Danzeisen, Allyn S | 117.90 | $320.00 | $37,728.00 |
| Sakalo, Jay M | 12.10 | $300.00 | $3,630.00 |
| Moon, James C | 27.60 | $260.00 | $7,176.00 |
| Kramer, Matthew I | 30.60 | $300.00 | $9,180.00 |
| Gilbert, Eric | 1.70 | $190.00 | $323.00 |
| Roman, Wanda | 44.15 | $150.00 | $6,622.50 |
| *TOTAL* | *243.45* | | *$70,064.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    $70,064.50

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |
|---|---|---|---|
|  |  |  | Atty - SLB |
| RE: | 10 - Travel |  | Client No. 74817/15546 |

| | | | | |
|---|---|---|---|---|
| 06/27/05 | SLB | 5.60 | 3,220.00 | Travel to and from Wilmington [non-working portion/split with USG] (5.6). |
| 06/27/05 | JMS | 2.50 | 750.00 | Return travel (non-working). |

**PROFESSIONAL SERVICES**                                          $3,970.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 5.60 | $575.00 | $3,220.00 |
| Sakalo, Jay M | 2.50 | $300.00 | $750.00 |
| *TOTAL* | *8.10* | | *$3,970.00* |

**Less 50% Discount on Travel**                                    -$1,985.00

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      $1,985.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | | | Atty - SLB |
|---|---|---|---|---|
| RE: | 18 - Plan & Disclosure Statement | | | Client No. 74817/15554 |

| | | | | |
|---|---|---|---|---|
| 06/06/05 | JMS | 0.80 | 240.00 | Conference with M. Kramer regarding objection to exclusivity (.3); research relevant pleadings thereon (.5). |
| 06/06/05 | MIK | 5.50 | 1,650.00 | Draft objection to exclusivity motion. |
| 06/07/05 | MIK | 2.50 | 750.00 | Draft objection to exclusivity motion. |
| 06/07/05 | KM | 2.00 | 380.00 | Researched exclusivity issues. |
| 06/08/05 | MIK | 1.00 | 300.00 | Review cases regarding exclusivity motion. |
| 06/09/05 | MIK | 9.50 | 2,850.00 | Draft objection to exclusivity motion. |
| 06/10/05 | JMS | 1.70 | 510.00 | Review/revise objection to exclusivity (1.1); review PI objection to exclusivity (.6). |
| 06/10/05 | MIK | 6.00 | 1,800.00 | Edit objection to exclusivity motion. |
| 06/13/05 | MIK | 2.70 | 810.00 | Review objections to exclusivity (1.4); email to Allyn S. Danzeisen regarding same (.2); review State of Montana's motion to lift stay and email Scott L. Baena regarding same (1.1) |
| 06/24/05 | JMS | 0.50 | 150.00 | Research exclusivity matters. |
| 06/25/05 | JMS | 0.50 | 150.00 | Review exclusivity issues and related facts (.5). |
| 06/29/05 | MIK | 0.10 | 30.00 | Review Objection to Montana's Motion to Lift Stay (.1). |

**PROFESSIONAL SERVICES** $9,620.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 3.50 | $300.00 | $1,050.00 |
| Kramer, Matthew I | 27.30 | $300.00 | $8,190.00 |
| Martinez, Kaara | 2.00 | $190.00 | $380.00 |
| *TOTAL* | *32.80* | | *$9,620.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $9,620.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 27 - Litigation Consulting |  |  | Client No. 74817/15563 |

