IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | : | (Jointly Administered) |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ira Greene, Esq. of Hogan & Hartson L.L.P to represent Intercat, Inc. in this matter.

                                        SEITZ, VAN OGTROP & GREEN, P.A.

                BY:    /s/ R. Karl Hill
                                    R. KARL HILL, ID #2747
                                    222 Delaware Avenue, Suite 1500
                                    P. O. Box 68
                                    Wilmington, DE 19899
                                    (302) 888-0600
                                    (302) 888-0606 (fax)
                                    e-mail: khill@svglaw.com
Date: August 17, 2005                 Counsel for Intercat, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, on this _____ day of _____, 2005, counsel's Motion for Admission *Pro Hac Vice* of Ira Greene, Esq. is granted.

Dated:                          _____
                                         J.

49625 v1