## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, the United States District Court for the Southern District of New York, the District of Connecticut, the Western District of Wisconsin, and the Second Circuit of the United States Court of Appeals, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

By: _____
Ira S. Greene
HOGAN & HARTSON, L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3008 telephone
(212) 918-3100 fax
isgreene@hhlaw.com

49626 v1