## CERTIFICATE OF SERVICE

I, R. KARL HILL, hereby certify that copy of the foregoing was served this 17th day of August, 2005, upon the following individuals in the manner designated below:

*Via First Class Mail*

David M. Bernick, Esquire
James H. M. Spraygegen, Esquire
James W. Kapp, III, Esquire
Christpher J. Lane, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*Via Hand Delivery*

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones
919 N. Market Street, Suite 1600
P. O. Box 8705
Wilmington, Delaware  19801

William K. Harrington, Esquire
Michael Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, Delaware  19801

Frank J. Perch, III, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, Delaware  19801

　　　　　　　　　　　　　　　　　　/s/ R. Karl Hill
　　　　　　　　　　　　　　　　　　R. KARL HILL (DE #2747)

49630 v1