IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | : | (Jointly Administered) |
| Debtors. | : |  |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ira Greene, Esq. of Hogan & Hartson L.L.P to represent Intercat, Inc. in this matter.

SEITZ, VAN OGTROP & GREEN, P.A.

BY: /s/ R. Karl Hill
R. KARL HILL, ID #2747
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
(302) 888-0606 (fax)
e-mail: khill@svglaw.com
Counsel for Intercat, Inc.

Date: August 17, 2005

RE:
DOCKET NO.: 9195
DATED: 8/17/2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, on this 18th day of August, 2005, counsel's Motion for Admission *Pro Hac Vice* of Ira Greene, Esq. is granted.

Dated:    _____
         J.  Judith K. Fitzgerald

49625 v1