## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 31, 2005

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10529

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 5/2/2005 | SLB | continue draft of 15th Interim initial report - K&E (8.3) | 8.30 | 1,079.00 |
|  | CO | Update database with 03.05 Monthly Invoice of Swidler (.10); 03.05 Monthly Invoice of Kramer (.10); 01.01.05 through 03.31.05 Interim Fee Application of Philips (.10); 03.05 Monthly Invoice of Stroock (.10) | 0.40 | 16.00 |
| 5/3/2005 | SLB | complete draft of 15th Interim initial report - K&E (8.6) | 8.60 | 1,118.00 |
|  | PGS | Preparation of CNO for March 2005 | 0.10 | 8.00 |
|  | PGS | Electronic filing with court of CNO for March 2005 | 0.10 | 8.00 |
|  | JBA | Update database with 3.05 e-detail for: Campbell, Caplin, Tersigni, and LAS | 0.10 | 4.00 |
|  | JBA | Update database with Wallace King 16th Interim app/e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Kramer 3.05 e-detail | 0.10 | 4.00 |
|  | CO | Update database with 03.05 Monthly Invoice of Reed (.10); 11.04, 12.04, 10.04 Monthly Invoice of BMC (.20); | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                              Page     2

|   |   |   | Hours | Amount |
|---|---|---|---:|---:|
| 5/4/2005 | CO | Update database with 03.05 Monthly Invoice of Ferry (.10) | 0.10 | 4.00 |
|  | DTW | Short conference with S. Bossay regarding initial report for Swidler and Pacer research regarding Swidler interim application (.5); reviewing Swidler 12th application (1.3). | 1.80 | 261.00 |
|  | SLB | begin review of 15th Interim app and draft of initial report - Caplin (4.1) | 4.10 | 533.00 |
|  | JBA | research regarding Carella 12.04 app/e-detail (.1), and 15th Interim app/e-detail (.1) on Pacer | 0.20 | 8.00 |
|  | JBA | research regarding PWC 15th Interim app/e-detail (.4), 10.04 e-detail (.2), and 12.04 e-detail on Pacer (.2) | 0.80 | 32.00 |
|  | JBA | research regarding Latham 15th Interim app/e-detail (.2) | 0.20 | 8.00 |
| 5/5/2005 | CO | Update database with 03.05 Monthly Invoice of Tersigni (.10); 03.05 Monthly Invoice of Caplin (.10); 03.05 Monthly Invoice of Campbell (.10); 03.05 Monthly Invoice of LAS (.10) | 0.40 | 16.00 |
|  | DTW | Drafting Swidler 15th initial report (1.5). | 1.50 | 217.50 |
|  | SLB | PACER research regarding 15th Interim quarterly apps. (1.1) | 1.10 | 143.00 |
|  | PGS | Preparation of April 2005 Monthly Invoice of WHS | 0.70 | 56.00 |
|  | SLB | complete draft of 15th Interim initial report - Caplin (3.4) ; begin review of app. and draft of 15th Interim initial report - Wallace King (4.4) | 7.80 | 1,014.00 |
| 5/6/2005 | DTW | Continue drafting Swidler 15th initial report (2.7); review and revise Caplin 15th initial report (.1). | 2.80 | 406.00 |
|  | JBA | Update database with Klett 3.05 e-detail pdf, and Swidler 16th Interim app/e-detail pdf | 0.10 | 4.00 |
|  | PGS | Electronic filing with court of the April 2005 Monthly Invoice of WHS | 0.10 | 8.00 |

