IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket Nos. 8640 and 9106 |

**DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR TWELFTH OMNIBUS OBJECTION TO CERTAIN UNAUTHORIZED CLAIMS FILED BY THE LAW FIRM OF SPEIGHTS & RUNYAN**

The Debtors hereby request authority pursuant to Del Bankr. L.R. 9006-1(d) to file a reply in further support of the Debtors' Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm of Speights & Runyan (Docket No. 8640) (the "12th Omnibus Objection"), which is currently scheduled for hearing before this Court on August 29, 2005 at 12:00 p.m.

The Speights & Runyan firm ("Speights") has signed and filed claims on behalf of claimants it does not represent; has attempted to withdraw claims on behalf of claimants it does not represent; has attempted to withdraw nonexistent claims on behalf of phantom claimants that never had proofs of claim on file in these bankruptcy cases; and has violated Bankruptcy Rule 3006 by attempting to withdraw objected-to claims without Court order or a hearing.

On July 28, 2005, Speights filed a Response to the 12th Omnibus Objection (Docket No. 9106) (the "Response"). In its Response, Speights, among other things, represented to this Court that it is acting as class counsel for a class that does not exist. The Debtors seek leave to file a reply that provides the Court with the appropriate factual information necessary to understand the representations made by Speights in its Response and further bases for the Debtors' 12th Omnibus Objection.

WHEREFORE, the Debtors respectfully request entry of an Order granting them authority to file the reply, which is attached hereto as <u>Exhibit 1</u>.

Dated: August 19, 2005

       KIRKLAND & ELLIS LLP
       David M. Bernick, P.C.
       Michelle H. Browdy
       Janet S. Baer
       200 East Randolph Drive
       Chicago, Illinois 60601
       Telephone: 312/861-2000
       Facsimile: 312/861-2200

       and

       PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

       */s/ [signature]*
       _____
       Laura Davis Jones (Bar. No. 2436)
       David W. Carickhoff, Jr. (Bar No. 3715)
       919 North Market Street, 16th Floor
       P.O. Box 8705
       Wilmington, Delaware 19899-8705 (Courier 198901)
       Telephone: 302/652-4100
       Facsimile: 302/652-4400

       Co-Counsel for the Debtors and Debtors in Possession

SO ORDERED this ____ day
of August, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

91100-001\DOCS_DE:110930.1