**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: September 8, 2005** |
| | ) | **Hearing Date: September 26, 2005** |

**SUMMARY OF THE SIXTEENTH INTERIM QUARTERLY APPLICATION OF
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
JANUARY 1, 2005 THROUGH MARCH 31, 2005[1]**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | January 1, 2005 through March 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 35,015.00 |
| Amount of Expenses Reimbursement: | $ 2,096.79 |

This is a: _ monthly   X quarterly application

Prior Application filed: Yes

---

[1] RPWB became counsel in this matter over a year after it was filed. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Sixteenth Interim Quarterly Application, (although it is actually RPWB's eleventh such application).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 31, 2002 | 7/22/02 – 9/30/02 | $170,069.50 | $44,005.38 | $170,069.50 | $42,828.33 |
| December 2, 2002 | 10/01/02- 10/31/02 | $163,682.00 | $35,319.00 | $63,682.00 | $35,319.00 |
| January 8, 2003 | 11/01/02- 11/30/02 | $115,319.00 | $5,714.09 | $115,319.00 | $5,714.09 |
| February 17, 2003 | 12/01/02- 12/31/02 | $104,018.00 | $32,439.18 | $104,018.00 | $32,439.18 |
| March 12, 2003 | 01/01/03- 01/31/03 | $142,944.50 | $68,022.89 | $142,944.50 | $68,022.89 |
| April 8, 2003 | 02/01/03- 02/28/03 | $217,149.00 | $31,928.29 | $217,149.00 | $31,928.29 |
| May 16,2003 | 03/01/03- 03/31/03 | $248,048.00 | $66,978.32 | $248,048.00 | $66,978.32 |
| July 1, 2003 | 04/01/03- 04/30/03 | $102,950.00 | $149,727.83 | $102,950.00 | $149,727.83 |
| July 21, 2003 | 05/01/03- 05/31/03 | $174,462.25 | $48,658.57 | $174,462.25 | $48,658.57 |
| August 15, 2003 | 06/01/03- 06/30/03 | $202,080.25 | $71,550.40 | $202,080.25 | $71,550.40 |
| September 15, 2003 | 07/01/03- 07/31/03 | $126,035.00 | $25,802.60 | $126,035.00 | $25,802.60 |
| October 23, 2003 | 08/01/03- 08/30/03 | $121,733.75 | $26,563.23 | $121,733.75 | $26,563.23 |
| November 12, 2003 | 09/01/03- 09/30/03 | $69,708.00 | $19,989.71 | $66,513.01 | $19,989.71 |
| December 8, 2003 | 10/01/03- 10/30/03 | $24,786.50 | $5,853.38 | $24,786.50 | $5,853.38 |
| February 8, 2004 | 11/01/03- 11/30/03 | $13,566.00 | $106.03 | $13,566.00 | $106.30 |
| February 8, 2004 | 12/01/03- 12/31/03 | $12,107.50 | $11,256.59 | $12,107.50 | $11,256.59 |
| April 21, 2004 | 01/01/04- 01/31/04 | $17,311.00 | $1,427.54 | $17,311.00 | $1,427.54 |
| April 21, 2004 | 02/01/04- 02/29/04 | $36,536.50 | $3,023.68 | $36,536.50 | $3,023.68 |
| July 23, 2004 | 03/01/04- 03/31/04 | $6,212.50 | $100.02 | 6,212.50 | $100.02 |
| August 17, 2004 | 04/01/2004- 04/30/2004 | $327.50 | $ 0 | $327.50 | $ 0 |
| August 17, 2004 | 05/01/2004- 05/31/2004 | $1,962.50 | $ 0 | $1,962.50 | $ 0 |
| August 17, 2004 | 06/01/2004- 06/20/2004 | $24,797.50 | $ 0 | $24,797.50 | $ 0 |
| October 25, 2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $0 | $12,247.50 | $ 0 |
| October 25, 2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | $13,955.00 | $ 0 |
| November 23, 2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | $31,334.00 | $374.29 |
| November 23, 2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | CNO filed; awaiting hearing | CNO filed; awaiting hearing |
| January 12, 2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | CNO filed; awaiting | CNO filed; awaiting |

|  |  |  |  | hearing | hearing |
|---|---|---|---|---|---|
| January 12, 2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | CNO filed; awaiting hearing | CNO filed; awaiting hearing |
| February 28, 2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | CNO filed; awaiting hearing | CNO filed; awaiting hearing |
| March 29, 2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | CNO filed; awaiting hearing | CNO filed; awaiting hearing |
| May 10, 2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | CNO filed; awaiting hearing | CNO filed; awaiting hearing |

