**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify that on August 19, 2005, I caused the Sixteenth Interim Quarterly Application Of Richardson Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From January 1, 2005 Through March 31, 2005 to be served upon the parties on the attached service list by hand delivery or first class United States mail, postage pre-paid.

/s/     *William D. Sullivan*
        William D. Sullivan