# EXHIBIT C

**EXHIBIT C**

**EXPENSES FOR THE FEE PERIOD APRIL 1, 2005 THROUGH JUNE 30, 2005[2]**

**EXPENSES FOR THE FEE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005**

Engagement Costs – New York Superfund Action

| | | |
|---|---|---|
| 03/02/05 | Pd Genesys Conf; AJM; Ck# 272882 | 29.51 |
| 04/29/05 | DOCUMENT ACCESS FACILITY - APRIL 05 | 2864.00 |
| | Telephone | 5.06 |
| | Matter Total Engagement Cost | 2,898.57 |

Engagement Costs – Tahari Ltd.

| | | |
|---|---|---|
| 01/21/05 | Pd Aetna Central Judicial Service for follow for signed order; MJN; Inv. # 31; CK# 273698 | 26.50 |
| | Duplicating | 7.28 |
| | Matter Total Engagement Cost | 33.78 |

Engagement Costs – Trenton Environmental Issues

| | |
|---|---|
| Duplicating | 75.74 |
| Matter Total Engagement Cost | 75.74 |

Engagement Costs – Weja, Inc.

| | |
|---|---|
| Computer Assisted Research | 674.74 |
| Duplicating | 16.94 |
| Matter Total Engagement Cost | 691.68 |

**EXPENSES FOR THE FEE PERIOD MAY 1, 2005 THROUGH MAY 31, 2005**

Engagement Costs – Weja, Inc.

---

[2] Certain of the expenses set forth below are described in greater detail in the previously filed monthly fee applications for this period.

1329637A01080205

| | | |
|---|---|---:|
| 05/10/05 | Paid Roseland Courier #10501 S#6669 | 135.00 |
| 05/10/05 | Paid Roseland Courier #10501 S#6669 | 45.00 |
| 05/10/05 | Paid Roseland Courier #10501 S#6669 | 40.00 |
| 05/10/05 | Paid Roseland Courier #10501 S#6669 | 60.00 |
| 05/29/05 | PD UPS TO TRENTON NJ;  WSH;  CK# 274615 | 7.74 |
| 05/29/05 | PD UPS TO FLORHAM PARK NJ;  WSH;  CK# 274615 | 7.74 |
| 05/29/05 | PD UPS TO SOMERVILLE NJ;  WSH;  CK# 274615 | 7.74 |
| 05/29/05 | PD UPS TO SUMMIT NJ;  WSH;  CK# 274615 | 7.74 |
| 05/29/05 | PD UPS TO ROSELAND NJ;  WSH;  CK# 274615 | 7.74 |
| | Computer Assisted Research | 293.89 |
| | Duplicating | 494.34 |
| | Telephone | 2.16 |
| | Matter Total Engagement Cost | 1,109.09 |

## Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 05/17/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 274614 | 7.74 |
| 05/29/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 274615 | 7.74 |
| | Duplicating | 44.94 |
| | Matter Total Engagement Cost | 60.42 |

## Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 05/31/05 | DOCUMENT ACCESS FACILITY- MAY 2005 | 2864.00 |
| | Matter Total Engagement Cost | 2,864.00 |

## Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 05/09/05 | Pd Fedex to Columbia MD;  BMB; Ck# 274371 | 18.12 |
| 05/09/05 | Pd Fedex to New York NY;  BMB; Ck# 274371 | 16.89 |
| 05/09/05 | Pd Fedex to New York NY;  BMB; Ck# 274371 | 18.12 |
| | Computer Assisted Research | 57.88 |
| | Duplicating | 100.80 |
| | Matter Total Engagement Cost | 211.81 |

1329637A01080205

Engagement Costs – Trenton Environmental Issues

| | | |
|---|---|---|
| 05/06/05 | PD UPS TO TRENTON NJ;  MEW;  CK# 274373 | 15.78 |
| 05/10/05 | PD TRAVEL EXPENSE;  MEW; CK# 274583 | 71.80 |
| 05/10/05 | PD TRAVEL EXPENSE;  AJM;  CK# 574583 | 64.40 |
| 05/26/05 | Paid Envin. Resources Mgnt. Inc. for photocopying fees #10501; S#6708 | 183.59 |
| | Duplicating | 27.16 |
| | Matter Total Engagement Cost | 362.73 |

