IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: September 8, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
08/19/05 1:23 PM

# The Blackstone Group®

August 15, 2005

Mr. Alfred E. Festa
Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of April 1, 2005 through April 30, 2005:   $   100,000.00

Out-of-pocket expenses processed for the period through April 30, 2005:[1]

| | | | |
|---|---:|---:|---:|
| Airfare | $ 1,112.45 | | |
| Ground Transportation | 239.46 | | |
| Communications | 184.44 | | |
| Meals | 125.00 | | |
| Research | 1,209.56 | | |
| Publishing Services | 211.17 | | 3,082.08 |
| **Total Amount Due** | | $ | **103,082.08** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 7851

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 7851

| | GL Detail Apr-05 | Total Expenses |
|---|---:|---:|
| Airfare | $ 1,112.45 | $ 1,112.45 |
| Ground Transportation - Car Service - Concord | 23.46 | 23.46 |
| Ground Transportation - Local Travel | 37.00 | 37.00 |
| Ground Transportation - Railroad | 179.00 | 179.00 |
| Communications - Teleconferencing | 184.44 | 184.44 |
| Employee Meals | 125.00 | 125.00 |
| Internal Research | 360.00 | 360.00 |
| External Research - Multex | 257.86 | 257.86 |
| External Research - Dow Jones | 559.22 | 559.22 |
| External Research - P.A.C.E.R. | 32.48 | 32.48 |
| Publishing Services | 211.17 | 211.17 |
| **Total Expenses** | $ 3,082.08 | $ 3,082.08 |

| | |
|---|---:|
| Airfare | $ 1,112.45 |
| Ground Transportation | 239.46 |
| Communications | 184.44 |
| Meals | 125.00 |
| Research | 1,209.56 |
| Publishing Services | 211.17 |
| **Total Expenses** | $ 3,082.08 |

W.R. Grace & Co.
Detail of Expenses Processed
Through April 30, 2005
Invoice No. 7851

### Airfare

| Description | Date | Amount |
|---|---|---|
| O'Connell (one-way coach class flight to Fort Lauderdale, FL from Queens, NY) | 03/30/05 | 629.70 |
| O'Connell (one-way coach class flight to Queens, NY from Fort Lauderdale, FL) | 03/31/05 | 482.75 |
| **Subtotal - Airfare** | | **$ 1,112.45** |

### Ground Transportation - Car Service - Concord

| Description | Date | Amount |
|---|---|---|
| Blechman (car to Pennsylyvania Railroad station in New York, NY from Blackstone) | 02/09/05 | 23.46 |
| **Subtotal - Ground Transportation - Car Service - Concord** | | **23.46** |

### Ground Transportation - Local Travel

| Description | Date | Amount |
|---|---|---|
| Munfa (taxi home from Blackstone after working late) | 10/12/04 | 9.00 |
| Munfa (taxi home from Blackstone after working late) | 10/13/04 | 10.00 |
| Munfa (taxi home from Blackstone after working late) | 10/14/04 | 9.00 |
| Munfa (taxi home from Blackstone after working late) | 10/27/04 | 9.00 |
| **Subtotal - Ground Transportation - Local Travel** | | **37.00** |

### Ground Transportation - Railroad

| Description | Date | Amount |
|---|---|---|
| O'Connell (one-way trip to Baltimore, MD from New York, NY) | 02/10/05 | 102.00 |
| O'Connell (one-way trip to New York, NY from Baltimore, MD) | 02/10/05 | 77.00 |
| **Subtotal - Ground Transportation - Railroad** | | **179.00** |

### Communications - Teleconferencing

| Description | Date | Amount |
|---|---|---|
| Blechman | 02/24/05 | 32.33 |
| Blechman | 03/03/05 | 41.84 |
| Blechman | 03/07/05 | 32.99 |
| Blechman | 03/08/05 | 24.27 |
| Blechman | 03/11/05 | 16.67 |
| Blechman | 03/11/05 | 15.32 |
| Blechman | 03/15/05 | 7.71 |
| Blechman | 03/23/05 | 13.31 |
| **Subtotal - Communications - Teleconferencing** | | **184.44** |

### Employee Meals

| Description | Date | Amount |
|---|---|---|
| Blechman (working dinner meal after working late) | 02/22/05 | 25.00 |
| Blechman (working dinner meal after working late) | 02/24/05 | 25.00 |
| Blechman (working dinner meal after working late) | 03/08/05 | 25.00 |
| Blechman (working dinner meal after working late) | 03/15/05 | 25.00 |
| O'Connell (working dinner meal after working late) | 03/16/05 | 25.00 |
| **Subtotal - Employee Meals** | | **125.00** |

