IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: September 8, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

August 15, 2005

Mr. Alfred E. Festa
Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of May 1, 2005 through May 31, 2005:     $     50,000.00

Out-of-pocket expenses processed for the period through May 31, 2005:[1]

| | | | |
|---|---|---|---|
| Meals | $ 34.29 | | |
| Document Production | 249.45 | | |
| Research | 1,367.31 | | |
| Publishing Services | 58.33 | | 1,709.38 |
| **Total Amount Due** | | **$** | **51,709.38** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8020

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 8020**

|  | GL Detail May-05 | Total Expenses |
|---|---|---|
| Employee Meals | $ 34.29 | $ 34.29 |
| Document Production | 249.45 | 249.45 |
| Internal Research | 180.00 | 180.00 |
| External Research - Multex | 201.41 | 201.41 |
| External Research - Thomson | 37.44 | 37.44 |
| External Research - Lexis Nexis | 153.28 | 153.28 |
| External Research - Factset | 795.18 | 795.18 |
| Publishing Services | 58.33 | 58.33 |
| **Total Expenses** | **$ 1,709.38** | **$ 1,709.38** |

| | |
|---|---|
| Meals | $ 34.29 |
| Document Production | 249.45 |
| Research | 1,367.31 |
| Publishing Services | 58.33 |
| **Total Expenses** | **$ 1,709.38** |

W.R. Grace & Co.
Detail of Expenses Processed
Through May 31, 2005
Invoice No. 8020

**Employee Meals**

| | | | |
|---|---|---|---|
| Blechman (working dinner meal @ Blackstone after working late) | 01/26/05 | 25.00 | |
| Research - Drake (working dinner meal @ Blackstone after working late) | 04/01/05 | 9.29 | |
| | Subtotal - Employee Meals | | $ 34.29 |

**Document Production**

| | | | |
|---|---|---|---|
| Munfa | 05/02/05 - 05/08/05 | 114.45 | |
| Zilly | 05/02/05 - 05/08/05 | 135.00 | |
| | Subtotal - Document Production | | 249.45 |

**Internal Research**

| | | | |
|---|---|---|---|
| Munfa (EBITDA forecasts) | 05/06/05 | 180.00 | |
| | Subtotal - Internal Research | | 180.00 |

**External Research - Multex**

| | | | |
|---|---|---|---|
| Munfa (EBITDA forecasts) | 05/06/05 | 110.26 | |
| Munfa (EBITDA forecasts) | 05/06/05 | 55.15 | |
| Munfa (EBITDA forecasts) | 05/06/05 | 24.40 | |
| Munfa (EBITDA forecasts) | 05/06/05 | 11.60 | |
| | Subtotal - External Research - Multex | | 201.41 |

**External Research - Thomson**

| | | | |
|---|---|---|---|
| Munfa (research for W.R. Grace retreat) | 05/06/05 | 37.44 | |
| | Subtotal - External Research - Thomson | | 37.44 |

**External Research - Lexis Nexis**

| | | | |
|---|---|---|---|
| Blechman (research) | 04/30/05 | 153.28 | |
| | Subtotal - External Research - Lexis Nexis | | 153.28 |

