IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: September 8, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2005 THROUGH JUNE 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
08/19/05 1:23 PM

# The Blackstone Group®

August 15, 2005

Mr. Alfred E. Festa
Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of June 1, 2005 through June 30, 2005:   $   50,000.00

Out-of-pocket expenses processed for the period through June 30, 2005:[1]

| | | | |
|---|---:|---:|---:|
| Airfare | $ 1,789.35 | | |
| Ground Transportation | 326.40 | | |
| Communications | 155.70 | | |
| Meals | 151.89 | | |
| Lodging | 286.20 | | |
| Document Production | 8.25 | | |
| Research | 199.31 | | 2,917.10 |
| **Total Amount Due** | | $ | **52,917.10** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8062

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 8062**

|  | GL Detail Jun-05 | Total Expenses |
|---|---:|---:|
| Airfare | $ 1,789.35 | $ 1,789.35 |
| Ground Transportation - Local Travel | 160.00 | 160.00 |
| Ground Transportation - Out of Town Travel | 166.40 | 166.40 |
| Communications - Teleconferencing | 155.70 | 155.70 |
| Employee Meals | 151.89 | 151.89 |
| Lodging | 286.20 | 286.20 |
| Document Production | 8.25 | 8.25 |
| External Research - Securities Data | 199.31 | 199.31 |
| **Total Expenses** | **$ 2,917.10** | **$ 2,917.10** |

| | |
|---|---:|
| **Airfare** | $ 1,789.35 |
| **Ground Transportation** | 326.40 |
| **Communications** | 155.70 |
| **Meals** | 151.89 |
| **Lodging** | 286.20 |
| **Document Production** | 8.25 |
| **Research** | 199.31 |
| **Total Expenses** | $ 2,917.10 |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2005
Invoice No. 8062

### Airfare

| Description | Date | Amount | |
|---|---|---|---|
| Blechman (travel agence booking fee for flight dated 03/30/05 ) | 03/29/05 | 20.00 | |
| Blechman (travel agence booking fee for flight dated 03/31/05 ) | 03/29/05 | 20.00 | |
| Blechman (one-way coach class flight to Fort Lauderdale, FL from Queens, NY) | 03/30/05 | 629.70 | |
| Blechman (one-way coach class flight to Queens, NY from Fort Lauderdale, FL) | 03/31/05 | 482.75 | |
| Zilly (travel agency booking fee for dated 05/18/05) | 05/17/05 | 20.00 | |
| Zilly (one-way coach class flight to Washington, DC from Queens, NY) | 05/18/05 | 313.70 | |
| Zilly (travel agency booking fee for flight dated 05/19/05) | 05/19/05 | 20.00 | |
| Zilly (one-way coach class flight to Newark, NJ from Washington, DC) | 05/19/05 | 283.20 | |
| Subtotal - Airfare | | | $ 1,789.35 |

### Ground Transportation - Local Travel

| Description | Date | Amount | |
|---|---|---|---|
| O'Connell (taxi to client's offices from BWI Railroad station in Baltimore, MD) | 02/09/05 | 37.00 | |
| O'Connell (taxi home from Blackstone after working late) | 02/10/05 | 14.00 | |
| O'Connell (taxi to LaGuardia Airport from Blackstone) | 03/30/05 | 32.00 | |
| O'Connell (taxi home from Blackstone after working late) | 04/04/05 | 17.00 | |
| Zilly (taxi home from Newark Airport in Newark, NJ) | 05/19/05 | 60.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 160.00 |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount | |
|---|---|---|---|
| Blechman (Hertz car rental during stay in Boca Raton, FL) | 03/30/05 & 03/31/05 | 78.98 | |
| Zilly (Hertz car rental during stay in Washington, DC) | 05/18/05 - 05/19/05 | 87.42 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 166.40 |

