# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

June 30, 2005

Invoice Number **65738**      **91100  00001**      **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | | |
|---|---|---:|
| Balance forward as of last invoice, dated:   May 31, 2005 | | $373,780.60 |
| Payments received since last invoice, last payment received -- August 5, 2005 | | $217,893.43 |
| Net balance forward | | $155,887.17 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**      **06/30/2005**

|  |  |  | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Case Administration [B110]** | | | | | |
| 06/01/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 06/01/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 06/01/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 06/02/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 06/02/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 06/02/05 | RMO | Match pleadings with court docket. | 0.30 | 75.00 | $22.50 |
| 06/03/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 06/03/05 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 06/03/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 06/03/05 | RMO | Match pleadings with court docket. | 0.50 | 75.00 | $37.50 |
| 06/03/05 | SLP | Maintain docket control. | 2.30 | 70.00 | $161.00 |
| 06/06/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 06/06/05 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 06/06/05 | RMO | Match pleadings with court docket. | 0.50 | 75.00 | $37.50 |
| 06/06/05 | SLP | Maintain docket control. | 2.30 | 70.00 | $161.00 |
| 06/07/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 06/07/05 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 06/07/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 06/07/05 | RMO | Match pleadings with court docket. | 0.30 | 75.00 | $22.50 |
| 06/07/05 | SLP | Maintain docket control. | 2.00 | 70.00 | $140.00 |

**Invoice number 65738**      91100  00001                                          **Page  2**

| | | | | | |
|---|---|---|---|---|---|
| 06/08/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 06/08/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 06/08/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 06/08/05 | PEC | Update critical dates memo | 1.10 | 140.00 | $154.00 |
| 06/08/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 06/09/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 06/09/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 06/09/05 | RMO | Match pleadings with court docket. | 0.30 | 75.00 | $22.50 |
| 06/09/05 | SLP | Prepare hearing binder. | 2.00 | 70.00 | $140.00 |
| 06/09/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 06/10/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 06/10/05 | PEC | Update critical dates | 0.60 | 140.00 | $84.00 |
| 06/10/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 06/10/05 | PEC | Review hearing binders for 6/27/05 Hearing | 0.80 | 140.00 | $112.00 |
| 06/10/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 06/10/05 | RMO | Match pleadings with court docket. | 0.20 | 75.00 | $15.00 |
| 06/10/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 06/10/05 | KSN | Prepare hearing binders for 6/27/05 hearing. Updated binders and sent to court. | 0.50 | 55.00 | $27.50 |
| 06/13/05 | RMO | Match pleadings with court docket. | 0.40 | 75.00 | $30.00 |
| 06/13/05 | SLP | Prepare hearing binder. | 3.30 | 70.00 | $231.00 |
| 06/14/05 | RMO | Match pleadings with court docket. | 0.50 | 75.00 | $37.50 |
| 06/15/05 | RMO | Match pleadings with court docket. | 0.50 | 75.00 | $37.50 |
| 06/16/05 | RMO | Match pleadings with court docket. | 0.20 | 75.00 | $15.00 |
| 06/17/05 | SLP | Maintain docket control. | 3.00 | 70.00 | $210.00 |
| 06/20/05 | SLP | Maintain docket control. | 3.00 | 70.00 | $210.00 |
| 06/20/05 | CJB | Prepare hearing notebook for hearing on 6/27/05. | 3.40 | 60.00 | $204.00 |
| 06/21/05 | RMO | Match pleadings with court docket. | 0.50 | 75.00 | $37.50 |
| 06/21/05 | SLP | Maintain docket control. | 2.30 | 70.00 | $161.00 |
| 06/22/05 | SLP | Maintain docket control. | 3.00 | 70.00 | $210.00 |
| 06/23/05 | RMO | Match pleadings with court docket. | 0.20 | 75.00 | $15.00 |
| 06/23/05 | SLP | Maintain docket control. | 2.30 | 70.00 | $161.00 |
| 06/23/05 | KSN | Prepare hearing binders for 6/27/05 hearing. Updated hearing binders. | 0.30 | 55.00 | $16.50 |
| 06/24/05 | RMO | Match pleadings with court docket. | 0.20 | 75.00 | $15.00 |
| 06/27/05 | CAK | Maintain document control. | 0.10 | 140.00 | $14.00 |
| 06/27/05 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 06/29/05 | SLP | Maintain docket control. | 3.00 | 70.00 | $210.00 |
| 06/30/05 | DWC | Email to Court re: scheduling issues. | 0.20 | 320.00 | $64.00 |
| 06/30/05 | SLP | Prepare hearing binder. | 7.00 | 70.00 | $490.00 |
| 06/30/05 | KSN | Prepare hearing binders for 7/19/05 hearing. | 1.00 | 55.00 | $55.00 |

|  | **Task Code Total** | | | **61.40** | **$5,080.00** |
|---|---|---|---|---|---|

**Invoice number  65738**      91100   00001                          **Page  3**

### WRG-Claim Analysis (Asbestos)

| | | | | | |
|---|---|---|---|---|---|
| 06/07/05 | DWC | Review draft of joint motion for leave to extend the deadlines for filing responses and replies to the motion to approve the PI CMO; emails with co-counsel re: same. | 0.40 | 320.00 | $128.00 |
| 06/08/05 | PEC | Prepare Motion for Leave to Extend the Deadlines for Filing Responses to the motion to Approve the PI CMO and Questionnaire for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 06/08/05 | DWC | Revise joint motion to extend briefing deadlines re: PI CMO; review and respond to emails re: same. | 2.20 | 320.00 | $704.00 |
| 06/10/05 | SEM | Email exchange with David Carickhoff re: subpoena project. | 0.10 | 425.00 | $42.50 |
| 06/10/05 | DWC | Emails re: discovery for certain property damage claims wtih S. Blatnick; call with S. McFarland re: same. | 0.50 | 320.00 | $160.00 |
| 06/13/05 | SEM | Follow up on status of finalizing and service of subpoenas regarding S & R issues | 0.10 | 425.00 | $42.50 |
| 06/13/05 | SEM | Review on subpoenas and deposition notices regarding Speights matter (.20); Conference with Melisa DesJardien regarding sending by pdf to Sam Beatnick (.10); Email to Sam Blatnick regarding same (.10) | 0.40 | 425.00 | $170.00 |
| 06/13/05 | SEM | Review project regarding prep of subpoenas (.30); Telephone conference with Sam Blatnick regarding prep of subpoenas (.10) | 0.40 | 425.00 | $170.00 |
| 06/13/05 | SEM | Conference with Myrna Kulick regarding prep of subpoenas and Notice of Deposition  regarding authority to file claims | 0.30 | 425.00 | $127.50 |
| 06/13/05 | SEM | Review Subpoenas and Notices of Deposition regarding authority to file claims | 0.60 | 425.00 | $255.00 |
| 06/16/05 | DWC | Review and revise request to fix filing date. | 0.20 | 320.00 | $64.00 |
| 06/16/05 | SEM | Responding to Sam Blatnick's request re: Subpoenas and Notices (.20); Telephone conference with Sam Blatnick re: same (.10). | 0.30 | 425.00 | $127.50 |
| 06/16/05 | SEM | Conference with Myra Kulick re: revising subpoenas and notices re: depositions and authority to file claims | 0.10 | 425.00 | $42.50 |
| 06/16/05 | SEM | Conferences (3) with Jorge Rojas re: service of subpoenas re: depositions on authority to file claims. | 0.30 | 425.00 | $127.50 |
| 06/16/05 | SEM | Conference with Myra Kulick re: further revisions to subpoenas. | 0.20 | 425.00 | $85.00 |
| 06/16/05 | SEM | Review 8 subpoenas and notices re: depositions re: authority to file claims (.40); Email to Sam Blatnick re: same (.10). | 0.50 | 425.00 | $212.50 |
| 06/17/05 | SEM | Telephone conference with Sam Blatnick re: service of subpoenas and notices. | 0.20 | 425.00 | $85.00 |
| 06/17/05 | SEM | Consider and revise objection and order to certain claims filed by Speights & Runyan | 1.30 | 425.00 | $552.50 |
| 06/17/05 | SEM | Review omnibus claim objectin rules (.10); Prepare notice of objection to certain claims filed by Speights & Runyan (.50). | 0.60 | 425.00 | $255.00 |
| 06/17/05 | SEM | Coordinate filing and service of 12th omnibus objection | 0.30 | 425.00 | $127.50 |

**Invoice number  65738**          91100  00001                                    **Page  4**

(S&R objection).

