**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on August 19, 2005, service of the *Sixteenth Interim Quarterly Application of the Scott Law Group, P.S., for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from January 1, 2005 Through March 31, 2005* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

| | |
|---|---|
| August 19, 2005 | */s/ William D. Sullivan* |
| Dated | William D. Sullivan |