**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: September 8, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | April 1, 2005 through April 30, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 7,500.00 |
| Amount of Expenses Reimbursement: | $ 7.60 |

This is a:  X monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objections served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- | $9,507.50 | $145.53 | No objections served | No objections served |

|           | 12/31/2004           |             |           | on counsel                      | on counsel                      |
|-----------|----------------------|-------------|-----------|---------------------------------|---------------------------------|
| 2/28/2005 | 1/1/2005-<br>1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-<br>2/28/2005 | $7,082.50  | $33.46    | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-<br>3/31/2005 | $13,675.00 | $954.22   | No objections served on counsel | No objections served on counsel |

This is the Thirty-second RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 0.0 | $0 |
| TOTALS | | | | | 0.0 | $0 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 60.0 | $7,500.00 |
| TOTALS | | | | | 60.0 | $7,500.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 60.0 | $7,500.00 |
| TOTALS | 60.0 | $7,500.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Internal Copy Charges | $7.60 |
| Total | $7.60 |

Dated:   August 19, 2005

/s/      *William D. Sullivan*
William D. Sullivan, Esq. (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange Street, Suite 1100
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: September 8, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2005 THROUGH
APRIL 30, 2005**

06/09/2005                                                                                                       1

# Time report

## 04/01/2005 - 04/30/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** L106

### Day: 04/04/2005

| 04/04/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents (6); access website information and request Canadian Military ZAI study from Canada's National Health Defense from Public Affairs (1.5) | | | |

### Day: 04/05/2005

| 04/05/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents (6.5) | | | |

### Day: 04/07/2005

| 04/07/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents (6.5) | | | |

### Day: 04/11/2005

| 04/11/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

### Day: 04/12/2005

| 04/12/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

### Day: 04/14/2005

| 04/14/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

### Day: 04/19/2005

| 04/19/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

06/09/2005

2

# Time report

**04/01/2005 - 04/30/2005**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Day:** 04/25/2005

| 04/25/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Day:** 04/26/2005

| 04/26/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Day:** 04/28/2005

| 04/28/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

| | |
|---|---|
| **Grand Total:** | $7,500.00 |
| **Expense Grand Total:** | $0.00 |
| **Time Grand Total:** | $7,500.00 |
| **Total Hours/Report:** | 60.00 |
| **Count:** | 10 |

x
stop

06/09/2005     1

# Expense report

### 04/01/2005 - 04/30/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:**    **E101**

**Day:**    **04/30/2005**

| 04/30/2005 | 200106 | Zonolite Science Trial | E101 | $7.60 | 1.00 | $7.60 |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Internal copies for the month of April 2005 | | | |

|  |  |
|---|---|
| **Grand Total:** | **$7.60** |
| **Expense Grand Total:** | **$7.60** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **1** |

## VERIFICATION

STATE OF SOUTH CAROLINA  )
                         )
COUNTY OF CHARLESTON     )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 4th day of June, 2005.

_____
Kimberly Anderson-Garcia
Notary Public for South Carolina

My Commission Expires
February 4, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify that on August 19, 2005, I caused a true and correct copy of The Verified Application Of Richardson, Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From April 1, 2005 Through April 30, 2005 to be served upon the parties on the attached service list via hand delivery or first-class United States mail.

I declare the foregoing to be true under pains and penalties of perjury.

Dated: August 19, 2005                              By: /s/   *William D. Sullivan*
Wilmington, Delaware                                       William D. Sullivan