**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: September 8, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2005 THROUGH
MAY 31, 2005**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | May 1, 2005 through May 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 7,662.50 |
| Amount of Expenses Reimbursement: | $ 29.60 |

This is a:  X monthly     _ interim    _ final application

Prior Application filed:  Yes

1

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objections served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- | $23,932.50 | $13,414.72 | No objections served | No objections served |

| | 11/30/2004 | | | on counsel | on counsel |
|---|---|---|---|---|---|
| 1/12/2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | Pending | Pending |

This is the Thirty-second RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 0.0 | $0 |
| TOTALS | | | | | 0.0 | $0 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 61.3 | $7,662.50 |
| TOTALS | | | | | 60.0 | $7,662.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 60.0 | $7,662.50 |
| TOTALS | 60.0 | $7,662.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Internal Copy Charges | $29.60 |
| Total | $29.60 |

3

Dated:  August 19, 2005
Wilmington, Delaware

        **BUCHANAN INGERSOLL PC**

/s/    *William D. Sullivan*
William D. Sullivan, Esq. (#2820)
The Nemours Building
1007 North Orange Street, Suite 1100
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

**RICHARDSON PATRICK
WESTBROOK & BRICKMAN, LLC**

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: September 8, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2005 THROUGH MAY 31, 2005**

07/13/2005                                                                                                                          1

# Time report

## 05/01/2005 - 05/31/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:**     L106

**Day:**     05/02/2005

| 05/02/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.90 | $612.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents (2); creating ZAI jobsites database and inputing ZAI jobsite information (2.9) | | | |

**Day:**     05/03/2005

| 05/03/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting ZAI jobsite information in ZAI jobsites database | | | |

**Day:**     05/05/2005

| 05/05/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Researching ZAI database regarding when quit selling ZAI in Canada (3); conference with Rob Turkewitz and outside counsel regarding ZAI claims in Canada (1.5) | | | |

**Day:**     05/09/2005

| 05/09/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.80 | $600.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting ZAI jobsite information in ZAI jobsites database | | | |

**Day:**     05/10/2005

| 05/10/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting ZAI jobsite information in ZAI jobsites database | | | |

**Day:**     05/12/2005

| 05/12/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting ZAI jobsite information in ZAI jobsites database | | | |

**Day:**     05/16/2005

| 05/16/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.20 | $650.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting ZAI jobsite information in ZAI jobsites database (5); left message for homeowner regarding vermiculite inquiry (.2) | | | |

**Day:**     05/17/2005

| 05/17/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Conference call with Canadian homeowner and outside counsel regarding Canada claims (1); respond to various homeowners regarding vermiculite information requests (1); review Canada ZAI jobsites | | | |

07/13/2005 10:40:58 AM Garcia, Kimberly A.

07/13/2005                                                                                                               2

# Time report

## 05/01/2005 - 05/31/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | information (2) | | | |
| **Day:** | | **05/19/2005** | | | | |
| 05/19/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting ZAI jobsite information in ZAI Jobsites database | $125.00 | 5.00 | $625.00 |
| **Day:** | | **05/23/2005** | | | | |
| 05/23/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting ZAI jobsite information in ZAI Jobsites database (3); conversation with homeowner regarding ZAI removal project and costs (.5) | $125.00 | 3.50 | $437.50 |
| **Day:** | | **05/24/2005** | | | | |
| 05/24/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting ZAI jobsite information in ZAI jobsite database (4.0); read email from potenital client regarding ZAI claim (.2) | $125.00 | 4.20 | $525.00 |
| **Day:** | | **05/26/2005** | | | | |
| 05/26/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting ZAI jobsite information in ZAI jobsite database (3.5); call homeowners regarding vermiculite information requests (1)); conversation with potenital client regarding ZAI claim (.7) | $125.00 | 5.20 | $650.00 |
| **Day:** | | **05/31/2005** | | | | |
| 05/31/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting ZAI jobsite information in ZAI Jobsites database | $125.00 | 5.00 | $625.00 |

| | |
|---|---|
| **Grand Total:** | **$7,662.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$7,662.50** |
| **Total Hours/Report:** | **61.30** |
| **Count:** | **13** |

07/13/2005

# Expense report

**05/01/2005 - 05/31/2005**

1

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
| Timekeeper | Matter No. | | Description | | | |
|---|---|---|---|---|---|---|
| **Transaction:** | **E101** | | | | | |
| **Day:** | **05/31/2005** | | | | | |
| 05/31/2005 | 200106 | Zonolite Science Trial | E101 | $29.60 | 1.00 | $29.60 |
| kgarcia | 0000 | | Internal copy charges for the month of May | | | |

| | |
|---|---|
| **Grand Total:** | **$29.60** |
| **Expense Grand Total:** | **$29.60** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **1** |

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 13th day of July, 2005.

_____
Kimberly A. Garcia
Notary Public for South Carolina


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify that on August 19, 2005, I caused a true and correct copy of The Verified Application Of Richardson, Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From May 1, 2005 Through May 31, 2005 to be served upon the parties on the attached service list via hand delivery or first-class United States mail.

I declare the foregoing to be true under pains and penalties of perjury.

Dated: August 19, 2005                                  By: /s/    *William D. Sullivan*
Wilmington, Delaware                                            William D. Sullivan