IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO FORTY-SEVENTH MONTHLY AMENDED APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2005 THROUGH JUNE 30, 2005 [RE: DOCKET NOS. 9101 & 9160]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Forty-Seventh Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on July 28, 2005 [Docket No.9101] as amended by the Amended Forty-Seventh Monthly Application (collectively, the "Amended Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on August 10, 2005 [Docket No.9160]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Amended Application appears thereon. Pursuant to the Amended Application, objections were to be filed and served no later than 4:00 p.m. on August 18, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $20,584.80 which represents 80% of the fees ($25,731.00) and $119.33, which represents 100% of the expenses, for an aggregate amount of $20,704.13, requested in the Amended Application for the period June 1, 2005 through June 30, 2005, upon the filing of this Certification and without the need for entry of a Court order approving the Amended Application.

                        KLETT ROONEY LIEBER & SCHORLING
                        A Professional Corporation

                        By: _____
                            Teresa K. D. Currier (No. 3080)
                        1000 West Street, Suite 1410
                        Wilmington, DE 19801
                        (302) 552-4200

                                -and-

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                        Philip Bentley, Esquire
                        Gary M. Becker, Esquire
                        919 Third Avenue
                        New York, NY 10022
                        (212) 715-9100

                        Counsel to the Official Committee of Equity Holders

Dated: August 19, 2005