IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: 8/29/05 Agenda Item 17 |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED CASE MANAGEMENT ORDERS CONCERNING ESTIMATION OF ASBESTOS PROPERTY DAMAGE CLAIMS AND OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS

1. On January 21, 2005, the Court held a hearing (the "January 21 Hearing") regarding, among other things, case management issues in connection with the estimation of asbestos personal injury claims and asbestos property damage claims. At the January 21 Hearing, the Court directed counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") and counsel for the Official Committee of Asbestos Property

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Damage Claimants (the "PD Committee") to negotiate a proposed case management order regarding the estimation of asbestos property damage claims (the "PD Estimation CMO").

2. Counsel for the Debtors and counsel for the PD Committee have attempted to negotiate a consensual PD Estimation CMO. While the parties have been able to agree on the various time frames regarding the estimation of asbestos property damage claims, the parties were unable to negotiate a consensual PD Estimation CMO, as they disagree on two substantive issues concerning the scope of the estimation. Attached hereto as Exhibit A is a copy of the Debtors' proposed PD Estimation CMO. Attached hereto as Exhibit B is a redline of the Debtors' Proposed PD Estimation CMO that reflects the changes to the order that counsel for the PD Committee has requested. As the parties cannot reach an agreement with respect to the scope of the estimation proceeding, the Debtors will seek rulings from the Court at the August 29, 2005 hearing to address these issues.

3. Additionally, the Debtors have prepared a proposed case management order regarding objections to asbestos property damage claims (the "PD Objection CMO"), a copy of which is attached hereto as Exhibit C. The Debtors prepared the PD Objection CMO to outline their intentions regarding filing objections to asbestos property damage claims and scheduling hearings regarding the same. The proposed PD Objection CMO also seeks Court approval of the Debtors' motion for a limited waiver of Del.Bankr. L.R. 3007-1 regarding the asbestos property damage claims filed by Speights & Runyan. The Debtors will seek entry of the proposed PD Objection CMO at the August 29, 2005 hearing.

4. The Debtors have served a copy of the Debtors' proposed PD Estimation CMO, a redline of the proposed PD Estimation CMO showing the PD Committee's suggested

changes, and the proposed PD Objection CMO on counsel for asbestos property damage claimants or such claimants.

Dated: August 22, 2005

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet S. Baer
        Lori Sinanyan
        200 East Randolph Drive
        Chicago, Illinois 60601
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

        and

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

        /s/ Laura Davis Jones
        Laura Davis Jones (Bar No. 2436)
        David W. Carickhoff, Jr. (Bar No. 3715)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for Debtors and Debtors in Possession