IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON AUGUST 29, 2005,
AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

**UNCONTESTED MATTERS:**

1.  Debtors' Motion for an Order Authorizing Their Entrance Into Settlement Agreements with Certain Tax Authorities and Directing Debtors to Pay Related Tax Claims or Receive Tax Refund [Filed: 7/21/05] (Docket No. 9044)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:111031.1

Related Documents:

a. [Proposed] Order Authorizing Their Entrance Into Settlement Agreements with Certain Tax Authorities and Directing Debtors to Pay Related Tax Claims or Receive Tax Refund [Filed: 7/21/05] (Docket No. 9044)

b. **Certification of Counsel Re: Docket No. 9044 [Filed: 8/17/05] (Docket No. 9202)**

Response Deadline: August 12, 2005, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No objections to the motion were filed. The Debtors did receive comments to the proposed order from counsel for the Creditors' Committee and have revised the proposed order accordingly. The Debtors request that the Court enter the revised order attached to the certification of counsel.**

2. Debtors' Motion for an Order Approving Their Participation in Settlement Fund Established by Marsh and McLennan Companies, Inc. Under Settlement Agreement with New York Attorney General and Superintendent of Insurance [Filed: 7/25/05] (Docket No. 9059)

Related Documents:

a. [Proposed] Order Approving Debtors' Participation in Settlement Fund Established By Marsh and McLennan Companies, Inc. Under Settlement Agreement with New York Attorney General and Superintendent of Insurance [Filed: 7/25/05] (Docket No. 9059)

b. **Certificate of No Objection Regarding Debtors' Motion for an Order Approving Their Participation in Settlement Fund Established by Marsh and McLennan Companies, Inc. Under Settlement Agreement with New York Attorney General and Superintendent of Insurance [Filed: 8/17/05] (Docket No. 9197)**

Response Deadline: August 12, 2005, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

3. Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for the Entry of an Order Authorizing the Debtors to Acquire Certain Assets of Single-Site Catalysts, LLC [Filed: 7/25/05] (Docket No. 9060)

   Related Documents:

   a. [Proposed] Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for the Entry of an Order Authorizing the Debtors to Acquire Certain Assets of Single-Site Catalysts, LLC [Filed: 7/25/05] (Docket No. 9060)

   b. **Certification of No Objection Regarding Motion Pursuant to Sections 105(a) and 363 of the Bankruptcy Code for the Entry of an Order Authorizing the Debtors to Acquire Certain Assets of Single-Site Catalysts, LLC [Filed: 8/17/05] (Docket No. 9198)**

   Response Deadline: August 12, 2005, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

4. Motion for Entry of an Order Authorizing the Debtors to Assume and Assign a Lease and Sublease for Certain Real Property in Philadelphia, PA [Filed: 7/25/05] (Docket No. 9061)

   Related Documents:

   a. [Proposed] Order Authorizing the Debtors to Assume and Assign Leases for Real Property [Filed: 7/25/05] (Docket No. 9061)

   b. **Certification of Counsel Re: Docket No. 9061 [Filed: 8/17/05] (Docket No. 9201)**

   Response Deadline: August 12, 2005, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: No objections to the motion were filed. The Debtors did receive comments to the proposed order from counsel for the Creditors' Committee and have revised the proposed order accordingly. The Debtors request that the Court enter the revised order attached to the certification of counsel.**

5. Debtors' Motion for an Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 7/25/05] (Docket No. 9062)

Related Documents:

a. [Proposed] Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 7/25/05] (Docket No. 9062)

Response Deadline: August 12, 2005, at 4:00 p.m. *(extended until August 16, 2005, at 4:00 p.m. for the General Unsecured Creditors Committee and the PD Committee)*

Responses Received:

a. **Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Approving the Settlement Agreement with Intercat, Inc.**

Status: This matter will go forward.

6. Application of the Debtors for the Entry of an Order Expanding the Scope of the Employment of Pitney Hardin LLP as Special Counsel to the Debtors [Filed: 7/25/05] (Docket No. 9063)

Related Documents:

a. Affidavit of Anthony Marchetta In Support of the Application of the Debtors for the Entry of an Order Expanding the Scope of the Employment of Pitney Hardin LLP as Special Counsel to the Debtors [Filed: 7/25/05] (Docket No. 9063)

b. [Proposed] Order Authorizing the Expansion of the Employment of Pitney Hardin LLP as Special Counsel to the Debtors [Filed: 7/25/05] (Docket No. 9063)

c. **Certificate of No Objection Regarding Application of the Debtors for the Entry of an Order Expanding the Scope of the Employment of Pitney Hardin LLP as Special Counsel to the Debtors [Filed: 8/17/05] (Docket No. 9199)**

Response Deadline: August 12, 2005, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the application.**

## CLAIMS OBJECTIONS:

7.  Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

    Response Deadline: June 4, 2004, at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit A.

    Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on September 26, 2005, at 12:00 p.m.

8.  Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 01/12/05] (Docket No. 7545)

    Response Deadline: February 11, 2005, extended to February 25, 2005, at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit B.

    Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on September 26, 2005, at 12:00 p.m.

9.  Debtors' Ninth Omnibus Objection to Claims (Substantive) [Filed: 5/18/05] (Docket No. 8464)

    Response Deadline: June 10, 2005, at 4:00 p.m.

    Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit C.

    Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on September 26, 2005, at 12:00 p.m.

10. Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) [Filed: 5/18/05] (Docket No. 8466)

Response Deadline: June 10, 2005, at 4:00 p.m.

Responses Received: Unresolved Responses to this matter are listed on the attached Exhibit D.

Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on September 26, 2005, at 12:00 p.m.

## STATUS CONFERENCE

11. Motion of State of Montana for Relief from the Automatic Stay [Filed: 6/9/05] (Docket No. 8582)

Related Documents:

a. [Proposed] Order [Filed: 6/9/05] (Docket No. 8582)

b. Notice of Filing of Supplement to Exhibit "A" to the Motion of State of Montana for Relief from the Automatic Stay [Filed: 6/23/05] (Docket No. 8672)

Response Deadline: June 28, 2005, at 4:00 p.m.

Responses Received:

a. Opposition of the Official Committee of Unsecured Creditors to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8705)

b. Objection of the Official Committee of Asbestos Property Damage Claimants to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8707)

c. Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8708)

d. Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/29/05] (Docket No. 8747)

Status: A status conference on this matter will go forward.

**MATTERS RELATING TO PD CLAIMS FILED BY SPEIGHTS & RUNYAN**

12. Motion of Debtors for Limited Waiver of Del.Bankr.L.R. 3007-1 to Permit Filing Omnibus Objection to 2,938 Unauthorized Claims Filed By the Law Firm of Speights & Runyan [Filed: 7/18/05] (Docket No. 9008)

    Related Documents:

    a. Exhibit 1 – Debtors' Thirteenth Omnibus Objection to 2,938 Unauthorized Claims Filed by the Law Firm Speights & Runyan [Filed: 7/18/05] (Docket No. 9008)

    b. Exhibit 2 – [Proposed] Order Granting Limited Waiver of Del.Bankr.L.R. 3007-1 to Permit Filing Omnibus Objection to Unauthorized Claims Filed By the Law Firm of Speights & Runyan [Filed: 7/18/05] (Docket No. 9008)

    Response Deadline: August 12, 2005, at 4:00 p.m.

    Responses Received:

    a. Response and Partial Objection of Speights & Runyan to the Debtors' Motion for Limited Waiver of Del.Bankr.L.R. 3007-1 to Permit Filing Omnibus Objection to Unauthorized Claims Filed By the Law Firm of Speights & Runyan [Filed: 8/12/05] (Docket No. 9186)

    **Replies Received:**

    a. **Debtors' Motion for Leave to File a Reply in Support of Their Twelfth Motion for Limited Waiver of Del. Bankr. L.R. 3007-1 to Permit Filing Omnibus Objection to 2,938 Unauthorized Claims [Filed: 8/19/05] (Docket No. 9207)**

        i. **Debtors' Reply in Support of Their Motion for Limited Waiver of Del. Bankr. L.R. 3007-1 to Permit Filing of Omnibus Objection to 2,938 Claims Filed By the Law Firm of Speights & Runyan [Filed: 8/19/05] (Docket No. 9207, Exhibit 1)**

    Status: This matter will go forward.

13. Debtors' Twelfth Omnibus Objection to Certain Claims Filed By the Law Firm of Speights & Runyan (Non-Substantive) [Filed: 6/17/05] (Docket No. 8640)

    Related Documents: None.

    Response Deadline: July 28, 2005, at 4:00 p.m.

    Responses Received:

    a. Response of Speights & Runyan to the Debtors' Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm of Speights & Runyan [Filed: 7/28/05] (Docket No. 9106)

    **Replies Received:**

    **a. Debtors' Motion for Leave to File a Reply in Support of Their Twelfth Omnibus Objection to Certain Unauthorized Claims Filed By the Law Firm of Speights & Runyan [Filed: 8/19/05] (Docket No. 9206)**

    **i. Debtors' Reply in Support of Their Twelfth Omnibus Objection to Certain Claims Filed By the Law Firm Speights & Runyan [Filed: 8/19/05] (Docket No. 9206, Exhibit 1)**

    Status: This matter will be going forward.

