# EXHIBIT C

# W. R. Grace
## Responses Received to Debtors' Ninth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Commonwealth of Massachusetts | None | 1480 | $3,250.59 | P | No Liability | Expunge | No response received. Disallow and expunge. |
| Commonwealth of Massachusetts | None | 1480 | $830.00 | U | No Liability | Expunge | No response received. Disallow and expunge. |
| Commonwealth of Massachusetts | None | 1481 | $3,250.59 | P | No Liability | Expunge | No response received. Disallow and expunge. |
| Commonwealth of Massachusetts | None | 1481 | $830.00 | U | No Liability | Expunge | No response received. Disallow and expunge. |
| Safety Kleen Corporation | None | 163 | $162,429.45 | U | No Liability | Reduce and Allow | No response received. Reduce and Allow. |