UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Due by: September 12, 2005 at 4:00 pm. |
| | ) | Hearing Date: Hearing will be held if necessary |

## AMENDED SUMMARY OF THIRD MONTHLY FEE AND EXPENSE INVOICE

| Name of Applicant: | LECG, LLC | |
|---|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants | |
| Date of Retention: | Retention order entered on May 12, 2005, Nunc Pro Tunc, to February 17, 2005 | |
| Period for which compensation and Reimbursement is sought: | April 1, 2005 through April 30, 2005 | |
| Fees and expenses for all matters other than those related to the Sealed Air fraudulent transfer lawsuit | **Fees** $334,915.50 | **Expenses** $3,047.27 |

This is a:___X___monthly_____Interim_____final Application

LECG, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

---

[1] In order to save space, the PD Committee has refrained from listing all 62 Debtors. The list of all 62 Debtors maybe obtained from Bilzin Sumberg Baena Price & Axelrod LLP if requested.

If this is not the first application filed, disclose the following for each prior application:

| Interim Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 5/31/05 | 2/17/05-2/28/05 | 15,477.50 | 18.94 | pending | pending |
| 5/31/05 | 3/1/05 – 3/3105 | 64,019.25 | 474.80 | pending | pending |