IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Ref. No. 7571** |

## NOTICE OF COMPLETION OF BRIEFING

PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan, hereby give notice that briefing concerning the PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim (D.I. 7574) is now complete and ready for disposition by the Court. Relevant pleadings are as follows:

1. *PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim,* filed on January 14, 2005 by PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan. (D.I. 7571);

2. *Debtors' Objection to Pacificorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim,* filed on February 11, 2005 by W.R. Grace & Co. (D.I. 7746);

3. *Certification of Counsel,* filed on March 22, 2005 by PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan (D.I. 8087);

4. *Reply Brief to W.R. Grace's Objection to PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim,* filed on April 4, 2005 by PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan (D.I. 8164); and

487.001-9107.DOC

5.  *Debtors' Response to PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Brief in Support of Their Motion for Leave to File Late Proofs of Claim,* filed on April 25, 2005 by W.R. Grace & Co. (D.I. 8283)

| | |
|---|---|
| Dated: August 23, 2005 | LANDIS RATH & COBB LLP |

/s/ Richard S. Cobb
Richard S. Cobb (No. 3157)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400

Attorneys for PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan

-and-

LEBOEUF, LAMB, GREENE & MACRAE
Steven J. McCardell (No. 2144)
Jared L. Inouye (No. 9776)
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685
(801) 320-6700

Attorneys for PacifiCorp

-and-

VANCOTT, BAGLEY, CORNWALL & MCCARTHY
J. Robert Nelson (No. 4519)
50 South Main Street
Salt Lake City, UT 84144-0450
(801) 237-0270

Attorneys for the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan