IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. No. 7571 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                   ) SS
NEW CASTLE COUNTY    )

       Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan in the above cases, and on the 23rd day of August, 2005, she caused a copy of the following:

### NOTICE OF COMPLETION OF BRIEFING

to be served upon the following:

*Via Hand Delivery*
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class Mail*
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp III
Samuel Blatnick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*Cathy A. Adams* (signature)
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 23rd day of August, 2005.

*Barbara J. Rost* (signature)
Notary Public
BARBARA J. ROST
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires June 14, 2006

487.001-9113.DOC