**CITADEL**



August 11, 2005

Mr. David D. Bird, Clerk of Court
The United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

In re: W.R. Grace & Co., *et al.*, Chapter 11, Case No. 01-01139 (JKF)

Dear Sir:

We write to request that Citadel Investment Group, L.L.C. be removed from the service list for paper notice of filings for the captioned matter. Please contact Toby Buchanan at (312) 395-2424 if you have any questions.

Sincerely,

Adam C. Cooper
Senior Managing Director & General Counsel

131 South Dearborn Street    312-395-2100  Telephone
Chicago, Illinois 60603       312-977-0270  Facsimile