August 12, 2005

480 Alta Road
S.D., CA 92179 9001

FILED
05 22 AUG

United States Bankruptcy Court For
The District of Delaware
Honorable Judge Judith K. Fitzgerald

Re: W.R. Grace & CO., et al., Debtors/ Chapter 11
Case # 01-01139 (JFK)(Jointly Administered)
Re: Docket # 8466 and 7/19/05 Agenda Item # 9

Your Honor

I am requesting as much time allowed to this matter to make a through claim. I am restricted by the prison system to collect documentation for my claim.
Also I do not have the resources that the W.R. Grace/Co has and I have a documented (Bi-Polar) disorder that puts me at a great disadvantage, I am asking the court to appoint me an attorney to assist me in this matter. Thank you.

Thank you for your attention in this matter.

Sincerely

Raphael J. Palazzo

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 8466 and 7/19/05 Agenda Item No. 9 |

*Bench Filed on 7/19/05*

## CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

1. On May 18, 2005, the Debtors filed their Eleventh Omnibus Objection[2] to Claims [Docket No. 8466].

2. On June 27, 2005, the Court entered the Order Granting Relief Sought in the Debtors' Eleventh Omnibus Objection to Claims [Docket No. 8741].

NOW THEREFORE, upon consideration of the Debtors' Eleventh Omnibus Objection seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc, GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Debtors' Eleventh Omnibus Objection.

In re: W.R. GRACE & CO., et al
OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

Hearing Date: Tuesday, July 19, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4802 | 01-01139<br>W.R. GRACE & CO. | 2107 | $4,637.55 | (P) | NO SUPPORTING DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 2 | BERRY & BERRY<br>C/O C RANDALL BUPP ESQ<br>PLASTIRAS & TERRIZZI<br>24 PROFESSIONAL CENTER PKWY STE 150<br>SAN RAFAEL CA 94903 | 01-01139<br>W.R. GRACE & CO. | 1325 | $233,540.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 3 | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 649 | $4,380.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 4 | DARKS, TYRONE P<br>ID #229667<br>PO BOX 97<br>MCALESTER OK 74502 | 01-01139<br>W.R. GRACE & CO. | 1474 | $25,000,000.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 5 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 338 | $7,026.79 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 6 | MICRO WAREHOUSE<br>1690 OAK ST<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1853 | $256.63 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 7 | OFFICE DEPOT INC<br>ROSBE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $5,282.77 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 8 | PALAZZO, RAPHEAL J<br>C/O DONOVAN CORRECTIONAL FAC<br>FAC 17-131-U<br>480 ALTA RD<br>SAN DIEGO CA 92119 | 01-01139<br>W.R. GRACE & CO. | 2681 | $12,000.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |
| 9 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 639 | $1,384.90 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | CONTINUED TO 8/29/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured



U.S. Department of Justice

Civil Rights Division

---

Disability Rights Section-NYA
950 Pennsylvania Avenue, NW
Washington, DC 20530

September 9, 2003

Raoheal J. Palazzo
A1 Auto Service, 480 Alta Road
San Diego, CA  92779

Dear R. Palazzo:

This is in reference to your correspondence of 8/1/03 regarding a court that you allege is in violation of the Americans with Disabilities Act (ADA) of 1990.

Our office has carefully reviewed your allegations. We have determined that we shall not initiate an investigation into your complaint because, absent exceptional circumstances, this office does not intervene in litigation in State or local courts and does not review judicial decisions of such courts in individual matters. You may wish to retain private counsel to assist you in assessing what courses of action may be open to you.

Sincerely,

Robyn Fairshter
Intake Supervisor
Disability Rights Section

doc: 205581



U.S. Department of Justice

Civil Rights Division

---

Disability Rights Section-NYA
950 Pennsylvania Avenue, NW
Washington, DC 20530

September 9, 2003

Raoheal J. Palazzo
A1 Auto Service, 480 Alta Road
San Diego, CA 92779

Dear R. Palazzo:

    This is in reference to your correspondence of 8/1/03 regarding a court that you allege is in violation of the Americans with Disabilities Act (ADA) of 1990.

    Our office has carefully reviewed your allegations. We have determined that we shall not initiate an investigation into your complaint because, absent exceptional circumstances, this office does not intervene in litigation in State or local courts and does not review judicial decisions of such courts in individual matters. You may wish to retain private counsel to assist you in assessing what courses of action may be open to you.

                                     Sincerely,

                                     Robyn Fairshter
                                     Intake Supervisor
                                  Disability Rights Section

doc: 205581

# AMERICAN FAMILY ASSOCIATION
# CENTER FOR LAW & POLICY

September 29, 2003

Raphael J. Palazzo, T 99035
A7 Auto Service 420-122L
480 Alta Road
San Diego, CA 92179

Dear Mr. Palazzo:

This letter is in response to your recent inquiry for legal assistance.

An attorney has reviewed the information you have given us. I regret to inform you that the AFA Center for Law & Policy is unable to provide legal representation. As a general rule, the Center accepts for representation only cases where government entities have infringed upon rights of free speech or free exercise of religion.

Our inability to help you is the result of the fact that your situation is beyond the scope of our first amendment litigation. If you believe certain rights are being infringed, we recommend that you contact the Christian Legal Society (CLS) for referral to a private attorney in your area. The address for CLS is 4208 Evergreen Lane, Suite 222, Annandale, Virginia 22003. The telephone number for CLS is (703) 894-1077.

Sorry we could not assist you.

Very truly yours,

AMERICAN FAMILY ASSOCIATION
CENTER FOR LAW & POLICY

Stephen M. Crampton
Chief Counsel

SMC/ddo

# HellerEhrman
ATTORNEYS

September 25, 2003

Robert E. Borton
rborton@hewm.com
(415) 772-6498
Main (415) 772-6000
Fax (415) 772-6268

99990-0900

LEGAL MAIL

Rapheal J. Palazzo
A1 Auto Service
420122L, T99035
480 Alta Road
San Diego, CA  92179

Dear Mr. Palazzo:

    As you requested enclosed is your original letter. I hope you are successful in finding someone to assist you.

Sincerely yours,

Robert E. Borton

Enclosure

Heller Ehrman White & McAuliffe LLP   333 Bush Street   San Francisco, CA 94104-2878   www.hewm.com

San Francisco  Silicon Valley  Los Angeles  San Diego  Seattle  Portland  Anchorage  New York  Washington D.C.  Hong Kong  Singapore
Affiliated Camelutti Offices:  Milan  Rome  Paris  Padua  Naples

# HellerEhrman
ATTORNEYS

August 27, 2003

Robert E. Borton
rborton@hewm.com
(415) 772-6498
Main (415) 772-6000
Fax (415) 772-6268

LEGAL MAIL

99990-0900

Rapheal Palazzo
419141L, T99035
480 Alta Road
San Diego, CA  92179

Dear Mr. Palazzo:

    We received your letter, requesting assistance with your case. Unfortunately, we are not able to handle a case of the type described in your letter. I am returning the documents you sent to me. If you have not already done so, you might contact the Prison Law Office at San Quentin, General Delivery, San Quentin, CA  94964. Their website is: www.prisonlaw.com. I hope you are successful in finding someone to assist you.

Sincerely yours,

Robert E. Borton

Enclosure

Heller Ehrman White & McAuliffe LLP   333 Bush Street   San Francisco, CA  94104-2878   www.hewm.com

**San Francisco**   Silicon Valley   Los Angeles   San Diego   Seattle   Portland   Anchorage   New York   Washington D.C.   Hong Kong   Singapore
Affiliated Camelutti Offices:   Milan   Rome   Paris   Padua   Naples



# PRISON LAW OFFICE

PO Box 4745
Davis, California 95617-4745
Telephone: (530) 752-6943
www.prisonlaw.com

Director:
Donald Specter

Staff Attorneys:
Steven Fama
Betsy Ginsberg
Millard Murphy
Heather MacKay
Sara Norman
Keith Wattley
Amanda Wilson

Re:  Request for Legal Assistance

Dear Sir or Madam:

We received your letter, asking for our help, information, or legal advice. Unfortunately, we cannot help you at this time. We receive many more requests than we can possibly handle. We must choose our cases very carefully to ensure that we use our limited resources in the most efficient way.

This means there are going to be many cases that have merit that we cannot pursue, and cases in which we cannot provide requested information or advice. This is unfortunate but necessary, given the large number of cases and requests we handle. We do not like the fact that we can't help everyone who writes. Please understand that our decision not to help does not necessarily mean that you do not have a real problem or worthy case. It is just that we have a small office and can't help everybody who writes.

To help you determine whether your case is worth pursuing on your own, we have enclosed any self-help material that is relevant to your problem. If no material is enclosed, we do not have any helpful information. You may be able to find useful information in the <u>California State Prisoners' Handbook</u> (3rd Edition) published in 2001. Ask for the Handbook in the prison law library. If you want information on how to order a copy of the Handbook, write to us.

We are sorry that we cannot help you. We hope that in the future we will be able to expand our services to help more prisoners throughout California.

Sincerely,

Prison Law Office

Board of Directors
Marshall Krause, President • Michele WalkinHawk, Vice President
Penelope Cooper • Felecia Gaston • Christiane Hipps • Margaret Johns • Michael Marcum
Ian Marinissen • Ruth Morgan • Dennis Roberts • Val Schaaf



U.S. Department of Justice

Civil Rights Division

*Disability Rights Section*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*

204-12-0

JUL 2 0 2005

Raphael Palezzo
480 Alta Road
SD, CA. 92179

Re:   CA Department of Corrections

Dear Mr. Palezzo:

   This letter is in response to the complaint that you filed with this office alleging a possible violation of the Americans with Disabilities Act (ADA). The Disability Rights Section reviews individual complaints filed by persons under title II of the ADA.

   After carefully reviewing the information that you provided, we have decided not to take any further action on your complaint. Unfortunately, due to the hundreds of title II complaints that we receive each year, we do not have the resources to resolve all of them. We have made no determination regarding the merits of your complaint or whether it could be redressed under the ADA or another statute. Moreover, our decision does not affect your right to pursue your complaint in another manner. You may wish to contact an attorney or legal service to determine what remedies may be available.

   We have enclosed a list of agencies and groups in your state that may be of some assistance to you. If you have access to the internet, the text of the ADA, the Department's regulations, and many technical assistance publications are provided on our ADA Home Page at http://www.ada.gov. If you have specific questions about title II of the ADA or want copies of technical assistance publications sent to you, you may call the ADA Information Line at 800-514-0301 (voice) or 800-514-0383 (TTY).

   We regret that we are unable to assist you.

Sincerely

Jeanine Worden
Deputy Chief
Disability Rights Section
Civil Rights Division

Enclosures

235325

# San Diego
# Regional Center for the Developmentally Disabled

4355 Ruffin Road, Suite 204, San Diego, California 92123-4396 • (619) 576-2996
Telecommunication Device for the Deaf (TDD) • (619) 292-5821

December 23, 2003

Mr. Raphael J. Padazzo 1-2-206-U-T 99035
480 Alta Rd. Rocky Mountain
San Diego, CA 92179-0002

Mr. Padazzo:

I am returning your letter to the San Diego Regional Center (SDRC) without action.

The San Diego Regional Center's advocacy services are limited to person who are clients of the Regional Center and who have been determined to have a developmental disability.

In your letter you indicate that you have a "bi-polar disorder" which is not a developmental disability as defined by California Welfare and Institutions Code, Section 4512(a). However, you may want to contact the following advocacy organization to see if they can assist you with your civil rights complaint:

Protection & Advocacy, Inc.
3580 Wilshire Blvd., Suite 902
Los Angeles, CA 90010-2512
(800) 776-5746

I hope this information is helpful to you.

Sincerely,

*Christina E. Brewster*

Christina E. Brewster, MSW
SDRC Consumer Advocate

CEB/jr

F:\ADMIN\SDAAM\CHRISTIN\CEB\padazz.wpd

STATE OF CALIFORNIA-HEALTH AND WELFARE AGENCY — DEPARTMENT OF MENTAL HEALTH

DATE OF REPORT: 8/24/04
DATE DICTATED:
DATE TYPED:

**GUIDELINES**

1. **IDENTIFICATION DATA**
2. **PRIOR HISTORY:** (Include previous psychiatric hospitalizations, treatment and significant past psychiatric and medical history)
3. **CHIEF COMPLAINT/REASON FOR ADMISSION:** (Include reasons identified by patient and/or other sources.)
4. **PHYSICAL AND MENTAL STATUS AT ADMISSION:**
5. **HOSPITAL COURSE:** Danger to self/others; other psychiatric.
6. **HOSPITAL COURSE:** Physical problems
7. **MENTAL STATUS AT RELEASE**
8. **CURRENT LEGAL STATUS AND REASON FOR RELEASE:**
9. **DSM DIAGNOSIS:** (All five axis)
10. **RECOMMENDATIONS FOR PHYSICAL & PSYCHIATRIC FOLLOW-UP:**
    a. Medications/diet/activity limitations
    b. Other, e.g., Hepatitis follow-up, locked or unlocked setting.

53 y.o. came ♂ from RJD CTF to A3 on 4/28/04 for further programming/stabilization. Target symptoms/problems = Depression (mood swings) suicidal thought & attempt. (+) Dyslexia (+) paranoid thoughts ↑ anxiety, paranoia, pressured speech, [redacted]

Physical problem: Hep. C (+), Sleep apnea, kidney failure, DJD, Eczema (Psoriasis). History: Depakote, Remeron, neurontin (ineffective). Hospital course = Patient adjusted slowly to the unit — at first he didn't want to stay. He was not placed on any medication (patient refused) and he functioned well without it. He was noted with some sarcastic behavior. Above symptoms are now fairly under control. medication medical problems ie. Sleep apnea is being worked up by Dr. Bourne, M.D. So far he is not too incapacitated by it. He is generally polite. He has reached maximum benefit from the program.
Diagnoses: I. ~~Bipolar Disorder mixed~~ no psychosis

☐ CONTINUED ON BACK

NAME (PRINT): C. DAGCUTA    M.D.
SIGNATURE: C. Dagcuta, MD    M.D.
DATE: 8/24/04

II ASPD  III Sleep apnea, DJD, Hep C (+) Eczema  IV Incarceration
V = 55   PLAN = Discharge to RJD. Current medication: Naprosyn 500mg po BID
② May need "CPAP" machine. Patient is pending diagnosis confirmation of continued breathing problem (per Dr. Bourne, M.D.) from the community hospital - ie. sleep apnea documentation.

Palazzo, Ralph  T99035

CONFIDENTIAL PATIENT INFORMATION SEE W & I CODE SECTION 5328
MH 5741A (Revised 1/96) DMH-VACAVILLE

**MEDICAL DISCHARGE SUMMARY**    CORE RECORD

## MENTAL HEALTH DISCRIMINATION QUESTIONNAIRE
## FOR MAIL-IN RESPONSE

Name: Raphael J Palazzo

CDC Number: T90035

Earliest Possible Release Date (EPRD): October 14, 2007

Revocation Release Date (RRD) _____

Current classification score (from 840), if you know: _____

Initial classification score (from 839), if you know: _____

Institution: RJDSP

### Mental Health

Do you have a mental health or psychiatric condition? ☒ Y ☐ N

What is it called (if you know)? Bi-Polar / ADHD / Dyslexia / Sleep Apnea

What are your symptoms*? Agitation / irritability / insomnia / inability to concentrate or think / anxiety / worry / repetitive thoughts

*Symptoms might include: sad/bad bad feelings, depression, suicidal feelings, agitation, irritability, insomnia, excessive sleep, loss of energy, weight loss or gain, inability to concentrate or think, mania, rapid mood swings, talking without stopping, anxiety, panic, fear, worry, trembling, sweating, chills, pounding heart, feeling detached from reality, shortness of breath, repetitive thoughts, images, or behaviors, visions or visual hallucinations, hearing voices or auditory hallucinations, illogical thoughts, etc.

Have you ever been hospitalized because of your mental health or psychiatric condition? ☒ Y ☐ N. When? Where? Voluntary/Involuntary? 1997 Turning Point Crisis Center, Oceanside, CA, 92054

Are you receiving mental health treatment such as groups, medications, or other therapy? ☐ Y ☑ N

What is your current level of mental health care?

    __EOP__

    CCCMS

    Other -- describe: _____

How long have you been at that level of care? __7 years__

Please describe the mental health treatment you are receiving. __Medication, One on One therapy, group classes__

If you are receiving medication, please describe your medication by name and dosage (if you know). __Depakote / Rimron, Wutetin__

What are the side effects, if any, of your medications? These might include insomnia, irritability, agitation, fatigue, tremors, slowed speech, excessive sleeping, or sexual dysfunction. __Fatigue, Insomnia, Inability to concentrate__

Are you receiving the medication that you have been prescribed? ☐ Y ☑ N

If EOP, have you had any problems getting EOP SNY? ☑ Y ☐ N Describe: __Medication mix up__

Have you received additional points on your classification score because of your mental health condition (if you know)? ☐ Y ☑ N

Do you have any other chronic medical conditions? ☐ Y ☐ N Describe. _____

**Housing**

Where are you housed? __G.P._____

What is the level of your housing unit? __3_____

What type of housing do you have (cell, dorm, segregated, camp, etc.)?: _____
__Cell__

Are you housed with the general population? ☒ Y ☐ N

Have you had any problems staying safe from other prisoners because of your mental health issues? ☐ Y ☒ N   If yes, please explain: _____

Have you had problems with other inmates related to your psychiatric condition? ☐ Y ☒ N   If yes, describe: _____

Are you LWOP? ☐ Y ☒ N   Escape hx? ☐ Y ☒ N

Close Custody? ☐ Y ☒ N, __ A __ B

Are you waiting for transfer to an EOP or an in-patient facility? ☐ Y ☒ N

If yes, how long have you been waiting, and why has there been a delay? _____

Have you had any delay or problems getting into Level I or Level II housing because you take medication or have a mental health condition? ☐ Y ☐ N
Describe: __Not at this time__

Has your use of medication affected the level of your assigned housing? For example, have you been assigned to a higher security level in order to access the pharmacy? ☐ Y ☒ N   Describe. _____

## Work and Education Programs

Are you participating in work or education programs? ☒ Y ☐ N

What are they? Describe. _A-M Kitchen_

Are you receiving credit for participating in these programs? ☐ Y ☒ N

Have you had any problems getting into particular work or education programs because you are CCCMS, are EOP, take medication, or have a mental health condition? Check all that apply and describe problem(s).

☐ Particular job assignment. Describe: _N/A_

☐ Particular educational or vocational program. Describe: _N/A_

☐ Work furlough problem. Describe: _N/A_

☐ Prison Industry Authority (PIA) job. Describe: _N/A_

☐ Fire camp or conservation camp. Describe: _N/A_

Questionnaire (cont.)

☐ Other. Describe: _____ N|A _____

_____

_____

Have you been denied classification score point reductions at your annual reviews, even though you are working or participating in an educational, vocational or treatment program?   ☐ Y  ☒ N  Describe: _____

_____

Have you been denied access to A-1-A time credit earning status?  ☐ Y  ☒ N
Describe: _____

_____

What is your current credit earning and privilege status? _____

### Misconduct/Discipline

Do you have any pending 115s?  ☐ Y  ☒ N

Describe the dates (approximate) and the charges. _____

_____

_____

In your view, are any of your 115s related to your mental health condition?
☒ Y  ☐ N   If yes, explain. _____

_____

_____

Are you currently in administrative segregation?  ☐ Y  ☒ N  What are the reasons for the placement? _____

_____

Questionnaire (cont.)

## Reception Center

When you arrived at the CDC, did you stay longer than 60 days at a CDC reception center? ☒ Y ☐ N  If yes, please specify your length of stay and the reasons, if you know. _Five months / the CDC likes to prolong the process for cost increase to tax payers._

## Pre-Release Programs

Have you had any problems getting into community-based programs because you are CCCMS, are EOP, take medication, or have a mental health condition? Check all that apply and describe problem(s).

☐ CCF or CCRF pre-release program. Describe: _Not yet_

☐ Drug treatment furlough. Describe: _Not yet_

☐ Other. Describe: _Not yet_

## Parole (Where Applicable)

Have you had problems getting paroled to a particular county because of your need for mental health services? ☒ Y ☐ N  Explain. _Not yet_

Do you have any conditions of parole that are related to your mental health condition? ☒ Y ☐ N  Describe. _Unknown_

Does your parole include a plan to make sure you continue receiving medication upon your release? ☒ Y ☐ N  Other kinds of treatment? ☒ Y ☐ N

_Unknown_

RBA Case No. 935-1
LAS-ELC Case No. 736                                                                 Page 6

Have you ever had a problem getting an appointment or medications at the POC?
☑ Y ☐ N

Have you had any other problems getting mental health treatment while on parole?
☑ Y ☐ N Describe. CDC does not want the cost

Has your parole ever been revoked? ☑ Y ☐ N Why? Was it related to your mental health condition? Yes

Have you ever been violated by a parole agent, or threatened with violation, for something related to your mental health condition? ☑ Y ☐ N Explain. I could not explain correctly certain issues to the P.O.

**Miscellaneous Programs**

Have you had any problems accessing the following programs or opportunities?

☐ Family visiting programs. Describe: Not yet

☐ Religious services. Describe: Not yet

☑ Law library. Describe: Restrictive policys

☐ Other. Describe:

## Appeals and Lawsuits.

Have you filed any 602 appeals regarding these issues? ☒ Y ☐ N

If yes, which issues? Lack of proper care/medications/treatment/to provide (Sleep Apnea) C-PAP.

Have you filed any 1824 appeals regarding these issues? ☐ Y ☐ N

If yes, which issues? Same as Above

Have you received any responses? ☒ Y ☐ N Describe. Denied

Have you completed a first level appeal? ☒ Y ☐ N

Have you completed a second level appeal? ☒ Y ☐ N

Have you completed a third level/director's appeal? ☒ Y ☐ N

Have you filed a DOJ appeal? ☒ Y ☐ N

Have you filed any lawsuits regarding these issues? ☒ Y ☐ N

If yes, which issues? I am working on government claim

Where is your case filed, which court? _____

What is your case number? _____

Who is your judge? _____

When did you file your case (month/year)? _____

Do you have a lawyer? ☐ Y ☒ N Who? _____

**Please attach all 602/1824 appeals to this form.**
RBA Case No. 935-1
LAS-ELC Case No. 736

Page 8