LaShun Richardson #447118
P.O. Box 9200, Telford Unit
New Boston, TX 75570-9200

Honorable Raymond T. Lyons
UNITED STATES BANKRUPTCY JUDGE
U.S. Courthouse, 402 East State Street, Courtroom #4
Trenton, New Jersey 08608

July 25, 2005.

RE: **Request for information concerning Bankruptcy matters.**

Honorable Judge of Said Court:

    I would respectfully request for your assistance, without establishing any direct form of communication with you. However, considering the circumstances, I don't have any options, other than to seek your assistance, because the information I am requesting no one seem to have it, or continue to use stall and delay tactics, to avoid providing relevant information.

    I would first establish that I am incarcerated within the Texas Department of Criminal Justice. My father deceased, left several asbestos related personal injury claims, to be addressed, and properly litigated.

    However, the Attorneys, and Counsels of the record assigned to litigate said claims is within the Law Office, of Foster & Sear L.L.P. Emergisoft Plaza, 524 E. Lamar Blvd. Ste. #200, Arlington, Texas 76011.

    Due to Counsel's failure to disclose appropriate information, in connection with the asbestos litigation, concerning Bankruptcy matters, Bankruptcy Plans, Settlement Agreements, and factual background of all existing claims, I had to submit a formal complaint with The State Bar of Texas, in connection with Lead Counsel's Conduct.

    My Counsel has failed to provide me with information relevant, because I am an absent Class Member, therefore, I am entitled to know certain information, concerning plans of Bankruptcy, Settlement Agreements, and other documentation to determine whether or not I am being fairly compensated, before I sign and waive certain rights.

    It is incumbent on the Class Reprentatives to be alert for, and to report to the Court, any conflict of interest on part of Class Counsel, as for example, Counsel's greater concern for receiving a fee than for pursuing the Class Claims. The Attorneys themselves have an obligation, and when a potential conflict arises between the named Plaintiffs and the rest of the Class, the Class Attorney must not allow certain decision on behalf of listed and entitled Classes, or must not fail to disclose relevant information.

1.

rec. date on back

Without making this a long drawn out letter, I will state concisely, the information in which I am requesting. I am much aware of 157 affiliated companies in the Federal-Mogul Reorganization Proceedings, at this time I would request to know the exact Bankruptcy Court, address and location that hold the related information to these following Entities that has sought Bankruptcy Protection, in connection with the asbestos litigation.

        **FLEXITALLIC**, pending unknown

        **KAISER**, pending unknown

        **TURNER & NEWELL**, pending unknown

        **WR GRACE**, pending unknown

My father, Willie Richardson, Deceased; is a holder of administrative claims in connection with the personal injury, involving the asbestos litigation. Counsels of the record failed to provide me with P.O.C., numbers, proof of claims numbers in connection with these Entities, which has made it difficult to obtain information concerning the Bankruptcy Plans, that were established, and Voted on my behalf as an asbestos survivor and victim.

However, I will bring to the fore front, that it's unfair that I have to go outside the scope of an assigned Counsel, to obtain information to keep from being victimized of fraud, or waive claim rights, before being advised as to how much compensation I am actually entitled to as a survivor, settlement agreements, and disclosure statement in connection with specific Bankruptcy plans, will correspond with the administrative accounts, as well as give a Representative a general idea of what his entitlements are. Many Attorneys exploid the asbestos industry, and take full advantage of their clients, especially the absent class members.

I would sincerely appreciate if you transmit this requested information to my mailing address, or as an alternative direct the requested information to the Office of the Chief Disciplinary Counsel, State Bar of Texas. One Lincoln Centre, 5400 LBJ Freeway, Ste. 1280 Dallas, Texas 75240.

I have already established a complaint with the State Bar, in connection with lead Counsel's conduct, failure to disclose, had Counsel disclosed the appropriate information, I would not be going outside the scope as a client to obtain this information.

Thank you for your time and assistance concerning this matter, I sincerely hope you can be some assistance to me.

        Thank you,

        */s/ LaShun Richardson*
        LaShun Richardson #447118
        Representative of the Estate
        of Willie Richardson, Deceased