IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 137726 v1
2850487-000001  05/23/05

**EXHIBIT B**

# JANUARY 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 1/3 | 4 | Luncheon meeting with WR Grace consultants to coordinate strategy for Grace contacts at beginning of new Congress |
| 1/4 | 3 | Follow U.S. Senate events during 1st day convening of new Congress |
| 1/5 | 3 | Follow events concerning the structuring of Senate Judiciary Committee, Specter's chairmanship being questioned |
| 1/10 | 3 | Read and review materials concerning Senate Judiciary Committee (Chairmanship) |
| 1/11 | 2 | Telephone calls with Senate leadership staff concerning Senate Judiciary Committee and future of asbestos legislation in 1st session of Congress |
| 1/12 | 2.5 | Meeting and calls with Grace consultants concerning Senate Democratic perception of events on Senate Judiciary Committee |
| 1/13 | 3 | Monitor events affecting Senate Judiciary Committee structuring for new Congress |
| 1/14 | 1 | Telephone conference with Mr. Corcoran regarding Senate activities |
| 1/17 | 2 | Read and review materials concerning consideration of asbestos legislation and Senate Judiciary Committee issues |
| 1/21 | 2 | Read and review materials concerning consideration of asbestos legislation and Senate Judiciary Committee issues |
| 1/24 | 2 | Telephone calls concerning upcoming meeting with Senator Burns |
| 1/25 | 2 | Preparation of materials for Burns meeting |
| 1/26 | 3 | Meeting with Senator Burns' staff regarding asbestos consideration in new Congress |
| 1/27 | 2 | Review with Grace consultants and officials' discussions with Sen. Burns office |

EXPENSES ITEMIZED AND SUMMARIZED FOR DECEMBER 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 01/31/2005**
**Bill # 67931021 dated 02/10/2005**

| Description | Date | Amount |
|---|---|---|
| FedEx | 12/22/04 | $22.65 |
| **Bill #67931021 itemized totals** | | **$22.65** |

W JDR 137726 v1
2850487-000001 05/23/05