IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005 FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 138166 v1
2850487-000001 05/20/2005

*EXHIBIT B*

## MARCH 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 3/3 | 1 | Read and review materials on asbestos legislation |
| 3/7 | 1 | Read and review materials on asbestos legislation |
| 3/10 | 2 | Work with Grace consultants on asbestos legislation |
| 3/11 | 3 | Attend meeting with Mr. Corcoran regarding asbestos legislation |
| 3/14 | 3 | Telephone calls with Mr. Corcoran and Grace consultants regarding legislation and other matters; arrange meetings with Senatorial staff regarding asbestos |
| 3/15 | 2.5 | Telephone conferences with Mr. Corcoran and Grace consultants regarding problems with pending actions on Senate Judiciary bill |
| 3/16 | 3 | Work on issues relating to Congressman Smith's actions with regarding to former Grace facility in New Jersey |
| 3/17 | 1 | Read and review materials on asbestos legislation |
| 3/18 | 3 | Prepare for and attend meeting with Senator Burns' and Mr. Corcoran regarding asbestos legislation |

W JDR 138166 v1
2850487-000001 05/20/2005

EXPENSES ITEMIZED AND SUMMARIZED FOR MARCH 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 03/31/2005**
**Bill # 67950728 dated 04/28/2005**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 03/01/05 | $0.70 |
| Long Distance Charge | 03/02/05 | $0.70 |
| Long Distance Charge | 03/07/05 | $2.45 |
| Long Distance Charge | 03/07/05 | $0.70 |
| Photo Reproduction Charge | 03/14/05 | $2.45 |
| Long Distance Charge | 03/14/05 | $0.60 |
| Long Distance Charge | 03/16/05 | $0.35 |
| Long Distance Charge | 03/25/05 | $0.35 |
| **Bill #67950728 itemized totals** | | **$8.30** |

| Summarized: | Amount |
|---|---|
| Photo Reproduction Charge | $0.60 |
| Long Distance Charge | $7.70 |
| **Bill #67950728 summarized totals** | **$8.30** |

W JDR 138166 v1
2850487-000001 05/20/2005