IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 138202 v1
0-0 06/03/05

*EXHIBIT D*

## MARCH, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|---|---|---|
| 3/3 | 3.0 | Meeting with W.R. Grace at BDBCB to discuss China strategy and upcoming travel to China |
| 3/4 | 4.0 | Contact BDBCB China office to discuss appropriate meetings |
| | 4.0 | Refine strategy |
| | 4.0 | Identify relevant agencies |
| 3/5 | 15.0 | Travel to China for Meetings on behalf of W.R. Grace |
| 3/6 | 4.0 | Seek guidance from Foreign Affairs Ministry |
| 3/7 | 4.0 | Meet with Asia Petrochemical Supplies Ltd |
| 3/8 | 4.0 | Follow up meetings with Asia Petrochemical Supplies Ltd |
| 3/9 | 4.0 | Meet with China Construction Material Industry Association |
| 3/10 | 4.0 | Follow up meetings with China Construction Material Industry Association |
| 3/11 | 4.0 | Meet with Ministry of Commerce's Foreign Investment Administration |
| 3/14 | 4.0 | Meet with Deputy Director General of SINOPEC Foreign Cooperation Office |
| 3/14 | 4.0 | Sub strategic meetings on Ministry of Commerce Foreign Investment Administration and SINOPEC |
| 3/15 | 4.0 | Meet with Vice Administrator of China Standardization Administration |
| | 4.0 | Meet with Ministry of Construction |
| | 4.0 | Follow up with materials to Ministry |
| 3/16 | 6.0 | Travel to Shanghai |
| | 4.0 | Meeting with WRG officers in Shanghai for Strategic planning |
| | 8.0 | Meet with Vice Chairman of Shanghai SMERT |
| | 4.0 | Follow up with materials and meeting |
| | 4.0 | Begin recap of China trip report for W.R. Grace |
| | 4.0 | Edit recap of China trip report for W.R. Grace |
| 3/17 | 4.0 | Transport China report to W.R. Grace |
| 3/18 | 15 | Return travel from China |

EXPENSES ITEMIZED AND SUMMARIZED FOR MARCH, 2005

**W.R. Grace Expenses**
**Client # 2850487-000002**
**Itemized and summarized through 3/31/2005**
**Bill # 67945544 dated 4/13/2005**

| Description | Date | Amount |
|---|---|---|
| Airfare to China | 3/5/05 | $2,957.94 |
| Lodging | 3/5/05 | $537.88 |
| Ground transportation | 3/5/05 | $348.49 |
| Meals | 3/5/05 | $336.10 |
| Tips | 3/5/05 | $124.62 |
| Mobile/ Cell Phone Charge | 3/10/05 | $33.31 |
| Airfare In China | 3/21/05 | $181.44 |
| Lodging for BDBC Int'l rep | 3/21/05 | $235.48 |
| Ground transportation & tips in China | 3/21/05 | $11.76 |
| Minor Gifts for Chinese officials | 3/21/05 | $141.96 |
| Airfare In China for meeting with W.R. Grace Shanghai rep. (Feb. 2005) | 3/21/05 | $120.96 |
| Hotel Charge for BDBC Int'l rep. (Feb. 2005) | 3/21/05 | $50.40 |
| MinorGifts for Chinese officials (Feb. 2005) | 3/21/05 | $43.68 |
| Dinner with Foreign Affairs Officer (Feb. 2005) | 3/21/05 | $46.20 |
| Ground transportation & tips (Feb. 2005) | 3/21/05 | $2.79 |
| Wire transfer fee | 3/21/05 | $15.00 |
| Meal with Chinese officials | 03/24/05 | 137.99 |
| Dinner with Chinese Vice Minister | 03/25/05 | $166.66 |
| Publications prepared for Chinese | 3/25/05 | $87.05 |
| **Bill #67945544 itemized totals** | | **$5,579.71** |

| Summarized: | Amount |
|---|---|
| Meal on behalf of client | $137.99 |
| Travel Expenses | $5,226.75 |
| Miscellaneous Expense | $166.66 |
| Service Fee | $15.00 |
| Mobile/ Cell Phone Charges | $33.31 |
| **Bill #67945544 summarized totals** | **$5,579.71** |