IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re: ) Chapter 11
)
W.R.GRACE & CO., et al.[1] ) Case No. 01-01139 (JKF)
) (Jointly Administered)
)

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Conpany, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 138165 v1
2850487-000001 05/20/2005                                                    *EXHIBIT B*

# FEBRUARY 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 2/2 | 1 | Read and review materials on Senate Judiciary Committee regarding asbestos |
| 2/7 | 2 | Read and review materials on asbestos legislation and Senate Judiciary Committee issues |
| 2/8 | 1 | Telephone conferences with Grace consultants regarding asbestos legislation |
| 2/14 | 2 | Read and review materials on asbestos legislation; discussions with Grace consultants regarding same |
| 2/16 | 1 | Read and review materials concerning asbestos legislation |
| 2/17 | 1 | Read and review materials concerning asbestos legislation |
| 2/18 | 1 | Discussion with Grace consultants regarding asbestos legislation |

EXPENSES ITEMIZED AND SUMMARIZED FOR FEBRUARY 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 02/28/2005**
**Bill # 67950726 dated 04/28/2005**

| Description | Date | Amount |
|---|---|---|
| Reports/ search retrieval | 01/10/05 | $7.95 |
| Long Distance Charge | 01/24/05 | $1.40 |
| Long Distance Charge | 01/24/05 | $1.05 |
| Long Distance Charge | 01/24/05 | $0.35 |
| Mobile/ Cell Phone Charge | 01/25/05 | $25.55 |
| Long Distance Charge | 01/25/05 | $3.15 |
| Cab Fare | 01/28/05 | $14.00 |
| Shipping Expense | 02/01/05 | $384.00 |
| Long Distance Charge | 02/07/05 | $0.35 |
| Long Distance Charge | 02/07/05 | $1.05 |
| Long Distance Charge | 02/07/05 | $1.05 |
| Long Distance Charge | 02/08/05 | $0.35 |
| Cab Fare | 02/08/05 | $12.00 |
| Long Distance Charge | 02/11/05 | $1.75 |
| Long Distance Charge | 02/16/05 | $1.05 |
| Client Meals | 02/18/05 | $89.80 |
| Long Distance Charge | 02/23/05 | $1.05 |
| Long Distance Charge | 02/28/05 | $0.70 |
| Long Distance Charge | 02/28/05 | $3.85 |
| **Bill #67950726 itemized totals** | | **$550.45** |

| Summarized: | Amount |
|---|---|
| Reports/ search retrieval | $7.95 |
| Long Distance Charge | $17.15 |
| Mobile/ Cell Phone Charge | $25.55 |
| Cab Fare | $26.00 |
| Shipping Expense | $384.00 |
| Client Meals | $89.80 |
| **Bill #67950726 summarized totals** | **$550.45** |

W JDR 138165 v1
2850487-000001 05/20/2005