IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Conpany, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT D**

W MDD 138189 v1
0-0  05/24/2005

## FEBRUARY, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
| --- | --- | --- |
| 2/1 | 3.0 | Discussed China strategy with W.R. Grace officials |
| 2/2 | 4.0 | Write up strategic plan outlining alternatives; test theories with Chinese colleagues |
| 2/3 | 1.0 | Contact BDBC Beijing Office re W.R. Grace and possible Chinese government contacts |
| 2/4 | 1.0 | E-mail J. Healy re BDBC Beijing Office rep meeting with W.R. Grace Shanghai staff |
| 2/7 | 5.0 | Begin work on China strategy for W.R. Grace |
| 2/8 | 5.0 | Contact Chinese Embassy officials re W.R. Grace; Contact Ministry of Commerce Foreign Investment Administration; SINOPEC Foreign Cooperation Office; China Standardization Administration in China re W.R. Grace |
| 2/9 | 1.0 | Contact BDBC Beijing Office re W.R. Grace and possible Chinese government contacts |
| 2/10 | 5.0 | Contact Ministry of Construction and SMERT in China re W.R. Grace |
| 2/11 | 1.0 | Contact BDBC Beijing Office re W.R. Grace and possible Chinese government contacts |
| 2/14 | 2.0 | Meeting with Chinese Embassy Commercial Counselor re W.R. Grace |
| 2/15 | 4.0 | Follow up with Ministry of Commerce Foreign Investment Administration; SINOPEC Foreign Cooperation Office; China Standardization Administration in China re upcoming meetings on behalf of W.R. Grace |
| 2/16 | 4.0 | Request meetings with Chinese government agencies on behalf of W.R. Grace |
| 2/17 | 2.0 | Contact BDBC Beijing Office re W.R. Grace and possible Chinese government contacts |
| 2/18 | 3.0 | Coordinate meetings with BDBC Beijing rep on behalf of W.R. Grace |
| 2/21 | | E-mail J. Healy re BDBC Beijing Office rep meeting with W.R. Grace Shanghai staff |
| 2/22 | 3.0 | Edit China strategy |
| 2/23 | 1.0 | Correspond with W.R. Grace official re upcoming meeting in BDBCB Offices |
| 2/24 | 5.0 | Follow-up with Ministry of Commerce Foreign Investment Administration; SINOPEC Foreign Cooperation Office; China Standardization Administration in China re upcoming China visit on behalf of W.R. Grace |
| 2/25 | 5.0 | Draft new goal for each Ministry |
| 2/28 | 4.0 | Begin to confirm meetings in China on behalf of W.R. Grace |

EXPENSES ITEMIZED AND SUMMARIZED FOR FEBRUARY, 2005

**W.R. Grace Expenses**
**Client # 2850487-000002**
**Itemized and summarized through 2/28/2005**
**Bill # 67937933 dated 3/9/2005**

| Description | Date | Amount |
|---|---|---|

**No Expenses**