IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on August 26, 2005 I caused a copy of the foregoing to be served upon the individuals below, in the manner indicated, and on the attached service list via first-class mail unless otherwise indicated.

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young, et al.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
(Via hand delivery)

David M. Bernick, P.C.
200 East Randolph Drive
Chicago, Illinois 60601
(Via e-mail and Federal Express)

Barbara Harding, Esquire
Kirkland & Ellis, LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
(Via e-mail and Federal Express)

*/S/ Mark Hurford*
Mark T. Hurford (#3299)

Dated: August 26, 2005

{D0048091:1 }