## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 26, 2005 a copy of the foregoing was served on the following in the manner indicated:

**By Hand Delivery**
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 North Market Street
Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**By Facsimile**
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**By Facsimile**
Barbara Harding, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005

*Elizabeth D. Power*
Elizabeth D. Power (ID No. 4135)