**APPENDIX C**
**Additional Copies of Part II of the Questionnaire**

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**1. Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer          ☐ Mesothelioma
☐ Asbestosis                                          ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
☐ Other Asbestos Disease                     ☐ Clinically Severe Asbestosis

**a. Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

☐   diagnosis from a pathologist certified by the American Board of Pathology

☐   diagnosis from a second pathologist certified by the American Board of Pathology

☐   diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

**b. Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐   findings by a pathologist certified by the American Board of Pathology

☐   evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestosis determined by pathology

☐   evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐   diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

**c.   Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon   ☐ pharyngeal   ☐ esophageal   ☐ laryngeal   ☐ stomach cancer   ☐ other, please specify _____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐   findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

d.   **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a second B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

e.   **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

f.   **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐   diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐   diagnosis determined by pathology

☐   a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a chest x-ray reading other than those described above

☐   a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐   a pulmonary function test other than that discussed above

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐   a CT Scan or similar testing

☐   a diagnosis other than those above

☐   other (please specify):_____

## 2. Information Regarding Diagnosis

**Date of Diagnosis:** _____

**Diagnosing Doctor's Name:** _____    **Diagnosing Doctor's Specialty:** _____

**Diagnosing Doctor's Mailing Address:** _____
                                         Address              City        State/Province    Zip/Postal Code

**Diagnosing Doctor's Daytime Telephone Number:** _____

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? ☐ Yes ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*_____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? ☐ Yes ☐ No

Was the diagnosing doctor referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ☐ Yes ☐ No

*If yes, please explain:* _____
_____

**Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?** ☐ Yes ☐ No

**Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?** ☐ Yes ☐ No

**Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?** ☐ Yes ☐ No

**Did the diagnosing doctor perform a physical examination?** ☐ Yes ☐ No

Do you currently use tobacco products? ☐ Yes ☐ No   **Have you ever used tobacco products?** ☐ Yes ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐ Cigarettes   Packs Per Day (half pack = .5) _____   Start Year _____   End Year _____

☐ Cigars   Cigars Per Day _____   Start Year _____   End Year _____

☐ If Other Tobacco Products, please
specify (e.g., chewing tobacco):_____   Amount Per Day _____   Start Year _____   End Year _____

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ☐ Yes ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:_____*
_____
_____

**3. Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory ☐ Job site ☐ Union Hall ☐ Doctor office ☐ Hospital ☐ Other: _____

Address where chest x-ray taken: _____

**4. Information Regarding Chest X-Ray Reading**

Date of Reading: _____   ILO score: _____

Name of Reader: _____   Reader's Daytime Telephone Number: _____

Reader's Mailing Address: _____
                          Address                    City          State/Province      Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:_____*

Did you retain counsel in order to receive any of the services performed by the reader? ☐ Yes ☐ No

Was the reader referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between the reader and your legal counsel? ☐ Yes ☐ No

*If yes, please explain: _____*

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading? ☐ Yes ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:_____*
_____

**5. Information Regarding Pulmonary Function Test:**

Date of Test: _____   Total Lung Capacity (TLC): ___% of predicted

List your height in feet and inches when test given:_____   Forced Vital Capacity (FVC): ____% of predicted

List your weight in pounds when test given:_____   FEV1/FVC Ratio: ____% of predicted

Name of Doctor Performing Test (if applicable): _____   Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
                                               Address              City          State/Province      Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: _____

Name of Doctor Interpreting Test: _____   Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
                                       Address              City          State/Province      Zip/Postal Code

**Interpreting Doctor's Daytime Telephone Number:** _____

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician? ☐Yes ☐No

Was the testing doctor and/or clinician paid for the services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*_____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician? ☐Yes ☐No

Was the testing doctor or clinician referred to you by counsel? ☐Yes ☐No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ☐Yes ☐No

*If yes, please explain:* _____
_____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?** ☐ Yes ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? ☐Yes ☐No

Was the doctor paid for the services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*_____

Did you retain counsel in order to receive any of the services performed by the doctor? ☐Yes ☐No

Was the doctor referred to you by counsel? ☐Yes ☐No

Are you aware of any relationship between the doctor and your legal counsel? ☐Yes ☐No

*If yes, please explain:* _____
_____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?** ☐ Yes ☐ No

**6. Information Regarding Pathology Reports:**

**Date of Pathology Report:** _____    **Findings:** _____

**Name of Doctor Issuing Report:** _____    **Doctor's Specialty:** _____

**Doctor's Mailing Address:** _____

|  |  |  |  |
|---|---|---|---|
| Address | City | State/Province | Zip/Postal Code |

**Doctor's Daytime Telephone Number:** _____

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:*_____

Did you retain counsel in order to receive any of the services performed by the doctor? ☐ Yes ☐ No

Was the doctor referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ☐ Yes ☐ No

*If yes, please explain:* _____
_____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?** ☐ Yes ☐ No

7. **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?** ☐ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:** _____    **Treating Doctor's Specialty:** _____

**Treating Doctor's Mailing Address:** _____

                                         Address                              City          State/Province  Zip/Postal Code

**Treating Doctor's Daytime Telephone number:** _____

**Was the doctor paid for the services that he/she performed?** ☐ Yes ☐ No

    *If yes, please indicate who paid for the services performed:*_____

**Did you retain counsel in order to receive any of the services performed by the doctor?** ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**1. Please check the box next to the condition being alleged:**

☐ Asbestos-Related Lung Cancer     ☐ Mesothelioma
☐ Asbestosis     ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
☐ Other Asbestos Disease     ☐ Clinically Severe Asbestosis

**a. Mesothelioma:** If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the following (check all that apply):

☐   diagnosis from a pathologist certified by the American Board of Pathology

☐   diagnosis from a second pathologist certified by the American Board of Pathology

☐   diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial causal role in the development of the condition

**b. Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with primary lung cancer based on the following (check all that apply):

☐   findings by a pathologist certified by the American Board of Pathology

☐   evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestosis determined by pathology

☐   evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐   evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐   diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐   a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

**c. Other Cancer:**

(i) If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon   ☐ pharyngeal   ☐ esophageal   ☐ laryngeal   ☐ stomach cancer   ☐ other, please specify _____

(ii) Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐   findings by a pathologist certified by the American Board of Pathology

☐   evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

**d.    Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

**e.    Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

f. **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

- ☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine
- ☐ diagnosis determined by pathology
- ☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)
- ☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)
- ☐ a chest x-ray reading other than those described above
- ☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEVI/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted
- ☐ a pulmonary function test other than that discussed above
- ☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition
- ☐ a CT Scan or similar testing
- ☐ a diagnosis other than those above
- ☐ other (please specify):_____

## 2. Information Regarding Diagnosis

**Date of Diagnosis:** _____

**Diagnosing Doctor's Name:** _____   **Diagnosing Doctor's Specialty:** _____

**Diagnosing Doctor's Mailing Address:** _____
                                      Address              City       State/Province       Zip/Postal Code

**Diagnosing Doctor's Daytime Telephone Number:** _____

**With respect to your relationship to the diagnosing doctor, check all applicable boxes:**

Was the diagnosing doctor your personal physician? ☐ Yes ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? ☐ Yes ☐ No

    *If yes, please indicate who paid for the services performed:*_____

Did you retain counsel in order to receive any of the services performed by the diagnosing doctor? ☐ Yes ☐ No

Was the diagnosing doctor referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between the diagnosing doctor and your legal counsel? ☐ Yes ☐ No

    *If yes, please explain:* _____
_____

**Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis?** ☐ Yes ☐ No

**Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?** ☐ Yes ☐ No

**Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis?** ☐ Yes ☐ No

**Did the diagnosing doctor perform a physical examination?** ☐ Yes ☐ No

Do you currently use tobacco products? ☐ Yes ☐ No   **Have you ever used tobacco products?** ☐ Yes ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:*

☐ Cigarettes        Packs Per Day (half pack = .5) _____    Start Year _____  End Year _____

☐ Cigars        Cigars Per Day _____   Start Year _____  End Year _____

☐ If Other Tobacco Products, please
    specify (e.g., chewing tobacco):_____    Amount Per Day _____   Start Year _____  End Year _____

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? ☐ Yes ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*_____

_____

_____

**3. Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

    ☐ Mobile laboratory ☐ Job site ☐ Union Hall ☐ Doctor office ☐ Hospital ☐ Other: _____

Address where chest x-ray taken: _____

**4. Information Regarding Chest X-Ray Reading**

Date of Reading: _____        ILO score: _____

Name of Reader: _____    Reader's Daytime Telephone Number: _____

Reader's Mailing Address: _____
                               Address                    City        State/Province    Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

    Was the reader paid for the services that he/she performed? ☐ Yes ☐ No

    *If yes, please indicate who paid for the services performed:*_____

    Did you retain counsel in order to receive any of the services performed by the reader? ☐ Yes ☐ No

    Was the reader referred to you by counsel? ☐ Yes ☐ No

    Are you aware of any relationship between the reader and your legal counsel? ☐ Yes ☐ No

    *If yes, please explain:* _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading? ☐ Yes ☐ No

    *If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:*_____

    _____

**5. Information Regarding Pulmonary Function Test:**

Date of Test: _____        Total Lung Capacity (TLC): ___% of predicted

List your height in feet and inches when test given:_____    Forced Vital Capacity (FVC): ____% of predicted

List your weight in pounds when test given:_____    FEV1/FVC Ratio: ____% of predicted

Name of Doctor Performing Test (if applicable): _____ Doctor's Specialty: _____

Name of Clinician Performing Test (if applicable): _____

Testing Doctor or Clinician's Mailing Address: _____
                                                    Address            City        State/Province    Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: _____

Name of Doctor Interpreting Test: _____   Doctor's Specialty: _____

Interpreting Doctor's Mailing Address: _____
                                            Address            City        State/Province    Zip/Postal Code

**Interpreting Doctor's Daytime Telephone Number:** _____

**With respect to your relationship to the doctor or clinician who performed the pulmonary function test check all applicable boxes:**

If the test was performed by a doctor, was the doctor your personal physician? ☐ Yes ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the testing doctor or clinician? ☐ Yes ☐ No

Was the testing doctor or clinician referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal counsel? ☐ Yes ☐ No

*If yes, please explain:* _____
_____

**Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test?** ☐ Yes ☐ No

**With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:**

Was the doctor your personal physician? ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ☐ Yes ☐ No

Was the doctor referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ☐ Yes ☐ No

*If yes, please explain:* _____
_____

**Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?** ☐ Yes ☐ No

**6. Information Regarding Pathology Reports:**

**Date of Pathology Report:** _____    **Findings:** _____

**Name of Doctor Issuing Report:** _____    **Doctor's Specialty:** _____

**Doctor's Mailing Address:** _____

| | | |
|---|---|---|
| Address | City | State/Province    Zip/Postal Code |

**Doctor's Daytime Telephone Number:** _____

**With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:**

Was the doctor your personal physician? ☐ Yes ☐ No

Was the doctor paid for the services that he/she performed? ☐ Yes ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the doctor? ☐ Yes ☐ No

Was the doctor referred to you by counsel? ☐ Yes ☐ No

Are you aware of any relationship between the doctor and your legal counsel? ☐ Yes ☐ No

*If yes, please explain:* _____
_____

**Was the doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis?**    ☐ Yes ☐ No

7. **With respect to the condition alleged, have you received medical treatment from a doctor for the condition?** ☐ Yes ☐ No

*If yes, please complete the following:*

**Name of Treating Doctor:** _____   **Treating Doctor's Specialty:** _____

**Treating Doctor's Mailing Address:** _____

                              Address                    City        State/Province  Zip/Postal Code

**Treating Doctor's Daytime Telephone number:** _____

**Was the doctor paid for the services that he/she performed?** ☐ Yes ☐ No

    *If yes, please indicate who paid for the services performed:* _____

**Did you retain counsel in order to receive any of the services performed by the doctor?** ☐ Yes ☐ No

[REMAINDER OF PAGE INTENTIONALLY BLANK]

**APPENDIX D**
**Additional Copies of Part III of the Questionnaire**

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a)  A worker who personally mixed Grace asbestos-containing products

(b)  A worker who personally removed or cut Grace asbestos-containing products

(c)  A worker who personally installed Grace asbestos-containing products

(d)  A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e)  A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f)  If other, please specify.

### Site of Exposure:

Site Name: _____

Site Type: ☐ Residence ☐ Business

Employer During Exposure: _____

Location: _____

Site Owner: _____

Unions of which you were a member during your employment: _____

| Product(s) | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code (if Code 59, specify) | Industry Code (if Code 18, specify) | Was exposure due to work in, or around areas where product was being installed, mixed, removed, or cut? If yes, please indicate your regular proximity to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Grace asbestos-containing products

(b) A worker who personally removed or cut Grace asbestos-containing products

(c) A worker who personally installed Grace asbestos-containing products

(d) A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e) A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f) If other, please specify.

**Site of Exposure:**

Site Name: _____     Location: _____

Site Type: ☐ Residence  ☐ Business     Site Owner: _____

Employer During Exposure: _____     Unions of which you were a member during your employment: _____

| Products | Basis for Identification of Each Grace Product | Dates and Frequency of Exposure (months, days/year) | Occupation Code *If Code 50, specify.* | Industry Code *If Code 99, specify.* | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? *If Yes, please indicate who, and/or products in such cases.* | Nature of Exposure |
|---|---|---|---|---|---|---|
| Job 1 Description: | | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

**APPENDIX E**
**Additional Copies of Part IV of the Questionnaire**

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

1. **Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?** ☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. **Please indicate the following information regarding the other injured person:**

   **Name of Other Injured Person:** _____

   **Gender:** ☐ Male ☐ Female    **Last Four Digits of Social Security Number:** _____    **Birth Date:** _____

3. **What is your Relationship to Other Injured Person:** ☐ Spouse ☐ Child ☐ Other

4. **Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:** _____
   _____

5. **Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: From:** _____ **To:** _____

6. **Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:** _____
   _____

7. **Has the Other Injured Person filed a lawsuit related to his/her exposure?** ☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   **Caption:** _____

   **Case Number:** _____    **File Date:** _____

   **Court Name:** _____

8. **Nature of Your Own Exposure to Grace Asbestos-Containing Product:** _____
   _____

9. **Dates of Your Own Exposure to Grace Asbestos-Containing Product: From:** _____ **To:** _____

10. **Your Basis for Identification of Asbestos-Containing Product as Grace Product:** _____
   _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

**PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS**

1. **Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person?** ☐ Yes ☐ No

   *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2. **Please indicate the following information regarding the other injured person:**

   Name of Other Injured Person: _____

   Gender: ☐ Male ☐ Female    Last Four Digits of Social Security Number: _____    Birth Date: _____

3. **What is your Relationship to Other Injured Person:** ☐ Spouse ☐ Child ☐ Other

4. **Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:** _____
   _____

5. **Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products: From:** _____ **To:** _____

6. **Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:** _____
   _____

7. **Has the Other Injured Person filed a lawsuit related to his/her exposure?** ☐ Yes ☐ No

   *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

   **Caption:** _____

   **Case Number:** _____    **File Date:** _____

   **Court Name:** _____

8. **Nature of Your Own Exposure to Grace Asbestos-Containing Product:** _____
   _____

9. **Dates of Your Own Exposure to Grace Asbestos-Containing Product: From:** _____ **To:** _____

10. **Your Basis for Identification of Asbestos-Containing Product as Grace Product:** _____
    _____

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

**APPENDIX F**
**Additional Copies of Part V of the Questionnaire**

# PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products.  If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party.   For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | | Product(s) | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code (if Code 59, specify) | Industry Code (if Code 1/8, specify) | Was exposure due to working in or around areas where product was being installed, mixed, removed or cut? If yes, please indicate your regular position in such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name:_____ Address:_____ City and State:_____ Site Owner:_____ | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |
| **Site of Exposure 2** Site Name:_____ Address:_____ City and State:_____ Site Owner:_____ | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |
| **Site of Exposure 3** Site Name:_____ Address:_____ City and State:_____ Site Owner:_____ | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |

# PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products.  If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a)  A worker who personally mixed Non-Grace asbestos-containing products
(b)  A worker who personally removed or cut Non-Grace asbestos-containing products
(c)  A worker who personally installed Non-Grace asbestos-containing products
(d)  A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e)  A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f)  If other, please specify.

| Party Against which Lawsuit or Claim was Filed: | | Products | Dates and Frequency of Exposure (hours/day, days/year) | Occupation Code If Code 59, specify | Industry Code If Code 140, specify | Was exposure due to working in or around areas where product was being installed, mixed, removed, or cut? If yes, please indicate your activity pursuant to such areas | Nature of Exposure |
|---|---|---|---|---|---|---|---|
| **Site of Exposure 1** Site Name:___ Address:___ City and State:___ Site Owner:___ | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |
| **Site of Exposure 2** Site Name:___ Address:___ City and State:___ Site Owner:___ | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |
| **Site of Exposure 3** Site Name:___ Address:___ City and State:___ Site Owner:___ | Job 1 Description: | | | | | | |
| | Job 2 Description: | | | | | | |
| | Job 3 Description: | | | | | | |

**APPENDIX G**

**Additional Copy of Part VI of the Questionnaire**

## PART VI:  EMPLOYMENT HISTORY

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment.  For each job, include your employer, location of employment, and dates of employment.  Only include jobs at which you worked for at least one month.

Occupation Code: ____. If Code 59, specify _____        Industry Code: ____. If Code 118, specify _____

Employer: _____        Beginning of Employment _____   End of Employment _____

Location: _____
                Address                          City            State/Province      Zip/Postal Code

Occupation Code: ____. If Code 59, specify _____        Industry Code: ____. If Code 118, specify _____

Employer: _____        Beginning of Employment _____   End of Employment _____

Location: _____
                Address                          City            State/Province      Zip/Postal Code

Occupation Code: ____. If Code 59, specify _____        Industry Code: ____. If Code 118, specify _____

Employer: _____        Beginning of Employment _____   End of Employment _____

Location: _____
                Address                          City            State/Province      Zip/Postal Code

Occupation Code: ____. If Code 59, specify _____        Industry Code: ____. If Code 118, specify _____

Employer: _____        Beginning of Employment _____   End of Employment _____

Location: _____
                Address                          City            State/Province      Zip/Postal Code

Occupation Code: ____. If Code 59, specify _____        Industry Code: ____. If Code 118, specify _____

Employer: _____        Beginning of Employment _____   End of Employment _____

Location: _____
                Address                          City            State/Province      Zip/Postal Code

Occupation Code: ____. If Code 59, specify _____        Industry Code: ____. If Code 118, specify _____

Employer: _____        Beginning of Employment _____   End of Employment _____

Location: _____
                Address                          City            State/Province      Zip/Postal Code

Occupation Code: ____. If Code 59, specify _____        Industry Code: ____. If Code 118, specify _____

Employer: _____        Beginning of Employment _____   End of Employment _____

Location: _____
                Address                          City            State/Province      Zip/Postal Code

Occupation Code: ____. If Code 59, specify _____        Industry Code: ____. If Code 118, specify _____

Employer: _____        Beginning of Employment _____   End of Employment _____

Location: _____
                Address                          City            State/Province      Zip/Postal Code

Occupation Code: ____. If Code 59, specify _____        Industry Code: ____. If Code 118, specify _____

Employer: _____        Beginning of Employment _____   End of Employment _____

Location: _____
                Address                          City            State/Province      Zip/Postal Code