**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005 FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 137726 v1
2850487-000001 05/23/05

*Appendix C*

# JANUARY 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 1/3 | 4 | Luncheon meeting with WR Grace consultants to coordinate strategy for Grace contacts at beginning of new Congress |
| 1/4 | 3 | Follow U.S. Senate events during 1st day convening of new Congress |
| 1/5 | 3 | Follow events concerning the structuring of Senate Judiciary Committee, Specter's chairmanship being questioned |
| 1/10 | 3 | Read and review materials concerning Senate Judiciary Committee (Chairmanship) |
| 1/11 | 2 | Telephone calls with Senate leadership staff concerning Senate Judiciary Committee and future of asbestos legislation in 1st session of Congress |
| 1/12 | 2.5 | Meeting and calls with Grace consultants concerning Senate Democratic perception of events on Senate Judiciary Committee |
| 1/13 | 3 | Monitor events affecting Senate Judiciary Committee structuring for new Congress |
| 1/14 | 1 | Telephone conference with Mr. Corcoran regarding Senate activities |
| 1/17 | 2 | Read and review materials concerning consideration of asbestos legislation and Senate Judiciary Committee issues |
| 1/21 | 2 | Read and review materials concerning consideration of asbestos legislation and Senate Judiciary Committee issues |
| 1/24 | 2 | Telephone calls concerning upcoming meeting with Senator Burns |
| 1/25 | 2 | Preparation of materials for Burns meeting |
| 1/26 | 3 | Meeting with Senator Burns' staff regarding asbestos consideration in new Congress |
| 1/27 | 2 | Review with Grace consultants and officials' discussions with Sen. Burns office |

EXPENSES ITEMIZED AND SUMMARIZED FOR DECEMBER 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 01/31/2005**
**Bill # 67931021 dated 02/10/2005**

| Description | Date | Amount |
|---|---|---|
| FedEx | 12/22/04 | $22.65 |
| **Bill #67931021 itemized totals** | | **$22.65** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 138165 v1
2850487-000001 05/20/2005

# FEBRUARY 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 2/2 | 1 | Read and review materials on Senate Judiciary Committee regarding asbestos |
| 2/7 | 2 | Read and review materials on asbestos legislation and Senate Judiciary Committee issues |
| 2/8 | 1 | Telephone conferences with Grace consultants regarding asbestos legislation |
| 2/14 | 2 | Read and review materials on asbestos legislation; discussions with Grace consultants regarding same |
| 2/16 | 1 | Read and review materials concerning asbestos legislation |
| 2/17 | 1 | Read and review materials concerning asbestos legislation |
| 2/18 | 1 | Discussion with Grace consultants regarding asbestos legislation |

EXPENSES ITEMIZED AND SUMMARIZED FOR FEBRUARY 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 02/28/2005**
**Bill # 67950726 dated 04/28/2005**

| Description | Date | Amount |
|---|---|---|
| Reports/ search retrieval | 01/10/05 | $7.95 |
| Long Distance Charge | 01/24/05 | $1.40 |
| Long Distance Charge | 01/24/05 | $1.05 |
| Long Distance Charge | 01/24/05 | $0.35 |
| Mobile/ Cell Phone Charge | 01/25/05 | $25.55 |
| Long Distance Charge | 01/25/05 | $3.15 |
| Cab Fare | 01/28/05 | $14.00 |
| Shipping Expense | 02/01/05 | $384.00 |
| Long Distance Charge | 02/07/05 | $0.35 |
| Long Distance Charge | 02/07/05 | $1.05 |
| Long Distance Charge | 02/07/05 | $1.05 |
| Long Distance Charge | 02/08/05 | $0.35 |
| Cab Fare | 02/08/05 | $12.00 |
| Long Distance Charge | 02/11/05 | $1.75 |
| Long Distance Charge | 02/16/05 | $1.05 |
| Client Meals | 02/18/05 | $89.80 |
| Long Distance Charge | 02/23/05 | $1.05 |
| Long Distance Charge | 02/28/05 | $0.70 |
| Long Distance Charge | 02/28/05 | $3.85 |
| **Bill #67950726 itemized totals** | | **$550.45** |

| Summarized: | Amount |
|---|---|
| Reports/ search retrieval | $7.95 |
| Long Distance Charge | $17.15 |
| Mobile/ Cell Phone Charge | $25.55 |
| Cab Fare | $26.00 |
| Shipping Expense | $384.00 |
| Client Meals | $89.80 |
| **Bill #67950726 summarized totals** | **$550.45** |

WJDR 138165 v1
2850487-000001 05/20/2005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 138189 vl
0-0 05/24/2005

# FEBRUARY, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|---|---|---|
| 2/1 | 3.0 | Discussed China strategy with W.R. Grace officials |
| 2/2 | 4.0 | Write up strategic plan outlining alternatives; test theories with Chinese colleagues |
| 2/3 | 1.0 | Contact BDBC Beijing Office re W.R. Grace and possible Chinese government contacts |
| 2/4 | 1.0 | E-mail J. Healy re BDBC Beijing Office rep meeting with W.R. Grace Shanghai staff |
| 2/7 | 5.0 | Begin work on China strategy for W.R. Grace |
| 2/8 | 5.0 | Contact Chinese Embassy officials re W.R. Grace; Contact Ministry of Commerce Foreign Investment Administration; SINOPEC Foreign Cooperation Office; China Standardization Administration in China re W.R. Grace |
| 2/9 | 1.0 | Contact BDBC Beijing Office re W.R. Grace and possible Chinese government contacts |
| 2/10 | 5.0 | Contact Ministry of Construction and SMERT in China re W.R. Grace |
| 2/11 | 1.0 | Contact BDBC Beijing Office re W.R. Grace and possible Chinese government contacts |
| 2/14 | 2.0 | Meeting with Chinese Embassy Commercial Counselor re W.R. Grace |
| 2/15 | 4.0 | Follow up with Ministry of Commerce Foreign Investment Administration; SINOPEC Foreign Cooperation Office; China Standardization Administration in China re upcoming meetings on behalf of W.R. Grace |
| 2/16 | 4.0 | Request meetings with Chinese government agencies on behalf of W.R. Grace |
| 2/17 | 2.0 | Contact BDBC Beijing Office re W.R. Grace and possible Chinese government contacts |
| 2/18 | 3.0 | Coordinate meetings with BDBC Beijing rep on behalf of W.R. Grace |
| 2/21 | | E-mail J. Healy re BDBC Beijing Office rep meeting with W.R. Grace Shanghai staff |
| 2/22 | 3.0 | Edit China strategy |
| 2/23 | 1.0 | Correspond with W.R. Grace official re upcoming meeting in BDBCB Offices |
| 2/24 | 5.0 | Follow-up with Ministry of Commerce Foreign Investment Administration; SINOPEC Foreign Cooperation Office; China Standardization Administration in China re upcoming China visit on behalf of W.R. Grace |
| 2/25 | 5.0 | Draft new goal for each Ministry |
| 2/28 | 4.0 | Begin to confirm meetings in China on behalf of W.R. Grace |

EXPENSES ITEMIZED AND SUMMARIZED FOR FEBRUARY, 2005

**W.R. Grace Expenses**
**Client # 2850487-000002**
**Itemized and summarized through 2/28/2005**
**Bill # 67937933 dated 3/9/2005**

| Description | Date | Amount |
|---|---|---|

**No Expenses**

W MDD 138189 v1
0-0 05/24/2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 138166 v1
2850487-000001 05/20/2005

# MARCH 2005 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 3/3 | 1 | Read and review materials on asbestos legislation |
| 3/7 | 1 | Read and review materials on asbestos legislation |
| 3/10 | 2 | Work with Grace consultants on asbestos legislation |
| 3/11 | 3 | Attend meeting with Mr. Corcoran regarding asbestos legislation |
| 3/14 | 3 | Telephone calls with Mr. Corcoran and Grace consultants regarding legislation and other matters; arrange meetings with Senatorial staff regarding asbestos |
| 3/15 | 2.5 | Telephone conferences with Mr. Corcoran and Grace consultants regarding problems with pending actions on Senate Judiciary bill |
| 3/16 | 3 | Work on issues relating to Congressman Smith's actions with regarding to former Grace facility in New Jersey |
| 3/17 | 1 | Read and review materials on asbestos legislation |
| 3/18 | 3 | Prepare for and attend meeting with Senator Burns' and Mr. Corcoran regarding asbestos legislation |

EXPENSES ITEMIZED AND SUMMARIZED FOR MARCH 2005

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 03/31/2005**
**Bill # 67950728 dated 04/28/2005**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 03/01/05 | $0.70 |
| Long Distance Charge | 03/02/05 | $0.70 |
| Long Distance Charge | 03/07/05 | $2.45 |
| Long Distance Charge | 03/07/05 | $0.70 |
| Photo Reproduction Charge | 03/14/05 | $2.45 |
| Long Distance Charge | 03/14/05 | $0.60 |
| Long Distance Charge | 03/16/05 | $0.35 |
| Long Distance Charge | 03/25/05 | $0.35 |
| **Bill #67950728 itemized totals** | | **$8.30** |

| Summarized: | Amount |
|---|---|
| Photo Reproduction Charge | $0.60 |
| Long Distance Charge | $7.70 |
| **Bill #67950728 summarized totals** | **$8.30** |

W JDR 138166 v1
2850487-000001 05/20/2005

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W MDD 138202 v1
0-0 06/03/05

# MARCH, 2005 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 3/3  | 3.0   | Meeting with W.R. Grace at BDBCB to discuss China strategy and upcoming travel to China |
| 3/4  | 4.0   | Contact BDBCB China office to discuss appropriate meetings |
|      | 4.0   | Refine strategy |
|      | 4.0   | Identify relevant agencies |
| 3/5  | 15.0  | Travel to China for Meetings on behalf of W.R. Grace |
| 3/6  | 4.0   | Seek guidance from Foreign Affairs Ministry |
| 3/7  | 4.0   | Meet with Asia Petrochemical Supplies Ltd |
| 3/8  | 4.0   | Follow up meetings with Asia Petrochemical Supplies Ltd |
| 3/9  | 4.0   | Meet with China Construction Material Industry Association |
| 3/10 | 4.0   | Follow up meetings with China Construction Material Industry Association |
| 3/11 | 4.0   | Meet with Ministry of Commerce's Foreign Investment Administration |
| 3/14 | 4.0   | Meet with Deputy Director General of SINOPEC Foreign Cooperation Office |
| 3/14 | 4.0   | Sub strategic meetings on Ministry of Commerce Foreign Investment Administration and SINOPEC |
| 3/15 | 4.0   | Meet with Vice Administrator of China Standardization Administration |
|      | 4.0   | Meet with Ministry of Construction |
|      | 4.0   | Follow up with materials to Ministry |
| 3/16 | 6.0   | Travel to Shanghai |
|      | 4.0   | Meeting with WRG officers in Shanghai for Strategic planning |
|      | 8.0   | Meet with Vice Chairman of Shanghai SMERT |
|      | 4.0   | Follow up with materials and meeting |
|      | 4.0   | Begin recap of China trip report for W.R. Grace |
|      | 4.0   | Edit recap of China trip report for W.R. Grace |
| 3/17 | 4.0   | Transport China report to W.R. Grace |
| 3/18 | 15    | Return travel from China |

W MDD 138202 v1
0-0  06/03/05

## EXPENSES ITEMIZED AND SUMMARIZED FOR MARCH, 2005

**W.R. Grace Expenses**
**Client # 2850487-000002**
**Itemized and summarized through 3/31/2005**
**Bill # 67945544 dated 4/13/2005**

| Description | Date | Amount |
|---|---|---|
| Airfare to China | 3/5/05 | $2,957.94 |
| Lodging | 3/5/05 | $537.88 |
| Ground transportation | 3/5/05 | $348.49 |
| Meals | 3/5/05 | $336.10 |
| Tips | 3/5/05 | $124.62 |
| Mobile/ Cell Phone Charge | 3/10/05 | $33.31 |
| Airfare In China | 3/21/05 | $181.44 |
| Lodging for BDBC Int'l rep | 3/21/05 | $235.48 |
| Ground transportation & tips in China | 3/21/05 | $11.76 |
| Minor Gifts for Chinese officials | 3/21/05 | $141.96 |
| Airfare In China for meeting with W.R. Grace Shanghai rep. (Feb. 2005) | 3/21/05 | $120.96 |
| Hotel Charge for BDBC Int'l rep. (Feb. 2005) | 3/21/05 | $50.40 |
| MinorGifts for Chinese officials (Feb. 2005) | 3/21/05 | $43.68 |
| Dinner with Foreign Affairs Officer (Feb. 2005) | 3/21/05 | $46.20 |
| Ground transportation & tips (Feb. 2005) | 3/21/05 | $2.79 |
| Wire transfer fee | 3/21/05 | $15.00 |
| Meal with Chinese officials | 03/24/05 | 137.99 |
| Dinner with Chinese Vice Minister | 03/25/05 | $166.66 |
| Publications prepared for Chinese | 3/25/05 | $87.05 |
| **Bill #67945544 itemized totals** | | **$5,579.71** |

**Summarized:** | **Amount**
---|---

| Meal on behalf of client | $137.99 |
|---|---|
| Travel Expenses | $5,226.75 |
| Miscellaneous Expense | $166.66 |
| Service Fee | $15.00 |
| Mobile/ Cell Phone Charges | $33.31 |
| **Bill #67945544 summarized totals** | **$5,579.71** |

W MDD 138202 v1
0-0 06/03/05