**EXHIBIT A**

# The **Blackstone** Group®

August 15, 2005

Mr. Alfred E. Festa
Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of April 1, 2005 through April 30, 2005: | | $ | 100,000.00 |

Out-of-pocket expenses processed for the period through April 30, 2005:[1]

| | | | |
|---|---|---|---|
| Airfare | $ 1,112.45 | | |
| Ground Transportation | 239.46 | | |
| Communications | 184.44 | | |
| Meals | 125.00 | | |
| Research | 1,209.56 | | |
| Publishing Services | 211.17 | | 3,082.08 |
| **Total Amount Due** | | **$** | **103,082.08** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 7851

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 7851**

| | GL Detail Apr-05 | | Total Expenses |
|---|---|---|---|
| Airfare | $ | 1,112.45 | $ | 1,112.45 |
| Ground Transportation - Car Service - Concord | | 23.46 | | 23.46 |
| Ground Transportation - Local Travel | | 37.00 | | 37.00 |
| Ground Transportation - Railroad | | 179.00 | | 179.00 |
| Communications - Teleconferencing | | 184.44 | | 184.44 |
| Employee Meals | | 125.00 | | 125.00 |
| Internal Research | | 360.00 | | 360.00 |
| External Research - Multex | | 257.86 | | 257.86 |
| External Research - Dow Jones | | 559.22 | | 559.22 |
| External Research - P.A.C.E.R. | | 32.48 | | 32.48 |
| Publishing Services | | 211.17 | | 211.17 |
| **Total Expenses** | **$** | **3,082.08** | **$** | **3,082.08** |

| | | |
|---|---|---|
| **Airfare** | $ | 1,112.45 |
| **Ground Transportation** | | 239.46 |
| **Communications** | | 184.44 |
| **Meals** | | 125.00 |
| **Research** | | 1,209.56 |
| **Publishing Services** | | 211.17 |
| **Total Expenses** | **$** | **3,082.08** |

W.R. Grace & Co.
Detail of Expenses Processed
Through April 30, 2005
Invoice No. 7851

**Airfare**

| | | | |
|---|---|---|---|
| O'Connell (one-way coach class flight to Fort Lauderdale, FL from Queens, NY) | 03/30/05 | 629.70 | |
| O'Connell (one-way coach class flight to Queens, NY from Fort Lauderdale, FL) | 03/31/05 | 482.75 | |
| | Subtotal - Airfare | | $ 1,112.45 |

**Ground Transportation - Car Service - Concord**

| | | | |
|---|---|---|---|
| Blechman (car to Pennslyvania Railroad station in New York, NY from Blackstone) | 02/09/05 | 23.46 | |
| | Subtotal - Ground Transportation - Car Service - Concord | | 23.46 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Munfa (taxi home from Blackstone after working late) | 10/12/04 | 9.00 | |
| Munfa (taxi home from Blackstone after working late) | 10/13/04 | 10.00 | |
| Munfa (taxi home from Blackstone after working late) | 10/14/04 | 9.00 | |
| Munfa (taxi home from Blackstone after working late) | 10/27/04 | 9.00 | |
| | Subtotal - Ground Transportation - Local Travel | | 37.00 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| O'Connell (one-way trip to Baltimore, MD from New York, NY) | 02/10/05 | 102.00 | |
| O'Connell (one-way trip to New York, NY from Baltimore, MD) | 02/10/05 | 77.00 | |
| | Subtotal - Ground Transportation - Railroad | | 179.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| Blechman | 02/24/05 | 32.33 | |
| Blechman | 03/03/05 | 41.84 | |
| Blechman | 03/07/05 | 32.99 | |
| Blechman | 03/08/05 | 24.27 | |
| Blechman | 03/11/05 | 16.67 | |
| Blechman | 03/11/05 | 15.32 | |
| Blechman | 03/15/05 | 7.71 | |
| Blechman | 03/23/05 | 13.31 | |
| | Subtotal - Communications - Teleconferencing | | 184.44 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Blechman (working dinner meal after working late) | 02/22/05 | 25.00 | |
| Blechman (working dinner meal after working late) | 02/24/05 | 25.00 | |
| Blechman (working dinner meal after working late) | 03/08/05 | 25.00 | |
| Blechman (working dinner meal after working late) | 03/15/05 | 25.00 | |
| O'Connell (working dinner meal after working late) | 03/16/05 | 25.00 | |
| | Subtotal - Employee Meals | | 125.00 |

**Internal Research**

| | | | |
|---|---|---|---|
| Blechman (research re: academic paper on Libby Montan) | 04/04/05 | 180.00 | |
| Munfa (holding company research) | 04/01/05 | 180.00 | |
| | Subtotal - Internal Research | | 360.00 |

**External Research - Multex**

| | | | |
|---|---|---|---|
| Munfa (holding company research) | 04/01/05 | 99.02 | |
| Munfa (research) | 04/04/05 | 27.57 | |
| Munfa (comps research) | 04/05/05 | 38.42 | |
| O'Connell (comps research) | 04/04/05 | 92.85 | |
| | Subtotal - External Research - Multex | | 257.86 |

**External Research - Dow Jones**

| | | | |
|---|---|---|---|
| Blechman (research re: academic paper on Libby Montan) | 04/04/05 | 261.16 | |
| Munfa (holding company research) | 04/01/05 | 298.06 | |
| | Subtotal - External Research - Dow Jones | | 559.22 |

**External Research - P.A.C.E.R.**

| | | | |
|---|---|---|---|
| de Almeida | 01/19/05 | 2.88 | |
| de Almeida | 01/22/05 | 2.80 | |
| de Almeida | 01/25/05 | 12.24 | |
| de Almeida | 01/30/05 | 2.40 | |
| de Almeida | 02/01/05 | 5.84 | |
| de Almeida | 03/22/05 | 3.04 | |
| de Almeida | 03/31/05 | 3.28 | |
| | Subtotal - External Research - P.A.C.E.R. | | 32.48 |

W.R. Grace & Co.
Detail of Expenses Processed
Through April 30, 2005
Invoice No. 7851

**Publishing Services**

| | | | |
|---|---|---|---|
| Blechman | 04/04/05 - 04/10/05 | 115.50 | |
| Munfa | 04/04/05 - 04/10/05 | 95.67 | |
| **Subtotal – Publishing Services** | | | **211.17** |
| **Total Expenses** | | **$** | **3,082.08** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**APRIL 1, 2005 - APRIL 30, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 41.6 |
| David Blechman | Vice President | 44.3 |
| Jamie O'Connell | Associate | 31.8 |
| JP Munfa | Analyst | 12.0 |
| Total | | 129.7 |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL**
**APRIL 1, 2005 - APRIL 30, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/05 | 1.0 | Business Analysis | Review quarterly financial report |
| David Blechman | 04/20/05 | 2.5 | Business Analysis | Follow up analysis re pro forma financials |
| David Blechman | 04/20/05 | 0.8 | Business Analysis | Call with O'Connell re pro forma financials |
| Jamie O'Connell | 04/20/05 | 0.8 | Business Analysis | Call with D. Blechman re pro forma analysis |
| Jamie O'Connell | 04/20/05 | 2.0 | Business Analysis | Pro forma financials analysis |
| David Blechman | 04/21/05 | 0.8 | Business Analysis | Call with T. Delbrugge, M. Brown re financial issues |
| David Blechman | 04/21/05 | 0.5 | Business Analysis | Call with M. Brown re pro forma financials |
| Jamie O'Connell | 04/21/05 | 0.5 | Business Analysis | Call with M. Brown of Grace re pro forma analysis |
| Pamela Zilly | 04/22/05 | 1.3 | Business Analysis | Read draft 10Q |
| Pamela Zilly | 04/25/05 | 2.5 | Business Analysis | Review pro forma analysis for 10k |
| David Blechman | 04/26/05 | 1.0 | Business Analysis | Call with M. Brown, J. Gibbs re pro forma, follow up schedule |
| Jamie O'Connell | 04/26/05 | 0.5 | Business Analysis | Call with M. Brown and J. Gibbs of Grace re pro forma analysis |
| Pamela Zilly | 04/28/05 | 1.5 | Business Analysis | Review draft pro forma financials |
| Pamela Zilly | 04/29/05 | 1.0 | Business Analysis | Read financial reports of Debtor |
| Total | | 16.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/01/05 | 0.8 | Case Administration | Status meeting with Zilly |
| Pamela Zilly | 04/01/05 | 0.8 | Case Administration | Status meeting with D. Blechman |
| Pamela Zilly | 04/01/05 | 0.8 | Case Administration | Read Motion re: SAC Settlement Agreement |
| David Blechman | 04/11/05 | 0.5 | Case Administration | Status meeting with P. Zilly |
| Pamela Zilly | 04/11/05 | 0.5 | Case Administration | Status meeting with D. Blechman |
| David Blechman | 04/18/05 | 0.8 | Case Administration | Status calls with Zilly, O'Connell |
| Jamie O'Connell | 04/18/05 | 0.8 | Case Administration | Status call with Zilly and Blechman |
| Pamela Zilly | 04/18/05 | 0.8 | Case Administration | Status call with D. Blechman and J. O'Connell |
| Total | | 5.7 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL**
**APRIL 1, 2005 - APRIL 30, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/04/05 | 2.5 | Claims Analysis Objection/Resolution | Review Hatco, pension motions |
| Pamela Zilly | 04/04/05 | 0.8 | Claims Analysis Objection/Resolution | Read revised draft of Hatco motions and materials |
| David Blechman | 04/05/05 | 1.5 | Claims Analysis Objection/Resolution | Conference call with Zilly, Baer, Obradovic re Hatco |
| Pamela Zilly | 04/05/05 | 0.5 | Claims Analysis Objection/Resolution | Conference call with J. Baer, M. Obradovic re: Hatco motion and plan to discuss with advisors |
| David Blechman | 04/06/05 | 2.5 | Claims Analysis Objection/Resolution | Work on Project Hatco memo |
| Pamela Zilly | 04/06/05 | 0.8 | Claims Analysis Objection/Resolution | Make revisions to Hatco Motion |
| Pamela Zilly | 04/13/05 | 0.8 | Claims Analysis Objection/Resolution | Review Hatco Settlement documents |
| David Blechman | 04/27/05 | 0.5 | Claims Analysis Objection/Resolution | Meeting with Zilly, O'Connell re Hatco |
| Jamie O'Connell | 04/27/05 | 0.5 | Claims Analysis Objection/Resolution | Meeting with Zilly and Blechman re Hatco transaction |
| Pamela Zilly | 04/27/05 | 0.5 | Claims Analysis Objection/Resolution | Meeting with D. Blechman re: Hatco |
| David Blechman | 04/29/05 | 1.5 | Claims Analysis Objection/Resolution | Call re insurance claim, review memo re insurance claim |
| David Blechman | 04/29/05 | 1.0 | Claims Analysis Objection/Resolution | Provide comments on insurance claim motion; call with P. Zilly |
| Pamela Zilly | 04/29/05 | 1.0 | Claims Analysis Objection/Resolution | Read memo re: insurance claim motion, call with D. Blechman |
| **Total** | | **14.4** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/05 | 0.5 | Committee | Follow-up on Project Hercules questions from financial advisors |
| David Blechman | 04/11/05 | 0.8 | Committee | Respond to follow up questions from advisors re Hatco |
| David Blechman | 04/11/05 | 1.0 | Committee | Call with all Committees' advisors re Hatco transaction |
| Pamela Zilly | 04/11/05 | 0.7 | Committee | Call with all Committees' advisors re: Hatco settlement |
| Pamela Zilly | 04/15/05 | 0.3 | Committee | Review Capstone questions re: Hatco settlement |
| David Blechman | 04/18/05 | 1.0 | Committee | Call with Capstone, Duff, Obradovic re Hatco |
| Jamie O'Connell | 04/18/05 | 0.5 | Committee | Conference call with Capstone regarding Hatco transaction |
| David Blechman | 04/20/05 | 0.8 | Committee | Respond to Capstone due diligence questions |
| Pamela Zilly | 04/20/05 | 0.5 | Committee | Correspondence re: Hatco/Strook questions |
| David Blechman | 04/21/05 | 2.0 | Committee | Call with Capstone, Strook, Duff, Baer, Obradovic re environmental issues |
| Pamela Zilly | 04/21/05 | 0.3 | Committee | Pre call with Grace re: Hatco settlement questions |
| Pamela Zilly | 04/21/05 | 2.0 | Committee | Call with Capstone and Strook, M. Obradovic, L. Duff re: Hatco settlement |
| Pamela Zilly | 04/21/05 | 0.5 | Committee | Calls with G. Boyer, B.McGowan re: pending motions |
| David Blechman | 04/26/05 | 0.3 | Committee | Respond to CIBC information request |
| David Blechman | 04/27/05 | 1.0 | Committee | Call with Committees' advisors, Grace environmental experts re Hatco settlement |
| Pamela Zilly | 04/27/05 | 1.0 | Committee | Call with PJ, PD, FCR advisors on Hatco transaction |
| David Blechman | 04/28/05 | 0.8 | Committee | Follow up to Strook Hatco questions with Duff |
| **Total** | | **13.9** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/05 | 0.8 | Employee Benefits/Pension | Read revised draft of pension motion |
| Pamela Zilly | 04/05/05 | 3.0 | Employee Benefits/Pension | Read and rewrite pension motion, review of prior motions |
| David Blechman | 04/06/05 | 1.0 | Employee Benefits/Pension | Call with McGowan re pension motion |
| Pamela Zilly | 04/06/05 | 0.8 | Employee Benefits/Pension | Call with P. Norris, B. McGowan, J. Forgach re: pension funding motion |
| Pamela Zilly | 04/06/05 | 0.8 | Employee Benefits/Pension | Call with R. McGowan, J. Forgach re: pension motion back-up numbers |
| David Blechman | 04/19/05 | 1.0 | Employee Benefits/Pension | Review pension motion |
| Pamela Zilly | 04/20/05 | 0.5 | Employee Benefits/Pension | Call with J. Forgach re: provided comments to draft pension motion |
| Pamela Zilly | 04/21/05 | 0.7 | Employee Benefits/Pension | Review and provide comments on revised pension funding motion |
| David Blechman | 04/22/05 | 1.0 | Employee Benefits/Pension | Prepare for call re Festa motion |
| David Blechman | 04/22/05 | 1.0 | Employee Benefits/Pension | Call with Shchnitz, others re Festa motion |
| Pamela Zilly | 04/22/05 | 0.8 | Employee Benefits/Pension | Review and provide comments on Lakes Charles pension funding motions |
| Pamela Zilly | 04/22/05 | 1.0 | Employee Benefits/Pension | Call with P. Norris, B. McGowan, M. Shchnitz re: Festa CEO motion |
| Total | | 12.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/13/05 | 1.2 | Non-Working Travel Time | Review Owens Corning analysis |
| Total | | 1.2 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 04/01/05 | 2.3 | Plan and Disclosure Statement | Analysis of POR numbers |
| Jamie O'Connell | 04/01/05 | 1.0 | Plan and Disclosure Statement | Financial modeling; updating financial model for 12/31/04 results, claims estimates |
| Pamela Zilly | 04/04/05 | 1.5 | Plan and Disclosure Statement | Read Owens Corning estimation hearing transcripts |
| David Blechman | 04/05/05 | 2.0 | Plan and Disclosure Statement | Analysis of other asbestos bankruptcies |
| Pamela Zilly | 04/05/05 | 2.5 | Plan and Disclosure Statement | Review revised POR Model |
| Jamie O'Connell | 04/06/05 | 1.0 | Plan and Disclosure Statement | Analysis of asbestos claims under proposed settlement terms in peer case |
| David Blechman | 04/07/05 | 2.0 | Plan and Disclosure Statement | Prepare Owens Corning analysis |
| David Blechman | 04/19/05 | 1.0 | Plan and Disclosure Statement | POR status call |
| David Blechman | 04/19/05 | 0.5 | Plan and Disclosure Statement | Call with M. Brown re: claims update |
| Jamie O'Connell | 04/19/05 | 0.8 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis re status of case |
| Pamela Zilly | 04/19/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and motions pending |
| Jamie O'Connell | 04/26/05 | 0.8 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis re status of case |
| Pamela Zilly | 04/26/05 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: status of POR and motions |
| **Total** | | **16.8** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/05/05 | 1.0 | Tax Issues | Analysis of pro forma NOL balance |
| Pamela Zilly | 04/05/05 | 0.8 | Tax Issues | Review NOL calculations |
| David Blechman | 04/11/05 | 2.0 | Tax Issues | Review, refine NOL analysis |
| Jamie O'Connell | 04/11/05 | 0.5 | Tax Issues | Call with E. Filon and J. Gibbs regarding opening NOL balance |
| Pamela Zilly | 04/13/05 | 2.0 | Tax Issues | Review NOL analysis |
| David Blechman | 04/20/05 | 1.5 | Tax Issues | Calls with M. Brown, E. Filon, J. O'Connell re pro forma analysis |
| Jamie O'Connell | 04/20/05 | 0.8 | Tax Issues | Calls with M. Brown and E. Filon re pro forma analysis |
| **Total** | | **8.6** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
APRIL 1, 2005 - APRIL 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| JP Munfa | 04/01/05 | 1.0 | Valuation | Update comparable company analyses |
| Jamie O'Connell | 04/04/05 | 2.5 | Valuation | Valuation: analysis of recent transactions in the specialty chemical sector |
| Jamie O'Connell | 04/04/05 | 7.0 | Valuation | Valuation: analysis of research reports covering comparable companies |
| JP Munfa | 04/04/05 | 7.0 | Valuation | Update comparable company analyses |
| Jamie O'Connell | 04/05/05 | 6.0 | Valuation | Valuation: analysis of financial results of comparable companies |
| JP Munfa | 04/05/05 | 4.0 | Valuation | Update comparable company analyses |
| David Blechman | 04/06/05 | 4.5 | Valuation | Work on valuation and analysis of other asbestos bankruptcies |
| Jamie O'Connell | 04/06/05 | 5.0 | Valuation | Valuation: analysis of financial results of comparable companies |
| Pamela Zilly | 04/11/05 | 2.0 | Valuation | Review valuation update |
| Pamela Zilly | 04/18/05 | 1.3 | Valuation | Review valuation analysis |
| **Total** | | **40.3** | | |

The **Blackstone** Group®

August 15, 2005

Mr. Alfred E. Festa
Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of May 1, 2005 through May 31, 2005:  $     50,000.00

Out-of-pocket expenses processed for the period through May 31, 2005:[1]

| | | |
|---|---:|---:|
| Meals | $   34.29 | |
| Document Production | 249.45 | |
| Research | 1,367.31 | |
| Publishing Services | 58.33 | 1,709.38 |
| | | |
| **Total Amount Due** | $ | **51,709.38** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8020

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 8020**

| | GL Detail May-05 | Total Expenses |
|---|---|---|
| Employee Meals | $          34.29 | $          34.29 |
| Document Production | 249.45 | 249.45 |
| Internal Research | 180.00 | 180.00 |
| External Research - Multex | 201.41 | 201.41 |
| External Research - Thomson | 37.44 | 37.44 |
| External Research - Lexis Nexis | 153.28 | 153.28 |
| External Research - Factset | 795.18 | 795.18 |
| Publishing Services | 58.33 | 58.33 |
| **Total Expenses** | $    **1,709.38** | $    **1,709.38** |

| | |
|---|---|
| Meals | $          34.29 |
| Document Production | 249.45 |
| Research | 1,367.31 |
| Publishing Services | 58.33 |
| **Total Expenses** | $    **1,709.38** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through May 31, 2005**
**Invoice No. 8020**

**Employee Meals**

| | | | |
|---|---|---|---|
| Blechman (working dinner meal @ Blackstone after working late) | 01/26/05 | 25.00 | |
| Research - Drake (working dinner meal @ Blackstone after working late) | 04/01/05 | 9.29 | |
| | Subtotal - Employee Meals | $ | 34.29 |

**Document Production**

| | | | |
|---|---|---|---|
| Munfa | 05/02/05 - 05/08/05 | 114.45 | |
| Zilly | 05/02/05 - 05/08/05 | 135.00 | |
| | Subtotal - Document Production | | 249.45 |

**Internal Research**

| | | | |
|---|---|---|---|
| Munfa (EBITDA forecasts) | 05/06/05 | 180.00 | |
| | Subtotal - Internal Research | | 180.00 |

**External Research - Multex**

| | | | |
|---|---|---|---|
| Munfa (EBITDA forecasts) | 05/06/05 | 110.26 | |
| Munfa (EBITDA forecasts) | 05/06/05 | 55.15 | |
| Munfa (EBITDA forecasts) | 05/06/05 | 24.40 | |
| Munfa (EBITDA forecasts) | 05/06/05 | 11.60 | |
| | Subtotal - External Research - Multex | | 201.41 |

**External Research - Thomson**

| | | | |
|---|---|---|---|
| Munfa (research for W.R. Grace retreat) | 05/06/05 | 37.44 | |
| | Subtotal - External Research - Thomson | | 37.44 |

**External Research - Lexis Nexis**

| | | | |
|---|---|---|---|
| Blechman (research) | 04/30/05 | 153.28 | |
| | Subtotal - External Research - Lexis Nexis | | 153.28 |

**External Research - Factset**

| | | | |
|---|---|---|---|
| Munfa (EBITDA forecasts) | 05/06/05 | 558.53 | |
| Munfa (EBITDA forecasts) | 05/06/05 | 236.65 | |
| | Subtotal - External Research - Factset | | 795.18 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Munfa | 05/02/05 - 05/08/05 | 21.00 | |
| Munfa | 05/09/05 - 05/15/05 | 37.33 | |
| | Subtotal - Publishing Services | | 58.33 |
| | Total Expenses | $ | 1,709.38 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**MAY 1, 2005 - MAY 30, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 30.9 |
| David Blechman | Vice President | 31.4 |
| Jamie O'Connell | Associate | 8.8 |
| JP Munfa | Analyst | 9.0 |
| Total | | 80.1 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/05/05 | 1.0 | Business Analysis | Work on slides for management meeting |
| David Blechman | 05/06/05 | 0.5 | Business Analysis | Work on slides for management meeting |
| JP Munfa | 05/06/05 | 4.0 | Business Analysis | Preparation of material for Grace management presentation |
| Pamela Zilly | 05/09/05 | 2.0 | Business Analysis | Revise slides for management presentation |
| Pamela Zilly | 05/09/05 | 0.4 | Business Analysis | Discussion with D. Blechman re: transfer of Grom stock |
| David Blechman | 05/09/05 | 0.4 | Business Analysis | Discussion with Zilly re: Grom transaction |
| JP Munfa | 05/09/05 | 3.0 | Business Analysis | Preparation of material for Grace management presentation |
| Pamela Zilly | 05/11/05 | 1.0 | Business Analysis | Review and provide comments on Grace management presentation slides |
| Pamela Zilly | 05/13/05 | 0.5 | Business Analysis | Call with J. Mc Farland re: GPC expansion plans |
| Pamela Zilly | 05/17/05 | 1.0 | Business Analysis | Review slides for Grace management presentation and provide comments |
| Pamela Zilly | 05/18/05 | 0.5 | Business Analysis | Provide comments on slides |
| Pamela Zilly | 05/18/05 | 1.5 | Business Analysis | Travel to Washington, review speech |
| Pamela Zilly | 05/18/05 | 2.5 | Business Analysis | Dinner with Grace Leadership Team and managers |
| Pamela Zilly | 05/19/05 | 2.5 | Business Analysis | Attend, present at Grace management meeting |
| Pamela Zilly | 05/23/05 | 0.5 | Business Analysis | Discussion with Shelnitz, McFarland re: Chicago expansion motion |
| Pamela Zilly | 05/26/05 | 1.0 | Business Analysis | Review financial presentation for Unsecured Committee meeting |
| Pamela Zilly | 05/26/05 | 0.3 | Business Analysis | Discuss GPC expansion with J. Baer |
| Pamela Zilly | 05/26/05 | 0.5 | Business Analysis | Call with K. Myers re: deal pipeline |
| **Total** | | **23.1** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL**
**MAY 1, 2005 - MAY 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/09/05 | 0.5 | Case Administration | Read various entered orders |
| David Blechman | 05/18/05 | 2.0 | Case Administration | Review Court motions |
| Pamela Zilly | 05/26/05 | 0.8 | Case Administration | Read various filed motions re: exclusivity, CEO, Lake Charles pension payments |
| **Total** | | **3.3** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/17/05 | 1.0 | Claims Analysis Objection/Resolution | Calls with Posner, Zaremby regarding BFMIC motion |
| Pamela Zilly | 05/18/05 | 1.0 | Claims Analysis Objection/Resolution | Review materials on Cytec motion |
| Pamela Zilly | 05/24/05 | 0.5 | Claims Analysis Objection/Resolution | Read Cytec motion |
| David Blechman | 05/24/05 | 1.0 | Claims Analysis Objection/Resolution | Review Cytec motion, correspondence with Committees' advisors |
| Jamie O'Connell | 05/27/05 | 1.0 | Claims Analysis Objection/Resolution | Review Cytec motion, set up Committee calls |
| Pamela Zilly | 05/31/05 | 0.5 | Claims Analysis Objection/Resolution | Read Cytec materials |
| **Total** | | **5.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/03/05 | 0.5 | Committee | Send message to committees regarding various motions |
| David Blechman | 05/03/05 | 0.3 | Committee | Calls with F. Gilbert regarding Unsecured Creditors Committee meeting |
| David Blechman | 05/03/05 | 1.0 | Committee | Calls with Committees' financial advisors regarding pension motion |
| David Blechman | 05/05/05 | 1.0 | Committee | Q1 results conference call, follow up with J. O'Connell |
| Jamie O'Connell | 05/05/05 | 1.0 | Committee | Q1 earnings call with financial advisors; follow up with D. Blechman |
| David Blechman | 05/06/05 | 0.8 | Committee | Call with Tersigni regarding pension motion |
| David Blechman | 05/06/05 | 0.8 | Committee | Call with Capstone regarding pension motion |
| Jamie O'Connell | 05/06/05 | 0.8 | Committee | Call with management and Capstone regarding pension |
| David Blechman | 05/09/05 | 0.5 | Committee | Call with Capstone, others regarding Bermuda insurance claim |
| David Blechman | 05/11/05 | 1.5 | Committee | Respond to Capstone due diligence regarding pension, acquisitions |
| David Blechman | 05/11/05 | 0.5 | Committee | Calls with management regarding Capstone due diligence |
| David Blechman | 05/12/05 | 1.0 | Committee | Calls with Capstone, management regarding due diligence requests, forward information |
| David Blechman | 05/16/05 | 0.5 | Committee | Calls with Capstone regarding due diligence, follow up with management |
| David Blechman | 05/17/05 | 1.0 | Committee | Calls with Committees' advisors regarding Siegel motion |
| David Blechman | 05/17/05 | 0.3 | Committee | Follow up CDG due diligence requests |
| David Blechman | 05/17/05 | 0.5 | Committee | Calls regarding pensions with CDG |
| David Blechman | 05/18/05 | 2.0 | Committee | Calls regarding Court motions |
| David Blechman | 05/19/05 | 1.5 | Committee | Respond to creditor due diligence requests |
| David Blechman | 05/20/05 | 0.5 | Committee | Calls with Capstone regarding pension motion revisions |
| David Blechman | 05/24/05 | 0.5 | Committee | Follow up due diligence with financial advisors re: pending motions |
| Pamela Zilly | 05/26/05 | 2.0 | Committee | Attend Unsecured Creditors Committee meeting with Grace management; follow-up meeting |
| David Blechman | 05/26/05 | 2.5 | Committee | Participate in Unsecured Creditors Committee meeting, follow up with management |
| Jamie O'Connell | 05/26/05 | 1.5 | Committee | Meeting with Grace management, unsecured creditor committee and advisors |
| JP Munfa | 05/26/05 | 2.0 | Committee | Meeting with management, Unsecured Creditors Committee, advisors |
| Total | | 24.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/03/05 | 0.3 | Employee Benefits/Pension | Call with McGowan regarding Siegel motion |
| David Blechman | 05/06/05 | 0.5 | Employee Benefits/Pension | Follow up call with McGowan |
| Pamela Zilly | 05/07/05 | 1.5 | Employee Benefits/Pension | Read memos, due diligence questions re: Lake Charles pension funding, BFIC, Siegel |
| Pamela Zilly | 05/11/05 | 0.8 | Employee Benefits/Pension | Review materials provided re: pension funding motion |
| Pamela Zilly | 05/12/05 | 0.5 | Employee Benefits/Pension | Review pension funding backup materials |
| David Blechman | 05/16/05 | 0.8 | Employee Benefits/Pension | Review Siegel consulting motion |
| Pamela Zilly | 05/17/05 | 0.8 | Employee Benefits/Pension | Review and provide comments on Siegel motion |
| Pamela Zilly | 05/20/05 | 1.3 | Employee Benefits/Pension | Calls with B. McGowan, D. Blechman re: pension funding motion revisions |
| David Blechman | 05/20/05 | 1.3 | Employee Benefits/Pension | Calls with McGowan, P. Zilly regarding pension motion |
| Pamela Zilly | 05/23/05 | 1.0 | Employee Benefits/Pension | Discussions with D. Blechman, B. McGowan re: revisions to pension funding motion |
| Pamela Zilly | 05/23/05 | 0.6 | Employee Benefits/Pension | Read final pension funding motion |
| David Blechman | 05/23/05 | 0.8 | Employee Benefits/Pension | Discussion with Zilly, McGowan, exchange e-mail re revisions to pension funding motion |
| **Total** | | **10.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL**
**MAY 1, 2005 - MAY 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/06/05 | 1.0 | Fee Applications | Work on fee application |
| Total | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
MAY 1, 2005 - MAY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 05/03/05 | 0.8 | Plan and Disclosure Statement | Weekly POR Call |
| Pamela Zilly | 05/10/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| David Blechman | 05/10/05 | 1.0 | Plan and Disclosure Statement | Weekly POR Call |
| Pamela Zilly | 05/14/05 | 0.8 | Plan and Disclosure Statement | Read motion to Approve PI CMO and Questionnaire |
| Pamela Zilly | 05/14/05 | 0.8 | Plan and Disclosure Statement | Read Memorandum re: motion to approve PI CMO and Questionnaire |
| Pamela Zilly | 05/24/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and pending motions |
| David Blechman | 05/24/05 | 1.0 | Plan and Disclosure Statement | Weekly POR Call |
| Jamie O'Connell | 05/24/05 | 1.0 | Plan and Disclosure Statement | Conference call with Grace management and K&E regarding status of case |
| Pamela Zilly | 05/31/05 | 1.3 | Plan and Disclosure Statement | Call with management and counsel re: POR and motions pending |
| David Blechman | 05/31/05 | 1.3 | Plan and Disclosure Statement | Weekly POR Call |
| Jamie O'Connell | 05/31/05 | 1.0 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis regarding status of case |
| **Total** | | **10.9** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL**
**MAY 1, 2005 - MAY 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/07/05 | 2.5 | Valuation | Valuation analysis for management team presentation |
| Total | | 2.5 | | |

# The Blackstone Group®

August 15, 2005

Mr. Alfred E. Festa
Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of June 1, 2005 through June 30, 2005:      $          50,000.00

Out-of-pocket expenses processed for the period through June 30, 2005:[1]

| | | |
|---|---:|---:|
| Airfare | $ 1,789.35 | |
| Ground Transportation | 326.40 | |
| Communications | 155.70 | |
| Meals | 151.89 | |
| Lodging | 286.20 | |
| Document Production | 8.25 | |
| Research | 199.31 | 2,917.10 |
| **Total Amount Due** | | $    **52,917.10** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 8062

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 8062**

| | GL Detail Jun-05 | Total Expenses |
|---|---|---|
| Airfare | $ 1,789.35 | $ 1,789.35 |
| Ground Transportation - Local Travel | 160.00 | 160.00 |
| Ground Transportation - Out of Town Travel | 166.40 | 166.40 |
| Communications - Teleconferencing | 155.70 | 155.70 |
| Employee Meals | 151.89 | 151.89 |
| Lodging | 286.20 | 286.20 |
| Document Production | 8.25 | 8.25 |
| External Research - Securities Data | 199.31 | 199.31 |
| **Total Expenses** | **$ 2,917.10** | **$ 2,917.10** |

| | |
|---|---|
| **Airfare** | **$ 1,789.35** |
| **Ground Transportation** | **326.40** |
| **Communications** | **155.70** |
| **Meals** | **151.89** |
| **Lodging** | **286.20** |
| **Document Production** | **8.25** |
| **Research** | **199.31** |
| **Total Expenses** | **$ 2,917.10** |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2005
Invoice No. 8062

**Airfare**

| | | | |
|---|---|---|---|
| Blechman (travel agence booking fee for flight dated 03/30/05 ) | 03/29/05 | 20.00 | |
| Blechman (travel agence booking fee for flight dated 03/31/05 ) | 03/29/05 | 20.00 | |
| Blechman (one-way coach class flight to Fort Lauderdale, FL from Queens, NY) | 03/30/05 | 629.70 | |
| Blechman (one-way coach class flight to Queens, NY from Fort Lauderdale, FL) | 03/31/05 | 482.75 | |
| Zilly (travel agency booking fee for dated 05/18/05) | 05/17/05 | 20.00 | |
| Zilly (one-way coach class flight to Washington, DC from Queens, NY) | 05/18/05 | 313.70 | |
| Zilly (travel agency booking fee for flight dated 05/19/05) | 05/19/05 | 20.00 | |
| Zilly (one-way coach class flight to Newark, NJ from Washington, DC) | 05/19/05 | 283.20 | |
| | Subtotal – Airfare | | $ 1,789.35 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi to client's offices from BWI Railroad station in Baltimore, MD) | 02/09/05 | 37.00 | |
| O'Connell (taxi home from Blackstone after working late) | 02/10/05 | 14.00 | |
| O'Connell (taxi to LaGuardia Airport from Blackstone) | 03/30/05 | 32.00 | |
| O'Connell (taxi home from Blackstone after working late) | 04/04/05 | 17.00 | |
| Zilly (taxi home from Newark Airport in Newark, NJ) | 05/19/05 | 60.00 | |
| | Subtotal – Ground Transportation - Local Travel | | 160.00 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| Blechman (Hertz car rental during stay in Boca Raton, FL) | 03/30/05 & 03/31/05 | 78.98 | |
| Zilly (Hertz car rental during stay in Washington, DC) | 05/18/05 - 05/19/05 | 87.42 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 166.40 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| Blechman | 03/23/05 | 120.00 | |
| Blechman | 04/11/05 | 19.92 | |
| Blechman | 04/18/05 | 15.78 | |
| | Subtotal - Communications - Teleconferencing | | 155.70 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Blechman (working dinner meal @ Blackstone after working late) | 03/28/05 | 25.00 | |
| Blechman (in-room meal @ hotel during stay in Boca Raton, FL) | 03/31/05 | 16.59 | |
| Blechman (working dinner meal @ Blackstone after working late) | 04/19/05 | 25.00 | |
| de Almeida (working dinner meal @ Blackstone after working late) | 03/21/05 | 25.00 | |
| Munfa (working dinner meal @ Blackstone after working late) | 01/27/05 | 24.69 | |
| O'Connell (meal while traveling) | 03/30/05 | 10.61 | |
| O'Connell (working dinner meal @ Blackstone after working late) | 04/04/05 | 25.00 | |
| | Subtotal - Employee Meals | | 151.89 |

**Lodging**

| | | | |
|---|---|---|---|
| Blechman (1 day hotel stay in Boca Raton, FL) | 03/30/05 & 03/31/05 | 286.20 | |
| | Subtotal - Lodging | | 286.20 |

**Document Production**

| | | | |
|---|---|---|---|
| O'Connell | 05/30/05 - 06/05/05 | 8.25 | |
| | Subtotal - Document Production | | 8.25 |

**External Research - Securities Data**

| | | | |
|---|---|---|---|
| Munfa (research) | 04/04/05 | 100.58 | |
| Munfa (research) | 04/04/05 | 98.73 | |
| | Subtotal - Publishing Services | | 199.31 |

| | | | |
|---|---|---|---|
| | Total Expenses | | $ 2,917.10 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS**
**JUNE 1, 2005 - JUNE 30, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 34.2 |
| Jamie O'Connell | Associate | 35.3 |
| JP Munfa | Analyst | 4.0 |
| Total | | 73.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/02/05 | 0.5 | Business Analysis | Discussions w/ Farnsworth, Forgach, McFarland re: motions to be filed |
| Pamela Zilly | 06/06/05 | 0.5 | Business Analysis | Call with J. O'Connell, J. Baer, S. Farnsworth re GPC membrane capacity expansion |
| Jamie O'Connell | 06/06/05 | 0.5 | Business Analysis | Call with P. Zilly, J. Baer, management re GPC membrane capacity expansion |
| Pamela Zilly | 06/07/05 | 0.7 | Business Analysis | Review membrane expansion charts |
| Pamela Zilly | 06/09/05 | 1.0 | Business Analysis | Discussions with F. Festa, S. Farnsworth re: membrane capacity expansion status |
| Pamela Zilly | 06/09/05 | 0.5 | Business Analysis | Review membrane expansion motion, discussions with Baer, Sinaytan |
| Pamela Zilly | 06/13/05 | 0.8 | Business Analysis | Read revised membrane expansion motion |
| Jamie O'Connell | 06/14/05 | 7.0 | Business Analysis | Attend GPC strategy session in Cambridge, MA |
| Jamie O'Connell | 06/16/05 | 6.5 | Business Analysis | Attend Davison strategy session in Columbia, MD |
| Pamela Zilly | 06/18/05 | 1.5 | Business Analysis | Review financial reports |
| Jamie O'Connell | 06/20/05 | 1.0 | Business Analysis | Review numbers of GPC expansion project |
| Jamie O'Connell | 06/20/05 | 0.3 | Business Analysis | Call with J. McFarland regarding GPC membrane expansion |
| Pamela Zilly | 06/22/05 | 0.5 | Business Analysis | Discussion with J. O'Conell re: membrane expansion numbers in motion |
| Pamela Zilly | 06/22/05 | 0.5 | Business Analysis | Discussion with J. McFarland re: Owensboro sale |
| Jamie O'Connell | 06/22/05 | 0.5 | Business Analysis | Discussion with P. Zilly re: GPC membrane expansion data |
| Pamela Zilly | 06/26/05 | 1.5 | Business Analysis | Review Project Gamma model |
| Pamela Zilly | 06/26/05 | 1.2 | Business Analysis | Read GPC strategic plan |
| Pamela Zilly | 06/27/05 | 0.5 | Business Analysis | Check Project Gamma model |
| Pamela Zilly | 06/28/05 | 0.8 | Business Analysis | Call with K. Myers re: acquisition pipeline |
| Pamela Zilly | 06/29/05 | 0.5 | Business Analysis | Review materials re: Project Gamma |
| Pamela Zilly | 06/30/05 | 0.3 | Business Analysis | Call with K. Myers re: Project Gamma |
| **Total** | | **27.1** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL,
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/13/05 | 1.5 | Case Administration | Travel to Boston, review data on motions |
| Total | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/14/05 | 0.5 | Claims Analysis Objection/Resolution | Call with M. Shelnitz re: possible claim settlement |
| Pamela Zilly | 06/22/05 | 0.5 | Claims Analysis Objection/Resolution | Read Marsh Mac settlement motion |
| Total | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/05 | 1.0 | Committee | Call with L. Duff, M. Obradovic, M. Johns, unsecured creditors advisors re Cytec motion |
| Jamie O'Connell | 06/09/05 | 1.5 | Committee | Review GPC membrane capacity expansion data,circulate data to financial advisors |
| Jamie O'Connell | 06/09/05 | 0.5 | Committee | Call with L. Duff, M. Obradovic and M. Kramer regarding Cytec motion |
| Jamie O'Connell | 06/09/05 | 0.3 | Committee | Call with L. Duff and J. Brownstein regarding Cytec motion |
| Pamela Zilly | 06/10/05 | 0.5 | Committee | Meeting with J. O'Connell re: pending motions, Committees due diligence |
| Jamie O'Connell | 06/10/05 | 0.5 | Committee | Meeting with P. Zilly re: motions to be filed |
| Jamie O'Connell | 06/16/05 | 0.5 | Committee | Call with B. McGowan, M. Piergrossi and Tersigni regarding LTIP motion |
| Jamie O'Connell | 06/16/05 | 0.5 | Committee | Call with B. McGowan, M. Piergrossi and Capstone regarding LTIP motion |
| Jamie O'Connell | 06/16/05 | 0.5 | Committee | Call with B. McGowan, M. Piergrossi and CIBC regarding LTIP motion |
| Pamela Zilly | 06/17/05 | 0.4 | Committee | Call with F. Festa re: meeting with FCR |
| Jamie O'Connell | 06/17/05 | 0.5 | Committee | Call w/ S. Farnsworth, P. Hanlon, R. Jenkins, J.P. Munfa, CIBC re GPC membrane expansion |
| Jamie O'Connell | 06/17/05 | 0.5 | Committee | Call w/ S. Farnsworth, P. Hanlon, R. Jenkins, J.P. Munfa, Capstone re GPC membrane expansion |
| JP Munfa | 06/17/05 | 0.5 | Committee | Call with CIBC to discuss membrane capacity expansion |
| JP Munfa | 06/17/05 | 0.5 | Committee | Call with Capstone to discuss membrane capacity expansion |
| Pamela Zilly | 06/20/05 | 3.0 | Committee | Dinner with F. Festa, D. Austern, R. Frankel, J. Baer, M. Shelnitz, J. Radecki |
| Jamie O'Connell | 06/20/05 | 0.3 | Committee | Call with L. Hamilton regarding LTIP motion |
| Jamie O'Connell | 06/21/05 | 0.5 | Committee | Call with S. Farnsworth, P. Hanlon, R. Jenkins and CDG regarding GPC membrane expansion |
| Jamie O'Connell | 06/22/05 | 0.5 | Committee | Call with S. Farnsworth, T. Smith and Capstone regarding GPC membrane expansion |
| Jamie O'Connell | 06/23/05 | 0.5 | Committee | Call with J. Brownstein regarding LTIP and GPC membrane expansion |
| Pamela Zilly | 06/27/05 | 0.4 | Committee | Call with J. Brownstein re: exclusivity |
| Pamela Zilly | 06/30/05 | 0.5 | Committee | Call with J. Radecki re: POR status |
| Pamela Zilly | 06/30/05 | 0.6 | Committee | Call with Financial advisors re: Project  Gamma |
| Total | | 14.4 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/02/05 | 0.5 | Employee Benefits/Pension | Review responses re pension funding motion, send to Tersigni |
| Pamela Zilly | 06/06/05 | 1.0 | Employee Benefits/Pension | Review LTIP motion |
| Jamie O'Connell | 06/08/05 | 1.0 | Employee Benefits/Pension | Review of draft LTIP motion and circulation of the motion to financial advisors |
| Pamela Zilly | 06/15/05 | 1.0 | Employee Benefits/Pension | Review back-up material to LTIP funding motion |
| Pamela Zilly | 06/15/05 | 1.0 | Employee Benefits/Pension | Read and provide comments on LTIP motion |
| Jamie O'Connell | 06/16/05 | 3.0 | Employee Benefits/Pension | Travel to NY, review data on LTIP motion |
| Jamie O'Connell | 06/20/05 | 0.3 | Employee Benefits/Pension | Call with M. Piergrossi regarding LTIP motion |
| Total | | 7.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/14/05 | 1.5 | Non-Working Travel Time | Travel to NY |
| Jamie O'Connell | 06/15/05 | 3.0 | Non-Working Travel Time | Travel to Columbia |
| Pamela Zilly | 06/20/05 | 1.5 | Non-Working Travel Time | Travel to Washington |
| Pamela Zilly | 06/21/05 | 1.5 | Non-Working Travel Time | Travel to NY |
| Total | | 7.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL
JUNE 1, 2005 - JUNE 30, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/07/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and pending motions |
| Jamie O'Connell | 06/07/05 | 0.8 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 06/10/05 | 1.0 | Plan and Disclosure Statement | Read Objections to Extension of Exclusivity Motion |
| Pamela Zilly | 06/17/05 | 1.3 | Plan and Disclosure Statement | Review filed POR re: meeting with Austern |
| Pamela Zilly | 06/19/05 | 0.4 | Plan and Disclosure Statement | Read Montana's objection to Automatic Stay |
| Pamela Zilly | 06/19/05 | 0.8 | Plan and Disclosure Statement | Read Objection to PD claims |
| Pamela Zilly | 06/27/05 | 1.0 | Plan and Disclosure Statement | Call with J. Baer, F. Festa, B. Tarola re: exclusivity objections response |
| Pamela Zilly | 06/28/05 | 1.0 | Plan and Disclosure Statement | Call with Bernick, Festa, Norris, Siegel re: exclusivity response |
| Pamela Zilly | 06/28/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and pending motions |
| Pamela Zilly | 06/30/05 | 1.0 | Plan and Disclosure Statement | Call with D. Bernick, J. Baer, Festa, Siegel, Shishitz, Tarola, Norris re: exclusivity |
| Pamela Zilly | 06/30/05 | 2.0 | Plan and Disclosure Statement | Review financial materials for exclusivity objection response |
| JP Munfa | 06/30/05 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, Grace management and Kirkland & Ellis to discuss exclusivity |
| JP Munfa | 06/30/05 | 2.0 | Plan and Disclosure Statement | Research on exclusivity extensions in asbestos bankruptcies |
| Total | | 14.3 | | |