IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, Jr., hereby certify that on the 26th day of August, 2005, I

caused a copy of the following document to be served on the individuals on the attached service

list(s) in the manner indicated:

1.  **NOTICE OF FILING OF QUARTERLY INTERIM FEE APPLICATION [THIRTEENTH QUARTERLY INTERIM FEE APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 1, 2005 THROUGH JUNE 30, 2005].**

David W. Carickhoff, Jr. (DE Bar No. 3715)

Combustion Engineering 2002 Service List
Case No. 03-10495 (JKF)
Document No. 102389
21 - Hand Delivery
97 – First Class Mail
01 – Foreign First Class Mail

(Counsel for Debtor)
Laura Davis Jones, Esquire
Curtis Hehn, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young
Jones & Weintraub P.C.
919 North Market Street, 16th Floor
PO Box 8705
Wilmington, Delaware 19899

*Hand Delivery*
(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
Wilmington, DE 19899

*Hand Delivery*
(U.S. Trustee)
Richard Schepacarter, Esquire
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box No. 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Stonewall Ins. Co Century
Indemnity Co.)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Hasbrouck Haynes, Jr. Trustee
of the CE Settlement Trust)
Brett D. Fallon, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Everest Re)
Neil B. Glassman, Esquire
GianClaudio Finizio
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Wilmington Trust Company)
Derek C. Abbott, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Liberty Mutual Insurance Co.)
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Joseph F. Rice)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*Hand Delivery*
(Counsel for AIG Member Companies)
William P. Bowden, Esquire
Ricardo Palacio, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Certain Claimants)
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

*Hand Delivery*
(Counsel for CNA Insurance Companies)
Kevin Gross, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Andritz (USA), Inc)
Mark D. Collins, Esquire
Richards, Layton, & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Ball Park Food Corp.)
Sasha L. Azar, Esquire
Jaspan Schlesinger Hoffman LP
1201 North Orange Street, Suite 1001
Wilmington, DE 19801

*Hand Delivery*
)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Asbestos Personal Injury
Claimants)
R. Stokes Nolte , Esquire
Nolte & Brodoway, P.A.
Three Mill Road, Suite 304
Wilmington, DE 19806

*Hand Delivery*
(Counsel for David Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
(Counsel for First State Insurance Co.)
Karen C. Bifferato, Esquire
Michelle McMahon, Esquire
Connoly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Employers Mutual Casualty
Company)
James S. Yoder, Esquire
White & Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Westport Insurance Company)
Peter C. Hughes, Esquire
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801

*Hand Delivery*
(EPA)
Ellen Slights, Esquire
Chemical Bank Plaza
1201 Market Street, Suite 1100
Wilmington, DE 19801

***Hand Delivery***
)
Marla R. Eskin, Esquire
Campbell & Levine, LLOC
Suite 300
800 N. King Street
Wilmington, DE 19801

***First Class Mail***
(Counsel to David Austern)
Jonathan Cohen, Esquire
Mark Tanney, Esquire
Gilbert, Heintz & Randolph LLP
1100 York Avenue, N.W., Suite 700
Washington, DC 20005

***First Class Mail***
)
Bankruptcy Counsel
Securities and Exchange Commission
450 5th Street NW
Washington, DC 20549

***First Class Mail***
)
Rhonda Sullivan Cleaves, Esquire
Waters & Krause
c/o Kirk Stephen Richardson
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

***First Class Mail***
)
District Director
IRS
31 Hopkins Plaza – Room 1150
Baltimore, MD 21201

***First Class Mail***
)
Secretary of Treasury
PO Box 7040
Dover, DE 19903

***First Class Mail***
)
Secretary of State
Division of Corporations
Franchise Tax
PO Box 7040
Dover, DE 19903

***First Class Mail***
(Counsel for 20 Largest)
Hasbrouck Haynes, Jr. CPA
CE Settlement Trust
Haynes Downard Andra & Jones LLP
Two North 20th Street, Suite 550
Birmingham, AL 35203

***First Class Mail***
(Counsel for 20 Largest)
Robert Delatte, Esquire
Raymond Edward Wadas, Esquire
Kirk Stephen Richardson, Esquire
Kirk Stephen Richardson, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

***First Class Mail***
(Counsel for 20 Largest)
Michael Angelider, Esquire
Jeff Cooper, Esquire
Marcus Raichle, Esquire
The Simmons Firm LLC
c/o L. Robert Crismas
707 Berkshire Boulevard
East Alton, IL 62024

***First Class Mail***
(Counsel for 20 Largest)
Estel E. Wandling, Esquire
The Calwell Practice, PLLC
Law and Arts Center, West
500 Randolph Street
Charleston, WV 25302

*First Class Mail*
(Counsel for 20 Largest)
Charles Alvin Johnson, Esquire
Thomas Clark Sibley, Esquire
c/o Shepard A. Hoffman
4514 Cole Avenue, Suite 806
Dallas, TX 75205

*First Class Mail*
(Pension Benefit Guaranty)
Deborah J. Bisco, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005

*First Class Mail*
(Counsel for Hasbrouck Haynes, Jr. Trustee
of the CE Settlement Trust)
Robert Rubin, Esquire
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

*First Class Mail*
)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodridge Center Drive
PO Box 10
Woodridge, NJ 07095

*First Class Mail*
(Counsel for Persons With Asbestos-Related
Injuries)
Steven T. Baron, Esquire
J. Todd Kale, Esquire
Silber Pearlman, LLP
2711 N. Haskell Avenue, 5th Floor, LB32
Dallas, TX 75204

*First Class Mail*
)
Moshe Maimon, Esquire
Levy, Phillips & Konigsberg LLP
800 Third Avenue, 13th Floor
New York, NY 10022

*First Class Mail*
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*
(Counsel to Certain Asbestos Personal
Injury Claimants)
Theodore Goldberg, Esquire
Mark C. Meyer, Esquire
Goldberg, Persky, Jennings & White P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

*First Class Mail*
(Counsel for Liberty Mutual Insurance Co.)
Robert B. Millner, Esquire
Chunlin Leonhard, Esquire
Sonnenschein, Nath & Rosenthal LLP
Sears Tower, Suite 8000
233 South Wacker Drive
Chicago, IL 60606

*First Class Mail*
(Counsel to Certain Asbestos Personal
Injury Claimants)
Michael P. Cascino, Esquire
Allen D. Vaughan, Esquire
Cascino Vaughn Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60610

*First Class Mail*
)
Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY 10279

*First Class Mail*
(Counsel for Creditor Committee Member)
Bruce Carter, Esquire
5458 Yosemite Drive
Fairfield, OH 45014

*First Class Mail*
(Counsel for Asbestos Claimants)
Steven J. Kherkhe, Esquire
Lawrence G. Tien, Esquire
Williams Bailey Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017

*First Class Mail*
(Travelers Insurance Company)
Michael Shannon, Esquire
National Accounts
1 Tower Square – 5MN
Hartford, CT 06183

*First Class Mail*
(Counsel for Andritz (USA), Inc.)
Jesse H. Austin, II, Esquire
Karol K. Denniston, Esquire
K. Carolyn Chayavadhanangkur, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308

*First Class Mail*
(Counsel for Official Creditor Committee)
Gerald F. Munitz, Esquire
Dimitri G. Karcazes, Esquire
Goldberg, Kohn, Bell, Black, Rosenbloom
& Moritz, Ltd.
55 East Monroe, Suite 3700
Chicago, IL 60603

*First Class Mail*
)
William J. Perlstein, Esquire
Craig Goldblatt, Esquire
Danielle Spinelli, Esquire
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037

*First Class Mail*
)
William J. Bowman, Esquire
James P. Ruggeri, Esquire
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, DC 20004

*First Class Mail*
(Counsel for Allianz Insurance Company)
Robert A. Arcovio, Esquire
Margolis Edelstein
1500 Grant Building
Pittsburgh, PA 15219

*First Class Mail*
(Counsel for Allianz Insurance Company)
Elit R. Felix, II, Esquire
Margolis Edelstein, Esquire
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA 19106-3304

*First Class Mail*
(Counsel for Evanston Insurance Company)
Robert P. Seigel, Esquire
Traub Eglin Lieberman Straus
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532

*First Class Mail*
)
Michael C. Shepard, Esquire
The Shepard Law Firm, P.C.
10 High Street, Suite 1100
Boston, MA 02110

*First Class Mail*
(Counsel for Nationwide Indemnity
Company)
Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

*First Class Mail*
(Counsel for Westport Insurance Company)
Francis P. Maneri, Esquire
Scott J. Freedman, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel for Employers Mutual)
John Kent, Esquire
George Dale, Esquire
Kent & McBride, P.C.
1617 John F. Kennedy Boulevard, Suite
1200
Philadelphia, PA 19103

*First Class Mail*
(Counsel for London Market)
Joseph L. Ruby, Esquire
Baach Robinson & Lewis
1201 F Street, N.W., #500
Washington, DC 20004

*First Class Mail*
(Counsel to Certain Asbestos Personal
Injury Claimants)
James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley,
Wimberley & Steele, LLP
3120 Central Mall Drive
Port Arthur, TX 77642

*First Class Mail*
(Counsel for Ancel Abadie and 410
Additional Claimants)
Julie A. Ardoin, Esquire
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112

*First Class Mail*
(Environmental Protection Agency)
Henry S. Friedman, Esquire
Senior Attorney
US Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
PO Box 7611
Ben Franklin Station
Washington, DC 20044

**First Class Mail**
(Co-Counsel for Everest Re)
Fred L. Alvarez, Esquire
David C. Butman, Esquire
Lord, Bissell & Brook L.L.P.
115 South La Salle Street
Chicago, IL 60603

*First Class Mail*
(Future Claimants Representative for ABB
Lummus Global, Inc.)
John F. Higgins, Esquire
Porter & Hedtes, LLP
1000 Main Street, 36th Floor
Houston, TX 77002

*First Class Mail*
(Counsel for London Market)
John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

*First Class Mail*
(Counsel for Defendant Victor Trinchese)
Noel C. Burnham, Esquire
Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

*First Class Mail*
(Counsel for Defendant Victor Trinchese)
Elizabeth Wall Magner, Esquire
1100 Poydras Street
Suite 1806, Energy Centre
New Orleans, LA  70163

*First Class Mail*
(Counsel for David Austern)
Roger Frankel, Esquire
Swidler Berlin LLP
The Washington Harbour
3000 K St., N.W., Suite 300
Washington, DC  20007

*First Class Mail*
)
Charles S. Siegel, Esquire
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX  75204

*First Class Mail*
(Co-Counsel for Debtor )
Jeffrey N. Rich, Esquire
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY  10022

*First Class Mail*
(Counsel for Joseph Rice)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX  75201

*First Class Mail*
(Counsel for Asbestos Claimants)
Alan B. Rich, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

*First Class Mail*
)
Marilyn Pam, Esquire
Kirkland & Ellis LLP
200 E. Randolph
Chicago, IL  60601

*First Class Mail*
)
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022

*First Class Mail*
(Co-Counsel for Debtor)
Judith S. Karp, Esquire
Kirkpatrick & Lockhart, LLP
1800 Massachusetts Avenue, N.W.
Washington, DC  20036

*First Class Mail*
(Co-Counsel for Debtor)
Neal R. Brendel, Esquire
Kirkpatrick & Lockhart, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222

*First Class Mail*
(Counsel to Lexington Insurance Company)
Ellen G. Margolis, Esquire
James Dennis, Esquire
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY  10004

**First Class Mail**
(Counsel for Stonewall Ins. Co Century
Indemnity Co)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

**First Class Mail**
(Counsel for Everest Re)
Dennis J. O'Grady, Esquire
Joseph L. Schwartz, Esquire
Riker, Danzig, Scherer, Hyland & Perretti
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962

**First Class Mail**
(Counsel for CNA Insurance Companies)
Merril Jay Hirsh, Esquire
Thomas T. Locke, Esquire
Ross Dixon & Bell LLP
2001 K Street, N.W.
Washington, DC 20006

**First Class Mail**
(Counsel for CNA Insurance Companies)
Mohsin N. Khambati, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 W. Monroe Street
Chicago, IL 60606

**First Class Mail**
(Counsel for Committee of Unsecured
Creditors)
Frances Gecker, Esquire
Joseph Frank, Esquire
Frank/Gecker LLP, As Assignee of Neal,
Gerber & Eisenberg LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

**First Class Mail**
(Counsel for Robert & Joyce Hutchison)
David M. Olenczuk, Esquire
Robert A. Simon, Esquire
Simon, Warner & Doby, LLP
301 Commerce, Suite 1700
Fort Worth, TX 76102

**First Class Mail**
(Counsel for Committee of Unsecured
Creditors)
David V. Goodsir, Esquire
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 2200
Chicago, IL 60602

**First Class Mail**
(CE Settlement Trust)
Alkon, Rhea & Hart
2115 Queen St.
Christiansted, St. Croix 00820
US Virgin Islands

**First Class Mail**
(CE Settlement Trust)
Barton & Williams, PA
3007 Magnolia St.
Pascagoula, MS 39567

**First Class Mail**
(CE Settlement Trust)
Bergman Senn Pageler & Frockt, In Trust
17530 Vashon Hwy SW
Vashon, WA 98070

**First Class Mail**
(CE Settlement Trust)
Bevan & Associates
10360 Northfield Road
Northfield, OH 44067

**First Class Mail**
(CE Settlement Trust)
Boechler, PC, Attorneys at Law
1120  28th Avenue N, Suite A
Fargo, ND  58102-1334

**First Class Mail**
(CE Settlement Trust)
Chris Parks & Associates
1 Plaza Square
Port Arthur, TX  77642

**First Class Mail**
(CE Settlement Trust)
Climaco Climaco Lefkowitz & Garofoli, Co.
1128 Euclid Avenue
Cleveland, OH  44115

**First Class Mail**
(CE Settlement Trust)
David C. Thompson
321 Kittson Avenue
Grand Forks, ND  58206

**First Class Mail**
(CE Settlement Trust)
David O. McCormick, As Trustee
729 Watts Avenue
Pascagoula, MS  39568

**First Class Mail**
(CE Settlement Trust)
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA  70113

**First Class Mail**
(CE Settlement Trust)
Galex Tortoreti & Tomes
150 Tices Lane
East Brunswick, NJ  08813

**First Class Mail**
(CE Settlement Trust)
Gary O. Galiher, AAL,ALC, As Trustee
610 Ward Avenue
Honolulu, HI  96814

**First Class Mail**
(CE Settlement Trust)
Goldberg, Persky & White, PC
PO Box 624809
Pittsburgh, PA  15264

**First Class Mail**
(CE Settlement Trust)
Goodman, Meagher & Enoch
111 N. Charles St., 7th Floor
Baltimore, MD  21201

**First Class Mail**
(CE Settlement Trust)
Hossley & Embroy, LLP
6440 N. Central Expressway
Dallas, TX  75206

**First Class Mail**
(CE Settlement Trust)
Jacques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI  48226

**First Class Mail**
(CE Settlement Trust)
James E. Herrick, Pro Se
361 South Jefferson Street
Batavia, IL  60510

**First Class Mail**
(CE Settlement Trust)
Jones, Martin, Parris & Tessener
410 Glenwood Avenue, #200
Raleigh, NC  27603

*First Class Mail*
(CE Settlement Trust)
Joseph C. Blanks, PC
2190 Harrison Avenue
Beaumont, TX  77701

*First Class Mail*
(CE Settlement Trust)
Kaeske Law Firm
6301 Gaston Avenue, #735
Dallas, TX  75219

*First Class Mail*
(CE Settlement Trust)
Law Offices of Gene Locks, PLLC
110 East 55th Street
New York, NY  10022

*First Class Mail*
(CE Settlement Trust)
Law Offices of Herschel Hobson
2190 Harrison Avenue
Beaumont, TX  77701

*First Class Mail*
(CE Settlement Trust)
Law Offices of Jonathan David, PC
10655 Six Pines Drive, #260
The Woodlands, TX  77380

*First Class Mail*
(CE Settlement Trust)
Lewis & Scholnick, Client Trust Account
555 S. Flower Street, #4520
Los Angeles, CA  90071

*First Class Mail*
(CE Settlement Trust)
Lundy & Davis, LLP
501 Broad Street
Lake Charles, LA  70601

*First Class Mail*
(CE Settlement Trust)
Montez, Williams & Baird, PC
3809 W. Waco Drive
Waco, TX  76701

*First Class Mail*
(CE Settlement Trust)
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

*First Class Mail*
(CE Settlement Trust)
Mundy & Singley, LLP
816 Congress Avenue, #100
Austin, TX  78701

*First Class Mail*
(CE Settlement Trust)
Paul, Reich & Myers, PC
1608 Walnut Street, #500
Philadelphia, PA  19103

*First Class Mail*
(CE Settlement Trust)
Richardson QS Fund
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, TX  75204

*First Class Mail*
(CE Settlement Trust)
Richardson, Patrick, Westbrook & Brickman
174 East Bay Street
Charleston, SC  2941

*First Class Mail*
(CE Settlement Trust)
Rose, Klein & Marias, Client Trust Acct.
PO Box 22792
Long Beach, CA  90801

**First Class Mail**
(CE Settlement Trust)
Schroeter, Goldmark & Bender
500 Central Building
Seattle, WA  98104

**First Class Mail**
(CE Settlement Trust)
The Bogdan Law Firm
8866 Gulf Freeway, #515
Houston, TX  77017

**First Class Mail**
(CE Settlement Trust)
Wysoker, Glassner, Weingartner
340 George Street
New Brunswick, NJ  08901

**First Class Mail**
(Counsel for Everest Re)
Arthur J. McColgan, Esquire
Lord, Bissell & Brook LLP
115 S. LaSalle Street
Chicago, IL  60603

**FOREIGN First Class Mail**
(Counsel for 20 Largest)
Alstom
25 Avenue Kleber
75795 Paris Cedex 16
France