IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: July 13, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## NO ORDER REQUIRED CERTIFICATION OF
## NO OBJECTION REGARDING DOCKET NO. 8676

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the *Sixth Monthly Application of Deloitte Tax*

*LLP ("Deloitte Tax") for Compensation for Services Rendered and Reimbursement of Expenses*

*to the Debtors for the Period from February 1, 2005 through February 28, 2005* (the

"Application"). The undersigned further certifies that he has caused the Court's docket in this

case to be reviewed and no answer, objection or other responsive pleading to the Application

appears thereon. Pursuant to the Application, objections to the Application were to be filed and

served no later than July 13, 2005.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and

Official Committee Members (the "Order") dated May 3, 2001, upon the filing of this

Certification and without the need for entry of a Court order approving the Application, the

Debtors are authorized to pay Deloitte Tax $19,038.80 which represents 80% of the fees

($23,798.50), and $185.00 which represents 100% of the expenses requested in the Application

for the period February 1, 2005 through February 28, 2005, upon the filing of this Certification

and without the need for entry of a Court order Approving the Application.


Dated: August 2⁄6, 2005    KIRKLAND & ELLIS LLP
            James H.M. Sprayregen, P.C.
            Janet S. Baer
            200 East Randolph Drive
            Chicago, Illinois 60601
            Telephone: (312) 861-2000
            Facsimile: (312) 861-2200

            and

            PACHULSKI, STANG, ZIEHL, YOUNG, JONES
            & WEINTRAUB P.C.

            Laura Davis Jones (Bar No. 2436)
            David W. Carickhoff, Jr. (Bar No. 3715)
            919 N. Market Street, 16th Floor
            P.O. Box 8705
            Wilmington, Delaware 19899-8705
            Telephone: (302) 652-4100
            Facsimile: (302) 652-4400

            Co-Counsel to Debtors and Debtors-in-Possession