# EXHIBIT A

# W.R. Grace
## Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Pearson, Peter P. | 5637 | 2281 | $741,600.00 | U | No Liability | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |
| City of Cambridge, Massachusetts | None | 4720 | $14,829,000.00 | U | No Liability | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |
| City of Cambridge, Massachusetts | None | 4722 | $14,829,000.00 | U | No Liability | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |
| Massachusetts Bay Transportation Authority | None | 9693 | Unliquidated | U | No Liability, Unliquidated | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s). Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Perini Corporation | None | 4704 | Unliquidated | U | No Liability, Unliquidated | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |
| Dillingham-Manson Joint Venture | 5841 | 14050 | Unliquidated | A | No Liability; Unliquidated | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |
| Dillingham-Manson Joint Venture | 5841 | 14051 | Unliquidated | A | No Liability; Unliquidated | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |

W.R. Grace
Responses Received to Debtors' Fifth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| CHL Administration, Inc. | 5708 (through 5713) | 851 | Unliquidated | U | No Liability; Unliquidated | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |
| Archer, David | 5795 | 602 | $1,541,849.60 | U | No Liability | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |
| Archer, Michelle | 5796 | 604 | $1,910,100.00 | U | No Liability | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |

# EXHIBIT B

W.R. Grace Co., Inc.
Responses to the Debtors' Eighth Omnibus Objection to Proofs of Claim

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| New Jersey Department of Taxation | 7708 | 15324 | $258,629.24 | A | No Liability | Expunge | Claimant filed an amended claim to replace claim no. 15324. Claim no. 15324 is disallowed and expunged. |
| New Jersey Department of Taxation | 7708 | 871 | $149,730.68 | P | Differs from books and records | Reduce claim to $27,491.00 | Claimant filed an amended claim to replace claim no. 871. Claim no. 871 is disallowed and expunged. |
| National Union | None | 9553 | $46,971,746.00 | S | Duplicate of Claim No. 9554 | Expunge | Continue to the September 26, 2005 Omnibus Hearing. |

# EXHIBIT C

# W. R. Grace
## Responses Received to Debtors' Ninth Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Commonwealth of Massachusetts | None | 1480 | $3,250.59 | P | No Liability | Expunge | No response received. Disallow and expunge. |
| Commonwealth of Massachusetts | None | 1480 | $830.00 | U | No Liability | Expunge | No response received. Disallow and expunge. |
| Commonwealth of Massachusetts | None | 1481 | $3,250.59 | P | No Liability | Expunge | No response received. Disallow and expunge. |
| Commonwealth of Massachusetts | None | 1481 | $830.00 | U | No Liability | Expunge | No response received. Disallow and expunge. |
| Safety Kleen Corporation | None | 163 | $162,429.45 | U | No Liability | Reduce and Allow | No response received. Reduce and Allow. |

# EXHIBIT D

# W. R. Grace
## Responses Received to Debtors' Eleventh Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Berry & Berry | 8680 | 1325 | $233,540.00 | U | Insufficient Documentation | Expunge | Continue to September 26, 2005 omnibus hearing. |
| Sierra Capital (Computer Task Group) | 8585 | 649 | $4,380.00 | U | Insufficient Documentation | Expunge | Reduce and allow as general unsecured non-priority claim in the amount of $480.00 |
| Sierra Capital (Sanders Roofing Co Inc.) | 8588 | 639 | $3,384.90 | U | Insufficient Documentation | Expunge | Continue to September 26, 2005 omnibus hearing. |
| Palazzo, Rapheal | 8608 | 2661 | $12,000.00 | U | Insufficient Documentation | Expunge | Continue to September 26, 2005 omnibus hearing. |
| Receivable Management Services (Iron Mountain Records Management Inc.) | 8609 | 339 | $7,026.79 | U | Insufficient Documentation | Expunge | Continue to September 26, 2005 omnibus hearing. |
| Barnett, Mark C. | None | 2107 | $4,637.56 | P | Insufficient Documentation | Expunge | Continue to September 26, 2005 omnibus hearing. |

# W. R. Grace
## Responses Received to Debtors' Eleventh Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Micro Warehouse | None | 1653 | $255.63 | U | Insufficient Documentation | Expunge | No response received. Disallow and expunge. |
| West Group | None | 342 | $1,188.55 | U | Insufficient Documentation | Expunge | Continue to September 26, 2005 omnibus hearing. |
| Darks, Tyrone | None | 1474 | $25,000,000.00 | U | Insufficient Documentation | Expunge | No response received. Disallow and expunge. |
| Office Depot | None | 444 | $5,282.77 | U | Insufficient Documentation | Expunge | Continue to September 26, 2005 omnibus hearing. |