## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline September 19, 2005 @ 4:00 p.m.** |

## FORTY-EIGHTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005

Name of Applicant:　　　　　　　*Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:　　　　*Official Committee of Equity Holders*

Date of Retention:　　　　　　　*As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:　　*July 1, 2005 through and including July 31, 2005*

Amount of Compensation sought as
actual, reasonable and necessary:　*$31,738.00*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:　　　　　　　　　　*$2,829.07*

This is a(n):　__x__ monthly　　　__　interim application

KL2:2407599.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $16,079.20 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – Demember 31, 2001 | $32,467.50 / $2,338.23 | $25,974.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $19,046.00 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $29,106.00 / $2,894.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $26,060.00 / $2,107.64 |
| May 15, 2002 (1st Quarterly) | January 1, 2002 – March 31, 2002 | $92,765.00 / $6,963.66 | $92,765.00 / $6,963.66 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $23,035.20 / $2,669.24 |
| August 5, 2002 10th Monthly | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $19,385.60 / $2,299.11 |
| September 4, 2002 11th Montly | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $16,314.00 / $388.61 |
| September 18, 2002 (2nd Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 / $5,356.96 | $69,340.00 / $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $22,466.80 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $26,878.80 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $20,467.60 / $1,761.46 |
| November 21, 2002 (3rd Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 / $10,070.69 | $87,266.50 / $10,070.69 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $31,910.00 / $2,124.93 |
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |

- 2 -

| | | | |
|---|---|---|---|
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $9,482.80 / $816.82 |
| February 25, 2003 | January 1, 2003 – January 31, 2003 | $11,100.00 / $927.47 | $8,880.00 / $927.47 |
| March 11, 2003 (4th Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 / $3,575.61 | $70,445.00 / $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $10,734.40 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $21,575.20 / $452.38 |
| May 15, 2003 (5th Quarterly) | January 1, 2003 – March 31, 2002 | $51,487.00 / $1,619.93 | $51,487.00 / $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $6,087.20 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $7,528.77 / $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $8,341.60 / $137.09 |
| August 21, 2003 (6th Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 / $1,839.08 | $27,447.00 / $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $7,418.00 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $489.69 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $12,003.20 / $334.63 |
| December 19, 2003 (7th Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $10,507.20 / $174.04 |
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $11,629.60 / $273.00 |
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $14,076.00 / $1,599.14 |
| February 27, 2004 (8th Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $7,183.20 / $436.47 |

- 3 -

| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
|---|---|---|---|
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $472.11 | $11,643.00 / $472.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $2,874.70 / $0.00 |
| July 13, 2004 (9th Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 / $1,451.43 | $31,674.50 / $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $8,672.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $18,561.60 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $10,818.40 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $7,634.80 / $125.25 |
| November 1, 2004 (10th Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 / $1,840.66 | $48,415.50 / $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $19,586.40 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $103,167.20 / $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $122,980.00 / $4,236.79 |
| January 27, 2005 (11th Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 / $995.20 | $47,550.00 / $995.20 |
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $102,312.89 / $3,246.49 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $115,731.60 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $19,765.20 / $2,444.84 |
| April 7, 2005 (12th Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 / $14,406.04 | $406,517.00 / $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $21,131.20 / $2,827.24 |
| May 16, 2005 (13th Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 / $12,593.68 | $125,986.40/ $10,505.64 |

| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $23,958.44 / $1,323.60 |
|---|---|---|---|
| June 21, 2005 | May 1, 2005 – May 31, 2005 | $19,218.50 / $2,198.56 | $15,374.80 / $2,198.56 |
| July 28, 2005 (as Amended on August 10, 2005 | June 1, 2005 -- June 30, 2005 | 25,731.00 / $119.33 | $0.00 / $0.00 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JULY 1, 2005 THROUGH JULY 31, 2005

| **Name** | **Total Billed Hours** | **Hourly Billing Rate** | **Total Compensation** |
|---|---|---|---|
| Nadler, Ellen R. | 08.4 | 660.00 | $ 5,544.00 |
| Bentley, Phillip | 03.5 | 595.00 | $ 2,082.50 |
| Horowitz, Gregory A. | 01.4 | 560.00 | $    784.00 |
| Becker, Gary M. | 34.0 | 520.00 | $17,680.00 |
| Becker, Gary M. | 16.0 | 260.00 | $ 4,368.00 |
| Dimos, Bill | 01.0 | 275.00 | $    275.00 |
| Dolce, Lisa | 01.2 | 205.00 | $    246.00 |
| Shea James | 03.7 | 205.00 | $    758.50 |
| **TOTAL** | **70.0** | | **$31,738.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 07/01/05 through 07/31/05 | Total Fees for the Period 07/01/05 through 07/31/05 |
|---|---|---|
| Case Administration | 02.3 | $ 541.50 |
| Creditor Committee | 10.4 | $5,408.00 |
| Bankruptcy Motions | 01.5 | $780.00 |
| Fee Applications, Applicant | 04.5 | $ 1,300.50 |
| Claim Analysis Objection (Asbestos) | 25.3 | $14,556.00 |
| Hearings | 09.2 | $ 4,784.00 |
| Travel \ Non-Working | 16.8 | $4,368.00 |
| **Total** | **70.0** | **$31,738.00** |

## SUMMARY OF TIME BY CATEGORY FOR
## BILLING PERIOD JULY 1, 2005 – JULY 31, 2005

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| DIMOS, BILL | CRED | 1.00 | 275.00 | 275.00 |
| PARAPROFESSIONALS | | | | |
| DOLCE, LISA | LITI | 1.00 | 205.00 | 205.00 |
| SHEA, JAMES | CRED | 0.30 | 205.00 | 61.50 |
| | Subtotal | 2.30 | $ | 541.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 10.40 | 520.00 | 5,408.00 |
| | Subtotal | 10.40 | $ | 5,408.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.50 | 520.00 | 780.00 |
| | Subtotal | 1.50 | $ | 780.00 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.20 | 520.00 | 624.00 |
| PARAPROFESSIONALS | | | | |
| DOLCE, LISA | LITI | 0.20 | 205.00 | 41.00 |
| SHEA, JAMES | CRED | 3.10 | 205.00 | 635.50 |
| | Subtotal | 4.50 | $ | 1,300.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 8.40 | 660.00 | 5,544.00 |
| BENTLEY, PHILIP | CRED | 3.50 | 595.00 | 2,082.50 |
| HOROWITZ, GREGORY A. | LITI | 1.40 | 560.00 | 784.00 |
| BECKER, GARY M. | CRED | 11.70 | 520.00 | 6,084.00 |
| PARAPROFESSIONALS | | | | |
| SHEA, JAMES | CRED | 0.30 | 205.00 | 61.50 |
| | Subtotal | 25.30 | $ | 14,556.00 |

### HEARINGS

KL2:2407599.1

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 9.20 | 520.00 | 4,784.00 |
| | Subtotal | 9.20 | $ | 4,784.00 |

*TRAVEL\NON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 16.80 | 260.00 | 4,368.00 |
| | Subtotal | 16.80 | $ | 4,368.00 |
| | Total | 70.00 | $ | 31,738.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 7/1/05 through 7/31/05 |
|---|---|
| Velobinding | $    37.50 |
| Tabs | $    20.00 |
| Photocopying | $  486.60 |
| Long Dist. Tele. | $    18.20 |
| Messenger/Courier | $    15.99 |
| Legal Search Fees | $      3.20 |
| Out-of-Town Travel | $1,821.79 |
| Document Retrieval Fees | $  244.48 |
| Other Fees | $    80.00 |
| Subtotal | **$2,829.07** |

KL2:2407599.1

Dated: August _26_, 2005

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____

    Gary M. Becker
    1177 Avenue of the Americas
    New York, New York 10036
    (212) 715-9100

    Counsel to the Official Committee of
    Equity Holders