alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 08/25/05 17:16:05
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
Worked : 12/31/99 thru 08/25/05

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 2.30 | 541.50 | 709.42 | 1,250.92 | BENTLEY PHILIP - 02495 | M | B | |
| 00002 | CREDITOR COMMITTEE | 10.40 | 5,408.00 | 44.46 | 5,452.46 | BENTLEY PHILIP - 02495 | M | B | |
| 00005 | BANKR. MOTIONS | 1.50 | 780.00 | 45.90 | 825.90 | BENTLEY PHILIP - 02495 | M | B | |
| 00008 | FEE APPLICATIONS, APPLIC | 4.50 | 1,300.50 | 26.19 | 1,326.69 | BENTLEY PHILIP - 02495 | M | B | |
| 00012 | CLAIM ANALYSIS OBJECTION | 25.30 | 14,556.00 | 1,559.30 | 16,115.30 | BENTLEY PHILIP - 02495 | M | B | |
| 00019 | HEARINGS | 9.20 | 4,784.00 | 80.00 | 4,864.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00028 | TRAVEL\NON-WORKING | 16.80 | 4,368.00 | 363.80 | 4,731.80 | BENTLEY PHILIP - 02495 | M | B | |
| | Client Total | 70.00 | 31,738.00 | 2,829.07 | 34,567.07 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132r: Matter Detail                                                                                                  PAGE    1
Run Date & Time: 08/25/2005 17:16:02

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PRE-BILLING SUMMARY REPORT

Matter No.: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number: 1972935
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MORRIS - 03976
Matter Opened : 07/27/2001                                                                                Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                    UNBILLED TIME FROM:   07/05/2005          TO:   07/28/2005
                                                    UNBILLED DISB FROM:   05/01/2005          TO:   07/14/2005

                                                              FEES                           COSTS
GROSS BILLABLE AMOUNT:                                       541.50                         709.42
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                 07/28/2005                      07/14/2005
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                            ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH
                    FEES:                            0.00        UNIDENTIFIED RECEIPTS:            0.00
DISBURSEMENTS:                                       0.00        PAID FEE RETAINER:                0.00
FEE RETAINER:                                        0.00        PAID DISB RETAINER:               0.00
DISB RETAINER:                                       0.00        TOTAL AVAILABLE FUNDS:            0.00
TOTAL OUTSTANDING:                                   0.00        TRUST BALANCE:
                                                                 BILLING HISTORY

DATE OF LAST BILL:           08/25/05                          LAST PAYMENT DATE:           08/25/05
LAST BILL NUMBER:            418305    ACTUAL FEES BILLED TO DATE:           247,891.50
                                       ON ACCOUNT FEES BILLED TO DATE:             0.00
                                       TOTAL FEES BILLED TO DATE:           247,891.50
LAST BILL THRU DATE:         06/30/05  FEES WRITTEN OFF TO DATE:             79,053.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development        (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate            (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

```
alp_132r: Matter Detail                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    2
Run Date & Time: 08/25/2005 17:16:02                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS    - 06975             Proforma Number:    1972936
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                 ---------------- Total Unbilled ----------------
Emp Id Employee Name                    Group        Oldest      Latest      Total      Amount
                                                     Entry       Entry       Hours

06208  DIMOS, BILL                      CRED         07/05/05    07/28/05     2.30       541.50

                        Total:                                                2.30       541.50

05623  DOLCE, LISA                      LITI         07/05/05    07/08/05     1.00       275.00
06091  SHEA, JAMES                      CRED         07/28/05    07/28/05     0.30        61.50

PARAPROFESSIONALS
Sub-Total Hours :    0.00 Partners   0.00 Counsels   1.00 Associates   1:30 Legal Assts   0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  -----------  Total Unbilled -----------
Code  Description                          Oldest      Latest      Total
                                           Entry       Entry       Amount
                                           -------     -------     -------
0816  VELOBINDINGS                         07/14/05    07/14/05      37.50
0817  TABS                                 07/07/05    07/07/05      20.00
0820  PHOTOCOPYING                         07/12/05    07/14/05     423.00
0910  LONG DIST. TELE.                     05/27/05    05/27/05      18.20
0935  LEGAL SEARCH FEES                    05/01/05    05/01/05       3.20
0972  DOCUMENT RETRIEVAL FEES              06/30/05    06/30/05     207.52

              Total:                                                 709.42
              Grand Total                                          1,250.92


U N B I L L E D   T I M E   D E T A I L
Employee Name        Work Date   Description                                Hours   Amount      Index#    Batch Date    Task Act

DIMOS, BILL          07/05/05    Read through documents (0.1).              0.10    27.50       5775614   07/12/2005
DIMOS, BILL          07/07/05    Read through documents (0.1).              0.10    27.50       5775615   07/12/2005
DIMOS, BILL          07/08/05    Read through documents (0.1).              0.10    27.50       5775613   07/12/2005
DIMOS, BILL          07/11/05    Read through documents (0.1).              0.10    27.50       5803861   07/25/2005
DIMOS, BILL          07/12/05    Read through documents (0.1).              0.10    27.50       5803860   07/25/2005
DIMOS, BILL          07/19/05    Read through documents (0.1).              0.10    27.50       5803863   07/25/2005
DIMOS, BILL          07/20/05    Read through docs (0.1).                   0.10    27.50       5803862   07/25/2005
DIMOS, BILL          07/21/05    Read through documents (0.1).              0.10    27.50       5803864   07/25/2005
DIMOS, BILL          07/22/05    Read through documents (0.1).              0.10    27.50       5803865   07/25/2005
DIMOS, BILL          07/28/05    Reviewed documents (0.1).                  0.10    27.50       5816583   08/01/2005

       Total For DIMOS B - 06208                                            1.00   275.00
```

```
alp_132r: Matter Detail                                                                                          PAGE   3

Run Date & Time: 08/25/2005 17:16:02                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   1972936
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE
```

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| DOLCE, LISA | 07/05/05 | receive documents, review and organize in files. | 0.50 | 102.50 | 5772399 | 07/07/2005 | |
| DOLCE, LISA | 07/08/05 | review files; send to records and case room. | 0.50 | 102.50 | 5775491 | 07/12/2005 | |
| **Total For DOLCE L - 05623** | | | **1.00** | **205.00** | | | |
| SHEA, JAMES | 07/28/05 | attention to case files (0.3) | 0.30 | 61.50 | 5817706 | 08/01/2005 | |
| **Total For SHEA J - 06091** | | | **0.30** | **61.50** | | | |

Fee Total   2.30   541.50

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| VELOBINDINGS 0816 | | | | | | |
| VELOBINDINGS SHEA JAMES 06091 BINDING | SHEA, J S | 07/14/05 | 37.50 | 7073205 | 150209 | 07/18/05 |
| 0816 VELOBINDINGS Total : | | | 37.50 | | | |
| TABS 0817 | | | | | | |
| TABS SHEA, JAMES 06091 TABS | SHEA, J S | 07/14/05 | 20.00 | 7073186 | 150207 | 07/18/05 |
| 0817 TABS Total : | | | 20.00 | | | |
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING TRIVENTO, NICK | TRIVENTO, N | 07/12/05 | 2.85 | 7069660 | 150187 | 07/15/05 |
| PHOTOCOPYING SHEA JAMES | SHEA, J S | 07/14/05 | 26.25 | 7072525 | 150202 | 07/18/05 |
| PHOTOCOPYING SHEA JAMES | SHEA, J S | 07/14/05 | 6.00 | 7072526 | 150202 | 07/18/05 |
| PHOTOCOPYING SHEA JAMES | SHEA, J S | 07/14/05 | 387.90 | 7072527 | 150202 | 07/18/05 |
| 0820 PHOTOCOPYING Total : | | | 423.00 | | | |
| LONG DIST. TELE. 0910 | | | | | | |
| PREMIERE CONFERENCING LONG DIST. TELE. - VENDOR-PREMIERE CONFERENCING | BENTLEY, P | 05/27/05 | 18.20 | 7081561 | 150540 | 07/25/05 |
| 0910 LONG DIST. TELE Total : | | | 18.20 | | | |

```
alp_132r: Matter Detail                                                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                     PAGE   4
Run Date & Time: 08/25/2005 17:16:02                                                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                                              Orig Prtnr : CRED. RGTS. - 06975              Proforma Number: 1872936
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                         Status : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee                   Date          Amount       Index#    Batch No    Batch Date
---------------------------------------------------------------------------------------------------------------------------

LEGAL SEARCH FEES          0935
   DJRBI, LLC
   LEGAL SEARCH FEES - VENDOR-DJRBI LLC       PELLETIER, D       05/01/05         3.20     7112835    151954      08/16/05
                                                          0935 LEGAL SEARCH FEES Total :   3.20

DOCUMENT RETRIEVAL F       0972
   DOCUMENT RETRIEVAL F                       PIZZARELLO, C      06/30/05       103.20     7063395    150138      07/14/05
   DOCUMENT RETRIEVAL F                       PIZZARELLO, C      06/30/05       104.32     7063396    150138      07/14/05
                                                          0972 DOCUMENT RETRIEVAL F Total :   207.52

                                                          Costs Total :    709.42
```

```
alp_132r: Matter Detail                                                                                                    PAGE   5
Run Date & Time: 08/25/2005 17:16:02
                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1972936
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

    B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                Hours        Amount              Bill          W/o / W/u       Transfer To    Clnt/Mtr   Carry Forward
---------------------------- -----------  ------------------  ------------  --------------  ----------------------    -------------
DIMOS, BILL                     1.00          275.00
DOLCE, LISA                     1.00          205.00
SHEA, JAMES                     0.30           61.50
                            ----------     ----------
         Total:                 2.30          541.50

    B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                       Amount              Bill          W/o / W/u       Transfer To    Clnt/Mtr   Carry Forward
-------------------------------------  -----------------  ------------  --------------  ----------------------    -------------
0816 VELOBINDINGS                          37.50
0817 TABS                                  20.00
0820 PHOTOCOPYING                         423.00
0910 LONG DIST. TELE.                      18.20
0935 LEGAL SEARCH FEES                      3.20
0972 DOCUMENT RETRIEVAL FEES              207.52
                                       ----------
         Costs Total :                    709.42
```

```
alp_132r: Matter Detail                                                                                                                                      PAGE   6
Run Date & Time: 08/25/2005 17:16:02

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS - 06975                    Proforma Number: 1972937
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr  : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                          Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------------------------

                                                              PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------------------------

                                                   UNBILLED TIME FROM:     07/08/2005    TO:    07/22/2005
                                                   UNBILLED DISB FROM:     06/30/2005    TO:    07/15/2005

                                                             FEES                COSTS
                                                            --------             ------
GROSS BILLABLE AMOUNT:                                      5,408.00              44.46
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                 07/22/2005                   07/15/2005
CLOSE MATTER/FINAL BILLING?                    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
_____
_____

                                                            ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

    FEES:                                      0.00           UNIDENTIFIED RECEIPTS:             0.00
    DISBURSEMENTS:                             0.00           PAID FEE RETAINER:                 0.00
    FEE RETAINER:                              0.00           PAID DISB RETAINER:                0.00
    DISB RETAINER:                             0.00           TOTAL AVAILABLE FUNDS:             0.00
    TOTAL OUTSTANDING:                         0.00           TRUST BALANCE:
                                                              BILLING HISTORY
DATE OF LAST BILL:                       08/25/05             LAST PAYMENT DATE:             08/25/05
LAST BILL NUMBER:                         418305              ACTUAL FEES BILLED TO DATE:  170,724.50
                                                              ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                              TOTAL FEES BILLED TO DATE:   170,724.50
LAST BILL THRU DATE:                     06/30/05             FEES WRITTEN OFF TO DATE:     21,567.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted      (5) Business Development        (8) Premium
    (3) Pre-arranged Discount         (6) Summer Associate            (9) Rounding            (10) Client Arrangement


BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
Run Date & Time: 08/25/2005 17:16:03                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1972937
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------------ Total Unbilled -------------------
Emp Id  Employee Name                  Group           Oldest       Latest         Hours            Amount
05292   BECKER, GARY M.                 CRED           07/08/05     07/22/05       10.40            5,408.00
                       Total:                                                      10.40            5,408.00

Sub-Total Hours :   0.00 Partners     10.40 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ------ Total Unbilled ------
Code  Description                                  Oldest      Latest          Total
                                                   Entry       Entry          Amount
0820  PHOTOCOPYING                                 07/15/05    07/15/05         7.50
0972  DOCUMENT RETRIEVAL FEES                      06/30/05    06/30/05        36.96

                 Total:                                                        44.46

            Grand Total                                                     5,452.46

U N B I L L E D   T I M E   D E T A I L
Employee Name        Work Date   Description                                                                     Hours   Amount    Index#    Batch Date  Task Act
-----------------------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.      07/08/05    Conf. Grace shareholder re case issues                                           0.40   208.00    5737569   07/12/2005
BECKER, GARY M.      07/11/05    Conf. shareholder re case issues (0.5); conf.                                    1.40   728.00    5778993   07/12/2005
                                 second shreholder re case issues (0.9)
BECKER, GARY M.      07/12/05    Prepare memo for committee regarding PI/PD CMO                                   2.50 1,300.00    5798812   07/20/2005
                                 meeting
BECKER, GARY M.      07/13/05    Circulate memo to Equity Committee re PI/PD CMO                                  0.80   416.00    5798811   07/20/2005
                                 meeting (0.3); exchange email with Weschler re
                                 potential mediators (0.2); conf with Nadler re
                                 memo and mediator question (0.3).
BECKER, GARY M.      07/20/05    prepare memo to committee re 7/19 court hearing                                  3.40 1,768.00    5801701   07/20/2005
                                 (3.0); conf. Nadler re memo (0.4)
BECKER, GARY M.      07/21/05    Conf. Bentley re 7/19 hearing (0.3); revise and                                  1.40   728.00    5804508   07/25/2005
                                 send memo to committee re 7/19 hearing (0.6);
                                 conf. Weschler re 7/19 hearing (0.5)
BECKER, GARY M.      07/22/05    Conf. shareholder re case issues (0.4); email                                    0.50   260.00    5803580   07/25/2005
                                 second shareholder re case question (0.1)
                                                                                                 Fee Total       10.40 5,408.00

Total For BECKER G - 05292                                                                                       10.40 5,408.00
```

```
alp_132r: Matter Detail                                                                                                   PAGE    8

Run Date & Time: 08/25/2005 17:16:03
                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1972937
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee              Date          Amount       Index#    Batch No    Batch Date
----------------                     --------              ----          ------       ------    --------    ----------

U N B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee              Date          Amount       Index#    Batch No    Batch Date

PHOTOCOPYING              0820
   PHOTOCOPYING                      BENTLEY, P.           07/15/05         7.50      7074979   150331      07/20/05
   BENTLEY PHILIP

                                                          0820 PHOTOCOPYING Total :    7.50

DOCUMENT RETRIEVAL P      0972
   DOCUMENT RETRIEVAL P              PIZZARELLO, C.        06/30/05        36.96      7063397   150138      07/14/05

                                                     0972 DOCUMENT RETRIEVAL P Total : 36.96

                                        Costs Total :                     44.46
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE      9
Run Date & Time: 08/25/2005 17:16:03                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1972937
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE

                   B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours          Amount       Bill       W/o / W/u        Transfer To        Clnt/Mtr      Carry Forward
------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.            10.40         5,408.00
                           -----         --------
        Total:             10.40         5,408.00

                   B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description             Amount            Bill         W/o / W/u        Transfer To     Clnt/Mtr        Carry Forward
------------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING              7.50
0972 DOCUMENT RETRIEVAL FEES  36.96
                              -----
        Costs Total :         44.46
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE   10
Run Date & Time: 08/25/2005 17:16:03                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   1972938
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

=================================================================================================================
                                           PRE-BILLING SUMMARY REPORT
=================================================================================================================

UNBILLED TIME FROM:      07/01/2005                TO:    07/12/2005
UNBILLED DISB FROM:      07/06/2005                TO:    07/06/2005

                                                   FEES                  COSTS
                                                   ----                  -----
GROSS BILLABLE AMOUNT:                            780.00                 45.90
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                             07/06/2005
CLOSE MATTER/FINAL BILLING?           YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
-----------------------------------------------------------------------------------------------------------------


=================================================================================================================
                                  ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
=================================================================================================================

          FEES:                        0.00       UNIDENTIFIED RECEIPTS:              0.00
  DISBURSEMENTS:                       0.00       PAID FEE RETAINER:                  0.00
  FEE RETAINER:                        0.00       PAID DISB RETAINER:                 0.00
  DISB RETAINER:                       0.00       TOTAL AVAILABLE FUNDS:              0.00
TOTAL OUTSTANDING:                     0.00       TRUST BALANCE:
                                                  BILLING HISTORY
-----------------------------------------------------------------------------------------------------------------
DATE OF LAST BILL:              08/25/05          LAST PAYMENT DATE:           08/25/05
LAST BILL NUMBER:                418305           ACTUAL FEES BILLED TO DATE:  120,213.00
                                                  ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                  TOTAL FEES BILLED TO DATE:   120,213.00
LAST BILL THRU DATE:            06/30/05          FEES WRITTEN OFF TO DATE:       444.00

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
  (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
  (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding     (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                          PAGE    11

Run Date & Time: 08/25/2005 17:16:03                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1972938
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE
```

U N B I L L E D    T I M E    S U M M A R Y

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 07/01/05 | 07/12/05 | 1.50 | 780.00 |
|  | Total: |  |  |  | 1.50 | 780.00 |

Sub-Total Hours : 0.00 Partners  1.50 Counsels  0.00 Associates  0.00 Legal Assts  0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y  ---------- Total Unbilled ----------
| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 07/06/05 | 07/06/05 | 45.90 |
|  | Total |  |  | 45.90 |
|  | Grand Total |  |  | 825.90 |

U N B I L L E D    T I M E    D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/03/05 | Attention to email from Baer re exclusivity issues | 0.20 | 104.00 | 5772196 | 07/07/2005 |
| BECKER, GARY M. | 07/05/05 | Review various pleadings directed to PI CMO motion, including from insurers and creditors committee (0.5); review objection to Montana lift stay motion (0.2); review order re hearing dates (0.1) | 0.80 | 416.00 | 5777912 | 07/12/2005 |
| BECKER, GARY M. | 07/12/05 | Review debora pleading re exclusivity business effects (0.5 hrs) | 0.50 | 260.00 | 5798819 | 07/20/2005 |

Total For BECKER G - 05292                              1.50       780.00

Fee Total                                               1.50       780.00

U N B I L L E D    C O S T S    D E T A I L
| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING |  |  |  |  |  |  |
| PHOTOCOPYING 0820 | BECKER, G.M. | 07/06/05 | 45.90 | 7056783 | 149881 | 07/11/05 |
| BECKER GARY M. |  |  |  |  |  |  |

0820 PHOTOCOPYING Total :                               45.90

```
alp_132r: Matter Detail                                                                    PAGE   12
Run Date & Time: 08/25/2005 17:16:03

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                      Orig Prtnr : CRED. RGTS - 06975      Proforma Number: 1972938
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                         Status : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code          Employee            Date          Amount        Index#    Batch No    Batch Date


                                     Costs Total :                         45.90
```

```
alp_132r: Matter Detail                                                                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   13
Run Date & Time: 08/25/2005 17:16:03                                                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                                               Orig Prtnr : CRED. RGTS - 06975                              Proforma Number:    1972938
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                       Bill Prtnr : BENTLEY PHILIP - 02495                          Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                                        Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours           Amount              Bill            W/O / W/U           Transfer To           Clnt/Mtr        Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                   1.50           780.00

  Total:                          1.50           780.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                                 Amount              Bill            W/O / W/U           Transfer To           Clnt/Mtr        Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                                 45.90

  Costs Total :                                   45.90
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    14
Run Date & Time: 08/25/2005 17:16:03            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                 Orig Prtnr : CRED. RGTS. - 06975         Proforma Number:   1972939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

Special Billing Instructions:

                                       PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   07/05/2005         TO:   07/21/2005
UNBILLED DISB FROM:   07/19/2005         TO:   07/21/2005

                                  FEES             COSTS

GROSS BILLABLE AMOUNT:          1,300.50           26.19
AMOUNT WRITTEN DOWN:
     PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
     THRU DATE:                07/21/2005        07/21/2005
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:     BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                     ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

         FEES:                         0.00      UNIDENTIFIED RECEIPTS:       0.00
         DISBURSEMENTS:                0.00      PAID FEE RETAINER:           0.00
         FEE RETAINER:                 0.00      PAID DISB RETAINER:          0.00
         DISB RETAINER:                0.00      TOTAL AVAILABLE FUNDS:       0.00
         TOTAL OUTSTANDING:            0.00      TRUST BALANCE:
                                                 BILLING HISTORY

DATE OF LAST BILL:             08/25/05          LAST PAYMENT DATE:         08/25/05
LAST BILL NUMBER:             418305             ACTUAL FEES BILLED TO DATE:  83,027.50
                                                 ON ACCOUNT FEES BILLED TO DATE:   0.00
LAST BILL THRU DATE:           06/30/05          TOTAL FEES BILLED TO DATE:  83,027.50
                                                 FEES WRITTEN OFF TO DATE:     222.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____ FRC: _____ CRC: _____
```