```
alp_132r: Matter Detail                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   15
                                                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/25/2005 17:16:03

Matter No: 056772-00008                                                                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1972939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                                Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                                                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                                  Status      : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y   ----------------------  Total Unbilled ---------------------
Emp Id  Employee Name                    Group          Oldest        Latest          Hours             Amount
                                                        Entry         Entry
05292  BECKER, GARY M.                   CRED           07/11/05      07/14/05          1.20            624.00
       PARAPROFESSIONALS
05623  DOLCE, LISA                       LIT1           07/05/05      07/05/05          0.20             41.00
06091  SHEA, JAMES                       CRED           07/14/05      07/21/05          3.10            635.50

                                        Total:                                          4.50          1,300.50

Sub-Total Hours :     0.00 Partners        1.20 Counsels      0.00 Associates      3.30 Legal Assts      0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y   ------------- Total Unbilled -------------
Code  Description                                Oldest        Latest          Total
                                                 Entry         Entry          Amount
0820  PHOTOCOPYING                              07/21/05      07/21/05         10.20
0930  MESSENGER/COURIER                         07/19/05      07/19/05         15.99

                                        Total:                                 26.19

                                  Grand Total                                1,326.69


U N B I L L E D    T I M E    D E T A I L
Employee Name              Work Date    Description                                                           Hours     Amount       Index#     Batch Date  Task Act

BECKER, GARY M.           07/11/05      Review and revise June invoice                                         0.70    364.00     5778994  07/12/2005
BECKER, GARY M.           07/14/05      Review monthly fee application and direction to                       0.50    260.00     5798813  07/20/2005
                                        Shea re same

Total For BECKER G - 05292                                                                                     1.20    624.00

DOLCE, LISA               07/05/05      discussion with accounting on time detail, then                        0.20     41.00     5772400  07/07/2005
                                        e-mail attorney status.

Total For DOLCE L - 05623                                                                                      0.20     41.00

SHEA, JAMES               07/14/05      Drafting June Monthly Fee Application (0.8)                            0.80    164.00     5801769  07/22/2005
SHEA, JAMES               07/19/05      Drafting fee application (0.3); reviewing                             0.80    164.00     5801770  07/22/2005
                                        acct'ing records re: outstanding fees,
                                        discussion w/ Accting re same in prep of fee
                                        app (0.8)
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   16
                                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/25/2005 17:16:03

Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS. - 06975              Proforma Number:   1972939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

U N B I L L E D   T I M E    D E T A I L

Employee Name              Work Date      Description                                                Hours       Amount    Index#  Batch Date   Task Act

SHEA, JAMES                07/18/05       emails to acct re: outstanding fees/exp.,                   0.20        41.00   5801771 07/22/2005
                                          coordinating filing of KL June fee app. w/ local
                                          counsel (0.2)
SHEA, JAMES                07/19/05       reviewing acct'ing statements re: outstanding               0.50       102.50   5801772 07/22/2005
                                          fees, revisions to fee app., preparing for
                                          Becker (0.5)
SHEA, JAMES                07/20/05       e/m Becker re: status of fee app (0.1)                      0.10        20.50   5810115 07/28/2005
SHEA, JAMES                07/21/05       final revisions to 47th monthly fee app (0.3);              0.70       143.50   5810116 07/28/2005
                                          prepare PDF to local counsel, original via
                                          FedEx to local counsel (0.4)
                                                                                                     ----      --------
Total For SHEA J - 06091                                                                              3.10       635.50


U N B I L L E D    C O S T S    D E T A I L

Description/Code               Employee              Date          Amount    Index#   Batch No    Batch Date
                                                                                     Fee Total:   1,300.50

PHOTOCOPYING
   0820
   PHOTOCOPYING                SHEA, J S             07/21/05        7.96   7083397   151817      08/15/05
   PHOTOCOPYING                SHEA, J S             07/21/05       10.20   7080980   150530      07/25/05
                                                                    -----
                                                 0820 PHOTOCOPYING Total :  10.20

MESSENGER/COURIER
   0930
   FEDERAL EXPRESS CORPORAT    DOICE, L D            07/19/05        8.03   7074267   150289      07/19/05
   MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
     CORPORATION
   FEDERAL EXPRESS CORPORAT
   MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
     CORPORATION
                                                                    -----
                                                 0930 MESSENGER/COURIER Total :  15.99

Costs Total :                                                                                                   26.19
```

```
alp_132r: Matter Detail                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    17
                                                                           *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/25/2005 17:16:03
Matter No: 056772-00008                                                       Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   1972939
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount            Bill          W/o / W/u        Transfer To        Clnt/Mtr    Carry Forward

BECKER, GARY M.            1.20        624.00
DOLCE, LISA                0.20         41.00
SHEA, JAMES                3.10        635.50

      Total:               4.50      1,300.50

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                      Amount              Bill         W/o / W/u        Transfer To        Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                      10.20
0930 MESSENGER/COURIER                 15.99

      Costs Total :                    26.19
```

```
alp_132r: Matter Detail                                                                              PAGE   18
Run Date & Time: 08/25/2005 17:16:03

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                        Orig Prtnr : CRED. RGTS. - 06975        Proforma Number:  1972940
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status   : ACTIVE

Special Billing Instructions:
===========================================================================================================

                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    07/06/2005                         TO:    07/29/2005
UNBILLED DISB FROM:    07/06/2005                         TO:    07/18/2005

                         FEES                    COSTS

GROSS BILLABLE AMOUNT:   14,556.00               1,559.30
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:               07/29/2005              07/18/2005
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
             BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
============================================================================================================

                   ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

     FEES:                      0.00      UNIDENTIFIED RECEIPTS:        0.00
     DISBURSEMENTS:             0.00      PAID FEE RETAINER:            0.00
     FEE RETAINER:              0.00      PAID DISB RETAINER:           0.00
     DISB RETAINER:             0.00      TOTAL AVAILABLE FUNDS:        0.00
     TOTAL OUTSTANDING:         0.00      TRUST BALANCE:
                                          BILLING HISTORY

DATE OF LAST BILL:         08/25/05            LAST PAYMENT DATE:     08/25/05
LAST BILL NUMBER:          418305              ACTUAL FEES BILLED TO DATE:    448,337.00
                                               ON ACCOUNT FEES BILLED TO DATE:      0.00
                                               TOTAL FEES BILLED TO DATE:     448,337.00
LAST BILL THRU DATE:       06/30/05            FEES WRITTEN OFF TO DATE:        4,417.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee              (4) Excessive Legal Time      (7) Fixed Fee
     (2) Late Time & Costs Posted        (5) Business Development      (8) Premium
     (3) Pre-arranged Discount           (6) Summer Associate          (9) Rounding            (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   19
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/25/2005 17:16:03

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Orig Prtnr : CRED RGTS - 06975         Proforma Number:    1972940
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Opened : 07/27/2001                                 Supv Prtnr : MAYER THOMAS MOORE - 03976
                                                                                                     Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  --------------------- Total Unbilled ---------------------
Emp Id  Employee Name               Group        Oldest       Latest         Hours          Amount
                                                 Entry        Entry

00720   NADLER, ELLEN R.            LITI         07/06/05     07/20/05        8.40        5,544.00
02495   BENTLEY, PHILIP             CRED         07/10/05     07/29/05        3.50        2,082.50
07850   HOROWITZ, GREGORY A.        LITI         07/13/05     07/15/05        1.40          784.00
05292   BECKER, GARY M.             CRED         07/06/05     07/14/05       11.70        6,084.00
                                                                          --------      ----------
                                                                             25.30       14,556.00

06091   SHEA, JAMES   PARAPROFESSIONALS  CRED    07/14/05     07/14/05        0.30           61.50
                                    Total:                                    0.30           61.50

Sub-Total Hours :      13.30 Partners     11.70 Counsels   0.00 Associates   0.30 Legal Assts   0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ------------------- Total Unbilled -----------------
Code    Description                                        Oldest      Latest       Total
                                                           Entry       Entry        Amount

0950    OUT-OF-TOWN TRAVEL                                 07/06/05    07/18/05    1,559.30
                                                                                  ---------
        Total                                                                      1,559.30

        Grand Total                                                               16,115.30
                                                                                  =========

U N B I L L E D   T I M E   D E T A I L
Employee Name              Work Date     Description                                                      Hours    Amount      Index#   Batch Date   Task  Act

BENTLEY, PHILIP            07/10/05      Review emails re recent asbestos developments                     0.20    119.00      5792791  07/18/2005
BENTLEY, PHILIP            07/11/05      Confs GB re recent hearing                                        0.30    178.50      5793484  07/18/2005
BENTLEY, PHILIP            07/12/05      Review memo to Committee re recent developments                   0.10     59.50      5793485  07/18/2005
BENTLEY, PHILIP            07/13/05      Trade emails and TC ERN, re CMO and other                         0.30    178.50      5795180  07/19/2005
                                         issues asbestos
BENTLEY, PHILIP            07/14/05      Conf GB and ERN re current asbestos issues;                       0.60    357.00      5795181  07/19/2005
                                         review Debtor's status report
BENTLEY, PHILIP            07/18/05      Review Debtor's status report                                     0.50    297.50      5802314  07/22/2005
BENTLEY, PHILIP            07/21/05      Review GB's memo re Tuesday's hearing; and                        0.50    297.50      5814739  07/29/2005
                                         discs GB re same
BENTLEY, PHILIP            07/26/05      Review news clips re asbestos                                     0.10     59.50      5814740  07/29/2005
BENTLEY, PHILIP            07/27/05      TC shareholder re asbestos issues                                 0.80    476.00      5814741  07/29/2005
BENTLEY, PHILIP            07/29/05      Review emails re asbestos claims                                  0.10     59.50      5816827  08/01/2005
                                                                                                          ----    --------
        Total For BENTLEY P - 02495                                                                        3.50   2,082.50
```

```
alp_132r: Matter Detail                                                                                              PAGE    20
Run Date & Time: 08/25/2005 17:16:03                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*
Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1972940
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001                                    Supv. Prtnr : MAYER THOMAS MOERS - 03976  Status    : ACTIVE


UNBILLED   TIME    DETAIL

Employee Name            Work Date   Description                                                         Hours     Amount      Index#    Batch Date    Task Act.
--------------------------------------------------------------------------------------------------------------------------------------------------------

HOROWITZ, GREGORY A.     07/13/05    rr GB memo, comment on same (.4)                                     0.40      224.00    5814022   07/29/2005
HOROWITZ, GREGORY A.     07/15/05    rr status reports re conference                                      1.00      560.00    5814023   07/29/2005
  Total For HOROWITZ G - 07850                                                                            1.40      784.00

NADLER, ELLEN R.         07/06/05    Conf. G. Becker re: meeting on CMO issues
                                     (.30).                                                               0.30      198.00    5773354   07/07/2005
NADLER, ELLEN R.         07/07/05    Review pleadings on CMO motion/objecs. (2.00);
                                     meet w/GB to prepare for "meet and confer" on
                                     7/8 and to discuss future strategy on
                                     estimation issues (1.00).                                            3.00    1,980.00    5775389   07/12/2005
NADLER, ELLEN R.         07/11/05    Meet w/G. Becker re: the meet and confer on
                                     7/8 and necessary followup (1.20)                                    1.20      792.00    5780111   07/13/2005
NADLER, ELLEN R.         07/13/05    Review Becker memo to Committee (.30); telecon
                                     G. Becker and P. Bentley re: issues and
                                     approaches for 7/19 hearing (.60).                                   0.90      594.00    5780950   07/14/2005
NADLER, ELLEN R.         07/14/05    Review Grace status report on CMO/negots./etc.
                                     (2.00).                                                              2.00    1,320.00    5792786   07/18/2005
NADLER, ELLEN R.         07/20/05    Review/comments on and discuss w/G. Becker
                                     draft memo to Equity Committee re: 7/19 hearing
                                     (1.00)                                                               1.00      660.00    5800514   07/21/2005
  Total For NADLER E - 00720                                                                              8.40    5,544.00

BECKER, GARY M.          07/06/05    Prepare for meeting re PI CMO and conf. Nadler
                                     re same. (0.5)                                                       0.50      260.00    5777913   07/12/2005
BECKER, GARY M.          07/07/05    meeting with Nadler re PI CMO (0.5); review PI
                                     CMO objections in preparation for meeting at
                                     Kirkland (0.6)                                                       1.10      572.00    5777911   07/12/2005
BECKER, GARY M.          07/08/05    Prepare for and meeting at Kirkland & Ellis in
                                     Washington DC re PD CMO and PI CMO                                   7.00    3,640.00    5777570   07/12/2005
BECKER, GARY M.          07/11/05    Conf Bentley re PI CMO issues arising from
                                     meeting at Kirkland and next steps (0.5); conf.
                                     Nadler re same (0.5); review revised PD CMO
                                     from debtor (0.2)                                                    1.20      624.00    5778995   07/12/2005
BECKER, GARY M.          07/12/05    Emails Kreiger and Pasquale re asbestos
                                     estimation issues and depositions to be used                         0.50      260.00    5798815   07/20/2005
BECKER, GARY M.          07/14/05    Review debtor's report on CMO negotiations
                                     (0.8); conf Weschler re mediator issues (0.3);
                                     conf. Bentley re asbestos issues (0.3)                               1.40      728.00    5798814   07/20/2005

  Total For BECKER G - 05292                                                                             11.70    6,084.00
```

```
alp_132r: Matter Detail                                                                                                           PAGE   21
Run Date & Time: 08/25/2005 17:16:03
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00032                                  Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1972940
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name                    Work Date    Description                                                 Hours    Amount     Index#  Batch Date  Task Act

SHEA, JAMES                      07/14/05    Preparing binders of asbestos estimation status             0.30     61.50    5801773  07/22/2005
                                             report, circulating (0.3).

Total For SHEA J - 06091                                                                                  0.30     61.50

                                              Fee Total                                                  25.30  14,556.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee          Date        Amount       Index#   Batch No  Batch Date

OUT-OF-TOWN TRAVEL                  0950
 CITICORP DINERS CLUB                      BECKER, G M      07/06/05      438.40      7095781   150963   08/02/05
 OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
 CLUB NEWARK WASH
 CITICORP DINERS CLUB                      BECKER, G M      07/06/05       68.00      7095782   150963   08/02/05
 OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
 CLUB NEWARK WASH
 CITICORP DINERS CLUB                      BECKER, G M      07/18/05      984.90      7095783   150963   08/02/05
 OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
 CLUB NY PITTSBURGH
 CITICORP DINERS CLUB                      BECKER, G M      07/18/05       68.00      7095784   150963   08/02/05
 OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
 CLUB NY PITTSBURGH

                                                   0950 OUT-OF-TOWN TRAVEL Total :    1,559.30

                                                    Costs Total :                     1,559.30
```

```
alp_132r: Matter Detail                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   22
Run Date & Time: 08/25/2005 17:16:03                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                         Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    1972940
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours        Amount        Bill          W/o / W/u        Transfer To        Clnt/Mtr        Carry Forward
----------------------------------------------------------------------------------------------------------------------------------------
NADLER, ELLEN R.            8.40      5,544.00
BENTLEY, PHILIP             3.50      2,082.50
HOROWITZ, GREGORY A.        1.40        784.00
BECKER, GARY M.            11.70      6,084.00
SHEA, JAMES                 0.30         61.50
                          ------     ---------
Total:                     25.30     14,556.00

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description              Amount                Bill          W/o / W/u        Transfer To        Clnt/Mtr        Carry Forward
----------------------------------------------------------------------------------------------------------------------------------------
0950 OUT-OF-TOWN TRAVEL     1,559.30
                           ---------
Costs Total :               1,559.30
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  23

Run Date & Time: 08/25/2005 17:16:03

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    1972941
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status     : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   07/15/2005            TO:   07/19/2005
UNBILLED DISB FROM:   06/30/2005            TO:   06/30/2005

                              FEES                    COSTS
                            --------                --------
GROSS BILLABLE AMOUNT:      4,784.00                   80.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                07/19/2005               06/30/2005

CLOSE MATTER/FINAL BILLING?     YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                         BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH

  FEES:                  0.00         UNIDENTIFIED RECEIPTS:       0.00
  DISBURSEMENTS:         0.00         PAID FEE RETAINER:           0.00
  FEE RETAINER:          0.00         PAID DISB RETAINER:          0.00
  DISB RETAINER:         0.00         TOTAL AVAILABLE FUNDS:       0.00
  TOTAL OUTSTANDING:     0.00         TRUST BALANCE:
                                      BILLING HISTORY

DATE OF LAST BILL:      08/25/05                 LAST PAYMENT DATE:          08/25/05
LAST BILL NUMBER:       418305                   ACTUAL FEES BILLED TO DATE: 94,163.50
                                                 ON ACCOUNT FEES BILLED TO DATE:  0.00
                                                 TOTAL FEES BILLED TO DATE:  94,163.50
LAST BILL THRU DATE:    06/30/05    FEES WRITTEN OFF TO DATE:      5,087.68

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
  (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
  (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding    (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   24
Run Date & Time: 08/25/2005 17:16:03                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1972941
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                Status    : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y   ---------------- Total Unbilled ----------------
Emp Id Employee Name           Group              Oldest       Latest         Hours          Amount
                                                  --- Entry ---- Entry ----
05292 BECKER, GARY M.          CRED              07/15/05     07/19/05        9.20         4,784.00
                        Total:                                                9.20         4,784.00

Sub-Total Hours :   0.00 Partners   9.20 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y   --- Total Unbilled ---
Code Description                                 Oldest       Latest         Total
                                                 Entry        Entry         Amount
0990 OTHER FEES                                  06/30/05     06/30/05        80.00
                        Total:                                                80.00

                        Grand Total:                                       4,864.00
                                                                         ===========

U N B I L L E D    T I M E    D E T A I L
Employee Name                   Work Date    Description                                                              Hours    Amount    Index#    Batch No   Batch Date   Task Act

BECKER, GARY M.                 07/15/05     Review 7/19 hearing agenda                                                0.20     104.00    5798816    07/20/2005
BECKER, GARY M.                 07/19/05     Prepare for and appear at hearing regarding PI                            9.00    4,680.00   5798817    07/20/2005
                                             and PD CMO's and exclusivity

Total For BECKER G - 05292                                                                                             9.20    4,784.00

U N B I L L E D    C O S T S    D E T A I L
Description/Code                 Employee           Date          Amount    Index#    Batch No    Batch Date

OTHER FEES                          0990
CITIBANK                         DOLCE, L D      06/30/05          80.00   7090369    150915      08/01/05
OTHER FEES - VENDOR-CITIBANK Court Call       0990 OTHER FEES Total :   80.00

                        Costs Total :                              80.00
```

```
alp_132r: Matter Detail                                                                                              PAGE   25
Run Date & Time: 08/25/2005 17:16:03

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1972941
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/06/2002                                                                        Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
 Employee Name            Hours       Amount        Bill       W/o / W/u    Transfer To          Clnt/Mtr      Carry Forward
 BECKER, GARY M.           9.20      4,784.00

       Total:              9.20      4,784.00

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
 Code Description                    Amount          Bill       W/o / W/u    Transfer To          Clnt/Mtr      Carry Forward
 0990 OTHER FEES                      80.00

       Costs Total :                  80.00
```

```
alp_132r: Matter Detail                                                                                              PAGE    26
Run Date & Time: 08/25/2005 17:16:03
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                       Orig Prtnr : CRED. RGTS - 06975             Proforma Number:    1964005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : OTHER                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15
-----------------------------------------------------------------------------------------------------------------------

                                             PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                         TO:
                UNBILLED DISB FROM:                         TO:

                                        FEES                            COSTS
                                        ------                          -----
    GROSS BILLABLE AMOUNT:               0.00                            0.00
    AMOUNT WRITTEN DOWN:
               PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
             THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                             BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
_____
_____

                                         ACCOUNTS RECEIVABLE TOTALS           UNAPPLIED CASH

    DISBURSEMENTS:              0.00       UNIDENTIFIED RECEIPTS:    0.00
    FEE RETAINER:               0.00       PAID FEE RETAINER:        0.00
    DISB RETAINER:              0.00       PAID DISB RETAINER:       0.00
    TOTAL OUTSTANDING:          0.00       TOTAL AVAILABLE FUNDS:    0.00
                                           TRUST BALANCE:
                                           BILLING HISTORY
DATE OF LAST BILL:          05/31/05      LAST PAYMENT DATE:    08/19/03
LAST BILL NUMBER:                         ACTUAL FEES BILLED TO DATE:   890.00
                                          ON ACCOUNT FEES BILLED TO DATE: 0.00
                                          TOTAL FEES BILLED TO DATE:    890.00
LAST BILL THRU DATE:        04/30/05      FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted (5) Business Development   (8) Premium
    (3) Pre-arranged Discount   (6) Summer Associate        (9) Rounding    (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                                                                                           PAGE    27
Run Date & Time: 08/25/2005 17:16:04

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                                                  Proforma Number:    1972943
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Orig Prtnr : CRED. RGTS - 06975          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 10/04/2002                                      Supv Prtnr : MAYER THOMAS MOERS - 03976  Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

=========================================================================================================================
                                                   PRE-BILLING SUMMARY REPORT
=========================================================================================================================

                                         FEES                                        COSTS
UNBILLED TIME FROM:     07/08/2005              TO:     07/19/2005
UNBILLED DISB FROM:     07/18/2005              TO:     07/19/2005

                                       FEES                                          COSTS
GROSS BILLABLE AMOUNT:              4,368.00                                       363.80
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                  07/19/2005                          07/19/2005
CLOSE MATTER/FINAL BILLING?         YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

=========================================================================================================================
                                          ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
=========================================================================================================================

             FEES:                        0.00         UNIDENTIFIED RECEIPTS:           0.00
      DISBURSEMENTS:                      0.00         PAID FEE RETAINER:               0.00
       FEE RETAINER:                      0.00         PAID DISB RETAINER:              0.00
      DISB RETAINER:                      0.00         TOTAL AVAILABLE FUNDS:           0.00
   TOTAL OUTSTANDING:                     0.00         TRUST BALANCE:
                                                       BILLING HISTORY
DATE OF LAST BILL:               08/25/05               LAST PAYMENT DATE:              08/25/05
LAST BILL NUMBER:                 418305               ACTUAL FEES BILLED TO DATE:    40,007.00
                                                       ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                       TOTAL FEES BILLED TO DATE:     40,007.00
LAST BILL THRU DATE:             06/30/05               FEES WRITTEN OFF TO DATE:     25,258.50

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
   (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
   (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE  28
Run Date & Time: 08/25/2005 17:16:04                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   1972943
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : J. TRAVEL.NON-WORKING                                            Supv Prtnr : MAYER THOMAS MOORS - 03976
Matter Opened : 10/04/2002                                                                                                  Status   : ACTIVE
```

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -------------

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 07/08/05 | 07/19/05 | 16.80 | 4,368.00 |
|  | Total: |  |  |  | 16.80 | 4,368.00 |

Sub-Total Hours :  0.00 Partners    16.80 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0940 | CAB FARES | 07/18/05 | 07/18/05 | 101.31 |
| 0950 | OUT-OF-TOWN TRAVEL | 07/19/05 | 07/19/05 | 262.49 |
|  | Total: |  |  | 363.80 |

Grand Total                                                                                        4,731.80

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/08/05 | 056772/Non-working travel for meeting in Washington (bill at one-half normal rate) | 7.30 | 1,898.00 | 5727531 | 07/12/2005 | | |
| BECKER, GARY M. | 07/18/05 | 056772/non-working travel (3.0 hrs) Travel to hearing in Pittsburgh (bill at one-half normal rate) | 3.00 | 780.00 | 5798818 | 07/20/2005 | | |
| BECKER, GARY M. | 07/19/05 | Non-working travel time returning from Pittsburgh hearing (bill at one-half rate) | 6.50 | 1,690.00 | 5798810 | 07/20/2005 | | |
| Total For BECKER G - 05292 | | | 16.80 | 4,368.00 | | | | |
| Fee Total | | | 16.80 | 4,368.00 | | | | |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CAB FARES | | | | | | |
| GARY M. BECKER | 0940 | BECKER, G.M. | 07/18/05 | 40.00 | 7121011 | 152284 | 08/24/05 |
| CAB FARES - VENDOR-GARY M. BECKER CAB FARE TO AIRPORT | | | | | | |

```
alp_132r: Matter Detail                                                                                              PAGE   29
Run Date & Time: 08/25/2005 17:16:04

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                     Orig Prtnr : CRED. RGTS - 06975               Proforma Number:  1972943
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/06/2002                                                                                Status     : ACTIVE

U N B I L L E D    C O S T S    D E T A I L

Description/Code             Employee              Date              Amount        Index#    Batch No  Batch Date
------------------

GARY M. BECKER
CAB FARES - VENDOR-GARY M. BECKER CAB FARE FORM
AIRPORT                      BECKER, G M           07/19/05            40.00     7121012     152284     08/24/05
GARY M. BECKER
CAB FARES - VENDOR-GARY M. BECKER DINNER    BECKER, G M           07/19/05            21.31     7121013     152284     08/24/05

                                                  0940 CAB FARES Total :           101.31

OUT-OF-TOWN TRAVEL
                             0950
GARY M. BECKER
OUT-OF-TOWN TRAVEL - VENDOR-GARY M. BECKER   BECKER, G M           07/18/05           262.49     7121010     152284     08/24/05
HOTEL IN PITTSBURGH

                                                 0950 OUT-OF-TOWN TRAVEL Total :    262.49

                             Costs Total :                                           363.80
```

```
alp_132r: Matter Detail                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   30
                                                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/25/2005 17:16:04

Matter No: 056772-00028                                                                                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1972943
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                                                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                                                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                                                                                   Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
---------------------------------------------------------------------------------------------------------------------------------------------------------------
Employee Name                   Hours          Amount           Bill         W/o / W/u           Transfer To           Carry Forward
---------------------------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.                 16.80        4,368.00

   Total:                       16.80        4,368.00


BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
---------------------------------------------------------------------------------------------------------------------------------------------------------------
Code Description               Amount                           Bill         W/o / W/u           Transfer To           Carry Forward
---------------------------------------------------------------------------------------------------------------------------------------------------------------
0940 CAB FARES                 101.31                                                                                    Carry Forward
0950 OUT-OF-TOWN TRAVEL        262.49

        Costs Total :          363.80
```