### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:   September 19, 2005 at 4:00 p.m. |

### FORTY-FIFTH MONTHLY APPLICATION OF
### KLETT ROONEY LIEBER & SCHORLING,
### CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR THE PERIOD JULY 1, 2005 THROUGH JULY 31, 2005

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | July 1, 2005 through July 31, 2005 |
| Amount of fees to be approved as actual, reasonable and necessary: | $22,038.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $701.59[1] |

This is a(n): ___ interim        ____ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1] Due to an inadvertent accounting error, some expenses incurred prior to this Application were excluded from prior fee applications. Accordingly, these expenses are included for payment in this Application.
58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

58909v1

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |
| 12/29/03 4877 | 11/1/03 through 11/30/03 | $10,696.50/ $207.22 | $8,557.20/ $207.22 | 4986 1/26/04 |
| 1/28/04 5005 | 12/1/03 through 12/25/03 | $10,843.00/ $543.07 | $8,674.40/ $543.07 | 5135 2/19/04 |
| 2/27/04 5187 | 12/26/03 through 1/31/04 | $16,269.00/ $1,034.60 | $13,015.20/ $1,034.60 | 5342 3/24/04 |
| 4/6/04 5403 | 2/1/04 through 2/29/04 | $11,591.50/ $673.24 | $9,273.20/ $673.24 | 5501 4/28/04 |
| 4/25/04 5502 | 3/1/04 through 3/31/04 | $12,715.00/ $1,402.19 | $10,172.00/ $1,402.19 | 5616 5/19/04 |
| 5/28/04 5656 | 4/1/04 through 4/30/04 | $8,492.50/ $782.53 | $6,794.00/ $782.53 | 5844 6/21/04 |
| 6/28/04 5883 | 5/1/04 though 5/31/04 | $16,891.00/ $180.37 | $13,512.80/ $180.37 | 5996 7/20/04 |
| 7/29/04 6061 | 6/1/04 through 6/30/04 | $30,666.50/ $1,008.14 | $24,533.50/ $1,008.14 | 6223 8/20/04 |

| | | | | |
|---|---|---|---|---|
| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |
| 9/28/04 6485 | 8/1/04 through 8/31/04 | $20,512.00/ $1,821.42 | $16,409.60/ $1,821.42 | 6780 10/28/04 |
| 10/28/04 6779 | 9/1/04 through 9/30/04 | $20,634.50/ $1,231.46 | $16,076.60/ $1,231.46 | 7001 11/19/04 |
| 11/30/04 7063 | 10/1/04 through 10/31/04 | $20,982.00/ $144.74 | $16,785.60/ $144.74 | 7327 12/22/04 |
| 12/28/04 7381 | 11/1/04 through 11/30/04 | $26,383.00 $1,843.03 | $21,106.40 $1,843.03 | 7600 1/20/05 |
| 1/28/05 7640 | 12/1/04 through 12/25/04 | $27,170.50 $457.47 | $21,736.40 $457.47 | 7852 2/22/05 |
| 3/3/05 7940 | 12/26/04 though 1/31/05 | $25,021.50 $1,466.97 | $20,017.20 $1,466.97 | 8127 3/28/05 |
| 4/1/05 8153 | 2/1/05 through 2/28/05 | $21,980.00 $240.36 | $17,584.00 $240.36 | 8291 4/27/05 |
| 5/6/05 8379 | 3/1/05 through 3/31/05 | $13,210.50 $138.07 | $10,568.40 $138.07 | 8528 5/31/05 |
| 5/31/05 8529 | 4/1/05 through 4/30/05 | $13,310.00 $450.86 | $10,648.00 $450.86 | 8668 6/22/05 |
| 6/28/05 8693 | 5/1/05 through 5/31/05 | $22,543.00 $113.87 | $18,034.40 $113.87 | 9032 7/20/05 |
| 7/28/05 9100 | 6/1/05 through 6/30/05 | $22,083.00 $349.11 | $17,666.40 $349.11 | 9226 8/22/05 |

## SUMMARY OF TIME FOR BILLING PERIOD
### JULY 1, 2005 THROUGH JULY 31, 2005

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $470 | 42.0 | $19,740.00 |
| Melissa N. Flores | $135 | 16.7 | $2,254.50 |
| Frances A. Panchak | $145 | .3 | $43.5 |
| **TOTAL** | | **59** | **$22,038.00** |

58909v1

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## JULY 1, 2005 THROUGH JULY 31, 2005

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 5.6 | $2,632.00 |
| Business Operations | .6 | $282.00 |
| Case Administration | 9.4 | $1,369.50 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 4.0 | $1,880.00 |
| Employee Benefits/Pension | .4 | 188.00 |
| Employment Applications, Others | .6 | $282.00 |
| Fee Applications, Applicant | 7.4 | $1,705.50 |
| Fee Applications, Others | 2.6 | $351.00 |
| Hearings | 1.8 | $846.00 |
| Litigation and Litigation Consulting | 24.1 | $11,327.00 |
| Plan and Disclosure Statement | 2.5 | $1,175.00 |
| **TOTAL** | **59** | **$22,038.00** |

58909v1

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**JULY 1, 2005 THROUGH JULY 31, 2005**

| Expense Category | Total Expenses |
| --- | --- |
| Reproduction of Documents | $49.95 |
| Professional Services | $434.75 |
| Federal Express | $40.39 |
| Messenger Services | $176.50 |
| **TOTAL** | **$701.59** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By: _____

Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: August 29, 2005

58909v1

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE  :   AUGUST 17, 2005
MATTER :  W9600-002
INVOICE :  195667
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/13/05 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO EXPEND PROPERTY OF THE ESTATE TO ESTABLISH A MANUFACTURING FACILITY | .40 |
| 07/21/05 | TC | REVIEWED DEBTORS' 16TH REPORT OF SETTLEMENTS AND ASSET DISPOSITIONS | .70 |
| 07/25/05 | TC | REVIEWED MOTION TO APPROVE ENTRY INTO SETTLEMENT FUND ARRANGED BY MARSH AND MCCLELLAN | .80 |
| 07/25/05 | TC | REVIEWED MOTION TO AUTHORIZE DEBTOR TO ACQUIRE SINGLE SITE CATALYSTS ASSETS | 1.10 |
| 07/25/05 | TC | REVIEWED MOTION TO ASSUME AND ASSIGN A REAL PROPERTY LEASE AND SUBLEASE IN PHILADELPHIA | .70 |
| 07/25/05 | TC | REVIEWED NOTICE OF SALE OF POLYMERS BUSINESS | .50 |
| 07/25/05 | TC | REVIEWED DEBTORS' 16TH REPORT OF ASSET DISPOSITIONS | .70 |
| 07/27/05 | TC | REVIEWED MOTION TO APPROVE SETTLEMENT AGREEMENT WITH INTERCAT | .70 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 470.00 | 5.60 | 2632.00 |
| TOTALS |  | 5.60 | 2632.00 |

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 17, 2005
MATTER :  W9600-002
INVOICE : 195667

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05    T C

RE:  ASSET DISPOSITION

TOTAL FEES :                    2,632.00

TOTAL DUE  :                    2,632.00

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   AUGUST 17, 2005
                                           MATTER : W9600-003
                                           INVOICE :  195668


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

   RE:  BUSINESS OPERATIONS


 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                 HOURS
 ----  ----   -------------------------------                  -----

07/07/05 TC   REVIEWED OPERATING REPORTS                         .60


                  T I M E   S U M M A R Y
                  -----------------------

                        RATE     HOURS         TOTALS
                        ----     -----         ------

 T CURRIER            470.00      .60          282.00
              TOTALS             .60          282.00


              TOTAL FEES :                     282.00


              TOTAL DUE  :                     282.00
```

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 17, 2005
MATTER :  W9600-004
INVOICE : 195669

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/01/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/05/05 | MNF | REVIEW EMAIL NOTIFICATION RE: CHANGE IN HEARING DATES AND DEADLINES; CALENDAR DATES | .50 |
| 07/05/05 | TC | REVIEWED NOTICE OF CHANGED HEARING DATES AND FILING DATES | .30 |
| 07/06/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/07/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/07/05 | MNF | REVIEW EMAIL NOTIFICATIONS RE: NOTICE OF ADDRESS CHANGE OF BMC AND DOWNLOAD SAME; UPDATE 2002 LIST | .50 |
| 07/08/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   AUGUST 17, 2005
                                            MATTER :  W9600-004
                                            INVOICE :  195669
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

    RE:  CASE ADMINISTRATION
```

| | | |
|---|---|---:|
| 07/18/05 MNF | REVIEW EMAIL NOTIFICATIONS AND DOWNLOAD AGENDA FOR 7/19/05 HEARING (.3); DISCUSS SAME WITH TKDC (.2) | .50 |
| 07/19/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/21/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/22/05 MNF | COORDINATE RETURN MAIL | .30 |
| 07/22/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 07/25/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 17, 2005
MATTER :  W9600-004
INVOICE :  195669

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:  CASE ADMINISTRATION

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 135.00 | 9.10 | 1228.50 |
| T CURRIER | 470.00 | .30 | 141.00 |
| TOTALS | | 9.40 | 1369.50 |

TOTAL FEES :          1,369.50

TOTAL DUE  :          1,369.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 17, 2005
MATTER :  W9600-006
INVOICE :  195670

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 07/19/05 | TC | REVIEWED OMNIBUS OBJECTION TO 2938 CLAIMS FILED BY SPEIGHTS AND RYAN | 2.40 |
| 07/21/05 | TC | REVIEWED CONTINUATION ORDER ON 11TH CLAIMS OBJECTION | .40 |
| 07/21/05 | TC | REVIEWED 11TH CLAIMS CONTINUATION ORDER FOR 5TH OMNIBUS OBJECTION | .40 |
| 07/21/05 | TC | REVIEWED 5TH CONTINUATION ORDER ON 8TH OMNIBUS CLAIMS OBJECTION | .40 |
| 07/21/05 | TC | REVIEWED CONTINUATION ORDER ON 9TH OMNIBUS CLAIMS OBJECTION | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| T CURRIER | 470.00 | 4.00 | 1880.00 |
| TOTALS | | 4.00 | 1880.00 |

TOTAL FEES :               1,880.00

TOTAL DUE  :               1,880.00

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   AUGUST 17, 2005
                                            MATTER : W9600-008
                                            INVOICE : 195671


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

    RE:  EMPLOYEE BENEFITS / PENSION


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                  -----

07/13/05 TC    REVIEWED ORDER IMPLEMENTING THE EMPLOYEE           .40
               INCENTIVE/PENSION PROGRAM AS PROPOSED


                    T I M E   S U M M A R Y
                    -----------------------

                            RATE     HOURS           TOTALS
                            ----     -----           ------

 T CURRIER                  470.00     .40           188.00
                   TOTALS              .40           188.00


                    TOTAL FEES :                       188.00


                    TOTAL DUE  :                       188.00
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 17, 2005
MATTER :  W9600-010
INVOICE :  195677

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 07/27/05 | TC | REVIEWED APPLICATION TO EXPAND THE SCOPE OF RETENTION FOR PITNEY HARDIN | .60 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| T CURRIER | 470.00 | .60 | 282.00 |
| TOTALS | | .60 | 282.00 |

TOTAL FEES :              282.00

TOTAL DUE  :              282.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 17, 2005
MATTER :  W9600-011
INVOICE :  195672

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/19/05 | MNF | DRAFT CNO RE: 43RD MONTHLY FEE APP OF KRLS | .50 |
| 07/20/05 | MNF | E-FILE AND SERVE CNO RE: 43RD MONTHLY FEE APP OF KRLS | .80 |
| 07/20/05 | TC | REVIEWED FEE APPLICATIONS FOR US AND KRAMER LEVIN AND PREPARED CNOS FOR FILING | .60 |
| 07/21/05 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS RE: 6/1/05-6/30/05 TIME | .60 |
| 07/22/05 | MNF | COORDINATE PRE-BILLS TO ACCOUNTING FOR EDITS | .30 |
| 07/22/05 | TC | REVIEWED MATERIALS AND BILLINGS FOR FEE APPLICATION | .90 |
| 07/25/05 | MNF | REVIEW FINAL BILLS RE: 6/1/05-6/30/05 TIME | .40 |
| 07/25/05 | TC | REVIEWED INVOICES FOR FEE APPLICATION | .60 |
| 07/26/05 | FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR JUNE 2005 FEE APPLICATION | .30 |
| 07/26/05 | MNF | DRAFT 44TH MONTHLY FEE APP OF KRLS | .70 |
| 07/27/05 | MNF | FINALIZE BILLS FOR 6/1/05-6/30/05 AND SEND SAME TO ACCOUNTING (.4); PREPARE SERVICE RE: 44TH MONTHLY FEE APP OF KRLS(.3) | .70 |
| 07/28/05 | MNF | E-FILE AND SERVE 44TH MONTHLY FEE APP OF KRLS | 1.00 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 17, 2005
MATTER :   W9600-011
INVOICE :   195672

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05    T C

RE:   FEE APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 145.00 | .30 | 43.50 |
| M N FLORES | 135.00 | 5.00 | 675.00 |
| T CURRIER | 470.00 | 2.10 | 987.00 |
| TOTALS |  | 7.40 | 1705.50 |

TOTAL FEES :                            1,705.50

TOTAL DUE  :                            1,705.50

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   AUGUST 17, 2005
                                            MATTER : W9600-012
                                            INVOICE : 195673


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

   RE:  FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/19/05 | MNF | DRAFT CNO RE: 46TH MONTHLY FEE APP OF KRAMER LEVIN | .50 |
| 07/20/05 | MNF | E-FILE AND SERVE CNO RE: 46TH MONTHLY FEE APP OF KRAMER LEVIN | .80 |
| 07/27/05 | MNF | PREPARE SERVICE RE: 47TH MONTHLY FEE APP OF KRAMER LEVIN | .30 |
| 07/28/05 | MNF | E-FILE AND SERVE 47TH MONTHLY FEE APP OF KRAMER LEVIN; CALENDAR DATES | 1.00 |

```
                    T I M E   S U M M A R Y
                    ----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

M N FLORES              135.00    2.60        351.00
                TOTALS            2.60        351.00


                    TOTAL FEES :              351.00


                    TOTAL DUE  :              351.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    AUGUST 17, 2005
MATTER :  W9600-014
INVOICE : 195674
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/12/05 | TC | REVIEWED AGENDA FOR HEARING IN PITTSBURGH | .50 |
| 07/15/05 | TC | REVIEWED AGENDA FOR PITTSBURGH HEARING 7/19 | .50 |
| 07/15/05 | TC | REVIEWED AMENDED AGENDA LETTER | .40 |
| 07/15/05 | TC | REVIEWED SECOND AMENDED AGENDA LETTER | .40 |

### T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T CURRIER  |        | 470.00 | 1.80  | 846.00 |
|            | TOTALS |        | 1.80  | 846.00 |

TOTAL FEES :                 846.00

TOTAL DUE  :                 846.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 17, 2005
MATTER :  W9600-015
INVOICE :  195675

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-------------------------------|-------|
| 07/01/05 | TC | REVIEWED RESPONSE OF UNSECURED CREDITORS COMMITTEE IN SUPPORT OF PI CMO MOTION | 1.10 |
| 07/01/05 | TC | REVIEWED FUTURE CLAIMANTS' OBJECTION TO THE PI CMO MOTION FOR APPROVAL | .90 |
| 07/01/05 | TC | REVIEWED ASBESTOS PROPERTY DAMAGE COMMITTEE OBJECTION TO DEBTORS' MOTION TO APPROVE PI CMO | 1.60 |
| 07/01/05 | TC | REVIEWED RESPONSE OF FEDERAL INSURANCE COMPANY TO DEBTORS' MOTION TO APPROVE PI CMO | .60 |
| 07/01/05 | TC | REVIEWED MARYLAND CASUALTY RESPONSE TO DEBTORS' MOTION TO APPROVE PI CMO | .40 |
| 07/01/05 | TC | REVIEWED LIBBY CLAIMANTS' OBJECTION TO MOTION TO APPROVE PI CMO | .90 |
| 07/01/05 | TC | REVIEWED ASBESTOS PERSONAL INJURY COMMITTEE'S OBJECTION TO MOTION TO APPROVE PI CMO | 1.80 |
| 07/05/05 | TC | REVIEWED JOINDER OF CENTURY INDEMNITY COMPANY IN CERTAIN INSURERS' RESPONSES TO PI CMO | .40 |
| 07/05/05 | TC | REVIEWED ADDITIONAL JANET BAER LETTER WITH RESPECT TO DISCOVERY REQUESTS | .30 |
| 07/05/05 | TC | REVIEWED MOTION TO FILE UNDER SEAL CERTAIN CONFIDENTIAL EXHIBITS TO THE OPPOSITION TO DEBTORS' MOTION TO APPROVE PI CMO | .50 |
| 07/06/05 | TC | REVIEWED MOTION FOR A PROTECTIVE ORDER OF ANDERSEN MEMORIAL HOSPITAL AS CLASS REPRESENTATIVE | .70 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 17, 2005
MATTER :  W9600-015
INVOICE : 195675

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 07/07/05 | TC | REVIEWED DISCOVERY PROPOUNDED RELATING TO CONFIRMATION AND THE PI CMO | 1.40 |
| 07/13/05 | TC | REVIEWED BRIEF FILED BY THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS REGARDING THEIR RESPONSE TO THE PI CMO | 1.80 |
| 07/13/05 | TC | REVIEWED PROPOSED CASE MANAGEMENT ORDER AND INCORPORATED MEMORANDUM OF LAW FILED BY THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE | .70 |
| 07/13/05 | TC | REVIEWED BRIEF IN SUPPORT OF FUTURE CLAIMANTS' REPRESENTATIVE'S FORM OF PI CMO | .90 |
| 07/13/05 | TC | REVIEWED OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS REPORT ON BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY | .70 |
| 07/13/05 | TC | REVIEWED OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS REPORT ON BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY | 1.30 |
| 07/13/05 | TC | REVIEWED STATEMENT OF LIBBY CLAIMANTS' RE ISSUE ON MOTION TO APPROVE PI COM AND QUESTIONAIRE | .30 |
| 07/14/05 | TC | REVIEWED BRIEF IN SUPPORT OF CMO RE ASBESTOS PROPERTY DAMAGE CLAIMS | 1.30 |
| 07/14/05 | TC | REVIEWED DEBTORS' STATUS REPORT REGARDING PI CMO STATUS | 1.30 |
| 07/14/05 | TC | REVIEWED POSITION PAPER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS REGARDING PI CMO | .90 |
| 07/14/05 | TC | REVIEWED DEBTORS' AMENDED STATUS REPORT RE PI CMO | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 17, 2005
MATTER :  W9600-015
INVOICE :  195675

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 07/18/05 TC | REVIEWED BRIEF IN SUPPORT OF FUTURE CLAIMANTS REPRESENTATIVES FORM OF QUESTIONAIRE AND CMO | 1.30 |
| 07/18/05 TC | REVIEWED MOTION TO QUASH A SUBPOENA, FILED BY SPEIGHTS AND RUNYAN | .60 |
| 07/22/05 TC | REVIEWED RULE 30(B)(6) SUBPOENAS | 1.20 |
| 07/27/05 TC | REVIEWED MOTION TO QUASH SUBPOENA | .60 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 24.10 | 11327.00 |
| TOTALS | | 24.10 | 11327.00 |

TOTAL FEES :          11,327.00

TOTAL DUE :          11,327.00

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 17, 2005
MATTER :   W9600-016
INVOICE :   195676

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/06/05 | TC | REVIEWED LETTER TO CAPLIN AND DRYSDALE RE DEBTORS' BUSINESS REPORT REQUIRED TO BE FILED WITH COURT | .30 |
| 07/06/05 | TC | REVIEWED DRAFT ORDER EXTENDING EXCLUSIVITY | .50 |
| 07/08/05 | TC | REVIEWED DEBTORS' REPORT ON BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY | .60 |
| 07/18/05 | TC | REVIEWED FUTURE CLAIMANTS' REPRESENTATIVE'S RESPONSE TO DEBTORS' REPORT ON EFFECTS OF TERMINATING EXCLUSIVITY | 1.10 |

### T I M E   S U M M A R Y

|  |  | RATE | HOURS | TOTALS |
|--|--|------|-------|--------|
| T CURRIER |  | 470.00 | 2.50 | 1175.00 |
|  | TOTALS |  | 2.50 | 1175.00 |

TOTAL FEES :                    1,175.00

TOTAL DUE  :                    1,175.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   AUGUST 17, 2005
MATTER :  W9600-000
INVOICE :  195666

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/05   T C

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 06/22/05 REPRODUCTION OF DOCUMENTS | 1.20 |
| 06/24/05 REPRODUCTION OF DOCUMENTS | 19.35 |
| 06/28/05 REPRODUCTION OF DOCUMENTS | 27.90 |
| 07/05/05 REPRODUCTION OF DOCUMENTS | 1.50 |
| 07/07/05 FEDERAL EXPRESS -  FEDEX  - # 3-909-68476 | 26.05 |
| 07/18/05 PROFESSIONAL SERVICES -  VIRTUALDOCKET.COM  - # 10834 | 38.25 |
| 07/18/05 PROFESSIONAL SERVICES -  PARCELS, INC.  - # 5391 | 357.94 |
| 07/25/05 PROFESSIONAL SERVICES - PACER - 2ND QUARTER 2005 | 2.40 |
| 07/25/05 PROFESSIONAL SERVICES - PACER - 2ND QUARTER 2005 | 25.92 |
| 07/25/05 PROFESSIONAL SERVICES - PACER - 2ND QUARTER 2005 | 10.24 |
| 07/25/05 FEDERAL EXPRESS -  FEDEX  - # 3-944-55324 | 14.34 |
| 07/28/05 MESSENGER SERVICES -  PARCELS, INC.  - # 31252 | 169.00 |
| 07/28/05 MESSENGER SERVICES -  PARCELS, INC.  - # 31107 | 7.50 |

TOTAL EXPENSE ADVANCES :        701.59

TOTAL DUE  :        701.59