## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 19, 2005 at 4:00 p.m.
Hearing date:  To be scheduled, only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Forty-Second Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from July 1, 2005 through July 31, 2005, seeking

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation in the amount of $26,044.50 and reimbursement for actual and necessary expenses in the amount of $1,766.47 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 19, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
       August 29, 2005

                             Respectfully submitted,

                             *Michael R. Lastowski*

                             Michael R. Lastowski (DE I.D. No. 3892)
                             Richard W. Riley (DE I.D. No. 4052)
                             DUANE MORRIS LLP
                             1100 North Market Street, Suite 1200
                             Wilmington, DE 19801
                             Telephone:     (302) 657-4900
                             Facsimile:     (302) 657-4901
                             E-mail:        mlastowski@duanemorris.com

                             - and –

                             William S. Katchen (Admitted in NJ Only)
                             DUANE MORRIS LLP
                             One Riverfront Plaza
                             Newark, New Jersey 07102
                             Telephone:     (973) 424-2000
                             Facsimile:     (973) 424-2001
                             E-mail:        wskatchen@duanemorris.com

                             -and -

                             Lewis Kruger
                             STROOCK & STROOCK & LAVAN LLP
                             180 Maiden Lane
                             New York, New York 10038-4982
                             Telephone:     (212) 806-5400
                             Facsimile:     (212) 806-6006
                             e-mail:        lkruger@stroock.com

                             *Co-Counsel for the Official Committee of Unsecured Creditors of*
                             *W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                      Chapter 11

**W.R. Grace & Co., et al.**                Case No. 01-01139 (JKF)

          Debtors.             Jointly Administered

**Objection Date:  September 19, 2005 at 4:00 p.m.**
**Hearing Date:  To be scheduled, only if objections are**
**timely filed and served**

## FORTY-SECOND MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005

Name of Applicant                          **Duane Morris LLP**

Authorized to Provide
Professional Services to:                  **Official Committee of Unsecured Creditors**

Date of Retention:                         **April 17, 2001**

Period for which compensation and          **July 1, 2005 through July 31, 2005**
reimbursement is sought

Amount of Compensation sought as           **$26,044.50**
actual, reasonable and necessary:

Amount of Expense Reimbursement sought     **$1,766.47**
as actual, reasonable and necessary:

This is an: ☒ interim  ☐ final application

The total time expended for fee application preparation is approximately 1.0 hours and the corresponding compensation requested is approximately $185.00[2]

This is the forty-second monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Forty-second Monthly Fee Application   Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

WLM\210830 1

| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05-5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21, 2005 | 6/1/05-6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |
|---|---|---|---|---|---|
| May 18, 2005 | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | | |
| August 15, 2005 | 4/1/05 – 6/30/05 | $45,254.50 | $1,148.39 | | |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

August 23, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1113770                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 39.20 hrs. at | $525.00 /hr. = | $20,580.00 | |
| RW RILEY | PARTNER | 1.20 hrs. at | $415.00 /hr. = | $498.00 | |
| WS KATCHEN | PARTNER | 5.10 hrs. at | $575.00 /hr. = | $2,932.50 | |
| DM SOSNOSKI | PARALEGAL | 0.40 hrs. at | $160.00 /hr. = | $64.00 | |
| VL AKIN | PARALEGAL | 10.60 hrs. at | $185.00 /hr. = | $1,961.00 | |
| V MARCHELLO | LEGAL ASSISTAN | 0.10 hrs. at | $90.00 /hr. = | $9.00 | |
| | | | | | $26,044.50 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| MESSENGER SERVICE | 332.50 | |
| MISCELLANEOUS | 240.00 | |
| OVERNIGHT MAIL | 32.77 | |
| PRINTING & DUPLICATING | 25.80 | |
| PRINTING & DUPLICATING - EXTERNAL | 1133.12 | |
| TELECOPY | 1.90 | |
| TELEPHONE | .38 | |
| TOTAL DISBURSEMENTS | | $1,766.47 |
| | | |
| BALANCE DUE THIS INVOICE | | $27,810.97 |
| | | |
| PREVIOUS BALANCE | | $55,949.09 |
| | | |
| TOTAL BALANCE DUE | | $83,760.06 |

Duane Morris
August 23, 2005
Page 2

File # K0248-00001                                          INVOICE #  1113770
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 7/25/2005 | 002 | WS KATCHEN | REVIEW §363 MOTION RE: SPECIALTY POLYMERS | 0.20 | $115.00 |
| 7/27/2005 | 002 | MR LASTOWSKI | REVIEW OF MOTION FOR AUTHORITY TO SELL SPECIALITY POLYMERS BUSINESS | 0.20 | $105.00 |
| 7/28/2005 | 002 | WS KATCHEN | REVIEW MOTION OF DEBTOR TO ACQUIRE ASSETS (SINGLE SITE CATALYSTS, LLC). | 0.10 | $57.50 |
| | | | Code Total | 0.50 | $277.50 |

Duane Morris
August 23, 2005
Page 3

File # K0248-00001                                                      INVOICE # 1113770
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/6/2005 003 | MR LASTOWSKI | REVIEW JUNE MONTHLY OPERATING REPORTS | | 0.40 | $210.00 |
| 7/27/2005 003 | MR LASTOWSKI | REVIEW OF MOTION FOR AUTHORITY TO ASSUME AND ASSIGN CERTAIN PHILADELPHIA SUBLEASES | | 0.40 | $210.00 |
| 7/27/2005 003 | MR LASTOWSKI | REVIEW OF MOTION FOR AUTHORITY TO ACQUIRE CERTAIN ASSETS OF SINGLE-SITE CATALYSTS, LLC | | 0.20 | $105.00 |
| | | | Code Total | 1.00 | $525.00 |

Duane Morris
August 23, 2005
Page 4

File # K0248-00001                                          INVOICE # 1113770
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|--|-----------|-------------|-------|--------|
| 7/6/2005 | 004 | DM SOSNOSKI | RETRIEVING PLEADINGS FROM DOCKET AS PER WSKATCHEN'S REQUEST | 0.40 | $64.00 |
| 7/6/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 7/12/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.40 | $74.00 |
| 7/13/2005 | 004 | RW RILEY | REVIEWING RECENT PLEADING IN CASE RE: JULY OMNIBUS HEARING. | 0.40 | $166.00 |
| 7/22/2005 | 004 | VL AKIN | OBTAIN 15TH INTERIM FEE ORDER FROM THE ECF DOCKET | 0.20 | $37.00 |
| 7/25/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $18.50 |
| 7/27/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL REGARDING FEE APPLICATIONS | 0.20 | $37.00 |
| 7/28/2005 | 004 | RW RILEY | TELEPHONE CALL WITH K. PASQUALE RE: STIPULATION TO DISMISS SEALED AIR APPEALS. | 0.10 | $41.50 |
| 7/28/2005 | 004 | RW RILEY | REVIEWING AND EXECUTING STIPULATION TO DISMISS SEALED AIR APPEAL AND FORWARDING TO SEALED AIR'S COUNSEL. | 0.50 | $207.50 |
| | | | Code Total | 2.40 | $664.00 |

File # K0248-00001                                    INVOICE #  1113770
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER AND REVIEW AND SIGN TRADE COMMITTEE JOINDER | 1.30 | $682.50 |
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE RESPONSE TO DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER | 0.60 | $315.00 |
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANT'S RESPONSE TO DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER | 1.10 | $577.50 |
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S RESPONSE TO DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER | 2.80 | $1,470.00 |
| 7/1/2005 | 005 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE RESPONSE TO DEBTOR'S MOTION FOR AN ORDER APPROVING CASE MANAGEMENT ORDER | 0.30 | $157.50 |
| 7/5/2005 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S RESPONSE TO SUBPOENAS (WITHDRAWALS OF PROOF OF CLAIM) | 0.40 | $210.00 |
| 7/6/2005 | 005 | WS KATCHEN | REVIEW EQUITY COMMITTEE'S RESPONSE. | 0.20 | $115.00 |
| 7/6/2005 | 005 | WS KATCHEN | UPDATE LEGISLATION. | 0.20 | $115.00 |
| 7/11/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S REPORT RE: §1121(D) AND REVIEW FESTA'S AFFIDAVIT. | 0.50 | $287.50 |
| 7/12/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE'S E-MAIL. | 0.10 | $57.50 |
| 7/12/2005 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER RE: STATUS. | 0.20 | $115.00 |
| 7/12/2005 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER RE: STATUS. | 0.10 | $57.50 |
| 7/13/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S PROPOSED CASE MANAGEMENT ORDER | 1.60 | $840.00 |
| 7/14/2005 | 005 | MR LASTOWSKI | REVIEW DEBTORS STATUS REPORT RE: CLAIMS ESTIMATION | 4.20 | $2,205.00 |
| 7/14/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S MEMORANDUM OF LAW RE: PERSONAL INJURY QUESTIONNAIRE AND CASE MANAGEMENT ORDER | 1.60 | $840.00 |
| 7/14/2005 | 005 | WS KATCHEN | CONFERENCE WITH COMMITTEE MEMBER RE: §1121(D). | 0.30 | $172.50 |

Duane Morris
August 23, 2005
Page 6

File # K0248-00001                                              INVOICE # 1113770
        W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/15/2005 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMANT'S REPRESENTATIVE'S RESPONSE TO DEBTOR'S REPORT ON THE BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY | 0.50 | $262.50 |
| 7/15/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S RESPONSE TO DEBTOR'S REPORT ON THE BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY | 0.50 | $262.50 |
| 7/15/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S RESPONSE TO DEBTOR'S REPORT ON THE BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY | 0.40 | $210.00 |
| 7/15/2005 | 005 | V MARCHELLO | PREPARE LETTER TO KEVIN KELLEY AND TOM MAHER FORWARDING FUTURE CLAIMANTS REPRESENTATIVE'S RESPONSE TO DEBTORS' REPORT ON BUSINESS EFFECTS OF TERMINATING EXCLUSIVITY PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 7/15/2005 | 005 | WS KATCHEN | REVIEW FUTURES REPRESENTATIVE'S RESPONSE ON §1121(D) ISSUE/REDECKI AFFIDAVIT. | 0.40 | $230.00 |
| 7/15/2005 | 005 | WS KATCHEN | ATTENTION TO §1121(D) ISSUE. | 0.20 | $115.00 |
| 7/15/2005 | 005 | WS KATCHEN | LETTER TO COMMITTEE CHAIR AND COUNSEL. | 0.10 | $57.50 |
| 7/15/2005 | 005 | WS KATCHEN | REVIEW SECOND AMENDED AGENDA | 0.10 | $57.50 |
| 7/15/2005 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: SECOND AMENDED AGENDA. | 0.10 | $57.50 |
| 7/19/2005 | 005 | WS KATCHEN | CONFERENCE WITH COMMITTEE MEMBER RE: §1121(D). | 0.10 | $57.50 |
| 7/19/2005 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RESULTS OF COURT HEARING ON §1121(D). | 0.10 | $57.50 |
| 7/19/2005 | 005 | WS KATCHEN | E- MAIL TO KEN PASQUALE. | 0.10 | $57.50 |
| 7/20/2005 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO SPEIGHTS AND RUNYAN CLAIMS | 4.20 | $2,205.00 |
| 7/21/2005 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMANT'S BRIEF RE: PI CMO | 0.50 | $262.50 |
| 7/21/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $115.00 |
| 7/21/2005 | 005 | WS KATCHEN | REVIEW SPEIGHTS & RUNYAN MOTION RE: SUBPOENA. | 0.10 | $57.50 |
| 7/21/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S MATERIALS ON CLAIMS ESTIMATION. | 0.50 | $287.50 |
| 7/25/2005 | 005 | WS KATCHEN | REVIEW §363 MOTION TO SOLICIT OFFERS ON SPECIALTY POLYMERS. | 0.10 | $57.50 |
| 7/26/2005 | 005 | WS KATCHEN | REVIEW ORDER RE: MEDIATION. | 0.10 | $57.50 |

Duane Morris
August 23, 2005
Page 7

File # K0248-00001                                    INVOICE #  1113770
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 7/26/2005 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO AUTHORIZE SETTLEMENT WITH TAX AUTHORITIES (LOCAL AND STATE) | 0.20 | $115.00 |
| 7/28/2005 005 | WS KATCHEN | REVIEW LEASE/SUBLEASE. | 0.20 | $115.00 |
| | | Code Total | 24.30 | $12,924.00 |

Duane Morris
August 23, 2005
Page 8

File # K0248-00001                                                    INVOICE #  1113770
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/27/2005 | 010 | MR LASTOWSKI | REVIEW OF MOTION TO EXPAND PITNEY HARDIN AND KIPP RETENTION | 0.20 | $105.00 |
| 7/28/2005 | 010 | WS KATCHEN | REVIEW MOTIONS OF DEBTOR - PITNEY RETENTION. | 0.20 | $115.00 |
| | | | Code Total | 0.40 | $220.00 |

File # K0248-00001                                              INVOICE #  1113770
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/6/2005 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CNO FOR DUANE MORRIS LLP 15TH QUARTERLY FEE APPLICATION | 0.10 | $52.50 |
| 7/6/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING FIFTEENTH FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 7/11/2005 | 012 | VL AKIN | REVIEW DOCKET REGARDING OBJECTIONS FILED TO MAY 2005 FEE APPLICATION OF DUANE | 0.10 | $18.50 |
| 7/11/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING THE MAY 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 7/12/2005 | 012 | VL AKIN | REVIEW JUNE 2005 BILL OF DUANE | 0.40 | $74.00 |
| 7/12/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR THE MAY 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 7/20/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING JUNE 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 7/21/2005 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS JUNE 2005 FEE APPLICATION | 0.50 | $262.50 |
| 7/21/2005 | 012 | RW RILEY | REVIEWING JUNE 2005 FEE APPLICATION FOR DUANE MORRIS. | 0.20 | $83.00 |
| 7/21/2005 | 012 | VL AKIN | PREPARE JUNE 2005 FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 7/21/2005 | 012 | VL AKIN | FILE AND SERVE JUNE 2005 FEE APPLICATION OF DUANE MORRIS | 0.80 | $148.00 |
| 7/29/2005 | 012 | VL AKIN | PREPARE 17TH QUARTERLY FEE APPLICATION OF DUANE | 2.60 | $481.00 |
| | | | Code Total | 6.60 | $1,471.00 |

Duane Morris
August 23, 2005
Page 10

File # K0248-00001                                              INVOICE #  1113770
     W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/6/2005 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CNO FOR CAPSTONE 15TH INTERIM FEE APPLICATION | 0.10 | $52.50 |
| 7/6/2005 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CNO FOR STROOCK APRIL 2005 FEE APPLICATION | 0.10 | $52.50 |
| 7/6/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING FIFTEENTH FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | FILE MAY 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR STROOCK'S APRIL FEE APPLICATION | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING FIFTEENTH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING APRIL 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 7/6/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING APRIL 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 7/12/2005 | 013 | VL AKIN | PREPARE CORRECTED CERTIFICATION OF NO OBJECTION FOR FEBRUARY 2005 FEE APPLICATION OF CAPSTONE | 0.10 | $18.50 |
| 7/12/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CORRECTED CERTIFICATION OF NO OBJECTION FOR CAPSTONE FOR THE MONTH FEBRUARY 2005 | 0.20 | $37.00 |
| 7/20/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING MAY 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 7/21/2005 | 013 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION FOR STROOCK MAY 2005 FEE APPLICATION | 0.50 | $262.50 |
| 7/21/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE MAY 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 7/27/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING MAY 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 7/29/2005 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE MAY 2005 FEE APPLICATION | 0.10 | $52.50 |

File # K0248-00001                                          INVOICE #  1113770
    W.R. GRACE & CO.

| 7/29/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE MAY 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| | | | Code Total | 4.10 | $1,030.50 |

Duane Morris
August 23, 2005
Page 12

File # K0248-00001                                              INVOICE # 1113770
      W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/6/2005 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT JUNE 2005 OMNIBUS HEARING | 0.40 | $210.00 |
| 7/11/2005 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPT OF JUNE 17, 2005 OMNIBUS HEARING | 0.30 | $157.50 |
| 7/11/2005 | 015 | VL AKIN | SEND CORRESPONDENCE TO CO-COUNSEL REGARDING CHANGE OF AUGUST HEARING DATE. | 0.20 | $37.00 |
| 7/11/2005 | 015 | VL AKIN | SET UP CONFERENCE CALL FOR HEARING ON 7/19/05 | 0.30 | $55.50 |
| 7/14/2005 | 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE FOR JULY OMNIBUS HEARING AND REVIEW ITEMS IDENTIFIED THEREON | 4.20 | $2,205.00 |
| 7/15/2005 | 015 | MR LASTOWSKI | REVIEW SECOND AMENDED AGENDA NOTICE | 0.20 | $105.00 |
| 7/19/2005 | 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING (TELEPHONICALLY) | 9.20 | $4,830.00 |
| | | | Code Total | 14.80 | $7,600.00 |

DUANE MORRIS LLP

File # K0248-00001                                        INVOICE # 1113770
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 7/27/2005 016 | MR LASTOWSKI | REVIEW OF INTERCAT SETTLEMENT AND INTERCAT SETTLEMENT MOTION | 0.40 | $210.00 |
| 7/27/2005 016 | MR LASTOWSKI | REVIEW OF MARSH AND MCLENNAN SETTLEMENT AND MARSH AND MCCLENNAN SETTLEMENT MOTION | 0.40 | $210.00 |
| 7/28/2005 016 | WS KATCHEN | REVIEW INTERCAL SETTLEMENT. | 0.20 | $115.00 |
| 7/28/2005 016 | WS KATCHEN | REVIEW MARSH & MCCLENNAN SETTLEMENT. | 0.20 | $115.00 |
| 7/29/2005 016 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S MOTION FOR A PROTECTIVE ORDER (SUBPOENAS) | 0.20 | $105.00 |
| | | Code Total | 1.40 | $755.00 |

Duane Morris
August 23, 2005
Page 14

File # K0248-00001                                            INVOICE # 1113770
     W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 7/6/2005 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S PROPOSED ORDER RE: EXTENSION OF EXCLUSIVITY AND REVIEW RELATED E-MAILS | 0.20 | $105.00 |
| 7/11/2005 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S STATUS REPORT RE: BUSINESS CONSEQUENCES IN THE EVENT OF THE TERMINATION OF EXCLUSIVITY | 0.70 | $367.50 |
| | | | Code Total | 0.90 | $472.50 |

Duane Morris
August 23, 2005
Page 15

File # K0248-00001                                            INVOICE #  1113770
    W.R. GRACE & CO.

| 7/22/2005 019 | MR LASTOWSKI | REVIEW DEBTOR'S TAX SETTLEMENTS | 0.20 | $105.00 |
|---|---|---|---|---|
| | | Code Total | 0.20 | $105.00 |

Duane Morris
August 23, 2005
Page 16

File # K0248-00001                              INVOICE #  1113770
    W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 56.60 | $26,044.50 |

August 23, 2005
Page 17

File # K0248-00001                                    INVOICE #  1113770
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 7/31/2005 | PRINTING & DUPLICATING - EXTERNAL | 1,133.12 |
| | Total: | $1,133.12 |
| | | |
| 7/31/2005 | TELEPHONE | 0.38 |
| | Total: | $0.38 |
| | | |
| 7/15/2005 | OVERNIGHT MAIL PACKAGE SENT TO THOMAS F. MAHER AT JPMORGAN CHASE - NEW YORK CITY, NY FROM VANESSA MARCHELLO AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #790086962955) | 8.01 |
| 7/15/2005 | OVERNIGHT MAIL PACKAGE SENT TO KEVIN C.KELLEYESQ. AT JPMORGAN CHASE - NEW YORK CITY, NY FROM WILLIAM KATCHEN AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #790578622661) | 8.01 |
| 7/21/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791144592905) | 9.89 |
| 7/21/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SEIGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #791144586071) | 6.86 |
| | Total: | $32.77 |
| | | |
| 7/31/2005 | MESSENGER SERVICE | 332.50 |
| | Total: | $332.50 |
| | | |
| 7/22/2005 | MRL/TELEPHONICHRGBEFOREJUDGEFITZGERALD/COURTCALL | 240.00 |
| | Total: | $240.00 |
| | | |
| 7/31/2005 | TELECOPY | 1.90 |
| | Total: | $1.90 |
| | | |
| 7/31/2005 | PRINTING & DUPLICATING | 25.80 |
| | Total: | $25.80 |
| | | |
| | TOTAL DISBURSEMENTS | $1,766.47 |