# EXHIBIT A

**Libby, Montana Asbestos Litigation - 00300**

| Description | April | May | June | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ 76.20 | $ 248.10 | $ 113.85 | $ 438.15 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ 1.30 | $ 4.50 | $ - | $ 5.80 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ 610.08 | $ 610.08 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ 56.49 | $ 9.69 | $ - | $ 66.18 |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| TOTAL | $ 133.99 | $ 262.29 | $ 723.93 | $ 1,120.21 |

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total | Comp. |
|------|----------|-------------|-------|-----|------|-------|-------|
| | | | April | May | June | | |
| Neitzel, Charlotte | Partner | $ 375.00 | 1 | 0.8 | 1.9 | $ | 1,387.50 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 0.5 | 0.5 | 0.4 | $ | 420.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 0 | 2.5 | 0 | $ | 325.00 |
| | | | | | | | |
| TOTAL | | | 1.5 | 3.8 | 2.3 | $ | 2,132.50 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 701070 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/12/05 | KJC | FOIA appeal re health certificates from ATSDR. | 0.20 | $ | 60.00 |
| 04/13/05 | CLN | Review of letter from ATSDR regarding appeal of FOIA. | 0.30 | | 112.50 |
| 04/13/05 | CLN | Review of letter from ATSDR re appeal of FOIA. | 0.20 | | 75.00 |
| 04/21/05 | CLN | Review of FOIA letter and draft letter in response. | 0.50 | | 187.50 |
| 04/21/05 | KJC | Review FOIA appeal letter. | 0.30 | | 90.00 |
| | | **Total Fees Through April 30, 2005:** | **1.50** | **$** | **525.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 375.00 | 1.00 | $ | 375.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 0.50 | | 150.00 |
| | | **Total Fees:** | | **1.50** | **$** | **525.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/21/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-426-12095; DATE: 3/21/2005 - Courier, Acct 0802-0410-8, 03-10; Tyler Mace Washington, DC | $ | 18.54 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

Page            7
Invoice No.:    701070
Client  No.:    04339
Matter  No.:    00300

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/01/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-450-42117; DATE: 4/1/2005  -  Courier, Acct. 0802-0410-8, 03-23; Mark Grummer Washington, DC | 17.49 |
| 04/01/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-450-42117; DATE: 4/1/2005  -  Courier, Acct. 0802-0410-8, 03-23; Tyler Mace Washington, DC | 20.46 |
| 04/04/05 | 358 | Photocopy | 53.70 |
| 04/05/05 | | Long Distance Telephone: 2028795932, 13 Mins., TranTime:14:05 | 1.30 |
| 04/05/05 | 146 | Photocopy | 21.90 |
| 04/07/05 | 4 | Photocopy | 0.60 |

**Total Disbursements:**          $      133.99

### Disbursement Summary

| | | |
|------|------|------|
| Photocopy | $ | 76.20 |
| Long Distance Telephone | | 1.30 |
| Federal Express | | 56.49 |

**Total Disbursements:**  $      133.99

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

Page        6
Invoice No.:    703883
Client   No.:   04339
Matter  No.:    00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 05/13/05 | CLN | Conference with D. Kuchinsky re Grace documents (.30); conference with CLatuda and SHaraldson re documents (.50). | 0.80 | $ | 300.00 |
| 05/13/05 | MCL | Conference with CLNeitzel re locating documents for D. Kuchinsky (.20); conference with and assist SCHaraldson re locating same (2.30). | 2.50 | | 325.00 |
| 05/20/05 | KJC | Review article re contaminated trees and follow up re same. | 0.50 | | 150.00 |
| | | **Total Fees Through May 31, 2005:** | **3.80** | **$** | **775.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| CLN | Charlotte L. Neitzel | Partner | $ 375.00 | 0.80 | $ | 300.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 0.50 | | 150.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 2.50 | | 325.00 |
| | | **Total Fees:** | | **3.80** | **$** | **775.00** |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 703883 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/29/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 3-801-78969; DATE: 4/29/2005  -  Courier, Acct. 0802-0410-8. 04-21 | $ | 9.69 |
| 05/04/05 | | Long Distance Telephone: 45 Mins., TranTime:18:40 | | 4.50 |
| 05/13/05 | 1,652 | Photocopy | | 247.80 |
| 05/13/05 | 2 | Photocopy | | 0.30 |

| | | | |
|---|---|---|---|
| **Total Disbursements:** | | $ | **262.29** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 248.10 |
| Long Distance Telephone | | 4.50 |
| Federal Express | | 9.69 |
| **Total Disbursements:** | $ | **262.29** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $ | *219.96* |
| 79369 | 09/24/04 | Bill | | 12,289.68 |
| | 01/04/05 | Cash Receipt | | -9,856.58 |
| | 04/22/05 | Cash Receipt | | -2,362.76 |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 705763 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Regarding: Libby, Montana Asbestos

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 06/06/05 | KJC | Review invoice for document storage. | 0.20 | $ | 60.00 |
| 06/07/05 | CLN | Conference with Dori Kuchinsky re sending ATSDR documents to designated lawyers (.30); coordinate with SCHaraldson re sending documents (.20); prepare documents to send to Dori Kuchinsky (.30). | 0.80 | | 300.00 |
| 06/08/05 | CLN | Respond to Dori Kuchinsky email re logging, trees and asbestos. | 0.30 | | 112.50 |
| 06/14/05 | KJC | Review document storage invoices. | 0.20 | | 60.00 |
| 06/21/05 | CLN | Review of FOIA appeal response and transmit to Dori Kuchinsky (.50); conference with Dori Kuchinsky re sending expert reports to her and Kirkland & Ellis (.20); arrange to send reports to Dori Kuchinsky and Kirkland & Ellis (.10). | 0.80 | | 300.00 |
| | | **Total Fees Through June 30, 2005:** | **2.30** | **$** | **832.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 375.00 | 1.90 | $ | 712.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 0.40 | | 120.00 |
| | | **Total Fees:** | | **2.30** | **$** | **832.50** |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

Page            7
Invoice No.:    705763
Client   No.:   04339
Matter  No.:    00300

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|-------:|
| 06/07/05 | 594 | Photocopy | $  89.10 |
| 06/16/05 | | Other Expense: IRON MOUNTAIN RECORDS Invoice AS18703 Storage from 01/01/05 to 01/31/05 | 203.36 |
| 06/16/05 | | Other Expense: IRON MOUNTAIN RECORDS Invoice N673358 Storage from 07/01/04 to 07/31/04 | 203.36 |
| 06/16/05 | | Other Expense: IRON MOUNTAIN RECORDS Invoice P566542 Storage from 09/01/05 to 09/30/05 | 203.36 |
| 06/21/05 | 165 | Photocopy | 24.75 |

**Total Disbursements:**    $    **723.93**

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 113.85 |
| Other Expense | | 610.08 |

**Total Disbursements:    $    723.93**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|-------:|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $    *219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total | Comp. |
|------|----------|-------------|-------|-----|------|-------|-------|
| | | | April | May | June | | |
| Flaagan, Elizabeth | Partner | $ 325.00 | 3.2 | 1.1 | 1.7 | $ | 1,950.00 |
| Haag, Susan | Paralegal | $ 135.00 | 3.4 | 1.1 | 5.3 | $ | 1,323.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 0 | 1.3 | 0 | $ | 208.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 0 | 7.3 | 0 | $ | 949.00 |
| | | | | | | | |
| TOTAL | | | 6.6 | 10.8 | 7 | $ | 4,430.00 |

**Bankruptcy Matters - 00390**

| Description | April | | May | | June | | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Photocopies | $ | 6.90 | $ | 15.45 | $ | 20.70 | $ | 43.05 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | 1.50 | $ | - | $ | 1.50 |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | - | $ | 9.69 | $ | - | $ | 9.69 |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Research Services | $ | - | $ | - | $ | - | $ | - |
| Professional Services | $ | - | $ | - | $ | 1,586.78 | $ | 1,586.78 |
| Postage | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | 6.90 | $ | 26.64 | $ | 1,607.48 | $ | 1,641.02 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 701070 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Regarding: Bankruptcy Matters

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/06/05 | EKF | Review and revise February 2005 fee application (.50). | 0.50 | $ 162.50 |
| 04/06/05 | SH | Draft February 2005 monthly fee application. | 1.60 | 216.00 |
| 04/07/05 | EKF | Review revised February 2005 fee application (.20). | 0.20 | 65.00 |
| 04/07/05 | SH | Revise February fee application. | 0.80 | 108.00 |
| 04/11/05 | SH | Revise February fee application (.70), compile and file February fee application (.30). | 1.00 | 135.00 |
| 04/13/05 | EKF | Conference with KJCoggon re fee billing issues (.20); review bankruptcy court docket re amendment to fee procedures (.50). | 0.70 | 227.50 |
| 04/14/05 | EKF | Telephone conference with Tyler Mace re fee issues (.20); review transcript of hearing on 11/15/04 re fees for Grand Jury investigation (1.00). | 1.20 | 390.00 |
| 04/19/05 | EKF | Review and revise March 2005 invoices [prebills] (.60). | 0.60 | 195.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through April 30, 2005:** | **6.60** | **$  1,499.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 3.20 | $  1,040.00 |
| SH | Susan Haag | Paralegal | 135.00 | 3.40 | 459.00 |
| | | **Total Fees:** | | **6.60** | **$  1,499.00** |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

Page              14
Invoice No.:   701070
Client   No.:   04339
Matter   No.:   00390

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 04/11/05 | 46 | Photocopy | $ | 6.90 |
| | | **Total Disbursements:** | **$** | **6.90** |

## Disbursement Summary

| | | | |
|---|---|---|---|
| Photocopy | $ | 6.90 | |
| **Total Disbursements:** | **$** | **6.90** | |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $ | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | $ | *67.09* |
| 674800 | 08/12/04 | Bill | | 730.05 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 703883 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/04/05 | EKF | Review and finalize March 2005 monthly fee application. | 0.30 | $    97.50 |
| 05/04/05 | SH | Calculate March monthly fee application. | 0.70 | 94.50 |
| 05/05/05 | EKF | Conference with KJCoggon re indictment billing (.20). | 0.20 | 65.00 |
| 05/05/05 | SH | Compile and file March monthly fee application. | 0.40 | 54.00 |
| 05/09/05 | MCL | Research databases and box logs pursuant to M. Murphy's request (2.40); conferences and exchange e-mails with JLSherman re same (.40); conference with KJCoggon re same (.20). | 3.00 | 390.00 |
| 05/09/05 | JLS | Database research pursuant to MMurphy's request (.90); conferences and e-mail with MCLatuda re same (.40). | 1.30 | 208.00 |
| 05/10/05 | MCL | Research re M. Murphy's request (1.30); draft memo re same (2.70). | 4.00 | 520.00 |
| 05/11/05 | EKF | Review April 2005 prebills [invoices] (.30). | 0.30 | 97.50 |
| 05/11/05 | MCL | Telephone conference with M. Murphy re document request. | 0.30 | 39.00 |
| 05/12/05 | EKF | Conference with KJCoggon re indictment billing issues (.20); telephone conference with KJBates re same (.10). | 0.30 | 97.50 |

**Total Fees Through May 31, 2005:**   **10.80**   **$   1,663.00**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.10 | $   357.50 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 1.30 | 208.00 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 703883 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| SH | Susan Haag | Paralegal | 135.00 | 1.10 | 148.50 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 7.30 | 949.00 |
| | | **Total Fees:** | | **10.80** | **$ 1,663.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/15/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-474-61914; DATE: 4/15/2005  -  Courier, Acct. 0802-0410-8. 04-11 | $ | 9.69 |
| 05/05/05 | 22 | Photocopy | | 3.30 |
| 05/10/05 | 81 | Photocopy | | 12.15 |
| 05/11/05 | | Long Distance Telephone: 16 Mins., TranTime:13:47 | | 1.50 |
| | | **Total Disbursements:** | $ | **26.64** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 15.45 |
| Long Distance Telephone | | 1.50 |
| Federal Express | | 9.69 |
| **Total Disbursements:** | $ | **26.64** |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 705763 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 06/20/05 | EKF | Review fee auditor's final report regarding fifteenth interim period (.2); review and revise April 2005 monthly fee application (.4); review and revise May 2005 invoices/prebills (.3). | 0.90 | $ | 292.50 |
| 06/20/05 | SH | Draft April, 2005 monthly fee application (1.10); compile and file April fee application (0.30); draft sixteenth interim fee app. charts (1.50); draft sixteenth interim fee app. (1.70). | 4.60 | | 621.00 |
| 06/21/05 | EKF | Review and revise sixteenth interim quarterly fee application. | 0.50 | | 162.50 |
| 06/22/05 | SH | Revise Sixteenth Interim Fee Application | 0.40 | | 54.00 |
| 06/22/05 | SH | Compile and file Sixteenth Interim Fee Application | 0.30 | | 40.50 |
| 06/30/05 | EKF | Review revised May 2005 invoices. | 0.30 | | 97.50 |
| | | **Total Fees Through June 30, 2005:** | **7.00** | **$** | **1,268.00** |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.70 | $ | 552.50 |
| SH | Susan Haag | Paralegal | 135.00 | 5.30 | | 715.50 |
| | | **Total Fees:** | | **7.00** | **$** | **1,268.00** |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 705763 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/16/05 | | Consulting Fee: MORRIS JAMES HITCHENS & W Invoice 276280 HRO Legal fees and costs in W.R. Grace case | $ | 984.06 |
| 06/14/05 | | Consulting Fee: MORRIS JAMES HITCHENS & W Invoice 277252 HRO fees and costs in W.R. Grace case through 043005 | | 602.72 |
| 06/20/05 | 48 | Photocopy | | 7.20 |
| 06/20/05 | 37 | Photocopy | | 5.55 |
| 06/22/05 | 53 | Photocopy | | 7.95 |

| | | |
|---|---|---|
| **Total Disbursements:** | $ | **1,607.48** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,586.78 |
| Photocopy | | 20.70 |
| **Total Disbursements:** $ | | **1,607.48** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $ | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |

**Indictment - 00440**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total | Comp. |
|------|----------|-------------|-------|------|------|-------|-------|
| | | | April | May | June | | |
| Neitzel, Charlotte | Partner | $ 375.00 | 5.8 | 0 | 0 | $ | 2,175.00 |
| McCarthy, John D. | Partner | $ 345.00 | 0.8 | 0 | 0 | $ | 276.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 25.8 | 5.7 | 14.8 | $ | 13,890.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 38.5 | 10.9 | 21.8 | $ | 11,392.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 21.1 | 2.8 | 0 | $ | 3,107.00 |
| Haraldson, Stephen | Doc. Control | $ 60.00 | 8.5 | 0 | 2.5 | $ | 660.00 |
| Proctor, Faye | Case Admin. | $ 85.00 | 0 | 6.9 | 30.9 | $ | 3,213.00 |
| Floyd, Mary Beth | Info. Specialist | $ 135.00 | 1.3 | 0 | 0 | $ | 175.50 |
| | | | | | | $ | - |
| | | | | | | $ | - |
| TOTAL | | | 101.80 | 26.30 | 70.00 | $ | 34,888.50 |

**Indictment - 00440**

| Description | April | May | June | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ 264.75 | $ 239.55 | $ 0.30 | $ 504.60 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ 6.70 | $ 1.50 | $ 3.50 | $ 11.70 |
| Outside Courier | $ 8.80 | $ - | $ - | $ 8.80 |
| Federal Express | $ 121.42 | $ 140.10 | $ - | $ 261.52 |
| Service of Process | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Travel Expense | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 0.70 | $ - | $ 0.70 |
| Westlaw | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ 401.67 | $ 381.85 | $ 3.80 | $ 787.32 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 699591 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Regarding: Indictment**

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/05 | CLN | Response. | 0.30 | $ 112.50 |
| 02/01/05 | MCL | Research databases and review documents (3.50); review and respond to e-mails (0.50). | 4.00 | 520.00 |
| 02/01/05 | JLS | Telephone conference (0.20). | 0.20 | 32.00 |
| 02/02/05 | JDM | Analyze questions (.50); telephone conference (.30) | 0.80 | 276.00 |
| 02/02/05 | MCL | Telephone conferences (.50); research databases (.50); review documents (.50). | 1.50 | 195.00 |
| 02/03/05 | CLN | Conference re documents (.30); identify and provide documents (3.00). | 3.30 | 1,237.50 |
| 02/03/05 | MCL | Draft letter (.30); compile files and documents (.20). | 0.50 | 65.00 |
| 02/03/05 | JLS | Conferences re documents (0.60); database research (2.30). | 2.90 | 464.00 |
| 02/15/05 | KJC | Email exchange re documents (0.80). | 0.80 | 240.00 |
| 02/15/05 | MCL | Review databases (4.00); telephone conference re historical documents (.30). | 4.30 | 559.00 |
| 02/17/05 | KJC | Telephone conference (1.10); follow up telephone conference (0.60). | 1.70 | 510.00 |
| 02/17/05 | MCL | Research documents (2.30); draft e-mail (.20). | 2.50 | 325.00 |
| 02/21/05 | CLN | Respond to inquiry. | 0.30 | 112.50 |
| 02/22/05 | KJC | Review and respond to email (0.50); review privilege log (0.60). | 1.10 | 330.00 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 699591 |
| Client   No.: | 04339 |
| Matter  No.: | 00440 |

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 02/22/05 | MCL | Review and locate documents and indices (2.00). | 2.00 | 260.00 |
| 02/22/05 | JLS | Database research. | 1.50 | 240.00 |
| 02/23/05 | CLN | Conference. | 1.30 | 487.50 |
| 02/23/05 | KJC | Conference (1.50). | 1.50 | 450.00 |
| 02/23/05 | MCL | Conference. | 1.50 | 195.00 |
| 02/23/05 | JLS | Conference. | 1.40 | 224.00 |
| 03/02/05 | KJC | Review and respond to email. | 0.20 | 60.00 |
| 03/03/05 | KJC | Review and prepare requested documents (.30); telephone conference (.20). | 0.50 | 150.00 |
| 03/03/05 | MCL | Research and review documents in databases | 1.00 | 130.00 |
| 03/04/05 | JLS | Database research. | 1.20 | 192.00 |
| 03/07/05 | KJC | Conference (5.30); follow up emails (.60). | 5.90 | 1,770.00 |
| 03/07/05 | MCL | Draft index (.50). | 0.50 | 65.00 |
| 03/07/05 | JLS | Database research. | 0.60 | 96.00 |
| 03/08/05 | KJC | Review and respond to email (0.40); email (0.30). | 0.70 | 210.00 |
| 03/08/05 | MCL | Assist with location and organization of documents. | 1.50 | 195.00 |
| 03/08/05 | JLS | Database research (0.90); read and respond to e-mails and voicemails (0.40); database research (1.20); conferences (0.30); draft letter (0.20); telephone conference (0.20). | 3.20 | 512.00 |
| 03/09/05 | JLS | Prepare documents. | 1.80 | 288.00 |
| 03/10/05 | KJC | Conference (0.60); research (0.40); review and respond to email (0.80); review document (0.20). | 2.00 | 600.00 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

Page            4
Invoice No.:    699591
Client   No.:   04339
Matter   No.:   00440

### Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/10/05 | JLS | Conference (0.60); database research (0.60). | 1.20 | 192.00 |
| 03/11/05 | KJC | Address billing procedures (0.60); review documents (0.70); telephone conference (0.30). | 1.60 | 480.00 |
| 03/11/05 | MCL | Research (.30); read and respond to e-mails (.20). | 0.50 | 65.00 |
| 03/11/05 | JLS | Telephone conference (0.30); database research (4.9). | 5.20 | 832.00 |
| 03/14/05 | JLS | Database research. | 2.80 | 448.00 |
| 03/16/05 | KJC | Review and respond to email and telephone messages | 0.30 | 90.00 |
| 03/22/05 | KJC | Review documents. | 2.30 | 690.00 |
| 03/22/05 | JLS | Read and respond to e-mails (0.40); database research (1.20). | 1.60 | 256.00 |
| 03/23/05 | KJC | Email exchange. | 0.20 | 60.00 |
| 03/23/05 | JLS | Database research. | 1.10 | 176.00 |
| 03/24/05 | MCL | Locate and provide information. | 1.30 | 169.00 |
| 03/24/05 | JLS | Database research (2.90); prepare exhibit (0.90). | 3.80 | 608.00 |
| 03/25/05 | KJC | Telephone conferences and email exchange. | 0.30 | 90.00 |
| 03/25/05 | JLS | Database research and review of document (0.80); prepare exhibit (2.70); telephone conference (0.10). | 3.60 | 576.00 |
| 04/04/05 | KJC | Research (1.70); e-mail exchange and telephone conferences (1.10). | 2.80 | 840.00 |
| 04/05/05 | KJC | Review and revise database (0.50); research (0.60). | 1.10 | 330.00 |
| 04/05/05 | JLS | Conference re files. | 0.30 | 48.00 |
| 04/06/05 | SCH | Database/document research. | 5.00 | 300.00 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

Page          5
Invoice No.:   699591
Client  No.:   04339
Matter  No.:   00440

## Itemized Services

| Date | Tkpr Task | Description | Hours | Value |
|------|-----------|-------------|-------|-------|
| 04/07/05 | JLS | Conferences re documents (0.3); database research (1.60). | 1.90 | 304.00 |
| 04/07/05 | SCH | Database/document research. | 3.00 | 180.00 |
| 04/12/05 | KJC | Telephone conference (0.30); research (0.40). | 0.70 | 210.00 |
| 04/12/05 | JLS | Read and respond to e-mails. | 0.90 | 144.00 |
| 04/13/05 | CLN | Conference. | 0.30 | 112.50 |
| 04/13/05 | KJC | Telephone conference (0.20); research (0.30). | 0.50 | 150.00 |
| 04/13/05 | JLS | Telephone conferences and database research. | 0.60 | 96.00 |
| 04/13/05 | SCH | Telephone conference and e-mail memoranda; database research. | 0.50 | 30.00 |
| 04/15/05 | CLN | Conference. | 0.30 | 112.50 |
| 04/18/05 | KJC | Telephone conference (0.30); research (0.50). | 0.80 | 240.00 |
| 04/19/05 | JLS | Database research. | 0.60 | 96.00 |
| 04/19/05 | MBF | Research for KCoggon. | 1.30 | 175.50 |
| 04/21/05 | JLS | Read and respond to e-mails including database research. | 0.40 | 64.00 |
| 04/28/05 | KJC | Telephone conference. | 0.80 | 240.00 |
| 04/29/05 | JLS | Database research. | 1.70 | 272.00 |

**Total Fees Through April 30, 2005:     101.80   $   19,779.50**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| CLN | Charlotte L. Neitzel | Partner | $ 375.00 | 5.80 | $   2,175.00 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

Page        6
Invoice No.:    699591
Client   No.:    04339
Matter  No.:    00440

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| JDM | John D. McCarthy | Partner | 345.00 | 0.80 | 276.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 25.80 | 7,740.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 38.50 | 6,160.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 21.10 | 2,743.00 |
| SCH | Stephen Haraldson | Other | 60.00 | 8.50 | 510.00 |
| MBF | Mary Beth Floyd | Information Specialist | 135.00 | 1.30 | 175.50 |
| | | **Total Fees:** | | **101.80** | **$  19,779.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 02/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-363-66275; DATE: 2/11/2005  -  Courier, Acct. 0802-0410-8, 02-03 | $ | 54.30 |
| 03/03/05 | 1 | Photocopy | | 0.15 |
| 03/07/05 | 230 | Photocopy | | 34.50 |
| 03/07/05 | 16 | Photocopy | | 2.40 |
| 03/08/05 | 2 | Photocopy | | 0.30 |
| 03/08/05 | 1 | Photocopy | | 0.15 |
| 03/08/05 | 56 | Photocopy | | 8.40 |
| 03/08/05 | 3 | Photocopy | | 0.45 |
| 03/08/05 | 54 | Photocopy | | 8.10 |
| 03/08/05 | 480 | Photocopy | | 72.00 |
| 03/08/05 | 276 | Photocopy | | 41.40 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 699591 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 03/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-414-04743; DATE: 3/11/2005 - Courier, Acct. 0802-0410-8. 03-07 | 15.23 |
| 03/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-414-04743; DATE: 3/11/2005 - Courier, Acct. 0802-0410-8. 03-07 | 17.39 |
| 03/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-414-04743; DATE: 3/11/2005 - Courier, Acct. 0802-0410-8. 03-08 | 34.50 |
| 03/15/05 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7261843; DATE: 3/15/2005 - Courier, Acct. HO7068. 03-07 | 8.80 |
| 03/22/05 | 92 | Photocopy | 13.80 |
| 03/23/05 | 1 | Photocopy | 0.15 |
| 04/04/05 | | Long Distance Telephone: 20 Mins., TranTime:13:06 | 2.00 |
| 04/13/05 | 544 | Photocopy | 81.60 |
| 04/13/05 | 3 | Photocopy | 0.45 |
| 04/18/05 | 3 | Photocopy | 0.45 |
| 04/19/05 | 3 | Photocopy | 0.45 |
| 04/28/05 | | Long Distance Telephone: 47 Mins., TranTime:13:54 | 4.70 |

|  |  |  |
|--|--|--|
| **Total Disbursements:** | $ | 401.67 |

Holme Roberts & Owen LLP

May 18, 2005

W.R. Grace

Page            8
Invoice No.:    699591
Client   No.:    04339
Matter   No.:    00440

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 264.75 |
| Long Distance Telephone | | 6.70 |
| Outside Courier | | 8.80 |
| Federal Express | | 121.42 |
| **Total Disbursements:** | **$** | **401.67** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Total Balance Due This Matter** | $ | 20,181.17 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 703797 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Regarding: Indictment**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 05/02/05 | KJC | Conference with KWLund re Kirkland & Ellis. | 1.00 | $ | 300.00 |
| 05/03/05 | KJC | Telephone conference with T. Mace re projects. | 0.30 | | 90.00 |
| 05/04/05 | KJC | Telephone conference with JLSherman re searches for documents to support K&E. | 0.30 | | 90.00 |
| 05/04/05 | JLS | Database research for documents. | 4.90 | | 784.00 |
| 05/05/05 | KJC | Conference with EKFlaagan re bills (0.20); telephone conference with J. Baer re same (0.10); review bankruptcy court transcript and order re billing (0.30). | 0.60 | | 180.00 |
| 05/09/05 | KJC | Address request for documents; respond to messages. | 0.40 | | 120.00 |
| 05/16/05 | MCL | Locate and provide documents for T. Stansbury of Kirkland & Ellis. | 1.50 | | 195.00 |
| 05/19/05 | KJC | Telephone conference re documents. | 0.20 | | 60.00 |
| 05/26/05 | KJC | Telephone calls re documents (0.3); conferences with JLSherman re documents (0.9); research re documents (0.8). | 2.00 | | 600.00 |
| 05/26/05 | MCL | Research databases to locate information re documents pursuant to M. Murphy's request (1.00); conferences with JLSherman re same (.30). | 1.30 | | 169.00 |
| 05/26/05 | JLS | Research re documents (1.60); conference with KJCoggon re documents (.90). | 2.30 | | 368.00 |
| 05/27/05 | KJC | Telephone conference with JLSherman re documents. | 0.50 | | 150.00 |
| 05/27/05 | JLS | Research re documents. | 2.30 | | 368.00 |
| 05/31/05 | KJC | Conferences with JLSherman re documents. | 0.40 | | 120.00 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 3 |
| Invoice No.: | 703797 |
| Client   No.: | 04339 |
| Matter  No.: | 00440 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 05/31/05 | JLS | Research re documents. | 1.40 | 224.00 |
| 05/31/05 | FP | Conference with JLSherman and CCotts re database (.10); database entries and research re documents (6.80). | 6.90 | 586.50 |

| | | Total Fees Through May 31, 2005: | 26.30 | $ | 4,404.50 |
|--|--|--|--|--|--|

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|--|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 5.70 | $ | 1,710.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 10.90 | | 1,744.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 2.80 | | 364.00 |
| FP | Faye Proctor | Case Administrator | 85.00 | 6.90 | | 586.50 |
| | | **Total Fees:** | | **26.30** | **$** | **4,404.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|--|--------|
| 04/15/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-474-61914; DATE: 4/15/2005  -  Courier, Acct. 0802-0410-8. 04-07 | $ | 9.69 |
| 04/22/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-487-28552; DATE: 4/22/2005  -  Courier, Acct. 0802-0410-8. 04-13 | | 22.29 |
| 1/22/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-487-28552; DATE: 4/22/2005  -  Courier, Acct. 0802-0410-8. 04-19 | | 59.95 |

Holme Roberts & Owen LLP

June 22, 2005

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 703797 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/22/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-487-28552; DATE: 4/22/2005  -  Courier, Acct. 0802-0410-8. 04-19 | 48.17 |
| 05/06/05 | 14 | Photocopy | 2.10 |
| 05/06/05 | 14 | Tab Stock | 0.70 |
| 05/19/05 | 826 | Photocopy | 123.90 |
| 05/19/05 | 752 | Photocopy | 112.80 |
| 05/19/05 | 1 | Photocopy | 0.15 |
| 05/26/05 | | Long Distance Telephone: 15 Mins., TranTime:09:58 | 1.50 |
| /5/31/05 | 4 | Photocopy | 0.60 |

| | | |
|---|---|---|
| **Total Disbursements:** | $ | **381.85** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 239.55 |
| Long Distance Telephone | | 1.50 |
| Federal Express | | 140.10 |
| Tab Stock | | 0.70 |
| **Total Disbursements:** | **$** | **381.85** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 699591 | 05/18/05 | Bill | 20,181.17 |
| | *Outstanding Balance on Invoice 699591:* | | $  *20,181.17* |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

| | |
|---|---|
| Page | 2 |
| Invoice No.: | 705755 |
| Client No.: | 04339 |
| Matter No.: | 00440 |

**Regarding: Indictment**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/05 | KJC | Telephone conferences with JLSherman re documents (0.2); research re documents (0.3); voice mail from K&E re documents meeting (0.1). | 0.60 | $ 180.00 |
| 06/01/05 | JLS | Research re documents (1.50); conferences with KJCoggon and FProctor re documents (.60). | 2.10 | 336.00 |
| 06/01/05 | FP | Database entries and research re documents. | 9.60 | 816.00 |
| 06/02/05 | KJC | Telephone conference with K&E re documents (0.3); conferences with JLSherman re documents (0.4); research re documents (0.4). | 1.10 | 330.00 |
| 06/02/05 | JLS | Research re documents (1.00); conference with WEPayne re documents (.20). | 1.20 | 192.00 |
| 06/02/05 | FP | Research database re documents. | 8.90 | 756.50 |
| 06/03/05 | FP | Research database re documents. | 6.20 | 527.00 |
| 06/06/05 | KJC | Conference with JLSherman re documents for K&E (1.0); review status of case projects (0.3); prepare for discussion re document information (0.3). | 1.60 | 480.00 |
| 06/06/05 | JLS | Conference with KJCoggon re documents (1.00); database research re documents (1.10). | 2.10 | 336.00 |
| 06/06/05 | FP | Research database re documents. | 6.20 | 527.00 |
| 06/07/05 | JLS | Research re documents. | 3.70 | 592.00 |
| 06/07/05 | SCH | E-mail memoranda from CLNeitzel re document requests and inquiries (.50); database research and document review (.50); distribution of requested documents and respond to inquiries (.50). | 1.50 | 90.00 |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

Page          3
Invoice No.:   705755
Client   No.:   04339
Matter   No.:   00440

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/08/05 | KJC | Telephone conference with K&E re documents (0.7); conferences with JLSherman re documents (1.1); follow-up to document information requests (1.3). | 3.10 | 930.00 |
| 06/08/05 | JLS | Conference call with Tyler Mace and KJCoggon re documents (0.70); prepare for same (0.80); follow-up re documents (3.2); conference with CCotts re same (0.20). | 4.90 | 784.00 |
| 06/09/05 | KJC | Review and revise index of documents (0.4); conference with JLSherman re document index (0.2); e-mail index to K&E (0.2); conferences with JLSherman re document information (0.3). | 1.10 | 330.00 |
| 06/09/05 | JLS | Conferences with CCotts re documents (0.40); research re documents (0.50). | 0.90 | 144.00 |
| 06/10/05 | JLS | Research re documents. | 0.90 | 144.00 |
| 06/17/05 | JLS | Database research re documents (0.40); telephone conference re same (0.10). | 0.50 | 80.00 |
| 06/17/05 | SCH | E-mail memoranda from CSGraham re document requests and inquiries; database research and document review; distribution of requested documents and respond to inquiries. | 1.00 | 60.00 |
| 06/20/05 | KJC | Research re documents (0.6); telephone conference with JLSherman re documents (0.2). | 0.80 | 240.00 |
| 06/20/05 | JLS | Database research re documents. | 1.40 | 224.00 |
| 06/21/05 | JLS | Database research re documents. | 0.60 | 96.00 |
| 06/22/05 | KJC | Telephone conference with T. Mace re documents (0.2); research re documents and EPA requests (1.1); telephone conference with JLSherman re documents (0.2). | 1.50 | 450.00 |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

Page            4
Invoice No.:    705755
Client   No.:   04339
Matter  No.:    00440

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/23/05 | KJC | Conferences with JLSherman and T. Mace re documents (.70);  research re documents and 104(e) response (2.30); draft letter re documents (.20). | 3.40 | 1,020.00 |
| 06/23/05 | JLS | Research re documents (2.40); conferences with KJCoggon and Tyler Mace re documents (0.70); read and respond to e-mails re documents (0.40). | 3.50 | 560.00 |
| 06/24/05 | KJC | Research and send documents to K&E (0.30). | 0.30 | 90.00 |
| 06/28/05 | KJC | Research and send documents to K&E (0.6). | 0.60 | 180.00 |
| 06/29/05 | KJC | Review document information and follow-up re same. | 0.40 | 120.00 |
| 06/30/05 | KJC | Conference with JLSherman re documents and other requests from K&E (0.3). | 0.30 | 90.00 |

**Total Fees Through June 30, 2005:**  **70.00**  **$  10,704.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 14.80 | $  4,440.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 21.80 | 3,488.00 |
| SCH | Stephen Haraldson | Paralegal | 60.00 | 2.50 | 150.00 |
| FP | Faye Proctor | Case Administrator | 85.00 | 30.90 | 2,626.50 |

**Total Fees:**  **70.00**  **$  10,704.50**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|--|--------|
| 06/02/05 | | Long Distance Telephone: 12 Mins., TranTime:09:29 | $ | 1.20 |

Holme Roberts & Owen LLP

July 13, 2005

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 705755 |
| Client  No.: | 04339 |
| Matter  No.: | 00440 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/08/05 | 2 | Photocopy | 0.30 |
| 06/22/05 | | Long Distance Telephone: 12 Mins., TranTime:13:25 | 1.10 |
| 06/23/05 | | Long Distance Telephone: 12 Mins., TranTime:11:09 | 1.20 |

| | | | |
|---|---|---|---|
| | **Total Disbursements:** | $ | **3.80** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 0.30 |
| Long Distance Telephone | | 3.50 |
| **Total Disbursements:** | $ | **3.80** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 699591 | 05/18/05 | Bill | 20,181.17 |
| | *Outstanding Balance on Invoice 699591:* | | $  20,181.17 |
| 703797 | 06/22/05 | Bill | 4,786.35 |
| | *Outstanding Balance on Invoice 703797:* | | $  4,786.35 |

| | | |
|---|---|---|
| **Total Outstanding Invoices:** | $ | **24,967.52** |
| **Trust Applied to Matter** | $ | **0.00** |
| **Total Balance Due This Matter** | $ | **35,675.82** |