# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| John D. McCarthy | Partner | Environmental | $345.00 | 0.8 | $276.00 |
| Charlotte Neitzel | Partner | Environmental | $375.00 | 9.5 | $3,562.50 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $325.00 | 6.0 | $1,950.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $300.00 | 47.7 | $14,310.00 |
| Joan Sherman | Paralegal | Environmental | $160.00 | 72.5 | $11,600.00 |
| Susan Haag | Paralegal | Bankruptcy | $135.00 | 9.8 | $1,323.00 |
| Carla Latuda | Paralegal | Environmental | $130.00 | 33.7 | $4,381.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $135.00 | 1.3 | $175.50 |
| Faye Proctor | Case Admin. | Environmental | $85.00 | 37.8 | $3,213.00 |
| Stephen Haraldson | Doc. Control | Environmental | $60.00 | 11.0 | $660.00 |
| **TOTAL** | | | | **230.1** | **$41,451.00** |