# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $985.80 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $19.00 |
| Outside Courier | $8.80 |
| Lexis | $0.00 |
| Tab Stock | $0.00 |
| Other Expenses | $610.78 |
| Westlaw | $0.00 |
| Federal Express | $337.39 |
| Color Copies | $0.00 |
| Professional Billable Services | $1,586.78 |
| Research Services | $0.00 |
| **TOTALS** | **$3,548.55** |