REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1310351
One Town Center Road                     Invoice Date    08/26/05
Boca Raton, FL   33486                   Client Number      172573

====================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                          45,985.00
    Expenses                           0.00

             TOTAL BALANCE DUE UPON RECEIPT        $45,985.00
                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1310351 |
|---|---|---|
| One Town Center Road | Invoice Date | 08/26/05 |
| Boca Raton, FL    33486 | Client Number | 172573 |
| | Matter Number | 60026 |


====================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 07/01/05 | Cameron | Multiple e-mails and responses relating to work on asbestos property damage estimation (1.4); review of consultant materials regarding same (0.7). | 2.10 |
| 07/05/05 | Flatley | Call with W. Sparks and follow-up e-mails | .40 |
| 07/06/05 | Atkinson | Review consultant files and summarize transcript per R. Finke request. | .60 |
| 07/06/05 | Cameron | Multiple e-mails regarding asbestos property damage estimation preparation work (0.9); prepare for and participate in conference call with R. Finke, K&E lawyers and consultant (1.3); multiple follow-up e-mails and calls (0.8). | 3.00 |
| 07/06/05 | Muha | E-mails to and from D. Cameron re: R. Finke's request for testimony given in West Virginia litigation. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1310351
60026  Litigation and Litigation Consulting        Page    2
       August 26, 2005

| Date | Name | | Hours |
|------|------|--|-------|

07/07/05 Cameron    Multiple e-mails relating to          2.30
                    follow-up from July 6 call with
                    consultants (0.8); multiple
                    e-mails relating to July 7 call
                    with consultants (0.6); e-mails
                    and review of materials for July
                    11 meeting with R. Finke and
                    consultants (0.9).

07/07/05 Muha       Review expert testimony (3.2) and     4.40
                    prepare memorandum (1.2)
                    summarizing trial testimony of
                    expert in West Virginia Public
                    Building Asbestos Litigation, per
                    request of R. Finke.

07/07/05 Restivo    Review, note and discard             1.00
                    correspondence, emails, pleadings
                    for periods 6/22 to 7/7.

07/08/05 Cameron    E-mails regarding issues relating    2.10
                    to asbestos property damage
                    estimation (0.8); e-mails with
                    consultants regarding same (0.4);
                    review materials for 7/11 meeting
                    (0.9).

07/08/05 Restivo    Review new material and telephone     .50
                    call with W. Sparks.

07/10/05 Cameron    Review materials received from R.    3.10
                    Finke and K&E lawyers over past
                    few days relating to asbestos
                    property damage estimation (1.4);
                    prepare and review materials for
                    7/11 meeting with R. Finke and
                    consultants (1.7).

07/11/05 Cameron    Prepare for meeting with R. Fine,    6.90
                    K&E and consultants (0.9); meet
                    with R. Finke regarding status of
                    Asbestos PD estimation matter
                    (0.8); attend meeting with R.
                    Finke, consultants and K&E lawyers
                    (3.2); follow-up meeting with R.
                    Finke and consultant (1.2); review
                    CMO materials from R. Finke (0.6);
                    review summary memo from R. Finke
                    (0.2).

172573  W. R. Grace & Co.                          Invoice Number  1310351
60026   Litigation and Litigation Consulting       Page    3
        August 26, 2005

   Date   Name                                                    Hours
   -------- -----------                                           -----


07/12/05 Cameron          Review materials and notes from        5.70
                          7/11 meeting with consultants
                          (0.9); review materials from R.
                          Finke relating to CMOs and 7/19
                          hearing (1.6); telephone call with
                          R. Finke regarding same (0.3);
                          review materials and e-mails
                          relating to product ID issues
                          (1.2); meet with J. Restivo

                          regarding 7/19 hearings (0.3);
                          review materials relating to
                          removal cost issues (1.1); review
                          materials from R. Finke relating
                          to medical issues (0.3).

07/12/05 Lord             Update 2002 service list.                 .10

07/13/05 Cameron          Review of consultant file              4.10
                          materials in preparation for call
                          regarding analytical work (1.4);
                          review materials for call
                          concerning historical research
                          (0.9); multiple e-mails regarding
                          consultant work (0.6); review CMO
                          issues and e-mails regarding same
                          (0.9); review notes of meeting for
                          open issues and call to consultant
                          (0.3).

07/14/05 Cameron          E-mails regarding consultant          3.90
                          analysis (0.5); review work
                          product materials for 7/15 call
                          with consultants and K&E (1.3);
                          review materials relating to CMOs
                          (1.2); review K&E information
                          requests (0.9).

07/15/05 Cameron          Telephone call and e-mail with        1.70
                          consultant regarding status of
                          research (0.4); telephone call
                          with consultant regarding status
                          of analysis and logistics for call
                          (0.4); review preliminary work
                          product (0.9).

172573  W. R. Grace & Co.                                    Invoice Number   1310351
60026   Litigation and Litigation Consulting                 Page    4
        August 26, 2005

| Date | Name | | Hours |
|------|------|------|-------|

07/17/05 Cameron          Review consultant meeting              .90
                          materials and preparation of
                          summary.

07/18/05 Cameron          Prepare for and participate in        2.30
                          telephone call with J. Friedland
                          (K&E) and consultants (1.4);
                          follow-up review of outstanding
                          issues (0.9).

07/19/05 Cameron          Attend to issues relating to          2.50
                          asbestos property damage
                          estimation and experts relating to
                          same (1.7); review summaries and
                          work product from K&E (0.8).

07/20/05 Cameron          Attend to issues relating to task     3.40
                          lists for asbestos property damage
                          estimation (0.9); review of
                          materials for discussions with
                          consultants (2.5).

07/21/05 Cameron          Multiple telephone calls with         4.90
                          consultants regarding issues
                          relating to property damage
                          estimation (0.7); e-mails with K&E
                          and W. R. Grace regarding same
                          (0.8); review of claim form issues
                          (1.3); e-mails regarding mediation
                          for bodily injury estimation
                          (1.2); review of materials
                          relating to constructive notice
                          (0.9).

07/21/05 Restivo          Review of new pleadings and emails.    .80

07/22/05 Cameron          Additional review of materials        5.50
                          from K&E and emails relating to
                          asbestos personal injury
                          estimation (1.30); review research
                          and related issues for
                          constructive notice (1.30); review
                          files and testimony relating to
                          same (.90); review materials
                          relating to product ID issues
                          (1.40); review issues relating to
                          various Gateway objections (.60).

172573  W. R. Grace & Co.                          Invoice Number   1310351
60026   Litigation and Litigation Consulting       Page    5
        August 26, 2005

    Date   Name                                              Hours
-------- -----------                                         -----

07/23/05 Cameron          Emails relating to constructive       3.10
                          notice issues (.50); review legal
                          and factual research re: same
                          (.90); review material for expert
                          disclosures (.80); review product
                          ID materials for objections (.90).

07/24/05 Cameron          Continued review of product ID        2.60
                          materials and work product from
                          K&E (1.10); review research re:
                          constructive notice (.60); review
                          research re:  statute of
                          limitations issues (.90).

07/25/05 Cameron          Telephone call to consultant re:      4.40
                          asbestos property damage
                          estimation issues (.40); emails
                          re:  same (.30); review draft PD
                          Estimation CMO and open issues for
                          tasks to be performed (1.20);
                          review of materials received from
                          R. Finke and K&E re:  product ID
                          analysis and objections (1.60);
                          review notes of calls with
                          consultants and banking materials
                          re:  same (.90).

07/26/05 Cameron          Detailed review of product ID         6.40
                          materials and prior expert
                          disclosures relating to same
                          (1.30); review of statute of
                          limitations legal research
                          materials (1.80); review of
                          constructive notice research
                          materials and prior expert
                          testimony (1.90); review prior
                          testimony re:  removal costs and
                          related analysis (1.40).

07/27/05 Cameron          Review materials from K&E relating    5.10
                          to Gateway objections and outline
                          for same (1.4); multiple e-mails
                          regarding same (0.3); review
                          materials relating to statute of
                          limitations and constructive
                          notice (1.3); review product ID
                          spread sheets and prepare overview
                          (1.9); e-mails relating to
                          planning issues (0.2).

```
172573  W. R. Grace & Co.                      Invoice Number  1310351
60026   Litigation and Litigation Consulting   Page    6
        August 26, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

07/28/05 Cameron    Review materials relating to nullum tempus and statute of limitations issues (0.9); e-mails regarding same (0.4); review product ID materials (1.1).    2.40

07/29/05 Cameron    Multiple e-mails from R. Finke regarding property damage issues (0.4); telephone call with R. Finke (0.5); review of additional materials from K&E relating to property damage estimation and objections (1.4).    2.30

07/30/05 Cameron    Review materials from R. Finke (1.1); prepare for calls and e-mails relating to product ID issues (0.9); review materials from K&E regarding Gateway objections and statute of limitations (1.4).    3.40

07/31/05 Cameron    Work on product ID materials for telephone call with R. Finke (1.3); attend to issues raised by K&E relating to Gateway objections and statute of limitations (1.7); review research relating to same (1.2).    4.20

```
                                               ------
                                  TOTAL HOURS   96.30
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| James J. Restivo Jr. | 2.30 | at | $ | 525.00 | = | 1,207.50 |
| Lawrence E. Flatley | 0.40 | at | $ | 495.00 | = | 198.00 |
| Douglas E. Cameron | 88.30 | at | $ | 490.00 | = | 43,267.00 |
| Andrew J. Muha | 4.60 | at | $ | 260.00 | = | 1,196.00 |
| John B. Lord | 0.10 | at | $ | 175.00 | = | 17.50 |
| Maureen L. Atkinson | 0.60 | at | $ | 165.00 | = | 99.00 |

```
                        CURRENT FEES                      45,985.00

                                                        ------------
                 TOTAL BALANCE DUE UPON RECEIPT          $45,985.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                            Invoice Number      1310352
5400 Broken Sound Blvd., N.W.          Invoice Date        08/26/05
Boca Raton, FL 33487                   Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

        Fees                            1,568.00
        Expenses                            0.00

                TOTAL BALANCE DUE UPON RECEIPT        $1,568.00
                                                   =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                           Invoice Number      1310352
5400 Broken Sound Blvd., N.W.         Invoice Date       08/26/05
Boca Raton, FL 33487                  Client Number       172573
                                      Matter Number        60027
```

========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

```
   Date   Name                                          Hours
 -------- -----------                                   -----

07/11/05 Cameron        Business travel to Baltimore from   3.20
                        Pittsburgh, and return trip,
                        including time spent waiting in
                        Pittsburgh and Baltimore airports
                        (one-half time).

                                              ------
                                TOTAL HOURS    3.20
```

```
TIME SUMMARY              Hours        Rate         Value
------------------------  ---------------------    -------
Douglas E. Cameron        3.20  at  $ 490.00  =   1,568.00

                          CURRENT FEES                        1,568.00


                                                  ------------
                     TOTAL BALANCE DUE UPON RECEIPT   $1,568.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1310407
5400 Broken Sound Blvd., N.W.            Invoice Date        08/26/05
Boca Raton, FL 33487                     Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

       Fees                          1,683.50
       Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT         $1,683.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1310407 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      08/26/05 |
| Boca Raton, FL 33487 | Client Number       172573 |
| | Matter Number        60028 |

===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 07/01/05 | Atkinson | Review DVDs of ZAI simulations attached to November 2004 Stipulation, per request of K&E. | .30 |
| 07/05/05 | Atkinson | Review files for disks/materials submitted to Court on November 19, 2004, referenced in Stipulation to Supplement ZA1 Science Trial S.J. Record, per K&E request. | .40 |
| 07/10/05 | Cameron | Review letter and materials regarding Canadian claims. | .90 |
| 07/12/05 | Cameron | Review materials relating to Canadian claims and government issues (0.9); review ZAI CMO materials (0.7). | 1.60 |
| 07/29/05 | Cameron | E-mails from R. Finke regarding Canadian claims. | .70 |

TOTAL HOURS    3.90

172573 W. R. Grace & Co.                    Invoice Number  1310407
60028  ZAI Science Trial                     Page   2
       August 26, 2005

TIME SUMMARY              Hours        Rate          Value
------------------------  ---------------------   -------
Douglas E. Cameron        3.20  at  $  490.00  =   1,568.00
Maureen L. Atkinson       0.70  at  $  165.00  =     115.50

                          CURRENT FEES                    1,683.50

                                                      ------------

                          TOTAL BALANCE DUE UPON RECEIPT   $1,683.50
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number        1310354
5400 Broken Sound Blvd., N.W.        Invoice Date          08/26/05
Boca Raton, FL 33487                 Client Number          172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                               2,632.50
     Expenses                               0.00

             TOTAL BALANCE DUE UPON RECEIPT        $2,632.50
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1310354
5400 Broken Sound Blvd., N.W.        Invoice Date       08/26/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

   Date   Name                                              Hours
 -------- -----------                                       -----

07/07/05 Ament           Meet with A. Muha re: fee            .30
                         application chart (.10); update
                         chart & e-mail to D. Cameron (.20)

07/18/05 Cameron         Review and revise June monthly fee   .90
                         application materials.

07/18/05 Lord            Research and respond to A. Muha      .30
                         re: disbursements and fee
                         auditor's inquiry into same.

07/18/05 Muha            Review revisions and e-mail          .90
                         responses from team members re:
                         fee and expense detail for June
                         2005 monthly fee application.

07/20/05 Muha            Additional review and revisions to   .40
                         June 2005 monthly fee and expense
                         details.

07/21/05 Cameron         Review and revise June monthly fee   .80
                         application materials.

07/21/05 Muha            Review dockets for fee application   .40
                         and CNO information re: 15th
                         quarterly and March, April month
                         applications (0.2); draft e-mail
                         to D. Cameron re: same (0.2).

07/25/05 Cameron         Final comments on June monthly fee   .50
                         application.

```
172573 W. R. Grace & Co.                        Invoice Number  1310354
60029  Fee Applications-Applicant               Page    2
       August 26, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 07/25/05 | Muha | Attend to questions from D. Cameron re: monthly application. | .20 |
| 07/26/05 | Lord | Research docket and prepare CNO for May fee application (.2); e-file and perfect service for same (.3); prepare correspondence to Grace re: same (.1). | .60 |
| 07/27/05 | Ament | E-mails with A. Muha & C. Gadsden re: category summaries for June bills (.20); review June fee and expense details and verify fees & expenses (.90); prepare spreadsheet of fees & expenses (1.0); format fee and expense details for electronic filing (.50). | 2.60 |
| 07/28/05 | Ament | Obtain April, May & June bills & begin drafting summary for 17th quarterly fee application (1.0); e-mails with C. Gadsden re: invoices (.10);  draft summary materials for 48th monthly fee application (1.0);  complete formatting of invoices (.60). | 2.70 |
| 07/29/05 | Ament | Meet with A. Muha re: 48th monthly fee application (.10); finalize fee application & invoices (.30) e-mail same to J. Lord for DE filing (.10);  revisions to summary re: 17th quarterly fee application (.20);  begin drafting narrative for same (.30). | 1.00 |
| 07/29/05 | Muha | Final review/revisions to June 2005 monthly application. | .30 |

```
                                                         ------
                                        TOTAL HOURS       11.90
```

```
172573 W. R. Grace & Co.                    Invoice Number  1310354
60029  Fee Applications-Applicant           Page    3
       August 26, 2005
```

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 2.20 | at $ | 490.00 | = | 1,078.00 |
| Andrew J. Muha | 2.20 | at $ | 260.00 | = | 572.00 |
| John B. Lord | 0.90 | at $ | 175.00 | = | 157.50 |
| Sharon A. Ament | 6.60 | at $ | 125.00 | = | 825.00 |
| | CURRENT FEES | | | | 2,632.50 |

```
                                            ------------
            TOTAL BALANCE DUE UPON RECEIPT       $2,632.50
                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1310355
One Town Center Road                     Invoice Date        08/26/05
Boca Raton, FL   33486                   Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                        15,155.00
    Expenses                         0.00

            TOTAL BALANCE DUE UPON RECEIPT          $15,155.00
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number     1310355
One Town Center Road                     Invoice Date      08/26/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60030


=============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2005

  Date    Name                                                Hours
 -------- -----------                                         -----


07/13/05 Ament          Meet with D. Cameron re:              .30
                        coordinating K&E trial preparation
                        (.20) and e-mails re: same (.30).

07/13/05 Cameron        Review materials for 7/19 hearing    2.10
                        (1.4); e-mails regarding same
                        (0.4); meet with S. Ament
                        regarding logistical issues and
                        e-mails regarding same (0.3).

07/14/05 Ament          Telephone calls & e-mails with J.    1.00
                        Strohl re: trial preparation
                        (.30); telephone calls with R.
                        Baker of Judge Fitzgerald's office
                        re: electronic courtroom equipment
                        (.20); telephone call and e-mails
                        with C. Miller re: tech support
                        (.20); telephone call and e-mail
                        to B. Steinmiller re: Saturday
                        delivery of trial materials (.10);
                        e-mail and telephone call to L.
                        Mignogna re: meal options for
                        trial team (.10); e-mails with F.
                        Aul re: printing capabilities &
                        other misc. tech support issues
                        (.10).

07/14/05 Cameron        Review materials for hearing         1.80
                        preparation and e-mails regarding
                        same (1.3); address logistical
                        issues (0.5).

172573 W. R. Grace & Co.                          Invoice Number  1310355
60030  Hearings                                   Page    2
       August 26, 2005


   Date    Name                                                      Hours
 --------  -----------                                               -----

 07/15/05 Ament         E-mails & telephone calls with J.     5.00
                        Strohl re: trial preparation
                        (1.0); e-mails & telephone calls
                        with W. Thomas re: tech support
                        for same (1.0); meetings, e-mails
                        & telephone calls to coordinate
                        tech support, secretarial
                        assistance, meal plans, etc. for
                        trial team (2.5); e-mails &
                        telephone calls with R. Baker of
                        Judge Fitzgerald's office re:
                        logistics of trial (.50).

 07/15/05 Cameron       Review briefs relating to CMO         4.10
                        issues and multiple e-mails
                        regarding same (3.4);
                        communications with S. Ament
                        regarding logistics for hearing
                        (0.7).

 07/16/05 Ament         Telephone calls with J. Strohl re:     .50
                        trial exhibits.

 07/16/05 Cameron       Continued review of briefs and        2.30
                        issues relating to hearing
                        preparation (1.8); e-mails
                        regarding same (0.5).

 07/17/05 Ament         E-mails, telephone calls & meet       4.50
                        with J. Strohl, W. Thomas, A.
                        Johnson & M. Mortell re: logistics
                        of trial (2.6) & assist with setup
                        re: trial preparation (1.9).

 07/17/05 Cameron       Review recent filings and            2.90
                        responses and attend to hearing
                        issues (2.1); e-mails with K&E
                        lawyers regarding same (0.8).

 07/18/05 Ament         E-mails, telephone calls &           11.30
                        meetings with W. Thomas & Reed
                        Smith Systems, Support & Telecom
                        Departments re: technical support
                        for trial team (1.0); telephone
                        calls with W. Kennelly re:
                        Courtroom A (.20); assist K&E with
                        setup re: trial preparation (1.0);
                        obtain redlined version of Federal
                        Bankruptcy Code (.20); provide J.

172573 W. R. Grace & Co.                    Invoice Number  1310355
60030  Hearings                             Page    3
       August 26, 2005


    Date   Name                                          Hours
    ------ ----------                                    -----

                          Strohl with copies of Federal
                          Bankruptcy Code and redlined
                          version and discuss changes to
                          code (.20);  meet with J. Strohl
                          re: trial exhibits (.20);  meet
                          with B. Steinmiller re: delivery
                          of trial materials to Courtroom
                          (.20);  meet with A. Johnson re:
                          printing issues re: exhibits
                          (.10);  work with A. Johnson re:
                          distributing exhibits to trial
                          team (.50);  meet with J. Strohl
                          re: Courtroom setup and trial
                          materials (.20);  e-mails and meet
                          with B. Steinmiller re: logistics
                          of same (.30);  e-mails and meet
                          with W. Thomas re: Courtroom Elmo
                          (.80);  e-mails and meet with A.
                          Johnson re: additional materials
                          needed for trial team and
                          telephone calls to coordinate same
                          (1.5);  assist trial team with
                          various trial preparation issues
                          (2.0);  meet with K. Murphy in
                          Judge Fitzgerald's Courtroom re:
                          setup for trial (.80);  telephone
                          calls and meet with W. Kennelly
                          re: logistics of trial (.20);
                          telephone calls with various Reed
                          Smith departments to coordinate
                          same (.30); telephone call to ACBA
                          Video (.10);  telephone calls with
                          L. Koggins re: Courtroom setup
                          (.20);  assist K&E with various
                          printing issues re: trial exhibits
                          (1.30).

    07/18/05 Cameron      Attend to various hearing issues      3.20
                          and review of materials relating
                          to same (1.4); meet with Grace
                          in-house lawyers regarding hearing
                          issues (1.8).

```
172573 W. R. Grace & Co.                      Invoice Number  1310355
60030  Hearings                               Page    4
        August 26, 2005
   Date   Name                                              Hours
 --------  -----------                                      -----
```

| Date | Name | | Hours |
|------|------|------|------|
| 07/18/05 | Restivo | Review of new pleadings re: omnibus hearing. | 1.00 |
| 07/19/05 | Ament | Coordinate return of trial materials from Courtroom & assist trial team with various issues re: return to Chicago (2.6); assist J. Strohl and A. Johnson re: final trial details (1.9); e-mails and telephone calls re: same (.30); assist trial team with Courtroom setup and attend trial (1.70). | 6.50 |
| 07/19/05 | Cameron | Prepare for and attend portion of hearing relating to asbestos property damage estimates and ZAI claims CMOs (3.9); meet with Grace counsel following hearing (0.8). | 4.70 |
| 07/20/05 | Ament | E-mails & telephone calls to coordinate return of remaining trial materials to Kirkland & Ellis. | 1.00 |
| 07/20/05 | Cameron | Follow-up with respect to hearing issues. | .90 |
| 07/21/05 | Ament | E-mails & telephone calls with J. Strohl & B. Steinmiller re: UPS shipment of exhibit board & damage of same (.50); e-mails and telephone calls re: delivery of trial documents to K&E (.20). | .70 |

```
                                                        ------
                                      TOTAL HOURS       53.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 1.00 | at | $ 525.00 | = | 525.00 |
| Douglas E. Cameron | 22.00 | at | $ 490.00 | = | 10,780.00 |
| Sharon A. Ament | 30.80 | at | $ 125.00 | = | 3,850.00 |

```
                     CURRENT FEES                        15,155.00


                                                       ------------
            TOTAL BALANCE DUE UPON RECEIPT              $15,155.00
                                                       ============
```