```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630



W.R Grace & Co.                        Invoice Number       1310406
One Town Center Road                   Invoice Date         08/26/05
Boca Raton, FL   33486                 Client Number         172573




===============================================================================
Re: W. R. Grace & Co.
(60026)   Litigation and Litigation Consulting
    Fees                                    0.00
    Expenses                            4,432.91
                TOTAL BALANCE DUE UPON RECEIPT         $4,432.91
                                                       =============
```

```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | | |
|---|---|---:|
| W.R Grace & Co. | Invoice Number | 1310406 |
| One Town Center Road | Invoice Date | 08/26/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 18.00 |
| Telephone Expense | 3.75 |
| PACER | 8.24 |
| Duplicating/Printing/Scanning | 948.05 |
| Courier Service - Outside | 455.85 |
| Outside Duplicating | 1,140.22 |
| Transportation | 45.00 |
| Air Travel Expense | 15.00 |
| Mileage Expense | 147.42 |
| Meal Expense | 1,728.20 |
| General Expense | 9.28 |
| Expense Advance | (86.10) |
| **CURRENT EXPENSES** | **4,432.91** |
| TOTAL BALANCE DUE UPON RECEIPT | $4,432.91 |

REED SMITH LLP

```
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1310406
One Town Center Road                     Invoice Date        08/26/05
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026
==============================================================================
Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

06/27/05    PACER--ELECTRONIC DOCKET RETRIEVAL CHARGES.              8.24

07/05/05    Courier Service - Outside Courier Service -              8.74
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to Tiffany Wood,
            Kirkland & Ellis LLP (CHICAGO IL 60601).

07/06/05    Duplicating/Printing/Scanning                           33.90
            ATTY # 0856; 226 COPIES

07/06/05    Duplicating/Printing/Scanning                          114.60
            ATTY # 0856; 764 COPIES

07/06/05    Duplicating/Printing/Scanning                            5.10
            ATTY # 4810; 34 COPIES

07/06/05    Courier Service - Outside Courier Service -             10.77
            00843 UPS - Shipped from Maureen Atkinson, Reed
            Smith LLP - Pittsburgh to Richard E. Finke,
            Esq., W.R. Grace & Co. (COLUMBIA MD 21044).

07/06/05    Binding Charge                                          18.00

07/07/05    Duplicating/Printing/Scanning                           41.70
            ATTY # 0856; 278 COPIES

07/07/05    Duplicating/Printing/Scanning                            1.35
            ATTY # 0710: 9 COPIES

07/07/05    Duplicating/Printing/Scanning                            1.20
            ATTY # 0559: 8 COPIES

07/07/05    Duplicating/Printing/Scanning                            1.35
            ATTY # 0559: 9 COPIES
```

```
172573  W. R. Grace & Co.                          Invoice Number   1310406
60026   Litigation and Litigation Consulting       Page     2
        August 26, 2005
```

| Date | Description | Amount |
|---|---|---|
| 07/07/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 07/12/05 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, COPYING INC. | 63.10 |
| 07/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 160 COPIES | 24.00 |
| 07/13/05 | Meal Expense - - DOUGLAS E. CAMERON TRIP TO BALTIMORE, MD FOR MEETINGS WITH R. FINKE, K&E AND CONSULTANTS, 7/11/05. | 7.00 |
| 07/13/05 | Air Travel Expense- DOUGLAS E. CAMERON TRIP TO BALTIMORE, MD FOR MEETINGS WITH R. FINKE, K&E AND CONSULTANTS, 7/11/05. | 15.00 |
| 07/13/05 | Mileage Expense- DOUGLAS E. CAMERON TRIP TO BALTIMORE, MD FOR MEETINGS WITH R. FINKE, K&E AND CONSULTANTS, 7/11/05. | 18.63 |
| 07/13/05 | Transportation-DOUGLAS E. CAMERON PARKING - TRIP TO BALTIMORE, MD FOR MEETINGS WITH R. FINKE, K&E AND CONSULTANTS, 7/11/05. | 17.00 |
| 07/13/05 | General Expense-<br>TIPS FOR DOUGLAS E. CAMERON TRIP TO BALTIMORE, MD FOR MEETINGS WITH R. FINKE, K&E AND CONSULTANTS, 7/11/05. | 5.00 |
| 07/15/05 | Telephone Expense<br>518-283-7671/TROY, NY/4 | .15 |
| 07/17/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .60 |
| 07/17/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 3.00 |
| 07/17/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 2.70 |
| 07/17/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .15 |
| 07/18/05 | Meal Expense - - THE COVENTRY DELI-VARIOUS SNACK AND LIGHT MEAL ITEMS FOR ATTORNEYS DURING PREPARATION FOR 8 DURING MEETING AMONG GRACE IN-HOUSE ATTORNEYS AND WITNESS AT REEDSMITH PHILADELPHIA OFFICE, 7/14/05. | 98.09 |

```
172573  W. R. Grace & Co.                          Invoice Number   1310406
60026   Litigation and Litigation Consulting       Page    3
        August 26, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 07/18/05 | Telephone Expense<br>312-861-8754/CHICAGO, IL/55 | 2.75 |
| 07/18/05 | Telephone Expense<br>917-319-2202/NEW YORK, NY/5 | .25 |
| 07/18/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 108 COPIES | 16.20 |
| 07/18/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 392 COPIES | 392.00 |
| 07/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0887: 6 COPIES | .90 |
| 07/18/05 | W R GRACE #441207  7/18/05 LOCKBOX UNIDENTIFIED PYMT | -86.10 |
| 07/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.65 |
| 07/19/05 | Duplicating/Printing/Scanning<br>ATTY # 0887; 2 COPIES | .30 |
| 07/19/05 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2006 COPIES | 300.90 |
| 07/19/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Michelle H. Browdy, Kirkland & Ellis LLP (CHICAGO IL 60601). | 161.51 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament   to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 4.72 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament   to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 9.22 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament   to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 9.22 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament   to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 7.36 |

| | | |
|---|---|---|
| 172573  W. R. Grace & Co. | Invoice Number | 1310406 |
| 60026  Litigation and Litigation Consulting | Page | 4 |
| August 26, 2005 | | |

| Date | Description | Amount |
|---|---|---|
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 4.41 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 4.41 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 6.47 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 16.29 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 33.34 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 20.06 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 20.06 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 38.86 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 75.03 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 12.69 |

```
172573  W. R. Grace & Co.                          Invoice Number   1310406
60026   Litigation and Litigation Consulting       Page    5
        August 26, 2005
```

| Date | Description | Amount |
|---|---|---|
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from S. Ament to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 12.69 |
| 07/21/05 | General Expense - - VENDOR: LYNN L. JOHNSON 4 CORNER PROTECTORS | 4.28 |
| 07/21/05 | Mileage Expense - - TERESA A. MARTIN SECRETARIAL OVERTIME FOR PREPARATION FOR HEARING IN WR GRACE CASE (7/18-7/19/05). | 48.60 |
| 07/21/05 | Transportation- TERESA A. MARTIN PARKING - SECRETARIAL OVERTIME FOR PREPARATION FOR HEARING IN WR GRACE CASE (7/18-7/19/05). | 28.00 |
| 07/21/05 | Mileage Expense - - VENDOR: SHARON AMENT TRAVEL EXPENSES - ASSIST K&E FOR 7/19/05 - HEARING | 80.19 |
| 07/21/05 | Meal Expense- DRINKS FOR TEAM OF LAWYERS AND STAFF FOR HEARING 7/19/05. | 32.00 |
| 07/21/05 | Telephone Expense 302-652-5340/WILMINGTON, DE/2 | .10 |
| 07/21/05 | Telephone Expense 410-827-7305/QUEENSTOWN, MD/2 | .10 |
| 07/21/05 | Telephone Expense 302-652-5340/WILMINGTON, DE/2 | .10 |
| 07/25/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC.-- COPYING AND POSTAGE FOR HARDCOPY SERVICE OF QUARTERLY FEE APPLICATION MATERIALS. | 1018.27 |
| 07/26/05 | Meal Expense -PANTRY ALLOCATION OF BREAKFAST ON 07/18/05. | 8.80 |
| 07/26/05 | Meal Expense- PANTRY ALLOCATION OF BREAKFAST ON 07/19/05. | 18.00 |
| 07/26/05 | Duplicating/Printing/Scanning ATTY # 0718; 14 COPIES | 2.10 |
| 07/27/05 | Meal Expense - - EADIES KITCHEN & MARKET--BREAKFAST FOR 15 ON 7/18/05 DURING PREPARATION FOR OMNIBUS HEARING. | 102.48 |
| 07/27/05 | Meal Expense - - VENDOR: MRC FOOD SERVICES--LUNCH AND DINNER FOR 15 ATTORNEYS AT STAFF ON 7/19/05 DURING OMNIBUS HEARING. | 754.06 |

```
172573  W. R. Grace & Co.                          Invoice Number   1310406
60026   Litigation and Litigation Consulting       Page     6
        August 26, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 07/27/05 | Meal Expense - - MRC FOOD SERVICES BREAKFAST TRIAL FOR 20 ATTORNEYS, STAFF AND CLIENT REPS. ON 7/18/05 DURING OMNIBUS HEARING. | 482.17 |
| 07/27/05 | Meal Expense - - VENDOR: MRC FOOD SERVICES HEARING TRIAL FOR 15 ATTORNEYS AND STAFF ON 7/19/05. | 180.50 |
| 07/27/05 | Telephone Expense 518-283-7671/TROY, NY/6 | .30 |
| 07/28/05 | Meal Expense - - JULY PANTRY ALLOCATION FOR WATER AND DRINKS IN PHILADELPHIA ON 7/14/05 FOR WITNESS MEETING. | 12.00 |
| 07/28/05 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 3.00 |
| 07/28/05 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .15 |
| 07/29/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. - CD & DVD DUPLICATION | 58.85 |
| 07/29/05 | Meal Expense- JULY PANTRY ALLOCATION FOR LUNCH HEARING ON 07/18/05. | 10.30 |
| 07/29/05 | Meal Expense- JULY PANTRY ALLOCATION FOR DINNER FOR HEARING ON 07/18/05. | 22.80 |

```
                        CURRENT EXPENSES                       4,432.91
                                                             ------------

                        TOTAL BALANCE DUE UPON RECEIPT        $4,432.91
                                                             ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1310353
5400 Broken Sound Blvd., N.W.            Invoice Date        08/26/05
Boca Raton, FL 33487                     Client Number        172573
```

==============================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Fees                                                   0.00
    Expenses                                           10.46

                        TOTAL BALANCE DUE UPON RECEIPT          $10.46
                                                               ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


  W. R. Grace                           Invoice Number      1310353
  5400 Broken Sound Blvd., N.W.         Invoice Date       08/26/05
  Boca Raton, FL 33487                  Client Number       172573
                                        Matter Number         60028


==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning                2.40
      Courier Service - Outside                    8.06

                    CURRENT EXPENSES                                  10.46
                                                                 -------------

                    TOTAL BALANCE DUE UPON RECEIPT                   $10.46
                                                                 =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      1310353
5400 Broken Sound Blvd., N.W.              Invoice Date       08/26/05
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number         60028
```

==============================================================================

Re: (60028)   ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 06/17/05 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Sciences International, Inc. | 8.06 |
| 07/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | 1.80 |
| 07/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 07/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 07/14/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 07/18/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |

```
                    CURRENT EXPENSES                    10.46
                                                  ------------
                    TOTAL BALANCE DUE UPON RECEIPT     $10.46
                                                  ============
```