In re: W.R. GRACE & CO., et al

OMNIBUS 8 - EXHIBIT A - CONTINUED

Hearing Date: Monday, August 29, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* Class** | Claim Order Status |
|---|---|---|---|---|---|---|---|
| 1 | NATIONAL UNION FIRE INSURANCE<br>C/O MICHAEL S DAVIS ESQ<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVE<br>NEW YORK, NY 10022<br>W.R. GRACE & CO. | 01-01139 | 9553 | $46,971,746.00 (S) | CROSS-DEBTOR DUPLICATE | $0.00 (S) | CONTINUED TO 9/26/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
  (P) - Priority              (U) - Unsecured

Page 1 of 1

8/25/2005 11:16:37 AM

In re: W.R. GRACE & CO., et al

Hearing Date: Monday, August 29, 2005

## OMNIBUS 8 - EXHIBIT B - SUSTAINED - SURVIVING CLAIMS

| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | STATE OF NEW JERSEY DEPARTMENT OF T<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245<br>Relief Requested: EXPUNGE | 01-01140 | 15324 | $258,629.24 | (A) | STATE OF NEW JERSEY DIVISION OF TAXATI<br>P O BOX 245<br>TRENTON NJ 000008695<br>USA | 01-01140 | 17055 | $771.82 | (P) |
| 2 | STATE OF NEW JERSEY DEPT OF TREASUR<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245<br>Relief Requested: EXPUNGE | 01-01140 | 871 | $149,730.68 | (P) | STATE OF NEW JERSEY DIVISION OF TAXATI<br>P O BOX 245<br>TRENTON NJ 000008695<br>USA | 01-01140 | 17054 | $28,059.07 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.