In re: W.R. GRACE & CO., et al

## OMNIBUS 9 - EXHIBIT A - SUSTAINED - EXPUNGE

Hearing Date: Monday, August 29, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | COMMONWEALTH OF MASSACHUSETTS DEPT OF REV ANNE CHAN TAX EXAMINER, BANKRUPTCY UNIT PO BOX 9564 BOSTON MA 02114-9564 | 01-01142 ALEWIFE BOSTON LTD. | 1480 | $3,250.59 $830.00 | (P) (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 2 | COMMONWEALTH OF MASSACHUSETTS DEPT OF REV ANNE CHAN TAX EXAMINER, BANKRUPTCY UNIT BOX 9564 BOSTON MA 02114-9564 | 01-01143 ALEWIFE LAND CORPORATION | 1481 | $3,250.59 $830.00 | (P) (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 9 - EXHIBIT B - SUSTAINED

Hearing Date: Monday, August 29, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | SAFETY KLEEN CORPORATION<br>CLUSTER II BLDG 3<br>5400 LEGACY DR<br>PLANO TX 75024 | 01-01140<br>W.R. GRACE & CO.-CONN. | 163 | $162,429.45 (U) | REDUCE AND ALLOW | $81,981.37 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured

Page 1 of 1

8/25/2005 11:25:00 AM