# SIGN-IN-SHEET

**CASE NAME:** WR Grace
**CASE NO.:** 01-1139
**COURTROOM LOCATION:** 6
**DATE:** 8/29/05

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| W Sparks, M Shelnitz, R. Finke | W R Grace | WR Grace |
| Sarah Edwards | Wilson Elser | Royal |
| Dave Carickhoff | Pachulski Stang | WR Grace |
| David Bernick | Kirkland & Ellis | WR Grace |
| Janet Baer | Kirkland & Ellis | |
| Michelle Browdy | | |
| Barbara Harding | | |
| Jacob Cohn | Cozen O'Connor | Federal Ins. Co. |
| [illegible] | Stroock ~ NMTF | Federal |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

CASE NAME: WRGrace         COURTROOM NO.: 6
CASE NO.: 01-1139          DATE: 8/29/05

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klaudt | UST | UST |
| Dan Speights | Speights & Runyan | PD |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| Scott T. Hurford | Campbell & Levine | PI Comm |
| Chris Loizides | Loizides Associates | PD |
| Ken Pasquale | Stroock | VCC |
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Scott Baena | Bilzin et al | PD |
| Matt Kramer | " | " |
| Joseph Radecki | CIBC World Markets | FCR |
| Mary Warren | Linklaters | Certain Underwriters at Lloyd's London Certain London Market Companies |
| Brenda DiLuigi | " | " |
| Andrea Dubra | Drinker Biddle & Reath | One Beacon/Seaton Ins Co |
| Dan Glosband | Goodwin Procter LLP | CNA Insurance (Continental Casualty Co. Continental Cas. Co.) |
| Elizabeth DeCristofaro | Ford Marrin | Continental Cas. Co. |
| Christina M. Thompson | Connolly Bove Lodge & Hutz | Zurich, Maryland Casualty |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting)
## Courtroom

Calendar Date: 08/29/2005
Calendar Time: 12:00 PM

Page 2 of 5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1095602 | David Witkin | 212-763-3743 | Virtue Management LLC | Virtue Management LLC |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1095566 | Sara Gooch | 212-933-3180 | Bank Of America Securities | Listen Only / Bank of America Securities |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1095819 | Thomas Whalen | 302-654-5180 | Stevens & Lee, P.C. | Fireman's Fund Insurance Company |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1096380 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1096382 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis, LLP | Debtor, W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1096385 | Jonathan Friedland | 312-861-2000 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1096388 | Michael Dierkes | 312-861-2353 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1096415 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Listen Only / Libby Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1096417 | Barbara Harding | 202-879-5081 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1096426 | Dan Cohn | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Listen Only / Libby Claimants |
| | | W. R. Grace & Co | 01-01139 | Hearing | 1096572 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Plifk LLP | Reaud, Morgan & Quinn, LLP |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1096574 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & Plifk LLP | Reaud, Morgan & Quinn, LLP |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1096872 | Barbara Seniawski | 212-455-3835 | Simpson Thacher & Bartlett LLP (9040 | Listen Only / Travelers Casualty |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1097252 | Jaclyn DiLasico | 973-734-3278 | Cuyler Burk, LLP | Allstate Insurance Company |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1097732 | David Siegel | 802-253-9264 | W.R. Grace & Co. | Debtor, W.R. Grace & Co. |
| | | W.R. Grace | 01-01139 | Hearing | 1098471 | March Coleman | 202-429-8073 | Steptoe & Johnson LLP | U.S Fire Insurance Company |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1065286 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | The Scotts Company |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1086442 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause | AIG |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1089818 | John O'Connell | 212-583-5677 | The Blackstone Group | The Blackstone Group |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1093535 | Elizabeth DeChristoforo | 212-259-4900 | Ford Mirrian | Listen Only / Continental Casualty Company |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1094975 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Zai Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1095155 | Jonathan Brownstein | 212-885-4302 | Swidler Berlin LLP (9031126) | Financial Advisor For FCR |

Janeth Arguelles    CourtConfCal

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1095402 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | David T. Austern, Future Claimants Representative |
| W. R. Grace & Co. | 01-01139 | Hearing | 1095497 | Darrell Scott | 509-455-3966 | Scott Law Group | Listen Only / Asbestos Property Damage Committee |
| W. R. Grace & Co. | 01-01139 | Hearing | 1095502 | Martin Dies | 409-883-4394 | Dies, Henderson & Carona | Asbestos Property Damage Committee |
| W. R. Grace & Co. | 01-01139 | Hearing | 1095507 | Elizabeth J. Cabraser | 415-956-1000 | Lieff, Cabraser, Heimann & Bernstein | Asbestos Property Damage Committee |
| W. R. Grace & Co. | 01-01139 | Hearing | 1095511 | Sean Walsh (special app.) | 202-973-9381 | Bilzin, Sumberg, Baena, Price & Axelrod | Listen Only / Official Committee of Asbestos Claimants |
| W. R. Grace & Co. | 01-01139 | Hearing | 1095539 | Allyn Danziesen | 305-350-2388 | Bilzin, Sumberg, Baena, Price & Axelrod | Asbestos Property Damage Committee |