IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Re: Docket No. 8466 and
8/29/05 Agenda Item No. 10**

## SECOND CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

1.      On May 18, 2005, the Debtors filed their Eleventh Omnibus Objection[2] to Claims [Docket No. 8466].

2.      On June 27, 2005, the Court entered the Order Granting the Relief Sought in the Debtors' Eleventh Omnibus Objection to Claims [Docket No. 8741].

3.      On July 19, 2005, the Court entered the Continuation Order Granting the Relief Sought in the Debtors' Eleventh Omnibus Objection to Claims [Docket No. 9010].

NOW THEREFORE, upon consideration of the Debtors' Eleventh Omnibus Objection seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]     Capitalized terms used but not defined herein are as defined in the Debtors' Eleventh Omnibus Objection.

this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Objection to each Claim listed on Exhibit A to this Order is continued to the September 26, 2005 omnibus hearing; and it is further

ORDERED that the Objection to the Claim of Micro Warehouse (Claim #1653) listed on Exhibit B to this Order is sustained, and Claim #1653 is expunged and disallowed for all purposes. Despite attempts by Debtors' counsel to serve the Non-Asbestos Gateway Omnibus Objection upon the claimant at the claimant's address listed on Claim #1653, the document was returned as undeliverable. Through the research of the Debtors' claim consultant, BMC, the Debtors have been informed that the claimant is no longer in business and left no forwarding address. To date, no response has been filed; and it is further

ORDERED that the Micro Warehouse shall have 10 days from the entry of this Order to file any motion for reconsideration regarding the disallowance of Claim #1653; and it is further

ORDERED that the Objection to the Claim of Tyrone P. Darks (Claim #1474) listed on Exhibit B to this Order is sustained, and the Claim #1474 is expunged and disallowed for all purposes. Despite attempts by Debtors' counsel to serve the Non-Asbestos Gateway Omnibus Objection Omnibus Objection upon the claimant at the claimant's address listed on Claim #1474, the document was returned as undeliverable. Through the research of the Debtors' claim consultant, BMC, the Debtors have determined that Mr. Darks is deceased; and it is further

ORDERED that Claim #649, filed by Computer Task Group and transferred to Sierra Capital, is reduced and allowed as a general unsecured non-priority claim in the amount of $480.00, as indicated on Exhibit C; and it is further

ORDERED that Claim #1325, filed by Berry & Berry, is reduced and allowed as a general unsecured non-priority claim in the amount of $225,000.00, as indicated on Exhibit C; and it is further

ORDERED that the Objection to the Claim listed on Exhibit D to this Order, Claim No. 2661 filed by Raphael Palazzo, is withdrawn without prejudice and the Debtors retain the right to object to Claim No. 2661 on any grounds in the future upon proper notice and consistent with applicable law; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August **29**, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3