IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter |
| | ) | |
| W.R. Grace & Co., et al | ) | Case Nos. 01-1139 (JFK) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### SEPTEMBER 2005 FIRST AMENDED VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P.2019 OF THE LAW OFFICES OF PAUL A. WEYKAMP (ASBESTOS LITIGATION FOR THE CLIENTS REPRESENTED BY THE LAW OFFICES OF PAUL A. WEYKAMP)

I, Paul A. Weykamp, hereby declare:

    I am the attorney at law in the firm of the Law Offices of Paul. A. Weykamp. On behalf of the Law Offices of Paul A. Weykamp I hereby provide this first amended verified statement, as required by Rule 2019 of the Federal Rules of Bankruptcy Procedure and the Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 in connection with The Law Offices of Paul A. Weykamp's representation in the above-captioned chapter 11 case (collectively, the "Bankruptcy Cases") of certain creditors and parties in interest (collectively, the "Creditors") of the debtors and debtors in possession (the "Debtors") in the Bankruptcy Case.

2. The Law Offices of Paul A. Weykamp currently represents creditors in the Bankruptcy Case. Pursuant to the order issued by the court a list of creditors names and the address of each creditor is included on the CD submitted to the court. The Law Offices of Paul A. Weykamp was retained by these creditors at various times both before and after the commencement of this chapter 11 case. The creditor-clients are each represented by The Law Offices of Paul A. Weykamp individually and separately from one another in asbestos-related personal injury claims.

3. With respect to each of the creditor-clients included on the CD submitted to the court, information responsive to the Rule 2019 Order is filed herewith.

4. The Law Offices of Paul A. Weykamp does not hold a pre-petition claim against or equity interest in the Debtor.

I declare under penalty of perjury that the foregoing is true and correct   Executed this ___ day of September, 2005.

Paul A. Weykamp
Law Offices of Paul A. Weykamp
110 Saint Paul Street
Suite 201
Baltimore, Maryland 21202
410-539-2214

KARIN REMESCH
NOTARY PUBLIC
HARFORD COUNTY
MARYLAND
My Commission Expires April 1, 2008

Karin Remesch
8-30-2005