IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

NOTICE OF FILING OF PRESENTATION FOR
OMNIBUS HEARING HELD ON AUGUST 29, 2005

Attached hereto is the presentation made before the Court by Speights & Runyan at the August 29, 2005 Omnibus hearing, which is being filed at the direction of the Court.

Dated: September 1, 2005

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728 (fax)
E-mail:       loizides@loizides.com

*Counsel for Speights & Runyan Claimants*