# Grace Motion for Limited Waiver of L. Bankr. R. 3007-1

August 29, 2005
Omnibus Hearing





Breakdown of S&R Authority

# GRACE

Robert H. Beber
Executive Vice President and
General Counsel

W. R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486-1010

(407) 362-1959
Fax (407) 362-1970

July 22, 1993

C. Alan Runyan, Esq.
Speights & Runyan
304 Lee Avenue
P. O. Box 685
Hampton, SC 29924

Re: <u>100 Pine Street, San Francisco, California</u>

Dear Alan:

Returned herewith are two (2) copies of the amendment to the tolling agreement accompanying your July 21, 1993, letter. Please return to me one original copy when executed by your client.

Yours truly,



Enclosures

Re: <u>100 Pine Street, San Francisco, California</u>

Returned herewith are two (2) copies of the amendment to the tolling agreement accompanying your July 21, 1993, letter. Please return to me one original copy when executed by your client.

Yours truly,

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                               .    Case No. 01-01139 (JKF)
                                     .
W. R. GRACE & CO., et al,            .    5490 USX Tower
                                     .    600 Grant Street
       Debtors.                      .    Pittsburgh, PA 15219
                                     .
                                     .    January 24, 2005
                                     .    12:06 p.m.

TRANSCRIPT OF AGENDA MATTERS
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:    Kirkland & Ellis, LLP
                   By: JANET S. BAER, ESQ.
                   200 Randolph Drive
                   Chicago, IL 60601
                   (Telephonic Appearance)

                   Pachulski, Stang, Ziehl, Young,
                   Jones, & Weintraub, PC
                   By: DAVID W. CARICKHOFF, ESQ.
                   919 N. Market Street
                   16th Floor
                   P. O. Box 8705
                   Wilmington, DE 19899-8705
                   (Telephonic Appearance)

10 But, rather than get a telephone call, for example,
11 from the Speights and Runyan firm, what we got was this
12 objection, or this motion to strike our notice, filed by the
13 Asbestos Property Damage Committee, of which Speights and
14 Runyan is a party.
15         With respect to other individuals, we have gotten
16 telephone calls. We have gotten letters, which is, here's the
17 additional information, or, please, can you supply me my proof
18 of claim, so that I can figure out what's going on.

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dr. Fax: 312 861-2200

Michelle H. Browdy
To Call Writer Directly:
312 861-2450
mbrowdy@kirkland.com

August 24, 2005

[RECEIVED AUG 24 2005 SPEIGHTS & RUNYAN]

**VIA FACSIMILE**

Thomas J. Brandi
The Brandi Law Firm
44 Montgomery Street
Suite 1050
San Francisco, California 94104

Dear Mr. Brandi:

I am writing in response to your August 17, 2005 letter to David Bernick and Scotta McFarland. The Debtors will withdraw their objection that the Pacific Freeholds claim, Claim No. 10930, was not authorized.

Sincerely,

Michelle H. Browdy

MHB/mrs
cc: Daniel Speights

I am writing in response to your August 17, 2005 letter to David Bernick and Scotta McFarland. The Debtors will withdraw their objection that the Pacific Freeholds claim, Claim No. 10930, was not authorized.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              . Case No. 01-1139 (JKF)
                                    .
W. R. GRACE & CO.,                  . Courtroom A, 54th Floor
                                    . U.S. Steel Tower
                                    . Pittsburgh, PA
           Debtor.                  .
                                    . July 19, 2005
                                    . 8:42 a.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:        Pachulski, Stang, Ziehl, Jones &
                        Weintraub, P.C.
                        By: DAVID CARICKHOFF, ESQ.
                        919 North Market Street, 16th Fl.
                        Wilmington, Delaware 19899

                        Kirkland & Ellis LLP
                        By: DAVID BERNICK, ESQ.
                            MICHELLE H. BROWDY, ESQ.
                            JANET BAER, ESQ.
                            BARBARA HARDING, ESQ.
                        200 East Randolph Drive
                        Chicago, Illinois

Page 26-27

```
21            THE COURT: All right. Let me interrupt. Have you
22  served this proposal on Mr. Speights?
23            MR. BERNICK: I believe that -- well, first of all,
24  Mr. Speights is a member of the P.D. committee.
25            THE COURT: Yes.
                                                                27
 1            MR. BERNICK: So, whether he was personally served, I
 2  don't know. I can certainly find out. But with all due
...
20            THE COURT: Now, with respect to Mr. Speights, if Mr.
21  Speights is a member of the committee surely he must have
22  knowledge of all this.
```