UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:     :    Case No. 01-01139 (JKF)
       : 
W. R. GRACE & CO., et al,    : 
       :    5490 USX Tower
    Debtors.     :    600 Grant Street
       :    Pittsburgh, PA 15219
       : 
       :    January 24, 2005
       :    12:06 p.m.

TRANSCRIPT OF AGENDA MATTERS
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:    Kirkland & Ellis, LLP
                BY: JANET S. BAER, ESQ.
                200 Randolph Drive
                Chicago, IL 60601
                (Telephonic Appearance)

                Pachulski, Stang, Ziehl, Young,
                Jones, & Weintraub, PC
                BY: DAVID W. CARICKHOFF, ESQ.
                919 N. Market Street
                16th Floor
                P. O. Box 8705
                Wilmington, DE 19899-8705
                (Telephonic Appearance)

10        But, rather than get a telephone call, for example,
11 from the Speights and Runyan firm, what we got was this
12 objection, or this motion to strike our notice, filed by the
13 Asbestos Property Damage Committee, of which Speights and
14 Runyan is a party.
15        With respect to other individuals, we have gotten
16 telephone calls. We have gotten letters, which is, here's the
17 additional information, or, please, can you supply me my proof
18 of claim, so that I can figure out what's going on.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                          . Case No. 01-1139 (JKF)
                                .
W.R. GRACE & CO.,               . Courtroom A, 54th Floor
                                . U.S. Steel Tower
                                . Pittsburgh, PA
        Debtor.                 .
                                . July 19, 2005
                                . 8:42 a.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:    Pachulski, Stang, Ziehl, Jones &
                    Weintraub, P.C.
                    By: DAVID CARICKHOFF, ESQ.
                    919 North Market Street, 16th Fl.
                    Wilmington, Delaware 19899

                    Kirkland & Ellis LLP
                    By: DAVID BERNICK, ESQ.
                        MICHELLE H. BROWDY, ESQ.
                        JANET BAER, ESQ.
                        BARBARA HARDING, ESQ.
                    200 East Randolph Drive
                    Chicago, Illinois 60601

21  MS. BAER: With respect to documentation, here's the
22 problem with the Speights firm's documents, as well as many of
23 the others, which is why we filed the objection.
24      They attach a one-page appendix. And the one-page
25 appendix, essentially, says, gee, golly whiz, you've asked for
1 a lot of information and that would really be a lot of work for
2 us, so we're not going to give it to you now, maybe we'll give
3 it to you later. And it's that kind of a variation on a theme
4 of what is attached.
5      So, it's -- yes, they've attached something, if --
6 they've attached a notice telling us, hey, we know our claim is
7 deficient, we haven't given you the information, now.

Page 18-19

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                          :    Case No. 01-1139 (JKF)
                                :
W.R. GRACE & CO.,               :    Courtroom A, 54th Floor
                                :    U.S. Steel Tower
                                :    Pittsburgh, PA
        Debtor.                 :
                                :    July 19, 2005
                                :    8:42 a.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:         Pachulski, Stang, Ziehl, Jones &
                         Weintraub, P.C.
                         By:  DAVID CARICKHOFF, ESQ.
                         919 North Market Street, 16th Fl.
                         Wilmington, Delaware 19899

                         Kirkland & Ellis LLP
                         By:  DAVID BERNICK, ESQ.
                              MICHELLE H. BROWDY, ESQ.
                              JANET BAER, ESQ.
                              BARBARA HARDING, ESQ.
                         200 East Randolph Drive
                         Chicago, Illinois 60601

```
 9              THE COURT:  That, in my view, if that's what the
10   document is, that is not a documentation of a claim.  That's an
11   excuse why you're not submitting the documentation.  T- is not
12   documentation.
13
14              I expected, when I worked out this proof of claim
15   form, that the documentation that would substantiate the things
16   that are in the proof of claim, which we went over ad nauseam,
17   for at least one, if not two hearings, that lasted a
18   significantly long period of time, were there.
19
20              I want the documentation as to those items, so that
21   the debtor can know whether or not an objection to the merits
22   of the claim should be filed, and so that the parties can talk
23   settlement.
24
25              So, the Speights firm, if they're not on the proof,
26   then Mr. Baena, you're on notice to tell them, since they're a
27   member of the committee, that type of documentation, that is a
28   one-page appendix that offers an excuse for why they're not
29   submitting information, is not sufficient.
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO.,

Debtor.

Case No. 01-1139 (JFK)

Courtroom A, 54th Floor
U.S. Steel Tower
Pittsburgh, PA

July 19, 2005
8:42 a.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:
Pachulski, Stang, Ziehl, Jones &
Weintraub, P.C.
BY: DAVID CARICKHOFF, ESQ.
919 North Market Street, 16th Fl.
Wilmington, Delaware 19899

Kirkland & Ellis LLP
BY: DAVID BERNICK, ESQ.
MICHELLE H. BROWDY, ESQ.
JANET BAER, ESQ.
BARBARA HARDING, ESQ.
200 East Randolph Drive
Chicago, Illinois 60601

| | | 20 |
|---|---|---|
| 1 | And the notice that it got, that said you haven't | |
| 2 | substantiated your claim, with documentation, is sufficient, | |
| 3 | and their 60 days is running. | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                          :
                                :   Case No. 01-1139 (JFK)
W.R. GRACE & CO.,               :
                                :   Courtroom A, 54th Floor
                                :   U.S. Steel Tower
                                :   Pittsburgh, PA
          Debtor.               :
                                :   July 19, 2005
                                :   8:42 a.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:        Pachulski, Stang, Ziehl, Jones &
                        Weintraub, P.C.
                    BY: DAVID CARICKHOFF, ESQ.
                        919 North Market Street, 16th Fl.
                        Wilmington, Delaware 19899

                        Kirkland & Ellis LLP
                    BY: DAVID BERNICK, ESQ.
                        MICHELLE H. BROWDY, ESQ.
                        JANET BAER, ESQ.
                        BARBARA HARDING, ESQ.
                        200 East Randolph Drive
                        Chicago, Illinois 60601

```
15              THE COURT: Ms. Baez, how many notices, roughly, is
16   the debtor -- since I am not requiring that you resend them to
17   the Speights firm, to the extent that what was attached is a
18   one-page attachment that says, we're not giving you information
19   now. I am not requiring you to resend notices in that
20   instance.
21              But, as far as claimants who have actually submitted
22   something, but there isn't enough information there, for
23   whatever reason, how many notices will the debtor have to redo?
```

Page 21

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                          . Case No. 01-1139 (JKF)
                                .
W. R. GRACE & CO.,              .
                                . Courtroom A, 54th Floor
                                . U.S. Steel Tower
                                . Pittsburgh, PA
        Debtor.                 .
                                . July 19, 2005
                                . 8:42 a.m.

TRANSCRIPT OF HEARING
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtors:    Pachulski, Stang, Ziehl, Jones &
                    Weintraub, P.C.
                    By: DAVID CARICKHOFF, ESQ.
                    919 North Market Street, 16th Fl.
                    Wilmington, Delaware 19899

                    Kirkland & Ellis LLP
                    By: DAVID BERNICK, ESQ.
                        MICHELLE H. BROWDY, ESQ.
                        JANET BAER, ESQ.
                        BARBARA HARDING, ESQ.
                    200 East Randolph Drive
                    Chicago, Illinois 60601