# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

|  |  |
|---|---|
| c/o Peter Vanlockwood, Esq. | DATE:     August 31, 2005 |
| Caplin & Drysdale | MATTER:   100055.WRG01 |
| One Thomas Circle | INVOICE:       202173 |
| Washington, DC 20005 |  |

**MATTER:**  CLAIMANTS COMMITTEE                                                    Robert M Horkovich

## INVOICE SUMMARY

| | |
|---|---|
| Professional Services: | 11,192.50 |
| Costs: | 0.00 |
| Total Current Invoice: | $11,192.50 |
| **TOTAL AMOUNT DUE:** | **$11,192.50** |

{D0048221:1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

August 31, 2005                                                                   INVOICE:          202173

MATTER:  CLAIMANTS COMMITTEE

**PROFESSIONAL SERVICES through 07/31/05**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/18/05 | Research for coverage charts and list of insurance policies (2.50). Updated files in new matter (.50) | W001 | NJB | 3.00 |
| 07/18/05 | Attention to coverage information. Attempt to gather same. | W001 | RMH | 0.50 |
| 07/20/05 | Begin review/organization of insurance policy register for purpose of creating coverage chart. | W001 | GFF | 2.60 |
| 07/20/05 | Began process of analyzing & re-sorting Excel spreadsheet to better present coverage picture (1.50); initial mock-ups of coverage charts manually created (2.50). | W001 | HEG | 4.00 |
| 07/21/05 | Assist Harris Gershman in creation of color coverage chart with review/organization of insurance policy register. | W001 | GFF | 3.40 |
| 07/21/05 | Continued work on Policy Index resorts and transferral to Corel Chart mock-ups for K. Samet finalization | W001 | HEG | 5.00 |
| 07/22/05 | Review policy register to determine non-settled companies, their business group and insolvents (1.0); conference with H. Gershman re: same (.40); assist H. Gershman in creation of color coverage chart with review/organization/revision of policy register (3.80). | W001 | GFF | 5.20 |
| 07/22/05 | Additional work on corel coverage chart mock-ups breaking out and reconciling certain coverage layers and participants (4.0); manually constructed mock-ups nearly completed (1.0) | W001 | HEG | 5.00 |
| 07/22/05 | Spoke to Harris Gershman and helped to review insurance policy information. | W001 | IF | 0.50 |
| 07/25/05 | Continue review of non-settled policies to determine current name/group membership of insurance companies (2.50); assist Harris Gershman in preparation of color coverage chart re: review/analysis of policy register (1.40). | W001 | GFF | 3.90 |

{D0048221:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:    100055.WRG01

August 31, 2005                                 INVOICE:   202173

MATTER: CLAIMANTS COMMITTEE

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/25/05 | Ongoing process of creating necessary Excel subset spreads to better understand the unsettled insurance company picture (2.40); some final manual input of coverage info on corel mock-ups (.60) | W001 | HEG | 3.00 |
| 07/26/05 | Assist and review initial Corel color charting with K. Samet | W001 | HEG | 1.00 |
| 07/26/05 | Create new color-coded insurance chart. | W001 | KS | 2.00 |
| 07/27/05 | Additional review, corrections and edits for Corel color coverage charts as requested | W001 | HEG | 1.00 |
| 07/27/05 | Continue to create new color-coded insurance chart. | W001 | KS | 5.00 |
| 07/28/05 | Continued work on creation of multi-panel color coverage chart depicting unsettled insurance companies | W001 | HEG | 5.00 |
| 07/28/05 | Meeting to discuss Sphere/Drake & Orion and other LMCs participation in WR Grace coverage picture and strategy for possibly pursuing claims filings as necessary | W001 | HEG | 0.50 |
| 07/28/05 | Continue to create new color-coded insurance chart. | W001 | KS | 2.50 |
| 07/29/05 | Additional charting research, calculations and editing as necessary | W001 | HEG | 1.00 |
| 07/29/05 | Review status of Grace and Sphere Drake; conference with Gershman; review E-mails | W001 | RMK | 0.60 |

**TOTAL FEES:**                                                       **11,192.50**

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Glenn F Fields | 250.00 | 15.10 | **3,775.00** |
| Harris E Gershman | 190.00 | 25.50 | **4,845.00** |
| Izak Feldgreber | 210.00 | 0.50 | **105.00** |
| Kathleen Samet | 150.00 | 9.50 | **1,425.00** |

{D0048221:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:       100055.WRG01

August 31, 2005                                    INVOICE:         202173

MATTER:  CLAIMANTS COMMITTEE

|                     | RATE   | HOURS | TOTALS    |
|---------------------|--------|-------|-----------|
| Nicholas J Balsdon  | 130.00 | 3.00  | **390.00** |
| R M Keenan          | 525.00 | 0.60  | **315.00** |
| Robert M Horkovich  | 675.00 | 0.50  | **337.50** |
| **TOTAL FEES:**     |        |       | **11,192.50** |

**TOTAL DUE:**                                                 **$11,192.50**

{D0048221:1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                                   MATTER:     100055.WRG01

August 31, 2005                                                                              INVOICE:        202173

**MATTER:**  CLAIMANTS COMMITTEE

## REMITTANCE COPY

| | |
|---|---:|
| Professional Services: | 11,192.50 |
| Costs: | 0.00 |
| Total Current Invoice: | $11,192.50 |
| **TOTAL AMOUNT DUE:** | **$11,192.50** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

{D0048221:1 }