# EXHIBIT A

**Business Operations (1.50 Hours; $ 810.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 1.50 | $540 | 810.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/11/05 | RER | 540.00 | 0.60 | Review Business Plan. |
| 07/15/05 | RER | 540.00 | 0.90 | Review brief re: claimant questionnaire. |

**Total Task Code .03**   1.50


**Case Administration (50.20 Hours; $ 11,615.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $720 | 1,224.00 |
| Julie W. Davis | 1.30 | $560 | 728.00 |
| Ronald E Reinsel | 2.50 | $540 | 1,350.00 |
| Rita C. Tobin | .60 | $415 | 249.00 |
| Sheila A. Clark | 2.00 | $200 | 400.00 |
| David B. Smith | 1.80 | $200 | 360.00 |
| Robert C. Spohn | 17.70 | $200 | 3,540.00 |
| Andrew D. Katznelson | 3.50 | $175 | 612.50 |
| Velma Wright | 8.40 | $165 | 1,386.00 |
| Vernon Preston | 9.10 | $165 | 1,501.50 |
| Samira A. Taylor | 1.60 | $165 | 264.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/05 | RCS | 200.00 | 3.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/01/05; (.6); review and prepare specific issue documents for archives (.3); add data fields to draft claim form (2.2). |
| 07/01/05 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant materials for EI. |

{D0048236:1}

20

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/03/05 | JWD | 560.00 | 0.50 | Review e-mails, filings, correspondence re status of case |
| 07/04/05 | JWD | 560.00 | 0.50 | Review e-mails, filings, correspondence re status of case |
| 07/05/05 | RCS | 200.00 | 1.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/05/05 (.6); retrieve documents requested by attorney (.3); update Claims questionnaire (.8). |
| 07/06/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/06/05 (.1); Update Claims questionnaire (.4). |
| 07/06/05 | RER | 540.00 | 1.40 | Work with M. Hurford and review documents re: preparation of response re: exclusivity and review transcript re: same. |
| 07/06/05 | SAC | 200.00 | 0.50 | Pacer research for scheduling order (.5). |
| 07/07/05 | JWD | 560.00 | 0.30 | Meeting with EI to discuss status of case |
| 07/07/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/07/05 (.4). |
| 07/07/05 | RER | 540.00 | 1.10 | Review and correspondence/follow-up re: order excluding exclusivity. |
| 07/08/05 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 07/08/05 | RCS | 200.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/08/05 (.1); review specific issue documents and prepare for archiving (.8). |
| 07/11/05 | RCS | 200.00 | 1.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/11/05 (.1); update and insert changes to claims questionnaire (1.2). |
| 07/11/05 | SAT | 165.00 | 0.50 | Cite-checking portion of brief. |

| 07/11/05 | VP | 165.00 | 0.60 | Locate deposition transcripts to be scanned. |
| 07/11/05 | VP | 165.00 | 2.00 | Converted scanned documents to PDF and send in proper folder. |
| 07/11/05 | VP | 165.00 | 2.50 | Attached exhibits to pleading. |
| 07/12/05 | RCS | 200.00 | 5.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/12/05 (.1); update claims questionnaire, add instructions, codes and entities and format in one combined Power Point document (4.1); make additional correction and changes to Questionnaire (1.4). |
| 07/12/05 | SAT | 165.00 | 1.10 | Cite-checked portion of brief. |
| 07/12/05 | VP | 165.00 | 2.50 | Attached exhibits to a pleading. |
| 07/12/05 | VP | 165.00 | 1.50 | Duplicated pleading with attached exhibits and distributed them to attorneys. |
| 07/13/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/13/05 (.2). |
| 07/13/05 | SAC | 200.00 | 0.30 | Create working index from Accutrac listing deposition, hearing and expert research (.3). |
| 07/14/05 | PVL | 720.00 | 0.60 | Review 6/27-7/14 e-mail (.5); teleconference w/Hurford (.1). |
| 07/14/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/14/05 (.1). |
| 07/14/05 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 07/15/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/15/05 (.2). |
| 07/18/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 07/18/05 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/18/05 (.3); retrieve documents requested by attorney (.4). |

40

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/19/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/19/05 (.1); retrieve documents requested by attorney (.3). |
| 07/19/05 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 07/20/05 | RCS | 200.00 | 1.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence 07/20/05 (.4); review specific issue documents and prepare for electronic archive (.5); review production documents for off site storage (.6). |
| 07/21/05 | ADK | 175.00 | 0.50 | Update payment schedule with payment received. |
| 07/25/05 | PVL | 720.00 | 0.30 | Review 4 miscellaneous filings (.1); review tax settlement motion (.1); review draft memo to committee (.1). |
| 07/25/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 07/25/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/25/05 (.3). |
| 07/25/05 | SAC | 200.00 | 0.50 | Review, annotate and manage hard copy of case documents for reference and distribution (.5). |
| 07/25/05 | VW | 165.00 | 2.00 | Filing/coding case pleadings. |
| 07/26/05 | PVL | 720.00 | 0.30 | Review 4 miscellaneous filings (.1); review draft CA3 stips and e-mail Hurford (.2). |
| 07/26/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all electronic court papers, pleadings and correspondence received 07/26/05 (.1). |
| 07/26/05 | SAC | 200.00 | 0.40 | Review, annotate and manage distribution of hard copy of case documents for reference and distribution (.4). |
| 07/26/05 | VW | 165.00 | 4.50 | Processing documents. |
| 07/27/05 | PVL | 720.00 | 0.20 | Review revised stip and e-mail Hurford. |

| 07/27/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all electronic court papers, pleadings and correspondence received 07/27/05 (.3). |
|---|---|---|---|---|
| 07/27/05 | DBS | 200.00 | 1.80 | Conduct research on potential discovery mediators' backgrounds. |
| 07/27/05 | VW | 165.00 | 1.90 | Processing documents. |
| 07/28/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/28/05 (.1). |
| 07/28/05 | SAC | 200.00 | 0.30 | Review, annotate and manage of distribution of hard copy of case documents for reference and distribution (.3). |
| 07/29/05 | PVL | 720.00 | 0.30 | Review 3 miscellaneous filings (.1); review Intercat 9019 motion (.1); review Marsh and McLennan 9019 motion (.1). |
| 07/29/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 07/29/05 (.1); retrieve documents requested by attorney (.2). |

**Total Task Code .04        50.20**

**Claim Analysis Objection & Resolution (Asbestos) (37.70 Hours; $ 25,591.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 30.60 | $720 | 22,032.00 |
| Ronald E. Reinsel | 4.90 | $540 | 2,646.00 |
| Leslie M. Kelleher | 2.20 | $415 | 913.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/06/05 | LMK | 415.00 | 1.60 | Background research re: estimation issues in bankruptcy. |

60

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/08/05 | LMK | 415.00 | 0.30 | Draft memo re: background issues in estimation. |
| 07/11/05 | LMK | 415.00 | 0.30 | Background reading re: issues in estimation. |
| 07/13/05 | RER | 540.00 | 3.40 | Review briefs re: CMO issues and follow-up. |
| 07/14/05 | PVL | 720.00 | 1.40 | Review PMI CMO filings (.4); review 6/27-7/14 e-mail (.7); confer WBS (.1); confer RER (.1); teleconference EI (.1). |
| 07/14/05 | RER | 540.00 | 1.50 | Follow up re: pleadings re: exclusivity and CMO responses. |
| 07/15/05 | PVL | 720.00 | 3.10 | Prep for 7/19 hearing (.4); review Hurford memo (.1); review agendas (.1); review NDF memos (.1); review WRG, reort ACC, FCR and PD responses re business effects of excl. (.5); review FCR report PI CMO (.2); review FCR objections re PI CMO & Q (.5); review Libby claimants objections re CMO and Q (.9); review UCC, Equity Comm and Certain Ins. responses re CMO&Q (.3). |
| 07/15/05 | PVL | 720.00 | 2.90 | Review PD Comm objections re PI CMO (.1); review WRG status report re PI CMO & Q (1); review ACC position paper re PI CMO&Q (.3); conferences NDF (.7); teleconference EI, NDF (.2); teleconference EI (.3); review HWS memo (.1); teleconference Hurford, NDF (.1); review e-mail (.1). |
| 07/16/05 | PVL | 720.00 | 4.50 | Review Judge Jack opinion re silica (3.5); teleconferences NDF (.1); review 6/27 hearing tr. (.7); prep for 7/19 hearing (.2). |
| 07/18/05 | PVL | 720.00 | 5.60 | Review Hurford e-mail and reply (.1); review NDF memo (.1); teleconference EI, TWS, NDF (1.1); confer TWS, NDF (.4); conferences NDF (1.4); review e-mail (.1); review WRG PD CMO brief (.4); teleconference Frankel (.2); teleconference EI (.2); prep for 7/19 hearing (.2); confer Frankel, Wyron, Felder, Radecki, NDF (1.4);. |
| 07/19/05 | PVL | 720.00 | 10.50 | Prep for hearing (1); attend same (7.4); conferences NDF (.8); confer Frankel, Wyron, Hurford, NDF (.7); confer Frankel, Wyron, Felder, NDF (.6). |
| 07/20/05 | PVL | 720.00 | 0.30 | Confer NDF (.1); teleconference EI (.1); review Speights motion to quash (.1). |

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 07/22/05 | PVL | 720.00 | 0.90 | Review motion and objection re Speights claims (.4); review e-mail (.1); review mediation order and e-mail (.1); review draft memo re 7/19 hearing and e-mail comments (.3). |
| 07/24/05 | PVL | 720.00 | 0.10 | Review Speights subpoenas. |
| 07/28/05 | PVL | 720.00 | 1.20 | Teleconference Cohen. |
| 07/29/05 | PVL | 720.00 | 0.10 | Review Speights resp to PD objections. |

**Total Task Code .05        37.70**


**Fee Applications, Applicant (3.20 Hours; $ 968.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.70 | $415 | 705.50 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/07/05 | RCT | 415.00 | 0.50 | Review prebills. |
| 07/13/05 | RCT | 415.00 | 0.50 | Review exhibits. |
| 07/21/05 | RCT | 415.00 | 0.20 | Review fee schedules for August. |
| 07/22/05 | RCT | 415.00 | 0.50 | Review monthly fee apps. |
| 07/22/05 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 07/25/05 | ADK | 175.00 | 0.50 | Worked on fee application. |

**Total Task Code .12        3.20**


**Hearings (.40 Hours; $ 216.00)**

80

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | .40 | $540 | 216.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/25/05 | RER | 540.00 | 0.40 | Follow up with M. Hurford re: hearing issues. |

**Total Task Code .15      .40**

**Litigation and Litigation Consulting (130.20 Hours; $ 57,744.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.10 | $795 | 4,054.50 |
| Walter B. Slocombe | 3.60 | $590 | 2,124.00 |
| Albert G. Lauber | .40 | $580 | 232.00 |
| Trevor W. Swett | .30 | $560 | 168.00 |
| Ronald E. Reinsel | 26.70 | $540 | 14,418.00 |
| Nathan D. Finch | 55.40 | $475 | 26,315.00 |
| Leslie M. Kelleher | .20 | $415 | 83.00 |
| Jeffrey A. Liesemer | 3.30 | $405 | 1,336.50 |
| Brian A. Skretny | 5.00 | $290 | 1,450.00 |
| Danielle K. Graham | 1.80 | $270 | 486.00 |
| Harry M. Schwirck | 23.70 | $255 | 6,043.50 |
| Adam L. VanGrack | 4.70 | $220 | 1,034.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/05 | NDF | 475.00 | 1.80 | Edit letter to debtor regarding business documents (0.4); telephone conversation with Mr. Tersigni regarding same (0.3); review responses to debtors' Case Management Order motion (1.1). |
| 07/01/05 | RER | 540.00 | 1.10 | Work with M. Hurford re: discovery request re: exclusivity and follow-up re: Exclusivity response. |
| 07/01/05 | RER | 540.00 | 1.70 | Review objections to CMO and claimant questionnaire. |
| 07/05/05 | LMK | 415.00 | 0.20 | Gather materials re: background issues in asbestos litigation for ALV. |

90

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 07/06/05 | NDF | 475.00 | 1.40 | Draft Case Managment Order (0.5); review complaint filed by New Jersey (0.5); review distributable value memo prepared by Sinclair (0.4). |
| 07/06/05 | ALV | 220.00 | 2.30 | Review asbestos litigation and asbestos bankruptcy litigation cases and materials for background of matters. |
| 07/07/05 | BAS | 290.00 | 3.20 | Review Judge Fitzgerald's 2019 Order (0.4); review memos regarding same (0.8); examine state standards for proof of causation among the 50 states (2.0). |
| 07/07/05 | NDF | 475.00 | 1.50 | Prepare for meeting with debtor; draft case management order. |
| 07/07/05 | RER | 540.00 | 2.40 | Follow-up re: discovery requests re: exclusivity issues and response to business report. |
| 07/07/05 | ALV | 220.00 | 1.50 | Review asbestos litigation and asbestos bankruptcy litigation cases and material for background of matters. |
| 07/08/05 | EI | 795.00 | 2.80 | Conf. NDF/KNB to prepare (1.0); all constituents meeting at Kirkland & Ellis DC office (1.5); t/c NDF re: filings (.3). |
| 07/08/05 | NDF | 475.00 | 5.30 | Prepare for meeting with debtor (0.8); meet with debtor regarding case management order and questionnaire and settlement (2.0); telephone conference with FCR lawyers regarding same (0.5); conference with Ms. Brown regarding brief due on July 13 (1.0); review debtors' brief regarding business effect of termination of exclusivity (0.5); outline response to same with Messrs. Elihu and Reinsel (0.5). |
| 07/08/05 | RER | 540.00 | 6.60 | Review Debtor business report re: exclusivity outline response and extended teleconf. |
| 07/08/05 | ALV | 220.00 | 0.40 | Review asbestos litigation and asbestos bankruptcy litigation cases and material for background of matters. |
| 07/10/05 | NDF | 475.00 | 2.20 | Review FCR questions (0.5); memo to committee regarding various issues (1.3); telephone conference with Ms. Eskin regarding various issues (0.4). |
| 07/11/05 | WBS | 590.00 | 1.30 | Conference KNB re status of work, schedule, results of meet and confer re info form/other issues (.2), rev |

| | | | | |
|---|---|---|---|---|
| | | | | submission on economic consequences of ending exclusivity (.8), rev reformatted proposed form and e-mails related to it and FCR proposed form (.3). |
| 07/11/05 | RER | 540.00 | 6.90 | Draft and revisions to response to business report re: exclusivity and work with M. Hurford re: same. |
| 07/11/05 | RER | 540.00 | 1.10 | Work re: draft and revisions of Matthews affidavit re: exclusivity responses. |
| 07/11/05 | HMS | 255.00 | 9.10 | Assist in drafting position paper on CMO and Questionnaire |
| 07/12/05 | WBS | 590.00 | 1.20 | Review Judge Jack decision and start memo re implications for asbestos cases; conference NDF re issues presented. |
| 07/12/05 | BAS | 290.00 | 1.30 | Prepare list of potential scientific experts to assist Ms. Graham and Mr. Finch. |
| 07/12/05 | NDF | 475.00 | 3.50 | Review and edit brief regarding asbestos estimation and claim form (1.5); revise and edit ACC questionnaire (1.0); telephone conference with Mr. Hurford regarding brief (0.5); revise and edit ACC brief regarding termination of exclusivity (0.5) |
| 07/12/05 | RER | 540.00 | 6.50 | Work re: edits/revisions to business report brief re: exclusivity and calls with M. Hurford re: same. |
| 07/12/05 | RER | 540.00 | 0.40 | Review brief re: claimant form/CMO. |
| 07/12/05 | HMS | 255.00 | 7.60 | Assist in drafting brief on CMO and Questionnaire |
| 07/13/05 | NDF | 475.00 | 0.50 | Final review and edit of brief regarding estimation. |
| 07/13/05 | HMS | 255.00 | 2.00 | CMO and Questionnaire - Position Paper |
| 07/14/05 | WBS | 590.00 | 0.20 | Rev reply re effect of termination of exclusivity. |
| 07/15/05 | AGL | 580.00 | 0.20 | Review of notice of agenda for Br. Ct. hearing. |
| 07/15/05 | EI | 795.00 | 0.70 | T/cs NDF re: Judge Jack issues (.5); memo re: mediation (.2). |
| 07/15/05 | NDF | 475.00 | 8.40 | Analysis of Silica issues to prepare for 7/21 hearing on case management order (7.5); conference with Mr. Lockwood regarding same (0.5); telephone conference with Mr. Elihu regarding case issues (0.4). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/15/05 | HMS | 255.00 | 4.00 | Comparison of Grace Questionnaires |
| 07/16/05 | NDF | 475.00 | 4.50 | Consideration and analysis of issues raised by Grace regarding Silica (3.5); prepare for hearing on 7/19 regarding case management order and estimation (1.0). |
| 07/18/05 | AGL | 580.00 | 0.20 | Review Bankr. Ct. agenda. |
| 07/18/05 | EI | 795.00 | 0.70 | T/c PVNL, TWS and NDF re: Judge Jack opinion and hearing before Judge Fitzgerald. |
| 07/18/05 | NDF | 475.00 | 8.60 | Prepare for 7/19 hearing regarding case management order and claim form (7.5); travel to Pittsburgh for hearing (1.1). |
| 07/18/05 | HMS | 255.00 | 1.00 | Collation of material for Grace hearing |
| 07/19/05 | WBS | 590.00 | 0.50 | Rev transcript of portion of FM hearing related to Jack decision and work on notes for handling issue. |
| 07/19/05 | WBS | 590.00 | 0.20 | Rev FCR subm on questionnaire. |
| 07/19/05 | TWS | 560.00 | 0.30 | Conf NDF re status and development on claims estimation discovery |
| 07/19/05 | NDF | 475.00 | 12.90 | Prepare for hearing regarding case management order and discovery issues (1.5); attend hearing and make arguments regarding case management order and claim form issues (8.5); conference with Messrs. Lockwood and Frankel regarding case issues (0.8); telephone conference with Mr. Elihu regarding same (0.2); telephone conference with Mr. Peterson regarding estimation methodology issues (0.4); travel (fly) back to Washington D.C. (1.5). |
| 07/19/05 | JAL | 405.00 | 0.30 | Research re question raised by NDF and drafted and revised memo to NDF in response to same. |
| 07/20/05 | WBS | 590.00 | 0.20 | Telephone conference NDF re instructions re questionnaire. |
| 07/21/05 | NDF | 475.00 | 1.80 | Asbestos estimation planning (0.7); draft memo to Committee (1.1). |
| 07/21/05 | ALV | 220.00 | 0.50 | Teleconference with Messrs. Finch, Slocombe and Liesemen, Ms. Graham and others to discuss scheduling and strategy for trial. |

| 07/22/05 | NDF | 475.00 | 0.40 | Edit memo to Committee. |
| 07/26/05 | EI | 795.00 | 0.60 | Discussing special master matters (.5); hearing memo review (.1). |
| 07/26/05 | NDF | 475.00 | 0.50 | Draft memo to committee regarding mediator (0.5). |
| 07/26/05 | NDF | 475.00 | 0.50 | Draft and forward to Mr. Inselbuch memo regarding discovery master. |
| 07/26/05 | JAL | 405.00 | 1.30 | Reviewed memo from NDF re potential appointment of discover mediator (.2); confer w/NDF re same (.1); drafted and revised list of questions or items for discovery mediator candidates (1). |
| 07/27/05 | NDF | 475.00 | 0.30 | Telephone conference with Dr. Peterson regarding case issues. |
| 07/27/05 | DKG | 270.00 | 1.80 | Attention to selection of mediator and related materials (0.8); attention to recent filings (1.0). |
| 07/27/05 | JAL | 405.00 | 1.00 | Review and revised draft list of interview topics to cover w/mediator candidates (.6); drafted and revised cover transmittal memo to NDF with same (.2); teleconference w/DKG re discovery mediator candidates (.2). |
| 07/27/05 | JAL | 405.00 | 0.10 | Review of biographies of mediator candidates. |
| 07/28/05 | EI | 795.00 | 0.30 | T/c M. Kelley re: discovery matters (.2); t/c NDF re: same (.1). |
| 07/28/05 | BAS | 290.00 | 0.50 | Review memo summarizing 7/19 hearing regarding case management order and questionnaire. |
| 07/28/05 | NDF | 475.00 | 0.30 | Memo to Mr. Elihu, et al. regarding discovery issue. |
| 07/29/05 | NDF | 475.00 | 1.00 | Send and receive email correspondence to other Caplin & Drysdale lawyers regarding case issues for asbestos estimation. |
| 07/29/05 | JAL | 405.00 | 0.60 | Review and analysis of correspondence re selection of discovery mediator; (.3); review and analysis of background and biographical materials re discovery mediator candidates (.3). |

130

**Total Task Code .16        130.20**

**Plan & Disclosure Statement (24.70 Hours; $ 10,276.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $795 | 397.50 |
| Julie W. Davis | .50 | $560 | 280.00 |
| Kimberly N. Brown | 23.70 | $405 | 9,598.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/05/05 | JWD | 560.00 | 0.50 | Review M. Eskin memo re revised 2019 order (.3); draft memo to ACC re same (.2) |
| 07/06/05 | KNB | 405.00 | 4.20 | Review transcript of June 27 hearing (.2); e-mail M.Hurford re same (.2); review Libby claimants' brief in opposition to questionnaire (1.6); review NDF's draft CMO (.4); review WBS draft questionnaire (1.0); confer RCS re same (.2); review e-mail from EI forwarding Ness Motley changes to draft questionnaire (.3); incorporate same (.2); e-mail EI, NDF re same (.1) |
| 07/07/05 | KNB | 405.00 | 1.10 | Revise draft questionnaire (.5); review hearing transcript re same (.6) |
| 07/08/05 | KNB | 405.00 | 5.80 | Meeting with NDF, EI re upcoming meeting with Bernick (1.0); meeting with Bernick (2.0); confer with NDF, EI re same (.8); confer with AGL re same (.2); confer with NDF re same (.3); TCN with NDF, R.Wyron, R.Frankel re same (.3); draft CMO, questionnaire (1.0); e-mail M.Hurford re exclusivity (.2) |
| 07/11/05 | KNB | 405.00 | 4.70 | Confer with NDF re brief (.3); review FCR's form (.2); conf HMS re brief (.2); review NDF e-mail to Committee re July 8 meeting, next steps (.3); draft brief re CMO, questionnaire (3.2); TCN R.Wyron, NDF re questionnaire (.5) |
| 07/12/05 | KNB | 405.00 | 5.20 | Draft CMO/questionnaire brief (4.1); confer NDF re same (.4); confer RCS re questionnaire (.3); review Debtors' draft CMO (.4) |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/13/05 | KNB | 405.00 | 2.10 | Review questionnaire brief (.3); review Legal Rep's questionnaire and brief (1.1); e-mail M.Hurford re delay in Debtors' filing (.2); confer RER re same (.2); confer HMS re hearing prep for PVNL (.2); confer NDF re same (.1) |
| 07/13/05 | EI | 795.00 | 0.50 | Reviewing claim form materials (.5). |
| 07/20/05 | KNB | 405.00 | 0.60 | Review incoming correspondence |

**Total Task Code .17    24.70**

## Relief from Stay Proceedings (.20 Hours; $ 144.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/15/05 | PVL | 720.00 | 0.20 | Review oppositions to Montana lift stay motion. |

**Total Task Code .18    .20**

## Tax Litigation (2.00 Hours; $ 960.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Christopher S. Rizek | 2.00 | $480 | 960.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/13/05 | CSR | 480.00 | 0.50 | E-mails re State tax motion review same. |
| 07/15/05 | CSR | 480.00 | 1.50 | Review tax motion, e-mails re same. |

**Total Task Code .20    2.00**

150

**Travel – Non Working (8.90 Hours; $ 3,335.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.50 | $397.50 | 1,391.25 |
| Peter Van N. Lockwood | 5.40 | $360.00 | 1,944.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/08/05 | EI | 397.50 | 3.50 | Return to NY following DC meeting. |
| 07/18/05 | PVL | 360.00 | 3.30 | Travel to Pittsburgh. |
| 07/19/05 | PVL | 360.00 | 2.10 | Return travel DC. |

**Total Task Code .21**       **8.90**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,136.40 |
| Air Freight & Express Mail | 20.32 |
| Database Research | 596.36 |
| Local Transportation - DC | 85.07 |
| Long Distance-Equitrac In-House | 5.65 |
| Meals Related to Travel | 324.46 |
| Outside Local Deliveries | 30.70 |
| Outside Photocopying/Duplication Service | 375.00 |
| Research Material | 54.50 |
| Telecopier/Equitrac | 30.90 |
| Travel Expenses - Ground Transportation | 94.00 |
| Travel Expenses - Hotel Charges | 635.98 |
| Travel Expenses - Miscellaneous | 20.60 |
| Xeroxing | 342.60 |
| Total: | $4,752.54 |

{D0048236:1 }