## EXHIBIT B

### Business Operations (1.5 Hours; $ 810.00)

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03        1.5**

### Case Administration (50.2 Hours; $ 11,615.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        50.2**

### Claim Analysis Objection & Resolution (Asbestos) (37.7 Hours; $ 25,591.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        37.7**

### Fee Applications, Applicant (3.2 Hours; $ 968.00)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        3.2**

### Hearings (.4 Hours; $ 216.00)

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        .4**

### Litigation and Litigation Consulting (130.2 Hours; $ 57,744.50)

{D0048237:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          130.2**

**Plan & Disclosure Statement (24.7 Hours; $ 10,276.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          24.7**

**From Stay Proceedings (.2 Hours; $ 144.00)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18          .2**

**Tax Litigation (2.0 Hours; $ 960.00)**

Services rendered in this category relate to adversary actions and other litigation regarding the Debtor's tax liabilities or tax matters relating to a potential reorganization plan.

**Total Task Code .20          2.0**

**Travel Non-Working (8.9 Hours; $ 3,335.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          8.9**

{D0048237:1 }