## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,136.40 |
| Air Freight & Express Mail | 20.32 |
| Database Research | 596.36 |
| Local Transportation - DC | 85.07 |
| Long Distance-Equitrac In-House | 5.65 |
| Meals Related to Travel | 324.46 |
| Outside Local Deliveries | 30.70 |
| Outside Photocopying/Duplication Service | 375.00 |
| Research Material | 54.50 |
| Telecopier/Equitrac | 30.90 |
| Travel Expenses - Ground Transportation | 94.00 |
| Travel Expenses - Hotel Charges | 635.98 |
| Travel Expenses - Miscellaneous | 20.60 |
| Xeroxing | 342.60 |
| **Total:** | **$4,752.54** |

{D0048238:1 }