| | | | | |
|---|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | | Page:   1 |
| **Matter     000** | **Disbursements** | | | 8/18/2005 |
| | | | | Print Date/Time: |
| | | | | 08/18/2005 |
| | | | | 10:46:11AM |
| Attn: | | | | Invoice # |

PREBILL  / CONTROL  REPORT

Trans Date Range:   1/1/1950  to: 7/31/2005

**Matter     000**
**Disbursements**
Bill Cycle:        Monthly              Style:        i1          Start:      4/16/2001

Last Billed : 7/15/2005                          13,655

Trust Amount Available

Total Expenses Billed To Date        $277,379.86

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---:|---:|---:|---:|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,672.87 | 0.00 | 1,382.87 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 44.25 | 0.00 | 44.25 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 1.65 | 0.00 | 1.65 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 601.84 | 0.00 | 522.84 |
| 0128 | SAT | Samira A Taylor | 0.00 | 0.30 | 0.00 | 0.30 |
| 0187 | NDF | Nathan D Finch | 0.00 | 1,571.10 | 0.00 | 1,286.70 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 33.30 | 0.00 | 33.30 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 6.45 | 0.00 | 6.45 |
| 0238 | SLC | Stacey L Colson | 0.00 | 0.60 | 0.00 | 0.60 |
| 0302 | RER | Ronald E Reinsel | 0.00 | 156.00 | 0.00 | 113.00 |
| 0309 | HMS | Harry M Schwirck | 0.00 | 20.32 | 0.00 | 20.32 |
| 0310 | DKG | Danielle K Graham | 0.00 | 375.00 | 0.00 | 375.00 |
| 0324 | VP | Vernon  Preston | 0.00 | 219.75 | 0.00 | 219.75 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 745.51 | 0.00 | 745.51 |
| | | | **0.00** | **5,448.94** | **0.00** | **4,752.54** |

**Total Fees**

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---:|---:|---:|---:|---:|---:|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| TransNo. | Description | | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                               Page:  1

Matter     000                         Disbursements                                                                                     8/18/2005
                                                                                                                                        Print Date/Time:
                                                                                                                                          08/18/2005
                                                                                                                                          10:46:11AM
Attn:                                                                                                                                    Invoice #
1824723    Equitrac - Long Distance to 2123198798           E  07/01/2005   0999  C&D      0.00      $0.14      0.00      $0.14        0.14
1824796    Photocopy                                        E  07/01/2005   0238  SLC      0.00      $0.45      0.00      $0.45        0.59
1824835    Photocopy                                        E  07/01/2005   0220  SKL      0.00      $0.30      0.00      $0.30        0.89
1824843    Photocopy                                        E  07/01/2005   0999  C&D      0.00      $1.80      0.00      $1.80        2.69
1825123    Equitrac - Long Distance to 3024269910           E  07/05/2005   0999  C&D      0.00      $0.19      0.00      $0.19        2.88
1825124    Equitrac - Long Distance to 2123082735           E  07/05/2005   0999  C&D      0.00      $0.06      0.00      $0.06        2.94
1826156    Equitrac - Long Distance to 2032522551           E  07/06/2005   0999  C&D      0.00      $0.19      0.00      $0.19        3.13
1835972    Photocopy                                        E  07/06/2005   0238  SLC      0.00      $0.15      0.00      $0.15        3.28
1826787    Photocopy                                        E  07/07/2005   0187  NDF      0.00      $0.90      0.00      $0.90        4.18
1826999    Photocopy                                        E  07/08/2005   0101  RCS      0.00      $0.15      0.00      $0.15        4.33
1827025    Photocopy                                        E  07/08/2005   0220  SKL      0.00      $0.15      0.00      $0.15        4.48
1827221    Equitrac - Long Distance to 3024260166           E  07/10/2005   0999  C&D      0.00      $0.65      0.00      $0.65        5.13
1827274    Federal Express to Mark Hurford from HMS on 6/29 E  07/11/2005   0309  HMS      0.00     $20.32      0.00     $20.32       25.45
1827349    Photocopy                                        E  07/11/2005   0220  SKL      0.00      $2.85      0.00      $2.85       28.30
1827362    Photocopy                                        E  07/11/2005   0128  SAT      0.00      $0.30      0.00      $0.30       28.60
1827423    Photocopy                                        E  07/11/2005   0324  VP       0.00    $171.15      0.00    $171.15      199.75
1835999    Photocopy                                        E  07/11/2005   0232  LK       0.00      $4.20      0.00      $4.20      203.95
1836003    Photocopy                                        E  07/11/2005   0999  C&D      0.00      $1.20      0.00      $1.20      205.15
1836004    Photocopy                                        E  07/11/2005   0999  C&D      0.00      $1.50      0.00      $1.50      206.65
1836005    Photocopy                                        E  07/11/2005   0999  C&D      0.00      $1.05      0.00      $1.05      207.70
1827460    Database Research/Lexis Charges for              E  07/12/2005   0999  C&D      0.00     $12.69      0.00     $12.69      220.39
           6/25/05-7/1/05 for HS
1827703    Equitrac - Long Distance to 3024261900           E  07/12/2005   0999  C&D      0.00      $0.19      0.00      $0.19      220.58
1827706    Equitrac - Long Distance to 3024261900           E  07/12/2005   0999  C&D      0.00      $0.27      0.00      $0.27      220.85
1827716    Equitrac - Long Distance to 3024261900           E  07/12/2005   0999  C&D      0.00      $0.05      0.00      $0.05      220.90
1827799    Photocopy                                        E  07/12/2005   0324  VP       0.00     $14.40      0.00     $14.40      235.30
1827820    Photocopy                                        E  07/12/2005   0324  VP       0.00     $34.20      0.00     $34.20      269.50
1827882    Photocopy                                        E  07/12/2005   0101  RCS      0.00      $1.50      0.00      $1.50      271.00
1827990    Petty Cash  Lae night cabs home July 10,11,12    E  07/13/2005   0187  NDF      0.00     $60.00      0.00     $60.00      331.00
           for NDF
1827998    Petty Cash  Cab on 7/8 for NDF to office so      E  07/13/2005   0187  NDF      0.00     $25.07      0.00     $25.07      356.07
           could prepare for meeting on drive in
1828348    Photocopy                                        E  07/13/2005   0220  SKL      0.00     $15.90      0.00     $15.90      371.97
1828354    Photocopy                                        E  07/13/2005   0220  SKL      0.00      $4.50      0.00      $4.50      376.47
1828829    Equitrac - Long Distance to 3024261900           E  07/14/2005   0999  C&D      0.00      $0.31      0.00      $0.31      376.78
1829659    Photocopy                                        E  07/15/2005   0220  SKL      0.00      $3.60      0.00      $3.60      380.38
1835734    Fax Transmission to 12145239159                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      380.98
1835737    Fax Transmission to 12148248100                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      381.58
1835738    Fax Transmission to 17136501400                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      382.18
1835740    Fax Transmission to 13125516759                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      382.78
1835741    Fax Transmission to 18432169290                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      383.38
1835743    Fax Transmission to 13026565875                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      383.98
1835744    Fax Transmission to 15108354913                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      384.58
1835745    Fax Transmission to 12165750799                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      385.18
1835746    Fax Transmission to 14124718308                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      385.78
1835747    Fax Transmission to 12123440994                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      386.38
1835748    Fax Transmission to 14122615066                  E  07/15/2005   0999  C&D      0.00      $0.15      0.00      $0.15      386.53
1835749    Fax Transmission to 16179510679                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      387.13
1835750    Fax Transmission to 12145239158                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      387.73
1835751    Fax Transmission to 12145991171                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      388.33
1835752    Fax Transmission to 18432169450                  E  07/15/2005   0999  C&D      0.00      $0.15      0.00      $0.15      388.48
1835753    Fax Transmission to 12145239157                  E  07/15/2005   0999  C&D      0.00      $0.45      0.00      $0.45      388.93
1835754    Fax Transmission to 14067527124                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      389.53
1835755    Fax Transmission to 13053796222                  E  07/15/2005   0999  C&D      0.00      $0.60      0.00      $0.60      390.13
1835756    Fax Transmission to 14122615066                  E  07/15/2005   0999  C&D      0.00      $0.45      0.00      $0.45      390.58
1835757    Fax Transmission to 12145239157                  E  07/15/2005   0999  C&D      0.00      $0.15      0.00      $0.15      390.73
1835758    Fax Transmission to 18432169450                  E  07/15/2005   0999  C&D      0.00      $0.15      0.00      $0.15      390.88
1835759    Fax Transmission to 18432169450                  E  07/15/2005   0999  C&D      0.00      $0.30      0.00      $0.30      391.18
1836056    Photocopy                                        E  07/15/2005   0999  C&D      0.00      $0.90      0.00      $0.90      392.08
1835760    Fax Transmission to 13024269947                  E  07/18/2005   0999  C&D      0.00      $0.15      0.00      $0.15      392.23
1830043    Equitrac - Long Distance to 2123199240           E  07/18/2005   0999  C&D      0.00      $2.29      0.00      $2.29      394.52
1830479    ADA Travel   for RER to Wilmington on 6/27       E  07/19/2005   0302  RER      0.00    $136.00      0.00     $93.00      487.52
           (split with 3439)  (coach fare 186.00)
1830480    ADA Travel   for agency fee on RER 6/27 travel to E  07/19/2005  0302  RER      0.00     $20.00      0.00     $20.00      507.52
           Wilmington
1830502    ADA Travel   for EI  on 7/8 to New York  (coach  E  07/19/2005   0120  EI       0.00    $216.00      0.00    $137.00      644.52
           fare 137.00)
1830503    ADA Travel   agency fee on EI travel to NY on 7/8 E  07/19/2005  0120  EI       0.00     $40.00      0.00     $40.00      684.52
1830511    ADA Travel   for PVNL  to Pittsburgh on 7/18     E  07/19/2005   0020  PVL      0.00  $1,170.40      0.00    $880.40    1,564.92
           (coach fare 880.40)
1830512    ADA Travel   agency fee on PVNL 7/18 travel to   E  07/19/2005   0020  PVL      0.00     $40.00      0.00     $40.00    1,604.92
           Pittsburgh
```

Client Number: 4642          Grace Asbestos Personal Injury Claimants                                              Page: 1

Matter    000                 Disbursements                                                                     8/18/2005
                                                                                                          Print Date/Time:
                                                                                                               08/18/2005
                                                                                                              10:46:11AM
Attn:                                                                                                            Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1830515 | ADA Travel for NDF to Pittsburgh on 7/18 (coach fare $886.00) | E | 07/19/2005 | 0187 | NDF | 0.00 | $1,170.40 | 0.00 | $886.00 | 2,490.92 |
| 1830516 | ADA Travel agency fee on NDF 7/18 travel to Pittsburgh | E | 07/19/2005 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 2,530.92 |
| 1830846 | Database Research-Westlaw by JAL on 6/21/05 | E | 07/20/2005 | 0999 | C&D | 0.00 | $75.38 | 0.00 | $75.38 | 2,606.30 |
| 1830848 | Database Research-Westlaw by JAL on 6/23/05 | E | 07/20/2005 | 0999 | C&D | 0.00 | $318.30 | 0.00 | $318.30 | 2,924.60 |
| 1830850 | Database Research-Westlaw by JAL on 6/27/05 | E | 07/20/2005 | 0999 | C&D | 0.00 | $26.84 | 0.00 | $26.84 | 2,951.44 |
| 1830854 | Database Research-WESTLAW by LMK on 6/16 | E | 07/20/2005 | 0999 | C&D | 0.00 | $60.90 | 0.00 | $60.90 | 3,012.34 |
| 1830946 | PVNL; Travel expenses to Pittsburgh for hearing on 7/18-19 for meals | E | 07/20/2005 | 0020 | PVL | 0.00 | $166.56 | 0.00 | $166.56 | 3,178.90 |
| 1830947 | PVNL; Travel expenses to Pittsburgh for hearing on 7/18-19 for Omni William Penn hotel | E | 07/20/2005 | 0020 | PVL | 0.00 | $204.06 | 0.00 | $204.06 | 3,382.96 |
| 1830948 | EI; Travel expenses to DC for meetings at Kirkland &Ellis on 7/8for meals | E | 07/20/2005 | 0120 | EI | 0.00 | $109.98 | 0.00 | $109.98 | 3,492.94 |
| 1830949 | EI; Travel expenses to DC for meetings at Kirkland &Ellis on 7/8 for The Madison hotel | E | 07/20/2005 | 0120 | EI | 0.00 | $227.86 | 0.00 | $227.86 | 3,720.80 |
| 1830974 | Equitrac - Long Distance to 8054993572 | E | 07/20/2005 | 0999 | C&D | 0.00 | $0.35 | 0.00 | $0.35 | 3,721.15 |
| 1831066 | Photocopy | E | 07/20/2005 | 0220 | SKL | 0.00 | $0.15 | 0.00 | $0.15 | 3,721.30 |
| 1831275 | Equitrac - Long Distance to 2123199240 | E | 07/21/2005 | 0999 | C&D | 0.00 | $0.71 | 0.00 | $0.71 | 3,722.01 |
| 1831383 | Photocopy | E | 07/21/2005 | 0220 | SKL | 0.00 | $0.15 | 0.00 | $0.15 | 3,722.16 |
| 1831390 | Photocopy | E | 07/21/2005 | 0220 | SKL | 0.00 | $5.70 | 0.00 | $5.70 | 3,727.86 |
| 1836137 | Photocopy | E | 07/21/2005 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 3,729.96 |
| 1836143 | Photocopy | E | 07/21/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 3,730.26 |
| 1836160 | Photocopy | E | 07/22/2005 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 3,731.46 |
| 1831570 | Outside Photocopying/Duplication Service-MLQ Atty Svce. - Copies of admitted exhibits in Silica Case | E | 07/22/2005 | 0310 | DKG | 0.00 | $375.00 | 0.00 | $375.00 | 4,106.46 |
| 1831584 | Equitrac - Long Distance to 8054993572 | E | 07/22/2005 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 4,106.71 |
| 1831865 | Lasership to Swidler Berlin on 7/11 | E | 07/25/2005 | 0999 | C&D | 0.00 | $7.68 | 0.00 | $7.68 | 4,114.39 |
| 1831867 | Lasership to Swidler Berlin on 7/12 | E | 07/25/2005 | 0999 | C&D | 0.00 | $23.02 | 0.00 | $23.02 | 4,137.41 |
| 1836182 | Photocopy | E | 07/25/2005 | 0999 | C&D | 0.00 | $3.15 | 0.00 | $3.15 | 4,140.56 |
| 1836192 | Photocopy | E | 07/25/2005 | 0999 | C&D | 0.00 | $9.90 | 0.00 | $9.90 | 4,150.46 |
| 1836208 | Photocopy | E | 07/26/2005 | 0232 | LK | 0.00 | $2.25 | 0.00 | $2.25 | 4,152.71 |
| 1832180 | Petty Cash Travel expenses cabs in Pittsburgh for PVNL and NDF t/f airports on 7/18-19 | E | 07/26/2005 | 0020 | PVL | 0.00 | $74.00 | 0.00 | $74.00 | 4,226.71 |
| 1832181 | Petty Cash Meals for PVNL in Pittsburgh on 7/18-19 | E | 07/26/2005 | 0020 | PVL | 0.00 | $17.85 | 0.00 | $17.85 | 4,244.56 |
| 1832337 | Global Securities Information; Usage through 6/30/05 | E | 07/26/2005 | 0999 | C&D | 0.00 | $46.50 | 0.00 | $46.50 | 4,291.06 |
| 1832351 | NDF; Travel expenses to Pittsburgh for hearing on 7/18-19 for meals | E | 07/26/2005 | 0187 | NDF | 0.00 | $30.07 | 0.00 | $30.07 | 4,321.13 |
| 1832352 | NDF; Travel expenses to Pittsburgh for hearing on 7/18-19 for Omni William Penn hotel | E | 07/26/2005 | 0187 | NDF | 0.00 | $204.06 | 0.00 | $204.06 | 4,525.19 |
| 1832353 | NDF; Travel expenses to Pittsburgh for hearing on 7/18-19 for cabs home for airport | E | 07/26/2005 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 4,545.19 |
| 1832354 | NDF; Travel expenses to Pittsburgh for hearing on 7/18-19 for miscellaneous purchases, visine, sudafed, newspaper | E | 07/26/2005 | 0187 | NDF | 0.00 | $20.60 | 0.00 | $20.60 | 4,565.79 |
| 1835900 | Fax Transmission to 12145239159 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,566.84 |
| 1835901 | Fax Transmission to 12145239157 | E | 07/26/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 4,567.59 |
| 1835902 | Fax Transmission to 12148248100 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,568.64 |
| 1835903 | Fax Transmission to 17136501400 | E | 07/26/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 4,568.79 |
| 1835904 | Fax Transmission to 13125516759 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,569.84 |
| 1835905 | Fax Transmission to 18432169290 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,570.89 |
| 1835906 | Fax Transmission to 14067527124 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,571.94 |
| 1835907 | Fax Transmission to 13026565875 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,572.99 |
| 1835908 | Fax Transmission to 15108354913 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,574.04 |
| 1835909 | Fax Transmission to 14124718308 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,575.09 |
| 1835910 | Fax Transmission to 12123440994 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,576.14 |
| 1835911 | Fax Transmission to 13024269947 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,577.19 |
| 1835912 | Fax Transmission to 14122615066 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,578.24 |
| 1835913 | Fax Transmission to 16179510679 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,579.29 |
| 1835914 | Fax Transmission to 12145239158 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,580.34 |
| 1835915 | Fax Transmission to 12145991171 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,581.39 |
| 1835916 | Fax Transmission to 18432169450 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,582.44 |
| 1835917 | Fax Transmission to 12145239157 | E | 07/26/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 4,582.74 |
| 1835918 | Fax Transmission to 17136501400 | E | 07/26/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 4,583.64 |
| 1835919 | Fax Transmission to 12165750799 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,584.69 |
| 1835920 | Fax Transmission to 13053796222 | E | 07/26/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 4,585.74 |
| 1832642 | Pacer Service Center; Usage April 1, June 30, 2005 | E | 07/28/2005 | 0120 | EI | 0.00 | $8.00 | 0.00 | $8.00 | 4,593.74 |
| 1834747 | Photocopy | E | 07/28/2005 | 0054 | WBS | 0.00 | $44.25 | 0.00 | $44.25 | 4,637.99 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                             Page:   1
Matter      000                    Disbursements                                                                                      8/18/2005
                                                                                                                                  Print Date/Time:
                                                                                                                                     08/18/2005
                                                                                                                                     10:46:11AM
Attn:                                                                                                                                 Invoice #
1836223      Photocopy                                         E   07/28/2005    0999    C&D        0.00     $12.30      0.00    $12.30    4,650.29
1837585      Database Research-Westlaw by NDF on 7/6           E   07/31/2005    0999    C&D        0.00     $83.18      0.00    $83.18    4,733.47
1837586      Database Research-Westlaw by JAL on 719           E   07/31/2005    0999    C&D        0.00     $19.07      0.00    $19.07    4,752.54
Total Expenses                                                                                      0.00   $5,448.94     0.00  $4,752.54


             Matter Total Fees                                                                               0.00                  0.00


             Matter Total Expenses                                                                         5,448.94              4,752.54


             Matter Total                                                                           0.00   5,448.94      0.00    4,752.54


             Prebill Total Fees


             Prebill Total Expenses                                                                       $5,448.94             $4,752.54


             Prebill Total                                                                          0.00  $5,448.94      0.00   $4,752.54


Previous Billings

InvoiceNo      InvoiceDate           InvoiceTotal         OpenTotal

36,593         07/26/2002             121,163.25          1,414.09
37,961         11/30/2002              36,076.50            542.50
46,677         08/27/2004                 240.00             48.00
47,114         09/30/2004               6,171.50          1,234.30
48,027         12/27/2004               1,419.00            283.80
48,886         02/28/2005              40,743.50          8,148.70
49,224         03/28/2005              33,445.00          6,689.00
49,444         04/21/2005              38,706.00          7,741.20
49,903         05/25/2005              16,567.07         16,567.07
50,275         06/27/2005              67,793.04         67,793.04
50,276         06/27/2005               8,030.50          8,030.50
50,598         07/15/2005             157,029.46        157,029.46
                                      527,384.82        275,521.66
```