# EXHIBIT C

**Amy D. Richard's Letter dated July 7, 2005**

**Re: Harvard Vanguard Medical Associates**

**Not Retaining Speights & Runyan**

**for Representation and Affidavit Regarding the Same**



**Harvard Vanguard Medical Associates**

*A major teaching affiliate of Harvard Medical School*

July 7, 2005

VIA FACSIMILE AND FIRST CLASS MAIL
Michael T. Dierkes, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

Re:   In re: W.R. Grace & Co., et al

Dear Attorney Dierkes:

In response to the 30(b)(6) deposition subpoena issued to Harvard Vanguard Medical Associates, Inc. ("HVMA") in the above-referenced matter and your letter to me dated June 30, 2005, in lieu of appearing at a deposition, I am enclosing an Affidavit signed by me stating that HVMA did not authorize Speights & Runyan to represent it and file a proof of claim on its behalf in the Grace bankruptcy.

Please note that the entity, "Harvard Public Health (Harvard Vanguard Medical Assoc.)" listed on the Proof of Claim form by Speights and Runyan is incorrect. Harvard Vanguard was never known as "Harvard Public Health." Its predecessor is Harvard Pilgrim Health Care Inc. ("HPHC"). I believe HPHC owned the building located at 23 Miner St., Boston, MA.

If you have any questions, I can be reached at 617-559-8016.

Very truly yours,

Amy D. Richard
Paralegal

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No.   MISC |
| | | USBC for D.DE 01-01139(JFK) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

SUBPOENA FOR RULE 30(b)(6) DEPOSITION

---

### AFFIDAVIT OF AMY D. RICHARD

I, Amy D. Richard, do depose and state upon my personal knowledge as follows:

1. I am a paralegal at Harvard Vanguard Medical Associates, Inc., ("Harvard Vanguard") located at 275 Grove Street, Newton, MA, and have been desginated by the organization to testify as the deponent under Rule 30(b)(6) in the above-captioned matter.

2. Harvard Vanguard has not filed any proofs of claim in the above-captioned bankruptcy cases.

3. Harvard Vanguard has not retained the law firm of Speights and Runyan for the purpose of filing a proof of claim or for the purpose of representing Harvard Vanguard in the above-captioned bankruptcy cases.

SIGNED UNDER THE PENALTIES OF PERJURY THIS ____ DAY OF JULY, 2005.

Amy D. Richard
Paralegal
Harvard Vanguard Medical Associates, Inc.
275 Grove Street, Suiute 3-300
Newton, MA 02466