# EXHIBIT E

**Jeffrey C. Wisler's Letter dated July 1, 2005**

**Re: Maryland Casualty Company**

**Not Retaining Speights & Runyan for Representation**

JUL. 1. 2005  4:25PM                                              NO. 8023   P. 2

 **CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

**Jeffrey C. Wisler**
Partner
TEL (302) 888 6258
FAX (302) 658 0380
EMAIL jwisler@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

BY TELEFAX AND U.S. MAIL
Janet S. Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

July 1, 2005

RE:   W.R. Grace & Co., et al.
      Case No. 01-1139 (JKF)
      (Jointly Administered)

Dear Jan:

This firm is counsel to Maryland Casualty Company ("MCC") in the above-referenced bankruptcy cases ("Grace Bankruptcy Cases").

This letter will confirm that: (i) MCC has never retained the law firm of Speights & Runyan to represent MCC in the Grace Bankruptcy Cases; and (ii) MCC never authorized the law firm of Speights & Runyan to file a proof of claim on MCC's behalf in the Grace Bankruptcy Cases.

Yours truly,

Jeffrey C. Wisler

JCW/dap
cc:   Maryland Casualty Company (via telefax)
#404120