# EXHIBIT H

## Claims Not Listed in the Verified 2019 Statement

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 1 | 6597 | WASHINGTON GAS & LIGHT | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 11TH & H STREETS, NW<br>WASHINGTON, DC<br>UNITED STATES | N |
| 2 | 6599 | THE MAXWELL CONVENTION CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 100 CIVIC CENTER<br>TULSA, OK 74103<br>UNITED STATES | N |
| 3 | 6603 | TOWER PROPERTIES | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 911 MAIN STREET<br>KANSAS CITY, MO 64105<br>UNITED STATES | N |
| 4 | 6605 | LAKE ISLE COUNTRY CLUB | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 660 WHITE PLAINS ROAD<br>EASTCHESTER, NY 10709<br>UNITED STATES | N |
| 5 | 6613 | HARTFORD NATIONAL BANK CORPORATE SERVICE CTR | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 150 WINDSOR STREET<br>EAST HARTFORD, CT 06108<br>UNITED STATES | N |
| 6 | 6621 | HINTZ ROAD PARTNERSHIP | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 165 HINTZ ROAD<br>WHEELING, IL 60090<br>UNITED STATES | N |
| 7 | 6622 | HINTZ ROAD PARTNERSHIP | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 165 HINTZ ROAD<br>WHEELING, IL 60090<br>UNITED STATES | N |
| 8 | 6623 | HINTZ ROAD PARTNERSHIP | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 165 HINTZ ROAD<br>WHEELING, IL 60090<br>UNITED STATES | N |
| 9 | 6643 | FROELICH W C FROELICH INC | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 6371 WESTERN AVENUE<br>BUENA PARK, CA<br>UNITED STATES | N |
| 10 | 6644 | BEVERLY WILSHIRE BLDG NKA REGENT BEV WILSHIRE | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 9500 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90212<br>UNITED STATES | N |
| 11 | 6654 | MANDALAY APARTMENTS | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 880 MANDALAY AVENUE<br>CLEARWATER BEACH, FL<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 12 | 6656 | E.I. DUPONT BLDG-DUPONT DE NEMOURS & COMPANY | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 1007 MARKET STREET<br>WILMINGTON, DE<br>UNITED STATES | N |
| 13 | 6658 | JOHN F KENNEDY CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | WASHINGTON, DC<br>UNITED STATES | N |
| 14 | 6661 | AMERICAN MEDICAL ASSOCIATION BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 515 NORTH STATE STREET<br>CHICAGO, IL<br>UNITED STATES | N |
| 15 | 6665 | AMERICAN DENTAL ASSOCIATION BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 609 WALNUT STREET<br>YANKTON, SD 57078<br>UNITED STATES | N |
| 16 | 6666 | ST LUKE S METHODIST HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CEDAR RAPIDS, IA<br>UNITED STATES | N |
| 17 | 6670 | LADY OF GOOD HOPE CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 6924 W LISBON AVENUE<br>MILWAUKEE, WI 53210<br>UNITED STATES | N |
| 18 | 6672 | EMPLOYER S MUTUAL JOB | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | WAUSAU, WI<br>UNITED STATES | N |
| 19 | 6676 | LINCOLN BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SPOKANE, WA<br>UNITED STATES | N |
| 20 | 6685 | BELK DEPARTMENT STORE | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC<br>UNITED STATES | N |
| 21 | 6692 | FIRST BAPTIST CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 2709 MONUMENT AVENUE<br>RICHMOND, VA 23220<br>UNITED STATES | N |
| 22 | 6695 | FIRST BAPTIST CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 18 SOUTH WALNUT AVENUE<br>COOKEVILLE, TN 38501<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| No. of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 23 | 6701 | PILOT LIFE INSURANCE COMPANY | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 100 N GREEN STREET M<br>GREENSBORO, NC 27401<br>UNITED STATES | N |
| 24 | 6702 | MEDICAL PARK HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SOUTH HAWTHORNE ROAD<br>WINSTON SALEM, NC<br>UNITED STATES | N |
| 25 | 6704 | CHARLOTTE PUBLIC LIBRARY | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CHARLOTTE, NC<br>UNITED STATES | N |
| 26 | 6705 | SCHOBER S RESTAURANT | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | ST LOUIS, MO<br>UNITED STATES | N |
| 27 | 6708 | UNION HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NEW ULM, MN<br>UNITED STATES | N |
| 28 | 6710 | FIRST NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 21 S CLARK STREET<br>CHICAGO, IL 60603<br>UNITED STATES | N |
| 29 | 6713 | SCOTTSDALE HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SCOTTSDALE, AZ<br>UNITED STATES | N |
| 30 | 6721 | MARYLAND CASUALTY CO | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 3910 KESWICK ROAD<br>BALTIMORE, MD 21221<br>UNITED STATES | N |
| 31 | 6726 | HARVARD PUBLIC HEALTH HARV VANGUARD MED ASSO | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 23 MINER STREET<br>BOSTON, MA 02215<br>UNITED STATES | N |
| 32 | 6728 | APT BUILDING COMPLEX | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 1010 MEMORIAL DRIVE<br>CAMBRIDGE, MA<br>UNITED STATES | N |
| 33 | 6734 | NORTHWEST COMMUNITY HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 800 W CENTRAL ROAD<br>ARLINGTON HEIGHTS, IL<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 34 | 6735 | MONUMENTAL OFFICE BLDG VENETIAN MON COMPAN | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 527 N WESTERN AVENUE<br>CHICAGO, IL 60612<br>UNITED STATES | N |
| 35 | 6736 | MCCORMICK PLACE | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 2301 S LAKESHORE DRIVE<br>CHICAGO, IL 60616<br>UNITED STATES | N |
| 36 | 6737 | MARRIOTT HOTEL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CHICAGO, IL<br>UNITED STATES | N |
| 37 | 6744 | LOS ANGELES COUNTY MUSEUM OF FINE ARTS | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 5905 WILSHIRE BLVD<br>LOS ANGELES, CA<br>UNITED STATES | N |
| 38 | 6746 | HILLSIDE SHOPPING CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA<br>UNITED STATES | N |
| 39 | 6826 | ST JOES HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 6 WALNUT STREET<br>READING, PA 19606<br>UNITED STATES | N |
| 40 | 6832 | IMMACULATE CONCEPTION B.V.M. CATHOLIC CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 640 E. MAIN STREET<br>BIRDSBORO, PA 19508<br>UNITED STATES | N |
| 41 | 6834 | ST MARKS CATHOLIC CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 1760 ECHO HOLLOW ROAD<br>EUGENE, OR 97402<br>UNITED STATES | N |
| 42 | 6836 | FIRST NATIONAL BANK | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CLINTON, OK<br>UNITED STATES | N |
| 43 | 6842 | THE WESTERLY HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 25 WELLS STREET<br>WESTERLY, RI 02891<br>UNITED STATES | N |
| 44 | 6844 | WASHINGTON HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 155 WILSON AVENUE<br>WASHINGTON, PA 15301<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 45 | 6845 | SUPPLEE MEMORIAL CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 855 WELSH ROAD<br>MAPLE GLEN, PA 19002 | N |
| 46 | 6850 | ROSEDALE UNITED CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 6870 DE TERREBONNE AVENUE<br>LONDON ONTERARIO,<br>CANADA | N |
| 47 | 6854 | MOUNDSVILLE HOUSING AUTHORITY | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 501 TENTH STREET<br>MOUNDSVILLE, WV 26041<br>UNITED STATES | N |
| 48 | 6867 | PRESBYTERIAN VILLAGE CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 214 VILLAGE DRIVE<br>WILLIAMSVILLE, NY 14221<br>UNITED STATES | N |
| 49 | 6874 | M T BANKS | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MULTIPLE LOCATIONS<br>MULTIPLE CITIES & STATES,<br>UNITED STATES | N |
| 50 | 6875 | KLEINHANS MUSIC HALL MANAGEMENT INC | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 71 SYMPHONY CIRCLE<br>BUFFALO, NY 14201<br>UNITED STATES | N |
| 51 | 6882 | MEMORIAL UNITED METHODIST CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 95 WALL STREET<br>NEW YORK, NY<br>UNITED STATES | N |
| 52 | 6883 | 600 3RD AVENUE BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 600 3RD AVENUE<br>NEW YORK, NY<br>UNITED STATES | N |
| 53 | 6903 | OUR LADY OF LOURDES CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 324 E CORINTH STREET<br>RAVENNA, NE 68869<br>UNITED STATES | N |
| 54 | 6904 | 350 PARK AVENUE BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 350 PARK AVENUE<br>NEW YORK CITY, NY<br>UNITED STATES | N |
| 55 | 6912 | CHARLESTON AREA MEDICAL CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CHARLESTON, WV<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 56 | 6915 | PHELPS APARTMENTS | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CINCINNATI, OH<br>UNITED STATES | N |
| 57 | 6916 | THE TOLEDO EDISON COMPANY | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 300 MADISON AVENUE<br>TOLEDO, OH 43604<br>UNITED STATES | N |
| 58 | 6923 | QUONSET HUT ANDERSON COMPLEX | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 507 ILLINOIS AVENUE<br>MAUMEE, OH 43537<br>UNITED STATES | N |
| 59 | 10518 | FARM BUREAU INSURANCE BUILDING | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | ANDERSON AVENUE &<br>WILLARD PLACE<br>WEST MANHATTEN, KS<br>UNITED STATES | N |
| 60 | 10533 | 1ST NATIONAL BANK | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN<br>UNITED STATES | N |
| 61 | 10534 | FIRST NATIONAL BANK | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN<br>UNITED STATES | N |
| 62 | 10539 | INDIANA NATIONAL BANK | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | INDIANAPOLIS, IN<br>UNITED STATES | N |
| 63 | 10591 | WILDLIFE BUILDING-NEAR VPA COLISEUM | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | BLACKSBURG, VA<br>UNITED STATES | N |
| 64 | 10671 | NORTHWESTERN DISTRICT HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | NC-125 & U.S. 158<br>ROANOKE RAPIDS, NC<br>UNITED STATES | N |
| 65 | 10677 | CIVIC CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | HELENA, AR<br>UNITED STATES | N |
| 66 | 10678 | CALVARY BAPTIST CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LITTLE ROCK, AR<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 67 | 10686 | MAY'S HELP HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | DELY CITY, CA<br>UNITED STATES | N |
| 68 | 10688 | MICHIGAN CANCER CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | DETROIT, MI<br>UNITED STATES | N |
| 69 | 10690 | MCLAREN HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | FLINT, MI<br>UNITED STATES | N |
| 70 | 10693 | HOMOT HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 2ND & FRENCH STREET<br>ERIE, PA<br>UNITED STATES | N |
| 71 | 10694 | OFFICE TOWER BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | ALBANY SOUTH MALL<br>ALBANY, NY<br>UNITED STATES | N |
| 72 | 10699 | TOWER PROPERTIES F.K.A.<br>COMMERCE TOWERS | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 911 MAIN STREET<br>KANSAS CITY, MO 64105<br>UNITED STATES | N |
| 73 | 10701 | U.M.K.C. HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | KANSAS CITY, MO<br>UNITED STATES | N |
| 74 | 10702 | VICKSBURG MEMORIAL HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | HIGHWAY 80 EAST<br>VICKSBURG, MS<br>UNITED STATES | N |
| 75 | 10703 | 1ST NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 16TH & DODGE STREET<br>OMAHA, NE<br>UNITED STATES | N |
| 76 | 10705 | ROCHESTER MEMORIAL ART<br>GALLERY | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 490 UNIVERSITY AVENUE<br>ROCHESTER, NY<br>UNITED STATES | N |
| 77 | 10715 | COOPER THEATER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LINCOLN, NE<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| Claims | Claim | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 78 | 10739 | LEVER BROTHERS COMPANY | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 45 RIVER ROAD BUILDING #66<br>EDGEWATER, NJ<br>UNITED STATES | N |
| 79 | 10764 | MONTEFOIRE HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | BRONX, NY<br>UNITED STATES | N |
| 80 | 10768 | WOODMAN TOWER BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N |
| 81 | 10773 | LEONARD'S HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | TROY, NY<br>UNITED STATES | N |
| 82 | 10788 | MARTIN TOWERS BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | EATON & 8TH AVENUE<br>ALLENTOWN, PA<br>UNITED STATES | N |
| 83 | 10803 | VALLCO PARK OFFICE BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CUPERTINO, CA<br>UNITED STATES | N |
| 84 | 10809 | HOWARD JOHNSON'S | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANSISCO, CA<br>UNITED STATES | N |
| 85 | 10833 | AHMANSON CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N |
| 86 | 10842 | ROPER HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CHARLESTON, SC<br>UNITED STATES | N |
| 87 | 10861 | MARINE RESEARCH BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | FORT JOHNSON ROAD<br>JAMES ISLAND, SC<br>UNITED STATES | N |
| 88 | 10870 | BEREA INDUSTRIAL PARK | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Listed on 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 89 | 10925 | SOUTH CAROLINA NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC<br>UNITED STATES | N |
| 90 | 10959 | AMERICAN RIVER HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SACTO, NV<br>UNITED STATES | N |
| 91 | 10963 | NORTH HILLS PASSAVANT HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | BABCOCK BLVD.-MCCANDLESS TWP<br>EPHRORA, PA<br>UNITED STATES | N |
| 92 | 10964 | WACHOVIA BANK | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | RALEIGH, NC<br>UNITED STATES | N |
| 93 | 10987 | SEQUOIA HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | REDWOOD CITY, CA<br>UNITED STATES | N |
| 94 | 10997 | 1ST NATIONAL BANK | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | ALLENTOWN, PA<br>UNITED STATES | N |
| 95 | 11006 | STANDARD OIL BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA<br>UNITED STATES | N |
| 96 | 11033 | EL CAMINO HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MT. VIEW, CA<br>UNITED STATES | N |
| 97 | 11042 | CARNEGIE MUSEUM | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | PITTSBURGH, PA<br>UNITED STATES | N |
| 98 | 11047 | JEWISH CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | WHITE PLAINS AREA<br>BRONX, NY<br>UNITED STATES | N |
| 99 | 11060 | TRENTY ATHLETIC CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | HARTFORD, CT<br>UNITED STATES | N |

**Ex. H: Claims Not Listed in the Verified 2019 Statement**

| Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 100 | 11073 | BANK OF AMERICA | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA<br>UNITED STATES | N |
| 101 | 11076 | AIR TERMINAL ADDITION | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | FRESNO, CA<br>UNITED STATES | N |
| 102 | 11077 | ABC ENTERTAINMENT CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LOS ANGELES, CA<br>UNITED STATES | N |
| 103 | 11081 | CENTENNIAL GARDENS FKA CIVIC CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | BAKERSFIELD, CA<br>UNITED STATES | N |
| 104 | 11089 | NEWMARK & COMPANY FNA 489 ASSOCIATES BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 42ND & 5TH AVENUE<br>NEW YORK CITY, NY<br>UNITED STATES | N |
| 105 | 11090 | CATHOLIC DIOCESE | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LITTLE ROCK, AR<br>UNITED STATES | N |
| 106 | 11091 | EDEN PARK HHC FNA EDEN PARK NURSING HOME | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | JEFFERSON STREET<br>CATSKILL, NY<br>UNITED STATES | N |
| 107 | 11093 | BANK OF AMERICA | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | FRESNO, CA<br>UNITED STATES | N |
| 108 | 11094 | BANK OF AMERICA | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | COMPTON, CA<br>UNITED STATES | N |
| 109 | 11099 | 55 WATER STREET | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 55 WATER STREET<br>MANHATTAN, NY<br>UNITED STATES | N |
| 110 | 11100 | 2 NEW YORK PLAZA | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 1 STATE STREET<br>NEW YORK, NY<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 111 | 11107 | BANK OF AMERICA | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SAN DIEGO, CA<br>UNITED STATES | N |
| 112 | 11108 | BANK OF AMERICA | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | LOS ANGELES, CA<br>UNITED STATES | N |
| 113 | 11113 | PROVIDENCE HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MOBILE, AL<br>UNITED STATES | N |
| 114 | 11114 | CIVIC CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | TUCSON, AZ<br>UNITED STATES | N |
| 115 | 11121 | 1ST NATIONAL BANK | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | STATE STREET<br>ERIE, PA<br>UNITED STATES | N |
| 116 | 11122 | FOUNTAIN HILL NURSING HOME | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | FOUNTAIN HILLS, PA<br>UNITED STATES | N |
| 117 | 11123 | FIRST NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SEATTLE, WA<br>UNITED STATES | N |
| 118 | 11132 | 201 N. FRONT STREET BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 201 N. FRONT STREET<br>NEW ORLEANS, LA<br>UNITED STATES | N |
| 119 | 11141 | GREENVILLE HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, PA<br>UNITED STATES | N |
| 120 | 11154 | STADIUM IN STORM LAKE | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SIOUX CITY, IA<br>UNITED STATES | N |
| 121 | 11156 | AUDY HOME | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | ROOSEVELT & OGDEN<br>CHICAGO, IL<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 122 | 11159 | DEVELOPMENT CENTER FOR MENTALLY RETARDED | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | E. 24TH ST & COM. COL CLEVELAND, OH UNITED STATES | N |
| 123 | 11165 | ROSENSTOCK HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FREDERICK, MD UNITED STATES | N |
| 124 | 11171 | FIRST NATIONAL BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OMAHA, NE UNITED STATES | N |
| 125 | 11172 | ANDERSON,STEWART F | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WYLIE RIDGE ROAD MEIRTON, WV 26062 UNITED STATES | N |
| 126 | 11189 | W. PA MOTOR CLUB JOB-HEADQUARTERS BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PENN CIRCLE WEST, E. LIBERTY PITTSBURGH, PA UNITED STATES | N |
| 127 | 11197 | SHENANGO HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FARREE, PA UNITED STATES | N |
| 128 | 11206 | CHARITY SCHOOL OF NURSING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NEW ORLEANS, LA UNITED STATES | N |
| 129 | 11209 | FAIRVIEW HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LAFAYETTE, LA UNITED STATES | N |
| 130 | 11212 | CHATEAU LEMOYNE HOTEL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NEW ORLEANS, LA UNITED STATES | N |
| 131 | 11215 | LITTLE SISTERS OF THE POOR | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NEW ORLEANS, LA UNITED STATES | N |
| 132 | 11224 | IMPERIAL OIL LTD., SARNIA ADMINISTRATION BLDG | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 602 CHRISTINA STREET, SOUTH SARNIA, ON 7T7M5 CANADA | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 133 | 11232 | CONTINENTAL BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA<br>UNITED STATES | N |
| 134 | 11237 | DIAMOND SHAMROCK BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SUPERIOR SQUARE<br>CLEVELAND, OH<br>UNITED STATES | N |
| 135 | 11241 | WASHINGTON COUNTY HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | WASHINGTON, PA<br>UNITED STATES | N |
| 136 | 11385 | HEALTH CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | CHICO, NV<br>UNITED STATES | N |
| 137 | 11386 | STOCKTON CITY LIBRARY | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | STOCKTON, NV<br>UNITED STATES | N |
| 138 | 11397 | SPAULDING BUILDING | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | KILMER ROAD<br>CAMP KILMER, NJ<br>UNITED STATES | N |
| 139 | 11404 | MENTAL HEALTH CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 711 E COLFAX AVENUE<br>SOUTH BEND, IN<br>UNITED STATES | N |
| 140 | 11408 | PLANTERS BANK & TRUST | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, MS<br>UNITED STATES | N |
| 141 | 11413 | DALE SPICER HOSPITAL JOB | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MCCORKLE AVENUE, ROUTE #60<br>KANAWHA CITY, WV<br>UNITED STATES | N |
| 142 | 11417 | EDEN PARK NURSING HOME | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | HOLLAND AVE<br>ALBANY, NY<br>UNITED STATES | N |
| 143 | 11418 | BELLEVUE FURNITURE | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | BELLEVUE, WA<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 144 | 11425 | BROOKDALE SHOPPING CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | MINNEAPOLIS, MN<br>UNITED STATES | N |
| 145 | 11429 | EDEN PARK NURSING HOME | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | RUTLAND, VT<br>UNITED STATES | N |
| 146 | 11435 | OBERLIN AIR TRAFFIC CONTROL CENTER | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | 326 E. LORAIN STREET<br>CHERLIN, OH<br>UNITED STATES | N |
| 147 | 11449 | VERMILLION LIBRARY JOB | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | VERMILLION, SD<br>UNITED STATES | N |
| 148 | 11452 | SHENANDOAH BAPTIST CHURCH | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | ROANOKE, VA<br>UNITED STATES | N |
| 149 | 11459 | WAYNESBORO HOSPITAL ADDITION | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | WAYNESBORO, TN<br>UNITED STATES | N |
| 150 | 11461 | SALEM HOSPITAL | c/o AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E<br>PO BOX 685 | HAMPTON | SC | 29924 | SALEM, OH<br>UNITED STATES | N |
| 151 | 11505 | CONSUMERS POWER | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | JACKSON, MI<br>UNITED STATES | N |
| 152 | 11507 | MEMORIAL HOSPITAL ADDITION | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | CUMBERLAND, MD<br>UNITED STATES | N |
| 153 | 11511 | MASA ELECTRONICS RESEARCH | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | CAMBRIDGE, MA<br>UNITED STATES | N |
| 154 | 11521 | SECURITY BENEFIT LIFE INSURANCE CO | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | 7TH & VAN BUREN<br>TOPEKA, KS<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 155 | 11545 | IVERSON TOWERS | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | WASHINGTON, DC<br>UNITED STATES | N |
| 156 | 11548 | ATLANTA WEST HOSPITAL | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | ATLANTA, GA<br>UNITED STATES | N |
| 157 | 11549 | CENTURY CENTER BUILDING | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | ATLANTA, GA<br>UNITED STATES | N |
| 158 | 11556 | MONTGOMERY WARD RANDHURST SHOPPING CENTER | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N |
| 159 | 11557 | MID CONTINENT BLDG | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | WEST MEMPHIS, TN<br>UNITED STATES | N |
| 160 | 11563 | CONVENTION HALL | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN<br>UNITED STATES | N |
| 161 | 11564 | NCNB BUILDING JOB J 5028 | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | WINSTON-SALEM, NC<br>UNITED STATES | N |
| 162 | 11607 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N |
| 163 | 11608 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | TAMPA, FL<br>UNITED STATES | N |
| 164 | 11609 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | 8220 WISCONSIN AVENUE<br>WASHINGTON, DC<br>UNITED STATES | N |
| 165 | 11610 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | 798 CONNECTICUT AVENUE<br>NORWALK, CT<br>UNITED STATES | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 166 | 11611 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | WAUKESHA, WI<br>UNITED STATES | N |
| 167 | 11612 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA<br>UNITED STATES | N |
| 168 | 11613 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | DES MOINES, IA<br>UNITED STATES | N |
| 169 | 11614 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | CINCINNATI, OH<br>UNITED STATES | N |
| 170 | 11615 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | DAYTON, OH<br>UNITED STATES | N |
| 171 | 11616 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | SIOUX FALLS, SD<br>UNITED STATES | N |
| 172 | 11617 | HOLIDAY INN | c/o DANIEL A SPEIGHTS<br>SPEIGHTS & RUNYAN<br>200 JACKSON AVE E E<br>PO BOX 685 | HAMPTON | SC | 29924 | HUNTINGTON, WV<br>UNITED STETES | N |
| 173 | 11649 | SCHOOL DISTRICT 43 COQUITLAM | CEDAR DRIVE ELEMENTARY<br>3150 CEDAR DR | PORT COQUITLAM | BC | V3B 3C3 | CEDAR DRIVE ELEMENTARY<br>3150 CEDAR DR.<br>PORT COQUITLAM, BC<br>CANADA | N |
| 174 | 11650 | SCHOOL DISTRICT 43 COQUITLAM | CENTENNIAL SECONDARY<br>SCHOOL<br>570 POIRIER ST | COQUITLAM | BC | V3J 6A8 | CENTENNIAL SECONDARY<br>SCHOOL 570 POIRER STRE<br>COQUITLAM, BC<br>CANADA | N |
| 175 | 11651 | SCHOOL DISTRICT 43 COQUITLAM | COMO LAKE MIDDLE SCH<br>1121 KING ALBERT AVE | COQUITLAM | BC | V3J 1X8 | COMO LAKE MIDDLE SCH 1121<br>KING ALBERT AVE.<br>COQUITLAM, BC<br>CANADA | N |
| 176 | 11652 | SCHOOL DISTRICT 43 COQUITLAM | GLEN ELEMENTARY<br>3064 GLEN DR | COQUITLAM | BC | V3B 2P9 | GLEN ELEMENTARY 3064 GLEN<br>DR.<br>COQUITLAM, BC<br>CANADA | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 177 | 11653 | SCHOOL DISTRICT 43 COQUITLAM | IRVINE ELEMENTARY 3862 WELLINGTON ST | PORT COQUITLAM | BC | V3B 3Z4 | IRVINE ELEMENTARY 3862 WELLINGTON ST. PORT COQUITLAM, BC CANADA | N |
| 178 | 11654 | SCHOOL DISTRICT 43 COQUITLAM | LINCOLN ELEMENTARY 1019 FERNWOOD AVE | PORT COQUITLAM | BC | V3B 5A8 | LINCOLN ELEMENTARY 1019 FERNWOOD AVE. PORT COQUITLAM, BC CANADA | N |
| 179 | 11655 | SCHOOL DISTRICT 43 COQUITLAM | MAPLE CREEK MIDDLE 3700 HASTINGS ST | PORT COQUITLAM | BC | V3B 5K7 | MAPLE CREEK MIDDLE 3700 HASTINGS ST. PORT COQUITLAM, BC CANADA | N |
| 180 | 11656 | SCHOOL DISTRICT 43 COQUITLAM | MINNEKHADA MIDDLE 1390 LAURIER AVE | PORT COQUITLAM | BC | V3B 2B8 | MINNEKHADA MIDDLE 1390 LAURIER AVE. PORT COQUITLAM, BC CANADA | N |
| 181 | 11657 | SCHOOL DISTRICT 43 COQUITLAM | MONTGOMERY MIDDLE 1900 EDGEWOOD AVE | COQUITLAM | BC | V3K 2Y1 | MONTGOMERY MIDDLE 1900 EDGEWOOD AVE. PORT COQUITLAM, BC CANADA | N |
| 182 | 11658 | SCHOOL DISTRICT 43 COQUITLAM | MOODY ELEMENTARY 2717 ST JOHNS ST | PORT MOODY | BC | V3H 2B8 | MOODY ELEMENTARY 2717 ST. JOHNS ST. PORT MOODY, BC CANADA | N |
| 183 | 11659 | SCHOOL DISTRICT 43 COQUITLAM | MOUNTAIN VIEW ELEMENTARY 740 SMITH AVE | COQUITLAM | BC | V3J 4E7 | MOUNTAIN VIEW ELEMENTARY 740 SMITH AVE COQUITLAM, BC CANADA | N |
| 184 | 11660 | SCHOOL DISTRICT 43 COQUITLAM | PITT RIVER MIDDLE 2070 TYNER ST | PORT COQUITLAM | BC | V3C 2Z1 | PITT RIVER MIDDLE 2070 TYNER ST. PORT COQUITLAM, BC CANADA | N |
| 185 | 11661 | SCHOOL DISTRICT 43 COQUITLAM | PORT MOODY SECONDARY 300 ALBERT ST | PORT MOODY | BC | V3H 2M5 | PORT MOODY SECONDARY 300 ALBERT ST. PORT MOODY, BC CANADA | N |
| 186 | 11662 | SCHOOL DISTRICT 43 COQUITLAM | TERRY FOX FEA 3550 WELLINGTON ST | PORT COQUITLAM | BC | V3B 3Y5 | TERRY FOX FEA 3550 WELLINGTON ST. PORT MOODY, BC CANADA | N |
| 187 | 11663 | SCHOOL DISTRICT 43 COQUITLAM | VISCOUNT ELEMENTARY SCHOOL 3280 FLINT ST | PORT COQUITLAM | BC | V3B 4J2 | VISCOUNT ELEMENTARY SCHOOL 3280 FLINT ST PORT MOODY, BC CANADA | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 188 | 11691 | J B THOMAS HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 15 KING STREET PEABODY, MA UNITED STATES | N |
| 189 | 11698 | EBENEZER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FITZHUGH STREET ROCHESTER, NY UNITED STATES | N |
| 190 | 11706 | R MACEY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AVENUE U. & 54TH STREET BROOKLYN, NY UNITED STATES | N |
| 191 | 11719 | RADIOLOGY BUILDING MEDICAL CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN UNITED STATES | N |
| 192 | 12133 | | SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | UC SAN DIEGO - THURGOOD MARSHALL LA JOLLA, CA 92093 UNITED STATES | N |
| 193 | 12319 | COCA COLA ENTERPRISES INC | SALES CENTER 415 WEST PIKES PEAK AVENUE | COLORADO SPRINGS | CO | 80918 | SALES CENTER 415 WEST PIKES PEAK AVENUE COLORADO SPRINGS, CO 80918 USA | N |
| 194 | 12320 | COCA COLA ENTERPRISES INC | SALES CENTER 3140 OIHANA STREET | KAUAI | HI | 96766 | SALES CENTER 3140 OIHANA STREET KAUAI, HI 96766 USA | N |
| 195 | 12370 | COCA COLA ENTERPRISES INC | 308 NORTH ST. ANDREWS STREET | DOTHAN | AL | 36301 | DOTHAN 308 NORTH ST. ANDREWS STREET AMARILLO, AL 36301 USA | N |
| 196 | 12371 | COCA COLA ENTERPRISES INC | SALES CENTER 701 SOUTH LINCOLN | AMARILLO | TX | 79101 | SALES CENTER 701 SOUTH LINCOLN AMARILLO, TX 79101 USA | N |
| 197 | 12372 | COCA COLA ENTERPRISES INC | MIDLAND COOLER 303 TEXAS AVENUE | MIDLAND | TX | 79701 | MIDLAND COOLER 303 TEXAS AVENUE MIDLAND, TX 79701 USA | N |
| 198 | 12373 | COCA COLA ENTERPRISES INC | BISSONNET FACILITY 2800 BISSONNET | HOUSTON | TX | 77005 | BISSONNET FACILITY 2800 BISSONNET HOUSTON, TX 77005 USA | N |

## Ex. H: Claims Not Listed in the Verified 2019 Statement

| # of Claims | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | On 2019 Statement? |
|---|---|---|---|---|---|---|---|---|
| 199 | 12374 | COCA COLA ENTERPRISES INC | MAIN WAREHOUSE 1402 INDUSTRIAL BOULEVARD | LAREDO | TX | 78041 | MAIN WAREHOUSE 1402 INDUSTRIAL BOULEVARD LAREDO, TX 78041 USA | N |
| 200 | 12380 | COCA COLA ENTERPRISES INC | NORTH TEXAS HDQ 6011 LEMMON AVENUE | DALLAS | TX | 75209 | NORTH TEXAS HDQ 6011 LEMMON AVENUE DALLAS, TX 75209 USA | N |
| 201 | 12382 | COCA COLA ENTERPRISES INC | GOODLAND SALES CENTER 719 WEST HIGHWAY 24 | GOODLAND | KS | 80918 | GOODLAND SALES CENTER 719 WEST HIGHWAY 24 GOODLAND, KS 80918 USA | N |
| 202 | 12384 | COCA COLA ENTERPRISES INC | NILES DIVISION OFFICE 7400 NORTH OAK PARK AVE | NILES | IL | 60714 | NILES DIV OFFICE 7400 NORTH OAK PARK AVENUE NILES, IL 60714 USA | N |
| 203 | 12396 | FAIRMAIL LEASEHOLD INC | 1800 SHEPPARD AVE E, STE330 P.O BOX 330 | WILLOWDA LE | ON | M2J5A7 | FAIRMAIL 1800 SHEPPARD AVE E, STE330 P.O BOX 330 WILLOWDALE, ON 2J5A7 CANADA | N |
| 204 | 12406 | SHERIDAN COLLEGE | 1430 TRAFALGAR ROAD | OAKVILLE | ON | L6H2L1 | 1430 TRAFALGAR ROAD A WING OAKVILLE, ON 6H2L1 CANADA | N |
| 205 | 12407 | SHERIDAN COLLEGE C WING | 1430 TRAFALGAR ROAD | OAKVILLE | ON | L6H2L1 | 1430 TRAFALGAR ROAD C WING OAKVILLE, ON 6H2L1 CANADA | N |
| 206 | 12514 | HYATT EQUITIES | HYATT REGENCY-655 BURRARD STREET | VANCOUVE R | BC | V6C2R7 | HYATT REGENCY-655 BURRARD STREET VANCOUVER, BC 6C2R7 CANADA | N |
| 207 | 12533 | CONSEILLERS IMMOBILIERS GWL INC | 2001 UNIVERSITY STREET | MONTREAL | QC | H3A2A6 | 2001 UNIVERSITY STREET MONTREAL, QC 3A2A6 CANADA | N |
| 208 | 14410 | JAMESTOWN MEMORIAL HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1211 WILMINGTON AVENUE NEW CASTLE, PA 16105 UNITED STATES | N |