# EXHIBIT I

## Claims Filed on Behalf of Buildings or Jobs

**Ex. I: Claims Filed on Behalf of Buildings or Jobs**

| # | Claim Number | Claimant Name | Claimant Address | City | State | Zip/Address | | Building | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6596 | ELM PLAZA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1401 ELM STREET DALLAS, TX 75202 UNITED STATES | Y | Elm Place f.k.a. First National Bank Building. | C | B |
| 2 | 6598 | LANGLEY PROFESSIONAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 7676 NEW HAMPSHIRE AVENUE LANGLEY PARK, MD 20783 UNITED STATES | Y | Langley Professional Building | C | B |
| 3 | 6616 | 60 BOARD STREET BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 60 BROAD STREET NEW YORK, NY 10020 UNITED STATES | Y | Uris Building a.k.a. 60 Broad Street Building | C | B |
| 4 | 6617 | EXECUTIVE HOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 4466 WEST PINE SAINT LOUIS, MO 63108 UNITED STATES | Y | Executive House Condominium f.k.a. Executive House Office Building | W-2 | B |
| 5 | 6618 | 104 CORPORATE PARK DRIVE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 104 CORPORATE PARK DRIVE PURCHASE, NY 10577 UNITED STATES | Y | Schulman Investors Building (a.k.a. 104 Corp Park Drive Bldg.) | C | B |
| 6 | 6619 | COMSAT LABORATORIES & PENTHOUSES | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 22300 COMSAT DRIVE CLARKSBURG, MD 20871 UNITED STATES | Y | Lockheed Martin Corp f.k.a. COMSAT Laboratories | C | B |
| 7 | 6620 | HARTFORD HOSPITAL MAIN BLDG & WINGS A-E | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 181 EAST CEDAR STREET NEWINGTON, CT 06111 UNITED STATES | Y | Hartford Hospital (f.k.a. Newington Crippled Children's Hospital) | C | B |

**Ex. I: Claims Filed on Behalf of Buildings or Jobs**

| | | | | City | State | Zip | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 6626 | EXXON RESEARCH & ENGINEERING- TOWER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 150 PARK AVENUE FLORHAM PARK, NJ 07932 UNITED STATES | Y | Exxon Company f.k.a. Esso Research Building | C | B |
| 9 | 6628 | JOHN HANCOCK CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 875 N MICHIGAN AVENUE CHICAGO, IL 60611 UNITED STATES | Y | John Hancock Center Building | W-4 | B |
| 10 | 6638 | THE EQUITABLE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 100 PEACHTREE STREET ATLANTA, GA 30303 UNITED STATES | Y | The Equitable Building | C | B |
| 11 | 6640 | EXXON RESEARCH & ENGINEERING - BLDG. FP 102 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 150 PARK AVENUE FLORHAM PARK, NJ 07932 UNITED STATES | Y | Exxon Company f.k.a. Esso Research Building | C | B |
| 12 | 6641 | HARTFORD INSURANCE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 101 CALIFORNIA STREET SAN FRANCISCO, CA UNITED STATES | Y | Hartford Building (650 California Street Building) f.k.a. Hartford Insurance Building | C | B |
| 13 | 6642 | GETTY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1200 GETTY CENTER LOS ANGELES, CA UNITED STATES | Y | Getty Museum Building | C | B |
| 14 | 6644 | BEVERLY WILSHIRE BLDG NKA REGENT BEV WILSHIRE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 9500 WILSHIRE BLVD BEVERLY HILLS, CA 90212 UNITED STATES | N | | | B |
| 15 | 6645 | BAY AREA RAPID TRANSIT ADM BUILDING | SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OAKLAND, CA UNITED STATES | Y | Bay Area Rapid Transit Administration Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim # | Claim No | Claimant Name | Claimant Address | City | State | Zip | Location | | Building/Job | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 6654 | MANDALAY APARTMENTS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 880 MANDALAY AVENUE CLEARWATER BEACH, FL UNITED STATES | N | | | B |
| 17 | 6656 | E.I. DUPONT BLDG-DUPONT DE NEMOURS & COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1007 MARKET STREET WILMINGTON, DE UNITED STATES | N | | | B |
| 18 | 6657 | POTOMAC PLAZA APT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WASHINGTON, DC UNITED STATES | Y | Potomac Plaza Apartments | C | B |
| 19 | 6661 | AMERICAN MEDICAL ASSOCIATION BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 515 NORTH STATE STREET CHICAGO, IL UNITED STATES | N | | | B |
| 20 | 6664 | JOHN HANCOCK TOWERS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 200 CLARENDON STREET BOSTON, MA 02116 UNITED STATES | Y | John Hancock Towers | C | B |
| 21 | 6665 | AMERICAN DENTAL ASSOCIATION BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 609 WALNUT STREET YANKTON, SD 57078 UNITED STATES | N | | | B |
| 22 | 6672 | EMPLOYER S MUTUAL JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WAUSAU, WI UNITED STATES | N | | | J |
| 23 | 6674 | SUNSET BOWL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SEATTLE, WA UNITED STATES | Y | Sunset Bowl | C | B |
| 24 | 6675 | MEDICAL DENTAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | EVERETT, WA UNITED STATES | Y | Medical Dental Building | C | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| # | Code | Name | Address | City | State | Zip | Location | Y/N | Description | Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 6676 | LINCOLN BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SPOKANE, WA UNITED STATES | N | | | B |
| 26 | 6678 | WOMEN S CLUB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RICHMOND, VA 23226 UNITED STATES | Y | The Bailing Haxall House f.k.a. Womens Club | W-9 | B |
| 27 | 6680 | MEMPHIS AIRPORT TERMINAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN UNITED STATES | Y | Memphis Airport Terminal Building f.k.a. Airport Terminal | C | B |
| 28 | 6688 | SCOPE BUILDING JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MONTICELLO AVENUE & BRAMBLETON AVENUE NORFOLK, VA 23510 UNITED STATES | Y | SCOPE - Chrysler Hall (Building #10 Arts & Entertainment Venue 4 - Floors) | W-2 | B |
| 29 | 6691 | HOMESTEAD HOTEL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1 U S ROUTE 220 HOT SPRINGS, VA 24445 UNITED STATES | Y | Homestead Hotel | B-2 | B |
| 30 | 6700 | SALVATION ARMY CHAPEL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 901 BELMONT AVENUE CHARLOTTE, NC 28205 UNITED STATES | Y | Salvation Army Chapel | C | B |
| 31 | 6707 | COACH LAMP APARTMENTS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 655 E MINOR DRIVE KANSAS CITY, MO 64134 UNITED STATES | Y | Coach Lamp Apartments | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 6710 | FIRST NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 21 S CLARK STREET CHICAGO, IL 60603 UNITED STATES | N | | B |
| 33 | 6720 | ILLINOIS UNION BLDG ILLINOIS UNION BOOKSTORE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 809 S WRIGHT STREET CHAMPAIGN, IL 61820 UNITED STATES | Y | Illinois Union Building (Illinois Union Bookstore) | C | B |
| 34 | 6728 | APT BUILDING COMPLEX | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1010 MEMORIAL DRIVE CAMBRIDGE, MA UNITED STATES | N | | B |
| 35 | 6731 | THE 800 BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FOURTH & YORK STREETS LOUISVILLE, KY UNITED STATES | Y | The 800 Building Apartments f.k.a. The 800 Building | C | B |
| 36 | 6732 | DOLESE BROTHERS MAIN OFFICE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 826 EAST CENTRAL AVE WICHITA, KS 67202 UNITED STATES | Y | Dolese Brothers - Main Office | C | B |
| 37 | 6736 | MCCORMICK PLACE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 2301 S LAKESHORE DRIVE CHICAGO, IL 60616 UNITED STATES | N | | B |
| 38 | 6738 | LINCOLN LANES BOWLING ALLEY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 107 W HARRISON STREET DANVILLE, IL 61832 UNITED STATES | Y | Lincoln Lanes Bowling Alley | W-4 | B |
| 39 | 6740 | WELLS FARGO BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Wells Fargo Building | C | B |
| 40 | 6741 | TOPANGA PLAZA SHOPPING CENTER | TOPANGA PLAZA SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 6600 TOPANGA CANYON/CANOGA PARK LOS ANGELES, CA UNITED STATES | Y | Topanga Plaza Shopping Center | C | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Building/Job Address | | Building/Job Name | | |
|---|---------|---------------|------------------|------|-------|-----|----------------------|---|-------------------|---|---|
| 41 | 6742 | PUBLIC LIBRARY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 7344 WASHINGTON AVENUE WHITTIER, CA UNITED STATES | Y | Public Library | C | B |
| 42 | 6745 | LOS ANGELES CONV CTR FKA CONV CTR BLDG | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1201 S FIGUEROA STREET LOS ANGELES, CA 90015 UNITED STATES | Y | Los Angeles Convention Center f.k.a. Convention Center Building | W-4 | B |
| 43 | 6746 | HILLSIDE SHOPPING CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | N | | | B |
| 44 | 6751 | NORTHSHORE COUNTRY CLUB CLUBHOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1340 GLENVIEW ROAD GLENVIEW, IL 60025 UNITED STATES | Y | Northshore CountryClub, Clubhouse | W-1 | B |
| 45 | 6752 | R H GARVEY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 300 W DOUGLAS WICHITA, KS 67202 UNITED STATES | Y | R.H. Garvey Building f.k.a. Garvey Center Building | W-3 | B |
| 46 | 6838 | CAMERON OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OKLAHOMA CITY, OK UNITED STATES | Y | Cameron Office Building | C | B |
| 47 | 6843 | Y M C A AUDITORIUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RIDGEWAY, PA UNITED STATES | Y | YMCA Auditorium | C | B |
| 48 | 6847 | NORFOLK PUBLIC HEALTH BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 401 COLLEY AVENUE NORFOLK, VA 23507 UNITED STATES | Y | SCOPE - Former Norfolk Public Health Building | W-2 | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| # | Claim | Name | Address | City | State | Zip / Country | | Scope | Code | |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 6851 | NORFOLK CITY HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 810 UNION STREET NORFOLK, VA 23510 UNITED STATES | Y | SCOPE - Norfolk City Hall (Building #1 - 12 Floors) | W-2 | B |
| 50 | 6852 | PUBLIC SAFETY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 811 E CITY HALL AVENUE NORFOLK, VA 23510 UNITED STATES | Y | SCOPE - Public Safety Building (Building #3-2 Floors/Courtsid e & 8 Floors/Jailside) | W-2 | B |
| 51 | 6853 | NORFOLK CIRCUIT COURT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 100 ST PAUL S BLVD NORFOLK, VA 23510 UNITED STATES | Y | SCOPE - Norfolk Circuit Court (Building #6 - 2 Floors) | W-2 | B |
| 52 | 6855 | SAUDER LYGRISEE G M C BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 4150 WEST KILLOGG DRIVE WICHITA, KS 67209 UNITED STATES | Y | Sauder Properties L.L.C. f.k.a. Sauder Lygrisee G.M.C. Building | B-4 | B |
| 53 | 6863 | MAINTENANCE SHOPS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 615 HOT SPRINGS, VA UNITED STATES | Y | Homestead Hotel - Maintenance Shops | B-2 | B |
| 54 | 6864 | OLD PURCHASING WAREHOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 615 HOT SPRINGS, VA UNITED STATES | Y | Homestead Hotel, Old Purchasing Warehouse | B-2 | B |
| 55 | 6874 | M T BANKS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MULTIPLE LOCATIONS MULTIPLE CITIES & STATES UNITED STATES | N | | | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim | Claim Component Name | Address | City | State | Zip | Location | | Building/Job | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 56 | 6883 | 600 3RD AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | | 600 3RD AVENUE NEW YORK, NY UNITED STATES | N | | | B |
| 57 | 6884 | 437 MADISON AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 437 MADISON AVENUE NEW YORK, NY UNITED STATES | Y | 437 Madison Avenue Building | C | B |
| 58 | 6891 | 245 PARK AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 245 PARK AVENUE NEW YORK, NY UNITED STATES | Y | 24K Park Avenue Building | C | B |
| 59 | 6892 | 130 JOHN STREET BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 130 JOHN STREET MANHATTAN, NY UNITED STATES | Y | Prudential f.k.a. 130 John Street Building | C | B |
| 60 | 6893 | 10 HANOVER SQUARE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 10 HANOVER SQUARE NEW YORK, NY 10017 UNITED STATES | Y | 10 Hanover Square Building f.k.a. c/o The Whitkoff Group | C | B |
| 61 | 6900 | LOCAL NO 274 GENERAL OFFICE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 100 HENDRICKS CAUSEWAY RIDGEFIELD, NJ 07657 UNITED STATES | Y | Pipefitters Local Union No. 274 - General Office | W-1 | B |
| 62 | 6904 | 350 PARK AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 350 PARK AVENUE NEW YORK, NY UNITED STATES | N | | | B |
| 63 | 6905 | 330 MADISON AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 330 MADISON AVENUE NEW YORK, NY UNITED STATES | Y | 330 Madison Avenue Building | C | B |
| 64 | 6906 | 280 PARK AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 280 PARK AVENUE NEW YORK, NY UNITED STATES | Y | 280 Park Avenue Building | W-6 | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | Claim Number | Claimant Name | Claimant Address | City | State | Property Address | | Action/Building Name | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 6915 | PHELPS APARTMENTS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC 29924 | CINCINNATI, OH UNITED STATES | N | | | B |
| 66 | 6923 | QUONSET HUT ANDERSON COMPLEX | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC 29924 | 507 ILLINOIS AVENUE MAUMEE, OH 43537 UNITED STATES | N | | | B |
| 67 | 10509 | HARRAH'S RESORT HOTEL COMPLEX | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC 29924 | STATELINE, NV UNITED STATES | Y | Harrah's Lake Tahoe f.k.a. Harrah's Resort Hotel Complex | C | B |
| 68 | 10511 | WICHITA MUNICIPAL AIRPORT | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC 29924 | WICHITA, KS UNITED STATES | Y | Wichita Airport Authority a.k.a. Wichita Municipal Airport | C | B |
| 69 | 10512 | WESLEY HOSPITAL ADDITION | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC 29924 | HILLSIDE & CENTRAL WICHITA, KS UNITED STATES | Y | Wesley Medical Center a.k.a. Wesley Hospital Addition | C | B |
| 70 | 10515 | JENSEN SALSRER LAE ADDITION | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC 29924 | KANSAS CITY, KS UNITED STATES | Y | Merchant's National Bank | C | B |
| 71 | 10516 | FOXRIDGE OFFICE BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | | | 57TH BROADMORE KANSAS CITY, KS UNITED STATES | Y | Mission Towers a.k.a. Foxridge Towers Office Building f.k.a. Foxridge Office Building | W-9 | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim | Property Name | c/o Address | City | State | Zip | Property | | Description | C | B |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 10517 | FIRST NATIONAL BANK BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | SHERMAN & MAIN HUTCHINSON, KS UNITED STATES | Y | First National Bank Building | C | B |
| 73 | 10518 | FARM BUREAU INSURANCE BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | ANDERSON AVENUE & WILLARD PLACE WEST MANHATTEN, KS UNITED STATES | N | | | B |
| 74 | 10519 | CARTER COUNTY HOSPITAL - ADDITION | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | ELIZABETHON, TN UNITED STATES | Y | Sycamore Shoals Hospital f.k.a. Carter County Hospital Addition - NOTE. ONLY HOSPITAL LISTED | C | B |
| 75 | 10526 | CIVIC CENTER AUDITORIUM | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | DULUTH, MN UNITED STATES | Y | Duluth Entertainment Convention Center f.k.a. Civic Center Auditorium | C | B |
| 76 | 10527 | DULETH ARENA AND AUDITORIUM | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | DULUTH, MN UNITED STATES | Y | Duluth Entertainment Convention Center f.k.a. Civic Center Auditorium | C | B |
| 77 | 10532 | R.I. TRUST NATIONAL BANK BLDG. | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | R.I. TRUST NATIONAL BANK BUILDING PROVICENCE, RI UNITED STATES | Y | Bank of Boston Building f.k.a. R.I. Trust National Bank Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Item | Claim Number | Name | Address | City | State | Zip | Location | | Building | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 10533 | 1ST NATIONAL BANK | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN UNITED STATES | N | | | B |
| 79 | 10540 | AMERICAN UNITED LIFE BLDG. - ADDITION | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | INDIANAPOLIS, IN UNITED STATES | Y | American United Life Building | C | B |
| 80 | 10587 | BUETOWS OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | | 29924 | 1925 COUNTY ROAD B-2 ST PAUL, MN UNITED STATES | Y | Beatows Office Building No. 2 c/o The American Academy of Acupuncture & Oriental Medicine | C | B |
| 81 | 10588 | ALBANY MUNICIPAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MORTON AVENUE ALBANY, NY UNITED STATES | Y | City Court of Albany f.k.a. Albany Municipal Building | C | B |
| 82 | 10591 | WILDLIFE BUILDING-NEAR VPA COLISEUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BLACKSBURG, VA UNITED STATES | N | | | B |
| 83 | 10663 | UNION BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | IONIA AVENUE - DOWNTOWN GRAND RAPIDS, MI UNITED STATES | Y | Bank One Building f.k.a. Union Bank Building | C | B |
| 84 | 10670 | WOLVERINE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | STATE STREET - W. SIDE OF ALLEY BATTLE CREEK, MI UNITED STATES | Y | Wolverine Building Inc (Headquarters) | C | B |
| 85 | 10691 | DETROIT NORTHERN INSURANCE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HANCOCK, MI UNITED STATES | Y | Detroit Northern Insurance Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | 10694 | OFFICE TOWER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | | ALBANY SOUTH MALL ALBANY, NY UNITED STATES | N | | B |
| 87 | 10696 | PIERRE LACLEDE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CLAYTON, MO UNITED STATES | Y | Pierre Laclede Center No. 1 f.k.a. Laclede Building(s) | W-9 | B |
| 88 | 10703 | 1ST NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 16TH & DODGE STREET OMAHA, NE UNITED STATES | N | | B |
| 89 | 10708 | SENECA BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CLINTON AVENUE ROCHESTER, NY UNITED STATES | Y | Seneca Development f.k.a. Seneca Building | C | B |
| 90 | 10713 | TELEPHONE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 168 STREET & 88TH AVENUE JAMAICA, QUEENS, NY UNITED STATES | Y | Telephone Building | C | B |
| 91 | 10714 | 10 HANOVER SQUARE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 10 HANOVER SQUARE MANHATTAN, NY UNITED STATES | Y | 10 Hanover Square Building c/o The Whitkoff Group | C | B |
| 92 | 10720 | NEW YORK TELEPHONE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 185TH & 88TH JAMAICA, NY UNITED STATES | Y | New York Telephone Building c/o Underground Communications | C | B |
| 93 | 10726 | MEDICAL OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 68 & TROOST KANSAS CITY, MO UNITED STATES | Y | Medical Office Building | C | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 94 | 10729 | RUSSIAN HILL TWIN TOWER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1150 LOMBARD SAN FRANCISCO, CA UNITED STATES | Y | 1150 Lombard Street apartments f.k.a. Russian Hill Twin Tower | C | B |
| 95 | 10730 | UNITED CALIFORNIA BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LOS ANGELES, CA UNITED STATES | Y | AON Building Center (AON Building Owner) f.k.a. First National Tower (Wells Fargo) f.k.a. United California Bank Building | C | B |
| 96 | 10731 | WORLD AIRWAYS AIRCRAFT MAINTENANCE FACILITY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OAKLAND AIRPORT OAKLAND, CA UNITED STATES | Y | World Airways Aircraft Maintenance Facility, Oakland Airport/Headquarters located in Peachtree, GA | C | B |
| 97 | 10734 | 880 THIRD AVENUE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 880 THIRD AVENUE NEW YORK, NY 10022 UNITED STATES | Y | 880 Third Avenue a.k.a. 165 East 53rd Street | C | B |
| 98 | 10741 | LOCKHEED MARTIN BUILDING 400 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 9500 GODWIN DRIVE MANASSAS, VA 20110 UNITED STATES | Y | Lockheed Martin Corporation Bldg. 400 | C | B |

**Ex. I: Claims Filed on Behalf of Buildings or Jobs**

| Seq/Claim | Claim # | Company Name | Legal Name/Address | City | State | Zip | Address | Flag | Name | Code | Bldg |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 10743 | LIBERTY NATIONAL LIFE BUILDING COMPLEX | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 2001 3RD AVENUE SOUTH BIRMINGHAM, AL 35233 UNITED STATES | Y | Liberty National Life Insurance Company | C | B |
| 100 | 10755 | TORRANCE MEDICAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | TORRANCE, CA UNITED STATES | Y | Torrance Memorial Medical Center f.k.a. Torrance Medical Building | C | B |
| 101 | 10756 | NINE STORY OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ROSEMONT, IL UNITED STATES | Y | Nine Story Office Building | C | B |
| 102 | 10757 | SUTTER PLACE OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Sutter Place LLC (d/b/a Pacific Plaza) f.k.a. Sutter Place Office Building | W-9 | B |
| 103 | 10760 | WELLS FARGO OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OAKLAND, CA UNITED STATES | Y | Wells Fargo Bank | C | B |
| 104 | 10762 | FOUNDERS PLAZA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GILBERT STREET HARTFORD, CT UNITED STATES | Y | 99 Founders Plaza | W-9 | B |
| 105 | 10763 | METCALF PLAZA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AUBURN, NY UNITED STATES | Y | Metcalf Plaza c/o East Hill Family Medical | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Property? | Project | Box | Box |
|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 10765 | OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 98 CUTTER MILL ROAD GREAT NECK, NY UNITED STATES | Y | Office Building c/o Law Offices of Ira S. Newman | C | B |
| 107 | 10766 | OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 170TH & HILLSIDE AVENUE JAMAICA, NY UNITED STATES | Y | AIDS Center of Queens County f.k.a. Office Building | C | B |
| 108 | 10767 | ONEIDA CO. OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ONEIDA, NY UNITED STATES | Y | Oneida County Office Building c/o Oneida County Department of Law | W-9 | B |
| 109 | 10768 | WOODMAN TOWER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N | | | B |
| 110 | 10770 | BOWERY SAVINGS BANK BUILDING 9 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 4TH & BROADWAY NEW YORK, NY UNITED STATES | Y | Bowery Savings Bank, Bldgs 9 | C | B |
| 111 | 10771 | BOWERY SAVINGS BANK BUILDING 327 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 4TH & BROADWAY NEW YORK, NY UNITED STATES | Y | Bowery Savings Bank, Bldgs 327 | C | B |
| 112 | 10772 | BOWERY SAVINGS BANK BUILDING 6 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 47TH & BROADWAY NEW YORK, NY UNITED STATES | Y | Bowery Savings Bank, Bldgs 6 | C | B |
| 113 | 10776 | R.U. WILSON BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | UNION STREET ROCHESTER, NY UNITED STATES | Y | R.U.Wilson Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim Number | Claim Number | Claimant Name | Claimant Address | City | State | Zip | Job/Building Location | Claim? | Building/Job Name | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 10777 | IBM BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | KINGSTON, NY UNITED STATES | Y | IBM Building | C | B |
| 115 | 10778 | OMAHA CITY AUDITORIUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OMAHA, NE UNITED STATES | Y | Omaha City Auditorium Complex | C | B |
| 116 | 10788 | MARTIN TOWERS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | EATON & 8TH AVENUE ALLENTOWN, PA UNITED STATES | N | | | B |
| 117 | 10789 | MANOR OAK #2 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENTREE, PA UNITED STATES | Y | Manor Oak Two / Also has another bldg. 1001 Brinton Road, Pittsburgh, PA 15221 | W-9 | B |
| 118 | 10790 | LONG TERM NURSING FACILITY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUSQUEVIEW-HILL HARRIS PROJECT 652 LOCK HAVEN, PA UNITED STATES | Y | Susque-View Home & Health Center f.k.a. Long Term Nursing Facility | C | B |
| 119 | 10791 | LACKAWANNO COUNTY HIGH RISE FOR THE ELDERLY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1000 JACKSON STREET SCRANTON, PA UNITED STATES | Y | Jackson Heights High Rise for the Elderly. F.k.a. Lackawanna High Rise for the Elderly | C | B |
| 120 | 10796 | EQUITABLE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BROADWAY & MARKET STREETS ST. LOUIS, MO UNITED STATES | Y | Equitable house | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Item | Claim | Building/Job Name | Claimant Address | City | State | Zip | Property Location | Y/N | Building/Job Description | Class | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | 10801 | FISHERMAN'S WHARF PARKING GARAGE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Fisherman's Wharf Parking Garage | C | B |
| 122 | 10802 | COMMUNITY CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SALINAS, CA UNITED STATES | Y | Community Center | C | B |
| 123 | 10803 | VALLCO PARK OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CUPERTINO, CA UNITED STATES | N | | | B |
| 124 | 10806 | HUNT FOODS OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FULLERTON, CA UNITED STATES | Y | Hunt Foods Office Building | C | B |
| 125 | 10808 | NORTH COUNTY OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PALO ALTO, CA UNITED STATES | Y | North County Office Building | C | B |
| 126 | 10811 | MCCONNEL WINTER STADIUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3773 UNIVERSITY STREET MONTREAL, QC CANADA | Y | McConnel Winter Stadium, McGill University | K-5 | B |
| 127 | 10812 | MCLENNAN LIBRARY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3459 MCTAVISH STREET MONTREAL, QC CANADA | Y | McLennan Library, McGill University | K-5 | B |
| 128 | 10813 | GARDNER HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MONTREAL, QC CANADA | Y | Gardner Hall, McGill University | K-5 | B |
| 129 | 10814 | HUGESSEN HOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3666 MCTAVISH MONTREAL, QC CANADA | Y | Hugessen House, McGill University | K-5 | B |

**Ex. I: Claims Filed on Behalf of Buildings or Jobs**

| # | Claim Number | Claimant | Claimant Address | City | State | City/State/Country | | Description | Resort | |
|---|---|---|---|---|---|---|---|---|---|---|
| 130 | 10816 | BIRKS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 3520 UNIVERSITY STREET MONTREAL, QC CANADA | Y | Birks Building, McGill University | K-5 | B |
| 131 | 10818 | RABINOVITCH HOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 3640 MOUNTAIN STREET MONTREAL, QC CANADA | Y | Rabinovitch House, McGill University | K-5 | B |
| 132 | 10819 | WILSON HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 3506 UNIVERSITY STREET MONTREAL, QC CANADA | Y | Wilson Hall, McGill University | K-5 | B |
| 133 | 10820 | BEATTY HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 1266 AVENUE DES PINS MONTREAL, QC CANADA | Y | Beatty Hall, McGill University | K-5 | B |
| 134 | 10821 | BISHOP MOUNTAIN HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 3935 UNIVERSITY STREET MONTREAL, QC CANADA | Y | Bishop Mountain Hall, McGill University | K-5 | B |
| 135 | 10822 | OCCUPATIONAL HEALTH & SAFETY DEPARTMENT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 1140 PINE STREET MONTREAL, QC CANADA | Y | Occupational Health & Safety Department, McGill University | K-5 | B |
| 136 | 10823 | PSYCHIATRY DEPARTMENT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 1033 PINE STREET MONTREAL, QC CANADA | Y | Psychiatry Department, McGill University | K-5 | B |
| 137 | 10824 | PETERSON HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 3460 PEEL STREET MONTREAL, QC CANADA | Y | Peterson Hall, McGill University | K-5 | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim # | | Company Name | Address | City | State | Zip | Project Address | Matched | Job | Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | 10825 | MEDICINE, ETHICS & LAW BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3690 PEEL STREET MONTREAL, QC CANADA | Y | Medicine, Ethics & Law Building, McGill University | K-5 | B |
| 139 | 10826 | INSTITUTE OF AIR & SPACE LAW BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3661 PEEL STREET MONTREAL, QC CANADA | Y | Institute of Air & Space Law Building, McGill University | K-5 | B |
| 140 | 10827 | ARTS DEPARTMENT OF ECONOMICS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3483 PEEL STREET MONTREAL, QC CANADA | Y | Arts Department of Economics, McGill University | K-5 | B |
| 141 | 10828 | MAUT BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3495 PEEL STREET MONTREAL, QC CANADA | Y | Maut Building, McGill University | K-5 | B |
| 142 | 10829 | JAMES ADMINISTRATION BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 845 SHERBROONE STREET W. MONTREAL, QC CANADA | Y | James Administration Building, McGill University | K-5 | B |
| 143 | 10830 | DOUGLAS HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3851 UNIVERSITY STREET MONTREAL, QC CANADA | Y | Douglas Hall, McGill University | K-5 | B |
| 144 | 10831 | FERRIER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 840 DR. PENFIELD AVENUE MONTREAL, QC CANADA | Y | Ferrier Building, McGill University | K-5 | B |
| 145 | 10832 | FACULTY CLUB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3450 MCTAVISH MONTREAL, QC CANADA | Y | Faculty Club, McGill University | K-5 | B |

**Ex. I: Claims Filed on Behalf of Buildings or Jobs**

| | Claim Number | Claimant Name | Claimant Address | City | State | Zip | Property Address | Filed on Behalf? | Building/Job Name | Building/Job Number | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 146 | 10833 | AHMANSON CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | N | | | B |
| 147 | 10835 | MEDI-CENTER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | Medi-Center Building | 01, 02, 03 | B |
| 148 | 10839 | PEOPLES PLAZA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | Peoples Plaza | 01, 02, 03 | B |
| 149 | 10847 | CORNELL ARMS APARTMENT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | Cornell Arms Apartments | 01, 02, 03 | B |
| 150 | 10859 | LAMB, YOUNG, JONES OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WESLEY DRIVE & SAVANNAH HIGHWAY CHARLESTON, SC UNITED STATES | Y | Lamb, Young, Jones Office Building | 01, 02, 03 | B |
| 151 | 10861 | MARINE RESEARCH BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FORT JOHNSON ROAD JAMES ISLAND, SC UNITED STATES | N | | | B |
| 152 | 10869 | FIRST FEDERAL SAVINGS LOAN BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MAIN STREET COLUMBIA, SC UNITED STATES | Y | First Federal Savings & Loan | 01, 02, 03 | B |
| 153 | 10870 | BEREA INDUSTRIAL PARK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | N | | | B |
| 154 | 10883 | BURNSIDE HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 805 SHERBROONE STREET W. MONTREAL, QC CANADA | Y | Burnside Hall, McGill University | K-5 | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| # | Claim # | Building | Address | City | State | Zip | Address 2 | Y | Building | K-5 | B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | 10884 | BRITTAIN HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 21-111 LAKESHORE ROAD MONTREAL, QC CANADA | Y | Brittain Hall, McGill University | K-5 | B |
| 156 | 10889 | MACDONALD ENGINEERING BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 817 SHERBROOKE STREET W. MONTREAL, QC CANADA | Y | MacDonald Engineering Building, McGill University | K-5 | B |
| 157 | 10890 | LEACOCK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 855 SHERBROONE STREET W. MONTREAL, QC CANADA | Y | Leacock Building, McGill University | K-5 | B |
| 158 | 10893 | SCHOOL OF ENVIRONMENT BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3534 UNIVERSITY STREET MONTREAL, QC CANADA | Y | School of Environment Building, McGill University | K-5 | B |
| 159 | 10894 | DUGGAN HOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3724 PROMENADE SIR WILLIAM OSCEK MONTREAL, QC CANADA | Y | Duggan House, McGill University | K-5 | B |
| 160 | 10895 | DUFF MEDICAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3775 UNIVERSITY STREET MONTREAL, QC CANADA | Y | Duff Medical Building, McGill University | K-5 | B |
| 161 | 10896 | FACULTY OF EDUCATION BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3700 MCTAVISH STREET MONTREAL, QC CANADA | Y | Faculty of Education Building, McGill University | K-5 | B |
| 162 | 10897 | THOMSON HOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MONTREAL, QC CANADA | Y | Thomson House, McGill University | K-5 | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | Claim # | Building | Contact | City | State | Zip | Address | | Building | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 163 | 10898 | STRATHCONA MUSIC BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 555 SHERBROONE STREET W. MONTREAL, QC CANADA | Y | Strathcona Music Building, McGill University | K-5 | B |
| 164 | 10899 | DAVIS HOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3654 PROMENADE SIR WILLIAM OSLER MONTREAL, QC CANADA | Y | Davis House, McGill University | K-5 | B |
| 165 | 10900 | DAWSON HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 855 SHERBROONE STREET W. MONTREAL, QC CANADA | Y | Dawson Hall, McGill University | K-5 | B |
| 166 | 10901 | SIR ARTHUR CURRIE GYMNASIUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 475 AVENUE DES PINS MONTREAL, QC CANADA | Y | Sir Arthur Currie Gymnasium, McGill University | K-5 | B |
| 167 | 10902 | CHANCELLOR DAY HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3644 PEEL STREET MONTREAL, QC CANADA | Y | Chancellor Day Hall, McGill University | K-5 | B |
| 168 | 10903 | FRANK DAWSON ADAMS HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3450 UNIVERSITY STREET MONTREAL, QC CANADA | Y | Frank Dawson Adams Hall, McGill University | K-5 | B |
| 169 | 10904 | MCCONNEL ENGINEERING BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3480 UNIVERSITY STREET MONTREAL, QC CANADA | Y | McConnel Engineering Building, McGill University | K-5 | B |
| 170 | 10905 | MCCONNEL HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3905 UNIVERSITY STREET MONTREAL, QC CANADA | Y | McConnel Hall, McGill University | K-5 | B |