Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | Claim Number | Claimant Name | Claimant Address | City | State | Zip | Building Address | | Building Name | Class | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | 10906 | MCINTYRE MEDICAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3655 PROMENADE SIR WILLIAM-OSLER MONTREAL, QC CANADA | Y | McIntyre Medical Building, McGill University | K-5 | B |
| 172 | 10907 | EAST ASIAN STUDIES BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3434 MCTAVISH STREET MONTREAL, QC CANADA | Y | East Asian Studies Building, McGill University | K-5 | B |
| 173 | 10908 | JEWISH STUDIES BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3438 MCTAVISH STREET MONTREAL, QC CANADA | Y | Jewish Stuides Building, McGill University | K-5 | B |
| 174 | 10909 | CHARLES MEREDITH HOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1130 AVENUE DES PINS MONTREAL, QC CANADA | Y | Charles Meredith House, McGill University | K-5 | B |
| 175 | 10910 | MOLSON HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3915 UNIVERSITY STREET MONTREAL, QC CANADA | Y | Molson Hall, McGill University | K-5 | B |
| 176 | 10911 | MOLSON STADIUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 475 AVENUE DES PINS MONTREAL, QC CANADA | Y | Molson Stadium, McGill University | K-5 | B |
| 177 | 10912 | OTTO MASS CHEMISTRY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 801 SHERBROOKE STREET W. MONTREAL, QC CANADA | Y | Otto Mass Chemistry Building, McGill University | K-5 | J |
| 178 | 10913 | ENGLISH DEPARTMENT BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3475 PEEL STREET MONTREAL, QC CANADA | Y | English Department Building, McGill University | K-5 | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim Number | Claimant Name | Address | City | State | Zip | Address 2 | Y/N | Building/Job | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 179 | 10914 | ARTS POLISH LIBRARY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3479 PEEL STREET MONTREAL, QC CANADA | Y | Arts Polish Library, mcGill University | K-5 | B |
| 180 | 10916 | ARLINGTON HOTEL, JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HOT SPRINGS, AR UNITED STATES | Y | Arlington Resort Hotel & Spa f.k.a. Arlington Hotel Job | C | B |
| 181 | 10925 | SOUTH CAROLINA NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | N | | | B |
| 182 | 10929 | BRONFAM BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1001 SHERBROONE STREET W. MONTREAL, QC CANADA | Y | Bronfam Building, McGill University | K-5 | B |
| 183 | 10931 | ARTS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 853 SHERBROONE STREET W. MONTREAL, QC CANADA | Y | Arts Building - McGill University | K-5 | B |
| 184 | 10932 | GARFIELD WESTON POOL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3606 UNIVERSITY STREET MONTREAL, QC CANADA | Y | Garfield Weston Pool, McGill University | K-5 | B |
| 185 | 10933 | REDPATH HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 861 SHERBROONE STREET W. MONTREAL, QC CANADA | Y | RedPath Hall, McGill University | K-5 | B |
| 186 | 10934 | PURVIS HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1020 PINE AVENUE MONTREAL, QC CANADA | Y | Purvis Hall, McGill University | K-5 | B |
| 187 | 10938 | SEAGRAM BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MONTREAL, QC CANADA | Y | Seagram Building, McGill University | K-5 | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 188 | 10939 | STEWART BIOLOGY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1205 DOCTOR PENFIELD AVENUE MONTREAL, QC CANADA | Y | Stewart Biology Building, McGill University | K-5 | B |
| 189 | 10940 | STRATHCONA ANATOMY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3640 UNIVERSITY STREET MONTREAL, QC CANADA | Y | Stratcona Anatomy Building, McGill | K-5 | B |
| 190 | 10945 | MACK TRUCK OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MACK BLVD, END OF SOUTH 8TH STREET ALLENTOWN, PA UNITED STATES | Y | Allentown Truck Sales f.k.a. Mack Truck Office Building | C | B |
| 191 | 10946 | LINCOLN INCOME LIFE INS. CO. - OFFICE TOWER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LOUISVILLE, KY UNITED STATES | Y | Lincoln Heritage Insurance Company f.k.a. Lincoln Income Life Insurance Co. | C | B |
| 192 | 10947 | CAYUGA CO. OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AUBURN, NY UNITED STATES | Y | Cuyaga County Office Building f.k.a. Cuyaga Company Office Building | W-9 | B |
| 193 | 10952 | RUDEN JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1 MADISON SQUARE 25TH & MADISON NEW YORK, NY UNITED STATES | Y | Rudin Mangement | C | J |
| 194 | 10953 | MARINE MIDLAND OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MAIN & SENECA STREET BUFFALO, NY UNITED STATES | Y | Marine Midland Building (Buffalo, NY) | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | Claim No. | Claimant Name | Claimant Address | City | State | Zip | Location | | Building | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | 10964 | SECURITY NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | | 1/2 MILE NORTH L.L. EXPRESSWAY MELLVILLE, NY UNITED STATES | Y | Security National Bank | C | B |
| 196 | 10958 | SACTO CONV. CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SACTO, NV UNITED STATES | Y | City of Sacramento Convention Center f.k.a. Sacramento (Sacto) Convention Center | B-2 | B |
| 197 | 10967 | D.L.P.S.T. OFFICE CON. BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FIFTH & LOCUST MCKEESPORT, PA UNITED STATES | Y | D.L.P.S.T. Office Building | C | B |
| 198 | 10971 | BELL TELEPHONE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SOUTH MAIN STREET WILKES-BARRE, PA UNITED STATES | Y | Bell Telephone Building | C | B |
| 199 | 10973 | HOSPITAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PETALUMA, CA UNITED STATES | Y | Petaluma Valley Community Hospital f.k.a. Hospital | C | B |
| 200 | 10974 | BLUE CROSS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CHAPEL HILL, NC UNITED STATES | Y | Blue Cross Building | C | B |
| 201 | 10980 | ROBINSON AUDITORIUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LITTLE ROCK, AR UNITED STATES | Y | Robinson Center Auditorium | C | B |
| 202 | 10983 | BUILDING | 3570 WEST LAKE c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3570 WEST LAKE WILMETTE, IL UNITED STATES | Y | 3570 West Lake | C | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | Claim # | Claimant Name | Address | City | State | Zip | Geographic Area | Flag | Property Name | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 203 | 10889 | ROTUNDA A AIRPORT TERMINAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | San Francisco International Airport - George f.k.a. Rotunda A Airport Terminal | C | B |
| 204 | 10894 | PERMANENT SAVINGS & LOAN BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | EVANSVILLE, IN UNITED STATES | Y | Permanent Federal Bank f.k.a. Permanent Savings & Loan Bldg. | C | B |
| 205 | 10896 | MASONIC BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PALO ALTO, CA UNITED STATES | Y | Masonic Building | C | B |
| 206 | 11001 | STANDARD OIL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 6 BETWEEN 49TH & 50TH NEW YORK, NY UNITED STATES | Y | Mobil Oil f.k.a. Standard Oil Building | C | B |
| 207 | 11004 | HOOK TERMINAL | HOWLAND c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OFF WESTERN AVENUE, COETHOLE BRIDGE STATEN ISLAND, NY UNITED STATES | Y | Howland Hook Marine Terminal f.k.a. Howland Hook Terminal | C | B |
| 208 | 11006 | STANDARD OIL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | N | | | B |
| 209 | 11009 | 211 MAIN STREET BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 211 MAIN STREET SAN FRANCISCO, CA 94105 UNITED STATES | Y | Folger Building | W-8 | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claims # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Country | | Building Name | | Building |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 210 | 11010 | RUDEN BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 41 MADISON AVENUE NEW YORK, NY UNITED STATES | Y | Rudin Building | W-14 | B |
| 211 | 11013 | LIBERTY MUTUAL INSURANCE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 18, NORTH NEW CASTLE, PA UNITED STATES | Y | Liberty Mutual Insurance Building | C | B |
| 212 | 11017 | SENIOR CITIZENS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FRESNO, CA UNITED STATES | Y | Senior Citizens Village | C | B |
| 213 | 11018 | SANTA TERESA MEDICAL OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | | SAN JOSE, CA UNITED STATES | Y | Kaiser Permanente Medical Center f.k.a. Santa Teresa County Hospital | C | B |
| 214 | 11019 | QUANTAS OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Quantas Office Building | C | B |
| 215 | 11020 | PACIFIC GAS & ELECTRIC BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | STOCKTON, CA UNITED STATES | Y | Pacific Gas & Electric Building | C | B |
| 216 | 11021 | PACIFIC GAS & ELECTRIC BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN JOSE, CA UNITED STATES | Y | Pacific Gas & Electric Building | C | B |
| 217 | 11022 | NOB HILL APARTMENTS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Nob Hill Apartments | C | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 218 | 11027 | BERGDORF BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 80 COVENTRY STREET HARTFORD, CT 06112 UNITED STATES | Y | Burgdorf Clinic Building f.k.a. Burgdolf Health Center | W-8 | B |
| 219 | 11028 | SECURITY PACIFIC BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | SAN FRANCISCO, CA UNITED STATES | Y | Security Pacific Bank Building (45 Story Building) | C | B |
| 220 | 11029 | EASTMAN KODAK BUILDING #213 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | ROCHESTER, NY UNITED STATES | Y | Eastman Kodak, Bldgs 213 | C | B |
| 221 | 11030 | EASTMAN KODAK BUILDING #317 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | ROCHESTER, NY UNITED STATES | Y | Eastman Kodak, Bldgs 317 | C | B |
| 222 | 11031 | EASTMAN KODAK BUILDING #211 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | ROCHESTER, NY UNITED STATES | Y | Eastman Kodak, Bldgs 211 | C | B |
| 223 | 11032 | EASTMAN KODAK BUILDING #82 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | ROCHESTER, NY UNITED STATES | Y | Eastman Kodak, Bldgs 82 | C | B |
| 224 | 11035 | EASTMAN KODAK BUILDING #69 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | ROCHESTER, NY UNITED STATES | Y | Eastman Kodak, Bldgs, 69 | C | B |
| 225 | 11038 | EASTMAN KODAK BUILDING #9 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | ROCHESTER, NY UNITED STATES | Y | Eastman Kodak, Bldgs 9 | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim | No. | Name | Address | City | State | Zip | Location | | Building | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 232 | 11057 | CAPITAL STREET APARTMENT | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HARTFORD, CT UNITED STATES | Y | Whitney Manor f.k.a. Capital Street Apartment | C | B |
| 231 | 11055 | FOLGER BUILDING #2 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Folger Building | W-8 | B |
| 230 | 11051 | 22 CORTLAND STREET BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 22 CORTLAND STREET NEW YORK, NY UNITED STATES | Y | 22 Cortland Building | C | B |
| 229 | 11048 | SAN ANTONIO OFFICE BUILDING CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MOUNTAIN VIEW, CA UNITED STATES | Y | City Hall f.k.a. San Antonio Office Building Center - Financial Center | C | B |
| 228 | 11045 | WELLS FARGO BUILDING FKA 550 CALIFORNIA BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Wells Fargo Building | C | B |
| 227 | 11041 | SAFEWAY STORE, CHERRY CREEK SHOPPING CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DENVER, CO UNITED STATES | Y | Cherry Creek Shopping Center - Safeway Store | C | B |
| 226 | 11039 | FORT SMITH CONVENTION CTR & CIVIC AUDITORIUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 55 SOUTH 7TH STREET FORT SMITH, AR 72902 UNITED STATES | Y | City of Fort Smith, Arkansas/Fort Smith Convention Center f.k.a. Fort Smith Civic Auditorium | W-8 | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claims Item # | Claim Number | Claimant Name | Claim Information/Address | City | State | Zip | Location | | Building/Job Name | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 233 | 11063 | CORPORATE PLACE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DES MOINES, IA UNITED STATES | Y | Corporate Place | C | B |
| 234 | 11064 | BANKERS LIFE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DES MOINES, IA UNITED STATES | Y | Bankers Life Building | C | B |
| 235 | 11069 | FORD CITY BANK ADDITION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FORD CITY, IL UNITED STATES | Y | Ford City Bank Addition | C | B |
| 236 | 11070 | FOLLOWUP SERVICES BUILDING 6 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NORTHBROOK, IL UNITED STATES | Y | Underwriters Laboratory - Follow Up Services Building f.k.a. Follow Up Services Building | C | B |
| 237 | 11072 | DOCTOR'S BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ARLINGTON HEIGHTS, IL UNITED STATES | Y | Doctor's Building (Access Medical) | C | B |
| 238 | 11074 | BLUE CROSS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DETROIT, MI UNITED STATES | Y | Blue Cross Building | C | B |
| 239 | 11076 | AIR TERMINAL ADDITION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FRESNO, CA UNITED STATES | N | | | B |
| 240 | 11082 | CIVIC CTR BRD CHAMBERS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN JOSE, CA UNITED STATES | | Civic Center & Board Chambers Building | C | B |

**Ex. I: Claims Filed on Behalf of Buildings or Jobs**

| # | Claim No. | Name | c/o Address | City | State | Zip | Location | | Description | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 241 | 11086 | ZOO JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LITTLE ROCK, AR UNITED STATES | Y | Little Rock Zoo f.k.a. Zoo Job | C | J |
| 242 | 11089 | NEWMARK & COMPANY FNA 489 ASSOCIATES BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 42ND & 5TH AVENUE NEW YORK CITY, NY UNITED STATES | N | | | B |
| 243 | 11095 | BLUE CROSS BLUE SHIELD BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DURHAM, NC UNITED STATES | Y | Blue Cross-Blue Shield Building | C | B |
| 244 | 11115 | CSAA BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | CSAA Building | C | B |
| 245 | 11116 | DEL MONTE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Del Monte Building | C | B |
| 246 | 11117 | HUNTINGTON BEACH MEDICAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HUNTINGTON BEACH, CA UNITED STATES | Y | Huntington Beach Hospital f.k.a. Huntington Beach Medical Building | C | B |
| 247 | 11118 | 1150 LOMBARD STREET APARTMENTS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | 1150 Lombard Street Apartments f.k.a. Russian Hill Twin Tower | C | B |
| 248 | 11119 | BLUE CROSS BLUE SHIELD BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | TOPEKA, KS UNITED STATES | Y | Blue Cross Blue Shield Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | Claim # | Claimant Name | Address | City | State | Zip | Job Location | Flag | Building/Job Name | Misc | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 249 | 11123 | FIRST NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SEATTLE, WA UNITED STATES | N | | | B |
| 250 | 11125 | HOSPITAL IN CARROLL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CARROLL, IA UNITED STATES | Y | St. Hospital's Regional Hospital & Nursing Home f.k.a. St. Anthony's Hospital | W-9 | B |
| 251 | 11126 | BLUE CROSS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HAMDEN, CT UNITED STATES | Y | Blue Cross Building | C | B |
| 252 | 11130 | 1900 AVE OF THE STARS OFFICE BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LOS ANGELES, CA UNITED STATES | Y | 1900 Avenue of the Stars Office Bldg. | C | B |
| 253 | 11132 | 201 N. FRONT STREET BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 201 N. FRONT STREET NEW ORLEANS, LA UNITED STATES | N | | | B |
| 254 | 11134 | CAUSEWAY BUILDING #2 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3301 CAUSEWAY BLVD. METAIRIE, LA UNITED STATES | Y | Causeway Office Building #2 | C | B |
| 255 | 11137 | 1ST NATIONAL BANK TOWER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PORTLAND, OR UNITED STATES | Y | Wells Fargo Center H.Q. f.k.a. First national Bank Tower | C | B |
| 256 | 11142 | GRANZIANO BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CORNER FRANKSTOWN ROAD & DUFF, PA HILLS PITTSBURGH, PA UNITED STATES | Y | Granziano Building | C | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 257 | 11154 | STADIUM IN STORM LAKE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SIOUX CITY, IA UNITED STATES | N | | | B |
| 258 | 11165 | ROSENSTOCK HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FREDERICK, MD UNITED STATES | N | | | B |
| 259 | 11175 | SUPERIOR SQUARE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1100 SUPERIOR SQUARE CLEVELAND, OH UNITED STATES | Y | Diamond Building f.k.a. Superior Square Building | C | B |
| 260 | 11176 | STELLA-MARG BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DUNMAN RD & INDUSTRIAL DRIVE CLEVELAND, OH UNITED STATES | Y | Stella Maris (Cafeteria) Building | C | B |
| 261 | 11177 | SHAKER HEIGHTS POLICE STATION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SHAKER HEIGHTS, OH UNITED STATES | Y | Shaker Heights Police Department Station | C | B |
| 262 | 11179 | INVESTMENT TOWER JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | | 1801 E. NINTH STREET CLEVELAND, OH UNITED STATES | Y | Ohio Savings Plaza f.k.a. Penton Plaza & Investment Tower Job (Building 1 of 2) | W-9 | J |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| No. | Claim # | Creditor Name | Claimant Address | City | State | Zip | Location | Flag | Building | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 263 | 11181 | OHIO VALLEY GENERAL HOSPITAL- NEW ADM BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WHEELING, WV UNITED STATES | Y | Ohio Valley Medical Center (Admin Bldg.) f.k.a. Ohio Valley General Hopital - New Administration Building | C | B |
| 264 | 11182 | OHIO VALLEY GENERAL HOSPITAL- NEW ADM BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WHEELING, WV UNITED STATES | Y | Ohio Valley Medical Center (Admin Bldg.) f.k.a. Ohio Valley General Hopital - New Administration Building | C | B |
| 265 | 11189 | W. PA MOTOR CLUB JOB- HEADQUARTERS BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PENN CIRCLE WEST, E. LIBERTY PITTSBURGH, PA UNITED STATES | N | Lehman Township Municipal Building f.k.a. | | B |
| 266 | 11190 | UNITY HOUSE- ADMINISTRATIO N BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 209 BUSHKILL, PA UNITED STATES | Y | Unity House - Administration Bldg | C | B |
| 267 | 11191 | UNIONTOWN NEWSPAPER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | UNIONTOWN, PA UNITED STATES | Y | Herald-Standard Newspaper f.k.a. Uniontown Newspaper Building | C | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| # | | Name | c/o Address | City | State | Zip | Location Address | | Building/Job | C | B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 268 | 11192 | SUNBURY HI-RISE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 599 CHESTNUT STREET SUNBURY, PA UNITED STATES | Y | Sunbury Housing Authority - Chestnut Tower f.k.a. Sunbury Hi-Rise | C | B |
| 269 | 11199 | SHAMOKIN HIGH RISE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SHAMOKIN, PA UNITED STATES | Y | Shamokin City - Housing Authority (Harold E. Thomas f.k.a. Shamokin High Rise Building | C | B |
| 270 | 11202 | CENTERCREST HOME-NURSING FACILITIES ADDITION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | EAST HOWARD STREET BELLEFONTE, PA UNITED STATES | Y | Centrecrest Home - Nursing Facilities Addition | C | B |
| 271 | 11204 | NEW GREASE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | PHILADELPHIA, PA UNITED STATES | Y | New Grease Building | C | B |
| 272 | 11205 | CAUSEWAY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NEW ORLEANS, LA UNITED STATES | Y | Causeway Office Building #1 | C | B |
| 273 | 11213 | PLAUCHE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | NEW ORLEANS, LA UNITED STATES | Y | Plauche Office Building | C | B |
| 274 | 11221 | SAGINAW CIVIC CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CORNER OF JOHNSON & N. WASHINGTON SAGINAW, MI UNITED STATES | Y | Saginaw Civic Center | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | | Creditor Name | Creditor Notice Name | City | State | Zip | Address | | Name of Building or Job | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 275 | 11223 | TRENTON CITY HALL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | TRENTON, MI UNITED STATES | Y | Trenton City Hall | C | B |
| 276 | 11224 | IMPERIAL OIL LTD. SARNIA ADMINISTRATIO N BLDG | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 602 CHRISTINA STREET, SOUTH SARNIA, ON 7T7M5 CANADA | N | | | B |
| 277 | 11225 | TOWER APARTMENT BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | RICHMOND, CA UNITED STATES | Y | Tower Apartment Building | C | B |
| 278 | 11227 | TERESA OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN JOSE, CA UNITED STATES | Y | Santa Teresa Medical Office Building | W-9 | B |
| 279 | 11228 | SHERMAN BUILDING TWIN TOWERS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN JOSE, CA UNITED STATES | Y | Sherman Building Twin Towers | C | B |
| 280 | 11229 | PACIFIC HEIGHTS APARTMENTS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Pacific Heights Apartments | C | B |
| 281 | 11230 | KONG CHOW BENEVOLENT BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Kong Chow Benevolent Building | C | B |
| 282 | 11232 | CONTINENTAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | N | | | B |
| 283 | 11233 | EMBARCADERO BART | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SAN FRANCISCO, CA UNITED STATES | Y | Embarcadero Center #1 | W-8 | B |

**Ex. I: Claims Filed on Behalf of Buildings or Jobs**

| # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | | Building/Job | | |
|---|---------|---------------|------------------|------|-------|-----|------------------|---|------------|---|---|
| 284 | 11235 | WASHINGTON TRUST BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SPOKANE, WA UNITED STATES | Y | Washington Trust Financial Center (Main Branch) f.k.a. Washington Trust Building | | C | B |
| 285 | 11237 | DIAMOND SHAMROCK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUPERIOR SQUARE CLEVELAND, OH UNITED STATES | N | | | | B |
| 286 | 11244 | SOUTHWESTERN BELL-FKA BELL TELEPHONE BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SOUTHWESTERN BELL FKA BELL TELEPHONE BLDG. LITTLE ROCK, AR UNITED STATES | Y | Southwestern Bell - f.k.a. Bell Telephone Building | | C | B |
| 287 | 11245 | UNION BANK JOB NKA NATIONS BANK | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LITTLE ROCK, AR UNITED STATES | Y | Nations Bank f.k.a. Union Bank Job | | C | J |
| 288 | 11248 | CAGLE OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OMAHA, NE UNITED STATES | Y | Cagle Office Building c/o Martin Cannon, Esquire | | C | B |
| 289 | 11250 | BLUE CROSS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OAKLAND, CA UNITED STATES | Y | Blue Cross Building | | C | B |

**Ex. I: Claims Filed on Behalf of Buildings or Jobs**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 290 | 11258 | OHIO VALLEY GENERAL HOSPITAL - NEW ED BLDG. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | WHEELING, WV UNITED STATES | Y | Ohio Valley Medical Center (Educational Bldg.) F.k.a. Ohio Valley General Hospital - New Educational Building | C | B |
| 291 | 11260 | NORTH PACIFIC PLAZA BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 UNITED STATES | Y | North Pacific Plaza Building c/o Mayfield Management Company | C | B |
| 292 | 11261 | MERIDIAN BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 UNITED STATES | Y | Meridian Building | C | B |
| 293 | 11391 | GATEWAY BUILDING #2 | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 MARKET & BROAD STREET NEWARK, NJ UNITED STATES | Y | Gateway II f.k.a. Gateway Building #2 | C | B |
| 294 | 11397 | SPAULDING BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 KILMER ROAD CAMP KILMER, NJ UNITED STATES | N | | | B |
| 295 | 11398 | TATERBORO OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 ROUTE 17 HASBROOK HEIGHTS, NJ UNITED STATES | Y | Airport 17 Office Building (Possible) f.k.a. Teterboro Office Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim # | Claim Name | c/o Address | City | State | Zip | Location | Grantor | Description | | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 296 | 11401 | METHODIST HOSPITAL ADDITION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | INDIANAPOLIS, IN UNITED STATES | Y | Clarion Health Partners/Method 1st Hospital f.k.a. Methodist Hospital Addition | W-9 | B |
| 297 | 11403 | INDIANA BELL TELEPHONE ADDITION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | INDIANAPOLIS, IN UNITED STATES | Y | Indiana Bell Telephone Bldg. Addition | C | B |
| 298 | 11410 | CITY AUDITORIUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | JACKSON, MS UNITED STATES | Y | City Auditorium Job | C | J |
| 299 | 11413 | DALE SPICER HOSPITAL JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MCCORKLE AVENUE, ROUTE #60 KANAWHA CITY, WV UNITED STATES | N | | | J |
| 300 | 11416 | 100 WALL STREET BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 100 WALL STREET NEW YORK, NY UNITED STATES | Y | 100 Wall Street | C | B |
| 301 | 11420 | JOB, MORAN | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 200 MARKET STREET SEATTLE, WA UNITED STATES | Y | Moran Job | C | J |
| 302 | 11436 | SEVERANCE OFFICE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | | | MAYFIELD & TAYLOR CLEVELAND, OH UNITED STATES | Y | The Elisabeth Severance Prentiss Center (Skilled Nursing Care) f.k.a. Severance Medical Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 303 | 11437 | SEVERANCE MEDICAL BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 3700 MAYFIELD ROAD CLEVELAND, OH UNITED STATES | Y | The Elisabeth Severance Prentiss Center (Skilled Nursing Care) f.k.a. Severance Medical Building | C | B |
| 304 | 11444 | 333 ONONDAGA STREET BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 333 ONONDAGA STREET SYRACUSE, NY UNITED STATES | Y | 333 East Onodaga Street | C | B |
| 305 | 11449 | VERMILLION LIBRARY JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | VERMILLION, SD UNITED STATES | N | | | J |
| 306 | 11450 | MEDICAL CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BURLINGTON, VT UNITED STATES | Y | Appletree Bay Medical Center (VA Outreach Clinic) f.k.a. Medical Center | C | B |
| 307 | 11451 | UNITED WAY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ALEXANDRA, VA UNITED STATES | Y | United Way International Headquarters f.k.a. United Way Building | C | B |
| 308 | 11464 | I C I OF AMERICA BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | HOPEWELL, VA UNITED STATES | Y | National Starch & Chemical Company f.k.a. I.C.I. Of America Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Control/ Claim Number | Claim Number | Comment Note | Claimant Address | City | State | Zip | Location | Status | Building | Ranking | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309 | 11459 | WAYNESBORO HOSPITAL ADDITION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | | | | WAYNESBORO, TN UNITED STATES | N | | | B |
| 310 | 11463 | LOUIS GALIE CENTRAL NATURAL BANK JOB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CLEVELAND, OH UNITED STATES | Y | United Banking & Trust Company Building f.k.a. Louis Galie Central National Bank Job | C | J |
| 311 | 11489 | SEARS & GRANT BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | LACROSSE, WI UNITED STATES | Y | Sears & Grant Building | C | B |
| 312 | 11506 | CULTURAL BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | AUGUSTA, ME UNITED STATES | Y | Augusta Civic Center f.k.a. Cultural Building | C | B |
| 313 | 11507 | MEMORIAL HOSPITAL ADDITION | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | CUMBERLAND, MD UNITED STATES | N | | | B |
| 314 | 11510 | NEWSPAPER BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | SPRINGFIELD, MA UNITED STATES | Y | Springfield Journal f.k.a. Springfield News | C | B |
| 315 | 11520 | 1ST NATIONAL BANK BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | SHERMAN & MAIN HUTCHINSON, KS UNITED STATES | Y | First National Bank Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| # | Claim | Building | Address | City | State | Location | | Description | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 316 | 11525 | IMPERIAL OFFICE BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | NO. CAUSEWAY & ESPLANIA METAIRIE, LA UNITED STATES | Y | Imperial Premium Finance f.k.a. Imperial Office Building | C | B |
| 317 | 11526 | LOUISIANA NATIONAL BANK BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 4TH & FLORIDA STREET BATON ROUGE, LA UNITED STATES | Y | Louisiana National Bank Building | C | B |
| 318 | 11527 | OBECO BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | CANNAL STREET NEW ORLEANS, LA UNITED STATES | Y | Fisk Building & Investments (POSSIBLE) f.k.a. Obeco Building | C | B |
| 319 | 11530 | CNA BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | WABASH & VAN BUREN CHICAGO, IL UNITED STATES | Y | C.N.A. Plaza Headquarters f.k.a. CAN Building | C | B |
| 320 | 11532 | IBM OFFICE BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | CHICAGO, IL UNITED STATES | Y | IBM Building | C | B |
| 321 | 11534 | DENVER SQUARE ANACONDA BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | DENVER, CO UNITED STATES | Y | Denver Square, Anaconda Bldg. | C | B |
| 322 | 11535 | MEDICAL APTS BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | GREELEY, CO UNITED STATES | Y | Northern Colorado Medical Center- Hospitality House f.k.a. Medical Apartments Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| No. | Claim # | Building/Job | c/o Address | City | State | Zip | Location | Y/N | Building/Job | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 323 | 11537 | IBM OFFICE BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | HAMDEN, CT UNITED STATES | Y | TM Byxbee Company f.k.a. IBM Office Building | C | B |
| 324 | 11539 | WESTPORT OFFICE BLDG | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | WESTPORT, CT UNITED STATES | Y | Westport Office Bldg. | C | B |
| 325 | 11547 | PRATT WHITNEY JOB | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | W PALM BEACH, FL UNITED STATES | Y | Pratt/Whitney Job | C | J |
| 326 | 11549 | CENTURY CENTER BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | ATLANTA, GA UNITED STATES | N | | | B |
| 327 | 11550 | DODGE COUNTY HOSPITAL JOB | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | EASTMAN, GA UNITED STATES | Y | Dodge County Hospital | W-9 | J |
| 328 | 11551 | FIRST NATIONAL BANK JOB | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | UNITED STATES | Y | First National Bank Job | C | J |
| 329 | 11552 | GA FARM BUREAU BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | MACON, GA UNITED STATES | Y | GA Farm Bureau Building | C | B |
| 330 | 11557 | MID CONTINENT BLDG | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | WEST MEMPHIS, TN UNITED STATES | N | | | B |
| 331 | 11564 | NCNB BUILDING JOB J 5028 | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | WINSTON-SALEM, NC UNITED STATES | N | | | J |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| | Claim # | Debtor Name | Creditor Notice Name | City | State | Foreign Location | Claim Filed | Related Matter/Description | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 332 | 11568 | ARLINGTON HOSPITAL ADDITION | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | ARLINGTON, VA UNITED STATES | Y | Virginia Hospital Center f.k.a. Arlington Hospital Claim 2 of 2 | C | B |
| 333 | 11583 | NORTHWESTERN BANK BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | CHARLOTTE, NC UNITED STATES | Y | Northwestern Bank Building | C | B |
| 334 | 11587 | COMPUTER OFFICE BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 301 N. CHURCH ST., WINSTON-SALEM, NC UNITED STATES | Y | Computer Office Building | C | B |
| 335 | 11591 | LABORER S 310 UNION OFFICE BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 3250 EUCLID AVENUE CLEVELAND, OH UNITED STATES | Y | Laborers' Local #310 f.k.a. Laborer's 310 Union Office Building | C | B |
| 336 | 11594 | TONAWANDA POLICE JOB | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | BAYARD & SHERIDA TONAWANDA, NY UNITED STATES | Y | Tonawanda City Police f.k.a. Tonawanda Police Job | C | J |
| 337 | 11595 | NEW MUNICIPAL BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | MARKET STREET POUGHKEEPSIE, NY UNITED STATES | Y | New Municipal Building | C | B |
| 338 | 11598 | GENERAL MOTORS BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 59TH STREET NEW YORK, NY UNITED STATES | Y | General Motors Building | C | B |
| 339 | 11599 | FORD MANHATTAN BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 57TH (BTWN 10 & 11 AVE) NEW YORK, NY UNITED STATES | Y | Ford Manhattan Building | C | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| # | Claim # | Co-debtor Name | Claimant Address | City | State | Zip | Address 2 | | Building | | |
|---|---------|----------------|------------------|------|-------|-----|-----------|---|----------|---|---|
| 340 | 11602 | A&S BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SMITH HAVEN MALL LAKE GROVE, NY UNITED STATES | Y | A & S Building | C | B |
| 341 | 11603 | 1ST NATIONAL BUILDING | c/o DANIEL A SPEIGHTS SPEIGHTS & RUNYAN 200 JACKSON AVE E E PO BOX 685 | HAMPTON | SC | 29924 | JACKSON, MS UNITED STATES | Y | Trustmark National Bank (Possible) f.k.a. First National Bank | C | B |
| 342 | 11688 | KEYSTONE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 225 CONGRESS STREET BOSTON, MA UNITED STATES | Y | KeyStone Building c/o Spaulding & Slye Colliers Real Estate f.k.a. Spaulding Building | C | B |
| 343 | 11690 | JOHN HANCOCK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | TRINITY PLACE BOSTON, MA UNITED STATES | Y | John Hancock Towers | C | B |
| 344 | 11692 | DAY SQUARE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 415 BREMEN STREET EAST BOSTON, MA UNITED STATES | Y | Muzzy's Day Squ | C | B |
| 345 | 11696 | PLAZA BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | UNICE TOWNSHIP ROAD WOODBURY, NY UNITED STATES | Y | Plaza Building | C | B |
| 346 | 11697 | ESSO BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 6TH AVENUE BETWEEN 49TH & 50TH STREETS NEW YORK CITY, NY UNITED STATES | Y | Time Life Building f.k.a. Esso Building | C | B |
| 347 | 11698 | EBENEZER BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | FITZHUGH STREET ROCHESTER, NY UNITED STATES | N | | C | B |

## Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim Number | Creditor Name | Creditor Address | City | State | Zip | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 348 | 11703 | 310 W 43RD STREET BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 310 W. 43RD STREET NEW YORK, NY UNITED STATES | Y | 310 W 43rd Street Building | W-9 | B |
| 349 | 11706 | R MACEY BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | AVENUE U & 54TH STREET BROOKLYN, NY UNITED STATES | N | | | B |
| 350 | 11708 | BELL TELEPHONE ADDITION | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DENVER, CO UNITED STATES | Y | Bell Telephone Addition | C | B |
| 351 | 11710 | WEST FARM BUREAU LIFE BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DENVER, CO UNITED STATES | Y | West Farm Bureau Life Building | C | B |
| 352 | 11712 | MILE HIGH MEDICAL ARTS BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | DENVER, CO UNITED STATES | Y | Mile High Medical Arts Bldg | C | B |
| 353 | 11714 | HOLLY SUGAR BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLORADO SPRINGS, CO UNITED STATES | Y | Colorado Springs, CO - Chamber of Commerce Building f.k.a. Holly Sugar Building | C | B |
| 354 | 11717 | RENEWAL SHOPPING MALL BLDG 2 BURLINGTON URB | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | BURLINGTON, VT UNITED STATES | Y | Renewal Shopping Mall - Building #2 Burlington Urban | C | B |
| 355 | 11719 | RADIOLOGY BUILDING MEDICAL CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN UNITED STATES | N | | | B |

Ex. I: Claims Filed on Behalf of Buildings or Jobs

| Claim # | | Creditor Name | Claimant Address | City | State | Zip | Full Address | | Building/Court/Notes | | Class | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 356 | 11722 | NATIONAL BANK BUILDING | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | HAMPTON | SC | 29924 | MEMPHIS, TN UNITED STATES | Y | First Tennessee Bank/Court-Thomas COmputer Center (Add-On Bldg. 3-3) f.k.a. National Bank Building | K-8 | B | |
| 357 | 12407 | SHERIDAN COLLEGE C WING | 1430 TRAFALGAR ROAD | OAKVILLE | ON | L6H2L1 | 1430 TRAFALGAR ROAD C WING OAKVILLE, ON 6H2L1 CANADA | N | | | B | |
| 358 | 12524 | GREAT WEST LIFE INSURACE BUILDING | GREAT WEST LIFE INSURANCE BUILDING | WINNIPEG | MB | R3C1B9 | 60 OSBORNE WINNIPEG, MB 3C1B9 CANADA | Y | Great West Life (not sure how to list this - we filed 3 claims and have 3 separate retainers - should we list as one client???? | K-9 | B | |