# EXHIBIT L

## Claims Citing Building Questionnaires

Ex. L: Claims Citing Building Questionnaires

| Claim # | Claim # | Claimant Name | Claimant Address | | City | State | Zip | Property Address | Questionnaire Statement? | Property Name | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6668 | UNIVERSITY INN MOTEL | | PO BOX 685 | HAMPTON | SC | 29924 | GAINESVILLE, FL UNITED STATES | Y | Holiday Inn University Center f.k.a. University Inn Motel | B-1 |
| 2 | 10735 | ST. CANICE'S CATHOLIC CHURCH | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E | PO BOX 685 | HAMPTON | SC | 29924 | 222 ORCHARD PLACE PITTSBURGH, PA 15210 UNITED STATES | Y | St. Canice Catholic Church | B-1 |
| 3 | 6691 | HOMESTEAD HOTEL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E | PO BOX 685 | HAMPTON | SC | 29924 | 1 U S ROUTE 220 HOT SPRINGS, VA 24445 UNITED STATES | Y | Homestead Hotel | B-2 |
| 4 | 6846 | THE HOMESTEAD COTTEGES | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E | PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 220 HOT SPRINGS, VA 24445 UNITED STATES | Y | Homestead Hotel - Cotteges | B-2 |
| 5 | 6859 | THE HOMESTEAD SPA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E | PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 220 HOT SPRINGS, VA 24445 UNITED STATES | Y | Homestead Hotel - Spa | B-2 |
| 6 | 6860 | CASCADES CRAB HOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E | PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 220 HOT SPRINGS, VA 24445 UNITED STATES | Y | Homestead Hotel - Cascades Crab House | B-2 |
| 7 | 6861 | POWER HOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E | PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 220 & ROUTE 615 HOT SPRINGS, VA UNITED STATES | Y | Homestead Hotel - PowerHouse | B-2 |
| 8 | 6862 | HOMESTEAD LAUNDRY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E | PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 615 HOT SPRINGS, VA UNITED STATES | Y | Homestead Hotel | B-2 |

Ex. L: Claims Citing Building Questionnaires

| Claim # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Questionnaire Signed | Building Name and/or Represented Owner | Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 6863 | MAINTENANCE SHOPS | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 615 HOT SPRINGS, VA UNITED STATES | Y | Homestead Hotel - Mintenance Shops | B-2 |
| 10 | 6864 | OLD PURCHASING WAREHOUSE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 615 HOT SPRINGS, VA UNITED STATES | Y | Homestead Hotel, Old Purchasing Warehouse | B-2 |
| 11 | 6865 | CASCADES INN | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 220 HOT SPRINGS, VA 24445 UNITED STATES | Y | Homestead Hotel - Cascades Inn | B-2 |
| 12 | 10958 | SACTO CONV. CENTER | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | HAMPTON | SC | 29924 | SACTO, NV UNITED STATES | Y | City of Sacramento Convention Center f.k.a. Sacramento (Sacto) Convention Center | B-2 |
| 13 | 6849 | HOLY FAMILY VILLA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | HAMPTON | SC | 29924 | 12375 MCCARTHY LEMENT, IL 60439 UNITED STATES | Y | Holy Family Villa - Owner: Catholic Charities of the Archdiocese of Chicago | B-3 |
| 14 | 6908 | HOLY FAMILY VILLA | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | HAMPTON | SC | 29924 | 12375 MCCARTHY LEMENT, IL 60439 UNITED STATES | Y | Holy Family Villa - Owner: Catholic Charities of the Archdiocese of Chicago | B-3 |
| 15 | 11101 | NASSAU COLISEUM | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN PO BOX 685 | HAMPTON | SC | 29924 | HEMPSTEAD TURNPIKE HEMPSTEAD, LONG ISLAND, NY UNITED STATES | Y | Nassau Coliseum | B-3 |