# EXHIBIT N

## Claims Filed on Behalf of
## Construction Companies, Supply Stores or Contractors

Ex. N: Claims Filed on Behalf of Construction Companies, Supply Stores or Contractors

| Claim No. | Claim Number | Claimant Name | Claimant Address | City | State | Zip | Property Address | Statement | Represented By | Exhibit Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10834 | MCCRORY SUMMWALT CONSTRUCTION COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | McCrory Summwalt Construction Company | 01, 02, 03 |
| 2 | 10836 | MYRTLE BEACH LUMBER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MYRTLE BEACH, SC UNITED STATES | Y | Myrtle Beach Lumber Company | 01, 02, 03 |
| 3 | 10838 | PEE DEE BUILDERS SUPPLY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MARION, SC UNITED STATES | Y | Pee Dee Buildings Supply | 01, 02, 03 |
| 4 | 10840 | R&G PAINT COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUMTER STREET COLUMBIA, SC UNITED STATES | Y | R & G Paint Company | 01, 02, 03 |
| 5 | 10843 | SHERWIN WILLIAMS PAINT STORE | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | WADE HAMPTON BOULEVARD GREER, SC UNITED STATES | Y | Sherwin Williams Paint Store | 01, 02, 03 |
| 6 | 10846 | COLUMBIA PLASTERING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 68 REEDER POINT DRIVE - ROUTE #4 COLUMBIA, SC 29209 UNITED STATES | Y | Columbia Plastering Company | 01, 02, 03 |
| 7 | 10848 | COVIL INSULATION COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC 29602 UNITED STATES | Y | Covil Insulation Company | 01, 02, 03 |

Ex. N: Claims Filed on Behalf of Construction Companies, Supply Stores or Contractors

| # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Supplemented | Name on Claim | Basis |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 10849 | CROMER & SULLIVAN CONSTRUCTION COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ANDERSON, SC UNITED STATES | Y | Cromer & Sullivan Construction Co. | 01, 02, 03 |
| 9 | 10850 | D.H. HOLMES COMPANY LTD | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | OAKWOOD, SC UNITED STATES | Y | D.H. Holmes Company Ltd. | 01, 02, 03 |
| 10 | 10851 | DUFFIE PAINT COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 8 AIRPORT ROAD GREENVILLE, SC 29602 UNITED STATES | Y | Duffie Paint Company | 01, 02, 03 |
| 11 | 10852 | FRANK ULMER LUMBER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC 29604 UNITED STATES | Y | Frank Ulmer Lumber Company | 01, 02, 03 |
| 12 | 10855 | J.E. GRAMBLING BUILDING SUPPLY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ORANGEBURG, SC 29115 UNITED STATES | Y | J.E. Grambling Building Supply | 01, 02, 03 |
| 13 | 10856 | J.T. ROBERTSON - SOUTHERN COATING & CHEMICAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUMTER, SC 29150 UNITED STATES | Y | J.T. Robertson - Southern COating & Chemical | 01, 02, 03 |
| 14 | 10858 | L. ROY OWEN PLASTERING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ROUTE 1 CENTRAL, SC 29630 UNITED STATES | Y | L. Roy Owen Plastering Co. | 01, 02, 03 |

Ex. N: Claims Filed on Behalf of Construction Companies, Supply Stores or Contractors

| Claim # | Claim No. | Claimant Name | Claimant Address | City | State | Zip | Property Address | Statement | Repaired by Name (or 2019) | Exposure Bases |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 10862 | MARTIN PAINT & SUPPLY COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1017 GARLAND AVENUE ROCK HILL, SC UNITED STATES | Y | Martin Paint & Supply Company | 01, 02, 03 |
| 16 | 10864 | ACME QUALITY PAINT COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 306 WADE HAMPTON BOULEVARD GREENVILLE, SC UNITED STATES | Y | ACME Quality Paint Company | 01, 02, 03 |
| 17 | 10865 | AIKEN BUILDERS SUPPLY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 156 WILLIAMSBURG STREET AIKEN, SC UNITED STATES | Y | Aiken Builders Supply | 01, 02, 03 |
| 18 | 10866 | ARNOLD & DOBSON SUPPLY COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 309 ALLIANCE STREET GREENWOOD, SC 29646 UNITED STATES | Y | Arnold & Dobson Supply Company | 01, 02, 03 |
| 19 | 10867 | AVERY LUMBER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SUMTER, SC UNITED STATES | Y | Avery Lumber Company | 01, 02, 03 |
| 20 | 10871 | BONITZ INSULATING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | COLUMBIA, SC UNITED STATES | Y | Bonitz Insulating Company | 01, 02, 03 |
| 21 | 10872 | BUILDERS WHOLESALE INC | 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SPARTANBURG, SC UNITED STATES | Y | Builders Wholesale, Inc. | 01, 02, 03 |

Ex. N: Claims Filed on Behalf of Construction Companies, Supply Stores or Contractors

| # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Supp. | Name of Rep. | Bases |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 10874 | C.B. ASKINS CONSTRUCTION COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | LAKE CITY, SC UNITED STATES | Y | C.B. Askins Construction Co | 01, 02, 03 |
| 23 | 10876 | C.L. DUFFIE PAINTING INC. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MAULDIN ROAD GREENVILLE, SC 29602 UNITED STATES | Y | C.L. Duffie Painting Inc. | 01, 02, 03 |
| 24 | 10879 | CAROTEX INDUSTRIAL SUPPLY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 12 W. PARKER ROAD GREENVILLE, SC UNITED STATES | Y | Carotex Industrial Supply | 01, 02, 03 |
| 25 | 10880 | CENTRAL CONCRETE & PLASTER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | CENTRAL, SC 29630 UNITED STATES | Y | Central Concrete & Plaster Company | 01, 02, 03 |
| 26 | 10881 | CENTRAL ROOFING & SUPPLY COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | SEABOARD PARK COLUMBIA, SC 29202 UNITED STATES | Y | Central Roofing & Supply Company | 01, 02, 03 |
| 27 | 10882 | CHAPIN LUMBER COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MYRTLE BEACH, SC 29577 UNITED STATES | Y | Chapin Luber Company | 01, 02, 03 |
| 28 | 10924 | SMITH PLASTERING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | Smith Plastering Company | 01, 02, 03 |

Ex. N: Claims Filed on Behalf of Construction Companies, Supply Stores or Contractors

| Claim # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Statement | Represented Names Provided | Represents |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 10927 | VAN SMITH BUILDING MATERIAL | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | GREENVILLE, SC UNITED STATES | Y | Van Smith Building Materials | 01, 02, 03 |
| 30 | 10928 | WOODCOCK PLASTERING COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | MULLINS, SC UNITED STATES | Y | Woodcock Plastering Co. | 01, 02, 03 |
| 31 | 11188 | W.F. HINCHEY CONT. | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | 1125 GILCREST DRIVE, WILKENS TWP PITTSBURGH, PA UNITED STATES | Y | W.F. Hinchey Construction (Pittsburgh, PA) | C |