# EXHIBIT O

## Claims Citing K-1 to K-10 Exemplar Contracts

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

11611703

1

| | @ | CLAIMANT NAME | CLAIMANT ADDRESS | CITY | STATE | ZIP | DEBTOR ADDRESS | SEQUENCE | EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 9912 | KARK-TV, INC. AND MORRIS MULTIMEDIA, INC. | 1401 W. CAPITOL AVE - SUITE 104 | LITTLE ROCK | AR | 72201 | THIRD AND LOUISIANA STREETS (EAST BUILDING) LITTLE ROCK, AR 72201 USA | Y | K-1 |
| 2 | 9913 | KARK-TV, INC. AND MORRIS MULTIMEDIA, INC. | 1401 W. CAPITOL AVE - SUITE 104 | LITTLE ROCK | AR | 72201 | THIRD AND CENTER STREETS (WEST ANNEX) LITTLE ROCK, AR 72201 USA | Y | K-1 |
| 3 | 11012 | CROCKER PLAZA COMPANY | c/o AMANDA G STEINMEYER SPEIGHTS & RUNYAN 200 JACKSON AVE E PO BOX 685 | HAMPTON | SC | 29924 | ONE POST STREET SAN FRANCISCO, CA UNITED STATES | Y | K-2 |
| 4 | 10930 | PACIFIC FREEHOLDS | 1 EMBARCADERO CENTER, SUITE 3800 | SAN FRANCISCO | CA | 94111 | 100 PINE STREET SAN FRANCISCO, CA 94111 UNITED STATES | Y | K-3 |
| 5 | 9840 | REGENTS OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - HILLCREST HOSPITAL MED CTR LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 6 | 9841 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - HUMANITIES & SOCIAL SCIENCES LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 7 | 9843 | REGENTS OF THE UNIVERSITY OF CALIFORNIA | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC DAVIS - NATIONAL PRIMATE CENTER DAVIS, CA 95616 UNITED STATES | Y | K-4 |
| 8 | 9844 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC DAVIS - SHIELDS LIBRARY DAVIS, CA 95616 UNITED STATES | Y | K-4 |
| 9 | 9845 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC DAVIS - PHYSICAL SCIENCE LIBRARY DAVIS, CA 95616 UNITED STATES | Y | K-4 |

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

11611703

| | Claim Number | Claimant Name | Claim Address | City | State | | Property Address | Scenario | Exemplar Contract |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 9846 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC DAVIS - MRACK BLDG DAVIS, CA 95616 UNITED STATES | Y | K-4 |
| 11 | 9847 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC DAVIS - CHEMISTRY DAVIS, CA 95616 UNITED STATES | Y | K-4 |
| 12 | 9848 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - ASUC/KING UNION BLDG BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 13 | 9849 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - BOALT HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 14 | 9850 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - CALVIN LAB BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 15 | 9851 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC LOS ANGELES - BOELTER HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 16 | 9852 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC LOS ANGELES - HEDRICK HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 17 | 9853 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC LOS ANGELES - LIFE SCIENCES BLDG LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 18 | 8854 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC LOS ANGELES - MATH SCIENCES BUILDING LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |

Ex. O: Claims Citing K-1 to K-10 Exemplar Contracts

| Line | Claim Number | Claimant Name | Claimant Address | City | State | ZIP | Property Address | Secured | Form Type |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 9855 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC LOS ANGELES - MELNITZ HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 20 | 9856 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC LOS ANGELES - RIEBER HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 21 | 9857 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | US LOS ANGELES - SPROUL HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 22 | 9858 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC IRVINE - ENGINEERING I IRVINE, CA 92697 UNITED STATES | Y | K-4 |
| 23 | 9859 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC IRVINE - MEDICAL CENTER BLDG 53 IRVINE, CA 92697 UNITED STATES | Y | K-4 |
| 24 | 9860 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC IRVINE - SCIENCE LECTURE HALL IRVINE, CA 92697 UNITED STATES | Y | K-4 |
| 25 | 9861 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 801 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - JOSEPH M. LONG HOSPITAL SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 26 | 9862 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 801 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - AMBULATORY CARE CENTER SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |

Ex. O: Claims Citing K-1 to K-10 Exemplar Contracts

| # | Claim Number | Claimant Name | Claimant Address | City | State | Zip | Registrant Address | | Exemplar |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 9863 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 802 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - HEALTH SCIENCES IR EAST SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 28 | 9864 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - MOFFITT HOSPITAL SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 29 | 9865 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - HEALTH SCIENCES IR WEST SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 30 | 9866 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - LAUREL HEIGHTS SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 31 | 9867 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - MILBERRY UNION BLDG SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 32 | 9868 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC IRVINE - PHYSICAL SCIENCE 1 - ROWLAND IRVINE, CA 92697 UNITED STATES | Y | K-4 |
| 33 | 9869 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC IRVINE - COMPUTER SCIENCE BLDG IRVINE, CA 92697 UNITED STATES | Y | K-4 |
| 34 | 9870 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - BIOLOGY II SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 35 | 9871 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - BUCHANNAN HALL SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |

Ex. O: Claims Citing K-1 to K-10 Exemplar Contracts

| Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | K-1 to K-10 Statement | Exemplar Contract |
|---|---|---|---|---|---|---|---|---|
| 36 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - CAMPBELL HALL 1301 SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 37 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - CAMPBELL HALL PROJECTION SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 38 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - MUSIC BLDG SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 39 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - NORTH HALL SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 40 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - PSYCHOLOGY BUILDING SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 41 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | US SANTA BARBARA - STUDENT HEALTH BLDG SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 42 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - LAWRENCE HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 43 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - ZELLERBACH CENTER BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 44 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - ZELLERBACH PLAYHOUSE LOBBY BERKELEY, CA 94720 UNITED STATES | Y | K-4 |

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| Claim # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Electronic | Exemplar Contract |
|---|---|---|---|---|---|---|---|---|---|
| 45 | 9881 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 102 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - WHEELER HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 46 | 9882 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC RIVERSIDE - A&I DORMS RIVERSIDE, CA 92521 UNITED STATES | Y | K-4 |
| 47 | 9883 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC RIVERSIDE - OLMSTEAD HALL THEATER RIVERSIDE, CA 92521 UNITED STATES | Y | K-4 |
| 48 | 9884 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC RIVERSIDE - PHYSICS ROOM 2158 RIVERSIDE, CA 92521 UNITED STATES | Y | K-4 |
| 49 | 9885 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC RIVERSIDE - PHYSICS 2000 THEATER RIVERSIDE, CA 92521 UNITED STATES | Y | K-4 |
| 50 | 9886 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC RIVERSIDE - WATKINS HOUSE RIVERSIDE, CA 92521 UNITED STATES | Y | K-4 |
| 51 | 9887 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC RIVERSIDE - WATKINS ART GALLERY RIVERSIDE, CA 92521 UNITED STATES | Y | K-4 |
| 52 | 9890 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC DAVIS MEDICAL CENTER - PROFESSIONAL BLDG SACRAMENTO, CA 95817 UNITED STATES | Y | K-4 |
| 53 | 9891 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC DAVIS MEDICAL CENTER - HOSPITAL SACRAMENTO, CA 95817 UNITED STATES | Y | K-4 |

11611703

Ex. O: Claims Citing K-1 to K-10 Exemplar Contracts

| Claim No. | Claimant Name | Claimant Address | City | State | Zip | Counterparty Name and Address | Objection | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| 54 | 9892 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC DAVIS MEDICAL CENTER - CYPRESS BLDG SACRAMENTO, CA 95817 UNITED STATES | Y | K-4 |
| 55 | 9893 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - MCGILL HALL LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 56 | 9895 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - ESCHELMAN HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 57 | 9896 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - ETCHEVEREY HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 58 | 9897 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - KROEBER BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 59 | 9609 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - CAMPBELL HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 60 | 9910 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - DAVIS HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 61 | 10589 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA-STORKE 1 HOUSING BLDGS SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 62 | 12015 | REGENTS OF THE UNIVERSITY OF CALIFORNIA | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - 641 LANDFAIR APARTMENT LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| Item | Claim | Claimant Name | Claimant Address | City | State | Zip | Record Address | K-1 to K-10 | Exhibit |
|---|---|---|---|---|---|---|---|---|---|
| 63 | 12016 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - 625 LANDFAIR APARTMENT LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 64 | 12017 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - 885 LEVERING, MARGAN APARTMENTS LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 65 | 12018 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - DICKSON ART CENTER LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 66 | 12019 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER-SCH OF PUB HEALTH LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 67 | 12020 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER - MARION DAVIES LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 68 | 12021 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER-NEURO PSYCHIATRIC LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 69 | 12022 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER-SCH OF DENTISTRY LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 70 | 12023 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER - HOSPITAL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 71 | 12024 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER-SCH OF MEDICINE LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |

11611703

8

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| Claim No. | Creditor Name | Claim Address | City | State | Zip | Project Address | Contract/Rejection Statement | Exhibit K-1 to K-10 |
|---|---|---|---|---|---|---|---|---|
| 72 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - BROIDA HALL SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 73 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - DAVIDSON LIBRARY SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 74 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - MARINE BIO LAB SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 75 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - PHELPS SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 76 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - SNIDECOR SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 77 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - WESTGATE (BLDG 947) SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 78 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - SAN RAFAEL (BLDG 586) SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 79 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA BARBARA - UCEN (BLDG 558) SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |
| 80 | REGENTS OF THE UNIVERSITY OF CALIFORNIA | 1111 FRANKLIN STREET | OAKLAND | CA | | UC SANTA BARBARA - FRANCISCO TORRES SANTA BARBARA, CA 93106 UNITED STATES | Y | K-4 |

Ex. O:   Claims Citing K-1 to K-10 Exemplar Contracts

| Control # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Related Address | | Contract # |
|---|---|---|---|---|---|---|---|---|---|
| 81 | 12084 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - BUNCHE HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 82 | 12085 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - 641 LANDFAIR APARTMENT LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 83 | 12086 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - 625 LANDFAIR APARTMENT LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 84 | 12087 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - 885 LEVERING, MARGAN APARTMENTS LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 85 | 12088 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - DICKSON ART CENTER LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 86 | 12089 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER-SCH OF PUB HEALTH LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 87 | 12090 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER - MARION DAVIES LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 88 | 12091 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER-NEURO PSYCHIATRIC LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 89 | 12092 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER-SCH OF DENTISTRY LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |

11611703

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| Ref | Claim Number | Claimant Name | Claimant Address | City | State | Zip | Debtor's Address | Section | Exemplar Contract |
|---|---|---|---|---|---|---|---|---|---|
| 90 | 12093 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER - HOSPITAL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 91 | 12094 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - CHS MEDICAL CENTER-SCH OF MEDICINE LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 92 | 12099 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - DASKIN ENGINEERING SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 93 | 12100 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - CROWN COLLEGE COMMONS SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 94 | 12101 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ-CROWN COLLEGE COMMONS GATE H SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 95 | 12102 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - KERR HALL SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 96 | 12103 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - HAHN STUDENT SERVICES SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 97 | 12104 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - MCHENRY LIBRARY SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 98 | 12105 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - MERRILL DINING COMMONS SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |

11611703

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| | Claim # | Claimant Name | Claimant Address | City | State | Zip | Project Address | Signature | Contract |
|---|---|---|---|---|---|---|---|---|---|
| 99 | 12106 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - MERRILL ACADEMIC BUILDING SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 100 | 12107 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - THIMANN LECTURE SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 101 | 12108 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - STEVENSON ACADEMIC SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 102 | 12109 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - MERRILL HOUSING A DORM SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 103 | 12110 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - MERRILL HOUSING B DORM SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 104 | 12111 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - MERRILL HOUSING C DORM SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 105 | 12112 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SANTA CRUZ - MERRILL HOUSING D DORM SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 106 | 12113 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | | | | UC SANTA CRUZ - CROWN ACADEMIC SANTA CRUZ, CA 95064 UNITED STATES | Y | K-4 |
| 107 | 12114 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | | | | UC SAN DIEGO - APPLIED PHYSICS & MATH LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |

11611703

Ex. O: Claims Citing K-1 to K-10 Exemplar Contracts

| Claim | | Claimant Name | Claimant Address | City | State | Zip | Document Address | Signature | Document |
|---|---|---|---|---|---|---|---|---|---|
| 108 | 12115 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ARGO HALL LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 109 | 12116 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - BLAKE HALL LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 110 | 12117 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - CENTER FOR COASTAL STUDIES LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 111 | 12118 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - INTERNATIONAL CENTER LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 112 | 12119 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - MEDIA CENTER LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 113 | 12120 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - REVELLE COMMONS LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 114 | 12121 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - TENAYA HALL LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 115 | 12122 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - TIOGA HALL LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 116 | 12123 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - MESA APARTMENTS LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |

Case 01-01139-AMC   Doc 9311-18   Filed 09/01/05   Page 15 of 24

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| Claim # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Section | K |
|---|---|---|---|---|---|---|---|---|---|
| 117 | 12124 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ERC 703 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 118 | 12125 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ERC 704 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 119 | 12126 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ERC 705 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 120 | 12127 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ERC 706 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 121 | 12128 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ERC 707 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 122 | 12129 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ERC 708 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 123 | 12130 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ERC 709 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 124 | 12131 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ERC 710 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 125 | 12132 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ERC RESIDENT DEAN LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |

11611703

14

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| | Claim | Claimant Name | Claimant Address | City | State | Zip | Debtor Address | | Citing Contract |
|---|---|---|---|---|---|---|---|---|---|
| 126 | 12134 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 104 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 127 | 12135 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 105 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 128 | 12136 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 106 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 129 | 12137 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 107 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 130 | 12138 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 108 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 131 | 12139 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 109 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 132 | 12140 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 110 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 133 | 12141 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 112 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 134 | 12142 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 204 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |

11611703

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| | Claim # | Claimant Name | Claim Address | City | State | Zip | Property Address | K-2019 Selection | K-x |
|---|---|---|---|---|---|---|---|---|---|
| 135 | 12143 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 205 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 136 | 12144 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 206 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 137 | 12145 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 210 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 138 | 12146 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 211 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 139 | 12147 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 212 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 140 | 12148 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 213 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 141 | 12149 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 214 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 142 | 12150 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 215 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 143 | 12151 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - MAAC 239 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |

11611703

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| | | Company Name | Company Address | City | State | Zip | Contract | Setoff | Type |
|---|---|---|---|---|---|---|---|---|---|
| 144 | 12152 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 301 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 145 | 12153 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 302 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 146 | 12154 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 400 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 147 | 12155 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 401 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 148 | 12156 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 501B LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 149 | 12157 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 518 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 150 | 12158 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - ELEANOR ROOSEVELT COLLEGE 520 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 151 | 12159 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 408 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 152 | 12160 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - UNIVERSITY CENTER 500 LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Contract? | Contract Type |
|---|---|---|---|---|---|---|---|---|
| 153 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - OUTBACK ADVENTURES LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 154 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN DIEGO - MEDICAL CENTER BOILER PLANT LA JOLLA, CA 92093 UNITED STATES | Y | K-4 |
| 155 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - CLINIC SCIENCES BLDG SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 156 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - HUNTERS POINT 830 SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 157 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - LAUNDRY STOREHOUSE BLDG SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 158 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - LPPI RAMP PROJECT SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 159 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - MEDICAL RESEARCH II SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 160 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - MEDICAL RESEARCH IV SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 161 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - MEDICAL SCIENCES SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |

11611703

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| | Claim # | Claimant Name | Claimant Address | City | State | ZIP | Property Address | Schedule 2 | Contract |
|---|---|---|---|---|---|---|---|---|---|
| 162 | 12170 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - MISSION CENTER SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 163 | 12171 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - UC HALL (UCH) SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 164 | 12172 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - OYSTER PT SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 165 | 12173 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC SAN FRANCISCO - WOODS SAN FRANCISCO, CA 94143 UNITED STATES | Y | K-4 |
| 166 | 12174 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC LAWRENCE BERKELEY LAB - BLDG 50 BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 167 | 12175 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - UNIVERSITY VILLAGE (103 BLDGS) BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 168 | 12176 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - UNIVERSITY VILLAGE - STEP 1 BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 169 | 12177 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - CLARK KERR CAMPUS (23 BLDGS) BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 170 | 12178 | REGENTS OF THE UNIVERSITY OF CALIFORNIA | 1111 FRANKLIN STREET | OAKLAND | CA | | UC BERKELEY - SMYTH FERNWALD (8 BLDGS) BERKELEY, CA 94720 | Y | K-4 |

Ex. O: Claims Citing K-1 to K-10 Exemplar Contracts

11611703

| | | Customer Name | Return Address | City | State | Zip | | | |
|---|---|---|---|---|---|---|---|---|---|
| 171 | 12179 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - RESIDENCE HALL UNIT 1 BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 172 | 12180 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - RESIDENCE HALL UNIT 2 BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 173 | 12181 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - RESIDENCE HALL UNIT 3 BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 174 | 12182 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - BOWLES HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 175 | 12183 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - STERN HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 176 | 12184 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - BUNCHE HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 177 | 12185 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - FRANZ HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 178 | 12186 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - JULES STEIN EYE INSTITUTE LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 179 | 12187 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - PUBLIC POLICY BUILDING LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| Claim | | Claimant Name | Additional Address | City | State | Zip | Process Address | Section 9 | Contract |
|---|---|---|---|---|---|---|---|---|---|
| 180 | 12188 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - YOUNG HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 181 | 12189 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - WARREN HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 182 | 12190 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - MURPHY HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 183 | 12191 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - BOTANY BUILDING LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 184 | 12192 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - BOTANY BUILDING LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 185 | 12193 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - LAW BUILDING LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 186 | 12194 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - DYKSTRA HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 187 | 12195 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - JULES STEIN EYE INSTITUTE LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 188 | 12196 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - PUBLIC POLICY BUILDING LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |

Ex. O: Claims Citing K-1 to K-10 Exemplar Contracts

| Claim # | | Claimant Name | Claimant Address | City | State | Zip | Property Address | Property Owner | Contract |
|---|---|---|---|---|---|---|---|---|---|
| 189 | 12197 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - YOUNG HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 190 | 12198 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - WARREN HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 191 | 12199 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - MURPHY HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 192 | 12200 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - BOTANY BUILDING LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 193 | 12201 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - LAW BUILDING LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 194 | 12202 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - DYKSTRA HALL LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 195 | 12203 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - MACGOWAN EAST LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 196 | 12204 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UCLA - 564 GLENROCK APARTMENT LOS ANGELES, CA 90095 UNITED STATES | Y | K-4 |
| 197 | 12205 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC IRVINE - MIDDLE EARTH IRVINE, CA 92697 UNITED STATES | Y | K-4 |

11611703

11611703

Ex. O:  Claims Citing K-1 to K-10 Exemplar Contracts

| Claim # | Claim # | Claimant Name | Claimant Address | City | State | Zip | Property Address | Subject to Lease? | Related Contract |
|---|---|---|---|---|---|---|---|---|---|
| 198 | 12206 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC IRVINE - VERANO HOUSING IRVINE, CA 92697 UNITED STATES | Y | K-4 |
| 199 | 12207 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC IRVINE - MEDICAL EDUCATION BLDG IRVINE, CA 92697 UNITED STATES | Y | K-4 |
| 200 | 12208 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - ASUC BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 201 | 12209 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - LATIMER BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 202 | 12210 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - HILDEBRAND BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 203 | 12211 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - HERTZ BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 204 | 12212 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - CLARK KERR BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 205 | 12213 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - BARKER HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |
| 206 | 12214 | REGENTS OF THE UNIVERSITY OF CALIFORNIA 101 | 1111 FRANKLIN STREET | OAKLAND | CA | 94607 | UC BERKELEY - BIRGE HALL BERKELEY, CA 94720 UNITED STATES | Y | K-4 |