# EXHIBIT Q

**Richard L. Stoper, Jr. Letter Dated 12/29/2004**

**ROTATORI, BENDER,<br>
GRAGEL, STOPER & ALEXANDER CO., L.P.A.**

ATTORNEYS AT LAW<br>
800 LEADER BUILDING<br>
526 SUPERIOR AVENUE EAST<br>
CLEVELAND, OHIO 44114-1498<br>
(216) 928-1010<br>
FACSIMILE (216) 928-1007

ROBERT J. ROTATORI<br>
J. TIMOTHY BENDER

SUSAN L. GRAGEL<br>
RICHARD L. STOPER, JR.<br>
JOSEPH N. ALEXANDER<br>
J. SCOTT BROOME

December 29, 2004

**VIA OVERNIGHT MAIL**

Rust Consulting, Inc.<br>
Claims Processing Agent<br>
Re: W.R. Grace and Co. (Supplemental Information)<br>
201 South Lyndale Avenue<br>
Faribault, Minnesota 55021

Kirkland & Ellis LLP<br>
Attn: Joseph S. Nacca<br>
200 E. Randolph Drive<br>
Chicago, Illinois 60601

    Re: W.R. Grace Bankruptcy, Claim No. 00002785

Dear Sir and/or Madam:

    I represent Building Laborers Local 310 in Cleveland, Ohio and have filed a Property Damage claim on their behalf, Claim No. 00002785. In reviewing the recently filed Exhibit B to Notice of Intent to Object (filed 12/6/2004), I noticed a claim that appears to have been filed on behalf of my client without authorization. It is Claim No. 11591 filed on behalf of Laborers 310 Union Office Building and is no. 956 on Exhibit B. The claim is being challenged for Materially Insufficient Supporting Information.

    Please advise regarding the effect of this unauthorized claim upon the claim that I previously filed for Building Laborers Local 310. For your convenience, a copy of the Acknowledgement for Claim No. 00002785 together with the supporting documentation enclosed with the original claim is enclosed.

                                             Very truly yours,

                                             Richard L. Stoper, Jr.