# EXHIBIT S

## Speights & Runyan's Statement of Facts
## Relating to its Authorization to File Certain Claims

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Hearing Date:
Objection Deadline:

## SPEIGHTS & RUNYAN'S STATEMENT OF FACTS RELATING TO ITS AUTHORIZATION TO FILE CERTAIN CLAIMS IN THIS CHAPTER 11

Speights & Runyan represents as true the following facts concerning its authorization to prosecute claims in Grace's Chapter 11 for the four claimants identified below:

A.  Northwest Community Hospital (Claim No. 6734) and Employers Insurance Company of Wausau (Claim No. 6672).

1. Speights & Runyan received no oral or written authority from these two claimants either before filing these claims in Grace's Chapter 11 or since.

2. Speights & Runyan believed it had authority to file this claim based on *Anderson Memorial Hospital*.

B.  Fort Wayne Chamber of Commerce (Claim No. 6630).

3. Speights & Runyan had oral authority from this claimant before filing this claim in Grace's Chapter 11.

4. Speights & Runyan states it has now obtained written authority from this claimant and will provide written evidence of this authority to Grace.

C.  Byars Machine Company, Inc. (Claim No. 10873).

5. Speights & Runyan had no communication with this claimant before filing this claim in Grace's Chapter 11.

6. Speights & Runyan believed it had authority to file this claim based on *Anderson Memorial Hospital*.

7. After Grace issued a subpoena for the deposition of this claimant in June 2005, Speights & Runyan had communications with this claimant.

8. In communications with Speights & Runyan, this claimant stated it was not previously aware of the *Anderson Memorial* class but had it been informed of *Anderson Memorial* would have wanted to participate in it.

Signed,

SPEIGHTS & RUNYAN

By _____

Daniel Speights

Dated: July 13, 2005

2