# EXHIBIT T

Richard A. Kapanka's Letter dated July 6, 2005

Re: Jefferson Pilot Financial

Not Retaining Speights & Runyan for Representation



**JEFFERSON PILOT FINANCIAL**

Richard A. Kapanka
Vice President &
Associate General Counsel

Jefferson Pilot Financial
PO Box 21008
Greensboro, NC 27420

bus: 336 691 3804
fax: 336 691 3258
richard.kapanka@jpfinancial.com

July 6, 2005

**VIA FEDERAL EXPRESS**
Michael T. Dierkes
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

    Re:   W.R. Grace Bankruptcy

Dear Mr. Dierkes:

This is to advise you that, to the best of my knowledge, neither Jefferson-Pilot Corporation nor any of its subsidiaries, retained the firm of Speights & Runyan to represent it or to file a proof of claim on its behalf in the matter of W.R. Grace & Co., et. al. Debtors, pending in the Bankruptcy Court for the District of Delaware.

I trust this will suffice to obviate the need for a deposition.

Please confirm.

Sincerely,

Richard A. Kapanka

RAK/dm