# EXHIBIT W

## Anderson Memorial Order

## Denying Reconsideration of August 1994 Order

158)

IN THE STATE OF SOUTH CAROLINA)

COUNTY OF HAMPTON            )      IN THE COURT OF COMMON PLEAS
                             )
ANDERSON MEMORIAL HOSPITAL,  )
on behalf of itself and others )
similarly situated           )
                             )      Case No. 92-CP-25-279
            Plaintiff,       )
                             )      Order
    v.                       )
                             )
W. R. GRACE & COMPANY; W.R.  )
GRACE & COMPANY-CONNECTICUT; )
UNITED STATE GYPSUM COMPANY; )
USG CORPOATION; UNITED STATES)
MINERAL PRODUCTS COMPANY;    )
DANA CORPORATION; KEENE      )
CORPORATION; ASBESTOS        )
PRODUCT MANUFACTURING        )
COMPANY; ASBESTOSPRAY        )
CORPORATION; H & A           )
CONSTRUCTION CORPORATION,    )
formerly SPRAYCRAFT; T & N, plc, )
formerly TURNER & NEWALL, PLC )
AND TURNER & NEWALL, LTD;    )
                             )
            Defendants       )

This matter is before the court on Plaintiff's Motion to Reconsider the court's decision to grant Certain Defendants' Motion to Strike Class Action Allegations as to Non-Residents Whose Causes of Action are Foreign to South Carolina. After careful consideration of the briefs submitted by the parties, the authorities cited therein, and the oral arguments of counsel at the December 20, 1995 hearing, the motion for reconsideration is denied. The original order dated August 8, 1994 is hereby adopted in full through the execution of this order.

_____
The Honorable William L. Howard

May 28, 1996