# **EXHIBIT A**

**EXHIBIT A**
**LATE FILED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| HERNANDEZ, PEDRO | 15322 | N/A | Claim was filed after the effective Bar Date. |
| KOSKI, EINO AND AILI | 15343 | N/A | Claim was filed after the effective Bar Date. |
| KWAS, DANIEL | 15344 | N/A | Claim was filed after the effective Bar Date. |
| MACERICH FRESNO LIMITED PARTNERSHIP | 15310 | N/A | Claim was filed after the effective Bar Date. |
| MOBLEY, ERICA MICHELL | 11359 | N/A | Claim was filed after the effective Bar Date. |
| PAULETTE, MARCELLA M | 15352 | N/A | Claim was filed after the effective Bar Date. |
| WORDEN, GLADWIN | 15345 | N/A | Claim was filed after the effective Bar Date. |

**Total No. of Claims: 7**

**Page 1 of 1**

**Del.Bankr.LR 3007-1(e)(ii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.