# **EXHIBIT B**

# EXHIBIT B
# NO SUPPORTING DOCUMENTATION

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| ALLEGHENY CENTER ASSOCIATES | 9778 | N/A | No supporting documentation. |
| ANDERSON, ALICE DIANE | 13912 | N/A | No supporting documentation. |
| BALOGA, ALOYS JOSEPH | 1726 | N/A | No supporting documentation. |
| BARKER, LAWRENCE | 11331 | N/A | No supporting documentation. |
| BARKO JR, WALLACE | 11332 | N/A | No supporting documentation. |
| BAVER, GEORGE JAMES | 4712 | N/A | No supporting documentation. |
| BENDER, PATSY ANN | 1793 | N/A | No supporting documentation. |
| BENEFIELD, DONALD CHARLES | 13905 | N/A | No supporting documentation. |
| BRALEY, EUGENE ALFRED | 4711 | N/A | No supporting documentation. |
| BRANCH, SUE | 11333 | N/A | No supporting documentation. |
| BUNDROCK, DANIEL ARTHUR | 9674 | N/A | No supporting documentation. |
| BURKS, WILLIE B | 12753 | N/A | No supporting documentation. |
| CAMPEAU, THOMAS FRANCIS | 2128 | N/A | No supporting documentation. |
| CAROL, GRAHAM A | 9649 | N/A | No supporting documentation. |
| CARR, MATTIE FEARS | 2430 | N/A | No supporting documentation. |
| CHASE, ADAM STEPHEN | 11334 | N/A | No supporting documentation. |
| CHRISTENSEN, DWIGHT | 11336 | N/A | No supporting documentation. |
| CHRISTIANSEN, DAVID JOSEPH | 13910 | N/A | No supporting documentation. |
| CISEWSKI, CAROLINE | 11335 | N/A | No supporting documentation. |
| COUNTY OF FRESNO CALIFORNIA | 11266 | N/A | No supporting documentation. |
| COUNTY OF FRESNO CALIFORNIA | 11270 | N/A | No supporting documentation. |
| COUNTY OF FRESNO CALIFORNIA | 11271 | N/A | No supporting documentation. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

Page 1 of 5

# EXHIBIT B
## NO SUPPORTING DOCUMENTATION

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| COUNTY OF FRESNO CALIFORNIA | 11274 | N/A | No supporting documentation. |
| CRAIG, JAMES | 11337 | N/A | No supporting documentation. |
| DAUSTAR, BRAD | 11338 | N/A | No supporting documentation. |
| DAVIS, DR JOHN ROBERT | 10579 | N/A | No supporting documentation. |
| DEPAUW, MARK | 11339 | N/A | No supporting documentation. |
| DOMBROSKI, THOMAS F | 2201 | N/A | No supporting documentation. |
| DRAKE, HEIDI MARIA | 13911 | N/A | No supporting documentation. |
| ERICKSON, RODNEY A | 5557 | N/A | No supporting documentation. |
| FIEBIGER, DAVID & GAIL | 11340 | N/A | No supporting documentation. |
| FINEBERG, JORDAN | 11341 | N/A | No supporting documentation. |
| FORLAND, JEAN | 11342 | N/A | No supporting documentation. |
| FOSS, PATRICIA | 11343 | N/A | No supporting documentation. |
| FREEBURY, DANNY JAMES | 5554 | N/A | No supporting documentation. |
| FULLER, STEVEN | 11344 | N/A | No supporting documentation. |
| GALLAGHER, LARRY | 11345 | N/A | No supporting documentation. |
| GUBBIN, JULIE | 11346 | N/A | No supporting documentation. |
| HARRIS, TOBI CHRISTINE | 11347 | N/A | No supporting documentation. |
| HERNANDEZ, PEDRO | 15322 | N/A | No supporting documentation. |
| JOHNSON, KEITH | 11349 | N/A | No supporting documentation. |
| JONK, TRISTA | 11350 | N/A | No supporting documentation. |
| KELLY, LAWRENCE DOUGLAS | 4396 | N/A | No supporting documentation. |
| KERR, EDWARD B | 1413 | N/A | No supporting documentation. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

Page 2 of 5

**EXHIBIT B**
**NO SUPPORTING DOCUMENTATION**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| KNAUSS, DONALD LEE | 3054 | N/A | No supporting documentation. |
| KOURI, MARTIN | 11351 | N/A | No supporting documentation. |
| KOURI, NAMIE | 11352 | N/A | No supporting documentation. |
| KOURI, THOMAS | 11353 | N/A | No supporting documentation. |
| KOVENSKY, WAYNE | 11354 | N/A | No supporting documentation. |
| KUELBS, LEO | 11355 | N/A | No supporting documentation. |
| KUHA, ELLA | 11356 | N/A | No supporting documentation. |
| LA MARTIN COMPANY INC | 11311 | N/A | No supporting documentation. |
| LANDRY, JOHN | 11357 | N/A | No supporting documentation. |
| LAWRENCE LAMAR RICE WEST MELBOURNE | 12754 | N/A | No supporting documentation. |
| LECKRONE, DEAN BRADFORD | 13909 | N/A | No supporting documentation. |
| LEES, TIMOTHY | 11358 | N/A | No supporting documentation. |
| LEHNERT, ARNOLD | 9662 | N/A | No supporting documentation. |
| MARTIN, PAUL J | 11310 | N/A | No supporting documentation. |
| MARTIN, PHILIP | 11360 | N/A | No supporting documentation. |
| MARTIN, SHARON | 11361 | N/A | No supporting documentation. |
| MISKOWIEK, MICHAEL | 11362 | N/A | No supporting documentation. |
| MJ&P LLC | 11312 | N/A | No supporting documentation. |
| MOBLEY, ERICA MICHELL | 11359 | N/A | No supporting documentation. |
| MUNSEL, DONALD | 9667 | N/A | No supporting documentation. |
| NELSON, PETE O | 9669 | N/A | No supporting documentation. |
| NIGHTLINGER, GERALD THOMAS | 12778 | N/A | No supporting documentation. |

**Del.Bankr.LR 3007-1(e)(ii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B**
**NO SUPPORTING DOCUMENTATION**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| NORDSTROM, ROBERT | 11363 | N/A | No supporting documentation. |
| ORR, HOWARD KING | 9666 | N/A | No supporting documentation. |
| OSTLUND, CHYLEEN | 11364 | N/A | No supporting documentation. |
| P&S ASSOCIATES | 11309 | N/A | No supporting documentation. |
| PAKIRTZIS, ZAHARIAS | 11365 | N/A | No supporting documentation. |
| PARKER, MELVIN GEORGE | 9657 | N/A | No supporting documentation. |
| PATCH, GARY | 11366 | N/A | No supporting documentation. |
| PAUL, NORMAN | 4717 | N/A | No supporting documentation. |
| PAULETTE, MARCELLA MAE | 2361 | N/A | No supporting documentation. |
| REZAI, MAHTAB | 11367 | N/A | No supporting documentation. |
| ROY MCMILLAN PR OF ESTATE OF ROBERT MCMI | 9663 | N/A | No supporting documentation. |
| RUSSINIK, JOHN | 11368 | N/A | No supporting documentation. |
| SCHACK, GAIL | 11369 | N/A | No supporting documentation. |
| SCHAEFER, WILLIAM | 11370 | N/A | No supporting documentation. |
| SELLERS, CARLA | 11371 | N/A | No supporting documentation. |
| SEYMOUR, JEAN | 11372 | N/A | No supporting documentation. |
| SMITH, JOHN | 11373 | N/A | No supporting documentation. |
| SOUCEK, ALBERT JON | 11374 | N/A | No supporting documentation. |
| SPEIDEL, TIMOTHY JON | 11375 | N/A | No supporting documentation. |
| SPINGLER, CLIFFORD M | 5986 | N/A | No supporting documentation. |
| ST JOHN'S EVANGELICAL LUTHERAN CHURCH | 11378 | N/A | No supporting documentation. |
| STATE OF KANSAS | 5565 | N/A | No supporting documentation. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT B
## NO SUPPORTING DOCUMENTATION

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| SYDLOSKI, DELORES | 11376 | N/A | No supporting documentation. |
| SZYKULSKI, CLEMENS | 11377 | N/A | No supporting documentation. |
| TAFT, ELIZABETH | 11380 | N/A | No supporting documentation. |
| TAYLOR, EDDIE | 2560 | N/A | No supporting documentation. |
| TREFFERT, BRIAN | 11379 | N/A | No supporting documentation. |
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K | 11316 | N/A | No supporting documentation. |
| VAN RYSULK, PAUL | 11381 | N/A | No supporting documentation. |
| VANDERWOOD, RANDY | 11382 | N/A | No supporting documentation. |
| WAGNER, JOHN FRANCIS | 9670 | N/A | No supporting documentation. |
| WITTENBERG, WILLIAM R | 1724 | N/A | No supporting documentation. |
| WORLEY, WILLIAM | 11383 | N/A | No supporting documentation. |

**Total No. of Claims: 99**

**Del.Bankr.LR 3007-1(e)(ii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

Page 5 of 5