All responses are to be served upon:
Katherine Phillips
Kirkland & Ellis LLP
200 East Randolph Drive, Chicago, Illinois 60601 and
David W. Carickhoff, Jr.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

Hearing Date: October 24, 2005, 12:00 p.m.
Responses Due: October 7, 2005

## NOTICE OF FILING
## DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE)
## TO ASBESTOS PROPERTY DAMAGE CLAIMS

**PLEASE TAKE NOTICE** that on or about September 1, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the "Fifteenth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will serve copies of this Objection (with all Exhibits) on (1) the Office of the United States Trustee; (2) each of the official committees in these Chapter 11 Cases[2]; and (3) any attorney that purports to represent the claimants on 100 or more PD Claims[2] in these Chapter 11 Cases as indicated on the Proofs of Claim. In addition, the Debtors' claims consultant, The BMC Group f/k/a Bankruptcy Management Corporation ("BMC") will serve copies of this Objection along with customized exhibits that notify the claimants of the Exhibit(s) where their PD Claim(s) appear(s) on (1) any claimant that is not represented by counsel and (2) any counsel that purports to represent the claimants on 99 or fewer PD Claims as indicated on the Proofs of Claim. Further, the Debtors will serve copies of this Objection (without any of the Exhibits) on all parties that have requested that they be served with all pleadings filed in these cases pursuant to Federal Rule of Bankruptcy Procedure 2002. Any party may obtain a copy of the Fifteenth Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1. A hearing on the Fifteenth Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **October 24, 2005 at 12:00 p.m.** (the "Claims Hearing").

2. Any party wishing to oppose the relief requested in the Fifteenth Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis

---

[2] For above defined terms refer to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims

LLP, Attn: Katherine Phillips, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **October 7, 2005, 4:00 p.m. (Eastern Time)**. Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3. If no response is filed, served and received by October 7, 2005, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order reclassifying, reducing or disallowing and expunging, the Claim(s) as requested in the Fifteenth Omnibus Objection.

4. Any response should contain the following:

   (i) a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

   (ii) the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

   (iii) the claim number(s) of the claim objection(s) to which the response is directed; and

   (iv) the specific factual basis and supporting legal argument upon which the party will rely in opposing the Fifteenth Omnibus Objection.

5. If you file a response to the Fifteenth Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter. Refer to the Proposed Hearing Schedule found in the Fifteenth Omnibus Objection to determine which claim objections will be heard at the October 24, 2005 Claims Hearing and which claim objections will be set for later hearing.

6. You need not respond to the Fifteenth Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Fifteenth Omnibus Objection. If you

do not timely file and serve a response to the Fifteenth Omnibus Objection, the relief requested in the Fifteenth Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Fifteenth Omnibus Objection shall be deemed (i) waiver of your right to respond to the Fifteenth Omnibus Objection and (ii) your consent to the relief requested in the Fifteenth Omnibus Objection respecting your Claim.

7. The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact BMC at (888) 909-0100. If you have any questions regarding the Fifteenth Omnibus Objection, please call Katherine Phillips at Kirkland & Ellis LLP at 312-649-3857.**

| | |
|---|---|
| Wilmington, Delaware | Respectfully submitted, |
| Dated: September 1, 2005 | KIRKLAND & ELLIS LLP |

David M. Bernick, P.C.
Michelle H. Browdy
Janet S. Baer
Jonathan Friedland
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
Scotta E. McFarland (Bar No. 4184)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100 (telephone)
(302) 652-4400 (facsimile)

Co-Counsel for the Debtors and Debtors in Possession