IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 9302 |

DECLARATION OF SERVICE REGARDING:

CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PROPERTY
DAMAGE LIABILITIES

I, James H. Myers, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o The BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 1330 East Franklin Avenue, El Segundo, California 90245.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.  On August 31, 2005, at the direction of Kirkland & Ellis LLP, co-counsel to the Debtors and Debtors in Possession in the above-captioned cases, I caused the document attached hereto as Exhibit 1 to be served on the parties listed in Exhibit 2.

3.  All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September __1__, 2005
El Segundo, California

_____
James H. Myers

State of California      )
                         ) ss
County of Los Angeles    )

Personally appeared before me on September __1__, 2005, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

YVETTE HASSMAN
Comm. #1526634
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires Nov. 13, 2008

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

*Re item 17 8/29/05*

## CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PROPERTY DAMAGE LIABILITIES

WHEREAS, by an order dated April 25, 2002, the Court set March 31, 2003 as the last date (the "PD Bar Date") for filing proofs of claim for all prepetition claims relating to traditional asbestos property damage (the "Asbestos PD Claims"); and

WHEREAS, approximately 4,200 Asbestos PD Claims were filed by the PD Bar Date; and

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

WHEREAS, on November 13, 2004, the Debtors filed their Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief (the "Estimation Motion"); and

WHEREAS, a hearing on the Estimation Motion (the "Estimation Motion Hearing") was held on January 21, 2005;

WHEREAS, at the Estimation Motion Hearing, the Court ordered the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") and the Debtors to negotiate a case management order to govern the estimation of Asbestos PD Claims (the "PD Estimation"); and

WHEREAS, the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

WHEREAS, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

WHEREAS, venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

IT IS HEREBY ORDERED:

1. Debtors' counsel, Kirkland & Ellis LLP, is designated to act as liaison counsel on behalf of all Plan proponents ("Plan Proponent Liaison Counsel") for all discovery matters with respect to the PD Estimation, and Bilzin Sumberg Baena Price & Axelrod LLP is designated to act as liaison counsel on behalf of the PD Committee and all Asbestos PD Claimants who elect to participate in the PD Estimation ("Asbestos PD Liaison Counsel") (Asbestos PD Liaison Counsel together with Plan Proponent Liaison Counsel, the "Liaison Counsel"), solely in respect of discovery matters with respect to the PD Estimation.

*[Handwritten insertion:]* Whereas, the Court has determined to proceed in 2 phases. Phase I is to be bifurcated to deal with 2 issues: Daubert methodology and constructive notice. Phase 2 will consist of merits-based estimation of the Asbestos PD claims.

2.  Any party who filed a PD Claim ("PD Claimant") may elect to participate in the PD Estimation. Regardless, the Court's ~~PD Estimation rulings shall be binding on all PD Claimants.~~ determination of all procedural and substantive matters relating to the estimation of PD Claims shall be binding on all PD Claimants.

3.  All parties participating in the PD Estimation (the "PD Estimation Participants") who fail to comply with the terms of this Order or any discovery orders issued in connection with the PD Estimation may be subject to sanctions requested by any party in accordance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

**Preliminary Disclosure of Witnesses**

4.  On October 3, 2005, all PD Estimation Participants shall disclose to one another the name, including contact address and telephone number, if known, of each fact witness they anticipate, in good faith, they will call to testify live or by deposition with respect to Phase II Issues (as defined below). The disclosure shall also identify the subject(s) on which the fact witness is expected to testify.

5.  On October 3, 2005, all PD Estimation Participants shall disclose to one another (i) the name of each expert who may be used at trial to provide testimony, or (ii) if an individual has not yet been retained, the type of each expert which such party intends to engage for purposes of providing such testimony, with respect to Phase II Issues (as defined below) (the "Expert Disclosures"). Each of the Expert Disclosures shall specify the subject(s) on which the experts or specified types of experts shall opine and the nature of the expertise of the experts.

6.  On October 24, 2005, any PD Estimation Participant may supplement its Expert Disclosure based on the information it obtained from the Expert Disclosures of the other PD Estimation Participants.

3

**Estimation Phase I**

7.   All written fact discovery relating to Phase I Issues may commence at any time but must be completed by February 15, 2006.

8.   On October 17, 2005, the Debtors shall designate experts and submit expert reports addressing two issues: (i) that certain methodologies for determining exposure to asbestos must comply with Rule 702 of the Federal Rules of Evidence (specifically, the use of dust versus air sampling (the "Methodology Issue")), and (ii) that all claims asserted on or after a certain date are subject to a statute of limitations defense to the extent triggered by constructive notice (the "Constructive Notice Issue") Collectively, the Methodology Issue and the Constructive Notice Issue are known as the "Phase I Issues." On October 17, 2005, the Debtors shall also identify any fact witnesses they intend to call to testify as to Phase I issues, and the general subject matter of each fact witness' testimony.

9.   No later than October 17, 2005, the Debtors shall submit a brief to address whether the Constructive Notice Issue should be addressed by this Court via summary judgment motion, Rule 502(c) Estimation, or in some other procedural context (the "Constructive Notice Brief").

10.   No later than October 17, 2005, the PD Committee shall submit a brief to address whether the Methodology Issue should be heard by this Court as part of Phase I, Phase II, or not at all (the "Methodology Brief").

11.   No later than October 31, 2005, any PD Estimation Participant may file responses, if any, to the Constructive Notice Brief and/or the Methodology Brief. There shall be no reply briefs filed or allowed.

4

12. The Constructive Notice Brief and the Methodology Brief shall be argued on the merits at the November 14, 2005 omnibus hearing. At the November 14, 2005 hearing, after this oral argument, the Court will provide either a ruling, or preliminary ruling, as to the scope of the Phase I trial, so that by December 8, 2005, PD Estimation Participants (other than the Debtors) can comply with paragraph 13 of this Order.

13. On December 8, 2005, PD Estimation Participants (other than the Debtors) shall (i) designate experts and submit responsive expert reports on the Phase I Issues and (ii) identify any fact witnesses they intend to call to testify as to Phase I issues, and the general subject matter of fact witness' testimony. The scope of these reports will be guided by the Court's ruling on November 14, 2005, as to the scope of the Phase I trial.

14. On December 22, 2005, the Debtors will (i) submit rebuttal expert reports, if any, on the Phase I Issues, and (ii) identify (a) rebuttal fact witnesses, if any, they intend to call to testify to address Phase I Issues and (b) the general subject matter of any rebuttal fact witness' testimony.

15. Deposition of experts and non-experts relating to Phase I Issues may commence on December 22, 2005, and all such depositions must be concluded by February 15, 2006.

16. Pursuant to Rules 26(a)(3)(A) and 26(a)(3)(B) of the Federal Rules of Civil Procedure, on or before February 20, 2006, any PD Estimation Participant shall file and serve on each of the other PD Estimation Participants a final fact witness/expert list in respect of the Phase I hearing.

17. Any pre-trial motions, including *motions in limine*, *Daubert*, and summary judgment motions related to the Phase I Issues, shall be filed not later than February 22, 2006. Responses to such motions shall be filed not later than March 8, 2006. Replies shall be filed not

later than March 13, 2006. A hearing on such motions, if any, will be held at the Court's direction in March 2006.

18. A preliminary pre-trial conference on Phase I Issues shall be held at the January 2006 omnibus hearing, at which time the Court may set a March, 2006 trial date (the "Phase I Hearing") for the Phase I Issues and a date for the final pre-trial conference on Phase I Issues.

19. Any trial briefs and trial exhibits on Phase I Issues shall be filed on or before 14 calendar days prior to the Phase I Hearing and no responses thereto shall be allowed.

**Estimation Phase II**

20. All written fact discovery relating to any PD Estimation issues other than Estimation Phase I Issues (the "Phase II Issues") may commence at any time but must be completed by August 7, 2006.

21. On May 1, 2006, the Debtors shall designate experts and submit expert reports addressing the Phase II Issues. On May 1, 2006, the Debtors shall also identify any fact witnesses they intend to call as to Phase II issues and the general subject matter of fact witness' testimony.

22. On May 29, 2006, PD Estimation Participants (other than the Debtors) shall (i) designate experts and submit responsive expert reports on the Phase II Issues and (ii) identify any fact witnesses they intend to call to testify as to Phase II issues, and the general subject matter of each fact witness' testimony.

23. On June 19, 2006, the Debtors will (i) submit rebuttal expert reports, if any, on the Phase II Issues and (ii) identify rebuttal fact witnesses, if any, they intend to call to testify to address Phase II Issues and the general subject matter of each rebuttal fact witness' testimony.

24. Depositions of experts and non-experts relating to Phase II issues may commence on June 19, 2006, and all such depositions must be concluded by August 7, 2006.

25. Pursuant to Rules 26(a)(3)(A) and 26(a)(3)(B) of the Federal Rules of Civil Procedure, on or before August 14, 2006, PD Estimation Participants shall file a final fact witness/expert list in respect of the Phase II Estimation Hearing (as defined below).

26. A preliminary pre-trial conference on the PD Estimation shall be held at the omnibus hearing for the month of June, 2006, at which time the Court may set a final pre-trial conference date and a September, 2006 trial date for the PD Estimation (the "Phase II Estimation Hearing").

27. Any pre-trial motions, including *motions in limine, Daubert*, and summary judgment motions, shall be filed not later than August 18, 2006. Responses to such motions shall be filed not later than September 9, 2006. Replies shall be filed not later than September 13, 2006. A hearing on such motions, if any, will be at the Court's direction in September 2006.

28. Any trial briefs and trial exhibits in respect of the Phase II Estimation Hearing shall be filed on or before 14 calendar days prior to the Phase II Estimation Hearing and no responses thereto shall be allowed.

## Notice of This Order

29. Within 10 days of entry of this Order, the Debtors shall serve a copy of this Order on counsel for each and every claimant who has filed an Asbestos PD Claim, or if the claimant is not represented by counsel on the claimant, at the address listed for counsel or the claimant, as applicable, on the claimant's Asbestos PD Claim proof of claim.

Dated: August 29, 2005.

*[signature]*

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

8

**EXHIBIT 2**

## for WR Grace

Total number of parties: 275
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15281 | 3801 N CAMPBELL AVE LLC, 3801 N CAMPBELL AVE # A, TUCSON, AZ 85719 |
| 15281 | 7300 KIMBARK BLDG CORP, 3550 W 98TH ST, EVERGREEN PARK, IL 60805 |
| 15281 | ABELMAN, HERSHEL, 15155 KENNEDY RD, LOS GATOS, CA 95032 |
| 15280 | ADAMS, WILLIAM L, COUNTY OF SONOMA, OFFICE OF COUNTY COUNSEL, 575 ADMINISTRATION DR, SANTA ROSA, CA 95403 |
| 15281 | AG ONE LLC, C/O MARK W COY, BORING & COY PC, PO BOX 100, FOUNTAINTOWN, IN 46130 |
| 15281 | ALBANY CITY SCHOOL DISTRICT, ACADEMY PARK, ALBANY, NY 12207 |
| 15281 | ALLAMAN, W L, 21045 QUILEUTE RD, APPLE VALLEY, CA 92308 |
| 15281 | ALLEGHENY CENTER ASSOCIATES, ALLEGHENY CENTER ASSOCIATES, MALL MGMT, PITTSBURGH, PA 15212 |
| 15281 | ALNOR CO, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 |
| 15280 | ANDERSON, STEPHEN D, ANDERSON & KREIGER LLP, 43 THORNDIKE STREET, CAMBRIDGE, MA 02141 |
| 15281 | ARGYLE CENTRAL SCHOOL, 5023 STATE ROUTE 40, ARGYLE, NY 12804 |
| 15281 | ASBESTOS SCHOOL LITIGATION, C/O JONATHAN D BERGER ESQ, BERGER & MONTAGUE PC, 1622 LOCUST ST, PHILADELPHIA, PA 19103 |
| 15281 | ASFOUR ASSOCIATES DJ ASFOUR GENERAL PART, 2409 RUSH CREEK PL, VALLEJO, CA 94591 |
| 15280 | ASPERGER, ROBERT E, STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE 1101, SACRAMENTO, CA 95814 |
| 15281 | BALOGA, ALOYS JOSEPH, 10 HILLCREST DR, DALLAS, PA 18612 |
| 15281 | BARON, EUGENE, 24061 MAJESTIC, OAK PARK, MI 48237 |
| 15280 | BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 48084-4724 |
| 15281 | BASHAM, DIXIE L, 352 GRANITE AVE, LIBBY, MT 59923 |
| 15280 | BAYLOR, PETER N, NUTTER MCCLENNEN & FISH LLP, 155 SEAPORT BLVD WORL, BOSTON, MA 02210-2604 |
| 15281 | BECKER, WILLIAM R, 111 N 50TH ST, SEATTLE, WA 98103 |
| 15280 | BECKETT, CHAD S, BECKETT & WEBBER PC, 508 S BROADWAY, URBANA, IL 61801-4232 |
| 15281 | BEDNARCZYK, JOSEPH CHARLES, 22 JANELLE STREET, LEWISTON, ME 04240 |
| 15281 | BELFERMAN, JOHN MICHAEL, 21600 BEALLSVILLE ROAD, BARNESVILLE, MD 20838 |
| 15281 | BENDER, PATSY ANN, PO BOX 1622, BAY SPRINGS, MS 39422 |
| 15281 | BENEFIELD, DONALD CHARLES, 264 VICKS DRIVE, LIBBY, MT 59923 |
| 15281 | BERRUM, HOMER MATHEW, 306 WEST CHINOOK, LIVINGSTON, MT 59047 |
| 15282 | BILZIN SUMBERG DUNN BAENA ET. AL., SCOTT L. BAENA, ESQ, FIRST UNION FINANCIAL CENTER, 200 S. BISCAYNE BLVD. STE. 2500, MIAMI, FL 33131 |
| 15280 | BLAIN, CLINTON L, CLINTON L BLAIN ATTORNEY AT LAW, 111 ELM ST STE 45, SAN DIEGO, CA 92101 |
| 15281 | BLANKSTEIN ENTERPRISES INC., 2120 W CLYBOURN STREET, MILWAUKEE, WI 53233 |
| 15281 | BOUCHARD, ERNEST S, 5349 BROADWATER LN, CLARKSVILLE, MD 21029 |
| 15280 | BOWMAN, D G, BOWMAN GEORGE SCHEB TOALE ROBINSON, 2750 RINGLING, SARASOTA, FL 34237 |
| 15280 | BRANDI, THOMAS J, LAW OFFICES OF THOMAS J BRANDI, 44 MONTGOMERY ST STE 1050, SAN FRANCISCO, CA 94104 |
| 15280 | BROWN III, CHARLES J, ELZUFON AUSTIN REARDON TARLOV & MONDELL PA, 300 DELAWARE AVE STE 1700, PO BOX 1603, WILMINGTON, DE 19801 |
| 15281 | BROWN, ERMALINE REGISTER, 532 ROSE MARIE AVE, VIRGINIA BEACH, VA 23462 |
| 15281 | BUILDING & CONSTRUCTION, LABORERS LOCAL 310, 3250 EUCLID AVE, CLEVELAND, OH 44115 |
| 15280 | BURFORD JR, SAM P, THOMPSON & KNIGHT LLP, 1700 PACIFIC AVE STE 3300, DALLAS, TX 75201-4693 |
| 15280 | BURKE, PATRICIA A, RIDER BENNETT EGAN & ARUNDEL, 333 S SEVENTH ST STE 2000, MINNEAPOLIS, MN 55402 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15281 | BURKS, WILLIE B, 141 JENKINS DR, SAVANNAH, GA 31405 |
| 15281 | BUSBY, DANIEL CARLTON, 2098 FARM TO MARKET RD, LIBBY, MT 59923 |
| 15280 | BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST STE 4100, MINNEAPOLIS, MN 55402 |
| 15280 | C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022 |
| 15280 | CABRASER, ELIZABETH J, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 15280 | CADE, GREGORY A, ENVIRONMENTAL ATTORNEYS GROUP LLC, 1900 28TH AVE S STE 107, HOMEWOOD, AL 35209 |
| 15281 | CALGARY BOARD OF EDUCATION, WILLIAM ABERHART 3009 MORLEY TRAIL NW, CALGARY, AB T2M4G9CANADA |
| 15281 | CAMPEAU, THOMAS FRANCIS, 11544 W CTY RD 612, FREDERIC, MI 49733 |
| 15282 | CAPLIN & DRYSDALE, CHARTERED, PETER LOCKWOOD, ESQ, ONE THOMAS CIRCLE NW, WASHINGTON, DC 20005 |
| 15281 | CARLTON DEVELOPMENT CORP, 95 25 QUEENS BLVD SUITE, REGO PARK, NY 11374 |
| 15280 | CARROLL, DANIEL J, DIVISION OF FACILITIES MGMT, 900 SW JACKSON RM 653, TOPEKA, KS 66612-2210 |
| 15281 | CENTRE MGR MARCOUX INC, 1885 CHEMIN DE LA CANARDIERE, QUEBEC, QC G1J2E5CANADA |
| 15281 | CERTALIC, SHARON YVONNE, PO BOX 401, BELGRADE, MT 59714 |
| 15281 | CHAN, CONNIE Y, 728 PACIFIC AVE STE 308, SAN FRANCISCO, CA 94133 |
| 15281 | CHASE, RANDY, 116 DAUPHIN WAY, CHATTANOOGA, TN 37411 |
| 15280 | CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 94104-2213 |
| 15281 | CHELDIN, TED M, PO BOX 6694, WOODLAND HILLS, CA 91365 |
| 15281 | CITY OF EASTHAMPTON, 43 MAIN STREET, EASTHAMPTON, MA 01027 |
| 15280 | CLEMENTS JR, MARVIN E, TENNESSEE ATTORNEY GENERALS OFFICE, PO BOX 20207, NASHVILLE, TN 37202 |
| 15280 | CLIFFORD CHANCE US LLP, ATTN SCOTT TALMADGE ESQ, 200 PARK AVE, NEW YORK, NY 10166-0153 |
| 15281 | COLLAT INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210 |
| 15281 | COLLATERAL AGENCY INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210 |
| 15281 | CONTINENTAL FLORIDA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 |
| 15281 | CONTINENTAL GEORGIA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 |
| 15281 | CONTINENTAL SEATTLE PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 |
| 15281 | CREST USD 479, BOX 68, KINCAID, KS 66039 |
| 15281 | CRESTWOOD CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 15281 | CUMMINGS, BRENDA FAYE, 1802 ROBINSON RD #256, GRAND PRAIRIE, TX 75051 |
| 15281 | DARKS, TYRONE PETER, #239667 TYRONE PETER DARKS, PO BOX 97, MCALESTER, OK 74502 |
| 15280 | DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 77630 |
| 15281 | DOMBROSKI, THOMAS F, 1209 CAMPBELL, DETROIT, MI 48209 |
| 15280 | DOUGLAS, JAMES B, MCNEAL & DOUGLAS LLC, 1685 E UNIVERSITY DR, STE A, AUBURN, AL 36830-5217 |
| 15281 | DRAKE, WILLIAM HOWARD, 709 MCCASKILL AVE, MAXTON, NC 28364 |
| 15280 | DROWOS, STUART B, STATE OF DELAWARE DEPT OF JUSTICE ATTY GEN, 820 N FRENCH ST 6TH FL, WILMINGTON, DE 19801 |
| 15281 | ELLIOTT, JAY AND DOROTHY, 816 OAKLAND DRIVE, DEKALB, IL 60115 |
| 15280 | ENYART, WILLIAM L, ENYART & PEEBLES, 12 S SECOND ST, BELLEVILLE, IL 62220-2016 |
| 15281 | FAMILIES IN CRISIS INC WILLIAM K HALL, 1305 E RANICER, KILLEEN, TX 76541 |
| 15281 | FEDERATED DEPARTMENT STORES INC, C/O CARL R GOLDBERG, 170 OFARRELL ST, SAN FRANCISCO, CA 94102 |
| 15280 | FIFE, PHILLIP K, PHILLIP K FIFE, 3662 KATELLA AVE STE 117, LOS ALAMITOS, CA 90720-3174 |
| 15281 | FIRST PRESBYTERIAN CHURCH, PO BOX 425, DAWSON, MN 56232 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15281 | FIRST UNITED METHODIST CHURCH OF DELAND, 115 EAST HOWRY AVENUE, DELAND, FL 32720 |
| 15280 | FIXLER, DAVID C, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110-3319 |
| 15281 | FLORES, HELEN, 74 N E VILLAGE RD, CONCORD, NH 03301 |
| 15281 | FORT ANN CENTRAL SCHOOL, CATHERINE ST, FORT ANN, NY 12827 |
| 15281 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15281 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15281 | GALLO, JEFFREY LEE, 1709 US HWY 2 S, LIBBY, MT 59923 |
| 15281 | GILMORE, JOSEPH R, 46469 ARBORETUM CIR, PLYMOUTH, MI 48170 |
| 15280 | GILSON, ROBERT J, RIKER DANZIG SCHERER HYLAND & P, ONE SPEEDWELL AVE, MORRISTOWN, NJ 07960 |
| 15281 | GOLDADE, LYNN A, W11281 BILKEY RD, LODI, WI 53555 |
| 15280 | GOLDBERG, CARL R, FEDERATED LEGAL DEPARTMENT, 170 O'FARRELL ST, SAN FRANCISCO, CA 94102-2202 |
| 15281 | GRANADA TERRACE CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 15280 | GRANT, JACK A, GRANT & BARROW, 238 HUEY P LONG AVE, GRETNA, LA 70053-5816 |
| 15280 | GREEN, BRADY L, MORGAN LEWIS & BOCKIUS, 1701 MARKET ST, PHILADELPHIA, PA 19103-2921 |
| 15281 | GRUNERT KILLIAN, JULIA M, 398 FRAVOR RD, MEXICO, NY 13114 |
| 15281 | GRUNERT, CHARLES L, P.O. BOX 595 WATERTOWN N.Y. 13601 OR 5 LIBERTY ST, ADAMS, NY 13605 |
| 15281 | GUBBIN, JULIE ANN, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413 |
| 15281 | HAMILTON TERMINALS INC, 10641 TECHWOODS CIRCLE #201, CINCINNATI, OH 45242 |
| 15281 | HARRINGTON TOOLS INC, 4316 ALGER ST, 5440 SAN FERNANDO RD W, LOS ANGELES, CA 90039 |
| 15281 | HARRIS, MICHAEL, PO BOX 483, GILMANTON, NH 03237 |
| 15280 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 59901-5341 |
| 15281 | HERITAGE HOLDINGS, 2480 NE 23 ST, POMPANO BEACH, FL 33062 |
| 15281 | HERNANDEZ, PEDRO, PO BOX 8267, PONCE, PR 00732-8267 |
| 15281 | HO, JEFFREY DOUGLAS, 1431 LAKEVIEW AVE, MINNEAPOLIS, MN 55416 |
| 15280 | HOLMES, JOHN L, JOHN L HOLMES ATTORNY AT LAW, 18039 CRENSHAW BLVD, TORRANCE, CA 90504 |
| 15281 | INGRAM, BENJAMIN MASON, 3516 FLORENCE BLVD, FLORENCE, AL 35634 |
| 15281 | IOVINO, JOSEPH LOUIS, 5501 SNOWSHOE MINE RD, LIBBY, MT 59923 |
| 15280 | ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 20036 |
| 15281 | JAMIESON CONDOMINIUM, 13536 124 A AVE, EDMONTON, AB T5L3B5CANADA |
| 15281 | JEFFERSON, RONALD WAYNE, 3105 ARROWWOOD LN, TALLAHASSEE, FL 32305 |
| 15280 | JOHN S DULL, 2293 N MAIN ST, CROWN POINT, IN 46307-1854 |
| 15281 | JOHNSON JR, BURRELL, PO BOX 4500 MICHAEL UNIT, TENNESSEE COLONY, TX 75886 |
| 15281 | JOHNSON, DALE M, 2255 E SHAW AVE, APT B, FRESNO, CA 93710 |
| 15281 | JOHNSON, ERNEST RAY, 136 N TWIN LAKES RD, COCOA, FL 32926 |
| 15281 | JOHNSON, KAREN JANICE, 3530 21/2 ST NE, MINNEAPOLIS, MN 55418 |
| 15280 | JONES, NATHAN E, NATHAN E JONES, 665 WRELTON DR, LA JOLLA, CA 92037-7950 |
| 15281 | KATZ, ALLEN R, 9158 PELICAN AVE, FOUNTAIN VALLEY, CA 92708 |
| 15281 | KATZ, S S, 15 ELROD DR, WEST NYACK, NY 10994 |
| 15280 | KELLEY, LINDA D, VIACOM INC, 11 STANWIX ST, PITTSBURGH, PA 15222 |
| 15281 | KERR, EDWARD B, 1308 EVANGELINE, DEARBORN HEIGHTS, MI 48127 |
| 15281 | KINLAN, PATRICK, 3106 EGER PL, BRONX, NY 10465 |
| 15281 | KLINGMAN, ROBERT RAY, 4539 DRY CREEK RD, NAPA, CA 94558 |
| 15281 | KNAUSS, DONALD LEE, PO BOX 1443, LIBBY, MT 59923 |
| 15280 | KPMG, PO BOX 730, 20 FARRINGTON RD, LONDON, EC4A4PPUNITED KINGDOM |
| 15282 | KRAMER LEVIN NAFTALIS & FRANKEL LLP, GARY M. BECKER, ESQ, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| 15281 | KUJAWA, GREGORY MARK, 350 SHALOM DR, LIBBY, MT 59923 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15281 | LANEDALE CO OPERATIVE APARTMENTS LIMITED, 8 STROUD ROAD APT 8, HAMILTON, ON L8S1Z6 CANADA |
| 15281 | LARKIN, EUGENE LEROY, 6572 E KETTLEMAN LN, LODI, CA 95240 |
| 15281 | LARSON, RICHARD H, 172 IVORY STREET, FREWSBURG, NY 14738 |
| 15281 | LAWRENCE LAMAR RICE WEST MELBOURNE, 49 PARKHILL BOULEVARD, WEST MELBOURNE, FL 32904 |
| 15281 | LEAL, NORMAN, 1485 NAPLES WAY, LIVERMORE, CA 94550 |
| 15281 | LEE, ELIZABETH M, 713 MICHIGAN AVE, LIBBY, MT 59923 |
| 15280 | LEE, PETER, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY, 2500 LOU MENK DR, FORT WORTH, TX 76131-2828 |
| 15280 | LEWIS ESQ, WH RAMASAY, THE PRUDENTIAL INSURANCE CO OF AMERICA, 751 BROAD ST 21ST FL, NEWARK, NJ 07102 |
| 15280 | LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT 59403-0002 |
| 15281 | LOS ANGELES UNIFIED SCHOOL DISTRICT, C/O ROMAN M SILBERFELD / BERNICE CONN, ROBINS KAPLAN MILLER & CIRESI LLP, 2049 CENTURY PARK E #3700, LOS ANGELES, CA 90067 |
| 15280 | LOW-BEER, JOHN, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 15281 | LUCE, JOAN, 604 DAKOTA, LIBBY, MT 59923 |
| 15280 | LUKINS & ANNIS PS, 1600 WASHINGTON TRUST FINANCIAL CTR, 717 W SPRAGUE AVE, SPOKANE, WA 99201-0466 |
| 15281 | MARTIN, GILBERT, 555 SPUR LOOP PO BOX 815, TROY, MT 59935 |
| 15281 | MATTA, WAYNE RAMON, 22722 244TH AVE SE, MAPLE VALLEY, WA 98038 |
| 15281 | MCBRIDE, SUSAN JO, 6064 S KRAMERIA ST, ENGLEWOOD, CO 80111 |
| 15281 | MCCADDEN, LUCILLE RICKS, POBOX 1378 - 100 AVE. B, SPRING HOPE, NC 27882 |
| 15280 | MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820 |
| 15281 | MCCHRISTIAN, SARAH LOU, 8674 W 7 MI RD, NORTHVILLE, MI 48167 |
| 15280 | MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 S M, KALISPELL, MT 59904-5399 |
| 15280 | MCGARVEY, ALLAN M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN ST, KALISPELL, MT 59901 |
| 15280 | MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN, KALISPELL, MT 59904 |
| 15280 | MCPROUD, CLARENCE, SPILLER MCPROUD, 505 COYOTE ST, NEVADA CITY, CA 95959-2230 |
| 15280 | MEIER, KURT J, TRANTER & MEIER, 33 N FORT THOMAS AVE, FORT THOMAS, KY 41075-1516 |
| 15281 | MENANDS UNION FREE SCHOOL DISTRICT, WARDS LN, MENANDS, NY 12204 |
| 15281 | MILES, JAMES IRVIN, 1803 EASTFIELD ROAD (P.O.BOX 6505), HARRISBURG, PA 17112 |
| 15281 | MISSILE INN INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084 |
| 15281 | MOBLEY, ERICA MICHELL, 317 WEST CHESTNUT, COWETA, OK 74429 |
| 15281 | MODZELESKI, VINCENT E, 1618 JAMES DR, CARLSBAD, CA 92008 |
| 15280 | MOLONEY, LAWRENCE A, GRAY PLANT MOOTY MOOTY & BENNETT, 80 S8TH ST STE 500, MINNEAPOLIS, MN 55402-5383 |
| 15281 | MOORE, PHILLIP SHAWN, 680 A ADAMS ROAD, BENSON, NC 27504 |
| 15280 | MOTLEY RICE LLC, JAMES HUGHES, 28 BRIDGESIDE BLV, PO BOX 1792, MOUNT PLEASANT, SC 29465 |
| 15280 | MOTLEY RICE LLC, JAMES M HUGHES, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 29465-1792 |
| 15280 | MOTLEY RICE LLC, JAMES M HUGHES, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC 29464 |
| 15280 | MULHERN, TIMOTHY P, SHATZ SCHWARTZ AND FENTIN PC, 1441 MAIN ST, SPRINGFIELD, MA 01103 |
| 15281 | MUROFF, CAROL S, 16804 AVILA BLVD, TAMPA, FL 33613 |
| 15281 | N&J 1 LP, 984 MONUMENT ST STE 110, PACIFIC PALISADES, CA 90272 |
| 15281 | NAMAZI, NAZANIN, 29726 FELTON DR, LAGUNA NIGUEL, CA 92677 |
| 15281 | NGUYEN, KEITH N, 5523 N GALVEZ ST, NEW ORLEANS, LA 70117 |
| 15281 | NIGHTLINGER, GERALD THOMAS, 1177 EAST BEAMISH ROAD, MIDLAND, MI 48642 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15281 | NORDIEGO CAPITAL LTD, 738 W WASHINGTON AVE STE B, ESCONDIDO, CA 92025 |
| 15281 | NORM S RESTAURANTS, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 |
| 15281 | NOWAK, ROBERT, 8521 SOUTH NATOMA AVENUE, BURBANK, IL 60459 |
| 15280 | O'HALLORAN, RICHARD A, BURNS WHITE & HICKTON LLC, 531 PLYMOUTH RD STE 500, PLYMOUTH MEETING, PA 19462 |
| 15280 | OCONNOR, PATRICIA A, LEVENFELD PEARLSTEIN, 2 N LASALLE 13TH FL, CHICAGO, IL 60602 |
| 15280 | ODOM JR, WILLIAM W, WILLIAM W ODOM JR, 404 WALDRON ST, CORINTH, MS 38834 |
| 15281 | ODUM, PAUL BENNETT, 1744 NEELY AVE, EAST POINT, GA 30344 |
| 15280 | OLANMENDI SMITH, RAUL, OFFICE OF THE GENERAL COUNSEL, SEMPRA ENERGY, 101 ASH ST STE 1200, SAN DIEGO, CA 92101 |
| 15281 | OMOND MEMORIAL UNITED CHURCH, 319 MCKENZIE AVENUE, NORTH BAY, ON P1B7E3CANADA |
| 15280 | ONEILL, PATRICK, LAW DEPARTMENT CITY OF PHILADELPHIA, ONE PARKWAY 1515 ARCH ST, PHILADELPHIA, PA 19102-1512 |
| 15281 | ORLANDO UTILITIES COMMISSION, 500 SOUTH ORANGE AVE, ORLANDO, FL 32801 |
| 15281 | ORTIZ, MARIA LUISA, P O BOX 809 OROCOUIS, OROCOUIS, PR 00720PUERTO RICO |
| 15281 | OTTERBEIN COLLEGE, ONE OTTERBEIN COLLEGE, WESTERVILLE, OH 43081 |
| 15281 | PATTERSON, PAUL, 2135 BROWNS GAP TPKE, CHARLOTTESVILLE, VA 22901 |
| 15281 | PAULETTE, MARCELLA M, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903-7909 |
| 15281 | PAULETTE, MARCELLA MAE, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903 |
| 15281 | PEPPER, HOWARD WILLIAM, 906 W BALSAM ST, LIBBY, MT 59923 |
| 15281 | PICHE, LOUIS, 164 BLVD JUTRAS EST, VICTORIAVILLE, QC G6P4M1CANADA |
| 15280 | PILLSBURY WINTHROP LLP, ATTN P BROSNAHAN, PO BOX 7880, SAN FRANCISCO, CA 94120 |
| 15280 | PILLSBURY WINTHROP LLP, PO BOX 7880, SAN FRANCISCO, CA 94120-7880 |
| 15281 | PITTSBURGH SCHOOL DISTRICT, FACILITIES DIVISION 1305 MURIEL STREET, PITTSBURGH, PA 15203 |
| 15281 | PLATINUM CAPITAL INVESTMENTS INC, 1608 MIDWEST CLUB PKWY, OAK BROOK, IL 60523 |
| 15281 | PLAXALL INC, 5-46 46TH AVENUE, LONG ISLAND CITY, NY 11101 |
| 15281 | PORT OF SLIDELL LLC, PO BOX 24597, NEW ORLEANS, LA 70184 |
| 15280 | PORTER, JEFFREY R, MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| 15281 | PRINCETON BOOTH CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 15281 | PRINCETON PLAZA CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 15281 | PRITCHETT, WILLIAM, 203 EL MONTE DR, SANTA BARBARA, CA 93109-2005 |
| 15281 | PROCTO INC, 420 W ROWLAND STREET, COVINA, CA 91723 |
| 15281 | PULLINGER, BERNARD, 100 WASHINGTON COMMONS DR APT 342, EVANS, GA 30809 |
| 15281 | R.R. ISLA VERDE HOTEL & RESORT INC., P.O. BOX 221, BROOKLYN, NY 11208-0221 |
| 15281 | RAMSEY CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 15281 | REALTY, DONNA JEAN, 707 N COLLINS STREET, PLANT CITY, FL 33563 |
| 15280 | REDINGTON, PATRICIA, SAINT LOUIS COUNTY COUNSELOR OFFICE, 41 S CENTRAL, SAINT LOUIS, MO 63105 |
| 15281 | REESE, PATSY A, 237 FELTON ST, SAN FRANCISCO, CA 94134 |
| 15281 | RESHAT HUSSEIN HASSAN & MINNIE HASSAN TT, 4934 W FALLEN LEAF LN, GLENDALE, AZ 85310 |
| 15281 | RISDAL, EDDIE CHARLES, PO BOX 316 ISP 802094, FORT MADISON, IA 52627 |
| 15281 | RIVER DRIVE CONSTRUCTION, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 15280 | ROBERTS, JARED I, AMTRAK LAW DEPARTMENT, 60 MASSACHUSETTS AVE NE, WASHINGTON, DC 20002-4285 |
| 15281 | ROGERS, ARLENE A, 11 CORNELL PLACE, NEW ROCHELLE, NY 10804 |
| 15280 | ROSEN, AVRUM J, AVRUM J ROSEN, 38 NEW ST, HUNTINGTON, NY 11743-3327 |
| 15281 | ROTH, TOM, 3553 BROOKHILL ST, GLENDALE, CA 91214 |
| 15281 | RUSS, CLARKE, 2229 WINDWARD SHORE DRIVE, VIRGINIA BEACH, VA 23451 |
| 15280 | RUYLE, NANCY L, PHELPS KASTEN RUYLE BURNS & SIMS PC, 19871 TIMBERE, CARLINVILLE, IL 62626 |
| 15281 | SAGEN, KENNETH DUANE, PO BOX 176 / 46 EVANS RD, LIBBY, MT 59923 |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15280 | SAIA, FRANK R, FRANK R SAIA, JD, 106 STATE ST, SPRINGFIELD, MA 01103-2034 |
| 15281 | SALEM CENTRAL SCHOOL DISTRICT, 41 EAST BROADWAY, SALEM, NY 12865 |
| 15281 | SAMONTE, LAEL EDWARD, 99-902 MOANALUA RD, AIEA, HI 96701 |
| 15281 | SAN DIEGO SPACE AND SCIENCE FOUNDATION, PO BOX 33303, SAN DIEGO, CA 92163 |
| 15281 | SANDLY, WENDY LEE, 318 THURSTON STREET, CLARKS SUMMIT, PA 18411 |
| 15280 | SCHWARTZMAN, DANIEL A, DANIEL A SCHWARTZMAN, 55 5TH AVE 15TH FLOOR, NEW YORK, NY 10003-4301 |
| 15281 | SCHWOEFFERMANN, CUFFY, MARY ELIZABETH, 745 SE MILLER STREET, PORTLAND, OR 97202 |
| 15280 | SCOTT, DARREL W, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 583, SPOKANE, WA 99201 |
| 15281 | SHAPERY DEVELOPERS GAS ELECTRIC PROPERTY, 402 W BROADWAY, STE 1220, SAN DIEGO, CA 92101 |
| 15281 | SHARTZER, JAMIE GUEVARA, 24172 ZORRO CT, HAYWARD, CA 94541 |
| 15281 | SHER, JOSEPH H, 4711 LA VILLA MARINA #C, MARINA DEL REY, CA 90292 |
| 15280 | SILLS, KENNETH F, HAMMONDS & SILLS, QUAD ONE STE C, 1111 S FOSTER DR, BATON ROUGE, LA 70806 |
| 15281 | SKARIE, RONALD ALAN, 7623 W RYAN RD, FRANKLIN, WI 53132 |
| 15281 | SLAWSON, DENNIS MICHAEL, 302 W MAIN ST, SYKESVILLE, PA 15865 |
| 15281 | SMITH, KENNETH D, 1711 MILTON MANOR DR, EL CAJON, CA 92021 |
| 15280 | SOBOL, THOMAS M, HAGENS BERMAN LLP, 225 FRANKLIN ST 26TH FL, BOSTON, MA 02110 |
| 15280 | SOLOMON, BRETT A, TUCKER ARENSBERG PC, 1500 ONE PPG PL, PITTSBURGH, PA 15222-5416 |
| 15281 | SPADAFORA, ALLENE, PO BOX 335 80 W 200 S, GREEN RIVER, UT 84525 |
| 15280 | SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 29924 |
| 15281 | SPINGLER, CLIFFORD M, 1233 NW 199TH PL, SHORELINE, WA 98177 |
| 15280 | STAMM, RONALD W, OFFICE OF COUNTY COUNSEL, ONE GATEWAY PL, LOS ANGELES, CA 90012-2952 |
| 15281 | STANLEY, EARL H, 615 MAIN AVE, LIBBY, MT 59923 |
| 15281 | STANLEY, LYNN R, 838 SECOND AVE E, KALISPELL, MT 59901 |
| 15281 | STANLEY, ROBERT W, 838 2ND AVE E, KALISPELL, MT 59901-5411 |
| 15281 | STATE OF CONNECTICUT - DEPT. PUBLIC WORK, GERALD GLASSMAN - 165 CAPITOL AVE. RM 275, HARTFORD, CT 06106 |
| 15280 | STEINMEYER, AMANDA G, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 29924 |
| 15281 | STEVEN J WOLFE IRREVOCABLE TRUST, PO BOX 3238, LOS ANGELES, CA 90078-3238 |
| 15281 | STEWART, FANETTE L, 621 EAST 40TH AVE, SPOKANE, WA 99203 |
| 15281 | STEWART, FANETTE LLOYS, 621 EAST 40TH AVE., SPOKANE, WA 99203 |
| 15280 | STOCKENSTROM, HANNELIE, CLARK WILSON BARRISTERS & SOLICITORS, 800-885 W GEORGIA ST, VANCOUVER, BC V6C3H1CANADA |
| 15280 | STONELAKE JR, BENJAMIN G, BLANK ROME LLP, ONE LOGAN SQUARE, PHILADELPHIA, PA 19103 |
| 15280 | STOPER JR, RICHARD L, ROTATORI BENDER GRAGEL STOPER & ALEXANDER, 800 LEADER BUILDING, 526 SUPERIOR AVE E, CLEVELAND, OH 44114-1498 |
| 15282 | STROOK & STROOK & LAVAN LLP, LEWIS KRUGER, ESQ, 180 MAIDEN LN , NEW YORK, NY 10038-4982 |
| 15280 | STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 66217-3046 |
| 15280 | SUTHERLAND, FRED H, BEARD & SUTHERLAND, 400 TRAVIS ST STE 1103, SHREVEPORT, LA 71101-5564 |
| 15282 | SWIDLER BERLIN LLP, RICHARD WYRON, ESQ, 3000 K ST. NW, STE. 300, WASHINGTON, DC 20007 |
| 15281 | TAYLOR, EDDIE, 10715 CRANBROOK RD, HOUSTON, TX 77042 |
| 15281 | TEMPLE BETH AM, 4660 SHERIDAN DR, WILLIAMSVILLE, NY 14221 |
| 15281 | TERRACE PROPERTIES LIMITED PARTNERSHIP, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 |
| 15281 | THE RECORD, 225 FAIRWAY RD S, KITCHENER, ON N2G4E5CANADA |
| 15281 | THEONNES, LOIS GLORIA, PO BOX 46, LIBBY, MT 59923 |
| 15281 | THERMO COUSTICS LIMITED, 2750 HIGHWAY #11 NORTH, NORTH BAY, ON P1B8G3CANADA |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15281 | THOMSON, EVA A, 259 REMPS RD (PO BOX 1343), LIBBY, MT 59923 |
| 15281 | THRASHER, VIRGINIA L, 3460 PHEASANT CT, DECATUR, GA 30034 |
| 15281 | TIPOLD, H, 1147 PLANTERS RD, LAWRENCEVILLE, VA 23868 |
| 15281 | TRUMBULL MEMORIAL HOSPITAL, C/O STEVEN E CRICK, HUMPHREY FARRINGTON & MCCLAIN, 123 WEST KANSAS, INDEPENDENCE, MO 64050-3713 |
| 15280 | TURKEWITZ, ROBERT M, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464 |
| 15281 | ULEN, ANGELA M, HOOPER MEMORIAL HOME INC, 3532 WALNUT ST, HARRISBURG, PA 17109 |
| 15281 | UNI INC JAMES EDWARD IDOINE PRESIDENT, 904 S HERMOSILLO, PAYSON, AZ 85541 |
| 15281 | VALU-LODGE OF NEW PORT RICHEY INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084 |
| 15281 | VAUGHAN, ROBERT T, 46 SPEAR ST, MELROSE, MA 02176 |
| 15280 | VINCENT, FABRICE N, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 15281 | VINIKOOR, ABRAM L, 5236 38TH AVE NE, SEATTLE, WA 98105 |
| 15281 | VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1797, RICHMOND, VA 23218 |
| 15281 | WARREN, TIMOTHY WAYNE, 4860 1 2 VIRGINIA AVE, OROVILLE, CA 95966 |
| 15280 | WASHBURN, RODNEY L, HAZELWOOD & WEBER LLC, 200 N THIRD ST, SAINT CHARLES, MO 63301-2813 |
| 15280 | WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464 |
| 15280 | WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD, BLDG A, MOUNT PLEASANT, SC 29464 |
| 15281 | WICKERSHAM, KAREN KAYE, 5455 PROSPECT DR, MISSOULA, MT 59808 |
| 15281 | WILLIAM R. BECKER FOR IRONWOOD SOFTWARE, 111 N 50TH ST, SEATTLE, WA 98103 |
| 15280 | WILLIAMS, ALAN C, MINNESOTA ATTORNEY GENERAL OFFICE, STE 900 NCL TOWER, 445 MINNESOT ST, SAINT PAUL, MN 55101 |
| 15281 | WILLIS, CLAY HENRY, 906 CHEYENNE MEADOWS, KATY, TX 77450 |
| 15281 | WITTENBERG, WILLIAM R, 6110 PANORAMA DR NE, TACOMA, WA 98422 |
| 15281 | WOLFE, STEVEN J, SNEAK PREVIEW ENTERTAINMENT, PO BOX 3238, HOLLYWOOD, CA 90078 |
| 15281 | WOODBURY PLACE APARTMENTS LTD, 3942 PLEASURE HILL, SAN ANTONIO, TX 78229 |
| 15281 | WOODMAN PARTNERS, 3085 WOODMAN DRIVE SUITE 100, DAYTON, OH 45420 |
| 15281 | YICK REALTY INVESTMENT, 1340 GRANT AVE #1, SAN FRANCISCO, CA 94133 |

**Subtotal for this group: 275**