**EXHIBIT A-2**
**ASBESTOS PERSONAL INJURY CLAIMS AND ZAI CLAIMS\***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance without Prejudice |
|---|---|---|---|
| ALLAMAN, W L | 1419 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| BALOGA, ALOYS JOSEPH | 1726 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| BASHAM, DIXIE L | 5579 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| BAVER, GEORGE JAMES | 4712 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| BECKER, WILLIAM R | 2971 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| BEDNARCZYK, JOSEPH CHARLES | 2838 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| BELTZ, ALAN ALBERT | 3893 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| BELTZ, CAROL KIM | 3891 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| BENEFIELD, DONALD CHARLES | 13905 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| BERRUM, HOMER MATHEW | 5154 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |

\* Claims listed on Exhibit A-1 are also listed on Exhibit A-2, because Debtors cannot be certain from the claim forms attached in support of the claims listed on Exhibit A-1, whether such claims are:  (1) Medical Monitoring Claims; or (2)  Asbestos Personal Injury or Zonolite Attic Insulation Claims.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT A-2**
**ASBESTOS PERSONAL INJURY CLAIMS AND ZAI CLAIMS***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance without Prejudice |
|---|---|---|---|
| BROWN, ERMALINE REGISTER | 4379 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| CAMPEAU, THOMAS FRANCIS | 2128 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| CAROL, GRAHAM A | 9649 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| CHASE, ADAM STEPHEN | 11334 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| CUMMINGS, BRENDA FAYE | 1915 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| DAVIDSON, JAMES | 5560 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| FORLAND, JEAN | 11342 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| GALLO, JEFFREY LEE | 1873 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| GEER, MARY K | 5555 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| GRUNERT KILLIAN, JULIA M | 5992 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |

* Claims listed on Exhibit A-1 are also listed on Exhibit A-2, because Debtors cannot be certain from the claim forms attached in support of the claims listed on Exhibit A-1, whether such claims are:  (1) Medical Monitoring Claims; or (2)  Asbestos Personal Injury or Zonolite Attic Insulation Claims.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT A-2**
**ASBESTOS PERSONAL INJURY CLAIMS AND ZAI CLAIMS\***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance without Prejudice |
|---|---|---|---|
| GRUNERT, CHARLES L | 12749 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| GRUNERT, CHARLES L | 12749 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| HANSEN, SALLY A | 5556 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| JONES, LORETTA VERNA | 4395 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| JONK, TRISTA | 11350 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| KATZ, S S | 1131 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| KOURI, NAMIE | 11352 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| LAWRENCE LAMAR RICE WEST MELBOURNE | 12754 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| LEE, ELIZABETH M | 1414 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| MARTIN, GILBERT | 3300 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |

* Claims listed on Exhibit A-1 are also listed on Exhibit A-2, because Debtors cannot be certain from the claim forms attached in support of the claims listed on Exhibit A-1, whether such claims are:  (1) Medical Monitoring Claims; or (2)  Asbestos Personal Injury or Zonolite Attic Insulation Claims.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT A-2
## ASBESTOS PERSONAL INJURY CLAIMS AND ZAI CLAIMS*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance without Prejudice |
|---|---|---|---|
| MCCHRISTIAN, SARAH LOU | 3404 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| MILES, JAMES IRVIN | 10555 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| NOLAN, SHAWN AMY | 13908 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| NOWAK, ROBERT | 5149 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| OSTLUND, CHYLEEN | 11364 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| PAKIRTZIS, ZAHARIAS | 11365 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| PARKER, MELVIN GEORGE | 9657 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| PATCH, GARY | 11366 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| PULLINGER, BERNARD | 1869 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| RUSS, CLARKE | 5580 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |

* Claims listed on Exhibit A-1 are also listed on Exhibit A-2, because Debtors cannot be certain from the claim forms attached in support of the claims listed on Exhibit A-1, whether such claims are:  (1) Medical Monitoring Claims; or (2)  Asbestos Personal Injury or Zonolite Attic Insulation Claims.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT A-2**
**ASBESTOS PERSONAL INJURY CLAIMS AND ZAI CLAIMS***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance without Prejudice |
|---|---|---|---|
| SAMONTE, LAEL EDWARD | 2260 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| SELLERS, CARLA | 11371 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| SKRAMSLAD, LESLER | 7045 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| SMITH, JOHN | 11373 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| STANLEY, LYNN R | 14404 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| STANLEY, ROBERT W | 13906 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| TAYLOR, EDDIE | 2560 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| TENNISON, KATHLEEN ANN | 5566 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| TIPOLD, H | 2902 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| TREFFERT, BRIAN | 11379 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |

* Claims listed on Exhibit A-1 are also listed on Exhibit A-2, because Debtors cannot be certain from the claim forms attached in support of the claims listed on Exhibit A-1, whether such claims are:  (1) Medical Monitoring Claims; or (2)  Asbestos Personal Injury or Zonolite Attic Insulation Claims.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT A-2**
**ASBESTOS PERSONAL INJURY CLAIMS AND ZAI CLAIMS\***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance without Prejudice |
|---|---|---|---|
| WENTZVILLE FIRE PROTECTION DISTRICT | 10578 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| WICKERSHAM, KAREN KAYE | 14402 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| WILLIAM R. BECKER FOR IRONWOOD SOFTWARE | 2972 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |
| WORLEY, WILLIAM | 11383 | N/A | Claim was filed on a customized property damage claim form, but in actuality is either an Asbestos Personal Injury claim or a Zonolite Attic Insulation claim, and was therefore improperly filed.  Debtors request that this claim be disallowed without prejudice as requested in their objection. |

**Total No. of Claims:   54**

\* Claims listed on Exhibit A-1 are also listed on Exhibit A-2, because Debtors cannot be certain from the claim forms attached in support of the claims listed on Exhibit A-1, whether such claims are:  (1) Medical Monitoring Claims; or (2)  Asbestos Personal Injury or Zonolite Attic Insulation Claims.
\**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.