**EXHIBIT A-3**
**PD CLAIMS NOT SUBMITTED ON PD CLAIM FORMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| AG ONE LLC | 2221 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| BUILDING & CONSTRUCTION | 879 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| FEDERATED DEPARTMENT STORES INC | 10556 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| FEDERATED DEPARTMENT STORES INC | 10558 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| HARRINGTON TOOLS INC | 15160 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| HARRIS, MICHAEL | 12811 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| JOHNSON JR, BURRELL | 2237 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| KATZ, S S | 1131 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| KOSKI, EINO AND AILI | 15343 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| KWAS, DANIEL | 15344 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| MACERICH FRESNO LIMITED PARTNERSHIP | 15310 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| MISNIAKIEWCZ, PAWEL | 15304 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |
| PAULETTE, MARCELLA M | 15352 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10.  Court approved customized property damage claim form not submitted. |

**Page 1 of 2**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT A-3**
**PD CLAIMS NOT SUBMITTED ON PD CLAIM FORMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
| --- | --- | --- | --- |
| PLATINUM CAPITAL INVESTMENTS INC | 1630 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10. Court approved customized property damage claim form not submitted. |
| WORDEN, GLADWIN | 15345 | N/A | Claim was filed on a Non-Asbestos Proof of Claim Form, Medical Monitoring Proof of Claim Form, or Official Claim Form 10. Court approved customized property damage claim form not submitted. |

Total No. of Claims:   15

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.