**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| 111 ELM STREET LLC | 9682 | N/A | Claim previously settled:<br>Downtown Investors, Ltd. vs. W.R. Grace &<br>Co.-Conn., U.S. District Court, Southern<br>District of CA, No. 92-410GT(LSP)<br><br>Settlement Date:<br>10/8/1993 | 9990070 | 10/19/1993 |
| ALBANY CITY SCHOOL DISTRICT | 12761 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District<br>Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| ALBANY CITY SCHOOL DISTRICT | 12764 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District<br>Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| ALBANY CITY SCHOOL DISTRICT | 12766 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District<br>Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| ALL SAINTS SCHOOL | 7014 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District<br>Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| AQUINAS SCHOOL | 7015 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District<br>Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| ARGYLE CENTRAL SCHOOL | 12759 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| BELL TELEPHONE ADDITION | 11708 | N/A | Claim previously settled: Mountain States Telephone and Telegraph Company d/b/a U S West Communications Inc. vs. W. R. Grace & Co.-Conn., and United States Gypsum, U.S. District Court, CO, No. 88-N-1928.<br><br>Settlement Date: 3/29/1994 | 9990097 | 4/1/1994 |
| BISHOP DENNIS J O CONNELL HS | 7016 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| BISHOP IRETON HS | 7017 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| BRADY BOARDMAN CONNECTOR | 11058 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**Page 2 of 24**

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY | 12355 | N/A | Claim previously settled: Payment No. 9990164<br><br>Settlement Date: 8/17/1995 | 9990164 | 8/17/1995 |
| BUILDING & CONSTRUCTION | 879 | N/A | * | * | |
| CENTURY CITY HOSPITAL | 11080 | N/A | Claim previously settled: Century City Medical Plaza v. Carey Canada, et al., Superior Court of Los Angeles, CA; WEC 137 842<br><br>Settlement Date: 3/24/1994 | 9990098 | 4/15/1994 |
| CHURCH OF ST JOSEPH | 4075 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| CHURCH OF ST LEO THE GREAT | 6935 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| COBBLE HILL NURSING HOME FNA CONGRESS NU | 11097 | N/A | Claim previously settled: The City of New York v. AAER Sprayed Insulations, Inc., et al., New York Supreme Court, New York County, No. 19280/87.<br><br>Settlement Date: 9/28/1994 | 6416 | 10/4/1994 |

* The Debtors' books and records reflect the settlement of this claim, however, despite reasonable efforts, specifics regarding the settlement of certain claims were unavailable at the time of filing this objection. The Debtors will provide such information, as required by Del.Bankr.LR 3007-1(e)(iii)(I)(2), to the applicable claimant as it becomes available.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

Page 3 of 24

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| CORPUS CHRISTI SCHOOL | 7010 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268 Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| COUNTY OF ORANGE | 12700 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268 Settlement Date: 8/5/1994 | 9990116 999251 9990200 9990046 | 8/9/1994 1/31/2000 8/15/1996 1/15/1993 |
| CREST USD 479 | 1899 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268 Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| D.L.P.S.T. OFFICE CON. BUILDING | 10967 | N/A | Claim previously settled: Shel-Am Corp. and Aaron Muschel v. W. R. Grace & Co. et al., Court of Common Pleas, Allegheny County, PA, GD95-13211; U.S. District Court, Western District, PA, No. 96-353 Settlement Date: 9/18/1996 | 9885 | 9/27/1996 |
| DAYCARE CENTER | 11432 | N/A | Claim previously settled: The City of New York v. AAER Sprayed Insulations, Inc., et al., New York Supreme Court, New York County, No. 19280/87. Settlement Date: 9/28/1994 | 6416 | 10/4/1994 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| DAYCARE CENTER | 11432 | N/A | Claim previously settled: The City of New York v. AAER Sprayed Insulations, Inc., et al., New York Supreme Court, New York County, No. 19280/87.  Settlement Date: 9/28/1994 | 6416 | 10/4/1994 |
| DAYCARE CENTER | 11432 | N/A | Claim previously settled: The City of New York v. AAER Sprayed Insulations, Inc., et al., New York Supreme Court, New York County, No. 19280/87.  Settlement Date: 9/28/1994 | 6416 | 10/4/1994 |
| DAYCARE CENTER | 11432 | N/A | Claim previously settled: The City of New York v. AAER Sprayed Insulations, Inc., et al., New York Supreme Court, New York County, No. 19280/87.  Settlement Date: 9/28/1994 | 6416 | 10/4/1994 |
| EARL K. LONG CHARITY HOSPITAL | 11210 | N/A | Claim previously settled: Richard P. Ieyoub, Attorney General ex rel., State of Louisiana v. W. R. Grace & Co.-Conn., et al. 14th Judicial District Court, Calcasieu Parish, LA, No. 95-3722.  Settlement Date: 8/14/2000 | 9990256 | 8/29/2000 |
| EASTERN PARKWAY LIBRARY | 11431 | N/A | Claim previously settled: The City of New York v. AAER Sprayed Insulations, Inc., et al., New York Supreme Court, New York County, No. 19280/87.  Settlement Date: 9/28/1994 | 6416 | 10/4/1994 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| EDEN PARK HHC FNA EDEN PARK NURSING HOME | 11091 | N/A | Claim previously settled: Eden Park Management, Inc. and Eden Park Health Services, Inc. v. W.R. Grace & Co.-Conn., U.S. District Court, VT, No. 5:92CV194.<br><br>Settlement Date: 7/26/1994 | 9990115 | 8/8/1994 |
| EDEN PARK NURSING HOME | 11417 | N/A | Claim previously settled: Eden Park Management, Inc. and Eden Park Health Services, Inc. v. W.R. Grace & Co.-Conn., U.S. District Court, VT, No. 5:92CV194.<br><br>Settlement Date: 7/26/1994 | 9990115 | 8/8/1994 |
| EDEN PARK NURSING HOME | 11429 | N/A | Claim previously settled: Eden Park Management, Inc. and Eden Park Health Services, Inc. v. W.R. Grace & Co.-Conn., U.S. District Court, VT, No. 5:92CV194.<br><br>Settlement Date: 7/26/1994 | 9990115 | 8/8/1994 |
| EPIPHANY SCHOOL | 6979 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| FIRST UNITED METHODIST CHURCH OF DELAND | 9775 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| FORT ANN CENTRAL SCHOOL | 2152 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| FRASER HEALTH AUTHORITY | 12299 | N/A | Claim previously settled: Payment No. 9990164  Settlement Date: 8/17/1995 | 9990164 | 8/17/1995 |
| GEAUGA COMMUNITY HOSPITAL | 11157 | N/A | Claim previously settled: Ohio Hospital Association, et al. v. Armstrong World Industries, Inc. et al., Cuyahoga County Court of Common Pleas, OH, No. 187471.  Settlement Date: 9/00/1999 | 9990114 | 8/2/1994 |
| HOLY CROSS SCHOOL F K A MONTFORT ACADEMY | 7012 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| HOLY MARTYRS SCHOOL | 7013 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| HOLY SPIRIT SCHOOL | 7003 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| HOWLAND HOOK TERMINAL | 11004 | N/A | Claim previously settled: The Port Authority of New York and New Jersey et al. v. Allied Corporation , et al., Southern District of New York, 91 Civ. 0310 (CLB) (MDF); W.R. Grace & Co.-Conn. v. The Port Authority of New York and New Jersey, et al., Southern District of New York, 9 | 9990236 | 12/10/1998 |
| ILLINOIS MASONIC HOSPITAL | 11234 | N/A | Claim previously settled: Illinois Masonic Hospital v A.C. &S, Inc., Circuit Court of Cook County, IL, No. 90-L-2366.  Settlement Date: 6/26/2000 | 250785 | 7/18/2000 |
| INDEPENDENCE SANITARIUM | 10794 | N/A | Claim previously settled: Independence Regional Health Center, et al. v. United States Gypsum Company, et al., U.S. District Court, Western District of MO, No. 89-4156-CV-C-5  Settlement Date: 7/25/1990 | 65105 | 8/6/1990 |
| JOSEPH MAGNIN STORE | 10685 | N/A | Claim previously settled: South Coast Plaza vs. A.D. Hoppe, Superior Court of CA, Los Angeles County, No. C728911  Settlement Date: 6/1/1993 | 9990071 | 11/15/1993 |
| LINTON HALL SCHOOL | 7004 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| MAJELLA, GERALD | 7011 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| MARINE RESEARCH BUILDING | 10861 | N/A | Claim previously settled:<br>State of South Carolina v. W. R. Grace & Co.-Conn., et al., U.S. District Court of South Carolina, Columbia Division, No. 3:87-2879-0<br><br>Settlement Date:<br>11/17/1994 | 6704 | 11/17/1994 |
| MENANDS UNION FREE SCHOOL DISTRICT | 1856 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 8/9/1994 |
| MOUNDSVILLE HOUSING AUTHORITY | 6854 | N/A | Claim previously settled:<br>In re State of West Virginia Public Building Asbestos Litigation, Circuit Court of Monongalia County, W. VA., No. 86-C-458<br><br>Settlement Date:<br>5/5/1997 (Signed in counterparts) | 9990214 | 5/14/1997 |
| MOUNTAIN BELL | 11536 | N/A | Claim previously settled:<br>Mountain States Telephone and Telegraph Company d/b/a U S West Communications Inc. vs. W. R. Grace & Co.-Conn., and United States Gypsum, U.S. District Court, CO, No. 88-N-1928.<br><br>Settlement Date:<br>3/29/1994 | 9990097 | 4/1/1994 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| MOUNTAIN STATES TELEPHONE COMPANY | 11707 | N/A | Claim previously settled: Mountain States Telephone and Telegraph Company d/b/a U S West Communications Inc. vs. W. R. Grace & Co.-Conn., and United States Gypsum, U.S. District Court, CO, No. 88-N-1928.<br><br>Settlement Date: 3/29/1994 | 9990097 | 4/1/1994 |
| NEW MUNICIPAL BUILDING | 11595 | N/A | Claim previously settled: City of Poughkeepsie v. W.R. Grace & Co., Sargent-Webster-Crenshaw and Gindele & Johnson, P.C. and Charles Slutsky d/b/a I. & O.A. Slutsky, Inc., Supreme Court of New York, Dutchess County, No. 1348/87.<br><br>Settlement Date: 1/04/95 | 6798 | 12/15/1994 |
| NEW YORK TELEPHONE BUILDING | 10720 | N/A | Claim previously settled: New York Telephone Company v. AAER Sprayed Insulations, Inc., et al., Supreme Court of the State of New York, County of New York, No. 17280/87<br><br>Settlement Date: 9/22/1998 | 143025 | 10/7/1998 |
| NEW YORK TELEPHONE COMPANY | 11049 | N/A | Claim previously settled: New York Telephone Company v. AAER Sprayed Insulations, Inc., et al., Supreme Court of the State of New York, County of New York, No. 17280/87<br><br>Settlement Date: 9/22/1998 | 143025 | 10/7/1998 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| NOTRE DAME ACADEMY | 7005 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| OTTERBEIN COLLEGE | 12768 | N/A | Claim previously settled: Central Wesleyan College v. W. R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8  Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| OTTERBEIN COLLEGE | 12769 | N/A | Claim previously settled: Central Wesleyan College v. W. R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8.  Settlement Date: 1/12/2000 | * | |
| OTTERBEIN COLLEGE | 12770 | N/A | Claim previously settled: Central Wesleyan College v. W. R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8.  Settlement Date: 1/12/2000 | * | |
| OTTERBEIN COLLEGE | 12771 | N/A | Claim previously settled: Central Wesleyan College v. W. R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8.  Settlement Date: 1/12/2000 | * | |

*  The Debtors' books and records reflect the settlement of this claim, however, despite reasonable efforts, specifics regarding the settlement of certain claims were unavailable at the time of filing this objection.  The Debtors will provide such information, as required by Del.Bankr.LR 3007-1(e)(iii)(I)(2), to the applicable claimant as it becomes available.
**Del.Bankr. 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| OTTERBEIN COLLEGE | 12772 | N/A | Claim previously settled: Central Wesleyan College v. W. R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8.<br><br>Settlement Date: 1/12/2000 | * | |
| OTTERBEIN COLLEGE | 12773 | N/A | Claim previously settled: Central Wesleyan College v. W. R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8.<br><br>Settlement Date: 1/12/2000 | * | |
| OTTERBEIN COLLEGE | 12774 | N/A | Claim previously settled: Central Wesleyan College v. W. R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8.<br><br>Settlement Date: 1/12/2000 | * | |
| OTTERBEIN COLLEGE | 12775 | N/A | Claim previously settled: Central Wesleyan College v. W. R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8.<br><br>Settlement Date: 1/12/2000 | * | |
| OTTERBEIN COLLEGE | 12776 | N/A | Claim previously settled: Central Wesleyan College v. W. R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8.<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |

* The Debtors' books and records reflect the settlement of this claim, however, despite reasonable efforts, specifics regarding the settlement of certain claims were unavailable at the time of filing this objection. The Debtors will provide such information, as required by Del.Bankr.LR 3007-1(e)(iii)(I)(2), to the applicable claimant as it becomes available.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| OUR LADY OF GOOD COUNSEL SCHOOL | 7006 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| OUR LADY QUEEN OF PEACE | 7007 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| PAUL VI HIGH SCHOOL | 7008 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| PAVILLION CENTER | 10752 | N/A | Claim previously settled: The State of Vermont v. W.R. Grace & Co.-Conn., Washington Superior Court, No. S248-90 WnC<br><br>Settlement Date: 11/23/1992 | 9990043 | 12/17/1992 |
| PITTSBURGH SCHOOL DISTRICT | 7086 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| SACRED HEART SCHOOL | 7009 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| SAINT THOMAS MORE CATHEDRAL SCHOOL | 6997 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| SALEM CENTRAL SCHOOL DISTRICT | 12739 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| SALEM HOSPITAL | 11461 | N/A | Claim previously settled: Ohio Hospital Association, et al. v. Armstrong World Industries, Inc. et al., Cuyahoga County Court of Common Pleas, OH, No. 187471.  Settlement Date: 5/26/1998 | 9990114 | 8/2/1994 |
| SHADYSIDE HOSPITAL | 10999 | N/A | Claim previously settled: Shadyside Hospital v. W. R. Grace & Co.-Conn. and Armstrong World Industries, Inc., Court of Common Pleas, Allegheny County, PA, No. GD92-6664.  Settlement Date: 3/25/1994 | 5541 | 4/1/1994 |
| SHALER AREA SCHOOL DISTRICT | 11302 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| SIOUX VALLEY HOSPITAL | 11447 | N/A | Claim previously settled: Sioux Valley Hospital Association v. W. R. Grace & Co.-Conn., U.S. District Court of SD, Southern Division, No. 92-4081.  Settlement Date: 8/12/1994 | 9990117 | 8/9/1994 |
| SOUTHERN WESLEYAN UNIVERSITY ETAL | 7019 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8  Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| SOUTHERN WESLEYAN UNIVERSITY ETAL | 7019 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8  Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| SOUTHERN WESLEYAN UNIVERSITY ETAL | 7019 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8  Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| SOUTHERN WESLEYAN UNIVERSITY ETAL | 7019 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8  Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| SPANISH PAVILLION | 10698 | N/A | Claim previously settled: One Broadway Hotel Venture, Host Marriott Corporation and Tecon Hotel Corporation v. W. R. Grace & Co., W.R. Grace & Co.-Conn and US Mineral Products Company, Circuit Court of St. Louis Co., MO, No. 679607.  Settlement Date: 7/31/1997 | 9990218 | 8/5/1997 |
| ST AGNES SCHOOL | 6998 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| ST AMBROSE CHURCH | 6980 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| ST ANN SCHOOL | 6999 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| ST BERNADETTES SCHOOL | 7000 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| ST CHARLES BORROMEO CHURCH | 6981 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| ST COLETTA | 7001 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| ST FRANCIS OF ASSISI SCHOOL | 7002 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| ST GABRIEL SCHOOL | 6982 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| ST JAMES SCHOOL | 6989 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |
| ST JOHN BOSCO SCHOOL | 6983 | N/A | Claim previously settled:<br>In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date:<br>8/5/1994 | 9990116 | 08/09/94 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| ST JOHN EVANGELIST SCHOOL | 6984 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| ST JOHN SCHOOL | 6990 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| ST JOSEPH`S HOSPITAL | 11439 | N/A | Claim previously settled: Lorain Community/St. Joseph Regional Health Center v. W.R. Grace & Co.-Conn., U.S. District Court, Northern District of OH, Eastern Division, No. 1:95CV1209  Settlement Date: 3/00/1998 | 108117 | 4/16/1998 |
| ST LEO SCHOOL | 6991 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| ST LOUIS SCHOOL | 6992 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| ST LUKE ELEMENTARY | 6993 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| ST MARY S JR HIGH SCHOOL F K A ST MARY S | 6987 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| ST MARY SCHOOL | 6994 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| ST MICHAEL SCHOOL | 6995 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| ST PHILIP SCHOOL | 6988 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |
| ST RITA SCHOOL | 6996 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268  Settlement Date: 8/5/1994 | 9990116 | 08/09/94 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| ST THOMAS EPISCOPAL CHURCH INC | 6649 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268 Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| STADIUM IN STORM LAKE | 11154 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8 Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| STADIUM IN STORM LAKE | 11154 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8 Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| STADIUM IN STORM LAKE | 11154 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8 Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| STADIUM IN STORM LAKE | 11154 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8 Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| STATE OF ARKANSAS | 12690 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| STATE OF OREGON HEALTH & SCIENCE UNIVERS | 8017 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| STATE OF OREGON HEALTH & SCIENCE UNIVERS | 8017 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| STATE OF OREGON HEALTH & SCIENCE UNIVERS | 8017 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| STATE OF OREGON HEALTH & SCIENCE UNIVERS | 8017 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| TELEPHONE BUILDING | 10713 | N/A | Claim previously settled: New York Telephone Company v. AAER Sprayed Insulations, Inc., et al., Supreme Court of the State of New York, County of New York, No. 17280/87<br><br>Settlement Date: 9/22/1998 | 143025 | 10/7/1998 |
| TENNESSE DEPARTMENT OF FINANCE ADMINISTR | 12792 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Div., No. 2:87-1860-8; In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268; and Co. of Knox, TN v. The Celotex Cor | 9990116<br>999251 | 8/9/1994<br>1/31/2000 |
| THE CHURCH OF ST LUKE | 6934 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |
| TRANSAMERICA | 10990 | N/A | Claim previously settled: Transamerica Insurance Corporation of California v. W. R. Grace & Co.-Conn, Northern District, CA, No. C94-408-3(VRW)<br><br>Settlement Date: 12/9/1996 | 9990207 | 12/11/1996 |
| TRENTY ATHLETIC CENTER | 11060 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| TRENTY ATHLETIC CENTER | 11060 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| TRENTY ATHLETIC CENTER | 11060 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| TRENTY ATHLETIC CENTER | 11060 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| UNION BANK BUILDING | 10663 | N/A | Claim previously settled: NBD Bank, N.A. v. W.R. Grace & Co.-Conn.,  U.S. District Court, Eastern District, MI, No. CV60111AA; 6th Cir., No. 95-2255<br><br>Settlement Date: 5/31/97 (Signed in counterparts) | 9990215 | 6/25/1997 |
| WHITE PIGMENT CORP. | 10751 | N/A | Claim previously settled: White Pigment Corporation v. W.R. Grace & Co., Addison Superior Court, Addison County, VT, No. S209-88Ac<br><br>Settlement Date: 8/19/1991 | 80800 | 9/12/1991 |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT B-2**
**PREVIOUSLY SETTLED CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance | Grace Payment No. | Payment Date |
|---|---|---|---|---|---|
| WILDLIFE BUILDING-NEAR VPA COLISEUM | 10591 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| WILDLIFE BUILDING-NEAR VPA COLISEUM | 10591 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| WILDLIFE BUILDING-NEAR VPA COLISEUM | 10591 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| WILDLIFE BUILDING-NEAR VPA COLISEUM | 10591 | N/A | Claim previously settled: Central Wesleyan College v. W.R. Grace & Co., et al., U.S. District Court, District of SC, Charleston Division, No. 2:87-1860-8<br><br>Settlement Date: 1/12/2000 | 999251 | 1/31/2000 |
| YANKTON HIGH SCHOOL HISTORIC DIST | 6635 | N/A | Claim previously settled: In re School Asbestos Litigation, U.S. District Court, Eastern District of PA, No. 83-0268<br><br>Settlement Date: 8/5/1994 | 9990116 | 8/9/1994 |

**Total No. of Claims:   125**

---

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.