**EXHIBIT C-1 (a)**
**MISSING BASIC PROPERTY ADDRESS INFORMATION***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| AHMANSON CENTER | 10833 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| ANDERSON MEMORIAL HOSPITAL | 9911 | N/A | The incomplete address provided by claimant is:<br>VARIOUS LOCATIONS<br>WORLDWIDE,<br>UNITED STATES |
| ANDERSON MEMORIAL HOSPITAL | 9914 | N/A | The incomplete address provided by claimant is:<br>VARIOUS LOCATIONS<br>STATEWIDE, SC<br>UNITED STATES |
| BAPTIST HOSPITAL | 10535 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| BELMONT TELEPHONE | 11136 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| CABRINI HOSPITAL | 11419 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| COUNTY OF FRESNO CALIFORNIA | 11270 | N/A | The incomplete address provided by claimant is: |
| DOCTOR`S BUILDING | 11072 | N/A | The incomplete address provided by claimant is:<br>ARLINGTON HEIGHTS, IL<br>UNITED STATES |
| FIRST NATIONAL BANK JOB | 11551 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| HEALTH CENTER | 11385 | N/A | The incomplete address provided by claimant is:<br>CHICO, NV<br>UNITED STATES |
| HOLIDAY INN | 11607 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |

\* This Exhibit incorporates by reference, those claims listed on Exhibits A-3 and C-1(e) to the extent such claims fail to include basic property address information.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT C-1 (a)
## MISSING BASIC PROPERTY ADDRESS INFORMATION*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| HOLIDAY INN | 11612 | N/A | The incomplete address provided by claimant is:<br>SAN FRANCISCO, CA<br>UNITED STATES |
| HOLIDAY INN | 11614 | N/A | The incomplete address provided by claimant is:<br>CINCINNATI, OH<br>UNITED STATES |
| LUTHERAN SOUTH HOSPITAL | 11067 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| M T BANKS | 6874 | N/A | The incomplete address provided by claimant is:<br>MULTIPLE LOCATIONS<br>MULTIPLE CITIES & STATES,<br>UNITED STATES |
| MERIDIAN BUILDING | 11261 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| MONTGOMERY WARD RANDHURST SHOPPING CENTE | 11556 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| NINE STORY OFFICE BUILDING | 10756 | N/A | The incomplete address provided by claimant is:<br>ROSEMONT, IL<br>UNITED STATES |
| NORTH PACIFIC PLAZA BUILDING | 11260 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| PEOPLE S NATIONAL BANK | 11421 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| SAFEWAY STORE | 11041 | N/A | The incomplete address provided by claimant is:<br>DENVER, CO<br>UNITED STATES |
| SEARS ROEBUCK | 11500 | N/A | The incomplete address provided by claimant is:<br>CHICAGO, IL<br>UNITED STATES |

\* This Exhibit incorporates by reference, those claims listed on Exhibits A-3 and C-1(e) to the extent such claims fail to include basic property address information.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT C-1 (a)
## MISSING BASIC PROPERTY ADDRESS INFORMATION*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| SEARS ROEBUCK | 11515 | N/A | The incomplete address provided by claimant is:<br>BALTIMORE, MD<br>UNITED STATES |
| THE BURLINGTON NORTHERN AND SANTA FE RAI | 8251 | N/A | The incomplete address provided by claimant is:<br>P O BOX 789<br>LIBBY, MT 59923 |
| WOODMAN TOWER BUILDING | 10768 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| YMCA | 11253 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |

Total No. of Claims:  26

\* This Exhibit incorporates by reference, those claims listed on Exhibits A-3 and C-1(e) to the extent such claims fail to include basic property address information.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.