**EXHIBIT C-1 (b)**
**NO CLAIMANT SIGNATURE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CITY OF RICHMOND | 12512 | N/A | Claim submitted without a signature. |
| CITY OF RICHMOND | 12513 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12335 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12336 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12337 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12338 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12339 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12340 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12341 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12342 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12344 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12345 | N/A | Claim submitted without a signature. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-1 (b)**
**NO CLAIMANT SIGNATURE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CITY OF VANCOUVER | 12346 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12347 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12475 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12476 | N/A | Claim submitted without a signature. |
| CITY OF VANCOUVER | 12584 | N/A | Claim submitted without a signature. |
| CRAIG, JAMES | 11337 | N/A | Claim submitted without a signature. |
| DRAKE, WILLIAM HOWARD | 12746 | N/A | Claim submitted without a signature. |
| EAST BATON ROUGE PARISH SCHOOL BOARD | 12669 | N/A | Claim submitted without a signature. |
| FLORES, HELEN | 2816 | N/A | Claim submitted without a signature. |
| HYATT EQUITIES | 12514 | N/A | Claim submitted without a signature. |
| PROVIDENCE HEALTH CARE | 12519 | N/A | Claim submitted without a signature. |
| PROVIDENCE HEALTH CARE | 12520 | N/A | Claim submitted without a signature. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-1 (b)**
**NO CLAIMANT SIGNATURE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| PROVIDENCE HEALTH CARE | 12521 | N/A | Claim submitted without a signature. |
| PROVIDENCE HEALTH CARE | 12522 | N/A | Claim submitted without a signature. |
| PROVIDENCE HEALTH CARE | 12523 | N/A | Claim submitted without a signature. |
| SHELL CANADA PRODUCTS | 12515 | N/A | Claim submitted without a signature. |
| SHELL CANADA PRODUCTS | 12516 | N/A | Claim submitted without a signature. |
| SHELL CANADA PRODUCTS | 12517 | N/A | Claim submitted without a signature. |
| SHELL CANADA PRODUCTS | 12518 | N/A | Claim submitted without a signature. |
| SPADAFORA, ALLENE | 2672 | N/A | Claim submitted without a signature. |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10652 | N/A | Claim submitted without a signature. |
| THE BURLINGTON NORTHERN AMD SANTAFE RAIL | 8250 | N/A | Claim submitted without a signature. |
| THE BURLINGTON NORTHERN AND SANTA FE RAI | 8251 | N/A | Claim submitted without a signature. |
| THE CALIFORNIA STATE UNIVERSITY | 12075 | N/A | Claim submitted without a signature. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-1 (b)**
**NO CLAIMANT SIGNATURE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| VANCOUVER BOARD OF PARKS AND RECREATION | 12343 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12465 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12466 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12467 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12468 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12469 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12477 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12478 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12479 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12480 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12481 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12482 | N/A | Claim submitted without a signature. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-1 (b)**
**NO CLAIMANT SIGNATURE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| VANCOUVER BOARD OF PARKS AND RECREATION | 12483 | N/A | Claim submitted without a signature. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12484 | N/A | Claim submitted without a signature. |
| VAUGHAN, ROBERT T | 2395 | N/A | Claim submitted without a signature. |

**Total No. of Claims:  51**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.