**EXHIBIT C-1 (c)**
**MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| AG ONE LLC | 2221 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| BOARD OF PUBLIC UTILITIES | 11318 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| BOARD OF PUBLIC UTILITIES | 11319 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| BROTHER MARTIN HIGH SCHOOL | 8361 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| BUILDING & CONSTRUCTION | 879 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CAREY CANADA INC | 14039 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CAREY CANADA INC | 14043 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CAREY CANADA INC | 14044 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CAREY CANADA INC | 14046 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CELOTEX CORPORATION | 14038 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CELOTEX CORPORATION | 14040 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CELOTEX CORPORATION | 14042 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CELOTEX CORPORATION | 14045 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT C-1 (c)
# MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CITY OF EASTHAMPTON | 7121 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CITY OF PHILADELPHIA | 11313 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CITY OF PHILADELPHIA | 11314 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CITY OF PHOENIX | 6102 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CITY OF TUCSON | 5644 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| COUNTY OF FRESNO CALIFORNIA | 11271 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| COUNTY OF FRESNO CALIFORNIA | 11273 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| COUNTY OF FRESNO CALIFORNIA | 11274 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| CUMMINGS, BRENDA FAYE | 1915 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| ENGLISH AND AMERICAN INSURANCE CO LTD | 13932 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| ENGLISH AND AMERICAN INSURANCE CO LTD | 13933 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| FEDERATED DEPARTMENT STORES INC | 10556 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| FEDERATED DEPARTMENT STORES INC | 10558 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-1 (c)**
**MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7825 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7826 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7827 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7828 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7829 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7831 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7832 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7836 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7837 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7838 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7839 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7840 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7841 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |

**Page 3 of 10**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-1 (c)**
**MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7842 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7843 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7844 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7845 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7846 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7847 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7848 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7849 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7850 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7851 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7852 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7853 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7854 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |

**Page 4 of 10**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT C-1 (c)
## MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7855 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7856 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7857 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7858 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7859 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7860 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7861 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7862 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7863 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7864 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7866 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7867 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7868 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-1 (c)**
**MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7869 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7870 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7871 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7872 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7873 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7874 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7875 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7876 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7877 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7878 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7879 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7880 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7881 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-1 (c)**
**MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7882 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7883 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7884 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7885 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| HARRINGTON TOOLS INC | 15160 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| HARRIS, MICHAEL | 12811 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| HYATT HOTELS CORPORATION ETC | 9899 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| JOHNSON JR, BURRELL | 2237 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| JOHNSON JR, BURRELL | 2238 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| KATZ, S S | 1131 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| KOSKI, EINO AND AILI | 15343 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| KWAS, DANIEL | 15344 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| LOS ANGELES UNIFIED SCHOOL DISTRICT | 15247 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |

**Page 7 of 10**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-1 (c)**
**MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT | 9570 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| MACERICH FRESNO LIMITED PARTNERSHIP | 15310 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORI | 9694 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| MINNESOTA POLLUTION CONTROL AGENCY | 9648 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| MISNIAKIEWCZ, PAWEL | 15304 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| MOORE, PHILLIP SHAWN | 14400 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| MOUNT SINAI HOSPITAL #22 | 11466 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| MYERS, C DOUGLAS | 11298 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| PAULETTE, MARCELLA M | 15352 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| PERINI CORPORATION | 4705 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| PLATINUM CAPITAL INVESTMENTS INC | 1630 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| PULLINGER, BERNARD | 1869 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| SPENCER, BARBARA A | 9659 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |

**Page 8 of 10**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT C-1 (c)
## MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| STATE OF DELAWARE DIVISION OF FACILITIES | 9651 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| STATE OF DELAWARE DIVISION OF FACILITIES | 9655 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| STATE OF KANSAS | 5565 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14041 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14047 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14048 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14049 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| THE RECORD | 12433 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| TIME EQUITIES INC | 12670 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| TIPOLD, H | 2902 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| TYCO HEALTHCARE GROUP LP | 12788 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| TYCO HEALTHCARE GROUP LP | 12790 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| UNITED STATES GYPSUM COMPANY | 12671 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT C-1 (c)
## MISSING BASIC INFORMATION ABOUT PROPERTY AT ISSUE

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| WORDEN, GLADWIN | 15345 | N/A | Claimant failed to include pertinent information about one or more of the following: (1) the property's use; (2) the approximate date that the property was built; (3) the property's approximate square footage; and/or (4) number of floors.* |
| **Total No. of Claims: 118** | | | |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.