# EXHIBIT C-1 (e)
## PROOFS OF CLAIM ASSERTING CLAIMS FOR MULTIPLE PROPERTIES ON A SINGLE PROOF OF CLAIM*

| Claimant Name | Claim Number | Claim Amount** | Answer Provided for Property Address | Reason for Proposed Disallowance |
|---|---|---|---|---|
| ANDERSON MEMORIAL HOSPITAL | 9911 | N/A | VARIOUS LOCATIONS WORLDWIDE, UNITED STATES | Instruction 4 on the Proof of Claim requires that every claimant submit a separate Proof of Claim for each separate piece of real property, which this claimant failed to do. |
| ANDERSON MEMORIAL HOSPITAL | 9914 | N/A | VARIOUS LOCATIONS STATEWIDE, SC UNITED STATES | Instruction 4 on the Proof of Claim requires that every claimant submit a separate Proof of Claim for each separate piece of real property, which this claimant failed to do. |
| FEDERATED DEPARTMENT STORES INC | 10557 | N/A | SEE ATTACHMENT | Instruction 4 on the Proof of Claim requires that every claimant submit a separate Proof of Claim for each separate piece of real property, which this claimant failed to do. |
| FEDERATED DEPARTMENT STORES INC | 10559 | N/A | SEE ATTACHMENT | Instruction 4 on the Proof of Claim requires that every claimant submit a separate Proof of Claim for each separate piece of real property, which this claimant failed to do. |
| KWAS, DANIEL | 15344 | N/A | Alleges class status for all residents of State of New York owning real property in the state. | Instruction 4 on the Proof of Claim requires that every claimant submit a separate Proof of Claim for each separate piece of real property, which this claimant failed to do. |
| M T BANKS | 6874 | N/A | MULTIPLE LOCATIONS MULTIPLE CITIES & STATES, UNITED STATES | Instruction 4 on the Proof of Claim requires that every claimant submit a separate Proof of Claim for each separate piece of real property, which this claimant failed to do. |
| TENNESSE DEPARTMENT OF FINANCE ADMINISTR | 12792 | N/A | SEE ATTACHMENT A | Instruction 4 on the Proof of Claim requires that every claimant submit a separate Proof of Claim for each separate piece of real property, which this claimant failed to do. |
| UNITED STATES GYPSUM COMPANY | 12671 | N/A | SEE SCHEDULE A | Instruction 4 on the Proof of Claim requires that every claimant submit a separate Proof of Claim for each separate piece of real property, which this claimant failed to do. |
| WORDEN, GLADWIN | 15345 | N/A | Alleges class status for all residents of State of Maryland owning real property in the state. | Instruction 4 on the Proof of Claim requires that every claimant submit a separate Proof of Claim for each separate piece of real property, which this claimant failed to do. |

Total No. of Claims:   9

* This Exhibit also includes proofs of claim that purport to be class proofs of claim.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.