**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND
WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO
QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| ALL SAINTS SCHOOL | 7014 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| AQUINAS SCHOOL | 7015 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| BISHOP DENNIS J O CONNELL HS | 7016 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| BISHOP IRETON HS | 7017 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| BOARD OF PUBLIC UTILITIES | 11318 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| BOARD OF PUBLIC UTILITIES | 11319 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| BUILDING & CONSTRUCTION | 879 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CAREY CANADA INC | 14039 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CAREY CANADA INC | 14043 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| CAREY CANADA INC | 14044 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CAREY CANADA INC | 14046 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CARLETON UNIVERSITY | 12415 | N/A | CHECKED "OTHER" BUT DID NOT ANSWER QUESTION | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CARLETON UNIVERSITY | 12419 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CELOTEX CORPORATION | 14038 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CELOTEX CORPORATION | 14040 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CELOTEX CORPORATION | 14042 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CELOTEX CORPORATION | 14045 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| CHASE, ADAM STEPHEN | 11334 | N/A | Specific answer provided by Claimant: UNKNOWN | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND
WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO
QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| CORPUS CHRISTI SCHOOL | 7010 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ENGLISH AND AMERICAN INSURANCE CO LTD | 13932 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ENGLISH AND AMERICAN INSURANCE CO LTD | 13933 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| EPIPHANY SCHOOL | 6979 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| FEDERATED DEPARTMENT STORES INC | 10556 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| FEDERATED DEPARTMENT STORES INC | 10558 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| FEDERATED DEPARTMENT STORES INC | 10559 | N/A | Specific answer provided by Claimant: TO BE PROVIDED IN SUPPLEMENT | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7825 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7826 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND
WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO
QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7827 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7828 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7829 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7831 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7832 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7836 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7837 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7838 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7839 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7840 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7841 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7842 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7843 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7844 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7845 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7846 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7847 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7848 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**\*\*Del.Bankr.LR 3007-1(e)(iii)** requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND
WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO
QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7849 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7850 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7851 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7852 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7853 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7854 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7855 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7856 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7857 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND
WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO
QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7858 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7859 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7860 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7861 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7862 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7863 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7864 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7866 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7867 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND
WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO
QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7868 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7869 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7870 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7871 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7872 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7873 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7874 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7875 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7876 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND
WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO
QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7877 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7878 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7879 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7880 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7881 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7882 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7883 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7884 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7885 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND
WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO
QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| HARRIS, MICHAEL | 12811 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| HOLY CROSS SCHOOL F K A MONTFORT ACADEMY | 7012 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| HOLY MARTYRS SCHOOL | 7013 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| HOLY SPIRIT SCHOOL | 7003 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| JOHNSON JR, BURRELL | 2237 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| LINTON HALL SCHOOL | 7004 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| LOS ANGELES UNIFIED SCHOOL DISTRICT | 15247 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| MAJELLA, GERALD | 7011 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| MARTIN, PAUL J | 11310 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| MINNESOTA POLLUTION CONTROL AGENCY | 9648 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| NORM S RESTAURANTS | 5574 | N/A | Specific answer provided by Claimant: NOT SPECIFIED-WORK ORDER ATTACHED | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| NOTRE DAME ACADEMY | 7005 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| OUR LADY OF GOOD COUNSEL SCHOOL | 7006 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| OUR LADY QUEEN OF PEACE | 7007 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| PAUL VI HIGH SCHOOL | 7008 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| PAULETTE, MARCELLA M | 15352 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| PLATINUM CAPITAL INVESTMENTS INC | 1630 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| PULLINGER, BERNARD | 1869 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| ROTH, TOM | 1723 | N/A | Specific answer provided by Claimant: NAME UNKNOWN | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| SACRED HEART SCHOOL | 7009 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| SAINT THOMAS MORE CATHEDRAL SCHOOL | 6997 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| SAMONTE, LAEL EDWARD | 2260 | N/A | Specific answer provided by Claimant: NOT SURE | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST AGNES SCHOOL | 6998 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST AMBROSE CHURCH | 6980 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST ANN SCHOOL | 6999 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST BERNADETTES SCHOOL | 7000 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST CHARLES BORROMEO CHURCH | 6981 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| ST COLETTA | 7001 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST FRANCIS OF ASSISI SCHOOL | 7002 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST GABRIEL SCHOOL | 6982 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST JAMES SCHOOL | 6989 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST JOHN BOSCO SCHOOL | 6983 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST JOHN EVANGELIST SCHOOL | 6984 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST JOHN SCHOOL | 6990 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST JOSEPH PARISH | 6985 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST JOSEPH SCHOOL | 6986 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND
WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO
QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| ST LEO SCHOOL | 6991 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST LOUIS SCHOOL | 6992 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST LUKE ELEMENTARY | 6993 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST MARY S JR HIGH SCHOOL F K A ST MARY S | 6987 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST MARY SCHOOL | 6994 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST MICHAEL SCHOOL | 6995 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST PHILIP SCHOOL | 6988 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| ST RITA SCHOOL | 6996 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| STATE OF DELAWARE DIVISION OF FACILITIES | 9651 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Page 14 of 16**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| STATE OF DELAWARE DIVISION OF FACILITIES | 9652 | N/A | Specific answer provided by Claimant: DOCUMENTS DESTROYED IN 27 APRIL 2002 FIRE; LETTER INCLUDES RECEIPTS BUT DOES NOT SPECIFY PRODUCT | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| STATE OF DELAWARE DIVISION OF FACILITIES | 9653 | N/A | Specific answer provided by Claimant: DOCUMENTS DESTROYED IN 27 APRIL 2002 FIRE; LETTER INCLUDES RECEIPTS BUT DOES NOT SPECIFY PRODUCT | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| STATE OF DELAWARE DIVISION OF FACILITIES | 9654 | N/A | Specific answer provided by Claimant: DOCUMENTS DESTROYED IN 27 APRIL 2002 FIRE; LETTER INCLUDES RECEIPTS BUT DOES NOT SPECIFY PRODUCT | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| STATE OF DELAWARE DIVISION OF FACILITIES | 9655 | N/A | Specific answer provided by Claimant: DOCUMENTS DESTROYED IN 27 APRIL 2002 FIRE; LETTER INCLUDES RECEIPTS BUT DOES NOT SPECIFY PRODUCT | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| STATE OF DELAWARE DIVISION OF FACILITIES | 9656 | N/A | Specific answer provided by Claimant: DOCUMENTS DESTROYED IN 27 APRIL 2002 FIRE; LETTER INCLUDES RECEIPTS BUT DOES NOT SPECIFY PRODUCT | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14041 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14047 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14048 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14049 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Page 15 of 16**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (a)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND WHICH (1) DO NOT ANSWER OR, (2) PROVIDE A NON-RESPONSIVE ANSWER TO QUESTION 3-C-13**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| TIPOLD, H | 2902 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K | 11316 | N/A | Specific answer provided by Claimant: UNKNOWN | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| WARREN, TIMOTHY WAYNE | 3333 | N/A | Specific answer provided by Claimant: DO NOT KNOW WHICH ASBESTOS CO | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |
| WORDEN, GLADWIN | 15345 | N/A | DID NOT ANSWER | Claimant failed to provide any product identification documentation and either did not answer Question 3-C-13 at all or else provided a non-responsive answer to that question. |

**Total No. of Claims:   139**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.