**EXHIBIT C-3 (b)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND IN RESPONSE TO QUESTION 3-C-13, NAME A PRODUCT THAT WAS NOT MANUFACTURED BY GRACE**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| BURKS, WILLIE B | 12753 | N/A | Specific answer provided by Claimant: ASBESTO SIDING AND THE FELT OR MATERIAL THATS UNDER THE ASBESTOS. | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |
| CARR, MATTIE FEARS | 2430 | N/A | Specific answer provided by Claimant: SIDING ON OUTSIDE OF HOUSE | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |
| FAMILIES IN CRISIS INC WILLIAM K HALL | 2164 | N/A | Specific answer provided by Claimant: CHRYSOTILE DISCOVERED IN TILE | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |
| HERNANDEZ, PEDRO | 15322 | N/A | Specific answer provided by Claimant: TRANSITE | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |
| KERR, EDWARD B | 1413 | N/A | Specific answer provided by Claimant: MASONARY FILL PLASTER AGGREGATE | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |
| MOBLEY, ERICA MICHELL | 11359 | N/A | Specific answer provided by Claimant: SIDING | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |
| PATTERSON, PAUL | 1428 | N/A | Specific answer provided by Claimant: 8" TRANSITE GAS VENT PIPE | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |
| PICHE, LOUIS | 1471 | N/A | Specific answer provided by Claimant: JOHN'S MAINVILLE PRODUCTS, C.M. & H.C. NO. 3939 | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |
| RESHAT HUSSEIN HASSAN & MINNIE HASSAN TT | 2155 | N/A | Specific answer provided by Claimant: GYPSUM WALLBOARD-DRYWALL SYSTEM-FLOOR TILE & MASTIC ETC. | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |

**Page 1 of 2**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (b)**

**CLAIMS NOT SUPPORTED BY ANY PRODUCT IDENTIFICATION DOCUMENTATION AND IN RESPONSE TO QUESTION 3-C-13, NAME A PRODUCT THAT WAS NOT MANUFACTURED BY GRACE**

| Claimant Name | Claim Number | Claim Amount** | Product Identified on Proof of Claim | Reason for Proposed Disallowance |
|---|---|---|---|---|
| SPADAFORA, ALLENE | 2672 | N/A | Specific answer provided by Claimant: SIDING ON OUTSIDE OF BUILDING | Claimant failed to provide any supporting documentation regarding product identification and identified a product not manufactured by Grace on the claim form. |

**Total No. of Claims: 10**

**Page 2 of 2**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.