# EXHIBIT C-3 (d)
## CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| 1ST NATIONAL BANK | 10533 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| 1ST NATIONAL BANK OF FRANKLIN COUNTY | 11514 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| 3570 WEST LAKE BUILDING | 10983 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| 7300 KIMBARK BLDG CORP | 1421 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ABBEVILLE HOSPITAL | 11133 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ACME QUALITY PAINT COMPANY | 10864 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| AG ONE LLC | 2221 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| AIKEN BUILDERS SUPPLY | 10865 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| AIR TERMINAL ADDITION | 11076 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ALBANY AVE LIBRARY NKA HARTFORD CT PUB L | 11405 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ALTA BATES HOSPITAL | 11078 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ANDERSON, STEWART F | 11172 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ARGYLE CENTRAL SCHOOL | 12759 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ARKANSAS CITY HALL | 10915 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ARLINGTON HOSPITAL ADDITION | 11568 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ARNOLD & DOBSON SUPPLY COMPANY | 10866 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ASFOUR ASSOCIATES DJ ASFOUR GENERAL PART | 1974 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| AUGUSTANA LUTHERAN HOME | 11424 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| AVERY LUMBER COMPANY | 10867 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BAPTIST HOSPITAL | 10535 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BAPTIST MEMORIAL HOSPITAL | 10799 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BEAR VALLEY SHOPPING CENTER | 11711 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BEDNARCZYK, JOSEPH CHARLES | 2838 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BELL TELEPHONE ADDITION | 11708 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BELL TELEPHONE COMPANY | 10798 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BELTZ, ALAN ALBERT | 3893 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BELTZ, CAROL KIM | 3891 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BENEFIT TRUST | 11155 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BERGDORF BUILDING | 11027 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BETHESADA HOSPITAL | 10523 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BLUE CROSS BLUE SHIELD BUILDING | 11119 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BLUE CROSS BUILDING | 10974 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BLUE CROSS BUILDING | 11126 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BLUE CROSS BUILDING | 11250 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BRIDGETON HOSPITAL | 10538 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BROWN, ERMALINE REGISTER | 4379 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT\***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| BRUTON AKADICK, RICHARD LANE | 2784 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BUILDERS WHOLESALE INC | 10872 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| BYARS MACHINE COMPANY | 10873 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| C.B. ASKINS CONSTRUCTION COMPANY | 10874 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| C.L. CANNON & SONS | 10875 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| C.L. DUFFIE PAINTING INC. | 10876 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CALGARY BOARD OF EDUCATION | 12293 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CALGARY BOARD OF EDUCATION | 12331 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CALGARY BOARD OF EDUCATION | 12348 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CAPITAL STREET APARTMENT | 11057 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CARTER COUNTY HOSPITAL - ADDITION | 10519 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CATERPILLAR TRACTOR CO | 11553 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CATHOLIC DIOCESE OF LITTLE ROCK | 3515 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CATHOLIC HOSPITAL | 10679 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CENTENNIAL GARDENS FKA CIVIC CENTER | 11081 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CENTRAL CONCRETE & PLASTER COMPANY | 10880 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CENTRAL PLAZA | 11135 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CENTRAL ROOFING & SUPPLY COMPANY | 10881 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

\* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CENTURY CENTER BUILDING | 11549 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CENTURY CITY HOSPITAL | 11080 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CERTALIC, SHARON YVONNE | 12826 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CHAPIN LUMBER COMPANY | 10882 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CHATEAU LEMOYNE HOTEL | 11212 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CHELDIN, TED M | 2130 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CHILDREN`S HOSPITAL | 10962 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CHILTON PUB. HOUSE | 10970 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CITIZEN`S NATIONAL BANK | 10529 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CITY COMPLEX | 10742 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CITY LINE TOWERS | 11540 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CITY OF PHILADELPHIA | 11313 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CITY OF VANCOUVER | 12346 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CIVIC CENTER | 10677 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CIVIC CENTER AUDITORIUM | 10525 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CIVIC CTR BRD CHAMBERS BUILDING | 11082 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CNA BUILDING | 11530 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| COLORADO NATIONAL BANK | 11709 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| COLUMBIA PLASTERING COMPANY | 10846 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| COMMUNITY CENTER | 10802 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CONTINENTAL BUILDING | 11232 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CONTINENTAL TELEPHONE COMPANY | 10797 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CONVENTION HALL | 11563 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CORNELL ARMS APARTMENT | 10847 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| COSMAT CENTER | 11541 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| COTTAGES JR VILLAGE | 11542 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| CREST USD 479 | 1899 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| D.H. HOLMES COMPANY LTD | 10850 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| DAY SQUARE BUILDING | 11692 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| DEACONESS HOSPITAL | 10524 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| DENVER SQUARE ANACONDA BUILDING | 11534 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| DODGE COUNTY HOSPITAL JOB | 11550 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| DRAKE, WILLIAM HOWARD | 12746 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| DUFFIE PAINT COMPANY | 10851 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| DULETH ARENA AND AUDITORIUM | 10527 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| E H COON COMPANY | 11059 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| EARL K. LONG CHARITY HOSPITAL | 11210 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| EBENEZER BUILDING | 11698 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| EL CAMINO HOSPITAL | 11033 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| EMBARCADERO BART | 11233 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| EMBARCADERO CENTER | 10684 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| EQUITABLE BUILDING | 10796 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| EQUITABLE LIFE INSURANCE | 11544 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| EXECUTIVE CLUB | 11071 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FAIRVIEW HOSPITAL | 11209 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FARRELL HOSPITAL | 11144 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FIDELITY BANK & TRUST CO. | 11143 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FIRST NATIONAL BANK | 10534 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FIRST NATIONAL BANK | 10727 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FIRST NATIONAL BANK | 10728 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FIRST NATIONAL BANK | 10944 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FLORES, HELEN | 2816 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FORD CITY BANK ADDITION | 11069 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FOXRIDGE OFFICE BUILDING | 10516 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product.  Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product.  Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| FRANCISCAN SISTERS-OUR LADY OF PERPETUAL | 10795 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FRANK ULMER LUMBER COMPANY | 10852 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| FRESNO BEE | 10943 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| GANT SHIRT COMPANY | 11149 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| GILA COUNTY HOSPITAL | 10993 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| GLIDDEN COMPANY | 10854 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| GOOD SAMARITAN HOSPITAL | 11251 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| GRACELAND HOSPITAL | 10976 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| GRANT VILLAGE | 11043 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| GREAT PLAINS INSURANCE COMPANY | 11246 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| GRUNERT, CHARLES L | 12749 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| GUARANTEE MUTUAL LIFE COMPANY | 11170 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HAMILTON DISTRICT SCHOOL BOARD | 11678 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HAMILTON DISTRICT SCHOOL BOARD | 11681 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HAMILTON DISTRICT SCHOOL BOARD | 11682 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HARRINGTON TOOLS INC | 15160 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HARRIS TRUST BANK | 10744 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HARRY C LEVY GARDERS | 11572 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT C-3 (d)
### CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| HEALTH CENTER | 11385 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HERITAGE HOLDINGS | 2064 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HILTON HOTEL | 10781 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HO, JEFFREY DOUGLAS | 1423 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HOLIDAY INN | 11615 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HOLIDAY INN | 11617 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HOLLINGSWORTH, JR, TIM E | 10753 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HOLLY SUGAR BUILDING | 11714 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HOSPITAL CORP. OF AMERICA | 10521 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HOUSE FOR THE ELDERLY | 10965 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HOWARD JOHNSON`S | 10809 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HUDSON S BAY COMPANY ZELLERS | 11618 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HUGHES, PATRICIA MICHELE | 5581 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HUNT FOODS OFFICE BUILDING | 10806 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| HYATT CORPORATION ETC | 9908 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| IBM OFFICE BUILDING | 11532 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| INDIANA BELL TELEPHONE ADDITION | 11403 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| INDIANA NATIONAL BANK | 10539 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

\* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| J B THOMAS HOSPITAL | 11691 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| J.E. GRAMBLING BUILDING SUPPLY | 10855 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| J.T. ROBERTSON - SOUTHERN COATING & CHEM | 10856 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| JAMESTOWN MALL | 10793 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| JENNY EDMUNDSON HOSPITAL | 11120 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| JOHN F K HOSPITAL | 11393 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| JOHN HANCOCK BUILDING | 11690 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| JOHN J. RILEY & SONS | 10857 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| JOHN MUIR HOSPITAL | 11026 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| JOHNSON, ERNEST RAY | 7094 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| KAISER HOSPITAL | 11052 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| KAISER HOSPITAL | 11053 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| KARK-TV INC AND MORRIS MULTIMEDIA INC | 9912 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| KARK-TV INC AND MORRIS MULTIMEDIA INC | 9913 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| KATZ, S S | 1131 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| KELLOGG CITIZENS BANK | 11423 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| KEYSTONE BUILDING | 11688 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| KOSKI, EINO AND AILI | 15343 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT C-3 (d)
## CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| KWAS, DANIEL | 15344 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| L&ET CO. INC. | 10792 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| L. ROY OWEN PLASTERING COMPANY | 10858 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LACROSSE LUTHERAN HOSPITAL | 11124 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LADY OF LOURDES | 11208 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LAMB YOUNG JONES OFFICE BUILDING | 10859 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LARGO PROPERTIES | 11146 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LARKIN, EUGENE LEROY | 2116 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LEAL, NORMAN | 2744 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LITTLE SISTERS OF THE POOR | 11215 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LONG DISTANCE SWITCHING CENTER | 11577 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LOS ANGELES UNIFIED SCHOOL DISTRICT | 9570 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| LOUIS GALIE CENTRAL NATURAL BANK JOB | 11463 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MAJOR LEAGHE SHOPPING CENTER | 11426 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MARQUETTE NATIONAL BANK | 11604 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MCCRORY SUMMWALT CONSTRUCTION COMPANY | 10834 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MCLEISTER & GOLDMAN | 10786 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MEDICAL APTS BUILDING | 11535 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| MEDI-CENTER BUILDING | 10835 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MENANDS UNION FREE SCHOOL DISTRICT | 1856 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MERCHANDISE MART PLAZA | 11533 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MERCHANT`S NATIONAL BANK | 10513 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MERCY HOSPITAL | 10674 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| METAL LITHO INTERNATIONAL | 11575 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| METCALF PLAZA | 10763 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| METHODIST HOSPITAL | 10590 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| METHODIST HOSPITAL ADDITION | 11401 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MGM GRAND HOTEL | 10956 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MID CONTINENT BLDG | 11557 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MILES, JAMES IRVIN | 10555 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MISNIAKIEWCZ,PAWEL | 15304 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MORAN JOB | 11420 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MORGUARD INVESTMENTS LIMITED | 12366 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MOUNTAIN BELL | 11536 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MOUNTAIN CITY HOSPITAL ADDITION | 11724 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MOUNTAIN STATES TELEPHONE COMPANY | 11707 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| MT. DIABLO HOSPITAL | 10732 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| MYRTLE BEACH LUMBER COMPANY | 10836 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NCNB BUILDING JOB J 5028 | 11564 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NCR DISTRIBUTION CENTER | 11561 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NEW BRITAIN GENERAL HOSPITAL | 11145 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NEW BRITAIN HERALD | 11103 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NEW GREASE BUILDING | 11204 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NGUYEN, KEITH N | 4701 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NOB HILL APARTMENTS | 11022 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NORM S RESTAURANTS | 5572 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NORTH ARKANSAS REGIONAL MEDICAL CENTER | 10995 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NORTH HILLS PASSAVANT HOSPITAL | 10963 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| NORTHWESTERN NATIONAL BANK | 11723 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| OAKWOOD HOSPITAL | 10758 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| OFFICE SERVICE CTR UNITED FUEL GAS CO | 11705 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| OHIO VALLEY GENERAL HOSPITAL- NEW ADM BL | 11181 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| OMAHA CITY AUDITORIUM | 10778 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ONE ALLEGHENY CENTER | 11037 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| ONE SHELL SQUARE | 11214 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| OREGON AUTO | 11259 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| OTTERBEIN COLLEGE | 12768 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| OTTERBEIN COLLEGE | 12769 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PALOS HOSPITAL | 11066 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PAVILLION CENTER | 10752 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PEE DEE BUILDERS SUPPLY | 10838 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PEOPLES PLAZA | 10839 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PERFORMING ARTS CENTER | 11140 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PERMANENT SAVINGS & LOAN BLDG. | 10994 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PHILADELPHIA ELECTRIC COMPANY | 11201 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PIERRE LACLEDE BUILDING | 10696 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PLATINUM CAPITAL INVESTMENTS INC | 1629 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PLAUCHE BUILDING | 11213 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PRESBYTERIAN CHURCH OF JAMESBURG | 6601 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| PROVIDENCE HOSPITAL | 11109 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| R.I. TRUST NATIONAL BANK BLDG. | 10532 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| RADIOLOGY BUILDING MEDICAL CENTER | 11719 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| REGENCY SOUTHLAKE | 11168 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9857 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9868 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| REHABILITATION & DIAGNOSTIC CENTER | 11062 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| RISDAL, EDDIE CHARLES | 1871 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| RIVERGATE MALL | 11720 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ROCHESTER MEMORIAL ART GALLERY | 10705 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ROGERSVILLE HOSPITAL LEARNING RESOURCE C | 11721 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SACTO CONV. CENTER | 10958 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SALINAS VALLEY MEMORIAL HOSPITAL | 11025 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SAN LEANDRO MEMORIAL HOSPITAL | 10805 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SANTA ROSA HOSPITAL | 11034 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SANTA TERESA HOSPITAL | 10991 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SCHWOEFFERMANN, CUFFY | 12741 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SEARS & REBUCK WESTLAND SHOPPING CENTER | 11491 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SEARS ROEBUCK | 11485 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SEARS ROEBUCK | 11490 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SEARS ROEBUCK | 11500 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT\***

| Claimant Name | Claim Number | Claim Amount\*\* | Reason for Proposed Disallowance |
|---|---|---|---|
| SEARS ROEBUCK | 11515 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SECURITY BENEFIT LIFE INSURANCE CO | 11521 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SECURITY NATIONAL BANK | 10957 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SECURITY PACIFIC BANK | 10992 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SHAMOKIN HIGH RISE BUILDING | 11199 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SHER, JOSEPH H | 1920 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SHERATON HOTEL | 10981 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SHERMAN BUILDING TWIN TOWERS | 11228 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SHERWIN WILLIAMS PAINT STORE | 10843 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SILVER SANDS HOTEL | 10923 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SIMMONS FIRST NATIONAL BANK | 11685 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SKARIE, RONALD ALAN | 6582 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| SMITH PLASTERING COMPANY | 10924 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ST. ANTHONY`S HOSPITAL | 11151 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ST. FRANCIS HOSPITAL | 11216 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ST. JOSEPH HILL INFIRMARY | 10700 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ST. LUKE`S HOSPITAL | 10526 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ST. LUKE`S HOSPITAL | 10998 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

\* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| ST. MARY`S HOSPITAL | 10746 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ST. MARY`S HOSPITAL | 10955 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ST. MARY`S HOSPITAL | 11016 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ST. MARY`S MEDICAL CENTER | 11195 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| STEWART, FANETTE LLOYS | 12751 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TERESA OFFICE BUILDING | 11227 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THE CALIFORNIA STATE UNIVERSITY | 10189 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THE CALIFORNIA STATE UNIVERSITY | 10210 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THE CALIFORNIA STATE UNIVERSITY | 10211 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THE CALIFORNIA STATE UNIVERSITY | 10212 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THE CALIFORNIA STATE UNIVERSITY | 10213 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THE CALIFORNIA STATE UNIVERSITY | 10214 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THE CALIFORNIA STATE UNIVERSITY | 10215 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THE CALIFORNIA STATE UNIVERSITY | 10216 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THE CHURCH OF ST HELENA OF MINNEAPOLIS | 3512 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| THOMSON, EVA A | 3887 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONOT DISTRICT SCHOOL BOARD | 12303 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONOT DISTRICT SCHOOL BOARD | 12308 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product.  Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product.  Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT C-3 (d)
### CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| TORONOT DISTRICT SCHOOL BOARD | 12310 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONOT DISTRICT SCHOOL BOARD | 12311 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONOT DISTRICT SCHOOL BOARD | 12312 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONOT DISTRICT SCHOOL BOARD | 12317 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONTO DISTRICT SCHOOL BOARD | 12304 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONTO DISTRICT SCHOOL BOARD | 12305 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONTO DISTRICT SCHOOL BOARD | 12306 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONTO DISTRICT SCHOOL BOARD | 12307 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONTO DISTRICT SCHOOL BOARD | 12313 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONTO DISTRICT SCHOOL BOARD | 12315 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORONTO DISTRICT SCHOOL BOARD | 12316 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TORRANCE MEDICAL BUILDING | 10755 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TOWER PROPERTIES F.K.A. COMMERCE TOWERS | 10699 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TRANSAMERICA LIFE INS CO. FKA NAT. OLD L | 11129 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| TWO ALLEGHENY CENTER | 11036 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| U.M.K.C. HOSPITAL | 10701 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ULEN, ANGELA M | 2218 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| UNION BANK & TRUST | 11448 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

\* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| UNITED CALIFORNIA BANK BUILDING | 10730 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| UNIVERSITY OF GUELPH | 12329 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| VALLCO PARK OFFICE BUILDING | 10803 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| VALLEY NATIONAL BANK | 10733 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| VAN SMITH BUILDING MATERIAL | 10927 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| W.F. HINCHEY CONT. | 11188 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WASHINGTON TRUST BUILDING | 11235 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WAYNESBORO HOSPITAL ADDITION | 11459 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WELLINGTON NURSING HOME | 11399 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WELLS FARGO BANK | 11007 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WELLS FARGO BUILDING FKA 550 CALIFORNIA | 11045 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WESLEY HOSPITAL ADDITION | 10512 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WEST JERSEY HOSPITAL | 11226 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WESTERN UNION CENTRALIZED BUREAU #3 | 11504 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WESTPORT OFFICE BLDG | 11539 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WILKINSON, JAY S | 13907 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WILLIAM OSLER HEALTH CENTRE | 12322 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WILLIAMS CENTER | 11138 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (d)**
**CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| WOLFE, STEVEN J | 10553 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WOODBURY PLACE APARTMENTS LTD | 2763 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WOODCOCK PLASTERING COMPANY | 10928 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| WOOLCO DEPARTMENT STORE-WOODHAVEN MALL | 11187 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| YMCA | 11092 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| YORK HOSPITAL | 11186 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| YWCA OF THE HARTFORD REGION | 11005 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ZOO JOB | 11086 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

**Total No. of Claims:   332**

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.
** Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.