# EXHIBIT C-3 (f)

## CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| 111 ELM STREET LLC | 9682 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| 3801 N CAMPBELL AVE LLC | 1426 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ABELMAN, HERSHEL | 1876 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ACADIA PARISH SCHOOL BOARD | 8029 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ACADIA PARISH SCHOOL BOARD | 8030 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ALASKA PSYCHIATRIC HOSPITAL | 6595 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ALBANY CITY SCHOOL DISTRICT | 12766 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| AMERICAN LEGION | 3406 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| AURORA INVESTMENTS | 11276 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| BALLANTRAE ASSOCIATES | 11281 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| BARNHART, JANE A | 3343 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| BAY VIEW SAVINGS & LOAN | 10736 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| BROTHER MARTIN HIGH SCHOOL | 8361 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| BUILDING LABORERS UNION LOCAL 310 | 2785 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| BULLOCH MEMORIAL HOSPITAL | 6753 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10631 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10632 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10633 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT C-3 (f)
## CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CADDO PARISH SCHOOL BOARD | 10634 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10635 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10636 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10637 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10638 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10640 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10641 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10642 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10643 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10644 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10645 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10646 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CADDO PARISH SCHOOL BOARD | 10647 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CALCASIEU PARISH SCHOOL BOARD | 8035 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CALDOR DEPARTMENT STORE | 6612 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CALIFORNIA MART LLC | 6625 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CARILION ROANOKE MEMORIAL HOSPITAL | 6610 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CATHOLIC DIOCESE OF LITTLE ROCK | 3515 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (f)**

**CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CBS BROADCASTING INC. DBA KDKA-TV | 11300 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CENTRE MGR MARCOUX INC | 6586 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CHAN, CONNIE Y | 2202 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CHANCELLOR MANOR | 11283 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CHP ASSOCIATES INC | 2977 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CITY OF EASTHAMPTON | 7121 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CITY OF PHOENIX | 5651 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CLARA MAASS MEDICAL CENTER | 6624 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| COLLAT INC | 7122 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| COLLATERAL AGENCY INC | 7124 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| COLONIAL VILLAGE | 11280 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CONGREGATION OF ST DOMINIC CATHOLIC CHUR | 8369 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CONGREGATION OF ST LOUISE DE MARILLAC CH | 8364 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CONGREGATION ST FRANCIS ASSISI CHURCH | 8374 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CONGREGATION ST FRANCIS XAVIER CHURCH | 8362 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CONGREGATION ST JOAN ARC CHURCH LAPLACE | 8371 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CONGREGATION ST JOAN OF ARC CATHOLIC CHU | 8373 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CONGREGATION ST MARY MAGDALEN CATHOLIC C | 8358 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Page 3 of 10**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT C-3 (f)

## CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CONGREGATION ST PHILIP NERI CATHOLIC CHU | 8370 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CONGREGATION ST RITA ROMAN CATHOLIC CHUR | 8375 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CREST USD 479 | 1899 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| CROWN PROFESSIONAL LLC | 6077 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ELLIOTT, JAY AND DOROTHY | 3402 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ELM PLAZA | 6596 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| EQUINOX PROPERTIES | 11277 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| FAMILIES IN CRISIS INC WILLIAM K HALL | 2164 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| FIRST PRESBYTERIAN CHURCH | 12780 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| FIRST UNITED METHODIST CHURCH OF DELAND | 9775 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| GATEWAY INVESTORS INC | 11282 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| GILMORE, JOSEPH R | 9807 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| HAMILTON TERMINALS INC | 2899 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| HERITAGE HOLDINGS | 2064 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| JEFFERSON ASSOCIATES LTD | 3354 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| KLINGMAN, ROBERT RAY | 1790 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| KODRA PROFESSIONAL CORPORATION | 6064 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| LASALLE PARISH SCHOOL BOARD | 8027 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (f)**

**CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| LASALLE PARISH SCHOOL BOARD | 8028 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| LIBERTY NATIONAL LIFE BUILDING COMPLEX | 10743 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| LOCKHEED MARTIN BUILDING 400 | 10741 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| MARICOPA COUNTY ARIZONA | 6070 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| MCBRIDE, SUSAN JO | 7106 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| MODZELESKI, VINCENT E | 2712 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| MOUNT CARMEL ACADEMY OF NEW ORLEANS LA | 8357 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| MUROFF, CAROL S | 1874 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| NAMAZI, NAZANIN | 12786 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| NGUYEN, KEITH N | 4701 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| NORTHSHORE COUNTRY CLUB CLUBHOUSE | 6751 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| OAK GROVE LLC | 11278 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| OLYMPUS 555 PROPERTIES LLC | 9684 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ORLANDO UTILITIES COMMISSION | 3299 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| OTTERBEIN COLLEGE | 12772 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| PITTSBURGH SCHOOL DISTRICT | 7086 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| PROCTO INC | 5576 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| R.R. ISLA VERDE HOTEL & RESORT INC. | 12748 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (f)**

**CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| RESHAT HUSSEIN HASSAN & MINNIE HASSAN TT | 2155 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ROMAN CATHLOLIV CHURCH ARCHDIOCESE NEW O | 8372 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR | 8359 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR | 8363 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR | 8365 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| SHAPERY DEVELOPERS GAS ELECTRIC PROPERTY | 9776 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| SHER, JOSEPH H | 1920 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STAGECOACH APARTMENTS LLC | 11279 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF ARIZONA | 12720 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF ARKANSAS | 12672 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF ARKANSAS | 12673 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10650 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10651 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10652 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10653 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10654 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10655 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10656 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (f)**

**CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10657 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10658 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10659 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10662 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CONNECTICUT - DEPT. PUBLIC WORK | 12681 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CONNECTICUT - DEPT. PUBLIC WORK | 12682 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF CONNECTICUT - DEPT. PUBLIC WORK | 12683 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6957 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6958 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6959 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6960 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6961 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6962 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6963 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6964 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6965 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6966 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| STATE OF WASHINGTON | 6941 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (f)**

**CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| STEVEN J WOLFE IRREVOCABLE TRUST | 10552 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| TEMPLE BETH AM | 2483 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8274 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8297 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8349 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8354 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| THE CHURCH OF ST LUKE | 6934 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| THE EQUITABLE BUILDING | 6638 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| THE MAXWELL CONVENTION CENTER | 6599 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| THERMO COUSTICS LIMITED | 9782 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| TIME EQUITIES INC | 12670 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| TOWER PROPERTIES | 6603 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| TRUMBULL MEMORIAL HOSPITAL | 7028 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2570 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2571 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2572 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2573 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2574 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (f)**

**CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2575 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| UNION CENTRAL LIFE INSURANCE COMPANY | 10942 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VALU-LODGE OF NEW PORT RICHEY INC | 2262 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VANCOUVER COASTAL HEALTH AUTHORITY | 12647 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VANCOUVER COASTAL HEALTH AUTHORITY | 12648 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VANCOUVER COASTAL HEALTH AUTHORITY | 12649 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VANCOUVER COASTAL HEALTH AUTHORITY | 12650 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIACOM INC | 11299 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VINIKOOR, ABRAM L | 12784 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIRGINIA DEPT OF MENTAL HEALTH | 2938 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIRGINIA DEPT OF MENTAL HEALTH | 2939 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIRGINIA DEPT OF MENTAL HEALTH | 2940 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIRGINIA DEPT OF MENTAL HEALTH | 2942 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIRGINIA DEPT OF MENTAL HEALTH | 2943 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIRGINIA DEPT OF MENTAL HEALTH | 2944 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIRGINIA DEPT OF MENTAL HEALTH | 2945 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIRGINIA DEPT OF MENTAL HEALTH | 2947 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| VIRGINIA DEPT OF MENTAL HEALTH | 2948 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Page 9 of 10**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT C-3 (f)**

**CLAIMS ACCOMPANIED BY BULK SAMPLING DATA WHICH IS INCONSISTENT, OR WHICH IS INSUFFICIENT TO DETERMINE WHETHER INCONSISTENT, WITH A GRACE PRODUCT**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| VIRGINIA DEPT OF MENTAL HEALTH | 2949 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| WASHINGTON COURTE CONDOMINIUM ASSOCIATIO | 11307 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| WASHINGTON GAS & LIGHT | 6597 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| WASHINGTON GAS & LIGHT | 6756 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| WOODBURY PLACE APARTMENTS LTD | 2763 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| WOODMAN PARTNERS | 5584 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| WOODMERE APARTMENTS LLC | 11284 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |
| YICK REALTY INVESTMENT | 7091 | N/A | Claimant provided bulk sampling data the results of which are inconsistent, or which is insufficient to determine whether inconsistent, with a Grace product.* |

**Total No. of Claims:    170**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.