**EXHIBIT D-1 (a)**
**MK-3 CLAIMS FOR BUILDINGS BUILT AFTER 1973**

| Claimant Name | City, State, Country | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|---|
| ALLAMAN, W L | LAHABRA, CA USA | 1419 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| ALNOR CO | DOWNEY, CA USA | 5575 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| ATLANTIC SHOPPING CENTRES LTD | HALIFAX, NS CANADA | 12490 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| AVALON EAST SCHOOL BOARD | ST JOHN S, NL CANADA | 12491 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| CANADIAN IMPERIAL BANK OF COMMERCE | ST JOHN S, NL CANADA | 12536 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| CITY OF EDMONTON | EDMONTON, AB CANADA | 12489 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| CONSEILLERS IMMOBILIERS GWL INC | MONTREAL, QC CANADA | 12533 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| COUNTY OF FRESNO CALIFORNIA | FRESNO, CA USA | 11265 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| COUNTY OF FRESNO CALIFORNIA | FRESNO, CA USA | 11268 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HARRIS TRUST BANK | EAST CHICAGO, IL USA | 10744 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HEALTH CARE CORPORATION OF ST.JOHN`S | ST JOHN S, NL CANADA | 12493 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HOUSE FOR THE ELDERLY | ASHLAND, WI USA | 10965 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HUDSON`S BAY COMPANY | ABBOTSFORD, BC CANADA | 12527 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HYATT CORPORATION ETC | DALLAS, TX USA | 9908 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| MGM GRAND HOTEL | RENO, NV USA | 10956 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| MORGUARD INVESTMENTS LIMITED | WINNIPEG, ON CANADA | 12366 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |

**Page 1 of 3**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT D-1 (a)**
**MK-3 CLAIMS FOR BUILDINGS BUILT AFTER 1973**

| Claimant Name | City, State, Country | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|---|
| MORGUARD INVESTMENTS LIMITED | ABBOSTSFORD, BC CANADA | 12430 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| NORM S RESTAURANTS | None specified. | 5983 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| ORTIZ, MARIA LUISA | OROCOUIS, PR | 2692 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| OXFORD PROPERTIES GROUP | EDMONTON, AB CANADA | 12421 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| OXFORD PROPERTIES GROUP | EDMONTON, AB CANADA | 12422 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| OXFORD PROPERTIES GROUP | EDMONTON, AB CANADA | 12423 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | LOS ANGELES, CA USA | 9857 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| ROCHESTER MEMORIAL ART GALLERY | ROCHESTER, NY USA | 10705 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| SAN LEANDRO MEMORIAL HOSPITAL | SAN LEANDRO, CA USA | 10805 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| SECURITY NATIONAL BANK | RENO, NV USA | 10957 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| SHERATON HOTEL | BURLINGAME, CA USA | 10981 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| ST. MARY`S HOSPITAL | RENO, NV USA | 10955 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | SANTA ANA, CA USA | 10648 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| TAYLOR, EDDIE | HOUSTON, TX USA | 2560 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| THE CALIFORNIA STATE UNIVERSITY | SAN LUIS OBISPO, CA USA | 15497 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| TORONTO DISTRICT SCHOOL BOARD | TORONTO, ON CANADA | 12315 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT D-1 (a)**
**MK-3 CLAIMS FOR BUILDINGS BUILT AFTER 1973**

| Claimant Name | City, State, Country | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|---|
| TORRANCE MEDICAL BUILDING | TORRANCE, CA USA | 10755 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| UNITED CALIFORNIA BANK BUILDING | LOS ANGELES, CA USA | 10730 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| VALU-LODGE OF NEW PORT RICHEY INC | NEW PORT RICHEY, FL USA | 2262 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| WASHINGTON COURTE CONDOMINIUM ASSOCIATIO | NILES, IL USA | 11307 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| WILLIAM OSLER HEALTH CENTRE | ETOBICOKE, ON CANADA | 12322 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |

**Total No. of Claims:   37**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.