## EXHIBIT D-1 (b)
## ACOUSTICAL PLASTER CLAIMS AFTER 1969.

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| ANDERSON MEMORIAL HOSPITAL | 9914 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| ARKANSAS CITY HALL | 10915 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| CITY OF TUCSON | 5644 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| COUNTY OF ORANGE | 12700 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| CROWN PROFESSIONAL LLC | 6077 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| FIRST NATIONAL BANK | 10692 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| FIRST NATIONAL BANK | 10754 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| HOLIDAY INN | 11610 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| JEFFERSON PARISH SCHOOL BOARD | 8170 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| LEAL, NORMAN | 2744 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| MARICOPA COUNTY ARIZONA | 6070 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| MARICOPA COUNTY ARIZONA | 6072 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| MODZELESKI, VINCENT E | 2712 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| NIGHTLINGER, GERALD THOMAS | 12778 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| NORDIEGO CAPITAL LTD | 7089 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| RAMADA DEVELOPMENT COMPANY | 10761 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| RAMADA INN | 11169 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9861 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| ROANOKE CIVIC CENTER | 11453 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| ST PAUL UNITED CHURCH OF CHRIST | 2442 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA - DEPARTMENT MENTAL HE | 5587 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA - DEPARTMENT OF HEALTH | 8016 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |



**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of “N/A” due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT D-1 (b)**

**ACOUSTICAL PLASTER CLAIMS AFTER 1969.**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 5588 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6957 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6958 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6959 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6960 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6961 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6962 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6963 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6964 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6965 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| THE CALIFORNIA STATE UNIVERSITY | 15475 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| THE CALIFORNIA STATE UNIVERSITY | 9839 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| THE CALIFORNIA STATE UNIVERSITY | 9842 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |
| THE CALIFORNIA STATE UNIVERSITY | 9888 | N/A | Product generally not sold at time building was constructed, with rare exceptions.* |

**Total No. of Claims: 36**



**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.