## EXHIBIT D-1 (c)
## ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| ACADIA PARISH SCHOOL BOARD | 8029 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ACADIA PARISH SCHOOL BOARD | 8030 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ALBANY CITY SCHOOL DISTRICT | 12761 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ALBANY CITY SCHOOL DISTRICT | 12766 | N/A | Grace acoustical plaster was likely replaced long ago. |
| AMERICAN LEGION | 3406 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ARLINGTON HOTEL JOB | 10916 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ARNOLD & DOBSON SUPPLY COMPANY | 10866 | N/A | Grace acoustical plaster was likely replaced long ago. |
| BALLARD-RICE PRESTRESS | 10868 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CADDO PARISH SCHOOL BOARD | 10631 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CADDO PARISH SCHOOL BOARD | 10634 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CADDO PARISH SCHOOL BOARD | 10635 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CADDO PARISH SCHOOL BOARD | 10637 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CADDO PARISH SCHOOL BOARD | 10640 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CADDO PARISH SCHOOL BOARD | 10641 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CADDO PARISH SCHOOL BOARD | 10642 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CADDO PARISH SCHOOL BOARD | 10645 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CADDO PARISH SCHOOL BOARD | 10646 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CALCASIEU PARISH SCHOOL BOARD | 8032 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CALCASIEU PARISH SCHOOL BOARD | 8033 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CALCASIEU PARISH SCHOOL BOARD | 8034 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CALCASIEU PARISH SCHOOL BOARD | 8036 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CALCASIEU PARISH SCHOOL BOARD | 8037 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-1 (c)
## ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CALCASIEU PARISH SCHOOL BOARD | 8039 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CHURCH OF ST JOSEPH | 4075 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CHURCH OF ST LEO THE GREAT | 6935 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CITY OF AMARILLO TEXAS | 5656 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CITY OF BARNESVILLE | 6936 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CITY OF EUGENE OREGON | 5670 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CITY OF PHOENIX | 5651 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CITY OF PHOENIX | 5653 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CITY OF TUCSON | 5645 | N/A | Grace acoustical plaster was likely replaced long ago. |
| COLTON CIVIC CENTER | 10920 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CONGREGATION ST FRANCIS XAVIER CABRINI C | 8366 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CONGREGATION ST JOAN ARC CHURCH LAPLACE | 8371 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CONGREGATION ST PHILIP NERI CATHOLIC CHU | 8370 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CONGREGATION ST RAYMOND ROMAN CATHOLIC C | 8377 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CORNELL ARMS APARTMENT | 10847 | N/A | Grace acoustical plaster was likely replaced long ago. |
| CREST USD 479 | 1899 | N/A | Grace acoustical plaster was likely replaced long ago. |
| EAST BATON ROUGE PARISH SCHOOL BOARD | 12657 | N/A | Grace acoustical plaster was likely replaced long ago. |
| EAST BATON ROUGE PARISH SCHOOL BOARD | 12659 | N/A | Grace acoustical plaster was likely replaced long ago. |
| EAST BATON ROUGE PARISH SCHOOL BOARD | 12660 | N/A | Grace acoustical plaster was likely replaced long ago. |
| EAST BATON ROUGE PARISH SCHOOL BOARD | 12662 | N/A | Grace acoustical plaster was likely replaced long ago. |
| EAST BATON ROUGE PARISH SCHOOL BOARD | 12663 | N/A | Grace acoustical plaster was likely replaced long ago. |
| EAST BATON ROUGE PARISH SCHOOL BOARD | 12666 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-1 (c)
## ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| EAST BATON ROUGE PARISH SCHOOL BOARD | 12669 | N/A | Grace acoustical plaster was likely replaced long ago. |
| FIRST UNITED METHODIST CHURCH | 6932 | N/A | Grace acoustical plaster was likely replaced long ago. |
| FOSS, ALDEN L | 3185 | N/A | Grace acoustical plaster was likely replaced long ago. |
| GRANT VILLAGE | 11043 | N/A | Grace acoustical plaster was likely replaced long ago. |
| HAMILTON TERMINALS INC | 2899 | N/A | Grace acoustical plaster was likely replaced long ago. |
| HARLINGEN HOUSING AUTHORITY | 5659 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8164 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8165 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8166 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8168 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8169 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8171 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8172 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8173 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8174 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8177 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8178 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8179 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8180 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8181 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8182 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8183 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT D-1 (c)**
**ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| JEFFERSON PARISH SCHOOL BOARD | 8185 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JEFFERSON PARISH SCHOOL BOARD | 8186 | N/A | Grace acoustical plaster was likely replaced long ago. |
| JOHNSON, DALE M | 5987 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFAYETTE PARISH SCHOOL BOARD | 11287 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFAYETTE PARISH SCHOOL BOARD | 11289 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFAYETTE PARISH SCHOOL BOARD | 11290 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFAYETTE PARISH SCHOOL BOARD | 11291 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFAYETTE PARISH SCHOOL BOARD | 11292 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFAYETTE PARISH SCHOOL BOARD | 11294 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFAYETTE PARISH SCHOOL BOARD | 11295 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFAYETTE PARISH SCHOOL BOARD | 11296 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFAYETTE PARISH SCHOOL BOARD | 11297 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFOURCHE PARISH SCHOOL BOARD | 8019 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFOURCHE PARISH SCHOOL BOARD | 8020 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LAFOURCHE PARISH SCHOOL BOARD | 8021 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LIBERTY SUPERMARKET | 10723 | N/A | Grace acoustical plaster was likely replaced long ago. |
| LOUISIANA NATIONAL BANK BUILDING | 11526 | N/A | Grace acoustical plaster was likely replaced long ago. |
| MARICOPA COUNTY ARIZONA | 6068 | N/A | Grace acoustical plaster was likely replaced long ago. |
| MARICOPA COUNTY ARIZONA | 6071 | N/A | Grace acoustical plaster was likely replaced long ago. |
| MENANDS UNION FREE SCHOOL DISTRICT | 1856 | N/A | Grace acoustical plaster was likely replaced long ago. |
| NATCHITOCHES PARISH SCHOOL BOARD | 11326 | N/A | Grace acoustical plaster was likely replaced long ago. |
| NATCHITOCHES PARISH SCHOOL BOARD | 11327 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-1 (c)
## ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| NATCHITOCHES PARISH SCHOOL BOARD | 11328 | N/A | Grace acoustical plaster was likely replaced long ago. |
| NATCHITOCHES PARISH SCHOOL BOARD | 11329 | N/A | Grace acoustical plaster was likely replaced long ago. |
| NATCHITOCHES PARISH SCHOOL BOARD | 11330 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9848 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9850 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9859 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9864 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9873 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9875 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9880 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9883 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9886 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9887 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9890 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9895 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9896 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9897 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9909 | N/A | Grace acoustical plaster was likely replaced long ago. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9910 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR | 8365 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR | 8367 | N/A | Grace acoustical plaster was likely replaced long ago. |
| SABINE RIVER AUTHORITY OF TEXAS | 5660 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT D-1 (c)
# ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| SALEM CENTRAL SCHOOL DISTRICT | 12739 | N/A | Grace acoustical plaster was likely replaced long ago. |
| SCOTT AND WHITE MEMORIAL HOSPITAL AND | 13965 | N/A | Grace acoustical plaster was likely replaced long ago. |
| SILVER SANDS HOTEL | 10923 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ST MARTIN PARISH SCHOOL BOARD | 8031 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ST MARY S ACADEMY OF THE HOLY FAMILY | 8360 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ST. FRANCIS HOSPITAL | 11216 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ST. VINCENT`S HOSPITAL | 10918 | N/A | Grace acoustical plaster was likely replaced long ago. |
| ST. VINCENT`S HOSPITAL - ADDITION | 11193 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARIZONA | 12697 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARIZONA | 12698 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12674 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12675 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12676 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12677 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12678 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12679 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12680 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12685 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12687 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12689 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12690 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12691 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT D-1 (c)
## ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| STATE OF ARKANSAS | 12701 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12702 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12711 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12712 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12713 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12714 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12715 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12716 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12717 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12719 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12722 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12723 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12724 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12725 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12726 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12727 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12728 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12729 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12730 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12731 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12732 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12733 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-1 (c)
## ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| STATE OF ARKANSAS | 12734 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12735 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12736 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF ARKANSAS | 12737 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10651 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10654 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10657 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF CALIFORNIA DEPT OF GENERAL SERV | 10659 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OKLAHOMA - DEPARTMENT MENTAL HE | 6954 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OKLAHOMA DEPARTMENT MENTAL HEAL | 6967 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 5589 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 6966 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 5662 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 5664 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 5669 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 5676 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 5679 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 5682 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 5687 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF WASHINGTON | 6937 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF WASHINGTON | 6939 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF WASHINGTON | 6940 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-1 (c)
## ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| STATE OF WASHINGTON | 6942 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STATE OF WASHINGTON | 6944 | N/A | Grace acoustical plaster was likely replaced long ago. |
| STEVEN J WOLFE IRREVOCABLE TRUST | 10552 | N/A | Grace acoustical plaster was likely replaced long ago. |
| TEMPLE BETH AM | 2483 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CALIFORNIA STATE UNIVERSITY | 15474 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CALIFORNIA STATE UNIVERSITY | 15478 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CALIFORNIA STATE UNIVERSITY | 15482 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CALIFORNIA STATE UNIVERSITY | 15483 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CALIFORNIA STATE UNIVERSITY | 15494 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CALIFORNIA STATE UNIVERSITY | 15498 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CALIFORNIA STATE UNIVERSITY | 15499 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CALIFORNIA STATE UNIVERSITY | 15500 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CALIFORNIA STATE UNIVERSITY | 15501 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CHURCH OF ST HELENA OF MINNEAPOLIS | 3512 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CHURCH OF ST LUKE | 6934 | N/A | Grace acoustical plaster was likely replaced long ago. |
| THE CHURCH OF THE MOST HOLY REDEEMER | 6933 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENT OF MENTAL HEALTH | 2946 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2938 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2939 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2940 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2941 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2942 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-1 (c)
## ACOUSTICAL PLASTER CLAIMS FROM BUILDINGS BEFORE 1969

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| VIRGINIA DEPT OF MENTAL HEALTH | 2943 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2944 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2945 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2947 | N/A | Grace acoustical plaster was likely replaced long ago. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2948 | N/A | Grace acoustical plaster was likely replaced long ago. |

**Total No. of Claims: 203**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.