**EXHIBIT D-3**
**CLAIMS BARRED BY ASSUMPTION OF RISK**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| 111 ELM STREET LLC | 9682 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| 354401 ALBERTA LTD C O REDCLIFF REALTY M | 11620 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| 3801 N CAMPBELL AVE LLC | 1426 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| ABELMAN, HERSHEL | 1876 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| ALBANY CITY SCHOOL DISTRICT | 12764 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| ALNOR CO | 5575 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| ASFOUR ASSOCIATES DJ ASFOUR GENERAL PART | 1974 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| ATLANTIC SHOPPING CENTRES LTD | 12490 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| BNC FORUM LP TEXAS LIMITED PARTNERSHIP | 5688 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| BOUCHARD, ERNEST S | 4381 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CALIFORNIA MART LLC | 6625 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CANADIAN IMPERIAL BANK OF COMMERCE | 12536 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CHAN, CONNIE Y | 2202 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CHASE, RANDY | 2725 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CHP ASSOCIATES INC | 2977 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CITY OF EDMONTON | 12387 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CITY OF EDMONTON | 12399 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CITY OF EDMONTON | 12489 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CITY OF HOUSTON TEXAS | 6968 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CITY OF HOUSTON TEXAS | 6969 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CITY OF TUCSON | 5645 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CITY OF VANCOUVER | 12584 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |

**Page 1 of 6**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT D-3**
**CLAIMS BARRED BY ASSUMPTION OF RISK**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| COCA COLA ENTERPRISES INC | 12319 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCA COLA ENTERPRISES INC | 12320 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCA COLA ENTERPRISES INC | 12369 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCA COLA ENTERPRISES INC | 12371 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCA COLA ENTERPRISES INC | 12373 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCA COLA ENTERPRISES INC | 12374 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCA COLA ENTERPRISES INC | 12380 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCA COLA ENTERPRISES INC | 12381 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCA COLA ENTERPRISES INC | 12383 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCA COLA ENTERPRISES INC | 12384 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COCACOLA ENTERPRISES INC | 12318 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COLLAT INC | 7122 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COLLAT INC | 7123 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COLLATERAL AGENCY INC | 7124 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| COLOM, WILBUR | 11304 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CONSEILLERS IMMOBILIERS GWL INC | 12533 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CONTINENTAL FLORIDA PARTNERS LTD | 4698 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CONTINENTAL GEORGIA PARTNERS LTD | 4700 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| CONTINENTAL SEATTLE PARTNERS LTD | 4699 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| EL PASO COUNTY TEXAS | 5657 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| EPEC REALTY INC | 5672 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| FAMILIES IN CRISIS INC WILLIAM K HALL | 2164 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT D-3**
**CLAIMS BARRED BY ASSUMPTION OF RISK**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| FIRST BAPTIST CHURCH | 6695 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| FLORES, HELEN | 2816 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| FOUR EMBARCADERO CENTER | 10885 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| FRASER HEALTH AUTHORITY | 12296 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| GRUNERT KILLIAN, JULIA M | 5992 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| HEALTH CARE CORPORATION OF ST.JOHN`S | 12494 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| HERITAGE HOLDINGS | 2064 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| HOLY FAMILY VILLA | 6908 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| HYATT EQUITIES | 12514 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| HYATT HOTELS CORPORATION ETC | 9899 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| HYATT HOTELS CORPORATION ETC | 9900 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| JAY BHAGHAVAN INC | 11303 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| JEFFERSON ASSOCIATES LTD | 3354 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| JEFFERSON, RONALD WAYNE | 2818 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| JOHN HANCOCK CENTER | 6628 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| JOHNSON JR, BURRELL | 2238 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| KODRA PROFESSIONAL CORPORATION | 6064 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| LEAL, NORMAN | 2744 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| LOCKHEED MARTIN BUILDING 400 | 10741 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MACERICH FRESNO LIMITED PARTNERSHIP | 12758 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MARTIN, PAUL J | 11310 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MERCHANT S BANK MIDTOWN BRANCH | 6749 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |

**Page 3 of 6**

**\*\***Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT D-3**
**CLAIMS BARRED BY ASSUMPTION OF RISK**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| MISSILE INN INC | 2265 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MORGUARD INVESTMENTS LIMITED | 12366 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MORGUARD INVESTMENTS LIMITED | 12367 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MORGUARD INVESTMENTS LIMITED | 12427 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MORGUARD INVESTMENTS LIMITED | 12428 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MORGUARD INVESTMENTS LIMITED | 12430 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MORGUARD REAL ESTATE INVESMENT TRUST | 12426 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| MUROFF, CAROL S | 1874 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| N&J 1 LP | 1910 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| NGUYEN, KEITH N | 4701 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| NORM S RESTAURANTS | 5572 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| NORM S RESTAURANTS | 5574 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| NORM S RESTAURANTS | 5983 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| OLYMPUS 555 PROPERTIES LLC | 9684 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| ONE EMBARCADERO CENTER | 10888 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| PLATINUM CAPITAL INVESTMENTS INC | 1629 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| PORT OF SLIDELL LLC | 2322 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| PRITCHETT, WILLIAM | 1860 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| R H GARVEY BUILDING | 6752 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| R.R. ISLA VERDE HOTEL & RESORT INC. | 12748 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| REALTY, DONNA JEAN | 5147 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12017 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |

**Page 4 of 6**

**\*\***Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT D-3**
**CLAIMS BARRED BY ASSUMPTION OF RISK**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12033 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12087 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 9866 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| RESHAT HUSSEIN HASSAN & MINNIE HASSAN TT | 2155 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11625 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| SCOTT AND WHITE MEMORIAL HOSPITAL AND | 13965 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| SEAGRAM BUILDING | 10938 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| SHAPERY DEVELOPERS GAS ELECTRIC PROPERTY | 9776 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| SOUTHERN ONTARIO PROPERTIES | 12405 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| STATE OF ARKANSAS | 12675 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| STATE OF ARKANSAS | 12688 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| STATE OF OKLAHOMA DEPARTMENT OF CORRECTI | 5589 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 5684 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| STEVEN J WOLFE IRREVOCABLE TRUST | 10552 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| SUPPLEE MEMORIAL CHURCH | 6845 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| TERRACE PROPERTIES LIMITED PARTNERSHIP | 4383 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THE CALIFORNIA STATE UNIVERSITY | 11840 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THE MAY DEPARTMENT STORE CO BOSTON DT 2 | 6764 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THE MAY DEPARTMENT STORE CO CHESTERFIELD | 6773 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THE MAY DEPARTMENT STORE CO IRVING | 6761 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THE MAY DEPARTMENT STORE CO METRO CENTER | 6790 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THE MAY DEPARTMENT STORE CO NEW YORK | 6820 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT D-3**
**CLAIMS BARRED BY ASSUMPTION OF RISK**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE MAY DEPARTMENT STORE CO NYA WH | 6793 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THE MAY DEPARTMENT STORE CO PEORIA | 6813 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THE MAY DEPARTMENT STORE CO SILVER SPRIN | 6819 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THE PRUDENTIAL INSURANCE COMPANY | 6951 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THEONNES, LOIS GLORIA | 5577 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THERMO COUSTICS LIMITED | 9782 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| THREE EMBARCADERO CENTER | 10886 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| TONKO REALTY ADVISORS LTD | 12471 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| TWO EMBARCADERO CENTER | 10887 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| ULEN, ANGELA M | 2218 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2570 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2571 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2572 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2573 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2574 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2575 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| VALU-LODGE OF NEW PORT RICHEY INC | 2262 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| WOODBURY PLACE APARTMENTS LTD | 2763 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| WOODMAN PARTNERS | 5584 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |
| YANKTON HIGH SCHOOL HISTORIC DIST | 6635 | N/A | Claim is barred by assumption of risk; purchase date of property was after 1983. |

Total No. of Claims:    130

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.