**EXHIBIT E-2**

**CLAIMS RELYING EXCLUSIVELY ON IRRELEVANT AND SCIENTIFICALLY UNRELIABLE DUST SAMPLING**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| BALLANTRAE ASSOCIATES | 11281 | N/A | Claimant relied exclusively on dust sampling results. |
| BASHAM, DIXIE L | 5579 | N/A | Claimant relied exclusively on dust sampling results. |
| BELTZ, ALAN ALBERT | 3893 | N/A | Claimant relied exclusively on dust sampling results. |
| BROWN, TIMOTHY LEE | 4714 | N/A | Claimant relied exclusively on dust sampling results. |
| CHANCELLOR MANOR | 11283 | N/A | Claimant relied exclusively on dust sampling results. |
| COLONIAL VILLAGE | 11280 | N/A | Claimant relied exclusively on dust sampling results. |
| EQUINOX PROPERTIES | 11277 | N/A | Claimant relied exclusively on dust sampling results. |
| GATEWAY INVESTORS INC | 11282 | N/A | Claimant relied exclusively on dust sampling results. |
| GEER, MARY K | 5555 | N/A | Claimant relied exclusively on dust sampling results. |
| MCCULLY, VERNON DEAN | 6096 | N/A | Claimant relied exclusively on dust sampling results. |
| N&J 1 LP | 1910 | N/A | Claimant relied exclusively on dust sampling results. |
| NOBLE, MICHAEL CALVIN | 9673 | N/A | Claimant relied exclusively on dust sampling results. |
| OAK GROVE LLC | 11278 | N/A | Claimant relied exclusively on dust sampling results. |
| PEPPER, HOWARD WILLIAM | 3305 | N/A | Claimant relied exclusively on dust sampling results. |
| SPENCER, BARBARA A | 9659 | N/A | Claimant relied exclusively on dust sampling results. |
| STAGECOACH APARTMENTS LLC | 11279 | N/A | Claimant relied exclusively on dust sampling results. |
| TENNISON, KATHLEEN ANN | 5566 | N/A | Claimant relied exclusively on dust sampling results. |
| THE PRUDENTIAL INSURANCE COMPANY OF AMER | 6946 | N/A | Claimant relied exclusively on dust sampling results. |
| THE PRUDENTIAL INSURANCE COMPANY OF AMER | 6947 | N/A | Claimant relied exclusively on dust sampling results. |
| WALKER, LONA DIANE | 5567 | N/A | Claimant relied exclusively on dust sampling results. |
| WOODMERE APARTMENTS LLC | 11284 | N/A | Claimant relied exclusively on dust sampling results. |

Total No. of Claims:   21

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.