**EXHIBIT E-3**
**CLAIMS PROVIDING IRRELEVANT AIR SAMPLING DATA**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| ACADIA PARISH SCHOOL BOARD | 8029 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| ACADIA PARISH SCHOOL BOARD | 8030 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| BANK OF CALIFORNIA | 11427 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| BUILDING LABORERS UNION LOCAL 310 | 2785 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CALCASIEU PARISH SCHOOL BOARD | 8035 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CALCASIEU PARISH SCHOOL BOARD | 8036 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CALCASIEU PARISH SCHOOL BOARD | 8037 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CALCASIEU PARISH SCHOOL BOARD | 8038 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CALCASIEU PARISH SCHOOL BOARD | 8039 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CHAN, CONNIE Y | 2202 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CHP ASSOCIATES INC | 2977 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CITY OF AMARILLO TEXAS | 5661 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CITY OF CAMBRIDGE MASSACHUSETTS | 4721 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CITY OF HOUSTON TEXAS | 6968 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CITY OF HOUSTON TEXAS | 6969 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CITY OF PHOENIX | 6102 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CITY OF TUCSON | 5650 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| COMSAT LABORATORIES & PENTHOUSES | 6619 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT E-3**
**CLAIMS PROVIDING IRRELEVANT AIR SAMPLING DATA**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CONGREGATION B NAI JEHOSHUA BETH ELOHIM | 6602 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CONGREGATION ST FRANCIS XAVIER CHURCH | 8362 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CONGREGATION ST MARY MAGDALEN CATHOLIC C | 8358 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CONGREGATION ST PHILIP NERI CATHOLIC CHU | 8370 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CONGREGATION ST PIUS X ROMAN CATHOLIC CH | 8368 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| CROWN PROFESSIONAL LLC | 6077 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| DAVIDSON, JAMES | 5560 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| EPEC REALTY INC | 5672 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| FIRST PRESBYTERIAN CHURCH | 12780 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| HAMILTON TERMINALS INC | 2899 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| HARTFORD NATIONAL BANK CORPORATE SERVICE | 6613 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| HINTZ ROAD PARTNERSHIP | 6621 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| HINTZ ROAD PARTNERSHIP | 6622 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| LAFOURCHE PARISH SCHOOL BOARD | 8023 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| LANGLEY PROFESSIONAL BUILDING | 6598 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| MARICOPA COUNTY ARIZONA | 6067 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| MARICOPA COUNTY ARIZONA | 6071 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| MARICOPA COUNTY ARIZONA | 6073 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT E-3**
**CLAIMS PROVIDING IRRELEVANT AIR SAMPLING DATA**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| MONTANA SILVER & GOLD INC | 9671 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| MUROFF, CAROL S | 1874 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| NOBLE, MICHAEL CALVIN | 9672 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| OTTERBEIN COLLEGE | 12772 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| OTTERBEIN COLLEGE | 12773 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| OTTERBEIN COLLEGE | 12774 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| OTTERBEIN COLLEGE | 12775 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| OTTERBEIN COLLEGE | 12776 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| PARKER, MELVIN GEORGE | 9658 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| PITTSBURGH SCHOOL DISTRICT | 7086 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| PORT OF SEATTLE | 9646 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| PROCTO INC | 5576 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| ROGERS, ARLENE A | 2900 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR | 8359 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR | 8363 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW OR | 8365 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| RUSS, CLARKE | 5580 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| SABINE RIVER AUTHORITY OF TEXAS | 5660 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT E-3**
**CLAIMS PROVIDING IRRELEVANT AIR SAMPLING DATA**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| SAINT LOUIS COUNTY GOVERNMENT | 5691 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| SAINT LOUIS COUNTY GOVERNMENT | 5692 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STANLEY, LYNN R | 14404 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STANLEY, ROBERT W | 13906 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARIZONA | 12721 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12674 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12675 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12676 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12678 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12680 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12689 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12730 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12731 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12732 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12733 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12734 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12735 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF ARKANSAS | 12736 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT E-3**
**CLAIMS PROVIDING IRRELEVANT AIR SAMPLING DATA**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| STATE OF ARKANSAS | 12737 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 5667 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF OREGON BOARD OF HIGHER EDUCATIO | 6066 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| STATE OF WASHINGTON | 6938 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| TENNESSE DEPARTMENT OF FINANCE ADMINISTR | 12792 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| THE PRUDENTIAL INSURANCE COMPANY | 6945 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| THE PRUDENTIAL INSURANCE COMPANY | 6949 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| THE PRUDENTIAL INSURANCE COMPANY | 6951 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| THE PRUDENTIAL INSURANCE COMPANY OF AMER | 6950 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| TIME EQUITIES INC | 12670 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| TRUMBULL MEMORIAL HOSPITAL | 7028 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2570 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2571 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2572 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2573 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2574 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| UNI INC JAMES EDWARD IDOINE PRESIDENT | 2575 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| VANCOUVER COASTAL HEALTH AUTHORITY | 12647 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |

**Page 5 of 6**

**\*\*Del.Bankr.LR 3007-1(e)(iii)** requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT E-3**
**CLAIMS PROVIDING IRRELEVANT AIR SAMPLING DATA**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| VIRGINIA DEPT OF MENTAL HEALTH | 2938 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2939 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2940 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2941 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2942 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| VIRGINIA DEPT OF MENTAL HEALTH | 2943 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |
| WICKERSHAM, KAREN KAYE | 14402 | N/A | Claimant provided air sampling data but such data is related to abatement or is otherwise irrelevant. |

**Total No. of Claims: 97**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.