**EXHIBIT E-4**
**CLAIMS PROVIDING AIR SAMPLING DATA THAT SUPPORT ASBESTOS LEVELS LOWER THAN OR COMPARABLE TO TYPICAL OUTDOOR AIR**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| ALASKA PSYCHIATRIC HOSPITAL | 6595 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| AURORA INVESTMENTS | 11276 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| BAY VIEW SAVINGS & LOAN | 10736 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| CALDOR DEPARTMENT STORE | 6612 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| CBS BROADCASTING INC. DBA KDKA-TV | 11300 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| CRESTWOOD CONST CO | 9761 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| ELM PLAZA | 6596 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| EPISCOPAL CHURCH CENTER | 6606 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| FLATBUSH FEDERAL SAVINGS & LOAN | 10740 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| JEFFERSON DAVIS PARISH SCHOOL BOARD | 8025 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| JEFFERSON DAVIS PARISH SCHOOL BOARD | 8026 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11285 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11286 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11287 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11288 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11289 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11290 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11291 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT E-4**

**CLAIMS PROVIDING AIR SAMPLING DATA THAT SUPPORT ASBESTOS LEVELS LOWER THAN OR COMPARABLE TO TYPICAL OUTDOOR AIR**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| LAFAYETTE PARISH SCHOOL BOARD | 11292 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11293 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11294 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11295 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LAFAYETTE PARISH SCHOOL BOARD | 11297 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| LOCKHEED MARTIN BUILDING 400 | 10741 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| PARKER, RICHARD H | 3186 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| PORT OF SEATTLE | 9645 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| PORT OF SEATTLE | 9647 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| STATE OF ARKANSAS | 12688 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| STATE OF ARKANSAS | 12718 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |
| THE PRUDENTIAL INSURANCE COMPANY OF AMER | 6948 | N/A | Claimant provided air sampling data that supports asbestos levels lower than or comparable to typical outdoor air. |

**Total No. of Claims:   30**

**\*\*Del.Bankr.LR 3007-1(e)(iii)** requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.