**EXHIBIT F-3**
**MT. SINAI HOSPITAL CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| MOUNT SINAI HOSPITAL #1 | 11446 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #10 | 12595 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #11 | 12596 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #12 | 12597 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #13 | 12598 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #14 | 14886 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #15 | 12601 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #16 | 12600 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #17 | 12602 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #18 | 11464 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #19 | 12603 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #2 | 10541 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #20 | 12604 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #21 | 11465 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #22 | 11466 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #23 | 11467 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #24 | 11468 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #25 | 11469 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-3**
**MT. SINAI HOSPITAL CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| MOUNT SINAI HOSPITAL #26 | 11470 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #27 | 11471 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #28 | 11472 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #29 | 11473 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #3 | 10542 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #30 | 11474 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #31 | 11475 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #32 | 11476 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #33 | 11477 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #34 | 11478 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #35 | 11479 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #36 | 11480 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #37 | 11481 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #38 | 11482 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #39 | 11483 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #4 | 10543 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #40 | 11445 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #5 | 10544 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-3**
**MT. SINAI HOSPITAL CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| MOUNT SINAI HOSPITAL #6 | 10545 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #7 | 10546 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #8 | 12635 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |
| MOUNT SINAI HOSPITAL #9 | 12636 | N/A | Multiple claims all purported to be based upon a single, small-volume purchase evidenced by a single invoice. |

**Total No. of Claims: 40**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.