**EXHIBIT F-4**
**SONOMA STATE COLLEGE CLAIMS (SPEIGHTS)***

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE CALIFORNIA STATE UNIVERSITY | 10189 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10190 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10191 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10192 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10193 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10194 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10195 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10196 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10197 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10198 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10199 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10200 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10201 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |

* Claimant for each of these claims is the California State University, but the property address for each claim is Sonoma State College.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT F-4
# SONOMA STATE COLLEGE CLAIMS (SPEIGHTS)*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE CALIFORNIA STATE UNIVERSITY | 10202 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10203 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10204 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10205 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10206 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10209 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10210 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10211 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10212 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10213 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10214 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10215 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |
| THE CALIFORNIA STATE UNIVERSITY | 10216 | N/A | Supporting document of a bid sheet is inadequate to prove installation of a Grace product on the property. In addition, the claim fails to provide a valid product identification. |

\* Claimant for each of these claims is the California State University, but the property address for each claim is Sonoma State College.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-4**

**SONOMA STATE COLLEGE CLAIMS (SPEIGHTS)***

Claimant Name                                                                 Claim Number    Claim Amount**   Reason for Proposed Disallowance

**Total No. of Claims:  26**

---

\*  Claimant for each of these claims is the California State University, but the property address for each claim is Sonoma State College.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.