**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| 354401 ALBERTA LTD C O REDCLIFF REALTY M | 11620 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| ARTS BUILDING | 10931 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| ARTS DEPARTMENT OF ECONNOMICS | 10827 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| ARTS POLISH LIBRARY | 10914 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| ATLANTIC SHOPPING CENTRES LTD | 12490 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| AVALON EAST SCHOOL BOARD | 12491 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| AVALON EAST SCHOOL BOARD | 12492 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BEATTY HALL | 10820 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BELL CANADA | 12397 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BIRKS BUILDING | 10816 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BISHOP MOUNTAIN HALL | 10821 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11633 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11634 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11635 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11636 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11637 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11638 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11639 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11640 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11641 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11642 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11643 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11644 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11645 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11646 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11647 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRISTOL INVESTMENTS LTD & BARAFIELD REAL | 11648 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY | 12355 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY | 12505 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY | 12506 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRITISH COLUMBIA INSTITUTE OF TECHNOLOGY | 12507 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRITTAIN HALL | 10884 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BRONFAM BUILDING | 10929 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| BURNSIDE HALL | 10883 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12291 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12292 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12293 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12294 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CALGARY BOARD OF EDUCATION | 12330 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12331 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12332 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12333 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12334 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12348 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12349 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12350 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12351 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12352 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12353 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12354 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12356 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12357 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12358 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12359 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12360 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12361 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12362 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Page 3 of 24**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CALGARY BOARD OF EDUCATION | 12363 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12408 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12409 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12410 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12411 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12412 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12413 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12414 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12435 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12436 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12437 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12438 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12439 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12440 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12441 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12442 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12443 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12444 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12449 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CALGARY BOARD OF EDUCATION | 12450 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12451 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12452 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12453 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12454 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12455 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12456 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12457 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12458 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12459 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12460 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12461 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12462 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12463 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12464 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12565 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12566 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12567 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12568 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CALGARY BOARD OF EDUCATION | 12570 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12571 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12572 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12573 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12574 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12585 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12586 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12587 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12588 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12590 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12591 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12592 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12593 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 12594 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 14885 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CALGARY BOARD OF EDUCATION | 15741 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CANADIAN IMPERIAL BANK OF COMMERCE | 12536 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CARLETON UNIVERSITY | 12395 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CARLETON UNIVERSITY | 12415 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CARLETON UNIVERSITY | 12416 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CARLETON UNIVERSITY | 12417 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CARLETON UNIVERSITY | 12418 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CARLETON UNIVERSITY | 12419 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CARLETON UNIVERSITY | 12420 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CARLETON UNIVERSITY | 12434 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CARLETON UNIVERSITY | 15740 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CENTRE MGR MARCOUX INC | 6586 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CHANCELLOR DAY HALL | 10902 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CHARLES MEREDITH HOUSE | 10909 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF EDMONTON | 12385 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF EDMONTON | 12386 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF EDMONTON | 12387 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF EDMONTON | 12399 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF EDMONTON | 12400 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF EDMONTON | 12401 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF EDMONTON | 12402 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF EDMONTON | 12403 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF EDMONTON | 12404 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CITY OF EDMONTON | 12489 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF RICHMOND | 12512 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF RICHMOND | 12513 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12335 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12336 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12337 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12338 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12339 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12340 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12341 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12342 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12344 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12345 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12346 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12347 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12475 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12476 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CITY OF VANCOUVER | 12584 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| CONSEILLERS IMMOBILIERS GWL INC | 12533 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| DAVIS HOUSE | 10899 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| DAWSON HALL | 10900 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| DOUGLAS HALL | 10830 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| DUFF MEDICAL BUILDING | 10895 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| DUGGAN HOUSE | 10894 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EALING SCHOOL | 6739 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EAST ASIAN STUDIES BUILDING | 10907 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12375 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12376 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12377 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12378 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12379 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12388 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12389 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12390 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12391 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12392 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12393 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12394 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| EDMONTON PUBLIC SCHOOLS | 12398 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12485 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12486 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12487 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12488 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12495 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12496 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12497 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12498 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12499 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12500 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12501 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12502 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12503 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12504 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12535 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12537 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12538 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12539 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| EDMONTON PUBLIC SCHOOLS | 12540 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12541 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12542 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12543 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12545 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12546 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12547 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12548 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12549 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12550 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12551 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12552 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12553 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12554 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12556 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12557 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12558 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12559 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12560 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| EDMONTON PUBLIC SCHOOLS | 12561 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12562 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12563 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12564 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12575 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12576 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12577 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12578 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12579 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12580 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12581 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12582 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| EDMONTON PUBLIC SCHOOLS | 12583 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| ENGLISH DEPARTMENT BUILDING | 10913 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FACULTY CLUB | 10832 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FACULTY OF EDUCATION BUILDING | 10896 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FAIRMAIL LEASEHOLD INC | 12396 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FERRIER BUILDING | 10831 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FRANK DAWSON ADAMS HALL | 10903 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| FRASER HEALTH AUTHORITY | 12296 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FRASER HEALTH AUTHORITY | 12297 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FRASER HEALTH AUTHORITY | 12298 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FRASER HEALTH AUTHORITY | 12299 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FRASER HEALTH AUTHORITY | 12300 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FRASER HEALTH AUTHORITY | 12301 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| FRASER HEALTH AUTHORITY | 12302 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| GARDNER HALL | 10813 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| GARFIELD WESTON POOL | 10932 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| GREAT WEST LIFE | 12534 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| GREAT WEST LIFE INSURACE BUILDING | 12524 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11322 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11323 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11664 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11665 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11666 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11667 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11668 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11669 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| HAMILTON DISTRICT SCHOOL BOARD | 11670 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11671 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11672 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11673 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11674 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11675 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11676 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11677 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11678 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11679 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11680 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11681 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11682 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11683 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 11684 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HAMILTON DISTRICT SCHOOL BOARD | 13950 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HEALTH CARE CORPORATION OF ST.JOHN`S | 12493 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HEALTH CARE CORPORATION OF ST.JOHN`S | 12494 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HUDSON BAY COMPANY | 12525 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| HUDSON S BAY COMPANY ZELLERS | 11618 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HUDSON`S BAY COMPANY | 12526 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HUDSON`S BAY COMPANY | 12527 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HUDSON`S BAY COMPANY | 12528 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HUDSON`S BAY COMPANY | 12529 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HUDSON`S BAY COMPANY | 12530 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HUDSON`S BAY COMPANY | 12531 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HUDSON`S BAY COMPANY | 12532 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HUGESSEN HOUSE | 10814 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| HYATT EQUITIES | 12514 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| IMPERIAL OIL LTD | 11224 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| INSTITUTE OF AIR & SPACE LAW BUILDING | 10826 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| IPSCO INC | 12510 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| IPSCO INC | 12511 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| JAMES ADMINISTRATION BUILDING | 10829 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| JAMIESON CONDOMINIUM | 1921 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| JAMIESON CONDOMINIUM | 1922 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| JEWISH STUDIES BUILDING | 10908 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| LABATT BREWING COMPANY LIMITED | 12431 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| LABATT BREWING COMPANY LIMITED | 12432 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| LANEDALE CO OPERATIVE APARTMENTS LIMITED | 3058 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| LEACOCK BUILDING | 10890 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| LONDON LIFE INSURANCE COMPANY | 6840 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MACDONALD ENGINEERING BUILDING | 10889 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MACDONALD HARRINGTON | 10815 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MACDONALD-STEWART LIBRARY | 10892 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MARTLET HOUSE | 10891 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MAUT BUILDING | 10828 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MC MASTER UNIVERSITY | 12368 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MCCONNEL ENGINEERING BUILDING | 10904 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MCCONNEL HALL | 10905 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MCCONNEL WINTER STADIUM | 10811 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MCINTYRE MEDICAL BUILDING | 10906 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MCLENNAN LIBRARY | 10812 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MEDICINE ETHICS & LAW BUILDING | 10825 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MOLSON HALL | 10910 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MOLSON STADIUM | 10911 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MORGUARD INVESTMENTS LIMITED | 12366 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| MORGUARD INVESTMENTS LIMITED | 12367 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MORGUARD INVESTMENTS LIMITED | 12427 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MORGUARD INVESTMENTS LIMITED | 12428 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MORGUARD INVESTMENTS LIMITED | 12429 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MORGUARD INVESTMENTS LIMITED | 12430 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MORGUARD REAL ESTATE INVESMENT TRUST | 12426 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| MORGUARD REAL ESTATE INVESTMENT TRUST | 12425 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| NORTHWOODCARE INCORPORATED | 12544 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| NORTHWOODCARE INCORPORATED | 12555 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| O&Y ENTERPRISE | 12365 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| OCCUPATIONAL HEALTH & SAFETY DEPARTMENT | 10822 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| OMOND MEMORIAL UNITED CHURCH | 9781 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| OTTO MASS CHEMISTRY BUILDING | 10912 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| OXFORD PROPERTIES GROUP | 12421 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| OXFORD PROPERTIES GROUP | 12422 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| OXFORD PROPERTIES GROUP | 12423 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| PETERSON HALL | 10824 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| PICHE, LOUIS | 1471 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| PROVIDENCE HEALTH CARE | 12519 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| PROVIDENCE HEALTH CARE | 12520 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| PROVIDENCE HEALTH CARE | 12521 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| PROVIDENCE HEALTH CARE | 12522 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| PROVIDENCE HEALTH CARE | 12523 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| PSYCHIATRY DEPARTMENT | 10823 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| PULP & PAPER RESEARCH CENTRE | 10935 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| PURVIS HALL | 10934 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| RABINOVITCH HOUSE | 10818 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| REDPATH HALL | 10933 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| REDPATH LIBRARY | 10817 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| REDPATH MUSEUM | 10936 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| ROSEDALE UNITED CHURCH | 6850 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| ROYAL VICTORIA COLLEGE | 10937 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| RYERSON UNIVERSITY | 12328 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SASKATCHEWAN POWER CORPORATION | 12470 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SASKATCHEWAN PROPERTY MANAGEMENT CORPORA | 12508 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SASKATCHEWAN PROPERTY MANAGEMENT CORPORA | 12509 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11649 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11650 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| SCHOOL DISTRICT 43 COQUITLAM | 11651 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11652 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11653 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11654 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11655 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11656 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11657 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11658 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11659 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11660 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11661 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11662 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 43 COQUITLAM | 11663 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11621 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11622 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11623 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11624 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11625 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11626 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11627 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11628 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11629 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11630 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11631 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL DISTRICT 68 NANAIMO LADYSMITH | 11632 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SCHOOL OF ENVIRONMENT BUILDING | 10893 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SEAGRAM BUILDING | 10938 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SHELL CANADA INC | 12424 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SHELL CANADA PRODUCTS | 12515 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SHELL CANADA PRODUCTS | 12516 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SHELL CANADA PRODUCTS | 12517 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SHELL CANADA PRODUCTS | 12518 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SHERIDAN COLLEGE | 12406 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SHERIDAN COLLEGE C WING | 12407 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SIR ARTHUR CURRIE GYMNASIUM | 10901 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| SOUTHERN ONTARIO PROPERTIES | 12405 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| STEWART BIOLOGY BUILDING | 10939 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| STRATHCONA ANATOMY BUILDING | 10940 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| STRATHCONA MUSIC BUILDING | 10898 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TECHNICAL HIGH SCHOOL | 6660 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TELUS COMMUNICATIONS | 12472 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TELUS COMMUNICATIONS | 12473 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TELUS COMMUNICATIONS | 12474 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TELUS COMMUNICATIONS | 12589 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| THE RECORD | 15739 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| THERMO COUSTICS LIMITED | 9782 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| THOMSON HOUSE | 10897 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TONKO REALTY ADVISORS LTD | 12471 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONOT DISTRICT SCHOOL BOARD | 12303 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONOT DISTRICT SCHOOL BOARD | 12308 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONOT DISTRICT SCHOOL BOARD | 12309 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONOT DISTRICT SCHOOL BOARD | 12310 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONOT DISTRICT SCHOOL BOARD | 12311 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONOT DISTRICT SCHOOL BOARD | 12312 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONOT DISTRICT SCHOOL BOARD | 12317 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONTO DISTRICT SCHOOL BOARD | 12304 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONTO DISTRICT SCHOOL BOARD | 12305 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Page 21 of 24**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| TORONTO DISTRICT SCHOOL BOARD | 12306 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONTO DISTRICT SCHOOL BOARD | 12307 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONTO DISTRICT SCHOOL BOARD | 12313 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONTO DISTRICT SCHOOL BOARD | 12314 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONTO DISTRICT SCHOOL BOARD | 12315 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| TORONTO DISTRICT SCHOOL BOARD | 12316 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| UNIVERSITY CENTRE | 10941 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| UNIVERSITY OF GUELPH | 12329 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| UNIVERSITY OF SASKATCHEWAN | 12445 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| UNIVERSITY OF SASKATCHEWAN | 12446 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| UNIVERSITY OF SASKATCHEWAN | 12447 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| UNIVERSITY OF SASKATCHEWAN | 12448 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| UNIVERSITY OF TORONTO | 11619 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| UNIVERSITY OF WESTERN ONTARIO | 12295 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12343 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12465 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12466 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12467 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12468 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| VANCOUVER BOARD OF PARKS AND RECREATION | 12469 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12477 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12478 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12479 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12480 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12481 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12482 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12483 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER BOARD OF PARKS AND RECREATION | 12484 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER COASTAL HEALTH AUTHORITY | 12647 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER COASTAL HEALTH AUTHORITY | 12648 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER COASTAL HEALTH AUTHORITY | 12649 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| VANCOUVER COASTAL HEALTH AUTHORITY | 12650 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| WESTIN HARBOUR CASTLE KESSINGER HUNTER | 12323 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| WILLIAM OSLER HEALTH CENTRE | 12322 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| WILSON HALL | 10819 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| YORK UNIVERSITY | 12324 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| YORK UNIVERSITY | 12325 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| YORK UNIVERSITY | 12326 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT F-5**
**CANADIAN CLAIMS (SPEIGHTS)**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| YORK UNIVERSITY | 12327 | N/A | Claim is barred by applicable Canadian case law and statutes. |
| YORKMINSTER BAPTIST CHURCH | 6659 | N/A | Claim is barred by applicable Canadian case law and statutes. |

**Total No. of Claims:   439**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.