**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| BARKER, LAWRENCE | 11331 | N/A | 1606 JEFFERSON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| BARKO JR, WALLACE | 11332 | N/A | 1910 THIRD STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| BRANCH, SUE | 11333 | N/A | 1226 WASHINGTON ST NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| CAUWELS, SCOTT | 11264 | N/A | 1915 SIXTH STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| CERTALIC, SHARON YVONNE | 12826 | N/A | 1918 JEFFERSON ST NE MINNEAPOLIS, MN 55418 USA | No attorney specified | (2) Claim is for property that has already been remediated by the EPA (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| CHRISTENSEN, DWIGHT | 11336 | N/A | 681 SUMMER STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| CISEWSKI, CAROLINE | 11335 | N/A | 1332 - 1334 MADISON STREET NE<br>MINNEAPOLIS, MN 55413<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| CRAIG, JAMES | 11337 | N/A | 2101 5TH STREET NE<br>MINNEAPOLIS, MN 55418<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| DAUSTAR, BRAD | 11338 | N/A | 508 20TH AVENUE NE<br>MINNEAPOLIS, MN 55418<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| DEPAUW, MARK | 11339 | N/A | 1338 JEFFERSON STREET NE<br>MINNEAPOLIS, MN 55418<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| FIEBIGER, DAVID & GAIL | 11340 | N/A | 1316 JEFFERSON STREET NE<br>MINNEAPOLIS, MN 55413<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| FINEBERG, JORDAN | 11341 | N/A | 825 19TH AVE NE<br>MINNEAPOLIS, MN 55418<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| FORLAND, JEAN | 11342 | N/A | 1515 FOURTH STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| FOSS, PATRICIA | 11343 | N/A | 636 22ND AVENUE NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| FULLER, STEVEN | 11344 | N/A | 1212 JEFFERSON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| GALLAGHER, LARRY | 11345 | N/A | 1417 FIFTH STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (3) Claim is Duplicative (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| GUBBIN, JULIE | 11346 | N/A | 1508 MADISON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (3) Claim is Duplicative (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.
** Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| GUBBIN, JULIE ANN | 3337 | N/A | 1508 MADISON STREET NE MINNEAPOLIS, MN 55413 USA | No attorney specified | (2) Claim is for property that has already been remediated by the EPA<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| HARRINGTON TOOLS INC | 15160 | N/A | | | (4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| HARRIS, TOBI CHRISTINE | 11347 | N/A | 1530 CALIFORNIA STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| HUGHES, PATRICIA MICHELE | 11348 | N/A | 2212 HOWARD STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(2) Claim is for property that has already been remediated by the EPA<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| HUGHES, PATRICIA MICHELE | 5581 | N/A | 2212 HOWARD ST NE MINNEAPOLIS, MN 55418 HENNEPIN | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| JOHNSON, KAREN JANICE | 5143 | N/A | 3530 2 1/2 ST NE MINNEAPOLIS, MN 55418 UNITED STATES OF AMERICA | No attorney specified | (2) Claim is for property that has already been remediated by the EPA<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| JOHNSON, KEITH | 11349 | N/A | 2314 QUINCY STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| JONK, TRISTA | 11350 | N/A | 1813 JACKSON STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| KOURI, MARTIN | 11351 | N/A | 1138 JEFFERSON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| KOURI, NAMIE | 11352 | N/A | 1138 JEFFERSON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| KOURI, THOMAS | 11353 | N/A | 2000 FOURTH STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| KOVENSKY, WAYNE | 11354 | N/A | 1407 ADAMS STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| KUELBS, LEO | 11355 | N/A | 1202 JEFFERSON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| KUHA, ELLA | 11356 | N/A | 2106 4TH STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| LANDRY, JOHN | 11357 | N/A | 1813 FOURTH STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| LEES, TIMOTHY | 11358 | N/A | 1518 MADISON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (2) Claim is for property that has already been remediated by the EPA (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| MADISON COMPLEX INC | 6079 | N/A | 1720 MADISON STREET N E MINNEAPOLIS, MN 55418 | PATRICIA A BURKE RIDER BENNETT EGAN & ARUNDEL 333 S SEVENTH ST STE 2000 MINNEAPOLIS, MN 55402 | |
| MARTIN, PHILIP | 11360 | N/A | 1610 MADISON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| MARTIN, SHARON | 11361 | N/A | 1134 JEFFERSON STREET NE<br>MINNEAPOLIS, MN 55413<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| MISKOWIEK, MICHAEL | 11362 | N/A | 1432 5TH STREET NE #3<br>MINNEAPOLIS, MN 55413<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| NORDSTROM, ROBERT | 11363 | N/A | 690 LOWRY AVENUE NE<br>MINNEAPOLIS, MN 55418<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| OSTLUND, CHYLEEN | 11364 | N/A | 1412 MONROE STREET NE<br>MINNEAPOLIS, MN 55413<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| PAKIRTZIS, ZAHARIAS | 11365 | N/A | 612 20TH AVENUE NE<br>MINNEAPOLIS, MN 55418<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| PATCH, GARY | 11366 | N/A | 1502 MADISON STREET NE<br>MINNEAPOLIS, MN 55413<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| REZAI, MAHTAB | 11367 | N/A | 1539 4TH STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| RUSSINIK, JOHN | 11368 | N/A | 429 20TH AVENUE NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| SCHACK, GAIL | 11369 | N/A | 1210 JEFFERSON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| SCHAEFER, WILLIAM | 11370 | N/A | 1435 ADAMS STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| SELLERS, CARLA | 11371 | N/A | 1732 JEFFERSON STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (2) Claim is for property that has already been remediated by the EPA (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| SEYMOUR, JEAN | 11372 | N/A | 1812 5 STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| SMITH, JOHN | 11373 | N/A | 2415 GARFIELD STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| SOUCEK, ALBERT JON | 11374 | N/A | 1715 FIFTH STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| SPEIDEL, TIMOTHY JON | 11375 | N/A | 1724 JEFFERSON STREET NE MINNEAPOLIS, MN 55473 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (2) Claim is for property that has already been remediated by the EPA (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| ST JOHN`S EVANGELICAL LUTHERAN CHURCH | 11378 | N/A | 610 BROADWAY STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| SYDLOSKI, DELORES | 11376 | N/A | 1431 FOURTH STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |
| SZYKULSKI, CLEMENS | 11377 | N/A | 2407 JEFFERSON STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma" (4) Claim fails to establish property damage (5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| TAFT, ELIZABETH | 11380 | N/A | 1718 JEFFERSON STREET NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(2) Claim is for property that has already been remediated by the EPA<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| TREFFERT, BRIAN | 11379 | N/A | 2331 MONROE STREET MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| VAN RYSULK, PAUL | 11381 | N/A | 1927 UNIVERSITY AVENUE NE MINNEAPOLIS, MN 55418 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |
| VANDERWOOD, RANDY | 11382 | N/A | 1337 ADAMS STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No hazard. |
| WORLEY, WILLIAM | 11383 | N/A | 1720 SIXTH STREET NE MINNEAPOLIS, MN 55413 USA | WILLIAM B BUTLER BIERSDORF & ASSOCIATES PA 33 S 6TH ST MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br><br>(4) Claim fails to establish property damage<br><br>(5) Libby Vermiculite on property presents No Hazard |

**Total No. of Claims:   58**

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.