**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| ANDERSON, ALICE DIANE | 13912 | N/A | 311 IDAHO<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| BAVER, GEORGE JAMES | 4712 | N/A | 203 EAST SPRUCE<br>LIBBY, MT 59923 | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| BRALEY, EUGENE ALFRED | 4711 | N/A | 651 QUARTZ ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| BROWN, TIMOTHY LEE | 4713 | N/A | 346 GRANITE AVENUE<br>LIBBY, MT 59923 | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| BROWN, TIMOTHY LEE | 4714 | N/A | 300 GRANITE AVENUE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| BUNDROCK, DANIEL ARTHUR | 9674 | N/A | 1421 UTAH AVENUE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| CARR, EVELYN MARIE | 5563 | N/A | 1681 HIGHWAY 2 SOUTH<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| CHRISTIANSEN, DAVID JOSEPH | 13910 | N/A | 519 EAST FOURTH STREET<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| CLEMONS, JOHN D | 4710 | N/A | 2268 FARM TO MARKET ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| COLE, EDDY J | 5559 | N/A | 902 EAST LINCOLN BLVD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| DAVIDSON, JAMES | 5560 | N/A | 1004 MINERAL AVENUE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| DRAKE, HEIDI MARIA | 13911 | N/A | 158 FOREST AVENUE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| ELLETSON, RODNEY | 5561 | N/A | 500 TAYLOR ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| ERICKSON, RODNEY A | 5557 | N/A | 280 DOLPHIN LANE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| FLETCHER, GERALDINE M | 5562 | N/A | 377 THOMAS STREET<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| FREEBURY, DANNY JAMES | 5554 | N/A | 1302 AIRTH AVENUE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(3) Claim for Property that Has Been Remediated by the EPA<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| GARRISON, CHARLENE M | 5564 | N/A | 12 1 2 GARRISON ROAD<br>TROY, MT 59935<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| GEER, MARY K | 5555 | N/A | 141 CONIFER ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| HANSEN, SALLY A | 5556 | N/A | 416 W 4TH STREET<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| HEDAHL, KEITH | 5558 | N/A | 94 RAINBOW LANE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| IOVINO, JOSEPH LOUIS | 2624 | N/A | 5501 SNOWSHOE MINE RD<br>LIBBY, MT 59923 | No attorney specified | (4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| JUDKINS, JACK DEAN | 6087 | N/A | 1770 HIGHWAY Z WEST<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| KELLEY, DOUGLAS | 6092 | N/A | 3819 US HIGHWAY 2 SOUTH<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| KELLY, JOSEPH | 9668 | N/A | 418 INDIANHEAD ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| KELLY, LAWRENCE DOUGLAS | 4396 | N/A | 1304 WASHINGTON AVE<br>LIBBY, MT 59923<br>LINCOLN | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| KUJAWA, GREGORY MARK | 2542 | N/A | 350 SHALOM DRIVE<br>LIBBY, MT 59923<br>USA | No attorney specified | (5) Libby Vermiculite, if present, presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| KVAPIL, CELIA JANE | 6093 | N/A | 182 FARM TO MARKET ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| LECKRONE, DEAN BRADFORD | 13909 | N/A | 1108 LOUISIANA AVENUE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(3) Claim for Property that Has Been Remediated by the EPA<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property |
| LEHNERT, ARNOLD | 9662 | N/A | 420 INDIANHEAD ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| LINDSAY, DUANE EDWARD | 6094 | N/A | 412 PARMENTER<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| MCALLISTER, SANDRA CAROL | 6095 | N/A | 3518 HIGHWAY 2 SOUTH<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| MCCULLY, VERNON DEAN | 6096 | N/A | 450 FARM TO MARKET ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(3) Claim for Property that Has Been Remediated by the EPA<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| MONTANA SILVER & GOLD INC | 9671 | N/A | 102 EAST NINTH STREET<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| MUNSEL, DONALD | 9667 | N/A | 390 AUTUMN ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| NELSON, BARBARA SUE | 6086 | N/A | 1021 MAIN<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| NELSON, GERALDINE LOUISE | 6083 | N/A | 1221 DAKOTA AVENUE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| NELSON, GERALDINE LOUISE | 6084 | N/A | 1115 DAKOTA AVENUE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| NELSON, GERALDINE LOUISE | 6085 | N/A | 3441 FARM TO MARKET ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| NELSON, PETE O | 9669 | N/A | 506 INDIANHEAD ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| NOBLE, MICHAEL CALVIN | 9672 | N/A | 6797 FARM TO MARKET ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (5) Libby Vermiculite, if present, presents No Hazard |
| NOBLE, MICHAEL CALVIN | 9673 | N/A | 208 WEST SPRUCE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (2) Claim appears to assert a ZAI Claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| ORR, HOWARD KING | 9666 | N/A | 320 SHALOM DRIVE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| PARKER, MELVIN GEORGE | 9657 | N/A | 609 NINTH STREET | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| PARKER, MELVIN GEORGE | 9658 | N/A | 5000 HIGHWAY 37 NORTH<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (3) Claim for Property that Has Been Remediated by the EPA<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| RIEWOLDT, JOHN HOWARD | 9665 | N/A | 10553 HIGHWAY 37<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| ROY MCMILLAN PR OF ESTATE OF ROBERT MCMI | 9663 | N/A | 1580 EAST FIFTH STREET<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| SERNA, DICE VICTORIA | 9664 | N/A | 265 WARDS ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| SKRAMSLAD, LESLER | 7045 | N/A | 3647 S HWY 2<br>LIBBY, ML 59923<br>LINCOLN COUNTY USA | MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC<br>745 S MAIN<br>KALISPELL, MT 599045399 | (3) Claim for Property that Has Been Remediated by the EPA<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| SPENCER, BARBARA A | 9659 | N/A | SIXTH STREET & UTAH AVENUE [2 LOTS ]<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not properly identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| SPENCER, BARBARA A | 9660 | N/A | 500 JAY EFFAR ROAD<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| SPENCER, BARBARA A | 9661 | N/A | 2498 HIGHWAY 2 SOUTH<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| TENNISON, KATHLEEN ANN | 5566 | N/A | 226 SPENCER ROAD<br>LIBBY, MT 59923<br>UNITED STATES OF AMERICA | ALLAN M MCGARVEY<br>MCGARVEY HEBERLING<br>SULLIVAN & MCGARVEY PC<br>745 S MAIN<br>KALISPELL, MT 599045399 | (5) Libby Vermiculite, if present, presents No Hazard |
| WAGNER, JOHN FRANCIS | 9670 | N/A | 188 HIGHWOOD DRIVE<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| WAGNER, MICHAEL CHARLES | 6089 | N/A | 3696 SECOND STREET EXTENSION WEST<br>LIBBY, MT 59923<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| WALKER, LONA DIANE | 5567 | N/A | 1020 CALIFORNIA AVENUE<br>LIBBY, MT 59923<br>UNITED STATES OF AMERICA | ALLAN M MCGARVEY<br>MCGARVEY HEBERLING<br>SULLIVAN & MCGARVEY PC<br>745 S MAIN<br>KALISPELL, MT 599045399 | (3) Claim for Property that Has Been Remediated by the EPA<br><br>(5) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-2**
**LIBBY, MONTANA CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| WALKER, LONA DIANE | 5568 | N/A | 25 EVERGREEN STREET<br>LIBBY, MT 59923<br>UNITED STATES OF AMERICA | ALLAN M MCGARVEY<br>MCGARVEY HEBERLING<br>SULLIVAN & MCGARVEY PC<br>745 S MAIN<br>KALISPELL, MT 599045399 | (4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| WELCH, DENNIS ALBERT | 6090 | N/A | 172 ST REGIS ROAD<br>TROY, MT 59935<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |
| WELCH, ROBERT JAMES | 6091 | N/A | 117 ST REGIS HAUL RD<br>TROY, MT 59935<br>USA | TOM LEWIS<br>LEWIS HUPPERT & SLOVAK PC<br>725 3RD AVE N<br>PO BOX 2325<br>GREAT FALLS, MT 59403 | (1) Claim appears to only assert a Category II Claim, but form does not properly identify nature of claim<br><br>(4) Claim fails to establish the presence of Vermiculite or Asbestos on the property<br><br>(5) Libby Vermiculite, if present, presents No Hazard |

**Total No. of Claims:   58**

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim appears to only assert a Category II claim, but form does not property identify nature of claim; (2) claim appears to assert a ZAI claim; (3) claim for property that has been remediated by the EPA; (4) claim fails to establish the presence of vermiculite or asbestos on the property; or (5) Libby Vermiculite, if present, presents No Hazard.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.