**EXHIBIT G-3**
**OTHER CATEGORY II CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance* |
|---|---|---|---|
| AMERICAN PREMIER UNDERWRITERS INC | 10585 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| AMERICAN PREMIER UNDERWRITERS INC | 10586 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| BEDNARCZYK, JOSEPH CHARLES | 2838 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (5) Claim indicates Category II Claim, but actually asserts a ZAI claim |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| BENDER, PATSY ANN | 1793 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (6) Claim indicates Category II Claim, but actually asserts Category II Claim and a ZAI Claim |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| CITY OF EASTHAMPTON | 7121 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| CUMMINGS, BRENDA FAYE | 1915 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (3) Claim for dust blown by "Illegal Alien" |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| FEDERATED DEPARTMENT STORES INC | 10557 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (2) Claim indicates Category II Claim, but irreconcilably incomplete |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| FEDERATED DEPARTMENT STORES INC | 10559 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (2) Claim indicates Category II Claim, but irreconcilably incomplete |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| LA MARTIN COMPANY INC | 11311 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Claim fails to include adequate evidence of contamination; (2) claim indicates Category II claim, but irreconcilable incomplete; (3) claim for dust blown by "illegal alien"; (4) Claim Indicates Category II Claim, but Actually Asserts a Category I Claim; (5) Claim Indicates Category II Claim, but Actually Asserts a ZAI claim; (6) Claim indicates Category II Claim, but actually asserts Category II Claim and a ZAI Claim; or (7) Libby Vermiculite, if present, presents No Hazard
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-3**
**OTHER CATEGORY II CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance* |
|---|---|---|---|
| LOS ANGELES COUNTY METROPOLITAN TRANSPOR | 2087 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| MADISON COMPLEX INC | 6079 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORI | 9694 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| MJ&P LLC | 11312 | N/A | (1) Claim fails to include adequate evidence of contamination |
|  |  |  | (7) Libby Vermiculite, if present, presents No Hazard |
| MYERS, C DOUGLAS | 11298 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| NAMAZI, NAZANIN | 12786 | N/A | (1) Claim fails to include adequate evidence of contamination |
|  |  |  | (4) Claim indicates Category II Claim, but actually asserts a Category I Claim |
|  |  |  | (7) Libby Vermiculite, if present, presents No Hazard |
| NATIONAL RAILROAD PASSENGER CORPORATION | 11320 | N/A | (1) Claim fails to include adequate evidence of contamination |
|  |  |  | (7) Libby Vermiculite, if present, presents No Hazard |
| NATIONAL RAILROAD PASSENGER CORPORATION | 11321 | N/A | (1) Claim fails to include adequate evidence of contamination |
|  |  |  | (7) Libby Vermiculite, if present, presents No Hazard |
| NORDIEGO CAPITAL LTD | 7089 | N/A | (1) Claim fails to include adequate evidence of contamination |
|  |  |  | (4) Claim indicates Category II Claim, but actually asserts a Category I Claim |
|  |  |  | (7) Libby Vermiculite, if present, presents No Hazard |
| OLDON LIMITED PARTNERSHIP | 11301 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| P&S ASSOCIATES | 11309 | N/A | (1) Claim fails to include adequate evidence of contamination |
|  |  |  | (7) Libby Vermiculite, if present, presents No Hazard |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Claim fails to include adequate evidence of contamination; (2) claim indicates Category II claim, but irreconcilable incomplete; (3) claim for dust blown by "illegal alien"; (4) Claim Indicates Category II Claim, but Actually Asserts a Category I Claim; (5) Claim Indicates Category II Claim, but Actually Asserts a ZAI claim; (6) Claim indicates Category II Claim, but actually asserts Category II Claim and a ZAI Claim; or (7) Libby Vermiculite, if present, presents No Hazard
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-3**
**OTHER CATEGORY II CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance* |
|---|---|---|---|
| PAUL, NORMAN | 4717 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (4) Claim indicates Category II Claim, but actually asserts a Category I Claim |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| PERINI CORPORATION | 4705 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| SCHWOEFFERMANN, CUFFY | 12741 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (4) Claim indicates Category II Claim, but actually asserts a Category I Claim |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| STEELER INC | 4697 | N/A | (1) Claim fails to include adequate evidence of contamination |
| | | | (2) Claim indicates Category II Claim, but irreconcilably incomplete |
| | | | (7) Libby Vermiculite, if present, presents No Hazard |
| THE BURLINGTON NORTHERN AMD SANTAFE RAIL | 8250 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| THE BURLINGTON NORTHERN AND SANTA FE RAI | 8251 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| THE BURLINGTON NORTHERN AND SANTA FE RAI | 8252 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| TYCO HEALTHCARE GROUP LP | 12788 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |
| TYCO HEALTHCARE GROUP LP | 12790 | N/A | (7) Libby Vermiculite, if present, presents No Hazard |

**Total No. of Claims:   29**

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Claim fails to include adequate evidence of contamination; (2) claim indicates Category II claim, but irreconcilable incomplete; (3) claim for dust blown by "illegal alien"; (4) Claim Indicates Category II Claim, but Actually Asserts a Category I Claim; (5) Claim Indicates Category II Claim, but Actually Asserts a ZAI claim; (6) Claim indicates Category II Claim, but actually asserts Category II Claim and a ZAI Claim; or (7) Libby Vermiculite, if present, presents No Hazard
** Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.