**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN AND SANTA FE RAI | 8249 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8253 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8254 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8255 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8256 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8257 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8258 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8259 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8260 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8261 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8262 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8263 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT G-4
# BURLINGTON NORTHERN CLAIMS

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8264 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8265 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8266 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8267 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8268 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8269 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8270 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8271 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8272 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8273 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8274 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8275 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT G-4
# BURLINGTON NORTHERN CLAIMS

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8276 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8277 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8278 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8279 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8280 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8281 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT G-4
# BURLINGTON NORTHERN CLAIMS

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8282 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8283 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8284 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8285 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8286 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8287 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8288 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8289 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8290 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8291 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8292 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8293 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT G-4
# BURLINGTON NORTHERN CLAIMS

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8294 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8295 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8296 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8297 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8298 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8299 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8300 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8301 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8302 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8303 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8304 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8305 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8306 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8307 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8308 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8309 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8310 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8311 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8312 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8313 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8314 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8315 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8316 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8317 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8318 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8319 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8320 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8321 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8322 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8323 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br>(3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8324 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8325 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8326 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8327 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8328 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8329 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8330 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8331 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8332 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8333 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8334 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8335 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8336 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8337 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8338 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8339 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8340 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8341 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br><br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br><br> (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8342 | N/A | (1) Libby Vermiculite on property presents No Hazard. (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8343 | N/A | (1) Libby Vermiculite on property presents No Hazard. (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8344 | N/A | (1) Libby Vermiculite on property presents No Hazard. (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8345 | N/A | (1) Libby Vermiculite on property presents No Hazard. (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8346 | N/A | (1) Libby Vermiculite on property presents No Hazard. (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8347 | N/A | (1) Libby Vermiculite on property presents No Hazard. (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8348 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8349 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8350 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8351 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8352 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8353 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br>(3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8354 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8355 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 8356 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9481 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9482 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9483 | N/A | (1) Libby Vermiculite on property presents No Hazard.<br>(2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation.<br>(3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.

\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**
**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9484 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9485 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9486 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9487 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9488 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9489 | N/A | (1) Libby Vermiculite on property presents No Hazard. <br> (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. <br> (3) ZAI claim that was improperly submitted on PD Claim Form. |

\* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT G-4**

**BURLINGTON NORTHERN CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE BURLINGTON NORTHERN SANTA FE RAILWAY | 9490 | N/A | (1) Libby Vermiculite on property presents No Hazard. |
| | | | (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation. |
| | | | (3) ZAI claim that was improperly submitted on PD Claim Form. |
| **Total No. of Claims:   115** | | | |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Libby Vermiculite on property presents No Hazard; (2) Claim fails to establish site contamination, presence of or hazard from a Grace product with supporting documentation; (3) ZAI claim that was improperly submitted on PD Claim Form.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.