**EXHIBIT H-1**
**INDEMNITY/CONTRIBUTION CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CAREY CANADA INC | 14039 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CAREY CANADA INC | 14043 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CAREY CANADA INC | 14044 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CAREY CANADA INC | 14046 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CELOTEX CORPORATION | 14038 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CELOTEX CORPORATION | 14040 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CELOTEX CORPORATION | 14042 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CELOTEX CORPORATION | 14045 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7825 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7826 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7827 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7828 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7829 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT H-1**
**INDEMNITY/CONTRIBUTION CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7831 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7832 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7836 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7837 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7838 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7839 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7840 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7841 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7842 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7843 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7844 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7845 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7846 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT H-1
## INDEMNITY/CONTRIBUTION CLAIMS

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7847 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7848 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7849 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7850 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7851 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7852 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7853 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7854 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7855 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7856 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7857 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7858 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7859 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT H-1**
**INDEMNITY/CONTRIBUTION CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7860 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7861 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7862 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7863 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7864 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7866 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7867 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7868 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7869 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7870 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7871 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7872 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7873 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |

**Page 4 of 6**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**EXHIBIT H-1**
**INDEMNITY/CONTRIBUTION CLAIMS**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7874 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7875 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7876 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7877 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7878 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7879 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7880 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7881 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7882 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7883 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7884 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-I HOLDINGS AND ITS AFFILIATES | 7885 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14041 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT H-1
## INDEMNITY/CONTRIBUTION CLAIMS

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14047 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14048 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| THE ASBESTOS SETTLEMENT TRUST CELOTEX | 14049 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |

**Total No. of Claims:   68**

**\*\*Del.Bankr.LR 3007-1(e)(iii)** requires that the Debtors include, on this exhibit, a column listing the amount of the claim.  The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.