## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hearing Date:   9/26/2005 at 12:00 p.m. |
| | : | Objection Date: 9/16/2005 at 4:00 p.m. |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the Certain Insurers have filed the attached Motion for

Access to Exhibits to 2019 Statements (the "Motion").

You are required to file a response to the Motion on or before **September 16, 2005 at**

**4:00 p.m.**, prevailing eastern time.

At the same time, you must also serve a copy of the response upon Movant's attorneys:

John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801-1147
(302) 295-2028 Telephone
(302) 295-2913 Facsimile

William P. Shelley, Esquire
Jacob C. Cohn, Esquire
David J. Liebman, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile

IF OBJECTIONS ARE FILED, A HEARING ON THE MOTION WILL BE HELD ON

SEPTEMBER 26, 2005 AT 12:00 P.M. PREVAILING EASTERN TIME BEFORE THE

HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824

N. MARKET STREET, WILMINGTON, DELAWARE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 6, 2005

COZEN O'CONNOR

John T. Carroll, III (DE No. 4060)
120 N. Market Street
Suite 1400
Wilmington, DE  19801
(302) 295-2028 Telephone
(302) 295-2013 Facsimile

- and –

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
David J. Liebman (PA ID 89919)
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile


Attorneys for Federal Insurance Company