IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al. | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Related Doc. No. (        ) |

**ORDER GRANTING ACCESS TO EXHIBITS TO STATEMENTS PURSUANT
TO FED. R. BANKR. P. 2019**

Whereas, on October 22, 2004 the Court entered a Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (Dkt. No. 6715, the "2019 Order"); and

Whereas, the 2019 Order provides, *inter alia*, that any entity other than a committee appointed pursuant to §1102 or §1114 of the Bankruptcy Code file a statement pursuant to Fed. R. Bankr. P. 2019 (a "2019 Statement") accompanied by specified exhibits (the "2019 Exhibits") and that the 2019 Exhibits not be released to any party without further Order of the Court; and

Whereas, on September 6, 2005, Certain Insurers filed their Motion for Access to the 2019 Exhibits Statements; and

Whereas, the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; and

Whereas, this matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2); and

Whereas, venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

IT IS HEREBY:

**ORDERED**, pursuant to §107 of the Bankruptcy Code and Fed. R. Bankr. P. 9018 as follows:

1. The Clerk and the Debtor are authorized to provide access to the 2019 Exhibits to the Certain Insurers. The Clerk or the Debtor shall immediately furnish copies of the 2019 Exhibits to the Certain Insurers or immediately permit the Certain Insurers to copy the 2019 Exhibits.

2. The Certain Insurers shall not publicly disseminate specific personal information of individual claimants contained in the 2019 Exhibits without further order from the Court.

Dated: September _____, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge