IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| _____ ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PERSONAL INJURY CLAIMANTS and ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PROPERTY DAMAGE CLAIMANTS PF ) | |
| W.R. GRACE & CO., suing of behalf of the ) | |
| Chapter 11 Bankruptcy estate of W.R. ) | |
| GRACE & CO., et al., ) | |
| ) | Adv. No. 02-2210 |
| Plaintiffs, ) | [LEAD DOCKET] |
| ) | |
| Against ) | |
| ) | |
| SEALED AIR CORPORATION and ) | |
| CRYOVAC, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PERSONAL INJURY CLAIMANTS and ) | |
| OFFICIAL COMMITTEE OF ASBESTOS ) | |
| PROPERTY DAMAGE CLAIMANTS OF ) | Adv. No. 02-2211 |
| W.R. GRACE & CO., suing on behalf of the ) | |
| Chapter 11 Bankruptcy Estate of W.R. Grace ) | |
| & CO., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Against ) | |
| ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, ) | **Affects Adv. No 02-2210 & 02-2211** |
| INC. and ) | **Ref. Doc. No. 9180** |
| NATIONAL MEDICAL CARE, INC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

{D0048484:1 }

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE TENTH INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2005 THROUGH JUNE 30, 2005**
<u>**(DOCKET NO. 9180)**</u>

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, (the "Amended Administrative Order"), Caplin & Drysdale ("Caplin & Drysdale"), submitted on August 12, 2005 a tenth interim application ("Application") [Docket No. 9180] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before September 1, 2005. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

{D0048484:1}                                         2

In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale the fees and expenses requested in the Application.

> CAPLIN & DRYSDALE, CHARTERED
> Elihu Inselbuch
> 399 Park Avenue
> New York, NY  10022
> (212) 319-7125
>
> -and-
>
> CAPLIN & DRYSDALE, CHARTERED
> Peter Van N. Lockwood
> One Thomas Circle, N.W.
> Washington, D.C.  20005
> (202) 862-5000
>
> - and -
>
> CAMPBELL & LEVINE, LLC
>
> */s/Kathleen Campbell Davis*
> Kathleen Campbell Davis (I.D. #4229)
> 800 N. King Street
> Suite 300
> Wilmington, DE  19899
> (302) 426-1900
>
> Counsel for the Official Committee
>    of Asbestos Personal Injury Claimants

Dated: September 6, 2005