**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF BILZIN SUMBERG DUNN BAENA**
**PRICE & AXELROD LLP FOR THE SIXTEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Bilzin Sumberg Dunn Baena Price & Axelrod LLP for the Sixteenth Interim Period.

**BACKGROUND**

1.      Bilzin Sumberg Dunn Baena Price & Axelrod LLP ("Bilzin") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Bilzin seeks approval of fees totaling $305,673.25 and costs totaling $15,724.88 for its services from January 1, 2005, through March 31, 2005.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Bilzin an initial report based on our review, and received a response from Bilzin, portions of which response are quoted herein.

## DISCUSSION

3.   In our initial report, we noted that on March 4, 2004, SLB and JMS charged for the exact same work. The time spent was 2.80 hours for a total fee of $1,225.00. The entries are provided below.

| | | | | |
|---|---|---|---|---|
| 03/04/05 | SLB | 1.40 | 805.00 | Finalize objection to Festa employment agreement (.7); email with M. Hurford regarding same (.4); email to and from D. Speights regarding same (.3). |
| 03/04/05 | JMS | 1.40 | 805.00 | Finalize objection to Festa employment agreement (.7); email with M. Hurford regarding same (.4); email to/from D. Speights regarding same (.3). |

The billing rate appears to be Mr. Baena's for both entries. We asked Bilzin to explain the circumstances of the duplication. Bilzin's response is provided below.

> The Report requests an explanation regarding the duplication of time for Messrs. Baena and Sakalo on March 4, 2005. The time entries for Mr. Baena are incorrect and should read "Revisions to objection to Festa agreement (.9)." The Applicant agrees to reduction of fees in the amount of $287.50.

We appreciate the response and thus recommend a reduction of $287.50 in fees.

4.   We noted that on March 9, 2005, AM has a time entry listed as 6.00 hours for a fee of $780.00. The parenthetical entries total only 3.00 hours for a fee of $390.00. The difference in fee total is $390.00. The entry is provided below.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Bilzin 16int 1-3.05.wpd

| 03/09/05 | AM | 6.00 | 780.00 | Complete and reconcile exhibits to Fifteenth Interim Quarterly Fee Application (3.0). |

We asked Bilzin to explain whether the entry represents an inadvertent miscalculation and should therefore be deducted from the fee total. The firm responded as follows:

> The Fee Auditor notes that a time entry for Arianna Morera on March 9, 2005 represents an inadvertent miscalculation. The Applicant acknowledges miscalculation and agrees to a fee reduction for this time entry in the amount of $390.00.

We appreciate the response and recommend a reduction of $390.00 in fees.

5. We noted two meal expenses that lack sufficient detail to properly assess them. The entries are provided below.

| 01/21/05 | DATE: 1/21/05 - Clients MealsVENDOR: SCOTT L. BAENA; INVOICE#: SLB-1/21/05; | 98.46 |
| 01/17/05 | MealsVENDOR: Offerdahl's Café & Grill; INVOICE#: 2526 01/17/05; DATE: 1/17/2005 - Client - 15537 | 86.09 |

We asked Bilzin to provide more detail regarding these expenses. Bilzin responded as follows:

> The Report requests additional information regarding two meal expenses that lack sufficient detail. The meal expense incurred by Mr. Baena on January 21, 2005 in the amount of $98.46 was for a breakfast meeting in Pittsburgh with two Committee members, one expert and counsel, Scott Baena, Allyn Danzeisen and Jay Sakalo. The meal that was charged on January 17, 2005 in the amount of $86.09 was inadvertently billed to the wrong account. The Applicant agrees to a reduction in the amount of $86.09.

We appreciate the response and thus recommend a reduction of $86.09 in expenses.

## CONCLUSION

6. Thus we recommend approval of fees totaling $304,995.75 ($305,673.25 minus $677.50) and costs totaling $15,638.79 ($15,724.88 minus $86.09) for Bilzin's services from January 1, 2005, through March 31, 2005.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
     Warren H. Smith
     Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 7th day of September, 2005.

_____
     Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG DUNN BAENA PRICE
& AXELROD LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2385

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801