# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


August 31, 2005

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     10532


Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/1/2005 | CCO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Bilzin (.10); 06.05 Monthly Invoice of Campbell (.10); 06.05 Monthly Invoice of Tersigni (.10); 06.05 Monthly Invoice of LAS (.10) | 0.40 | 16.00 |
|  | SLB | complete draft of 16th Interim initial report - Bilzin (3.2) ; complete draft of 16th Interim initial report - Caplin (1.9) ; complete draft of 16th Interim initial report - Capstone (2.1) | 7.20 | 936.00 |
|  | DTW | Review and revise K&E 16th initial report (.1); review and revise Bilzin 16th initial report (.1); review and revise initial reports for Caplin and Capstone for 16th interim period (.2). | 0.40 | 58.00 |
| 8/2/2005 | JBA | Update database with PWC 5.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Holme Roberts 6.05 e-detail pdf | 0.10 | 4.00 |
|  | JBA | Update database with Reed Smith 6.05 e-detail | 0.10 | 4.00 |
|  | DTW | Review and revise 16th interim initial reports for Stroock, Tersigni and Pachulski (.4). | 0.40 | 58.00 |
|  | SLB | complete draft of 16th Interim initial report - Stroock (3.6) ; complete draft of 16th Interim initial report - Tersigni (1.9) ; complete draft of 16th Interim initial report - Pachulski (1.8) | 7.30 | 949.00 |

---

W.R. Grace & Co.                                                                                                           Page    2

|            |     |                                                                                                                                                                                                                         | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/3/2005   | SLB | first draft of 16th Interim fee and expense chart - (1.3)                                                                                                                                                                                 | 1.30  | 169.00 |
|            | JBA | Update database with Stroock 6.05 e-detail                                                                                                                                                                                                | 0.10  | 4.00   |
|            | SLB | telephone conference with Baker Donelson re 16th interim application (.10)                                                                                                                                                                | 0.10  | 13.00  |
|            | SLB | telephone conference with F. Childress re Baker Donelson apps in Grace (.10)                                                                                                                                                              | 0.10  | 13.00  |
|            | SLB | PACER research regarding 16th Interim applications (2.1)                                                                                                                                                                                  | 2.10  | 273.00 |
| 8/4/2005   | SLB | draft e-mails to BMC, Buchanan, CDG, Deloitte, Lexecon, Bilzin, Protiviti, RPWB, and Steptoe re filing of 16th Interim applications (1.8)                                                                                                  | 1.80  | 234.00 |
|            | SLB | update draft of 16th Interim status chart (.6)                                                                                                                                                                                            | 0.60  | 78.00  |
|            | CCO | Update database with 06.05 Monthly Invoice of Holme (.10)                                                                                                                                                                                 | 0.10  | 4.00   |
|            | SLB | telephone conference with Ian Lindley - Buchanan re 16th Interim fee apps for Buchanan and Scott Law (.2); telephone conference with K. Jones RPWB re 16th Interim app. (.2)                                                               | 0.40  | 52.00  |
|            | PGS | Preparation of CNO for June 2005                                                                                                                                                                                                          | 0.10  | 8.00   |
| 8/5/2005   | JBA | Update database with e-response re: Caplin 15th Interim IR                                                                                                                                                                                | 0.10  | 4.00   |
|            | PGS | Preparation of July 2005 Monthly Invoice of WHS                                                                                                                                                                                           | 0.60  | 48.00  |
| 8/8/2005   | CCO | Update database with 06.05 Monthly Invoice of Kirkland (.10); 06.05 Monthly Invoice of Reed (.10); 04.01.05 through 06.30.05 Interim Fee Application of Carella (.10); 06.05 Monthly Invoice of Nelson (.10); 06.05 Monthly Invoice of Casner (.10) | 0.50  | 20.00  |
|            | PGS | Electronic filing with court of the CNO for June 2005 of WHS                                                                                                                                                                              | 0.10  | 8.00   |

W.R. Grace & Co.                                                                                           Page     3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/8/2005 | PGS | Electronic filing with court of July 2005 Monthly Invoice of WHS | 0.10 | 8.00 |
|  | JBA | Update database with Conway 16th Int app/e-detail | 0.10 | 4.00 |
|  | JAW | detailed review of PwC February, 2005, monthly invoice (8.0); draft summary of same (1.1). | 9.10 | 1,228.50 |
| 8/9/2005 | JBA | draft corrections to 16th Interim Project Category Spreadsheet | 0.50 | 20.00 |
|  | CCO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Conway (.10) | 0.10 | 4.00 |
|  | JBA | Update database with Ferry Joseph 7.05 e-detail, and LECG 4.05 e-detail | 0.10 | 4.00 |
| 8/10/2005 | JBA | Update database with Amended Klett 6.05 e-detail | 0.10 | 4.00 |
|  | DTW | Review and revise PwC 16th interim initial report (.1). | 0.10 | 14.50 |
|  | JBA | Update database with Bilzin 5.05 e-detail | 0.10 | 4.00 |
|  | CCO | Update database with 06.05 Monthly Invoice of Stroock (.10); 06.05 Monthly Invoice of CIBC (.10) | 0.20 | 8.00 |
|  | WHS | receive and review | 0.10 | 27.50 |
|  | SLB | complete draft of 16th Interim initial report - PwC (5.4) ; complete draft of 16th Interim final reports - Pachulski (1.5) Caplin (1.4) | 8.30 | 1,079.00 |
|  | JBA | Update database with e-response re: K&E 16th Interim IR | 0.10 | 4.00 |
| 8/11/2005 | PGS | Preparation of 17th Interim Application of WHS | 2.20 | 176.00 |
|  | CCO | Update database with 06.05 Monthly Invoice of Latham (.10) | 0.10 | 4.00 |

W.R. Grace & Co.             Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/11/2005 | SLB | complete drafts of 16th Interim final reports - Bilzin (2.1); Stroock (4.5) ; Reed Smith (1.5) | 8.10 | 1,053.00 |
| 8/12/2005 | SLB | complete drafts of 16th Interim final reports - BMC (1.4) ; Hilsoft (.9) ; Hamiltion (1.2) ; CDG (1.7) | 5.20 | 676.00 |
| | JBA | Update database with PWC 6.05 e-detail pdf | 0.10 | 4.00 |
| 8/13/2005 | JBA | draft Project Category Spreadsheet 16th Interim | 1.00 | 40.00 |
| | JBA | draft additions to 16th Interim Project Category Spreadsheet | 1.00 | 40.00 |
| 8/15/2005 | SLB | telephone conference with F. Childress - Baker Donelson re. 16th Interim Grace application (.10) | 0.10 | 13.00 |
| | CCO | Update database with 04.05 Monthly Invoice of LECG (.10); 07.05 Monthly Invoice of Ferry (.10); 04.01.05 through 06.30.05 Interim Fee Application of Nelson (.10); 04.01.05 through 06.30.05 Interim Fee Application of Kirkland (.10); 06.05 Monthly Invoice of Swidler (.10); 06.05 Monthly Invoice of Capstone (.10); 01.05, 02.05, 03.05 Monthly Invoices of BMC (.10); 06.05 Monthly Invoice of Pitney (.10); 06.05 Monthly Invoice of Woodcock (.10) | 0.90 | 36.00 |
| 8/16/2005 | JAW | detailed review of Bilzin April, 2005, monthly invoice (2.8) | 2.80 | 378.00 |
| | JAW | detailed review of Stroock April, 2005, monthly invoice (2.1) | 2.10 | 283.50 |
| | JBA | Update database with CIBC 17th Interm app/e-detail pdf | 0.10 | 4.00 |
| 8/17/2005 | CCO | Update database with 06.05 and 05.05 Monthly Invoice of Buchanan (.10); 05.05 and 06.05 Monthly Invoice of Bilzin (.10) | 0.20 | 8.00 |
| | JAW | detailed review of Woodcock April, 2005, monthly invoice (1.5); draft summary of same (0.2). | 1.70 | 229.50 |
| | JAW | draft summary of Stroock April, 2005, monthly invoice (0.2) | 0.20 | 27.00 |

W.R. Grace & Co.  Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/17/2005 | JAW | draft summary of Bilzin April, 2005, monthly invoice (1.1) | 1.10 | 148.50 |
| | SLB | PACER research regarding 16th Interim applications for RPWB, Scott Law, Buchanan, Baker Donelson, Deloitte Tax, Deloitte LLP and Deloitte Consuting (2.2) | 2.20 | 286.00 |
| | SLB | telephone conference with L. Hamilton @ Capstone re 16th Interim response (.2) ; call from R. Grady @ PwC re billing of time issue raised in 16th Interim initial report (.3) | 0.50 | 65.00 |
| | SLB | draft e-mail to L. Hamilton re Capstone 16th Interim response (.2) ; draft e-mail to F. Childress re Baker Donelson 16th Interim application (.3) | 0.50 | 65.00 |
| | SLB | complete draft of 16th Interim final report - Capstone (3.6) | 3.60 | 468.00 |
| 8/18/2005 | SLB | review of app. and draft 16th final report - Reed Smith (5.3) | 5.30 | 689.00 |
| | CCO | Update database with 04.01.05 through 06.30.05 Interim Fee Application of CIBC (.10); 04.01.05 through 06.30.05 Interim Fee Application of Campbell (.10); 04.01.05 through 06.30.05 Interim Fee Application of LAS (.10); 04.01.05 through 06.30.05 Interim Fee Application of Caplin (.10); 04.01.05 through 06.30.05 Interim Fee Application of Tersigni (.10); 04.01.05 through 06.30.05 Interim Fee Application of Reed (.10) | 0.60 | 24.00 |
| | JAW | detailed review of Tersigni April, 2005, monthly invoice (2.5); draft summary of same (0.1) | 2.60 | 351.00 |
| | SLB | draft e-mails to Buchanan (.2), BMC (.2), RPWB (.3) re 16th Interim filing of applications | 0.70 | 91.00 |
| | PGS | Preparation of 17th Interim Fee Application of WHS | 2.60 | 208.00 |
| 8/19/2005 | SLB | review of app. and draft of 16th Interim final report - Buchanan (1.1) | 1.10 | 143.00 |
| 8/22/2005 | SLB | preparation for and telephone conference with W. Bishop & R. Grady @ PwC re 15th and 16th Interim application issues (.7) | 0.70 | 91.00 |
| | SLB | draft e-mail to RPWB re 16th Interim app. filing (.2) ; e-mail to Buchanan re RPWB and Scott Law 16th Interim apps. filings (.2) | 0.40 | 52.00 |

W.R. Grace & Co. Page 6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/22/2005 | CCO | Update database with 06.05 Monthly Invoice of Pachulski (.10); 04.05, 05.05, 06.05 Monthly Invoices of Blackstone (.10) | 0.20 | 8.00 |
| | WHS | telephone conference with Ryan Grady, Bill Bishop, and Steve Bossay re PWC billing practices | 0.40 | 110.00 |
| 8/23/2005 | JBA | Update database with Buchanan 16th Interim app/e-detail | 0.10 | 4.00 |
| | SLB | complete review of app and draft of 16th Interim final report - RPWB (2.7) ; complete review of app and draft of 16th Interim final report - Scott Law (1.8) ; begin draft of 16th Interim final report - K&E (1.3) | 5.80 | 754.00 |
| | SLB | telephone conference with T. Tuerf re filing of 16th Interim applications for Deloitte LLP, Deloitte Tax and Deloitte Consulting (.2) | 0.20 | 26.00 |
| | SLB | draft e-mails (2) to I. Lindley @ Buchanan re 16th Interim filing of apps for RBWB and Scott Law (.4) ; e-mails to Blackstone, CBBG, Duane Morris, K&E, PwC and Tersigni re responses to 16th Interim initial reports (.8) | 1.20 | 156.00 |
| | JBA | Update database with PD Comm. 5.05 e-detail | 0.10 | 4.00 |
| 8/24/2005 | CCO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Richardson (.10); 04.01.05 through 06.30.05 Interim Fee Application of Stroock (.10) | 0.20 | 8.00 |
| | JBA | Update database with LECG 4.05 Amnd. e-detail, and PD Comm 7.05 e-detail | 0.10 | 4.00 |
| | SLB | complete draft of 16th Interim final report - K&E (4.8) ; complete draft of 16th Interim final report - CBBG (1.6 ) ; begin draft of 16th Interim final report - PwC (1.5 ) | 7.90 | 1,027.00 |
| 8/25/2005 | SLB | draft 16th Interim final report - Blackstone (1.8) ; draft 16th Interim final report - Tersigni (1.5) | 3.30 | 429.00 |
| | JAW | detailed review of Kirkland April, 2005, monthly invoice (3.5) | 3.50 | 472.50 |
| | JBA | Update database with Richardson Patrick 6.05 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                       Page    7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/25/2005 | JBA | Update database with Capstone 17th Int app/e-detail | 0.10 | 4.00 |
| 8/26/2005 | JAW | detailed review of Kirkland April, 2005, monthly invoice (9.0) | 9.00 | 1,215.00 |
|  | SLB | draft e-mails (2) to F. Childress re Baker Donelson appointment order (.4) | 0.40 | 52.00 |
|  | SLB | telephone conference with F. Childress re Baker Donelson 16th Interim app. (.3) | 0.30 | 39.00 |
|  | SLB | review apps and draft 16th Interim final reports - LEGC (1.8) ; Latham (1.5) ; LAS (1.3) ; Campbell & Levine (2.2) | 6.80 | 884.00 |
| 8/27/2005 | WHS | receive and review amended agenda | 0.10 | 27.50 |
| 8/29/2005 | SLB | review of 16th Interim apps. and draft of final reports - Property Comm. (1.4) , Baker Donelson (1.7) ; HRO (2.4); Klett (.9) ; Kramer (1.7) | 8.10 | 1,053.00 |
|  | JBA | Update database with Kramer 7.05 e-detail pdf | 0.10 | 4.00 |
|  | CCO | Update database with 04.05 amended Monthly Invoice of LECG (.10); 07.05 Monthly Invoice of the Official Committee (.10); 01.05, 02.05, and 03.05 Monthly Invoices of Baker (.10) | 0.30 | 12.00 |
|  | JAW | detailed review of Kirkland April, 2005, monthly invoice (1.7); draft summary of same (1.9). | 3.60 | 486.00 |
| 8/30/2005 | SLB | draft 16th interim final reports Nelson Mullins (.7), Property Damage Comm. (.8) ; Phillips Goldman (1.2) ; Pitney Hardin (.7) ; Protiviti (.9); Steptoe (.6) ; Swidler (.8) ; Wallace (.7) ; Woodcock (1.1) | 7.50 | 975.00 |
|  | JBA | draft 16th Interim Project Category Spreadsheet and corrections to database | 5.20 | 208.00 |
| 8/31/2005 | CCO | Update database with 01.01.05 through 03.31.05 Interim Fee Application of Baker (.10); 04.01.05 through 06.30.05 Interim Fee Application of Blackstone (.10); 04.01.05 through 06.30.05 Interim Fee Application and 07.05 Monthly Invoice of Klett (.10); 07.05 Monthly Invoice of Duane (.10); 04.01.05 through 06.30.05 Interim Fee Application of Holme (.10); | 0.60 | 24.00 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | 04.01.05 through 06.30.05 Interim Fee Application and 07.05 Monthly Invoice (.10) | | |
| 8/31/2005 | SLB | draft e-mail to Deloitte Tax re 16th Interim app. (.2) ; e-mail to Duane Moris re 16th Interim response (.2) | 0.40 | 52.00 |
| | SLB | telephone conference with Deloitte Tax re 16th Interim app. (.2) | 0.20 | 26.00 |
| | SLB | PACER research regarding 16th Interim filings for Baker donelson, BMC, CDG, RPWB, Scott Law (.9) | 0.90 | 117.00 |
| | SLB | begin draft of 16th Interim fee & expense charts (3.4) ; update Grace status chart (.3) | 3.70 | 481.00 |

**For professional services rendered** 161.10 $19,686.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney C. Orent | 4.40 | 40.00 | $176.00 |
| Doreen T Williams | 0.90 | 145.00 | $130.50 |
| James A. Wehrmann | 35.70 | 135.00 | $4,819.50 |
| Jeff B. Allgood | 9.50 | 40.00 | $380.00 |
| Priscilla G Stidham | 5.70 | 80.00 | $456.00 |
| Stephen L. Bossay | 104.30 | 130.00 | $13,559.00 |
| Warren H Smith | 0.60 | 275.00 | $165.00 |