# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: October 3, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FORTY-SIXTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JULY 1, 2005 THROUGH JULY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 7, 2005

Bill Number  84591
File Number  0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through July 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/05 | ARA | Quality control original documents copied for the O.M. Scott production and return them to the production set. | 6.80 Hrs | $612.00 |
| 07/05/05 | DBM | Search for documents mentioned in indictment. | 5.70 Hrs | $1,197.00 |
| 07/05/05 | MTM | Work on PI claims estimation project (.1); conference with DBM re: search for documents noted on indictment (.1). | 0.20 Hrs | $40.00 |
| 07/06/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Search for and review documents and memoranda for PI estimation project (2.3); conference with MTM re: same (.1). | 2.60 Hrs | $598.00 |
| 07/06/05 | DBM | Revise MK white paper before sending it to Kirkland & Ellis. | 0.50 Hrs | $105.00 |
| 07/06/05 | MTM | Conference with RAM re: PI case estimation issues. | 0.10 Hrs | $20.00 |
| 07/07/05 | RAM | Telephone conference with in-house counsel re: documents to send to Kirkland & Ellis re: PI estimation project (.1); review and select documents to send (1.5). Read selected documents filed in bankruptcy court (.9). | 2.50 Hrs | $575.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/07/05 | DBM | Draft memo to MTM re: search for documents mentioned in indictment. | 0.20 Hrs | $42.00 |
| 07/07/05 | MTM | Receipt and review of email from Kirkland Ellis counsel re: letter book (.3); review Winthrop square lists re: same (.5); telephone call to ARA re: same (.2); email to Kirkland Ellis counsel re: same (.3). | 1.30 Hrs | $260.00 |
| 07/07/05 | ARA | Search for trial transcripts for RAM (2.7). Receipt of deposition transcripts and return them to expert witness library (.5). Per MTM's telephone call, search for and locate letter books (.7). | 3.90 Hrs | $351.00 |
| 07/08/05 | RAM | Read selected documents filed in bankruptcy court (.5). Draft letter to Kirkland & Ellis attorney and send documents re: PI estimation project (.7). Read emails re: locating letter books (.1). | 1.30 Hrs | $299.00 |
| 07/08/05 | MTM | Receipt and review of list for key documents from indictment (1.3); review boxes at repository for letter books (2.5); email to Kirkland Ellis counsel re: letter books (.7) | 4.50 Hrs | $900.00 |
| 07/08/05 | ARA | Per MTM's request, review documents in the Attorney Review production set for letter books (6.2); discussion with MTM re: documents located (.1). | 6.30 Hrs | $567.00 |
| 07/11/05 | MTM | Continue review of lists re: documents referenced in indictment (.3); telephone call from in-house counsel re: product list/product appendix (.3); review briefing books re: same (.2); telephone call to in-house counsel re: same (.2); email to Kirkland Ellis counsel re: different product list (.3); receipt and review of email from in-house counsel re: product list/product appendix (.2) | 1.50 Hrs | $300.00 |
| 07/11/05 | ARA | Quality control and put production set documents in quorum number order. | 6.50 Hrs | $585.00 |
| 07/12/05 | MTM | Receipt and review of interrogatory/product appendix from in-house counsel and compare to product list and master interrogatories (.9); continue review of list of documents cited in indictment (.7). | 1.60 Hrs | $320.00 |
| 07/12/05 | ARA | Quality control and put production set documents in quorum number order (4.9). Quality control original documents copied for the O.M. Scott production and return them to the production set (3.0). | 7.90 Hrs | $711.00 |
| 07/13/05 | RAM | Read updated docket entries to select documents to read (.1). Conference with MTM re: identifying master set of answers to interrogatories with product appendix (.2). | 0.30 Hrs | $69.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/13/05 | MTM | Conference with ARA re: documents listed in indictment (.7); review Libby common exhibit index for same (1.9); conference with RAM re: product appendix (.2). | 2.80 Hrs | $560.00 |
| 07/13/05 | ARA | Quality control production set documents and put them in quorum number order (2.5). Meeting with MTM to receive instructions on searching for documents re: Montana criminal investigation (.7); search for documents re: same (3.3).. | 6.50 Hrs | $585.00 |
| 07/14/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1); review list of O.M. Scott related documents to try and identify series of documents referred to in Montana indictment (.5); fax to and telephone conference with in-house counsel and conference with MTM to try and ID product appendix for another in-house counsel (.2). | 0.80 Hrs | $184.00 |
| 07/14/05 | MTM | Conference with RAM and in-house counsel re: product appendix. | 0.20 Hrs | $40.00 |
| 07/14/05 | ARA | Search for documents re: Montana criminal case (4.6). Quality control and put production set documents in quorum number order (1.7). | 6.30 Hrs | $567.00 |
| 07/15/05 | RAM | Conference with ARA re: letter concerning surveys of Libby and expanding plant workers' medical records (.1). Read selected documents filed in bankruptcy court (1.8). | 1.90 Hrs | $437.00 |
| 07/15/05 | ARA | Per RAM's message, locate original letter re: medical records (.4); telephone call to and from RAM to discuss letter (.1). Quality control and put production set documents in quorum number order (6.3). | 6.80 Hrs | $612.00 |
| 07/18/05 | RAM | Emails from/to in-house counsel and DC attorney re: identifying pulmonologists. | 0.10 Hrs | $23.00 |
| 07/18/05 | MTM | Email to in-house counsel re: source of product appendix/interrogatory answer (.3); receipt and review of email response and questions from in-house counsel re: product formulas (.2); respond to email re: product formulas (.3). | 0.80 Hrs | $160.00 |
| 07/18/05 | ARA | Search for and obtain documents requested by MTM re: Montana criminal investigation. | 6.90 Hrs | $621.00 |
| 07/19/05 | ARA | Search for and obtain documents requested by MTM re: Montana criminal investigation. | 4.50 Hrs | $405.00 |
| 07/20/05 | RAM | Read report of survey of Grace workers' medical records. | 0.10 Hrs | $23.00 |
| 07/20/05 | MTM | Review documents from ARA re: dates certain documents mentioned in indictment were added to system (1.0); telephone call to ARA re: same (.2). | 1.20 Hrs | $240.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/20/05 | ARA | Quality control and put production set documents in quorum number order (6.0). Return MTM's call re: number of documents re: Montana indictment not found (.2). Review deposition library/Egilman deposition and return RAM's call re: same (.3). | 6.50 Hrs | $585.00 |
| 07/21/05 | RAM | Telephone conference with in-house counsel re: employee being subpoenaed in MT case; check if he has been deposed; retrieve trial notes in two cases from off-site storage. | 0.20 Hrs | $46.00 |
| 07/21/05 | ARA | Quality control and put production set documents in quorum number order (4.7). Per telephone call from MB, review the recordkeeper binders and the Winthrop Square information binders to search for trial transcripts (1.0). Per MB's request, locate and produce Grace employee deposition binder to RAM (.6). | 6.30 Hrs | $567.00 |
| 07/22/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $46.00 |
| 07/22/05 | ARA | Quality control and put production set documents in quorum number order. | 6.20 Hrs | $558.00 |
| 07/25/05 | ARA | Quality control and put production set documents in quorum number order. | 6.20 Hrs | $558.00 |
| 07/26/05 | RAM | Read selected documents filed in bankruptcy court (.8). Read emails re: searching for and locating formulas for products (.1). | 0.90 Hrs | $207.00 |
| 07/26/05 | DBM | Search for dates by which certain documents mentioned in indictment were available to plaintiff's counsel, per MTM. | 1.90 Hrs | $399.00 |
| 07/26/05 | MTM | Receipt and review of email from in-house counsel re: product formulas (.1); telephone call to ARA re: same (.1); review product appendix re: same (.1); telephone call to ARA re: same (.1). | 0.40 Hrs | $80.00 |
| 07/26/05 | ARA | Per telephone call from MTM, review formula documents for in-house counsel (2.5); produce documents to MTM (.5); return originals to the production set (.6). Quality control and put production set documents in quorum number order (3.1) | 6.70 Hrs | $603.00 |
| 07/27/05 | RAM | Conferences with MTM re: search for certain documents referred to in Montana indictment and re: product formulas (.4); read documents (.3); review list of documents not located (.1). | 0.80 Hrs | $184.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/27/05 | DBM | Search for certain Libby related documents for MTM. | 1.00 Hrs | $210.00 |
| 07/27/05 | MTM | Complete review of indictment document list re: dates when certain documents were added to system (.3); receipt and review of email from in-house counsel re: product formulas (.2); letter to him and K&E counsel re: same (.2); conference with RAM re: same (.2); telephone call to ARA re: Grace corporate directories (.2); review indictment re: confirming dates and descriptions of some documents not found on system (.7); conference with ARA re: review of email from K&E counsel re: Libby sale documents (.2); receipt and review of additional lists re: indictment documents (.4); review Winthrop Square lists re: Libby sale questions from K&E counsel (.7). | 3.10 Hrs | $620.00 |
| 07/27/05 | ARA | Quality control and put production set documents in quorum number order (5.0). Per MTM's request, locate Grace directories and review directories for any reference to former employee (1.7). | 6.70 Hrs | $603.00 |
| 07/28/05 | RAM | Telephone calls from/to in-house counsel re: locating any interviews and testimony of Grace employee (.1); review deposition transcript and notes re: same (.4). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.60 Hrs | $138.00 |
| 07/28/05 | DBM | Search for certain post 1990 documents for MTM. | 0.80 Hrs | $168.00 |
| 07/28/05 | MTM | Continue search for Libby letters per K&E counsel (1.5); telephone call to ARA re: search for same (.3); conference with RAM re: same (.1); conference with DBM re: document searches (.2); review boxes at Winthrop Square for Libby sale letters (1.9); email to K&E counsel re: same (.8). | 4.80 Hrs | $960.00 |
| 07/28/05 | ARA | Search for documents re: former Grace employee, per MTM; telephone call to MTM re: documents reviewed (2.7). Per MTM's request, search for documents re: sale of Libby (3.3). Quality control and put production set documents in quorum number order (.5). | 6.50 Hrs | $585.00 |
| 07/29/05 | RAM | Read emails from/to K&E attorney re: documents concerning proposed sale of Libby and telephone call from in-house counsel requesting material re: Grace employee. | 0.10 Hrs | $23.00 |
| 07/29/05 | MTM | Work on locating originals of letter books at Winthrop Square (2.2); conference with ARA re: same (.3); review index of MTM files at storage re: same (.4); review document binder 1993-1995 re: same (.4); telephone call from ARA re: location of 2 boxes possibly containing such original letter books (.2). | 3.50 Hrs | $700.00 |

Mark A. Shelnitz

| | | | | |
|---|---|---|---|---|
| 07/29/05 | ARA | Quality control and put production set documents in quorum number order (3.7). Telephone calls with MTM (.5) and review of documents and information binder re: letter books for Kirkland & Ellis attorney (1.2). | 5.40 Hrs | $486.00 |
| 07/30/05 | RAM | Write memo re: interview and trial notes re: Grace employee for in-house counsel. | 0.40 Hrs | $92.00 |

TOTAL LEGAL SERVICES $20,426.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 12.80 Hrs | 230/hr | $2,944.00 |
| DONNA B. MACKENNA | 10.10 Hrs | 210/hr | $2,121.00 |
| MATTHEW T. MURPHY | 26.00 Hrs | 200/hr | $5,200.00 |
| ANGELA R. ANDERSON | 112.90 Hrs | 90/hr | $10,161.00 |
| | 161.80 Hrs | | $20,426.00 |

TOTAL THIS BILL $20,426.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 7, 2005

Bill Number  84592
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through July 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/05 | RAM | Telephone call from MTM to answer billing question re: work being done by ARA. | 0.10 Hrs | $23.00 |
| 07/04/05 | RAM | Work on May fee application. | 0.30 Hrs | $69.00 |
| 07/05/05 | RAM | Work on May fee application and send it to in-house counsels for review. | 0.10 Hrs | $23.00 |
| 07/06/05 | RAM | Emails from/to in-house counsel that May fee application may be filed. | 0.10 Hrs | $23.00 |
| 07/08/05 | RAM | Work on May fee application. | 0.20 Hrs | $46.00 |
| 07/11/05 | RAM | Telephone call from second in-house counsel; May fee application may be filed. | 0.05 Hrs | No charge |
| 07/13/05 | RAM | Send May fee application to Delaware counsel to file. | 0.10 Hrs | $23.00 |
| 07/18/05 | RAM | Work on June fee application. | 0.60 Hrs | $138.00 |
| 07/20/05 | RAM | Work on June fee application. | 1.20 Hrs | $276.00 |
| 07/22/05 | RAM | Work on June fee application. | 0.50 Hrs | $115.00 |
| 07/26/05 | RAM | Send June fee application to in-house counsels for review; telephone call from one in-house counsel that fee application may be filed. | 0.10 Hrs | $23.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/29/05 | RAM | Telephone call from second in-house counsel that June fee application may be filed. | 0.10 Hrs | $23.00 |
| 07/30/05 | RAM | Work on June fee application. | 0.10 Hrs | $23.00 |
| | | TOTAL LEGAL SERVICES | | $805.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.50 Hrs | 230/hr | $805.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 230/hr | No charge |
| | 3.55 Hrs | | $805.00 |

TOTAL THIS BILL $805.00

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 7, 2005

Bill Number  84593
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2005

EXCESS POSTAGE                                                                $5.51

FEDERAL EXPRESS

| | | |
|---|---|---|
| 07/13/05 | To W R Grace in-house counsel from Casner  & Edwards on 06/14/05 by MTM | 7.96 |
| 07/13/05 | To Kirkland & Ellis Attorney from Casner & Edwards on 6/20/05 by MTM | 245.21 |
| 07/13/05 | To W R Grace in-house counsel from Casner  & Edwards on 06/14/05 by MTM | 11.61 |
| | | $264.78 |

PACER ONLINE SEARCH

| | | |
|---|---|---|
| 07/07/05 | 4/8, 4/13, 4/21, 4/27, 5/6, 5/10, 5/11, 5/18, 5/24, 5/26, 5/27, 6/2, 6/3, 6/9, 6/15, 6/16 & 6/27/05 | 65.12 |
| | | $65.12 |

TRAVEL

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through July 31, 2005

TRAVEL

| | | | |
|---|---|---:|---:|
| 07/18/05 | DINERS CLUB  - Airfare -RAM-to Washington DC on 06/23/05 to attend 6/24/05 meeting at Kirkland & Ellis. | 391.90 | |
| | | | $391.90 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 07/19/05 | MERRILL COMM - Expert witness transcripts and materials to send to Kirkland & Ellis on 06/20/05 | 1,187.76 | |
| | | | $1,187.76 |

PHOTOCOPYING

| | | | |
|---|---|---:|---:|
| 07/05/05 | 21 copies at .12 per copy | 2.52 | |
| 07/05/05 | 4 copies at .12 per copy | 0.48 | |
| 07/08/05 | 486 copies at .12 per copy | 58.32 | |
| 07/15/05 | 4 copies at .12 per copy | 0.48 | |
| 07/18/05 | 2 copies at .12 per copy | 0.24 | |
| 07/28/05 | 11 copies at .12 per copy | 1.32 | |
| 07/28/05 | 182 copies at .12 per copy | 21.84 | |
| 07/29/05 | 91 copies at .12 per copy | 10.92 | |
| | | | $96.12 |

RENT REIMBURSEMENT

| | | | |
|---|---|---:|---:|
| 07/05/05 | BOSTON CAPITAL INSTITUTE -Rent and utilities for document repository at One Winthrop Square - July 2005 | 11,453.18 | |
| | | | $11,453.18 |

MISCELLANEOUS

| | | | |
|---|---|---:|---:|
| 07/06/05 | RECORDKEEPER ARCHIVE - Storage (7/05) | 396.30 | |
| | | | $396.30 |
| | TOTAL DISBURSEMENTS | | $13,860.67 |

Mark A. Shelnitz

TOTAL THIS BILL          $13,860.67

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

September 7, 2005

Bill Number  84594
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through July 31, 2005

FEDERAL EXPRESS

| | | |
|---|---|---|
| 07/13/05 | To Pachulski Stang Ziehl Young, Scotta McFarland from Casner & Edwards on 06/28/05 by RAM | 13.44 |
| | | $13.44 |

TELEPHONE

| | | | |
|---|---|---|---|
| 07/26/05 | 357 | 4105314545 | 2.20 |
| | | | $2.20 |

TOTAL DISBURSEMENTS          $15.64

Mark A. Shelnitz

TOTAL THIS BILL          $15.64