IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 8466 |

**DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)**

The Debtors hereby request authority pursuant to Del Bankr. L.R. 9006-1(d) to file a reply in further support of the Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) (Docket No. 8466) (the "11th Omnibus Objection"), which is currently scheduled for hearing before this Court on September 26, 2005 at 12:00 p.m.

The Debtors seek leave to file a reply regarding the claim filed against the Debtors by Mark C. Barnett, claim no. 2107. Mr. Barnett has not filed any reply or response with the Court, but has simply responded to Debtors' counsel with handwritten notes on the notice regarding the objection to his claim. The Debtors request leave to address the legal standards in connection with Mr. Barnett's claim.

WHEREFORE, the Debtors respectfully request entry of an Order granting them authority to file the reply, which is attached hereto as Exhibit 1.

Dated: September 9, 2005

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet S. Baer
        Rachel Reagler Schulman
        200 East Randolph Drive
        Chicago, Illinois 60601
        Telephone: 312/861-2000
        Facsimile: 312/861-2200

        and

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

        _____
        Laura Davis Jones (Bar. No. 2436)
        David W. Carickhoff, Jr. (Bar No. 3715)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 198901)
        Telephone: 302/652-4100
        Facsimile: 302/652-4400

        Co-Counsel for the Debtors and Debtors in Possession

SO ORDERED this ____ day of September, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge