**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF PACHULSKI, STANG, ZIEHL,**
**YOUNG, JONES & WEINTRAUB P.C. FOR THE SIXTEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Interim Fee Application of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. for the Sixteenth Interim Period</u>.

**BACKGROUND**

1.  Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("Pachulski") was retained as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $98,651.50 and costs totaling $114,448.64 for its services from January 1, 2005, through March 31, 2005.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Pachulski an initial report based on our review, and received a response from Pachulski, portions of which response are quoted herein.

## DISCUSSION

3.  In our initial report, we noted that on January 7, 2005, KKY has a time entry listed as 0.70 hours for a total fee of $101.50. The parenthetical entries total only 0.30 hours for a fee of $43.50. The difference in fee totals is $58.00.

| 07/07/05 | KKY | 0.70 | 101.50 | Draft (.1); file (.1); and prepare for filing (.1); affidavit of service for Kirkland & Ellis fee application for November 2004. |

We asked Pachulski to respond as to whether the entry should be treated as an inadvertent oversight and the billings reduced accordingly. The firm responded as follows:

> As to the entry for KYY at 0.70 hrs., the entry should have been for 0.30 hrs. and the bill should be reduced by $58.00.

We appreciate the response and thus recommend a reduction of $58.00 in fees.

4.  We noted that on March 23, 2005, PEC appears to have a duplicate entry. The entries are provided below.

| 03/23/05 | PEC | 0.60 | 84.00 | Prepare Deloitte Consulting LLP's August 2004 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1). |
| 03/23/05 | PEC | 0.60 | 84.00 | Prepare Deloitte Consulting LLP's August 2004 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1). |

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Pachulski 16int 1-3.05.wpd

We asked Pachulski to confirm that this is a duplication and that the billing of one of the entries should be deducted from the total amount of fees requested. The firm responded as follows:

> As to what appears to be duplicative entries for PEC regarding the Deloitte Consulting August fee app, one entry should have been for the August fee app and the second entry should have been for the September fee app. As such, I don't believe the time billed was duplicative, but that the entry was not accurate.

We appreciate the response and offer no objection to these fees.

## CONCLUSION

5. Thus we recommend approval of fees totaling $98,593.50 ($98,651.50 minus $58.00) and costs totaling $114,448.64 for Pachulski's services from January 1, 2005, through March 31, 2005.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 9th day of September, 2005.

_____
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Laura Davis Jones
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

**Counsel for the Applicant**
OF COUNSEL
John C. Goodchild, III
Christine M. Lipski
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103

Kathleen M. Miller
SMITH, KATZENSTEIN & FURLOW LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801