**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP**
**FOR THE SIXTEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Pricewaterhouse Coopers LLP for the Sixteenth Interim Period (the "Application").

**BACKGROUND**

1. PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and auditors for the Debtors and Debtors in Possession. In the Application, PwC seeks approval of fees totaling $1,119,455.03 and costs totaling $8,429.23 for its services from January 1, 2005, through March 31, 2005.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on PwC an initial report based on our review, and received a response from PwC, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted 11 travel entries totaling 10.5 hours and $1,762.65 ($3,917.00 before 55% discount) for which time appears to have been billed at full hourly rates rather than at 50% of normal billing rates. The entries are provided as Exhibit A. Rule 2016-2(d)(viii) states, "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." We asked PwC to explain why the billing for these time entries should not be reduced by 50%. PwC responded as follows:

> We agree with your comment and to a corresponding fee reduction of $881.32 ($1,762.65 x 50%).

We appreciate the response and thus recommend a reduction of $881.32 in fees.

4.      We noted multiple entries in the Application totaling 105.5 hours and $14,135.69 ($31,412.65 before 55% discount) describing the keeping, entering or updating of time and/or expenses charged to the estate. The entries are provided as Exhibit B. Paragraph II.E.7. of the U.S. Trustee Guidelines provides in part: "Overhead consists of all continuous administrative or general costs incident to the operation of the applicant's office and not particularly attributable to an individual client or case. Overhead includes word processing, proofreading, secretarial and other clerical services..." While preparation of fee applications for bankruptcy courts is customarily

compensable, simply keeping descriptive, useful time records for edification of the client, creditors and court is typically not compensable. In re Gillette Holdings, Inc., 137 B.R. 475, 482 (Bankr.D.Colo. 1992). We understand there is sometimes a certain amount of editing required to bring time and expense entries into compliance with the Local Rules and prepare them for attachment to the Application. However, it appears to us that PwC professionals were billing for time spent entering their time, which is the cost of doing business. We asked the firm to explain why the fees billed for these tasks should be compensable. PwC responded as follows:

> We agree with your comment and therefore a corresponding fee reduction of $14,135.69.

We appreciate the response and thus recommend a reduction of $14,135.69.

5. We noted five entries totaling 9.4 hours and $1,145.56 ($2,545.70 before 55% discount) for tasks other than timekeeping which we believe also should be considered as administrative overhead and therefore not compensable. The entries are provided below.

| Date | | Hours | Description |
|---|---|---|---|
| 03/22/05 | PS | 0.50 | Work on performance appraisal for Matt Bosseler (PwC). |
| 03/30/05 | PR | 0.30 | Sign independence confirmation |
| 03/02/05 | NS | 1.20 | Order and pick up overtime meal for team. |
| 03/07/05 | NS | 4.20 | Clean out workspaces at Grace Columbia Site, Recycle files, organize supplies |
| 03/08/05 | NS | 3.20 | More cleaning of Grace cubicles and office; shredding extraneous or unnecessary papers especially those w/employee SSNs and wage information |

We asked PwC to explain why the time billed for these tasks should be viewed as compensable. PwC responded as follows:

> We have examined each time entry you noted above, and we agree with your

comment and consequently a fee reduction for 9.4 hours, totaling $1,145.56 (after accounting for the appropriate accrual rate reduction).

We appreciate the response and recommend a reduction of $1,145.56 in fees.

## CONCLUSION

6.  Thus we recommend approval of fees totaling $1,103,292.46 ($1,119,455.03 minus $16,162.57) and costs totaling $8,429.23 for PwC's services from January 1, 2005, through March 31, 2005.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 9th day of September, 2005.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Ryan Grady
PricewaterhouseCoopers LLP
1751 Pinnacle Drive
11th Floor
McLean, VA 22102-3811

**Counsel for the Applicant**
OF COUNSEL
John C. Goodchild, III
Christine M. Lipski
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103

Kathleen M. Miller
SMITH, KATZENSTEIN & FURLOW LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 141
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Exhibit A

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 01/20/05 | WTB | 1.00 | Travel to Grace Performance Chemicals in Boston |
| 01/25/05 | WTB | 1.00 | Travel from Grace |
| 01/10/05 | EM | 0.80 | Travel in excess of business hours (overtime meal) |
| 01/11/05 | EM | 1.10 | Travel in excess of business hours (overtime meal) |
| 01/13/05 | EM | 1.00 | Travel in excess of business hours (overtime meal) |
| 01/14/05 | EM | 0.80 | Go to the post office to mail out the bankruptcy court filing. |
| 01/17/05 | EM | 0.80 | Travel in excess of business hours (overtime meal) |
| 01/18/05 | EM | 0.80 | Travel in excess of business hours (overtime meal) |
| 01/20/05 | EM | 1.00 | Travel in excess of business hours (overtime meal) |
| 01/24/05 | EM | 0.70 | Travel in excess of business hours (overtime meal) |
| 02/14/05 | MD | 1.50 | Driving during business hours |

Exhibit B

| Date | Initials | Hours | Description |
|---|---|---|---|
| 01/12/05 | PR | 1.00 | Documenting the time and expense for the month of December |
| 01/17/05 | PR | 1.00 | Recording time and expense for GFS for Grace |
| 01/04/05 | MJA | 2.00 | Doing time report |
| 01/10/05 | MJA | 0.50 | Doing time reporting |
| 01/13/05 | MJA | 1.00 | Doing time report |
| 01/17/05 | MJA | 2.00 | Time for December |
| 01/21/05 | MJA | 0.50 | Doing expense reporting |
| 01/12/05 | NS | 0.70 | Begin January personal time and expense tracking |
| 01/04/05 | LM | 1.10 | November expense reporting |
| 01/11/05 | BR | 1.00 | Update Time Tracking spreadsheet for past 2 days |
| 01/13/05 | BR | 0.90 | Update time tracking spreadsheet for past 2 days |
| 01/15/05 | BR | 1.00 | Update Time Tracking spreadsheet for past 2 days |
| 01/19/05 | BR | 0.70 | Update time tracking spreadsheet |
| 01/20/05 | BR | 0.90 | Update Time Tracking spreadsheet |
| 01/21/05 | BR | 1.00 | Update Time Tracking spreadsheet |
| 01/11/05 | JN | 1.00 | Detail time analysis for bankruptcy court |
| 01/11/05 | HS | 1.00 | Detail time analysis for bankruptcy court (finalized) |
| 01/14/05 | HA | 2.00 | Expense tracking analysis for December 2004 |
| 01/19/05 | HA | 3.00 | Time tracking analysis for December 2004 |
| 01/17/05 | NS | 2.00 | Format December T&E and email to A. Reeder (PwC); Type up the first half of January time & expense |

| Date | Initials | Hours | Description |
|---|---|---|---|
| 01/17/05 | LM | 1.50 | Time and Expense tracking January |
| 01/03/05 | EM | 2.30 | November Time Tracking compilation for the bankruptcy courts (for all of Grace Audit/Sarbanes Team) |
| 01/03/05 | EM | 1.90 | November Time Tracking compilation for the bankruptcy courts (for all of Grace Audit/Sarbanes Team) |
| 01/13/05 | EM | 0.80 | Continue updating November time reports, email to R. Grady (PwC) |
| 01/24/05 | MD | 1.50 | December 2004 time and expense reporting |
| 01/17/05 | AR | 1.00 | Compiling Time Tracking |
| 01/24/05 | AR | 1.00 | Compiling Time Tracking |
| 01/28/05 | AR | 3.00 | Compiling Time Tracking |
| 02/19/05 | WTB | 2.00 | Summarize time and expenses |
| 02/25/05 | PR | 2.50 | Documenting Time and Expense for January bankruptcy reporting |
| 02/01/05 | MJA | 1.00 | Doing time and expenses for January |
| 02/02/05 | MJA | 0.50 | Doing time report |
| 02/07/05 | MJA | 1.00 | Doing time report |
| 02/08/05 | MJA | 1.00 | Doing time report |
| 02/11/05 | MJA | 2.00 | Doing time report |
| 02/14/05 | MJA | 1.10 | Doing time report |
| 02/18/05 | MJA | 1.00 | Reporting time |
| 02/23/05 | MJA | 2.00 | Doing time reporting |
| 02/23/05 | MJA | 0.60 | Doing expense reporting |
| 10/20/04 | NB | 0.70 | Document time for first three days of audit. |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 10/25/04 | NB | 0.60 | | Document time for Thursday and Friday. |
| 10/27/04 | NB | 0.70 | | Document time for Monday through Wednesday. |
| 10/29/04 | NB | 1.20 | | Document Thursday and Friday time and review documentation for interim work for accuracy. |
| 02/04/05 | JN | 0.30 | | Prepare time sheet for bankruptcy court. |
| 02/04/05 | HS | 4.00 | | Detail time analysis for bankruptcy court - January |
| 02/04/05 | HS | 0.20 | | Detail expense analysis for bankruptcy court - January |
| 02/04/05 | HS | 1.00 | | Detail time analysis for bankruptcy court - February |
| 02/04/05 | HS | 0.20 | | Detail expense analysis for bankruptcy court - February |
| 02/01/05 | RG | 0.20 | 73.80 | Update time tracking |
| 02/03/05 | RG | 0.60 | 221.40 | Update time tracking |
| 02/04/05 | RG | 0.30 | 110.70 | Update time tracking |
| 02/09/05 | RG | 0.20 | 73.80 | Update time tracking |
| 02/21/05 | RG | 0.60 | 221.40 | Update time tracking |
| 02/25/05 | RG | 0.20 | 73.80 | Update time tracking |
| 02/28/05 | RG | 0.20 | 73.80 | Update time tracking |
| 02/03/05 | DW | 1.00 | 251.00 | Time tracking |
| 02/07/05 | DW | 1.00 | 251.00 | Time tracking |
| 02/10/05 | DW | 0.50 | 125.50 | Time tracking |
| 02/16/05 | DW | 1.50 | 376.50 | Time tracking |
| 02/01/05 | NS | 1.50 | 376.50 | Compile explanations for January Bankruptcy reporting |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 02/03/05 | NS | 0.80 | 200.80 | Type up January Expense file for Bankruptcy reporting |
| 02/23/05 | NS | 0.30 | 75.30 | Send January T&E Files to A. Reeder (PwC) |
| 02/03/05 | EM | 1.00 | 213.00 | Compile January expenses |
| 02/25/05 | MD | 0.80 | 438.40 | Prepare time and expense tracking for January 2005 |
| 00/00/00 | MZ | 2.00 | 738.00 | Preparing time and expense reports |
| 02/20/05 | HA | 0.50 | 184.50 | Expense tracking for January 2005 |
| 02/20/05 | HA | 0.50 | 184.50 | Expense tracking for February 2005 |
| 02/20/05 | HA | 2.50 | 922.50 | Time tracking for February 2005 |
| 02/24/05 | HA | 3.50 | 1291.50 | Expense tracking for January 2005 |
| 02/01/05 | PR | 1.00 | 332.00 | Time and Expense for January |
| 02/16/05 | PR | 0.20 | 66.40 | Submitting time and expense |
| 03/01/05 | PR | 0.50 | | Time and Expense for February end of the month |
| 03/30/05 | PR | 0.50 | | Input March time for the last half of March |
| 03/01/05 | MJA | 0.70 | | Doing time report |
| 03/05/05 | MJA | 2.00 | | Summarize time and expense report |
| 03/09/05 | NS | 0.80 | | Update fee tracking spreadsheet |
| 01/04/05 | LM | 1.10 | | November expense reporting |
| 01/07/05 | RG | 0.20 | 73.80 | Update time tracking |
| 01/12/05 | RG | 0.30 | 110.70 | Update time tracking |
| 01/12/05 | RG | 0.50 | 184.50 | Update time tracking |
| 01/13/05 | RG | 0.30 | 110.70 | Update time tracking |

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 01/17/05 | RG | 0.30 | 110.70 | Update time tracking |
| 01/20/05 | RG | 0.20 | 73.80 | Update time tracking |
| 01/22/05 | RG | 0.30 | 110.70 | Update time tracking |
| 01/24/05 | RG | 0.30 | 110.70 | Update time tracking |
| 01/27/05 | RG | 0.60 | 221.40 | Update time tracking |
| 03/03/05 | RG | 0.30 | | Update time tracking |
| 03/21/05 | RG | 0.20 | | Update time tracking |
| 03/25/05 | RG | 0.40 | | Update time tracking |
| 03/31/05 | RG | 0.50 | | Update time tracking |
| 03/08/05 | NS | 1.40 | 251.00 | Begin compiling February time and expense bankruptcy files |
| 03/07/05 | EM | 1.30 | 276.90 | Complete January Time tracking and email to Allison Reeder (PwC) |
| 03/31/05 | EM | 3.10 | 660.30 | Compile February Time and Expense |
| 03/25/05 | MB | 1.00 | 437.00 | Create time report for February |
| 03/24/05 | ADR | 1.50 | 622.50 | Create time tracking detail for submission to courts |
| 03/04/05 | ML | 1.00 | 526.00 | Time to track time and enter time |
| 03/01/05 | DW | 1.00 | 251.00 | Time tracking |
| 03/02/05 | MM | 1.00 | 251.00 | WR Grace January Timesheet documentation |
| 03/03/05 | MM | 1.00 | 251.00 | WR Grace January Timesheet documentation |
| 03/03/05 | LM | 0.90 | 298.80 | Time and expense tracking for the Month of January |
| 03/31/05 | MD | 1.50 | 822.00 | Prepare time and expense tracking for February 2005 |