# EXHIBIT "H"

# Social Security Number Matched CMS Plaintiffs

**Vendor Count of Plaintiff**

| | Vendor Id | Vendor Name | Count |
|---|---|---|---|
| (1) | SILBERPEADA | Silber Pearlman | 30 |
| (2) | BRUEGGJOSDA | Law Office Of Joseph F. Bruegger | 12 |
| (3) | FOSTERSEAAR | Foster & Sear | 12 |
| (4) | ROBINSCLOHO | Robins Cloud Greenwood & Lubel | 5 |
| (5) | BARONBUDDA | Baron & Budd | 3 |
| (6) | HOSSLEASSDA | Hossley & Associates PLLC | 2 |
| (7) | BALDWIBALMA | Baldwin & Baldwin | 2 |
| (8) | LANIERPARHO | Lanier Parker & Sullivan P.C. | 1 |
| (9) | GREENBLAHO | Green & Black LLP | 1 |
| (10) | LANIERWILHO | Lanier & Wilson | 1 |
| (11) | MORRISSAKHA | Morris & Sakalarios | 1 |
| (12) | TAYLORCIRHO | Tayllor & Cire | 1 |
| (13) | NIXLAWDA | Nix Law Firm | 1 |
| (14) | PARKERPARPO | Parker & Parks L.L.P. | 1 |
| (15) | PARKSCHRPO | Christopher M. Parks | 1 |
| (16) | REAUDMORBE | Reaud Morgan & Quinn | 1 |
| (17) | SIMONLAWAR | The Simon Law Firm, P.C. | 1 |
| (18) | NEGEMBICTY | Negem & Bickham | 1 |

**Disposition Type Count**

| Disposed Type | Count |
|---|---|
| SET | 42 |
| LIQ | 26 |
| No Disposition | 8 |