# EXHIBIT "H"

## List of Plaintiffs

## Social Security Number Matched CMS Plaintiffs

| | id | Last | First | Middle | DOB | Social Security Number Silica Plaintiffs | Social Security Number CMS | Last | First | Middle | Case.Id | Party.Id | State | Disposed Date | Disposition Type | Vendor.Id | Vendor Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | 7 | Forgus | Carroll | H. | 11/03/38 | 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 | 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 | Forgus | Carroll | H. | 98-05505 | 342172 | TX | 04/11/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (2) | 24 | Chandler | Robert | L. | 06/16/41 | 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 | 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 | Chandler | Robert | L. | 98-04898 | 335034 | TX | 01/01/00 | SET | SILBERPEADA | Silber Pearlman |
| (3) | 25 | Moake | Joe | A. | 03/23/31 | 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 | 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 | Moake | Joe | A. | 97-07002 | 317593 | TX | 06/29/00 | SET | SILBERPEADA | Silber Pearlman |
| (4) | 33 | Green, Sr. | Robert | L. | 07/21/35 | 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 | 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 | Green, Sr | Robert | L. | 98-08343 | 320949 | TX | 11/21/00 | SET | SILBERPEADA | Silber Pearlman |
| (5) | 61 | Rusher | Richard | S. | 02/24/46 | 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 | 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 | Rusher | Richard | S. | 98-06900 | 345063 | TX | 06/09/00 | SET | FOSTERSEAAR | Foster & Sear |
| (6) | 66 | Arizmendi | Ubaldo | C. | 06/26/23 | 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 | 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 | Arizmendi | Ubaldo | C. | 98-02711 | 328894 | TX | 05/10/00 | SET | SILBERPEADA | Silber Pearlman |
| (7) | 67 | Hamilton, Sr. | Alton | W. | 07/13/38 | 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 | 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 | Hamilton, Sr | Alton | W. | 98-01229 | 325536 | TX | 11/27/00 | SET | SILBERPEADA | Silber Pearlman |
| (8) | 76 | Francis | Willis, Sr. | C. | | 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 | 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 | Ingles | Donald | C. | 98-08854 | 364331 | TX | 08/28/00 | SET | FOSTERSEAAR | Foster & Sear |
| (9) | 77 | Nicholson | Thomas | L. | 04/18/40 | 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 | 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 | Nicholson | Thomas | L. | 97-04427 | 308823 | TX | 01/01/00 | SET | SILBERPEADA | Silber Pearlman |
| (10) | 83 | King | John | L. | 03/03/34 | 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 | 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 | King | John | L. | 97-07733 | 319550 | TX | | SET | SILBERPEADA | Silber Pearlman |
| (11) | 86 | Ashford | John | | 08/13/33 | 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 | 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 | Ashford | John | | 97-01345 | 293919 | TX | 05/09/00 | SET | SILBERPEADA | Silber Pearlman |
| (12) | 93 | Allen | Marce | D. | 09/25/47 | 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 | 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 | Allen | Marce | D. | 97-04825 | 312000 | TX | 08/11/00 | SET | SILBERPEADA | Silber Pearlman |
| (13) | 96 | Patton | Maurice | B. | 03/10/33 | 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 | 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 | Patton | Maurice | B. | 97-07326 | 318281 | TX | 10/12/99 | SET | SIMONLAWAR | The Simon Law Firm, P.C. |
| (14) | 97 | Creswell, Jr. | Roy | J. | 01/05/51 | 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 | 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 | Creswell, Jr | Roy | J. | 97-07376 | 318508 | TX | 04/19/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (15) | 99 | Petteway, Jr. | Wilmer | | 07/22/41 | 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 | 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 | Petteway, Jr | Wilmer | | 97-07002 | 317594 | TX | 06/29/00 | SET | SILBERPEADA | Silber Pearlman |
| (16) | 109 | Madria | Hillary | | 06/01/47 | 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 | 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 | Madria | Hillary | | 97-08263 | 320745 | TX | 12/15/00 | SET | SILBERPEADA | Silber Pearlman |
| (17) | 120 | Bustamente | Ramon | | 11/29/35 | 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 | 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 | Bustamante | Ramon | | 97-04546 | 309217 | TX | 06/29/00 | SET | SILBERPEADA | Silber Pearlman |
| (18) | 123 | Roque | Fulgencio | | 01/15/28 | 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 | 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 | Roque | Fulgencio | | 98-09199 | 365659 | TX | 04/19/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (19) | 143 | Browning | James | W. | 02/19/40 | 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 | 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 | Browning | James | W. | 2000-02219 | 419590 | TX | 11/28/00 | SET | ROBINSCLOHO | Robins Cloud Greenwood & Lubel |
| (20) | 149 | Bobb | Harold | | 07/01/35 | 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 | 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 | Bobb | Harold | | 99-02032 | 382183 | TX | | SET | FOSTERSEAAR | Foster & Sear |
| (21) | 155 | James | Carl | | 08/13/27 | 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 | 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 | James, Sr. | Carl | | 97-05342 | 313675 | TX | 05/24/00 | SET | SILBERPEADA | Silber Pearlman |
| (22) | 173 | Louviere | Elie | R. | 11/24/28 | 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 | 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 | Louviere | Roy | R. | 98-01812 | 326845 | TX | 07/25/00 | SET | SILBERPEADA | Silber Pearlman |
| (23) | 178 | Martinez | Francisco | G. | 10/05/36 | 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 | 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 | Martinez, Sr | Francisco | G. | 99-03354 | 386936 | TX | 06/29/00 | SET | SILBERPEADA | Silber Pearlman |
| (24) | 187 | Orr, Jr. | Curtis | | 04/29/36 | 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 | 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 | Orr, Jr | Curtis | | 97-06353 | 316118 | TX | 08/11/00 | SET | SILBERPEADA | Silber Pearlman |
| (25) | 218 | fr | Albert | | 01/19/31 | 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 | 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 | Suell | Albert | | 97-07325 | 318275 | TX | 01/27/98 | SET | BARONBUDDA | Baron & Budd |
| (26) | 218 | fr | Albert | | 01/19/31 | 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 | 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 | Suell | Albert | | 97-07325 | 318275 | TX | 01/27/98 | SET | NEGEMBICTY | Negem & Bickham |
| (27) | 224 | Johnson | Clyde | | 09/19/34 | 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 | 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 | Johnson | Clyde | | 97-08262 | 320731 | TX | 04/18/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (28) | 230 | Salazar | Frank | A. | 07/23/43 | 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 | 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 | Salazar | Frank | A. | 2000-16224 | 470382 | TX | 10/05/01 | LIQ | FOSTERSEAAR | Foster & Sear |
| (29) | 234 | Harris | Richard | | 01/15/29 | 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 | 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 | Harris | Richard | | 99-00832 | 376766 | TX | 09/12/01 | LIQ | BRUEGGJOSDA | Law Office Of Joseph F. Bruegger |
| (30) | 239 | Gibson | Melvin | L. | 05/03/42 | 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 | 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 | Gibson | Melvin | L. | 99-10563 | 444457 | TX | 02/16/01 | SET | SILBERPEADA | Silber Pearlman |
| (31) | 264 | Daniel, Sr. | George | | 10/25/30 | 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 | 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 | Daniels, Sr | George | | 98-02731 | 329080 | TX | 05/22/00 | SET | SILBERPEADA | Silber Pearlman |
| (32) | 389 | Harris | Charlie | | 09/12/33 | 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 | 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 | Harris, Sr | Charlie | | 97-07373 | 318478 | TX | 07/13/00 | SET | SILBERPEADA | Silber Pearlman |
| (33) | 409 | Owens | Venard | | 10/14/33 | 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 | 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 | Owens | Venard | | 98-09464 | 367717 | TX | 04/17/01 | SET | SILBERPEADA | Silber Pearlman |
| (34) | 412 | Bedar | Lewis | | 01/01/37 | 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 | 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 | Bedar | Lewis | | 2000-04472 | 436575 | TX | 04/11/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (35) | 413 | Caddell | Larry | D. | 01/29/49 | 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 | 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 | Caddell | Larry | D. | 2000-05017 | 439334 | TX | 04/12/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (36) | 414 | Clayton | Hubert | D. | 08/18/49 | 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 | 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 | Clayton | Hubert | D. | 2000-04708 | 437308 | TX | 04/11/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (37) | 415 | Cleveland | John | L. | 10/03/46 | 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 | 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 | Cleveland | John | L. | 2000-04187 | 430856 | TX | 04/12/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (38) | 416 | Cox | Cora | | 12/17/36 | 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 | 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 | Cox | Cora | | 2000-04472 | 436577 | TX | 04/11/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (39) | 419 | Jones | Willie | V. | 08/09/36 | 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 | 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 | Jones | Willis | V. | 2000-07864 | 449275 | TX | 04/12/01 | LIQ | BRUEGGJOSDA | Law Office Of Joseph F. Bruegger |
| (40) | 420 | Morris | Bobby | G. | 08/28/32 | 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 | 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 | Morris | Bobby | G. | 2000-07864 | 449278 | TX | 04/12/01 | LIQ | BRUEGGJOSDA | Law Office Of Joseph F. Bruegger |
| (41) | 421 | Rash | John | A. | 11/22/32 | 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 | 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 | Rash | John | A. | 2000-04014 | 428621 | TX | 04/11/01 | LIQ | BRUEGGJOSDA | Law Office Of Joseph F. Bruegger |

**List of Plaintiffs**

**Social Security Number Matched CMS Plaintiffs**

| | Id | Last Name | First | Middle | DOB | Social Security Number Silica Plaintiffs | Social Security Number CMS | Last Name | First | Middle | Case Id | Party Id | State | Disposed Date | Disposition Type | Vendor Id | Vendor Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (42) | 423 | Sims | Thomas | W. | 01/15/42 | 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 | 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 | Sims | Thomas | W. | 2000-04708l | 437307 | TX | 04/11/01 | LIQ | BRUEGGJOSDA | Law Office Of Joseph F. Bruegger |
| (43) | 600 | Carrell | Robbie | | 11/23/19 | 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 | 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 | Carrell | Robbie | | 98-10274l | 370427 | TX | 03/13/01 | SET | BRUEGGJOSDA | Law Office Of Joseph F. Bruegger |
| (44) | 608 | Salinas | Mike | | 09/16/25 | 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 | 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 | Salinas | Mike | | 98-01676l | 326450 | TX | 04/11/01 | LIQ | BRUEGGJOSDA | Law Office Of Joseph F. Bruegger |
| (45) | 645 | Crowson | Richard | L. | | 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 | 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 | Crowson | Richard | L. | 2001-00249l | 505008 | TX | 04/25/01 | LIQ | ROBINSCLOHO | Robins Cloud Greenwood & Lubel |
| (46) | 651 | Shelby, Jr. | John | H. | | 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 | 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 | Shelby, Jr | John | H. | 99-02223l | 382691 | TX | 03/06/02 | LIQ | FOSTERSEAAR | Foster & Sear |
| (47) | 836 | Boone, Jr. | Willie | L. | | 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 | 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 | Boone, Jr | Willie | L. | 98-02292l | 327934 | TX | 04/12/01 | LIQ | SILBERPEADA | Silber Pearlman |
| (48) | 855 | Davis | Howard | C. | 03/03/30 | 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 | 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 | Davis | Howard | C. | 98-10063l | 369422 | TX | 06/09/00 | SET | FOSTERSEAAR | Foster & Sear |
| (49) | 882 | Patton | James | E. | | 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 | 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 | Patton | James | E. | 2001-00249l | 505087 | TX | 04/24/01 | LIQ | ROBINSCLOHO | Robins Cloud Greenwood & Lubel |
| (50) | 892 | Avila | Jose | E. | 10/26/43 | 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 | 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 | Avila | Jose | E. | 98-08354l | 362707 | TX | 09/12/00 | SET | SILBERPEADA | Silber Pearlman |
| (51) | 1011 | Harris | Billy | B. | 07/13/41 | 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 | 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 | Harris | Billy | B. | 98-08001l | 361906 | TX | 02/16/01 | SET | FOSTERSEAAR | Foster & Sear |
| (52) | 1261 | Beauchamp | Edward | R. | 08/14/43 | 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 | 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 | Beauchamp | Edward | R. | 95-08661l | 211163 | TX | 12/30/96 | SET | NIKLAWDA | Nix Law Firm |
| (53) | 1478 | Carrier | Joseph | H. | 09/16/33 | 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 | 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 | Carrier | Joseph | H. | 2000-04012l | 428546 | TX | | | PARKERPARPO | Parker & Parks L.L.P. |
| (54) | 1498 | Smith | Roosevelt | | 10/30/34 | 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 | 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 | Smith | Roosevelt | | 2000-01396l | 441509 | MS | 07/12/00 | SET | TAYLORCIRHO | Taylor & Cire |
| (55) | 1539 | Morales | Thomas | | 09/05/38 | 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 | 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 | Morales | Thomas | | 97-01737l | 294724 | TX | 03/08/00 | SET | SILBERPEADA | Silber Pearlman |
| (56) | 1564 | Morris | Timothy | E. | 04/12/54 | 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 | 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 | Morris | Timothy | E. | 98-08199l | 207090 | TX | 08/10/98 | SET | BALDWIBALMA | Baldwin & Baldwin |
| (57) | 1664 | Davila | Miguel | S. | 08/18/42 | 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 | 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 | Davila | Miguel | S. | 98-10021l | 369209 | TX | 03/15/01 | SET | FOSTERSEAAR | Foster & Sear |
| (58) | 1695 | Barrientos | Richard | | 06/02/46 | 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 | 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 | Barrientos | Richard | | 99-01895l | 381713 | TX | | | PARKSCHRPO | Christopher M. Parks |
| (59) | 1699 | Canales | Jesus | R. | 02/28/28 | 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 | 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 | Conales | Jesus | R. | 89-00679l | 290178 | TX | 06/04/01 | LIQ | REAUDMORBE | Reaud Morgan & Quinn |
| (60) | 1716 | Williams | Carral | | 01/28/40 | 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 | 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 | Williams | Carral | | 2001-00249l | 505069 | TX | 04/26/01 | LIQ | ROBINSCLOHO | Robins Cloud Greenwood & Lubel |
| (61) | 1779 | Perez | Benito | A. | 12/16/49 | 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 | 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 | Perez | Benito | A. | 95-02580l | 396841 | TX | | | LANIERWILHO | Lanier & Wilson |
| (62) | 1805 | DeLeon | Jesus | J. | 10/14/37 | 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 | 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 | Deleon | Jesse | J. | 97-05092l | 313098 | TX | 12/15/00 | SET | SILBERPEADA | Silber Pearlman |
| (63) | 1823 | Ellis | William | G. | 02/25/40 | 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 | 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 | Ellis | William | G. | 97-02147l | 295663 | TX | 05/24/00 | SET | SILBERPEADA | Silber Pearlman |
| (64) | 1858 | Carlucci | Greg | | 10/29/56 | 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 | 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 | Carlucci | Gregory | | 98-06136l | 491288 | TX | 02/20/01 | SET | HOSSLEASSDA | Hossley & Associates PLLC |
| (65) | 1899 | Hamilton | Elton | D. | 05/11/51 | 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 | 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 | Hamilton | Elton | D. | 2000-08597l | 451267 | TX | 09/27/01 | LIQ | FOSTERSEAAR | Foster & Sear |
| (66) | 1937 | Nail | Vilace | L. | 08/21/27 | 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 | 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 | Nail | Vilace | L. | 2000-01348l | 415515 | TX | 08/09/01 | LIQ | BARONBUDDA | Baron & Budd |
| (67) | 2048 | White | William | R. | 02/02/54 | 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 | 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 | White | William | R. | 97-07374l | 318495 | TX | 07/14/00 | SET | SILBERPEADA | Silber Pearlman |
| (68) | 2053 | Johnson | Joseph | | 02/14/44 | 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 | 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 | Johnson | Joseph | | 2000-16213l | 470136 | TX | | | ROBINSCLOHO | Robins Cloud Greenwood & Lubel |
| (69) | 2305 | Dargin | James | F. | 12/25/46 | 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 | 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 | Dargin | James | F. | 95-08054l | 205821 | TX | 01/01/00 | SET | SILBERPEADA | Silber Pearlman |
| (70) | 2588 | Mills | Cornelius | D. | 05/15/37 | 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 | 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 | Mills, Jr | Cornelius | D. | 2000-02008l | 418968 | TX | 10/16/00 | SET | HOSSLEASSDA | Hossley & Associates PLLC |
| (71) | 2727 | Austin | Robert | L. | 02/25/25 | 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 | 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 | Austin | Robert | L. | 2000-06679l | 444589 | TX | | | LANIERPARHO | Lanier Parker & Sullivan P.C. |
| (72) | 2849 | Casas | Jose | A. | 03/29/48 | 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 | 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 | Casas | Jose | A. | 95-08817l | 211354 | TX | 06/11/98 | SET | GREENBLAHO | Green & Black LLP |
| (73) | 2869 | Moon | Raymond | | 05/02/44 | 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 | 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 | Moon | Raymond | | 98-04799l | 435560 | TX | 05/30/00 | SET | BALDWIBALMA | Baldwin & Baldwin |
| (74) | 2936 | Charles | Arthur | L. | 02/07/47 | 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 | 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 | Charles | Arthur | L. | 94-04654l | 160248 | TX | 01/02/98 | SET | BARONBUDDA | Baron & Budd |
| (75) | 2944 | Matthews | Matt | R. | 07/16/36 | 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 | 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 | Matthews | Matt | R. | 2001-06332l | 507428 | MS | | | MORRISSAKHA | Morris & Sakalarios |
| (76) | 2950 | Walston | Ernest | G. | 09/17/47 | 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 | 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 | Walston | Ernest | G. | 2000-01597l | 417721 | TX | 03/15/01 | SET | FOSTERSEAAR | Foster & Sear |
| (77) | 3482 | Moss | Gene | H. | 09/07/31 | 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 | 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 | Moss | Gene | H. | 2000-07862l | 449260 | TX | 10/05/01 | LIQ | FOSTERSEAAR | Foster & Sear |