# EXHIBIT "I"

United States District Court
Southern District of Texas
FILED

JUL 18 2005

Michael N. Milby
Clerk of Court

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 18 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO: MDL-03-1553 |
| | ) |
| | ) Corpus Christi, Texas |
| SILICA PRODUCTS | ) |
| LIABILITY LITIGATION | ) Thursday, June 30, 2005 |
| | ) (5:52 p.m. to 5:56 p.m.) |
| | ) |
| | ) |
| | ) |

TELEPHONE CONFERENCE

BEFORE THE HONORABLE JANIS GRAHAM JACK,
UNITED STATES DISTRICT COURT JUDGE

Appearances:      (See next page)

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

Exceptional Reporting Services, Inc.      361 949-2988

Page 2

APPEARANCES FOR:

Plaintiffs' Executive
Committee:

    KATHRYN SNAPKA, ESQ
    Snapka & Turman
    P.O. Drawer 23017
    Corpus Christi, TX 78403

    GREGORY GOWAN, ESQ
    Watts Law Firm
    Tower II Bldg., 14th Floor
    555 N. Carancahua St.
    Corpus Christi, TX 78478

Humble Sand Co., et al:

    FRED KRUTZ, ESQ
    Forman Perry Watkins, et al.
    One Jackson Place
    188 East Capitol St., #200
    Jackson, MS 39201

Court Recorder:     Velma Gano

Transcriber:

    Toni Hudson
    Exceptional Reporting Services
    15213 Cartagena Ct.
    Corpus Christi, TX 78418
    361 949-2988

Page 3

1    Corpus Christi, Texas; Thursday, June 30, 2005; 5:52 p.m.
2                    (Telephone Conference)
3                    (Call to Order)
4         THE CLERK: Court calls MDL C-03-1553, In Re Silica
5    Litigation.
6         May I have appearances please?
7         MS. SNAPKA: Kathryn Snapka.
8         MR. GOWAN: Gregory Gowan.
9         MR. KRUTZ: Fred Krutz.
10        THE COURT: Are you all the lawyers on the line?
11        ALL ATTORNEYS: Yes.
12        THE COURT: Okay. And I understood Mr. Barger is in
13   Greece?
14        MR KRUTZ: I think Italy, your Honor.
15        THE COURT: Well, that's no excuse is it?
16        (Laughter heard)
17        We're entering the order now. It'll take about
18   another hour to get it entered and it ought to be ready on Pacer
19   and CM-ECF by about 7 00 o'clock and I just wanted to give
20   you-all a heads-up on that. It'll be on the website first thing
21   in the morning.
22        Are you there?
23        ALL ATTORNEYS: Yes, your Honor.
24        THE COURT: Okay. One other thing:
25        Today I got a call from the head of the U.S.

Page 4

1   Attorney's Office in Corpus Christi -- not the Southern District
2   but the Corpus Christi Division -- and I had no idea he was
3   going to mention the case but he said he wanted to know how he
4   could get discovery in the case. Someone from the Southern
5   District of Manhattan had called them. So I said well you had
6   to -- I just gave him Liaison Counsel's number but I needed to
7   tell you-all that since somebody mentioned -- you know, talked
8   to me about the case
9           MR. KRUTZ:   Your Honor, Fred Krutz.
10          So the order will be available tomorrow morning?
11          THE COURT:   It'll be available in about an hour on
12  Pacer and CM-ECF. I think you have access to both of those.
13          MR KRUTZ:   Okay, to Pacer, okay.
14          THE COURT:   Pacer you get on the internet.
15          MR. KRUTZ:   Okay (laughs). Yes, your Honor.
16          THE COURT:   And CM-ECF for those who've had the
17  training here, you can log on to that also; you'll have a
18  password.
19          MR. KRUTZ    I gottcha.
20          MR. GOWAN:   Great.
21          THE COURT:   And it'll be on the web page. The web
22  page person is staying late tonight in Houston to try to do that
23  but he can't do it till it's docketed on CM-ECF and so I figure
24  no later than in the morning.
25          MR. GOWAN:   Sounds good.

Page 5

1  THE COURT: Have you-all started, Mr. Krutz, the
2  Application to the Mississippi Supreme Court?
3  MR. KRUTZ: We have a draft of it, your Honor. The
4  only changes that would be made to the draft that we now have,
5  that's pretty ready to file, would be depending on what your
6  order says. We feel like we can get that done within a couple
7  of days.
8  THE COURT: Okay. Well it says that I'm giving you
9  a 30-day stay for the 90 -- there are 90 cases that are eligible
10 for remand to Mississippi.
11 MR. KRUTZ: All righty. That should give us -- it
12 will be filed almost momentarily and then hopefully the Court
13 will act on it.
14 THE COURT: Okay. And -- any other questions?
15 MS. SNAPKA: No, your Honor.
16 MR. KRUTZ: How long is it, your Honor?
17 THE COURT: It's about
18 two-hundred-and-fifty-some-odd pages with about a
19 hundred-and-sixty pages of attachments. I expect you to have
20 read it by in the morning, Mr. Krutz.
21 (Laughter heard)
22 MR. KRUTZ: You're not going to test me on it, are
23 you, your Honor?
24 THE COURT: There'll be a quiz on the 4th of July.
25 MR. KRUTZ: As long as it's multiple choice. I was

Exceptional Reporting Services, Inc.      361 949-2988

Page 6

1  always good at those.
2       (Laughter heard)
3           THE COURT: The old elimination, huh?
4           MR. KRUTZ: That's it.
5           THE COURT: All right. But it turned out much
6  longer than I think I anticipated when I began so ...
7           MR. KRUTZ: Well, thank you, your Honor, for giving
8  us the heads-up.
9           THE COURT: All right. Thank you very much; you're
10 excused.
11      (Attorneys thank the Court)
12      (Telephone conference was concluded at 5:56 p.m.)

Page 7

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Signed                                                   July 18, 2005
                                                         Dated

TONI HUDSON

FEDERALLY-CERTIFIED TRANSCRIBER

Exceptional Reporting Services, Inc.       361 949-2988