# EXHIBIT "M"

| ID | Last | First | Mid | CMS Last | CMS First | Mid | Party Id | SSN | Case Id | Short Name | Case Type | Case Status | Vendor Id | Vendor Name | Disposed Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Connell | Donald | F | Connell | Donald | F | 351223 | 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 | 97-08628 | WEITZ&LUX SET97 - NY | SU | OP | WEITZLUXNY | Weitz & Luxenberg P.C. | 12/15/1997 | SET | $2,500.00 |
| 2 | Barrett | Barry | | | | | | | | | | | | | | | |
| 3 | Kimble | Clarence | | Kimble | Clarence | | 15695 | | 88-15695 | Kimble, Clarenc - CA | SU | CL | WARTNICHASA | Wartnick, Chaber, Harowitz & Tigerman | 07/02/1992 | DIS | $0.00 |
| 4 | Rodgers | Cora | Lee | Rodgers | Cora | | 308023 | | 96-02580 | Aaron, Johnny - TX | SU | OP | LANIERWILHO | Lanier & Wilson | | | |
| 4 | Rodgers | Cora | Lee | Rodgers | Cora | L | 82891 | | 92-04600 | Adcock, Charles - MS | SU | OP | WILSONWMPA | Wm. Roberts Wilson, Jr. P.A. | | | |
| 5 | Ball | Angelean | | | | | | | | | | | | | | | |
| 6 | Fontaine | Samuel | | | | | | | | | | | | | | | |
| 7 | Hart | Robert | | Hart | Robert | | 77308 | | 92-03646 | Adams, Alfred J - LA | SU | CL | AMATOCREGR | Amato & Creely | 07/27/1994 | DIS | $0.00 |
| 7 | Hart | Robert | | Hart | Robert | W | 57184 | 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 | 90-03364 | Kowal, Walter - NY | SU | CL | BARONBUDDA | Baron & Budd | 01/27/1998 | SET | $3,500.00 |
| 7 | Hart | Robert | | Hart | Robert | L | 236833 | 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 | 96-01383 | Barker, Frank - OH | SU | CL | BARONBUDDA | Baron & Budd | 01/27/1998 | SET | $2,250.00 |
| 7 | Hart | Robert | | Hart | Robert | T | 15003 | | 88-15003 | Hart, Robert T. - PA | SU | OP | GREITZLOCPH | Greitzer & Locks | | | |
| 7 | Hart | Robert | | Hart | Robert | E | 250095 | | 96-02210 | Allen, Anita - TX | SU | CL | HILLIAHEABE | Hilliard & Heald, LLP | 04/16/1996 | DIS | $0.00 |
| 7 | Hart | Robert | | Hart | Robert | E | 250095 | | 96-02210 | Allen, Anita - TX | SU | CL | HILLIAMUNCO | Hilliard & Munoz, PLLC | 04/16/1996 | DIS | $0.00 |
| 7 | Hart | Robert | | Hart | Robert | T | 15003 | | 88-15003 | Hart, Robert T. - PA | SU | OP | KAHN | Kahn | | | |
| 7 | Hart | Robert | | Hart | Robert | | 459035 | | 2000-11855 | Hart, Robert - OH | SU | OP | KELLEYFERCL | Kelley & Ferraro L.L.P. | | | |
| 7 | Hart | Robert | | Hart | Robert | L | 236833 | 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 | 96-01383 | Barker, Frank - OH | SU | CL | MANLEYBURCI | Manley Burke Lipton & Cook | 01/27/1998 | SET | $2,250.00 |
| 7 | Hart | Robert | | Hart | Robert | V | 40733 | | 91-05747 | Scordino, Phili - MS | SU | CL | MAPLESLOMPA | Maples & Lomax, P.A. | 06/21/1993 | DIS | $0.00 |
| 7 | Hart | Robert | | Hart | Robert | | 77308 | | 92-03646 | Adams, Alfred J - LA | SU | CL | MAPLESLOMPA | Maples & Lomax, P.A. | 07/27/1994 | DIS | $0.00 |
| 7 | Hart | Robert | | Hart | Robert | | 475936 | | 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 | 2000-16653 Hart, Robert - VA | SU | OP | NICHOLPETPO | Law Offices of Peter Nicholl | | | |
| 7 | Hart | Robert | | Hart | Robert | B | 18298 | | 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 | 89-18298 Hart, Robert B. - TX | SU | CL | REAUDMORBE | Reaud Morgan & Quinn | 01/15/2001 | SET | $21,750.00 |
| 7 | Hart | Robert | | Hart | Robert | T | 15003 | | 88-15003 | Hart, Robert T. - PA | SU | OP | ROSENBKIRPI | Rosenberg Kirshner | | | |
| 7 | Hart | Robert | | Hart | Robert | E | 250095 | | 96-02210 | Allen, Anita - TX | SU | CL | THURGOMARHO | Thurgood Marshall School Of Law | 04/16/1996 | DIS | $0.00 |
| 7 | Hart | Robert | | Hart | Robert | W | 57184 | 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 | 90-03364 | Kowal, Walter - NY | SU | CL | TOCCIDOM | Tocci Dominick | 01/27/1998 | SET | $3,500.00 |
| 7 | Hart | Robert | | Hart | Robert | L | 495846 | | 2001-03587 | May, J - MS | SU | OP | ULMERRANBA | Rance N. Ulmer | | | |
| 8 | Williams | Sammie | | Williams | Sammie | | 295811 | | 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 | 97-02190 Kaven, Shirley - TX | SU | CL | BARONBUDDA | Baron & Budd | 01/27/1998 | SET | $3,500.00 |
| 8 | Williams | Sammie | | Williams | Sammie | | 467130 | | 2000-14954 | Aven, Jr, Rober - TX | SU | OP | BARONBUDDA | Baron & Budd | | | |
| 8 | Williams | Sammie | | Williams | Sammie | L | 517713 | | 2001-08921 | Usher, Otto - TX | SU | OP | LEIBOWDAVSA | Law Offices of David McQuade Leibowitz P.C. | | | |
| 8 | Williams | Sammie | | Williams | Sammie | E | 126628 | 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 | 93-09675 | Williams, Sammi - FL | SU | CL | ROBLESGONMI | Robles & Gonazalez, P.A. | 06/18/1997 | SET | $2,596.00 |
| 8 | Williams | Sammie | | Williams | Sammie | E | 101260 | | 92-09634 | Odom, Jack - FL | SU | CL | ROBLESGONMI | Robles & Gonazalez, P.A. | 04/13/1993 | DIS | $0.00 |
| 9 | Hyatt | James | | Hyatt | James | L | 337155 | 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 | 98-04146 | Noble, Maxwell - MS | SU | OP | CAMPBEHARJA | Campbell Cherry Harrison Davis Dove | 07/03/2001 | LIQ | $1,750.00 |
| 9 | Hyatt | James | | Hyatt | James | L | 337155 | 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 | 98-04146 | Noble, Maxwell - MS | SU | OP | EAVESLAWJA | Eaves Law Firm | 07/03/2001 | LIQ | $1,750.00 |
| 10 | Orr | Sammie | | | | | | | | | | | | | | | |