# EXHIBIT "N"

| ID | Last | First | CMS Last | CMS First | Mid | Party Id | Case ID | Short Name | Status | Vendor Id | Vendor | Disposed Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Weaver | Donny | | | | | | | | | | | | |
| 2 | Shields | Zettie | Shields | Zettie | | 509188 | 99-00830 | Andre, Larry - MS | OP | LUCKEYALWOC | The Law Firm of Alwyn Luckey | 05/09/2001 | LIQ | $1,250.00 |
| 3 | Coleman | Effie | Coleman | Effie | | 508683 | 99-00830 | Andre, Larry - MS | OP | LUCKEYALWOC | The Law Firm of Alwyn Luckey | 05/07/2001 | LIQ | $1,250.00 |
| 4 | Lenoir | Monroe | | | | | | | | | | | | |