# EXHIBIT "P"



NORRIS + PHELPS

# James W. Ballard, M.D.

3932 Knollwood Drive ● Birmingham, AL 35243
Phone (205) 967-1689

**NIOSH Certified B-Reader**

FOR JWH

DR. JAMES W.
BALLARD

10 - MEDS

**X-RAY EVALUATION**

October 4, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                       SSN:

PA view of the chest dated 08/11/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight overexposure. Inspection of the lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

Pleural plaques are seen face on bilaterally, extent of 2 bilaterally. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal and pleural changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, M.D.*

James W. Ballard, M.D.

100400.nor[acb]

CONFIDENTIAL PERSONAL
MATERIAL REDACTED



NORRIS + PHELPS

# James W. Ballard, M.D.

NIOSH Certified B-Reader

3932 Knollwood Drive ● Birmingham, AL 35243
Phone (205) 967-1689

X-RAY EVALUATION

October 26, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                                          SSN:

PA view of the chest dated 09/14/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight underexposure and bilateral scapular overlay. Inspection of the lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

Pleural plaques are seen face on bilaterally, extent of 2 bilaterally. Pleural thickening is seen in the minor fissure. Multiple metallic shots overlie the chest from prior gunshot wound. Sternotomy sutures are noted. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size.

CONCLUSION: The above parenchymal and pleural changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, MD*

James W. Ballard, M.D.

102600:nor[acb]

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

NORRIS + PHELPS



**James W. Ballard, M.D.**                    NIOSH Certified B-Reader

3932 Knollwood Drive ● Birmingham, AL 35243
Phone (205) 967-1689

**X-RAY EVALUATION**

November 10, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                 SSN:

PA view of the chest dated 09/20/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight under-penetration. Inspection of the lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

Pleural plaques are seen face on bilaterally, extent of 2 bilaterally. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal and pleural changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard MD*

James W. Ballard, M.D.

111000.nor[acb]                                              **CONFIDENTIAL PERSONAL**
                                                             **MATERIAL REDACTED**



NORRIS + PHELPS



# James W. Ballard, M.D.

**NIOSH Certified B-Reader**

3932 Knollwood Drive • Birmingham, AL 35243

**X-RAY EVALUATION**

December 11, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                                                          SSN:

PA view of the chest dated 11/14/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight underexposure. Inspection of the lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

Pleural plaques are seen face on bilaterally, extent of 2 bilaterally. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal and pleural changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, MD*

James W. Ballard, M.D.

121100.nor[acb/b]

CONFIDENTIAL PERSONAL
MATERIAL REDACTED



NORRIS + PHELPS



# James W. Ballard, M.D.

NIOSH Certified B-Reader

3932 Knollwood Drive  ●  Birmingham, AL 35243
Phone (205) 967-1689

**X-RAY EVALUATION**

November 22, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                                          SSN:

PA view of the chest dated 10/10/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight underexposure. Inspection of lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

There are no pleural plaques, pleural thickenings or pleural calcifications. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, M.D.*

James W. Ballard, M.D.

112200.nor[acb/b]

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

NORRIS + PHELPS



# James W. Ballard, M.D.    NIOSH Certified B-Reader

3932 Knollwood Drive ● Birmingham, AL 35243
Phone (205) 967-1689

**X-RAY EVALUATION**

October 26, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                 SSN:

PA view of the chest dated 09/12/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight underexposure. Inspection of the lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/1.

Pleural plaques are seen face on bilaterally, extent of 2 bilaterally. No parenchymal infiltrates, nodules or masses are seen. Sternotomy sutures are noted. The heart is of normal size.

CONCLUSION: The above parenchymal and pleural changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, M.D.*

James W. Ballard, M.D.

102600.nor[acb]                                                    CONFIDENTIAL PERSONAL
                                                                   MATERIAL REDACTED



Norris + Phelps

# James W. Ballard, M.D.  NIOSH Certified B-Reader
3932 Knollwood Drive ● Birmingham, AL 35243

**X-RAY EVALUATION**

November 26, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                    SSN:

PA view of the chest dated 10/10/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 1. Inspection of the lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

Pleural plaques are seen face on bilaterally, extent of 2 bilaterally. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal and pleural changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, M.D.*

James W. Ballard, M.D.

112600.nor[acb/b]

**CONFIDENTIAL PERSONAL
MATERIAL REDACTED**

NORRIS + PHELPS



# James W. Ballard, M.D.

NIOSH Certified B-Reader

3932 Knollwood Drive ● Birmingham, AL 35243
Phone (205) 967-1689

**X-RAY EVALUATION**

October 26, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                                                   SSN:

PA view of the chest dated 09/12/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight overexposure and bilateral scapular overlay. Inspection of lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

There are no pleural plaques, pleural thickenings or pleural calcifications. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, MD*

James W. Ballard, M.D.

102600.nor[acb]

**CONFIDENTIAL PERSONAL
MATERIAL REDACTED**

NORRIS + PHELPS



# James W. Ballard, M.D.    NIOSH Certified B-Reader
### 3932 Knollwood Drive ● Birmingham, AL 35243

**X-RAY EVALUATION**

November 26, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                                                                SSN:

PA view of the chest dated 05/01/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to left scapular overlay. Inspection of lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

There are no pleural plaques or pleural calcifications. Pleural thickening is seen in the minor fissure. There is prominent eventration of the right hemi-diaphragm. A small caliber bullet is noted near the right costophrenic angle. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size.

CONCLUSION: The above parenchymal changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard MD*

James W. Ballard, M.D.

NORRIS + PHELPS



# James W. Ballard, M.D.

NIOSH Certified B-Reader

3932 Knollwood Drive ● Birmingham, AL 35243
Phone (205) 967-1689

X-RAY EVALUATION

October 26, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law
101 Ferguson St.
Hattiesburg, MS 39403

Re:                                                                     SSN:

PA view of the chest dated 05/16/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to bilateral scapular overlay. Inspection of lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

There are no pleural plaques or pleural calcifications. Pleural thickening is seen in the minor fissure. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, MD*

James W. Ballard, M.D.

102500.nor[acb]