# EXHIBIT "Q"

03/06/97

CAMPBELL CHERRY

Records dated 03/06/97 and physical exam report that this person has or is:

DATES OF EXPOSURE: 1967 to present   B F Goodrich   Tuscaloosa, AL

CHIEF COMPLAINT: A white male 53 years of age, 71 ½ inches tall, weighing 220 lbs., BP:118/72 , Pulse:60.

PRESENT ILLNESS: He reports no medications.

PHYSICAL EXAM: Reveals no pertinent findings.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure. Job type: production

PAST HISTORY: No history of hypertension, diabetes, tuberculosis or cancer. No surgery reported.

FAMILY HISTORY: No history of hypertension, diabetes, tuberculosis or lung disease.

SOCIAL HISTORY: He is married with 3 children. He smokes 1 pack per day for 30 years. The patient was informed that the Surgeon General has determined that smoking cigarettes is detrimental to your health and that he should stop smoking.

REVIEW OF SYSTEMS: No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached.

CHEST X-RAY: see attached sheets.

On the basis of these records, and my reading of the chest x-ray , I can make the diagnosis of asbestosis, within a reasonable degree of medical certainty.

The diagnosis " Pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products. Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

Ray A. Harron, M.D.

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

03/13/97                                                                CAMPBELL CHERRY

Records dated 03/13/97 and physical exam report that this person has or is:

DATES OF EXPOSURE: 1943 to 1986  Armstrong Rubber Co.

CHIEF COMPLAINT: A white male 70 years of age, 72 inches tall, weighing 132 lbs., BP:122/62 , Pulse:72.

PRESENT ILLNESS: He takes Naproxen, Lorazepam and Aricept.

PHYSICAL EXAM: Reveals no pertinent findings.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure. Job type: tire builder, maintance dept, oiler

PAST HISTORY: No history of hypertension, diabetes, tuberculosis or cancer. No surgery reported.

FAMILY HISTORY: No history of diabetes, tuberculosis or lung disease. Sister positive for hypertension.

SOCIAL HISTORY: He is married with 3 children.

REVIEW OF SYSTEMS: No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached. The FVC and TLC are not reproducible. The DLCO was not done. He was not able to follow instructions.

CHEST X-RAY: see attached sheets.

On the basis of these records, and my reading of the chest x-ray, I can make the diagnosis of asbestosis, within a reasonable degree of medical certainty.

The diagnosis " Pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products. Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

_____
Ray A. Harron, M.D.

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

01/13/97                                                                  CAMPBELL CHERRY

Records dated 01/13/97 and physical exam report that this person has or is:

DATES OF EXPOSURE:  1954 to 1989  American Bosch United Tech  Columbus, MS

CHIEF COMPLAINT:  A white male 71 years of age, 69 ½ inches tall, weighing 170 lbs., BP:142/82 , Pulse:76.

PRESENT ILLNESS: He takes blood pressure medicine.

PHYSICAL EXAM: Reveals no pertinent findings. He was informed of the possible cancer on the chest x-ray and told to see his doctor.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure. Job type: shipping, receiving dept, material handling

PAST HISTORY: No history of diabetes, tuberculosis or cancer. No surgery reported. Positive for hypertension.

FAMILY HISTORY: No history of hypertension, diabetes, tuberculosis or lung disease.

SOCIAL HISTORY: He is divorced with 5 children. He smokes 1 pack per day for 45 years. The patient was informed that the Surgeon General has determined that smoking cigarettes is detrimental to your health and that he should stop smoking.

REVIEW OF SYSTEMS: No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached.

CHEST X-RAY: see attached sheets.

On the basis of these records, and my reading of the chest x-ray , I can make the diagnosis of asbestosis, within a reasonable degree of medical certainty.

The diagnosis " Pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products. Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

_____
Ray A. Harron, M.D.

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

CAMPBELL CHERRY

03/07/97

Records dated 03/07/97 and physical exam report that this person has or is:

DATES OF EXPOSURE: 1963 to 1980  Pullman Standard   Bessemer, AL

CHIEF COMPLAINT: A white male 57 years of age, 72 inches tall, weighing 180 lbs., BP:120/70 , Pulse:60.

PRESENT ILLNESS: He has a cough.

PHYSICAL EXAM: Reveals no pertinent findings.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure. Job type: die man, insulation in bldgs.

PAST HISTORY: No history of hypertension, diabetes, tuberculosis or cancer. No surgery reported.

FAMILY HISTORY: No history of tuberculosis. Father positive for hypertension, diabetes and lung disease.

SOCIAL HISTORY: He is divorced with 6 children. He smoked 1 ½ packs per day for 39 years, quit 1996.

REVIEW OF SYSTEMS: No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached.

CHEST X-RAY: see attached sheets.

On the basis of these records and my reading of the x-ray, I can make the diagnosis of asbestosis and asbestos related disease , within a reasonable degree of medical certainty.

The diagnosis " pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products. Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

Ray A. Harron, M.D.

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

01/14/97

CAMPBELL CHERRY

Records dated 01/14/97 and physical exam report that this person has or is:

DATES OF EXPOSURE:  1960 to 1963  Vulcan Material  Birmingham, AL

CHIEF COMPLAINT:  A white male 56 years of age, 68 inches tall, weighing 150 lbs., BP:148/78, Pulse: 80, complains of shortness of breath with walking or on one flight of stairs.

PRESENT ILLNESS: He has a cough. He takes Theo-dur.

PHYSICAL EXAM: Reveals no pertinent findings.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure.  Job type: painter

PAST HISTORY: No history of hypertension, diabetes, tuberculosis or cancer. No surgery reported.

FAMILY HISTORY: No history of hypertension, diabetes, tuberculosis or lung disease.

SOCIAL HISTORY: He is married with 4 children. He smokes ½ pack per day for 15 years. The patient was informed that the Surgeon General has determined that smoking cigarettes is detrimental to your health and that he should stop smoking.

REVIEW OF SYSTEMS: No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached.

CHEST X-RAY:  see attached sheets.

On the basis of these records, and my reading of the chest x-ray, I can make the diagnosis of asbestosis, within a reasonable degree of medical certainty.

The diagnosis " Pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products. Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

Ray A. Harron, M.D.

**CONFIDENTIAL PERSONAL**
**MATERIAL REDACTED**

CAMPBELL CHERRY

03/08/97

Records dated 03/08/97 and physical exam report that this person has or is:

DATES OF EXPOSURE: 1941 to 1978   U S Steel   Fairfield, AL

CHIEF COMPLAINT: A black male 81 years of age, 72 inches tall, weighing 180 lbs., BP:150/80 , Pulse:62, complains of shortness of breath with walking or on one flight of stairs.

PRESENT ILLNESS: He has a cough and chest pains.   He takes Chlorthaledone.

PHYSICAL EXAM: Reveals no pertinent findings.   He was informed of the elevated blood pressure and told to have it checked again.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure.   Job type: solution tender

PAST HISTORY: No history of diabetes or tuberculosis. Positive for hypertension and prostate cancer. Prostatectomy reported.

FAMILY HISTORY: No history of hypertension, diabetes, tuberculosis or lung disease.

SOCIAL HISTORY: he is married with 3 children.

REVIEW OF SYSTEMS: No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached.

CHEST X-RAY: see attached sheets.

On the basis of these records, and my reading of the chest x-ray , I can make the diagnosis of asbestosis, within a reasonable degree of medical certainty.

The diagnosis " Pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products. Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

Ray A. Harron, M.D.

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

03/08/97

CAMPBELL CHERRY

Records dated 03/08/97 and physical exam report that this person has or is:

DATES OF EXPOSURE:   1950 to 1953  Anderson Electric   Leeds, AL
                     1954 to 1994  Anderson Electric   Leeds, AL

CHIEF COMPLAINT:  A white male 64 years of age, 72 inches tall, weighing 250 lbs., BP:138/80, Pulse:58, complains of shortness of breath with walking or on one flight of stairs.

PRESENT ILLNESS: He has a cough, night sweats and chest pains.

PHYSICAL EXAM: Reveals no pertinent findings.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure. Job type: machine shop & foundry, mechanic

PAST HISTORY: No history of hypertension, diabetes, tuberculosis or cancer. No surgery reported.

FAMILY HISTORY: No history of hypertension, diabetes, tuberculosis or lung disease.

SOCIAL HISTORY: He is married with 5 children. He smoked 1 pack per day for 20 years, quit 1972.

REVIEW OF SYSTEMS: No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached.

CHEST X-RAY: see attached sheets.

On the basis of these records, and my reading of the chest x-ray, I can make the diagnosis of asbestosis, within a reasonable degree of medical certainty.

The diagnosis " Pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products. Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

_____
Ray A. Harron, M.D.

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

**RAY A. HARRON, M.D.**
DIPLOMATE AMERICAN BOARD OF RADIOLOGY
DIPLOMATE AMERICAN BOARD OF NUCLEAR MEDICINE

P.O. BOX 400
BRIDGEPORT, WV 26330

NAME_

ADDRESS

CITY & STATE

| UNIT NO. | PHYSICIAN | | AGE | PHONE NUMBER | BIRTH DATE | DATE 3/8/97 |
| --- | --- | --- | --- | --- | --- | --- |
| RESPONSIBLE PARTY | | S.S. # | | INSURANCE CO. | | POLICY NO. |
| ADDRESS | STREET-ROUTE-BOX | | | TOWN-CITY-STATE    ZIP | | CONTRACT OF |

PATIENT HISTORY

EXAMINATION

CHEST DATED 3/8/97: There are primary s, seocndary s sized opacities involving four lower lung fields, profusion 1/0.

IMPRESSION:
1. Consistent with asbestosis.

RAH/kc

RAY A. HARRON, M.D.
DIPLOMATE OF THE AMERICAN
BOARD OF RADIOLOGY

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

CAMPBELL CHERRY

03/17/97

Records dated 03/17/97 and physical exam report that this person has or is:

DATES OF EXPOSURE:  1957 to 1989  Scott Paper Co.  Mobile, AL

CHIEF COMPLAINT:   A white male 65 years of age, 66 inches tall, weighing 182 lbs., BP:116/70 , Pulse:62, complains of shortness of breath with walking or on one flight of stairs.

PRESENT ILLNESS: He takes aspirin.

PHYSICAL EXAM: Reveals no pertinent findings.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure.  Job type: maintenance, production

PAST HISTORY:  No history of hypertension, diabetes, tuberculosis or cancer.  No surgery reported.

FAMILY HISTORY:  No history of hypertension, diabetes, tuberculosis or lung disease.

SOCIAL HISTORY: He is married with 3 children.  He smoked 3 cigars per day for 6 years, quit 1961.

REVIEW OF SYSTEMS:  No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached.

CHEST X-RAY:  see attached sheets.

　　　On the basis of these records, and my reading of the chest x-ray , I can make the diagnosis of asbestosis, within a reasonable degree of medical certainty.

　　　The diagnosis " Pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products.  Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

　　　　　　　　　　　　　　　　　　　　　　　Ray A. Harron, M.D.

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

CAMPBELL CHERRY

03/13/97

Records dated 03/13/97 and physical exam report that this person has or is:

DATES OF EXPOSURE: 1955 to 1995    International Paper Co.   Natchez, MS

CHIEF COMPLAINT:   A white male 65 years of age, 73 inches tall, weighing 180 lbs.,
BP:140/76 , Pulse:60, complains of shortness of breath with walking or on one flight of stairs.

PRESENT ILLNESS: He has a cough and chest pains.    He takes Accupril and Ziac.

PHYSICAL EXAM: Reveals no pertinent findings.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure.  Job type: washing screens, caustic plant, lime kiln, tube lancer, recovery boy oper.

PAST HISTORY: No history of diabetes, tuberculosis or cancer.  Abdominal bypass surgery reported. Positive for hypertension.

FAMILY HISTORY: No history of diabetes or lung disease.   Mother positive for hypertension, father positive for tuberculosis.

SOCIAL HISTORY: He is married with 3 children.  He smokes 2 packs per day for 50 years.  The patient was informed that the Surgeon General has determined that smoking cigarettes is detrimental to your health and that he should stop smoking.

REVIEW OF SYSTEMS: No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached.  He has smoked within 24 hours prior to the exam.

CHEST X-RAY: see attached sheets.

On the basis of these records, and my reading of the chest x-ray , I can make the diagnosis of asbestosis, within a reasonable degree of medical certainty.

The diagnosis " Pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products.  Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

Ray A. Harron, M.D.

CONFIDENTIAL PERSONAL
MATERIAL REDACTED

03/17/97

CAMPBELL CHERRY

Records dated 03/17/97 and physical exam report that this person has or is:

DATES OF EXPOSURE:   1961 to 1975   Kimberly Clark   Scott Paper Co.   Mobile, AL
1959 to 1961   International Paper Co.   Mobile, AL

CHIEF COMPLAINT:   A white male 65 years of age, 70 inches tall, weighing 195 lbs., BP:110/68 , Pulse:64, complains of shortness of breath with walking or on one flight of stairs.

PRESENT ILLNESS: He reports no medications.

PHYSICAL EXAM: Reveals no pertinent findings.

OCCUPATIONAL EXPOSURE HISTORY: He states that he worked for the companies listed in Dates of Exposure.  Job type: paper machine

PAST HISTORY: No history of hypertension, diabetes, tuberculosis or cancer.  No surgery reported.

FAMILY HISTORY: No history of hypertension, diabetes, tuberculosis or lung disease.

SOCIAL HISTORY: He is married with 3 children.  He smoked 2 or 3 packs per week (pipe), for 15 years, quit 1977.

REVIEW OF SYSTEMS: No history of connective tissue disease, cancer chemotherapy, pulmonary toxic drugs or lung irradiation.

PULMONARY FUNCTION TESTS: Pulmonary function test performed, results are attached.

CHEST X-RAY: see attached sheets.

On the basis of these records, and my reading of the chest x-ray , I can make the diagnosis of asbestosis, within a reasonable degree of medical certainty.

The diagnosis " Pulmonary asbestosis " means that this individual is suffering from an abnormality of the parenchymal lung tissue as a result of exposure to asbestos products.  Because of the increased incidence of bronchogenic carcinoma and mesothelioma and other malignancies in asbestos exposed persons careful follow up of this person is suggested.

Ray A. Harron, M.D.

CONFIDENTIAL PERSONAL
MATERIAL REDACTED