# Exhibit A

# Scheduling Order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2005

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled omnibus hearing dates

and has established certain deadlines in the above-captioned chapter 11 cases consistent with the

Court's Order Establishing Case Management Procedures and Hearing Schedule (Docket No.

1948). The omnibus hearing dates and certain deadlines are set forth on the schedule attached

hereto as Exhibit "A".

Dated: NOV. 5_____, 2004

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 24, 2005 at 12:00 p.m. | 12/20/04 | 01/07/05 | 01/10/05 | 01/17/05 |
| February 28, 2005 at 12:00 p.m. | 01/24/05 | 02/11/05 | 02/14/05 | 02/21/05 |
| March 21, 2005 at 12:00 p.m. (14th Quarterly Fee Hearing) | 02/14/05 | 03/04/05 | 03/07/05 | 03/14/05 |
| April 25, 2005 at 12:00 p.m. | 03/21/05 | 04/08/05 | 04/11/05 | 04/18/05 |
| May 16, 2005 at 12:00 p.m. | 04/11/05 | 04/29/05 | 05/02/05 | 05/09/05 |
| June 27, 2005 at 12:00 p.m. (15th Quarterly Fee Hearing) | 05/23/05 | 06/10/05 | 06/13/05 | 06/20/05 |
| July 18, 2005 at 12:00 p.m. | 06/13/05 | 06/28/05* | 07/01/05* | 07/11/05 |
| August 22, 2005 at 12:00 p.m. | 07/18/05 | 08/05/05 | 08/08/05 | 08/15/05 |
| September 26, 2005 at 12:00 p.m. (16th Quarterly Fee Hearing) | 08/22/05 | 09/09/05 | 09/12/05 | 09/19/05 |
| October 24, 2005 at 12:00 p.m. | 09/19/05 | 10/07/05 | 10/10/05 | 10/17/05 |
| November 14, 2005 at 12:00 p.m. | 10/10/05 | 10/28/05 | 10/31/05 | 11/07/05 |
| December 19, 2005 at 12:00 p.m. (in Pittsburgh, PA) (17th Quarterly Fee Hearing) | 11/14/05 | 12/02/05 | 12/05/05 | 12/12/05 |

\* The objection deadline and preliminary agenda due date are accelerated by 3 days to account for the fourth of July holiday.

Exhibit A