IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |
| | ) | |
| | ) | Objection Deadline: 9/21/05 @ 4:00 p.m. (Requested) |
| | ) | Hearing Date: 9/26/05 @ 12:00 p.m. (Requested) |

## NOTICE OF MOTION

TO:   All Parties on the 2002 Service List

The Official Committee of Asbestos Property Damage Claimants has filed the **Application of The Official Committee Of Asbestos Property Damage Claimants To Retain Special Counsel Pursuant To Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 ("Motion")**.

You are required to file a response to the attached Motion on or before **September 21, 2005, at 4:00 p.m. (Requested)**.

At the same time, you must also serve a copy of any response upon the undersigned counsel.

HEARING ON THE MOTION WILL BE HELD ON **September 26, 2005, at 12:00 p.m. (Requested)**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 12, 2005                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Local Counsel for the Official Committee
of Asbestos Property Damage Claimants

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin, Sumberg, Baena, Price
& Axelrod, LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants