## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 12th day of September, 2005, one copy of the foregoing Application of The Official Committee of Asbestos Property Damage Claimants To Retain Special Counsel Pursuant To Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 was served on the following parties in the indicated manner:

SEE ATTACHED 2002 SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)