## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 12th day of September, 2005, one copy of the foregoing Motion to Shorten Notice was served on the following parties in the indicated manner:

SEE ATTACHED 2002 SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)