IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Mark T. Hurford, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Jeffrey Liesemer, Esquire to represent the Official Committee of Asbestos Personal Injury Claimants in this action. The Admittee is admitted, practicing, and in good standing in the jurisdictions named below.

Respectfully Submitted,

CAMPBELL & LEVINE, LLC

Dated: August 31, 2005

Mark T. Hurford (DE ID No. 3299)
800 N. King Street
Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Virginia and District of Columbia and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

CAPLIN & DRYSDALE, CHARTERED

_____
Jeffrey Liesemer
One Thomas Circle, N.W.
Washington, DC 20005-5802
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301
E-Mail:     JAL@Capdale.com

Date:  August 31, 2005

### ORDER GRANTING MOTION

IT IS HERBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 9/9/05

_____
United States Bankruptcy Judge

{D0048206.1}