# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: July 12, 2005 at 4:00p.m |

SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL
AND AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR
THE MONTHLY PERIOD OF APRIL 1, 2005, THROUGH APRIL 30, 2005, FOR THE
QUARTERLY FEE PERIOD OF APRIL-JUNE 2005

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **April 1, 2005, through April 30, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$124,598.70** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 6,544.89** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCKET # 8009
DATE 6/21/05

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of April 2005. This is the 28th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota (the "Intercat suit"). On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the second monthly application that includes such ordinary course fees and expenses.

All monthly applications filed previously with the Court by Woodcock are identified in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |

| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9,2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| TOTAL | | $2,266,973.85 | $670,501.80 |

In the Intercat suit, except for the fees specifically identified in the attached detail as "Fee Application, Applicant" (totaling $1,715.00), all fees for which application is made were in the category "Litigation and Litigation Consulting. Disbursements attributable to this category of services, as shown in the attached schedule, were $6,423.19.

The Woodcock professionals who rendered services in the Intercat suit during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $490.00 | 26.3 | $12,887.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $405.00 | 103.1 | $41,755.50 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $315.00 | 108.6 | $34,209.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $295.00 | 4.0 | $1,180.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $235.00 | 87.00 | $20,445.00 |
| Paul Perdue | Graphics | - | IP Litigation | $115.00 | 13.0 | $1,495.00 |
| Larry Labella | Paralegal | - | IP Litigation | $135.00 | 51.00 | $6,885.00 |
| Suzanne Wallace | Paralegal | - | IP Litigation | $ 90.00 | 28.7 | $2,583.00 |

Total Fees: $121,439.50
Blended Rate: $287.98

During this fee period, Woodcock provided ordinary course intellectual property services in connection with two matters, which are detailed in the attached fee schedule for each matter.

The total disbursements attributable to these ordinary course services, as shown in the attached schedules, were $121.70 The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Frank T. Carroll | Associate | 1998 | IP Counseling | $295.00 | 3.3 | $975.50 |
| Amy Carr-Trexler | Associate | 2001 | IP Counseling | $240.00 | 8.0 | $1,920.00 |
| David M. DeSanto | Paralegal | - | IP Prosecution | $120.00 | 1.6 | $192.00 |

Total Fees: $ 3,159.20
Blended Rate: $244.90

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $124,598.70 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($99,678.96) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($6,544.89); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated:  June 14, 2005

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: July 12, 2005 at 4:00 p.m. |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005**

---

[2]  The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| 04/01/2005 | DRB | Revising draft opposition to Intercat's summary judgment motion and filing motion | 5.50 |
|---|---|---|---|
| 04/01/2005 | GHL | Further work on opposition to Intercat's motion for summary judgment; | 1.50 |
| 04/01/2005 | KMW | Cite-checking and final preparation of opposition brief; coordination of its filing. | 4.30 |
| 04/01/2005 | KMW | Cite-checking of damages brief. | 2.50 |
| 04/01/2005 | KMW | Analysis of Bartholic deposition. | 0.70 |
| 04/01/2005 | LL | Prepared binders for defendant's motion and exhibits. | 1.00 |
| 04/01/2005 | LL | Scanned in various documents for team and client. | 1.50 |
| 04/01/2005 | LL | Attended to and assisted in the preparation of a witness file for Solt. | 3.00 |
| 04/02/2005 | GHL | Fee application, Applicant -- preparation of petition for fees for month of February 2005 | 0.90 |
| 04/03/2005 | PSP | Create timeline graphic for hearing presentation. | 1.50 |
| 04/04/2005 | CEZ | Analyzed and reviewed D. Bartholic expert rebuttal report on obviousness. | 4.50 |
| 04/04/2005 | DRB | Analysis of Intercat's opposition summary judgment brief and preparation of reply brief | 3.00 |
| 04/04/2005 | KMW | Legal research and analysis of motions to strike. | 2.60 |
| 04/04/2005 | KMW | Fact gathering on multiloader. | 0.50 |
| 04/04/2005 | KMW | Cite checking damages brief. | 0.30 |
| 04/04/2005 | KMW | Analysis of Intercat's opposition to pending motion to compel and strategy for response. | 2.20 |
| 04/04/2005 | LL | Attended to and assisted in the preparation of various witness files. | 1.50 |
| 04/04/2005 | LL | Prepared binders for Bailey. | 0.50 |
| 04/04/2005 | SW | File maintenance - organize deposition transcript files | 1.00 |
| 04/05/2005 | CEZ | Reviewed expert report materials. | 3.40 |

| | | | |
|---|---|---|---|
| 04/05/2005 | CEZ | Prepared memorandum supporting motion to strike Bartholic's third and fourth supplemental reports. | 2.00 |
| 04/05/2005 | KMW | Preparation of brief for motion to strike Bartholic declarations. | 3.00 |
| 04/05/2005 | KMW | Analysis of Intercat's opposition brief, Bartholic declarations, strategy for reply, conference regarding the same. | 4.70 |
| 04/06/2005 | CEZ | Legal research regarding claim construction issue; memorandum to D. Bailey regarding same. | 4.40 |
| 04/06/2005 | GHL | Review of parties' briefs on Intercat's pending motion to compel production of documents relating to Grace's patent application on multi-loader, and participation in meeting on strategy for scheduled telephone argument on the motion before Magistrate Boylan | 0.80 |
| 04/06/2005 | KMW | Analysis of expert depositions in support of reply brief to SJ motion. | 2.20 |
| 04/06/2005 | KMW | Cite checking in support of damages motion. | 0.30 |
| 04/06/2005 | KMW | Analysis of Bartholic reports in support of motion to strike and preparation of motion. | 5.30 |
| 04/06/2005 | LL | Indexed new documents. | 0.50 |
| 04/06/2005 | LL | Attended to and assisted in the preparation of various production and deposition files. | 1.00 |
| 04/07/2005 | CEZ | Prepared for telephone hearing with Magistrate regarding Intercat's motion to compel production of patent applications; participated in hearing | 6.20 |
| 04/07/2005 | DRB | Analysis of Intercat's opposition brief and preparation of reply brief | 4.00 |
| 04/07/2005 | KMW | Analysis of Intercat's opposition and 236 patent and prosecution history and preparation of strategy for reply. | 2.80 |
| 04/07/2005 | KMW | Analysis of Lippert depositions and fact checking in support of damages motion. | 2.10 |
| 04/07/2005 | KMW | Preparation for telephonic hearing to oppose motion to compel patent application. | 0.60 |
| 04/07/2005 | KMW | Preparation of motion to strike Bartholic declarations. | 2.10 |
| 04/07/2005 | KMW | Analysis of expert depositions. | 0.30 |
| 04/07/2005 | LL | Prepared exhibits to Summary Judgment brief. | 1.50 |

| | | | |
|---|---|---|---|
| 04/08/2005 | CEZ | Reviewed Expert reports and depositions of D. Bartholic and drafted motion to strike third and fourth supplemental expert reports. | 5.60 |
| 04/08/2005 | DRB | Drafting reply brief in support of Grace's Summary Judgment Motion for noninfringement | 7.40 |
| 04/08/2005 | DRB | Scheduling for new summary judgment hearing date and new briefing schedule | 0.60 |
| 04/08/2005 | KMW | Analysis of Intercat's opposition and discussion of strategy to respond w/DRB. | 1.90 |
| 04/08/2005 | KMW | Analysis of Court's order regarding motion to compel, preparation of letter to request reconsideration, submit the same to the Court. | 2.60 |
| 04/08/2005 | LL | Attended to and assisted in the preparation of files regarding refineries, witnesses, and production. | 2.50 |
| 04/10/2005 | CEZ | Drafted motion to strike third and fourth supplemental reports of D. Bartholic. | 6.20 |
| 04/11/2005 | CEZ | Drafted motion to strike third and fourth supplemental reports of D. Bartholic. | 6.20 |
| 04/11/2005 | DRB | Strategy for motion to strike Intercat's third and fourth supplemental expert reports | 0.50 |
| 04/11/2005 | DRB | Drafting reply brief in support of Grace's motion for summary judgment of non-infringement and indefiniteness | 7.50 |
| 04/11/2005 | GHL | Fee Application, Applicant -- Preparation of fee petition for February 2005 | 0.50 |
| 04/11/2005 | GHL | Work on reply in support of summary judgment motion of non-infringement | 0.50 |
| 04/11/2005 | KMW | Analysis of Bartholic declarations and conference w/CEZ regarding motions to strike them. | 2.00 |
| 04/11/2005 | KMW | Analysis of expert depositions. | 0.60 |
| 04/11/2005 | SW | Obtain and Scan 2/2/05 Order (Docket Entry No. 118) and the 2/16/2005 Order (Docket Entry 131) into iManage | 0.70 |
| 04/12/2005 | CEZ | Drafted motion to strike third and fourth supplemental reports of D. Bartholic. | 6.70 |
| 04/12/2005 | CEZ | Met with K. Whitney regarding motion to strike. | 1.00 |
| 04/12/2005 | DRB | Revisions to draft reply brief on summary judgement. | 1.50 |
| 04/12/2005 | DRB | Preparation of schedule and analysis of events for pretrial preparation | 1.50 |

| | | | |
|---|---|---|---|
| 04/12/2005 | DRB | Coordinating availability in connection with court's request to re-schedule of summary judgment hearing | 0.50 |
| 04/12/2005 | GHL | Work on reply in support of summary judgment motion; | 0.50 |
| 04/12/2005 | KMW | Analysis of Bartholic declarations and preparation of motion to strike. | 3.90 |
| 04/12/2005 | LL | Attended to the preparation of documents for exhibits on summary judgement. | 0.50 |
| 04/13/2005 | CEZ | Drafted motion to strike third and fourth supplemental reports of D. Bartholic. | 6.40 |
| 04/13/2005 | CEZ | Telephone call to the Court regarding briefly schedule in view of change in argument date. | 0.30 |
| 04/13/2005 | CEZ | Drafted letter to Court and proposed order regarding extension to file reply briefs. | 0.50 |
| 04/13/2005 | CEZ | Telephone discussions with counsel for parties regarding extension to file reply briefs. | 0.60 |
| 04/13/2005 | DRB | Preparation of schedule for pretrial events | 1.00 |
| 04/13/2005 | DRB | Preparation of materials for expert discovery on validity | 1.00 |
| 04/13/2005 | DRB | Preparation of materials for summary judgment hearing | 1.00 |
| 04/13/2005 | DRB | Preparation of motion to strike Intercat;s third and fourth expert reports | 1.00 |
| 04/13/2005 | GHL | Continued work on Reply in support of summary judgment, including study of Intercat's opposition brief and supporting documents and development of reply arguments and work on outline for presentation of scheduled argument on summary judgment; | 2.00 |
| 04/13/2005 | GHL | Telephone conference with Intercat counsel and telephone conference with Grace damage expert regarding scheduling of depositions for damages experts; | 0.30 |
| 04/14/2005 | DRB | Revisions to reply brief in support of Grace's motion for summary judgment | 2.00 |
| 04/14/2005 | DRB | Filing of summary judgment reply brief | 0.50 |
| 04/14/2005 | DRB | Scheduling for pre-trial activities | 0.50 |
| 04/14/2005 | DRB | Preparation for summary judgment hearing | 1.00 |
| 04/14/2005 | GHL | Further work on Reply in support of summary judgment, and strategy and outline for presentation of argument on infringement issues at scheduled summary judgment hearing; | 2.50 |

| | | | |
|---|---|---|---|
| 04/14/2005 | KMW | Analysis of Court orders and preparation of schedule of pending due dates. | 0.50 |
| 04/14/2005 | KMW | Analysis of reply to SJ opposition and cite checking. | 0.70 |
| 04/14/2005 | KMW | Analysis of Teitman deposition. | 0.80 |
| 04/14/2005 | KMW | Legal research and analysis of bifurcating trials. | 0.30 |
| 04/15/2005 | DRB | Preparation of a schedule for pre-trial orders exchanges | 1.00 |
| 04/15/2005 | DRB | Analysis of model jury instructions to propose as base set | 0.90 |
| 04/15/2005 | DRB | Analysis of Intercat's reply brief for summary judgment | 1.00 |
| 04/15/2005 | DRB | Preparation of motion to strike Intercat's third and fourth expert report supplements | 1.00 |
| 04/15/2005 | GHL | Review of Intecat's reply in support of its summary judgment motion of infringement and consideration of issues in that reply to be addressed at scheduled argument on parties' cross motions on infringement issus; | 0.80 |
| 04/15/2005 | KMW | Analysis of Teitman deposition. | 0.30 |
| 04/15/2005 | KMW | Analysis of Intercat's reply in support of summary judgement. | 1.10 |
| 04/15/2005 | KMW | Fact and cite checking of damages motion. | 2.00 |
| 04/15/2005 | KMW | Legal research and analysis of bifurcating inequitable conduct and preparation of opposition to Intercat's motion. | 1.90 |
| 04/15/2005 | LL | Attended to and assisted in the preparation of binders summary judgment presentation. | 1.50 |
| 04/18/2005 | CEZ | Reviewed legal research provided by D. Hoffman on issue of obviousness. | 4.30 |
| 04/18/2005 | DRB | Drafting motion to strike Intercat's third and fourth supplemental expert reports | 4.00 |
| 04/18/2005 | DRB | Preparation for summary judgment hearing | 1.00 |
| 04/18/2005 | KMW | Legal research and analysis of bifurcating inequitable conduct claim. | 2.60 |
| 04/18/2005 | KMW | Coordinate document production in support of order to compel document production. | 0.30 |
| 04/18/2005 | LL | Attended to and assisted in the preparation of documents regarding Bartholic expert report for Bailey; prepared documents for production. | 3.50 |
| 04/18/2005 | LL | Prepared documents for production | 2.00 |

| | | | |
|---|---|---|---|
| 04/18/2005 | SW | Review Grace and Intercat Indexes for documents re: Paul Solt. | 3.00 |
| 04/19/2005 | CEZ | Legal research regarding standards of obviousness for jury instructions. | 2.30 |
| 04/19/2005 | DRB | Drafting motion to preclude Intercat from use of supplemental expert reports | 3.90 |
| 04/19/2005 | DRB | Preparation of pretrial schedule | 0.60 |
| 04/19/2005 | DRB | Preparation of summary judgment hearing materials | 1.00 |
| 04/19/2005 | DRB | Work on jury instructions. | 0.50 |
| 04/19/2005 | GHL | Telephone conference with Judge Kyle's chambers, as initiated by Chambers, regarding Grace's motion to file supplemental motion on summary judgment of non-infringement, and attendance to filing further papers with chambers; | 0.40 |
| 04/19/2005 | KMW | Legal research and analysis of bifurcating trials and preparation of opposition to Intercat's motion to bifurcate. | 1.70 |
| 04/19/2005 | LL | Attended to and assisted in the preparation of binders regarding summary judgment. | 1.50 |
| 04/19/2005 | SW | Prepare Appendices of Plaintiff's Motions for Partial Summary Judgment | 2.00 |
| 04/19/2005 | SW | Copy and Organize background materials on expert Solt into binders. | 3.00 |
| 04/20/2005 | CEZ | Drafted portions of opposition to exclude testimony of P. Solt. | 2.30 |
| 04/20/2005 | CEZ | Reviewed deposition transcripts of M. Evans, R. Lippert and G. Santos. | 6.70 |
| 04/20/2005 | DRB | Drafting motion to exclude expert testimony from Intercat's third and fourth supplemental expert reports | 4.00 |
| 04/20/2005 | DRB | Analysis of model jury instruction sets for selecting a base set for trial | 1.00 |
| 04/20/2005 | DRB | Preparation of materials for summary judgment hearing argument | 1.00 |
| 04/20/2005 | KMW | Preparation of opposition to Intercat's motion to bifurcate certain Grace defenses's | 4.00 |
| 04/20/2005 | KMW | Analysis of experts' depositions on validity issues. | 0.70 |
| 04/20/2005 | LL | Attended to and assisted in the preparation of exhibits regarding summary judgment. | 4.50 |

| 04/20/2005 | LL | Attended meeting with Ziegler and Whitney regarding upcoming projects for trial. | 0.50 |
|---|---|---|---|
| 04/20/2005 | SW | Scanning various pleadings into document management program. | 6.00 |
| 04/21/2005 | CEZ | Reviewed deposition testimony of Rice Lakes, Schmidt, and Lincoln controllers. | 3.00 |
| 04/21/2005 | CEZ | Reviewed expert reports of G. Teitman and P. Solt on validity. | 3.80 |
| 04/21/2005 | CEZ | Drafted portions of opposition to Interact motion to exclude testimony of P. Solt. | 3.00 |
| 04/21/2005 | DRB | Preparation of materials and argument for summary judgment hearing | 5.00 |
| 04/21/2005 | DRB | Analysis of jury instruction sets for proposal as model set for trial | 1.00 |
| 04/21/2005 | GHL | Review of Bartholic's expert reports and preparation of motion in limine to strike late-provided reports and to exclude related testimony; | 4.00 |
| 04/21/2005 | GHL | Fee Application, Applicant - preparation of fee petition for March 2005 and Quarterly Summary for first quarter 2005 | 0.50 |
| 04/21/2005 | GHL | Work on proposed witness list and trial outline | 1.00 |
| 04/21/2005 | LL | Prepared exhibits for summary judgement hearing. | 2.00 |
| 04/21/2005 | LL | Attended to and assisted in the preparation of folders on iManage for summary judgment. | 3.00 |
| 04/21/2005 | SW | Scanning various pleadings into iManage | 5.00 |
| 04/22/2005 | CEZ | Drafted portions of opposition to Interact motion to exclude testimony of P. Solt. | 2.60 |
| 04/22/2005 | DRB | Preparation of summary judgment hearing materials and analysis of parties papers filed with the Court to make presentation | 4.50 |
| 04/22/2005 | DRB | Revisions to motion to preclude Intercat from relying upon third and fourth supplemental expert reports | 1.00 |
| 04/22/2005 | DRB | Analysis of items necessary for pre-trial preparation | 1.00 |
| 04/22/2005 | GHL | Further work on motion in limine to strike Plaintiff's supplemental expert reports and preclude related testimony; | 1.00 |
| 04/22/2005 | GHL | Fee Application, Applicant -- preparation of fee petition for March 2005 | 1.00 |

| 04/22/2005 | LL | Attended to and assisted in the preparation of production documents including redacting various documents, and dispatched faxed documents to Intercat. | 2.00 |
|---|---|---|---|
| 04/22/2005 | LL | Scanned in various documents for team and client. | 1.00 |
| 04/22/2005 | LL | Updated production index | 0.50 |
| 04/22/2005 | SW | Organize documents for Paul Solt Witness file | 3.00 |
| 04/25/2005 | CEZ | Met with team to discuss scheduling and pretrial conference. | 1.50 |
| 04/25/2005 | CEZ | Met with D. Bailey to discuss scheduling and pretrial conference. | 2.50 |
| 04/25/2005 | DRB | Team strategy meeting for pre-trial preparation | 1.50 |
| 04/25/2005 | DRB | Preparation of materials for summary judgment hearing | 2.50 |
| 04/25/2005 | GHL | Development of witness lists | 0.30 |
| 04/25/2005 | GHL | Review of damage report of Intercat expert and commence preparation of outline for cross-examination; | 0.70 |
| 04/25/2005 | GHL | Meeting with trial team to outline tasks attendant to preparation of pre-trial order. | 1.50 |
| 04/25/2005 | KMW | Preparation of witness list. | 0.50 |
| 04/25/2005 | KMW | Analysis of depositions in support of deposition designation/trial prep. | 1.90 |
| 04/25/2005 | KMW | Preparation for and attend strategy meeting. | 2.00 |
| 04/25/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 2.00 |
| 04/25/2005 | LL | Attended team meeting regarding upcoming trial. | 1.50 |
| 04/25/2005 | LL | Prepared documents for Ziegler | 2.00 |
| 04/25/2005 | SW | Obtain copy of dep transcripts and exhibits for G.Levin | 1.00 |
| 04/26/2005 | CEZ | Reviewed deposition transcripts of J. Grell and M. Evans and expert reports of G. Teitman and P. Solt in preparing opposition to motion in limine regarding P. Solt testimony. | 5.30 |
| 04/26/2005 | DRB | Preparation of summary judgment hearing presentation | 4.50 |
| 04/26/2005 | DRB | Preparation for deposition preparation of Mr. Teitman for invalidity report | 1.00 |
| 04/26/2005 | GHL | Further preparation of outline for cross-examination of Intercat damage expert; | 0.60 |
| 04/26/2005 | GHL | Preparation of fee petitions for March 2005 | 0.80 |

| 04/26/2005 | KMW | Preparation of opposition to motion to bifurcate inequitable conduct. | 3.60 |
| 04/26/2005 | KMW | Preparation of supporting documents to motion to strike Bartholic supplemental reports. | 2.00 |
| 04/26/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 1.00 |
| 04/26/2005 | LL | Prepared documents for damage experts. | 1.00 |
| 04/26/2005 | LL | Updated indicies. | 0.50 |
| 04/26/2005 | PSP | Diagram graphics for summary judgement presentation. | 0.50 |
| 04/27/2005 | CEZ | Met with G. Teitman to prepare for his deposition. | 6.00 |
| 04/27/2005 | CEZ | Reviewed reports to Teitman, Solt and rebuttal report of Bartholic, reviewed EP 606 reference and invalidity issues. | 3.40 |
| 04/27/2005 | DRB | Preparation with Mr. Teitman for expert deposition concerning invalidity | 3.90 |
| 04/27/2005 | DRB | Preparation of summary judgment hearing materials | 3.90 |
| 04/27/2005 | KMW | Preparation of motion to strike documents and electronic filing of the same. | 3.10 |
| 04/27/2005 | LL | Prepared expert report summaries for Ziegler; | 1.00 |
| 04/27/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 2.00 |
| 04/27/2005 | PSP | Graphics for hearing on summary judgement. | 2.00 |
| 04/28/2005 | CEZ | Prepared materials for G. Teitman's and P. Solt's review and met with Messrs. Teitman and Solt to prepare them for their depositions. | 7.90 |
| 04/28/2005 | DRB | Preparation of experts for depositions on invalidity and inequitable conduct | 5.40 |
| 04/28/2005 | FTC | Meeingt with expert witness (Paul Solt) for deposition preparation. | 4.00 |
| 04/28/2005 | GHL | Review of correspondence from Intercat counsel regarding dispute over Bartholic supplemental reports, and review of the reports in question to identify particular aspects to be excluded; | 0.30 |
| 04/28/2005 | GHL | Preparation of combined fee petition for March 2005 | 0.30 |
| 04/28/2005 | GHL | Work on proposed motion in limine on evidence relating to damages issues; | 2.00 |
| 04/28/2005 | KMW | Preparation of opposition to Intercat's motion to bifurcate. | 1.90 |
| 04/28/2005 | KMW | Revising of damages motion. | 0.80 |

| 04/28/2005 | LL | Attended to and assisted in the preparation of trial exhibits. | 2.00 |
|---|---|---|---|
| 04/28/2005 | LL | Prepared expert reports and other documents regarding Solt for Ziegler. | 1.00 |
| 04/28/2005 | PSP | Graphics for hearing | 3.00 |
| 04/29/2005 | DRB | Analysis of jury instruction sets for base set of instructions to prepare for trial | 1.00 |
| 04/29/2005 | DRB | Preparation for summary judgment hearing analysis of Intercat's positions and preparation of presentation for argument | 6.00 |
| 04/29/2005 | GHL | Work on outline for summary judgment argument; | 0.40 |
| 04/29/2005 | GHL | Further work on motions in limine relating to damage issues; | 1.20 |
| 04/29/2005 | KMW | Opposition to Intercat's motion to exclude Solt testimony. | 2.00 |
| 04/29/2005 | KMW | Legal research and analysis of bifurcation of inequitable conduct issue. | 0.60 |
| 04/29/2005 | KMW | Legal research and analysis of expert testimony in support of obviousness. | 3.20 |
| 04/29/2005 | LL | Prepared documents for experts. | 0.50 |
| 04/29/2005 | LL | Attended and assisted in the search of documents throughout pleadings for Bailey. | 1.00 |
| 04/29/2005 | PSP | Graphics for hearing on summary judgement. | 4.00 |
| 04/29/2005 | SW | Review expert reports of Solt and Teitman and create list of documents referenced | 4.00 |
| 04/30/2005 | KMW | Legal research and analysis of trial of inequitable conduct. | 1.00 |
| 04/30/2005 | PSP | Graphics for hearing | 2.00 |

SERVICES                    $121,439.50

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 26.30 | hours at $ | 490.00 |
| DRB | DAVID R. BAILEY | 103.10 | hours at $ | 405.00 |
| CEZ | CHAD E. ZIEGLER | 108.60 | hours at $ | 315.00 |
| FTC | FRANK T. CARROLL | 4.00 | hours at $ | 295.00 |
| KMW | KAREN MILLANE WHITNEY | 87.00 | hours at $ | 235.00 |
| LL | LARRY LABELLA | 51.00 | hours at $ | 135.00 |
| PSP | PAUL S. PERDUE | 13.00 | hours at $ | 115.00 |

SW        SUZANNE WALLACE          28.70  hours at $      90.00

**DISBURSEMENTS:**

| | |
|---|---:|
| ASSOCIATE SERVICES | 1,611.40 |
| FACSIMILE | 18.50 |
| COURT REPORTERS | 1,151.95 |
| POSTAGE & DELIVERY | 529.12 |
| PHOTOCOPYING | 1,536.14 |
| COMPUTER SEARCH | 1,360.70 |
| TRAVEL & EXPENSES | 215.38 |

DISBURSEMENT TOTAL                      $      6,423.19

SERVICE TOTAL                           $    121,439.50

**INVOICE TOTAL**                       $    127,862.69

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

04/27/05    **Expense: Vendor Chad Ziegler**
            **Transportation:**         Purpose of trip:  Meeting with Expert Teitman at
                                        Woodcock in Philadelphia, Pennsylvania
            **Parking:**                                            $ 24.00
            **Meals:**                                              $191.38
                                                                   _____
                                        TOTAL EXPENSE:  $215.38

## WRG-0068
## PATENT APPLICATION:  MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| | | | |
|---|---|---|---|
| 04/04/05 | FTC | Reviewed various references and considered whether the reference should be submitted to the U.S. Patent and Trademark office in an information disclosure statement; directed preparation of information disclosure statement. | 1.20 |
| 04/11/05 | DMD | Analysis of specification and application file to identify references to be cited in an Information Disclosure Statement. | 1.00 |
| 04/15/05 | FTC | Reviewed and executed supplemental information disclosure statement | .30 |
| 04/15/05 | DMD | Continue preparation of the Information Disclosure Statement. Attendance to filing of Supplemental Information Disclosure Statement with the United States Patent and Trademark Office; correspondence with the client explaining same and forwarding copies of documents as filed. | .60 |
| 04/26/05 | FTC | Reviewed prior art patent applications. | 1.50 |
| 04/26/05 | FTC | Telephone conference with client to discuss patent application. | .30 |

SERVICES                              $ 1,167.50

| | FTC | FRANK T. CARROLL | 3.30 | hours @ | $295.00 |
|---|---|---|---|---|---|
| | DMD | DAVID M. DESANTO | 1.60 | Hours @ | $120.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| PHOTOCOPYING | 61.80 |
| POSTAGE & DELIVERY | 6.90 |
| PATENT COPIES | 3.00 |

DISBURSEMENT TOTAL                  $     71.70

SERVICE TOTAL                       $  1,167.50

INVOICE TOTAL                       $  1,239.20

**WRG-0070**
**STUDY OF THIRD-PARTY PATENT DIRECTED TO ABSORBENTS**

| 04/14/05 | ACT | Drafting opinion regarding third-party patent. | 5.50 |
|----------|-----|-----------------------------------------------|------|
| 04/08/05 | ACT | Continue drafting opinion. | 2.50 |

SERVICES                 $1,920.00

| | ACT | AMY CARR TREXLER | 8.0 | hours @ | $240.00 |
|---|-----|------------------|-----|---------|---------|

**DISBURSEMENTS:**

| PATENT COPIES | 50.00 |
|---------------|-------|

DISBURSEMENT TOTAL                 $      50.00

SERVICE TOTAL                      $   1,920.00

INVOICE TOTAL                      $   1,970.00

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | ) |
| | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Rasheda S. Stewart, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 21st day of June 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

1.  **SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL AND AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF APRIL 1, 2005, THROUGH APRIL 30, 2005, FOR THE QUARTERLY FEE PERIOD OF APRIL – JUNE 2005; AND**

2.  **FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2005, THROUGH APRIL 30, 2005.**

Dated:  June 21, 2005

Rasheda S. Stewart

Sworn to and subscribed before
me this 21ˢᵗ day of June, 2005

Notary Public
My Commission Expires:  03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:106008.44

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP