## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: May 5, 2005, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**FIRST MONTHLY APPLICATION OF
DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM AUGUST 22, 2004 THROUGH SEPTEMBER 30, 2004**

Name of Applicant:    Deloitte Tax LLP ("Deloitte Tax").

Authorized to Provide Professional Services to:    The above-captioned debtors and debtors-in-possession.

Date of Retention:    December 20, 2004.

Period for which Compensation and Reimbursement is Sought:    August 22, 2004 through September 30, 2004.

Amount of Compensation Sought as Actual, Reasonable and Necessary:    $41,719.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

Less 20% Holdback for Hourly Rate Services:  ($8,343.80)

Amount of Payment Sought Hereunder:  $33,375.20

This is a:    xx monthly        _ interim        _ final application.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-1139 (PJW) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) Objection Date: May 5, 2005, at 4:00 p.m. | |
| ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**FIRST MONTHLY APPLICATION OF
DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM AUGUST 22, 2004 THROUGH SEPTEMBER 30, 2004**

This first monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services and custom procedures review services[2] to the Debtors during the period from August 22, 2004 through September 30, 2004. Attached hereto as Exhibit A is the Verification of Tim Tuerff of Deloitte Tax.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Customs procedures review services, along with tax services, are rendered to the Debtors by personnel of Deloitte Tax,

91100-001\DOCS_DE:79005.1

## BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004, tax advisory services, along with customs procedures review services, for which compensation and expense reimbursement is sought hereunder were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte Tax in this Application: (a) a table containing a summary of fees sought by professional, reflecting the professionals' name, position, hourly billing rate, total hours billed and total fees sought for the provision of tax advisory services and customs procedures review services, and (b) tables containing a summary of fees sought for the provision of tax advisory services and customs procedures review services broken into project categories.

In addition to the foregoing tables, attached hereto is Exhibit B, pertaining to the provision of tax advisory services and customs procedures review services, consisting of (a) a chart summarizing the fees sought by Deloitte Tax by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the

professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

## Summary of Fees Sought by Professional

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michelle McGuire | Principal - Customs & International Tax | $660 | 8.0 | $5,280 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $440 | 63.5 | $27,940 |
| Fred Levitan | Sr. Consultant - Customs & International Tax | $310 | 7.1 | $2,201 |
| Guillermo Del Nogal | Associate- Customs & International Tax | $230 | 9.0 | $2,070 |
| Marcella Dillard | Administrative | $65 | .2 | $13 |
| Nick Bubnovich | Partner – National Tax | $620 | 5.0 | $3,100 |
| Bryan Collins | Partner- National Tax | $600 | 1.0 | $600 |
| Jonathan Forrest | Manager- National Tax | $515 | 1.0 | $515 |

Total Fees:     $41,719
Total Hours:    94.8
Blended Rate:   $440.07

## Tax Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Ruling Request | 2.0 | $1,115 |
| Compensation Benchmarking | 5.0 | $2,480 |
| Customs Audit | 85.2 | $37,318 |
| TOTAL | 92.2 | $40,913 |

Dated: *April 5*, 2005

                DELOITTE TAX LLP

                */s/ Tim Tuerff*

                Tim Tuerff, Partner
                555 West 12 Street
                Suite 500
                Washington, DC 20004-1207
                Telephone: (202) 378-5223
                Facsimile: (202) 661-1934

                Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION

WASHINGTON           :
                     :
DISTRICT OF COLUMBIA :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

*[signature]*

Tim Tuerff
Partner

SWORN AND SUBSCRIBED
before me this 5th day of April, 2005.

*[signature]*

Notary Public
My Commission Expires: 3/14/2010

**W.R. Grace**
**Hours Spent by Each Person**
**August 22 through August 31, 2004 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 0.0 | $660 | $0 | $0 |
| Matthew Frank | 18.0 | $440 | $7,920 | $0 |
| Fred Levitan | 0.0 | $310 | $0 | $0 |
| Guillermo Del Nogal | 9.0 | $230 | $2,070 | $0 |
| *Total Customs & International Trade Services Fees* | 27.0 | | $9,990 | $0 |
| Bryan Collins | 1.0 | $600 | $600 | $0 |
| Nick Bubnovich | 4.0 | $620 | $2,480 | $0 |
| Jonathan Forrest | 1.0 | $515 | $515 | $0 |
| *Total National Tax Services Fees 8/21/2004 to 8/31/2004* | 6.0 | | $3,595 | $0 |
| **Total Deloitte Tax LLP Fees for August** | 33.0 | | $13,585 | $0 |
| | | Blended Rate | $411.67 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/23/2004 | MF | Customs Audit | Review of draft broker/vendor instructions from GPC | 1.0 | 440 | $ 440.00 | 0 |
| 8/23/2004 | MF | Customs Audit | Review of response to CF28 from CBP | 1.0 | 440 | $ 440.00 | 0 |
| 8/23/2004 | NB | Compensation Benchmarking | Meet w/ Zack and review data and CEO letter in advance of discussion with Brian at Grace. | 1.0 | 620 | 620 | 0 |
| 8/24/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | 440 | $ 440.00 | 0 |
| 8/24/2004 | MF | Customs Audit | Review and edit Grace draft procedures | 1.0 | 440 | $ 440.00 | 0 |
| 8/24/2004 | MF | Customs Audit | Draft response to second CF28 | 2.0 | 440 | $ 880.00 | 0 |
| 8/24/2004 | NB | Compensation Benchmarking | Revise letter; send to Brian; discuss w/ Brian. | 1.0 | 620 | 620 | 0 |
| 8/25/2004 | MF | Customs Audit | Draft of comments on draft procedures from Grace | 3.0 | 440 | $ 1,320.00 | 0 |
| 8/25/2004 | NB | Compensation Benchmarking | Revise letter by adding new section on range around the median; resend draft letter. | 2.0 | 620 | 1240 | 0 |
| 8/26/2004 | MF | Customs Audit | Draft of comments in response to review of Grace's draft procedures | 4.0 | 440 | $ 1,760.00 | 0 |
| 8/26/2004 | GDN | Customs Audit | Worked on training presentation for Matt | 4.0 | 230 | $ 920.00 | 0 |
| 8/27/2004 | MF | Customs Audit | Discussions with Grace about review of draft CIP | 1.0 | 440 | $ 440.00 | 0 |
| 8/27/2004 | GDN | Customs Audit | Worked on training presentation for Matt | 5.0 | 230 | $ 1,150.00 | 0 |
| 8/30/2004 | MF | Customs Audit | Revision of CF28 Response | 1.0 | 440 | $ 440.00 | 0 |
| 8/30/2004 | MF | Customs Audit | Review of draft CIP | 1.0 | 440 | $ 440.00 | 0 |
| 8/30/2004 | JF | Ruling Request | Teleconference with client to update re ruling process | 1 | 515 | $515 | |
| 8/30/2004 | BC | Ruling Request | Follow-up with IRS and updating Elyse on status. | 1 | 600 | $600 | |
| 8/31/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | 440 | $ 440.00 | 0 |
| 8/31/2004 | MF | Customs Audit | Review draft of CIP and error log | 1.0 | 440 | $ 440.00 | 0 |
| | | | Total | 33.0 | | $ 13,585.00 | $ - |

**W.R. Grace**
**Hours Spent by Each Person**
September 1 through September 30, 2004 (Deloitte Tax LLP)

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 8.0 | $660 | $5,280 | $0 |
| Matthew Frank | 45.5 | $440 | $20,020 | $0 |
| Fred Levitan | 4.5 | $310 | $1,395 | $0 |
| Marcella Dillard | 0.2 | $65 | $13 | $0 |
| **Total Customs & International Trade Services Fees** | 58.2 | | $26,708 | $0 |
| Nick Bubnovich | 1.0 | 620 | 620 | $0 |
| **Total National Tax Services Fees** | 1.0 | | 620 | $0 |
| Fred Levitan | 2.6 | $310 | $806 | $0 |
| **Total Monthly Statement & Fee Application Fees** | 2.6 | | $806 | $0 |
| **Total Deloitte Tax LLP Fees for September** | 61.8 | | $28,134 | $0 |
| | | Blended Rate | $455.24 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 9/1/2004 | MM | Customs Audit | Onsite meeting with Customs | 5.0 | 660 | $ 3,300.00 | 0 |
| 9/1/2004 | MF | Customs Audit | Phone call with CBP and Grace re sample universe | 2.5 | 440 | $ 1,100.00 | 0 |
| 9/1/2004 | MF | Customs Audit | Review of CIP | 1.0 | 440 | $ 440.00 | 0 |
| 9/2/2004 | MF | Customs Audit | Review of draft policies and procedures | 1.5 | 440 | $ 660.00 | 0 |
| 9/2/2004 | FL | Fee Application/Billing | Preparation of monthly billing summary for my group | 2.3 | 310 | $ 713.00 | 0 |
| 9/4/2004 | MM | Customs Audit | CF 28 review | 1.5 | 660 | $ 990.00 | 0 |
| 9/4/2004 | MM | Customs Audit | Weekly conference call with Grace Implementation team | 1.5 | 660 | $ 990.00 | 0 |
| 9/7/2004 | MF | Customs Audit | Weekly conference call with Grace Implementation team | 1.5 | 440 | $ 660.00 | 0 |
| 9/7/2004 | MF | Customs Audit | Review and analysis of transaction samples | 2.0 | 440 | $ 880.00 | 0 |
| 9/7/2004 | FL | Fee Application/Billing | Preparation of monthly billing summary for my group | 0.3 | 310 | $ 93.00 | 0 |
| 9/7/2004 | MD | Customs Audit | Shipped CD customs database | 0.2 | 65 | $ 13.00 | 0 |
| 9/8/2004 | MF | Customs Audit | Review and edit of CIP | 2.0 | 440 | $ 880.00 | 0 |
| 9/8/2004 | MF | Customs Audit | Discussion of CIP with Nasos Phillips of Grace | 1.0 | 440 | $ 440.00 | 0 |
| 9/8/2004 | FL | Customs Audit | Researched regulations and rulings for marking of pellets re Alcoa | 1.0 | 310 | $ 310.00 | 0 |
| 9/9/2004 | MF | Customs Audit | Review of draft policies and procedures | 1.0 | 440 | $ 440.00 | 0 |
| 9/9/2004 | FL | Customs Audit | Researched marking exceptions in regs re Alcoa | 1.0 | 310 | $ 310.00 | 0 |
| 9/9/2004 | FL | Customs Audit | Prepared email drafts re findings re Alcoa | 0.5 | 310 | $ 155.00 | 0 |
| 9/10/2004 | MF | Customs Audit | Review of updated draft policies and procedures | 1.0 | 440 | $ 440.00 | 0 |
| 9/13/2004 | MF | Customs Audit | Review of Grace's revisions to draft policies and procedures | 1.5 | 440 | $ 660.00 | 0 |
| 9/13/2004 | FL | Customs Audit | Review/edit of email on marking exceptions issue re Alcoa | 0.5 | 310 | $ 155.00 | 0 |
| 9/14/2004 | MF | Customs Audit | Weekly Conference call with Grace Implementation Team | 1.0 | 440 | $ 440.00 | 0 |
| 9/14/2004 | MF | Customs Audit | Review of revised draft procedures and policies | 2.0 | 440 | $ 880.00 | 0 |
| 9/15/2004 | MF | Customs Audit | Conference call with Nasos Phillips re CBP exit interview finalize response to findings letter | 0.5 | 440 | $ 220.00 | 0 |
| 9/15/2004 | MF | Customs Audit | Review of Alcoa Marking Issue | 0.5 | 440 | $ 220.00 | 0 |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 9/15/2004 | | MF Customs Audit | Review of revised draft procedures and policies | 2.0 | 440 | $ 880.00 | 0 |
| 9/15/2004 | | FL Customs Audit | Review/edit of email on marking exceptions issue re Alcoa | 1.0 | 310 | $ 310.00 | 0 |
| 9/16/2004 | | MF Customs Audit | Research follow-up issues | 1.5 | 440 | $ 660.00 | 0 |
| 9/16/2004 | | MF Customs Audit | Conference call with Grace team to edit CIP | 3.0 | 440 | $ 1,320.00 | 0 |
| 9/16/2004 | | MF Customs Audit | Exit conference call re audit with Grace and CBP | 0.5 | 440 | $ 220.00 | 0 |
| 9/16/2004 | | FL Customs Audit | Finalized email re marking exceptions re Alcoa | 0.5 | 310 | $ 155.00 | 0 |
| 9/17/2004 | | MF Customs Audit | Review and edit of CIP | 2.5 | 440 | $ 1,100.00 | 0 |
| 9/20/2004 | | MF Customs Audit | Review/edit of draft policies and procedures | 2.0 | 440 | $ 880.00 | 0 |
| 9/21/2004 | | MF Customs Audit | Review/edit of draft policies and procedures | 1.0 | 440 | $ 440.00 | 0 |
| 9/21/2004 | | MF Customs Audit | Weekly conference call with Grace Implementation team | 3.0 | 440 | $ 1,320.00 | 0 |
| 9/22/2004 | | MF Customs Audit | Review/edit of draft policies and procedures | 1.0 | 440 | $ 440.00 | 0 |
| 9/23/2004 | | MF Customs Audit | Review/edit of CIP | 1.0 | 440 | $ 440.00 | 0 |
| 9/24/2004 | | MF Customs Audit | Review/edit of CIP | 1.0 | 440 | $ 440.00 | 0 |
| 9/27/2004 | | MF Customs Audit | Review/edit of final CIP draft | 3.0 | 440 | $ 1,320.00 | 0 |
| 9/28/2004 | | MF Customs Audit | Review/analysis of MID data for transaction sample universe | 1.5 | 440 | $ 660.00 | 0 |
| 9/28/2004 | | MF Customs Audit | Weekly conference call with Grace Implementation team | 1.0 | 440 | $ 440.00 | 0 |
| 9/29/2004 | | MF Customs Audit | Review/edit of MID data for transaction samples | 0.5 | 440 | $ 220.00 | 0 |
| 9/29/2004 | | MF Customs Audit | Review/edit of CIP | 0.5 | 440 | $ 220.00 | 0 |
| 9/30/2004 | | MF Customs Audit | Conference call with Nasos Phillips re compliance strategy | 0.5 | 440 | $ 220.00 | 0 |
| 9/30/2004 | | MF Customs Audit | Review of MID data for tranaction sample universe | 1.0 | 440 | $ 440.00 | 0 |
| 9/2/2004 | NB | Compensation | Discuss w/ Brian McGowan possible retention bonus for Festa; draft memo re same | 1 | 620 | 620 | 205 | 0 |
| | | | Totals: | 61.8 | | $ 28,134.00 | $ - |