**<u>EXHIBIT C</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: July 12, 2005, at 4:00 p.m.** |
| | ) | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

## THIRD MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

Name of Applicant:    Deloitte Tax LLP ("Deloitte Tax").

Authorized to Provide Professional Services to:    The above-captioned debtors and debtors-in-possession.

Date of Retention:    December 20, 2004.

Period for which Compensation and Reimbursement is Sought:    November 1, 2004 through November 30, 2004.

Amount of Compensation Sought as Actual, Reasonable and Necessary:          $77,220.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

Less 20% Holdback for Hourly Rate Services:                                    ($15,444.00)

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $425.00

Amount of Payment Sought Hereunder:                                           $62,201.00

This is a:        xx monthly          _ interim          _ final application.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date:  July 12, 2005, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

### THIRD MONTHLY APPLICATION OF
### DELOITTE TAX LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES TO THE DEBTORS
### FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

This third monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax")

is for compensation for services rendered in connection with Deloitte Tax's provision of tax

services and custom procedures review services[2] to the Debtors during the period from

November 1, 2004 through November 30, 2004.  Attached hereto as Exhibit A is the Verification

of Tim Tuerff of Deloitte Tax.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Customs procedures review services, along with tax services, are rendered to the Debtors by personnel of Deloitte Tax.
91100-001\DOCS_DE:79005.1

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors <u>Nunc Pro Tunc</u> to August 22, 2004 was entered by this Court on December 21, 2004.  Prior to August 22, 2004, tax advisory services, along with customs procedures review services, for which compensation and expense reimbursement is sought hereunder were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche").  As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte Tax in this Application: (a) a table containing a summary of fees sought by professional, reflecting the professionals' name, position, hourly billing rate, total hours billed and total fees sought for the provision of tax advisory services and customs procedures review services, and (b) tables containing a summary of fees sought for the provision of tax advisory services and customs procedures review services broken into project categories.

In addition to the foregoing tables, attached hereto is Exhibit B, pertaining to the provision of tax advisory services and customs procedures review services, consisting of (a) a chart summarizing the fees sought by Deloitte Tax by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the

---

[2] Customs procedures review services, along with tax services, are rendered to the Debtors by personnel of Deloitte Tax.
91100-001\DOCS_DE:79005.1

professionals providing services, a description of the services, the hours expended providing the

services, the professionals' hourly billing rates, and the total fees sought.

## Summary of Fees Sought by Professional

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michele McGuire | Principal – Customs & International Trade Services | $660 | 3.0 | $1,980 |
| Matthew Frank | Manager – Customs & International Trade Services | $440 | 19.5 | $8,580 |
| Fred Levitan | Senior Consultant – Customs & International Trade Services | $310 | 2.0 | $620 |
| Bryan Collins | Partner – National Tax | $600 | 35.0 | $21,000 |
| Jonathan Forrest | Senior Manager – National Tax | $515 | 45.0 | $23,175 |
| Matthew Gareau | Manager – National Tax | $475 | 46.0 | $21,850 |
| Kelly James | Administrative – National Tax | $75 | 0.2 | $15 |

Total Fees:    $77,220
Total Hours:   150.7
Blended Rate:  $512.41

## Tax Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Ruling Request | 126.2 | $66,040 |
| Customs Audit/Focused Assessment | 22.5 | $10,560 |
| TOTAL | 92.2 | $76,600 |

## Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | 2.0 | $620 |
| TOTAL | 2.0 | $620 |

## EXPENSE SUMMARY

| | | |
|---|---|---|
| Working Meals | | $263 |
| Telephone Calls/Faxes | | $45 |
| Travel Expenses | | $117 |
| TOTAL | | $425 |

Dated: *June 10* 2005

DELOITTE TAX LLP

*Tim Tuerff*

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:  (202) 378-5223
Facsimile:   (202) 661- 1934

Tax service providers for Debtors and Debtors in
Possession

## EXHIBIT A

### VERIFICATION

WASHINGTON                    :

                              :

DISTRICT OF COLUMBIA   :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant firm of Deloitte Tax LLP.

b)      I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                        Tim Tuerff
                                        Partner

SWORN AND SUBSCRIBED
before me this 10th day of June , 2005.

Notary Public
My Commission Expires:  5 | 14 | 2010

**W.R. Grace**
**Hours Spent by Each Person**
**November 1, 2004 through November 30, 2004 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 3.0 | $660 | $ 1,980.00 | $ - |
| Matt Frank | 19.5 | $440 | $ 8,580.00 | $ - |
| **Total Customs & International Trade Services Fees** | 22.5 | | $ 10,560.00 | $ - |
| Bryan Collins | 35.0 | $600 | $ 21,000.00 | $ 331.00 |
| Jonathan Forrest | 45.0 | $515 | $ 23,175.00 | $ 94.00 |
| Matthew Gareau | 46.0 | $475 | $ 21,850.00 | $ - |
| Kelley James | 0.2 | $75 | $ 15.00 | $ - |
| **Total National Tax Services Fees** | 126.2 | | $ 66,040.00 | $ 425.00 |
| Fred Levitan | 2.0 | $310 | $ 620.00 | $ - |
| **Total Monthly Statement & Fee Application Fees** | 2.0 | | $ 620.00 | $ - |
| **Total Deloitte Tax LLP Fees for November** | 150.7 | | $ 77,220.00 | $ 425.00 |
| | | Blended Rate | $ 512.41 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 11/01/04 | COLLINS, BRYAN P. | Ruling Request | Preparing for adverse conference with IRS | 1.0 | $600 | $ 600.00 | $ - |
| 11/01/04 | FRANK, MATT | Focused Assessment | Telephone calls with Grace regarding CIP plan | 0.5 | $440 | $ 220.00 | $ - |
| 11/01/04 | FRANK, MATT | Focused Assessment | Review or transaction testing | 1.0 | $440 | $ 440.00 | $ - |
| 11/01/04 | FRANK, MATT | Focused Assessment | Review of foreign vendor payables universe from customs | 0.5 | $440 | $ 220.00 | $ - |
| 11/01/04 | GAREAU, MATTHEW E | Ruling Request | Preparation for adverse conference with IRS re: lonely parent rule ruling request. | 1.0 | $475 | $ 475.00 | $ - |
| 11/02/04 | COLLINS, BRYAN P. | Ruling Request | Preparing for Adverse Conference with IRS | 4.0 | $600 | $ 2,400.00 | $ - |
| 11/02/04 | FORREST, JONATHAN I | Ruling Request | Prepared for adverse conference with IRS | 4.5 | $515 | $ 2,317.50 | $ - |
| 11/02/04 | FRANK, MATT | Focused Assessment | Review of revised transaction testing | 0.5 | $440 | $ 220.00 | $ - |
| 11/02/04 | FRANK, MATT | Focused Assessment | Review of revised foreign vendor payables universe from Customs | 0.5 | $440 | $ 220.00 | $ - |
| 11/02/04 | GAREAU, MATTHEW E | Ruling Request | Met with B Collins and J Forrest to prepare for adverse conference. | 4.0 | $475 | $ 1,900.00 | $ - |
| 11/03/04 | COLLINS, BRYAN P. | Ruling Request | Lunch to discuss Adverse Conference | 0.0 | $600 | $ - | $ 119.00 |
| 11/03/04 | COLLINS, BRYAN P. | Ruling Request | Preparing for Adverse Conference with IRS | 5.0 | $600 | $ 3,000.00 | $ - |
| 11/03/04 | FORREST, JONATHAN I | Ruling Request | Prepared for adverse conference with IRS | 9.0 | $515 | $ 4,635.00 | $ - |
| 11/03/04 | FRANK, MATT | Focused Assessment | Conference call with Grace team and Customs personnel | 1.0 | $440 | $ 440.00 | $ - |
| 11/03/04 | FRANK, MATT | Focused Assessment | Review/Analysis of transaction sample universe | 0.5 | $440 | $ 220.00 | $ - |
| 11/03/04 | FRANK, MATT | Focused Assessment | Review/Analysis of Customs correspondence | 0.5 | $440 | $ 220.00 | $ - |
| 11/03/04 | FRANK, MATT | Focused Assessment | Review/Analysis of WR Grace billing detail | 1.0 | $440 | $ 440.00 | $ - |
| 11/03/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of example slides for adverse conference. | 8.0 | $475 | $ 3,800.00 | $ - |
| 11/03/04 | MCGUIRE, MICHELE | Focused Assessment | Weekly Conference call with Grace Re CIP | 1.0 | $660 | $ 660.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | Disbursement |
|------|------|----------|-------------|-------|------|--------|--------------|
| 11/04/04 | COLLINS, BRYAN P. | Ruling Request | Car Service for client from airport for Adverse Conference | 0.0 | $600 | $ - | $ 53.00 |
| 11/04/04 | COLLINS, BRYAN P. | Ruling Request | Car Service for client to airport for Adverse Conference | 0.0 | $600 | $ - | $ 54.00 |
| 11/04/04 | COLLINS, BRYAN P. | Ruling Request | Lunch with client following Adverse Conference | 0.0 | $600 | $ - | $ 105.00 |
| 11/04/04 | COLLINS, BRYAN P. | Ruling Request | IRS Conference Meeting | 8.0 | $600 | $ 4,800.00 | $ - |
| 11/04/04 | FORREST, JONATHAN I | Ruling Request | Taxi for adverse conference with IRS | 0.0 | $515 | $ - | $ 10.00 |
| 11/04/04 | FORREST, JONATHAN I | Ruling Request | Attended adverse conference at IRS. | 5.0 | $515 | $ 2,575.00 | $ - |
| 11/04/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 1.0 | $440 | $ 440.00 | $ - |
| 11/04/04 | GAREAU, MATTHEW E | Ruling Request | Prepare for adverse conference, client meeting, and post-conference debrief. | 4.0 | $475 | $ 1,900.00 | $ - |
| 11/05/04 | COLLINS, BRYAN P. | Ruling Request | Call with client re: follow-up to Adverse Conference. | 3.0 | $600 | $ 1,800.00 | $ - |
| 11/05/04 | FORREST, JONATHAN I | Ruling Request | Prepared for response to adverse conference | 2.5 | $515 | $ 1,287.50 | $ - |
| 11/05/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 1.5 | $440 | $ 660.00 | $ - |
| 11/08/04 | COLLINS, BRYAN P. | Ruling Request | IRS Submission with Jonathan Forrest | 1.0 | $600 | $ 600.00 | $ - |
| 11/08/04 | FORREST, JONATHAN I | Ruling Request | Prepared for response to adverse conference | 7.0 | $515 | $ 3,605.00 | $ - |
| 11/08/04 | FRANK, MATT | Focused Assessment | Review/Analysis of WR Grace billing detail | 1.0 | $440 | $ 440.00 | $ - |
| 11/08/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 2.0 | $440 | $ 880.00 | $ - |
| 11/08/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 7.0 | $475 | $ 3,325.00 | $ - |
| 11/08/04 | LEVITAN, FRED | Focused Assessment | Billing | 2.0 | $310 | $ 620.00 | $ - |
| 11/09/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 3.0 | $515 | $ 1,545.00 | $ - |
| 11/09/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft vendor and broker instructions | 0.5 | $440 | $ 220.00 | $ - |
| 11/09/04 | FRANK, MATT | Focused Assessment | Discussion of draft vendor and broker Instructions | 0.5 | $440 | $ 220.00 | $ - |
| 11/09/04 | FRANK, MATT | Focused Assessment | Weekly Conference Call with Grace re Implementation Plan | 1.5 | $440 | $ 660.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| 11/09/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 5.0 | $475 | $ 2,375.00 | $ - |
| 11/10/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 2.0 | $515 | $ 1,030.00 | $ - |
| 11/10/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 2.0 | $475 | $ 950.00 | $ - |
| 11/11/04 | FRANK, MATT | Focused Assessment | Review/Edit of draft procedures | 1.0 | $440 | $ 440.00 | $ - |
| 11/11/04 | MCGUIRE, MICHELE | Focused Assessment | Review of broker instructions | 2.0 | $660 | $ 1,320.00 | $ - |
| 11/12/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 1.0 | $475 | $ 475.00 | $ - |
| 11/15/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 3.0 | $600 | $ 1,800.00 | $ - |
| 11/15/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 7.0 | $515 | $ 3,605.00 | $ - |
| 11/15/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 6.5 | $475 | $ 3,087.50 | $ - |
| 11/16/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 2.0 | $600 | $ 1,200.00 | $ - |
| 11/16/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 2.0 | $515 | $ 1,030.00 | $ - |
| 11/16/04 | FRANK, MATT | Focused Assessment | Review/Edit of broker instructions | 1.5 | $440 | $ 660.00 | $ - |
| 11/16/04 | FRANK, MATT | Focused Assessment | Weekly status call with Grace team | 0.5 | $440 | $ 220.00 | $ - |
| 11/16/04 | GAREAU, MATTHEW E | Ruling Request | Preparation of response letter to adverse conference. | 7.5 | $475 | $ 3,562.50 | $ - |
| 11/17/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 1.0 | $600 | $ 600.00 | $ - |
| 11/17/04 | FORREST, JONATHAN I | Ruling Request | Fax | 0.0 | $515 | $ - | $ 45.00 |
| 11/17/04 | FORREST, JONATHAN I | Ruling Request | Review adverse conference response | 1.5 | $515 | $ 772.50 | $ - |
| 11/18/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 2.5 | $600 | $ 1,500.00 | $ - |
| 11/18/04 | FORREST, JONATHAN I | Ruling Request | Lunch to discuss adverse conference response memo | 0.0 | $515 | $ - | $ 39.00 |
| 11/19/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 2.5 | $600 | $ 1,500.00 | $ - |
| 11/23/04 | FRANK, MATT | Focused Assessment | Conference call with Grace team and Customs personnel | 1.5 | $440 | $ 660.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | | Amount | | |
|------|------|----------|-------------|-------|------|---|--------|---|---|
| 11/23/04 | JAMES, KELLEY M | Ruling Request | | 0.2 | $75 | $ | 15.00 | $ | - |
| 11/24/04 | COLLINS, BRYAN P. | Ruling Request | Reviewing Submission on Ruling Request | 1.0 | $600 | $ | 600.00 | $ | - |
| 11/30/04 | COLLINS, BRYAN P. | Ruling Request | Communication with client re: withdrawal of Ruling Request | 1.0 | $600 | $ | 600.00 | $ | - |
| 11/30/04 | FORREST, JONATHAN I | Ruling Request | Communicate with client re: withdrawal of Ruling Request | 1.5 | $515 | $ | 772.50 | $ | - |
| 11/30/04 | FRANK, MATT | Focused Assessment | Weekly Conference Call with Grace re Implementation Plan | 1.0 | $440 | $ | 440.00 | $ | - |
| | | | **TOTALS:** | 150.7 | | $ | 77,220.00 | $ | 425.00 |