**EXHIBIT E**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Objection Date: July 13, 2005, at 4:00 p.m. |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) |

### SUMMARY OF FIFTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2005 through January 31, 2005 |
| Amount of Compensation Sought: | $19,859.00 |
| Less 20% Holdback for Hourly Rate Services: | ($3,972.00) |
| Amount of Expense Reimbursement Sought: | $1,228.00 |
| Amount of Payment Sought Hereunder: | $17,115.00 |

This is a:    xx monthly        __ interim        __ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Date: July 13, 2005, at 4:00 p.m.
Hearing Date: Scheduled if Necessary (Negative Notice)

## FIFTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

This fifth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services and custom procedures review services[2] to the Debtors during the period from January 1, 2005 through January 31, 2005. Attached hereto as Exhibit A is the Verification of Tim Tuerff of Deloitte Tax.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Customs procedures review services, along with tax services, are rendered to the Debtors by personnel of Deloitte Tax.

## BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004, tax advisory services, along with customs procedures review services, for which compensation and expense reimbursement is sought hereunder were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte Tax in this Application: (a) a table containing a summary of fees sought by professional, reflecting the professionals' name, position, hourly billing rate, total hours billed and total fees sought for the provision of tax advisory services and customs procedures review services, and (b) tables containing a summary of fees sought for the provision of tax advisory services and customs procedures review services broken into project categories.

In addition to the foregoing tables, attached hereto is Exhibit B, pertaining to the provision of tax advisory services and customs procedures review services, consisting of (a) a chart summarizing the fees sought by Deloitte Tax by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the

-2-

professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

## Summary of Fees Sought by Professional

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michele McGuire | Principal – Customs & International Trade Services | $660 | 6.5 | $4,290 |
| Matthew Frank | Manager – Customs & International Trade Services | $440 | 15.5 | $6,820 |
| Fred Levitan | Senior Consultant – Customs & International Trade Services | $310 | 4.5 | $1,395 |
| Tim Tuerff | Partner – National Tax | $600 | 0.3 | $180 |
| Bryan Collins | Partner – National Tax | $600 | 2.0 | $1,200 |
| Jonathan Forrest | Senior Manager – National Tax | $515 | 9.5 | $4,893 |
| Sibel Owji | Senior Manager – National Tax | $515 | 2.1 | $1,082 |

Total Fees:    $19,859
Total Hours:   40.4
Blended Rate:  $491.56

## Tax Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Ruling Request | 13.9 | $12,505 |
| Customs Audit/Focused Assessment | 26.5 | $7,354 |
| TOTAL | 40.4 | $19,859 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Working Meals | | $0 |
| Telephone Calls/Faxes | | $3 |
| Travel Expenses | | $1,225 |
| TOTAL | | $1,228 |

-3-

Dated: June 20, 2005

                DELOITTE TAX LLP

                */s/ Tim Tuerff*

                Tim Tuerff, Partner
                555 West 12 Street
                Suite 500
                Washington, DC 20004-1207
                Telephone: (202) 378-5223
                Facsimile:  (202) 661-1934

                Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION

WASHINGTON           :
                     :
DISTRICT OF COLUMBIA :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Tim Tuerff
Partner

SWORN AND SUBSCRIBED
before me this 20th day of June, 2005.

_____
Notary Public
My Commission Expires: October 14, 2007

EXHIBIT B

## W.R. Grace & Co.
## Hours Spent by Each Person
January 1, 2005 through January 31, 2005

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 6.5 | $660 | $ 4,290.00 | $ 723.00 |
| Matt Frank | 15.5 | $440 | $ 6,820.00 | $ 502.00 |
| Fred Levitan | 4.5 | $310 | $ 1,395.00 | |
| **Total Customs & International Trade Services** | 26.5 | | $ 12,505.00 | $ 1,225.00 |
| | | | | |
| Tim Tuerff (Principal) | 0.3 | $600 | $ 180.00 | |
| Bryan Collins (Partner) | 2.0 | $600 | $ 1,200.00 | $ 3.00 |
| Jonathan Forrest (Senior Manager) | 9.5 | $515 | $ 4,892.50 | |
| Sibel Owji (Senior Manager) | 2.1 | $515 | $ 1,081.50 | |
| **Total National Tax Services Fees** | 13.9 | | $ 7,354.00 | $ 3.00 |
| | | | | |
| **Total Deloitte Tax LLP Fees for February** | 40.4 | | $ 19,859.00 | $ 1,228.00 |
| | | Blended Rate | $ 491.56 | |


| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 01/04/05 | FRANK, MATT | Focused Assessment | Weekly conference Call with Grace to review action items | 1.0 | $440.00 | $ 440.00 | $ - |
| 01/13/05 | FRANK, MATT | Focused Assessment | Preparation for onsite meeting at Grace-Davison | 2.0 | $440.00 | $ 880.00 | $ - |
| 01/13/05 | LEVITAN, FRED | Focused Assessment | Preparation of support information for onsite meeting | 4.5 | $310.00 | $ 1,395.00 | $ - |
| 01/14/05 | FRANK, MATT | Focused Assessment | Preparation of materials for meeting at Grace-Davison | 1.0 | $440.00 | $ 440.00 | $ - |
| 01/18/05 | FRANK, MATT | Focused Assessment | Onsite meeting at Grace-Davison | 6.0 | $440.00 | $ 2,640.00 | $ 502.00 |
| 01/18/05 | MCGUIRE, MICHELE | Focused Assessment | Onsite meeting at Grace-Davison | 6.0 | $660.00 | $ 3,960.00 | $ 723.00 |
| 01/20/05 | FRANK, MATT | Focused Assessment | Quanitification of potential NAFTA exposure | 1.5 | $440.00 | $ 660.00 | $ - |
| 01/20/05 | MCGUIRE, MICHELE | Focused Assessment | Reviewed Action List memo | 0.5 | $660.00 | $ 330.00 | $ - |
| 01/21/05 | FRANK, MATT | Focused Assessment | Response to action items from Jan 18th meeting | 1.5 | $440.00 | $ 660.00 | $ - |
| 01/21/05 | Tuerff, T Timothy | Int'l Tax | Due Diligence - India | 0.3 | $600.00 | $ 180.00 | $ - |
| 01/24/05 | Owji, Sibel | Int'l Tax | Draft & send correspondence re: Due Diligence | 0.7 | $515.00 | $ 360.50 | $ - |
| 01/25/05 | COLLINS, BRYAN P. | Ruling Request | Teleconference with client, review draft protest letter | 1.0 | $600.00 | $ 600.00 | $ 1.00 |
| 01/25/05 | FORREST, JONATHAN I | Ruling Request | Teleconference with client re: withdrawal of Ruling Request; reviewed drafts | 1.5 | $515.00 | $ 772.50 | $ - |
| 01/25/05 | FRANK, MATT | Focused Assessment | Finalization of attachments for transfer pricing memo | 0.5 | $440.00 | $ 220.00 | $ - |
| 01/26/05 | Owji, Sibel | Int'l Tax | Call w/ Client & follow ups. Various corresp. | 0.8 | $515.00 | $ 412.00 | $ - |
| 01/27/05 | FORREST, JONATHAN I | Ruling Request | Edit draft of withdrawal letter | 1.5 | $515.00 | $ 772.50 | $ - |
| 01/27/05 | FRANK, MATT | Focused Assessment | Drafted engagement letter | 2.0 | $440.00 | $ 880.00 | $ - |
| 01/27/05 | Owji, Sibel | Int'l Tax | India due diligence related efforts. | 0.6 | $515.00 | $ 309.00 | $ - |
| 01/28/05 | FORREST, JONATHAN I | Ruling Request | Edit draft of withdrawal letter | 5.0 | $515.00 | $ 2,575.00 | $ - |
| 01/31/05 | COLLINS, BRYAN P. | Ruling Request | Review draft protest letter | 1.0 | $600.00 | $ 600.00 | $ 2.00 |
| 01/31/05 | FORREST, JONATHAN I | Ruling Request | Reviewed draft protest letter | 1.5 | $515.00 | $ 772.50 | $ - |
| | | | | 40.4 | | $ 19,859.00 | $ 1,228.00 |