**EXHIBIT F**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: July 13, 2005, at 4:00 p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

## SUMMARY OF SIXTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP ("Deloitte Tax") |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | December 20, 2004 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2005 through February 28, 2005 |
| Amount of Compensation Sought: | $23,798.50 |
| Less 20% Holdback for Hourly Rate Services: | ($4,759.70) |
| Amount of Expense Reimbursement Sought: | $185.00 |
| Amount of Payment Sought Hereunder: | $19,223.80 |

This is a:    xx monthly    _ interim    _ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

Objection Date: July 13, 2005, at 4:00 p.m.
Hearing Date: Scheduled if Necessary (Negative Notice)

## SIXTH MONTHLY APPLICATION OF DELOITTE TAX LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

This sixth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax services and custom procedures review services[2] to the Debtors during the period from February 1, 2005 through February 28, 2005. Attached hereto as Exhibit A is the Verification of Tim Tuerff of Deloitte Tax.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Customs procedures review services, along with tax services, are rendered to the Debtors by personnel of Deloitte Tax.

## BACKGROUND

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004. Prior to August 22, 2004, tax advisory services, along with customs procedures review services, for which compensation and expense reimbursement is sought hereunder were provided to the Debtors by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no longer providing tax services or compensation procedures review services to the Debtors.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte Tax in this Application: (a) a table containing a summary of fees sought by professional, reflecting the professionals' name, position, hourly billing rate, total hours billed and total fees sought for the provision of tax advisory services and customs procedures review services, and (b) tables containing a summary of fees sought for the provision of tax advisory services and customs procedures review services broken into project categories.

In addition to the foregoing tables, attached hereto is Exhibit B, pertaining to the provision of tax advisory services and customs procedures review services, consisting of (a) a chart summarizing the fees sought by Deloitte Tax by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the

-2-

professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### Summary of Fees Sought by Professional

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michele McGuire | Principal – Customs & International Trade Services | $660 | 3.5 | $2,310 |
| Matthew Frank | Manager – Customs & International Trade Services | $440 | 11.0 | $4,840 |
| Mary Kostopoulos | Senior Consultant – Customs & International Trade Services | $310 | 4.0 | $1,240 |
| Fred Levitan | Senior Consultant – Customs & International Trade Services | $310 | 2.0 | $620 |
| Tim Tuerff | Partner – National Tax | $600 | 3.8 | $2,280 |
| Bryan Collins | Partner – National Tax | $600 | 5.0 | $3,000 |
| Jonathan Forrest | Senior Manager – National Tax | $515 | 7.0 | $3,605 |
| Sibel Owji | Senior Manager – National Tax | $515 | 9.4 | $4,841 |
| Matthew Gareau | Senior Manager – National Tax | $475 | 2.0 | $950 |
| Jason Hall | Administrative – National Tax | $75 | 1.5 | $113 |

Total Fees:   $23,799
Total Hours:  49.2
Blended Rate: $483.71

### Tax Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Ruling Request | 27.2 | $8,390 |
| Customs Audit/Focused Assessment | 18.5 | $14,676 |
| TOTAL | 45.7 | $19,859 |

### Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | 3.5 | $733 |
| TOTAL | 3.5 | $733 |

-3-

## EXPENSE SUMMARY

| | | |
|---|---|---|
| Working Meals | | $0 |
| Telephone Calls/Faxes | | $0 |
| Travel Expenses | | $185 |
| TOTAL | | $185 |

Dated: June 20, 2005

DELOITTE TAX LLP

*Tim Tuerff*

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:  (202) 378-5223
Facsimile:   (202) 661- 1934

Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

## VERIFICATION

WASHINGTON          :
                    :
DISTRICT OF COLUMBIA :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

*[signature]*
Tim Tuerff
Partner

SWORN AND SUBSCRIBED
before me this 20th day of June, 2005.

*[signature]*
Notary Public

EXHIBIT B

**W.R. Grace & Co.**
**Hours Spent by Each Person**
**February 1, 2005 through February 28, 2005**

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 3.5 | $660 | $ 2,310.00 | |
| Matt Frank | 11.0 | $440 | $ 4,840.00 | |
| Mary Kostopoulos | 4.0 | $310 | $ 1,240.00 | |
| **Total Customs & International Trade Services** | **18.5** | | **$ 8,390.00** | **$ 185.00** |
| | | | | |
| Tim Tuerff (Principal) | 3.8 | $600 | $ 2,280.00 | |
| Bryan Collins (Partner) | 5.0 | $600 | $ 3,000.00 | |
| Jonathan Forrest (Senior Manager) | 7.0 | $515 | $ 3,605.00 | |
| Gareau, Matthew E. (Manager) | 2.0 | $475 | $ 950.00 | |
| Sibel Owji (Senior Manager) | 9.4 | $515 | $ 4,841.00 | |
| **Total National Tax Services Fees** | **27.2** | | **$ 14,676.00** | **$ -** |
| | | | | |
| Fred Levitan | 2.0 | $310 | $ 620.00 | |
| Hall, Jason (Administrative) | 1.5 | $75 | $ 112.50 | |
| **Total Monthly Statement & Fee Application Fees** | **3.5** | | **$ 732.50** | **$ -** |
| | | | | |
| **Total Deloitte Tax LLP Fees for February** | **49.2** | | **$ 23,798.50** | **$ -** |
| | | Blended Rate | $ 483.71 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 02/01/05 | FORREST, JONATHAN I | Ruling Request | Reviewed draft protest letter | 2.5 | $515.00 | $ 1,287.50 | |
| 02/02/05 | COLLINS, BRYAN P. | Ruling Request | Review draft protest letter, 1993-1996 tax years | 3.0 | $600.00 | $ 1,800.00 | |
| 02/02/05 | FORREST, JONATHAN I | Ruling Request | Reviewed draft protest letter | 1.0 | $515.00 | $ 515.00 | |
| 02/02/05 | FRANK, MATT | Focused Assessment | Assembly of binders of all correspondence and notes for grace | 3.0 | $440.00 | $ 1,320.00 | |
| 02/02/05 | FRANK, MATT | Focused Assessment | Conference call with Bruce Bell & Paul Donovan Re Prior Disclosure and strategy | 1.5 | $440.00 | $ 660.00 | |
| 02/02/05 | KOSTOPOULOS, MARY | Focused Assessment | Copying correspondence | 1.0 | $310.00 | $ 310.00 | $ - |
| 02/02/05 | MCGUIRE, MICHELE | Focused Assessment | Call with Matt, Bruce, and Paul | 1.5 | $660.00 | $ 990.00 | $ - |
| 02/04/05 | MCGUIRE, MICHELE | Focused Assessment | Meeting at Grace with Bruce and Paul | 2.0 | $660.00 | $ 1,320.00 | $ 185.00 |
| 02/07/05 | COLLINS, BRYAN P. | Ruling Request | Review protest letter | 1.0 | $600.00 | $ 600.00 | |
| 02/08/05 | COLLINS, BRYAN P. | Ruling Request | Review protest letter | 1.0 | $600.00 | $ 600.00 | |
| 02/08/05 | FORREST, JONATHAN I | Ruling Request | Teleconference with client re: protest, reviewing same | 2.5 | $515.00 | $ 1,287.50 | |
| 02/09/05 | FORREST, JONATHAN I | Ruling Request | Reivewing protest | 1.0 | $515.00 | $ 515.00 | |
| 02/09/05 | Hall, Jason C. | Ruling Request | Billing | 1.0 | $75.00 | $ 75.00 | |
| 02/09/05 | Owji, Sibel | Int'l Tax | China conf. call. Related corresp & commun. | 0.9 | $515.00 | $ 463.50 | $ - |
| 02/10/05 | Hall, Jason C. | Ruling Request | Billing | 0.5 | $75.00 | $ 37.50 | $ - |
| 02/10/05 | Owji, Sibel | Int'l Tax | Malaysian Tax questions. Call w/ Grace counsel | 0.8 | $515.00 | $ 412.00 | $ - |
| 02/11/05 | Owji, Sibel | Int'l Tax | Review & follow ups re: China expansion project | 1.5 | $515.00 | $ 772.50 | $ - |
| 02/14/05 | Owji, Sibel | Int'l Tax | Call w/ Debra Poole re: Malaysia call arrangemnt. | 0.4 | $515.00 | $ 206.00 | $ - |
| 02/15/05 | FRANK, MATT | Focused Assessment | Review of edits to compliance manual | 0.5 | $440.00 | $ 220.00 | |
| 02/15/05 | FRANK, MATT | Focused Assessment | Conference call with Grace Import team | 0.5 | $440.00 | $ 220.00 | |
| 02/15/05 | FRANK, MATT | Focused Assessment | Review of edits to Prior Disclosure follow up letter | 0.5 | $440.00 | $ 220.00 | |
| 02/15/05 | LEVITAN, FRED | Focused Assessment | Billing | 1.0 | $310.00 | $ 310.00 | $ - |

| Date | Name | Category | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|---|
| 02/16/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 1.0 | $440.00 | $440.00 | | |
| 02/16/05 | Owji, Sibel | Int'l Tax | China conf call | 2.0 | $515.00 | $1,030.00 | | |
| 02/16/05 | Tuerff, T Timothy | Int'l Tax | Teleconf to disc. China & requirements for establishing new companies and the taxation of expanding operations in china. | 2.0 | $600.00 | $1,200.00 | | |
| 02/17/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 1.0 | $440.00 | $440.00 | | |
| 02/17/05 | KOSTOPOULOS, MARY | Focused Assessment | Checking import manual for edits | 3.0 | $310.00 | $930.00 | | |
| 02/17/05 | Owji, Sibel | Int'l Tax | Malaysia Conf call. Follow up on email traffic. | 2.9 | $515.00 | $1,493.50 | | |
| 02/17/05 | Tuerff, T Timothy | Int'l Tax | Teleconf w/ client & Malaysia ofc to disc. Holding company and reduced tax cost on movement of cash between foreign affiliates | 1.8 | $600.00 | $1,080.00 | | |
| 02/18/05 | Owji, Sibel | Int'l Tax | Rvw. Email traffic including China expansion comes. | 0.4 | $515.00 | $206.00 | | |
| 02/21/05 | LEVITAN, FRED | Focused Assessment | Billing | 1.0 | $310.00 | $310.00 | | |
| 02/21/05 | Owji, Sibel | Int'l Tax | Rvw of email traffic & attached docs sent by client | 0.5 | $515.00 | $257.50 | | |
| 02/22/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 2.0 | $440.00 | $880.00 | | |
| 02/22/05 | LEVITAN, FRED | Focused Assessment | Billing | 0.5 | $310.00 | $155.00 | | |
| 02/25/05 | FRANK, MATT | Focused Assessment | Review/edit of import manual | 1.0 | $440.00 | $440.00 | | |
| 02/25/05 | GAREAU, MATTHEW E | Ruling Request | Preparation of billing analysis for Ruling Request | 2.0 | $475.00 | $950.00 | | |
| | | | | 49.7 | | $23,953.50 | $ | 185.00 |