**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE

W.R. Grace & Co., *et al.*  　　　　　　　Bankruptcy No. 01-1139-JKF
　　Debtors　　　　　　　　　　　　　　Jointly Administered

　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　**Related to Docket Nos. 8394, 9036,**

**ORDER APPOINTING MEDIATOR AND REQUIRING CERTAIN ACTION**

**AND NOW**, this **13th** day of **September, 2005,** it is **ORDERED** that Debtors' and Asbestos Personal Injury Claimants Committee's choice of Roger M. Whelan as mediator with respect to estimation discovery disputes is **approved**. The mediator shall not file reports with the Court. Rather, if the parties are unable to resolve the discovery dispute through mediation, they shall file appropriate motions and responses, including only those portions of the discovery requests still at issue, and briefs limited to **two (2) pages** per item in dispute. As soon as briefing is complete, a Notice of Completion of Briefing shall be filed and a binder sent to chambers in Pittsburgh by the movant. The Court will consider all discovery disputes in chambers.

　　　　　　　　　　　　　　　　　　　　*Judith K. Fitzgerald*
　　　　　　　　　　　　　　　　　　　　Judith K. Fitzgerald
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge