## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | **Re: Docket No. 9299** |

### DECLARATION OF SERVICE REGARDING:

### SECOND CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN
### DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS
### (NON-ASBESTOS GATEWAY)

I, James H. Myers, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o The BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 1330 East Franklin Avenue, El Segundo, California 90245.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      On September 7, 2005, at the direction of Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C., co-counsel to the Debtors and Debtors in Possession in the above-captioned cases, I caused the document attached hereto as Exhibit 1 to be served on the Affected Parties listed in Exhibit 2.

3.      All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September ___8___ , 2005
El Segundo, California

_____
James H. Myers

State of California         )
                            ) ss
County of Los Angeles       )

Personally appeared before me on September ___8___, 2005, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

YVETTE HASSMAN
Comm. # 1526634
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires Nov. 13, 2008

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Re: Docket No. 8466 and** |
| | | **8/29/05 Agenda Item No. 10** |

## SECOND CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

1.    On May 18, 2005, the Debtors filed their Eleventh Omnibus Objection[2] to Claims
[Docket No. 8466].

2.    On June 27, 2005, the Court entered the Order Granting the Relief Sought in the
Debtors' Eleventh Omnibus Objection to Claims [Docket No. 8741].

3.    On July 19, 2005, the Court entered the Continuation Order Granting the Relief
Sought in the Debtors' Eleventh Omnibus Objection to Claims [Docket No. 9010].

NOW THEREFORE, upon consideration of the Debtors' Eleventh Omnibus Objection
seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over

---

[1]    The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]    Capitalized terms used but not defined herein are as defined in the Debtors' Eleventh Omnibus Objection.

DOCKET # 9299
DATE 8·31·05

this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Objection to each Claim listed on Exhibit A to this Order is continued to the September 26, 2005 omnibus hearing; and it is further

ORDERED that the Objection to the Claim of Micro Warehouse (Claim #1653) listed on Exhibit B to this Order is sustained, and Claim #1653 is expunged and disallowed for all purposes. Despite attempts by Debtors' counsel to serve the Non-Asbestos Gateway Omnibus Objection upon the claimant at the claimant's address listed on Claim #1653, the document was returned as undeliverable. Through the research of the Debtors' claim consultant, BMC, the Debtors have been informed that the claimant is no longer in business and left no forwarding address. To date, no response has been filed; and it is further

ORDERED that the Micro Warehouse shall have 10 days from the entry of this Order to file any motion for reconsideration regarding the disallowance of Claim #1653; and it is further

ORDERED that the Objection to the Claim of Tyrone P. Darks (Claim #1474) listed on Exhibit B to this Order is sustained, and the Claim #1474 is expunged and disallowed for all purposes. Despite attempts by Debtors' counsel to serve the Non-Asbestos Gateway Omnibus Objection Omnibus Objection upon the claimant at the claimant's address listed on Claim #1474, the document was returned as undeliverable. Through the research of the Debtors' claim consultant, BMC, the Debtors have determined that Mr. Darks is deceased; and it is further

ORDERED that Claim #649, filed by Computer Task Group and transferred to Sierra Capital, is reduced and allowed as a general unsecured non-priority claim in the amount of $480.00, as indicated on Exhibit C; and it is further

2

ORDERED that Claim #1325, filed by Berry & Berry, is reduced and allowed as a general unsecured non-priority claim in the amount of $225,000.00, as indicated on Exhibit C; and it is further

ORDERED that the Objection to the Claim listed on Exhibit D to this Order, Claim No. 2661 filed by Raphael Palazzo, is withdrawn without prejudice and the Debtors retain the right to object to Claim No. 2661 on any grounds in the future upon proper notice and consistent with applicable law; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: August __29__, 2005

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3

Hearing Date: Monday, August 29, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4502 | 01-01139<br>W.R. GRACE & CO. | 2107 | $4,837.56 | (P) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 9/26/2005 12:00PM |
| 2 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 339 | $7,026.79 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 9/26/2005 12:00PM |
| 3 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $5,282.77 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 9/26/2005 12:00PM |
| 4 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 659 | $3,324.50 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 9/26/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

8/25/2005 12:33:32 PM

Hearing Date: Monday, August 29, 2005

In re: W.R. GRACE & CO., et al

OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | DARKS, TYRONE P<br>ID #239567<br>PO BOX 97<br>MCALESTER, OK 74502 | 01-01139<br>W.R. GRACE & CO. | 1474 | $25,000,000.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 2 | MICRO WAREHOUSE<br>1690 OAK ST<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1653 | $266.63 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

Page 1 of 1

8/25/2005 12:35:47 PM

*8 of 12*

Case 01-01139-AMC   Doc 9405   Filed 09/13/05   Page 9 of 12

Hearing Date: Monday, August 29, 2005

# In re: W.R. GRACE & CO., et al
# OMNIBUS 11 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | BERRY & BERRY<br>C/O C RANDALL BUPP ESQ<br>PLASTIRAS & TERRIZZI<br>24 PROFESSIONAL CENTER PKWY<br>STE 150<br>SAN RAFAEL, CA 94903 | 01-01139<br>W.R. GRACE & CO. | 1325 | $233,540.00 (U) | REDUCE AND ALLOW | $226,000.00 (U) | | SUSTAINED |
| 2 | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 01-01139<br>W.R. GRACE & CO. | 948 | $4,360.00 (U) | REDUCE AND ALLOW | $400.00 (U) | | SUSTAINED |
| 3 | WEST GROUP<br>THOMAS J LALLIER<br>FOLEY & MANSFIELD PLLP<br>250 MARQUETTE AVE STE 1200<br>MINNEAPOLIS MN 55401-1874 | 01-01140<br>W.R. GRACE & CO.-CONN. | 342 | $1,188.55 (U) | REDUCE AND ALLOW | $894.28 (U) | | SUSTAINED |

"Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

"(A) - Administrative<br>(P) - Priority

(S) - Secured<br>(U) - Unsecured

Page 1 of 1

8/25/2005 12:41:29 PM

Hearing Date: Monday, August 29, 2005

In re: W.R. GRACE & CO., et al

OMNIBUS 11 - EXHIBIT D - OBJECTION WITHDRAWN

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 PALAZZO, RAPHEAL J<br>C/O DONOVAN CORRECTIONAL FAC<br>FAC 17-131-U<br>480 ALTA RD<br>SAN DIEGO CA 92119 | 01-01139<br>W.R. GRACE & CO. | 2981 | $12,000.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | OBJECTION WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority      (U) - Unsecured

Page 1 of 1

8/25/2005 12:46:38 PM

**EXHIBIT 2**

# Dkt 9299 - 2nd Omni 11 Continuance Order
# for WR Grace

**Total number of parties:  10**

**Mode of Service:  US Mail (1st Class)**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15639 | BARNETT, MARK C, 116 DRUID ST, GREENVILLE, SC 29609-4802 |
| 15639 | BERRY & BERRY, C/O C RANDALL BUPP ESQ, PLASTIRAS & TERRIZZI, 24 PROFESSIONAL CENTER PKWY STE 150, SAN RAFAEL, CA 94903 |
| 15639 | COMPUTER TASK GROUP INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 15639 | DARKS, TYRONE P, ID #239667, PO BOX 97, MCALESTER, OK 74502 |
| 15639 | IRON MOUNTAIN RECORDS MANAGEMENT, C/O D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 15639 | MICRO WAREHOUSE, 1690 OAK ST, LAKEWOOD, NJ 08701 |
| 15639 | OFFICE DEPOT INC, ROBBIE SMITH ACCS, 2200 OLD GERMANTOWN RD, DELRAY BEACH, FL 33445 |
| 15639 | PALAZZO, RAPHEAL J, C/O DONOVAN CORRECTIONAL FAC, FAC 17-131-U, 480 ALTA RD, SAN DIEGO, CA 92119 |
| 15639 | SANDERS ROOFING CO INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 15639 | WEST GROUP, THOMAS J LALLIER, FOLEY & MANSFIELD PLLP, 250 MARQUETTE AVE STE 1200, MINNEAPOLIS, MN 55401-1874 |

**Subtotal for this group:  10**