**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |
| | ) | |

**NOTICE OF MODIFIED ORDER**

TO:   All Parties on the 2002 Service List

    PLEASE TAKE NOTICE that on September 12, 2005, the Official Committee of Asbestos Property Damage Claimants filed the Application of The Official Committee Of Asbestos Property Damage Claimants To Retain Special Counsel Pursuant To Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 ("Application") [Docket No. 9384] and a related Motion to Shorten Notice ("Motion to Shorten") [Docket No. 9385]. You were previously served with a copy of the Application and the Motion to Shorten.

    PLEASE TAKE FURTHER NOTICE that on September 12, 2005, a Modified Order Granting the Motion to Shorten ("Modified Order") was entered by the Court [Docket No. 9393].

    PLEASE TAKE FURTHER NOTICE that pursuant to the Modified Order, objections or responses, if any, to the Application must be filed with the U.S. Bankruptcy Court for the District of Delaware and served upon the undersigned counsel and the parties listed on the attached service list on or before **September 19, 2005 at 4:00 p.m.**

    PLEASE TAKE FURTHER NOTICE that pursuant to the Modified Order, a hearing on the Application will be held on **September 26, 2005 at 12:00 p.m.**

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 13, 2005                      FERRY, JOSEPH & PEARCE, P.A.

                                                        /s/ Lisa L. Coggins
                                                        Theodore J. Tacconelli (No.2678)
                                                        Lisa L. Coggins (No. 4234)
                                                        824 Market Street, Suite 904
                                                         P.O. Box 1351
                                                         Wilmington, DE 19899
                                                         Tel:  (302) 575-1555
                                                         Local Counsel for the Official Committee
                                                         of Asbestos Property Damage Claimants

                                                         -and-

        Scott L. Baena, Esquire
        Jay M. Sakalo, Esquire
        Bilzin, Sumberg, Baena, Price
        & Axelrod, LLP
        200 South Biscayne Boulevard
        Suite 2500
        Miami, FL 33131-2336
        Tel: (305) 374-7580
        Counsel for the Official Committee
        of Asbestos Property Damage Claimants

**SERVICE LIST**

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, P.C.
919 N. Market Street, Suite 1600
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801

Mark Shelniz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Foor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606