## **CERTIFICATE OF SERVICE**

      I, Lisa L. Coggins, Esquire, hereby certify that on this 13th day of September, 2005, I caused one copy of the foregoing Notice of Modified Order to be served upon the following parties in the indicated manner:

    SEE ATTACHED 2002 SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

                                                       /s/ Lisa L. Coggins
                                                  Lisa L. Coggins (No. 4234)