## <u>CERTIFICATE OF SERVICE</u>

I, Lisa L. Coggins, Esquire, hereby certify that on this 13th day of September, 2005, I caused one copy of the foregoing *Supplemental Affidavit of Scott L. Baena* to be served upon the following parties in the indicated manner:

SEE ATTACHED 2002 SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

  /s/ Lisa L. Coggins                            
Lisa L. Coggins (No. 4234)