IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Re: D.I. 9116 |

## MOTION FOR ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elisa Alcabes, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, to represent Travelers Casualty & Surety Co. in this action.

Dated: July 29, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

Robert J. Dehney (#3578)
Michael G. Busenkell (#3933)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

Attorneys for Travelers Indemnity Insurance Co.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 20, 2005

Elisa Alcabes
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: September 13, 2005

United States Bankruptcy Judge

Local Form 105

474734