# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: September 30, 2005 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2005 THROUGH JULY 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1110322 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | July | Total Comp |
|---|---|---|---|---|
| Enriquez, Theresa | Doc Control | $ 50.00 | 1.0 | $ 50.00 |
| | | | | |
| Total | | | 1.00 | 50.00 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ 41.22 |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 413.28 |
| Color Copies | $ - |
| **Total** | **$ 454.50** |

Holme Roberts & Owen LLP

August 23, 2005

| | |
|---|---|
| W.R. Grace | Page 6 |
| | Invoice No.: 709647 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/07/05 | TME | Prep, scan, QC and import correspondence (libby234). | 0.50 | $ 25.00 |
| 07/28/05 | TME | Prep, scan, QC and import correspondence. | 0.50 | 25.00 |
| | | **Total Fees Through July 31, 2005:** | **1.00** | **$ 50.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| TME | Theresa M Enriquez | Other | $ 50.00 | 1.00 | $ 50.00 |
| | | **Total Fees:** | | **1.00** | **$ 50.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/20/05 | | Federal Express: Federal Express from Cheryl Graham to Janet Davis on May 13, 2005. | $ 41.22 |
| 06/30/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BU09136; DATE: 6/30/2005 - Storage to 06/30/05 for customer CW616 | 206.64 |
| 07/23/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: BU09136; DATE: 7/23/2005 - Storage to 05/31/05 for customer CW616 | 206.64 |
| | | **Total Disbursements:** | **$ 454.50** |

Holme Roberts & Owen LLP

August 23, 2005

W.R. Grace

Page 7
Invoice No.: 709647
Client No.: 04339
Matter No.: 00300

## Disbursement Summary

| | | |
|---|---|---:|
| Federal Express | $ | 41.22 |
| Other Expense | | 413.28 |
| **Total Disbursements:** | **$** | **454.50** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $ | *219.96* |
| 679369 | 09/24/04 | Bill | | 12,289.68 |
| | 01/04/05 | Cash Receipt | | -9,856.58 |
| | 04/22/05 | Cash Receipt | | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | $ | *70.34* |
| 684108 | 11/01/04 | Bill | | 12,357.10 |
| | 01/04/05 | Cash Receipt | | -9,653.46 |
| | 04/22/05 | Cash Receipt | | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | $ | *271.48* |
| 684728 | 11/16/04 | Bill | | 7,256.09 |
| | 07/21/05 | Cash Receipt | | -1,384.70 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | July | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 1.1 | $ 357.50 |
| Haag, Susan | Paralegal | $ 135.00 | 2.9 | $ 391.50 |
| | | | | |
| **Total** | | | **4.00** | **$ 749.00** |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 12.90 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Federal Express | $ | 55.38 |
| Tab Stock | $ | - |
| Lexis | $ | - |
| Consulting Fee | $ | - |
| Postage | $ | - |
| Research Services | $ | - |
| Professional Services | $ | - |
| **Total** | **$** | **68.28** |

Holme Roberts & Owen LLP

August 23, 2005

| W.R. Grace | | |
|---|---|---|
| | Page | 12 |
| | Invoice No.: | 709647 |
| | Client No.: | 04339 |
| | Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/05/05 | SH | Begin drafting May 2005 fee application charts. | 0.70 | $ 94.50 |
| 07/12/05 | EKF | Review and revise June 2005 invoices [prebills]. | 0.50 | 162.50 |
| 07/14/05 | EKF | Review, revise and finalize May 2005 monthly interim fee application. | 0.30 | 97.50 |
| 07/14/05 | SH | Draft May 2005 monthly fee application. | 0.70 | 94.50 |
| 07/14/05 | SH | Compile May 2005 monthly fee application. | 0.30 | 40.50 |
| 07/25/05 | EKF | Review, revise and finalize June 2005 monthly fee application. | 0.30 | 97.50 |
| 07/25/05 | SH | Calculate June 2005 monthly fee app. | 1.20 | 162.00 |
| | | **Total Fees Through July 31, 2005:** | **4.00** | **$ 749.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.10 | $ 357.50 |
| SH | Susan Haag | Paralegal | 135.00 | 2.90 | 391.50 |
| | | **Total Fees:** | | **4.00** | **$ 749.00** |

Holme Roberts & Owen LLP

August 23, 2005

W.R. Grace

Page 13
Invoice No.: 709647
Client No.: 04339
Matter No.: 00390

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 05/13/05 | | Federal Express: Federal Express from Mary Ann Pierce to William Weller on May 5, 2005 | $ | 9.96 |
| 05/13/05 | | Federal Express: Federal Express from Carla Lutuda to Matthew Murphy on May 10, 2005 | | 9.96 |
| 05/27/05 | | Federal Express: Federal Express from Megan Kinsman to Matthew Murphy on May 19, 2005 | | 35.46 |
| 07/15/05 | 42 | Photocopy | | 6.30 |
| 07/26/05 | 44 | Photocopy | | 6.60 |
| | | **Total Disbursements:** | **$** | **68.28** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 12.90 |
| Federal Express | | 55.38 |
| **Total Disbursements:** | **$** | **68.28** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |

**Matter 00440 - Indictment**

| Name | Position | Hourly Rate | July | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 300.00 | 1.3 | $ 390.00 |
| | | | | |
| Total | | | 1.30 | $ 390.00 |

**Matter 00440 - Indictment**

| Description | TOTAL | |
|---|---|---|
| Parking | $ | - |
| Photocopies | $ | 0.60 |
| Facsimile | $ | - |
| Long Distance Telephone | $ | 1.30 |
| Federal Express | $ | - |
| Outside Courier | $ | - |
| Lexis | $ | - |
| Travel Expense | $ | - |
| Meal Expenses | $ | - |
| Other Expenses | $ | - |
| Tab Stock | $ | - |
| Velo Binding | $ | - |
| **Total** | **$** | **1.90** |

Holme Roberts & Owen LLP

August 23, 2005

| W.R. Grace | | |
|---|---|---|
| | Page | 2 |
| | Invoice No.: | 709646 |
| | Client No.: | 04339 |
| | Matter No.: | 00440 |

**Regarding: Indictment**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/06/05 | KJC | Send index from EPA to T. Mace (0.3); review information received from T. Mace (0.2). | 0.50 | $ 150.00 |
| 07/12/05 | WEP | Copy contents of hard drive from Kirkland and Ellis to network for review. | 2.00 | 0.00 |
| 07/13/05 | WEP | Copy contents of hard drive from Kirkland and Ellis to network for review. | 3.30 | 0.00 |
| 07/20/05 | KJC | Telephone conference with WEPayne re databases from K&E. | 0.20 | 60.00 |
| 07/20/05 | WEP | Create imagebase and load images from Kirkland and Ellis hard drive. | 3.50 | 0.00 |
| 07/22/05 | KJC | Research re documents produced by government. | 0.60 | 180.00 |
| | | **Total Fees Through July 31, 2005:** | **10.10** | **$ 390.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 1.30 | $ 390.00 |
| WEP | William E. Payne | Information Specialist | 0.00 | 8.80 | 0.00 |
| | | **Total Fees:** | | **10.10** | **$ 390.00** |

Holme Roberts & Owen LLP

August 23, 2005

| W.R. Grace | | Page | 3 |
|---|---|---|---|
| | | Invoice No.: | 709646 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00440 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/06/05 | | Long Distance Telephone: 2028795177, 13 Mins., TranTime:14:56 | $ | 1.30 |
| 07/07/05 | 4 | Photocopy | | 0.60 |
| | | **Total Disbursements:** | **$** | **1.90** |

### Disbursement Summary

| Photocopy | $ | 0.60 |
|---|---|---|
| Long Distance Telephone | | 1.30 |
| **Total Disbursements:** | **$** | **1.90** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 699591 | 05/18/05 | Bill | | 20,181.17 |
| | | *Outstanding Balance on Invoice 699591:* | *$* | *20,181.17* |
| 703797 | 06/22/05 | Bill | | 4,786.35 |
| | | *Outstanding Balance on Invoice 703797:* | *$* | *4,786.35* |
| 705755 | 07/13/05 | Bill | | 10,708.30 |
| | | *Outstanding Balance on Invoice 705755:* | *$* | *10,708.30* |
| | | **Total Outstanding Invoices:** | **$** | **35,675.82** |

**Trust Applied to Matter**  $  0.00