# *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Ph:   (302) 575-1555   Fax:   (302) 575-1714

WR Grace PD Committee

August 1, 2005 - August 31, 2005

Invoice No. 17606

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 13.80 | 3,172.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 7.10 | 1,578.00 |
| B18 | Fee Applications, Others - | 14.70 | 1,707.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 5.50 | 1,320.00 |
| B25 | Fee Applications, Applicant - | 4.00 | 510.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.20 | 48.00 |
| B32 | Litigation and Litigation Consulting - | 0.10 | 16.50 |
| B36 | Plan and Disclosure Statement - | 6.80 | 1,632.00 |
| B37 | Hearings - | 9.90 | 2,376.00 |
| B40 | Employment Applications, Others - | 0.50 | 120.00 |
| B5 | Other | 0.10 | 10.00 |
| B6 | Asset Disposition | 0.30 | 72.00 |
| | **Total** | **63.00** | **$12,562.50** |
| | **Grand Total** | **63.00** | **$12,562.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 4.40 | 726.00 |
| Rick S. Miller | 225.00 | 1.90 | 427.50 |
| Steven G. Weiler | 150.00 | 1.10 | 165.00 |
| Theodore J. Tacconelli | 240.00 | 40.60 | 9,744.00 |
| Legal Assistant - MH | 100.00 | 5.00 | 1,500.00 |
| **Total** | | **63.00** | **$12,562.50** |

## DISBURSEMENT SUMMARY

| CA | Expense - | | 3,025.41 |
|---|---|---|---|
| | **Total Disbursements** | | **$3,025.41** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-02-05 | *Case Administration* - Review amended 2019 statement by Cohn Whitesell | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Sumberg's 46th monthly Fee Application | 0.10 | SGW |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's April 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Bilzin's April 05 Certificate of No Objection | 0.60 | MH |
| Aug-03-05 | *Claims Analysis Obj. & Res. (Non-Asb)* - download and review objection by R. Palazzio to 11th Omnibus Objection to claims | 0.20 | TJT |
| | *Case Administration* - Review Corella Burn April-June 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review and pay invoices by service providers | 0.10 | TJT |
| | *Hearings* - Review e-mail from committee member re 8/29/05 hearing agenda | 0.10 | TJT |
| | *Hearings* - Teleconference with committee member re 8/29/05 hearing/procedural question | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 7/19/05 hearing transcript re PD CMO and related issues | 1.00 | TJT |
| Aug-04-05 | *Committee, Creditors', Noteholders' or* - Review e-mails from J. Sakalo re teleconference with committee (x2) | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.30 | TJT |
| | *Other* - Retrieve voice mail message from Denise of A. Danziesen's office re different participant code for 3:00 teleconference, e-mail same to T. Tacconelli | 0.10 | MH |
| Aug-05-05 | *Case Administration* - briefly review debtor's June 05 monthly operating report | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - Review CDG 16th monthly & quarterly fee apps and confer with legal assistant re: revisions to same | 0.40 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Jones re CDG 16th quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal CDG 16th quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's July 05 prebill | 0.50 | TJT |
| Aug-06-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's opposition to Speights & Runyan's motion to quash subpoena with attachments | 0.70 | TJT |
| | *Asset Disposition* - Review letter from S. Rucker with proposed bids re Specialty Polymers Business | 0.30 | TJT |
| Aug-07-05 | *Case Administration* - Review Swidler Berlin May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock June 05 Fee Application | 0.20 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Aug-08-05 | *Case Administration* - Review order dismissing appeal number 02-8061 | 0.10 | TJT |
| | *Case Administration* - Review order dismissing appeal number 02-4325 | 0.10 | TJT |
| | *Case Administration* - Review K&E January 05 Fee Application | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mails from J. Schwartz re teleconference with committee | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for teleconference with committee | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.60 | TJT |
| | *Fee Applications, Others* - e-mail from L. Flores re: LECG April 2005 Fee Application | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review e-filing notification re: termination of Sealed Air adversary | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review 7/19/05 hearing transcript re PICMO issues | 1.30 | TJT |
| Aug-09-05 | *Case Administration* - Review amended 2019 statement by Pierce Raimond | 0.10 | TJT |
| | *Fee Applications, Others* - e-mail from L. Flores re: Bilzin May 2005 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail from L. Flores re: revisions to Bilzin May 2005 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review, revise, finalize and e-file LECG April 2005 Fee Application | 0.50 | LLC |
| | *Fee Applications, Others* - download and review LECG's April 05 Fee Application documents, edit same, prepare Certificate of Service | 0.40 | MH |
| | *Fee Applications, Others* - Prepare LECG's April 05 Fee Application for filing, e-file, and serve same | 0.60 | MH |
| | *Fee Applications, Applicant* - Review July 2005 monthly Fee Application | 0.10 | LLC |
| | *Fee Applications, Applicant* - review and modify Ferry, Joseph & Pearce's July 05 invoice, draft notice, summary and Certificate of Service re same | 0.70 | MH |
| | *Fee Applications, Applicant* - finalize Ferry, Joseph & Pearce's July 05 invoice, prepare for filing, e-file and serve Ferry, Joseph & Pearce's July 05 Fee Application | 0.50 | MH |
| Aug-10-05 | *Case Administration* - Review Buchanan Ingersoll May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Steptoe and Johnson quarterly Fee Application for Feb. 05 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee member re procedural questions/local rules | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - retrieve voice mail message from committee member and return call to committee member re procedural question/local rules | 0.30 | TJT |
| | *Fee Applications, Others* - Review Bilzin May 2005 Fee Application and confer with legal assistant re: revisions to same | 0.20 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: LECG 1st interim Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HRA 11th interim Fee Application and confer with legal assistant re: same | 0.20 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's 11th quarterly Fee Application (Jan.-Mar. 05) | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve HRA's Jan-Mar 05 Certificate of No Objection | 0.60 | MH |
| | *Fee Applications, Others* - download and review Bilzin's May 05 Fee Application documents, edit same, prepare Certificate of Service | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Bilzin's May 05 Fee Application for filing, e-file and serve same | 0.60 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re LECG's quarterly Fee Application (Jan.-Mar. 05) | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve LECG's Jan.-Mar. 05) Certificate of No Objection | 0.60 | MH |
| Aug-11-05 | *Case Administration* - Review e-mail from S. Baena re fair act status | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 1.40 | LLC |
| | *Committee, Creditors', Noteholders' or* -attend Committee teleconference | 1.30 | RSM |
| | *Committee, Creditors', Noteholders' or* -memo to T. Tacconelli re: 8/11/05 teleconference | 0.10 | RSM |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from committee member re procedural question and respond | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee member re procedural questions/local practice | 0.40 | TJT |
| Aug-12-05 | *Case Administration* - Review amended 2019 statement by P. Angelos | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re fair act litigation update | 0.10 | TJT |
| | *Case Administration* - Review CIBC June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Latham Watkins June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection re Ferry, Joseph & Pearce's June 05 Fee Application and confer with paralegal | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review memorandum from RSM re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's June 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's June 05 Fee Application | 0.60 | MH |
| Aug-13-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review S&R response to debtor's motion for waiver of Rule 3007-1 to file objections to S&R claims with attachments | 0.70 | TJT |
| | *Case Administration* - Review Caplan Drysdale April-June 05 FT Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Buchanan Ingersoll Sept.-Dec. 04 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Buchanan Ingersoll Jan.-Mar. 05 quarterly Fee Application | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review notice of hearing re Buchanan Ingersoll Sept.-Dec. 04 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of hearing re Buchanan Ingersoll Jan.-Mar. 05 quarterly Fee Application | 0.10 | TJT |
| Aug-14-05 | *Case Administration* - Review docket entry notice closing fraudulent transfer case | 0.10 | TJT |
| | *Case Administration* - Review summary of Nelson Mullins 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - review summary of K&E 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Reed Smith 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Latham Watkins Apr.-June 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Casner Edwards Apr.-June 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Jan. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Feb. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC March 0 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Casner Edwards Jan.-Mar. 05 quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin June 05 Fee Application | 0.10 | TJT |
| Aug-15-05 | *Case Administration* - Review Swidler Berlin June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Caplan Drysdale 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of L. P. Tersigni 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Legal Analysis Systems 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Campbell Levine 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Associates July 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re Bilzin Sumberg June 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - download and review Bilzin's June 05 Fee Application documents, edit same, prepare Certificate of Service re same | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Bilzin's June 05 Fee Application for filing, e-file and service | 0.50 | MH |
| | *Fee Applications, Applicant* - e-mail from L. Flores re: Bilzin 48th Fee Application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Bilzin 48th Fee Application | 0.10 | LLC |
| Aug-16-05 | *Case Administration* - Review e-mail from S. Baena re OC substantive consolidation opinion | 0.10 | TJT |
| | *Case Administration* - Review e-mail from M. Joseph re OC substantive | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | consolidation opinion | | |
| | *Case Administration* - Review unsecured creditor committee's objection to Intercat 9019 motion | 0.40 | TJT |
| | *Case Administration* - preliminary review of Fee Application files in preparation for re-organization and storage | 0.20 | MH |
| | *Case Administration* - determine which U.S. Trustee attorney handles this case | 0.10 | MH |
| | *Case Administration* - | 0.00 | MH |
| | *Plan and Disclosure Statement* - Review OC substantive consolidation opinion (1/2 time with Federal Mogul) | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re impact of OC substantive consolidation opinion | 0.40 | TJT |
| Aug-18-05 | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Sumberg's 16th Fee Application | 0.10 | TJT |
| | *Hearings* - trade e-mails with committee member re 8/29/05 hearing agenda and related issues | 0.20 | TJT |
| Aug-19-05 | *Fee Applications, Others* - e-mail from L. Flores re: Committee reimbursement application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Committee Reimbursement application and advise legal assistant and S. Weiler re: same | 0.20 | LLC |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's 16th quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Bilzin's 16th quarterly Fee Application | 0.60 | MH |
| | *Fee Applications, Others* - download and review Bilzin's PD Committee April 05 Fee Application documents, edit same, prepare Certificate of Service | 0.40 | MH |
| | *Fee Applications, Others* - Prepare PD Committee's April 05 Fee Application for e-filing, e-file, and serve same | 0.50 | MH |
| Aug-20-05 | *Case Administration* - Review Blackstone April 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone June 05 Fee Application | 0.10 | TJT |
| Aug-21-05 | *Case Administration* - Review PSCY&J June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of hearing re Richardson Patrick 16th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review notice of hearing re Scott Law Group 16th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Richardson Patrick 16th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick April 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Richardson Patrick 16th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Scott Law Group 16th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of CIBC 5th quarterly Fee | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Application | | |
| | *Case Administration* - Review summary of Duane Morris 17th quarterly Fee Application | 0.10 | TJT |
| Aug-22-05 | *Claims Analysis Obj. & Res. (Asbestos)* Review debtor's motion for leave to file reply to response to 12th omnibus objection to claims and review proposed reply | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - review debtor's motion for leave to file reply to response by Speights & Runyan to rule 3007-1 relief motion and review reply | 1.00 | TJT |
| | *Case Administration* - Review summary of Pitney Hardin 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review motion for admission pro hac vice for Intercat | 0.10 | TJT |
| Aug-23-05 | *Case Administration* - download and review order amending Owens Corning 3rd Circuit substantive consolidation opinion | 0.10 | TJT |
| | *Case Administration* - Review debtor's motion to expand PI to State of Montana with attachments | 1.20 | TJT |
| | *Fee Applications, Others* - Confer with legal assistant re: LECG amended 3rd Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review amended LECG 3rd Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review 15th Committee reimbursement statement | 0.10 | LLC |
| | *Fee Applications, Others* - download and review Bilzin's PD Committee May 05 Fee Application documents, edit same, prepare Certificate of Service | 0.30 | MH |
| | *Fee Applications, Others* - Prepare PD Committee's May 05 Fee Application for e-filing, e-file, and serve same | 0.50 | MH |
| | *Fee Applications, Others* - download and review Bilzin's PD Committee June 05 Fee Application documents, edit same, prepare Certificate of Service | 0.30 | MH |
| | *Fee Applications, Others* - Prepare PD Committee's June 05 Fee Application for e-filing, e-file, and serve same | 0.50 | MH |
| | *Employment Applications, Others* - Review debtor's motion to retain Nelson Mullins as special counsel with attachment | 0.20 | TJT |
| | *Employment Applications, Others* - Review debtor's motion to retain Foley Hoag as special environmental counsel with attachments | 0.30 | TJT |
| | *Hearings* - Review agenda for 8/29/05 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from A. Danzeisen re 8/29/05 hearing | 0.10 | TJT |
| | *Hearings* - trade e-mails with committee member re 8/29/05 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re PD CMO proposed by debtors | 0.20 | TJT |
| Aug-24-05 | *Case Administration* - Review summary of W. Smith and Associates' 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtor's motion for leave to file amended complaint in Adv. 01-771 with attachments | 1.30 | TJT |
| | *Case Administration* - Review first amended 2019 statement by Hissey Kientz | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Certificate of Counsel and proposed PD CMO, blackline PD CMO and S&R CMO | 1.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to co-counsel re proposed PD CMOs | 0.10 | TJT |
| Aug-25-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion of R. Palazzo to extend time and to have attorney appointed | 0.10 | TJT |
| | *Case Administration* - Teleconference with R. Bello re: power point presentation at 8/29 hearing (.1); teleconference with S. Manley re: same (.1); teleconference with B. Fairy re: same (.1) | 0.30 | SGW |
| | *Case Administration* - Review summary of Stroock 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Capstone 6th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick June 05 Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
| | *Hearings* - trade e-mails with committee member re procedural question re 8/29/05 hearing | 0.30 | TJT |
| | *Hearings* - Teleconference with committee member re procedural question re 8/29/05 | 0.20 | TJT |
| Aug-26-05 | *Case Administration* - Review letter from L. Richardson re status of claims/case | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: CDG 16th monthly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: DCG 16th quarterly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's 16th monthly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's 16th quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - confer with L. Coggins re CDG 16th monthly and 16th quarterly Certificates of No Objection | 0.10 | MH |
| | *Fee Applications, Others* - revise CDG's Certificate of No Objection re 16th monthly Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve CDG's Certificate of No Objection re 16th monthly Fee Application | 0.60 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve CDG's Certificate of No Objection re 16th quarterly Fee Application | 0.60 | MH |
| Aug-27-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed mediator for PI discovery disputes | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's report to court re PI estimation procedures with attachments | 1.50 | TJT |
| | *Case Administration* - Review 2nd supplemental 2019 statement by Reaud Morgan | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 8/29/05 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to co-counsel re 8/29/05 hearing coverage | 0.10 | TJT |
| Aug-28-05 | *Case Administration* - Review summary of Blackstone 13th quarterly Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review Baker Gileson January 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Gileson February 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Gileson March 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Baker Gileson quarterly Fee Application for January-March 05 | 0.10 | TJT |
| | *Hearings* - trade e-mails with co-counsel re 8/29/05 hearing coverage | 0.30 | TJT |
| | *Hearings* - Prepare for 8/29/05 hearing | 0.70 | TJT |
| Aug-29-05 | *Case Administration* - Briefly review Schedule F from debtors' SOFA with T. Tacconelli (.1); teleconference with Parcels re: same (.1); review virtual and pacer docket re: same (.1); deliver same to T. Tacconelli hearing (.1) | 0.40 | SGW |
| | *Hearings* - trade e-mails with G. Boyer re 8/29/05 hearing preparation | 0.20 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 6.50 | TJT |
| | *Plan and Disclosure Statement* - download and review limited objection by London, Market Insurers to PI CMO | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review PI opposition to revised PI questionnaire with attachments | 0.80 | TJT |
| Aug-30-05 | *Case Administration* - confer with T. Tacconelli re: 8/29/05 hearing | 0.50 | RSM |
| | *Case Administration* - Forward Debtors' Schedule F to co-counsel for review | 0.10 | SGW |
| | *Case Administration* - Review letter from M. Shelnitz to Judge Fitzgerald re current financial information | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group April 05 Fee Application | 0.10 | TJT |
| | *Hearings* - Confer with RSM re results of 8/29/05 hearing | 0.50 | TJT |
| | *Fee Applications, Applicant* - confer with legal assistant re: finalizing July Fee Application Certificate of No Objection for e-filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re Ferry, Joseph & Pearce's July 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's July 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's July 05 Fee Application | 0.60 | MH |
| Aug-31-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review letter from J. Breton from E&Y with questions about plan/disclosure statement/exclusivity/ZAI claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with J. Breton re answer questions about plan/disclosure statement, et al. | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - download and review CMO for PD claims | 0.20 | TJT |
| | *Case Administration* - Prepare and send via facsimile 8/29/05 hearing transcript request to B. McCarthy at USBC | 0.20 | SGW |
| | *Case Administration* - Review Scott Law Group May 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris July 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection for Bilzin Sumberg May 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate | 0.30 | MH |

| | | | |
|---|---|---:|---|
| | of Service re Bilzin's May 05 Fee Application | | |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve re Certificate of No Objection to Bilzin's May 05 Fee Application | 0.50 | MH |
| | *Hearings* - Confer with S. Weiler re transcript for 8/29/05 hearing | 0.10 | TJT |
| | Totals | 63.00 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Aug-01-05 | *Expense* - Blue Marble Logistics - copies | 125.58 |
| Aug-02-05 | *Expense* - Copying cost  60 @ 0.15 | 9.00 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - service supplies | 15.00 |
| Aug-03-05 | *Expense* - Parcel's, Inc. | 226.90 |
| Aug-05-05 | *Expense* - Parcel's, Inc. | 182.50 |
| | *Expense* - Copying cost  33 @ 0.15 | 4.95 |
| | *Expense* - Postage | 1.66 |
| | *Expense* - service supplies | 3.00 |
| Aug-09-05 | *Expense* - Copying cost  135 @ 0.15 | 20.25 |
| | *Expense* - Postage | 2.12 |
| | *Expense* - service supplies | 3.00 |
| Aug-10-05 | *Expense* - Copying cost  204 @ 0.15 | 30.60 |
| | *Expense* - Postage | 16.55 |
| | *Expense* - service supplies | 11.00 |
| Aug-11-05 | *Expense* - J&J Court Transcribers | 244.85 |
| Aug-12-05 | *Expense* - Copying cost  64 @ 0.15 | 9.60 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - service supplies | 16.00 |
| Aug-15-05 | *Expense* - Copying cost  84 @ 0.15 | 12.60 |
| | *Expense* - Postage | 3.04 |
| | *Expense* - service supplies | 3.00 |
| Aug-16-05 | *Expense* - Blue Marble Logistics - copies | 234.26 |
| Aug-18-05 | *Expense* - Copying cost  64 @ 0.15 | 9.60 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - service supplies | 16.00 |
| Aug-19-05 | *Expense* - Copying cost  42 @ 0.15 | 6.30 |
| | *Expense* - Postage  2 @ 0.83 | 1.66 |
| | *Expense* - service supplies | 3.00 |
| Aug-22-05 | *Expense* - Blue Marble Logistics - copies | 136.00 |
| Aug-23-05 | *Expense* - Blue Marble Logistics - copies | 136.00 |
| | *Expense* - Copying cost  117 @ 0.15 | 17.55 |
| | *Expense* - Postage | 3.50 |
| | *Expense* - service supplies | 3.00 |
| Aug-24-05 | *Expense* - Tri-State Courier | 6.50 |
| Aug-26-05 | *Expense* - Copying cost  128 @ 0.15 | 19.20 |
| | *Expense* - Postage  9 @ 0.83 | 7.47 |
| | *Expense* - service supplies | 16.00 |

| | | |
|---|---|---:|
| Aug-30-05 | *Expense* - Blue Marble Logistics - copies | 1,149.97 |
| | *Expense* - Filing fee | 240.00 |
| | *Expense* - Copying cost  64 @ 0.15 | 9.60 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - service supplies | 16.00 |
| Aug-31-05 | *Expense* - Copying cost  64 @ 0.15 | 9.60 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - service supplies | 16.00 |
| | Totals | $3,025.41 |
| | **Total Fees & Disbursements** | **$15,587.91** |
| | **Balance Due Now** | **$15,587.91** |