<div align="right">**NO ORDER REQUIRED**</div>

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Deadline: September 12, 2005 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 9238**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to LECG, LLC's Amended Third Interim Application For Compensation For Services Rendered and Reimbursement of Expenses during the period of April 1, 2005, through April 30, 2005 (the "Application Period"). The undersigned further certifies that she caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 12, 2005.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay LECG, LLC $267,932.40 which represents 80% of the fees ($334,915.50) and $3,047.27, which represents 100% of the expenses requested in the Application for the

[continued to next page]

period April 1, 2005 through April 30, 2005, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Date: September 13, 2005

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Counsel of the Official Committee
of Asbestos Property Damage Claimants
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: (302) 575-1555
Fax: (302) 575-1714

*Counsel to the Official Committee of*
*Asbestos Property Damage Claimants*