IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------)
In re                                                          )    Chapter 11
                                                               )
W. R. GRACE & CO., et al.,[1]                                  )    Case No. 01-01139 (JKF)
                                                               )    (Jointly Administered)
                                                               )
               Debtors.                                        )
                                                               )
---------------------------------------------------------------)

**AMENDED AFFIDAVIT OF C. ALAN RUNYAN IN SUPPORT
OF APPLICATION OF THE OFFICIAL COMMITTEE OF
ASBESTOS PROPERTY DAMAGE CLAIMANTS TO RETAIN
SPECIAL COUNSEL PURSUANT TO SECTIONS 328 AND 1103
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014**

STATE OF SOUTH CAROLINA    )
                           :    ss.:
COUNTY OF HAMPTON          )

C. ALAN RUNYAN, being duly sworn, deposes and says:

1. On September 12, 2005, I caused to be filed my *Affidavit in Support of Application of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014* (the "**Affidavit**") [Docket No. 9384, Exhibit B].

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grac& Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc.,Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. In paragraph 6 of the Affidavit, when describing the qualifications of Speights & Runyan (the "Firm") to serve as Special Counsel, I inadvertently, but incorrectly, stated that the Firm had represented the City of Miami. In fact, the Firm did not represent the City of Miami, but rather, Miami-Dade County. Accordingly, this Amended Affidavit amends the third sentence of paragraph 6 of the Affidavit to state as follows:

> This experience has included the representation of hundreds of persons and entities in such claims including the State of North Dakota, the City and County of San Francisco, the City of Kansas City, Miami-Dade County, and other cities, counties and public and governmental agencies, as well as school districts, religious organizations, banks, insurance companies and a broad range of private entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of September, 2005.

*C. Alan Runyan*

Sworn to and subscribed before me
this 13th day of September, 2005

Notary Public State of South Carolina
My Commission Expires 4/12/15