**CERTIFICATE OF SERVICE**

    I, Lisa L. Coggins, Esquire, hereby certify that on this 13th day of September, 2005, I caused one copy of the foregoing Amended Affidavit of C. Allen Runyan in Support of Application of The Official Committee Of Asbestos Property Damage Claimants To Retain Special Counsel Pursuant To Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 to be served upon the following parties in the indicated manner:

    SEE ATTACHED 2002 SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

    /s/ Lisa L. Coggins
    Lisa L. Coggins (No. 4234)