## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 4, 2005 by 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD <u>FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005</u>

Name of Applicant:                                Buchanan Ingersoll PC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                              July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                          August 1, 2005 through
                                                  August 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                        $ 5,127.50

Amount of Expenses Reimbursement:                 $ 3,184.52

This is a:  <u>X</u> monthly     _ quarterly   _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants.  Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004.  The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

This is the eleventh application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 3.0 | $780.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $185.00 | 23.5 | $4,347.50 |
| TOTALS | | | | | 26.5 | $5,127.50 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 25.7 | $4,919.50 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.8 | $208.00 |
| TOTALS | 26.5 | $5,127.50 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Courier Service (copies and hand deliveries) | $3,107.75 |
| Computer Assisted Legal Research (and CM/ECF) | $53.60 |
| Photocopying ($0.07 per page) | $23.17 |
| Total | $3,184.52 |

Dated: September 14, 2005

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 4, 2005 by 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

# Buchanan Ingersoll PC

ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

September 12, 2005
Invoice No. 9862880

**For Legal Services Rendered in Connection With:**

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/05 | I. D. Lindley | 0.10 | 18.50 | Correspondence with V. Dobson, W. Sullivan re: revisions to 2019 statements. |
| 08/02/05 | I. D. Lindley | 0.70 | 129.50 | Review supplementary order regarding 2019 statements in W.R. Grace case. (0.2) Correspondence with Richardson, Patrick firm regarding requirements of supplementary order regarding 2019 statements and requirements for compliance. (0.2) Correspondence from Zamler firm re: assistance in filing same, confer with W. Sullivan re: assistance and correspondence to Zamler firm regarding requirements of new order. (0.3) |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

```
ZAI PLAINTIFFS                                    September 12, 2005
W.R. GRACE                                        Invoice No. 9862880
Ref. No. 51677-000001                             Page    2
```

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/09/05 | I. D. Lindley | 3.60 | 666.00 | Review fee invoices and draft interim fee applications for Buchanan Ingersoll for May and June, 2005 (2.7).  Attention to filing and service of same and correspondence to fee auditor, counsel, re: filing and service of same.  (0.9) |
| 08/10/05 | I. D. Lindley | 3.30 | 610.50 | Revise Fifteenth Quarterly fee application of BIPC per W. Sullivan (1.3). Prepare Sixteenth Quarterly BIPC fee application with reference to prior applications.  (2.0) |
| 08/12/05 | I. D. Lindley | 3.00 | 555.00 | Final revisions to and attention to filing of 15th & 16th quarterly period fee applications for Buchanan Ingersoll, notices of hearing on same.  (2.5) Attention to service of same (0.5) |
| 08/12/05 | W.D. Sullivan | 0.50 | 130.00 | Review, revise and approve for filing the BI Fifteenth Quarterly Fee Application |
| 08/12/05 | W.D. Sullivan | 0.50 | 130.00 | Review, revise and approve for filing the BI Sixteenth Quarterly Fee Application |
| 08/15/05 | I. D. Lindley | 0.30 | 55.50 | Correspondence to counsel enclosing as-filed copies of fee applications.  (0.1) Prepare non-pdf versions of fee applications for fee auditor and correspondence to same enclosing same.  (0.2) |

ZAI PLAINTIFFS                                          September 12, 2005
W.R. GRACE                                              Invoice No. 9862880
Ref. No. 51677-000001                                  Page    3

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 08/19/05 | I. D. Lindley | 6.40 | 1,184.00 | Preparation, filing, service and electronic notice to counsel for the following applications:  Scott Law Group 16th Quarterly application (1.9) Richardson, Patrick, Westbrook & Brickman April (1.3) and May (1.3) interim monthly fee applications; Richardson Patrick 16th quarterly fee application (1.9). |
| 08/19/05 | W.D. Sullivan | 0.50 | 130.00 | Review and approve filing of Quarterly Fee Applications for RPWB and Scott Law |
| 08/20/05 | W.D. Sullivan | 0.50 | 130.00 | Review miscellaneous pleadings regarding litigation of asbestos claims |
| 08/23/05 | I. D. Lindley | 0.30 | 55.50 | Calls and correspondence with S. Bossay at fee auditor's offices to confirm BIPC's prior e-mailing of Scott and Richardson Patrick 16th quarterly applications to designated auditor mailbox and confirm correct address. (0.3) |
| 08/25/05 | I. D. Lindley | 1.50 | 277.50 | Revise, prepare for e-filing, e-file and attention to service and electronic delivery of Richardson Patrick firm's June 2005 monthly fee application (1.5) |

```
ZAI PLAINTIFFS                              September 12, 2005
W.R. GRACE                                  Invoice No. 9862880
Ref. No. 51677-000001                       Page    4
```

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/29/05 | I. D. Lindley | 4.30 | 795.50 | Revisions to, filing and attention to service, electronic service of four monthly fee applications for the Scott Law Group -- April to July, 2005. (4.3) |
| 08/29/05 | W.D. Sullivan | 0.50 | 130.00 | Review monthly and quarterly fee applications of Scott Law Group for filing |
| 08/29/05 | W.D. Sullivan | 0.30 | 78.00 | Review agenda for hearing, review status of matters |
| 08/30/05 | W.D. Sullivan | 0.20 | 52.00 | Review Scott Law Group Quarterly Fee Application |

```
                        Total Hours              26.50

                    Total Legal Services        $5,127.50
```

**Disbursements**

| Date | Description | | Amount |
|---|---|---|---|
| 06/21/05 | On-Line Search Service | 1.00 | 18.00 |
| 06/22/05 | On-Line Search Service | 1.00 | 15.92 |
| 06/27/05 | On-Line Search Service | 1.00 | 11.68 |
| 06/27/05 | On-Line Search Service | 1.00 | 8.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 35.50 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 41.70 |
| 08/09/05 | Photocopies I. D. Lindley | 1.00 | 0.07 |
| 08/09/05 | Photocopies I. D. Lindley | 14.00 | 0.98 |
| 08/09/05 | Photocopies I. D. Lindley | 10.00 | 0.70 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |

ZAI PLAINTIFFS                                          September 12, 2005
W.R. GRACE                                              Invoice No. 9862880
Ref. No. 51677-000001                                   Page    5

| | | | |
|---|---|---|---|
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/09/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 2,116.56 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 279.99 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 170.00 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/12/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/19/05 | Photocopies W. Sullivan | 2.00 | 0.14 |
| 08/19/05 | Photocopies W. Sullivan | 2.00 | 0.14 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 145.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 16.50 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |
| 08/19/05 | Messenger/Delivery Service Parcels, Inc. | 1.00 | 5.00 |

```
ZAI PLAINTIFFS                                September 12, 2005
W.R. GRACE                                    Invoice No. 9862880
Ref. No. 51677-000001                         Page   6

08/25/05  Photocopies I. D. Lindley                     12.00      0.84
08/25/05  Photocopies I. D. Lindley                    252.00     17.64
08/29/05  Photocopies I. D. Lindley                     11.00      0.77
08/29/05  Photocopies I. D. Lindley                     12.00      0.84
08/29/05  Photocopies I. D. Lindley                     13.00      0.91
08/29/05  Photocopies I. D. Lindley                      2.00      0.14

                            Disbursements          $3,184.52


                     Total Due this Invoice        $8,312.02
```

ZAI PLAINTIFFS                                          September 12, 2005
W.R. GRACE                                              Invoice No. 9862880
Ref. No. 51677-000001                                   Page   7

                  *  *  *  *  *   ATTORNEY SUMMARY   *  *  *  *  *

                                    Hours        Billed         Bill
                                    Worked       Per Hour       Amount
          _____  _____     _____      _____

William D. Sullivan                     3.00        260.00          780.00
I. D. Lindley                          23.50        185.00        4,347.50
=============================        ========                   =============
Total All Attorneys                    26.50                      5,127.50

## **CERTIFICATE OF SERVICE**

I, Ian D. Lindley, hereby certify that I caused a copy of the foregoing *Application of Buchanan Ingersoll, PC for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from August 1, 2005 through August 31, 2005* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: September 14, 2005                      */s/ Ian D. Lindley*
                                              Ian D. Lindley

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Mark Hurford
Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Warren H. Smith
Warren H. Smith and Associates
325 N. St. Paul, Suite 4080
Dallas, TX 75201