## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 14th day of September, 2005, a copy of the foregoing REAUD, MORGAN & QUINN, INC.'S RESPONSE IN OPPOSITION TO DEBTORS' MOTION (i) FOR LEAVE FROM NOVEMBER 5, 2004, SCHEDULING ORDER, AND (ii) TO SHORTEN NOTICE PERIOD OF DEBTORS' EMERGENCY MOTION FOR LEAVE TO TAKE DISCOVERY OF CLAIMANTS' ATTORNEYS was served on the following parties by facsimile:

David M. Bernick, P.C.
Janet S. Baer
Jonathan Friedland
Salvatore Bianca
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
Facsimile:  312-861-2356

Barbara Harding
Brian T. Stansbury
Amanda C. Basta
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, D.C.  20005
Facsimile:  202-879-5200

Laura Davis Jones
David W. Carickhoff, Jr.
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.
919 North Market Street, 16th Floor
P.O. Bpx 8705
Wilmington, DE  19899-8705
Facsimile:  302-652-4400

                                          /s/ Kathleen M. Miller
                                          Kathleen M. Miller (I.D. No. 2898)