**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 9157** |
| _____ ) | | **No Order Required** |

<u>**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 9157**</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Verified Application of Buchanan Ingersoll PC[1] for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from June 1, 2005 through June 30, 2005 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Application, objections were to be filed no later than August 29, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay $3,291.90[2] upon the filing of this certification and without the need for entry of a Court order approving the application.

---

[1] Buchanan Ingersoll PC ("BIPC") presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred to BIPC when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to BIPC.

[2] The aggregate total is a result of the addition of 80% of the fees sought ($2,737.00) equaling $2,189.60 and 100% of the expenses sought ($1,102.30) during the time frame of June 1, 2005 through June 30, 2005.

Dated: September 14, 2005

BUCHANAN INGERSOLL PC

*/s/ William David Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
Phone: (302) 428-5500
FAX:   (302) 428-3996
sullivanwd@bipc.com

DELAWARE COUNSEL FOR
ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., <u>et al</u>., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **No Order Required** |

<u>**CERTIFICATE OF SERVICE**</u>

I, William D. Sullivan, Esquire, hereby certify that on September 14, 2005, service of the

*Certificate Of No Objection Regarding Docket No. 9157*  was made upon the parties on the

attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.


<u>    September 14, 2005           </u>                    <u>*/s/ William D. Sullivan*        </u>
            Dated                                                      William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Mark Hurford
Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
325 N. St. Paul, Suite 4080
Dallas, TX 75201