**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**July 2005**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended July 31, 2005**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 53.0 | $ 32,807.00 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $619.00 | 3.0 | $ 1,857.00 |
| Robert Eydt | SEC Review Partner | 20+ | Integrated Audit | $815.00 | 1.0 | $ 815.00 |
| Peter Wolf | Tax Partner | 25 | Integrated Audit | $450.00 | 5.7 | $ 2,565.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | Integrated Audit | $355.00 | 19.0 | $ 6,745.00 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $342.00 | 60.9 | $ 20,827.80 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 30.6 | $ 10,863.00 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $225.00 | 3.0 | $ 675.00 |
| Sandra David | Audit Manager | 7 | Integrated Audit | $269.00 | 25.5 | $ 6,859.50 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $184.00 | 136.5 | $ 25,116.00 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $198.00 | 117.5 | $ 23,265.00 |
| Francois C Barnard | Audit Senior Associate | 7 | Integrated Audit | $191.00 | 13.4 | $ 2,559.40 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $171.00 | 117.5 | $ 20,092.50 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $106.00 | 87.0 | $ 9,222.00 |
| Lauren Misler | Audit Associate | 2 | Integrated Audit | $138.00 | 68.5 | $ 9,453.00 |
| Christopher Park | Audit Associate | 2 | Integrated Audit | $138.00 | 27.5 | $ 3,795.00 |
| Michael McDonnell | Audit Associate | 3 | Integrated Audit | $138.00 | 26.5 | $ 3,657.00 |
| Katherine Flower | Intern | <1 | Integrated Audit | $79.00 | | $ 1,248.20 |

| Name | Role | | Area | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | | 15.8 | |
| Ivaylo Ivanov | Intern | <1 | Integrated Audit | $79.00 | 97.5 | $ 7,702.50 |
| Munir Maruf | Intern | <1 | Integrated Audit | $79.00 | 41.0 | $ 3,239.00 |
| Youhan Lee | Intern | <1 | Integrated Audit | $79.00 | 1.4 | $ 110.60 |
| Kenneth Wood | Intern | <1 | Integrated Audit | $79.00 | 4.0 | $ 316.00 |
| | | TOTAL | | | 955.8 | $ 193,790.50 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Total Cost of Tracking Time Billed to Grace**     $ 656.00
**Total Hours Spent Tracking Time**     4.5

**Summary of PwC's Fees By Project Category:**
**July 2005**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 4.5 | 656.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |

| | | |
|---|---|---|
| **24-Other** | | |
| **25-Accounting/Auditing** | **955.80** | **$193,790.50** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **960.30** | **$194,446.50** |

## Expense Summary
## July 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | $19,608.79 |
| **Lodging** | **N/A** | $2,590.04 |
| **Sundry** | **N/A** | $242.73 |
| **Business Meals** | **N/A** | $414.92 |
| **TOTAL:** | | $22,856.48 |