**WR Grace and Co.**
**Fee Application Preparation**
**Month ended July 31, 2005**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost | |
|---|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | | |
| **Name: Ryan Grady** | | | | | |
| **7/31/2005** | 2.5 | Review draft package for submission to US Bankruptcy Courts (June fee application) | $ 184.00 | $ 460.00 | |
| | 2.5 | **Total Grace Time Tracking Charged Hours** | | | $ 460.00 |
| **Name: Allison Reeder** | | | | | |
| **7/15/2005** | 1.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 98.00 | |
| **7/26/2005** | 1.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 98.00 | |
| | 2.0 | **Total Grace Time Tracking Charged Hours** | | | $ 196.00 |
| **Totals** | 4.5 | | | **$ 656.00** | |