**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**Month ended July 31, 2005**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Pamela Reinhardt** | | |
| 7/11/2005 | 1.0 | Work on Davison Questionnaire |
| | 1.0 | Work on Responsibility matrix |
| | 0.8 | Meeting with J.Reilly (Grace) to go over the PBC listing |
| | 2.5 | Work on Planning Steps in the Database |
| | 2.0 | Read through support received from J.Reilly |
| | 0.2 | Review Davison Call materials |
| | 0.5 | Read through the consolidation schedules |
| 7/13/2005 | 5.0 | Attended the Davison Earnings Call for the 2nd Quarter |
| | 1.0 | Working on the planning section of the database |
| 7/14/2005 | 1.0 | Working on materiality spreadsheet |
| | 3.0 | Working on the planning sections of the database |
| | 3.0 | Reviewing the AR data and the inventory spreadsheets received |
| | 2.0 | Working on Balance sheet and income statement fluxes and documentation |
| 7/15/2005 | 1.0 | Preparing the ART fluctuations for the Balance Sheet and income statement |
| | 2.0 | Reviewing the documents received from J.Reilly |
| | 1.0 | Reading through the press release |
| | 2.0 | Documenting in the database for planning |
| | 3.0 | Reviewing Inventory LIFO and Cap for Davison |
| 7/18/2005 | 2.0 | Tying out the Press Release |
| | 0.9 | Meeting with L.Marchman (Grace) and L.Misler (PwC) to discuss Accounts Receivable Questions |
| | 0.6 | Meeting with K.Blood (Grace) to go over comments on the Press Release |
| | 1.0 | Meeting with M.Bathhurst (Grace) to go over the ART fluctuation Questions |
| | 0.5 | Meeting with M.Brown (Grace) to review the Davison severance |
| | 5.0 | Tying out LIFO for Davison |
| | 1.0 | Reviewing the Balance Sheet and Income Statement Fluctuations |
| 7/19/2005 | 3.0 | Reviewing the Press Release |
| | 1.0 | Meeting with K.Blood (Grace) to go over comments on the Press Release |
| | 1.0 | Meeting with M.Brown (Grace) to go over Corporate Fluxes and open items |
| | 1.5 | Meeting J.Reilly (Grace) to go over all the open items and questions on inventory and fluxes |
| | 1.0 | Going over R.Keehan's, R. Grady, B.Bishop, D.Lloyd (all PwC) comments on the Press Release |
| | 2.5 | Documenting the revenue analysis and the other fluctuations in the database |
| 7/20/2005 | 1.0 | Meeting with M.Bossler (PwC) to go over the procedures for the data management group and what is going to be done at Grace |
| | 1.0 | Meeting with M.Bossler (PwC) and G.Covington (Grace) to go over the procedures for the data management group and what is going to be done at Grace |
| | 4.0 | Testing Davison Severance Program |
| | 2.0 | Reviewing steps in the database |
| | 1.0 | Creating the CRP checklist |
| 7/21/2005 | 1.5 | Writing up explanations to comments in the database |
| | 1.0 | Reviewing the database |
| | 0.2 | Following up on open items |
| | 2.0 | Reviewing the year end database to make sure all the steps are included |
| | 1.5 | Reviewing GPC LIFO |
| | 1.8 | Reviewing ART LIFO |
| 7/22/2005 | 2.0 | Working on Planning steps in the year end database |
| | 2.0 | Working on Foreign Fluxes and scoping documentation |
| 7/25/2005 | 3.5 | Reviewing steps in the database and completing more of the database |
| | 0.5 | Updating R.Gradyand M. Afuang (PwC) on open items and issues |

|            |      |                                                                                       |
|------------|------|---------------------------------------------------------------------------------------|
|            | 3.0  | Working on Planning documentation in the year end database                            |
|            | 1.0  | Meeting with M.Brown (Grace) to review all the open items                             |
|            | 0.5  | Meeting with I.Ivanco (PwC) to review the support he tied out                         |
|            | 1.0  | Meeting with B.Bishop and D.Lloyd (all PwC) to discuss open items and status          |
| **7/26/2005** | 2.5  | Working on Davison Severance Testing                                                  |
|            | 2.0  | Reviewing GPC LIFO                                                                    |
|            | 1.0  | Reviewing the management representation letter                                        |
|            | 3.0  | Working on completion steps in the database                                           |
| **7/27/2005** | 5.0  | 10-Q Tie out                                                                          |
|            | 1.4  | Working on GPC LIFO                                                                   |
|            | 2.1  | Working on Davison Severance Testing                                                  |
| **7/28/2005** | 1.0  | Reviewing all the changes to another draft of the 10-Q                                |
|            | 3.8  | Working on the Automated Disclosure Checklist                                         |
|            | 2.2  | Tieing out the 10-Q                                                                   |
|            | 1.0  | Meeting with K.Blood (Grace) to go over comments on the 10-Q                          |
|            | 1.0  | Meeting with R.Keehan, R.Grady, D.Lloyd (all PwC) to go over comments on the 10-Q     |
| **7/29/2005** | 1.1  | Meeting with K.Blood (Grace) to go over comments on the 10-Q                          |
|            | 1.0  | Meeting with R.Grady (PwC) to go over issues on the 10-Q                              |
|            | 2.6  | Working on the completion steps of the database                                       |
|            | 2.2  | Tying out the 10-Q                                                                    |
|            | 1.1  | Working on disclosure checklist                                                       |
|            | **117.5** | **Total Grace Tax Charged Hours**                                                  |
|            | **117.5** | **Total Hours**                                                                    |