**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended July 31, 2005**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T. Bishop | Audit | 7/18/05 | $ 5,716.85 | | | | Airfare to London and Frankfurt for visit to Slough and Worms |
| | Audit | 7/22/05 | $ 57.77 | | | | Taxi fare - from hotel in Mainz to airport in Frankfurt (48 euro) |
| | Audit | 7/20/05 | | $ 533.52 | | | Hotel in Slough, England - two nights (300 British pounds) |
| | Audit | 7/22/05 | | $ 545.85 | | | Hotel in Mainz, Germany - two nights (439 euro) |
| Ryan Grady | Audit | 7/5/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/6/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/7/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/8/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/11/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/12/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/13/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/14/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/15/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/18/05 | $ 4.86 | | | | Mileage to airport (25 miles less 13 miles base x $0.405) |
| | Audit | 7/22/05 | $ 4.86 | | | | Mileage from airport (25 miles less 13 miles base x $0.405) |
| | Audit | 7/25/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/28/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/29/05 | $ 12.96 | | | | Mileage to/from client location (58 miles less 26 miles base x $0.405) |
| | Audit | 7/18/05 | $ 6,644.45 | | | | Roundtrip airfare - US to London Heathrow, UK; London Heathrow to Frankfurt Germany; Frankfurt, Germany to London Heathrow, London Heathrow to US (home) |
| | Audit | 7/20/05 | | $ 497.95 | | | Hotel in Slough, UK - 7/18 - 7/20 for CLC trip overseas |
| | Audit | 7/20/05 | | | $ 104.39 | | International business call re: W. R. Grace press release filing |
| | Audit | 7/20/05 | | | $ 35.57 | | International business call re: W. R. Grace press release filing |
| | Audit | 7/20/05 | | | $ 9.87 | | Internet access at hotel in Slough, UK |
| | Audit | 7/21/05 | | | | $ 200.00 | Dinner/refreshments for audit work overseas - self, W Bishop, John Newstead (all PwC), B Kenny, (Grace) |
| | Audit | 7/20/05 | | | | $ 200.00 | Dinner/refreshments for audit work overseas - self, W Bishop, John Newstead (all PwC), B Kenny, (Grace) |
| | Audit | 7/22/05 | $ 75.00 | | | | Parking at Dulles airport for trip overseas 7/18 - 7/22 |
| | Audit | 7/22/05 | | $ 514.77 | | | Hotel in Mainz, Germany - 7/20 - 7/22 for CLC trip overseas |
| | Audit | 7/22/05 | | | $ 41.03 | | International business call re: W. R. Grace quarterly review |
| | Audit | 7/22/05 | | | $ 22.38 | | International business call re: W. R. Grace quarterly review |
| | Audit | 7/22/05 | | | | $ 14.92 | Breakfast while travelling overseas |
| Pam Reinhardt | Audit | 7/11/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/12/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/13/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/14/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/15/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/18/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/19/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/20/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/21/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/25/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/26/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/27/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/28/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 7/29/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| Lauren Misler | Audit | 7/7/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 7/8/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 7/11/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 7/12/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 7/13/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 7/14/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 7/18/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 7/19/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| John Newstead | Audit | 7/15/05 | $ 6,173.05 | $ 497.95 | | | Flight to UK and Germany for CLC review. Lodging (UK only), |
| | Audit | 7/30/05 | $ 102.00 | | | | airport transfer |
| Erica Margolius | Audit | 7/11/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/12/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/13/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/14/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/15/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/18/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/19/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/20/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/21/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/22/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/25/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/26/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/27/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/28/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 7/29/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| Michael McDonnel | Audit | 7/11/2005 | 21.0 | | | | Picking up files |
| | Audit | 7/12/2005 | 2.4 | | | | Mileage in excess of normal commute (8 mi- 2 miles * $.405/mile) |
| | Audit | 7/13/2005 | 2.4 | | | | Mileage in excess of normal commute (8 mi- 2 miles * $.405/mile) |
| | Audit | 7/14/2005 | 2.4 | | | | Mileage in excess of normal commute (8 mi- 2 miles * $.405/mile) |
| | Audit | 7/15/2005 | 21.0 | | | | Picking up files |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **David Lloyd** | Audit | 7/5/05 | $ 42.00 | | | | Train from Baltimore to DC for meeting with R Grady and J Newstead to discuss control design assessment. |
| | Audit | 7/5/05 | $ 2.70 | | | | Metro fare for trip to DC for meeting with R. Grady and J. Newstead (PwC) |
| | Audit | 7/27/05 | | | $ 29.49 | | Fax receipt charges for draft of Form 10-Q received at out of town training site. |
| **Maria J. Afuang** | Audit | 7/11/05 | $ 8.10 | | | | Mileage in exces of normal commute {(52-32)*.405} |
| | Audit | 7/12/05 | $ 8.10 | | | | Mileage in exces of normal commute {(52-32)*.405} |
| | Audit | 7/13/05 | $ 8.10 | | | | Mileage in exces of normal commute {(52-32)*.405} |
| | Audit | 7/14/05 | $ 8.10 | | | | Mileage in exces of normal commute {(52-32)*.405} |
| | Audit | 7/15/05 | $ 8.10 | | | | Mileage in exces of normal commute {(52-32)*.405} |
| **Ivaylo Ivanov** | Audit | 7/11/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| | Audit | 7/12/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| | Audit | 7/14/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| | Audit | 7/15/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| | Audit | 7/18/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| | Audit | 7/19/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| | Audit | 7/21/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| | Audit | 7/25/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| | Audit | 7/26/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| | Audit | 7/28/05 | $ 20.25 | | | | Excess mileage to the client site (50 miles * .405 = $20.25) |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 22,856.48 | $ 19,608.79 | $ 2,590.04 | $ 242.73 | $414.92 | |