IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No. 9315 |

**NOTICE OF MOTION OF THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS, JEFFERSON PARISH SCHOOL BOARD, AND LAFOURCHE PARISH SCHOOL BOARD'S EMERGENCY MOTION FOR ENLARGEMENT OF TIME PURSUANT TO F.R.B.P., RULE 9006 TO RESPOND TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE**

PLEASE TAKE NOTICE that Loizides & Associates, in its capacity as counsel for Claimants, has filed its attached Emergency Motion of the Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board for Enlargement of Time Pursuant to F.R.B.P., Rule 9006 to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage (the "Motion").

You are required to file a response to the attached Motion on or before **September 21, 2005 at 4:00 PM EST.**[1]

At the same time you must also serve a copy of the response upon movants' attorneys:

Christopher D. Loizides (No. 3968)   Martin W. Dies
LOIZIDES & ASSOCIATES              DIES & HILE
1225 King Street, Suite 800        1009 Green Avenue
Wilmington, DE 19801               Orange, TX 77630

PLEASE TAKE FURTHER NOTICE THAT, ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED, A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 26, 2005 AT 4:00 PM EST**, BEFORE THE HONORABLE JUDITH K.

---

[1] Subject to Court approval of motion to shorten notice.

FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 14, 2005

> Christopher D. Loizides (Bar No. 3968)
> Michael J. Joyce (No. 4563)
> LOIZIDES & ASSOCIATES
> 1225 King Street, Suite 800
> Wilmington, DE 19801
> Telephone:   (302) 654-0248
> Facsimile:   (302) 654-0728
> Email:       loizides@loizides.com
>
> -- and --
>
> Martin W. Dies
> DIES & HILE
> 1009 Green Avenue
> Orange, TX 77630
> Telephone:   (409) 883-4394
> Facsimile:   (409) 883-8414
>
> *Co-Counsel for The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board (herein, "The Louisiana School Claimants")*