**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JJF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## AFFIDAVIT OF JACK A. GRANT

STATE OF NORTH CAROLINA

COUNTY OF TRANSYLVANIA

JACK A. GRANT, being duly sworn, deposes and says:

1.  My name is Jack A. Grant. I am an attorney licensed to practice law in the State of Louisiana. My office is located at 238 Huey P. Long Avenue in Gretna, Louisiana. However, I evacuated Gretna prior to hurricane Katrina making landfall on August 29, 2005 and at the present time I am temporarily residing in North Carolina. I am presently unable to access any of my office files or records including my office computer which may have been damaged or destroyed. At the current time my office is uninhabitable and significantly damaged as a result of hurricane Katrina.

2.  I serve as school attorney for the Jefferson Parish School Board and the Lafourche Parish School Board. On behalf of these school boards, I filed the following proofs of claim prior to the bar date in the W.R. Grace Bankruptcy.

Jefferson Parish School Board: Claim No. 8025, Jennings High School; Claim No. 8026, Welsh High School; Claim No. 8164, Bissonet Plaza Elementary; Claim No. 8171,

1

Bridgedale Elementary; Claim No. 8169, Deckbar Elementary; Claim No. 8179, East Jefferson High School; Claim No. 8168, Ella Dolhonde Elementary; Claim No. 8175, Grace King High School; Claim No. 8167, Harahan Elementary; Claim No. 8177, Harvey Kindergarten; Claim No. 8176, Hazel Park Elementary; Claim No. 8170, Joshua Butler Elementary; Claim No. 8178, L.H. Marrero Middle School; Claim No. 8174, Lincoln Elementary; Claim No. 8173, Live Oak Manor Elementary; Claim No. 8184, Marie Riviere Elementary; Claim No. 8182, Miller Wall Elementary; Claim No. 8186, Pitre Elementary; Claim No. 8185, Riverdale High School; Claim No. 8165, S.J. Barbre Jr. High School; Claim No. 8166, T.H. Harris, Jr. High School; Claim No. 8183, West Jefferson High School; Claim No. 8181, Westgate Elementary; Claim No. 8180, Westwego Elementary; and Claim No. 8172, William Hart Elementary.

<u>Lafourche Parish School Board</u>:   Claim No. 8018, Central Lafourche High School; Claim No. 8019, Cut Off Elementary, Building 3; Claim No. 8020, Golden Meadow Lower Elementary; Claim No. 8023, LaRose Cut Off Jr. High School; Claim No. 8022, School Board Office; and Claim No. 8021, West Thibodaux Jr. High School.

I was assisted in the preparation of the claim forms by Martin W. Dies, Attorney, who has served for some years as Outside Special Counsel on behalf of the Parish School Boards with regard to the W.R. Grace and United States Gypsum ("USG") Bankruptcies. Mr. Dies also serves as Special Counsel for the Archdiocese of New Orleans in connection with the W. R. Grace and USG Bankruptcies.

5.   Based on news reports and some eyewitness accounts, I believe that all of Southeast Louisiana including New Orleans (Orleans Parish), Jefferson Parish, St. Bernard Parish and Lafourche Parish, among many others, was severely devastated by hurricane Katrina. Areas to the south and east of New Orleans, including parts of Jefferson and Lafourche Parishes,

2

were among the hardest hit. I have been told by eyewitnesses that a substantial part of the roof of my office located in Gretna (Jefferson Parish) was blown off by high winds. I have be advised that significant water damage has occurred. High winds also destroyed the roof of the Jefferson Parish School Board administration building which is also currently uninhabitable. Three of Jefferson Parish's schools are currently being occupied by the military and certain of the remaining buildings including the administration building are currently uninhabitable. The administration of the Jefferson Parish Schools has been transferred to Baton Rouge, Louisiana and school children are scattered throughout the United States.

6. I have been informed by authorities that I may not be able to return to Gretna before possibly mid-October at the earliest. Some school buildings may have electric power, some may have water, some may have useable sewage connections, many are likely inhabitable. Attempts are being presently made to open the schools that can be opened some time in the month of October or November. The numbers of schools that can be opened has not been determined at this time. All of the resources of the school districts are being utilized to reestablish some semblance of a viable school district so that the citizens of the districts will be able to return to their homes and send their children to school. But because of the devastation this may take some period of time. I am not aware of the whereabouts of the attorneys for the Catholic Archdiocese of New Orleans. However, I know that the attorneys' office is located in the Central Business District (CBD) in the City of New Orleans. I have observed on television that flooding has occurred in the CBD as a result of the breach of the levee at the 17th St. Canal. At the present time, I believe that they have not been allowed to return to their offices because of the city is "locked down" and further, news reports indicate that it may be 40 to 120 days before all the water is pumped out and the integrity of the levees restored. Based on news accounts, I

3

believe that Lafourche Parish has also suffered extreme damage. Lafourche Parish's buildings are also likely not habitable and in my opinion that the same impediments apply to prevent access to records and other claim information.

7. Based on these facts discussed herein it is clear that the Louisiana School Claimants are in a dire situation and they clearly have no access to their homes, offices or the buildings at issue. It may be 30 to 120 days or longer before people can return to all of the devastated areas on a full time basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 13th day of September, 2005.

_____
Jack A. Grant

Sworn to and subscribed before me
this 13th day of September, 2005

_____
Notary Public State of North Carolina
County of Transylvania
My Commission Expires March 7, 2006

[Remainder of page blank.]

4