IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. _____ |
| | ) | |

## ORDER GRANTING THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS, JEFFERSON PARISH SCHOOL BOARD, AND LAFOURCHE PARISH SCHOOL BOARD'S EMERGENCY MOTION FOR ENLARGEMENT OF TIME PURSUANT TO F.R.B.P., RULE 9006 TO RESPOND TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS

Upon consideration of The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board's (hereinafter "Movants") Emergency Motion for Enlargement of Time Pursuant to F.R.B.P., Rule 9006 to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims, and the Court having considered the Motion and finding that it is meritorious, it is hereby,

ORDERED that the time period in which the Movants shall have to respond to Debtors' Fifteenth Omnibus Objection (Substantive) To Asbestos Property Damage Claims, which is currently due on October 7, 2005, shall be extended. Movants shall have an additional period of time equal to six-months in which to file their response to said Objections, such that Movant's Response shall now be due on April 7, 2006.

Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge