IN.THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W. R. GRACE & CO., et al., | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | **Re: Docket No. 9315** |

**CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, hereby certify that on the 14th day of September, 2005, I did cause to be served copies of The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board's Emergency Motion for Enlargement of Time Pursuant to F.R.B.P., Rule 9006 to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on the parties listed and in the manner indicated on the attached service list.

DATED: September 14, 2005

Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

*Co-Counsel for The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board (herein, "The Louisiana School Claimants*

**SERVICE LIST**

**VIA TELECOPIER**

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 North Market Street, Suite 1700
P. O. Box 8705
Wilmington, DE 19899-8705
Fax: 302-652-4400
*Counsel for Debtor*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Fax: 302-657-4901
*Counsel for Official Committee of Unsecured Creditors*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19801
Fax: 302-575-1714
*Counsel for Property Damage Claimants*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947
*Counsel for Asbestos PI Claimants*

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
Fax: 302-552-4295
*Counsel for Equity Committee*

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 No. Broom Street
Wilmington, DE 19806
Fax: 302-655-4210
*Counsel for David Austern, Futures Representative*

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
Fax: 302-573-6497

Janet S. Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
Fax: 312-861-2200

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Fax: 212-806-1230
*Counsel for Official Committee Of Unsecured Creditors*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 So. Biscayne Boulevard, Suite 2500
Miami, FL 33131
Fax: 305-374-7593
*Counsel for Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Fax: 212-644-6755
*Counsel for Official Committee of Personal Injury Claimants*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
212-715-8000

Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
Fax: 202-424-7643
*Counsel for David Austern, Futures Representative*

Philip Bentley. Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Fax: 212-715-8000
Counsel for Equity Committee

Peter Van Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington D.C. 20005-5802
Fax: 202-429-3301
Counsel for Official Committee of Asbestos Personal Injury

James Sprayregen, Esquire
Kirkland & Ellis
777 South Figueroa Street, 37th Floor
Fax: Chicago, IL 60601
312-861-2200
*Counsel for Debtor*

Steven Yoder, Esquire
White & Williams
824 North Market Street, Suite 902
Wilmington, DE 19801-4938
Fax: 302-658-6395
*Counsel for DIP Lenders*

Douglas Bacon, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
Fax: 312-993-9767
*Counsel for DIP Lenders*

Nancy Worth Davis, Esquire
Fax: 843-216-9410
*Counsel for Official Committee of Asbestos Personal Injury Claimants*