IN.THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------) | | |
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| ------------------------------------------------------------) | | **Re: Docket No. 9429** |

## MOTION TO SHORTEN AND LIMIT NOTICE
## AND FOR EXPEDITED CONSIDERATION OF
## THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS,
## JEFFERSON PARISH SCHOOL BOARD, AND LAFOURCHE PARISH SCHOOL
## BOARD'S EMERGENCY MOTION FOR ENLARGEMENT OF TIME PURSUANT TO
## F.R.B.P., RULE 9006 TO RESPOND TO DEBTORS' FIFTEENTH OMNIBUS
## OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS

Movants[1] request expedited consideration and shortened notice of the above-referenced

Motion for Enlargement of Time (the "Motion for Enlargement").

1.      Movants are three school districts located in Southern Louisiana.  Needless to say,

these school districts have been decimated by Hurricane Katrina.

2.      Movants' representatives have been forced to evacuate and currently have no

access to any records or other sources of information they need to respond to the Debtors'

Fifteenth Omnibus Objection to Asbestos Property Damage Claims.

3.      Moreover, Movants' representatives are understandably preoccupied with getting

their lives in order.  Under these circumstances, Movants have requested a six-month extension

of the time to respond to the Omnibus Objections.

4.      Movants submit that the Motion for Enlargement should be considered on an

expedited basis. The objection deadline to the Omnibus Objections is currently October 7, 2005.

The only hearing date prior to the objection deadline is September 26, 2005.  The next available

---

[1] Capitalized terms are defined in the underlying motion.

hearing date is not until October 24, 2005. Accordingly, Movants request that the Motion for Enlargement be heard at the September 26th hearing and that the objection deadline for the Motion for Enlargement be set as September 21, 2005 at 4:00 PM EST.[2]

5.        Movants also request that notice of the Motion for Enlargement be limited. LBR 2002-1(b) technically requires that *all* motions be served on the entire 2002(i) list. In the Debtors' bankruptcy cases, that list is exceedingly lengthy. As the Motion for Enlargement concerns only a procedural matter and, for all intents and purposes, is in the nature of a response to a claim objection and contested matter filed by the Debtors, Movants submit that notice be limited to counsel to (i) the Debtors, (ii) the United States Trustee, (iii) the Official Committee of Unsecured Creditors, (iv) the Official Committee of Personal Injury Claimants, (v) the Official Committee of Property Damage Claimants, (vi) the Futures Representative and (vii) the DIP Lenders.


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[2] Movants are aware that LBR 9006-2 provides that the filing of a motion prior to the deadline stays that deadline until the Court has an opportunity to hear the motion. However, Movants seek expedited consideration of their Motion for Enlargement in good faith to avoid any appearance of attempting to use LBR 9006-2 to delay consideration of the issues presented in the Motion for Enlargement.

WHEREFORE, Movants request that this motion to shorten and limit notice and for expedited consideration be granted as provided in the attached proposed order.

Dated:  September 14, 2005

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE  19081
Telephone:     (302) 654-0248
Facsimile:      (302) 654-0728
Email:           loizides@loizides.com

-- and --

Martin W. Dies
DIES & HILE
1009 Green Avenue
Orange, TX  77630
Telephone:     (409) 883-4394
Facsimile:      (409) 883-8414

*Co-Counsel for The Roman Catholic Church
Archdiocese of New Orleans, Jefferson Parish
School Board, and Lafourche Parish School Board
(herein, "The Louisiana School Claimants*