IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. _____ |
| | ) | |
| _____ | ) | |

**ORDER**

AND NOW, to wit, this ____ day of _____, 2005, the Court having heard and considered the Motion of the Official Committee of Asbestos Property Damage Claimants to Strike Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims or, in the Alternative, for Extension of Time for Responses Thereto (the "Motion"), IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. The Debtors' Fifteenth Omnibus Objection to Asbestos Property Damage Claims (Docket No. 9315) is hereby stricken.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge