IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W. R. GRACE & CO., et al., | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Re: Docket No. 9430<br>and Dkt. No. 9429 |

**ORDER GRANTING THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS, JEFFERSON PARISH SCHOOL BOARD, AND LAFOURCHE PARISH SCHOOL BOARD'S MOTION TO SHORTEN AND LIMIT NOTICE AND FOR EXPEDITED CONSIDERATION OF THEIR EMERGENCY MOTION FOR ENLARGEMENT OF TIME PURSUANT TO F.R.B.P. RULE 9006 TO RESPOND TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS**

Upon consideration of The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board's (hereinafter "Movants") Motion to Shorten and Limit Notice and for Expedited Consideration (the "Motion to Shorten and Limit") of their Emergency Motion for Enlargement of Time Pursuant to F.R.B.P., Rule 9006 to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the "Motion for Enlargement"), and the Court having considered the Motion to Shorten and Limit and finding that it is meritorious, it is hereby

ORDERED that:

1. The Motion to Shorten and Limit is GRANTED.

2. The hearing on the Motion for Enlargement shall be considered on an expedited basis at the September 26th Omnibus hearing at 12:00 noon.

3. Objections to the Motion for Enlargement shall be filed on or before September 21, 2005 at 4:00 PM EST.

4. The Notice of the Motion for Enlargement is limited to counsel to (i) the Debtors, (ii) the United States Trustee, (iii) the Official Committee of Unsecured Creditors, (iv) the Official Committee of Personal Injury Claimants, (v) the Official Committee of Property Damage Claimants, (vi) the Futures Representative and (vii) the DIP Lenders.

DATED: ___Dated: 9/15/2005 8:36:14___

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald <sup>rmab</sup>
United States Bankruptcy Court Judge