IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: October 7, 2005 at 4:00 p.m.** |
| | ) | **Hearing Date: October 24, 2005 at 12:00 p.m.** |

## NOTICE OF MOTION

TO:   All parties on the Attached 2002 Service List

All Asbestos Property Damage Claimants represented by Dies & Hile, L.L.P. have filed the attached Joinder to the Motion of the Official Committee of Asbestos Property Damage Claimants to Strike Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims or, In The Alternative, for Extension of Time for Responses Thereto ("Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

You are required to file a response to the attached Motion on or before **October 7, 2005 at 4:00 p.m.**

At the same time, you must also serve a copy of any response upon the undersigned counsel.

HEARING ON THE MOTION WILL BE HELD ON **October 24, 2005 at 12:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: September 15, 2005.

                                    LOIZIDES & ASSOCIATES

                                    _____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0718
E-mail:       loizides@loizides.com

-and-

Martin W. Dies
DIES & HILE, L.L.P.
1009 West Green Avenue
Orange, Texas 77630-5697
Telephone:    (409) 883-4394
Facsimile:    (409) 883-4814

*Counsel for the D&H PD Claimants*