IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re: Docket No. 9432** |
| ) | |
| ) | |
| ) | |

**ORDER GRANTING THE MOTION OF THE OFFICIAL
COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
TO STRIKE THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION
(SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS**

Upon consideration of the Motion of the Official Committee of Asbestos Property Damage Claimants to Strike the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims or, In the Alternative, For Extension of Time, joined therein by All Asbestos Property Damage Claimants represented by the lawfirm of Dies & Hile, L.L.P., it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (Docket No. 9315) is hereby stricken and overruled.

DATED: _____

The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge