IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> ) <br> Debtor. ) <br> ) | Chapter 11 <br><br> Case No. 01-1139 (JKF) <br> Jointly Administered <br><br> Objection Date: October 5, 2005 at 4:00 p.m. <br> Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## FOURTEENTH MONTHLY INTERIM APPLICATION OF
## CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Fourteenth Monthly Application of CIBC World Markets Corp. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period July 1, 2005 through July 31, 2005 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) and reimbursement of expenses in the amount of $3,479.42 (the "Application") for a total of $83,479.42.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **October 5, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

>SWIDLER BERLIN LLP
>
>By: _____
>Roger Frankel, admitted *pro hac vice*
>Richard H. Wyron, admitted *pro hac vice*
>3000 K Street, NW, Suite 300
>Washington, DC 20007
>(202) 424-7500
>Counsel to David T. Austern,
>Future Claimants' Representative

Dated: September 15, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) <br> ) Jointly Administered |
| Debtor. | ) Objection Date: October 5, 2005 at 4:00 p.m. <br> ) Hearing: Scheduled if Necessary (Negative Notice) |

**FOURTEENTH MONTHLY INTERIM APPLICATION OF
CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2005 THROUGH JULY 31, 2005**

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004[1] |
| Period for which compensation and reimbursement is sought: | July 1, 2005 – July 31, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00[2] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $3,479.42 |

This is a   x  monthly        __ interim        ___ final application

---

[1] On June 27, 2005, the Court authorized an extension to the terms relating to the fee arrangement with CIBC.

[2] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $100,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JULY 2005

| Project Category | Total Hours | Total Fees[3] |
|---|---|---|
| Business Operations Related | 95.50 | NA |
| Financial Analysis Related | 25.50 | NA |
| Hearing Attendance | 18.00 | NA |
| Develop Filings & Other | 40.25 | NA |
| **TOTAL** | **179.25** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### JULY 2005

| Expense Category | Total |
|---|---|
| Meals | $ 259.30 |
| Air fare | 1,640.27 |
| Hotel | 583.29 |
| Transportation (taxi, parking) | 241.55 |
| Telephone | 148.44 |
| Research | 279.35 |
| Printing & Production | 327.22 |
| **Total Expenses:** | **$ 3,479.42** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____
Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: September 8, 2005

---

[3] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Ritwik Chatterjee | 7/1/2005 | 3.3 | Financial analysis | Various financial and competitor analysis |
| Joseph Radecki | 7/5/2005 | 2.3 | Business operations | Review pension motion and related items |
| Jonathan Brownstein | 7/5/2005 | 2.0 | Business operations | Review pension motion and related items |
| Maika Hemphill | 7/5/2005 | 1.5 | Financial analysis | Financial analysis, various |
| Jonathan Brownstein | 7/6/2005 | 1.8 | Business operations | Review pension motion |
| Ritwik Chatterjee | 7/6/2005 | 2.3 | Business operations | Review pension motion and related items |
| Joseph Radecki | 7/7/2005 | 1.3 | Business operations | Review of brief on exclusivity |
| Jonathan Brownstein | 7/7/2005 | 1.0 | Business operations | Review of Debtors' Business Brief regarding exclusivity |
| Ritwik Chatterjee | 7/7/2005 | 2.0 | Business operations | Review pension motion and related items |
| Maika Hemphill | 7/7/2005 | 4.0 | Business operations | Additional financial analysis; review pension motion and related items. |
| Joseph Radecki | 7/8/2005 | 2.0 | Develop filing | Work on affidavit for FCR's reply to debtors' business brief concerning exclusivity |
| Jonathan Brownstein | 7/8/2005 | 2.0 | Develop filing | Review / draft affidavit for FCR's reply to Debtors' business brief regarding exclusivity |
| Ritwik Chatterjee | 7/8/2005 | 3.0 | Business operations | Review of Debtors' Business Brief regarding exclusivity |
| Maika Hemphill | 7/8/2005 | 2.5 | Business operations | Read Company brief on exclusivity |
| Jonathan Brownstein | 7/10/2005 | 2.0 | Develop filing | Review / draft affidavit for FCR's reply to Debtors' business brief regarding exclusivity |
| Joseph Radecki | 7/11/2005 | 3.0 | Develop filing | Work on affidavit for FCR's reply to debtors' business brief concerning exclusivity; CIBC meeting re same |
| Jonathan Brownstein | 7/11/2005 | 8.0 | Develop filing | Review / draft affidavit for FCR's reply to Debtors' business brief regarding exclusivity; internal meetings re same |
| Maika Hemphill | 7/11/2005 | 5.0 | Develop filing | Review Company brief on exclusivity; related analysis for reply brief; CIBC team meetings |
| Joseph Radecki | 7/12/2005 | 3.8 | Develop filing | Read PI & PD briefs re: exclusivity issues; Work on affidavit for FCR's reply to debtors' business brief concerning exclusivity. |
| Jonathan Brownstein | 7/12/2005 | 3.8 | Develop filing | Review / draft affidavit for FCR's reply to Debtors' business brief regarding exclusivity; Review of PD and PI Business Briefs regarding exclusivity; review Gamma motion |
| Ritwik Chatterjee | 7/12/2005 | 5.8 | Develop Filing | Analysis related to affidavit for FCR's reply to Debtors' business brief regarding exclusivity; CIBC discussions re: same topic. |
| Maika Hemphill | 7/12/2005 | 5.0 | Develop filing | Related analysis for reply brief |
| Joseph Radecki | 7/13/2005 | 2.0 | Business operations | Review 'Gamma' Motion and related internal analysis |
| Jonathan Brownstein | 7/13/2005 | 2.0 | Business operations | Review Gamma Motion and related analysis |
| Ritwik Chatterjee | 7/13/2005 | 2.8 | Business operations | Analysis for Gamma motion. |
| Maika Hemphill | 7/13/2005 | 2.8 | Business operations | Gamma motion (and related financial analysis) |
| Joseph Radecki | 7/14/2005 | 3.3 | Business operations | Draft memo re: Single Site acquisition; review related analysis |
| Jonathan Brownstein | 7/14/2005 | 3.8 | Business operations | Draft memo regarding potential acquisition (Single Site Catalysts LLC); Review of state tax motion |
| Ritwik Chatterjee | 7/14/2005 | 4.3 | Business operations | Analysis re: memo on Single Site Catalysts acquisition. |
| Maika Hemphill | 7/14/2005 | 5.3 | Business operations | Memo on Single Site Catalysts acquisition / analysis |
| Joseph Radecki | 7/15/2005 | 1.0 | Business operations | Review of motion re: taxation |
| Ritwik Chatterjee | 7/15/2005 | 2.3 | Business operations | Review of state tax motion |
| Maika Hemphill | 7/15/2005 | 1.3 | Financial analysis | Financial analysis, various |
| Joseph Radecki | 7/18/2005 | 4.0 | Hearing attendance | Travel time to attend hearing |
| Ritwik Chatterjee | 7/18/2005 | 3.5 | Financial analysis | Various financial and competitor analysis |
| Maika Hemphill | 7/18/2005 | 3.5 | Business operations | Review industry research and competitor analysis |
| Joseph Radecki | 7/19/2005 | 10.0 | Hearing attendance | Hearing (including travel time) |
| Jonathan Brownstein | 7/19/2005 | 4.0 | Hearing attendance | Hearing Attendance (by telephone) |
| Ritwik Chatterjee | 7/19/2005 | 0.8 | Business operations | Meeting with Hemphill re: industry information |
| Maika Hemphill | 7/19/2005 | 6.3 | Business operations | Review industry research and competitor analysis; meeting with Chatterjee re: same |
| Joseph Radecki | 7/20/2005 | 1.5 | Business operations | Review of various draft motions; also review second quarter financial information |
| Jonathan Brownstein | 7/20/2005 | 1.5 | Business operations | Review various Debtors' motions re: Intercat /Owensboro / Marsh; review of Q2 financial release |
| Ritwik Chatterjee | 7/20/2005 | 1.0 | Business operations | Review quarterly financial results. Review of draft motions (Owensboro sale, Marsh settlement and Intercat Settlement); Review of Q2 financial release |
| Jonathan Brownstein | 7/21/2005 | 3.0 | Business operations | Review of draft motions (Owensboro sale, Marsh settlement and Intercat Settlement); Review of Q2 financial release |
| Ritwik Chatterjee | 7/21/2005 | 3.3 | Business operations | Review of draft motions (Owensboro sale, Marsh settlement and Intercat Settlement) |
| Maika Hemphill | 7/21/2005 | 3.0 | Business operations | Review of draft motions; analysis re: second quarter financial results |
| Ritwik Chatterjee | 7/22/2005 | 6.3 | Financial analysis | Various financial and competitor analysis |
| Maika Hemphill | 7/22/2005 | 5.3 | Financial analysis | Analysis re: second quarter financial results |
| Joseph Radecki | 7/25/2005 | 4.0 | Business operations | Review final motions regarding: employment of Pitney Hardin, Marsh Insurance, Intercat, Rising Sun lease, Gamma acquisition. |
| Jonathan Brownstein | 7/25/2005 | 4.0 | Business operations | Review various final motions: Marsh Insurance, Rising Sun lease, Intercat settlement, Project Gamma acquisition; review final application to expand the scope of employment of Pitney Hardin. |
| Ritwik Chatterjee | 7/25/2005 | 4.0 | Business operations | Review final motions regarding: Marsh Insurance, Rising Sun lease, Intercat settlement, Project Gamma acquisition; employment of Pitney Hardin |
| Maika Hemphill | 7/25/2005 | 3.0 | Business operations | Review final motions (Intercat, Gamma, among others) |
| Maika Hemphill | 7/26/2005 | 2.8 | Financial analysis | Financial analysis, various |
| Joseph Radecki | 7/27/2005 | 0.8 | Financial analysis | Review financial analysis |
| Maika Hemphill | 7/27/2005 | 1.0 | Financial analysis | Financial analysis, various |
| Jonathan Brownstein | 7/29/2005 | 2.8 | Business operations | Review project Gamma purchase agreement |
| Ritwik Chatterjee | 7/29/2005 | 2.8 | Business operations | Review Gamma purchase document |

# EXHIBIT B

## W.R. Grace & Co.
## CIBC Expense Detail Report (July 1, 2005 – July 31, 2005)
## (Dates represent expense posting date)

Meals
| | | |
|---|---|---|
| Joe Radecki | 07/08/05 | 24.10 |
| Joe Radecki (with other financial advisor) | 07/08/05 | 81.02 |
| Joe Radecki | 07/19/05 | 10.50 |
| Joe Radecki | 07/19/05 | 6.12 |
| Joe Radecki (with counsel) | 07/19/05 | 111.25 |
| Joe Radecki | 07/25/05 | 26.31 |
| Subtotal Meals: | | $259.30 |

Air fare
| | | |
|---|---|---|
| Joe Radecki | 07/08/05 | 421.90 |
| Joe Radecki | 07/19/05 | 105.47 |
| Joe Radecki | 07/19/05 | 128.00 |
| Joe Radecki | 07/25/05 | 984.90 |
| Subtotal Air fare: | | $1,640.27 |

Hotel
| | | |
|---|---|---|
| Joe Radecki | 07/08/05 | 296.56 |
| Joe Radecki | 07/19/05 | 71.27 |
| Joe Radecki | 07/25/05 | 215.46 |
| Subtotal Hotel: | | $583.29 |

Transportation (taxis while traveling, parking charges)
| | | |
|---|---|---|
| Joe Radecki | 07/08/05 | 41.00 |
| Joe Radecki | 07/19/05 | 47.55 |
| Joe Radecki | 07/19/05 | 14.00 |
| Joe Radecki | 07/19/05 | 6.00 |
| Joe Radecki | 07/25/05 | 85.00 |
| Joe Radecki | 07/25/05 | 48.00 |
| Subtotal Transportation: | | $241.55 |

Telephone
| | | |
|---|---|---|
| Joe Radecki | 07/08/05 | 34.06 |
| Joe Radecki | 07/19/05 | 2.25 |
| Joe Radecki | 07/19/05 | 112.13 |
| Subtotal Telephone: | | $148.44 |

Research
| | | |
|---|---|---|
| Standard & Poor's MMS | 07/05/05 | 72.10 |
| Standard & Poor's MMS | 07/06/05 | 186.56 |
| Various Research | 07/06/05 | <u>20.69</u> |
| Subtotal Research: | | $279.35 |

Printing & Production
| | | |
|---|---|---|
| Ritwik Chatterjee | 07/02/05 | 327.22 |
| Subtotal Printing & Production: | | <u>$327.22</u> |

TOTAL EXPENSES:                                  <u>$3,479.42</u>

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1. I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Fourteenth Monthly Interim Application of CIBC World Markets Corp. for the time period July 1, 2005 through July 31, 2005 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

*Joseph J. Radecki, Jr.*

Sworn to and subscribed before me
this 8th day of September, 2005

*Judith Chaitow*

My commission expires:

JUDITH CHAITOW
Notary Public, State of New York
No. 31-4689789
Qualified in New York County
Commission Expires February 28, 2006

## CERTIFICATE OF SERVICE

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on September 15, 2005, I caused the *Notice, Fourteenth Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period July 1, 2005 through July 31, 2005, Affidavit, Exhibit A, and Exhibit B*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

      Under penalty of perjury, I certify the foregoing to be true and correct.

_____
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

**SERVICE LIST**

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899


*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express and Email: feeaudit@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm


*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP


9246180v1