**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hearing Date: 9/26/05 at 12:00 p.m. |
| | : | Objection Deadline: 9/16/05 at 4:00 p.m. |
| | : | |
| | : | **Related to Docket No. 9341** |

**MARYLAND CASUALTY COMPANY'S JOINDER IN**
**CERTAIN INSURERS MOTION FOR ACCESS TO 2019 STATEMENTS**

Maryland Casualty Company ("MCC"), by and through its undersigned counsel, files the following joinder in Certain Insurers Motion for Access to Exhibits to 2019 Statement (Docket No. 9341). MCC joins in the request for the entry of an Order directing the Clerk of Court (or alternatively, the Debtors) to provide Insurers copies of exhibits to Rule 2019 statements ("2019 Exhibits") filed pursuant to the Court's October 22, 2004 Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (Docket No. 6715, the "2019 Order"). As the Court has indicated that all potentially interested parties participate in the estimation of asbestos personal injury claims against the Debtors, MCC, as an interested party, is entitled to access to all materials relating to estimation that have been made available to the Debtors and any other interested parties in these proceedings.

As MCC previously noted in its Response to the Debtor's Motion to Approve the Personal Injury ("PI") Case Management Order ("CMO") and Questionnaire, MCC expressly reserves its right to participate in the estimation process to the extent necessary to protect its interests. MCC expressly denies that any rulings made during the claims estimation process will have any res judicata or collateral estoppel effect upon MCC or its interests, and MCC reserves the right to oppose the attempted application (by these same plaintiffs, Grace, or any other party)

of any such rulings or estimations against MCC at a later date, including but not limited to rulings relating to the admissibility of evidence, and/or rulings relating to exposure and injuries of plaintiffs.

| | |
|---|---|
| Dated:  September 16, 2005<br>          Wilmington, Delaware | CONNOLLY BOVE LODGE & HUTZ LLP<br><br>**/s/ Marc J. Phillips**<br>Jeffrey C. Wisler (No. 2795)<br>Marc J. Phillips (No. 4445)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141 Telephone<br>(302) 658-0380 Facsimile<br><br>OF COUNSEL:<br><br>Edward J. Longosz, II<br>Laura G. Stover<br>Eckert Seamans Cherin & Mellott, LLC<br>1747 Pennsylvania Avenue, N.W.,<br>Suite 1200<br>Washington, DC  20006<br>(202) 659-6600 Telephone<br>(202) 659-6699 Facsimile<br><br>Attorneys for Maryland Casualty Company |

#417235