**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on the 16th day of September, 2005, I caused a copy of **Maryland Casualty Company's Joinder in Certain Insurers' Motion for Access to 2019 Statements** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young Jones
  & Weintraub
919 North Market Street, 16th Floor
Wilmington, DE 19801

Frank J. Perch, Esq.
United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

John T. Carroll, III, Esq.
Cozen O'Connor
1201 Market Street, Suite 1400
Wilmington, DE 19801

Robert J. Dehney, Esq.
Michael G. Busenkell, Esq.
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

**BY TELEFAX AND FIRST CLASS U.S. MAIL**

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Megan N. Harper, Esq.
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Lynn K. Neuner, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

| | |
|---|---|
| William P. Shelley, Esq.<br>Jacob C. Cohn, Esq.<br>David J. Liebman, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Mary K. Warren, Esq.<br>Brenda D. DiLuigi, Esq.<br>Linklaters<br>1345 Avenue of the Americas, 19th Floor<br>New York, NY 10105 |
| Carl Pericone, Esq.<br>Wilson, Elser, Moskowitz, Edelman<br>     & Dicker LLP<br>150 East 42nd Street<br>New York, NY 10019-5639 | William S. Katchen, Esq.<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889 |

**/s/ Marc J. Phillips**
Marc J. Phillips

#417271