## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Related Doc. No. 9341 |

## SUPPLEMENTAL CERTIFICATION OF SERVICE OF CERTAIN INSURERS' MOTION FOR ACCESS TO EXHIBITS TO 2019 STATEMENTS

I, John T. Carroll, III, hereby certify that I am not less than 18 years of age and further certify that on September 14, 2005 I caused to be served a true and correct copy of the Certain Insurers' Motion for Access to Exhibits to 2019 Statements (Docket No. 9341) upon the parties identified on the service list attached hereto as Exhibit "A" via regular first class mail, postage pre-paid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 16, 2005
Wilmington, DE

COZEN O'CONNOR

John T. Carroll, III  (DE No. 4060)
1201 N. Market Street
Suite 1400
Wilmington, DE  19801
(302) 295-2028 Telephone
(302) 295-2013 Facsimile

Attorneys for Federal Insurance Company

# EXHIBIT "A"

**W.R. Grace**
**Case No. 01-1139(JKF)**
**Subject: 2019 Filers as of 10/2004 through 9/14/2005**

Mark Hurford
Kathleen Campbell
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801

J. Conard Metcalf
Trine & Metcalf PC
Arapahoe Avenue
Boulder, Colorado 80302

Carl N. Kunz, III, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue
10th Floor
P.O. Box 2306
Wilmington DE 19899

Craig E. Coleman, Esquire
Caroselli, Beachler, McTiernan & Conboy
312 Boulevard of the Allies
8th Floor
Pittsburgh, PA 15222

Paul D. Henderson
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, Texas 77630

Chris Parks
Chris Parks & Associates
1 Plaza Square
2nd Floor
Port Arthur, TX 77642

Charles V. Contrada
Contrada & Associates
6641 Sylvania Avenue
Suite 8
Sylvania, Ohio 43560

Stephen E. Murray
Julie A. Ardoin
The Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA  70112

Scott W. Wert, Esquire
McCurdy & McCurdy LLP
524 E. Lamar Boulevard
Suite 250
Arlington, TX  76011

Gary W. Kendall, Esquire
Michie Hamlett Lowry Rasmusssen & Tweel PLLC
500 Court Square
Suite 300
Charlottesville, Virginia  22902

Timothy J. Hogan, Esquire
Law Offices of Peter T. Nicholl
36 South Charles Street
Suite 1700
Baltimore, MD  21201

Eric Bogdan, Esquire
The Bogdan Law Firm
8866 Gulf Freeway
Suite 515
Houston, TX  77017

Joseph F. Rice, Esquire
Motley Rice LLC
29 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29465

Jackey W. South, Esquire
Lundy & Davis LLP
501 Broad Street
Lake Charles, LA  70601

Charles M. Love, Esquire
The Masters Law Firm
181 Summers Street
Charleston, West Virginia 25301

Mark Iola
Stanley Mandel & Iola LLP
1323 E. 71st Street
#315
Tulsa, OK  74136

S. Bradley Cooper, Esquire
The David Law Firm
10655 Six Pines Drive
Suite 260
The Woodlands, TX  77380

Michael C. Shepard
The Shepard Law Firm PC
10 High Street
Suite 100
Boston, MA  02110

Steven Kazan, Esquire
Kazan, McClain Abrams Fernandez Lyons & Farrise
171 Twelfth Street
3rd Floor
Oakland, CA  94607

Robert N. Peirce, Jr., Esquire
Peirce Raimond & Coulter PC
707 Grant Street
2500 Gulf Tower
Pittsburgh, PA  15219

Karen Kronenberg
Nix Patterson & Roach LLP
205 Linda Drive
Daingerfield, TX  75638

Linda George, Esquire
Laudig George Rutherford & Sipes
156 East Market Street
Suite 600
Indianapolis, Indiana  46204

Joseph Donald Carona, Jr.
1009 W. Green Avenue
Orange, Texas  77630

Frederick Rosner
Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington, DE  19801

Alan B. Rich
Baron & Budd, PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219-4281

J. William Lewis, Esquire
Environmental Litigation Group PC
3529 Seventh Avenue South
Birmingham, Alabama  35222

Theodore Tacconelli
Ferry Joseph Pearch PA
824 Market Street
Wilmington, DE  19899

Shepard A. Hoffman, Esquire
The Hoffman Law Firm
4514 Cole Avenue
Suite 806
Dallas, TX  75205

Charles E. Gibson, III
Gibson Law Firm PLLC
447 Northpark Drive
Ridgeland, Mississippi 39157

Randy L. Gori, Esquire
Goldenberg, Miller, Heller & Antognoli PC
2227 South State Route 157
Edwardsville, IL  62025

J. David Butler, Esquire
Richardson, Patrick, Westbrook & Brickman LLC
1730 Jackson Street
P.O. Box 1368
Barnwell, SC  29812

N. Calhoun Anderson, Jr.,
N. Calhoun Jr. P.C.

340 Eisenhower Drive
Building 300
P.O. Box 3823
Savanna, GA  31416

Andrew A. O'Brien, Esquire
O'Brien Law Firm P.C.
21 North Broadway Street
Suite 1500
St. Louis, MO  63102

Scott J. Hertogs, Esquire
Sieben, Polk, LaVerdiere & Dusich PA
999 Westview Drive
Hastings, MN  55033

Asbestos Processing LLC
John M. Deakle Esquire
500 Central Avenue
Laurel, MS  39440

Francis Monzack
Monzack and Monaco PA
1201 N. Orange Street
Suite 400
P.O. Box 2031
Wilmington, DE  19899

Robert E. Shuttlesworth
Williams Bailey Law Firm LLP
8441 Gulf Freeway
Suite 600
Houston, TX  77017

Tobey M. Daluz Esquire
Ballard Spahr Andrews & Ingersoll LLP
919 Market Street
12th Floor
Wilmington, DE  19801

Michael J. Hanners
Silber Pearlman LLP
2711 N. Haskell Avenue
5th Floor
Dallas, TX  75204

Linda George, Esquire
Laudig George Rutherford & Sipes
156 East Market Street
Suite 600
Indianapolis, Indiana  46204

David A. Jagolinzer
Ferraro & Associates PA
400 Ponce de Leon Boulevard
Suite 700
Miami, Florida 33134

Lawrence Madeksho
The Madeksho Law Firm PLLC
8866 Gulf Freeway
Suite 440
Houston, TX  77017

Paul Sadler
Wellborn Houston LLP
300 West Main
P.O. Box 1109
Henderson Texas  75653

Martin K. Berks
Environmental Attorneys Group PC
2145 14th Avenue South
Birmingham, Alabama 35205

Ryan A. Foster & Associates PLLC
440 Louisiana Street
Suite 2100
Houston, TX  77022

Jonathan A. Karon
Karon & Dalimonte
85 Devonshire Street
Suite 1000
Boston, MA  02109

Michael S. Davis
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY  10027

Laurie Schenker-Polleck

Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington, DE  19801

Erik B. Walker
Hissey, Kientz & Herron PLLC
16800 Imperial Valley Drive
Suite 130
Houston, TX  77060

Etta R. Wolfe
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
P.O. Box 410
Wilmington, DE  19899

Michael E. Hissey
Hissey*Kientz LLP
One American Center
600 Congress
Suite 1700
Austin, TX  78701

Michael P. Thornton, Esquire
Thornton & Naumes
100 Summer Street
30th Floor
Boston, MA  02110

Ian P. Cloud
Heard Robins Cloud Lubel & Greenwood LLP
One Allen Center
500 Dallas
Suite 3100
Houston, Texas  77002

Damon Chargois
Shrader & Williamson LLP
16903 Red Oak
Suite 220
Houston, Texas 77090

G. Patterson Keahey
# Independence Plaza

Suite 612
Birmingham, AL  35209

Margaret Holman Jensen
Zamler Mellen & Shiffman
23077 Greenfield
Southfield, MI  48075

Christopher Grell
Richard F. Rescho
The Broadlake Plaza
360 22nd Street
Suite 320
Oakland, CA  94612

John E. Sutter
The Sutter Law Firm
1598 Kanawha Boulevard East
Charleston, WV  25311

Brian Sullivan
Werb & Sullivan
300 Delaware Avenue
13th Floor
P.O. Box 25046
Wilmington DE  19801

William Fahey
Cooney & Conway
120 N. LaSalle Street
Chicago, IL  60602

Steven B. Gould
Brown & Gould LLP
770 Old Georgetown Road
Suite 500
Bethesada, Maryland  20814

Anthony Malley
Brent Coon & Associates
3550 Fannin Street
Beaumont, TX  77701

Arthur Luxenberg
Weitz & Luxenberg
180 Maiden Lane

New York, NY 10038

W. Mark Lanier
The Lanier Law Firm
6810 F.M. 1960 West
Houston, TX 77069

J. Michael Riley
Jones Martin, Parris & Tessener
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603

Paul A. Weykamp
The Law Offices of Paul A. Weykamp
110 Saint Paul Street
Suite 201
Baltimore, MD 21202

James M. O'Brien
Hartley & O'Brien PLLC
2001 Main Street
Suite 600
Wheeling, WV 26003

Paul T. Benton
Law Firm of Paul B. Benton
P.O. Box 13141
Biloxi, Mississippi 39533

Michelle Ward
Cumbest, Cumbest, Hunter & McCormick PA
P.O. Drawer 1287
Pascagoula, MS 39568-1287

Robert J. Evola
Wise & Julian PC
3555 College Avenue
P.O. Box 1108
Alton, IL 62002

Joseph F. Bruegger
Bruegger & McCullough PC
9400 North Central Express
Suite 1305
Dallas, TX 75231

Joseph C. Blanks
Joseph C. Blanks, P.C.
P.O. Box Drawer 999
Doucette, TX  75942

Tom Rhoden
Rhoden Lacy & Colbert
P.O. Box 16845
Jackson, MS  39236-6845

Mark C. Meyer
Goldberg, Persky & White PC
1030 Fifth Avenue
Pittsburgh, PA  15219

Joseph T. Kremer
Lipsitz Green Fahringer Roll Salisbury & Cambria
42 Delaware Avenue
Suite 3300
Buffalo, NY  14202

Paul M. Matheny
Law Offices of Peter Angelos PC
5905 Harford Road
Baltimore, MD  21214

Suzanne G. Keyes
Byrd Gibbs & Martin PLLC
427 East Fortification Street
Jackson, Mississippi  39205

John Ned Lipsitz
Lipsitz & Ponterio
135 Delaware Avenue
Suite 210
Buffalo, NY  14202

Randall D. Collins
Herschel L. Hobson
2190 Harrison
Beaumont, Texas  77701

Patrick C. Malouf
Porter & Malouf PA
825 Ridgewood Road

Ridgeland, MS  39157

Edward O. Moody
Edward O. Moody PA
801 West 4th Street
Little Rock, Arkansas  72201

Stephen E. Murray
Julie A. Ardoin
The Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA  70112

Robert Jacobs
Jacobs & Crumplar PA
2 East 7th Street
P.O. Box
Wilmington, DE  19899

Janet L. Rice
Schroeter, Goldmark and Bender
810 Third Avenue
Suite 500
Seattle, Washington  98104

Matthew P. Bergman
Law Office of Matthew Bergman
P.O. Box 2010
Vashon Island, WA  98070

Mickey P. Landry
Landry & Swarr LLC
1010 Common Street
Suite 2050
New Orleans, LA  70112

Thomas Bevan
Bevan & Associates LPA
10360 Northfield Road
Northfield, Ohio  44067

Paul D. Henderson
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, Texas  77630

Michael C. Shepard
The Shepard Law Firm PC
10 High Street
Suite 100
Boston, MA  02110

Megan Kramer
Kaeske Law Firm
6301 Gaston Avenue
Suite 735
Dallas, Texas  75214

D. Allen Hossley
Hossley Embry LLP
Amberton Tower
Suite 370
4144 N. Central Expressway
Dallas, Texas  75204

Edward Paul Coady
Coady Law Firm
205 Portland Street
Boston, MA  02114

Russell L. Cook, Jr.
Russell L. Cook Jr. & Associates
1401 McKinney
Suite 1800
Houston, TX  77010

Stephen E. Murray
Julie A. Ardoin
The Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA  70112

Robert G. Taylor, III
Robert A. Pritchard
Pritchard Law Firm
934 Jackson Avenue
Pascagoula Mississippi  39567

John Kittel
Mazur & Kittel, PLLC

30665 Northwestern Highway
Suite 175
Farmington Hills, MI  48334

Christopher Grell
Richard F. Rescho
The Broadlake Plaza
360 22nd Street
Suite 320
Oakland, CA  94612

David M. Layton
Ashcraft & Gerel LLP
10 E. Baltimore Street
Suite 1212
Baltimore, MD  21202

Gary Parish, Esquire
The Parron Parish Firm
404 East First Street
Arlington, TX 76010

J. Stuart Kirwan
Gerald Maples, PA
902 Julia Street
New Orleans, LA  70113

William M. Graham
Wallace Graham PA
525 North Main Street
Salisbury, North Carolina  28144

H. Douglas Nichol
Gillenwater, Nichol & Associates
6401 Baum Drive
Knoxville Tennessee 37919

Anthony Sakalarios
Morris, Sakalarios & Blackwell
1817 Hardy Street
Hattiesburg, Mississippi 39401

Scott Bickford
Martzell & Bickford
338 Lafayette Street
New Orleans, LA  70130

Crystal G. Howard
Brayton Purcell
222 Rush Landing Road
Novato, CA  94948

Michael J. Hanners
Silber Pearlman LLP
2711 N. Haskell Avenue
5th Floor
Dallas, TX  75204

Jena LeBlanc
LeBlanc & Waddell LLP
5353 Essen lane
Suite 420
Baton Rouge, Louisiana 70808

James E. Wimberley
McPherson, Monk, Hughes, Bradley,
Wimberley & Steele LLP
3120 Central Mall Drive
Port Arthur, Texas  77642

Paul M. Matheny
Law Offices of Peter Angelos PC
5905 Harford Road
Baltimore, MD  21214

William Fahey
Cooney & Conway
120 N. LaSalle Street
Chicago, IL  60602

Joseph T. Kremer
Lipsitz Green Fahringer Roll Salisbury & Cambria
42 Delaware Avenue
Suite 3300
Buffalo, NY  14202

Edward O. Moody
Edward O. Moody PA
801 West 4th Street
Little Rock, Arkansas  72201

J. David Butler, Esquire

14

Richardson, Patrick, Westbrook & Brickman LLC
1730 Jackson Street
P.O. Box 1368
Barnwell, SC  29812

Alan B. Rich
Baron & Budd, PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219-4281

Jena LeBlanc
LeBlanc & Waddell LLP
5353 Essen lane
Suite 420
Baton Rouge, Louisiana

J. William Lewis, Esquire
Environmental Litigation Group PC
3529 Seventh Avenue South
Birmingham, Alabama  35222

Michael P. Thornton, Esquire
Thornton & Naumes
100 Summer Street
30th Floor
Boston, MA  02110

Michael J. Hanners
Silber Pearlman LLP
2711 N. Haskell Avenue
5th Floor
Dallas, TX  75204

Gary W. Kendall, Esquire
Michie Hamlett Lowry Rasmusssen & Tweel PLLC
500 Court Square
Suite 300
Charlottesville, Virginia  22902

S. Bradley Cooper, Esquire
The David Law Firm
10655 Six Pines Drive
Suite 260
The Woodlands, TX  77380

Steven Kazan, Esquire
Kazan, McClain Abrams Fernandez Lyons & Farrise
171 Twelfth Street
3rd Floor
Oakland, CA  94607

Scott R. Bickford
Matzel & Bickford
338 Lafayette Street
New Orleans, LA  70130

Paul M. Matheny
Law Offices of Peter Angelos PC
5905 Harford Road
Baltimore, MD  21214

Paul A. Weykamp
The Law Offices of Paul A. Weykamp
110 Saint Paul Street
Suite 201
Baltimore, MD  21202

Arthur Luxenberg
Weitz & Luxenberg
180 Maiden Lane
New York, NY  10038

William Fahey
Cooney & Conway
120 N. LaSalle Street
Chicago, IL  60602

Scott W. Wert, Esquire
McCurdy & McCurdy LLP
524 E. Lamar Boulevard
Suite 250
Arlington, TX  76011

**Marvin E. Clements, Jr.**
**Office of the Attorney General**
**P.O. Box 20207**
**Nashville, TN  37202**

Mark S. Chehi
David R. Hurst
Skadden, Arps, Slate, Meagher & Flom LLP

One Rodney Square
Wilmington, DE  19899

Henry P. Wasserstein
Skadden Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

David S. Rosenbloom
McDermott Will & Emery LLP
227 W. Monroe
Chicago, Illinois  60606

George R. Covert, Esquire
9035 Bluebonnet Boulevard
Suite 2
Baton Rouge, Louisiana 70810

Hal Pitkow, Esquire
138 N. State Street
Newtown, PA  18940

Martin W. Dies
Dies & Hille, LLP
1009 W. Green Avenue
Orange, Texas  77630

Karen Kronenberg
Nix, Patterson & Roach LLP
205 Linda Drive
Daingerfield, TX  75638

William B. Baggett, Sr.
Baggett McCall Burgess
Watson & Gaughan
3006 Country Club Road
Lake Charles LA  70605

Scott C. Taylor, Esquire
P.O. Box 1729
Pascagoula, MS  39568-1729

Jonathan D. Berger, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Allan H. Ickowitz, Esquire
John W. Kim, Esquire
Nossamann Guthner Knox & Elliott LLP
445 South Figueroa Street
31st Floor
Los Angeles, CA  90071

William D. Sullivan
Buchanan Ingersoll
The Nemours Building
Suite 1110
1007 North Orange Street
Wilmington, DE  19801

Robert J. Gilson, Esquire
Joseph L. Schwartz, Esquire
Riker Danzig Scherer Hyland & Perrtti LLP
Headquarters Plaza
One Speedwell Avenue
P.O. Box 1981
Morristown, NJ  07962

Benjamin P. Shein
Shein Law Center Ltd
121 S. Broad Street
21st Floor
Philadelphia, PA  19107

Daniel A. Speights
Speights & Runyan
200 Jackson Avenue
P.O. Box 685
Hampton, South Carolina  29924

Darrell W. Scott
The Scott Law Group PS
926 W. Sprague Avenue
Suite 583
Spokane, WA  99201

Chris Portner
Reaud Morgan & Quinn LLP
P.O. Box 26005
801 Laurel Street
Beaumont, Texas  77720

Ronald J. Shingler
Hobin, Shringler & Simon LLP
1011 A. Street
Antioch California  94509

Linda M. Carmichael
White and Williams LLP
824 N. Market Street
Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

Leonard P. Goldberger
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103

William P. Bowden
Ricardo Palacio
Ashby & Geddes PA
222 Delaware Avenue
17th Floor
P.O. Box 150
Wilmington, DE  19899

Adam G. Landis
Kerri Mumford
Landis Rath & Cobb LLP
919 Market Street
Suite 600
P.O. Box 2087
Wilmington, DE  19801

Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street
Suite 600
P.O. Box 2087
Wilmington, DE  19801

Daniel C. Cohn
Cohn & Whitesell LLP
101 Arch Street
Boston, MA  02110

Scott J. Freedman
Dilworth Paxson LLP
Liberty View Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

David G. Aelvoet
Linebarger Goggan Blair & Sampson LLP
711 Navarro
Suite 300
San Antonio, TX  78205

Derek C. Abbott
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

George C. Greatrex, Jr.
Shivers Spielgerg Gosnay & Greatrex LLC
1415 Route 70 East
Suite 210
Cherry Hill NJ  08034

Christopher J. McCarthy, Esquire
Booth & McCarthy
901W. Main Street
Suite 201
Bridgeport, West Virginia  26330

William K. Schwartz
Harvit & Schwartz LC
2018 Kanawha Boulevard, East
Charlestown, West Virginia 25311

David L. Meade
Shinaberry and Meade LC
2018 Kanawha Boulevard, East
Charlestown, West Virginia  25311

Melissa M. Olson, Esquire
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT  06340

Peter T. Enslein

Peter T. Enslein, PC
1738 Wisconsin Avenue, N.W.
Washington DC  20007

Russell B. Winburn
Odom & Elliott PA
One East Mountain
P.O. Drawer 1868
Fayetteville, Arkansas  72702

David P. Primack
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 100
Wilmington, DE  19801

Michael F. Brown
Andrea L. D'Ambra
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103