IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**IN RE**

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtors | Chapter 11 |
| | Jointly Administered |
| | |
| | **RE: Dkt. No. 9383, Debtors' Motion for Leave from this Court's November 5, 2004, Scheduling Order and to Shorten Notice Period of Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys** |

**ORDER SETTING STATUS CONFERENCE**

**AND NOW**, this **16th** day of **September, 2005**, it is **ORDERED** that the above-captioned motion is hereby set for a status conference on **September, 26, 2005**, at **12:00 p.m.** in the Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware.

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge