## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2005, a copy of the foregoing REAUD, MORGAN & QUINN, INC.'S AND ENVIRONMENTAL LITIGATION GROUP'S RESPONSE IN OPPOSITION TO CERTAIN INSURERS' MOTION FOR ACCESS TO EXHIBITS TO 2019 STATEMENTS was served on the following parties by facsimile:

John T. Carroll, III, Esquire
Cozen & O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801-1147
Facsimile: 302-295-2913

William P. Shelley, Esquire
Jacob C. Cohn, Esquire
David J. Liebman, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Facsimile: 215-665-2013

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)

{10006711.DOC}