IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF FILING CERTAIN *REVISED* EXHIBITS REGARDING DEBTORS'
FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE)
TO ASBESTOS PROPERTY DAMAGE CLAIMS**

**PLEASE TAKE NOTICE** that on or about September 1, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the "Fifteenth Omnibus Objection") [Docket No. 9315] with the United States Bankruptcy Court for the District of Delaware. On September 4, 2005, the Debtors filed 39 separate exhibits to the Fifteenth Omnibus Objection at Docket Numbers 9332 through 9339 respectively (each an "Original Exhibit" and together the "Original Exhibits").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**PLEASE TAKE FURTHER NOTICE** that on September 16, 2005, the Debtors filed revised Exhibits D-2, D-4, D-6, and C-3(d). Each revised Exhibit includes a list of claims that have been added to it and a list of claims that have been removed from it, as compared to each Original Exhibit (each revised Exhibit, together with the aforementioned lists, a "Revised Exhibit").

**PLEASE TAKE FURTHER NOTICE** that Revised Exhibits D-2, D-4, D-6, and C-3(d) *completely replace* Original Exhibit D-2 [Docket No 9335], Original Exhibit D-4 [Docket No. 9335], Original Exhibit D-6 [Docket No. 9335], and Original C-3(d) [Docket No. 9334].

**PLEASE TAKE FURTHER NOTICE** that the Debtors will serve, via federal express, this Notice and a CD (as referenced below) containing the Revised Exhibits on (1) the Office of the United States Trustee; (2) each of the official committees in these Chapter 11 Cases[2]; and (3) any attorney who purports to represent 100 or more claimants with respect PD Claims in these Chapter 11 Cases, based on the Proofs of Claim. Such parties will also be served with: (1) a CD that contains all Original Exhibits, except those that have been revised, as well as all Revised Exhibits; and (2) a spreadsheet that shows on a claim by claim basis, what objections are being asserted against each claim.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' claims consultant, The BMC Group f/k/a Bankruptcy Management Corporation ("BMC") will serve via First Class U.S. Mail: (1) copies of this Notice; (2) the Revised Exhibits; and (3) customized notices that notify the affected claimants where on the Revised Exhibits their respective claims appear, on the following parties: (1) any claimant who is not represented by counsel and (2) any counsel who

---

[2] Capitalized terms used but not defined herein have the meaning ascribed to them in the Fifteenth Omnibus Objection.

purports to represent 99 or fewer claimants with respect to PD Claims in these Chapter 11 Cases, based on the Proofs of Claim.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will serve via First Class U.S. Mail, copies of this Notice (without the Revised Exhibits) on all parties that have requested that they be served with all pleadings filed in these cases pursuant to Federal Rule of Bankruptcy Procedure 2002.

**PLEASE TAKE FURTHER NOTICE** that any party may obtain a copy of the Revised Exhibits, a copy of the Debtors' Fifteenth Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1.  A hearing on the Fifteenth Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **October 24, 2005 at 12:00 p.m.** (the "Claims Hearing").

2.  Any party wishing to oppose the relief requested in the Fifteenth Omnibus Objection must file a written response with the Clerk of the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Katherine Phillips, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: James O'Neill, 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **October 7, 2004, 4:00 p.m. (Eastern Time)**. Only

those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3. If no response is filed, served and received by October 7, 2005 at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order reclassifying, reducing or disallowing and expunging, the Claim(s) as requested in the Fifteenth Omnibus Objection.

4. Any response should contain the following:

    a. a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

    b. the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

    c. the claim number(s) of the claim objection(s) to which the response is directed; and

    d. the specific factual basis and supporting legal argument upon which the party will rely in opposing the Fifteenth Omnibus Objection.

5. If you file a response to the Fifteenth Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter. Refer to the Proposed Hearing Schedule found in the Fifteenth Omnibus Objection to determine which claim objections the Debtors will seek to have heard at the October 24, 2005 Claims Hearing and which claim objections the Debtors will seek to have heard at a later hearing.

6.  You need not respond to the Fifteenth Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Fifteenth Omnibus Objection. If you do not timely file and serve a response to the Fifteenth Omnibus Objection, the relief requested in the Fifteenth Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Fifteenth Omnibus Objection shall be deemed (i) waiver of your right to respond to the Fifteenth Omnibus Objection and (ii) your consent to the relief requested in the Fifteen Omnibus Objection respecting your claim.

7.  The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact BMC at (888) 909-0100. If you have any questions regarding the Fifteenth Omnibus Objection, you may call Katherine Phillips at Kirkland & Ellis LLP at 312-649-3857.**

Dated: _September 16, 2005_

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
Jonathan Friedland
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

—and—

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel to Debtors and Debtors-in-Possession