IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 9315 |

DECLARATION OF SERVICE REGARDING:

| | |
|---|---|
| NOTICE OF FILING DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS | Attached hereto as Exhibit 1 |
| DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS | Attached hereto as Exhibit 2 |
| [PROPOSED] ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | Attached hereto as Exhibit 3 |
| EXHIBITS (custom) | Sample attached hereto as Exhibit 4 |
| EXHIBIT A (static) | Sample 1st page attached hereto as Exhibit 5 |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| | |
|---|---|
| **EXHIBIT B (static)** | **Sample 1st page attached hereto as Exhibit 6** |
| **EXHIBIT C (static)** | **Sample 1st page attached hereto as Exhibit 7** |
| **EXHIBIT D (static)** | **Sample 1st page attached hereto as Exhibit 8** |
| **EXHIBIT E (static)** | **Sample 1st page attached hereto as Exhibit 9** |
| **EXHIBIT F (static)** | **Sample 1st page attached hereto as Exhibit 10** |
| **EXHIBIT G (static)** | **Sample 1st page attached hereto as Exhibit 11** |
| **EXHIBIT H (static)** | **Sample 1st page attached hereto as Exhibit 12** |

I, Sue Herrschaft, state as follows:

1. I am over eighteen years of age. The statements contained herein are true and accurate based on my own personal knowledge. My business address is c/o The BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Kirkland & Ellis LLP, co-counsel to the debtors in the above-captioned cases, I caused the above-referenced documents to be served on the parties listed in Exhibit 13 as follows:

    a. Exhibits 1, 2, 3 and 4 were served on: (1) each Affected Party without counsel referenced in Service List 15664, and (2) Counsel for Affected Party referenced in Service List 15663; and

    b.    Exhibits 1, 2, 3 and 5 through 12 were served on the parties referenced in Service List 15590 via email notification. In addition, hard copies of Exhibits 1, 2 and 3 and a compact disc containing Exhibits 5 through 12 were served via overnight delivery to the parties referenced in List 15662.

3. Due to the voluminous nature of Exhibits 4 through 12 a sample only of Exhibit 4 is attached hereto and copies of the first pages of Exhibits 5 through 12 are attached hereto. Full copies of the Exhibits 5 through 12 may be viewed by: (1) visiting http://www.bmccorp.net/21/O15.asp, (2) contacting BMC Group, 1440 East Franklin Avenue, El Segundo, California 90245 or (3) by calling (888) 909-0100.

4. Service commenced on September 4, 2005 and concluded on September 6, 2005. Except as noted in Service Lists 15590 and 15562, all parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 13, 2005
El Segundo, California

_____
Sue Herrschaft

State of California    )
                            ) ss
County of Los Angeles  )

Personally appeared before me on September 13, 2005, Sue Herrschaft, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

[Notary Seal: JAMES H. MYERS, Commission # 1589628, Notary Public - California, Los Angeles County, My Comm. Expires Jul 19, 2009]