# EXHIBIT 4

Fifteenth Omnibus Objection (Substantive)
Asbestos Property Damage Claims
Applicable Objections – Claim # 11320


SAMPLE

## EXHIBIT C-2
### Claims that did not attach requested documents

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | 11320 | N/A | Claimant (1) indicated it had documentation relating to the purchase and/or installation of the product on the property but did not attach those documents or a summary of them; or (2) indicated it made an effort to remove, contain and/or abate the Grace product for which the claim is made but did not attach documents or a summary of them relating to such efforts; and/or (3) did not attach documents relating to the purchase and/or installation of the product in the property and did not attach documents relating or referring to the presence of asbestos in the property for which the claim is made. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT C-3 (E)
### Claims that fail to provide any supporting documentation relating to product identification

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | 11320 | N/A | Claimant has failed to provide any documents relating to product identification. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-4
### Claims barred by Statutes of Limitation (Actual Notice)

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | 11320 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |

* This Exhibit includes claims that indicate, from a review of the claim forms and/or their attachments, a basis for a statute of limitation defense based on actual notice under applicable state law. This Exhibit also: (1) incorporates by reference, all claims listed on Exhibit F-2, given the suspect nature of the date provided on such claim forms; and (2) includes claims made on account of property located in Canada.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT E-1
### Claims providing no measurement of relevant asbestos levels

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | 11320 | N/A | Claimant failed to provide air (or even irrelevant dust) sampling data reflecting the subject property's asbestos levels. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT G-3
### Other Category II claims

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance* |
|---|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | 11320 | N/A | (1) Claim fails to include adequate evidence of contamination<br>(7) Libby Vermiculite, if present, presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) Claim fails to include adequate evidence of contamination; (2) claim indicates Category II claim, but irreconcilable incomplete; (3) claim for dust blown by "illegal alien"; (4) Claim Indicates Category II Claim, but Actually Asserts a Category I Claim; (5) Claim Indicates Category II Claim, but Actually Asserts a ZAI claim; (6) Claim indicates Category II Claim, but actually asserts Category II Claim and a ZAI Claim; or (7) Libby Vermiculite, if present, presents No Hazard
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**Total Number of Exhibits for Claim 11320 : 5**