# EXHIBIT 5

EXHIBIT A-1
MEDICAL MONITORING CLAIMS*

# SAMPLE - PAGE 1

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| ALLAMAN, W L | 1419 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| CUMMINGS, BRENDA FAYE | 1915 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| FORLAND, JEAN | 11342 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| GRUNERT, CHARLES L | 12749 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| JONK, TRISTA | 11350 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| KOURI, NAMIE | 11352 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| OSTLUND, CHYLEEN | 11364 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| PAKIRTZIS, ZAHARIAS | 11365 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| PATCH, GARY | 11366 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| SAMONTE, LAEL EDWARD | 2260 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| SELLERS, CARLA | 11371 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| SMITH, JOHN | 11373 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| TAYLOR, EDDIE | 2560 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| TIPOLD, H | 2902 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| TREFFERT, BRIAN | 11379 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |
| WORLEY, WILLIAM | 11383 | N/A | Claim was filed on a customized property damage claim form, but in actuality is a medical monitoring claim and therefore was improperly filed. |

Total No. of Claims:  16

* Claims listed on Exhibit A-1 are also listed on Exhibit A-2, because Debtors cannot be certain from the claim forms attached in support of the claims listed on Exhibit A-1, whether such claims are: (1) Medical Monitoring Claims; or (2) Asbestos Personal Injury or Zonolite Attic Insulation Claims.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.