# EXHIBIT 6

EXHIBIT B-1
PREVIOUSLY ADJUDICATED CLAIMS

**SAMPLE - PAGE 1**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CHARLESTON NATIONAL BANK PLAZA | 11411 | N/A | Claim previously adjudicated. 4/27/90 (Judgment) |
| CITY OF HOUSTON TEXAS | 6968 | N/A | Claim previously adjudicated. 3/22/96 (Order Establishing Final Pretrial Schedule) |
| COUNTY OF ORANGE | 12700 | N/A | Claim previously adjudicated. 6/20/01 (Summary Judgment Prince George Center Bldg ) |
| ELLIOTT HOSPITAL | 11579 | N/A | Claim previously adjudicated. 11/03/93 (Jury Verdict) 3/06/95 (USCAA affirmed 11/3/93 Judgment 10/10/95 (US Plaintiff's petition for a writ of certiorari denied) 11/30/95 (Order case closed - USD) |
| EMBARCADERO CENTER | 10684 | N/A | Claim previously adjudicated. 6/20/01 (Summary Judgment Prince George Center Bldg ) |
| HYATT HOTELS CORPORATION ETC | 9920 | N/A | Claim previously adjudicated. 4/30/91 (Voluntary Dismissal by Plaintiff with Prejudice |
| KIRN MEMORIAL LIBRARY | 6848 | N/A | Claim previously adjudicated. 2/5/88 (Cir Ct ) 11/10/89 (Sup Ct ) |
| MARQUETTE NATIONAL BANK | 11604 | N/A | Claim previously adjudicated. 5/08/91 (Court's Report & Recommendation) 5/21/91 (Stipulation of Dismissal with Prejudice & Order for Judgment) |
| NORFOLK CIRCUIT COURT | 6853 | N/A | Claim previously adjudicated. 2/5/88 (Cir Ct ) 11/10/89 (Sup Ct ) |
| NORFOLK CITY HALL | 6851 | N/A | Claim previously adjudicated. 2/5/88 (Cir Ct ) 11/10/89 (Sup Ct ) |
| NORFOLK PUBLIC HEALTH BUILDING | 6847 | N/A | Claim previously adjudicated. 2/5/88 (Cir Ct ) 11/10/89 (Sup Ct ) |
| ONE EMBARCADERO CENTER | 10888 | N/A | Claim previously adjudicated. 6/20/01 (Summary Judgment Prince George Center Bldg ) |
| OXFORD PROPERTIES GROUP | 12421 | N/A | Claim previously adjudicated. 1/16/96 (Discontinuance of Action) |
| OXFORD PROPERTIES GROUP | 12422 | N/A | Claim previously adjudicated. 1/16/96 (Discontinuance of Action) |
| OXFORD PROPERTIES GROUP | 12423 | N/A | Claim previously adjudicated. 1/16/96 (Discontinuance of Action) |
| PUBLIC SAFETY BUILDING | 6852 | N/A | Claim previously adjudicated. 2/5/88 (Cir Ct ) 11/10/89 (Sup Ct ) |
| SECURITY PACIFIC BANK BUILDING | 11028 | N/A | Claim previously adjudicated. 6/20/01 (Summary Judgment Prince George Center Bldg ) |
| TWO EMBARCADERO CENTER | 10887 | N/A | Claim previously adjudicated. 6/20/01 (Summary Judgment Prince George Center Bldg ) |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

Page 1 of 2