**EXHIBIT 7**

EXHIBIT C-1 (a)
### MISSING BASIC PROPERTY ADDRESS INFORMATION*

## SAMPLE - PAGE 1

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| AHMANSON CENTER | 10833 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| ANDERSON MEMORIAL HOSPITAL | 9911 | N/A | The incomplete address provided by claimant is:<br>VARIOUS LOCATIONS<br>WORLDWIDE,<br>UNITED STATES |
| ANDERSON MEMORIAL HOSPITAL | 9914 | N/A | The incomplete address provided by claimant is:<br>VARIOUS LOCATIONS<br>STATEWIDE, SC<br>UNITED STATES |
| BAPTIST HOSPITAL | 10535 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| BELMONT TELEPHONE | 11136 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| CABRINI HOSPITAL | 11419 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| COUNTY OF FRESNO CALIFORNIA | 11270 | N/A | The incomplete address provided by claimant is: |
| DOCTOR'S BUILDING | 11072 | N/A | The incomplete address provided by claimant is:<br>ARLINGTON HEIGHTS, IL<br>UNITED STATES |
| FIRST NATIONAL BANK JOB | 11551 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |
| HEALTH CENTER | 11385 | N/A | The incomplete address provided by claimant is:<br>CHICO, NV<br>UNITED STATES |
| HOLIDAY INN | 11607 | N/A | The incomplete address provided by claimant is:<br>UNITED STATES |

* This Exhibit incorporates by reference, those claims listed on Exhibits A-3 and C-1(e) to the extent such claims fail to include basic property address information.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

Page 1 of 3