# EXHIBIT 8

**EXHIBIT D-1 (a)**
**MK-3 CLAIMS FOR BUILDINGS BUILT AFTER 1973**

# SAMPLE - PAGE 1

| Claimant Name | City, State, Country | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|---|
| ALLAMAN, W L | LAHABRA, CA USA | 1419 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| ALNOR CO | DOWNEY, CA USA | 5575 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| ATLANTIC SHOPPING CENTRES LTD | HALIFAX, NS CANADA | 12490 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| AVALON EAST SCHOOL BOARD | ST JOHN S, NL CANADA | 12491 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| CANADIAN IMPERIAL BANK OF COMMERCE | ST JOHN S, NL CANADA | 12536 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| CITY OF EDMONTON | EDMONTON, AB CANADA | 12489 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| CONSEILLERS IMMOBILIERS GWL INC | MONTREAL, QC CANADA | 12533 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| COUNTY OF FRESNO CALIFORNIA | FRESNO, CA USA | 11265 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| COUNTY OF FRESNO CALIFORNIA | FRESNO, CA USA | 11268 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HARRIS TRUST BANK | EAST CHICAGO, IL USA | 10744 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HEALTH CARE CORPORATION OF ST.JOHN'S | ST JOHN S, NL CANADA | 12493 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HOUSE FOR THE ELDERLY | ASHLAND, WI USA | 10965 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HUDSON'S BAY COMPANY | ABBOTSFORD, BC CANADA | 12527 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| HYATT CORPORATION ETC | DALLAS, TX USA | 9908 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| MGM GRAND HOTEL | RENO, NV USA | 10956 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |
| MORGUARD INVESTMENTS LIMITED | WINNIPEG, ON CANADA | 12366 | N/A | Claim alleges presence of Grace product not in use at the time the property at issue was constructed. |

**Page 1 of 3**

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.