# EXHIBIT 10

**EXHIBIT F-1**
**CALIFORNIA UNIVERSITY CLAIMS (SPEIGHTS)**

**SAMPLE - PAGE 1**

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 10589 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12015 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12016 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12017 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12018 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12019 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12020 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12021 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12022 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12023 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12024 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12025 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | 12026 | N/A | The claim (1) is barred by the applicable statute of limitation and the doctrine of laches; (2) fails to provide a valid product identification; (3) does not identify compensable property damage; and/or (4) was filed without any proper authorization. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.