# EXHIBIT 11

**EXHIBIT G-1**
**MINNEAPOLIS CLAIMS**

# SAMPLE - PAGE 1

| Claimant Name | Claim Number | Claim Amount** | Property Address | Attorney Information | Reason for Proposed Disallowance* |
|---|---|---|---|---|---|
| BARKER, LAWRENCE | 11331 | N/A | 1606 JEFFERSON STREET NE<br>MINNEAPOLIS, MN 55413<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br>(4) Claim fails to establish property damage<br>(5) Libby Vermiculite on property presents No Hazard |
| BARKO JR, WALLACE | 11332 | N/A | 1910 THIRD STREET NE<br>MINNEAPOLIS, MN 55418<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br>(4) Claim fails to establish property damage<br>(5) Libby Vermiculite on property presents No Hazard |
| BRANCH, SUE | 11333 | N/A | 1226 WASHINGTON ST NE<br>MINNEAPOLIS, MN 55413<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br>(4) Claim fails to establish property damage<br>(5) Libby Vermiculite on property presents No Hazard |
| CAUWELS, SCOTT | 11264 | N/A | 1915 SIXTH STREET NE<br>MINNEAPOLIS, MN 55418<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br>(4) Claim fails to establish property damage<br>(5) Libby Vermiculite on property presents No Hazard |
| CERTALIC, SHARON YVONNE | 12826 | N/A | 1918 JEFFERSON ST NE<br>MINNEAPOLIS, MN 55418<br>USA | No attorney specified | (2) Claim is for property that has already been remediated by the EPA<br>(4) Claim fails to establish property damage<br>(5) Libby Vermiculite on property presents No Hazard |
| CHRISTENSEN, DWIGHT | 11336 | N/A | 681 SUMMER STREET NE<br>MINNEAPOLIS, MN 55413<br>USA | WILLIAM B BUTLER<br>BIERSDORF & ASSOCIATES PA<br>33 S 6TH ST<br>MINNEAPOLIS, MN 55402 | (1) Claim for "Stigma"<br>(4) Claim fails to establish property damage<br>(5) Libby Vermiculite on property presents No Hazard |

* Each claim on this Exhibit is objected to for at least one of the following reasons, with the pertinent number(s) for each reason for disallowance listed with the individual claim information: (1) claim for "Stigma"; (2) claim is for property that has already been remediated by the EPA; (3) claim is duplicative; (4) claim fails to establish property damage; or (5) Libby vermiculite on property presents no hazard.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

Page 1 of 10