# EXHIBIT 12

**EXHIBIT H-1**
**INDEMNITY/CONTRIBUTION CLAIMS**

## SAMPLE - PAGE 1

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| CAREY CANADA INC | 14039 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CAREY CANADA INC | 14043 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CAREY CANADA INC | 14044 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CAREY CANADA INC | 14046 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CELOTEX CORPORATION | 14038 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CELOTEX CORPORATION | 14040 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CELOTEX CORPORATION | 14042 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| CELOTEX CORPORATION | 14045 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7825 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7826 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7827 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7828 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |
| GAF CORP G-1 HOLDINGS AND ITS AFFILIATES | 7829 | N/A | Claims have not and cannot provide either a factual or a legal basis that would entitle claimant to recover from Debtors for asbestos property damage claims under any contribution or indemnification theory. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.