IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | ) ) ) | Case No. 01-01139 (JKF) |
| Debtors. | ) ) | Jointly Administered |
| | ) ) | [Related to Docket No. 9301] |
| | ) ) | Objection Deadline: **October 7, 2005 at 4:00 p.m.** |
| | ) | Hearing Date: **October 24, 2005 at 12:00 p.m.** |

### NOTICE OF MOTION OF REAUD, MORGAN & QUINN, INC. AND ENVIRONMENTAL LITIGATION GROUP, P.C. FOR (i) CLARIFICATION, OR (ii) ALTERNATIVELY, FOR MODIFICATION, OF CASE MANAGEMENT ORDER FOR THE ESTIMATION OF PERSONAL INJURY LIABILITIES

**PLEASE TAKE NOTICE** that on September 19, 2005, the Motion of REAUD, MORGAN & QUINN, INC. AND ENVIRONMENTAL LITIGATION GROUP, P.C. FOR CLARIFICATION, OR (ii) ALTERNATIVELY, FOR MODIFICATION, OF CASE MANAGEMENT ORDER FOR THE ESTIMATION OF PERSONAL INJURY LIABILITIES was filed (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on October 24, 2005 at 12:00 p.m. at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be in writing, filed with the Court, and served upon the undersigned counsel, no later

---
[1] Debtors are referred to herein collectively as the "Debtor" or "Grace."
{10006751.DOC}

-1-

than October 7, 2005. Only those objections that are timely filed and served will be considered by the Court at the hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 19, 2005

Sander L. Esserman
Robert T. Brousseau
Van J. Hooker
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,**
**A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
E-mail: esserman@stutzman-bromberg.com

-AND-

Kathleen M. Miller (ID no. 2898)
SMITH, KATZENSTEIN & FURLOW, LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-8400
Facsimile: (302) 654-8405
E-mail: KMM@skfdelaware.com

**ATTORNEYS FOR REAUD, MORGAN & QUINN, INC. AND ENVIRONMENTAL LITIGATION GROUP, P.C.**