IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> W.R. GRACE & CO., *et al.*, <br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> Jointly Administered <br><br> [Related to Docket No. 9301] |

## ORDER GRANTING MOTION OF REAUD, MORGAN & QUINN, INC. AND ENVIRONMENTAL LITIGATION GROUP, P.C. FOR CLARIFICATION OF CASE MANAGEMENT ORDER

Came for consideration the motion the ("Motion") of Reaud, Morgan & Quinn, Inc. ("RMQ") and Environmental Litigation Group, P.C., ("ELG") (collectively, "Movants") for an order clarifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities (the "Case Management Order") (Docket No. 9301) or, in the alternative, for modification of the Case Management Order. Upon consideration of the Motion and any response thereto, the Court hereby enters the following order:

1. The requirement of completion and submission of the Asbestos Personal Injury Questionnaire in the Case Management Order does not apply to the Settled Claimants (as defined in the Motion).

2. Debtors shall pay the costs of Movants, including attorneys fees and all other expenses, incurred in connection with the preparation and prosecution of the Motion, in the amount of $_____.

Dated the _____ day of _____, 2005.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{10006754.DOC}