## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 19TH DAY OF SEPTEMBER, 2005, A COPY OF THE FOREGOING MOTION OF REAUD, MORGAN & QUINN, INC. AND ENVIRONMENTAL LITIGATION GROUP, P.C. FOR (I) CLARIFICATION, OR (II) ALTERNATIVELY, FOR MODIFICATION, OF CASE MANAGEMENT ORDER FOR THE ESTIMATION OF PERSONAL INJURY LIABILITIES WAS SERVED BY FIRST CLASS MAIL ON THE ATTACHED 2002 LIST.

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)