# EXHIBIT C

W. R. Grace
Responses Received to Debtors' Eleventh Omnibus Objection to Claims

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Sierra Capital (Sanders Roofing Co Inc.) | 8588 | 639 | $3,384.90 | U | Insufficient Documentation | Expunge | Continue to October 24, 2005 omnibus hearing. |
| Receivable Management Services (Iron Mountain Records Management Inc.) | 8609 | 339 | $7,026.79 | U | Insufficient Documentation | Expunge | Continue to October 24, 2005 omnibus hearing. |
| Barnett, Mark C. | None | 2107 | $4,637.56 | P | Insufficient Documentation | Expunge | Set for hearing on September 26, 2005. |
| Office Depot | None | 444 | $5,282.77 | U | Insufficient Documentation | Expunge | Continue to October 24, 2005 omnibus hearing. |