IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. _____ |
| | ) | |

**ORDER DENYING DEBTORS' EMERGENCY MOTION TO SET THE PD COMMITTEE'S MOTION TO STRIKE FOR HEARING AT THE SEPTEMBER 26, 2005 OMNIBUS HEARING**

Upon consideration of Debtors' Emergency Motion to Set the PD Committee's Motion to Strike for Hearing at the September 26, 2005 Omnibus Hearing, and the response and opposition thereto, it is hereby ORDERED that:

1. The Debtors' Emergency Motion to Set the PD Committee's Motion to Strike For Hearing at the September 26, 2005 Omnibus Hearing (Docket Nos. 9447) is hereby DENIED.

DATED: _____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge