To: Judith K Fitzgerald
US Bankruptcy Judge

Re: JR Grace Asbestos Case
CASE # 01-01139 (JKF)

The Undersigned Claimant has apparently been denied per enclosed documents.

I believe disallowing this claim is inappropriate as it should be the Grace Co's responsibility to hire a claim agent to perform an on site review of my claim —

Pictures of my asbestos (1965) ceiling interior was sent to the Court plus my knowledge of the material should be sufficient to support my claim as initially submitted.

Please re initiate my Claim!!

S/D /s/ Wm R Wittenberg

WM. R. WITTENBERG
6110 PANORAMA DR. NE
TACOMA, WA 98422-1219      Tel # 253-927-0249

**Fifteenth Omnibus Objection (Substantive)**
**Asbestos Property Damage Claims**
**Applicable Objections – Claim # 1724**

# EXHIBIT

| Claimant Name | Claim Number | Claim Amount** |
|---|---|---|
| WILLIAM R WITTENBERG | 1724 | N/A |

No documents submitted to support claim

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT C-2

## Claims that did not attach requested documents

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIAM R WITTENBERG | 1724 | N/A | Claimant (1) indicated it had documentation relating to the purchase and/or installation of the product on the property but did not attach those documents or a summary of them; or (2) indicated it made an effort to remove, contain and/or abate the Grace product for which the claim is made but did not attach documents or a summary of them relating to such efforts; and/or (3) did not attach documents relating to the purchase and/or installation of the product in the property and did not attach documents relating or referring to the presence of asbestos in the property for which the claim is made. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT C-3 (C)

## Claims not supported by any product identification documentation and in response to Question 3-C-13, name a (1) generic substance; or (2) product or product line that was manufactured by Grace and other companies besides Grace.

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIAM R WITTENBERG | 1724 | N/A | Claimant failed to provide any supporting documentation regarding product identification and identified a generic substance or product manufactured by numerous companies in addition to Grace on the claim form. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT C-3 (E)
### Claims that fail to provide any supporting documentation relating to product Identification

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIAM R WITTENBERG | 1724 | N/A | Claimant has failed to provide any documents relating to product identification. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-2
### Claims barred by Statutes of Limitation (Constructive Notice)

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIAM R WITTENBERG | 1724 | N/A | Statute of Limitation defense based on Constructive Notice. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-4
### Claims barred by Statutes of Limitation (Actual Notice)

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIAM R WITTENBERG | 1724 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |

* This Exhibit includes claims that indicate, from a review of the claim forms and/or their attachments, a basis for a statute of limitation defense based on actual notice under applicable state law. This Exhibit also: (1) incorporates by reference, all claims listed on Exhibit F-2, given the suspect nature of the date provided on such claim forms; and (2) includes claims made on account of property located in Canada.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT D-6

## Claims barred by laches

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIAM R WITTENBERG | 1724 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

# EXHIBIT E-1

## Claims providing no measurement of relevant asbestos levels

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIAM R WITTENBERG | 1724 | N/A | Claimant failed to provide air (or even irrelevant dust) sampling data reflecting the subject property's asbestos levels. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

**Total Number of Exhibits for Claim 1724 : 8**