IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO. et al., ) | Case No: 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## MOTION AND ORDER GRANTING
## ADMISSION PRO HAC VICE

Elizabeth D. Power, a member of the Bar of this Court, pursuant to District Court Local Rule 83.5, hereby moves the admission pro hac vice of Andrea Fort and Iván M. Morales to represent Certain Underwriters at Lloyd's, London and Certain London Market Companies in these chapter 11 cases.

Andrea Fort is admitted, practicing and in good standing in the Bar of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York.

Iván M. Morales is admitted, practicing and in good standing in the Bar of the United States Supreme Court, State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the State of California and the United States District Court for the Eastern District of California.

Dated: Wilmington, Delaware
September 15, 2005

*/s/ Elizabeth D. Power*
Elizabeth D. Power (ID No. 4135)
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

#9434
9-15-05

The undersigned certify that pursuant to Local Rule 83.5, they are eligible for admission pro hac vice to this Court, are admitted, practicing and in good standing in the jurisdictions set forth above, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that arises in connection with these chapter 11 cases. They also certify that they are generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. They further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Andrea Fort
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105
(212) 424-9000

_____
Iván M. Morales
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105
(212) 424-9000

Motion granted.

Dated: September 20, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge