IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| W.R. GRACE & CO. et al., | : | |
| | : | Case Nos. 01-1139 (JFK) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**OBJECTION TO DEBTORS' EMERGENCY MOTION FOR LEAVE TO TAKE DISCOVERY OF CLAIMANTS' ATTORNEYS**

COMES NOW, The Gibson Law Firm, PLLC (hereinafter "Gibson Firm") and objects to the Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys as follows:

1. Many of the Claimants represented by the Gibson Firm have been displaced by Hurricane Katrina and there is not sufficient time for the Gibson Firm to locate these Claimants in order to fully respond.

2. The Motion is unsupported by evidence except for inuendo.

3. The discovery requested seeks work product and mental impression of Claimants' attorneys.

4. The proposed questionnaire is not limited as to time and not limited as to personal injury Claimants before this Court.

WHEREFORE, The Gibson Law Firm, PLLC, requests this Court to deny the Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys.

Respectfully submitted this the 21st day of September, 2005.

        THE GIBSON LAW FIRM, PLLC

BY: /s/ <u>Charles E. Gibson III</u>
      Charles E. Gibson III
      447 Northpark Drive
      P.O. Box 6005
      Ridgeland, MS 39158
      Telephone: 601-957-6010
      Facsimile: 601-957-6065