IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| W.R. GRACE & CO. et al., | : | |
| | : | Case Nos. 01-1139 (JFK) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Charles E. Gibson III, hereby certify that on September 21, 2005, I served a copy of the Obejction to Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys upon Debtors and the United States Trustee, and the persons listed in the Notice.

This the 21st day of September, 2005

        THE GIBSON LAW FIRM, PLLC

        BY:  /s/Charles E. Gibson III
             Charles E. Gibson III
             447 Northpark Drive
             P.O. Box 6005
             Ridgeland, MS 39158
             Telephone: 601-957-6010
             Facsimile: 601-957-6065