## CERTIFICATE OF SERVICE

I certify that a true copy of Chris Parks, P.C.'s Response to Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys was electronically filed with the Court on the 21st day of September, 2005, via the Court's Electronic Case Filing System in accordance with the Federal Rules of Bankruptcy Procedure and the local rules and a copy of this document was served on the following parties via facsimile and/or via certified mail, return receipt requested:

(Co-counsel for Debtors)
Janet Baer
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

David W. Carickhoff, Jr.
Pachulskik, Stang, Ziehl, Young,
 Jones & Weintraub, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger
Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

(Counsel to Official Committee of Property Damage Claimants)
Scott L. Baena
Bilzin, Sumberg, Dunn, et al.
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, SUite 904
P.O. Box 1351
Wilmington, DE 19899

(Counsel to Official Committee of Personal Injury Claimants)
Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Maria Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

(Counsel to Official Committee of Equity Holders)
Thomas M. Mayer
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

(Counsel to Future Claimants' Representative)
Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr.
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806

(Office of the U.S. Trustee)
United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, DE 19801

_____
Chris Parks