IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re | ) | Chapter 11 |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**ORDER DENYING DEBTORS' EMERGENCY MOTION FOR LEAVE
TO TAKE DISCOVERY OF CLAIMANTS' ATTORNEYS**

CAME ON THIS DAY to be heard the motion of Debtors' for Leave to Take Discovery of Claimants' Attorneys and the Court, having reviewed the pleadings and heard the arguments of counsel, is of the opinion that same should be denied as to Chris Parks, P.C., Parker & Parks, L.L.P. and Christopher M. Parks. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Motion of Debtors' for Leave to Take Discovery of Claimants' Attorneys is hereby DENIED as to Chris Parks, P.C., Parker & Parks, L.L.P. and Christopher M. Parks.

SIGNED this the _____ day of _____, 2005.

_____
JUDGE PRESIDING