IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hearing Date: 9/26/05 @ 12:00 p.m |
| | Agenda Item No. 20. |
| ) | Objection Deadline: 9/21/05 |
| ) | Re: Docket No. 9315, 9429 |

## DEBTORS' LIMITED OBJECTION TO EMERGENCY MOTION OF THE ROMAN CATHOLIC CHURCH ARCHDIOCESE OF NEW ORLEANS ET AL. FOR AN EXTENSION OF TIME TO RESPOND TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE)

Like others across the country, the Debtors feel for the loss suffered by those affected by Hurricane Katrina. The Debtors wholly agree that the Louisiana claimants identified in the Archdiocese's motion, Docket No. 9429, should have an extension beyond October 7, 2005 to respond to the Debtors 15th Omnibus Objection, and have so informed their counsel Martin Dies. Rather than start with a 6 month extension in a schedule designed to last only 12 months, however, the Debtors suggest that the Louisiana claimants start with a shorter extension of 2-3 months that can be revisited at this Court's status conferences.

The claimants' motion seeks an extension of their response time to April 7, 2006. By April 7, 2006, the Debtors' PD Estimation process, scheduled to last only into September 2006, will be half over. All PD Objections will have been briefed and argued, the Phase 1 hearing will have taken place, and only 3 weeks later, on May 1, 2006, the Debtors' Phase 2 expert reports on all remaining PD issues are due to be filed.

The Debtors acknowledge the sad possibility that it may ultimately prove impossible for the Louisiana claimants to respond any time before April 2006, or later. Indeed, it may even

K&E 10733794.2

prove to be the case that some of the buildings at issue in those claims no longer exist. But as all who watch the news can see, information about the status and accessibility of New Orleans continues to change, even on a daily basis. Thus, the Debtors respectfully request that instead of starting out this process with a 6 month extension to April 7, 2006, instead we begin with a shorter extension that can be revisited at this Court's scheduled omnibus hearings in November or December.

The Debtors suggested to Claimants' counsel, Mr. Dies, the shorter but reviewable extension outlined herein but Mr. Dies has refused to agree.

As a result, the Debtors respectfully request that the Court enter an order providing that the Louisiana claimants identified in Docket No. 9429 be granted an extension of two to three months, to respond to the Debtor's 15th Omnibus Objection and that this matter be placed on the Courts' schedule for the November or December Omnibus Hearing to be revisited as the situation in Louisiana develops.

Dated: September 21, 2005

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, PC
Michelle Browdy
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*James E O'Neill* (signature)

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 16th Floor, P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for Debtors and Debtors in Possession

3

K&E 10733794.2