IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 9283)

On August 30, 2005, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Seventeenth Quarterly Fee Application of Klett Rooney Lieber & Schorling, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from April 1, 2005 through June 30, 2005 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on September 19, 2005. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Klett Rooney respectfully requests that the Court enter an order approving this Application at its earliest convenience.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By_____
Teresa K. D. Currier (No. 3080)
The Brandywine Building
1000 West St. - Suite 1410
Wilmington, DE 19801

-and-

KRLS/Wilm 58748v1

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                Philip Bentley, Esquire
                                                Robert T. Schmidt, Esquire
                                                919 Third Avenue
                                                New York, NY 10022
                                                (212) 715-9100
                                                Counsel to the Official Committee of
                                                Equity Holders

Dated: September 21, 2005                Co-Counsel to the Official Committee
                                                of Equity Holders

KRLS/Wilm 58748v1