# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- )
In re                                                      )    Chapter 11
                                                           )
W. R. GRACE & CO., et al.,[1]                              )    Case No. 01-01139 (JKF)
                                                           )    (Jointly Administered)
                                                           )
                        Debtors.                           )    **Re: Docket No. 9384**
                                                           )
---------------------------------------------------------- )

## SECOND AMENDED AFFIDAVIT OF C. ALAN RUNYAN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO RETAIN SPECIAL COUNSEL PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014

STATE OF SOUTH CAROLINA   )
                          :   ss.:
COUNTY OF HAMPTON         )

C. ALAN RUNYAN, being duly sworn, deposes and says:

1. On September 12, 2005, I caused to be filed my *Affidavit in Support of Application of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014* (the "**Affidavit**") [Docket No. 9384, Exhibit B].

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

MIAMI 929808.2 7481715563

2. On September 13, 2005, I caused to be filed my *Amended Affidavit in Support of Application of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014* (the "**First Amended Affidavit**") [Docket No. 9415].

3. I now submit this Second Amended Affidavit to disclose the following:

    a. On June 17, 2005, the Debtors filed their *Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm Speights & Runyan (Non-Substantive)* [Docket No. 8640]. Subsequently, on July 28, 2005, the Firm filed its *Response to the Debtors' Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm of Speights & Runyan* [Docket No. 9106].

    b. The dispute between the Debtors and the Firm giving rise to the Twelfth Omnibus Objection has yet to be resolved; however, the Debtors and the Firm have been actively negotiating the terms of a case management order to govern the resolution of the dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of September, 2005.

                                                             C. Alan Runyan

Sworn to and subscribed before me
this 19th day of September, 2005

Notary Public State of South Carolina
My Commission Expires 4/12/15