# EXHIBIT 2

Fifteenth Omnibus Objection (Substantive)
Asbestos Property Damage Claims
Applicable Objections – Claim # 12811



### EXHIBIT C-3 (D)
**Claims supplying documentation relating to product identification, but such documentation is insufficient to establish use of a Grace asbestos-containing product***

Status of Claim:  Claim #12811 was not included on Exhibit C-3 (d) as originally filed and has not been added to Amended Exhibit C-3 (d)

---

### EXHIBIT D-2
**Claims barred by Statutes of Limitation (Constructive Notice)**

Status of Claim:  Claim #12811 remains on Exhibit D-2

| Claimant | Claim Number | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| MICHAEL HARRIS | 12811 | N/A | Statute of Limitation defense based on Constructive Notice. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

### EXHIBIT D-4
**Claims barred by Statutes of Limitation (Actual Notice)**

Status of Claim:  Claim #12811 was removed from Exhibit D-4

---

### EXHIBIT D-6
**Claims barred by laches**

Status of Claim:  Claim #12811 has been added to Exhibit D-6

| Claimant | Claim Number | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| MICHAEL HARRIS | 12811 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.