# EXHIBIT 3

# SAMPLE - PAGE 1

## EXHIBIT C-3 (d)

### CLAIMS SUPPLYING DOCUMENTATION RELATING TO PRODUCT IDENTIFICATION, BUT SUCH DOCUMENTATION IS INSUFFICIENT TO ESTABLISH USE OF A GRACE ASBESTOS-CONTAINING PRODUCT*

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| 1150 LOMBARD STREET APARTMENTS | 11118 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| 1ST NATIONAL BANK | 10533 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| 1ST NATIONAL BANK OF FRANKLIN COUNTY | 11514 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| 3570 WEST LAKE BUILDING | 10983 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| 7300 KIMBARK BLDG CORP | 1421 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ABBEVILLE HOSPITAL | 11133 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ACME QUALITY PAINT COMPANY | 10864 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| AG ONE LLC | 2221 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| AIKEN BUILDERS SUPPLY | 10865 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| AIR TERMINAL ADDITION | 11076 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ALBANY AVE LIBRARY NKA HARTFORD CT PUB L | 11405 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ALTA BATES HOSPITAL | 11078 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| AMERICAN LEGION | 3406 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ANDERSON, STEWART F | 11172 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ARGYLE CENTRAL SCHOOL | 12759 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ARKANSAS BAPTIST MEDICAL CENTER | 11128 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ARKANSAS CITY HALL | 10915 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |
| ARLINGTON HOSPITAL | 11567 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.
** Del Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.