# EXHIBIT 5

# SAMPLE - PAGE 1

## EXHIBIT D-4
## CLAIMS BARRED BY STATUTES OF LIMITATION (ACTUAL NOTICE)

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| 111 ELM STREET LLC | 9682 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| 354401 ALBERTA LTD C O REDCLIFF REALTY M | 11620 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ACADIA PARISH SCHOOL BOARD | 8029 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ACADIA PARISH SCHOOL BOARD | 8030 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ALBANY CITY SCHOOL DISTRICT | 12761 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ALBANY CITY SCHOOL DISTRICT | 12764 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ALBANY CITY SCHOOL DISTRICT | 12766 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ALL SAINTS SCHOOL | 7014 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ALLEGHENY CENTER ASSOCIATES | 9778 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ALNOR CO | 5575 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| AMERICAN LEGION | 3406 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| AMERICAN PREMIER UNDERWRITERS INC | 10585 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| AMERICAN PREMIER UNDERWRITERS INC | 10586 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ANDERSON, ALICE DIANE | 13912 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| AQUINAS SCHOOL | 7015 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ARGYLE CENTRAL SCHOOL | 12759 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ASFOUR ASSOCIATES DJ ASFOUR GENERAL PART | 1974 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |
| ATLANTIC SHOPPING CENTRES LTD | 12490 | N/A | Claim is barred because it was filed after the longest applicable Statute of Limitation,* calculated from date of actual notice, had run. |

\* This Exhibit includes claims that indicate, from a review of the claim forms and/or their attachments, a basis for a statute of limitation defense based on actual notice under applicable state law. This Exhibit also: (1) incorporates by reference, all claims listed on Exhibit F-2, given the suspect nature of the date provided on such claim forms; and (2) includes claims made on account of property located in Canada.
\*\*Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

Page 1 of 132