# EXHIBIT 6

SAMPLE - PAGE 1

EXHIBIT D-6
CLAIMS BARRED BY LACHES

| Claimant Name | Claim Number | Claim Amount** | Reason for Proposed Disallowance |
|---|---|---|---|
| 1 PENN PLAZA | 10704 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 10 HANOVER SQUARE BUILDING | 10714 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 10 HANOVER SQUARE BUILDING | 6893 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 100 WALL STREET BUILDING | 11416 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 104 CORPORATE PARK DRIVE | 6618 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 110 PLAZA | 11415 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 111 ELM STREET LLC | 9682 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1133 AVENUE OF AMERICAS | 6748 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1150 LOMBARD STREET APARTMENTS | 11118 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 130 JOHN STREET BUILDING | 6892 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1900 AVE OF THE STARS OFFICE BLDG. | 11130 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1901 AVE OF THE STARS NKA DOUGLAS EMMETT | 6646 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1ST NATIONAL BANK | 10533 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1ST NATIONAL BANK | 10997 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1ST NATIONAL BANK | 11121 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1ST NATIONAL BANK BUILDING | 10703 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1ST NATIONAL BANK BUILDING | 11520 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |
| 1ST NATIONAL BANK OF FRANKLIN COUNTY | 11514 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.