# EXHIBIT 7

# Dkt Nos. 9450, 9451 and 9452 - Omni 15 Revised Exhibits for WR Grace

Total number of parties: 356

Preferred Mode of Service: US Mail (1st Class)

## Exhibit 7 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | |
|---------|----------------------------------|---|
| 15778 | 111 ELM STREET LLC, BLAIN, CLINTON L, CLINTON L BLAIN ATTORNEY AT LAW, 111 ELM ST STE 45, SAN DIEGO, CA 92101 | |
| 15778 | 3801 N CAMPBELL AVE LLC, 3801 N CAMPBELL AVE # A, TUCSON, AZ 85719 | |
| 15778 | 7300 KIMBARK BLDG CORP, 3550 W 98TH ST, EVERGREEN PARK, IL 60805 | |
| 15778 | ABELMAN, HERSHEL, 15155 KENNEDY RD, LOS GATOS, CA 95032 | |
| 15779 | AG ONE LLC, C/O MARK W COY, BORING & COY PC, PO BOX 100, FOUNTAINTOWN, IN 46130 | |
| 15778 | ALBANY CITY SCHOOL DISTRICT, ACADEMY PARK, ALBANY, NY 12207 | |
| 15779 | ALLAMAN, W L, 21045 QUILEUTE RD, APPLE VALLEY, CA 92308 | |
| 15778 | ALLEGHENY CENTER ASSOCIATES, ALLEGHENY CENTER ASSOCIATES, MALL MGMT, PITTSBURGH, PA 15212 | |
| 15778 | ALNOR CO, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 | |
| 15778 | ARGYLE CENTRAL SCHOOL, 5023 STATE ROUTE 40, ARGYLE, NY 12804 | |
| 15778 | ASBESTOS SCHOOL LITIGATION, C/O JONATHAN D BERGER ESQ, BERGER & MONTAGUE PC, 1622 LOCUST ST, PHILADELPHIA, PA 19103 | |
| 15778 | ASFOUR ASSOCIATES DJ ASFOUR GENERAL PART, 2409 RUSH CREEK PL, VALLEJO, CA 94591 | |
| 15779 | BALOGA, ALOYS JOSEPH, 10 HILLCREST DR, DALLAS, PA 18612 | |
| 15779 | BARON, EUGENE, 24061 MAJESTIC, OAK PARK, MI 48237 | |
| 15778 | BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 48084-4724 | |
| 15779 | BASHAM, DIXIE L, 352 GRANITE AVE, LIBBY, MT 59923 | |
| 16037 | BAYLOR, PETER N, NUTTER MCCLENNEN & FISH LLP, 155 SEAPORT BLVD WORL, BOSTON, MA 02210-2604 | |
| 15779 | BECKER, WILLIAM R, 111 N 50TH ST, SEATTLE, WA 98103 | |
| 15779 | BEDNARCZYK, JOSEPH CHARLES, 22 JANELLE STREET, LEWISTON, ME 04240 | |
| 15779 | BELFERMAN, JOHN MICHAEL, 21600 BEALLSVILLE ROAD, BARNESVILLE, MD 20838 | |
| 15779 | BENDER, PATSY ANN, PO BOX 1622, BAY SPRINGS, MS 39422 | |
| 15779 | BENEFIELD, DONALD CHARLES, 264 VICKS DRIVE, LIBBY, MT 59923 | |
| 15779 | BERRUM, HOMER MATHEW, 306 WEST CHINOOK, LIVINGSTON, MT 59047 | |
| 15778 | BLANKSTEIN ENTERPRISES INC., 2120 W CLYBOURN STREET, MILWAUKEE, WI 53233 | |
| 15778 | BOARD OF COMMISSIONERS OF THE COUNTY OF, JOHN S DULL, 2293 N MAIN ST, CROWN POINT, IN 46307-1854 | |
| 15779 | BOUCHARD, ERNEST S, 5349 BROADWATER LN, CLARKSVILLE, MD 21029 | |
| 15941 | BRANDI, THOMAS J, BRANDI, THOMAS J, TJB@BRANDILAW.COM | *VIA E-mail* |
| 15777 | BRANDI, THOMAS J, LAW OFFICES OF THOMAS J BRANDI, 44 MONTGOMERY ST STE 1050, SAN FRANCISCO, CA 94104 | *VIA Federal Express Overnight* |
| 16037 | BROWN III, CHARLES J, ELZUFON AUSTIN REARDON TARLOV & MONDELL PA, 300 DELAWARE AVE STE 1700, PO BOX 1603, WILMINGTON, DE 19801 | |
| 15779 | BROWN, ERMALINE REGISTER, 532 ROSE MARIE AVE, VIRGINIA BEACH, VA 23462 | |
| 15779 | BUILDING & CONSTRUCTION, LABORERS LOCAL 310, 3250 EUCLID AVE, CLEVELAND, OH 44115 | |
| 15778 | BUILDING LABORERS UNION LOCAL 310, STOPER JR, RICHARD L, ROTATORI BENDER GRAGEL STOPER & ALEXANDER, 800 LEADER BUILDING, 526 SUPERIOR AVE E, CLEVELAND, OH 44114-1498 | |
| 15779 | BURKS, WILLIE B, 141 JENKINS DR, SAVANNAH, GA 31405 | |
| 15779 | BUSBY, DANIEL CARLTON, 2098 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 16037 | BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST STE 4100, MINNEAPOLIS, MN 55402 | |
| 15778 | BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST STE 4100, MINNEAPOLIS, MN 55402 | |
| 16037 | CABRASER, ELIZABETH J, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 | |

**Exhibit 7 - WR Grace Mailing**

Svc Lst  Name and Address of Served Party

15778  CADDO PARISH SCHOOL BOARD, SUTHERLAND, FRED H, BEARD & SUTHERLAND, 400 TRAVIS ST STE 1103, SHREVEPORT, LA 71101-5564

15779  CALGARY BOARD OF EDUCATION, WILLIAM ABERHART 3009 MORLEY TRAIL NW, CALGARY, AB T2M4G9CANADA

15779  CAMPEAU, THOMAS FRANCIS, 11544 W CTY RD 612, FREDERIC, MI 49733

15779  CAREY CANADA INC, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022

15779  CAREY CANADA INC, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022

15779  CAREY CANADA INC, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022

15779  CAREY CANADA INC, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1029

15779  CARLETON UNIVERSITY, 1125 COLONEL BY DRIVE, OTTAWA, ON K1S5B6CANADA

15778  CARLTON DEVELOPMENT CORP, 95 25 QUEENS BLVD SUITE, REGO PARK, NY 11374

16037  CARROLL, DANIEL J, DIVISION OF FACILITIES MGMT, 900 SW JACKSON RM 653, TOPEKA, KS 66612-2210

15779  CELOTEX CORPORATION, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022

15779  CELOTEX CORPORATION, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022

15779  CELOTEX CORPORATION, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022

15779  CELOTEX CORPORATION, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022

15779  CENTRE MGR MARCOUX INC, 1885 CHEMIN DE LA CANARDIERE, QUEBEC, QC G1J2E5CANADA

15779  CERTALIC, SHARON YVONNE, PO BOX 401, BELGRADE, MT 59714

15778  CHAN, CONNIE Y, 728 PACIFIC AVE STE 308, SAN FRANCISCO, CA 94133

15778  CHASE, RANDY, 116 DAUPHIN WAY, CHATTANOOGA, TN 37411

15779  CHASE, RANDY, 116 DAUPHIN WAY, CHATTANOOGA, TN 37411

16037  CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 94104-2213

15779  CHELDIN, TED M, PO BOX 6694, WOODLAND HILLS, CA 91365

15778  CITY OF CAMBRIDGE MASSACHUSETTS, ANDERSON, STEPHEN D, ANDERSON & KREIGER LLP, 43 THORNDIKE STREET, CAMBRIDGE, MA 02141

15778  CITY OF EASTHAMPTON, 43 MAIN STREET, EASTHAMPTON, MA 01027

15778  CITY OF PHILADELPHIA, ONEILL, PATRICK, LAW DEPARTMENT CITY OF PHILADELPHIA, ONE PARKWAY 1515 ARCH ST, PHILADELPHIA, PA 19102-1512

16037  CLEMENTS JR, MARVIN E, TENNESSEE ATTORNEY GENERALS OFFICE, PO BOX 20207, NASHVILLE, TN 37202

16037  CLIFFORD CHANCE US LLP, ATTN SCOTT TALMADGE ESQ, 200 PARK AVE, NEW YORK, NY 10166-0153

15778  COLLAT INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210

15778  COLLATERAL AGENCY INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210

15778  COLOM, WILBUR, CADE, GREGORY A, ENVIRONMENTAL ATTORNEYS GROUP LLC, 1900 28TH AVE S STE 107, HOMEWOOD, AL 35209

15778  CONTINENTAL FLORIDA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431

15778  CONTINENTAL GEORGIA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431

15778  CONTINENTAL SEATTLE PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431

15778  COUNTY OF FRESNO CALIFORNIA, CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 94104-2213

15778  COUNTY OF SONOMA, ADAMS, WILLIAM L, COUNTY OF SONOMA, OFFICE OF COUNTY COUNSEL, 575 ADMINISTRATION DR, SANTA ROSA, CA 95403

15778  CREST USD 479, BOX 68, KINCAID, KS 66039

15778  CRESTWOOD CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374

WR Grace

**Exhibit 7 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | |
|---|---|---|
| 15778 | CROWN PROFESSIONAL LLC, FIFE, PHILLIP K, PHILLIP K FIFE, 3662 KATELLA AVE STE 117, LOS ALAMITOS, CA 90720-3174 | |
| 15778 | CUMMINGS, BRENDA FAYE, 1802 ROBINSON RD #256, GRAND PRAIRIE, TX 75051 | |
| 15779 | DARKS, TYRONE PETER, #239667 TYRONE PETER DARKS, PO BOX 97, MCALESTER, OK 74502 | |
| 15778 | DAVIS, DR JOHN ROBERT, ODOM JR, WILLIAM W, WILLIAM W ODOM JR, 404 WALDRON ST, CORINTH, MS 38834 | |
| 15777 | DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 77630 | *VIA Federal Express Overnight* |
| 15941 | DIES, MARTIN, DIES, MARTIN, MWDIES@AOL.COM | *VIA E-mail* |
| 15779 | DOMBROSKI, THOMAS F, 1209 CAMPBELL, DETROIT, MI 48209 | |
| 16037 | DOUGLAS, JAMES B, MCNEAL & DOUGLAS LLC, 1685 E UNIVERSITY DR, STE A, AUBURN, AL 36830-5217 | |
| 15779 | DRAKE, WILLIAM HOWARD, 709 MCCASKILL AVE, MAXTON, NC 28364 | |
| 15778 | EAST BATON ROUGE PARISH SCHOOL BOARD, SILLS, KENNETH F, HAMMONDS & SILLS, QUAD ONE STE C, 1111 S FOSTER DR, BATON ROUGE, LA 70806 | |
| 15778 | ELLIOTT, JAY AND DOROTHY, 816 OAKLAND DRIVE, DEKALB, IL 60115 | |
| 16037 | ENYART, WILLIAM L, ENYART & PEEBLES, 12 S SECOND ST, BELLEVILLE, IL 62220-2016 | |
| 15778 | FAMILIES IN CRISIS INC WILLIAM K HALL, 1305 E RANICER, KILLEEN, TX 76541 | |
| 15779 | FEDERATED DEPARTMENT STORES INC, C/O CARL R GOLDBERG, 170 OFARRELL ST, SAN FRANCISCO, CA 94102 | |
| 15779 | FEDERATED DEPARTMENT STORES INC, C/O CARL R GOLDBERG, 170 OFARRELL ST, SAN FRANCISCO, CA 94102 | |
| 15778 | FIRST PRESBYTERIAN CHURCH, PO BOX 425, DAWSON, MN 56232 | |
| 15778 | FIRST UNITED METHODIST CHURCH OF DELAND, 115 EAST HOWRY AVENUE, DELAND, FL 32720 | |
| 15778 | FLORES, HELEN, 74 N E VILLAGE RD, CONCORD, NH 03301 | |
| 15779 | FORT ANN CENTRAL SCHOOL, CATHERINE ST, FORT ANN, NY 12827 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |

**Exhibit 7 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-1 HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |

WR Grace

## Exhibit 7 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 |
| 15779 | GALLO, JEFFREY LEE, 1709 US HWY 2 S, LIBBY, MT 59923 |
| 15779 | GILMORE, JOSEPH R, 46469 ARBORETUM CIR, PLYMOUTH, MI 48170 |
| 16037 | GILSON, ROBERT J, RIKER DANZIG SCHERER HYLAND & P, ONE SPEEDWELL AVE, MORRISTOWN, NJ 07960 |
| 15778 | GILSON, ROBERT J, RIKER DANZIG SCHERER HYLAND & P, ONE SPEEDWELL AVE, MORRISTOWN, NJ 07960 |
| 15778 | GOLDADE, LYNN A, W11281 BILKEY RD, LODI, WI 53555 |
| 16037 | GOLDBERG, CARL R, FEDERATED LEGAL DEPARTMENT, 170 O'FARRELL ST, SAN FRANCISCO, CA 94102-2202 |
| 15778 | GRANADA TERRACE CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 16037 | GRANT, JACK A, GRANT & BARROW, 238 HUEY P LONG AVE, GRETNA, LA 70053-5816 |
| 16037 | GREEN, BRADY L, MORGAN LEWIS & BOCKIUS, 1701 MARKET ST, PHILADELPHIA, PA 19103-2921 |
| 15778 | GRUNERT KILLIAN, JULIA M, 398 FRAVOR RD, MEXICO, NY 13114 |
| 15779 | GRUNERT, CHARLES L, P.O. BOX 595 WATERTOWN N.Y. 13601 OR 5 LIBERTY ST, ADAMS, NY 13605 |
| 15779 | GUBBIN, JULIE ANN, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413 |
| 15778 | HAMILTON TERMINALS INC, 10641 TECHWOODS CIRCLE #201, CINCINNATI, OH 45242 |
| 15779 | HARRINGTON TOOLS INC, 4316 ALGER ST, 5440 SAN FERNANDO RD W, LOS ANGELES, CA 90039 |
| 15779 | HARRIS, MICHAEL, PO BOX 483, GILMANTON, NH 03237 |
| 16037 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 59901-5341 |
| 15778 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 59901-5341 |
| 15778 | HERITAGE HOLDINGS, 2480 NE 23 ST, POMPANO BEACH, FL 33062 |
| 15779 | HERNANDEZ, PEDRO, PO BOX 8267, PONCE, PR 00732-8267 |
| 15779 | HO, JEFFREY DOUGLAS, 1431 LAKEVIEW AVE, MINNEAPOLIS, MN 55416 |
| 16037 | HOLMES, JOHN L, JOHN L HOLMES ATTORNY AT LAW, 18039 CRENSHAW BLVD, TORRANCE, CA 90504 |
| 15778 | INGRAM, BENJAMIN MASON, 3516 FLORENCE BLVD, FLORENCE, AL 35634 |
| 15779 | IOVINO, JOSEPH LOUIS, 5501 SNOWSHOE MINE RD, LIBBY, MT 59923 |
| 15778 | ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 20036 |
| 15779 | JAMIESON CONDOMINIUM, 13536 124 A AVE, EDMONTON, AB T5L3B5CANADA |
| 15779 | JAMIESON CONDOMINIUM, 13536 124A AVE, EDMONTON, AB T5L3B5CANADA |
| 15778 | JAY BHAGHAVAN INC, BECKETT, CHAD S, BECKETT & WEBBER PC, 508 S BROADWAY, URBANA, IL 61801-4232 |
| 15778 | JEFFERSON ASSOCIATES LTD, BURFORD JR, SAM P, THOMPSON & KNIGHT LLP, 1700 PACIFIC AVE STE 3300, DALLAS, TX 75201-4693 |
| 15778 | JEFFERSON, RONALD WAYNE, 3105 ARROWWOOD LN, TALLAHASSEE, FL 32305 |
| 15779 | JOHNSON JR, BURRELL, PO BOX 4500 MICHAEL UNIT, TENNESSEE COLONY, TX 75886 |

## Exhibit 7 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|

| | |
|---|---|
| 15778 | JOHNSON JR, BURRELL, PO BOX 4500 MICHAEL UNIT, TENNESSEE COLONY, TX 75886 |
| 15779 | JOHNSON, DALE M, 2255 E SHAW AVE, APT B, FRESNO, CA 93710 |
| 15779 | JOHNSON, ERNEST RAY, 136 N TWIN LAKES RD, COCOA, FL 32926 |
| 15779 | JOHNSON, KAREN JANICE, 3530 21/2 ST NE, MINNEAPOLIS, MN 55418 |
| 16037 | JONES, NATHAN E, NATHAN E JONES, 665 WRELTON DR, LA JOLLA, CA 92037-7950 |
| 15779 | KATZ, ALLEN R, 9158 PELICAN AVE, FOUNTAIN VALLEY, CA 92708 |
| 15779 | KATZ, S S, 15 ELROD DR, WEST NYACK, NY 10994 |
| 15778 | KELLEY, LINDA D, VIACOM INC, 11 STANWIX ST, PITTSBURGH, PA 15222 |
| 15779 | KERR, EDWARD B, 1308 EVANGELINE, DEARBORN HEIGHTS, MI 48127 |
| 15779 | KINLAN, PATRICK, 3106 EGER PL, BRONX, NY 10465 |
| 15779 | KLINGMAN, ROBERT RAY, 4539 DRY CREEK RD, NAPA, CA 94558 |
| 15779 | KNAUSS, DONALD LEE, PO BOX 1443, LIBBY, MT 59923 |
| 15778 | KODRA PROFESSIONAL CORPORATION, BOWMAN, D G, BOWMAN GEORGE SCHEB TOALE ROBINSON, 2750 RINGLING, SARASOTA, FL 34237 |
| 16037 | KPMG, PO BOX 730, 20 FARRINGTON RD, LONDON, EC4A4PPUNITED KINGDOM |
| 15779 | KUJAWA, GREGORY MARK, 350 SHALOM DR, LIBBY, MT 59923 |
| 15779 | LANEDALE CO OPERATIVE APARTMENTS LIMITED, 8 STROUD ROAD APT 8, HAMILTON, ON L8S1Z6CANADA |
| 15778 | LARKIN, EUGENE LEROY, 6572 E KETTLEMAN LN, LODI, CA 95240 |
| 15779 | LARSON, RICHARD H, 172 IVORY STREET, FREWSBURG, NY 14738 |
| 15779 | LAWRENCE LAMAR RICE WEST MELBOURNE, 49 PARKHILL BOULEVARD, WEST MELBOURNE, FL 32904 |
| 15778 | LEAL, NORMAN, 1485 NAPLES WAY, LIVERMORE, CA 94550 |
| 15779 | LEE, ELIZABETH M, 713 MICHIGAN AVE, LIBBY, MT 59923 |
| 15941 | LEE, PETER, LEE, PETER, PETER.LEE@BNSF.COM        *VIA E-mail* |
| 15777 | LEE, PETER, THE BURLINGTON N/SANTA FE RWY, 2500 LOU MENK DR, FORT WORTH, TX 76131-2828     *VIA Federal Express Overnight* |
| 15778 | LEWIS ESQ, WH RAMASAY, THE PRUDENTIAL INSURANCE CO OF AMERICA, 751 BROAD ST 21ST FL, NEWARK, NJ 07102 |
| 16037 | LEWIS ESQ, WH RAMASAY, THE PRUDENTIAL INSURANCE CO OF AMERICA, 751 BROAD ST 21ST FL, NEWARK, NJ 07102 |
| 16037 | LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT 59403-0002 |
| 15778 | LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT 59403-0002 |
| 15778 | LOS ANGELES COUNTY METROPOLITAN TRANSPOR, STAMM, RONALD W, OFFICE OF COUNTY COUNSEL, ONE GATEWAY PL, LOS ANGELES, CA 90012-2952 |
| 15779 | LOS ANGELES UNIFIED SCHOOL DISTRICT, C/O ROMAN M SILBERFELD / BERNICE CONN, ROBINS KAPLAN MILLER & CIRESI LLP, 2049 CENTURY PARK E #3700, LOS ANGELES, CA 90067 |
| 15779 | LOS ANGELES UNIFIED SCHOOL DISTRICT, C/O ROMAN M SILBERFELD, BERNICE CONN, ROBINS KAPLAN MILLER & CIRESI LLP, 2049 CENTURY PARK E #3700, LOS ANGELES, CA 90067 |
| 16037 | LOW-BEER, JOHN, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 15779 | LUCE, JOAN, 604 DAKOTA, LIBBY, MT 59923 |
| 16037 | LUKINS & ANNIS PS, 1600 WASHINGTON TRUST FINANCIAL CTR, 717 W SPRAGUE AVE, SPOKANE, WA 99201-0466 |
| 15778 | MACERICH FRESNO LIMITED PARTNERSHIP, PILLSBURY WINTHROP LLP, PO BOX 7880, SAN FRANCISCO, CA 94120-7880 |
| 15778 | MACK, HAROLD L, MCPROUD, CLARENCE, SPILLER MCPROUD, 505 COYOTE ST, NEVADA CITY, CA 95959-2230 |
| 15778 | MADISON COMPLEX INC, BURKE, PATRICIA A, RIDER BENNETT EGAN & ARUNDEL, 333 S SEVENTH ST STE 2000, MINNEAPOLIS, MN 55402 |
| 15779 | MARTIN, GILBERT, 555 SPUR LOOP PO BOX 815, TROY, MT 59935 |
| 15778 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI, FIXLER, DAVID C, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110-3319 |
| 15779 | MATTA, WAYNE RAMON, 22722 244TH AVE SE, MAPLE VALLEY, WA 98038 |

**Exhibit 7 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15779 | MCBRIDE, SUSAN JO, 6064 S KRAMERIA ST, ENGLEWOOD, CO 80111 |
| 15779 | MCCADDEN, LUCILLE RICKS, POBOX 1378 - 100 AVE. B, SPRING HOPE, NC 27882 |
| 16037 | MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820 |
| 15779 | MCCHRISTIAN, SARAH LOU, 8674 W 7 MI RD, NORTHVILLE, MI 48167 |
| 16037 | MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN, KALISPELL, MT 59904 |
| 15778 | MENANDS UNION FREE SCHOOL DISTRICT, WARDS LN, MENANDS, NY 12204 |
| 15779 | MILES, JAMES IRVIN, 1803 EASTFIELD ROAD (P.O.BOX 6505), HARRISBURG, PA 17112 |
| 15778 | MISSILE INN INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084 |
| 15779 | MOBLEY, ERICA MICHELL, 317 WEST CHESTNUT, COWETA, OK 74429 |
| 15778 | MODZELESKI, VINCENT E, 1618 JAMES DR, CARLSBAD, CA 92008 |
| 15778 | MOLONEY, LAWRENCE A, GRAY PLANT MOOTY MOOTY & BENNETT, 80 S8TH ST STE 500, MINNEAPOLIS, MN 55402-5383 |
| 15779 | MOORE, PHILLIP SHAWN, 680 A ADAMS ROAD, BENSON, NC 27504 |
| 16037 | MOTLEY RICE LLC, JAMES M HUGHES, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 29465-1792 |
| 15778 | MOTLEY RICE LLC, JAMES M HUGHES, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 29465-1792 |
| 15778 | MUROFF, CAROL S, 16804 AVILA BLVD, TAMPA, FL 33613 |
| 15778 | MYERS, C DOUGLAS, MEIER, KURT J, TRANTER & MEIER, 33 N FORT THOMAS AVE, FORT THOMAS, KY 41075-1516 |
| 15778 | N&J 1 LP, 984 MONUMENT ST STE 110, PACIFIC PALISADES, CA 90272 |
| 15778 | NAMAZI, NAZANIN, 29726 FELTON DR, LAGUNA NIGUEL, CA 92677 |
| 15778 | NGUYEN, KEITH N, 5523 N GALVEZ ST, NEW ORLEANS, LA 70117 |
| 15779 | NIGHTLINGER, GERALD THOMAS, 1177 EAST BEAMISH ROAD, MIDLAND, MI 48642 |
| 15779 | NORDIEGO CAPITAL LTD, 738 W WASHINGTON AVE STE B, ESCONDIDO, CA 92025 |
| 15778 | NORM S RESTAURANTS, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 |
| 15779 | NOWAK, ROBERT, 8521 SOUTH NATOMA AVENUE, BURBANK, IL 60459 |
| 15777 | O'HALLORAN, RICHARD A, BURNS WHITE & HICKTON LLC, 531 PLYMOUTH RD STE 500, PLYMOUTH MEETING, PA 19462    *VIA Federal Express Overnight* |
| 15941 | O'HALLORAN, RICHARD A, O'HALLORAN, RICHARD A, RAOHALLORAN@BWHLLC.COM    *VIA E-mail* |
| 15779 | ODUM, PAUL BENNETT, 1744 NEELY AVE, EAST POINT, GA 30344 |
| 15778 | OLDON LIMITED PARTNERSHIP, MULHERN, TIMOTHY P, SHATZ SCHWARTZ AND FENTIN PC, 1441 MAIN ST, SPRINGFIELD, MA 01103 |
| 15778 | OLYMPUS 555 PROPERTIES LLC, ROSEN, AVRUM J, AVRUM J ROSEN, 38 NEW ST, HUNTINGTON, NY 11743-3327 |
| 15779 | OMOND MEMORIAL UNITED CHURCH, 319 MCKENZIE AVENUE, NORTH BAY, ON P1B7E3CANADA |
| 15778 | ORLANDO UTILITIES COMMISSION, 500 SOUTH ORANGE AVE, ORLANDO, FL 32801 |
| 15779 | ORTIZ, MARIA LUISA, P O BOX 809 OROCOUIS, OROCOUIS, PR 00720PUERTO RICO |
| 15778 | OTTERBEIN COLLEGE, ONE OTTERBEIN COLLEGE, WESTERVILLE, OH 43081 |
| 15779 | PATTERSON, PAUL, 2135 BROWNS GAP TPKE, CHARLOTTESVILLE, VA 22901 |
| 15778 | PAUL, NORMAN, RUYLE, NANCY L, PHELPS KASTEN RUYLE BURNS & SIMS PC, 19871 TIMBERE, CARLINVILLE, IL 62626 |
| 15779 | PAULETTE, MARCELLA M, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903-7909 |
| 15779 | PAULETTE, MARCELLA MAE, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903 |
| 15779 | PEPPER, HOWARD WILLIAM, 906 W BALSAM ST, LIBBY, MT 59923 |
| 15778 | PERINI CORPORATION, PORTER, JEFFREY R, MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| 15779 | PICHE, LOUIS, 164 BLVD JUTRAS EST, VICTORIAVILLE, QC G6P4M1CANADA |
| 16037 | PILLSBURY WINTHROP LLP, ATTN P BROSNAHAN, PO BOX 7880, SAN FRANCISCO, CA 94120 |
| 15778 | PITTSBURGH SCHOOL DISTRICT, FACILITIES DIVISION 1305 MURIEL STREET, PITTSBURGH, PA 15203 |
| 15779 | PLATINUM CAPITAL INVESTMENTS INC, 1608 MIDWEST CLUB PKWY, OAK BROOK, IL 60523 |

## Exhibit 7 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15778 | PLATINUM CAPITAL INVESTMENTS INC, 1608 MIDWEST CLUB PKWY, OAK BROOK, IL 60523 |
| 15778 | PLAXALL INC, 5-46 46TH AVENUE, LONG ISLAND CITY, NY 11101 |
| 15778 | PORT OF SLIDELL LLC, PO BOX 24597, NEW ORLEANS, LA 70184 |
| 15778 | PRINCETON BOOTH CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 15778 | PRINCETON PLAZA CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 15779 | PRITCHETT, WILLIAM, 203 EL MONTE DR, SANTA BARBARA, CA 93109-2005 |
| 15778 | PROCTO INC, 420 W. ROWLAND STREET, COVINA, CA 91723 |
| 15779 | PULLINGER, BERNARD, 100 WASHINGTON COMMONS DR APT 342, EVANS, GA 30809 |
| 15778 | R.R. ISLA VERDE HOTEL & RESORT INC., P.O. BOX 221, BROOKLYN, NY 11208-0221 |
| 15778 | RAMSEY CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 15778 | REALTY, DONNA JEAN, 707 N COLLINS STREET, PLANT CITY, FL 33563 |
| 15779 | REESE, PATSY A, 237 FELTON ST, SAN FRANCISCO, CA 94134 |
| 15778 | RESHAT HUSSEIN HASSAN & MINNIE HASSAN TT, 4934 W FALLEN LEAF LN, GLENDALE, AZ 85310 |
| 15779 | RISDAL, EDDIE CHARLES, PO BOX 316 ISP 802094, FORT MADISON, IA 52627 |
| 15778 | RIVER DRIVE CONSTRUCTION, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 |
| 16037 | ROBERTS, JARED I, AMTRAK LAW DEPARTMENT, 60 MASSACHUSETTS AVE NE, WASHINGTON, DC 20002-4285 |
| 15779 | ROGERS, ARLENE A, 11 CORNELL PLACE, NEW ROCHELLE, NY 10804 |
| 15779 | ROTH, TOM, 3553 BROOKHILL ST, GLENDALE, CA 91214 |
| 15779 | RUSS, CLARKE, 2229 WINDWARD SHORE DRIVE, VIRGINIA BEACH, VA 23451 |
| 15779 | SAGEN, KENNETH DUANE, PO BOX 176 / 46 EVANS RD, LIBBY, MT 59923 |
| 16037 | SAIA, FRANK R, FRANK R SAIA, JD, 106 STATE ST, SPRINGFIELD, MA 01103-2034 |
| 15778 | SAINT LOUIS COUNTY GOVERNMENT, REDINGTON, PATRICIA, SAINT LOUIS COUNTY COUNSELOR OFFICE, 41 S CENTRAL, SAINT LOUIS, MO 63105 |
| 15778 | SALEM CENTRAL SCHOOL DISTRICT, 41 EAST BROADWAY, SALEM, NY 12865 |
| 15778 | SAMONTE, LAEL EDWARD, 99-902 MOANALUA RD, AIEA, HI 96701 |
| 15778 | SAN DIEGO SPACE AND SCIENCE FOUNDATION, PO BOX 33303, SAN DIEGO, CA 92163 |
| 15779 | SANDLY, WENDY LEE, 318 THURSTON STREET, CLARKS SUMMIT, PA 18411 |
| 16037 | SCHWARTZMAN, DANIEL A, DANIEL A SCHWARTZMAN, 55 5TH AVE 15TH FLOOR, NEW YORK, NY 10003-4301 |
| 15778 | SCHWOEFFERMANN, CUFFY, MARY ELIZABETH, 745 SE MILLER STREET, PORTLAND, OR 97202 |
| 16037 | SCOTT, DARREL W, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 583, SPOKANE, WA 99201 |
| 15778 | SEMPRA ENERGY, OLANMENDI SMITH, RAUL, OFFICE OF THE GENERAL COUNSEL, SEMPRA ENERGY, 101 ASH ST STE 1200, SAN DIEGO, CA 92101 |
| 15778 | SHAPERY DEVELOPERS GAS ELECTRIC PROPERTY, 402 W BROADWAY, STE 1220, SAN DIEGO, CA 92101 |
| 15779 | SHARTZER, JAMIE GUEVARA, 24172 ZORRO CT, HAYWARD, CA 94541 |
| 15779 | SHER, JOSEPH H, 4711 LA VILLA MARINA #C, MARINA DEL REY, CA 90292 |
| 16037 | SILLS, KENNETH F, HAMMONDS & SILLS, QUAD ONE STE C, 1111 S FOSTER DR, BATON ROUGE, LA 70806 |
| 15779 | SKARIE, RONALD ALAN, 7623 W RYAN RD, FRANKLIN, WI 53132 |
| 15778 | SKRAMSLAD, LESLER, MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 S M, KALISPELL, MT 59904-5399 |
| 15779 | SLAWSON, DENNIS MICHAEL, 302 W MAIN ST, SYKESVILLE, PA 15865 |
| 15779 | SMITH, KENNETH D, 1711 MILTON MANOR DR, EL CAJON, CA 92021 |
| 16037 | SOBOL, THOMAS M, HAGENS BERMAN LLP, 225 FRANKLIN ST 26TH FL, BOSTON, MA 02110 |
| 16037 | SOLOMON, BRETT A, TUCKER ARENSBERG PC, 1500 ONE PPG PL, PITTSBURGH, PA 15222-5416 |
| 15778 | SOLOW, SHELDON H, WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464 |
| 15778 | SPADAFORA, ALLENE, PO BOX 335 80 W 200 S, GREEN RIVER, UT 84525 |
| 15777 | SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 29924 *VIA USPS Express Mail* |
| 15941 | SPEIGHTS, DANIEL A, SPEIGHTS, DANIEL A, DSPEIGHTS@SPEIGHTSRUNYAN.COM *VIA E-mail* |

## Exhibit 7 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15779 | SPINGLER, CLIFFORD M, 1233 NW 199TH PL, SHORELINE, WA 98177 |
| 15779 | STANLEY, EARL H, 615 MAIN AVE, LIBBY, MT 59923 |
| 15779 | STANLEY, LYNN R, 838 SECOND AVE E, KALISPELL, MT 59901 |
| 15779 | STANLEY, ROBERT W, 838 2ND AVE E, KALISPELL, MT 59901-5411 |
| 15778 | STATE OF CALIFORNIA DEPT OF GENERAL SERV, ASPERGER, ROBERT E, STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE 1101, SACRAMENTO, CA 95814 |
| 15778 | STATE OF CONNECTICUT - DEPT. PUBLIC WORK, GERALD GLASSMAN - 165 CAPITOL AVE. RM 275, HARTFORD, CT 06106 |
| 15778 | STATE OF DELAWARE DIVISION OF FACILITIES, DROWOS, STUART B, STATE OF DELAWARE DEPT OF JUSTICE ATTY GEN, 820 N FRENCH ST 6TH FL, WILMINGTON, DE 19801 |
| 15778 | STEVEN J WOLFE IRREVOCABLE TRUST, PO BOX 3238, LOS ANGELES, CA 90078-3238 |
| 15779 | STEWART, FANETTE L, 621 EAST 40TH AVE, SPOKANE, WA 99203 |
| 15779 | STEWART, FANETTE LLOYS, 621 EAST 40TH AVE., SPOKANE, WA 99203 |
| 16037 | STOCKENSTROM, HANNELIE, CLARK WILSON BARRISTERS & SOLICITORS, 800-885 W GEORGIA ST, VANCOUVER, BC V6C3H1CANADA |
| 16037 | STONELAKE JR, BENJAMIN G, BLANK ROME LLP, ONE LOGAN SQUARE, PHILADELPHIA, PA 19103 |
| 15778 | STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 66217-3046 |
| 16037 | SUTHERLAND, FRED H, BEARD & SUTHERLAND, 400 TRAVIS ST STE 1103, SHREVEPORT, LA 71101-5564 |
| 15779 | TAYLOR, EDDIE, 10715 CRANBROOK RD, HOUSTON, TX 77042 |
| 15778 | TEMPLE BETH AM, 4660 SHERIDAN DR, WILLIAMSVILLE, NY 14221 |
| 15778 | TERRACE PROPERTIES LIMITED PARTNERSHIP, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 |
| 15779 | THE ASBESTOS SETTLEMENT TRUST CELOTEX, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022 |
| 15779 | THE ASBESTOS SETTLEMENT TRUST CELOTEX, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1029 |
| 15779 | THE ASBESTOS SETTLEMENT TRUST CELOTEX, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1029 |
| 15779 | THE ASBESTOS SETTLEMENT TRUST CELOTEX, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1029 |
| 15779 | THE RECORD, 225 FAIRWAY RD S, KITCHENER, ON N2G4E5CANADA |
| 15778 | THEONNES, LOIS GLORIA, PO BOX 46, LIBBY, MT 59923 |
| 15778 | THERMO COUSTICS LIMITED, 2750 HIGHWAY #11 NORTH, NORTH BAY, ON P1B8G3CANADA |
| 15779 | THOMSON, EVA A, 259 REMPS RD (PO BOX 1343), LIBBY, MT 59923 |
| 15779 | THRASHER, VIRGINIA L, 3460 PHEASANT CT, DECATUR, GA 30034 |
| 15779 | TIPOLD, H, 1147 PLANTERS RD, LAWRENCEVILLE, VA 23868 |
| 15779 | TRUMBULL MEMORIAL HOSPITAL, C/O STEVEN E CRICK, HUMPHREY FARRINGTON & MCCLAIN, 123 WEST KANSAS, INDEPENDENCE, MO 64050-3713 |
| 16037 | TURKEWITZ, ROBERT M, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464 |
| 15778 | ULEN, ANGELA M, HOOPER MEMORIAL HOME INC, 3532 WALNUT ST, HARRISBURG, PA 17109 |
| 15778 | UNI INC JAMES EDWARD IDOINE PRESIDENT, 904 S HERMOSILLO, PAYSON, AZ 85541 |
| 15778 | VALU-LODGE OF NEW PORT RICHEY INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084 |
| 15779 | VAUGHAN, ROBERT T, 46 SPEAR ST, MELROSE, MA 02176 |
| 16037 | VINCENT, FABRICE N, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 |
| 15779 | VINIKOOR, ABRAM L, 5236 38TH AVE NE, SEATTLE, WA 98105 |
| 15778 | VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1787, RICHMOND, VA 23218 |
| 15778 | VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1797, RICHMOND, VA 23218 |
| 15778 | VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET PO BOX 1797, RICHMOND, VA 23218 |
| 15778 | WALKER, LONA DIANE, MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN, KALISPELL, MT 59904 |
| 15779 | WARREN, TIMOTHY WAYNE, 4860 1 2 VIRGINIA AVE, OROVILLE, CA 95966 |

**Exhibit 7 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 15778 | WASHINGTON COURTE CONDOMINIUM ASSOCIATIO, OCONNOR, PATRICIA A, LEVENFELD PEARLSTEIN, 2 N LASALLE 13TH FL, CHICAGO, IL 60602 |
| 15778 | WENTZVILLE FIRE PROTECTION DISTRICT, WASHBURN, RODNEY L, HAZELWOOD & WEBER LLC, 200 N THIRD ST, SAINT CHARLES, MO 63301-2813 |
| 16037 | WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464 |
| 15779 | WICKERSHAM, KAREN KAYE, 5455 PROSPECT DR, MISSOULA, MT 59808 |
| 15779 | WICKERSHAM, KAREN KAYE, 5455 PROSPECT DRIVE, MISSOULA, MT 59808 |
| 15779 | WILLIAM R. BECKER FOR IRONWOOD SOFTWARE, 111 N 50TH ST, SEATTLE, WA 98103 |
| 16037 | WILLIAMS, ALAN C, MINNESOTA ATTORNEY GENERAL OFFICE, STE 900 NCL TOWER, 445 MINNESOT ST, SAINT PAUL, MN 55101 |
| 15779 | WILLIS, CLAY HENRY, 906 CHEYENNE MEADOWS, KATY, TX 77450 |
| 15779 | WITTENBERG, WILLIAM R, 6110 PANORAMA DR NE, TACOMA, WA 98422 |
| 15779 | WOLFE, STEVEN J, SNEAK PREVIEW ENTERTAINMENT, PO BOX 3238, HOLLYWOOD, CA 90078 |
| 15778 | WOODBURY PLACE APARTMENTS LTD, 3942 PLEASURE HILL, SAN ANTONIO, TX 78229 |
| 15778 | WOODMAN PARTNERS, 3085 WOODMAN DRIVE SUITE 100, DAYTON, OH 45420 |
| 15778 | YICK REALTY INVESTMENT, 1340 GRANT AVE #1, SAN FRANCISCO, CA 94133 |

**Subtotal for this group: 356**