IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 26, 2005,
AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

**CONTINUED MATTERS:**

1.    Motion of State of Montana for Relief from the Automatic Stay [Filed: 6/9/05] (Docket No. 8582)

      Related Documents:

      a.    [Proposed] Order [Filed: 6/9/05] (Docket No. 8582)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

b.    Notice of Filing of Supplement to Exhibit "A" to the Motion of State of Montana for Relief from the Automatic Stay [Filed: 6/23/05] (Docket No. 8672)

Response Deadline:  June 28, 2005, at 4:00 p.m.

Responses Received:

a.    Opposition of the Official Committee of Unsecured Creditors to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8705)

b.    Objection of the Official Committee of Asbestos Property Damage Claimants to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8707)

c.    Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/28/05] (Docket No. 8708)

d.    Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Debtors' Objection to the Motion of the State of Montana for Relief from the Automatic Stay [Filed: 6/29/05] (Docket No. 8747)

Status:  By agreement of the parties, this matter is continued to the October 24, 2005 omnibus hearing.

2.    Debtors' Motion to Expand Their Preliminary Injunction to Include Actions Against the State of Montana [Filed: 8/22/05] (Adv. Pro. No. 01-771, Docket No. 359)

Related Documents:

a.    [Proposed] Order Expanding the Preliminary Injunction to Include Actions Against the State of Montana [Filed: 8/22/05] (Adv. Pro. No.: 01-771, Docket No. 359)

Response Deadline: September 9, 2005 at 4:00 p.m. (extended to October 7, 2005, for the State of Montana and the Montana claimants)

**Responses Received:**

**a.    Joinder of the Official Committee of Unsecured Creditors in the Debtors' Motion to Expand Their Preliminary Injunction to Include Actions Against the State of Montana [Filed: 9/9/05] (Docket No. 361)**

Status:  This matter is continued to the October 24, 2005 omnibus hearing.

91100-001\DOCS_DE:111679.1

3.    Plaintiffs' Motion for Leave to Amend Complaint [Filed: 8/22/05] (Adv. Pro. No. 01-771, Docket No. 360)

Related Documents:

a.    [Proposed] Order Granting Plaintiffs' Motion for Leave to Amend Complaint [Filed: 8/22/05] (Adv. Pro. No. 01-771, Docket No. 360)

Response Deadline: September 9, 2005 at 4:00 p.m. (extended to October 7, 2005, for the State of Montana and the Montana claimants)

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued to the October 24, 2005 omnibus hearing.


**UNCONTESTED MATTERS:**

4.    Second Amended Application of the Debtors for the Entry of an Order Pursuant to 11 U.S.C. §327(d) Authorizing Employment of Nelson Mullins Riley & Scarborough, L.L.P. as Special Counsel to the Debtors [Filed: 8/22/05] (Docket No. 9236)

Related Documents:

a.    [Proposed] Order Authorizing Debtors to Expand Scope of Employment of Nelson Mullins Riley & Scarborough, L.L.P. as Special Counsel [Filed: 8/22/05] (Docket No. 9236)

b.    Certification of Counsel re: Docket No. 9236 [Filed: 9/14/05] (Docket No. 9431)

Response Deadline: September 9, 2005 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No objections to the Application were received. The Debtors have filed the above Certification of Counsel submitting a revised proposed order. The Debtors respectfully request the entry of the revised proposed order.

91100-001\DOCS_DE:111679.1

5.    Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Foley Hoag LLP as Special Environmental Counsel for the Debtors [Filed: 8/22/05] (Docket No. 9237)

Related Documents:

a.    [Proposed] Order Authorizing the Debtor to Employ Foley Hoag LLP as Special Environmental Counsel to the Debtors [Filed: 8/22/05] (Docket No. 9237)

b.    Certification of No Objection Regarding Docket No. 9237 [Filed: 9/12/05] (Docket No. 9396)

Response Deadline: September 9, 2005 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the application.

**CONTESTED MATTERS:**

6.    Certain Insurers' Motion for Access to Exhibits to 2019 Statements [Filed: 9/6/05] (Docket No. 9341)

Related Documents:

a.    [Proposed] Order Granting Access to Exhibits to Statements Pursuant to Fed. R. Bankr. P. 2019 [Filed: 9/6/05] (Docket No. 9341)

Response Deadline: September 16, 2005 at 4:00 p.m.

Responses Received:

a.    Maryland Casualty Company's Joinder in Certain Insurers Motion for Access to 2019 Statements [Filed: 9/16/05] (Docket No. 9441)

b.    Baron & Budd P.C.'s and Silber Pearlman LLP's Response in Opposition to Certain Insurers' Motion for Access to Exhibits to 2019 Statements [Filed: 9/16/05] (Docket No. 9443)

c.    Reaud, Morgan & Quinn, Inc.'s and Environmental Litigation Group's Response in Opposition to Certain Insurers' Motion for Access to Exhibits to 2019 Statements [Filed: 9/16/05] (Docket No. 9445)

d.  Objection of the Official Committee of Asbestos Personal Injury Claimants to the Certain Insurers' Motion for Access to Exhibits to 2019 Statements [Filed: 9/16/05] (Docket No. 9449)

Status: This matter will be going forward.


## QUARTERLY FEE APPLICATIONS

7.  Sixteenth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2005 through March 31, 2005.

Related Documents:

a.  Certification of Counsel Regarding Sixteenth Quarter Project Category Summary for the Sixteenth Interim Fee Period and Certain Prior Amounts [Filed: 9/15/05] (Docket No. 9439)

b.  Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Sixteenth Period and Certain Prior Amounts [Filed: 9/15/05] (Docket No. 9438)

Status:  This matter will be going forward.


## CONTESTED MATTERS:

8.  Debtors' Motion for an Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 7/25/05] (Docket No. 9062)

Related Documents:

a.  [Proposed] Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 7/25/05] (Docket No. 9062)

Response Deadline: August 12, 2005, at 4:00 p.m. *(extended until August 16, 2005, at 4:00 p.m. for the General Unsecured Creditors Committee and the PD Committee)*

Responses Received:

a.  Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Approving the Settlement Agreement with Intercat, Inc. [Filed: 8/16/05] (Docket No. 9194)

Status:  This matter is continued to the October 24, 2005 omnibus hearing.

5

## CLAIMS OBJECTIONS:

9.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
      (Docket No. 5527)

      Response Deadline: June 4, 2004, at 4:00 p.m.

      Responses Received: Unresolved Responses to this matter are listed on the attached
      Exhibit A.

      Status: To the extent any remaining disputed claims are resolved prior to the hearing, the
      Debtors will present an order regarding the same at the hearing.  A hearing on all
      unresolved disputed claims will be continued to the omnibus hearing on October 24,
      2005, at 12:00 p.m.

10.   Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 01/12/05] (Docket
      No. 7545)

      Response Deadline: February 11, 2005, extended to February 25, 2005, at 4:00 p.m.

      Responses Received:  Unresolved Responses to this matter are listed on the attached
      Exhibit B.

      Status: To the extent any remaining disputed claims are resolved prior to the hearing, the
      Debtors will present an order regarding the same at the hearing.  A hearing on all
      unresolved disputed claims will be continued to the omnibus hearing on October 24,
      2005, at 12:00 p.m.

11.   Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) [Filed:
      5/18/05] (Docket No. 8466)

      Response Deadline: June 10, 2005, at 4:00 p.m.

      Responses Received:  Unresolved Responses to this matter are listed on the attached
      **Exhibit C.**

      a.    Debtors' Motion for Leave to File Debtors' Reply to Response of Mark C. Barnett
            to the Eleventh Omnibus Objection to Claims [Filed: 9/9/05] (Docket No. 9371)

            i.    Debtors' Reply to Response of Mark C. Barnett to the Eleventh Omnibus
                  Objection to Claims [Filed: 9/9/05] (Docket No. 9371)

      Status: A hearing regarding the claim of Mark C. Barnett (claim no. 2107) will go
      forward.  To the extent any remaining disputed claims are resolved prior to the hearing,
      the Debtors will present an order regarding the same at the hearing.  A hearing on all
      other unresolved disputed claims will be continued to the omnibus hearing on October

24, 2005, at 12:00 p.m.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

12.   Status Report regarding:

     a.   Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed by the Law Firm Speights & Runyan [Filed: 9/1/05] (Docket No. 9311) [A hearing on this matter is scheduled for October 24, 2005]

     b.   Other PD Issues.

13.   Debtors' Twelfth Omnibus Objection to Certain Claims Filed By the Law Firm of Speights & Runyan (Non-Substantive) [Filed: 6/17/05] (Docket No. 8640)

Related Documents:

     a.   Certification of Counsel Regarding Certain Matter With Speights & Runyan, Including Discovery [Filed: 9/9/05] (Docket No. 9381)

Response Deadline: July 28, 2005, at 4:00 p.m.

Responses Received:

     a.   Response of Speights & Runyan to the Debtors' Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm of Speights & Runyan [Filed: 7/28/05] (Docket No. 9106)

Replies Received:

     a.   Debtors' Motion for Leave to File a Reply in Support of Their Twelfth Omnibus Objection to Certain Unauthorized Claims Filed By the Law Firm of Speights & Runyan [Filed: 8/19/05] (Docket No. 9206)

          i.   Debtors' Reply in Support of Their Twelfth Omnibus Objection to Certain Claims Filed By the Law Firm Speights & Runyan [Filed: 8/19/05] (Docket No. 9206, Exhibit 1)

Status: To the extent necessary, a hearing on this matter will be going forward.

7

14.    Motion of Speights & Runyan to Quash Subpoena [Filed: 7/15/05] (Docket No. 9002)

Related Documents:

a.    [Proposed] Order Granting Motion of Speights & Runyan to Quash Subpoena [Filed: 7/26/05] (Docket No. 9002)

Objection Deadline: August 5, 2005 at 4:00 p.m.

Objections Received:

a.    Debtors' Opposition to Speights & Runyan's Motion to Quash and Supplemental Motion to Quash Subpoena [Filed: 8/5/05] (Docket No. 9141)

Status:    To the extent necessary, a hearing on this matter will be going forward.

15.    Supplemental Motion of Speights & Runyan to Quash Subpoena Commanding Appearance at Deposition or in the Alternative for Protective Order [Filed: 7/26/05] (Docket No. 9070)

Related Documents:

a.    [Proposed] Order Granting Supplemental Motion of Speights & Runyan to Quash Subpoena Commanding Appearance at Deposition or in the Alternative for Protective Order [Filed: 7/26/05] (Docket No. 9070)

Objection Deadline: August 22, 2005 at 4:00 p.m.

Objections Received:

a.    Debtors' Opposition to Speights & Runyan's Motion to Quash and Supplemental Motion to Quash Subpoena [Filed: 8/5/05] (Docket No. 9141)

Status:    To the extent necessary, a hearing on this matter will be going forward.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

16.    Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys [Filed: 9/9/05] (Docket No. 9382)

91100-001\DOCS_DE:111679.1

Related Documents:

a.    Debtors' Motion For Leave From This Court's November 5, 2004 Scheduling
      Order and to Shorten Notice Period of Debtors' Emergency Motion for Leave to
      Take Discovery of Claimants' Attorneys [Filed: 9/9/05] (Docket No. 9383)

b.    [Signed] Order Setting Status Conference [Filed: 9/16/05] (Docket No. 9444)

Proposed Response Deadline:   September 21, 2005, at 12:00 p.m.

**Responses Received to Docket No. 9383:**

a.    Reaud, Morgan & Quinn, Inc.'s Response In Opposition to Debtors' Motion (i)
      for Leave from November 5, 2004, Scheduling Order, and (ii) to Shorten Notice
      Period of Debtors' Emergency Motion for Leave to Take Discovery of Claimants'
      Attorneys [Filed: 9/14/05] (Docket No. 9423)

b.    Baron & Budd, P.C.'s Response in Opposition to Debtors' Motion (i) for Leave
      From November 5, 2004, Scheduling Order, and (ii) to Shorten Notice Period of
      Debtors' Emergency Motion for Leave to Take Discovery of Claimants'
      Attorneys [Filed: 9/14/05] (Docket No. 9424)

c.    Silber Pearlman LLP's Response in Opposition to Debtors' Motion (i) for Leave
      From November 5, 2004, Scheduling Order, and (ii) to Shorten Notice Period of
      Debtors' Emergency Motion for Leave to Take Discovery of Claimants'
      Attorneys [Filed: 9/14/05] (Docket No. 9426)

d.    **Objection of the Official Committee of Asbestos Personal Injury Claimants
      to the Debtors' Motion for Leave From This Court's November 5, 2004
      Scheduling Order and to Shorten Notice Period of Debtors' Emergency
      Motion for Leave to Take Discovery of Claimant's Attorneys [Filed: 9/21/05]
      (Docket No. 9480)**

**Responses Received to Docket No. 9382:**

a.    **Objection to Debtors' Emergency Motion for Leave to Take Discovery of
      Claimants' Attorneys [Filed: 9/21/05] (Docket No. 9476)**

b.    **Chris Parks, P.C.'s Response to Debtors' Emergency Motion for Leave to
      Take Discovery of Claimants' Attorneys [Filed: 9/21/05] (Docket No. 9477)**

      (i.)   **[Proposed] Order Denying Debtors' Emergency Motion for Leave to
             Take Discovery of Claimants' Attorneys [Filed: 9/21/05] (Docket No.
             9477)**

<u>Status:</u>  **This matter will go forward as a status conference.**

17.  Appointment of PI Discovery Mediator

<u>Related Documents</u>

a.  Certification of Counsel Regarding Appointment of Mediator to Facilitate Settlement of any Discovery Disputes That May Arise in the Asbestos Personal Injury Estimation [Filed: 8/26/05] (Docket No. 9253)

b.  [Signed] Order Appointing Mediator and Requiring Certain Action [Filed: 9/13/05] (Docket No. 9401)

<u>Status:</u>  A status report on this matter will go forward.


18.  Status Report on Estimation of Asbestos PI Claims Generally


**<u>ADDITIONAL PD MATTERS</u>**

19.  Motion of the Official Committee of Asbestos Property Damage Claimants to Strike Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims or, in the Alternative, for Extension of Time for Responses Thereto [Filed: 9/14/05] (Docket No. 9432)

<u>Related Documents:</u>

a.  [Proposed] Order [Filed 9/14/05] (Docket No. 9432)

b.  Emergency Motion to Set the PD Committee's Motion to Strike for Hearing at the September 26, 2005 Omnibus Hearing [Filed: 9/16/05] (Docket No. 9447)

   (i)  [Proposed] Order Granting Emergency Motion to Set the PD Committee's Motion to Strike for Hearing at the September 26, 2005 Omnibus Hearing [Filed: 9/16/05] (Docket No. 9447)

<u>Response Deadline:</u> October 7, 2005 at 4:00 p.m. *(The Debtors have requested an objection deadline of September 21, 2005 at 4:00 p.m.)*

**<u>Responses Received to Docket No. 9447:</u>**

a.  **Response of All Asbestos Property Damage Claimants Represented By Dies & Hile, L.L.P. in Opposition to Debtors' Emergency Motion to Set the PD Committee's Motion to Strike for Hearing at the September 26, 2005**

10

Omnibus Hearing [Filed: 9/19/05] (Docket No. 9459)

b.    **Objection of the Official Committee of Asbestos Property Damage Claimants to the Debtors' Emergency Motion to Set the PD Committee's Motion to Strike for Hearing at the September 26, 2005 Omnibus Hearing [Filed: 9/20/05] (Docket No. 9466)**

**Responses Received to Docket No. 9432:**

a.    Joinder By All Asbestos Property Damage Claimants Represented By Dies & Hile, L.L.P. to the Motion of the Official Committee of Asbestos Property Damage Claimants to Strike Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims or, in the Alternative, for Extension of Time for Responses Thereto [Filed: 9/15/05] (Docket No. 9437).

**Orders Entered:**

a.    **[Signed] Order (Revisions By the Court) Denying Motion of the Official Committee of Asbestos Property Damage Claimants to Strike Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims or, in the Alternative, for Extension of Time for Responses Thereto [Filed: 9/21/05] (Docket No. 9473)**

b.    **[Signed] Order (Revisions By the Court) Denying the Debtors' Emergency Motion to Set the PD Committee's Motion to Strike for Hearing at the September 26, 2005 Omnibus Hearing [Filed: 9/21/05] (Docket No. 9474)**

**Status:  This matter will not go forward.  The Court has entered orders disposing of this matter.**

20.    The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board's Emergency Motion for Enlargement of Time Pursuant to F.R.B.P., Rule 9006 to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/14/05] (Docket No. 9429)

Related Documents:

a.    [Proposed] Order Granting The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board's Emergency Motion for Enlargement of Time Pursuant to F.R.B.P., Rule 9006 to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/14/05] (Docket No. 9429)

11

b.    [Signed] Order Granting The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board's Motion to Shorten and Limit Notice and for Expedited Consideration of Their Emergency Motion for Enlargement of Time Pursuant to F.R.B.P., Rule 9006 to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/15/05] (Docket No. 9433)

Response Deadline: September 21, 2005 at 4:00 p.m.

**Responses Received:**

**a.    Debtors' Limited Objection to Emergency Motion of the Roman Catholic Church Archdiocese of New Orleans et al. for an Extension of Time to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) [Filed: 9/21/05] (Docket No. 9479)**

Status: This matter will go forward.

21.    Application of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 [Filed: 9/12/05] (Docket No. 9384)

Related Documents:

a.    [Proposed] Order Authorizing the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel [Filed: 9/12/05] (Docket No. 9384, Exhibit A)

b.    Amended Affidavit of C. Alan Runyan in Support of Application of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 [Filed: 9/13/05] (Docket No. 9415)

c.    [Signed] Modified Order Granting Motion to Shorten Notice [Filed: 9/12/05] (Docket No. 9393)

**d.    Affidavit (Second Amended) of C. Alan Runyan in Support of Application of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 [Filed: 9/22/05] (Docket No. 9487)**

Response Deadline: September 19, 2005 at 4:00 p.m.

<u>Responses Received:</u>

a.   Debtors' Objection to Application of the Official Committee of Asbestos Property
     Damage Claimants to Retain Special Counsel [Filed: 9/19/05] (Docket No. 9455)

<u>Status:</u> This matter will go forward.

Dated: September 22, 2005          KIRKLAND & ELLIS LLP
                                   David M. Bernick P.C.
                                   Janet S. Baer
                                   Jonathan Friedland
                                   Lori Sinanyan
                                   200 East Randolph Drive
                                   Chicago, IL 60601
                                   Telephone: (312) 861-2000
                                   Facsimile: (312) 861-2200

                                   -and-

                                   PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                   & WEINTRAUB P.C.

                                   _James E O'Neill_____
                                   Laura Davis Jones (Bar No. 2436)
                                   James E. O'Neill, III (Bar No. 4042)
                                   919 North Market Street, 16th Floor
                                   P.O. Box 8705
                                   Wilmington, DE 19899-8705 (Courier 19801)
                                   Telephone: (302) 652-4100
                                   Facsimile: (302) 652-4400

                                   Co-Counsel for Debtors and Debtors in Possession

13