# EXHIBIT B

W.R. Grace Co., Inc.
Responses to the Debtors' Eighth Omnibus Objection to Proofs of Claim

| Creditor Filing Response | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| National Union | None | 9553 | $46,971,746.00 | S | Duplicate of Claim No. 9554 | Expunge | Continue to the October 24, 2005 Omnibus Hearing. |

Eighth Omni Response Status Schedule 9.19.05.xls

Page 1