IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 23rd day of September, 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Certification of Counsel Regarding Proposed Case Management Order for the Adjudication of the Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By the Law Firm of Speights & Runyan (Substantive)**

_____
Karina Yee

Sworn to and subscribed before
me this 23rd day of September, 2005

_____
Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

| Recipient | Party | Facsimile |
|---|---|---|
| David M. Klauder, Esq. | U.S. Trustee | 302-573-6497 |
| Mr. Mark Shelnitz | Debtor | 410-531-4545 |
| James H.M. Sprayregen, P.C.<br>Janet Baer, Esq. | Counsel to the Debtors | 312-861-2200 |
| Mark D. Collins, Esq.<br>Deborah E. Spivack, Esq. | Counsel to Chase Manhattan Bank | 302-651-7701 |
| J. Douglas Bacon, Esq. | Counsel to the DIP Lender | 312-993-9767 |
| Steven M. Yoder, Esq. | Counsel to the DIP Lender | 302-658-6395 |
| Lewis Kruger, Esq. | Counsel to the Official Committee of Unsecured Creditors | 212-806-6006 |
| William S. Katchen, Esq. | Counsel to the Official Committee of Unsecured Creditors | 973-424-2001 |
| Michael R. Lastowski, Esq. | Counsel to the Official Committee of Unsecured Creditors | 302-657-4901 |
| Philip Bentley, Esq. | Counsel to the Official Committee of Equity Security Holders | 212-715-8000 |
| Teresa K.D. Currier, Esq. | Counsel to the Official Committee of Equity Security Holders | 302-552-4295 |
| Elihu Inselbuch, Esq.<br>Rita C. Tobin, Esq. | Counsel to the Official Committee of Asbestos Personal Injury Claimants | 212-644-6755 |
| Peter Van N. Lockwood, Esq.<br>Albert G. Lauber, Esq.<br>Nathan D. Finch, Esq.<br>Julie W. Davis, Esq.<br>Trevor W. Swett, Esq. | Counsel to the Official Committee of Asbestos Personal Injury Claimants | 202-429-3301 |
| Mark T. Hurford, Esq.<br>Marla Rosoff Eskin, Esq.<br>Matthew G. Zaleski, III, Esq. | Counsel to the Official Committee of Asbestos Personal Injury Claimants | 302-426-9947 |
| Scott L. Baena, Esq. | Counsel to the Official Committee of Asbestos Property Damage Claimants | 305-374-7593 |
| Michael B. Joseph, Esq. | Counsel to the Official Committee of Asbestos Property Damage Claimants | 302-575-1714 |
| Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Matthew W. Cheney, Esq. | Counsel to David T. Austern as Future Claimants' Representative | 202-424-7643 |
| John C. Phillips, Jr., Esq. | Counsel to David T. Austern as Future Claimants' Representative | 302-655-4210 |
| Daniel A. Speights, Esq. | | 803-943-4599 |
| Christopher D. Loizides, Esq.<br>Michael J. Joyce, Esq. | | 302-654-0728 |