IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No.: 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 9311** |

**CERTIFICATION OF COUNSEL RE DEBTORS' THIRTEENTH
OMNIBUS OBJECTION TO 2,937 UNAUTHORIZED CLAIMS
FILED BY THE LAW FIRM OF SPEIGHTS & RUNYAN (SUBSTANTIVE)**

The undersigned hereby certifies as follows:

1. On September 9, 2005, the Court directed the Debtors and Speights & Runyan ("S&R") to submit a proposed Case Management Order setting out an orderly process for the disposition of the Debtors' Thirteenth Omnibus Objection, and if the parties could not agree, to submit separate proposed Case Management Orders by September 23, 2005.

2. Despite numerous conferences, the parties have not been able to agree on a proposed form of Order, and S&R has prepared a proposed form of Order which is attached hereto.

3. Accordingly, S&R respectfully requests that the Court entered the proposed form of Order attached hereto.

DATED: September 23, 2005

_____
Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728

- and -

2

>
> Daniel A. Speights, Esq. (SC Bar No. 4252)
> Marion C. Fairey, Jr., Esq. (SC Bar No. 6101)
> SPEIGHTS & RUNYAN
> 200 Jackson Avenue East
> P.O. Box 685
> Hampton, SC 29924-0685
> Telephone:    (803) 943-4444
> Facsimile:    (803) 943-4599