IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 23rd day of September 2005, I caused true and correct copies of the foregoing **Certification of Counsel Re Debtors' Thirteenth Omnibus Objection to 2,937 Claims Filed by the Law Firm of Speights & Runyan (Substantive) [Docket No. 9311]** to be served on the parties listed on the attached service list, as indicated thereon.

DATED: September 23, 2005

_____
Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

**SERVICE LIST**

**VIA FACSIMILE**

Janet S. Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
**Fax: (312) 861-2200**
*Co-counsel for Debtors*

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 No. Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705
**Fax: (302) 652-4400**
*Co-counsel for Debtors*

Lewis Kruger, Esquire
Stroock Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
**Fax: 212-806-6006**
*Co-counsel for Official Committee of Unsecured Creditors*

Michael Lastowski, Esquire
Duane Morris & Heckscher, LLP
1100 No. Market Street, Suite 1200
Wilmington, DE 19801-1246
**Fax: (302) 657-4901**
*Co-counsel for Official Committee of Unsecured Creditors*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 So. Biscayne Blvd., Suite 2500
Miami, FL 33131
**Fax: (305) 374-7593**
*Co-counsel for Official Committee of Property Damage Claimants*

Michael B. Joseph, Esquire
Ferry & Joseph, PA
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
**Fax: (302) 575-1714**
*Co-counsel for Official Committee of Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
**Fax:    (212) 644-6755**
*Co-counsel for Official Committee of Personal Injury Claimants*

Marla Eskin, Esquire
Cambpell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801
**Fax:    (302) 426-9947**
*Co-counsel for Official Committee of Personal Injury Claimants*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
**Fax:    (212) 715-8000**
*Co-counsel for the Official Committee of Equity Holders*

Theresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
**Fax:    (302) 552-4220**
*Co-counsel for the Official Committee of Equity Holders*

Richard H. Wyron, Esquire
Swidler Berlin Shereff & Friedman, LLP
3000 "K" Street, NW, Suite 300
Washington, DC 20007
**Fax:    (202) 424-7643**
*Co-counsel for Future Claimants' Representative*

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, PA
1200 No. Broom Street
Wilmington, DE 19806
**Fax:    (302) 655-4210**
*Co-counsel for Future Claimants' Representative*

David Klauder, Esquire
Office of the United States Trustee
844 No. King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
**Fax:    (302) 573-6497**