# EXHIBIT B

# Diane Potts

**From:** James O'Neill
**Sent:** Friday, September 23, 2005 9:58 PM
**To:** Diane Potts
**Subject:** FW: Spreadsheet regarding Debtors 15th Omnibus Objection to Claims



Grace Objection Summary 2005 n

```
Janet
Baer/Chic
ago/Kirkl                                    To
and-Ellis            Daniel Speights,
                     tjb@brandilaw.com,
09/07/200            mwdies@aol.com,
5 04:57              peter.lee@bnsf.com,
PM                   raohalloran@bwhllc.com,
                     Scott Baena, Jay
                     Sakalo, Arlene Krieger,
                     Ken Pasquale, Lewis
                     Kruger, Peter Lockwood,
                     Mark Hurford, Nate
                     Finch, Richard H.
                     Wyron, Gary Becker,
                     Philip Bentley, David
                     Klauder, David
                     Carickhoff, Laura Davis
                     Jones, Roger Frankel
                                             cc
                     Michelle
                     Browdy/Chicago/Kirkland
                     -Ellis@K&E, Jonathan
                     Friedland/Chicago/Kirkl
                     and-Ellis@K&E,
                     Salvatore
                     Bianca/Chicago/Kirkland
                     -Ellis@K&E
                                        Subject
                     Spreadsheet regarding
                     Debtors 15th Omnibus
                     Objection to Claims
```

Dear Counsel:

The Debtors records show that you are either :(1) counsel representing more than 100 claimants who have filed asbestos property damage claims in the Grace chapter 11 cases; or (2) other key counsel in the Grace chapter 11 cases. As you know, on September 1, 2005, the Debtors filed their 15th Omnibus Objection to the

1

Asbestos Property Damage Claims. The exhibits to that Omnibus Objection are voluminous and have been sent to all of you via e-mail and on CD. Attached please find a spreadsheet that the Debtors have had our claims consultant prepare that we believe will be helpful to you in reviewing the objections and the voluminous exhibits. It is arranged by claim number and is a checklist of each and every objection that has been lodged with respect to each and every claim. The claim number is listed in the "deemNbr" column. The number of different objection categories that pertain to each claim are listed in the "total" column. The "deemid "column is an internal BMC number. The "A-1" etc. columns pertain to the exhibits filed with the Objection.

We will also submit a copy of this spreadsheet to the court for its convenience and are happy to make it available to any other interested parties who request it.

If you have any questions, please do not hesitate to contact me. Jan



(See attached file: Grace Objection Summary 2005 09 04.pdf)

Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601
<font size=2 face="monospace,courier">
************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************
</font>

2