**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | |
| | ) | Related to: 9279 |
| | ) | |
| | ) | **No Order Required** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 9279

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Verified Application of The Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from May 1, 2005 through May 31, 2005 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Application, objections were to be filed no later than September 19, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay $449.60[1] upon the filing of this certification and without the need for entry of a Court order approving the application.

---

[1] The aggregate total is a result of the addition of 80% of the fees sought ($562.00) or $449.60, and 100% of the expenses sought (none for this month) during the time frame of May 1, 2005 through May 31, 2005.

1

2

| | |
|---|---|
| Dated: September 26, 2005 | BUCHANAN INGERSOLL PC |
| | |
| | */s/ William David Sullivan* |
| | William D. Sullivan (# 2820) |
| | The Nemours Building |
| | 1007 N. Orange Street, Suite 1110 |
| | Wilmington, DE 19801 |
| | (302) 428-5500 |
| | |
| | -and- |
| | |
| | Darrell W. Scott, Esq.. |
| | The Scott Law Group, P.S. |
| | 926 W. Sprague Avenue, Suite 583 |
| | Spokane, WA  99201 |
| | Phone: (509) 455-3966 |
| | FAX: (509) 747-3906 |
| | |
| | ADDITIONAL SPECIAL COUNSEL FOR ZAI CLAIMANTS |

## **CERTIFICATE OF SERVICE**

    I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Certificate of No Objection Regarding Docket No. 9279* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

    I certify the foregoing to be true and correct under the penalty of perjury

Dated: September 26, 2005                                        */s/ William D. Sullivan*
                                                                                       William D. Sullivan

**SERVICE LIST**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Mark Hurford
Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

2

| | |
|---|---|
| Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY  10022 | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005 |
| Teresa K.D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 | Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022 |
| Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Lockbox 35<br>Wilmington, DE  19801 | Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 |
| James J. Restivo, Jr., Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA  15219-1886 | William J.A. Sparks, Esquire<br>W.R. Grace & Company<br>919 N. Market, Suite 460<br>Wilmington, DE  19899 |
| Warren H. Smith<br>Warren H. Smith and Associates<br>325 N. St. Paul, Suite 4080<br>Dallas, TX 75201 | |