# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 9315 |
| | ) | |
| | ) | |

## ORDER

AND NOW, to wit, this 19 day of Sept, 2005, the Court having heard and considered the Motion of the Official Committee of Asbestos Property Damage Claimants to Strike Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims or, in the Alternative, for Extension of Time for Responses Thereto (the "Motion"), IT IS HEREBY ORDERED as follows:

1. The Motion is ~~GRANTED~~ DENIED.

2. The Debtors' Fifteenth Omnibus Objection to Asbestos Property Damage Claims (Docket No. 9315) is ~~hereby~~ not stricken. However, on or before Sept. 26, 2005, Debtor shall file a chart identifying: the claimant, the claim number, the building and location, counsel for the claimant (if known, and if not known, so stating), a specification of the objections applicable to each claim/claimant (see below) by code number, and a specification of which exhibits relate to the objection.

3. On or before Sept. 26, 2005, Debtor shall file a chart or list specifying subject matter of each objection, together with a code number for each subject matter area. The code number shall be included on the chart ordered in ¶ 2 above as to each claim/claimant against

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

which it will be asserted.

4. The charts and lists ordered in ¶'s 2 & 3 above shall be prepared in spread sheet, text searchable format. A C.D. and, where possible, e-mail, text searchable version shall be served upon each claimant. Service on counsel to the claimants who are represented shall constitute service on the claimant. Only the .pdf version need be filed with the court.

5. To the extent that the 15th Omnibus Objection to Claims proves unmanageable, the court will address requests to bifurcate this omnibus into separate "batches" or docket entries.

6. Responses to the 15th Omnibus shall be filed and served by October 24, 2005. Replies shall be filed & served by October 31, 2005. Surreplies shall be filed & served by November 4, 2005. Late filings will not be considered. Each response, reply and surreply shall address ONLY the matters not previously addressed and shall include all exhibits, affidavits and documents supporting the response/reply/surreply, in separately attached and labeled exhibits. Each response/reply/surreply shall include in the caption the claim number and claimants' name, and building/location.

7. The Oct. 24 omnibus hearing shall be a status conference. The hearing shall begin on November 14, 2005.   JKFitzgerald