**SIGN-IN SHEET**

CASE NAME: WR Grace

CASE NO.: 01-1139

COURTROOM NO.: 5

DATE: 9/26/05

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard L. Schepacarter | UST | UST |
| Nate Eskin | Campbell levin | Asbestos PI Claimants Committee |
| Glen C. Esserman | Stutzman Bromberg Esserman et al | Brown + Bull + Wood, Kazan |
| Ken Pasquale | Stroock | VCC |
| Gary M. Becker | Kramer Levin Naftalis & Frankel LLP | Equity Committee |
| Marc Cararino | Wildman Harrold | ACE Insurance |
| Aynha Manuluy | Alan Wyrum + Wyrum Sih | PD Claimants |
| Brunspeak | | |
| Steven M. Ziolkowski, Esq. | Lowenstein Sandler PC | Hissey, Kientz + Herron |
| Jeffrey Wisler | Connolly Bove | Maryland Casualty / Zurich |
| Noel C. Burnham | Montgomery McCracken | Certain Canadian Claimants |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| Alan Runyan | Speights + Runyan | PD Claimants |
| James Bax | R+E | Debtor |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

SIGN-IN SHEET

CASE NAME: _____

CASE NO.: _____

COURTROOM NO.: _____

DATE: _____

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michelle Browdy | K + E | Debtor |
| Richard Finke | Grace | Debtor |
| Barbra Hardin | K & E | " |
| Amanda Basta | " | " |
| Janis E O'Neill | " | " |
| Jay Sakalo | B/Zylin | Debtor |
| Matt Kramer | " | PD Committee |
| Alan Landis | Landis Rath & Cobb | Campbell Cherry Hanson Davis Dove |
| Joseph Frank | Geluer & Frank | " |
| Jennifer L Scoliard | KIRK HARRISON | DK Acquisition et al. |
| Eve Wolfe | Smith Katzenstein Furlow | RMG - 2 L6 |
| Michael Brown | Parker Poel Adams & Ketch | Anderson Sexton |
| JEFFREY LIESEMER | Caplin & Drysdale | Asbestos Claimants Comm. |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

# SIGN - IN SHEET

CASE NAME: WR Grace

CASE NO.:

COURTROOM NO.:

DATE:

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|--------------------|--------------------|
| Mary K Warren | Linklaters | London Market |
| Daniel Glosband | Goodwin Procter | eQ Continental Cas Co. |
| Stefano Ctoyia | Cuyler Burk | Allstate |
| Michael S Davis | Zeichner Ellman & | AIG Member Companies |
| Elizabeth DeCristofaro | Ford Marrin | Anglinello Cas. Co |
| Zach Cohn | Capuit & O'Brien | Federal |
| Leonard P. Goldberger | Stevens & Lee | Firemans Fund |
| Lisa Carmichael | White & Williams | ACE |
| Elizabeth Power | Zuckerman Spaeder | London Market Insurers |
| Daniel K. Hogan | The Hogan Firm | Unsecured Trade of State Party |
| Rich Wynon | Snidler Berlin | Futures Rep |
| Jack Phillips | Phillips Goldman & Spence | " " |
| | | " " |

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

Court Conference

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Calendar Date: 09/26/2005

Calendar Time: 12:00 PM

Honorable Judith Fitzgerald (Visiting)

Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123190 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Listen Only / Everest Reinsurance Co. & McKinley Ins. Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123197 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123214 | Andrea Johnson | 312-861-3267 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123242 | Brian Stansbury | 202-879-5969 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123399 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | ZAI Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123554 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause | AIG |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123605 | Darrell Scott | 509-455-3966 | Scott Law Group | Asbestos Property Damage Committee |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123813 | Van J. Hooker | 214-569-4900 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123862 | Robert T. Brousseau | 214-569-4900 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1123892 | Monique Almy | 202-424-7589 | Swidler Berlin (903126) | David Austern |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1124213 | Barbara Seniawiski | 212-455-3835 | Simpson Thacher & Bartlett LLP (9040 | Listen Only / Travelers Casualty Insurance |
| | | W. R. Grace & Co | 01-01139 | Hearing | 1124555 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Plifk | Baron & Budd P.C., et al |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1124966 | Warren H. Smith | 214-698-3868 | Warren H. Smith & Associates, P.C. | Fee Auditor |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1125410 | William Sparks | 302-652-5340 | W.R. Grace & Co. | Listen Only / W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1118016 | John O'Connell | 212-583-5877 | The Blackstone Group | Financial Advisor, The Blackstone Group |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1120656 | Scott L. Baena | 305-375-6156 | Bilzin, Sumberg, Baena, Price & Axelrod | Official Committee of Asbestos Property Damage Claimants |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1120886 | Joseph Radecki | 212-885-4302 | Swidler Berlin LLP (903126) | Future Claimants Reps. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1120892 | Jonathan Brownstein | 212-885-4302 | Swidler Berlin LLP (903126) | Future Claimants Reps. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1121866 | Paul J. Norris | 410-531-4404 | W.R. Grace & Co. | Debtor, W. R. Grace & Co. |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1122824 | March Coleman | 202-429-8073 | Steptoe & Johnson LLP | U.S. Fire Insurance Company |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1122829 | Sarah Edwards | 212-490-3000 ext. 2133 | Wilson, Elser, Moskowitz, Edelman & D | Listen Only / Royal |
| W. R. Grace & Co. | 01-01139 | Hearing | 1122839 | Martin Dies | 409-883-4394 | Dies, Henderson & Carona | Asbestos Property Damage Committee |
| W. R. Grace & Co. | 01-01139 | Hearing | 1122840 | Allyn Danzeisen | 305-374-7580 | Bilzin, Sumberg, Baena, Price & Axelrod | Property Damage Claimants |
| W. R. Grace & Co. | 01-01139 | Hearing | 1122850 | Sean Walsh | 202-973-9381 | LECG | Listen Only / Property Damage Claimants |
| W. R. Grace & Co. | 01-01139 | Hearing | 1123030 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis, LLP | Debtor, W. R. Grace & Co. |
| W. R. Grace & Co. | 01-01139 | Hearing | 1123035 | Ian P. Cloud | 713-650-1200 | Heard, Robins, Cloud, Lubel & Greenwoo | Heard, Robins, Cloud, Lubel & Greenwood LLP |
| W. R. Grace & Co. | 01-01139 | Hearing | 1123042 | Joseph Schwartz | 973-538-0800 ext. 8506 | Riker, Danzig, Scherer, Hyland & Perret | Asbestos Property Damage Committee |
| W. R. Grace & Co. | 01-01139 | Hearing | 1123049 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Listen Only / Libby Claimants |
| W. R. Grace & Co. | 01-01139 | Hearing | 1123160 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, P.C | Everest Reinsurance Co. & McKinley Ins. Co. |
| W. R. Grace & Co. | 01-01139 | Hearing | 1123182 | Michael Dierkes | 312-861-2353 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. |
| W. R. Grace & Co. | 01-01139 | Hearing | 1123186 | Jonathan Friedland | 312-861-2000 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. |