# Exhibit A

## W.R. Grace - 16th Interim (January - March 2005)
## Fee and Expense Chart with Recommendations
### Exhibit A-1

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8482 | $2,400.00 | $0.00 | $2,400.00 | $0.00 |
| Total: | $2,400.00 | $0.00 | $2,400.00 | $0.00 |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9264 | $124,000.00 | $6,161.11 | $124,000.00 | $6,161.11 |
| Total: | $124,000.00 | $6,161.11 | $124,000.00 | $6,161.11 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9177 | $188,426.00 | $7,065.88 | $188,426.00 | $7,065.88 |
| Total: | $188,426.00 | $7,065.88 | $188,426.00 | $7,065.88 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9104 | $305,673.25 | $15,724.88 | $304,995.75 | $15,638.79 |
| Total: | $305,673.25 | $15,724.88 | $304,995.75 | $15,638.79 |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8509 | $525,000.00 | $4,106.79 | $525,000.00 | $4,106.79 |
| Total: | $525,000.00 | $4,106.79 | $525,000.00 | $4,106.79 |

| BUCHANAN INGERSOLL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9187 & #9188 | $38,544.00 | $8,847.96 | $38,544.00 | $8,847.96 |
| Total: | $38,544.00 | $8,847.96 | $38,544.00 | $8,847.96 |

W.R. Grace - 16[b] Interim (January - March 2005)
Fee and Expense Chart with Recommendations
Exhibit A-1

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| # 8482 | $2,400.00 | $0.00 | $2,400.00 | $0.00 |
| Total: | $2,400.00 | $0.00 | $2,400.00 | $0.00 |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9264 | $124,000.00 | $6,161.11 | $124,000.00 | $6,161.11 |
| Total: | $124,000.00 | $6,161.11 | $124,000.00 | $6,161.11 |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9177 | $188,426.00 | $7,065.88 | $188,426.00 | $7,065.88 |
| Total: | $188,426.00 | $7,065.88 | $188,426.00 | $7,065.88 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9104 | $305,673.25 | $15,724.88 | $304,995.75 | $15,638.79 |
| Total: | $305,673.25 | $15,724.88 | $304,995.75 | $15,638.79 |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8509 | $525,000.00 | $4,106.79 | $525,000.00 | $4,106.79 |
| Total: | $525,000.00 | $4,106.79 | $525,000.00 | $4,106.79 |

| BUCHANAN INGERSOLL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9187 & #9188 | $38,544.00 | $8,847.96 | $38,544.00 | $8,847.96 |
| Total: | $38,544.00 | $8,847.96 | $38,544.00 | $8,847.96 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8429 | $74,942.00 | $6,554.54 | $74,942.00 | $6,554.54 |
| Total: | $74,942.00 | $6,554.54 | $74,942.00 | $6,554.54 |

| CAPLIN AND DRYSDALE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8430 | $112,894.50 | $9,358.61 | $112,662.50 | $9,358.61 |
| Total: | $112,894.50 | $9,358.61 | $112,662.50 | $9,358.61 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8441 | $272,717.50 | $2,498.72 | $270,776.87 | $2,401.73 |
| Total: | $272,717.50 | $2,498.72 | $270,776.87 | $2,401.73 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8407 | $9,796.00 | $148.98 | $9,647.50 | $148.98 |
| Total: | $9,796.00 | $148.98 | $9,647.50 | $148.98 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8458 | $46,148.00 | $39,253.81 | $46,148.00 | $39,253.81 |
| Total: | $46,148.00 | $39,253.81 | $46,148.00 | $39,253.81 |

| CIBC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8438 | $300,000.00 | $3,952.69 | $300,000.00 | $3,952.69 |
| Total: | $300,000.00 | $3,952.69 | $300,000.00 | $3,952.69 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9143 | $150,000.00 | $1,703.91 | $150,000.00 | $1,703.91 |
| Total: | $150,000.00 | $1,703.91 | $150,000.00 | $1,703.91 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8429 | $74,942.00 | $6,554.54 | $74,942.00 | $6,554.54 |
| Total: | $74,942.00 | $6,554.54 | $74,942.00 | $6,554.54 |

| CAPLIN AND DRYSDALE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8430 | $112,894.50 | $9,358.61 | $112,662.50 | $9,358.61 |
| Total: | $112,894.50 | $9,358.61 | $112,662.50 | $9,358.61 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8441 | $272,717.50 | $2,498.72 | $270,776.87 | $2,401.73 |
| Total: | $272,717.50 | $2,498.72 | $270,776.87 | $2,401.73 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8407 | $9,796.00 | $148.98 | $9,647.50 | $148.98 |
| Total: | $9,796.00 | $148.98 | $9,647.50 | $148.98 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8458 | $46,148.00 | $39,253.81 | $46,148.00 | $39,253.81 |
| Total: | $46,148.00 | $39,253.81 | $46,148.00 | $39,253.81 |

| CIBC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8438 | $300,000.00 | $3,952.69 | $300,000.00 | $3,952.69 |
| Total: | $300,000.00 | $3,952.69 | $300,000.00 | $3,952.69 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9143 | $150,000.00 | $1,703.91 | $150,000.00 | $1,703.91 |
| Total: | $150,000.00 | $1,703.91 | $150,000.00 | $1,703.91 |

| DELOITTE TAX | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9395 | $273,951.00 | $1,986.00 | $273,951.00 | $1,986.00 |
| Total: | $273,951.00 | $1,986.00 | $273,951.00 | $1,986.00 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8456 | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |
| Total: | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8502 | $29,152.50 | $7,868.55 | $29,152.50 | $7,868.55 |
| Total: | $29,152.50 | $7,868.55 | $29,152.50 | $7,868.55 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9005 | $45,045.00 | $2,025.84 | $45,045.00 | $2,025.84 |
| Total: | $45,045.00 | $2,025.84 | $45,045.00 | $2,025.84 |

| HILSOFT | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8040 | $14,322.50 | $6.04 | $14,322.50 | $6.04 |
| Total: | $14,322.50 | $6.04 | $14,322.50 | $6.04 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8698 | $38,901.50 | $12,456.69 | $38,901.50 | $12,456.69 |
| Total: | $38,901.50 | $12,456.69 | $38,901.50 | $12,456.69 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8630 | $2,848,868.50 | $162,848.11 | $2,833,566.00 | $162,482.21 |
| Total: | $2,848,868.50 | $162,848.11 | $2,833,566.00 | $162,482.21 |

| DELOITTE TAX | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9395 | $273,951.00 | $1,986.00 | $273,951.00 | $1,986.00 |
| Total: | $273,951.00 | $1,986.00 | $273,951.00 | $1,986.00 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8456 | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |
| Total: | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8502 | $29,152.50 | $7,868.55 | $29,152.50 | $7,868.55 |
| Total: | $29,152.50 | $7,868.55 | $29,152.50 | $7,868.55 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9005 | $45,045.00 | $2,025.84 | $45,045.00 | $2,025.84 |
| Total: | $45,045.00 | $2,025.84 | $45,045.00 | $2,025.84 |

| HILSOFT | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8040 | $14,322.50 | $6.04 | $14,322.50 | $6.04 |
| Total: | $14,322.50 | $6.04 | $14,322.50 | $6.04 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8698 | $38,901.50 | $12,456.69 | $38,901.50 | $12,456.69 |
| Total: | $38,901.50 | $12,456.69 | $38,901.50 | $12,456.69 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8630 | $2,848,868.50 | $162,848.11 | $2,833,566.00 | $162,482.21 |
| Total: | $2,848,868.50 | $162,848.11 | $2,833,566.00 | $162,482.21 |

### KLETT ROONEY LIEBER AND SCHORLING

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #8440 | $60,212.00 | $1,845.40 | $60,212.00 | $1,845.40 |
| Total: | $60,212.00 | $1,845.40 | $60,212.00 | $1,845.40 |

### KRAMER LEVIN NAFTALIS & FRANKEL

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #8439 | $183,897.00 | $12,593.68 | $183,897.00 | $12,593.68 |
| Total: | $183,897.00 | $12,593.68 | $183,897.00 | $12,593.68 |

### LATHAM & WATKINS

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #8508 | $85,502.50 | $1,103.82 | $85,502.50 | $1,103.82 |
| Total: | $85,502.50 | $1,103.82 | $85,502.50 | $1,103.82 |

### LECG

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #9004 | $79,496.75 | $493.74 | $79,496.75 | $493.74 |
| Total: | $79,496.75 | $493.74 | $79,496.75 | $493.74 |

### LEGAL ANALYSIS

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #8427 | $12,000.00 | $0.00 | $12,000.00 | $0.00 |
| Total: | $12,000.00 | $0.00 | $12,000.00 | $0.00 |

### NELSON MULLINS RILEY and SCARBOROUGH, LLP

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #8632 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| Total: | $18,786.00 | $146.24 | $18,786.00 | $146.24 |

### OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #8041 | $0.00 | $2,066.73 | $0.00 | $2,066.73 |
| Total: | $0.00 | $2,066.73 | $0.00 | $2,066.73 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8440 | $60,212.00 | $1,845.40 | $60,212.00 | $1,845.40 |
| Total: | $60,212.00 | $1,845.40 | $60,212.00 | $1,845.40 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8439 | $183,897.00 | $12,593.68 | $183,897.00 | $12,593.68 |
| Total: | $183,897.00 | $12,593.68 | $183,897.00 | $12,593.68 |

| LATHAM & WATKINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8508 | $85,502.50 | $1,103.82 | $85,502.50 | $1,103.82 |
| Total: | $85,502.50 | $1,103.82 | $85,502.50 | $1,103.82 |

| LECG | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9004 | $79,496.75 | $493.74 | $79,496.75 | $493.74 |
| Total: | $79,496.75 | $493.74 | $79,496.75 | $493.74 |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8427 | $12,000.00 | $0.00 | $12,000.00 | $0.00 |
| Total: | $12,000.00 | $0.00 | $12,000.00 | $0.00 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8632 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| Total: | $18,786.00 | $146.24 | $18,786.00 | $146.24 |

| OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8041 | $0.00 | $2,066.73 | $0.00 | $2,066.73 |
| Total: | $0.00 | $2,066.73 | $0.00 | $2,066.73 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8372 | $98,651.50 | $114,448.64 | $98,593.50 | $114,448.64 |
| Total: | $98,651.50 | $114,448.64 | $98,593.50 | $114,448.64 |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8303 | $16,747.50 | $2,665.29 | $16,747.50 | $2,665.29 |
| Total: | $16,747.50 | $2,665.29 | $16,747.50 | $2,665.29 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8511 | $125,701.50 | $14,400.10 | $125,701.50 | $14,400.10 |
| Total: | $125,701.50 | $14,400.10 | $125,701.50 | $14,400.10 |

| PRICEWATERHOUSE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8960 | $1,119,455.03 | $8,429.23 | $1,103,292.46 | $8,429.23 |
| Total: | $1,119,455.03 | $8,429.23 | $1,103,292.46 | $8,429.23 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8384 | $175,664.50 | $6,520.74 | $175,664.50 | $6,520.74 |
| Total: | $175,664.50 | $6,520.74 | $175,664.50 | $6,520.74 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9208 | $35,015.00 | $2,096.79 | $35,015.00 | $2,096.79 |
| Total: | $35,015.00 | $2,096.79 | $35,015.00 | $2,096.79 |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9221 | $777.50 | $0.00 | $777.50 | $0.00 |
| Total: | $777.50 | $0.00 | $777.50 | $0.00 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8372 | $98,651.50 | $114,448.64 | $98,593.50 | $114,448.64 |
| Total: | $98,651.50 | $114,448.64 | $98,593.50 | $114,448.64 |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8303 | $16,747.50 | $2,665.29 | $16,747.50 | $2,665.29 |
| Total: | $16,747.50 | $2,665.29 | $16,747.50 | $2,665.29 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8511 | $125,701.50 | $14,400.10 | $125,701.50 | $14,400.10 |
| Total: | $125,701.50 | $14,400.10 | $125,701.50 | $14,400.10 |

| PRICEWATERHOUSE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8960 | $1,119,455.03 | $8,429.23 | $1,103,292.46 | $8,429.23 |
| Total: | $1,119,455.03 | $8,429.23 | $1,103,292.46 | $8,429.23 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8384 | $175,664.50 | $6,520.74 | $175,664.50 | $6,520.74 |
| Total: | $175,664.50 | $6,520.74 | $175,664.50 | $6,520.74 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9208 | $35,015.00 | $2,096.79 | $35,015.00 | $2,096.79 |
| Total: | $35,015.00 | $2,096.79 | $35,015.00 | $2,096.79 |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9221 | $777.50 | $0.00 | $777.50 | $0.00 |
| Total: | $777.50 | $0.00 | $777.50 | $0.00 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8435 | $57,225.50 | $676.74 | $57,225.50 | $676.74 |
| Total: | $57,225.50 | $676.74 | $57,225.50 | $676.74 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9148 | $3,277.50 | $46.91 | $3,277.50 | $46.91 |
| Total: | $3,277.50 | $46.91 | $3,277.50 | $46.91 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8468 | $352,289.50 | $52,850.46 | $349,644.00 | $52,850.46 |
| Total: | $352,289.50 | $52,850.46 | $349,644.00 | $52,850.46 |

| SWIDLER BERLIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8378 | $246,711.75 | $13,701.96 | $246,711.75 | $13,701.96 |
| Total: | $246,711.75 | $13,701.96 | $246,711.75 | $13,701.96 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8428 | $271,413.00 | $1,973.59 | $271,413.00 | $1,973.59 |
| Total: | $271,413.00 | $1,973.59 | $271,413.00 | $1,973.59 |

| WALLACE KING | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8409 | $3,785.00 | $154.10 | $3,785.00 | $154.10 |
| Total: | $3,785.00 | $154.10 | $3,785.00 | $154.10 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8462 | $530,671.50 | $297,396.33 | $530,671.50 | $297,396.33 |
| Total: | $530,671.50 | $297,396.33 | $530,671.50 | $297,396.33 |

---

[1] Stroock expense total includes $40,104.23 for fees and costs of Navigant Consulting.

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8435 | $57,225.50 | $676.74 | $57,225.50 | $676.74 |
| Total: | $57,225.50 | $676.74 | $57,225.50 | $676.74 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #9148 | $3,277.50 | $46.91 | $3,277.50 | $46.91 |
| Total: | $3,277.50 | $46.91 | $3,277.50 | $46.91 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8468 | $352,289.50 | $52,850.46 | $349,644.00 | $52,850.46 |
| Total: | $352,289.50 | $52,850.46 | $349,644.00 | $52,850.46 |

| SWIDLER BERLIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8378 | $246,711.75 | $13,701.96 | $246,711.75 | $13,701.96 |
| Total: | $246,711.75 | $13,701.96 | $246,711.75 | $13,701.96 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8428 | $271,413.00 | $1,973.59 | $271,413.00 | $1,973.59 |
| Total: | $271,413.00 | $1,973.59 | $271,413.00 | $1,973.59 |

| WALLACE KING | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8409 | $3,785.00 | $154.10 | $3,785.00 | $154.10 |
| Total: | $3,785.00 | $154.10 | $3,785.00 | $154.10 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #8462 | $530,671.50 | $297,396.33 | $530,671.50 | $297,396.33 |
| Total: | $530,671.50 | $297,396.33 | $530,671.50 | $297,396.33 |

---

[1] Stroock expense total includes $40,104.23 for fees and costs of Navigant Consulting.