# EXHIBIT A

Case 01-01139-AMC    Doc 9515-1    Filed 09/27/05    Page 1 of 2

# In re: W.R. GRACE & CO., et al

## OMNIBUS 8 - EXHIBIT A - CONTINUED - SURVIVING CLAIMS

Hearing Date: Monday, September 26, 2005

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| 1 NATIONAL UNION FIRE INSURANCE COMPA<br>C/O MICHAEL S DAVIS ESQ<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 | 01-01139 | 9553 | $48,971,746.00<br>Relief Requested: EXPUNGE<br>CONTINUED TO 10/24/2005 12:00PM | (S) | NATIONAL UNION FIRE INSURANCE COMPAN<br>C/O MICHAEL S DAVIS ESQ<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 | 01-01140 | 9554 | $48,971,746.00 | (S) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

8/20/2005 3:51:38 PM