# EXHIBIT A

Hearing Date: Monday, September 26, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 338 | $7,026.79 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 10/24/2005 12:00PM |
| 2 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $5,282.77 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 10/24/2005 12:00PM |
| 3 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 639 | $3,364.90 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | CONTINUED TO 10/24/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

9/21/2005 1:23:13 PM

# EXHIBIT B

Hearing Date: Monday, September 26, 2005

## In re: W.R. GRACE & CO., et al
### OMNIBUS 11 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4802 | 01-01139<br>W.R. GRACE & CO. | 2107 | $4,637.56 | (P) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

\*\*(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 1 of 1

9/21/2005 1:25:33 PM