EXHIBIT A

## S&R CLAIMS WITHDRAWN

| Bldg. # | Claim # | Building Name |
|---|---|---|
| 1 | 5457 | Exxon Company f.k.a. Esso Research Company |
| 2 | 5649 | Continental Inn, Kenmore, NY |
| 3 | 6603 (10699 Dupl.) | Commerce Towers - Tower Properties, Kansas City, MO |
| 4 | 6605 | Lake Isle Country Club, Eastchester, NY |
| 5 | 6613 | Hartford National Bank (Fleet Bank Corp Service Center), Hartford, CT |
| 6 | 6643 | W.C. Forelich Inc, Buena Park, CA |
| 7 | 6644 | Beverly Wilshire Building, Beverly Hills, CA |
| 8 | 6654 | Mandalay Apartments, Clearwater Beach, FL |
| 9 | 6656 | E.I. DuPont Building, Wilmington, DE |
| 10 | 6661 | American Medical Association Bldg., Chicago, IL |
| 11 | 6665 | American Dental Assoc. Building, Chicago, IL |
| 12 | 6668 | St. Luke's Methodist Hospital, Cedar Rapids, IA |
| 13 | 6670 | Our Lady of Good Hope, Milwaukee, WI |
| 14 | 6672 | Employers Mutual Job, Wausau, WI |
| 15 | 6676 | Lincoln Building, Spokane, WA |
| 16 | 6685 | Belk-Dutch Square Mall, Columbia, SC |
| 17 | 6692 | First Baptist Church, Richmond, VA |
| 18 | 6695 | First Baptist Church, Cookeville, TN |
| 19 | 6701 | Pilot Life Insurance Company, Greensboro, NC |
| 20 | 6702 | Medical Park Hospital, Winston-Salem, NC |
| 21 | 6704 | Charlotte Public Library, Charlotte, NC |
| 22 | 6705 | Schober's Restaurant, St. Louis, MO |
| 23 | 6708 | Union Hospital, New Ulm, MN |
| 24 | 6713 | Scottsdale Hospital, Scottsdale, AZ |
| 25 | 6720 | Illinois Union Building, Champaign, IL |
| 26 | 6721 | Maryland Casualty Co., Baltimore, MD |
| 27 | 6726 | Harvard Public Health (Harvard Vanguard Med Asso), Boston, MA |
| 28 | 6730 | First Baptist Church, Baton Rouge, LA |
| 29 | 6734 | Northwest Community Hospital, Belleville, IL |
| 30 | 6735 | Monumental Office Bldg. (Venetian Monument Company), Chicago, IL |
| 31 | 6736 | McCormick Place, Chicago, IL |
| 32 | 6737 | Marriott Hotel, Chicago Downtown, Chicago, IL |
| 33 | 6743 | Presbyterian Church, Laguna Beach, CA |
| 34 | 6744 | Los Angeles County Museum of Fine Arts, Los Angeles, CA |
| 35 | 6746 | Hillsdale Shopping Center, San Francisco, CA |
| 36 | 6826 | St. Joe's Hospital, Reading, PA |
| 37 | 6832 | B.V.M. Visitation, Birdsboro, PA |
| 38 | 6833 | American Bank, Lafayette Hill, PA |
| 39 | 6834 | St. Marks Catholic Church, Eugene, OR |
| 40 | 6836 | First National Bank, Clinton, OK |
| 41 | 6837 | First Christian Church f.k.a. Katherine Boswell Memorial Chappel, Ada, OK |
| 42 | 6844 (11241 Dupl.) | Washington Hospital, Washington, PA |
| 43 | 6845 | Supplee Memorial Church, Maple Glen, PA |
| 44 | 6850 | Rosedale United Church, Montreal, Canada |
| 45 | 6855 | Sauder-Lygrisse GMC Bldg., Wichita, KS |
| 46 | 6867 | Village Square - Housing for the Elderly, Williamsville, NY |
| 47 | 6874 | M&T Banks (Multiple Locations) |
| 48 | 6875 | Kleinhans Music Hall, Buffalo, NY |
| 49 | 6882 | 95 Wall Street Building, New York, NY |
| 50 | 6903 | Our Lady of Lourdes Church, Revenna, NE |
| 51 | 6904 | 350 Park Avenue Building, New York, NY |

## S&R CLAIMS WITHDRAWN

| Bldg. # | Claim # | Building Name |
|---|---|---|
| 52 | 6912 (11413 Dupl.) | Dale Spicer-Hospital Job, Charleston, WV |
| 53 | 6915 | Phelps Apartments, Cincinnati, OH |
| 54 | 6917 | Medina Community Hospital, Medina, OH |
| 55 | 6923 | Quonset Hut - Construction Building, Maumee, OH |
| 56 | 10518 | Farm Bureau Insurance Building, Manhattan, KS |
| 57 | 10526 | St. Luke's Hospital, Duluth, MN |
| 58 | 10591 | Wildlife Building - Near VPI Coliseum |
| 59 | 10671 | Northwestern District Hospital, Roanoke Rapids, NC |
| 60 | 10677 | Civic Center, Helena, AR |
| 61 | 10678 | Calvary Baptist Church, Little Rock, AR |
| 62 | 10680 | Bank of America Mortgage f.k.a. New Mellrey Bank, Fayetteville, AR |
| 63 | 10686 | Mary's Help Hospital, Daly City, CA |
| 64 | 10688 | Michigan Cancer Center, Detroit, MI |
| 65 | 10690 | McClaren Hospital, Flint, MI |
| 66 | 10693 | Hamot Hospital, Erie, PA |
| 67 | 10698 | St. Louis Marriott - Downtown Lobby f.k.a. Missouri Botanical Gardens - Spanish Pavilion, St. Louis, MO |
| 68 | 10701 | U.M.K.C. Hospital, Kansas City, MO |
| 69 | 10702 | Vicksburg Memorial Hospital, Vicksburg, MS |
| 70 | 10703 (11171 Dupl.) | First National Bank Bldg., Omaha, NE |
| 71 | 10705 | Rochester Memorial Art Gallery, Rochester, NY |
| 72 | 10719 | R.H. Macy Department Store, Staten Island, NY |
| 73 | 10721 | Macy's Department, Long Island City, NY |
| 74 | 10724 | Military Aerospace Division, St. Louis, MO |
| 75 | 10730 | AON Building Center, Los Angeles, CA |
| 76 | 10742 | City Complex, Greenville, SC |
| 77 | 10764 | Montefoire Hospital, Bronx, NY |
| 78 | 10768 | Woodman Accident & Asso., Lincoln, NE |
| 79 | 10770 | Bowery Savings Bank, Bldg. 9, NY |
| 80 | 10771 | Bowery Savings Bank, Bldg. 327, NY |
| 81 | 10772 | Bowery Savings Bank, Bldg. 6, NY |
| 82 | 10773 | Leonard's Hospital, Troy, NY |
| 83 | 10788 | Martin Towers Bldg., Bethlehem, PA |
| 84 | 10803 | Valico Park Office Bldg., Cupertino, CA |
| 85 | 10809 | Howard Johnson's, San Francisco, CA |
| 86 | 10833 | Ahmanson Center, AR |
| 87 | 10834 | McCrory Summwalt Construction, Columbia, SC |
| 88 | 10842 | Roper Hospital, Charleston, SC |
| 89 | 10852 | Frank Ulmer Lumber Co., Greenville, SC |
| 90 | 10861 | Marine Research Building, Charleston, SC |
| 91 | 10920 | Colton Civic Center, Colton, CA |
| 92 | 10921 | Contra Costa Times, Walnut Creek, CA |
| 93 | 10922 | San Diego Electric & Gas Co., San Diego, CA |
| 94 | 10924 | Smith Plastering Co., Greenville, SC |
| 95 | 10925 | South Carolina National Bank Bldg., Columbia, SC |
| 96 | 10928 | Woodcock Plastering Co., Mullins, SC |
| 97 | 10958 | Sacramento (Sacto) Convention Center, Sacramento, CA |
| 98 | 10963 | North Hills Passavant Hospital, Pittsburgh, PA |
| 99 | 10964 | Wachovia Bank, Raleigh, NC |
| 100 | 10973 | Hospital, Petaluma, CA |
| 101 | 10987 | Sequoia Hospital, Redwood City, CA |
| 102 | 11004 | Howland Hook Terminal, Staten Island, NY |

## S&R CLAIMS WITHDRAWN

| Bldg. # | Claim # | Building Name |
|---|---|---|
| 103 | 11008 | Standard Oil Building, San Francisco, CA |
| 104 | 11024 | Medical Research Center, San Jose, CA |
| 105 | 11033 | El Camino Hospital, Mt. View, CA |
| 106 | 11042 | Carnegie Museum, Pittsburgh, PA |
| 107 | 11044 | Connecticut Historical Society, Hartford, CT |
| 108 | 11060 | Trinty Athletic Center, Hartford, CT |
| 109 | 11065 | Wieboldt's Store, Chicago, IL |
| 110 | 11067 | Lutheran Hospital South, Madison, IL |
| 111 | 11073 | Bank of America - World Headquarters, San Francisco Office, CA |
| 112 | 11076 | Air Terminal Addition, Fresno, CA |
| 113 | 11077 | ABC Entertainment Center, Los Angeles, CA |
| 114 | 11081 | Civic Center, Bakersville, CA |
| 115 | 11090 | Catholic Diocese, Little Rock, AR |
| 116 | 11091 (11417 Dupl.) | Eden Park Nursing Home, Albany, NY |
| 117 | 11093 | Bank of America - World Headquarters, Fresno Office, CA |
| 118 | 11094 | Bank of America - World Headquarters, Compton Office, CA |
| 119 | 11103 | New Britain Herald, New Britain, CT |
| 120 | 11107 | Bank of America - World Headquarters, San Diego Office, CA |
| 121 | 11108 | Bank of America - World Headquarters, Los Angeles Office, CA |
| 122 | 11113 | Providence Hospital, Mobile, AL |
| 123 | 11114 | Civic Center, Tucson, AZ |
| 124 | 11132 | 201 North Front Street, New Orleans, LA |
| 125 | 11141 | Greenville Hospital, Greenville, PA |
| 126 | 11143 | Fidelity Bank & Trust Co., Philadelphia, PA |
| 127 | 11150 | Employers Mutual Insurance, Des Moines, IA |
| 128 | 11154 | Stadium in Storm Lake, Sioux City, IA |
| 129 | 11159 | Development Center for the Mentally Retarded, Cleveland, OH |
| 130 | 11162 | Akron Cascade Towers, Akron, OH |
| 131 | 11163 | Elkton Hospital, Elkton, MD |
| 132 | 11164 (11545 Dupl.) | Iverson Towers - Anton House, Temple Hills, MD |
| 133 | 11165 | Rosenstock Hall, Baltimore, MD |
| 134 | 11189 | West PA Motor Club Job - Headquarters Bldg., Pittsburgh, PA |
| 135 | 11197 | Shenago Valley Hospital, Sharon, PA |
| 136 | 11206 | Charity School of Nursing, New Orleans, LA |
| 137 | 11208 | Fairview Hospital, Lafayette, LA |
| 138 | 11214 | One Shell Square, New Orleans, LA |
| 139 | 11215 | Little Sisters for the Poor, New Orleans, LA |
| 140 | 11216 | St. Francis Hospital, Monroe, LA |
| 141 | 11238 | Lion Store - Southwick Mall Shopping Center, Toledo, OH |
| 142 | 11239 | Portland Airport, Portland, OR |
| 143 | 11245 | Nations Bank f.k.a. Union Bank Job, Little Rock, AR |
| 144 | 11395 | Wachovia, Livingston, NJ |
| 145 | 11397 | Spaulding Building, Camp Kilmer, NJ |
| 146 | 11400 | Methodist Hospital, Indianapolis, IN |
| 147 | 11401 | Methodist Hospital, Indianapolis, IN |
| 148 | 11404 | Mental Health Center, South Bend, IN |
| 149 | 11408 | Planters Bank & Trust, Greenville, MS |
| 150 | 11420 | Moran Job, Seattle, WA |
| 151 | 11421 | Peoples National Bank, Seattle, WA |
| 152 | 11425 | Brookdale Shopping Center, Minneapolis, MN |
| 153 | 11429 | Eden Park Nursing Home of Rutland, Rutland, VT |
| 154 | 11431 | Eastern Parkway Branch-Brooklyn Library, Brooklyn, NY |

## S&R CLAIMS WITHDRAWN

| Bldg. # | Claim # | Building Name |
|---|---|---|
| 155 | 11435 | Oberlin Traffic Control Center, Oberlin, OH |
| 156 | 11449 | Vermillion Library Job, Vermillion, SD |
| 157 | 11452 | Shenandoah Baptist Church, Roanoke, VA |
| 158 | 11459 | Waynesboro Hospital Additional, Waynesboro, TN |
| 159 | 11461 | Salem Hospital, Salem, OH |
| 160 | 11505 | Consumers Power Federal Credit Union, Jackson, MI |
| 161 | 11507 | Memorial Hospital Addition, Cumberland, MD |
| 162 | 11511 | Masa Electronics Research, Cambridge, MA |
| 163 | 11513 | Fairview Shopping Mall, Chicopee, MA |
| 164 | 11521 | Security Benefit Lift Ins. Co., Bldg., Topeka, KS |
| 165 | 11548 | Atlanta West Hospital, Atlanta, GA |
| 166 | 11552 | GA Farm Bureau Building, Macon, GA |
| 167 | 11556 | Montgomery Ward - Randhurst Shopping Center |
| 168 | 11557 | Mid Continent Building, Memphis, TN |
| 169 | 11563 | Convention Hall, Memphis, TN |
| 170 | 11565 | First Union Bank, Elizabeth City, NC |
| 171 | 11591 | Laborer's 310 Union Office Bldg., Cleveland, OH |
| 172 | 11598 | General Motors Building, New York, NY |
| 173 | 11601 | A&S Department Store, Brooklyn, NY |
| 174 | 11607 | Holiday Inn, IN |
| 175 | 11608 | Holiday Inn, Tampa, FL |
| 176 | 11609 | Holiday Inn, Washington, DC |
| 177 | 11610 | Holiday Inn, Norwalk, CT |
| 178 | 11611 | Holiday Inn, Waukesha, WI |
| 179 | 11613 | Holiday Inn, Des Moines, OH |
| 180 | 11614 | Holiday Inn, Cincinnati, OH |
| 181 | 11615 | Holiday Inn, Dayton, OH |
| 182 | 11616 | Holiday Inn, Sioux Falls, SD |
| 183 | 11617 | Holiday Inn, Huntington, WV |
| 184 | 11706 | R. Macy Building, Brooklyn, NY |
| 185 | 11709 | Colorado National Bank, Denver, CO |
| 186 | 11713 | Colorado State Bank, Denver, CO |
| 187 | 11719 | Radiology Building Medical Center, Memphis, TN |
| 188 | No Claim # | 140 Broadway Building, New York, NY |
| 189 | No Claim # | 230 West Monroe Building, Chicago, IL |
| 190 | No Claim # | 69th Street Terminal Restaurant, Philadelphia, PA |
| 191 | No Claim # | Albert Lee Savings & Loan, MN |
| 192 | No Claim # | Anderson Complex Building, Maumee, OH |
| 193 | No Claim # | AT&T, 1964-65 NY World's Fair Exh. Bldg., New York, NY |
| 194 | No Claim # | Austin Savings & Loan, MN |
| 195 | No Claim # | Avco Research Laboratories, Everett, MA |
| 196 | No Claim # | Bayway Refinery, Linden, NJ |
| 197 | No Claim # | Blue Cross-Blue Shield, Columbia, SC |
| 198 | No Claim # | Chase Manhattan Bank, New York, NY |
| 199 | No Claim # | Chateau LeMoyne Hotel, (no claim #) |
| 200 | No Claim # | Chippenham Hospital, Richmond, VA |
| 201 | No Claim # | Church Job, Manly, IA |
| 202 | No Claim # | Church of the Immaculate Conception, Chicago, IL |
| 203 | No Claim # | Columbia Mall, Columbia, MD |
| 204 | No Claim # | Continental Illinois National Bank & Trust, Chicago, IL |
| 205 | No Claim # | Copley Hospital, Morrisville, VT |
| 206 | No Claim # | Cupples Products Co., St. Louis, MO |
| 207 | No Claim # | Fine Arts Center, Iola, KS |
| 208 | No Claim # | First National Bank Building, Atlanta, GA |

## S&R CLAIMS WITHDRAWN

| Bldg. # | Claim # | Building Name |
|---|---|---|
| 209 | No Claim # | First Presbyterian Church, Orlando, FL |
| 210 | No Claim # | General Insurance Co., Seattle, WA |
| 211 | No Claim # | Gilbane Building Company, Chicago, IL |
| 212 | No Claim # | Harrison Memorial Hospital, Harrison, WA |
| 213 | No Claim # | Highland Enterprise Lumber Co., Hillsboro, OH |
| 214 | No Claim # | Holiday Inn, Myrtle Beach, SC |
| 215 | No Claim # | Jefferson Hotel, Napanoch, NY |
| 216 | No Claim # | Leon County Gymnasium, FL |
| 217 | No Claim # | Memorial Hospital Boiler Room Ceiling, Johnstown, PA |
| 218 | No Claim # | Methem Hospital, Methem, MA |
| 219 | No Claim # | Montgomery County Hospital, Christianbury, VA |
| 220 | No Claim # | Morgan Guaranty Trust, New York, NY |
| 221 | No Claim # | National Bank of Westchester, New Rochelle, NY |
| 222 | No Claim # | Norman Municipal Hospital, Norman, OK |
| 223 | No Claim # | Pottstown Memorial Hospital, Pottstown, PA |
| 224 | No Claim # | Publishers Paper Co. - Brightener Tower, Oregon City, OR |
| 225 | No Claim # | Quonset Hut - Black & Clawson, Fulton, NY |
| 226 | No Claim # | Royal Orleans Hotel, New Orleans, LA |
| 227 | No Claim # | Samaritan Hospital, Vincennes, IN |
| 228 | No Claim # | Savings & Loan Branch Office, Franklin, KY |
| 229 | No Claim # | St. Bedes Gymnasium (St. Bede Abbey & Academy), Peru, IL |
| 230 | No Claim # | St. Bernard's Church, Pittsburgh, PA |
| 231 | No Claim # | St. John's Hospital, Lowell, MA |
| 232 | No Claim # | St. Nicholas Church, Boston, MA |
| 233 | No Claim # | St. Pius Church, Ft. Lauderdale, FL |
| 234 | No Claim # | Travelers Insurance Company, Hartford, CT |
| 235 | No Claim # | Wachovia Bank Building, Winston-Salem, NC |
| 236 | No Claim # | Weyerhaeuser, Everett, WA |
| 237 | No Claim # | Willowbrook No. 1, Wayne, NJ |