EXHIBIT B

## S&R CLAIMS PENDING WITHDRAWAL

| Bldg. # | WRG Claim # | State | Building/Claimant Name | Building Address |
|---|---|---|---|---|
| 1 | 10684 / 11233 | CA | Hyatt Regency San Francisco, f.k.a. Embarcadero Center - 231 block | |
| 2 | 10715 | NE | Cooper Theater | Lincoln, NE |
| 3 | 10944 | CA | First National Bank | 401 W. A St., San Diego, CA 92101 |
| 4 | 11086 | AR | Little Rock Zoo f.k.a. Zoo Job | 1 Jonesboro Drive, Little Rock, AR 72205 |
| 5 | 11418 | WA | Seattle Office Furniture f.k.a. Bellevue Furniture | 3035 1st Avenue, Seattle, WA 98121   Bellevue, WA |
| 6 | 11649 | CANADA | School District # 43 / Coquitlam - Cedar Drive Elementary School | |
| 7 | 11650 | CANADA | School District # 43 / Coquitlam - Centennial Secondary School | |
| 8 | 11651 | CANADA | School District # 43 / Coquitlam  Como Lake Middle School | |
| 9 | 11652 | CANADA | School District # 43 / Coquitlam - Glen Elementary School | |
| 10 | 11653 | CANADA | School District # 43 / Coquitlam - Irvine Elementary School | |
| 11 | 11654 | CANADA | School District # 43 / Coquitlam - Lincoln Elementary School | |
| 12 | 11655 | CANADA | School District # 43 / Coquitlam - Maple Creek Middle School | |
| 13 | 11656 | CANADA | School District # 43 / Coquitlam - Minnekhada Middle School | |
| 14 | 11657 | CANADA | School District # 43 / Coquitlam - Montgomery Middle School | |
| 15 | 11658 | CANADA | School District # 43 / Coquitlam - Moody Elementary School | |
| 16 | 11659 | CANADA | School District # 43 / Coquitlam - Mountain View Elementary School | |
| 17 | 11660 | CANADA | School District # 43 / Coquitlam - Pitt River Middle School | |
| 18 | 11661 | CANADA | School District # 43 / Coquitlam - Port Moody Secondary School | |
| 19 | 11662 | CANADA | School District # 43 / Coquitlam - Terry Fox FEA School | |
| 20 | 11663 | CANADA | School District # 43 / Coquitlam - Viscount Elementary School | |
| 21 | 12406 | CANADA | Sheridan College -  Wing A | |
| 22 | 12407 | CANADA | Sheridan College - Wing C | |