**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objections Due:  October 18, 2005** |
| | ) | **Hearing Date:  December 19, 2005** |

**SUMMARY OF THE SEVENTEENTH INTERIM QUARTERLY APPLICATION
OF THE SCOTT LAW GROUP, P.S.[1] FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD
FROM APRIL 1, 2005 THROUGH JUNE 30, 2005**

Name of Applicant:                                           The Scott Law Group, P.S.

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                               Appointment Order effective
As of July 22, 2002

Period for which compensation and
Reimbursement is sought:                        April 1, 2005 through
June 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                  $    4,629.00

Amount of Expenses Reimbursement:           $       0

This is a:  _ monthly    X quarterly application

Prior Application filed:  Yes

---

[1] L&A became counsel in this matter over a year after it was filed.  To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, The Scott Group (formerly associated with L&A) is titling this the "Seventeenth" Interim Quarterly Application, (although it is actually L&A/The Scott Group's twelfth such application).

| Period Covered | Date Filed | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 04/01/05 – 04/30/05 | August 29, 2005 | $ 1,257.00 | $ 0 | No objections filed | No objections filed |
| 05/01/05 – 05/31/05 | August 29, 2005 | $ 562.00 | $ 0 | No objections filed | No objections filed |
| 06/01/05 – 06/30/05 | August 29, 2005 | $ 2,810.00 | $ 0 | No objections filed | No objections filed |

The Scott Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 5.9 | $2,448.50 |
| TOTALS | | | | | 5.9 | $2,448.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 12.3 | $2,029.50 |
| Samantha Simatos | Legal Asst. | 12 | Litigation | $95 | 1.0 | $95.00 |
| Bets Rutherford | Legal Asst. | 7 | Litigation | $80 | .7 | $56.00 |
| TOTALS | | | | | 14.0 | $2,180.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 19.9 Hours | $ 4,629.00 |
| TOTALS | 19.9 Hours | $ 4,629.00 |

Dated:  September 27, 2005

/s/      *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq..
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906
(formerly associated with Lukins & Annis, P.S.)

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objections Due:  October 18, 2005** |
| | ) | **Hearing Date:  December 19, 2005** |

**SEVENTEENTH INTERIM QUARTERLY APPLICATION OF THE SCOTT
LAW GROUP, P.S.[1] FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM
PERIOD FROM APRIL 1, 2005 THROUGH JUNE 30, 2005**

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.L.R 2016-2, Darrell W. Scott, formerly associated with the law firm of Lukins & Annis, P.S. ("L&A") and now of the law firm The Scott Law Group, P.S. ("Applicant" or "Scott Group"), ZAI Additional Special Counsel, hereby applies for an order allowing it: (i)

---

[1] L&A became counsel in this matter over a year after it was filed.  To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, Scott Group is titling this the "Seventeenth" Interim Quarterly Application, (although it is actually L&A/Scott Group's twelfth such application).

compensation in the amount of $4,629.00 for the reasonable and necessary legal services Scott Group has rendered; and (ii) reimbursement for the actual and necessary expenses Scott Group have incurred in the amount of $0 (the "Seventeenth Interim Quarterly Fee Application"), for the interim quarterly period from April 1, 2005 through June 30, 2005 (the "Fee Period").  In support of this Application, Scott Group respectfully states as follows:

## **Background**

### **Retention of L&A**

1.      On April 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      By this Court's order effective as of July 22, 2002, Darrell W. Scott, formerly associated with L&A and now with Scott Group, was appointed as ZAI Additional Special Counsel to prosecute the ZAI "Science Trial" issues on behalf of the ZAI Claimants' position against Debtors' position (the "Appointment Order").  The Appointment Order authorizes a total budget for ZAI Counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the Science Trial, against which L&A may be compensated for legal services at its hourly rates as specified to the Court, and for actual and necessary out-of-pocket expenses

incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court[2].  On May 3, 2001, this Court entered the Interim Compensation Order and entered the Amended Interim Compensation Order on April 17, 2002.  On July 28, 2003, the Court entered an Order authorizing an additional budget of $950,000.00 per side for additional attorney fees and expenses.

**<u>Monthly Interim Fee Applications Covered Herein</u>**

3.      Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the Compensation Order.  If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.      Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.

---

[2] The rates billed by Scott Group are within the range of rates previously identified to the Court which were the current hourly rates at that time.  Scott Group lawyers and professionals are being billed at rates commensurate with their experience and in the same range as other firms are billing in this bankruptcy.

If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

5.  This is the Twelfth Interim Quarterly Fee Application that Scott Group (formerly associated with L&A) has filed with the Bankruptcy Court in connection with these Chapter 11 Cases. (see Footnote 1).

6.  Scott Group has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

1.  Applications of The Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Periods of April 1, 2005 through April 30, 2005, filed August 29, 2005; May 1, 2005 through May 31, 2005, filed August 29, 2005; and June 1, 2005 through June 30, 2005, filed August 29, 2005 (the "April – June Fee Application" or "Application") are attached hereto as Exhibit A.

7.  The period for objecting to the fees and expense reimbursement requested in the April – June Fee Applications has expired and no objections were filed to the April - June Fee Applications.

8.  During the Fee Period, Scott Group has prepared for the ZAI Science Trial as detailed in the Application.

**Requested Relief**

9.      By this Seventeenth Interim Quarterly Fee Application, Scott Group requests that
the Court approve the interim allowance of compensation for professional
services rendered and the reimbursement of actual and necessary expenses
incurred by Scott Group for the Fee Period as detailed in the Application, less any
amounts previously paid to Scott Group pursuant to the Application and the
procedures set forth in the Compensation Order.   The full scope of services
provided and the related expenses incurred are fully described in the April – June
Fee Application, which is attached hereto as Exhibit A.

**Disinterestedness**

10.     With the exception of its representation of asbestos claimants, Scott Group does
not hold or represent any interest adverse to the estates as stated in the Affidavit
of Darrell W. Scott in Support of the Application of the Asbestos Property
Damage Committee to Retain Special Counsel, filed June 7, 2002.

11.     In addition, Scott Group may have in the past represented, may currently
represent, and likely in the future will represent parties-in-interest in connection
with matters unrelated to the Debtors and the Chapter 11 Cases.

**Representations**

12.     Scott Group believes that the Application is in compliance with the requirements
of Del.Bankr.LR 2016-2.

13.     Scott Group performed the services for which they are seeking compensation
under its Court Appointment effective as of July 22, 2002.

14.     During the Fee Period, Scott Group has received no payment, nor have they received any promises for payment, from any other source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

15.     Pursuant to Fed. R. Bank. P. 2016(b), Scott Group has not shared, nor have they agreed to share: (a) any compensation they have received or may receive with another party or person other than with the partners, counsel and associates of Scott Group; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

16.     Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays.  Scott Group reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, Scott Group respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to Scott Group in the sum of (i) $4,629.00 as compensation for reasonable and necessary professional services, and (ii) $0 for reimbursement of actual and necessary costs and expenses incurred (for a total of $4,629.00); (b) that the Debtors be authorized and directed to pay to Scott Group the outstanding amount of such sums less any sums previously paid to Scott Group pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.

Dated:  September 27, 2005.

/s/      *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq..
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906
(formerly associated with Lukins & Annis, P.S.)

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  September 19, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE**
**SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI**
**ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM**
**APRIL 1, 2005 THROUGH APRIL 30, 2005**

Name of Applicant:                                      The Scott Law Group, P.S.

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                    July 22, 2002

Period for which compensation and
Reimbursement is sought:                              April 1, 2005 through
                                                        April 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                   $      1,257.00

Amount of Expenses Reimbursement:            $              0

This is a:  X monthly     _ interim     _ final application

Prior Application filed:  Yes

1

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections | No Objections |

| | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|
| 05/03/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the twenty-eighth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 2.8 | $1,162.00 |
| TOTALS | | | | | 2.8 | $1,162.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Samantha Simatos | Legal Asst. | 12 | Litigation | $95 | 1.0 | $95.00 |
| TOTALS | | | | | 1.0 | $95.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 3.8 Hours | $1,257.00 |
| TOTALS | 3.8 Hours | $1,257.00 |

Dated:  August 29, 2005

/s/     *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et</u> <u>al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  September 19, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE**
**SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI**
**ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM**
<u>**APRIL 1, 2005 THROUGH APRIL 30, 2005**</u>

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re: **1.5** | **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 4/30/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 4/11/2005<br>Darrell W. Scott<br>Principal | DWS | Review and revise quarterly fee and cost request materials. | .1 | $415.00 | $41.50 |
| 4/8/2005<br>Samantha Simatos<br>Legal Assistant | SS | Prepare February montly fee application; prepare January-March quarterly fee application. | 1.0 | $95.00 | $95.00 |
| 4/20/2005<br>Darrell W. Scott<br>Principal | DWS | Review and respond to communication from ZAI Science Trial client re case status and  payment of clean up costs. | .9 | $415.00 | $373.50 |
| 4/21/2005<br>Darrell W. Scott<br>Principal | DWS | Review updates re expansion plant testing. | .3 | $415.00 | $124.50 |
| 4/26/2005<br>Darrell W. Scott<br>Principal | DWS | Phone conference with ZAI Science Trial counsel re case status and recent developments re legal theories. | .8 | $415.00 | $332.00 |
| 4/28/2005<br>Darrell W. Scott<br>Principal | DWS | Review multiple updates re expansion plant liability. | .7 | $415.00 | $290.50 |

**TOTAL THIS STATEMENT:** $1,257.00

## VERIFICATION

STATE OF WASHINGTON            )
                               )
COUNTY OF SPOKANE              )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)    I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 26 day of August, 2005.

_____
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., <u>et al</u>., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| _____ | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I, William D. Sullivan, Esquire, hereby certify that on August 29, 2005, service of the

*Verified Application Of The Scott Law Group, P.S. For Compensation For Services And*

*Reimbursement Of Expenses As ZAI Additional Special Counsel For The Interim Period From*

*April 1, 2005 Through April 30, 2005* was made upon the parties on the attached service list by

Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.


    August 29, 2005                                 */s/ William D. Sullivan*     
           Dated                                        William D. Sullivan

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline:  September 19, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
MAY 1, 2005 THROUGH MAY 31, 2005**

| | |
|---|---|
| Name of Applicant: | The Scott Law Group, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | May 1, 2005 through May 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $        562.00 |
| Amount of Expenses Reimbursement: | $              0 |

This is a:  <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

1

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections | No Objections |

2

| | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|
| 050/3/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 08/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | Pending | Pending |

This is the twenty-ninth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 1.1 | $456.50 |
| TOTALS | | | | | 1.1 | $456.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | .3 | $49.50 |
| Bets Rutherford | Legal Asst. | 7 | Litigation | $80 | .7 | $56.00 |
| TOTALS | | | | | 1.0 | $105.50 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 2.1 Hours | $562.00 |
| TOTALS | 2.1 Hours | $562.00 |

Dated:   August 29, 2005

/s/      *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline:  September 19, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE**
**SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES**
**AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL**
**SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM**
<u>**MAY 1, 2005 THROUGH MAY 31, 2005**</u>

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

Re:   1.5   |   Grace - Special Counsel

**FOR TIME PERIOD ENDED 5/31/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 5/11/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Phone conference with ZAI claimant (.1); update database re same (.1). | .2 | $80.00 | $16.00 |
| 5/16/2005 | DWS<br>Darrell W. Scott<br>Principal | Phone conference re ZAI homeowner re removal and estimates (.3); review potential exhibits (.1). | .4 | $415.00 | $166.00 |
| 5/17/2005 | DWS<br>Darrell W. Scott<br>Principal | Preparation of documents re valuation of ZAI claims. | .7 | $415.00 | $290.50 |
| 5/26/2005 | BR<br>Bets Rutherford<br>Legal Assistant | Phone conference with ZAI homeowner (.4); update ZAI database (.1). | .5 | $80.00 | $40.00 |
| 5/31/2005 | KLB<br>Kristy L. Bergland<br>Paralegal | Call from ZAI claimant re removal and testing issues (.2); update to ZAI database regarding same (.1). | .3 | $165.00 | $49.50 |

**TOTAL THIS STATEMENT:**    **$562.00**

<u>VERIFICATION</u>

STATE OF WASHINGTON          )
                                                    )
COUNTY OF SPOKANE           )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.



Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED,
Before me this 26th day of August, 2005.



Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., <u>et al</u>., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| _____ | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

    I, William D. Sullivan, Esquire, hereby certify that on August 29, 2005, service of the

*Verified Application Of The Scott Law Group, P.S. For Compensation For Services And*

*Reimbursement Of Expenses As ZAI Additional Special Counsel For The Interim Period From*

*May 1, 2005 Through May 31, 2005* was made upon the parties on the attached service list by

Hand Delivery and/or First Class Mail.

    I certify the foregoing to be true and correct under the penalty of perjury.


     August 29, 2005                              */s/ William D. Sullivan*      
           Dated                                            William D. Sullivan

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et</u> <u>al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  September 19, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
<u>JUNE 1, 2005 THROUGH JUNE 30, 2005</u>**

Name of Applicant:                                    The Scott Law Group, P.S.


Authorized to Provide Professional Services to:      Zonolite Attic Insulation Claimants

Date of Appointment:                                 July 22, 2002

Period for which compensation and
Reimbursement is sought:                             June 1, 2005 through
                                                     June 30, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:              $      2,810.00

Amount of Expenses Reimbursement:       $           0

This is a:  <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 01/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 01/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 02/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 02/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 02/14/05 | 12/16/04– 12/31/04 | $314.50 | 0 | No Objections | No Objections |

| | | | | served on counsel | served on counsel |
|---|---|---|---|---|---|
| 05/3/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 08/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | Pending | Pending |
| 08/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | Pending | Pending |

This is the thirtieth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | 2.0 | $830.00 |
| TOTALS | | | | | 2.0 | $830.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 12.0 | $1,980.00 |
| TOTALS | | | | | 12.0 | $1,980.00 |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 14.0 Hours | $2,810.00 |
| TOTALS | 14.0 Hours | $2,810.00 |

Dated:  August 29, 2005

/s/      *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline:  September 19, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF THE SCOTT LAW**
**GROUP, P.S. FOR COMPENSATION FOR SERVICES AND**
**REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL**
**COUNSEL FOR THE INTERIM PERIOD FROM**
**<u>JUNE 1, 2005 THROUGH JUNE 30, 2005</u>**

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA  99201
### PHONE:  509-455-3966

**Re:**  **1.5**  |  **Grace - Special Counsel**                                      **FOR TIME PERIOD ENDED 6/30/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|------:|------|------:|
| 6/2/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Internet research regarding recent Zonolite studies. | .2 | $165.00 | $33.00 |
| 6/15/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Import of and analysis of preliminary injunction and Barbanti exhibits into ZAI exhibit database. | .7 | $165.00 | $115.50 |
| 6/21/2005<br>Darrell W. Scott<br>Principal | DWS | Review messages re intent to expedite ZAI Science Trial matters (.1); draft reply to co-counsel re same (.1); review Grace documents in respect of quantifying ZAI claims (.3). | .5 | $415.00 | $207.50 |
| 6/27/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Work on ZAI exhibit database and revisions to database analytical fields. | 4.8 | $165.00 | $792.00 |
| 6/28/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Additional work on ZAI exhibit Database analytical fields. | 2.8 | $165.00 | $462.00 |
| 6/28/2005<br>Darrell W. Scott<br>Principal | DWS | Meeting with paralegal re ZAI Science Trial exhibit data base matters. | 1.1 | $415.00 | $456.50 |
| 6/29/2005<br>Kristy L. Bergland<br>Paralegal | KLB | Additional updating to ZAI exhibit database fields and revisions to exhibit descriptions in exhibit Database. | 3.5 | $165.00 | $577.50 |
| 6/8/2005<br>Darrell W. Scott<br>Principal | DWS | Phone call from client re ZAI case status and removal issues. | .4 | $415.00 | $166.00 |

# THE SCOTT LAW GROUP, P.S.
## 926 W. SPRAGUE AVENUE, SUITE 583
## SPOKANE, WA  99201
## PHONE:  509-455-3966

**Re:** | **1.5** | **Grace - Special Counsel**

**FOR TIME PERIOD ENDED 6/30/2005**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|

**TOTAL THIS STATEMENT:** **$2,810.00**

## VERIFICATION

STATE OF WASHINGTON     )
                                 )

COUNTY OF SPOKANE        )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED,
Before me this 26th day of August, 2005.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., <u>et al</u>., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| _____ | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, William D. Sullivan, Esquire, hereby certify that on August 29, 2005, service of the *Verified Application Of The Scott Law Group, P.S. For Compensation For Services And Reimbursement Of Expenses As ZAI Additional Special Counsel For The Interim Period From June 1, 2005 Through June 30, 2005* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.


    August 29, 2005                                    */s/ William D. Sullivan*
         Dated                                          William D. Sullivan

## VERIFICATION

STATE OF WASHINGTON     )
                          )
COUNTY OF SPOKANE      )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)     I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)     I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 30 day of Aug., 2005.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2006