REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | Invoice Number | 1320016 |
|---|---|---|
| One Town Center Road | Invoice Date | 09/22/05 |
| Boca Raton, FL 33486 | Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.

(60026) Litigation and Litigation Consulting

| | | |
|---|---|---|
| Fees | 79,986.00 | |
| Expenses | 0.00 | |
| | TOTAL BALANCE DUE UPON RECEIPT | $79,986.00 |

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 1320016 |
| Invoice Date | 09/22/05 |
| Client Number | 172573 |
| Matter Number | 60026 |

Re: (60026) Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 08/01/05 | Cameron | Multiple e-mails relating to property damage estimation issues (.90); review outline from M. Browdy regarding conference call (.80); review statute of limitations and Nullum Tempus legal research (1.40). | 3.10 |
| 08/02/05 | Cameron | Multiple e-mails regarding statute of limitations research issues (.90); e-mails regarding product ID issues (.60); review outline for call (.40). | 1.90 |
| 08/03/05 | Cameron | E-mails regarding consultant claims review for testing data (.60); review testing data forms and related materials (.90); e-mails regarding statute of limitations/Nullum Tempus research (.90); e-mails regarding fact witness meetings (.70). | 3.10 |
| 08/04/05 | Cameron | Prepare for and participate in strategy conference call with M. Browdy and other K&E lawyers, R. Finke and W. Sparks regarding gateway objections (1.70); review expert materials relating to same (.60); review product ID materials and multiple e-mails regarding same (.70). | 3.00 |

| Date | Name | | Hours |
|---|---|---|---|
| 08/05/05 | Cameron | Review material from consultant regarding product ID issues (.80); multiple e-mails regarding same (.90). | 1.70 |
| 08/05/05 | Van Doesum | Assisted Kirkland & Ellis with logistical issues for meeting in Reed Smith Philadelphia office with several witnesses. | .80 |
| 08/06/05 | Cameron | Review notes of call with K&E and Grace and prepare outline of objection arguments (1.50); review material relating to product ID objections (.60). | 2.10 |
| 08/07/05 | Cameron | Review materials from 8/5 call (.90); review additional testing data from consultants (1.30); review constructive notice statute of limitations research (.90); review/revise outline from K&E re: property damage estimation (.50). | 3.60 |
| 08/08/05 | Atkinson | Research concerning objection to property damage claim for building in McKeesport, PA. | .20 |
| 08/08/05 | Cameron | Attend to issues raised in revised property damage estimation outline (1.8); emails re: same (.4); attend to product identification and other testing data summaries for preparation of objections (2.1); emails re: same (.4). | 4.90 |
| 08/08/05 | Lord | Research docket and update 2002 list. | .20 |
| 08/08/05 | Restivo | Receipt and review of new e-mails, pleadings and correspondence. | .50 |
| 08/08/05 | Van Doesum | Assisted Kirkland & Ellis with logistical issues for a meeting with several witnesses. | .70 |

172573 W. R. Grace & Co. Invoice Number 1320016
60026 Litigation and Litigation Consulting Page 3
September 22, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 08/09/05 | Cameron | Multiple e-mails from R. Finke regarding asbestos property damage estimation issues (0.3); telephone call with R. Finke regarding same, including status of product identification work (0.7); detailed review of claims materials relating to product identification objection issues (2.1); review materials from K&E (J. Friedland) regarding claims form review for air and dust sample testing (1.9); prepare for and participate in conference call with R. Finke, J. Friedland, M. Browdy and consultants regarding testing data review and analysis (1.4); follow-up e-mails and review of spreadsheets for testing data (1.5); review files for objection to McKeesport building claim (0.9). | 8.80 |
| 08/09/05 | Van Doesum | Assisted Kirkland & Ellis with logistical issues for meeting with several witnesses. | .50 |
| 08/10/05 | Ament | E-mails with D. Cameron re: estimation issues. | .20 |
| 08/10/05 | Atkinson | Research concerning objection to property damage claim for building in McKeesport, PA. | .70 |
| 08/10/05 | Cameron | Review proposed claim summary materials from K&E (0.8); comments regarding same (0.5); review product identification summaries and e-mails regarding same (0.9); review objection issues relating to statute of limitations and product ID (1.5); review materials regarding McKeesport building claim and e-mails regarding same (0.6); e-mails regarding constructive notice and review of claim summaries regarding same (0.8). | 5.10 |

| Date | Name | | Hours |
|---|---|---|---|
| 08/10/05 | Van Doesum | Assisted Kirkland & Ellis with administrative issues. | .80 |
| 08/11/05 | Atkinson | Research concerning objection to property damage claim for building in McKeesport, PA. | .50 |
| 08/11/05 | Cameron | Review claims form and back-up documentation in database for testing data (3.9); multiple telephone calls with K&E regarding same (0.6); e-mails from R. Finke regarding various issues relating to property damage claims and objections (0.9). | 5.40 |
| 08/12/05 | Atkinson | Letter to R. Finke enclosing research concerning objection to property damage claim for building in McKeesport, PA. | 1.20 |
| 08/12/05 | Cameron | Review of backup for D. Speight's California claims per R. Finke's instructions (1.9); telephone call with R. Finke regarding same (0.4); review claims relating to constructive notice issues (0.8); review product ID information for claim data on CDs (0.9); review revised summary spreadsheet and claims on CDs for other testing data and back-up (2.2); review materials and e-mails relating to McKeesport building to send to R. Finke (0.9). | 7.10 |
| 08/12/05 | Van Doesum | Assisted Kirkland & Ellis with logistics and administrative issues for the meeting on 8-15-05 per request of Sal Bianca (K&E). | 1.60 |
| 08/13/05 | Cameron | Review claim form back-up materials on CDs provided by K&E for testing data relating to air samples. | 2.90 |
| 08/14/05 | Cameron | Continued review of claims materials on CDs for testing data relating to air samples (2.8); | 4.70 |

| Date | Name | | Hours |
|---|---|---|---|
| | | review product ID materials to assist in objection narratives (1.9). | |
| 08/15/05 | Cameron | Emails with consultant re: claim file/testing data review (.60); review CDs with claim file data re: air testing data (1.90); review consultant work relating to product ID issues prior to meeting (2.40); emails and telephone calls with R. Finke re: product ID and other objective issues (.50); meeting with consultant and additional review of analysis and data relating to product ID and other testing (1.50). | 6.90 |
| 08/15/05 | Van Doesum | Assisted Kirkland & Ellis with various administrative issues during meetings with clients and witnesses in Reed Smith Philadelphia office. | 3.80 |
| 08/16/05 | Ament | Attend meeting/conference call with D. Cameron re: gateway objection issues. | 1.50 |
| 08/16/05 | Cameron | Review new data summaries in preparation for call with K&E and R. Finke (.90); prepare for and participate in conference call with R. Finke and K&E lawyer re: multiple issues relating to gateway objections (2.10); additional review of claims provided by K&E and summaries relating to testing data (2.40); follow-up emails and calls with K&E and R. Finke (.60); review of selected claim materials on CDs provided by K&E (1.30); emails with K&E re: objection drafts (.20); review draft objections (.80); review statute of limitations issues and FOIA request in California (.60). | 8.90 |

| Date | Name | | Hours |
|---|---|---|---|
| 08/17/05 | Cameron | Multiple e-mails regarding constructive notice issues (0.6); review current version of CMO and requirements under same (0.7); review of product ID data to begin preparation of narrative for objections (2.4); review statute of limitations research (0.8); review materials relating to Canadian claims (0.5); review materials regarding Category II claims (0.5); telephone call with consultant regarding constructive notice issues (0.2); review current draft of summaries relating to air/dust data and associated claims forms on CDs (1.9). | 7.60 |
| 08/18/05 | Cameron | Multiple e-mails and telephone calls relating to constructive notice issues (0.5); continued review of claims database and testing data for preparation of objections (1.9); telephone call with M. Browdy regarding same (0.3); review of testing data summaries for product ID issues (2.3); review air/dust testing summaries (1.7). | 6.70 |
| 08/19/05 | Cameron | Prepare for telephone call with K&E, R. Finke and consultants regarding product ID objections (0.8); review draft objections (1.1); participate in telephone call with K&E, R. Finke and consultants regarding product ID objections (0.7); prepare for telephone call regarding constructive notice research issues (0.5); participate in telephone call with R. Finke, D. Biderman, and consultants regarding constructive notice research (0.6); review testing data summaries and begin outline for objections (2.2). | 5.90 |

| Date | Name | | Hours |
|---|---|---|---|
| 08/20/05 | Cameron | Review of updated testing data summaries and continue preparation of outline for objections. | 4.40 |
| 08/21/05 | Cameron | Continued review of updated testing data summaries (2.9); continued review of issues relating to constructive notice (1.6). | 4.50 |
| 08/22/05 | Ament | E-mails with D. Cameron re: estimation issues. | .10 |
| 08/22/05 | Cameron | Review revised draft of objections to property damage claims (2.1); review testing data relating to same (1.9); e-mails regarding constructive notice in California (0.4); review materials from R. Finke regarding California claims (0.7). | 5.10 |
| 08/23/05 | Cameron | Review revised draft of objections (2.4); review e-mails regarding constructive notice issues (0.6); review materials relating to statute of limitations in California (1.4); review revised and updated testimony data summaries (1.9). | 6.30 |
| 08/24/05 | Cameron | Continued review and revisions to draft objections (1.9); review constructive notice materials (1.3); review materials relating to Canadian claims (0.5); review new product ID testing data (1.9); multiple e-mails with R. Finke and K&E regarding objections (0.6). | 6.20 |
| 08/25/05 | Cameron | E-mails regarding revisions to draft objections (0.9); review revised testing data received from consultants (2.8); e-mails to consultants regarding same (0.3); review e-mails relating to Canadian claims and proposed revisions to objections (0.6). | 4.60 |

| Date | Name | | Hours |
|---|---|---|---|
| 08/26/05 | Cameron | E-mails regarding status of data review (0.4); receipt of updated data summaries and review of same (1.9); comparison review to sample set of claims on CDs (2.3). | 4.60 |
| 08/27/05 | Cameron | Review of bulk sample and air/dust sample summary spreadsheets (2.9); review draft objections to incorporate same (1.6). | 4.50 |
| 08/28/05 | Cameron | Continued review of data summary sheets (2.0); prepare summaries for incorporation into draft objections (1.1). | 3.10 |
| 08/29/05 | Atkinson | Review PACER Delaware Bankruptcy Court filings and our pleadings files re: Court Case Management and Scheduling Orders pertaining to depositions. | .70 |
| 08/29/05 | Cameron | Review revised data summaries relating to product ID issues (1.9); review data summaries regarding air/dust analyses (1.4); review draft objections (0.8); e-mails regarding procedural issues (0.5). | 4.60 |
| 08/30/05 | Cameron | E-mails regarding objections (0.3); review materials regarding constructive notice issues (1.9); review testing data for incorporation into objections (2.6); review e-mails regarding risk assessment (0.3); review materials and e-mails from K&E regarding objections (0.8). | 5.90 |

172573 W. R. Grace & Co.
60026 Litigation and Litigation Consulting
September 22, 2005

Invoice Number 1320016
Page 9

| Date | Name | | Hours |
|---|---|---|---|
| 08/31/05 | Cameron | Prepare for and participate in multiple conference calls with R. Finke and K&E (1.1); telephone call with consultants (0.4); review of multiple revised drafts of Omnibus objections (2.3); comments to same (1.4); review of extensive testing data for exhibits relating to bulk, air and dust testing (2.8); multiple e-mails regarding same (1.3); review status report/control chart work product from J. Friedland (1.1); review some of proposed exhibits received electronically (1.2). | 11.60 |

TOTAL HOURS 172.80

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 0.50 | at | $ 525.00 | = | 262.50 |
| Douglas E. Cameron | 158.80 | at | $ 490.00 | = | 77,812.00 |
| John B. Lord | 0.20 | at | $ 175.00 | = | 35.00 |
| Maureen L. Atkinson | 3.30 | at | $ 165.00 | = | 544.50 |
| Sharon A. Ament | 1.80 | at | $ 125.00 | = | 225.00 |
| Katerina Van Doesum | 8.20 | at | $ 135.00 | = | 1,107.00 |

CURRENT FEES 79,986.00

TOTAL BALANCE DUE UPON RECEIPT $79,986.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1320017 |
| Invoice Date | 09/22/05 |
| Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.

(60028) ZAI Science Trial

| | |
|---|---|
| Fees | 1,960.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $1,960.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1320017 |
| Invoice Date | 09/22/05 |
| Client Number | 172573 |
| Matter Number | 60028 |

Re: (60028) ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 08/01/05 | Cameron | Review materials from expert witness regarding cleavage fragments. | 1.00 |
| 08/17/05 | Cameron | Review collected materials relating to ZAI claims in Canada. | .70 |
| 08/19/05 | Cameron | Telephone call with R. Finke regarding issues relating to discussions concerning Canadian ZAI claims (0.3); review files from ZAI Science Trial for materials to respond to requests per R. Finke (1.1). | 1.40 |
| 08/20/05 | Cameron | Continued review of ZAI Science Trial file per R. Finke request. | .90 |
| | | TOTAL HOURS | 4.00 |

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 4.00 | at | $ 490.00 | = | 1,960.00 |

CURRENT FEES 1,960.00

TOTAL BALANCE DUE UPON RECEIPT $1,960.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1320028 |
| Invoice Date | 09/22/05 |
| Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.

(60029) Fee Applications-Applicant

| | |
|---|---|
| Fees | 3,445.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT $3,445.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1320028 |
| Invoice Date | 09/22/05 |
| Client Number | 172573 |
| Matter Number | 60029 |

================================================================================

Re: (60029) Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 08/02/05 | Ament | Continue drafting narrative and summary re: 17th quarterly fee application (.80); revisions to same (.20); obtain and organize invoices from 4/1/05 - 6/30/05 (.30). | 1.30 |
| 08/02/05 | Lord | Review, revise, e-file, perfect service of RS 48th monthly fee application (1.1); e-mail with S. Ament re: same (.1). | 1.20 |
| 08/03/05 | Ament | Calculate invoice totals from April 1 through June 30, 2005 (1.5); revisions to narrative & summary of 17th quarterly fee application (1.0). | 2.50 |
| 08/04/05 | Ament | Calculate spreadsheet for 17th quarterly fee application (.50); complete draft of narrative & summary re: 17th quarterly fee application & provide to A. Muha (.50). | 1.00 |
| 08/04/05 | Muha | Review and make revisions to 17th Quarterly Fee Application. | 1.20 |

| Date | Name | | Hours |
|---|---|---|---|
| 08/05/05 | Ament | Finalize summary & narrative & e-mails re same (.30); meet with A. Muha re same (.10); e-mail J. Lord 17th quarterly fee application for DE filing (.10); maintain pleadings file (.10). | .60 |
| 08/05/05 | Lord | Research and respond to S. Ament re: status of various CNOs. | .30 |
| 08/08/05 | Lord | Research docket for hearing information for 17th quarterly fee application. | .20 |
| 08/09/05 | Cameron | Review and revise fee application materials (0.9); e-mails to S. Ament and A. Muha regarding same (0.2). | 1.10 |
| 08/09/05 | Lord | Review, revise, prepare in final, e-file and perfect service of RS 17th quarterly fee application. | 1.20 |
| 08/11/05 | Ament | E-mail to J. Lord re: CNO. | .10 |
| 08/14/05 | Muha | Revisions to July 2005 fee/expense details for monthly fee application. | 1.10 |
| 08/15/05 | Muha | Revise and clarify entries re: meal service during preparation for July 19 omnibus hearing. | .10 |
| 08/25/05 | Muha | Make final revisions to July 2005 monthly fee and expense details. | .20 |
| 08/26/05 | Ament | E-mails with D. Cameron and A. Muha re: monthly fee application (.20); obtain July invoices and review same (.30). | .50 |
| 08/26/05 | Cameron | Review and give final comments to fee applications. | .50 |
| 08/27/05 | Ament | E-mail to C. Gadsden re: missing category summary from litigation expenses (.10); review July invoices and begin preparing spreadsheet re: monthly fee application (1.0). | 1.10 |

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
September 22, 2005

Invoice Number 1320028
Page 3

| Date | Name | | Hours |
|---|---|---|---|
| 08/29/05 | Lord | Research docket and draft CNO for monthly fee application (.4). | .40 |
| 08/30/05 | Ament | Continue working on draft of 49th monthly fee application (1.0); e-mails and meet with D. Cameron re: same (.20); e-mails with J. Lord re: CNO for June fee application (.10); revisions to 49th monthly fee application (.20); finalize 49th monthly fee application formatting of invoices (.50); e-mails with C. Gadsden re: expenses (.20). | 2.20 |
| 08/31/05 | Lord | Review, revise and e-file RS 49th monthly fee application (1.1); perfect electronic and hard service for same (.3). | 1.40 |
| | | TOTAL HOURS | 18.20 |

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | 1.60 | at | $ | 490.00 | = | 784.00 |
| Andrew J. Muha | 2.60 | at | $ | 260.00 | = | 676.00 |
| John B. Lord | 4.70 | at | $ | 175.00 | = | 822.50 |
| Sharon A. Ament | 9.30 | at | $ | 125.00 | = | 1,162.50 |

CURRENT FEES 3,445.00

TOTAL BALANCE DUE UPON RECEIPT $3,445.00