```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number      1320023
One Town Center Road                     Invoice Date        09/22/05
Boca Raton, FL   33486                   Client Number        172573
```

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
     Fees                                      0.00
     Expenses                              2,244.80

                  TOTAL BALANCE DUE UPON RECEIPT          $2,244.80
                                                         =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1320023
One Town Center Road                     Invoice Date        09/22/05
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone Expense                             4.00
     PACER                                        56.40
     Duplicating/Printing/Scanning               238.05
     Postage Expense                               5.94
     Express Mail Service                        683.17
     Courier Service                             115.10
     Filing Fees                                  17.50
     Courier Service - Outside                     3.65
     Outside Duplicating                         818.35
     Meal Expense                                277.17
     General Expense - Tabs for work
        materials in binder                       25.47

              CURRENT EXPENSES                                 2,244.80
                                                            --------------

              TOTAL BALANCE DUE UPON RECEIPT                  $2,244.80
                                                            ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number       1320023
One Town Center Road                     Invoice Date         09/22/05
Boca Raton, FL   33486                   Client Number         172573
                                         Matter Number          60026
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 06/30/05 | PACER - Electronic docket retrieval charges for June 2005. | 17.52 |
| 07/20/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Douglas E. Cameron, Esq., to JAMIE STROHL, KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | -4.41 |
| 07/31/05 | PACER--Electronic docket retrieval charges for July 2005. | 38.88 |
| 08/01/05 | Telephone Expense 410-531-4355/COLUMBIA, MD/2 | .10 |
| 08/02/05 | Duplicating/Printing/Scanning ATTY # 4810; 48 COPIES | 7.20 |
| 08/02/05 | Duplicating/Printing/Scanning ATTY # 0718; 220 COPIES | 33.00 |
| 08/02/05 | Postage Expense - Pleadings | 4.88 |
| 08/03/05 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .45 |
| 08/04/05 | Duplicating/Printing/Scanning ATTY # 4810; 8 COPIES | 1.20 |
| 08/04/05 | Duplicating/Printing/Scanning ATTY # 4810; 92 COPIES | 13.80 |
| 08/04/05 | Duplicating/Printing/Scanning ATTY # 4810; 126 COPIES | 18.90 |

```
172573  W. R. Grace & Co.                          Invoice Number   1320023
60026   Litigation and Litigation Consulting       Page    2
        September 22, 2005
```

| Date | Description | Amount |
|---|---|---|
| 08/04/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 08/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0718; 320 COPIES | 48.00 |
| 08/09/05 | Telephone Expense<br>312-498-5135/CHICAGO, IL/3 | .15 |
| 08/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0887: 44 COPIES | 6.60 |
| 08/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 08/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 17 COPIES | 2.55 |
| 08/09/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 08/10/05 | Telephone Expense<br>816-304-1567/KANSAS CITY, MO/7 | .35 |
| 08/11/05 | Postage Expense<br>Postage Expense: ATTY # 0559 User: MILLER, JASON | 1.06 |
| 08/11/05 | Telephone Expense<br>816-304-1567/KANSAS CITY, MO/3 | .15 |
| 08/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | 1.80 |
| 08/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |
| 08/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .45 |
| 08/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 08/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 08/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |
| 08/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |

172573  W. R. Grace & Co.                                  Invoice Number   1320023
 60026  Litigation and Litigation Consulting               Page     3
        September 22, 2005

| Date | Description | Amount |
|---|---|---:|
| 08/11/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 16 COPIES | 2.40 |
| 08/12/05 | Telephone Expense<br>816-304-1567/KANSAS CITY, MO/4 | .20 |
| 08/12/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/4 | .20 |
| 08/12/05 | Telephone Expense<br>312-861-3295/CHICAGO, IL/3 | .10 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 2 COPIES | .30 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 200 COPIES | 30.00 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 64 COPIES | 9.60 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0856; 7 COPIES | 1.05 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .15 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .60 |
| 08/12/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .30 |
| 08/12/05 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Richard C. Finke, Esq., W.R. Grace & Co. (COLUMBIA MD 21044). | 8.06 |
| 08/12/05 | Express Mail Service--Multiple boxes of documents shipped to Kirkland & Ellis via priority delivery at request of S. Bianca | 683.17 |
| 08/15/05 | Courier Service-Boxes of documents delivered from witness to Reed Smith Philadelphia office. | 65.38 |
| 08/15/05 | Courier Service-Boxes of documents delivered from witness to Reed Smith Philadelphia office. | 49.72 |
| 08/16/05 | Outside Duplicating - - Copying for service of CNO on service list. | 63.10 |

| | | |
|---|---|---:|
| 172573 W. R. Grace & Co. | | Invoice Number  1320023 |
| 60026   Litigation and Litigation Consulting | | Page   4 |
| September 22, 2005 | | |

| Date | Description | Amount |
|---|---|---:|
| 08/16/05 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .55 |
| 08/17/05 | Filing Fees- VENDOR: EDWARD TOMASZEWSKI COPY DEEDS | 17.50 |
| 08/17/05 | Telephone Expense<br>518-283-7671/TROY, NY/4 | .20 |
| 08/18/05 | Outside Duplicating--Service of materials relating to quarterly fee application on R. 2002 List | 427.90 |
| 08/18/05 | Outside Duplicating - - Service of materials relating to Quarterly fee application on car service list. | 327.35 |
| 08/18/05 | Meal Expense--Breakfast and lunch for 5 people during witness meetings in Reed Smith's Philadelphia office on August 12. | 103.79 |
| 08/18/05 | Meal Expense - -Breakfast for 5 people during witness meetings in Reed Smith's Philadelphia office  on August 15. | 17.08 |
| 08/18/05 | Meal Expense --Lunch for 5 people during witness meetings in Reed Smith's Philadelphia office  on August 15. | 69.20 |
| 08/18/05 | Telephone Expense<br>518-283-7671/TROY, NY/2 | .10 |
| 08/19/05 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/38 | 1.90 |
| 08/22/05 | General Expense- Tabs for work materials compiled in binders. | 10.49 |
| 08/22/05 | General Expense- Tabs for work materials compiled in binders. | 14.98 |
| 08/23/05 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | 1.20 |
| 08/30/05 | Meal Expense - - Breakfast for 5 people during witness meetings in Reed Smith's Philadelphia office  on August 16. | 25.43 |
| 08/30/05 | Meal Expense--Lunch for 5 people during witness meetings in Reed Smith's Philadelphia office  on August 16. | 61.67 |

```
172573 W. R. Grace & Co.                              Invoice Number   1320023
60026  Litigation and Litigation Consulting           Page     5
       September 22, 2005


08/30/05    Duplicating/Printing/Scanning                              .30
            ATTY # 0559; 2 COPIES

08/30/05    Duplicating/Printing/Scanning                              .15
            ATTY # 4810; 1 COPIES

08/30/05    Duplicating/Printing/Scanning                              .90
            ATTY # 0718; 6 COPIES

08/30/05    Duplicating/Printing/Scanning                             2.10
            ATTY # 0718; 14 COPIES

08/30/05    Duplicating/Printing/Scanning                              .30
            ATTY # 0559; 2 COPIES

08/30/05    Duplicating/Printing/Scanning                              .15
            ATTY # 4810; 1 COPIES

08/30/05    Duplicating/Printing/Scanning                              .90
            ATTY # 0718; 6 COPIES

08/30/05    Duplicating/Printing/Scanning                             2.10
            ATTY # 0718; 14 COPIES

08/31/05    Duplicating/Printing/Scanning                             6.15
            ATTY # 0718; 41 COPIES

08/31/05    Duplicating/Printing/Scanning                            38.55
            ATTY # 0718; 257 COPIES

                         CURRENT EXPENSES                         2,244.80
                                                                ------------
                         TOTAL BALANCE DUE UPON RECEIPT          $2,244.80
                                                                ============
```

```
                         REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630



W. R. Grace                              Invoice Number      1320024
5400 Broken Sound Blvd., N.W.            Invoice Date       09/22/05
Boca Raton, FL 33487                     Client Number       172573




==============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

     Fees                                    0.00
     Expenses                               63.40

                    TOTAL BALANCE DUE UPON RECEIPT           $63.40
                                                       =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W. R. Grace                             Invoice Number      1320024
5400 Broken Sound Blvd., N.W.             Invoice Date     09/22/05
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


==========================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telecopy Expense                         25.00
     Duplicating/Printing/Scanning            38.40

              CURRENT EXPENSES                                  63.40
                                                          -------------

              TOTAL BALANCE DUE UPON RECEIPT                   $63.40
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W. R. Grace                              Invoice Number        1320024
5400 Broken Sound Blvd., N.W.            Invoice Date         09/22/05
Boca Raton, FL 33487                     Client Number         172573
                                         Matter Number          60028

===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

08/04/05   Duplicating/Printing/Scanning                          .15
           ATTY # 0559; 1 COPIES

08/04/05   Duplicating/Printing/Scanning                         1.20
           ATTY # 0559; 8 COPIES

08/04/05   Telecopy Expense                                     25.00
           Fax Number: 14102896525

08/11/05   Duplicating/Printing/Scanning                          .45
           ATTY # 0559; 3 COPIES

08/11/05   Duplicating/Printing/Scanning                          .15
           ATTY # 0559; 1 COPIES

08/11/05   Duplicating/Printing/Scanning                         1.20
           ATTY # 0559; 8 COPIES

08/12/05   Duplicating/Printing/Scanning                          .15
           ATTY # 0856: 1 COPIES

08/23/05   Duplicating/Printing/Scanning                          .30
           ATTY # 0559; 2 COPIES

08/29/05   Duplicating/Printing/Scanning                          .30
           ATTY # 0559; 2 COPIES

08/29/05   Duplicating/Printing/Scanning                        34.35
           ATTY # 0559; 229 COPIES
```

```
172573  W. R. Grace & Co.                          Invoice Number   1320024
60028   ZAI Science Trial                          Page      2
        September 22, 2005


08/31/05   Duplicating/Printing/Scanning                              .15
           ATTY # 0856: 1 COPIES

                         CURRENT EXPENSES                           63.40
                                                               ------------
                         TOTAL BALANCE DUE UPON RECEIPT            $63.40
                                                               ============
```