## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:   October 19, 2005 at 4:00 p.m.** |

## FORTY-SIXTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | August 1, 2005 through August 31, 2005 |
| Amount of fees to be approved as actual, reasonable and necessary: | $11,890.50[1] |
| Amount of expenses sought as actual, reasonable and necessary: | $134.58[2] |

This is a(n): ___ interim          ____ final application.          _x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1] Due to an inadvertent accounting error, some fees incurred prior to this Application were excluded from prior fee applications. Accordingly, these fees are included for payment in this Application.

[2] Due to an inadvertent accounting error, some expenses incurred prior to this Application were excluded from prior fee applications. Accordingly, these expenses are included for payment in this Application.

58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
|---|---|---|---|---|
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |

| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |
|---|---|---|---|---|
| 9/28/04 6485 | 8/1/04 through 8/31/04 | $20,512.00/ $1,821.42 | $16,409.60/ $1,821.42 | 6780 10/28/04 |
| 10/28/04 6779 | 9/1/04 through 9/30/04 | $20,634.50/ $1,231.46 | $16,076.60/ $1,231.46 | 7001 11/19/04 |
| 11/30/04 7063 | 10/1/04 through 10/31/04 | $20,982.00/ $144.74 | $16,785.60/ $144.74 | 7327 12/22/04 |
| 12/28/04 7381 | 11/1/04 through 11/30/04 | $26,383.00 $1,843.03 | $21,106.40 $1,843.03 | 7600 1/20/05 |
| 1/28/05 7640 | 12/1/04 through 12/25/04 | $27,170.50 $457.47 | $21,736.40 $457.47 | 7852 2/22/05 |
| 3/3/05 7940 | 12/26/04 though 1/31/05 | $25,021.50 $1,466.97 | $20,017.20 $1,466.97 | 8127 3/28/05 |
| 4/1/05 8153 | 2/1/05 through 2/28/05 | $21,980.00 $240.36 | $17,584.00 $240.36 | 8291 4/27/05 |
| 5/6/05 8379 | 3/1/05 through 3/31/05 | $13,210.50 $138.07 | $10,568.40 $138.07 | 8528 5/31/05 |
| 5/31/05 8529 | 4/1/05 through 4/30/05 | $13,310.00 $450.86 | $10,648.00 $450.86 | 8668 6/22/05 |
| 6/28/05 8693 | 5/1/05 through 5/31/05 | $22,543.00 $113.87 | $18,034.40 $113.87 | 9032 7/20/05 |
| 7/28/05 9100 | 6/1/05 through 6/30/05 | $22,083.00 $349.11 | $17,666.40 $349.11 | 9226 8/22/05 |
| 8/29/05 9278 | 7/1/05 though 7/31/05 | $22,038.00 $701.59 | $17,630.40 $701.59 | 9485 9/22/05 |

## SUMMARY OF TIME FOR BILLING PERIOD
## AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K.D. Currier | $470 | 18.4 | $8,648.00 |
| Melissa N. Flores | $135 | 22.3 | $3,010.50 |
| Frances A. Panchak | $145 | 1.6 | $232.00 |
| **TOTAL** | | **42.3** | **$11,890.50** |

58909v1

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | .4 | $188.00 |
| Asset Disposition | 2.5 | $1,175.00 |
| Business Operations | .7 | $329.00 |
| Case Administration | 9.6 | $1,296.00 |
| Claims Analysis Obj. & Resolution (Asbestos) | 1.9 | $893.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 6.8 | $3,196.00 |
| Employment Applications, Applicant | .4 | $188.00 |
| Fee Applications, Applicant | 11.5 | $2502.50 |
| Fee Applications, Others | 6.1 | $995.00 |
| Hearings | .5 | $235.00 |
| Litigation and Litigation Consulting | 1.9 | $893.00 |
| **TOTAL** | **42.3** | **$11,890.50** |

58909v1

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $72.00 |
| Federal Express | $37.58 |
| Messenger Services | $25.00 |
| **TOTAL** | **$134.58** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By: _____

Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: September 29, 2005

58909v1

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 20, 2005
MATTER : W9600-001
INVOICE : 197138

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  ASSET ANALYSIS AND RECOVERY

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/31/05 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO ACQUIRE ASSETS OF SINGLE SITE | .40 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 470.00 | .40 | 188.00 |
| TOTALS | | .40 | 188.00 |

TOTAL FEES :                          188.00

TOTAL DUE  :                          188.00

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   SEPTEMBER 20, 2005
                                         MATTER :  W9600-002
                                         INVOICE :  197139

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/03/05 | TC | REVIEWED MOTION AND RELATED DOCUMENTS RE MOTION FOR ORDER AUTHORIZING ENTRANCE INTO SETTLEMENT AGREEMENTS WITH TAX AUTHORITIES RE TAX CLAIMS | .70 |
| 08/16/05 | TC | REVIEWED OBJECTION TO MOTION TO APPROVE SETTLEMENT WITH INTERCAT | .60 |
| 08/31/05 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO ASSUME AND ASSIGN LEASES OF REAL PROPERTY | .50 |
| 08/31/05 | TC | REVIEWED ORDER ON MOTION TO APPROVE SETTLEMENT WITH TAXING AUTHORITIES | .30 |
| 08/31/05 | TC | REVIEWED ORDER APPROVING SETTLEMENT WITH MARSH AND MCCLELLAN | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 470.00 | 2.50 | 1175.00 |
| TOTALS | | 2.50 | 1175.00 |

TOTAL FEES :            1,175.00

TOTAL DUE  :            1,175.00

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 20, 2005
MATTER :  W9600-003
INVOICE : 197140

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/02/05 | TC | REVIEWED MONTHLY OPERATING REPORTS | .70 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 470.00 | .70 | 329.00 |
| TOTALS |  | .70 | 329.00 |

TOTAL FEES :                329.00

TOTAL DUE  :                329.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   SEPTEMBER 20, 2005
MATTER :  W9600-004
INVOICE :  197141

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/03/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/04/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/05/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/09/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/11/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 20, 2005
MATTER : W9600-004
INVOICE : 197141

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 08/12/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/16/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/17/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/24/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADING'S AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 08/25/05 MNF | UPDATE 2002 SERVICE LIST AND LABELS | .30 |
| 08/29/05 MNF | CALENDAR DATES | .30 |

### T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| M N FLORES | 135.00 | 9.60 | 1296.00 |
| TOTALS | | 9.60 | 1296.00 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 20, 2005
MATTER : W9600-004
INVOICE : 197141

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:   CASE ADMINISTRATION


TOTAL FEES :                    1,296.00


TOTAL DUE  :                    1,296.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 20, 2005
MATTER :  W9600-005
INVOICE : 197148

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 08/30/05 | TC | REVIEWED CERTIFICATION OF COUNSEL REPORT TO COURT REGARDING CASE MANAGEMENT ORDER FOR ASBESTOS PROPERTY DAMAGE CLAIMS | 1.20 |
| 08/30/05 | TC | REVIEWED OBJECTION TO PROPOSED QUESTIONAIRE FOR PERSONAL INJURY CLAIMANTS, FILED BY ASBESTOS PERSONAL INJURY COMMITTEE | .70 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 470.00 | 1.90 | 893.00 |
| TOTALS | | 1.90 | 893.00 |

TOTAL FEES :                    893.00

TOTAL DUE  :                    893.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   SEPTEMBER 20, 2005
                                              MATTER : W9600-006
                                              INVOICE : 197142

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/28/05 | TC | REVIEWED OMNIBUS CLAIMS OBJECTIONS | .50 |
| 08/01/05 | TC | REVIEWED SPEIGHTS AND RUNYAN RESPONSE TO CLAIMS OBJECTION | .60 |
| 08/02/05 | TC | REVIEWED OBJECTION TO OMNIBUS OBJECTION TO CLAIM FILED BY RAFAEL PALATIO | .40 |
| 08/15/05 | TC | REVIEWED RESPONSE AND PARTIAL OBJECTION OF SPEIGHTS AND RYAN | 1.40 |
| 08/29/05 | TC | REVIEWED MOTION TO EXTEND TIME ON CLAIM DOCUMENTATION | .60 |
| 08/30/05 | TC | REVIEWED MOTION TO FILE REPLY IN SUPPORT OF TWELVFTH OBJECTION TO SPEIGHTS AND RYAN CLAIMS, AND ATTACHED REPLY | .80 |
| 08/30/05 | TC | REVIEWED NOTICE OF COMPLETION OF BRIEFING OF VANCOTT BAGLEY LATE FILED PROOF OF CLAIM MOTION/BRIEF | .30 |
| 08/30/05 | TC | REVIEWED LIMITED OBJECTION OF LONDON INSURERS TO CMO FOR PERSONAL INJURY CLAIMS | .50 |
| 08/31/05 | TC | REVIEWED ORDER ON TWELFTH OBJECTION TO CLAIMS | .50 |
| 08/31/05 | TC | REVIEWED SIXTH CONTINUATION ORDER | .40 |
| 08/31/05 | TC | REVIEWED SECOND CONTINUATION ORDER ON CLAIMS OBJECTIONS | .40 |
| 08/31/05 | TC | REVIEWED SECOND CONTINUATION ORDER ON 11TH CLAIMS OBJECTIONS | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 20, 2005
MATTER :  W9600-006
INVOICE : 197142

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 470.00 | 6.80 | 3196.00 |
| TOTALS | | 6.80 | 3196.00 |

TOTAL FEES :                3,196.00

TOTAL DUE  :                3,196.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 20, 2005
                                              MATTER :  W9600-009
                                              INVOICE : 197143

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05    T C

RE:  EMPLOYMENT APPLICATIONS, APPLICANT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/31/05 | TC | REVIEWED EXPANDED RETENTION MOTION FOR PITNEY HARDIN | .40 |


## T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T CURRIER  |        | 470.00 | .40   | 188.00 |
|            | TOTALS |        | .40   | 188.00 |

TOTAL FEES :                                    188.00

TOTAL DUE  :                                    188.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 20, 2005
MATTER :  W9600-011
INVOICE : 197144

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05    T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/28/05 | TC | REVIEWED FEE APPLICATION FOR FILING | .70 |
| 08/15/05 | MNF | REVIEW/EDIT PRE-BILLS FOR JULY 2005 | .60 |
| 08/18/05 | FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR JULY 2005 | .30 |
| 08/18/05 | MNF | DRAFT 45TH MONTHLY FEE APP OF KRLS FOR JULY 2005 | 1.00 |
| 08/18/05 | MNF | REVIEW FINALIZED BILLS FOR JULY 2005 | .40 |
| 08/18/05 | TC | REVIEWED CNOS FOR KRAMER LEVIN AND KLETT ROONEY AND REVISED SAME | .50 |
| 08/18/05 | TC | REVIEWED FINAL CNOS AND EXECUTED SAME FOR FILING | .40 |
| 08/19/05 | MNF | DRAFT CNO RE: 44TH MONTHLY FEE APP OF KRLS (.4); PREPARE SERVICE FOR SAME (.2) | .60 |
| 08/22/05 | FAP | PREPARE AFFIDAVIT OF SERVICE FOR NO ORDER REQUIRED CERTIFICATES OF NO OBJECTION FOR KRAMER LEVIN AND KLETT ROONEY'S JUNE 2005 FEE APPLICATION (.1); FILE SAME (.1) | .20 |
| 08/22/05 | FAP | FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION FOR KLETT ROONEY'S JUNE 2005 FEE APPLICATION | .40 |
| 08/25/05 | MNF | DRAFT NOTICE AND 17TH QUARTERLY FEE REQUEST OF KRLS FOR APRIL-JUNE 2005 (1.4); PULL PREVIOUSLY FILED FEE APPS RE: SAME (.6) | 2.00 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 20, 2005
MATTER :  W9600-011
INVOICE : 197144

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 08/29/05 MNF | FINALIZE, E-FILE AND SERVE 45TH MONTHLY FEE APP OF KRLS FOR JULY 2005 (1.0); CONVERT AND SEND SAME TO FEE AUDITOR (.3) | | 1.30 |
| 08/29/05 MNF | EDITS TO 17TH QUARTERLY FEE APP OF KRLS FOR APRIL 2005-JUNE 2005 AND EXHIBITS RE: SAME (.3); PREPARE SERVICE FOR SAME(.3) | | .60 |
| 08/29/05 TC | REVIEWED KLETT ROONEY FEE APPLICATION AND EXECUTED SAME FOR FILING | | .60 |
| 08/30/05 FAP | PREPARE QUARTERLY FEE AND EXPENSE SUMMARIES FOR APRIL THROUGH JUNE 2005 | | .30 |
| 08/30/05 MNF | E-FILE AND SERVE 17TH QUARTERLY FEE APP REQUEST OF KRLS (.9); CALENDAR DATES (.1) | | 1.00 |
| 08/30/05 TC | REVIEWED QUARTERLY FEE APPLICATION FOR KLETT ROONEY | | .60 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 145.00 | 1.20 | 174.00 |
| M N FLORES | 135.00 | 7.50 | 1012.50 |
| T CURRIER | 470.00 | 2.80 | 1316.00 |
| TOTALS | | 11.50 | 2502.50 |

TOTAL FEES :                    2,502.50

TOTAL DUE  :                    2,502.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 20, 2005
                                              MATTER :  W9600-012
                                              INVOICE : 197145


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

   RE:  FEE APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/10/05 | MNF | E-FILE AND SERVE AMENDED 47TH MONTHLY FEE APP OF KRAMER LEVIN FOR JUNE 2005 | 1.00 |
| 08/19/05 | MNF | DRAFT CNO RE: 47TH MONTHLY FEE APP OF KRAMER LEVIN (.4); PREPARE SERVICE FOR SAME (.3); DISCUSS SAME WITH TKDC (.1) | .80 |
| 08/22/05 | FAP | FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION FOR KRAMER LEVIN'S JUNE 2005 FEE APPLICATION | .40 |
| 08/25/05 | MNF | DRAFT NOTICE RE: 13TH QUARTERLY FEE REQUEST OF KRAMER LEVIN | .50 |
| 08/26/05 | MNF | EMAILS TO AND FROM JAMES @ KRAMER LEVIN RE: QUARTERLY FEE APP PREP | .30 |
| 08/29/05 | MNF | FINALIZE ,E-FILE AND SERVE 13TH QUARTERLY FEE APP OF KRAMER LEVIN FOR APRIL 2005-JUNE 2005 (1.0); CONVERT AND SEND SAME TO FEE AUDITOR (.3) | 1.30 |
| 08/29/05 | MNF | FINALIZE, E-FILE AND SERVE 48TH MONTHLY FEE APP OF KRAMER LEVIN FOR JULY 2005 (1.0); CONVERT AND SEND SAME TO FEE AUDITOR (.3) | 1.30 |
| 08/29/05 | TC | REVIEWED KRAMER LEVIN QUARTERLY FEE APPLICATION, REQUIRED NOTICE, AND EXECUTED SAME | .50 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 20, 2005
MATTER : W9600-012
INVOICE : 197145

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  FEE APPLICATIONS, OTHERS

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 145.00 | .40 | 58.00 |
| M N FLORES | 135.00 | 5.20 | 702.00 |
| T CURRIER | 470.00 | .50 | 235.00 |
| TOTALS |  | 6.10 | 995.00 |

TOTAL FEES :                     995.00

TOTAL DUE  :                     995.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 20, 2005
                                              MATTER :  W9600-014
                                              INVOICE : 197146

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05    T C

    RE:  HEARINGS


 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----  ----   --------------------------------                    -----

08/29/05 TC    REVIEWED AMENDED AGENDA FOR HEARING 8/29            .50


                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS        TOTALS
                          ----    -----        ------

    T CURRIER            470.00     .50        235.00
                 TOTALS             .50        235.00


              TOTAL FEES :                          235.00


              TOTAL DUE  :                          235.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    SEPTEMBER 20, 2005
                                            MATTER :  W9600-015
                                            INVOICE :  197147

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/03/05 | TC | REVIEWED MOTION FOR AN ORDER APPROVING PARTICIPATION IN SETTLEMENT FUND WITH MARSH AND MCLENNAN COMPANIES UNDER SETTLEMENT AGREEMENT | .80 |
| 08/03/05 | TC | REVIEWED ORDER GOVERNING MEDIATION OF PERSONAL INJURY DISPUTES | .40 |
| 08/04/05 | TC | REVIEWED OBJECTION TO SPEIGHTS & RUNYAN'S MOTION TO QUASH SUBPOENA | .70 |

## T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T CURRIER  |        | 470.00 | 1.90  | 893.00 |
|            | TOTALS |        | 1.90  | 893.00 |

TOTAL FEES :                 893.00

TOTAL DUE  :                 893.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 20, 2005
MATTER : W9600-000
INVOICE : 197137

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/05   T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 07/20/05 REPRODUCTION OF DOCUMENTS | 1.20 |
| 07/22/05 REPRODUCTION OF DOCUMENTS | 2.40 |
| 07/22/05 REPRODUCTION OF DOCUMENTS | 4.05 |
| 07/27/05 REPRODUCTION OF DOCUMENTS | 17.40 |
| 07/28/05 REPRODUCTION OF DOCUMENTS | 22.50 |
| 08/01/05 REPRODUCTION OF DOCUMENTS | 3.00 |
| 08/01/05 REPRODUCTION OF DOCUMENTS | 1.35 |
| 08/01/05 REPRODUCTION OF DOCUMENTS | 1.80 |
| 08/03/05 REPRODUCTION OF DOCUMENTS | 7.20 |
| 08/03/05 FEDERAL EXPRESS -  FEDEX  - # 5-506-39112 | 22.98 |
| 08/10/05 REPRODUCTION OF DOCUMENTS | 11.10 |
| 08/18/05 MESSENGER SERVICES -  TRISTATE COURIER & CARRIAGE | 10.00 |
| 08/19/05 FEDERAL EXPRESS -  FEDEX  - # 5-530-20470 | 14.60 |
| 08/25/05 MESSENGER SERVICES -  PARCELS, INC.  - # 31676 | 7.50 |
| 08/25/05 MESSENGER SERVICES -  PARCELS, INC.  - # 31818 | 7.50 |

TOTAL EXPENSE ADVANCES :    134.58

TOTAL DUE :    134.58

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.