## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline October 19, 2005 @ 4:00 p.m. |

## FORTY-NINTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought: *August 1, 2005 through and including August 31, 2005*

Amount of Compensation sought as
actual, reasonable and necessary: *$32,109.00*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: *$2,271.66*

This is a(n):    __x__  monthly           __    interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $16,079.20 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – Demember 31, 2001 | $32,467.50 / $2,338.23 | $25,974.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $19,046.00 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $29,106.00 / $2,894.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $26,060.00 / $2,107.64 |
| May 15, 2002 (1st Quarterly) | January 1, 2002 – March 31, 2002 | $92,765.00 / $6,963.66 | $92,765.00 / $6,963.66 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $23,035.20 / $2,669.24 |
| August 5, 2002 10th Monthly | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $19,385.60 / $2,299.11 |
| September 4, 2002 11th Montly | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $16,314.00 / $388.61 |
| September 18, 2002 (2nd Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 / $5,356.96 | $69,340.00 / $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $22,466.80 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $26,878.80 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $20,467.60 / $1,761.46 |
| November 21, 2002 (3rd Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 / $10,070.69 | $87,266.50 / $10,070.69 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $31,910.00 / $2,124.93 |
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |

KL2:2410694.1

| | | | |
|---|---|---|---|
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $9,482.80 / $816.82 |
| February 25, 2003 | January 1, 2003 – January 31, 2003 | $11,100.00 / $927.47 | $8,880.00 / $927.47 |
| March 11, 2003 (4th Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 / $3,575.61 | $70,445.00 / $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $10,734.40 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $21,575.20 / $452.38 |
| May 15, 2003 (5th Quarterly) | January 1, 2003 – March 31, 2002 | $51,487.00 / $1,619.93 | $51,487.00 / $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $6,087.20 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $7,528.77 / $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $8,341.60 / $137.09 |
| August 21, 2003 (6th Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 / $1,839.08 | $27,447.00 / $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $7,418.00 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $489.69 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $12,003.20 / $334.63 |
| December 19, 2003 (7th Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $10,507.20 / $174.04 |
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $11,629.60 / $273.00 |
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $14,076.00 / $1,599.14 |
| February 27, 2004 (8th Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $7,183.20 / $436.47 |

| | | | |
|---|---|---|---|
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $472.11 | $11,643.00 / $472.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $2,874.70 / $0.00 |
| July 13, 2004 (9th Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 / $1,451.43 | $31,674.50 / $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $8,672.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $18,561.60 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $10,818.40 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $7,634.80 / $125.25 |
| November 1, 2004 (10th Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 / $1,840.66 | $48,415.50 / $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $19,586.40 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $103,167.20 / $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $122,980.00 / $4,236.79 |
| January 27, 2005 (11th Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 / $995.20 | $47,550.00 / $995.20 |
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $102,312.89 / $3,246.49 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $115,731.60 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $19,765.20 / $2,444.84 |
| April 7, 2005 (12th Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 / $14,406.04 | $406,517.00 / $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $21,131.20 / $2,827.24 |
| May 16, 2005 (13th Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 / $12,593.68 | $125,986.40/ $10,505.64 |

- 4 -

| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $23,958.44 / $1,323.60 |
|---|---|---|---|
| June 21, 2005 | May 1, 2005 – May 31, 2005 | $19,218.50 / $2,198.56 | $15,374.80 / $2,198.56 |
| July 28, 2005 (as Amended on August 10, 2005 | June 1, 2005 -- June 30, 2005 | 25,731.00 / $119.33 | $0.00 / $0.00 |
| August 29, 2005 | July 1, 2005 – July 31, 2005 | $31,738.00 / $2,829.07 | $0.00 / $0.00 |
| August 30, 2005 (14th Quarterly) | April 1, 2005 – June 30, 2005 | $74,471.50 / $3,641.49 | $0.00 / $0.00 |

## SUMMARY OF TIME FOR BILLING PERIOD
## AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| Name | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|
| Nadler, Ellen R. | 01.1 | 660.00 | $      726.00 |
| Bentley, Phillip | 04.9 | 595.00 | $ 2,915.50 |
| Leland, Richard G. | 02.5 | 625.00 | $ 1,562.50 |
| Becker, Gary M. | 24.6 | 520.00 | $12,792.00 |
| Becker, Gary M. | 04.0 | 260.00 | $ 1,040.00 |
| Dimos, Bill | 01.2 | 275.00 | $      330.00 |
| Folb, Kerri | 21.6 | 440.00 | $ 9,504.00 |
| Shea, James | 05.5 | 205.00 | $ 1,127.50 |
| Gavigan James C | 10.3 | 205.00 | $      2,111.50 |
| **TOTAL** | **75.7** | | **$32,109.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 08/01/05 through 08/31/05 | Total Fees for the Period 08/01/05 through 08/31/05 |
|---|---|---|
| Case Administration | 03.7 | $ 842.50 |
| Creditor Committee | 06.7 | $3,484.00 |
| Asset Disposition | 00.8 | $ 416.00 |
| Fee Applications, Applicant | 15.6 | $3,922.50 |
| Claim Analysis Objection (Asbestos) | 34.7 | $17,100.00 |
| Hearings | 10.2 | $5,304.00 |
| Travel \ Non-Working | 04.0 | $1,040.00 |
| **Total** | **75.7** | **$32,109.00** |

KL2:2410694.1

## SUMMARY OF TIME BY CATEGORY FOR
## BILLING PERIOD AUGUST 1, 2005 – AUGUST 31, 2005

### *CASE ADMINISTRATION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| DIMOS, BILL | CRED | 1.20 | 275.00 | 330.00 |
| PARAPROFESSIONALS | | | | |
| GAVIGAN, JAMES C | CRED | 2.50 | 205.00 | 512.50 |
| | Subtotal | 3.70 | $ | 842.50 |

### *CREDITOR COMMITTEE*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 6.70 | 520.00 | 3,484.00 |
| | Subtotal | 6.70 | $ | 3,484.00 |

### *ASSET DISPOSITION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.80 | 520.00 | 416.00 |
| | Subtotal | 0.80 | $ | 416.00 |

### *FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.30 | 520.00 | 1,196.00 |
| PARAPROFESSIONALS | | | | |
| SHEA, JAMES | CRED | 5.50 | 205.00 | 1,127.50 |
| GAVIGAN, JAMES C | CRED | 7.80 | 205.00 | 1,599.00 |
| | Subtotal | 15.60 | $ | 3,922.50 |

### *CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 1.10 | 660.00 | 726.00 |
| BENTLEY, PHILIP | CRED | 4.90 | 595.00 | 2,915.50 |
| LELAND, RICHARD G. | Envi | 2.50 | 625.00 | 1,562.50 |
| BECKER, GARY M. | CRED | 4.60 | 520.00 | 2,392.00 |
| FOLB, KERRI | Envi | 21.60 | 440.00 | 9,504.00 |
| | Subtotal | 34.70 | $ | 17,100.00 |

### *HEARINGS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 10.20 | 520.00 | 5,304.00 |
| | Subtotal | 10.20 | $ | 5,304.00 |

- 6 -

*TRAVEL\NON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 4.00 | 260.00 | 1,040.00 |
| | Subtotal | 4.00 | $ | 1,040.00 |
| | Total | 75.70 | $ | 32,109.00 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 8/1/05 through 8/31/05 |
|------------------|------------------------------------------------------|
| Velobinding | $    15.00 |
| Tabs | $    18.00 |
| Photocopying | $   190.65 |
| Research Services | $    14.00 |
| Long Dist. Tele. | $    71.44 |
| Messenger/Courier | $     8.10 |
| Cab Fares | $  395.42 |
| Westlaw On-Line Research | $1,471.15 |
| Lexis/Nexis On-Line Research | $    21.95 |
| Other Fees | $    65.95 |
| Subtotal | **$2,271.66** |

Dated: September 26 , 2005

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____

Gary M. Becker
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

- 8 -

alp_112r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 09/22/2005 16:52:56

Matter No: 056772-00001.                                    Orig Prtnr : CRED. RGTS. - 06975        Proforma Number:        1977074
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MORRS - 03376
Matter Opened : 07/27/2001                                                                          Status        ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

|  |  |  | PRE-BILLING SUMMARY REPORT |  |  |  |
|---|---|---|---|---|---|---|

UNBILLED TIME FROM:     08/01/2005                TO:    08/26/2005
UNBILLED DISB FROM:     07/15/2005                TO:    08/29/2005

                                FEES                                     COSTS

GROSS BILLABLE AMOUNT:               842.50                      645.61
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                                08/26/2005                  08/29/2005
CLOSE MATTER/FINAL BILLING?        YES      OR      NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

|  |  | ACCOUNTS RECEIVABLE TOTALS |  |  | UNAPPLIED CASH |
|---|---|---|---|---|---|

                FEES:
DISBURSEMENTS:                      0.00         UNIDENTIFIED RECEIPTS:          0.00
FEE RETAINER:                       0.00         PAID FEE RETAINER:              0.00
DISB RETAINER:                      0.00         PAID DISB RETAINER:             0.00
TOTAL OUTSTANDING:                  0.00         TOTAL AVAILABLE FUNDS:          0.00
                                                 TRUST BALANCE:
                                                 BILLING HISTORY

DATE OF LAST BILL:       08/30/05               LAST PAYMENT DATE:           08/25/05
LAST BILL NUMBER:        418259     ACTUAL FEES BILLED TO DATE:           248,433.00
                                    ON ACCOUNT FEES BILLED TO DATE:            0.00
                                    TOTAL FEES BILLED TO DATE:           248,433.00
LAST BILL THRU DATE:     07/31/05   FEES WRITTEN OFF TO DATE:             79,051.50

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee          (4) Excessive Legal Time         (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development          (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

Alp_132r: Matter Detail

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE    2

Run Date & Time: 09/22/2005 16:52:56

| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS. - 06975 | Proforma Number: 1977074 |
|---|---|---|
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

**U N B I L L E D   T I M E   S U M M A R Y**

| Emp Id Employee Name | Group | Oldest Entry | Latest Entry | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|
| | | | | | |
| 06208  DIMOS, BILL | CRED | 08/01/05 | 08/26/05 | 1.20 | 330.00 |
| 06451  GAVIGAN, JAMES C | CRED | 08/26/05 | 08/26/05 | 2.50 | 512.50 |

Total: 3.70 842.50

**Sub-Total Hours :** 0.00 Partners 0.00 Counsels 1.20 Associates 2.50 Legal Assts 0.00 Others

**U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| | | | | |
| 0816 | VELOBINDINGS | 08/26/05 | 08/26/05 | 15.00 |
| 0817 | TABS | 08/26/05 | 08/26/05 | 18.00 |
| 0820 | PHOTOCOPYING | 08/23/05 | 08/29/05 | 175.50 |
| 0910 | LONG DIST. TELE. | 08/12/05 | 08/12/05 | 71.44 |
| 0940 | CAB FARES | 08/09/05 | 08/29/05 | 46.50 |
| 0941 | CAB FARES - ODYSSEY | 07/18/05 | 07/19/05 | 253.22 |
| 0990 | OTHER FEES | 07/15/05 | 08/08/05 | 65.95 |

Total 645.61
Grand Total 1,488.11

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date Task Act |
|---|---|---|---|---|---|---|
| DIMOS, BILL | 08/01/05 | Reviewed documents (0.1). | 0.10 | 27.50 | 5835589 | 08/08/2005 |
| DIMOS, BILL | 08/02/05 | Reviewed docs. (0.1). | 0.10 | 27.50 | 5835590 | 08/08/2005 |
| DIMOS, BILL | 08/04/05 | Reviewed docs. (0.1). | 0.10 | 27.50 | 5835588 | 08/08/2005 |
| DIMOS, BILL | 08/05/05 | Review docs. (0.1). | 0.10 | 27.50 | 5836735 | 08/08/2005 |
| DIMOS, BILL | 08/09/05 | Document review (0.1) | 0.10 | 27.50 | 5842172 | 08/10/2005 |
| DIMOS, BILL | 08/12/05 | Document review (0.1) | 0.10 | 27.50 | 5855930 | 08/18/2005 |
| DIMOS, BILL | 08/15/05 | Reviewed documents (0.1). | 0.10 | 27.50 | 5855771 | 08/18/2005 |
| DIMOS, BILL | 08/16/05 | Reviewed documents (0.1). | 0.10 | 27.50 | 5855770 | 08/18/2005 |
| DIMOS, BILL | 08/22/05 | Reviewed docs (0.1). | 0.10 | 27.50 | 5862035 | 08/23/2005 |
| DIMOS, BILL | 08/24/05 | Reviewed documents (0.1). | 0.10 | 27.50 | 5872743 | 08/31/2005 |
| DIMOS, BILL | 08/25/05 | Read through documents (0.1). | 0.10 | 27.50 | 5872742 | 08/31/2005 |
| DIMOS, BILL | 08/26/05 | Read through documents (0.1). | 0.10 | 27.50 | 5872741 | 08/31/2005 |

Total: For DIMOS B - 06208 1.20 330.00

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:56

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MORRS - 03976

Proforma Number: 1977074
Bill Frequency: M
Status : ACTIVE

### U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| GAVIGAN, JAMES C | 08/26/05 | Preparing materials for 8/29 omnibus hearing for G Becker (2.5) | 2.50 | 512.50 | | 5877482 | 09/01/2005 |
| Total: For GAVIGAN J - 06451 | | | 2.50 | 512.50 | | | |

Fee Total   3.70   842.50

### U N B I L L E D   C O S T   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| VELOBINDINGS 0816 | | | | | | |
| GAVIGAN JAMES C 06451 BINDING | 0816 VELOBINDINGS | | | | | |
| | GAVIGAN, J C | 08/26/05 | 15.00 | 7126452 | 152510 | 08/30/05 |
| 0816 VELOBINDINGS Total : | | | 15.00 | | | |
| TABS 0817 | | | | | | |
| GAVIGAN JAMES C 06451 TABS | 0817 TABS | | | | | |
| | GAVIGAN, J C | 08/26/05 | 18.00 | 7126441 | 152508 | 08/30/05 |
| 0817 TABS Total : | | | 18.00 | | | |
| PHOTOCOPYING 0820 | | | | | | |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/23/05 | 26.25 | 7121425 | 152340 | 08/25/05 |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/23/05 | 15.75 | 7121426 | 152340 | 08/25/05 |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/24/05 | 0.45 | 7122620 | 152391 | 08/26/05 |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/24/05 | 0.15 | 7122621 | 152391 | 08/26/05 |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/24/05 | 10.05 | 7122622 | 152391 | 08/26/05 |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/25/05 | 11.25 | 7124525 | 152455 | 08/29/05 |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/25/05 | 26.70 | 7124526 | 152455 | 08/29/05 |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/25/05 | 3.45 | 7124527 | 152455 | 08/29/05 |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/25/05 | 1.80 | 7124528 | 152455 | 08/29/05 |
| GAVIGAN JAMES C | GAVIGAN, J C | 08/25/05 | 1.35 | 7124529 | 152455 | 08/29/05 |

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:56

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP    - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1977074
Bill Frequency: M

Status : ACTIVE

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING<br>GAVIGAN JAMES C | GAVIGAN, J C | 08/25/05 | 7.05 | 7124530 | 152455 | 08/29/05 |
| PHOTOCOPYING<br>GAVIGAN JAMES C | GAVIGAN, J C | 08/26/05 | 58.05 | 7125896 | 152502 | 08/30/05 |
| PHOTOCOPYING<br>GAVIGAN JAMES C | GAVIGAN, J C | 08/26/05 | 12.90 | 7125897 | 152502 | 08/30/05 |
| PHOTOCOPYING<br>GAVIGAN JAMES C | GAVIGAN, J C | 08/29/05 | 0.30 | 7127971 | 152569 | 08/31/05 |
| 0820 PHOTOCOPYING Total : | | | 175.50 | | | |
| LONG DIST. TELE.<br>PREMIERE CONFERENCING 0810<br>LONG DIST. TELE. - VENDOR-PREMIERE CONFERENCING | CATON, A | 08/12/05 | 71.44 | 7108826 | 151831 | 08/12/05 |
| 0910 LONG DIST. TELE. Total : | | | 71.44 | | | |
| CAB FARES 0940<br>GARY M. BECKER<br>CAB FARES - VENDOR-GARY M. BECKER PARKING | O'NEILL, P B | 08/09/05 | 19.50 | 7104739 | 151577 | 08/09/05 |
| MARIANNE FERGUSON, CASHI<br>CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | BECKER, G M | 08/29/05 | 27.00 | 7127590 | 152527 | 08/31/05 |
| 0940 CAB FARES Total : | | | 46.50 | | | |
| CAB FARES - ODYSSEY 0941<br>CAB FARES - ODYSSEY | BECKER, G M | 07/18/05 | 54.57 | 7123828 | 152438 | 08/29/05 |
| CAB FARES - ODYSSEY | BECKER, G M | 07/19/05 | 198.65 | 7123829 | 152438 | 08/29/05 |
| 0941 CAB FARES ODYSSEY Total : | | | 253.22 | | | |
| OTHER FEES 0990<br>CITIBANK<br>OTHER FEES - VENDOR-CITIBANK Court Call | BECKER, G M | 07/15/05 | 24.75 | 7134151 | 152704 | 09/02/05 |
| CITIBANK<br>OTHER FEES - VENDOR-CITIBANK Court Call | BECKER, G M | 08/08/05 | 41.20 | 7134152 | 152704 | 09/02/05 |
| 0990 OTHER FEES Total : | | | 65.95 | | | |
| Costs Total : | | | 645.61 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 5

Run Date & Time: 09/22/2005 16:52:56

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       1977074
Bill Frequency: M

Status   : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | Bill W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| DIMOS, BILL | 1.20 | 330.00 | | | | | |
| GAVIGAN, JAMES C | 2.50 | 512.50 | | | | | |
| Total: | 3.70 | 842.50 | | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0816 VELOBINDINGS | 15.00 | | | | | |
| 0817 TABS | 18.00 | | | | | |
| 0820 PHOTOCOPYING | 175.50 | | | | | |
| 0910 LONG DIST. TELE. | 71.44 | | | | | |
| 0940 CAB FARES | 46.50 | | | | | |
| 0941 CAB FARES - ODYSSEY | 253.22 | | | | | |
| 0990 OTHER FEES | 65.95 | | | | | |
| Costs Total : | 645.61 | | | | | |

a1p_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:56

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE        6

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

19770075

Status      : ACTIVE

Special Billing Instructions:

------------------------------------------------------------ PRE-BILLING SUMMARY REPORT ------------------------------------------------------------

UNBILLED TIME FROM:      08/23/2005                                    TO:            08/31/2005
UNBILLED DISB FROM:      08/10/2005                                    TO:            08/29/2005

                                                      FEES                                                COSTS

GROSS BILLABLE AMOUNT:                                3,484.00                                            8.70
AMOUNT WRITTEN DOWN:
             PREMIUM:
DEDUCTED  ON ACCOUNT BILLED:
FROM      PAID RETAINER:
          AMOUNT BILLED:
          THRU DATE:

CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:                  08/31/2005                                                08/29/2005

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495                        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

------------------------------------------------------------

ACCOUNTS RECEIVABLE TOTALS                                            UNAPPLIED CASH

            FEES:
DISBURSEMENTS:                           0.00        UNIDENTIFIED RECEIPTS:               0.00
     FEE RETAINER:                       0.00        PAID FEE RETAINER:                   0.00
    DISB RETAINER:                       0.00        PAID DISB RETAINER:                  0.00
TOTAL OUTSTANDING:                       0.00        TOTAL AVAILABLE FUNDS:               0.00
                                                     TRUST BALANCE:
                                      BILLING HISTORY

DATE OF LAST BILL:     08/30/05                      LAST PAYMENT DATE:          08/25/05
    LAST BILL NUMBER:  418259        ACTUAL FEES BILLED TO DATE:          176,132.50
                                     ON ACCOUNT FEES BILLED TO DATE:          0.00
                                     TOTAL FEES BILLED TO DATE:          176,132.50
LAST BILL THRU DATE:   07/31/05        FEES WRITTEN OFF TO DATE:       21,567.50

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee            (4) Excessive Legal Time      (7) Fixed Fee
     (2) Late Time & Costs Posted      (5) Business Development      (8) Premium
     (3) Pre-arranged Discount         (6) Summer Associate          (9) Rounding           (10) Client Arrangement

     BILL NUMBER:                          DATE OF BILL:         Processed by:                     FRC:                    CRC:

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:56

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE   7

| | | |
|---|---|---|
| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1977075 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILLIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

**UNBILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 08/23/05 | 08/31/05 | 6.70 | 3,484.00 |
| | | | | Total: | 6.70 | 3,484.00 |

Sub-Total Hours :    0.00 Partners    6.70 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**UNBILLED COST SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 08/10/05 | 08/29/05 | 8.70 |
| | | | Total | 8.70 |
| | | | Grand Total | 3,492.70 |

**UNBILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/23/05 | Conf shareholder re case issues | 0.60 | 312.00 | 5863245 | 08/24/2005 | |
| BECKER, GARY M. | 08/24/05 | Conf. T. Weschler re case issues (0.5); conf. shareholder re case issue (0.4) | 0.90 | 468.00 | 5864865 | 08/25/2005 | |
| BECKER, GARY M. | 08/25/05 | Long conf. with shareholder re various case issues | 0.90 | 468.00 | 5867460 | 08/29/2005 | |
| BECKER, GARY M. | 08/30/05 | Multiple conf. with shareholders re results of omnibus hearing (2.5); prepare memo re omnibus hearing and email to committee (1.0) | 3.50 | 1,820.00 | 5876250 | 09/01/2005 | |
| BECKER, GARY M. | 08/31/05 | Conf shareholder re asbestos issues and effect of McDermott settlement (0.6); fax memo to committee re court hearing (0.2) | 0.80 | 416.00 | 5876249 | 09/01/2005 | |

Total For BECKER G - 05292    6.70    3,484.00

| | Fee Total | | | | | |
|---|---|---|---|---|---|---|
| Employee | | Date | | Amount | Index# | Batch No.   Batch Date |
| | | | | 6.70 | 3,484.00 | |

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:56

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:         1977075
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

U N B I L L E D     C O S T S     D E T A I L

Description/Code              Employee                Date            Amount          Index#        Batch No        Batch Date
-------------------          ----------              ------          ------          ------        --------        ----------

PHOTOCOPYING
    PHOTOCOPYING      0820    BENTLEY, P            08/10/05            0.60          7109222        151862          08/15/05
    BENTLEY PHILIP
    PHOTOCOPYING              BENTLEY, P            08/29/05            8.10          7127972        152549          08/31/05
    BENTLEY PHILIP

                             0820 PHOTOCOPYING Total :                8.70

        Costs Total :                                                 8.70

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:56

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Matter No: 056772-00002                                                     Orig Prtnr : CRED. RGTS - 06975       Proforma Number:      1977/075
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status      : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 6.70 | 3,484.00 | | | | | |
| Total: | 6.70 | 3,484.00 | | | | | |

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 8.70 | | | | | |
| | Costs Total : | 8.70 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:56

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Matter No: 056772-00004                                    Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:        1977076
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ASSET DISPOSITION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

Special Billing Instructions:

------------------------------------------------- PRE-BILLING SUMMARY REPORT -------------------------------------------------

                                                                          TO:                    TO:
            UNBILLED TIME FROM:    08/08/2005                                                           08/09/2005
            UNBILLED DISB FROM:                                                FEES                       COSTS

            GROSS BILLABLE AMOUNT:                    416.00
            AMOUNT WRITTEN DOWN:
                         PREMIUM:
            ON ACCOUNT BILLED:                                                                            0.00
   DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
            THRU DATE:
   CLOSE MATTER/FINAL BILLING?        YES    OR    NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:

---------------------------------------------------------------------------------------------------------------------------------------

          ACCOUNTS RECEIVABLE TOTALS                                      UNAPPLIED CASH

          FEES:
          DISBURSEMENTS:                    0.00              UNIDENTIFIED RECEIPTS:          0.00
          FEE RETAINER:                     0.00              PAID FEE RETAINER:             0.00
          DISB RETAINER:                    0.00              PAID DISB RETAINER:            0.00
          TOTAL OUTSTANDING:                0.00              TOTAL AVAILABLE FUNDS:         0.00

                                   BILLING HISTORY          TRUST BALANCE:

          DATE OF LAST BILL:        05/31/05          LAST PAYMENT DATE:              10/30/02
          LAST BILL NUMBER:                  ACTUAL FEES BILLED TO DATE:        1,975.00
                                    ON ACCOUNT FEES BILLED TO DATE:             0.00
                                           TOTAL FEES BILLED TO DATE:           1,975.00
          LAST BILL THRU DATE:      04/30/05          FEES WRITTEN OFF TO DATE:       2,106.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
          (1) Exceeded Fixed Fee              (4) Excessive Legal Time         (7) Fixed Fee
          (2) Late Time & Costs Posted        (5) Business Development         (8) Premium
          (3) Pre-arranged Discount           (6) Summer Associate            (9) Rounding            (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:56

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   11

Matter No: 056772-00004
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASSET DISPOSITION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1977076
Bill Frequency: M
Status : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled | |
|---|---|---|---|---|---|---|
| | | | | | Hours | Amount |
| 05292 | BECKER, GARY M. | CRED | 08/08/05 | 08/09/05 | 0.80 | 416.00 |
| | Total: | | | | 0.80 | 416.00 |

Sub-Total Hours :   0.00 Partners   0.80 Counsels   0.00 Associates   0.80 Legal Assts   0.00 Others

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Act |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/08/05 | Review letter and conf. with Baer re Specialty Polymers sale | 0.60 | 312.00 | 5838859 | 08/09/2005 | | |
| BECKER, GARY M. | 08/09/05 | Review letter from Baer to Rucker re asset sale | 0.20 | 104.00 | 5855792 | 08/18/2005 | | |
| Total For BECKER G - 05292 | | | 0.80 | 416.00 | | | | |

Fee Total   0.80   416.00

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:56

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00004
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ASSET DISPOSITION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:     1977076
Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.80 | 416.00 | | | | | |
| Total: | 0.80 | 416.00 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:57

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
***PRIVILEGED AND CONFIDENTIAL***

PAGE 13

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1977078
Bill Frequency: M

Status : ACTIVE

Special Billing Instructions:

---

**PRE-BILLING SUMMARY REPORT**

UNBILLED TIME FROM:    08/02/2005    TO:    08/29/2005
UNBILLED DISB FROM:    08/10/2005    TO:    08/30/2005

| | FEES | COSTS |
|---|---|---|

GROSS BILLABLE AMOUNT:    3,922.50    14.55
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:    08/29/2005    08/30/2005
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

**ACCOUNTS RECEIVABLE TOTALS**    **UNAPPLIED CASH**

FEES:    0.00    UNIDENTIFIED RECEIPTS:    0.00
DISBURSEMENTS:    0.00    PAID FEE RETAINER:    0.00
FEE RETAINER:    0.00    PAID DISB RETAINER:    0.00
DISB RETAINER:    0.00    TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:    0.00    TRUST BALANCE:

BILLING HISTORY

DATE OF LAST BILL:    08/30/05    LAST PAYMENT DATE:    08/25/05
LAST BILL NUMBER:    418259    ACTUAL FEES BILLED TO DATE:    84,329.00
ON ACCOUNT FEES BILLED TO DATE:    84,328.00
LAST BILL THRU DATE:    07/31/05    TOTAL FEES BILLED TO DATE:    84,328.00
FEES WRITTEN OFF TO DATE:    222.00

---

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development      (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding     (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

slp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:57

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 14

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1977078
Bill Frequency: M

Status : ACTIVE

**U N B I L L E D   T I M E   S U M M A R Y   --------------- Total Unbilled ------------------**

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 08/19/05 | 08/26/05 | 2.30 | 1,196.00 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 06091 | SHEA, JAMES | CRED | 08/02/05 | 08/29/05 | 5.50 | 1,127.50 |
| 06451 | GAVIGAN, JAMES C | CRED | 08/12/05 | 08/26/05 | 7.80 | 1,599.00 |
|  | Total: |  |  |  | 15.60 | 3,922.50 |

Sub-Total Hours :    0.00 Partners    2.30 Counsels    0.00 Associates    13.30 Legal Assts    0.00 Others

**U N B I L L E D   C O S T S   S U M M A R Y   -------------- Total Unbilled ---------------**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 08/10/05 | 08/10/05 | 6.45 |
| 0930 | MESSENGER/COURIER | 08/30/05 | 08/30/05 | 8.10 |
|  | Total: |  |  | 14.55 |
|  | Grand Total: |  |  | 3,937.05 |

**U N B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task | Acct |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/19/05 | Review and revise quarterly fee application and directions to paralegal re same | 0.60 | 312.00 | 5860038 | 08/23/2005 |  |  |
| BECKER, GARY M. | 08/23/05 | Conf. Gavigan re quarterly fee application | 0.20 | 104.00 | 5862251 | 08/24/2005 |  |  |
| BECKER, GARY M. | 08/24/05 | Review and execute quarterly fee application and direction to Gavigan re same | 0.50 | 260.00 | 5864866 | 08/25/2005 |  |  |
| BECKER, GARY M. | 08/25/05 | Review and revise July pro forma report | 0.50 | 260.00 | 5867461 | 08/29/2005 |  |  |
| BECKER, GARY M. | 08/26/05 | Review and revise monthly fee application and direction Shea re same | 0.50 | 260.00 | 5867462 | 08/29/2005 |  |  |

Total For BECKER G - 05292     2.30     1,196.00

| GAVIGAN, JAMES C | 08/12/05 | +/c Acct. re: charts for Quarterly Fee application (0.2); Drafting quarterly fee application (2.3); reviewing quarterly fee proofing & extensive revisions to fee all (0.8); | 2.50 | 512.50 | 5860356 | 08/23/2005 |  |  |
| GAVIGAN, JAMES C | 08/15/05 | producing quarterly fee application application (1.2); review with paras (0.6) | 2.50 | 512.50 | 5860357 | 08/23/2005 |  |  |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 09/22/2005 16:52:57

PAGE 15

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1977078
Bill Frequency: M

Status : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date | Task Act |
|---|---|---|---|---|---|---|---|
| GAVIGAN, JAMES C | 08/24/05 | finalizing quarterly fee application (1.8), reviewing final numbers with accounting (0.7) | 1.00 | 205.00 | 5877488 | 09/01/2005 | |
| GAVIGAN, JAMES C | 08/25/05 | telephone call Accounting re: fee application, reviewing same | 1.00 | 205.00 | 5877486 | 09/01/2005 | |
| GAVIGAN, JAMES C | 08/26/05 | coordinating files of Quarterly Fee application with Local Counsel | 0.80 | 164.00 | 5877484 | 09/01/2005 | |
| Total For GAVIGAN J - 06451 | | | 7.80 | 1,599.00 | | | |
| SHEA, JAMES | 08/02/05 | Pulling completed june fee app from docket, prepping file copy for Accounting dept. (0.2), t/c accounting re: June Fee App. & need to revise (0.2) | 0.20 | 41.00 | 5835533 | 08/09/2005 | |
| SHEA, JAMES | 08/04/05 | t/c accounting re: June Fee App. & need to revise | 0.20 | 41.00 | 5835534 | 08/08/2005 | |
| SHEA, JAMES | 08/09/05 | drafting amended 47th monthly fee app (0.6), revising w/becker (0.2), coordinating filing w/ local counsel (0.2), begin drafting quarterly fee app (0.2) | 1.20 | 246.00 | 5844805 | 08/12/2005 | |
| SHEA, JAMES | 08/10/05 | reviewing pro forma for april-june 05 (0.5), begin drafting fee app (0.2) | 0.70 | 143.50 | 5835500 | 08/18/2005 | |
| SHEA, JAMES | 08/17/05 | reviewing quarterly fee application, revising (0.3) | 0.30 | 61.50 | 5866402 | 08/26/2005 | |
| SHEA, JAMES | 08/23/05 | revising fee application, quarterly (0.2) | 0.20 | 41.00 | 5866391 | 08/26/2005 | |
| SHEA, JAMES | 08/24/05 | reviewing and revising fee quarterly application w/ Gavigan (0.4): t/c Accting, email bentley re: july time (0.2) | 0.60 | 123.00 | 5866407 | 08/26/2005 | |
| SHEA, JAMES | 08/25/05 | Drafting July Monthly Fee Application, calls to accounting, o/c accounting re: time detail (1.0): revising fee application (0.3) | 1.30 | 266.50 | 5874075 | 09/01/2005 | |
| SHEA, JAMES | 08/26/05 | Final revisions to July Monthly, coordinating filing of same w/ Local Counsel (0.6) | 0.60 | 123.00 | 5874076 | 09/01/2005 | |
| SHEA, JAMES | 08/29/05 | reviewing docket re: monthly fee app. (0.2) | 0.20 | 41.00 | 5874077 | 09/01/2005 | |
| Total For SHEA J - 06091 | | | 5.50 | 1,127.50 | | | |
| Total For | | Fee Total | 15.60 | 3,922.50 | | | |

| Description/Code | Employee | Date | Amount | Index# | Batch No. | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | | | | | | |
| SHEA JAMES | | | | | | |
| 0820 | SHEA, J S | 08/10/05 | 6.45 | 7109223 | 151862 | 08/15/05 |
| 0820 PHOTOCOPYING Total : | | | 6.45 | | | |

alp_132r: Matter Detail

Run Date & Time: 09/22/2005 16:52:57

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 16

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1977078
Bill Frequency: M

Status        : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
- - - - - - - - - - - - - - - - - - - - -

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | | | | | | |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | SHEA, J S | 08/30/05 | 8.10 | 7127708 | 152537 | 08/30/05 |
| CORPORATION | | | | | | |

0930 MESSENGER/COURIER Total :        8.10

Costs Total :        14.55