```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   17
Run Date & Time: 09/22/2005 16:52:57                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                            Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:    1977078
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                                           Status     : ACTIVE

      B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours        Amount            Bill         W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward

BECKER, GARY M.             2.30      1,196.00
SHEA, JAMES                 5.50      1,127.50
GAVIGAN, JAMES C            7.80      1,599.00
                          ------    ----------
        Total:             15.60      3,922.50

      B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                     Amount            Bill         W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward

0820 PHOTOCOPYING                       6.45
0930 MESSENGER/COURIER                  8.10
                                     -------
        Costs Total :                  14.55
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   18
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/22/2005 16:52:57

Matter No: 056772-00011                                                     Orig Prtnr : CRED. RGTS - 06975                 Proforma Number:   1977079
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : ASSET ANALYSIS AND RECOVERY                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status     : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:                                       TO:
        UNBILLED DISB FROM:                                       TO:

                                          FEES                                                     COSTS
                                 ---------------------------                             ---------------------------
    GROSS BILLABLE AMOUNT:                      0.00                                                  0.00
    AMOUNT WRITTEN DOWN:
             PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                            BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                        ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH
                            FEES:                     0.00          UNIDENTIFIED RECEIPTS:        0.00
                   DISBURSEMENTS:                     0.00          PAID FEE RETAINER:            0.00
                   FEE RETAINER:                      0.00          PAID DISB RETAINER:           0.00
                   DISB RETAINER:                     0.00          TOTAL AVAILABLE FUNDS:        0.00
               TOTAL OUTSTANDING:                     0.00          TRUST BALANCE:
                                                                    BILLING HISTORY
                  DATE OF LAST BILL:           02/22/05             LAST PAYMENT DATE:      12/26/03
                   LAST BILL NUMBER:                                ACTUAL FEES BILLED TO DATE:      0.00
                                                                    ON ACCOUNT FEES BILLED TO DATE:  0.00
                                                                    PAID DISB RETAINER:              0.00
             LAST BILL THRU DATE:             12/31/04              FEES WRITTEN OFF TO DATE:   5,949.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted        (5) Business Development        (8) Premium
    (3) Pre-arranged Discount           (6) Summer Associate            (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    19
Run Date & Time: 09/22/2005 16:52:57                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    1977080
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   08/08/2005                   TO: 08/30/2005
UNBILLED DISB FROM:   08/09/2005                   TO: 08/24/2005

                                           FEES                       COSTS
                                       -----------               -----------

GROSS BILLABLE AMOUNT:                   17,100.00                  1,602.80
AMOUNT WRITTEN DOWN:
               PREMIUM:
DEDUCTED FROM PAID RETAINER:
    ON ACCOUNT BILLED:
          AMOUNT BILLED:
              THRU DATE:            08/30/2005                  08/24/2005
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                 ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                 FEES:                        0.00    UNIDENTIFIED RECEIPTS:          0.00
    DISBURSEMENTS:                            0.00    PAID FEE RETAINER:              0.00
    FEE RETAINER:                             0.00    PAID DISB RETAINER:             0.00
    DISB RETAINER:                            0.00    TOTAL AVAILABLE FUNDS:          0.00
    TOTAL OUTSTANDING:                        0.00    TRUST BALANCE:

                                          BILLING HISTORY

DATE OF LAST BILL:          08/30/05              LAST PAYMENT DATE:       08/25/05
LAST BILL NUMBER:        418259    ACTUAL FEES BILLED TO DATE:             462,893.00
                                   ON ACCOUNT FEES BILLED TO DATE:               0.00
                                   PAID DISB RETAINER:                           0.00
                                   TOTAL FEES BILLED TO DATE:             462,893.00
LAST BILL THRU DATE:       07/31/05    FEES WRITTEN OFF TO DATE:            4,417.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding            (10) Client Arrangement

BILL NUMBER: _____      DATE OF BILL: _____     Processed by: _____     FRC: _____         CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   20
Run Date & Time: 09/22/2005 16:52:57                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                             Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    1977080
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                       Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ----------------- Total Unbilled -----------------
Emp Id Employee Name                   Group            Oldest       Latest       Total Hours      Amount
                                                        Entry        Entry

00720  NADLER, ELLEN R.                LITI            08/10/05     08/30/05             1.10       726.00
02495  BENTLEY, PHILIP                 CRED            08/10/05     08/25/05             4.90     2,915.50
05559  LELAND, RICHARD G.              Envi            08/10/05     08/23/05             2.50     1,562.50
05292  BECKER, GARY M.                 CRED            08/08/05     08/25/05             4.60     2,392.00
06225  FOLB, KERRI                     Envi            08/10/05     08/24/05            21.60     9,504.00

                    Total:                                                              34.70    17,100.00

Sub-Total Hours   :     8.50 Partners     4.60 Counsels   21.60 Associates     0.00 Legal Assts     0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
Code  Description                                       Oldest       Latest       Total
                                                        Entry        Entry        Amount

0841  RESEARCH SERVICES                                08/10/05     08/10/05           14.00
0917  WESTLAW ON - LINE RESEARCH                       08/10/05     08/24/05        1,471.15
0921  LEXIS/NEXIS ON-LINE RESEARCH                     08/10/05     08/10/05           21.95
0940  CAB FARES                                        08/09/05     08/09/05           95.70

                    Total                                                           1,602.80

              Grand Total                                                          18,702.80
                                                                                 ==========

U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date       Description                                                  Hours    Amount      Index#   Batch Date  Task Act

BENTLEY, PHILIP          08/10/05  Review and analyze materials re NJ suit and                         1.30    773.50     5846829  08/12/2005
                                   criminal investigation, and conf R. Leland re
                                   same
BENTLEY, PHILIP          08/11/05  Discs R. Leland re NJ action                                        0.10     59.50     5846830  08/12/2005
BENTLEY, PHILIP          08/12/05  Discs GB, and review emails re asbestos                             0.20    119.00     5867854  08/29/2005
BENTLEY, PHILIP          08/17/05  Review emails re asbestos                                           0.10     59.50     5867853  08/29/2005
BENTLEY, PHILIP          08/18/05  Trade emails and discs GB re PD CMO issues and                      0.30    178.50     5867852  08/29/2005
                                   other matters
BENTLEY, PHILIP          08/23/05  Review memo re NJ's suit, and trade emails with                     0.80    476.00     5867855  08/29/2005
                                   TW and GB re same and other pending issues
BENTLEY, PHILIP          08/24/05  Conf GB, and TCs R. Leland, TW, and K.                              1.70  1,011.50     5867856  08/29/2005
                                   Pasquale, re current asbestos claim issues
BENTLEY, PHILIP          08/25/05  Discs J. Liu, J. Baer and voicemail re                              0.40    238.00     5867857  08/29/2005
                                   asbestos
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    21
Run Date & Time: 09/22/2005 16:52:57                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                         Orig Prtnr : CRED. RGTS     - 06975          Proforma Number:  1977080
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name        Work Date   Description                                                        Hours       Amount      Index#     Batch Date  Task Act
------------------------------------------------------------------------------------------------------------------------------------------------------------

Total For BENTLEY P - 02495                                                                          4.90     2,915.50

LELAND, RICHARD G.   08/10/05    Review complaint and materials re: ISRA and                         1.00       625.00     5855534 08/18/2005
                                 Spill Act civil penalties claim; discuss with
                                 PB; discuss research with KBF
LELAND, RICHARD G.   08/23/05    Review and revise memo re: civil penalties                          1.50       937.50     5871082 08/30/2005

Total For LELAND R - 05559                                                                           2.50     1,562.50

NADLER, ELLEN R.     08/10/05    Review Bentley email to Equity Comm. chair                          0.10        66.00     5844224 08/12/2005
                                 (.10)
NADLER, ELLEN R.     08/24/05    Review memo on N.J. action (.50)                                    0.50       330.00     5864674 08/25/2005
NADLER, ELLEN R.     08/30/05    Conf. w/G. Becker re: matters at 8/29 omnibus                       0.50       330.00     5872053 08/31/2005
                                 hearing (.50)

Total For NADLER E - 00720                                                                           1.10       726.00

BECKER, GARY M.      08/08/05    Review debtors objection to Speights & Runyon                       0.60       312.00     5838860 08/09/2005
                                 PD claims
BECKER, GARY M.      08/12/05    Conf. Bentley re asbestos issues                                    0.30       156.00     5855969 08/18/2005
BECKER, GARY M.      08/17/05    Review Speights and Runyon pleading (0.3);                          0.80       416.00     5855809 08/18/2005
                                 review PD CMO and emails re same (0.5)
BECKER, GARY M.      08/23/05    Review letter from grace and proposed CMO's                         0.90       468.00     5863029 08/24/2005
BECKER, GARY M.      08/24/05    Conf. J. Baer re negotiation monitor, NJ civil                      1.20       624.00     5864867 08/25/2005
                                 action, CMO's and other issues (0.6), conf.
                                 Bentley re same (0.4); review discovery monitor
                                 order (0.2)
BECKER, GARY M.      08/25/05    Conf. Bentley re mediator issues and research                       0.80       416.00     5867463 08/29/2005
                                 re proposed mediators

Total For BECKER G - 05292                                                                           4.60     2,392.00

FOLB, KERRI          08/10/05    meet with Leland; research on ISRA, Spill Act                       3.50     1,540.00     5853552 08/17/2005
                                 potential penalties
FOLB, KERRI          08/11/05    research and memo on civil penalties under ISRA                     8.30     3,652.00     5853504 08/17/2005
                                 and Spill Act
FOLB, KERRI          08/12/05    follow up research on civil penalties under                         2.70     1,188.00     5853575 08/17/2005
                                 environmental laws
FOLB, KERRI          08/18/05    begin to draft memo on research on civil                            0.50       220.00     5875053 09/01/2005
                                 penalties
FOLB, KERRI          08/19/05    begin to draft memo on potential civil                              0.60       264.00     5875049 09/01/2005
                                 penalties
```

```
alp_132r: Matter Detail                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   22
                                                            *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/22/2005 16:52:57

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1977080
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001                                 Supv Prtnr : MAYER THOMAS MOERS - 03976                Status : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                                Hours      Amount    Index#   Batch Date  Task  Act

FOLB, KERRI             08/22/05    draft memo on potential civil penalties under               4.00    1,760.00  5875051  09/01/2005
                                    ISRA and the Spill Act.
FOLB, KERRI             08/23/05    edit memo on civil penalties; emails to Leland              1.40      616.00  5875050  09/01/2005
FOLB, KERRI             08/24/05    review ISRA and Spill Act regs; email to                    0.60      264.00  5875052  09/01/2005
                                    Bentley

                                                                     Total For FOLB K - 06225  21.60    9,504.00

                                                                                  Fee Total    34.70   17,100.00

U N B I L L E D   C O S T S   D E T A I L
Description/Code           Employee             Date         Amount     Index#   Batch No   Batch Date

RESEARCH SERVICES          0841
   RESEARCH SERVICES       BOYLE, B B           08/10/05      14.00    7110912   151902     08/15/05
                                                      0841 RESEARCH SERVICES Total :    14.00

WESTLAW ON - LINE RE       0917
   WESTLAW ON - LINE RE    FOLB, K F            08/10/05      46.01    7131076   152643     09/01/05
   WESTLAW ON - LINE RE    FOLB, K F            08/10/05     278.31    7131077   152643     09/01/05
   WESTLAW ON - LINE RE    FOLB, K F            08/11/05     418.45    7131078   152643     09/01/05
   WESTLAW ON - LINE RE    FOLB, K F            08/11/05     644.20    7131079   152643     09/01/05
   WESTLAW ON - LINE RE    FOLB, K F            08/22/05      78.85    7131080   152643     09/01/05
   WESTLAW ON - LINE RE    FOLB, K F            08/24/05       5.33    7131081   152643     09/01/05
                                                      0917 WESTLAW ON - LINE RE Total :  1,471.15

LEXIS/NEXIS ON-LINE        0921
   LEXIS/NEXIS ON-LINE     BOYLE, B B           08/10/05      21.95    7133589   152690     09/02/05
                                                      0921 LEXIS/NEXIS ON-LINE Total :    21.95

LEXIS / NEXIS ON -LINE RESEARCH
CAB FARES                  0940
   CAB FARES               O'NEILL, P B         08/09/05      36.40    7104740   151577     08/09/05
   CAB FARES - VENDOR-GARY M. BECKER MILEAGE
   GARY M. BECKER
   CAB FARES - VENDOR-GARY M. BECKER SUBWAY IN
   WASH                    O'NEILL, P B         08/09/05      59.30    7104741   151577     08/09/05
                                                      0940 CAB FARES Total :    95.70
```

```
alp_132r: Matter Detail                                                                                              PAGE   23
Run Date & Time: 09/22/2005 16:52:57

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    1977080
Client Name : W.R. GRACE & CO. EQUITY COMMITEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee                  Date            Amount        Index#   Batch No   Batch Date
----------------------------------------------------------------------------------------------------------------------------

                        Costs Total :                                        1,602.80
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    24
Run Date & Time: 09/22/2005 16:52:57                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1977080
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name                Hours         Amount           Bill        W/o / W/u      Transfer To     Clnt/Mtr      Carry Forward

NADLER, ELLEN R.              1.10          726.00
BENTLEY, PHILIP               4.90        2,915.50
LELAND, RICHARD G.            2.50        1,562.50
BECKER, GARY M.               4.60        2,392.00
POLB, KERRI                  21.60        9,504.00
   Total:                    34.70       17,100.00

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description            Amount                           Bill       W/o / W/u     Transfer To      Clnt/Mtr      Carry Forward

0841 RESEARCH SERVICES        14.00
0917 WESTLAW ON - LINE RESEARC   1,471.15
0921 LEXIS/NEXIS ON-LINE RESEA      21.95
0940 CAB FARES                      95.70
   Costs Total :            1,602.80
```

```
alp_132r: Matter Detail                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   25
Run Date & Time: 09/22/2005 16:52:57                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1977082
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                        Status     : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     08/15/2005                        TO:     08/29/2005
UNBILLED DISB FROM:                                       TO:

                                  FEES                                       COSTS
                                  ----                                       -----
GROSS BILLABLE AMOUNT:          5,304.00                                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                     08/29/2005
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                        ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                        --------------------------              --------------

         FEES:                                 0.00          UNIDENTIFIED RECEIPTS:         0.00
DISBURSEMENTS:                                 0.00          PAID FEE RETAINER:             0.00
FEE RETAINER:                                  0.00          PAID DISB RETAINER:            0.00
DISB RETAINER:                                 0.00          TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:                             0.00          TRUST BALANCE:
                                                             BILLING HISTORY
                                                             ---------------
DATE OF LAST BILL:             08/30/05                      LAST PAYMENT DATE:          08/25/05
LAST BILL NUMBER:              418259                        ACTUAL FEES BILLED TO DATE:     98,947.50
                                                             ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                             TOTAL FEES BILLED TO DATE:       98,947.50
LAST BILL THRU DATE:           07/31/05      FEES WRITTEN OFF TO DATE:                        5,087.68

                                                    Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:
 (1) Exceeded Fixed Fee               (4) Excessive Legal Time         (7) Fixed Fee
 (2) Late Time & Costs Posted         (5) Business Development         (8) Premium
 (3) Pre-arranged Discount            (6) Summer Associate             (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                                    PAGE    26
Run Date & Time: 09/22/2005 16:52:57

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                       Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:   1977082
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ------------ Total Unbilled ------------
Emp Id  Employee Name                  Group           Oldest      Latest         Hours       Amount
05292   BECKER, GARY M.                 CRED          08/15/05   08/29/05         10.20     5,304.00

                                       Total:                                    10.20     5,304.00

Sub-Total Hours :   0.00 Partners   10.20 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

U N B I L L E D    T I M E    D E T A I L
Employee Name         Work Date    Description                                                       Hours    Amount       Index#      Batch Date  Task Act
BECKER, GARY M.       08/15/05     Emails with baer re 8/17 hearing                                   0.20     104.00     5855903     08/18/2005
BECKER, GARY M.       08/19/05     Excahnge email with Currier re hearing coverage                    0.20     104.00     5860941     08/23/2005
BECKER, GARY M.       08/23/05     Research and review hearing agenda                                 0.30     156.00     5863063     08/24/2005
BECKER, GARY M.       08/26/05     Prepare for appearance at 8/29 hearing                             1.00     520.00     5867464     08/29/2005
BECKER, GARY M.       08/29/05     Prepare for and attend omnibus hearing                             8.50   4,420.00     5871632     08/31/2005

                                                                                                     10.20   5,304.00

Total For BECKER G - 05292                                                                           10.20   5,304.00

                                                                 Fee Total                           10.20   5,304.00
```

```
alp_132r: Matter Detail                                                                                                    PAGE  27
Run Date & Time: 09/22/2005 16:52:57

                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                        Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:   1977082
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : HEARINGS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
 Employee Name                Hours       Amount          Bill       W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward
-------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.              10.20       5,304.00       _____     _____      _____       _____      _____

          Total:             10.20       5,304.00       _____     _____                                 _____
```

```
alp_132r: Matter Detail                                                                                                                     PAGE   28
Run Date & Time: 09/22/2005 16:52:57

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                           Orig Prtnr : CRED. RGTS      - 06975        Proforma Number:      1977083
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP  - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                    Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                                 PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     08/29/2005                       TO:      08/29/2005
UNBILLED DISB FROM:                                      TO:

                                     FEES                          COSTS
                                  -----------                    ---------
GROSS BILLABLE AMOUNT:             1,040.00                        0.00
AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                        08/29/2005

CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                        ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
FEES:
DISBURSEMENTS:                           0.00          UNIDENTIFIED RECEIPTS:      0.00
FEE RETAINER:                            0.00            PAID FEE RETAINER:        0.00
DISB RETAINER:                           0.00            PAID DISB RETAINER:       0.00
TOTAL OUTSTANDING:                       0.00          TOTAL AVAILABLE FUNDS:      0.00
                                                       TRUST BALANCE:
                                                       BILLING HISTORY
DATE OF LAST BILL:          08/30/05                   LAST PAYMENT DATE:          08/25/05
LAST BILL NUMBER:           418259                     ACTUAL FEES BILLED TO DATE: 44,375.00
                                                       ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                       PAID DISB RETAINER:               0.00
                                                       TOTAL FEES BILLED TO DATE:   44,375.00
LAST BILL THRU DATE:        07/31/05                   FEES WRITTEN OFF TO DATE:    25,258.50

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee            (4) Excessive Legal Time      (7) Fixed Fee
          (2) Late Time & Costs Posted      (5) Business Development      (8) Premium
          (3) Pre-arranged Discount         (6) Summer Associate          (9) Rounding     (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                           PAGE   29
Run Date & Time: 09/22/2005 16:52:57
                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1977083
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL/NON-WORKING                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                        Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y                ----------- Total Unbilled -----------
Emp Id Employee Name                Group                 Oldest        Latest         Hours         Amount
                                                          ------        ------         -----         ------
05292   BECKER, GARY M.             CRED                  08/29/05      08/29/05        4.00       1,040.00
                                                                                      ------      ---------
                        Total:                                                          4.00       1,040.00

Sub-Total Hours :      0.00 Partners     4.00 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others


U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date   Description                                                     Hours      Amount      Index#   Batch Date   Task Act
------------------------------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.          08/29/05    Non-working travel time for omnibus hearing                      4.00    1,040.00     5871633   08/31/2005
                                     attendance and return
                                                                                         Fee Total    4.00    1,040.00

                                                          Total For BECKER G - 05292                  4.00    1,040.00
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE   30
Run Date & Time: 09/22/2005 16:52:57                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                   Orig Prtnr : CRED. RGTS.   - 06975          Proforma Number:   1977083
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP  - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                           Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
   Employee Name              Hours        Amount              Bill        W/o / W/u      Transfer To     Clnt/Mtr      Carry Forward

BECKER, GARY M.               4.00       1,040.00

        Total:                4.00       1,040.00
```

```
alp_132c: Client Summary                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
Run Date & Time: 09/22/2005 16:52:59                                     *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
------------------------------------------------------------------------------------------------------------------------------------------------
Special Billing Instructions: reduce tele. 1.00/photo 0.15/w/o manu. services
================================================================================================================================================
                                                      PRE-BILLING SUMMARY REPORT

                                                              FEES                           COSTS
                                                              ----                           -----
            UNBILLED TIME FROM:      08/01/2005       TO:     08/31/2005
            UNBILLED DISB FROM:      07/15/2005       TO:     08/30/2005

GROSS BILLABLE AMOUNT:                                     32,109.00                        2,271.66
AMOUNT WRITTEN DOWN:
                  PREMIUM:
      ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:                                  08/31/2005                       08/30/2005
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                        _____
      BILLING COMMENTS:                                                       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

================================================================================================================================================
                              ACCOUNTS RECEIVABLE TOTALS                                             UNAPPLIED CASH

                 FEES:                  0.00          UNIDENTIFIED RECEIPTS:        0.00
         DISBURSEMENTS:                  0.00                PAID FEE RETAINER:      0.00
         FEE RETAINER:                   0.00                PAID DISB RETAINER:     0.00
         DISB RETAINER:                  0.00                TOTAL AVAILABLE FUNDS:  0.00
      TOTAL OUTSTANDING:                 0.00                TRUST BALANCE:
                                                             BILLING HISTORY
                                                             ---------------
DATE OF LAST BILL:               08/30/05                    LAST PAYMENT DATE:       08/25/05
LAST BILL NUMBER:                 418259             ACTUAL FEES BILLED TO DATE:   1,487,744.00
                                                        ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                        TOTAL FEES BILLED TO DATE:  1,487,744.00
LAST BILL THRU DATE:              07/31/05                  FEES WRITTEN OFF TO DATE:  160,424.68

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
     (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
     (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Client Summary                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   2
Run Date & Time: 09/22/2005 16:53:14                            *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D    T I M E    S U M M A R Y  ------------------ Total Unbilled ------------------
Emp Id Employee Name                        Group                 Oldest        Latest       Total       Total
                                                                  Entry         Entry        Hours       Amount
                                                                  -----         -----        -----       ------
00720  NADLER, ELLEN R.                     PARTNER               08/10/05      08/30/05       1.10         726.00
02495  BENTLEY, PHILIP                      PARTNER               08/10/05      08/25/05       4.90       2,915.50
05559  LELAND, RICHARD G.                   PARTNER               08/10/05      08/23/05       2.50       1,562.50
05292  BECKER, GARY M.                      SPEC COUNSEL          08/29/05      08/29/05       4.00       1,040.00
05292  BECKER, GARY M.                      SPEC COUNSEL          08/08/05      08/31/05      24.60      12,792.00
06208  DIMOS, BILL                          ASSOCIATE             08/01/05      08/26/05       1.20         330.00
06225  FOLB, KERRI                          ASSOCIATE             08/10/05      08/24/05      21.60       9,504.00
                                            PARAPROFESSIONALS
06091  SHEA, JAMES                          PARALEGAL             08/02/05      08/29/05       5.50       1,127.50
06451  GAVIGAN, JAMES C                     PARALEGAL             08/12/05      08/26/05      10.30       2,111.50

                                   Total:                                                     75.70      32,109.00

U N B I L L E D    C O S T S    S U M M A R Y  ----------------
Code Description                                                  Oldest        Latest                    Total
                                                                  Entry         Entry                     Amount
                                                                  -----         -----                     ------
0816  VELOBINDINGS                                                08/26/05      08/26/05                   15.00
0817  TABS                                                        08/26/05      08/26/05                   18.00
0820  PHOTOCOPYING                                                08/10/05      08/29/05                  190.65
0841  RESEARCH SERVICES                                           08/10/05      08/10/05                   14.00
0910  LONG DIST. TELE.                                            08/12/05      08/12/05                   71.44
0917  WESTLAW ON - LINE RESEARCH                                  08/10/05      08/24/05                1,471.15
0921  LEXIS/NEXIS ON-LINE RESEARCH                                08/10/05      08/10/05                   21.95
0930  MESSENGER/COURIER                                           08/30/05      08/30/05                    8.10
0940  CAB FARES                                                   08/09/05      08/29/05                  142.20
0941  CAB FARES - ODYSSEY                                         07/18/05      07/19/05                  253.22
0990  OTHER FEES                                                  07/15/05      08/08/05                   65.95

                                   Total                                                                2,271.66

                                   Grand Total                                                         34,380.66
                                                                                                      ==========
```

alp_132rc: Client Analysis Sheet                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   1
Run Date & Time: 09/22/05 16:53:15                           *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE              Worked : 12/31/99 thru 09/22/05

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 3.70 | 842.50 | 645.61 | 1,488.11 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 6.70 | 3,484.00 | 8.70 | 3,492.70 | BENTLEY PHILIP - 02495 | | M | B |
| 00004 | ASSET DISPOSITION | 0.80 | 416.00 | 0.00 | 416.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 15.60 | 3,922.50 | 14.55 | 3,937.05 | BENTLEY PHILIP - 02495 | | M | B |
| 00011 | ASSET ANALYSIS AND RECOV | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 34.70 | 17,100.00 | 1,602.80 | 18,702.80 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 10.20 | 5,304.00 | 0.00 | 5,304.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 4.00 | 1,040.00 | 0.00 | 1,040.00 | BENTLEY PHILIP - 02495 | | M | B |
| Client Total | | 75.70 | 32,109.00 | 2,271.66 | 34,380.66 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE