# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 17, 2005 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1114107 v1

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Consulting Fee | $ 1,684.05 |
| Document Production | $ - |
| Velo Binding | $ - |
| **Total** | **$ 1,684.05** |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

Page 4
Invoice No.: 711807
Client No.: 04339
Matter No.: 00000

**Regarding: GENERAL**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/22/05 | | Consulting Fee: VENDOR: MORRIS JAMES HITCHENS & W; INVOICE#:278632; Professional Services through 053105 | $ 676.60 |
| 08/12/05 | | Consulting Fee: VENDOR: MORRIS JAMES HITCHENS & W; INVOICE#:280188; HRO Fees and Costs in the W R Grace Case | 1,007.45 |
| | | **Total Disbursements:** | **$ 1,684.05** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,684.05 |
| **Total Disbursements:** | **$** | **1,684.05** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |
| | 04/22/05 | Cash Receipt | -76.72 |
| | | *Outstanding Balance on Invoice 679369:* | *$ 2.28* |
| | | **Total Outstanding Invoices:** | **$ 2.28** |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 206.64 |
| Color Copies | $ - |
| **Total** | **$ 206.64** |

Holme Roberts & Owen LLP

September 19, 2005

| W.R. Grace | |
|---|---|
| | Page: 7 |
| | Invoice No.: 711807 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/31/05 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: CG12827; DATE: 8/31/2005 - Document Storage - August 2005 - Account CW616 | $ 206.64 |
| | | **Total Disbursements:** | **$ 206.64** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 206.64 |
| **Total Disbursements:** | **$** | **206.64** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | August | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 0.8 | $ 260.00 |
| Haag, Susan | Paralegal | $ 135.00 | 3.2 | $ 432.00 |
| | | | | |
| **Total** | | | **4.00** | **$ 692.00** |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 27.30 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| Total | $ 27.30 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 711807 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/16/05 | EKF | Review and revise quarterly fee application for April through June, 2005. | 0.50 | $ 162.50 |
| 08/16/05 | SH | Calculate and draft seventeenth interim fee application. | 2.70 | 364.50 |
| 08/17/05 | SH | Revise seventeenth interim fee application. | 0.20 | 27.00 |
| 08/19/05 | SH | Compile and file seventeenth interim fee application. | 0.30 | 40.50 |
| 08/22/05 | EKF | Review and revise June 2005 prebills. | 0.30 | 97.50 |
| | | **Total Fees Through August 31, 2005:** | **4.00** | **$ 692.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 0.80 | $ 260.00 |
| SH | Susan Haag | Paralegal | 135.00 | 3.20 | 432.00 |
| | | **Total Fees:** | | **4.00** | **$ 692.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 08/15/05 | 64 | Photocopy | $ 9.60 |
| 08/19/05 | 118 | Photocopy | 17.70 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

Page            13
Invoice No.:    711807
Client No.:     04339
Matter No.:     00390

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$ 27.30** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 27.30 |
| **Total Disbursements:** | **$** | **27.30** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | $ 16.41 |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | | *Outstanding Balance on Invoice 661254:* | $ 67.09 |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |
| | | *Outstanding Balance on Invoice 679369:* | $ 2.66 |

**Matter 00440 - Indictment**

| Name | Position | Hourly Rate | August | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 300.00 | 16.6 | $ 4,980.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 22.5 | $ 3,600.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 1.8 | $ 234.00 |
| Haraldson, Stephen | Paralegal | $ 60.00 | 4 | $ 240.00 |
| | | | | |
| Total | | | 44.90 | $ 9,054.00 |

**Matter 00440 - Indictment**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 29.85 |
| Facsimile | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| Total | $ 29.85 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

Page 2
Invoice No.: 711806
Client No.: 04339
Matter No.: 00440

**Regarding: Indictment**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/05 | KJC | Telephone conferences with DLissek re e-mail system and retrieval. | 0.50 | $ 150.00 |
| 08/04/05 | KJC | Conferences with JLSherman re document database. | 0.40 | 120.00 |
| 08/05/05 | KJC | Telephone conference with KWLund re e-mail system and retrieval and general status. | 0.50 | 150.00 |
| 08/05/05 | KJC | Conferences with JLSherman re database. | 1.20 | 360.00 |
| 08/11/05 | KJC | E-mail exchange with T. Stansberry re documents and bates numbers. | 0.40 | 120.00 |
| 08/16/05 | KJC | Telephone conference with R. Marriam and follow-up re same. | 0.30 | 90.00 |
| 08/17/05 | KJC | Research and prepare for meeting with counsel. | 0.60 | 180.00 |
| 08/17/05 | KJC | Telephone conference with T. Mace re documents and meeting with counsel. | 0.30 | 90.00 |
| 08/18/05 | KJC | Telephone conference with T. Mace et al re Trenton documents. | 0.80 | 240.00 |
| 08/18/05 | KJC | Follow-up re Trenton documents. | 1.10 | 330.00 |
| 08/18/05 | MCL | Participate in conference call with KJCoggon, Mark Morgan of Pitney Hardin, Rick Sentfleben of W.R. Grace, and Tyler Mace of Kirkland & Ellis re Trenton expanding plant documents. | 0.80 | 104.00 |
| 08/19/05 | KJC | Telephone conference with KWLund re meeting with counsel. | 0.20 | 60.00 |
| 08/19/05 | KJC | Review documents in preparation for meeting with counsel. | 0.60 | 180.00 |

Holme Roberts & Owen LLP

September 19, 2005

W.R. Grace

Page 3
Invoice No.: 711806
Client No.: 04339
Matter No.: 00440

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/22/05 | SCH | E-mail memoranda from KJCoggon re: document requests and inquiries; database research and document review, distribution of requested documents and respond to inquiries. | 3.00 | 180.00 |
| 08/23/05 | KJC | Research re meeting with counsel and documents. | 0.40 | 120.00 |
| 08/25/05 | KJC | Telephone conference with T. Mace re meeting with counsel and documents (.50); conference with JLSherman re preparation for meeting with counsel (1.50); prepare for meeting with counsel (2.50); telephone conference with KWLund re preparation for meeting with counsel (.60); telephone conference with M. Morgan re documents for New Jersey (.30). | 5.40 | 1,620.00 |
| 08/25/05 | JLS | Conferences with KJCoggon in preparation for meeting with counsel. | 1.40 | 224.00 |
| 08/26/05 | KJC | Prepare for meeting with counsel including telephone conferences with and e-mail exchange with JLSherman re documents. | 1.10 | 330.00 |
| 08/26/05 | JLS | Prepare for meeting with counsel. | 4.90 | 784.00 |
| 08/26/05 | SCH | Telephone conferences with and/or e-mail memoranda from JLSherman re document requests and inquiries (.30); database research and document review, distribution of requested documents and respond to inquiries (.70). | 1.00 | 60.00 |
| 08/29/05 | KJC | Telephone conference with and e-mail exchange with JLSherman re documents for meetings with counsel. | 0.60 | 180.00 |
| 08/29/05 | MCL | Prepare for meeting with counsel. | 1.00 | 130.00 |
| 08/29/05 | JLS | Prepare for meeting with counsel. | 5.90 | 944.00 |
| 08/30/05 | KJC | Telephone conferences with and e-mail exchange with JLSherman re documents for meeting with counsel and documents for Trenton. | 1.50 | 450.00 |

Holme Roberts & Owen LLP

September 19, 2005

| W.R. Grace | | | | | |
|---|---|---|---|---|---|
| | | | Page | | 4 |
| | | | Invoice No.: | | 711806 |
| | | | Client No.: | | 04339 |
| | | **Itemized Services** | Matter No.: | | 00440 |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/30/05 | JLS | Prepare for meeting with counsel. | 3.10 | 496.00 |
| 08/30/05 | JLS | Telephone conferences with KJCoggon and database research re documents for Mike Morgan re New Jersey. | 2.10 | 336.00 |
| 08/31/05 | KJC | Telephone conferences with and e-mail exchange with JLSherman re Trenton documents (.40); telephone conferences with and e-mail exchange with JLSherman re documents for meeting with counsel (.30). | 0.70 | 210.00 |
| 08/31/05 | JLS | Prepare for meeting with counsel. | 3.20 | 512.00 |
| 08/31/05 | JLS | Telephone conferences with KJCoggon and database research for Mike Morgan re New Jersey. | 1.90 | 304.00 |
| | | **Total Fees Through August 31, 2005:** | **44.90** | **$ 9,054.00** |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 16.60 | $ 4,980.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 22.50 | 3,600.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 1.80 | 234.00 |
| SCH | Stephen Haraldson | Paralegal | 60.00 | 4.00 | 240.00 |
| | | **Total Fees:** | | **44.90** | **$ 9,054.00** |

**Itemized Disbursements**

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/25/05 | 199 | Photocopy | $ | 29.85 |
| | | **Total Disbursements:** | **$** | **29.85** |

Holme Roberts & Owen LLP

September 19, 2005

| | |
|---|---|
| W.R. Grace | Page 5 |
| | Invoice No.: 711806 |
| | Client No.: 04339 |
| | Matter No.: 00440 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/25/05 | 199 | Photocopy | $ | 29.85 |
| | | **Total Disbursements:** | **$** | **29.85** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Photocopy | $ | 29.85 | |
| **Total Disbursements:** | **$** | **29.85** | |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 699591 | 05/18/05 | Bill | | 20,181.17 |
| | | *Outstanding Balance on Invoice 699591:* | $ | 20,181.17 |
| 703797 | 06/22/05 | Bill | | 4,786.35 |
| | | *Outstanding Balance on Invoice 703797:* | $ | 4,786.35 |
| 705755 | 07/13/05 | Bill | | 10,708.30 |
| | | *Outstanding Balance on Invoice 705755:* | $ | 10,708.30 |
| 709646 | 08/23/05 | Bill | | 391.90 |
| | | *Outstanding Balance on Invoice 709646:* | $ | 391.90 |
| | | **Total Outstanding Invoices:** | **$** | **36,067.72** |