```
Date: 09/14/05            Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip#  Description                                      HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
08/03/05    Peterson   / (07) Committee, Creditors'                 1.6    960.00
#1501       Telephone Finch (.1) to discuss transcripts of prior  600.00
            testimony; review files for transcripts (1.5)

08/11/05    Peterson   / (07) Committee, Creditors'                 0.4    240.00
#1505       Telephone Finch to discuss debtor's data collection  600.00
            proposal

08/12/05    Ebener     / (07) Committee, Creditors'                 1.0    275.00
#2003       Conference call: Lockwood, Finch, Peterson, Relles   275.00
            re: Proposed questionnaire and data collection plan

08/12/05    Peterson   / (07) Committee, Creditors'                 1.0    600.00
#1507       Telephone conference call: Lockwood, Finch, Ebener,  600.00
            Relles re: proposed questionnaire

08/12/05    Relles     / (07) Committee, Creditors'                 1.0    375.00
#1703       Telephone conference call: Lockwood, Finch, Ebener,  375.00
            Peterson re: proposed questionnaire
```

{D0049003:1 }

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 2

                   W. R. Grace


Date/Slip#  Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
08/08/05    Ebener    / (28) Data Analysis                      1.0     275.00
#2001       Review proposed questionnaire and draft management  275.00
            order

08/11/05    Ebener    / (28) Data Analysis                      0.5     137.50
#2002       Telephone Peterson to discuss debtor's proposal for 275.00
            collecting claims data

08/11/05    Peterson  / (28) Data Analysis                      3.0    1800.00
#1502       Review debtor's data collection proposal            600.00

08/11/05    Peterson  / (28) Data Analysis                      0.5     300.00
#1503       Telephone Relles to discuss debtor's proposal for   600.00
            collecting claims data

08/11/05    Peterson  / (28) Data Analysis                      0.5     300.00
#1504       Telephone Ebener to discuss debtor's proposal for   600.00
            collecting claims data

08/11/05    Relles    / (28) Data Analysis                      1.0     375.00
#1701       review Grace's proposed survey                      375.00

08/11/05    Relles    / (28) Data Analysis                      2.0     750.00
#1702       develop response to proposed questionnaire          375.00

08/12/05    Peterson  / (28) Data Analysis                      2.6    1560.00
#1506       Review debtor's data collection proposal and prepare 600.00
            for conference call

08/12/05    Peterson  / (28) Data Analysis                      0.6     360.00
#1508       Review Texas MDL discovery requirements             600.00

08/12/05    Relles    / (28) Data Analysis                      1.5     562.50
#1704       notes on response to proposed questionnaire,        375.00
            preparation for conference call

08/13/05    Peterson  / (28) Data Analysis                      3.5    2100.00
#1509       Review debtor's filings re: data issues and data    600.00
            collection

08/15/05    Peterson  / (28) Data Analysis                      1.8    1080.00
#1510       Work on response to proposed data collection        600.00
```

{D0049003:1 }

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                            Page 3

                        W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
08/15/05    Peterson   / (28) Data Analysis                      0.2     120.00
#1511       Telephone Brown (GAO) re: costs of alternative     600.00
            methods for paying asbestos claims; assemble and
            send materials

08/16/05    Peterson   / (28) Data Analysis                      1.2     720.00
#1512       Review documents about burdens and adequacy of     600.00
            claims data collection processes

08/17/05    Peterson   / (28) Data Analysis                      0.9     540.00
#1513       Review documents about claims data collection     600.00
            processes

08/19/05    Peterson   / (28) Data Analysis                      1.3     780.00
#1514       Review correspondence re: proposed data collection 600.00

08/19/05    Peterson   / (28) Data Analysis                      2.4    1440.00
#1515       Review data collection proposal                   600.00

08/20/05    Ebener     / (28) Data Analysis                      1.0     275.00
#2004       Prepare critique of proposed questionnaire (review 275.00
            prior POC memos)

08/23/05    Peterson   / (28) Data Analysis                      2.0    1200.00
#1516       Review materials on sampling                      600.00

08/25/05    Peterson   / (28) Data Analysis                      3.6    2160.00
#1517       Work on response to debtors proposed data collection 600.00

08/26/05    Peterson   / (28) Data Analysis                      0.2     120.00
#1518       Read correspondence re: CBO report                600.00

08/26/05    Peterson   / (28) Data Analysis                      0.3     180.00
#1519       Review CBO report on alternative methods for      600.00
            compensating asbestos claimants

08/26/05    Peterson   / (28) Data Analysis                      0.4     240.00
#1520       Work on analyses in response to CBO report        600.00

08/28/05    Ebener     / (28) Data Analysis                      1.0     275.00
#2005       Detailed review proposed questionnaire instructions 275.00

08/28/05    Peterson   / (28) Data Analysis                      0.2     120.00
#1521       Read correspondence re: CBO report                600.00
```

{D0049003:1 }

```
Date: 09/14/05             Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page  4

                     W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
08/28/05   Peterson   / (28) Data Analysis                         0.4    240.00
#1522      Work on analyses of costs of alternative methods for  600.00
           compensating asbestos claimants

08/28/05   Peterson   / (28) Data Analysis                         0.1     60.00
#1523      Telephone Relles re: analysis of costs of             600.00
           alternative methods for compensating asbestos
           claimants

08/28/05   Relles     / (28) Data Analysis                         0.1     37.50
#1705      Telephone Peterson re: analysis of costs of           375.00
           alternative methods for compensating asbestos
           claimants

08/29/05   Peterson   / (28) Data Analysis                         0.1     60.00
#1524      telephone Relles re: pending asbestos claims          600.00

08/29/05   Peterson   / (28) Data Analysis                         0.8    480.00
#1525      Work on analyses of costs of alternative methods for  600.00
           compensating asbestos claimants

08/29/05   Relles     / (28) Data Analysis                         0.1     37.50
#1706      review and summarize HR&A numbers from OC             375.00

08/29/05   Relles     / (28) Data Analysis                         0.1     37.50
#1707      review and summarize recent filings from Manville    375.00

08/29/05   Relles     / (28) Data Analysis                         0.1     37.50
#1708      review earlier computations re: pending claims       375.00

08/29/05   Relles     / (28) Data Analysis                         0.1     37.50
#1709      telephone Peterson re: pending claims                 375.00

08/29/05   Relles     / (28) Data Analysis                         0.1     37.50
#1710      read CBO report                                       375.00

08/30/05   Peterson   / (28) Data Analysis                         2.0   1200.00
#1526      Outline response to debtors proposed data collection  600.00

08/30/05   Peterson   / (28) Data Analysis                         3.7   2220.00
#1527      Draft response to debtors proposed data collection    600.00

08/30/05   Peterson   / (28) Data Analysis                         0.1     60.00
#1528      telephone Relles re: starting analyses                600.00
```

{D0049003:1 }

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 5

                   W. R. Grace


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 08/30/05   Peterson   / (28) Data Analysis                      0.7    420.00
 #1529      Work on analyses of costs of alternative methods for 600.00
            compensating asbestos claimants

 08/30/05   Relles     / (28) Data Analysis                      0.1     37.50
 #1711      review old computations to determine starting point  375.00
            for analyses

 08/31/05   Peterson   / (28) Data Analysis                      0.4    240.00
 #1530      Draft preliminary memo on CBO's analysis of          600.00
            alternative methods for compensating asbestos claims
-------------------------------------------------------------------------------
```

{D0049003:1 }

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 6

                     W. R. Grace

              Summary Of Time Charges, By Month and Activity
                    August 2005 - August 2005

   MONTH      ACTIVITY                                      HOURS    AMOUNT
   ---------------------------------------------------------------------------
   August   - (07) Committee, Creditors'                      5.0    2450.00
   August   - (28) Data Analysis                             42.2   23012.50
   August   - (99) Total                                     47.2   25462.50

   Total    - (07) Committee, Creditors'                      5.0    2450.00
   Total    - (28) Data Analysis                             42.2   23012.50
   Total    - (99) Total                                     47.2   25462.50

   ---------------------------------------------------------------------------
```

{D0049003:1 }

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 7

                             W. R. Grace

                Summary Of Time Charges, By Month and Person
                         August 2005 - August 2005

    MONTH       PERSON                                         HOURS      AMOUNT
    -----------------------------------------------------------------------------
    August    - Relles                                           6.2     2325.00
    August    - Peterson                                        36.5    21900.00
    August    - Ebener                                           4.5     1237.50
    August    - Total                                           47.2    25462.50

    Total     - Relles                                           6.2     2325.00
    Total     - Peterson                                        36.5    21900.00
    Total     - Ebener                                           4.5     1237.50
    Total     - Total                                           47.2    25462.50

    -----------------------------------------------------------------------------
```

{D0049003:1 }

```
Date: 09/14/05              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 8

                   W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                       August 2005 - August 2005

 MONTH       PERSON                                 HOURS    RATE     AMOUNT
 ----------------------------------------------------------------------------
 (07) Committee, Creditors'

 August    - Relles                                   1.0    375.      375.00
 August    - Peterson                                 3.0    600.     1800.00
 August    - Ebener                                   1.0    275.      275.00

 (28) Data Analysis

 August    - Relles                                   5.2    375.     1950.00
 August    - Peterson                                33.5    600.    20100.00
 August    - Ebener                                   3.5    275.      962.50

 -----------------------------------------------------------------------------
```

{D0049003:1 }