IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 11<br>)<br>W.R. GRACE & CO., *et al.*, ) Case No. 01-1139 (JKF)<br>)<br>          Debtors. ) Jointly Administered<br>)<br>) **Objection deadline: October 19, 2005 @ 4:00p.m.** | |

**FORTY-SIXTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE,
CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE
OF W.R. GRACE & CO., ET AL.
FOR THE PERIOD AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2005 through August 31, 2005 |
| Amount of compensation sought as actual, reasonable and necessary: | $51,462.20 (80% of $64,327.75) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $9,090.36 |

This is a: __X__ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01<br>(First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |

{D0049552:1 }
DOC# -171899

| | | | | | |
|---|---|---|---|---|---|
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | $59,088.80 (80% of $73,761.00) | $2,529.78 |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | $96,452.60 (80% of $120,565.75) | $15,771.34 |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,853.93 | $87,330.60 (80% of $109,163.25) | $9,853.93 |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | 06/01/02 through 06/30/02 | $31,099.93 |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | $185,378.20 (80% of $231,722.75) | $31,049.93 |
| 9/30/02 | 08/01/02 through 08/31/02 | $197,381.00 (80% of $246,726.25) | $24,602.71 | $197,381.00 (80% of $246,726.25) | $24,602.71 |
| 10/30/02 | 09/01/02 through 09/30/02 | $58,214.20 (80% of $72,767.75) | $28,256.42 | $58,214.20 (80% of $72,767.75) | $28,256.42 |
| 12/03/02 | 10/01/02 through 10/31/02 | $28,861.20 (80% of $36,076.50) | $18,036.72 | $28,861.20 (80% of $36,076.50) | $18,036.72 |
| 12/30/02 | 11/01/02 through 11/30/02 | $29,528.00 (80% of $36,910.00) | $11,184.60 | $29,528.00 (80% of $36,910.00) | $11,184.60 |
| 1/28/03 | 12/01/02 through 12/31/02 | $12,712.00 (80% of $15,890.00) | $4,409.58 | $12,712.00 (80% of $15,890.00) | $4,409.58 |
| 2/28/03 | 1/01/03 through 1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | $12,007.20 (80% of $15,009.00) | $2,623.50 |
| 3/31/03 | 2/01/03 through 2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | $8,050.40 (80% of $10,063.00) | $2,131.52 |

| | | | | | |
|---|---|---|---|---|---|
| 4/29/03 | 3/01/03 through 3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | $7,086.40 (80% of $8,858.00) | 501.43 |
| 6/02/03 | 4/01/03 through 4/30/03 | $9,834.80 (80% of $12,293.50) | $5,393.13 | $9,834.80 (80% of $12,293.50) | 5,393.13 |
| 7/01/03 | 5/01/03 through 5/31/03 | $5,660.40 (80% of $7,075.50) | $573.66 | $5,660.40 (80% of $7,075.50) | 573.66 |
| 8/05/03 | 6/01/03 through 6/30/03 | $6,848.80 (80% of $8,561.00) | $211.04 | $6,848.80 (80% of $8,561.00) | 211.04 |
| 8/28/03 | 7/01/03 through 7/31/03 | $7,598.80 (80% of $9,498.50) | $472.32 | $7,598.80 (80% of $9,498.50) | $472.32 |
| 9/29/03 | 8/01/03 through 8/31/03 | $5,573.80 (80% of $6,967.25) | $365.20 | $5,573.80 (80% of $6,967.25) | $365.20 |
| 10/29/03 | 9/01/03 through 9/30/03 | $7,728.80 (80% of $9,661.00) | $509.45 | $7,728.80 (80% of $9,661.00) | $509.45 |
| 12/01/03 | 10/01/03 through 10/31/03 | $18,119.60 (80% of $22,649.50) | $1,803.11 | $18,119.60 (80% of $22,649.50) | $1,803.11 |
| 1/05/04 | 11/01/03 through 11/30/03 | $18,351.20 (80% of $22,939.00) | $5,853.17 | $18,351.20 (80% of $22,939.00) | $5,853.17 |
| 1/29/04 | 12/01/03 through 12/31/03 | $13,748.80 (80% of $17,186.00) | $592.20 | $13,748.80 (80% of $17,186.00) | $592.20 |
| 3/1/04 | 1/1/04 through 1/31/04 | $5,894.00 (80% of $7,367.50) | $2,061.8 | $5,894.00 (80% of $7,367.50) | $2,061.8 |
| 3/31/04 | 2/1/04 through 2/29/04 | $14,763.60 (80% of $18,454.50) | $257.41 | $14,763.60 (80% of $18,454.50) | $257.41 |
| 4/30/04 | 3/1/04 through 3/31/04 | $22,870.00 (80% of $28,587.50) | $458.27 | $22,870.00 (80% of $28,587.50) | $458.27 |
| 6/2/04 | 4/1/04 through 4/30/04 | $4,204.80 (80% of $5,256.00) | $177.74 | $4,204.80 (80% of $5,256.00) | $177.74 |
| 7/1/04 | 5/1/04 through 5/31/04 | $10,607.60 (80% of $13,259.50) | $294.34 | $10,607.60 (80% of $13,259.50) | $294.34 |
| 8/3/04 | 6/1/04 through 6/30/04 | $34,432.00 (80% of $43,040.00) | $708.98 | $34,432.00 (80% of $43,040.00) | $708.98 |
| 8/30/04 | 7/1/04 through 7/31/04 | $14,077.00 (80% of $17,596.25) | $406.08 | $14,077.00 (80% of $17,596.25) | $406.08 |
| 10/4/04 | 8/1/04 through 8/31/04 | $43,276.60 (80% of $54,095.75) | $4,750.02 | $43,276.60 (80% of $54,095.75) | $4,750.02 |
| 10/29/04 | 9/1/04 through 9/30/04 | $10,076.80 (80% of $12,596.00) | $150.88 | $10,076.80 (80% of $12,596.00) | $150.88 |
| 11/30/04 | 10/1/04 through 10/31/04 | $21,180.00 (80% of $26,475.00) | $1,041.24 | $21,180.00 (80% of $26,475.00) | $1,041.24 |
| 12/30/04 | 11/1/04 through 11/30/04 | $60,159.60 (80% of $75,199.50) | $995.49 | $60,159.60 (80% of $75,199.50) | $995.49 |
| 1/31/05 | 12/1/04 though 12/31/04 | $92,563.20 (80% of $115,704.00) | $1,432.96 | $92,563.20 (80% of $115,704.00) | $1,432.96 |

| | | | | | |
|---|---|---|---|---|---|
| 3/1/05 | 1/1/05 through 1/31/05 | $32,594.80 (80% of $40,743.50) | $6,485.54 | $32,594.80 (80% of $40,743.50) | $6,485.54 |
| 3/29/05 | 2/1/05 through 2/28/05 | $26,756.00 (80% of $33,445.00) | $2,136.83 | $26,756.00 (80% of $33,445.00) | $2,136.83 |
| 5/2/05 | 3/1/05 through 3/31/05 | $30,964.80 (80% of $38,706.00) | $736.24 | $30,964.80 (80% of $38,706.00) | $736.24 |
| 5/31/05 | 4/1/05 through 4/30/05 | $12,270.00 (80% of $15,337.50) | $1,229.57 | $12,270.00 (80% of $15,337.50) | $1,229.57 |
| 6/29/05 | 5/1/05 though 5/31/05 | $51,158.60 (80% of $63,948.25) | $3,844.79 | $51,158.60 (80% of $63,948.25) | $3,844.79 |
| 7/25/05 | 6/1/05 through 6/30/05 | $113,474.80 (80% of $141,843.50) | $15,185.96 | **Pending** | **Pending** |
| 9/1/05 | 7/1/05 though 7/31/05 | $89,327.80 (80% of $111,659.75) | $4,752.54 | **Pending** | **Pending** |

### SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD AUGUST 1, 2005 THROUGH AUGUST 31, 2005
### <u>CAPLIN & DRYSDALE, CHARTERED</u>

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 42 | 2.6 | $795 | $2,067.00 |
| Peter V. Lockwood (PVL) | Member | 38 | 19.5 | $720 | $12,528.00 |
| Walter B. Slocombe (WBS) | Member | 36 | 1.2 | $590 | $708.00 |
| Albert G. Lauber (AGL) | Member | 27 | .2 | $580 | $116.00 |
| Ronald E. Reinsel (RER)) | Member | 18 | .6 | $560 | $324.00 |
| Nathan D. Finch (NDF) | Member | 12 | 14.9 | $475 | $7,077.50 |
| Leslie M. Kelleher (LMK) | Of Counsel | 16 | .5 | $405 | $207.50 |
| Kimberly N. Brown (KNB) | Of Counsel | 11 | 3.9 | $405 | $1,579.50 |
| Jeffrey A. Liesemer (JAL) | Of Counsel | 11 | 52.3 | $405 | $20,715.75 |

{D0049552:1}                     4

| | | | | | |
|---|---|---|---|---|---|
| Rita C. Tobin (RCT) | Associate | 14 | 2.6 | $415 | $1,079.00 |
| Daniel K. Graham (DKG) | Associate | 4 | 13.2 | $270 | $3,564.00 |
| Harry M. Schwirck (HMS) | Associate | 3 | 38.1 | $255 | $9,715.50 |
| Adam L. VanGrack (ALV) | Associate | 3 | 6.8 | $220 | $1,496.00 |
| Sheila A. Clark (SAC) | Paralegal | 15 | 6.3 | $200 | $1,260.00 |
| David B. Smith (DBS) | Paralegal | 2 | 3.5 | $200 | $700.00 |
| Andrew D. Katznelson (ADK) | Paralegal | 4 | 3.5 | $175 | $612.50 |
| Velma Wright (VW) | Paralegal | 9 | 3.5 | $165 | $577.50 |
| **Total** | | | **173.2** | | **$64,327.75** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 8/1/05 through 8/31/05 | Total Fees for the Period 8/1/05 through 8/31/05 |
|---|---|---|
| Asset Analysis & Recovery | .1 | $72.00 |
| Asset Disposition | .2 | $144.00 |
| Business Operations | .0 | $.00 |
| Case Administration | 21.7 | $8,191.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 7.9 | $5,580.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | $.00 |
| Committee Creditors', Noteholders' or Equity Holders' | .0 | $.00 |
| Employee Benefits/Pension | .0 | $.00 |
| Employment Applications, others | .2 | $144.00 |
| Fee Applications, Applicant | 5.0 | $1,355.00 |
| Fee Applications, Others | .0 | $.00 |

{D0049552:1}                                                  5

| | | |
|---|---:|---:|
| Hearings | .0 | $.00 |
| Litigation & litigation Consult. | 125.6 | $43,691.00 |
| Plan & Disclosure Statement | 5.8 | $3,090.00 |
| Travel Non-working | 6.5 | $1,977.75 |
| Valuation | .0 | $83.00 |
| Fee Auditors Matters | .2 | $.00 |
| Financing | .0 | $.00 |
| Tax Litigations | .0 | $.00 |
| Relief from Stay Proceedings | .0 | $.00 |
| **Grand totals** | **173.2** | **$64,327.75** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period 8/1/05 through 8/31/05 |
|---|---|---:|
| Outside Reproduction & Courier Service | | $1,197.54 |
| In-House Reproduction ($0.15 per page) | | $299.10 |
| Facsimile ($0.15 per page) | | $16.05 |
| Filing Fees | | $.00 |
| Court Reporting/Transcript Svces | | $.00 |
| Federal Express | | $25.37 |
| Long Distance Telephone Calls | | $43.18 |
| Air & Train Transportation | | $.00 |
| Messenger Service | | $.00 |
| Local Transportation | | $.00 |
| Miscellaneous Exp | | $.00 |
| Conference Meals | | $34.70 |
| Overtime Meals | | $.00 |
| Postage | | $.00 |
| Research Material | | $200.80 |
| Westlaw/Lexis | | $2,273.62 |

| | | |
|---|---|---|
| Professional Fees & Expert Witness Fees | | $5,000.00 |
| Travel – Meals | | $.00 |
| Travel – Hotel | | $.00 |
| Travel – Ground Transportation | | $.00 |
| Travel-LD Calls on Hotel Bill | | $.00 |
| **Total:** | | **$9,090.36** |

CAPLIN & DRYSDALE, CHARTERED

  /s/Elihu Inselbuch
Elihu Inselbuch
399 Park Avenue
New York, NY  10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Mark T. Hurford (I.D. #3299)
800 N. King St., Suite 300
Wilmington, DE  19801
(302) 426-1900

Counsel for the Official Committee
 of Asbestos Personal Injury Claimants

Dated: September 29, 2005

{D0049552:1 }    7