# EXHIBIT A

## Asset Analysis and Recovery (.10 Hours; $ 72.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/05 | PVL | 720.00 | 0.10 | Review AKO ins. coverage chart. |

**Total Task Code .01 .10**

## Asset Disposition (.20 Hours; $ 144.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/08/05 | PVL | 720.00 | 0.20 | Review Elcat letter and Baer e-mail (.1); teleconference Hurford and Berkin re same (.1). |

**Total Task Code .02 .20**

## Case Administration (21.70 Hours; $ 8,191.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.50 | $720 | 5,400.00 |
| Rita C. Tobin | .40 | $415 | 166.00 |
| Sheila A. Clark | 6.30 | $200 | 1,260.00 |
| David B. Smith | 3.50 | $200 | 700.00 |
| Andrew D. Katznelson | .50 | $175 | 87.50 |
| Velma Wright | 3.50 | $165 | 577.50 |

Trans Empl Bill Billing

25

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/05 | PVL | 720.00 | 0.10 | Review 12 miscellaneous filings. |
| 08/01/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 08/01/05 | DBS | 200.00 | 2.00 | Conduct research on potential discovery mediators' backgrounds. |
| 08/02/05 | PVL | 720.00 | 0.30 | Review EI memo (.1); confer JAL (.2). |
| 08/02/05 | DBS | 200.00 | 1.50 | Conduct research on potential discovery mediators' backgrounds. |
| 08/02/05 | SAC | 200.00 | 1.00 | Review, annotate and manage electronic hard copy of case documents for reference and distribution (.4); assist DKG with MCO (.6). |
| 08/03/05 | SAC | 200.00 | 0.20 | Review, annotate and manage electronic and hard coy of case documents for reference and distribution (.2). |
| 08/04/05 | PVL | 720.00 | 0.20 | Teleconference EI (.1); review e-mail and reply (.1). |
| 08/05/05 | SAC | 200.00 | 0.20 | Analyze and annotate for distribution all electronic court papers, pleadings and correspondence received 08/05/05 (.2). |
| 08/05/05 | SAC | 200.00 | 0.40 | Analyze and annotate for distribution all electronic court papers, pleadings and correspondence received 08/05/05 (.1); assist DKG and JAL with trustee appointment of Committee member brief (.3). |
| 08/05/05 | VW | 165.00 | 1.70 | Assist attorney with spreadsheet. |
| 08/06/05 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 08/08/05 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 08/08/05 | SAC | 200.00 | 0.20 | Analyze and annotate for distribution all electronic court papers, pleadings and correspondence received 08/08/05 (.2). |
| 08/08/05 | VW | 165.00 | 0.70 | Assist attorney with spreadsheet. |
| 08/10/05 | SAC | 200.00 | 0.40 | Review, annotate and manage electronic and hard conies of case documents for distribution and inventory (.4). |

| | | | | |
|---|---|---|---|---|
| 08/11/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 08/11/05 | SAC | 200.00 | 0.30 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory (.3). |
| 08/12/05 | VW | 165.00 | 1.10 | Review case files for attorney. |
| 08/16/05 | PVL | 720.00 | 0.10 | Review Horkovich memo. |
| 08/17/05 | SAC | 200.00 | 0.30 | Review, annotate and manage electronic and hard copy case files (.3). |
| 08/18/05 | SAC | 200.00 | 0.30 | Review, annotate and manage electronic and hard copy case files (.3). |
| 08/19/05 | SAC | 200.00 | 0.30 | Review, annotate and manage electronic and hard copies of case documents for distribution and inventory (.3). |
| 08/23/05 | PVL | 720.00 | 0.10 | Review agenda notice. |
| 08/23/05 | SAC | 200.00 | 1.10 | Review, manage and annotate electronic and hard copy of case documents (.5); assist SL with burning CDs and DVDs at the request of NDF (.6). |
| 08/24/05 | SAC | 200.00 | 0.40 | Review, annotate and manage incoming electronic and hard copy case documents (.4). |
| 08/25/05 | SAC | 200.00 | 0.40 | Review, annotate and manage incoming electronic hard copy case documents (.4). |
| 08/26/05 | SAC | 200.00 | 0.40 | Review, annotate and manage incoming electronic hard copy case documents (.4). |
| 08/29/05 | PVL | 720.00 | 6.50 | Attend omnibus hearing (4.6), conferences with JAL re hearing preparation and status (1.5), conference with Frankel, Hurford, JAL, et al. (.3), review e-mail (.1). |
| 08/29/05 | SAC | 200.00 | 0.40 | Review, annotate and manage incoming electronic and hard copy case documents (.4). |
| 08/30/05 | PVL | 720.00 | 0.10 | Review 11 miscellaneous filings. |

**Total Task Code .04** **21.70**

**Claim Analysis Objection & Resolution (Asbestos) (7.90 Hours; $ 5,580.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.30 | $720 | 5,256.00 |
| Ronald E. Reinsel | .60 | $540 | 324.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/09/05 | PVL | 720.00 | 0.20 | Review e-mail (.1); review WRG resp to Speights motion to quash (.1). |
| 08/11/05 | PVL | 720.00 | 0.60 | Telephone call from Wyron (.1), review e-mails (.2), review revised questionnaire and e-mail NDF et al. (.3). |
| 08/11/05 | RER | 540.00 | 0.60 | Review draft and correspondence re: claimant questionnaire. |
| 08/12/05 | PVL | 720.00 | 1.00 | Telephone conference with Peterson, Relles, Ebener and NDF. |
| 08/15/05 | PVL | 720.00 | 0.10 | Review Speights response to WRG obj. |
| 08/16/05 | PVL | 720.00 | 0.70 | Review e-mail (.2), review Texas form rogs. (.5). |
| 08/18/05 | PVL | 720.00 | 0.30 | Review e-mails (.1), conference with NDF (.2). |
| 08/22/05 | PVL | 720.00 | 0.40 | Review e-mail (.1); teleconference NDF (.2); teleconference EI (.1). |
| 08/23/05 | PVL | 720.00 | 1.20 | Review e-mail (.2); teleconference Frankel (.2); review PD CMO draft (.1); review B&B draft affs and memo re Q (.2); teleconference E, NDF, JAL (.5). |
| 08/24/05 | PVL | 720.00 | 0.50 | Conferences EI (.2); review NDF memo (.1); teleconference EI, NDF (.1); e-mail (.1). |
| 08/25/05 | PVL | 720.00 | 0.30 | Review WRG motion and amended complaint re Montana (.2); review revised CMO & Q (.1). |
| 08/26/05 | PVL | 720.00 | 1.20 | Confer NDF, JAL (.6); review WRG status report (.1); prep for hearing on Q & CMO (.5). |

| | | | | |
|---|---|---|---|---|
| 08/27/05 | PVL | 720.00 | 0.60 | Review WRG report re Q & CMO (.3); review e-mail (.1); review LMI objections to CMO (.2). |
| 08/28/05 | PVL | 720.00 | 0.20 | E-mail JAL, NDF re CMO (.1); prep for hearing (.1). |

**Total Task Code .05 7.90**

**Fee Applications, Applicant (5.00 Hours; $ 1,355.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $415 | 830.00 |
| Andrew D. Katznelson | 3.00 | $175 | 525.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/05/05 | RCT | 415.00 | 0.50 | Review interims. |
| 08/05/05 | RCT | 415.00 | 0.50 | Review interims. |
| 08/05/05 | ADK | 175.00 | 1.00 | Worked on Interim fee application. |
| 08/08/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 08/10/05 | RCT | 415.00 | 0.50 | Review prebills. |
| 08/11/05 | RCT | 415.00 | 0.50 | Review exhibits. |
| 08/23/05 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 08/24/05 | ADK | 175.00 | 0.50 | Worked on fee application. |

**Total Task Code .12 5.00**

**Fee Applications, Others (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/16/05 | PVL | 720.00 | 0.10 | Review 7 fee applications. |
| 08/23/05 | PVL | 720.00 | 0.10 | Review 5 fee applications. |

**Total Task Code .13 .20**

**Litigation and Litigation Consulting (125.60 Hours; $ 43,691.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $795 | 556.50 |
| Walter B. Slocombe | 1.20 | $590 | 708.00 |
| Albert G. Lauber | .20 | $580 | 116.00 |
| Nathan D. Finch | 14.90 | $475 | 7,077.50 |
| Leslie M. Kelleher | .50 | $415 | 207.50 |
| Jeffrey A. Liesemer | 50.00 | $405 | 20,250.00 |
| Danielle K. Graham | 13.20 | $270 | 3,564.00 |
| Harry M. Schwirck | 38.10 | $255 | 9,715.50 |
| Adam L. VanGrack | 6.80 | $220 | 1,496.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/05 | WBS | 590.00 | 1.20 | Review transcript of Fitz hearing on discovery. |
| 08/01/05 | EI | 795.00 | 0.20 | Mediation matter with NDF (.2). |
| 08/01/05 | DKG | 270.00 | 1.50 | Attention to issues re appointing mediator. |
| 08/01/05 | JAL | 405.00 | 1.00 | Teleconference w/DKG re discovery mediator candidates (.2); prep for teleconference w/debtor's counsel re selection of discovery mediator, call w/debtor's counsel re scheduling of calls to candidates (.4); review bios and background materials of candidates (.2); drafted and revised memo to DKG re same (.2). |
| 08/02/05 | EI | 795.00 | 0.20 | Defense counsel matters (.2). |
| 08/02/05 | DKG | 270.00 | 7.40 | Attention to issues re mediator selection (4.0); meet with JAL and telephone conference with potential mediators (3.4). |

| | | | | |
|---|---|---|---|---|
| 08/02/05 | JAL | 405.00 | 4.10 | Prep for conference calls re selection of discovery mediator (.4); confer w/DKG re same and background/bio materials needed (.5); teleconferences w/debtors counsel and discovery mediator candidates to interview such candidates and discuss selection (3); confer w/PVNL re mediator selection process (.2). |
| 08/03/05 | DKG | 270.00 | 3.00 | Attention to mediator retention issues. |
| 08/03/05 | JAL | 405.00 | 1.00 | Drafted and revised memo to debtor's counsel re conflict of interest list for discovery mediator candidates (.1); correspondence w/D. Graham re mediator selection (.2); drafted and revised memo re selection process for same (.7). |
| 08/04/05 | EI | 795.00 | 0.10 | T/c JAL re: mediation. |
| 08/04/05 | DKG | 270.00 | 0.50 | Attention to mediator selection issues. |
| 08/04/05 | JAL | 405.00 | 2.90 | Teleconferences w/B. Harding re discovery mediator candidates (.2); teleconference w/DKG re same (.1); further review of background material re same (.1); drafted and revised memo to EI, NDF re status of selection of same (.7); reviewed proposed list of creditors and interested parties to be sent to mediator candidates for them to perform conflicts checks (.4); drafted and revised memo to DKG re mediator selection and conflicts check list (.2); teleconference w/EI re selection of mediator (.1); teleconference w/DKG re issues re same (.1); drafted and revised comments to debtors' counsel re my comments on proposed conflict check list and cover letter for same (.7); drafted response e-mail to B. Harding re modifications to/or supplementing conflict check list (.1); drafted response e-mail to B. Stansbury re circulation of conflicts check list to mediator candidates (.2). |
| 08/05/05 | EI | 795.00 | 0.10 | Memo re: discovery mediator. |
| 08/05/05 | DKG | 270.00 | 0.80 | Attention to mediator selection issues. |
| 08/05/05 | JAL | 405.00 | 1.00 | Reviewed correspondence including e-mail to mediator candidates re conflict checks for discovery mediators (.2); reviewed list of asbestos claimants committee members for conflicts check purposes (.1); drafted and revised e-mail to DKG re committee member list (.1); phone call w/DKG re same (.1); |

| | | | | |
|---|---|---|---|---|
| | | | | teleconference w/NDF re same (.1); teleconferences w/DKG re list of committee members for mediator conflict check (.2); reviewed draft list of same (.1); phone call w/DKG re same (.1). |
| 08/08/05 | JAL | 405.00 | 0.40 | Review and analysis of debtors' questionnaire to sample asbestos claimants (.2); review of materials in connection w/selection of discovery mediator (.1); review memo from ALV re non-malignant claims issues (.1). |
| 08/09/05 | NDF | 475.00 | 1.00 | Draft memo to colleagues regarding questionnaire, upcoming briefs and review of questionnaire. |
| 08/09/05 | JAL | 405.00 | 1.10 | Review recent correspondence re conflict check of mediator candidates (.1); review and analysis of debtors; motion for leave to file omnibus objection to certain property damage claims (1). |
| 08/10/05 | JAL | 405.00 | 0.30 | Reviewed communication from debtors' counsel re mediation candidates' conflicts disclosures and drafted and revised reply. |
| 08/11/05 | JAL | 405.00 | 0.50 | Drafted and revised e-mail to mediator candidate and debtors' counsel re rescheduling of conference call (.2); reviewed letter from mediator candidate re conflicts disclosures and possible terms of engagement (.2); reviewed NDF's memo to committee re debtors' modified proposed questionnaire (.1). |
| 08/12/05 | AGL | 580.00 | 0.20 | Review pending schedule. |
| 08/12/05 | NDF | 475.00 | 1.00 | Telephone conference with Dr. Peterson, et al. regarding questionnaire issues (1.0). |
| 08/12/05 | HMS | 255.00 | 1.00 | Comparison of Questionnaire and Judge Fitzgerald rulings |
| 08/12/05 | JAL | 405.00 | 0.20 | Reviewed and responded to e-mail from mediator candidate and B. Harding; teleconference B. Stansbury re mediator selection and conflicts check (.1). |
| 08/12/05 | LMK | 415.00 | 0.50 | Background reading asbestos issues in bankruptcy. |
| 08/15/05 | NDF | 475.00 | 0.20 | Review and respond to email correspondence from other counsel regarding case issues. |

| | | | | |
|---|---|---|---|---|
| 08/15/05 | HMS | 255.00 | 5.70 | Comparison of Grace Questionnaire and Judge's rulings |
| 08/16/05 | HMS | 255.00 | 2.50 | Comparison of Grace Questionnaire and Judge's rulings |
| 08/16/05 | JAL | 405.00 | 0.80 | Reviewed conflicts disclosure from mediator candidates; phone call and voice message to B. Harding re selection of discovery mediator; drafted and revised e-mail to B. Harding and B. Stansbury re selection of discovery mediator (.4); drafted and revised response e-mail to B. Harding re selection of discovery mediator (.3); drafted and revised memo to NDF re mediator selection and debtors' proposed questionnaire (.1). |
| 08/17/05 | HMS | 255.00 | 8.20 | Comparison of Grace Questionnaire and Judge's rulings |
| 08/17/05 | JAL | 405.00 | 0.10 | Review correspondence from B. Harding re selection of discovery mediator. |
| 08/18/05 | HMS | 255.00 | 7.70 | Comparison of Grace Questionnaire and Judge's rulings |
| 08/18/05 | JAL | 405.00 | 0.70 | Drafted and revised memo to NDF and ALV re document requests to be served on debtors (.2); review of correspondence from B. Harding and discovery mediator candidate re mediator selection process (.1); review correspondence re debtors' proposed questionnaire to asbestos claimants (.1); drafted and revised memos to PVNL, NDF re selection of discovery mediator (.2); confer w/NDF re estimation issues, strategy and next steps (.1). |
| 08/18/05 | ALV | 220.00 | 1.00 | Draft first set of document requests to be submitted to W.R. Grace. |
| 08/22/05 | NDF | 475.00 | 4.50 | Work on claimant questionnaire issues including: meet and confer with debtor counsel (3.0); edits to questionnaire (1.5). |
| 08/22/05 | HMS | 255.00 | 2.70 | Conference call with opposing counsel re Questionnaire and CMO (1.5); draft suggested changes in Grace Questionnaire (1.2) |
| 08/22/05 | JAL | 405.00 | 4.40 | Review and analysis of materials including debtors' latest question in prep for teleconference on Grace questionnaire issues (1.5); phone meet and confer |

| | | | | |
|---|---|---|---|---|
| | | | | conference re same, proposed case management order and related discovery issues (2.5); teleconference PVNL, NDF re debtors' proposed questionnaire, proposed case management order and debtors' request to extend exclusivity (.4). |
| 08/22/05 | ALV | 220.00 | 4.00 | Draft first set of document requests to be submitted to W.R. Grace (1.2); complete tasks related to the teleconference with all counsel to discuss questionnaire and case management order disputes and participate in same (3.6). |
| 08/23/05 | NDF | 475.00 | 1.30 | Telephone conference with Mr. Inselbuch, et al. regarding strategy (0.9); conference with Mr. Liesemer regarding questionnaire issues (0.4). |
| 08/23/05 | JAL | 405.00 | 1.10 | Confer w/EI, PVNL, NDF re proposed questionnaire, upcoming hearing and related discovery issues (.9); review correspondence re proposed questionnaire and scheduling a meet and confer teleconference w/debtors (.1); reviewed NDF memo re proposed questionnaire (.1). |
| 08/24/05 | NDF | 475.00 | 3.60 | Telephone conference with Mr. Baron regarding questionnaire issues (1.0); draft insert to brief on questionnaire response time issues (2.0); conference with Mr. Liesemer regarding questionnaire issues (0.2); edit brief regarding questionnaire issues (0.4). |
| 08/24/05 | HMS | 255.00 | 2.70 | Grace Questionnaire response |
| 08/24/05 | JAL | 405.00 | 4.50 | Drafted and revised objection to debtors' revised questionnaire (3.6); review and analysis of memo from NDF re objection to same (.1); confer w/NDF re his edits/comments to same (.8). |
| 08/24/05 | ALV | 220.00 | 1.80 | Draft first set of document requests to be submitted to W.R. Grace. |
| 08/25/05 | NDF | 475.00 | 3.30 | Telephone conference with Mr. Harding regarding case management order and questionnaire issues (0.5); telephone conference with Mr. Wyron regarding same (0.5); edit ACC brief regarding same (1.1); telephone conference with Mr. Harding regarding same (0.2); telephone conference with Mr. Inselbuch regarding same (0.1); estimation and trial planning - witnesses and witness preparation schedule (0.9). |

| | | | | |
|---|---|---|---|---|
| 08/25/05 | HMS | 255.00 | 4.00 | Objection to Grace Questionnaire (3.1); conference call with opposing counsel re Questionnaire (0.9) |
| 08/25/05 | JAL | 405.00 | 6.00 | Reviewed revised versions of debtors' proposed questionnaire and related instructions (.4); further revisions re same (1); review and analysis of revised case management order (.5); further review of revised questionnaire and CMO in prep for teleconference (.2); meeting w/NDF, ALV, HMS to review debtors' revisions of proposed questionnaire and CMO in prep for teleconference w/debtors' counsel (.3); teleconference w/debtors' counsel re same (.8); drafted and revised e-mail to B. Harding re draft certification of counsel nominating discovery mediator (.1); e-mail correspondence w/Hurford re same (.2); drafted e-mail response to B. Harding re same (.1); teleconference w/NDF re draft opposition to debtors' proposed questionnaire and response to CMO (.1); reviewed proposed certification of counsel re discovery mediator (.2); reviewed and edited same (.7); drafted and revised cover transmittal memo to debtors' counsel enclosing same and explaining changes therein (.2); phone call to B. Harding re proposed case management order (.2); drafted and revised memo to NDF re debtors' offer to further modify proposed case management order (.1); further review and edits to written opposition to proposed questionnaire and case management order (.9). |
| 08/26/05 | HMS | 255.00 | 2.10 | Review of response to Grace Questionnaire |
| 08/26/05 | JAL | 405.00 | 2.10 | Final review/editing of opposition brief to debtors' proposed questionnaire and case management order (.3); confer PVNL, NDF re prep for Grace hearing Monday (1.1); review and analysis of materials in prep for same (.8). |
| 08/27/05 | JAL | 405.00 | 1.80 | Review and analysis of materials, status report, etc. in prep for Monday's hearing. |
| 08/28/05 | JAL | 405.00 | 5.70 | Further review and analysis of materials, status report, etc. in prep for Monday's hearing. |
| 08/29/05 | EI | 795.00 | 0.10 | Opposition and response papers to Committee. |
| 08/29/05 | HMS | 255.00 | 1.50 | Service of CCR subpoena |

125

| | | | | |
|---|---|---|---|---|
| 08/29/05 | JAL | 405.00 | 10.20 | Confer w/PVNL re analysis of debtor's submissions and arguments for hearing (1.1); confer PVNL and counsel for future claims representative re debtor's submission and omnibus hearing (.4); appear at same (6.5); continued review/analysis of hearing materials (2.2). |
| 08/30/05 | JAL | 405.00 | 0.10 | Drafted and revised memo to Hurford, local counsel re follow-up motion for pro hav vice admission . |

**Total Task Code .16 125.60**

**Plan & Disclosure Statement (5.80 Hours; $ 3,090.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.90 | $795 | 1,510.50 |
| Kimberly N. Brown | 3.90 | $405 | 1,579.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/05 | EI | 795.00 | 0.30 | T/c NDF and Peterson re: various preparatory matters (total time of 0.6 divided between USG and Grace). |
| 08/16/05 | KNB | 405.00 | 2.20 | Review e-mails, attachments re questionnaire and CMO (1.9); review NDF memo to Committee re same (.2); e-mail NDF re same (.1) |
| 08/18/05 | KNB | 405.00 | 1.60 | Review e-mails from HMS, NDF, M.Hurford re questionnaire (1.1); TC HMS re same (.3); e-mail NDF re objections to questionnaire (.2) |
| 08/22/05 | EI | 795.00 | 0.40 | T/c PVNL re: status and set up call (.2); Texas MDL materials (.1); review of S. Baron memo (.1). |
| 08/23/05 | EI | 795.00 | 0.60 | T/c PVNL, NDF, JAL re: questionnaire matter. |
| 08/24/05 | EI | 795.00 | 0.60 | T/cs NDF re: Questionnaire issues (.5); t/c Peterson re: same (.1). |
| 08/30/05 | KNB | 405.00 | 0.10 | E-mail NDF re status of questionnaire |

**Total Task Code .17 5.80**

**Travel – Non Working (6.50 Hours; $ 1,977.75)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.20 | $360.00 | 1,512.00 |
| Jeffrey A. Liesemer | 2.30 | $202.50 | 465.75 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/29/05 | PVL | 360.00 | 4.20 | Travel to and from Wilmington for hearing. |
| 08/29/05 | JAL | 202.50 | 2.30 | Travel to/from Wilmington for omnibus hearing. |

**Total Task Code .21 6.50**

**Fee Auditor Matters (.20 Hours; $ 83.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .20 | $415 | 83.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/05 | RCT | 415.00 | 0.20 | Review initial fee auditor report. |

**Total Task Code .32 .20**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 25.37 |
| Conference Meals | 34.70 |
| Database Research | 2,273.62 |
| Long Distance-Equitrac In-House | 19.31 |
| NYO Long Distance Telephone | 23.87 |
| Outside Photocopying/Duplication Service | 1,197.54 |
| Professional Fees & Expert Witness Fees | 5,000.00 |
| Research Material | 200.80 |
| Telecopier/Equitrac | 16.05 |
| Xeroxing | 299.10 |
| Total: | 9,090.36 |