**EXHIBIT B**

**Asset Analysis and Recovery (.1 Hours; $ 72.00)**

      Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**      .1

**Asset Disposition (.2 Hours; $ 144.00)**

      Services rendered in this category pertain to the allocation, management and control of the Debtors' assets.

**Total Task Code .02**      .2

**Case Administration (21.7 Hours; $ 8,191.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      21.7

**Claim Analysis Objection & Resolution (Asbestos) (7.9 Hours; $ 5,580.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**      7.9

**Fee Applications, Applicant (5.0 Hours; $ 1,355.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**      5.0

**Fee Applications, Others (.2 Hours; $ 144.00)**

- 2 -

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**     .2

**Litigation and Litigation Consulting (125.6 Hours; $ 43,691.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**     125.6

**Plan & Disclosure Statement (5.8 Hours; $ 3,090.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**     5.8

**Travel Non-Working (6.5 Hours; $ 1,977.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**     6.5

**Fee Auditor Matters (.2 Hours; $ 83.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**     .2