## **EXHIBIT C**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 25.37 |
| Conference Meals | 34.70 |
| Database Research | 2,273.62 |
| Long Distance-Equitrac In-House | 19.31 |
| NYO Long Distance Telephone | 23.87 |
| Outside Photocopying/Duplication Service | 1,197.54 |
| Professional Fees & Expert Witness Fees | 5,000.00 |
| Research Material | 200.80 |
| Telecopier/Equitrac | 16.05 |
| Xeroxing | 299.10 |
| Total: | 9,090.36 |

{D0049555:1 }