```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                              Page:  1
Matter      000                          Disbursements                                                                         9/26/2005
                                                                                                                               Print Date/Time:
                                                                                                                               09/26/2005
                                                                                                                               1:03:04PM
Attn:                                                                                                                          Invoice #
                                                 PREBILL  / CONTROL  REPORT
                                                     Trans Date Range:   1/1/1950  to: 8/31/2005
Matter      000
Disbursements
Bill Cycle:         Monthly          Style:         i1          Start:     4/16/2001
                                                                 Last Billed : 8/25/2005                        13,655


Client Retainers Available            $235.66       Committed to Invoices:          $0.00       Remaining:           $235.66



Trust Amount Available

                                Total Expenses Billed To Date        $282,132.40

                                                                    Billing Empl:       0120      Elihu   Inselbuch
                                                                    Responsible Empl:   0120      Elihu   Inselbuch
                                                                    Alternate Empl:     0120      Elihu   Inselbuch
                                                                    Originating Empl:   0120      Elihu   Inselbuch



Summary   by Employee
                                              ---------- A C T U A L ----------        ---------- B I L L I N G---------
Empl      Initials    Name                        Hours              Amount                  Hours              Amount

0101      RCS         Robert C. Spohn              0.00             1,197.54                  0.00             1,197.54
0120      EI          Elihu   Inselbuch            0.00                25.37                  0.00                25.37
0187      NDF         Nathan D Finch               0.00                35.90                  0.00                35.90
0220      SKL         Suzanne K Lurie              0.00                37.50                  0.00                37.50
0238      SLC         Stacey L Colson              0.00                28.80                  0.00                28.80
0251      JO          Joan  O'Brien                0.00                12.15                  0.00                12.15
0310      DKG         Danielle K Graham            0.00             5,000.00                  0.00             5,000.00
0329      VW          Velma   Wright               0.00                10.20                  0.00                10.20
0999      C&D         Caplin &. Drysdale           0.00             2,742.90                  0.00             2,742.90
                                                   0.00             9,090.36                  0.00             9,090.36
Total Fees



Summary   by Employee
                                              ---------- A C T U A L ----------        ---------- B I L L I N G---------
Empl      Initials    Name                    Rate       Hours            Amount       Rate       Hours            Amount

Total Fees



Detail Time / Expense  by  Date
                                                                            ---------- A C T U A L ----------   ---------- B I L L I N G---------
TransNo.       Description                    TransType  Trans Date  Work Empl    Rate     Hours     Amount     Rate     Hours     Amount    Cumulative

1835529        Equitrac - Long Distance to 3122366166    E  08/01/2005   0999   C&D    0.00           $0.05     0.00           $0.05      0.05
1835540        Equitrac - Long Distance to 2123199240    E  08/01/2005   0999   C&D    0.00           $0.30     0.00           $0.30      0.35
1835570        Equitrac - Long Distance to 5104657728    E  08/01/2005   0999   C&D    0.00           $1.58     0.00           $1.58      1.93
1836339        Photocopy                                 E  08/01/2005   0999   C&D    0.00           $0.15     0.00           $0.15      2.08
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 9/26/2005 |
| | | | | | | | | | | Print Date/Time: 09/26/2005 1:03:04PM |
| Attn: | | | | | | | | | | Invoice # |
| 1837349 | Fax Transmission to 12145239159 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2.83 |
| 1837351 | Fax Transmission to 12145239157 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2.98 |
| 1837352 | Fax Transmission to 12148248100 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 3.88 |
| 1837353 | Fax Transmission to 13125516759 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 4.63 |
| 1837354 | Fax Transmission to 18432169290 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 5.38 |
| 1837355 | Fax Transmission to 14067527124 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 6.13 |
| 1837356 | Fax Transmission to 13026565875 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 6.88 |
| 1837357 | Fax Transmission to 15108354913 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 7.63 |
| 1837358 | Fax Transmission to 12165750799 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 8.38 |
| 1837359 | Fax Transmission to 13053796222 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 9.13 |
| 1837360 | Fax Transmission to 12123440994 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 9.88 |
| 1837361 | Fax Transmission to 13024269947 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 10.63 |
| 1837362 | Fax Transmission to 12145239158 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 11.38 |
| 1837363 | Fax Transmission to 12145991171 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 12.13 |
| 1837364 | Fax Transmission to 18432169450 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 12.88 |
| 1837365 | Fax Transmission to 17136501400 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 13.48 |
| 1837366 | Fax Transmission to 14124718308 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 14.23 |
| 1837367 | Fax Transmission to 14122615066 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 14.38 |
| 1837368 | Fax Transmission to 16179510679 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 15.13 |
| 1837369 | Fax Transmission to 12145239157 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 15.73 |
| 1837370 | Fax Transmission to 17136501400 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 15.88 |
| 1837371 | Fax Transmission to 14122615066 | | E | 08/02/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 16.48 |
| 1838264 | Dr. Albert Miller; Expert witness retainer (split with 2814) | | E | 08/03/2005 | 0310 | DKG | 0.00 | $5,000.00 | 0.00 | $5,000.00 | 5,016.48 |
| 1838298 | Dr. Albert Miller; Expert Witness Retainer | | E | 08/03/2005 | 0310 | DKG | 0.00 | $5,000.00 | 0.00 | $5,000.00 | 10,016.48 |
| 1838724 | Photocopy | | E | 08/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 10,016.93 |
| 1838919 | VOID and DELETED Check from CheckRec - Dr. Albert Miller; Expert witness retainer (split with 2814) | | E | 08/05/2005 | 0310 | DKG | 0.00 | -$5,000.00 | 0.00 | -$5,000.00 | 5,016.93 |
| 1838939 | Equitrac - Long Distance to 3024260166 | | E | 08/05/2005 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 5,017.00 |
| 1839049 | Photocopy | | E | 08/05/2005 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 5,018.80 |
| 1839085 | Photocopy | | E | 08/05/2005 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 5,020.60 |
| 1839321 | Pacer Service; Usage April 1 thru June 30, 2005 | | E | 08/08/2005 | 0999 | C&D | 0.00 | $200.80 | 0.00 | $200.80 | 5,221.40 |
| 1839411 | Photocopy | | E | 08/08/2005 | 0999 | C&D | 0.00 | $170.55 | 0.00 | $170.55 | 5,391.95 |
| 1839445 | Photocopy | | E | 08/08/2005 | 0329 | VW | 0.00 | $3.75 | 0.00 | $3.75 | 5,395.70 |
| 1839479 | Photocopy | | E | 08/08/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 5,396.60 |
| 1839484 | Photocopy | | E | 08/08/2005 | 0999 | C&D | 0.00 | $4.50 | 0.00 | $4.50 | 5,401.10 |
| 1839485 | Photocopy | | E | 08/08/2005 | 0999 | C&D | 0.00 | $17.40 | 0.00 | $17.40 | 5,418.50 |
| 1839781 | Photocopy | | E | 08/09/2005 | 0220 | SKL | 0.00 | $0.45 | 0.00 | $0.45 | 5,418.95 |
| 1839926 | Database Research/Lexis Charges for 7/30/05-8/5/05 DS | | E | 08/10/2005 | 0999 | C&D | 0.00 | $1,366.29 | 0.00 | $1,366.29 | 6,785.24 |
| 1842084 | Fax Transmission to 18054997126 | | E | 08/11/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6,785.84 |
| 1841144 | Equitrac - Long Distance to 8059872886 | | E | 08/12/2005 | 0999 | C&D | 0.00 | $3.77 | 0.00 | $3.77 | 6,789.61 |
| 1841145 | Equitrac - Long Distance to 3107387504 | | E | 08/12/2005 | 0999 | C&D | 0.00 | $3.78 | 0.00 | $3.78 | 6,793.39 |
| 1841148 | Equitrac - Long Distance to 8054993572 | | E | 08/12/2005 | 0999 | C&D | 0.00 | $4.22 | 0.00 | $4.22 | 6,797.61 |
| 1841922 | Photocopy | | E | 08/12/2005 | 0329 | VW | 0.00 | $6.45 | 0.00 | $6.45 | 6,804.06 |
| 1842194 | Photocopy | | E | 08/12/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,804.96 |
| 1841071 | Access Litigation Support; Black and White Copies | | E | 08/15/2005 | 0101 | RCS | 0.00 | $1,197.54 | 0.00 | $1,197.54 | 8,002.50 |
| 1841930 | Photocopy | | E | 08/15/2005 | 0220 | SKL | 0.00 | $15.30 | 0.00 | $15.30 | 8,017.80 |
| 1841191 | Equitrac - Long Distance to 3024261900 | | E | 08/15/2005 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 8,018.09 |
| 1841285 | Photocopy | | E | 08/15/2005 | 0999 | C&D | 0.00 | $2.25 | 0.00 | $2.25 | 8,020.34 |
| 1841816 | Equitrac - Long Distance to 8054997126 | | E | 08/16/2005 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 8,020.43 |
| 1842017 | Photocopy | | E | 08/16/2005 | 0220 | SKL | 0.00 | $6.15 | 0.00 | $6.15 | 8,026.58 |
| 1842061 | Photocopy | | E | 08/16/2005 | 0220 | SKL | 0.00 | $1.50 | 0.00 | $1.50 | 8,028.08 |
| 1842103 | Fax Transmission to 18054997126 | | E | 08/16/2005 | 0220 | SKL | 0.00 | $1.05 | 0.00 | $1.05 | 8,029.13 |
| 1842765 | Federal Express to Warren Smith from EI on 8/5 | | E | 08/18/2005 | 0120 | EI | 0.00 | $16.48 | 0.00 | $16.48 | 8,045.61 |
| 1842770 | Federal Express to Katie Hemming from EI on 8/8 | | E | 08/18/2005 | 0120 | EI | 0.00 | $6.13 | 0.00 | $6.13 | 8,051.74 |
| 1842887 | Database Research-WESTLAW by DKG on 8/1-3 | | E | 08/18/2005 | 0999 | C&D | 0.00 | $190.36 | 0.00 | $190.36 | 8,242.10 |
| 1842888 | Database Research-WESTLAW by DBS on 8/2 | | E | 08/18/2005 | 0999 | C&D | 0.00 | $497.36 | 0.00 | $497.36 | 8,739.46 |
| 1842963 | Equitrac - Long Distance to 3024269910 | | E | 08/18/2005 | 0999 | C&D | 0.00 | $0.34 | 0.00 | $0.34 | 8,739.80 |
| 1843090 | Photocopy | | E | 08/18/2005 | 0220 | SKL | 0.00 | $0.15 | 0.00 | $0.15 | 8,739.95 |
| 1843093 | Photocopy | | E | 08/18/2005 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 8,740.55 |
| 1843697 | Equitrac - Long Distance to 8023729785 | | E | 08/22/2005 | 0999 | C&D | 0.00 | $0.77 | 0.00 | $0.77 | 8,741.32 |
| 1843748 | Photocopy | | E | 08/22/2005 | 0220 | SKL | 0.00 | $9.60 | 0.00 | $9.60 | 8,750.92 |
| 1844088 | Equitrac - Long Distance to 2123199240 | | E | 08/23/2005 | 0999 | C&D | 0.00 | $1.44 | 0.00 | $1.44 | 8,752.36 |
| 1844484 | Equitrac - Long Distance to 2148747057 | | E | 08/24/2005 | 0999 | C&D | 0.00 | $1.63 | 0.00 | $1.63 | 8,753.99 |
| 1844584 | Photocopy | | E | 08/24/2005 | 0999 | C&D | 0.00 | $9.60 | 0.00 | $9.60 | 8,763.59 |
| 1844639 | Photocopy | | E | 08/24/2005 | 0187 | NDF | 0.00 | $1.20 | 0.00 | $1.20 | 8,764.79 |
| 1844796 | Equitrac - Long Distance to 3024261900 | | E | 08/25/2005 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 8,765.08 |
| 1844814 | Equitrac - Long Distance to 2128368000 | | E | 08/25/2005 | 0999 | C&D | 0.00 | $0.43 | 0.00 | $0.43 | 8,765.51 |
| 1844819 | Equitrac - Long Distance to 3024261900 | | E | 08/25/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 8,765.57 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                          Page:    1
Matter      000                   Disbursements                                                                                     9/26/2005
                                                                                                                                 Print Date/Time:
                                                                                                                                    09/26/2005
                                                                                                                                    1:03:04PM
Attn:                                                                                                                               Invoice #
1844918    Photocopy                                           E  08/25/2005  0238  SLC      0.00     $18.45     0.00    $18.45     8,784.02
1844977    NYO Long Distance Telephone - July 1-31, 2005       E  08/26/2005  0999  C&D      0.00      $2.50     0.00     $2.50     8,786.52
1844979    NYO Long Distance Telephone - July 1-31, 2005       E  08/26/2005  0999  C&D      0.00      $1.33     0.00     $1.33     8,787.85
1844989    NYO Long Distance Telephone - July 1-31, 2005       E  08/26/2005  0999  C&D      0.00     $13.85     0.00    $13.85     8,801.70
1844993    NYO Long Distance Telephone - July 1-31, 2005       E  08/26/2005  0999  C&D      0.00      $6.19     0.00     $6.19     8,807.89
1845110    Petty Cash  Late night dinner for NDF on 7/29       E  08/26/2005  0187  NDF      0.00     $34.70     0.00    $34.70     8,842.59
1845158    Equitrac - Long Distance to 3024261900              E  08/26/2005  0999  C&D      0.00      $0.20     0.00     $0.20     8,842.79
1845366    Photocopy                                           E  08/27/2005  0251  JO       0.00     $12.15     0.00    $12.15     8,854.94
1845702    Photocopy                                           E  08/29/2005  0238  SLC      0.00      $1.65     0.00     $1.65     8,856.59
1845717    Photocopy                                           E  08/29/2005  0238  SLC      0.00      $0.15     0.00     $0.15     8,856.74
1845718    Photocopy                                           E  08/29/2005  0238  SLC      0.00      $8.55     0.00     $8.55     8,865.29
1846756    Photocopy                                           E  08/30/2005  0220  SKL      0.00      $2.70     0.00     $2.70     8,867.99
1847082    Database Research/Lexis Charges 8/24 HS             E  08/31/2005  0999  C&D      0.00     $60.28     0.00    $60.28     8,928.27
1847378    Federal Express to Katie Hemming from EI on 8/24    E  08/31/2005  0120  EI       0.00      $2.76     0.00     $2.76     8,931.03
1848769    Database Research-WESTLAW by HMS on 8/24            E  08/31/2005  0999  C&D      0.00     $59.38     0.00    $59.38     8,990.41
1848770    Database Research-WESTLAW by JAL on 8/24-25         E  08/31/2005  0999  C&D      0.00     $99.95     0.00    $99.95     9,090.36
Total Expenses                                                                               0.00  $9,090.36     0.00  $9,090.36


                   Matter Total Fees                                                                 0.00                    0.00


                   Matter Total Expenses                                                         9,090.36                9,090.36


                   Matter Total                                                       0.00       9,090.36     0.00       9,090.36



                   Prebill Total Fees


                   Prebill Total Expenses                                                       $9,090.36               $9,090.36


                   Prebill Total                                                      0.00      $9,090.36     0.00      $9,090.36


Previous Billings

InvoiceNo      InvoiceDate          InvoiceTotal       OpenTotal

36,593         07/26/2002            121,163.25        1,414.09
37,961         11/30/2002             36,076.50          542.50
46,677         08/27/2004                240.00           48.00
47,114         09/30/2004              6,171.50        1,234.30
48,027         12/27/2004              1,419.00          283.80
48,886         02/28/2005             40,743.50        8,148.70
49,224         03/28/2005             33,445.00        6,689.00
49,444         04/21/2005             38,706.00        7,741.20
49,903         05/25/2005             15,337.50        3,067.50
50,275         06/27/2005             63,948.25       12,789.65
50,276         06/27/2005              8,030.50        1,606.10
50,598         07/15/2005            157,029.46      157,029.46
50,965         08/25/2005            116,412.29      116,412.29
                                     638,722.75      317,006.59
```

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                              Page:   1
Matter      000                 Disbursements                                                      9/26/2005
                                                                                              Print Date/Time:
                                                                                                   09/26/2005
                                                                                                   1:03:04PM
Attn:                                                                                               Invoice #
```