IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: October 19, 2005 @ 4:00 p.m.** |

**SECOND FEE APPLICATION OF ANDERSON, KILL, & OLICK, P.C. FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD AUGUST 1, 2005 THROUGH AUGUST 31, 2005**

| | |
|---|---|
| Name of Applicant: | Anderson, Kill, & Olick, P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 14, 2005, *nunc pro tunc* to March 17, 2005 |
| Period for which compensation and reimbursement is sought: | August 1, 2005 through August 31, 2005 |
| Amount of compensation sought as actual, reasonable and necessary: | $4,028.40 (80% of $5,035.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $169.64 |

This is a: ___**X**___ monthly ____ ____ interim _____ final application.

Anderson, Kill, & Olick, P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the second application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/1/05 | 7/1/05 through 7/31/05 | $8,954.00 (80% of $11,192.50) | $0.00 | Pending | Pending |

{D0049634:1}

| 9/29/05 | 8/1/05 through 8/31/05 | $4,028.40 (80% of $5,035.50) | $169.64 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
## FOR BILLING PERIOD AUGUST 1, 2005 THROUGH AUGUST 31, 2005
## ANDERSON, KILL, & OLICK P.C.

| Name and Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Robert M. Horkovich, Esq. | .5 | $675.00 | $337.50 |
| R. M. Keenan, Esq. | 0 | $525.00 | $0.00 |
| Glenn F. Fields, Insurance Specialist | .4 | $250.00 | $100.00 |
| Izak Feldgreber, Paralegal | 0 | $210.00 | $0.00 |
| Harris E. Gershman, Paralegal | 17 | $190.00 | $3,230.00 |
| Karen Frankel, Paralegal | 2 | $185.00 | $370.00 |
| Kathleen Samet, Paralegal | 5 | $150.00 | $750.00 |
| Noelia E. Jaramillo, Paralegal | 1.6 | $155.00 | $248.00 |
| **Totals:** | **26.5** | | **$5,035.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 8/1/05 through 8/31/05 | Total Fees for the Period 8/01/05 through 8/31/05 |
|---|---|---|
| Asset Analysis and Recovery | 24.5 | $4,665.50 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0.00 |
| Committee Administration | 0 | $0.00 |
| Employee Benefits/Pension | 0 | $0.00 |
| Employment Applications (applicant) | 0 | $0.00 |

| | | |
|---|---|---|
| Employment Applications (others) | 0 | $0.00 |
| Fee Applications (applicant) | 2 | $370.00 |
| Fee Applications (others) | 0 | $0.00 |
| Financing | 0 | $0.00 |
| Hearings | 0 | $0.00 |
| Litigation | 0 | $0.00 |
| Plan and Disclosure Statement | 0 | $0.00 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| ZAI Science Trial | 0 | $0.00 |
| Retention Issues | 0 | $0.00 |
| **Grand totals** | **26.5** | **$5,035.50** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period August 1, 2005 through August 31, 2005 |
|---|---|---|
| In-House Reproduction ($.10 per copy) | | $34.59 |
| Outside Reproduction & Courier Service | | $0.00 |
| Facsimile ($0.50 per page) | | $0.00 |
| Travel | | $0.00 |
| Long Distance Telephone Calls | | $0.00 |
| Postage | | $0.00 |
| PACER | | $0.00 |
| Overnight Courier | Federal Express | $135.05 |
| **Total:** | | **$169.64** |

                                                      ANDERSON KILL & OLICK, P.C

                                         */s/ Robert Y. Chung*
                                         Robert Y. Chung
                                         1251 Avenue of the Americas
                                         New York, NY 10020-1182
                                         (212) 278-1039

                                         Special Insurance Coverage Counsel for the Official
Dated: September 1, 2005             Committee of Asbestos Claimants

{D0049634:1 } 4