**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due By: September 28, 2005 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 9368**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Amended Fifteenth Interim Statement of the Official Committee of Asbestos Property Damage Claimants for Reimbursement of Expenses to Committee Members and their Counsel ("the Statement"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Statement has been filed. Pursuant to the Notice of the Statement, objections to the Statement were to be filed and served no later than September 28, 2005.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Committee $1,688.36, which represents 100% of the expenses requested in the Statement, upon the filing of this certification and without the need for entry of a Court order approving the Statement.

[continued to next page]

        Scott L. Baena, Esquire
        Jay M. Sakalo, Esquire
        Allyn S. Danziesen, Esquire
        BILZIN, SUMBERG, BAENA, PRICE
         & AXELROD, LLP
        2500 Wachovia Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336
        Tel:   (305) 374-7580
        Fax:   (305) 374-7593

        -and-

        FERRY, JOSEPH & PEARCE, P.A.


          /s/ Theodore J. Tacconelli
        Michael B. Joseph (No. 392)
        Theodore J. Tacconelli (No. 2678)
        Lisa L. Coggins (No. 4234)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE. 19899
        Tel:   (302) 575-1555
        Fax:   (302) 575-1714

        *Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*

Dated: September 29, 2005