IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Docket No. 9237 and |
| | | 9/26/05 Agenda Item 5 |

## ORDER AUTHORIZING THE DEBTORS TO EMPLOY FOLEY HOAG LLP AS SPECIAL ENVIRONMENTAL COUNSEL TO THE DEBTORS

Upon the application (the "Application") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an order under sections 327(e) and 330 of title 11 of the United States Code (as amended, the "Bankruptcy Code") authorizing the Debtors to employ and retain Foley Hoag LLP ("Foley Hoag") as special counsel for the Debtors with respect to the specified matters set forth in the Application; and upon the Affidavit of Seth D. Jaffe submitted in support of the Application; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and it appearing that this is a core matter under 28 U.S.C. § 157; and it appearing that Foley Hoag does not represent any interest adverse to the Debtors or their estates with respect to the matters on which Foley Hoag is to be employed, and meets all requirements for retention set forth in the Bankruptcy Code; and it appearing that the terms and conditions of Foley Hoag's employment as further described in the Application are reasonable; and adequate notice having been given of the Application; and good and sufficient cause existing to grant the Application;

NOW, THEREFORE, IT IS HEREBY:

ORDERED that the Application is GRANTED; and it is further

ORDERED that, pursuant to sections 327(3) and 330 of the Bankruptcy Code, the retention and employment of Foley Hoag as special environmental counsel to the Debtors for the

purposes set forth in the Application is hereby approved, *nunc pro tunc* to July 1, 2005; and it is further

ORDERED that Foley Hoag shall be compensated under sections 330 and 331 of the Bankruptcy Code and any further or other Orders of this Court concerning compensation of professionals in these cases, and in accordance with the terms set forth in the Application and the Affidavit of Seth D. Jaffe in support of the Application, and shall be reimbursed for all allowed necessary, actual and reasonable expenses; and it is further

ORDERED that the allowed fees and expenses of Foley Hoag shall be an administrative expense of the Debtors' estates; and it is further

ORDERED that this Order shall become effective immediately upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

ORDERED that any prepetition claim of Foley Hoag is waived.

Dated: September 30, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge