IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER**

**And Now**, to-wit, this **30**th day of **September 2005, It Is Hereby Ordered**

that Counsel for the Debtor shall add to the October 24, 2005 Hearing Agenda, a Status

Conference regarding the letter filed by claimant William R. Wittenberg, found at

docket No. **9472.**

**It Is Further Ordered** that Mr. Wittenberg shall be required to attend the

**October 24, 2005** Status Conference by telephone.

**It is Further Ordered** that by no later than **October 17, 2005,** Counsel for the

Debtor shall contact Mr. Wittenberg to discuss this.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

cc::
William R. Wittenberg
6110 Panorama Drive, NE
Tacoma, WA 98422-1219