**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

**Objection Deadline: October 20, 2005 at 4:00 p.m.**
**Hearing date:  To be scheduled, only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Forty-Third Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from August 1, 2005 through August 31, 2005, seeking

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation in the amount of $15,111.00 and reimbursement for actual and necessary expenses in the amount of $436.15 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 20, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
          September 30, 2005

Respectfully submitted,

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com

- and –

William S. Katchen (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:      (973) 424-2000
Facsimile:      (973) 424-2001
E-mail:         wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:      (212) 806-5400
Facsimile:      (212) 806-6006
e-mail:         lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of*
*W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                        Chapter 11

**W.R. Grace & Co., et al.**                  Case No. 01-01139 (JKF)

                             Debtors.         Jointly Administered

                                              **Objection Date:  October 20, 2005 at 4:00 p.m.**
                                              **Hearing Date:  To be scheduled, only if objections are**
                                              **timely filed and served**


### FORTY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **August 1, 2005 through Augsut 31, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$15,111.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$436.15** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hours and the corresponding compensation requested is approximately $185.00[2]

This is the forty-third monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Forty-third Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application ) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

WLM\2115101

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05-5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05-6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05-7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |

**Quarterly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1.378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |
| May 18, 2005 | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |
| August 15, 2005 | 4/1/05 – 6/30/05 | $45,254.50 | $1,148.39 | | |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON. DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

September 19, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1119402                                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 21.10  hrs. at | $525.00  /hr. = | $11,077.50 | |
| WS KATCHEN | PARTNER | 2.80  hrs. at | $575.00  /hr. = | $1,610.00 | |
| VL AKIN | PARALEGAL | 13.10  hrs. at | $185.00  /hr. = | $2,423.50 | |
| | | | | | $15,111.00 |

DISBURSEMENTS
MESSENGER SERVICE                                      349.00
OVERNIGHT MAIL                                          39.18
OVERTIME RELATED COSTS                                  8.82
PRINTING & DUPLICATING                                 39.15
TOTAL DISBURSEMENTS                                                        $436.15

BALANCE DUE THIS INVOICE                                                 $15,547.15

PREVIOUS BALANCE                                                         $68,712.16

TOTAL BALANCE DUE                                                        $84,259.31

Duane Morris
September 19, 2005
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1119402

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/3/2005 | 002 | WS KATCHEN | REVIEW COMMITTEE MEMO ON SALE. | 0.20 | $115.00 |
| 8/10/2005 | 002 | WS KATCHEN | REVIEW CAPSTONE'S MEMO RE: SALE OF SPECIALTY POLYMERS. | 0.20 | $115.00 |
| | | | Code Total | 0.40 | $230.00 |

Duane Morris
September 19, 2005
Page 3

File # K0248-00001                                  INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/4/2005 | 003 | MR LASTOWSKI | REVIEW JULY MONTHLY OPERATING REPORTS | 0.30 | $157.50 |
| 8/11/2005 | 003 | WS KATCHEN | REVIEW CAPSTONE FINANCIAL REPORT. | 0.30 | $172.50 |
| | | | Code Total | 0.60 | $330.00 |

Duane Morris
September 19, 2005
Page 4

File # K0248-00001                                    INVOICE # 1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/11/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S OPPOSITION TO MOTION TO QUASH. | 0.30 | $172.50 |
| 8/15/2005 | 004 | VL AKIN | UPDATE FEE APPLICATION SERVICE LIST | 0.10 | $18.50 |
| 8/15/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 8/16/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.30 | $55.50 |
| 8/22/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.20 | $37.00 |
| 8/23/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR LEAVE TO REPLY RE: 2938 UNAUTHORIZED CLAIMS. | 0.10 | $57.50 |
| 8/23/2005 | 004 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR LEAVE TO REPLY - SPEIGHTS & RUNYAN. | 0.20 | $115.00 |
| 8/29/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.20 | $37.00 |
| 8/31/2005 | 004 | WS KATCHEN | REVIEW CASE MANAGEMENT ORDERS - PI/PD. | 0.40 | $230.00 |
| | | | Code Total | 1.90 | $741.50 |

Duane Morris
September 19, 2005
Page 5

File # K0248-00001                                            INVOICE # 1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/2/2005 | 005 | WS KATCHEN | REVIEW CAPSTONE'S ANALYSIS PROJECT GAMMA. | 0.30 | $172.50 |
| 8/16/2005 | 005 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S RESPONSE AND PARTIAL OBJECTION TO DEBTOR'S MOTION FOR A PARTIAL WAIVER OF LOCAL RULE 3007-1 | 1.90 | $997.50 |
| 8/22/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR OBJECTION TO 2,938 UNAUTHORIZED CLAIMS | 0.20 | $105.00 |
| 8/22/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR OBJECTION TO SPEIGHTS AND RUNYON CLAIMS | 0.20 | $105.00 |
| 8/26/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTE'S OBJECTION TO PROPOSED ASBESTOS QUESTIONNAIRE | 2.20 | $1,155.00 |
| 8/30/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S REPORT PURSUANT TO JULY 19, 2005 RULINGS RE: PERSONAL INJURY CLAIMS AND ESTIMATIONS | 1.30 | $682.50 |
| | | | Code Total | 6.10 | $3,217.50 |

Duane Morris
September 19, 2005
Page 6

File # K0248-00001                                          INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|------|-------|-------|
| 8/5/2005 | 007 | WS KATCHEN | REVIEW MEMO TO COMMITTEE. | 0.40 | $230.00 |
| 8/9/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $115.00 |
| 8/31/2005 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.20 | $115.00 |
| | | | Code Total | 0.80 | $460.00 |

Duane Morris
September 19, 2005
Page 7

File # K0248-00001                                    INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/11/2005 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS FORTY-FIRST MONTHLY FEE APPLICATION | 0.10 | $52.50 |
| 8/11/2005 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE NOTICE OF FILING OF CAPSTONE ADVISORY GROUP, LLC SEVENTEENTH INTERIM FEE APPLICATION | 0.10 | $52.50 |
| 8/11/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR JUNE 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 8/12/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE JUNE 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 8/15/2005 | 012 | MR LASTOWSKI | REVIEW AND APPROVE DUANE MORRIS 17TH INTERIM FEE APPLICATION | 0.50 | $262.50 |
| 8/15/2005 | 012 | VL AKIN | WORK ON SEVENTEENTH INTERIM FEE APPLICATION OF DUANE | 1.50 | $277.50 |
| 8/15/2005 | 012 | VL AKIN | FILE AND SERVE THE SEVENTEENTH QUARTERLY FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| 8/16/2005 | 012 | VL AKIN | REVIEW PRIOR FEE APPLICATIONS OF DUANE, FEE ORDERS AND AUDITOR REPORTS RE: ACCOUNTING/PAYMENT/BILLING ISSUES | 3.00 | $555.00 |
| 8/19/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING JULY 2005 FEE APPLICATION OF DUANE. REVIEW AND EDIT BILL. | 0.80 | $148.00 |
| 8/23/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING JULY 2005 FEE APPLICATION OF DUANE | 0.40 | $74.00 |
| 8/23/2005 | 012 | VL AKIN | REVIEW INTERIM FEE AUDITOR REPORT FOR 16TH INTERIM FEE APPLICATION OF DUANE. FORWARD SAME TO M. LASTOWSKI | 0.40 | $74.00 |
| 8/29/2005 | 012 | VL AKIN | PREPARE 42ND MONTHLY FEE APPLICATION OF DUANE | 0.80 | $148.00 |
| 8/30/2005 | 012 | VL AKIN | FILE AND SERVE JULY 2005 FEE APPLICATION OF DUANE MORRIS | 0.50 | $92.50 |
| | | | Code Total | 9.30 | $1,958.50 |

Duane Morris
September 19, 2005
Page 8

File # K0248-00001                                    INVOICE # 1119402
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/3/2005 | 013 | VL AKIN | FILE THE JUNE 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 8/11/2005 | 013 | VL AKIN | FILE JUNE 2005 FEE APPLICATION OF CAPSTONE RECOVERY | 0.30 | $55.50 |
| 8/19/2005 | 013 | VL AKIN | FILE 17TH QUARTERLY FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 8/23/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING FIFTY-FIRST FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 8/24/2005 | 013 | VL AKIN | REVIEW NOTICE OF APPLICATION FOR 6TH INTERIM FEE APPLICATION OF CAPSTONE | 0.10 | $18.50 |
| 8/24/2005 | 013 | VL AKIN | PREPARE CERTIFICATE OF SERVICE FOR NOTICE OF SIXTH QUARTERLY FEE APPLICATION OF CAPSTONE | 0.10 | $18.50 |
| 8/24/2005 | 013 | VL AKIN | FILE SIXTH QUARTERLY FEE APPLICATION OF CAPSTONE. SERVE NOTICE OF APPLICATION FOR SAME. | 0.60 | $111.00 |
| 8/25/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERIFICATION OF NO OBJECTION REGARDING THE JUNE 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 8/31/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING JUNE 2005 FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| | | | Code Total | 2.70 | $499.50 |

Duane Morris
September 19, 2005
Page 9

File # K0248-00001                          INVOICE # 1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/22/2005 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE OF AUGUST OMNIBUS HEARING AND REVIEW ITEMS SET FORTH THEREIN | 3.70 | $1,942.50 |
| 8/29/2005 | 015 | MR LASTOWSKI | ATTENDANCE AT OMNIBUS HEARING | 4.20 | $2,205.00 |
| 8/29/2005 | 015 | MR LASTOWSKI | PREPARATION FOR OMNIBUS HEARING | 4.20 | $2,205.00 |
| | | | Code Total | 12.10 | $6,352.50 |

Duane Morris
September 19, 2005
Page 10

File # K0248-00001                                    INVOICE # 1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/8/2005 | 016 | MR LASTOWSKI | REVIEW SPEIGHTS AND RUNYON'S MOTION TO QUASH DEBTOR'S SUBPOENA AND DEBTOR'S RESPONSE THERETO | 0.60 | $315.00 |
| 8/15/2005 | 016 | MR LASTOWSKI | REVIEW COMMITTEE OBJECTION TO INTERCAT SETTLEMENT | 0.30 | $157.50 |
| 8/15/2005 | 016 | MR LASTOWSKI | E-MAILS FROM A. KRIEGFER RE COMMITTEE OBJECTION TO INTERCAT SETTLEMENT | 0.10 | $52.50 |
| 8/16/2005 | 016 | MR LASTOWSKI | MULTIPLE E-MAILS FROM A. KRIEGFER RE COMMITTEE OBJECTION TO INTERCAT SETTLEMENT | 0.20 | $105.00 |
| 8/16/2005 | 016 | VL AKIN | EDIT COMMITTEE'S RESPONSE TO INTERCAT SETTLEMENT | 0.20 | $37.00 |
| 8/16/2005 | 016 | VL AKIN | PREPARE CERTIFICATE OF SERVICE FOR COMMITTEE'S OBJECTION TO INTERCAT SETTLEMENT | 0.30 | $55.50 |
| 8/16/2005 | 016 | VL AKIN | FILE AND SERVE COMMITTEE'S OBJECTION TO DEBTORS' MOTION FOR A SETTLEMENT AGREEMENT WITH INTERCAT | 0.40 | $74.00 |
| | | | Code Total | 2.10 | $796.50 |

Duane Morris
September 19, 2005
Page 11

File # K0248-00001                                      INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/23/2005 | 018 | MR LASTOWSKI | REVIEW MOTION TO AMEND CHAKARIAN COMPLAINT | 0.50 | $262.50 |
| 8/23/2005 | 018 | MR LASTOWSKI | REVIEW MOTION TO EXPAND MONTANA INJUNCTION | 0.50 | $262.50 |
| | | | Code Total | 1.00 | $525.00 |

Duane Morris
September 19, 2005
Page 12

File # K0248-00001                                    INVOICE #  1119402
   W.R. GRACE & CO.

                              TOTAL SERVICES           37.00    $15,111.00

Duane Morris
September 19, 2005
Page 13

File # K0248-00001                                      INVOICE #  1119402
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 8/15/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAYESQ. AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790611340621) | 14.36 |
| 8/15/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGEL ESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790119850760) | 7.76 |
| 8/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WH SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #791187712799) | 10.07 |
| 8/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SEIGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791187702835) | 6.99 |
| | Total: | $39.18 |
| 8/31/2005 | MESSENGER SERVICE | 154.50 |
| 8/31/2005 | MESSENGER SERVICE | 194.50 |
| | Total: | $349.00 |
| 8/31/2005 | OVERTIME RELATED COSTS | 8.82 |
| | Total: | $8.82 |
| 8/31/2005 | PRINTING & DUPLICATING | 39.15 |
| | Total: | $39.15 |
| | TOTAL DISBURSEMENTS | $436.15 |