IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, that, pursuant to Rule 9010-2 of the Local Rules of Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of White and Williams, LLP hereby withdraws as counsel for Fireman's Fund Insurance Company ("FFIC") and the law firm of Stevens & Lee enters its appearance as counsel for FFIC in these proceedings.

Date: September 30, 2005

| WHITE AND WILLIAMS, LLP | STEVENS & LEE, P.C. |
|---|---|
| *[signature]*<br>LINDA M. CARMICHAEL (No. 3570)<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899-0709<br>Telephone: (302) 467-4502<br>Telecopier (302) 467-4552<br>Email: carmichaell@whiteandwilliams.com | *[signature]*<br>THOMAS G. WHALEN, JR. (No. 4034)<br>1105 N. Market Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-3304<br>Telecopier: (610) 371-8512<br>Email: tgw@stevenslee.com |
| | and<br><br>LEONARD P. GOLDBERGER<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>Telephone: (215) 751-2864<br>Telecopier: (610) 371-7376<br>Email: lpg@stevenslee.com |

SL1 576722v1/021630.00003