IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 9511 |

DECLARATION OF SERVICE REGARDING:

| | |
|---|---|
| NOTICE OF FILING SUMMARY CHARTS IN SUPPORT OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS AND SETTING OF REVISED DATES | Attached hereto as Exhibit 1 |
| EXHIBIT A - ORDER | Attached hereto as Exhibit 2 |
| EXHIBIT B – SUMMARY CHART | Sample 1st page attached hereto as Exhibit 3 |
| EXHIBIT C – THE KEY | Attached hereto as Exhibit 4 |

I, Sue Herrschaft, state as follows:

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.  I am over eighteen years of age. The statements contained herein are true and accurate based on my own personal knowledge. My business address is c/o The BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 1330 East Franklin Avenue, El Segundo, California 90245.

2.  On September 26, 2005, at the direction of Kirkland & Ellis LLP, co-counsel to the debtors in the above-captioned cases, I caused the above-referenced documents to be served on the parties listed in Exhibit 5 as follows:

    a.  Hard copies of Exhibit 1 and a compact disc containing Exhibits 1 through 4 were served on the Affected Parties listed in Service Lists 16088 and 16122 via first-class mail and deposited with United States Postal Service with postage thereon fully prepaid; and
    b.  Exhibits 1 through 4 were served on the parties referenced in Service List 16120 via e-mail notification.

3.  Due to the voluminous nature of Exhibit 3, a sample only is attached hereto. Full copies of the Exhibit 3 may be viewed by: (1) visiting http://www.bmccorp.net/21/O15.asp, (2) contacting BMC Group, 1330 East Franklin Avenue, El Segundo, California 90245 or (3) by calling (888) 909-0100.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 28, 2005
El Segundo, California

_____
Sue Herrschaft

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on September 28, 2005, Sue Herrschaft, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

_____

YVETTE GARCIA
COMM. # 1526634
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Nov. 13, 2006