# EXHIBIT 3

SAMPLE - PAGE 1

Summary Chart re Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims

| Claimant Name | Claim Number | Counsel | Building Name | Property Address | Objection Exhibit |
|---|---|---|---|---|---|
| 1 PENN PLAZA | 10704 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | 1 PENN PLAZA | 33RD STREET & 7TH AVENUE<br>NEW YORK NY | C-2, D-2, D-6, E-1, F-2 |
| 10 HANOVER SQUARE BUILDING | 10714 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | 10 HANOVER SQUARE BUILDING | 10 HANOVER SQUARE<br>MANHATTAN NY | C-2, D-2, D-6, E-1, F-2 |
| 10 HANOVER SQUARE BUILDING | 6893 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | 10 HANOVER SQUARE BUILDING | 10 HANOVER SQUARE<br>NEW YORK NY 000100017 | C-2, C-3 (e), C-3 (e), D-2, D-6, E-1, F-2 |
| 100 WALL STREET BUILDING | 11416 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | 100 WALL STREET BUILDING | 100 WALL STREET<br>NEW YORK NY | C-2, D-2, D-6, E-1, F-2 |
| 104 CORPORATE PARK DRIVE | 6876 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | | 104 CORPORATE PARK DRIVE<br>PURCHASE NY 000910577 | C-2, D-2, D-6, E-1, F-2 |
| 110 PLAZA | 11415 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | 110 PLAZA | 33RD AVENUE BETWEEN 7TH & 8TH<br>NEW YORK NY | C-2, D-2, D-6, E-1, F-2 |
| 111 ELM STREET LLC | 9882 | CLINTON L BLAIN<br>CLINTON L BLAIN ATTORNEY AT LAW<br>111 ELM ST STE 450<br>SAN DIEGO CA 92101<br>Law Firm Number: 00341 | | 111 ELM STREET<br>SAN DIEGO CA 000092101 | B-2, C-2, C-3 (f), D-2, D-3, D-4, D-6, E-1 |
| 1133 AVENUE OF AMERICAS | 6748 | AMANDA G STEINMEYER<br>SPEIGHTS & RUNYAN<br>200 JACKSON AV E<br>PO BOX 685<br>HAMPTON SC 29924<br>Law Firm Number: 00131 | | 1133 AVENUE OF AMERICAS<br>NEW YORK NY 000010036 | C-2, C-3 (e), D-2, D-6, E-1, F-2 |