| | | | | |
|---|---|---|---|---|
| 06/01/05 | WR | 3.50 | 525.00 | Compile and review W.R. Grace & Co.'s expert witness disclosures; compile and review trial exhibits list, as well as amended trial exhibit lists of Defendants Sealed Air Corp; compile and review Plaintiffs' trial exhibit and supplemental amended trial exhibit lists. |
| 06/01/05 | WR | 4.00 | 600.00 | Compile and review list of asbestos property damage claims, asbestos property damage claims database documents from 1995 and 2002, monthly asbestos litigation summaries, and documents re: future asbestos liabilities and property damage future cost estimates. |
| 06/01/05 | WR | 3.50 | 525.00 | (05/31/2005) Review and index excerpts of redacted document productions and trial exhibits re: asbestos property damage charts, summaries, and survey data. |
| 06/01/05 | WR | 4.00 | 600.00 | (05/31/2005) Index documents re: Sealed Air Corp. and fraudulent transfer including: asbestos property damage charts, reports, and estimates. |
| 06/03/05 | ASD | 0.50 | 160.00 | Research regarding NJ lawsuit (.5). |
| 06/03/05 | JMS | 1.70 | 510.00 | Multiple emails regarding PD CMO and status of discovery requests (.4); emails regarding insurance documents (.3); conference with M. Kramer regarding response to PI CMO (.3); review initial draft of same (.7). |
| 06/06/05 | ASD | 0.20 | 64.00 | Interoffice conference with Matt Cogliliane regarding New Jersey lawsuit (.2). |
| 06/06/05 | MPC | 0.20 | 80.00 | Conference with Allyn Danzeisen regarding New Jersey environmental lawsuit. |
| 06/07/05 | ASD | 0.20 | 64.00 | Interoffice conference with Matt Cogliliane regarding NJ lawsuit (.2). |
| 06/07/05 | MPC | 0.90 | 360.00 | Reviewed NJ complaint against Grace and associated commentaries; memorandum to Kirkland regarding same; memorandum to K&E. |
| 06/08/05 | MPC | 1.50 | 600.00 | Reviewed NJ complaint; research regarding same; telephone call to J. Baer's office. |
| 06/08/05 | MPC | 0.60 | 240.00 | Memorandum regarding status of suit. |
| 06/09/05 | ASD | 0.80 | 256.00 | Review NJ lawsuit complaint and summary (.8). |
| 06/09/05 | JMS | 0.80 | 240.00 | Review State of Montana Motion from relief from stay. |
| 06/09/05 | MPC | 0.20 | 80.00 | Conference regarding NJ DEP action. |
| 06/10/05 | MPC | 0.20 | 80.00 | Telephone call to Kirland and Ellis regarding environmental suit filed in New Jersey. |
| 06/13/05 | MPC | 0.60 | 240.00 | Telephone call to J. Baer (K&E); memorandum to team; memorandum from and memorandum to S. Baena. |
| 06/14/05 | ASD | 0.30 | 96.00 | Review summary on environmental issues (.3). |
| 06/14/05 | MPC | 1.10 | 440.00 | Telephone call to NJ Deputy Attorney General; drafted memorandum regarding same; reviewed complaint and related documents. |
| 06/14/05 | MPC | 2.80 | 1,120.00 | Worked on memorandum regarding NJ DEP action against Grace regarding Hamilton Township plant. |
| 06/15/05 | ASD | 0.40 | 128.00 | Review summary on NJ lawsuit. |
| 06/15/05 | SLB | 0.50 | 287.50 | Review draft memo to committee regarding NJ lawsuit and email to M. Cogliliane regarding same (.5). |
| 06/15/05 | MPC | 1.30 | 520.00 | Memorandum from and memorandum to S. Baena regarding NJ |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | DEP case; telephone to A. Danzeisen regarding upcoming committee call; telephone call with Pitney Harbor counsel. |
| 06/15/05 | MPC | 0.90 | 360.00 | Finalized memorandum to Committee regarding NJ DEP action. |
| 06/16/05 | MPC | 1.80 | 720.00 | Prepared for and participated in Committee call; follow-up research. |
| 06/16/05 | MIK | 0.20 | 60.00 | Review memorandum regarding NJ EPA civil suit against Grace. |
| 06/22/05 | ASD | 1.00 | 320.00 | Research regarding deposition requirements (.8); telephone conference with local counsel regarding local rule requirement (.2). |
| 06/22/05 | JMS | 0.80 | 240.00 | Review Debtor's deposition notices in connection with claims objections (.4); conferences with A. Danseizen thereon (.4). |
| 06/22/05 | MPC | 0.40 | 160.00 | Memorandum to Pitney Hardin and K&E regarding status of NJ DEP action. |
| 06/30/05 | MPC | 0.30 | 120.00 | Memorandum to J. Baer (HE) requesting update; memorandum from J. Baer regarding same. |
| 06/30/05 | MPC | 0.20 | 80.00 | Memorandum to Pitney Hardin attorney. |

**PROFESSIONAL SERVICES**                                     $9,875.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.50 | $575.00 | $287.50 |
| Coglianese, Matthew P | 13.00 | $400.00 | $5,200.00 |
| Danzeisen, Allyn S | 3.40 | $320.00 | $1,088.00 |
| Sakalo, Jay M | 3.30 | $300.00 | $990.00 |
| Kramer, Matthew I | 0.20 | $300.00 | $60.00 |
| Roman, Wanda | 15.00 | $150.00 | $2,250.00 |
| *TOTAL* | *35.40* | | *$9,875.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $9,875.50

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/17781

RE:    30 - Fee Application of Others

| | | | | |
|---|---|---|---|---|
| 06/01/05 | JMS | 0.60 | 180.00 | Review/revise response to fee auditor's initial report. |
| 06/14/05 | ASD | 0.80 | 256.00 | Review fee auditor responses (.8). |
| 06/16/05 | LMF | 0.30 | 45.00 | Follow up with accounting regarding status of reimbursement check to PD committee for costs incurred (.2); email committee member regarding same (.1). |
| 06/16/05 | JMS | 0.50 | 150.00 | Begin draft response to fee auditor's final report. |
| 06/16/05 | MIK | 0.30 | 90.00 | Review fee applications. |
| 06/17/05 | JMS | 1.50 | 450.00 | Finalize response to fee auditor's final report and emails with T. Tacconelli thereon. |
| 06/27/05 | LMF | 0.30 | 45.00 | Review check from accounting for reimbursement to pd committee for costs incurred (.2); email D. Scott regarding new tax I.D. for The Scott Law Group (.1). |
| 06/28/05 | LMF | 1.30 | 195.00 | Attention to reimbursement to D. Scott for PD committee costs (1.3). |
| 06/29/05 | LMF | 0.70 | 105.00 | Prepare notices and summaries for Hamilton Rabinovitz' April and May statements (.7). |
| 06/29/05 | JMS | 0.80 | 240.00 | Review April bill. |
| 06/30/05 | LMF | 1.60 | 240.00 | Submit reimbursement check for committee expenses to Lukins & Annis & The Scott Law Group (.5); telephone conference with LECG regarding monthly statements, quarterly statements and procedures (.6); research (.5) regarding outstanding check to Ness Montley and telephone call to E. Westbrook regarding same |

PROFESSIONAL SERVICES                                                  $1,996.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.80 | $320.00 | $256.00 |
| Sakalo, Jay M | 3.40 | $300.00 | $1,020.00 |
| Kramer, Matthew I | 0.30 | $300.00 | $90.00 |
| Flores, Luisa M | 4.20 | $150.00 | $630.00 |
| *TOTAL* | *8.70* | | *$1,996.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER          $1,996.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 141.20 | $45,184.00 |
| Baena, Scott L | 25.40 | $14,605.00 |
| Flores, Luisa M | 7.20 | $1,080.00 |
| Sakalo, Jay M | 37.30 | $11,190.00 |
| Box, Anthony D | 7.00 | $840.00 |
| Coglianese, Matthew P | 13.00 | $5,200.00 |
| Woodard,TerRance Q | 7.00 | $1,750.00 |
| Moon, James C | 27.60 | $7,176.00 |
| Brenneman, Carrie | 27.10 | $3,523.00 |
| Morera, Arianna | 0.70 | $91.00 |
| Kramer, Matthew I | 65.20 | $19,560.00 |
| Gilbert, Eric | 1.70 | $323.00 |
| Martinez, Kaara | 2.00 | $380.00 |
| Roman, Wanda | 66.80 | $10,020.00 |

| | |
|---|---|
| *Less 50% Discount on Travel* | -$1,985.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | **$118,937.00** |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Airfare* | *$636.70* |
| *Photocopies* | *$347.10* |
| *Photocopies - Outside Service* | *$131.57* |
| *Fares, Mileage, Parking* | *$12.50* |
| *Telecopies* | *$6.00* |
| *Federal Express* | *$16.56* |
| *Long Distance Telephone* | *$654.39* |
| *Lexis - Online Legal Research* | *$183.00* |
| *Meals* | *$67.40* |
| *Messenger Services* | *$105.07* |
| *Miscellaneous Costs* | *$306.65* |
| *Postage* | *$0.74* |
| *Publication* | *$50.48* |
| *Searches-Title/Name/Corporate* | *$121.67* |
| *Transcript of Deposition* | *$706.20* |

*TOTAL COSTS ADVANCED THIS PERIOD*                    *$3,346.03*

*TOTAL AMOUNT DUE THIS PERIOD*          ·          *$122,283.03*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| **BALANCE AS OF- 06/30/05**<br>**WR Grace-Official Committee of Prope** | | | | |
| 01- Case Administration/15537 | $13,006.00 | $3,346.03 | $0.00 | $16,352.03 |
| 02 - Debtors' Business Operations/15538 | $1,020.00 | $0.00 | $0.00 | $1,020.00 |
| 03 - Creditors Committee/15539 | $4,806.00 | $0.00 | $0.00 | $4,806.00 |
| 07 - Applicant's Fee Application/15543 | $674.00 | $0.00 | $0.00 | $674.00 |
| 08 - Hearings/15544 | $5,890.00 | $0.00 | $0.00 | $5,890.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $70,064.50 | $0.00 | $0.00 | $70,064.50 |
| 10 - Travel/15546 | $1,985.00 | $0.00 | $0.00 | $1,985.00 |
| 18 - Plan & Disclosure Statement/15554 | $9,620.00 | $0.00 | $0.00 | $9,620.00 |
| 27 - Litigation Consulting/15563 | $9,875.50 | $0.00 | $0.00 | $9,875.50 |
| 30 - Fee Application of Others/17781 | $1,996.00 | $0.00 | $0.00 | $1,996.00 |
| *Client Total* | *$118,937.00* | *$3,346.03* | *$0.00* | *$122,283.03* |