W.R. Grace & Co.                                                                                                  Page     3

|            |     |                                                                                                                                                                      | **Hours** | **Amount** |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|-----------|
| 5/7/2005   | SLB | continue draft of 15th Interim initial report - Wallace King (2.4)                                                                                                                    | 2.40      | 312.00    |
| 5/9/2005   | WHS | receive and review agenda                                                                                                                                                              | 0.10      | 27.50     |
|            | CO  | Update database with 03.05 Monthly Invoice of Klett (.10); 01.01.05 through 03.31.05 Interim Fee Application of Swidler (.10)                                                         | 0.20      | 8.00      |
|            | DTW | Review 15th application for Reed Smith (.9); draft e-mail to S. Bossay regarding summaries for same (.1); drafting initial report for Reed Smith 15th application (1.2).              | 2.20      | 319.00    |
|            | JBA | draft 15th Interim Project Category Spreadsheet                                                                                                                                        | 1.00      | 40.00     |
|            | SLB | draft e-mails to Baker, BMC, Deloitte, Goodwin, Latham and Steptoe re filing of 15th Interim apps. (1.8)                                                                                | 1.80      | 234.00    |
|            | SLB | complete 15th Interim initial report - Wallace King (2.2) ; complete 15th Interim final report - Conway (2.4) ; begin 15th Interim review of app and draft of initial report - Protiviti ( 2.1) | 6.70      | 871.00    |
| 5/10/2005  | CO  | Update database with 12.04, 01.05, 02.05, 03.05 Monthly Invoices of Buchanan (.20); 01.01.05 through 03.31.05 Interim Fee Application of Pachulski (.10)                               | 0.30      | 12.00     |
|            | SLB | complete draft of 15th Interim initial report - Protiviti (5.5) ; complete draft of 15th Interim final report - BMC (2.8)                                                              | 8.30      | 1,079.00  |
|            | DTW | Review and revise Wallace King 15th initial report, same regarding Protiviti and Stroock (.3); continue drafting Reed 15th initial report (1.2); review Bilzin 15th application (2.5). | 4.00      | 580.00    |
|            | CO  | Update database with 03.05 Monthly Invoice of Capstone (.10)                                                                                                                           | 0.10      | 4.00      |
| 5/11/2005  | SLB | complete draft of 15th Interim initial report - Stroock (3.4); complete draft of 15th Interim initial report - RPWB (3.7); begin draft of 15th Interim initial report - Woodcock (1.2) | 8.30      | 1,079.00  |
|            | CO  | Update database with 03.05 Monthly Invoice of Wooodcock (.10); 02.05 Monthly Invoice of Pitney (.10); 02.05 Monthly Invoice of Casner (.10); 03.05 Monthly Invoice of Nelson (.10)      | 0.40      | 16.00     |

W.R. Grace & Co.   Page   4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/11/2005 | DTW | Drafting initial report for Bilzin 15th (5.2); review and revise Richardson 15th initial report (.1); review and revise Woodcock 15th initial report (.1); conference with J. Allgood regarding missing summaries for Bilzin, Kramer, and Pachulski 15th period (.2); review same (.3). | 5.90 | 855.50 |
|  | JBA | Update database with Holme Roberts 3.05 e-detail pdf | 0.10 | 4.00 |
| 5/12/2005 | SLB | complete draft of 15th Interim initial report - Woodcock (3.1) ; complete drafts of 15th Interim final reports - Protiviti (3.3) and Blackstone (2.0) | 8.40 | 1,092.00 |
|  | CO | Update database with 03.05 Monthly Invoice of Holme (.10) | 0.10 | 4.00 |
|  | JAW | detailed review of PwC December, 2004, monthly invoice (3.0) | 3.00 | 405.00 |
|  | JAW | detailed review of PwC October, 2004, monthly invoice (4.9); draft summary of same (1.2) | 6.10 | 823.50 |
|  | JBA | Update database with Bilzin 3.05 e-detail | 0.10 | 4.00 |
| 5/13/2005 | JBA | Update database with CIBC 3.05 e-detail pdf | 0.10 | 4.00 |
|  | DTW | Begin reviewing Kramer 15th application (.5). | 0.50 | 72.50 |
|  | PGS | Preparation of Sixteenth Interim Fee Application of WHS | 2.40 | 192.00 |
|  | PGS | Electronic filing with court of the Sixteenth Interim Fee Application of WHS | 0.10 | 8.00 |
|  | JAW | detailed review of PwC December, 2004, monthly invoice (1.7); draft summary of same (2.6) | 4.30 | 580.50 |
|  | SLB | complete drafts of 15th Interim final reports - CBBG, Hamilton, Pitney Hardin (6.6) | 6.60 | 858.00 |
| 5/15/2005 | JBA | draft 15th Interim Project Category Spreadsheet | 1.00 | 40.00 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/16/2005 | DTW | Complete review of Pachulski expenses in the 15th period (.3). | 0.30 | 43.50 |
| | SLB | complete draft of 15th Interim initial report - PwC (6.4) ; complete draft of 15th Interim final report - Lexecon (.9) ; begin draft of 15th Interim initial report - Kramer (1.1) | 8.40 | 1,092.00 |
| | CO | Update database with 10.01.04 through 12.31.04 Interim Fee Application of BMC (.10); 01.01.05 through 03.31.05 Interim Fee Application of Carella (.10); 01.01.05 through 02.28.05 Interim Fee Application of Wallace(.10); 01.31.05 through 03.31.05 Interim Fee Application and 03.05 Monthly Invoice of CIBC (.10) | 0.40 | 16.00 |
| 5/17/2005 | CO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of LAS (.10); 01.01.05 through 03.31.05 Interim Fee Application of Campbell (.10); 01.01.05 through 03.31.05 Interim Fee Application of Caplin (.10); 01.01.05 through 03.31.05 Interim Fee Application of Tersigni (.10); 01.01.05 through 03.31.05 Interim Fee Application of Reed (.10); 03.05 Monthly Invoice of Richardson (.10); 03.05 Monthly Invoice of Bilzin (.10); 01.01.05 through 03.31.05 Interim Fee Application of Capstone (.10); 01.01.05 through 03.31.05 Interim Fee Application of Kramer (.10); 01.01.05 through 03.31.05 Interim Fee Application of Klett (.10); 04.05 Monthly Invoice of Carella (.10); 03.05 Monthly Invoice of Pitney (.10); 03.05 Monthly Invoice of Casner (.10) | 1.30 | 52.00 |
| | DTW | Review and revise PwC 15th initial report (.2). | 0.20 | 29.00 |
| | SLB | complete draft of 15th Interim initial report - Kramer (5.8) ; complete draft of 15th Interim final report - RPWB (1.8) | 7.60 | 988.00 |
| 5/18/2005 | JBA | Update database with Ferry Joseph 4.05 e-detail | 0.10 | 4.00 |
| | SLB | review of 15th Interim applications - Latham & Watkins (2.6) ; CIBC (1.5) | 4.10 | 533.00 |
| | SLB | telephone conference with J. Radecki - CIBC re 15th Interim application (.4) ; telephone conference with F. Childress - Baker Donelson re 15th Interim application (.3) | 0.70 | 91.00 |
| | SLB | complete draft of 15th Interim final report - CIBC (1.8) | 1.80 | 234.00 |

W.R. Grace & Co.                                                                                                                        Page     6

|              |     |                                                                                                                                                                                              | **Hours** | **Amount** |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 5/19/2005    | SLB | complete review of 15th Interim application and draft of final report - Lukins (3.3) ; complete review of app. and draft of final report - Comm. of Asbestos Claimants (1.4) ; begin draft of 15th Interim final report - Kramer (3.4) | 8.10      | 1,053.00   |
|              | CO  | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Duane (.10)                                                                                                                      | 0.10      | 4.00       |
|              | JBA | Update database with Stroock 16th Interim app/e-detail                                                                                                                                                     | 0.10      | 4.00       |
| 5/20/2005    | CO  | Update database with 01.01.05-03.31.05 Interim Fee Application of Stroock (.10); 03.05 Monthly Invoice Kirkland (.10); 02.05 Monthly Invoice of Blackstone (.10)                                            | 0.30      | 12.00      |
|              | SLB | complete draft of 15th Interim final report - Kramer (3.2) ; complete draft of 15th Interim final report - K&E (4.6)                                                                                       | 7.80      | 1,014.00   |
| 5/23/2005    | CO  | Update database with 10.01.04 through 12.31.04 Interim Fee Application of Steptoe (.10); 01.01.05 through 03.31.05 Interim Fee Application of Woodcock (.10); 01.01.05 through 03.31.05 Interim Fee Application of Casner (.10) | 0.30      | 12.00      |
|              | SLB | complete reviews of 15th Interim applications and drafts of final reports for Campbell & Levine (3.2) ; Casner (2.5) ; Duane Morris (2.6)                                                                   | 8.30      | 1,079.00   |
| 5/24/2005    | SLB | draft e-mails to Bilzin, PwC, Reed Smith, Stroock and Swidler re. 15th Interim initial report responses (1.8)                                                                                              | 1.80      | 234.00     |
|              | SLB | review of app. and complete draft of 15th Interim final report - Baker Donelson (1.7) ; complete draft of 15th Interim final report - Reed Smith (4.2)                                                     | 5.90      | 767.00     |
|              | WHS | detailed review of Caplin 15th Int FR                                                                                                                                                                      | 0.10      | 27.50      |
|              | CO  | Update database with 04.05 Monthly Invoice of Ferry (.10)                                                                                                                                                  | 0.10      | 4.00       |
| 5/25/2005    | SLB | complete draft of 15th Interim final report - Stroock (3.8) ; complete corrections to 15th Interim final report - K&E (.8) ; begin draft of 15th Interim final report - Apps. with No Objections (2.8)      | 7.40      | 962.00     |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | | Page 7 |
| 5/25/2005 | SLB | telephone conference with S. Krause re. 15th Interim Deloitte app. (.3) ; telephone conference with A. Krieger re 15th Interim Stroock response (.3) | 0.60 | 78.00 |
| | JBA | draft 15th Interim Project Category Spreadsheet | 2.50 | 100.00 |
| | WHS | detailed review of K&E 15th Interim fr | 0.10 | 27.50 |
| | SLB | draft e-mail to S. Krause - Deloitte re 15th Interim app. (.4) | 0.40 | 52.00 |
| | WHS | detailed review of Lukins 15th Int FR | 0.10 | 27.50 |
| | CO | Update database with 03.05 Monthly Invoice of Pricewaterhouse (.10) | 0.10 | 4.00 |
| | CO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Austern (.10); 04.05 Monthly Invoice of CIBC (.10); 04.05 Monthly Invoice of Duane (.10); | 0.30 | 12.00 |
| | WHS | detailed review of Kramer 15th Int FR | 0.10 | 27.50 |
| 5/26/2005 | SLB | begin draft of 15th Interim fee & expense chart (5.6) | 5.60 | 728.00 |
| 5/30/2005 | CO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Pitney (.10); 10.01.04 through 12.31.04 Interim Fee Application and 01.01.05 through 03.31.05 Interim Fee Application of Latham (.10); 01.01.05 through 03.31.05 Interim Fee Application of Blackstone (.10); 01.01.05 through 03.31.05 Interim Fee Application of Ferry (.10) | 0.40 | 16.00 |
| 5/31/2005 | SLB | draft 15th Interim final report - Property Damage Committee (1.3) | 1.30 | 169.00 |
| | SLB | continue draft of 15th Interim fee and expense charts (4.9) | 4.90 | 637.00 |
| | JBA | Update database with Latham 4.05 e-detail pdf | 0.10 | 4.00 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 5/31/2005 | JBA | Update database with Reed Smith 4.05 e-detail, and Klett 4.05 e-detail pdf | 0.10 | 4.00 |
| | JBA | draft 15th Interim Project Category Spreadsheet | 1.20 | 48.00 |

**For professional services rendered**     **197.30 $24,677.50**

Additional Charges :

| | Price | |
|---|---:|---:|
| Third party copies & document prep/setup of March 2005 Monthly Invoice of WHS | 32.04 | 32.04 |

**Total costs**     **$32.04**

**Total amount of this bill**     **$24,709.54**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney Orent | 5.60 | 40.00 | $224.00 |
| Doreen T Williams | 19.20 | 145.00 | $2,784.00 |
| James A Wehrmann | 13.40 | 135.00 | $1,809.00 |
| Jeff B. Allgood | 8.00 | 40.00 | $320.00 |
| Priscilla G Stidham | 3.50 | 80.00 | $280.00 |
| Stephen L. Bossay | 147.10 | 130.00 | $19,123.00 |
| Warren H Smith | 0.50 | 275.00 | $137.50 |