RPWB has filed certificates of no objection with the Court with respect to the above Applications because no objections were filed with the Court within the objection period.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 18.1 | $10,140.00 |
| TOTALS | | | | | 18.1 | $10,140.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 191.5 | $23,937.50 |
| Kim Camarda | Paralegal | 13 | Litigation | $125 | 7.5 | $937.50 |
| TOTALS | | | | | 199.0 | $34,875.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | 5.0 | $1,625.00 |
| 22-ZAI Science Trial | 212.1 | $33,390.00 |
| TOTALS | 217.1 | $35,015.00 |

ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| Federal Express | $13.45 |
| Westlaw Research | $957.26 |
| Expert Services | $120.00 |
| Duplicating (Internal) | $31.40 |
| Research Materials | $20.46 |
| PACER Research | $0.28 |
| Parking | $8.00 |
| Air Travel | $933.79 |
| Mileage | $12.15 |
| Total | $2,096.79 |

Dated:  August 19, 2005

/s/____*William D. Sullivan*_____

William D. Sullivan, Esq. (#2820)
Buchanan Ingersoll PC
1007 N. Orange St., Suite 1110
Wilmington, DE  19801
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook
& Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et</u> <u>al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: September 8, 2005** |
| | ) | **Hearing Date:  September 26, 2005** |

**SIXTEENTH INTERIM QUARTERLY APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2005 THROUGH
<u>MARCH 31, 2005</u>[1]**

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Richardson Patrick Westbrook & Brickman ("Applicant" or "RPWB"), ZAI Lead Special Counsel, hereby applies for an order allowing it: (i) compensation in the amount of $35,015.00 for the reasonable and necessary legal services RPWB has rendered; and (ii) reimbursement for the actual and necessary expenses RPWB has incurred in the

---

[1]  RPWB became counsel in this matter over a year after it was filed.  To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, RPWB is titling this the "Sixteenth" Interim Quarterly Application, (although it is actually RPWB's eleventh such application).

amount of $2,096.79 (the "Sixteenth Interim Quarterly Fee Application"), for the interim

quarterly period from January 1, 2005 through March 31, 2005 (the "Fee Period"). In

support of this Application, RPWB respectfully states as follows:

## Background

### Retention of RPWB

1.      On April 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions

for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11

Cases"). On April 2, 2001, the Court entered an order procedurally consolidating

the Chapter 11 Cases for administrative purposes only. Since the Petition Date,

the Debtors have continued to operate their businesses and manage their

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

2.      By this Court's order effective as of July 22, 2002, RPWB was appointed as ZAI

Lead Special Counsel to prosecute the ZAI "Science Trial" issues on behalf of the

ZAI Claimants' position against Debtors' position (the "Appointment Order").

The Appointment Order authorizes a total budget for ZAI Counsel of $1.5 million

in fees and $500,000 in expenses for prosecuting the Science Trial, against which

RPWB may be compensated for legal services at its hourly rates as specified to

the Court, and for actual and necessary out-of-pocket expenses incurred, subject

to application to this Court in accordance with the Bankruptcy Code, the Federal

Rules of Bankruptcy Procedure, and all applicable local rules and orders of this

Court[2]. On May 3, 2001, this Court entered the Interim Compensation Order and entered the Amended Interim Compensation Order on April 17, 2002. On July 28, 2003, the Court entered an Order increasing the budget by $950,000 per side for additional attorney fees and expenses. On September 27, 2004, the Court entered another Order increasing the budget by $750,000 per side for addition attorney fees and expenses.

**Monthly Interim Fee Applications Covered Herein**

3.      Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the Compensation Order. If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.      Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee

---

[2] The rates billed by RPWB are within the range of rates previously identified to the Court. The rates of the two principal RPWB partners involved here, Edward J. Westbrook ($650) and Robert M. Turkewitz ($400) were provided in the June 7, 2002 filing, "The Official Committee of Asbestos Property Damage Claimants' Response and Motion Pursuant to Section 503 of the Bankruptcy Code to Retain Special Counsel For the Purpose of Defending Objections to Zonolite Attic Insulation Proofs of Claim" (at 6-7). Other RPWB lawyers and professionals are being billed at rates commensurate with their experience and in the same range as other firms are billing in this bankruptcy (i.e. $150-$340 for associates and $75 to $125 for paralegals).

Applications filed during the quarter covered by that Quarterly Fee Application.

If the Court grants the relief requested by the Quarterly Fee Application, the

Debtors are authorized and directed to pay the professional 100% of the fees and

expenses requested in the Monthly Fee Applications covered by that Quarterly

Fee Application less any amounts previously paid in connection with the Monthly

Fee Applications.  Any payment made pursuant to the Monthly Fee Applications

or a Quarterly Fee Application is subject to final approval of all fees and expenses

at a hearing on the professional's final fee application.

5.    This is the tenth Interim Quarterly Fee Application that RPWB has filed with the

Bankruptcy Court in connection with these Chapter 11 Cases.  (See Footnote 1)

6.    RPWB has filed the following Monthly Fee Applications for interim

compensation during this Fee Period:

1.    Application of Richardson, Patrick, Westbrook & Brickman, LLC for

Compensation for Services and Reimbursement of Expenses as ZAI

Special Lead Counsel for the Interim Period from January 1, 2005 through

January 31, 2005 filed February 28, 2005, (the "January Application")

attached hereto as Exhibit A.

2.    Application of Richardson, Patrick, Westbrook & Brickman, LLC for

Compensation for Services and Reimbursement of Expenses as ZAI

Special Lead Counsel for the Interim Period of February 1, 2005 through

February 28, 20054 filed March 29, 2005, (the "February Application")

attached hereto as Exhibit B.

3.    Application of Richardson, Patrick, Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Special Lead Counsel for the Interim Period of March 1, 2005 through March 31, 2005 filed May 10, 2005, (the "March Application") attached hereto as <u>Exhibit C</u>.

7.    During the Fee Period, RPWB has prepared for the ZAI Science Trial as detailed in the Application.

**<u>Requested Relief</u>**

8.    By this Sixteenth Interim Quarterly Fee Application, RPWB requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by RPWB for the Fee Period as detailed in the Application, less any amounts previously paid to RPWB pursuant to the Application and the procedures set forth in the Compensation Order.  The full scope of services provided and the related expenses incurred are fully described in the Application, which is attached hereto as <u>Exhibit D</u>.

**<u>Disinterestedness</u>**

9.    With the exception of its representation of asbestos claimants, RPWB does not hold or represent any interest adverse to the estates as stated in the Affidavit of Edward J. Westbrook in Support of the Application of the Asbestos Property Damage Committee to Retain Special Counsel, filed June 7, 2002.

10.     In addition, RPWB may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.

**Representations**

11.     RPWB believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

12.     RPWB performed the services for which it is seeking compensation under its Court Appointment effective as of July 22, 2002.

13.     During the Fee Period, RPWB has received no payment, nor has it received any promises for payment, from any other source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

14.     Pursuant to Fed. R. Bank. P. 2016(b), RPWB has not shared, nor has it agreed to share: (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of RPWB; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

15.     Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. RPWB reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, RPWB respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to RPWB in the sum of (i) $35,015.00 as compensation for reasonable and necessary professional services, and (ii) $2,096.79 for reimbursement of actual and necessary costs and expenses incurred (for a total of $37,111.79); (b) that the Debtors be authorized and directed to pay to RPWB the outstanding amount of such sums less any sums previously paid to RPWB pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.

Dated:  August 19, 2005

/s/      *William D. Sullivan*
William D. Sullivan, Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange Street, Suite 1100
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
Robert S. Wood, Esq.
Richardson Patrick Westbrook
 & Brickman
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  September 8, 2005** |
| | ) | **Hearing Date:  September 26, 2005** |

**FEE DETAIL FOR THE SIXTEENTH INTERIM QUARTERLY APPLICATION**
**OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD**
**FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005**

| Category | Richardson Patrick Westbrook & Brickman | |
|---|---|---|
| | 16th Quarter | Cumulative thru 16th Quarter |
| 01 – Asset Analysis and Recovery | | 0.00 |
| 02 – Asset Disposition | | 0.00 |
| 03 – Business Operations | | 0.00 |
| 04 – Case Administration | | 0.00 |
| 05 – Claim Analysis Objection & Resolution (Asbestos) | | 0.00 |
| 06 – Claim Analysis Objection and Resolution (Non-asbestos) | | 0.00 |
| 07 – Committee, Creditors', Noteholders' or Equity Holders' | | 0.00 |
| 08 – Employee Benefits/Pension | | 0.00 |
| 09 – Employment Applications, Applicant | | 0.00 |
| 10 – Employment Applications, Others | | 0.00 |
| 11 – Fee Applications, Applicant | | 0.00 |
| 12 – Fee Applications, Others | | 0.00 |
| 13 – Financing | | 0.00 |
| 14 – Hearings | | 0.00 |
| 15 – Litigation and Litigation Consulting | | 0.00 |
| 16 – Plan and Disclosure Statement | | 0.00 |
| 17 – Relief from Stay Proceedings | | 0.00 |
| 18 – Tax Issues | | 0.00 |
| 19 – Tax Litigation | | 0.00 |
| 20 – Travel – Non-working | | 0.00 |
| 21 – Valuation | | 0.00 |
| 22 – ZAI Science Trial | $35,015.00 | $2,434,649.75 |
| 23 – ZAI Science Trial – Expenses | $2,096.79 | $688,222.51 |
| 24 – Other | | 0.00 |
| 25 – Accounting/Auditing | | 0.00 |
| 26 – Business Analysis | | 0.00 |
| 27 – Corporate Finance | | 0.00 |
| 28 – Data Analysis | | 0.00 |
| **PROJECT CATEGORY – TOTAL FEES** | **$35,015.00** | **$2,434,649.75** |
| **PROJECT CATEGORY – TOTAL EXPENSES** | **$2,096.79** | **$688,222.51** |
| **PROJECT CATEGORY – TOTAL FEES AND EXPENSES** | **$37,111.79** | **$3,122,872.26** |
| FEE APPLICATION – TOTAL FEES | $35,015.00 | $2,434,649.75 |
| FEE APPLICATION – TOTAL EXPENSES | $2,096.79 | $688,222.51 |
| **FEE APPLICATION – TOTAL FEES AND EXPENSES** | **$37,111.79** | **$3,122,872.26** |

04/05/2005                                                                                                         1

# Time report

## 01/01/2005 - 03/31/2005

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **01/03/2005** | | | | |
| 01/03/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/04/2005** | | | | |
| 01/04/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/06/2005** | | | | |
| 01/06/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/10/2005** | | | | |
| 01/10/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/11/2005** | | | | |
| 01/11/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/13/2005** | | | | |
| 01/13/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/18/2005** | | | | |
| 01/18/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/19/2005** | | | | |

04/05/2005                                                                                                    2

# Time report

### 01/01/2005 - 03/31/2005

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 01/19/2005 kcamarda | 200106 0000 | Zonolite Science Trial | L106 Reviewed prior hearing transcript and gathered materials for 1/21/05 Grace hearing. | $125.00 | 7.50 | $937.50 |
| **Day:** | | **01/20/2005** | | | | |
| 01/20/2005 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Consultation with PD counsel on ZAI issues | $650.00 | 0.30 | $195.00 |
| 01/20/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 5.50 | $687.50 |
| **Day:** | | **01/21/2005** | | | | |
| 01/21/2005 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Attend (by telephone) court hearing on Grace reorganization plan | $650.00 | 5.00 | $3,250.00 |
| **Day:** | | **01/24/2005** | | | | |
| 01/24/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 7.00 | $875.00 |
| **Day:** | | **01/25/2005** | | | | |
| 01/25/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 6.50 | $812.50 |
| **Day:** | | **01/27/2005** | | | | |
| 01/27/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 5.50 | $687.50 |
| **Day:** | | **01/31/2005** | | | | |
| 01/31/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 8.00 | $1,000.00 |
| **Day:** | | **02/01/2005** | | | | |
| 02/01/2005 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 6.50 | $812.50 |

04/05/2005                                                                                                              3

# Time report

### 01/01/2005 - 03/31/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Day:** 02/03/2005

| 02/03/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Day:** 02/07/2005

| 02/07/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Day:** 02/08/2005

| 02/08/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| 02/08/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |
| ewestbrook | 0000 | | Conversations with Grace regarding impact with Grace indictment on ZAI, review materials | | | |

**Day:** 02/09/2005

| 02/09/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| ewestbrook | 0000 | | Review Restivo letter, conversations with co-counsel and draft response concerning ZAI Science Trial proceedings | | | |

**Day:** 02/10/2005

| 02/10/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Day:** 02/14/2005

| 02/14/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Day:** 02/15/2005

| 02/15/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| Ikerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

04/05/2005                                                                                                                    4

# Time report

### 01/01/2005 - 03/31/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **02/17/2005** | | | | |
| 02/17/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 0.50 | $62.50 |
| **Day:** | | **02/21/2005** | | | | |
| 02/21/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents (7); conversation with VIA homeowner and wrote email regarding same (.5) | $125.00 | 7.50 | $937.50 |
| **Day:** | | **03/03/2005** | | | | |
| 03/03/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 5.00 | $625.00 |
| **Day:** | | **03/07/2005** | | | | |
| 03/07/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 8.00 | $1,000.00 |
| **Day:** | | **03/08/2005** | | | | |
| 03/08/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Transcribing USG v. WRG oral argument before the 9th circuit | $125.00 | 6.50 | $812.50 |
| 03/08/2005<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Travel to Florida, reviewing materials during travel in preparation for meeting (5); attend meeting (2) | $650.00 | 7.00 | $4,550.00 |
| **Day:** | | **03/10/2005** | | | | |
| 03/10/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Transcribing USG v. WRG oral argument before the 9th circuit (2); inputting coding inforamtion in ZAI database and reviewing for sales information and hot documents (1) | $125.00 | 3.00 | $375.00 |
| **Day:** | | **03/14/2005** | | | | |
| 03/14/2005<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Transcribing USG v. WRG oral argument before the 9th circuit | $125.00 | 8.00 | $1,000.00 |

04/05/2005 02:42:44 PM Garcia, Kimberly A.

04/05/2005                                                                                                          5

# Time report

### 01/01/2005 - 03/31/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Day:** 03/15/2005

| 03/15/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Transcribing USG v. WRG oral argument before the 9th circuit (2.5); inputting coding information in ZAI database and reviewing for sales information and hot documents (4) | | | |

**Day:** 03/17/2005

| 03/17/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Day:** 03/21/2005

| 03/21/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents (5.5); talked to VAI homeowner regarding VIA and wrote email regarding converssation (1) | | | |

**Day:** 03/22/2005

| 03/22/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Day:** 03/24/2005

| 03/24/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Transaction:** L116

**Day:** 03/08/2005

| 03/08/2005 | 200106 | Zonolite Science Trial | L116 | $325.00 | 5.00 | $1,625.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Travel back to Charleston (billed at half rate) | | | |

**Grand Total:** $35,015.00

**Expense Grand Total:** $0.00

**Time Grand Total:** $35,015.00

**Total Hours/Report:** 217.10

**Count:** 38

06/01/2005

1

# Expense report

## 01/01/2005 - 03/31/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:**      **E029**

**Day:**      **01/06/2005**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 01/06/2005 | 200106 | Zonolite Science Trial | E029 | $120.00 | 1.00 | $120.00 |
| kgarcia | 0000 | | Expert Services rendered by Mundy & Associates | | | |

**Transaction:**      **E065**

**Day:**      **01/04/2005**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 01/04/2005 | 200106 | Zonolite Science Trial | E065 | $13.45 | 1.00 | $13.45 |
| kgarcia | 0000 | | Federal express from Ed Westbrook to Jim Restivo | | | |

**Transaction:**      **E070**

**Day:**      **03/31/2005**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 03/31/2005 | 200106 | Zonolite Science Trial | E070 | $0.28 | 1.00 | $0.28 |
| kgarcia | 0000 | | PACER online research charges for ZAI in March 2005 | | | |

**Transaction:**      **E072**

**Day:**      **02/08/2005**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 02/08/2005 | 200106 | Zonolite Science Trial | E072 | $20.46 | 1.00 | $20.46 |
| rturkewitz | 0000 | | Reimbursement for research bookto reference for this case | | | |

**Transaction:**      **E090**

**Day:**      **03/08/2005**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 03/08/2005 | 200106 | Zonolite Science Trial | E090 | $953.94 | 1.00 | $953.94 |
| ewestbrook | 0000 | | Ed Westbrook - Travel to Florida to attend strategic meeting.  This charge includes: | | | |

Parking $8.00
Airfare: $933.79
Mileage:  $12.15 (to/from home/airport and airport/home)

Total: $953.94

**Transaction:**      **E360**

**Day:**      **01/31/2005**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 01/31/2005 | 200106 | Zonolite Science Trial | E360 | $0.20 | 92.00 | $18.40 |
| kgarcia | 0000 | | Internal copies for the month of January 2005 | | | |

06/01/2005

2

# Expense report

### 01/01/2005 - 03/31/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Day:** 02/28/2005

| 02/28/2005 | 200106 | Zonolite Science Trial | E360 | $13.00 | 1.00 | $13.00 |
| kgarcia | 0000 | | Copy charges for the month of February 2005 | | | |

**Transaction:** E370

**Day:** 01/31/2005

| 01/31/2005 | 200106 | Zonolite Science Trial | E370 | $957.26 | 1.00 | $957.26 |
| kgarcia | 0000 | | Westlaw charges | | | |

| | |
|---|---|
| **Grand Total:** | **$2,096.79** |
| **Expense Grand Total:** | **$2,096.79** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **8** |