## EXPENSES FOR THE FEE PERIOD JUNE 1, 2005 THROUGH JUNE 30, 2005

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 05/26/05 | PD UPS TO FLORHAM NJ; WSH; CK# 275195 | 7.74 |
| 05/26/05 | PD UPS TO NEW PROVIDENCE NJ; WSH; CK# 275195 | 7.74 |
| 05/26/05 | PD UPS TO SOMERVILLE NJ; WSH; CK# 275195 | 7.74 |
| 05/26/05 | PD UPS TO ROSELAND NJ; WSH; CK# 275195 | 7.74 |
| 05/26/05 | PD UPS TO TRENTON NJ; WSH; CK# 275195 | 7.74 |
| 06/27/05 | Service of writ of execution #10501 S#6800 Ex 7234 | 52.40 |
| | Matter Total Engagement Cost | 91.10 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 06/20/05 | PD UPS TO WILMINGTON; KMJ; CK# 275754 | 7.74 |
| | Duplicating | 15.96 |
| | Matter Total Engagement Cost | 23.70 |

Engagement Costs – NJDEP v. W.R. Grace et. al

| | | |
|---|---|---|
| 05/23/05 | Paid Skyline Duplication #10501 S#6766 | 61.90 |
| 05/23/05 | Paid Skyline Duplication #10501 S#6766 | 225.25 |
| 05/23/05 | Paid Skyline Duplication #10501 S#6766 | 180.20 |
| 05/26/05 | PD INTEGRITY EXP TO EWING NJ;  MEW;  CK# 275170 | 118.00 |
| 05/26/05 | PD INTEGRITY EXP TO FLORHAM PARK NJ;  MEW; CK# 275170 | 77.00 |
| 05/27/05 | PD UPS TO MEMPHIS TN; MEW; CK# 275195 | 15.00 |
| 05/27/05 | PD UPS TO BOCA RATON FL; MEW; CK# 275195 | 16.41 |
| 05/27/05 | PD UPS TO WASHINGTON DC; MEW; CK# 275195 | 11.72 |

1329637A01080205

| | | |
|---|---|---:|
| 05/31/05 | Paid Merrill Communication #10501 S#6755 | 345.09 |
| 06/06/05 | PD MEAL EXPENSE; KD; UJ-6/24/05 | 10.00 |
| 06/07/05 | PD MEAL EXPENSE; KD; UJ-6/24/05 | 10.00 |
| 06/08/05 | PD MEAL EXPENSE; KD; UJ-6/24/05 | 10.00 |
| 06/09/05 | PD MEAL EXPENSE; KD; UJ-6/24/05 | 10.00 |
| 06/16/05 | PD UPS TO TRENTON NJ;  MEW;  CK# 275755 | 7.74 |
| 06/20/05 | PD MEAL EXPENSE; KD; UJ-6/24/05 | 20.00 |
| 06/20/05 | PD UPS TO NEWRK; SAM; CK# 275754 | 7.74 |
| 06/20/05 | PD UPS TO BOSTON, MA; SAM; CK# 275754 | 8.95 |
| 06/20/05 | PD UPS TO WASHINGTON DC; MSM; CK# 275754 | 8.95 |
| 06/20/05 | PD UPS TO MEMPHIS, TN; MSM; CK# 275754 | 10.02 |
| 06/20/05 | PD UPS TO PRINCETON; MSM; CK# 275754 | 7.74 |
| 06/20/05 | PD UPS TO WAYNE; MSM; CK# 275754 | 7.74 |
| 06/30/05 | DOCUMENT ACCESS FACILITY- JUNE 2005 | 2864.00 |
| | Computer Assisted Research | 52.00 |
| | Duplicating | 263.20 |
| | Matter Total Engagement Cost | 4,348.65 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 05/20/05 | Pd Fedex to Columbia MD; MHL;  Ck# 275136 | 14.89 |
| 05/20/05 | Pd Fedex to New York NY;  BMB; Ck# 275136 | 14.89 |
| 05/20/05 | Pd Fedex to New York NY;  BMB; Ck# 275136 | 14.89 |
| 06/18/05 | Pd UPS to Columbia MD;  BMB; Ck# 275473 | 6.51 |
| 06/18/05 | Pd UPS to Columbia MD;  BMB; Ck# 275473 | 6.51 |
| | Duplicating | 777.14 |
| | Matter Total Engagement Cost | 834.83 |

1329637A01080205