### Internal Research

| Description | Date | Amount |
|---|---|---|
| Blechman (research re: academic paper on Libby Montan) | 04/04/05 | 180.00 |
| Munfa (holding company research) | 04/01/05 | 180.00 |
| **Subtotal - Internal Research** | | **360.00** |

### External Research - Multex

| Description | Date | Amount |
|---|---|---|
| Munfa (holding company research) | 04/01/05 | 99.02 |
| Munfa (research) | 04/04/05 | 27.57 |
| Munfa (comps research) | 04/05/05 | 38.42 |
| O'Connell (comps research) | 04/04/05 | 92.85 |
| **Subtotal - External Research - Multex** | | **257.86** |

### External Research - Dow Jones

| Description | Date | Amount |
|---|---|---|
| Blechman (research re: academic paper on Libby Montan) | 04/04/05 | 261.16 |
| Munfa (holding company research) | 04/01/05 | 298.06 |
| **Subtotal - External Research - Dow Jones** | | **559.22** |

### External Research - P.A.C.E.R.

| Description | Date | Amount |
|---|---|---|
| de Almeida | 01/19/05 | 2.88 |
| de Almeida | 01/22/05 | 2.80 |
| de Almeida | 01/25/05 | 12.24 |
| de Almeida | 01/30/05 | 2.40 |
| de Almeida | 02/01/05 | 5.84 |
| de Almeida | 03/22/05 | 3.04 |
| de Almeida | 03/31/05 | 3.28 |
| **Subtotal - External Research - P.A.C.E.R.** | | **32.48** |

W.R. Grace & Co.
Detail of Expenses Processed
Through April 30, 2005
Invoice No. 7851

**Publishing Services**

| | | | |
|---|---|---|---|
| Blechman | 04/04/05 - 04/10/05 | 115.50 | |
| Munfa | 04/04/05 - 04/10/05 | 95.67 | |
| | Subtotal - Publishing Services | | 211.17 |
| | Total Expenses | $ | 3,082.08 |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS
## APRIL 1, 2005 - APRIL 30, 2005

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 41.6 |
| David Blechman | Vice President | 44.3 |
| Jamie O'Connell | Associate | 31.8 |
| JP Munfa | Analyst | 12.0 |
| | Total | 129.7 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/05 | 1.0 | Business Analysis | Review quarterly financial report |
| David Blechman | 04/20/05 | 2.5 | Business Analysis | Follow up analysis re pro forma financials |
| David Blechman | 04/20/05 | 0.8 | Business Analysis | Call with O'Connell re pro forma financials |
| Jamie O'Connell | 04/20/05 | 0.8 | Business Analysis | Call with D. Blechman re pro forma analysis |
| Jamie O'Connell | 04/20/05 | 2.0 | Business Analysis | Pro forma financials analysis |
| David Blechman | 04/21/05 | 0.8 | Business Analysis | Call with T. Delbrugge, M. Brown re financial issues |
| David Blechman | 04/21/05 | 0.5 | Business Analysis | Call with M. Brown re pro forma financials |
| Jamie O'Connell | 04/21/05 | 0.5 | Business Analysis | Call with M. Brown of Grace re pro forma analysis |
| Pamela Zilly | 04/22/05 | 1.3 | Business Analysis | Read draft 10Q |
| Pamela Zilly | 04/25/05 | 2.5 | Business Analysis | Review pro forma analysis for 10k |
| David Blechman | 04/26/05 | 1.0 | Business Analysis | Call with M. Brown, J. Gibbs re pro forma, follow up schedule |
| Jamie O'Connell | 04/26/05 | 0.5 | Business Analysis | Call with M. Brown and J. Gibbs of Grace re pro forma analysis |
| Pamela Zilly | 04/28/05 | 1.5 | Business Analysis | Review draft pro forma financials |
| Pamela Zilly | 04/29/05 | 1.0 | Business Analysis | Read financial reports of Debtor |
| Total | | 16.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/01/05 | 0.8 | Case Administration | Status meeting with Zilly |
| Pamela Zilly | 04/01/05 | 0.8 | Case Administration | Status meeting with D. Blechman |
| Pamela Zilly | 04/01/05 | 0.8 | Case Administration | Read Motion re: SAC Settlement Agreement |
| David Blechman | 04/11/05 | 0.5 | Case Administration | Status meeting with P. Zilly |
| Pamela Zilly | 04/11/05 | 0.5 | Case Administration | Status meeting with D. Blechman |
| David Blechman | 04/18/05 | 0.8 | Case Administration | Status calls with Zilly, O'Connell |
| Jamie O'Connell | 04/18/05 | 0.8 | Case Administration | Status call with Zilly and Blechman |
| Pamela Zilly | 04/18/05 | 0.8 | Case Administration | Status call with D. Blechman and J. O'Connell |
| Total | | 5.7 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/04/05 | 2.5 | Claims Analysis Objection/Resolution | Review Hatco, pension motions |
| Pamela Zilly | 04/04/05 | 0.8 | Claims Analysis Objection/Resolution | Read revised draft of Hatco motions and materials |
| David Blechman | 04/05/05 | 1.5 | Claims Analysis Objection/Resolution | Conference call with Zilly, Baer, Obradovic re Hatco |
| Pamela Zilly | 04/05/05 | 0.5 | Claims Analysis Objection/Resolution | Conference call with J. Baer, M. Obradovic re: Hatco motion and plan to discuss with advisors |
| David Blechman | 04/06/05 | 2.5 | Claims Analysis Objection/Resolution | Work on Project Hatco memo |
| Pamela Zilly | 04/06/05 | 0.8 | Claims Analysis Objection/Resolution | Make revisions to Hatco Motion |
| Pamela Zilly | 04/13/05 | 0.8 | Claims Analysis Objection/Resolution | Review Hatco Settlement documents |
| David Blechman | 04/27/05 | 0.5 | Claims Analysis Objection/Resolution | Meeting with Zilly, O'Connell re Hatco |
| Jamie O'Connell | 04/27/05 | 0.5 | Claims Analysis Objection/Resolution | Meeting with Zilly and Blechman re Hatco transaction |
| Pamela Zilly | 04/27/05 | 0.5 | Claims Analysis Objection/Resolution | Meeting with D. Blechman re: Hatco |
| David Blechman | 04/29/05 | 1.5 | Claims Analysis Objection/Resolution | Call re insurance claim, review memo re insurance claim |
| David Blechman | 04/29/05 | 1.0 | Claims Analysis Objection/Resolution | Provide comments on insurance claim motion; call with P. Zilly |
| Pamela Zilly | 04/29/05 | 1.0 | Claims Analysis Objection/Resolution | Read memo re: insurance claim motion, call with D. Blechman |
| Total | | 14.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/05 | 0.5 | Committee | Follow-up on Project Hercules questions from financial advisors |
| David Blechman | 04/11/05 | 0.8 | Committee | Respond to follow up questions from advisors re Hatco |
| David Blechman | 04/11/05 | 1.0 | Committee | Call with all Committees' advisors re Hatco transaction |
| Pamela Zilly | 04/11/05 | 0.7 | Committee | Call with all Committees' advisors re: Hatco settlement |
| Pamela Zilly | 04/15/05 | 0.3 | Committee | Review Capstone questions re: Hatco settlement |
| David Blechman | 04/18/05 | 1.0 | Committee | Call with Capstone, Duff, Obradovic re Hatco |
| Jamie O'Connell | 04/18/05 | 0.5 | Committee | Conference call with Capstone regarding Hatco transaction |
| David Blechman | 04/20/05 | 0.8 | Committee | Respond to Capstone due diligence questions |
| Pamela Zilly | 04/20/05 | 0.5 | Committee | Correspondence re: Hatco/Strook questions |
| David Blechman | 04/21/05 | 2.0 | Committee | Call with Capstone, Strook, Duff, Baer, Obradovic re environmental issues |
| Pamela Zilly | 04/21/05 | 0.3 | Committee | Pre call with Grace re: Hatco settlement questions |
| Pamela Zilly | 04/21/05 | 2.0 | Committee | Call with Capstone and Strook, M. Obradovic, L. Duff re: Hatco settlement |
| Pamela Zilly | 04/21/05 | 0.5 | Committee | Calls with G. Boyer, B.McGowan re: pending motions |
| David Blechman | 04/26/05 | 0.3 | Committee | Respond to CIBC information request |
| David Blechman | 04/27/05 | 1.0 | Committee | Call with Committees' advisors, Grace environmental experts re Hatco settlement |
| Pamela Zilly | 04/27/05 | 1.0 | Committee | Call with PI, PD, FCR advisors on Hatco transaction |
| David Blechman | 04/28/05 | 0.8 | Committee | Follow up to Strook Hatco questions with Duff |
| Total | | 13.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/05 | 0.8 | Employee Benefits/Pension | Read revised draft of pension motion |
| Pamela Zilly | 04/05/05 | 3.0 | Employee Benefits/Pension | Read and rewrite pension motion, review of prior motions |
| David Blechman | 04/06/05 | 1.0 | Employee Benefits/Pension | Call with McGowan re pension motion |
| Pamela Zilly | 04/06/05 | 0.8 | Employee Benefits/Pension | Call with P. Norris, B. McGowan, J. Forgach re: pension funding motion |
| Pamela Zilly | 04/06/05 | 0.8 | Employee Benefits/Pension | Call with R. McGowan, J. Forgach re: pension motion back-up numbers |
| David Blechman | 04/19/05 | 1.0 | Employee Benefits/Pension | Review pension motion |
| Pamela Zilly | 04/20/05 | 0.5 | Employee Benefits/Pension | Call with J. Forgach re: provided comments to draft pension motion |
| Pamela Zilly | 04/21/05 | 0.7 | Employee Benefits/Pension | Review and provide comments on revised pension funding motion |
| David Blechman | 04/22/05 | 1.0 | Employee Benefits/Pension | Prepare for call re Festa motion |
| David Blechman | 04/22/05 | 1.0 | Employee Benefits/Pension | Call with Shelnitz, others re Festa motion |
| Pamela Zilly | 04/22/05 | 0.8 | Employee Benefits/Pension | Review and provide comments on Lakes Charles pension funding motions |
| Pamela Zilly | 04/22/05 | 1.0 | Employee Benefits/Pension | Call with P. Norris, B. McGowan, M. Shelnitz re: Festa CEO motion |
| Total | | 12.4 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL**
**APRIL 1, 2005 - APRIL 30, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/13/05 | 1.2 | Non-Working Travel Time | Review Owens Corning analysis |
| Total | | 1.2 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/01/05 | 2.3 | Plan and Disclosure Statement | Analysis of POR numbers |
| Jamie O'Connell | 04/01/05 | 1.0 | Plan and Disclosure Statement | Financial modeling; updating financial model for 12/31/04 results, claims estimates |
| Pamela Zilly | 04/04/05 | 1.5 | Plan and Disclosure Statement | Read Owens Corning estimation hearing transcripts |
| David Blechman | 04/05/05 | 2.0 | Plan and Disclosure Statement | Analysis of other asbestos bankruptcies |
| Pamela Zilly | 04/05/05 | 2.5 | Plan and Disclosure Statement | Review revised POR Model |
| Jamie O'Connell | 04/06/05 | 1.0 | Plan and Disclosure Statement | Analysis of asbestos claims under proposed settlement terms in peer case |
| David Blechman | 04/07/05 | 2.0 | Plan and Disclosure Statement | Prepare Owens Corning analysis |
| David Blechman | 04/19/05 | 1.0 | Plan and Disclosure Statement | POR status call |
| David Blechman | 04/19/05 | 0.5 | Plan and Disclosure Statement | Call with M. Brown re: claims update |
| Jamie O'Connell | 04/19/05 | 0.8 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis re status of case |
| Pamela Zilly | 04/19/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and motions pending |
| Jamie O'Connell | 04/26/05 | 0.8 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis re status of case |
| Pamela Zilly | 04/26/05 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: status of POR and motions |
| **Total** | | **16.8** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/05/05 | 1.0 | Tax Issues | Analysis of pro forma NOL balance |
| Pamela Zilly | 04/05/05 | 0.8 | Tax Issues | Review NOL calculations |
| David Blechman | 04/11/05 | 2.0 | Tax Issues | Review, refine NOL analysis |
| Jamie O'Connell | 04/11/05 | 0.5 | Tax Issues | Call with E. Filon and J. Gibbs regarding opening NOL balance |
| Pamela Zilly | 04/13/05 | 2.0 | Tax Issues | Review NOL analysis |
| David Blechman | 04/20/05 | 1.5 | Tax Issues | Calls with M. Brown, E. Filon, J. O'Connell re pro forma analysis |
| Jamie O'Connell | 04/20/05 | 0.8 | Tax Issues | Calls with M. Brown and E. Filon re pro forma analysis |
| Total | | 8.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| JP Munfa | 04/01/05 | 1.0 | Valuation | Update comparable company analyses |
| Jamie O'Connell | 04/04/05 | 2.5 | Valuation | Valuation: analysis of recent transactions in the specialty chemical sector |
| Jamie O'Connell | 04/04/05 | 7.0 | Valuation | Valuation: analysis of research reports covering comparable companies |
| JP Munfa | 04/04/05 | 7.0 | Valuation | Update comparable company analyses |
| Jamie O'Connell | 04/05/05 | 6.0 | Valuation | Valuation: analysis of financial results of comparable companies |
| JP Munfa | 04/05/05 | 4.0 | Valuation | Update comparable company analyses |
| David Blechman | 04/06/05 | 4.5 | Valuation | Work on valuation and analysis of other asbestos bankruptcies |
| Jamie O'Connell | 04/06/05 | 5.0 | Valuation | Valuation: analysis of financial results of comparable companies |
| Pamela Zilly | 04/11/05 | 2.0 | Valuation | Review valuation update |
| Pamela Zilly | 04/18/05 | 1.3 | Valuation | Review valuation analysis |
| Total | | 40.3 | | |