**External Research - Factset**

| | | | |
|---|---|---|---|
| Munfa (EBITDA forecasts) | 05/06/05 | 558.53 | |
| Munfa (EBITDA forecasts) | 05/06/05 | 236.65 | |
| | Subtotal - External Research - Factset | | 795.18 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Munfa | 05/02/05 - 05/08/05 | 21.00 | |
| Munfa | 05/09/05 - 05/15/05 | 37.33 | |
| | Subtotal - Publishing Services | | 58.33 |
| | **Total Expenses** | | **$ 1,709.38** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**MAY 1, 2005 - MAY 30, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 30.9 |
| David Blechman | Vice President | 31.4 |
| Jamie O'Connell | Associate | 8.8 |
| JP Munfa | Analyst | 9.0 |
| | Total | 80.1 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/05/05 | 1.0 | Business Analysis | Work on slides for management meeting |
| David Blechman | 05/06/05 | 0.5 | Business Analysis | Work on slides for management meeting |
| JP Munfa | 05/06/05 | 4.0 | Business Analysis | Preparation of material for Grace management presentation |
| Pamela Zilly | 05/09/05 | 2.0 | Business Analysis | Revise slides for management presentation |
| Pamela Zilly | 05/09/05 | 0.4 | Business Analysis | Discussion with D. Blechman re: transfer of Grom stock |
| David Blechman | 05/09/05 | 0.4 | Business Analysis | Discussion with Zilly re: Grom transaction |
| JP Munfa | 05/09/05 | 3.0 | Business Analysis | Preparation of material for Grace management presentation |
| Pamela Zilly | 05/11/05 | 1.0 | Business Analysis | Review and provide comments on Grace management presentation slides |
| Pamela Zilly | 05/13/05 | 0.5 | Business Analysis | Call with J. Mc Farland re: GPC expansion plans |
| Pamela Zilly | 05/17/05 | 1.0 | Business Analysis | Review slides for Grace management presentation and provide comments |
| Pamela Zilly | 05/18/05 | 0.5 | Business Analysis | Provide comments on slides |
| Pamela Zilly | 05/18/05 | 1.5 | Business Analysis | Travel to Washington, review speech |
| Pamela Zilly | 05/18/05 | 2.5 | Business Analysis | Dinner with Grace Leadership Team and managers |
| Pamela Zilly | 05/19/05 | 2.5 | Business Analysis | Attend, present at Grace management meeting |
| Pamela Zilly | 05/23/05 | 0.5 | Business Analysis | Discussion with Shelnitz, McFarland re: Chicago expansion motion |
| Pamela Zilly | 05/26/05 | 1.0 | Business Analysis | Review financial presentation for Unsecured Committee meeting |
| Pamela Zilly | 05/26/05 | 0.3 | Business Analysis | Discuss GPC expansion with J. Baer |
| Pamela Zilly | 05/26/05 | 0.5 | Business Analysis | Call with K. Myers re: deal pipeline |
| Total | | 23.1 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/09/05 | 0.5 | Case Administration | Read various entered orders |
| David Blechman | 05/18/05 | 2.0 | Case Administration | Review Court motions |
| Pamela Zilly | 05/26/05 | 0.8 | Case Administration | Read various filed motions re: exclusivity, CEO, Lake Charles pension payments |
| Total | | 3.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/17/05 | 1.0 | Claims Analysis Objection/Resolution | Calls with Posner, Zaremby regarding BFMIC motion |
| Pamela Zilly | 05/18/05 | 1.0 | Claims Analysis Objection/Resolution | Review materials on Cytec motion |
| Pamela Zilly | 05/24/05 | 0.5 | Claims Analysis Objection/Resolution | Read Cytec motion |
| David Blechman | 05/24/05 | 1.0 | Claims Analysis Objection/Resolution | Review Cytec motion, correspondence with Committees' advisors |
| Jamie O'Connell | 05/27/05 | 1.0 | Claims Analysis Objection/Resolution | Review Cytec motion, set up Committee calls |
| Pamela Zilly | 05/31/05 | 0.5 | Claims Analysis Objection/Resolution | Read Cytec materials |
| Total | | 5.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/03/05 | 0.5 | Committee | Send message to committees regarding various motions |
| David Blechman | 05/03/05 | 0.3 | Committee | Calls with F. Gilbert regarding Unsecured Creditors Committee meeting |
| David Blechman | 05/03/05 | 1.0 | Committee | Calls with Committees' financial advisors regarding pension motion |
| David Blechman | 05/05/05 | 1.0 | Committee | Q1 results conference call, follow up with J. O'Connell |
| Jamie O'Connell | 05/05/05 | 1.0 | Committee | Q1 earnings call with financial advisors; follow up with D. Blechman |
| David Blechman | 05/06/05 | 0.8 | Committee | Call with Tersigni regarding pension motion |
| David Blechman | 05/06/05 | 0.8 | Committee | Call with Capstone regarding pension motion |
| Jamie O'Connell | 05/06/05 | 0.8 | Committee | Call with Capstone regarding pension |
| David Blechman | 05/09/05 | 0.5 | Committee | Call with Capstone, others regarding Bermuda insurance claim |
| David Blechman | 05/11/05 | 1.5 | Committee | Respond to Capstone due diligence regarding pension, acquisitions |
| David Blechman | 05/11/05 | 0.5 | Committee | Calls with management regarding Capstone due diligence |
| David Blechman | 05/12/05 | 1.0 | Committee | Calls with Capstone, management regarding due diligence requests, forward information |
| David Blechman | 05/16/05 | 0.5 | Committee | Calls with Capstone regarding due diligence, follow up with management |
| David Blechman | 05/17/05 | 1.0 | Committee | Calls with Committees' advisors regarding Siegel motion |
| David Blechman | 05/17/05 | 0.3 | Committee | Follow up CDG due diligence requests |
| David Blechman | 05/17/05 | 0.5 | Committee | Calls regarding pensions with CDG |
| David Blechman | 05/18/05 | 2.0 | Committee | Calls regarding Court motions |
| David Blechman | 05/19/05 | 1.5 | Committee | Respond to creditor due diligence requests |
| David Blechman | 05/20/05 | 0.5 | Committee | Calls with Capstone regarding pension motion revisions |
| David Blechman | 05/24/05 | 0.5 | Committee | Follow up due diligence with financial advisors re: pending motions |
| Pamela Zilly | 05/26/05 | 2.0 | Committee | Attend Unsecured Creditors Committee meeting with Grace management; follow-up meeting |
| David Blechman | 05/26/05 | 2.5 | Committee | Participate in Unsecured Creditors Committee meeting, follow up with management |
| Jamie O'Connell | 05/26/05 | 1.5 | Committee | Meeting with Grace management, unsecured creditor committee and advisors |
| JP Munfa | 05/26/05 | 2.0 | Committee | Meeting with management, Unsecured Creditors Committee, advisors |
| Total | | 24.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/03/05 | 0.3 | Employee Benefits/Pension | Call with McGowan regarding Siegel motion |
| David Blechman | 05/06/05 | 0.5 | Employee Benefits/Pension | Follow up call with McGowan |
| Pamela Zilly | 05/07/05 | 1.5 | Employee Benefits/Pension | Read memos, due diligence questions re: Lake Charles pension funding, BFIC, Siegel |
| Pamela Zilly | 05/11/05 | 0.8 | Employee Benefits/Pension | Review materials provided re: pension funding motion |
| Pamela Zilly | 05/12/05 | 0.5 | Employee Benefits/Pension | Review pension funding backup materials |
| David Blechman | 05/16/05 | 0.8 | Employee Benefits/Pension | Review Siegel consulting motion |
| Pamela Zilly | 05/17/05 | 0.8 | Employee Benefits/Pension | Review and provide comments on Siegel motion |
| Pamela Zilly | 05/20/05 | 1.3 | Employee Benefits/Pension | Calls with B. McGowan, D. Blechman re: pension funding motion revisions |
| David Blechman | 05/20/05 | 1.3 | Employee Benefits/Pension | Calls with McGowan, P. Zilly regarding pension motion |
| Pamela Zilly | 05/23/05 | 1.0 | Employee Benefits/Pension | Discussions with D. Blechman, B. McGowan re: revisions to pension funding motion |
| Pamela Zilly | 05/23/05 | 0.6 | Employee Benefits/Pension | Read final pension funding motion |
| David Blechman | 05/23/05 | 0.8 | Employee Benefits/Pension | Discussion with Zilly, McGowan, exchange e-mail re revisions to pension funding motion |
| Total | | 10.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/06/05 | 1.0 | Fee Applications | Work on fee application |
| Total | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| David Blechman | 05/03/05 | 0.8 | Plan and Disclosure Statement | Weekly POR Call |
| Pamela Zilly | 05/10/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| David Blechman | 05/10/05 | 1.0 | Plan and Disclosure Statement | Weekly POR Call |
| Pamela Zilly | 05/14/05 | 0.8 | Plan and Disclosure Statement | Read motion to Approve PI CMO and Questionnaire |
| Pamela Zilly | 05/14/05 | 0.8 | Plan and Disclosure Statement | Read Memorandum re: motion to approve PI CMO and Questionnaire |
| Pamela Zilly | 05/24/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and pending motions |
| David Blechman | 05/24/05 | 1.0 | Plan and Disclosure Statement | Weekly POR Call |
| Jamie O'Connell | 05/24/05 | 1.0 | Plan and Disclosure Statement | Conference call with Grace management and K&E regarding status of case |
| Pamela Zilly | 05/31/05 | 1.3 | Plan and Disclosure Statement | Call with management and counsel re: POR and motions pending |
| David Blechman | 05/31/05 | 1.3 | Plan and Disclosure Statement | Weekly POR Call |
| Jamie O'Connell | 05/31/05 | 1.0 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis regarding status of case |
| Total | | 10.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/07/05 | 2.5 | Valuation | Valuation analysis for management team presentation |
| Total | | 2.5 | | |