### Communications - Teleconferencing

| Description | Date | Amount | |
|---|---|---|---|
| Blechman | 03/23/05 | 120.00 | |
| Blechman | 04/11/05 | 19.92 | |
| Blechman | 04/18/05 | 15.78 | |
| Subtotal - Communications - Teleconferencing | | | 155.70 |

### Employee Meals

| Description | Date | Amount | |
|---|---|---|---|
| Blechman (working dinner meal @ Blackstone after working late) | 03/28/05 | 25.00 | |
| Blechman (in-room meal @ hotel during stay in Boca Raton, FL) | 03/31/05 | 16.59 | |
| Blechman (working dinner meal @ Blackstone after working late) | 04/19/05 | 25.00 | |
| de Almeida (working dinner meal @ Blackstone after working late) | 03/21/05 | 25.00 | |
| Munfa (working dinner meal @ Blackstone after working late) | 01/27/05 | 24.69 | |
| O'Connell (meal while traveling) | 03/30/05 | 10.61 | |
| O'Connell (working dinner meal @ Blackstone after working late) | 04/04/05 | 25.00 | |
| Subtotal - Employee Meals | | | 151.89 |

### Lodging

| Description | Date | Amount | |
|---|---|---|---|
| Blechman (1 day hotel stay in Boca Raton, FL) | 03/30/05 & 03/31/05 | 286.20 | |
| Subtotal - Lodging | | | 286.20 |

### Document Production

| Description | Date | Amount | |
|---|---|---|---|
| O'Connell | 05/30/05 - 06/05/05 | 8.25 | |
| Subtotal - Document Production | | | 8.25 |

### External Research - Securities Data

| Description | Date | Amount | |
|---|---|---|---|
| Munfa (research) | 04/04/05 | 100.58 | |
| Munfa (research) | 04/04/05 | 98.73 | |
| Subtotal - Publishing Services | | | 199.31 |
| **Total Expenses** | | | **$ 2,917.10** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Title | Hours |
| --- | --- | --- |
| Pamela Zilly | Senior Managing Director | 34.2 |
| Jamie O'Connell | Associate | 35.3 |
| JP Munfa | Analyst | 4.0 |
| | Total | 73.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/02/05 | 0.5 | Business Analysis | Discussions w/ Farnsworth, Forgach, McFarland re: motions to be filed |
| Pamela Zilly | 06/06/05 | 0.5 | Business Analysis | Call with J. O'Connell, J. Baer, S. Farnsworth re GPC membrane capacity expansion |
| Jamie O'Connell | 06/06/05 | 0.5 | Business Analysis | Call with P. Zilly, J. Baer, management re GPC membrane capacity expansion |
| Pamela Zilly | 06/07/05 | 0.7 | Business Analysis | Review membrane expansion charts |
| Pamela Zilly | 06/09/05 | 1.0 | Business Analysis | Discussions with F. Festa, S. Farnsworth re: membrane capacity expansion status |
| Pamela Zilly | 06/09/05 | 0.5 | Business Analysis | Review membrane expansion motion, discussions with Baer, Sinayian |
| Pamela Zilly | 06/13/05 | 0.8 | Business Analysis | Read revised membrane expansion motion |
| Jamie O'Connell | 06/14/05 | 7.0 | Business Analysis | Attend GPC strategy session in Cambridge, MA |
| Jamie O'Connell | 06/16/05 | 6.5 | Business Analysis | Attend Davison strategy session in Columbia, MD |
| Pamela Zilly | 06/18/05 | 1.5 | Business Analysis | Review financial reports |
| Jamie O'Connell | 06/20/05 | 1.0 | Business Analysis | Review numbers of GPC expansion project |
| Jamie O'Connell | 06/20/05 | 0.3 | Business Analysis | Call with J. McFarland regarding GPC membrane expansion |
| Pamela Zilly | 06/22/05 | 0.5 | Business Analysis | Discussion with J. O'Connell re: membrane expansion numbers in motion |
| Pamela Zilly | 06/22/05 | 0.5 | Business Analysis | Discussion with J. McFarland re: Owensboro sale |
| Jamie O'Connell | 06/22/05 | 0.5 | Business Analysis | Discussion with P. Zilly re: GPC membrane expansion data |
| Pamela Zilly | 06/26/05 | 1.5 | Business Analysis | Review Project Gamma model |
| Pamela Zilly | 06/26/05 | 1.2 | Business Analysis | Read GPC strategic plan |
| Pamela Zilly | 06/27/05 | 0.5 | Business Analysis | Check Project Gamma model |
| Pamela Zilly | 06/28/05 | 0.8 | Business Analysis | Call with K. Myers re: acquisition pipeline |
| Pamela Zilly | 06/29/05 | 0.5 | Business Analysis | Review materials re: Project Gamma |
| Pamela Zilly | 06/30/05 | 0.3 | Business Analysis | Call with K. Myers re: Project Gamma |
| Total | | 27.1 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/13/05 | 1.5 | Case Administration | Travel to Boston, review data on motions |
| Total | | 1.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL**
**JUNE 1, 2005 - JUNE 30, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/14/05 | 0.5 | Claims Analysis Objection/Resolution | Call with M. Shelnitz re: possible claim settlement |
| Pamela Zilly | 06/22/05 | 0.5 | Claims Analysis Objection/Resolution | Read Marsh Mac settlement motion |
| Total | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/05 | 1.0 | Committee | Call with L. Duff, M. Obradovic, M. Johns, unsecured creditors advisors re Cytec motion |
| Jamie O'Connell | 06/09/05 | 1.5 | Committee | Review GPC membrane capacity expansion data, circulate data to financial advisors |
| Jamie O'Connell | 06/09/05 | 0.5 | Committee | Call with L. Duff, M. Obradovic and M. Kramer regarding Cytec motion |
| Jamie O'Connell | 06/09/05 | 0.3 | Committee | Call with L. Duff and J. Brownstein regarding Cytec motion |
| Pamela Zilly | 06/10/05 | 0.5 | Committee | Meeting with J. O'Connell re: pending motions, Committees due diligence |
| Jamie O'Connell | 06/16/05 | 0.5 | Committee | Meeting with P. Zilly re: motions to be filed |
| Jamie O'Connell | 06/16/05 | 0.5 | Committee | Call with B. McGowan, M. Piergrossi and Tersigni regarding LTIP motion |
| Jamie O'Connell | 06/16/05 | 0.5 | Committee | Call with B. McGowan, M. Piergrossi and Capstone regarding LTIP motion |
| Jamie O'Connell | 06/16/05 | 0.5 | Committee | Call with B. McGowan, M. Piergrossi and CIBC regarding LTIP motion |
| Pamela Zilly | 06/17/05 | 0.4 | Committee | Call with F. Festa re: meeting with FCR |
| Jamie O'Connell | 06/17/05 | 0.5 | Committee | Call w/ S. Farnsworth, P. Hanlon, R. Jenkins, J.P. Munfa, CIBC re GPC membrane expansion |
| Jamie O'Connell | 06/17/05 | 0.5 | Committee | Call w/ S. Farnsworth, P. Hanlon, R. Jenkins, J.P. Munfa, Capstone re GPC membrane expansion |
| JP Munfa | 06/17/05 | 0.5 | Committee | Call with CIBC to discuss membrane capacity expansion |
| JP Munfa | 06/17/05 | 0.5 | Committee | Call with Capstone to discuss membrane capacity expansion |
| Pamela Zilly | 06/20/05 | 3.0 | Committee | Dinner with F. Festa, D. Austern, R. Frankel, J. Baer, M. Shelnitz, J. Radecki |
| Jamie O'Connell | 06/20/05 | 0.3 | Committee | Call with L. Hamilton regarding LTIP motion |
| Jamie O'Connell | 06/21/05 | 0.5 | Committee | Call with S. Farnsworth, P. Hanlon, R. Jenkins and CDG regarding GPC membrane expansion |
| Jamie O'Connell | 06/22/05 | 0.5 | Committee | Call with S. Farnsworth, T. Smith and Capstone regarding GPC membrane expansion |
| Jamie O'Connell | 06/23/05 | 0.5 | Committee | Call with J. Brownstein regarding LTIP and GPC membrane expansion |
| Pamela Zilly | 06/27/05 | 0.4 | Committee | Call with J. Brownstein re: exclusivity |
| Pamela Zilly | 06/30/05 | 0.5 | Committee | Call with J. Radecki re: POR status |
| Pamela Zilly | 06/30/05 | 0.6 | Committee | Call with Financial advisors re: Project Gamma |
| Total | | 14.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/02/05 | 0.5 | Employee Benefits/Pension | Review responses re pension funding motion, send to Tersigni |
| Pamela Zilly | 06/06/05 | 1.0 | Employee Benefits/Pension | Review LTIP motion |
| Jamie O'Connell | 06/08/05 | 1.0 | Employee Benefits/Pension | Review of draft LTIP motion and circulation of the motion to financial advisors |
| Pamela Zilly | 06/15/05 | 1.0 | Employee Benefits/Pension | Review back up material to LTIP funding motion |
| Pamela Zilly | 06/15/05 | 1.0 | Employee Benefits/Pension | Read and provide comments on LTIP motion |
| Jamie O'Connell | 06/16/05 | 3.0 | Employee Benefits/Pension | Travel to NY, review data on LTIP motion |
| Jamie O'Connell | 06/20/05 | 0.3 | Employee Benefits/Pension | Call with M. Piergrossi regarding LTIP motion |
| Total | | 7.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/14/05 | 1.5 | Non-Working Travel Time | Travel to NY |
| Jamie O'Connell | 06/15/05 | 3.0 | Non-Working Travel Time | Travel to Columbia |
| Pamela Zilly | 06/20/05 | 1.5 | Non-Working Travel Time | Travel to Washington |
| Pamela Zilly | 06/21/05 | 1.5 | Non-Working Travel Time | Travel to NY |
| Total | | 7.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/07/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and pending motions |
| Jamie O'Connell | 06/07/05 | 0.8 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 06/10/05 | 1.0 | Plan and Disclosure Statement | Read Objections to Extension of Exclusivity Motion |
| Pamela Zilly | 06/17/05 | 1.3 | Plan and Disclosure Statement | Review filed POR re: meeting with Austern |
| Pamela Zilly | 06/19/05 | 0.4 | Plan and Disclosure Statement | Read Montana's objection to Automatic Stay |
| Pamela Zilly | 06/19/05 | 0.8 | Plan and Disclosure Statement | Read Objection to PD claims |
| Pamela Zilly | 06/27/05 | 1.0 | Plan and Disclosure Statement | Call with J. Baer, F. Festa, B. Tarola re: exclusivity objections response |
| Pamela Zilly | 06/28/05 | 1.0 | Plan and Disclosure Statement | Call with Bernick, Festa, Norris, Siegel re: exclusivity response |
| Pamela Zilly | 06/28/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and pending motions |
| Pamela Zilly | 06/30/05 | 1.0 | Plan and Disclosure Statement | Call with D. Bernick, J. Baer, Festa, Siegel, Shelnitz, Tarola, Norris re: exclusivity |
| Pamela Zilly | 06/30/05 | 2.0 | Plan and Disclosure Statement | Review financial materials for exclusivity objection response |
| JP Munfa | 06/30/05 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, Grace management and Kirkland & Ellis to discuss exclusivity |
| JP Munfa | 06/30/05 | 2.0 | Plan and Disclosure Statement | Research on exclusivity extensions in asbestos bankruptcies |
| Total | | 14.3 | | |