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 06/17/05 | SEM | Work on preparation of additional subpoenas and Notices of Depositions re: objection to claims filed by S&R. | 0.80 | 425.00 | $340.00 |
| 06/17/05 | SEM | Attention to getting ready to serve the 9 subpoenas re: the S&R objection (.50); Email exchange with Sam Blatnick re: delay of same (.10). | 0.60 | 425.00 | $255.00 |
| 06/17/05 | DWC | Review objection to Speights & Runyan claims and calls and emails re: same. | 1.20 | 320.00 | $384.00 |
| 06/20/05 | SEM | Telephone Conference with Sam Blatnick re service of subpoenas re unauthorized filing of claims (.20); Review charts received from Sam Blatnick re subpoenas and review subpoenas and notices (.30); Email exchanges with Sam Blatnick re subpoenas to be served (.10) | 0.60 | 425.00 | $255.00 |
| 06/20/05 | SEM | Attention to service of subpoenas and completion of Notices of Depositions (1.20) | 1.20 | 425.00 | $510.00 |
| 06/20/05 | LT | Research and revise subpoenas for Northwest Community Hospital, The Harvard Vanguard Medical Associates Management Offices, Byars Machine Co., American Medical Association, Employers Insurance Company of Wausau, Maryland Casualty Company, Jefferson-Pilot Life Insurance Company, and The Fort Wayne Chamber of Commerce (1.1); ongoing telephonic communications with Parcels to coordinate service of process (.3); identify party and individual to be served on behalf of the company and attach to subpoena individual list to each subpoena (1.1); draft cover letter for process server (.3) | 2.80 | 145.00 | $406.00 |
| 06/20/05 | DWC | Calls with A. Johnson and S. Blatnick re: objections to Speights & Runyan claims. | 0.40 | 320.00 | $128.00 |
| 06/21/05 | SEM | Voicemail and telephone conference with Michael Dierkes re service of subpoenas re claims (.20) | 0.20 | 425.00 | $85.00 |
| 06/21/05 | SEM | Responding to Sam Blatnick re service of 12th Omnibus Objection (.10) | 0.10 | 425.00 | $42.50 |
| 06/21/05 | SEM | Responding to Sam Blatnick re service of subpoenas and notices re depos for 12th Omnibus Objection (.10) | 0.10 | 425.00 | $42.50 |
| 06/21/05 | SEM | Email exchange with Patty Cuniff re services of Notices of Deposition (.10) | 0.10 | 425.00 | $42.50 |
| 06/21/05 | LT | E-mail communications with S. McFarland re: sending copies of subpoenas to S Blatnick (.1); convert the executed subpoenas for Northwest Community Hospital, The Harvard Vanguard Medical Associates Management Offices, Byars Machine Co., American Medical Association, Employers Insurance Company of Wausau, Maryland Casualty Company, Jefferson-Pilot Life Insurance Company, and The Fort Wayne Chamber of Commerce to pdf format (.4); forward to S. Blatnick via e-mail correspondence(.2) | 0.70 | 145.00 | $101.50 |
| 06/22/05 | SEM | Telephone conference with Mike Dierkes re: subpoenas being served re: 12th omnibus. | 0.10 | 425.00 | $42.50 |
| 06/22/05 | SEM | Conferences (2) with Louise Tuschak re: service of subpoenas re: 12th omnibus. | 0.10 | 425.00 | $42.50 |
| 06/22/05 | SEM | Conference with David Carickhoff re: addition claims objection (.10); Review emails from Richard Finke and Jan Baer re: same (.10). | 0.20 | 425.00 | $85.00 |

**Invoice number 65738**       91100   00001                                    **Page 5**

| | | | | | |
|---|---|---|---|---|---|
| 06/22/05 | SEM | Telephone conference with attorney for one of claimants to be deposed re: 12th omnibus (.20); verify service of 12th omnibus and conference with Patty Cuniff re: same (.10). | 0.30 | 425.00 | $127.50 |
| 06/22/05 | SEM | Follow-up on service of subpoena. | 0.10 | 425.00 | $42.50 |
| 06/22/05 | SEM | Telephone conference with Tim Haffner, attorney for Fort Wayne Chamber of Commerce re: deposition. | 0.20 | 425.00 | $85.00 |
| 06/22/05 | LT | E-mail communications with S. McFarland re: status of service of subpoenas to Northwest Community Hospital, The Harvard Vanguard Medical Associates Management Offices, Byars Machine Co., American Medical Association, Employers Insurance Company of Wausau, Maryland Casualty Company, Jefferson-Pilot Life Insurance Company, and The Fort Wayne Chamber of Commerce (.1); telephone discussion with C. Shea re: service of same (.2) | 0.30 | 145.00 | $43.50 |
| 06/23/05 | SEM | Telephone conference with Jan Baer re: filing omnibus objection to S&R claims (.30) | 0.30 | 425.00 | $127.50 |
| 06/23/05 | SEM | Review Speights & Runyan objection (.80); draft email to Jan Baer re: comments on objection (.30) | 1.10 | 425.00 | $467.50 |
| 06/23/05 | SEM | Voice mail from Richard Townsend, attorney for Byars, re: subpoena for July 8 deposition (.10); email to Sam Blatnick re: same (.10) | 0.20 | 425.00 | $85.00 |
| 06/24/05 | SEM | Telephone conference with Richard Townsend, attorney for Byar Machine, re: S&R deposition (.20) | 0.20 | 425.00 | $85.00 |
| 06/24/05 | SEM | Conference with Patty Cuniff re: scheduling of 12th omnibus objection for hearing (.10); review orders setting omnibus hearings (.10); emails to Sam Blatnick re: incorrect hearing date (.10) | 0.30 | 425.00 | $127.50 |
| 06/24/05 | SEM | Responding to Sam Blatnick's request for copies of served subpoenas (.10) | 0.10 | 425.00 | $42.50 |
| 06/27/05 | SEM | Voice mail messages from Amy Richards re: Harvard Vangard subpoena and telephone conference with Mike Dierkes re: same (.10) | 0.10 | 425.00 | $42.50 |
| 06/27/05 | SEM | Voice mail from Tim Sheffler re: Wausau subpoena and telephone conference with Mike Dierkes | 0.10 | 425.00 | $42.50 |
| 06/27/05 | SEM | Voice Mail from Lenard Nelson re: AMA subpoena (.10) | 0.10 | 425.00 | $42.50 |
| 06/27/05 | SEM | Email exchange with Mike Dierkes re: subpoena served (.30) | 0.30 | 425.00 | $127.50 |
| 06/27/05 | SEM | Voice mail from Mike Dierkes re: subpoena; email exchange with Mike Dierkes re: subpoenas served (.30) | 0.30 | 425.00 | $127.50 |
| 06/27/05 | SEM | Follow-up on proofs of service for subpoenas (.20) | 0.20 | 425.00 | $85.00 |
| 06/28/05 | SEM | Review letter from Jefferson Pilot to Speights & Kayan re: authority to file claim and forward same to Michael Dierkes (.10) | 0.10 | 425.00 | $42.50 |
| 06/28/05 | SEM | Telephone conference with Michael Dierkes regarding S&R Subpoena and notice of rescheduling (.2) | 0.20 | 425.00 | $85.00 |
| 06/28/05 | SEM | Inquiry from Michael Dierkes re: service of subpoena on Northwest Community Hospital and email to Louise Tuschak re: same (.10) | 0.10 | 425.00 | $42.50 |
| 06/28/05 | LT | E-mail communications with S. McFarland re: status of subpoenas for Northwest Community Hospital (.1); telephone discussion with C. Shea re: status of same (.1). | 0.20 | 145.00 | $29.00 |

**Invoice number  65738**          91100   00001                              **Page  6**

| | | | | | |
|---|---|---|---|---|---|
| 06/28/05 | LT | Further e-mail communications with S. McFarland and P. Cuniff re: forwarding copies of the subpoenas and notices of depositions for The Harvard Vanguard Medical Associates Management Offices, Byars Machine Co., American Medical Association, Employers Insurance Company of Wausau, Maryland Casualty Company, Jefferson-Pilot Life Insurance Company, and The Fort Wayne Chamber of Commerce to M. Dierkes at Kirkland & Ellis (.2); convert all subpoenas and depositions to pdf format (.5); draft cover note and forward to M. Dierkes via e-mail correspondence (.2). | 0.90 | 145.00 | $130.50 |
| 06/28/05 | DWC | Review meet and confer letter from D. Speights and M. Broudy reply to same re: claim objections. | 0.30 | 320.00 | $96.00 |
| 06/29/05 | SEM | Email exchange with Michael Kierkes re: rescheduling of depositions (.10) | 0.10 | 425.00 | $42.50 |
| 06/29/05 | SEM | Review chart from Louise Tuschak re: service of subpoena re: S&R matter and email exchange with her re: same (.10); email to Michael Dierkes re: same (.10) | 0.20 | 425.00 | $85.00 |
| 06/29/05 | SEM | Review, consider and respond to Michael Dierkes re: notice of rescheduling deposition re: S&R matter (.10) | 0.10 | 425.00 | $42.50 |
| 06/29/05 | LT | Further e-mail communications with S. McFarland re: forwarding copies of the subpoena and notice of deposition for Northwest Community Hospital (.1); convert subpoena and deposition to pdf format (.2); prepare a status chart reflecting successful service to all entities and identifying individuals that accepted service on behalf of the entities (.3) draft cover note and forward to M. Dierkes and S. McFarland via e-mail correspondence (.2). | 0.80 | 145.00 | $116.00 |
| 06/30/05 | SEM | Email and voice mail exchange with Mike Dierkes re: rescheduled deposition (.20) | 0.20 | 425.00 | $85.00 |
| 06/30/05 | SEM | Preparing notice of rescheduled deposition and chart to attach (.80); coordinate filing and service of same (.20) | 1.00 | 425.00 | $425.00 |
| | | **Task Code Total** | **27.20** | | **$9,247.00** |

**WRG Claim Analysis**

| | | | | | |
|---|---|---|---|---|---|
| 06/03/05 | DWC | Review and respond to emails re: Massachusetts DEP claim. | 0.20 | 320.00 | $64.00 |
| 06/07/05 | DWC | Call with Bob Emmett re: Weatherford and NL claims; email R. Schulman re: same. | 0.40 | 320.00 | $128.00 |
| 06/08/05 | DWC | Review responses to claim objections of Mark Barnett and Matthew's Electric Supply. | 0.30 | 320.00 | $96.00 |
| 06/08/05 | DWC | Calls with R. Emmett and Justin Wyatt re: Weatherford claims; emails re: same. | 0.60 | 320.00 | $192.00 |
| | | **Task Code Total** | **1.50** | | **$480.00** |

**WRG-Employ. App., Others**

**Invoice number  65738**      91100   00001                                **Page  7**

| Date | | | | |
|---|---|---|---|---|
| 06/15/05 | DWC | Review Supplemental Affidavit of Sprayregen. | 0.30 | 320.00 | $96.00 |
| 06/16/05 | DWC | Revise order re: Siegel Consulting Services and email J. Baer re: same. | 0.30 | 320.00 | $96.00 |
| 06/17/05 | DWC | Review and revise order re: Siegel consulting agreement and certification of counsel re: same; emails re: same. | 0.60 | 320.00 | $192.00 |
| | | **Task Code Total** | **1.20** | | **$384.00** |

**Employee Benefit/Pension-B220**

| | | | | | |
|---|---|---|---|---|---|
| 06/10/05 | PEC | Prepare Motion to Authorize the Implementation of the 2005-2007 Long-Term Incentive Program for Key Employees for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 06/10/05 | DWC | Review and revise motion for approval of long-term incentive plan for key employees; emails re: same. | 1.80 | 320.00 | $576.00 |
| 06/13/05 | DWC | Emails with J. Forgach re: long term incentive plan motion and motions to fund pension plans. | 0.30 | 320.00 | $96.00 |
| 06/15/05 | DWC | Review and execute Certs of No Obj. re: pension plan funding motions. | 0.10 | 320.00 | $32.00 |
| 06/23/05 | DWC | Emails with J. Forgach re: orders approving pension funding. | 0.30 | 320.00 | $96.00 |
| | | **Task Code Total** | **3.00** | | **$870.00** |

**WRG-Fee Apps., Applicant**

| | | | | | |
|---|---|---|---|---|---|
| 06/06/05 | WLR | Prepare April 2005 fee application | 0.30 | 375.00 | $112.50 |
| 06/06/05 | WLR | Draft April 2005 fee application | 0.30 | 375.00 | $112.50 |
| 06/06/05 | DWC | Review few auditor charts of professional compensation and email S. Bossay re: same; review fee auditor report re: PSZYJ&W's quarterly fee application. | 0.50 | 320.00 | $160.00 |
| 06/10/05 | CAK | Review and update April Fee Application. | 0.50 | 140.00 | $70.00 |
| 06/12/05 | LDJ | Review and revise interim fee application (April 2005) | 0.30 | 595.00 | $178.50 |
| 06/13/05 | CAK | Email from and to Laura Davis Jones regarding the last order entered approving fees and expenses. | 0.10 | 140.00 | $14.00 |
| 06/16/05 | WLR | Draft 17th quarterly fee application (April 1, 2005 through June 30, 2005) | 0.50 | 375.00 | $187.50 |
| 06/18/05 | LDJ | Review and finalize revised interim fee application (April 2005) | 0.20 | 595.00 | $119.00 |
| 06/21/05 | CAK | Revise April Fee Application. | 0.10 | 140.00 | $14.00 |
| 06/22/05 | CAK | Revise April Fee Application. | 0.10 | 140.00 | $14.00 |
| 06/22/05 | CAK | Coordinate posting, filing and service of April Fee Application and update logs. | 0.20 | 140.00 | $28.00 |
| 06/22/05 | SEM | Review PSZYJ&W fee application and sign verification. | 0.10 | 425.00 | $42.50 |
| 06/22/05 | WLR | Prepare May 2005 fee application | 0.50 | 375.00 | $187.50 |
| 06/22/05 | DWC | Review and revise April PSZYJ&W fee application. | 0.20 | 320.00 | $64.00 |

**Invoice number 65738**          91100   00001                                    **Page 8**

| | | | | | |
|---|---|---|---|---|---|
| 06/24/05 | WLR | Review and revise re-selected W.R. Grace May 2005 pre-bill | 0.60 | 375.00 | $225.00 |
| 06/26/05 | WLR | Prepare May 2005 fee application | 0.60 | 375.00 | $225.00 |
| 06/27/05 | WLR | Review and revise May 2005 fee application | 0.30 | 375.00 | $112.50 |
| | | **Task Code Total** | **5.40** | | **$1,866.50** |

**WRG-Fee Applications, Others**

| | | | | | |
|---|---|---|---|---|---|
| 06/05/05 | DWC | Emails re: Baker Donelson fee applications. | 0.10 | 320.00 | $32.00 |
| 06/07/05 | PEC | Prepare Latham & Watkins April Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 06/07/05 | PEC | Prepare Nelson Mullins Riley & Scarborough LLP's April Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 06/07/05 | PEC | Prepare Steptoe & Johnson LLP's February 2005 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 06/07/05 | PEC | Prepare Kirkland & Ellis LLP's April 2005 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 06/09/05 | DWC | Review Baker Donelson 2nd quarterly fee application. | 0.20 | 320.00 | $64.00 |
| 06/10/05 | PEC | Prepare Certification of Counsel Regarding Fifteenth Quarter Project Category Summary for the Fifteenth Interim Fee Period and Certain Prior Amounts for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 06/10/05 | PEC | Prepare Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Fifteenth Period and Certain Prior Amounts for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 06/10/05 | DWC | Draft certifications of counsel re: fee order and project categories; draft omnibus fee order. | 1.20 | 320.00 | $384.00 |
| 06/15/05 | DWC | Review quarterly fee applications of Nelson Mullins and Kirkland & Ellis. | 0.40 | 320.00 | $128.00 |
| 06/20/05 | DWC | Review Bilzin Sumberg response to fee auditor's final report. | 0.20 | 320.00 | $64.00 |
| 06/23/05 | MSC | Revise Sixth Monthly Application Of Deloitte Tax LLP For Compensation For Services Rendered And Reimbursement Of Expenses To The Debtors For The Period From February 1, 2005 Through February 28, 2005 | 0.40 | 135.00 | $54.00 |
| 06/23/05 | MSC | Draft Affidavit of Service of Sixth Monthly Application Of Deloitte Tax LLP For Compensation For Services Rendered And Reimbursement Of Expenses To The Debtors For The Period From February 1, 2005 Through February 28, 2005 | 0.30 | 135.00 | $40.50 |
| 06/23/05 | MSC | Preparation for and coordination of filing of Sixth Monthly Application Of Deloitte Tax LLP For Compensation For Services Rendered And Reimbursement Of Expenses To The Debtors For The Period From February 1, 2005 Through February 28, 2005; service of same | 0.10 | 135.00 | $13.50 |
| 06/23/05 | MSC | Revise Seventh Monthly Application Of Deloitte Tax LLP | 0.40 | 135.00 | $54.00 |

**Invoice number 65738**        91100  00001                                **Page 9**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | For Compensation For Services Rendered And Reimbursement Of Expenses To The Debtors For The Period From March 1, 2005 Through March 31, 2005 |  |  |  |
| 06/23/05 | MSC | Draft Affidavit of Service of Seventh Monthly Application Of Deloitte Tax LLP For Compensation For Services Rendered And Reimbursement Of Expenses To The Debtors For The Period From March 1, 2005 Through March 31, 2005 | 0.10 | 135.00 | $13.50 |
| 06/23/05 | MSC | Preparation for and coordination of filing of Seventh Monthly Application Of Deloitte Tax LLP For Compensation For Services Rendered And Reimbursement Of Expenses To The Debtors For The Period From March 1, 2005 Through March 31, 2005; service of same | 0.30 | 135.00 | $40.50 |
| 06/23/05 | MSC | Revise Fifth Monthly Application Of Deloitte Tax LLP For Compensation For Services Rendered And Reimbursement Of Expenses To The Debtors For The Period From January 1, 2005 Through January 31, 2005 | 0.40 | 135.00 | $54.00 |
| 06/23/05 | MSC | Draft Affidavit of Service Fifth Monthly Application Of Deloitte Tax LLP For Compensation For Services Rendered And Reimbursement Of Expenses To The Debtors For The Period From January 1, 2005 Through January 31, 2005 | 0.10 | 135.00 | $13.50 |
| 06/23/05 | MSC | Preparation for and coordination of filing of Fifth Monthly Application Of Deloitte Tax LLP For Compensation For Services Rendered And Reimbursement Of Expenses To The Debtors For The Period From January 1, 2005 Through January 31, 2005; service of same | 0.30 | 135.00 | $40.50 |
| 06/24/05 | DWC | Review and execute Certs of No Obj. for Pitney Hardin February and March fee applications and Nelson Mullins March fee application. | 0.20 | 320.00 | $64.00 |
| 06/30/05 | DWC | Address reports re: compensation of ordinary course professionals. | 0.80 | 320.00 | $256.00 |
|  | **Task Code Total** |  | **8.70** |  | **$1,764.00** |

**Financial Filings [B110]**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 06/01/05 | PEC | Prepare April 2005 Monthly Operating Report for filing and service | 0.40 | 140.00 | $56.00 |
| 06/01/05 | DWC | Review Monthly Operating Report for April; email Jeff Heck re: same. | 0.50 | 320.00 | $160.00 |
| 06/07/05 | DWC | Calls with US Trustee, Michael Brown and R. Tarola re: monthly operating reports and related issues; emails re: same. | 1.40 | 320.00 | $448.00 |
| 06/07/05 | DWC | Calls wtih J. Baer and email with L. Jones re: US Trustee fees and monthly operating reports. | 0.40 | 320.00 | $128.00 |
|  | **Task Code Total** |  | **2.70** |  | **$792.00** |

**Litigation (Non-Bankruptcy)**

**Invoice number 65738**   91100   00001   **Page 10**

| 06/05/05 | DWC | Review memo re: recent pleadings. | 0.20 | 320.00 | $64.00 |
|---|---|---|---|---|---|
| 06/08/05 | PEC | Draft Notice of Agenda for Hearing on 6/27/05 | 1.10 | 140.00 | $154.00 |
| 06/09/05 | PEC | Review and revise Notice of Agenda for 6/25/05 Hearing | 1.10 | 140.00 | $154.00 |
| 06/09/05 | DWC | Review and revise draft agenda for June 27, 2005 hearing and emails with co-counsel re: same. | 0.80 | 320.00 | $256.00 |
| 06/10/05 | PEC | Revise and review Notice of Agenda for 6/27/05 Hearing | 1.30 | 140.00 | $182.00 |
| 06/10/05 | DWC | Finalize agenda; emails with co-counsel re: same; meet with P. Cuniff re: same. | 1.30 | 320.00 | $416.00 |
| 06/15/05 | DWC | Review and execute Cert of No Obj. re: Cytec settlement. | 0.10 | 320.00 | $32.00 |
| 06/16/05 | JER | Work with Scotta E. McFarland regarding 30b(6) subpoenas. | 0.50 | 110.00 | $55.00 |
| 06/17/05 | JER | Meet with Scotta E. McFarland to prepare PMK subpoenas. | 0.30 | 110.00 | $33.00 |
| 06/17/05 | JER | Review PMK subpoenas and determine appropriate parties to receive same. | 0.50 | 110.00 | $55.00 |
| 06/20/05 | DWC | Finalize agenda for June 27, 2005 hearing. | 0.90 | 320.00 | $288.00 |
| 06/23/05 | DWC | Review and execute amended agenda for June 27, 2005 hearing and call with M. Hurford re: same. | 0.40 | 320.00 | $128.00 |
| 06/24/05 | SEM | Follow-up on issue of August hearing date (.10) | 0.10 | 425.00 | $42.50 |
| 06/24/05 | DWC | Prepare for June 27, 2005 hearing. | 1.80 | 320.00 | $576.00 |
| 06/27/05 | DWC | Prepare for and attend hearing. | 6.00 | 320.00 | $1,920.00 |
| 06/29/05 | DWC | Review orders entered and email co-counsel re: same. | 0.40 | 320.00 | $128.00 |
| 06/30/05 | DWC | Email with W. Sparks re: Cytec settlement. | 0.20 | 320.00 | $64.00 |
| 06/30/05 | DWC | Draft memo re: results of June 27, 2005 hearing and email re: same; call with J. Baer re: same. | 1.40 | 320.00 | $448.00 |
| 06/30/05 | DWC | Review and revise agenda for July 19, 2005 hearing. | 0.80 | 320.00 | $256.00 |
| | | **Task Code Total** | **19.20** | | **$5,251.50** |

**Operations [B210]**

| 06/09/05 | LDJ | Correspondence to Lori Sinanyan regarding Board issues | 0.20 | 595.00 | $119.00 |
|---|---|---|---|---|---|
| 06/10/05 | LDJ | Correspondence to Lori Sinanyan regarding Board issues | 0.10 | 595.00 | $59.50 |
| 06/13/05 | DWC | Review and revise motion for authority to build manufacturing facility for Specialty Building Materials. | 1.20 | 320.00 | $384.00 |
| | | **Task Code Total** | **1.50** | | **$562.50** |

**Plan & Disclosure Stmt. [B320]**

| 06/13/05 | DWC | Review objections to exclusivity motion. | 1.20 | 320.00 | $384.00 |
|---|---|---|---|---|---|
| 06/17/05 | DWC | Review and revise reply to exclusivity objections and draft motion for leave re: same. | 0.90 | 320.00 | $288.00 |
| 06/30/05 | DWC | Draft revised exclusivity extension order and emails re: same. | 0.40 | 320.00 | $128.00 |

**Invoice number 65738**        91100   00001                                **Page  11**

| | | | | | |
|---|---|---|---|---|---|
| | Task Code Total | | 2.50 | | $800.00 |

**Stay Litigation [B140]**

| | | | | | |
|---|---|---|---|---|---|
| 06/13/05 | DWC | Review Montana's motion for stay relief. | 0.40 | 320.00 | $128.00 |
| 06/28/05 | DWC | Review and revise objection to Montana's stay relief motion. | 1.20 | 320.00 | $384.00 |
| | Task Code Total | | 1.60 | | $512.00 |

| | | | | |
|---|---|---|---|---|
| | **Total professional services:** | 135.90 | | **$27,609.50** |

## Costs Advanced:

| | | | |
|---|---|---|---|
| 05/18/2005 | OR | Outside Reproduction Expense---Digital Legal Service,LLC. (DE Office) [E102] | $2,682.12 |
| 05/18/2005 | PO | Postage---Digital Legal Service,LLC. (DE Office) [E108] | $980.85 |
| 05/23/2005 | PO | Postage---Digital Legal Service,LLC. (DE Office) [E108] | $771.85 |
| 06/01/2005 | DC | Tristate | $15.00 |
| 06/01/2005 | DC | Tristate | $54.00 |
| 06/01/2005 | DH | DHL | $8.88 |
| 06/01/2005 | PO | Postage | $6.85 |
| 06/01/2005 | PO | Postage | $4.75 |
| 06/01/2005 | RE | (F2 AGR 51 @0.15 PER PG) | $7.65 |
| 06/01/2005 | RE | (F2 AGR 162 @0.15 PER PG) | $24.30 |
| 06/01/2005 | RE | (F2 AGR 32 @0.15 PER PG) | $4.80 |
| 06/01/2005 | RE | (F2 AGR 1337 @0.15 PER PG) | $200.55 |
| 06/01/2005 | RE | Reproduction Expense. [E101] | $3.15 |
| 06/01/2005 | RE | (F4 CORR 944 @0.15 PER PG) | $141.60 |
| 06/01/2005 | RE | (F2 AGR 2708 @0.15 PER PG) | $406.20 |
| 06/02/2005 | DH | DHL | $25.23 |
| 06/02/2005 | DH | DHL | $11.93 |
| 06/02/2005 | DH | DHL | $11.93 |
| 06/02/2005 | DH | DHL | $15.96 |
| 06/02/2005 | FX | Fax Transmittal. [E104] | $6.00 |
| 06/02/2005 | RE | (F7 AGR 3 @0.15 PER PG) | $0.45 |
| 06/02/2005 | RE | (F7 DOC 21 @0.15 PER PG) | $3.15 |
| 06/02/2005 | RE | (F8 DOC 30 @0.15 PER PG) | $4.50 |
| 06/02/2005 | RE | (G7 CORR 32 @0.15 PER PG) | $4.80 |
| 06/02/2005 | RE | (F4 CORR 102 @0.15 PER PG) | $15.30 |
| 06/02/2005 | RE | (F2 CORR 1 @0.15 PER PG) | $0.15 |
| 06/02/2005 | RE | Reproduction Expense. [E101] | $0.15 |
| 06/03/2005 | RE | (F5 CORR 250 @0.15 PER PG) | $37.50 |

**Invoice number 65738**     91100  00001                                    **Page  12**

| | | | |
|---|---|---|---|
| 06/06/2005 | RE | Reproduction Expense. [E101] | $3.15 |
| 06/06/2005 | RE | Reproduction Expense. [E101] | $1.20 |
| 06/07/2005 | DC | Tristate | $9.00 |
| 06/07/2005 | DC | Tristate | $15.00 |
| 06/07/2005 | DH | DHL | $8.88 |
| 06/07/2005 | DH | DHL | $9.62 |
| 06/07/2005 | DH | DHL | $15.96 |
| 06/07/2005 | DH | DHL | $9.62 |
| 06/07/2005 | FE | Federal Express [E108] | $70.06 |
| 06/07/2005 | RE | (F7 AGR 243 @0.15 PER PG) | $36.45 |
| 06/07/2005 | RE | (F4 CORR 117 @0.15 PER PG) | $17.55 |
| 06/07/2005 | RE | (F4 CORR 507 @0.15 PER PG) | $76.05 |
| 06/07/2005 | RE | (F4 CORR 63 @0.15 PER PG) | $9.45 |
| 06/07/2005 | RE | (F7 CORR 19 @0.15 PER PG) | $2.85 |
| 06/07/2005 | RE | (G9 CORR 685 @0.15 PER PG) | $102.75 |
| 06/07/2005 | RE | (F7 DOC 225 @0.15 PER PG) | $33.75 |
| 06/08/2005 | DC | Tristate | $270.00 |
| 06/08/2005 | DC | Tristate | $15.00 |
| 06/08/2005 | PO | Postage | $6.60 |
| 06/08/2005 | RE | (F4 CORR 1237 @0.15 PER PG) | $185.55 |
| 06/08/2005 | RE | (F2 AGR 128 @0.15 PER PG) | $19.20 |
| 06/09/2005 | DC | Tristate | $15.00 |
| 06/09/2005 | DC | Tristate | $15.00 |
| 06/09/2005 | DC | Tristate | $54.00 |
| 06/09/2005 | DC | Tristate | $360.00 |
| 06/09/2005 | DC | Tristate | $23.85 |
| 06/09/2005 | DC | Tristate | $23.85 |
| 06/09/2005 | DH | DHL | $12.36 |
| 06/09/2005 | DH | DHL | $12.36 |
| 06/09/2005 | DH | DHL | $26.48 |
| 06/09/2005 | PO | Postage | $67.80 |
| 06/09/2005 | PO | Postage | $0.85 |
| 06/09/2005 | PO | Postage | $19.35 |
| 06/09/2005 | PO | Postage | $61.80 |
| 06/09/2005 | RE | (F5 CORR 144 @0.15 PER PG) | $21.60 |
| 06/09/2005 | RE | (F5 CORR 57 @0.15 PER PG) | $8.55 |
| 06/09/2005 | RE | (F5 CORR 1292 @0.15 PER PG) | $193.80 |
| 06/09/2005 | RE | (F8 DOC 30 @0.15 PER PG) | $4.50 |
| 06/09/2005 | RE | (F7 AGR 3 @0.15 PER PG) | $0.45 |
| 06/09/2005 | RE | (F7 AGR 12 @0.15 PER PG) | $1.80 |
| 06/09/2005 | RE | (F7 DOC 119 @0.15 PER PG) | $17.85 |
| 06/09/2005 | RE | (G7 CORR 26 @0.15 PER PG) | $3.90 |
| 06/09/2005 | RE | (G8 CORR 512 @0.15 PER PG) | $76.80 |

**Invoice number 65738**      91100   00001                              **Page 13**

| | | | |
|---|---|---|---|
| 06/09/2005 | RE | (G9 CORR 512 @0.15 PER PG) | $76.80 |
| 06/09/2005 | RE | (F4 CORR 1432 @0.15 PER PG) | $214.80 |
| 06/09/2005 | RE | (G8 CORR 2 @0.15 PER PG) | $0.30 |
| 06/09/2005 | RE | (F2 AGR 488 @0.15 PER PG) | $73.20 |
| 06/10/2005 | DC | Tristate | $15.00 |
| 06/10/2005 | DC | Tristate | $15.90 |
| 06/10/2005 | DC | Tristate | $23.85 |
| 06/10/2005 | DC | Tristate | $23.85 |
| 06/10/2005 | DC | Tristate | $23.85 |
| 06/10/2005 | DC | Tristate | $23.85 |
| 06/10/2005 | DC | Tristate | $351.00 |
| 06/10/2005 | DH | DHL | $11.20 |
| 06/10/2005 | DH | DHL | $11.20 |
| 06/10/2005 | DH | DHL | $22.75 |
| 06/10/2005 | PO | Postage---Digital Legal Services.(DE Office) [E108] | $230.31 |
| 06/10/2005 | PO | Postage---Digital Legal Services.(DE Office) [E108] | $18.24 |
| 06/10/2005 | RE | Reproduction Expense---Digital Legal Services.(DE Office) [E101] | $579.12 |
| 06/10/2005 | RE | (G7 AG 978 @0.15 PER PG) | $146.70 |
| 06/10/2005 | RE | (F7 AGR 57 @0.15 PER PG) | $8.55 |
| 06/10/2005 | RE | (F8 DOC 24 @0.15 PER PG) | $3.60 |
| 06/10/2005 | RE | (F6 AGR 31 @0.15 PER PG) | $4.65 |
| 06/10/2005 | RE | (F8 AGR 4 @0.15 PER PG) | $0.60 |
| 06/10/2005 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 06/10/2005 | RE | (F7 CORR 86 @0.15 PER PG) | $12.90 |
| 06/10/2005 | RE | (F5 CORR 10 @0.15 PER PG) | $1.50 |
| 06/10/2005 | RE | (F5 CORR 1 @0.15 PER PG) | $0.15 |
| 06/10/2005 | RE | (F7 AGR 33 @0.15 PER PG) | $4.95 |
| 06/10/2005 | RE | (G9 CORR 2 @0.15 PER PG) | $0.30 |
| 06/10/2005 | RE | (F5 CORR 129 @0.15 PER PG) | $19.35 |
| 06/10/2005 | RE | (G8 CORR 558 @0.15 PER PG) | $83.70 |
| 06/10/2005 | RE | (F2 CORR 21 @0.15 PER PG) | $3.15 |
| 06/10/2005 | RE | (F2 CORR 125 @0.15 PER PG) | $18.75 |
| 06/10/2005 | RE | (F4 CORR 775 @0.15 PER PG) | $116.25 |
| 06/10/2005 | RE | (F2 AGR 4849 @0.15 PER PG) | $727.35 |
| 06/13/2005 | DC | Tristate | $15.00 |
| 06/13/2005 | DC | Tristate | $15.90 |
| 06/13/2005 | DC | Tristate | $333.00 |
| 06/13/2005 | DC | Tristate | $22.50 |
| 06/13/2005 | DC | Tristate | $23.85 |
| 06/13/2005 | PO | Postage | $1.35 |
| 06/13/2005 | PO | Postage | $179.28 |
| 06/13/2005 | RE | (F5 CORR 206 @0.15 PER PG) | $30.90 |

Invoice number **65738**       91100   00001                **Page  14**

| 06/13/2005 | RE | (F5 CORR 25 @0.15 PER PG) | $3.75 |
|---|---|---|---|
| 06/13/2005 | RE | (F6 AGR 27 @0.15 PER PG) | $4.05 |
| 06/13/2005 | RE | (F8 AGR 14 @0.15 PER PG) | $2.10 |
| 06/13/2005 | RE | (F8 CORR 38 @0.15 PER PG) | $5.70 |
| 06/13/2005 | RE | (G9 CORR 1782 @0.15 PER PG) | $267.30 |
| 06/13/2005 | RE | (G9 CORR 2 @0.15 PER PG) | $0.30 |
| 06/13/2005 | RE | (F4 CORR 1778 @0.15 PER PG) | $266.70 |
| 06/14/2005 | DC | Tristate | $15.00 |
| 06/14/2005 | DC | Tristate | $15.90 |
| 06/14/2005 | DC | Tristate | $306.00 |
| 06/14/2005 | DC | Tristate | $22.50 |
| 06/14/2005 | DC | Tristate | $22.50 |
| 06/14/2005 | DH | DHL | $10.63 |
| 06/14/2005 | DH | DHL | $20.03 |
| 06/14/2005 | DH | DHL | $10.63 |
| 06/14/2005 | FE | Federal Express [E108] | $45.21 |
| 06/14/2005 | PO | Postage | $1.29 |
| 06/14/2005 | PO | Postage | $84.66 |
| 06/14/2005 | PO | Postage | $0.85 |
| 06/14/2005 | PO | Postage | $96.28 |
| 06/14/2005 | RE | (F7 AGR 8 @0.15 PER PG) | $1.20 |
| 06/14/2005 | RE | (F8 DOC 21 @0.15 PER PG) | $3.15 |
| 06/14/2005 | RE | (G8 CORR 3 @0.15 PER PG) | $0.45 |
| 06/14/2005 | RE | (G7 CORR 1032 @0.15 PER PG) | $154.80 |
| 06/14/2005 | RE | (G8 CORR 1032 @0.15 PER PG) | $154.80 |
| 06/14/2005 | RE | (F4 CORR 1767 @0.15 PER PG) | $265.05 |
| 06/14/2005 | RE | (G8 CORR 2 @0.15 PER PG) | $0.30 |
| 06/14/2005 | RE | (F7 DOC 30 @0.15 PER PG) | $4.50 |
| 06/14/2005 | RE | (F4 CORR 4 @0.15 PER PG) | $0.60 |
| 06/15/2005 | DC | Tristate | $423.00 |
| 06/15/2005 | DC | Tristate | $22.50 |
| 06/15/2005 | DC | Tristate | $22.50 |
| 06/15/2005 | DC | Tristate | $15.00 |
| 06/15/2005 | DC | Tristate | $15.90 |
| 06/15/2005 | DH | DHL | $10.63 |
| 06/15/2005 | PO | Postage | $5.40 |
| 06/15/2005 | PO | Postage | $42.35 |
| 06/15/2005 | PO | Postage | $130.20 |
| 06/15/2005 | PO | Postage | $0.85 |
| 06/15/2005 | RE | (F7 AGR 14 @0.15 PER PG) | $2.10 |
| 06/15/2005 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 06/15/2005 | RE | (F7 AGR 2 @0.15 PER PG) | $0.30 |
| 06/15/2005 | RE | (G9 CORR 298 @0.15 PER PG) | $44.70 |

**Invoice number 65738**     91100  00001                          **Page  15**

| | | | |
|---|---|---|---|
| 06/15/2005 | RE | (F7 CORR 2 @0.15 PER PG) | $0.30 |
| 06/15/2005 | RE | (F7 AGR 15 @0.15 PER PG) | $2.25 |
| 06/15/2005 | RE | (F7 DOC 15 @0.15 PER PG) | $2.25 |
| 06/15/2005 | RE | (F7 DOC 310 @0.15 PER PG) | $46.50 |
| 06/15/2005 | RE | (G8 FEE 450 @0.15 PER PG) | $67.50 |
| 06/15/2005 | RE | (G7 FEE 1730 @0.15 PER PG) | $259.50 |
| 06/15/2005 | RE | (F4 CORR 90 @0.15 PER PG) | $13.50 |
| 06/15/2005 | RE | (F4 CORR 1016 @0.15 PER PG) | $152.40 |
| 06/15/2005 | RE | (F2 CORR 1016 @0.15 PER PG) | $152.40 |
| 06/15/2005 | RE | (F4 CORR 2 @0.15 PER PG) | $0.30 |
| 06/16/2005 | DC | Tristate | $15.90 |
| 06/16/2005 | DH | DHL | $10.63 |
| 06/16/2005 | DH | DHL | $10.63 |
| 06/16/2005 | DH | DHL | $20.03 |
| 06/16/2005 | RE | (F8 DOC 15 @0.15 PER PG) | $2.25 |
| 06/16/2005 | RE | (F8 DOC 18 @0.15 PER PG) | $2.70 |
| 06/16/2005 | RE | (F7 DOC 5 @0.15 PER PG) | $0.75 |
| 06/16/2005 | RE | (F4 CORR 1315 @0.15 PER PG) | $197.25 |
| 06/17/2005 | DC | Tristate | $15.00 |
| 06/17/2005 | DC | Tristate | $351.00 |
| 06/17/2005 | DC | Tristate | $22.50 |
| 06/17/2005 | DC | Tristate | $22.50 |
| 06/17/2005 | DH | DHL | $8.88 |
| 06/17/2005 | PO | Postage | $13.78 |
| 06/17/2005 | PO | Postage | $230.02 |
| 06/17/2005 | PO | Postage | $84.70 |
| 06/17/2005 | PO | Postage | $0.29 |
| 06/17/2005 | RE | (F7 AGR 11 @0.15 PER PG) | $1.65 |
| 06/17/2005 | RE | (F6 AGR 7 @0.15 PER PG) | $1.05 |
| 06/17/2005 | RE | (F7 DOC 11 @0.15 PER PG) | $1.65 |
| 06/17/2005 | RE | (F8 CORR 12 @0.15 PER PG) | $1.80 |
| 06/17/2005 | RE | (F4 CORR 21 @0.15 PER PG) | $3.15 |
| 06/17/2005 | RE | (F4 CORR 21 @0.15 PER PG) | $3.15 |
| 06/17/2005 | RE | (F4 CORR 487 @0.15 PER PG) | $73.05 |
| 06/17/2005 | RE | (F7 DOC 483 @0.15 PER PG) | $72.45 |
| 06/17/2005 | RE | (G8 NOTC 2254 @0.15 PER PG) | $338.10 |
| 06/17/2005 | RE | (G7 NOTC 2255 @0.15 PER PG) | $338.25 |
| 06/17/2005 | RE | (G9 NOTC 3810 @0.15 PER PG) | $571.50 |
| 06/17/2005 | RE | (G7 CORR 165 @0.15 PER PG) | $24.75 |
| 06/17/2005 | RE | (F4 CORR 146 @0.15 PER PG) | $21.90 |
| 06/17/2005 | RE | (F2 CORR 126 @0.15 PER PG) | $18.90 |
| 06/17/2005 | RE | (F4 CORR 30 @0.15 PER PG) | $4.50 |
| 06/20/2005 | DC | Tristate | $15.90 |

**Invoice number 65738**       91100   00001                    **Page  16**

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/20/2005 | DC | Tristate | $5.00 |
| 06/20/2005 | DH | DHL | $11.20 |
| 06/20/2005 | DH | DHL | $11.20 |
| 06/20/2005 | DH | DHL | $21.38 |
| 06/20/2005 | RE | (F7 AGR 68 @0.15 PER PG) | $10.20 |
| 06/20/2005 | RE | (F5 CORR 117 @0.15 PER PG) | $17.55 |
| 06/20/2005 | RE | (F5 CORR 18 @0.15 PER PG) | $2.70 |
| 06/20/2005 | RE | (F8 DOC 28 @0.15 PER PG) | $4.20 |
| 06/20/2005 | RE | (F5 CORR 4 @0.15 PER PG) | $0.60 |
| 06/20/2005 | RE | (F5 CORR 18 @0.15 PER PG) | $2.70 |
| 06/20/2005 | RE | (F4 AGR 1082 @0.15 PER PG) | $162.30 |
| 06/21/2005 | DC | Tristate | $15.00 |
| 06/21/2005 | DC | Tristate | $35.00 |
| 06/21/2005 | DC | Tristate | $342.00 |
| 06/21/2005 | DH | DHL | $9.62 |
| 06/21/2005 | DH | DHL | $17.32 |
| 06/21/2005 | DH | DHL | $9.06 |
| 06/21/2005 | FE | Federal Express [E108] | $20.83 |
| 06/21/2005 | PO | Postage | $12.72 |
| 06/21/2005 | PO | Postage | $130.20 |
| 06/21/2005 | PO | Postage | $0.85 |
| 06/21/2005 | RE | (F8 AGR 16 @0.15 PER PG) | $2.40 |
| 06/21/2005 | RE | (F7 AGR 25 @0.15 PER PG) | $3.75 |
| 06/21/2005 | RE | (F5 CORR 71 @0.15 PER PG) | $10.65 |
| 06/21/2005 | RE | (F8 CORR 10 @0.15 PER PG) | $1.50 |
| 06/21/2005 | RE | (F5 CORR 96 @0.15 PER PG) | $14.40 |
| 06/21/2005 | RE | (F7 DOC 25 @0.15 PER PG) | $3.75 |
| 06/21/2005 | RE | (F2 CORR 308 @0.15 PER PG) | $46.20 |
| 06/21/2005 | RE | (F2 CORR 722 @0.15 PER PG) | $108.30 |
| 06/21/2005 | RE | (F4 CORR 65 @0.15 PER PG) | $9.75 |
| 06/21/2005 | RE | (F2 CORR 215 @0.15 PER PG) | $32.25 |
| 06/21/2005 | RE | (F4 CORR 381 @0.15 PER PG) | $57.15 |
| 06/21/2005 | RE | (F2 CORR 383 @0.15 PER PG) | $57.45 |
| 06/22/2005 | DC | Tristate | $15.00 |
| 06/22/2005 | DC | Tristate | $9.00 |
| 06/22/2005 | RE | Reproduction Expense. [E101] | $1.80 |
| 06/22/2005 | RE | (F6 DOC 2 @0.15 PER PG) | $0.30 |
| 06/22/2005 | RE | (G9 FEE 95 @0.15 PER PG) | $14.25 |
| 06/23/2005 | DC | Tristate | $15.00 |
| 06/23/2005 | DH | DHL | $10.63 |
| 06/23/2005 | DH | DHL | $10.63 |
| 06/23/2005 | DH | DHL | $21.38 |
| 06/23/2005 | RE | (F7 AGR 74 @0.15 PER PG) | $11.10 |

**Invoice number 65738**     91100   00001                          **Page  17**

| | | | |
|---|---|---|---|
| 06/23/2005 | RE | (G9 CORR 986 @0.15 PER PG) | $147.90 |
| 06/23/2005 | RE | (G7 CORR 113 @0.15 PER PG) | $16.95 |
| 06/23/2005 | RE | (F8 DOC 35 @0.15 PER PG) | $5.25 |
| 06/23/2005 | RE | (F7 AGR 70 @0.15 PER PG) | $10.50 |
| 06/23/2005 | RE | (F7 AGR 18 @0.15 PER PG) | $2.70 |
| 06/23/2005 | RE | (F5 CORR 36 @0.15 PER PG) | $5.40 |
| 06/23/2005 | RE | (F4 CORR 51 @0.15 PER PG) | $7.65 |
| 06/24/2005 | DC | Tristate | $15.00 |
| 06/24/2005 | DC | Tristate | $5.00 |
| 06/24/2005 | DC | Tristate | $360.00 |
| 06/24/2005 | DC | Tristate | $23.85 |
| 06/24/2005 | DC | Tristate | $23.85 |
| 06/24/2005 | DH | DHL | $15.96 |
| 06/24/2005 | DH | DHL | $9.62 |
| 06/24/2005 | DH | DHL | $9.62 |
| 06/24/2005 | PO | Postage | $0.60 |
| 06/24/2005 | PO | Postage | $132.60 |
| 06/24/2005 | PO | Postage | $0.85 |
| 06/24/2005 | PO | Postage | $6.60 |
| 06/24/2005 | RE | Reproduction Expense. [E101] | $1.80 |
| 06/24/2005 | RE | Reproduction Expense. [E101] | $1.65 |
| 06/24/2005 | RE | (F8 CORR 46 @0.15 PER PG) | $6.90 |
| 06/24/2005 | RE | (F8 DOC 24 @0.15 PER PG) | $3.60 |
| 06/24/2005 | RE | (F2 CORR 45 @0.15 PER PG) | $6.75 |
| 06/24/2005 | RE | (F2 CORR 497 @0.15 PER PG) | $74.55 |
| 06/24/2005 | RE | (F7 DOC 23 @0.15 PER PG) | $3.45 |
| 06/24/2005 | RE | (F2 CORR 762 @0.15 PER PG) | $114.30 |
| 06/24/2005 | RE | (F4 CORR 762 @0.15 PER PG) | $114.30 |
| 06/24/2005 | RE | (F2 AGR 2 @0.15 PER PG) | $0.30 |
| 06/24/2005 | RE | (F2 AGR 112 @0.15 PER PG) | $16.80 |
| 06/26/2005 | RE | Reproduction Expense. [E101] | $1.20 |
| 06/27/2005 | PO | Postage---Digital Legal Services.(DE Office) [E108] | $2.41 |
| 06/27/2005 | PO | Postage | $98.40 |
| 06/27/2005 | PO | Postage | $31.20 |
| 06/27/2005 | PO | Postage | $0.85 |
| 06/27/2005 | RE | (F7 AGR 4 @0.15 PER PG) | $0.60 |
| 06/27/2005 | RE | (F7 AGR 31 @0.15 PER PG) | $4.65 |
| 06/27/2005 | RE | (F8 CORR 26 @0.15 PER PG) | $3.90 |
| 06/27/2005 | RE | (F7 AGR 42 @0.15 PER PG) | $6.30 |
| 06/27/2005 | RE | (F8 DOC 12 @0.15 PER PG) | $1.80 |
| 06/27/2005 | RE | (F7 DOC 42 @0.15 PER PG) | $6.30 |
| 06/27/2005 | RE | (G7 CORR 116 @0.15 PER PG) | $17.40 |
| 06/27/2005 | RE | (F2 CORR 1276 @0.15 PER PG) | $191.40 |

**Invoice number 65738**      91100   00001                          **Page  18**

| | | | |
|---|---|---|---|
| 06/27/2005 | RE | (F2 CORR 387 @0.15 PER PG) | $58.05 |
| 06/27/2005 | RE | (F4 CORR 386 @0.15 PER PG) | $57.90 |
| 06/28/2005 | FE | Federal Express [E108] | $66.15 |
| 06/28/2005 | FX | (R0 3 @1.00 PER PG) | $3.00 |
| 06/28/2005 | OR | Outside Reproduction Expense---Digital Legal Services.(DE Office) [E102] | $57.96 |
| 06/28/2005 | PO | Postage---Digital Legal Services.(DE Office) [E108] | $9.96 |
| 06/28/2005 | RE | (F5 CORR 878 @0.15 PER PG) | $131.70 |
| 06/28/2005 | RE | (F7 DOC 28 @0.15 PER PG) | $4.20 |
| 06/29/2005 | RE | (F5 CORR 20 @0.15 PER PG) | $3.00 |
| 06/29/2005 | RE | (F7 CORR 229 @0.15 PER PG) | $34.35 |
| 06/29/2005 | RE | (F7 AGR 18 @0.15 PER PG) | $2.70 |
| 06/29/2005 | RE | (F8 DOC 30 @0.15 PER PG) | $4.50 |
| 06/29/2005 | RE | (F2 CORR 225 @0.15 PER PG) | $33.75 |
| 06/29/2005 | RE | (F7 DOC 444 @0.15 PER PG) | $66.60 |
| 06/29/2005 | RE | (F4 CORR 427 @0.15 PER PG) | $64.05 |
| 06/29/2005 | RE | (F2 CORR 1629 @0.15 PER PG) | $244.35 |
| 06/29/2005 | RE | (F7 DOC 1 @0.15 PER PG) | $0.15 |
| 06/29/2005 | RE | (F4 CORR 1052 @0.15 PER PG) | $157.80 |
| 06/29/2005 | RE | (G7 CORR 666 @0.15 PER PG) | $99.90 |
| 06/30/2005 | PO | Postage | $130.80 |
| 06/30/2005 | PO | Postage | $0.85 |
| 06/30/2005 | RE | (F5 CORR 1318 @0.15 PER PG) | $197.70 |
| 06/30/2005 | RE | (F5 CORR 249 @0.15 PER PG) | $37.35 |
| 06/30/2005 | RE | (F5 CORR 6 @0.15 PER PG) | $0.90 |
| 06/30/2005 | RE | (F5 CORR 201 @0.15 PER PG) | $30.15 |
| 06/30/2005 | RE | (F5 CORR 686 @0.15 PER PG) | $102.90 |
| 06/30/2005 | RE | (F4 CORR 111 @0.15 PER PG) | $16.65 |
| 06/30/2005 | RE | (G7 CORR 627 @0.15 PER PG) | $94.05 |
| 06/30/2005 | RE | (G7 CORR 352 @0.15 PER PG) | $52.80 |
| 06/30/2005 | RE | (F7 CORR 25 @0.15 PER PG) | $3.75 |
| 06/30/2005 | TR | Transcript---Elaine M.Ryan. Copy of Transcript. E-mail Copy.(P.Cuniff) [E116] | $140.76 |

Total Expenses:                          **$21,315.97**

## Summary:

| | |
|---|---|
| Total professional services | $27,609.50 |
| Total expenses | $21,315.97 |
| Net current charges | $48,925.47 |
| | |
| Net balance forward | $155,887.17 |

**Invoice number  65738**     91100   00001                              **Page  19**

**Total balance now due**                    $204,812.64

| | | | | |
|---|---|---|---|---|
| CAK | Knotts, Cheryl A. | 1.10 | 140.00 | $154.00 |
| CJB | Bouzoukis, Charles J. | 3.40 | 60.00 | $204.00 |
| DWC | Carickhoff, David W | 36.30 | 320.00 | $11,616.00 |
| JER | Rojas, Jorge E. | 1.30 | 110.00 | $143.00 |
| KSN | Neil, Karen S. | 1.80 | 55.00 | $99.00 |
| LDJ | Jones, Laura Davis | 0.80 | 595.00 | $476.00 |
| LT | Tuschak, Louise R. | 5.70 | 145.00 | $826.50 |
| MSC | Chappe, Marlene S. | 2.40 | 135.00 | $324.00 |
| PEC | Cuniff, Patricia E. | 19.10 | 140.00 | $2,674.00 |
| RMO | Olivere, Rita M. | 4.60 | 75.00 | $345.00 |
| SEM | McFarland, Scotta E. | 15.90 | 425.00 | $6,757.50 |
| SLP | Pitman, L. Sheryle | 40.40 | 70.00 | $2,828.00 |
| WLR | Ramseyer, William L. | 3.10 | 375.00 | $1,162.50 |
| | | 135.90 | | $27,609.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 61.40 | $5,080.00 |
| CR01 | WRG-Claim Analysis (Asbestos) | 27.20 | $9,247.00 |
| CR02 | WRG Claim Analysis | 1.50 | $480.00 |
| EA01 | WRG-Employ. App., Others | 1.20 | $384.00 |
| EB | Employee Benefit/Pension-B220 | 3.00 | $870.00 |
| FA | WRG-Fee Apps., Applicant | 5.40 | $1,866.50 |
| FA01 | WRG-Fee Applications, Others | 8.70 | $1,764.00 |
| FF | Financial Filings [B110] | 2.70 | $792.00 |
| LN | Litigation (Non-Bankruptcy) | 19.20 | $5,251.50 |
| OP | Operations [B210] | 1.50 | $562.50 |
| PD | Plan & Disclosure Stmt. [B320] | 2.50 | $800.00 |
| SL | Stay Litigation [B140] | 1.60 | $512.00 |
| | | 135.90 | $27,609.50 |

**Invoice number  65738**      91100   00001                                    **Page  20**

## Expense Code Summary

| | |
|---|---:|
| Delivery/Courier Service | $3,944.55 |
| DHL- Worldwide Express | $474.07 |
| Federal Express [E108] | $202.25 |
| Fax Transmittal [E104] | $9.00 |
| Outside Reproduction Expense | $2,740.08 |
| Postage [E108] | $3,599.44 |
| Reproduction Expense [E101] | $10,205.82 |
| Transcript [E116] | $140.76 |
| | $21,315.97 |