14. Motion of Speights & Runyan to Quash Subpoena [Filed: 7/15/05] (Docket No. 9002)

    Related Documents:

    a. [Proposed] Order Granting Motion of Speights & Runyan to Quash Subpoena [Filed: 7/26/05] (Docket No. 9002)

    Objection Deadline: August 5, 2005 at 4:00 p.m.

    Objections Received:

    a. Debtors' Opposition to Speights & Runyan's Motion to Quash and Supplemental Motion to Quash Subpoena [Filed: 8/5/05] (Docket No. 9141)

    Status: This matter will go forward.

91100-001\DOCS_DE:111031.1

15. Supplemental Motion of Speights & Runyan to Quash Subpoena Commanding Appearance at Deposition or in the Alternative for Protective Order [Filed: 7/26/05] (Docket No. 9070)

    Related Documents:

    a. [Proposed] Order Granting Supplemental Motion of Speights & Runyan to Quash Subpoena Commanding Appearance at Deposition or in the Alternative for Protective Order [Filed: 7/26/05] (Docket No. 9070)

    Objection Deadline: August 22, 2005 at 4:00 p.m.

    Objections Received:

    a. Debtors' Opposition to Speights & Runyan's Motion to Quash and Supplemental Motion to Quash Subpoena [Filed: 8/5/05] (Docket No. 9141)

    Status: This matter will go forward.

16. Motion of Anderson Memorial Hospital as Class Representative for a Protective Order [Filed: 7/6/05] (Docket No. 8947)

    Related Documents:

    a. Notice of Withdrawal of Motion for Protective Order [Filed: 7/18/05] (Docket No. 9006)

    Response Deadline: August 5, 2005, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: Anderson Memorial Hospital has withdrawn this motion. This matter will not go forward.

**PD CLAIMS ESTIMATION PROCESS**

17. Status Report on PD Claims Estimation Process

    **Related Documents:**

    **a. Certification of Counsel Regarding Proposed Case Management Orders Concerning Estimation of Asbestos Property Damage Claims and Objections to Asbestos Property Damage Claims [Filed: 8/22/05] (Docket No. 9234)**

9

      i.      **Debtors' Proposed PD Estimation Order [Filed: 8/22/05] (Docket No. 9234, Exhibit A)**

      ii.      **Redline of Debtors' Proposed PD Estimation Order [Filed: 8/22/05] (Docket No. 9234, Exhibit B)**

      iii.      **Debtors' Proposed PD Objection CMO [Filed: 8/22/05] (Docket No. 9234, Exhibit C)**

Status: A status report on these matters will go forward.

## PI CLAIMS ESTIMATION PROCESS

18.    Status Report on PI Claims Estimation Process.

Status: A status report on these matters will go forward.

## EXCLUSIVITY

19.    Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 5/23/05] (Docket No. 8486)

Related Documents:

a.    [Proposed] Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 5/23/05] (Docket No. 8486)

Response Deadline: June 10, 2005, at 4:00 p.m.

Responses Received:

a.    Response of the Official Committee of Equity Security Holders in Support of the Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. § 1121(D) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 6/9/05] (Docket No. 8581)

b.    Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Sixth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon [Filed: 6/10/05] (Docket No. 8598)

c.  Future Claimants Representative's Objection to Debtors' Eighth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon [Filed: 6/10/05] (Docket No. 8599)

d.  Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Eighth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Filed: 6/10/05] (Docket No. 8600)

Replies Received:

a.  Debtors' Motion for Leave to File a Reply to Objections to Extension of Plan Exclusivity [Filed: 6/17/05] (Docket No. 8639)

    i.  Debtors' Reply to Objections to Extension of Plan Exclusivity [Filed: 6/17/05] (Docket No. 8639)

Special Reports:

a.  Debtors' Report on Business Effects of Terminating Exclusivity [Filed: 7/7/05] (Docket No. 8963)

    i.  Affidavit of Fred Festa in Support of Debtors' Report on Business Effects of Terminating Exclusivity [Filed: 7/7/05] (Docket No. 8963)

Responses Received to Special Report:

a.  Future Claimants Representative's Response to Debtors' Report on Business Effects of Terminating Exclusivity [Filed: 7/12/05] (Docket No. 8982)

b.  Response of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Report on the Business Effects of Terminating Exclusivity [Filed: 7/12/05] (Docket No. 8984)

c.  Official Committee of Asbestos Property Damage Claimants' Report on Business Effects of Terminating Exclusivity [Filed: 7/12/05] (Docket No. 8985)

Status: This matter will go forward.

Dated: August 22, 2005

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
Jonathan Friedland
Lori Sinanyan
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession