# EXHIBIT 5

# Notice re 15th Omnibus Supplemental Charts with CD of Exhibits A through C
# for WR Grace

Total number of parties: 297
Preferred Mode of Service: US Mail (1st Class)

## Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 16122 | (COUNSEL FOR DAVID T. AUSTERN), SWIDLER BERLIN LLP, R WYRON/R FRANKEL/M CHENEY ESQS, 3000 K ST, NW, STE 300, WASHINGTON, DC 20007 | |
| 16122 | (COUNSEL TO ASBESTOS PD COMMITTEE), FERRY & JOSEPH, P A, M B JOSEPH & T J TACCONELLI, ESQS, 824 MARKET ST, STE 904, PO BOX 1351, WILMINGTON, DE 19899 | |
| 16122 | (COUNSEL TO ASBESTOS PI COMMITTEE), CAMPBELL & LEVINE, LLC, MARLA ESKIN, ESQ & MARK HURFORD ESQ, 800 N KING ST, #301, WILMINGTON, DE 19801-3549 | |
| 16122 | (COUNSEL TO ASBESTOS PI COMMITTEE), CAPLIN & DRYSDALE, CHARTERED, ELIHU INSELBUCH & RITA TOBIN, ESQS, 399 PARK AVE, 27TH FL, NEW YORK, NY 10022 | |
| 16122 | (COUNSEL TO DEBTOR), KIRKLAND & ELLIS, JAMES H M SPRAYREGEN/JAMES KAPP III, 200 EAST RANDOLPH DRIVE, CHICAGO, IL 60601 | |
| 16122 | (COUNSEL TO EQUITY COMMITTEE), KLETT ROONEY LIEBER & SCHORLING, TERESA K D CURRIER, ESQ, 1000 WEST ST, STE 1410, PO BOX 1397, WILMINGTON, DE 19899-1397 | |
| 16122 | (COUNSEL TO EQUITY COMMITTEE), KRAMER LEVIN NAFTALIS & FRANKEL LLP, PHILIP BENTLEY, ESQ, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 | |
| 16122 | (OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS), BILZIN SUMBERG DUNN BAENA ET AL, SCOTT L BAENA, ESQ, FIRST UNION FINANCIAL CENTER, 200 S BISCAYNE BLVD, STE 2500, MIAMI, FL 33131 | |
| 16122 | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS), DUANE, MORRIS & HECKSCHER LLP, MICHAEL R LASTOWSKI, ESQ, 1100 NORTH MARKET ST, STE 1200, WILMINGTON, DE 19801-1246 | |
| 16122 | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS), DUANE, MORRIS & HECKSCHER LLP, WILLIAM S KATCHEN, ESQ, 1 RIVERFRONT PLAZA, 2ND FL, NEWARK, NJ 07102 | |
| 16122 | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS), STROOCK & STROOCK & LAVAN LLP, LEWIS KRUGER, ESQ, 180 MAIDEN LANE, NEW YORK, NY 10038-4982 | |
| 16122 | (THE CHASE MANHATTAN BANK), RICHARDS, LAYTON & FINGER, P A, MARK COLLINS & DEBORAH SPIVACK, ESQ, ONE RODNEY SQUARE, PO BOX 551, WILMINGTON, DE 19899 | |
| 16122 | (UNITED STATES TRUSTEE), OFFICE OF THE UNITED STATES TRUSTEE, FRANK J PERCH, ESQ, 844 KING ST, STE 2207, LOCKBOX 35, WILMINGTON, DE 19801 | |
| 16122 | (W. R. GRACE & CO.), W R GRACE AND CO, MARK SHELNITZ, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 16088 | 3801 N CAMPBELL AVE LLC, 3801 N CAMPBELL AVE # A, TUCSON, AZ 85719 | |
| 16088 | 7300 KIMBARK BLDG CORP, 3550 W 98TH ST, EVERGREEN PARK, IL 60805 | |
| 16088 | ABELMAN, HERSHEL, 15155 KENNEDY RD, LOS GATOS, CA 95032 | |
| 16088 | ADAMS, WILLIAM L, COUNTY OF SONOMA, OFFICE OF COUNTY COUNSEL, 575 ADMINISTRATION DR, SANTA ROSA, CA 95403 | |
| 16088 | AG ONE LLC, C/O MARK W COY, BORING & COY PC, PO BOX 100, FOUNTAINTOWN, IN 46130 | |
| 16088 | ALBANY CITY SCHOOL DISTRICT, ACADEMY PARK, ALBANY, NY 12207 | |
| 16088 | ALLAMAN, W L, 21045 QUILEUTE RD, APPLE VALLEY, CA 92308 | |
| 16088 | ALLEGHENY CENTER ASSOCIATES, ALLEGHENY CENTER ASSOCIATES, MALL MGMT, PITTSBURGH, PA 15212 | |
| 16088 | ALNOR CO, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 | |
| 16088 | ANDERSON, STEPHEN D, ANDERSON & KREIGER LLP, 43 THORNDIKE STREET, CAMBRIDGE, MA 02141 | |
| 16088 | ARGYLE CENTRAL SCHOOL, 5023 STATE ROUTE 40, ARGYLE, NY 12804 | |
| 16088 | ASBESTOS SCHOOL LITIGATION, C/O JONATHAN D BERGER ESQ, BERGER & MONTAGUE PC, 1622 LOCUST ST, PHILADELPHIA, PA 19103 | |
| 16088 | ASFOUR ASSOCIATES DJ ASFOUR GENERAL PART, 2409 RUSH CREEK PL, VALLEJO, CA 94591 | |
| 16088 | ASPERGER, ROBERT E, STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE 1101, SACRAMENTO, CA 95814 | |
| 16088 | BALOGA, ALOYS JOSEPH, 10 HILLCREST DR, DALLAS, PA 18612 | |
| 16088 | BARON, EUGENE, 24061 MAJESTIC, OAK PARK, MI 48237 | |

## Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 16088 | BARR, RICHARD A, DEAN & FULKERSON PC, 801 W BIG BEAVER STE 500, TROY, MI 48084-4724 | |
| 16088 | BASHAM, DIXIE L, 352 GRANITE AVE, LIBBY, MT 59923 | |
| 16088 | BAYLOR, PETER N, NUTTER MCCLENNEN & FISH LLP, 155 SEAPORT BLVD WORL, BOSTON, MA 02210-2604 | |
| 16088 | BECKER, WILLIAM R, 111 N 50TH ST, SEATTLE, WA 98103 | |
| 16088 | BECKETT, CHAD S, BECKETT & WEBBER PC, 508 S BROADWAY, URBANA, IL 61801-4232 | |
| 16088 | BEDNARCZYK, JOSEPH CHARLES, 22 JANELLE STREET, LEWISTON, ME 04240 | |
| 16088 | BELFERMAN, JOHN MICHAEL, 21600 BEALLSVILLE ROAD, BARNESVILLE, MD 20838 | |
| 16088 | BENDER, PATSY ANN, PO BOX 1622, BAY SPRINGS, MS 39422<br>*Service suspended due to natural disaster* | |
| 16088 | BENEFIELD, DONALD CHARLES, 264 VICKS DRIVE, LIBBY, MT 59923 | |
| 16088 | BERRUM, HOMER MATHEW, 306 WEST CHINOOK, LIVINGSTON, MT 59047 | |
| 16088 | BLAIN, CLINTON L, CLINTON L BLAIN ATTORNEY AT LAW, 111 ELM ST STE 45, SAN DIEGO, CA 92101 | |
| 16088 | BLANKSTEIN ENTERPRISES INC., 2120 W CLYBOURN STREET, MILWAUKEE, WI 53233 | |
| 16088 | BOUCHARD, ERNEST S, 5349 BROADWATER LN, CLARKSVILLE, MD 21029 | |
| 16088 | BOWMAN, D G, BOWMAN GEORGE SCHEB TOALE ROBINSON, 2750 RINGLING, SARASOTA, FL 34237 | |
| 16120 | BRANDI, THOMAS J, BRANDI, THOMAS J, TJB@BRANDILAW.COM | *VIA E-mail* |
| 16088 | BRANDI, THOMAS J, LAW OFFICES OF THOMAS J BRANDI, 44 MONTGOMERY ST STE 1050, SAN FRANCISCO, CA 94104 | |
| 16088 | BROWN III, CHARLES J, ELZUFON AUSTIN REARDON TARLOV & MONDELL PA, 300 DELAWARE AVE STE 1700, PO BOX 1603, WILMINGTON, DE 19801 | |
| 16088 | BROWN, ERMALINE REGISTER, 532 ROSE MARIE AVE, VIRGINIA BEACH, VA 23462 | |
| 16088 | BUILDING & CONSTRUCTION, LABORERS LOCAL 310, 3250 EUCLID AVE, CLEVELAND, OH 44115 | |
| 16088 | BURFORD JR, SAM P, THOMPSON & KNIGHT LLP, 1700 PACIFIC AVE STE 3300, DALLAS, TX 75201-4693 | |
| 16088 | BURKE, PATRICIA A, RIDER BENNETT EGAN & ARUNDEL, 333 S SEVENTH ST STE 2000, MINNEAPOLIS, MN 55402 | |
| 16088 | BURKS, WILLIE B, 141 JENKINS DR, SAVANNAH, GA 31405 | |
| 16088 | BUSBY, DANIEL CARLTON, 2098 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 16088 | BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST STE 4100, MINNEAPOLIS, MN 55402 | |
| 16088 | CABRASER, ELIZABETH J, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 | |
| 16088 | CADE, GREGORY A, ENVIRONMENTAL ATTORNEYS GROUP LLC, 1900 28TH AVE S STE 107, HOMEWOOD, AL 35209 | |
| 16088 | CALGARY BOARD OF EDUCATION, WILLIAM ABERHART 3009 MORLEY TRAIL NW, CALGARY, AB T2M4G9CANADA | |
| 16088 | CAMPEAU, THOMAS FRANCIS, 11544 W CTY RD 612, FREDERIC, MI 49733 | |
| 16122 | CAPLIN & DRYSDALE, CHARTERED, J DAVIS/P LOCKWOOD/T SWETT/N FINCH, ONE THOMAS CIRCLE, N W, WASHINGTON, DC 20005 | |
| 16088 | CAREY CANADA INC, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022 | |
| 16088 | CARLTON DEVELOPMENT CORP, 95 25 QUEENS BLVD SUITE, REGO PARK, NY 11374 | |
| 16088 | CARROLL, DANIEL J, DIVISION OF FACILITIES MGMT, 900 SW JACKSON RM 653, TOPEKA, KS 66612-2210 | |
| 16088 | CELOTEX CORPORATION, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1022 | |
| 16088 | CENTRE MGR MARCOUX INC, 1885 CHEMIN DE LA CANARDIERE, QUEBEC, QC G1J2E5CANADA | |
| 16088 | CERTALIC, SHARON YVONNE, PO BOX 401, BELGRADE, MT 59714 | |
| 16088 | CHAN, CONNIE Y, 728 PACIFIC AVE STE 308, SAN FRANCISCO, CA 94133 | |
| 16088 | CHASE, RANDY, 116 DAUPHIN WAY, CHATTANOOGA, TN 37411 | |
| 16088 | CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 94104-2213 | |
| 16088 | CHELDIN, TED M, PO BOX 6694, WOODLAND HILLS, CA 91365 | |
| 16088 | CITY OF EASTHAMPTON, 43 MAIN STREET, EASTHAMPTON, MA 01027 | |

## Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 16088 | CLEMENTS JR, MARVIN E, TENNESSEE ATTORNEY GENERALS OFFICE, PO BOX 20207, NASHVILLE, TN 37202 | |
| 16088 | CLIFFORD CHANCE US LLP, ATTN SCOTT TALMADGE ESQ, 200 PARK AVE, NEW YORK, NY 10166-0153 | |
| 16088 | COLLAT INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210 | |
| 16088 | COLLATERAL AGENCY INC, 1900 CRESTWOOD BLVD., BIRMINGHAM, AL 35210 | |
| 16088 | CONTINENTAL FLORIDA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 | |
| 16088 | CONTINENTAL GEORGIA PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 | |
| 16088 | CONTINENTAL SEATTLE PARTNERS LTD, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 | |
| 16088 | CREST USD 479, BOX 68, KINCAID, KS 66039 | |
| 16088 | CRESTWOOD CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | |
| 16088 | CUMMINGS, BRENDA FAYE, 1802 ROBINSON RD #256, GRAND PRAIRIE, TX 75051 | |
| 16088 | DARKS, TYRONE PETER, #239667 TYRONE PETER DARKS, PO BOX 97, MCALESTER, OK 74502 | |
| 16122 | DAVID T AUSTERN, PHILLIPS GOLDMAN & SPENCE PA, JOHN C PHILLIPS, 1200 NORTH BROOM ST, WILMINGTON, DE 19806 | |
| 16088 | DIES, MARTIN, DIES & HILE LLP, 1009 W GREEN AVE, ORANGE, TX 77630 | |
| 16120 | DIES, MARTIN, DIES, MARTIN, MWDIES@AOL.COM | *VIA E-mail* |
| 16088 | DOMBROSKI, THOMAS F, 1209 CAMPBELL, DETROIT, MI 48209 | |
| 16088 | DOUGLAS, JAMES B, MCNEAL & DOUGLAS LLC, 1685 E UNIVERSITY DR, STE A, AUBURN, AL 36830-5217 | |
| 16088 | DRAKE, WILLIAM HOWARD, 709 MCCASKILL AVE, MAXTON, NC 28364 | |
| 16088 | DROWOS, STUART B, STATE OF DELAWARE DEPT OF JUSTICE ATTY GEN, 820 N FRENCH ST 6TH FL, WILMINGTON, DE 19801 | |
| 16088 | ELLIOTT, JAY AND DOROTHY, 816 OAKLAND DRIVE, DEKALB, IL 60115 | |
| 16088 | ENYART, WILLIAM L, ENYART & PEEBLES, 12 S SECOND ST, BELLEVILLE, IL 62220-2016 | |
| 16088 | FAMILIES IN CRISIS INC WILLIAM K HALL, 1305 E RANICER, KILLEEN, TX 76541 | |
| 16088 | FEDERATED DEPARTMENT STORES INC, C/O CARL R GOLDBERG, 170 OFARRELL ST, SAN FRANCISCO, CA 94102 | |
| 16088 | FIFE, PHILLIP K, PHILLIP K FIFE, 3662 KATELLA AVE STE 117, LOS ALAMITOS, CA 90720-3174 | |
| 16088 | FIRST PRESBYTERIAN CHURCH, PO BOX 425, DAWSON, MN 56232 | |
| 16088 | FIRST UNITED METHODIST CHURCH OF DELAND, 115 EAST HOWRY AVENUE, DELAND, FL 32720 | |
| 16088 | FIXLER, DAVID C, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110-3319 | |
| 16088 | FLORES, HELEN, 74 N E VILLAGE RD, CONCORD, NH 03301 | |
| 16088 | FORT ANN CENTRAL SCHOOL, CATHERINE ST, FORT ANN, NY 12827 | |
| 16088 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ 07102 | |
| 16088 | GALLO, JEFFREY LEE, 1709 US HWY 2 S, LIBBY, MT 59923 | |
| 16088 | GILMORE, JOSEPH R, 46469 ARBORETUM CIR, PLYMOUTH, MI 48170 | |
| 16088 | GILSON, ROBERT J, RIKER DANZIG SCHERER HYLAND & P, ONE SPEEDWELL AVE, MORRISTOWN, NJ 07960 | |
| 16088 | GOLDADE, LYNN A, W11281 BILKEY RD, LODI, WI 53555 | |
| 16088 | GOLDBERG, CARL R, FEDERATED LEGAL DEPARTMENT, 170 O'FARRELL ST, SAN FRANCISCO, CA 94102-2202 | |
| 16088 | GRANADA TERRACE CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | |
| 16088 | GRANT, JACK A, GRANT & BARROW, 238 HUEY P LONG AVE, GRETNA, LA 70053-5816 *Service suspended due to natural disaster* | |
| 16088 | GREEN, BRADY L, MORGAN LEWIS & BOCKIUS, 1701 MARKET ST, PHILADELPHIA, PA 19103-2921 | |
| 16088 | GRUNERT KILLIAN, JULIA M, 398 FRAVOR RD, MEXICO, NY 13114 | |
| 16088 | GRUNERT, CHARLES L, P.O. BOX 595 WATERTOWN N.Y. 13601 OR 5 LIBERTY ST, ADAMS, NY 13605 | |
| 16088 | GUBBIN, JULIE ANN, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413 | |
| 16088 | HAMILTON TERMINALS INC, 10641 TECHWOODS CIRCLE #201, CINCINNATI, OH 45242 | |
| 16088 | HARRINGTON TOOLS INC, 4316 ALGER ST, 5440 SAN FERNANDO RD W, LOS ANGELES, CA 90039 | |

### Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 16088 | HARRIS, MICHAEL, PO BOX 483, GILMANTON, NH 03237 | |
| 16088 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 59901-5341 | |
| 16088 | HERITAGE HOLDINGS, 2480 NE 23 ST, POMPANO BEACH, FL 33062 | |
| 16088 | HERNANDEZ, PEDRO, PO BOX 8267, PONCE, PR 00732-8267 | |
| 16088 | HO, JEFFREY DOUGLAS, 1431 LAKEVIEW AVE, MINNEAPOLIS, MN 55416 | |
| 16088 | HOLMES, JOHN L, JOHN L HOLMES ATTORNY AT LAW, 18039 CRENSHAW BLVD, TORRANCE, CA 90504 | |
| 16088 | INGRAM, BENJAMIN MASON, 3516 FLORENCE BLVD, FLORENCE, AL 35634 | |
| 16088 | IOVINO, JOSEPH LOUIS, 5501 SNOWSHOE MINE RD, LIBBY, MT 59923 | |
| 16088 | ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINETEENTH ST NW, WASHINGTON, DC 20036 | |
| 16088 | JAMIESON CONDOMINIUM, 13536 124 A AVE, EDMONTON, AB T5L3B5CANADA | |
| 16088 | JEFFERSON, RONALD WAYNE, 3105 ARROWWOOD LN, TALLAHASSEE, FL 32305 | |
| 16088 | JOHN S DULL, 2293 N MAIN ST, CROWN POINT, IN 46307-1854 | |
| 16088 | JOHNSON JR, BURRELL, PO BOX 4500 MICHAEL UNIT, TENNESSEE COLONY, TX 75886 | |
| 16088 | JOHNSON, DALE M, 2255 E SHAW AVE, APT B, FRESNO, CA 93710 | |
| 16088 | JOHNSON, ERNEST RAY, 136 N TWIN LAKES RD, COCOA, FL 32926 | |
| 16088 | JOHNSON, KAREN JANICE, 3530 21/2 ST NE, MINNEAPOLIS, MN 55418 | |
| 16088 | JONES, NATHAN E, NATHAN E JONES, 665 WRELTON DR, LA JOLLA, CA 92037-7950 | |
| 16088 | KATZ, ALLEN R, 9158 PELICAN AVE, FOUNTAIN VALLEY, CA 92708 | |
| 16088 | KATZ, S S, 15 ELROD DR, WEST NYACK, NY 10994 | |
| 16088 | KELLEY, LINDA D, VIACOM INC, 11 STANWIX ST, PITTSBURGH, PA 15222 | |
| 16088 | KERR, EDWARD B, 1308 EVANGELINE, DEARBORN HEIGHTS, MI 48127 | |
| 16088 | KINLAN, PATRICK, 3106 EGER PL, BRONX, NY 10465 | |
| 16088 | KLINGMAN, ROBERT RAY, 4539 DRY CREEK RD, NAPA, CA 94558 | |
| 16088 | KNAUSS, DONALD LEE, PO BOX 1443, LIBBY, MT 59923 | |
| 16088 | KPMG, PO BOX 730, 20 FARRINGTON RD, LONDON, EC4A4PPUNITED KINGDOM | |
| 16088 | KUJAWA, GREGORY MARK, 350 SHALOM DR, LIBBY, MT 59923 | |
| 16088 | LANEDALE CO OPERATIVE APARTMENTS LIMITED, 8 STROUD ROAD APT 8, HAMILTON, ON L8S1Z6CANADA | |
| 16088 | LARKIN, EUGENE LEROY, 6572 E KETTLEMAN LN, LODI, CA 95240 | |
| 16088 | LARSON, RICHARD H, 172 IVORY STREET, FREWSBURG, NY 14738 | |
| 16122 | LATHAM & WATKINS, J DOUGLAS BACON, SEARS TOWER #5800, CHICAGO, IL 60606 | |
| 16088 | LAWRENCE LAMAR RICE WEST MELBOURNE, 49 PARKHILL BOULEVARD, WEST MELBOURNE, FL 32904 | |
| 16088 | LEAL, NORMAN, 1485 NAPLES WAY, LIVERMORE, CA 94550 | |
| 16088 | LEE, ELIZABETH M, 713 MICHIGAN AVE, LIBBY, MT 59923 | |
| 16120 | LEE, PETER, LEE, PETER, PETER.LEE@BNSF.COM | *VIA E-mail* |
| 16088 | LEE, PETER, THE BURLINGTON NORTHERN, AND SANTA FE RAILWAY, 2500 LOU MENK DR, FORT WORTH, TX 76131-2828 | |
| 16088 | LEWIS ESQ, WH RAMASAY, THE PRUDENTIAL INSURANCE CO OF AMERICA, 751 BROAD ST 21ST FL, NEWARK, NJ 07102 | |
| 16088 | LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT 59403-0002 | |
| 16088 | LOS ANGELES UNIFIED SCHOOL DISTRICT, C/O ROMAN M SILBERFELD / BERNICE CONN, ROBINS KAPLAN MILLER & CIRESI LLP, 2049 CENTURY PARK E #3700, LOS ANGELES, CA 90067 | |
| 16088 | LOW-BEER, JOHN, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 | |
| 16088 | LUCE, JOAN, 604 DAKOTA, LIBBY, MT 59923 | |
| 16088 | LUKINS & ANNIS PS, 1600 WASHINGTON TRUST FINANCIAL CTR, 717 W SPRAGUE AVE, SPOKANE, WA 99201-0466 | |
| 16088 | MARTIN, GILBERT, 555 SPUR LOOP PO BOX 815, TROY, MT 59935 | |
| 16088 | MATTA, WAYNE RAMON, 22722 244TH AVE SE, MAPLE VALLEY, WA 98038 | |
| 16088 | MCBRIDE, SUSAN JO, 6064 S KRAMERIA ST, ENGLEWOOD, CO 80111 | |

## Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 16088 | MCCADDEN, LUCILLE RICKS, POBOX 1378 - 100 AVE. B, SPRING HOPE, NC 27882 | |
| 16088 | MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820 | |
| 16088 | MCCHRISTIAN, SARAH LOU, 8674 W 7 MI RD, NORTHVILLE, MI 48167 | |
| 16088 | MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 S M, KALISPELL, MT 59904-5399 | |
| 16088 | MCGARVEY, ALLAN M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN ST, KALISPELL, MT 59901 | |
| 16088 | MCGARVEY, ALLAN M, MCGARVEY HERBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN, KALISPELL, MT 59904 | |
| 16088 | MCPROUD, CLARENCE, SPILLER MCPROUD, 505 COYOTE ST, NEVADA CITY, CA 95959-2230 | |
| 16088 | MEIER, KURT J, TRANTER & MEIER, 33 N FORT THOMAS AVE, FORT THOMAS, KY 41075-1516 | |
| 16088 | MENANDS UNION FREE SCHOOL DISTRICT, WARDS LN, MENANDS, NY 12204 | |
| 16088 | MILES, JAMES IRVIN, 1803 EASTFIELD ROAD (P.O.BOX 6505), HARRISBURG, PA 17112 | |
| 16088 | MISSILE INN INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084 | |
| 16088 | MOBLEY, ERICA MICHELL, 317 WEST CHESTNUT, COWETA, OK 74429 | |
| 16088 | MODZELESKI, VINCENT E, 1618 JAMES DR, CARLSBAD, CA 92008 *Service suspended due to natural disaster* | |
| 16088 | MOLONEY, LAWRENCE A, GRAY PLANT MOOTY MOOTY & BENNETT, 80 S8TH ST STE 500, MINNEAPOLIS, MN 55402-5383 | |
| 16088 | MOORE, PHILLIP SHAWN, 680 A ADAMS ROAD, BENSON, NC 27504 | |
| 16088 | MOTLEY RICE LLC, JAMES HUGHES, 28 BRIDGESIDE BLV, PO BOX 1792, MOUNT PLEASANT, SC 29465 | |
| 16088 | MOTLEY RICE LLC, JAMES M HUGHES, 28 BRIDGESIDE BL, PO BOX 1792, MOUNT PLEASANT, SC 29465-1792 | |
| 16088 | MOTLEY RICE LLC, JAMES M HUGHES, 28 BRIDGESIDE BLVD, PO BOX 1792, MT PLEASANT, SC 29464 | |
| 16088 | MULHERN, TIMOTHY P, SHATZ SCHWARTZ AND FENTIN PC, 1441 MAIN ST, SPRINGFIELD, MA 01103 | |
| 16088 | MUROFF, CAROL S, 16804 AVILA BLVD, TAMPA, FL 33613 | |
| 16088 | N&J 1 LP, 984 MONUMENT ST STE 110, PACIFIC PALISADES, CA 90272 | |
| 16088 | NAMAZI, NAZANIN, 29726 FELTON DR, LAGUNA NIGUEL, CA 92677 | |
| 16088 | NGUYEN, KEITH N, 5523 N GALVEZ ST, NEW ORLEANS, LA 70117 | |
| 16088 | NIGHTLINGER, GERALD THOMAS, 1177 EAST BEAMISH ROAD, MIDLAND, MI 48642 | |
| 16088 | NORDIEGO CAPITAL LTD, 738 W WASHINGTON AVE STE B, ESCONDIDO, CA 92025 | |
| 16088 | NORM S RESTAURANTS, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 | |
| 16088 | NOWAK, ROBERT, 8521 SOUTH NATOMA AVENUE, BURBANK, IL 60459 | |
| 16088 | O'HALLORAN, RICHARD A, BURNS WHITE & HICKTON LLC, 531 PLYMOUTH RD STE 500, PLYMOUTH MEETING, PA 19462 | |
| 16120 | O'HALLORAN, RICHARD A, O'HALLORAN, RICHARD A, RAOHALLORAN@BWHLLC.COM | *VIA E-mail* |
| 16088 | OCONNOR, PATRICIA A, LEVENFELD PEARLSTEIN, 2 N LASALLE 13TH FL, CHICAGO, IL 60602 | |
| 16088 | ODOM JR, WILLIAM W, WILLIAM W ODOM JR, 404 WALDRON ST, CORINTH, MS 38834 | |
| 16088 | ODUM, PAUL BENNETT, 1744 NEELY AVE, EAST POINT, GA 30344 | |
| 16088 | OLANMENDI SMITH, RAUL, OFFICE OF THE GENERAL COUNSEL, SEMPRA ENERGY, 101 ASH ST STE 1200, SAN DIEGO, CA 92101 | |
| 16088 | OMOND MEMORIAL UNITED CHURCH, 319 MCKENZIE AVENUE, NORTH BAY, ON P1B7E3CANADA | |
| 16088 | ONEILL, PATRICK, LAW DEPARTMENT CITY OF PHILADELPHIA, ONE PARKWAY 1515 ARCH ST, PHILADELPHIA, PA 19102-1512 | |
| 16088 | ORLANDO UTILITIES COMMISSION, 500 SOUTH ORANGE AVE, ORLANDO, FL 32801 | |
| 16088 | ORTIZ, MARIA LUISA, P O BOX 809 OROCOUIS, OROCOUIS, PR 00720PUERTO RICO | |
| 16088 | OTTERBEIN COLLEGE, ONE OTTERBEIN COLLEGE, WESTERVILLE, OH 43081 | |
| 16122 | PACHULSKI STANG ZIEHL YOUNG & JONES, LAURA DAVIS JONES, 919 N MARKET ST 16TH FL, PO BOX 870, WILMINGTON, DE 19899-8705 | |
| 16122 | PACHUSLKI STANG ZIEHL YOUNG & JONES, DAVID CARICKOFF, 919 N MARKET ST 16TH FL, PO BOX 870, WILMINGTON, DE 19899-8705 | |
| 16122 | PACHUSLKI STANG ZIEHL YOUNG & JONES, HAMID R RAFATJOO, 10100 SANTA MONICA BL #1100, LOS ANGELES, CA 90067-4100 | |

## Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 16122 | PARCELS, INC, VITO I DIMAIO, 10TH & KING ST, WILMINGTON, DE 19801 | |
| 16088 | PATTERSON, PAUL, 2135 BROWNS GAP TPKE, CHARLOTTESVILLE, VA 22901 | |
| 16088 | PAULETTE, MARCELLA M, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903-7909 | |
| 16088 | PAULETTE, MARCELLA MAE, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903 | |
| 16088 | PEPPER, HOWARD WILLIAM, 906 W BALSAM ST, LIBBY, MT 59923 | |
| 16088 | PICHE, LOUIS, 164 BLVD JUTRAS EST, VICTORIAVILLE, QC G6P4M1CANADA | |
| 16088 | PILLSBURY WINTHROP LLP, ATTN P BROSNAHAN, PO BOX 7880, SAN FRANCISCO, CA 94120 | |
| 16088 | PILLSBURY WINTHROP LLP, PO BOX 7880, SAN FRANCISCO, CA 94120-7880 | |
| 16088 | PITTSBURGH SCHOOL DISTRICT, FACILITIES DIVISION 1305 MURIEL STREET, PITTSBURGH, PA 15203 | |
| 16088 | PLATINUM CAPITAL INVESTMENTS INC, 1608 MIDWEST CLUB PKWY, OAK BROOK, IL 60523 | |
| 16088 | PLAXALL INC, 5-46 46TH AVENUE, LONG ISLAND CITY, NY 11101 | |
| 16088 | PORT OF SLIDELL LLC, PO BOX 24597, NEW ORLEANS, LA 70184<br>*Service suspended due to natural disaster* | |
| 16088 | PORTER, JEFFREY R, MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC, ONE FINANCIAL CENTER, BOSTON, MA 02111 | |
| 16088 | PRINCETON BOOTH CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | |
| 16088 | PRINCETON PLAZA CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | |
| 16088 | PRITCHETT, WILLIAM, 203 EL MONTE DR, SANTA BARBARA, CA 93109-2005 | |
| 16088 | PROCTO INC, 420 W. ROWLAND STREET, COVINA, CA 91723 | |
| 16088 | PULLINGER, BERNARD, 100 WASHINGTON COMMONS DR APT 342, EVANS, GA 30809 | |
| 16088 | R.R. ISLA VERDE HOTEL & RESORT INC., P.O. BOX 221, BROOKLYN, NY 11208-0221 | |
| 16088 | RAMSEY CONST CO, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | |
| 16088 | REALTY, DONNA JEAN, 707 N COLLINS STREET, PLANT CITY, FL 33563 | |
| 16088 | REDINGTON, PATRICIA, SAINT LOUIS COUNTY COUNSELOR OFFICE, 41 S CENTRAL, SAINT LOUIS, MO 63105 | |
| 16088 | REESE, PATSY A, 237 FELTON ST, SAN FRANCISCO, CA 94134 | |
| 16088 | RESHAT HUSSEIN HASSAN & MINNIE HASSAN TT, 4934 W FALLEN LEAF LN, GLENDALE, AZ 85310 | |
| 16088 | RISDAL, EDDIE CHARLES, PO BOX 316 ISP 802094, FORT MADISON, IA 52627 | |
| 16088 | RIVER DRIVE CONSTRUCTION, 95 25 QUEENS BLVD SUITE 724, REGO PARK, NY 11374 | |
| 16088 | ROBERTS, JARED I, AMTRAK LAW DEPARTMENT, 60 MASSACHUSETTS AVE NE, WASHINGTON, DC 20002-4285 | |
| 16088 | ROGERS, ARLENE A, 11 CORNELL PLACE, NEW ROCHELLE, NY 10804 | |
| 16088 | ROSEN, AVRUM J, AVRUM J ROSEN, 38 NEW ST, HUNTINGTON, NY 11743-3327 | |
| 16088 | ROTH, TOM, 3553 BROOKHILL ST, GLENDALE, CA 91214 | |
| 16088 | RUSS, CLARKE, 2229 WINDWARD SHORE DRIVE, VIRGINIA BEACH, VA 23451 | |
| 16088 | RUYLE, NANCY L, PHELPS KASTEN RUYLE BURNS & SIMS PC, 19871 TIMBERE, CARLINVILLE, IL 62626 | |
| 16088 | SAGEN, KENNETH DUANE, PO BOX 176 / 46 EVANS RD, LIBBY, MT 59923 | |
| 16088 | SAIA, FRANK R, FRANK R SAIA, JD, 106 STATE ST, SPRINGFIELD, MA 01103-2034 | |
| 16088 | SALEM CENTRAL SCHOOL DISTRICT, 41 EAST BROADWAY, SALEM, NY 12865 | |
| 16088 | SAMONTE, LAEL EDWARD, 99-902 MOANALUA RD, AIEA, HI 96701 | |
| 16088 | SAN DIEGO SPACE AND SCIENCE FOUNDATION, PO BOX 33303, SAN DIEGO, CA 92163 | |
| 16088 | SANDLY, WENDY LEE, 318 THURSTON STREET, CLARKS SUMMIT, PA 18411 | |
| 16088 | SCHWARTZMAN, DANIEL A, DANIEL A SCHWARTZMAN, 55 5TH AVE 15TH FLOOR, NEW YORK, NY 10003-4301 | |
| 16088 | SCHWOEFFERMANN, CUFFY, MARY ELIZABETH, 745 SE MILLER STREET, PORTLAND, OR 97202 | |
| 16088 | SCOTT, DARREL W, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 583, SPOKANE, WA 99201 | |
| 16088 | SHAPERY DEVELOPERS GAS ELECTRIC PROPERTY, 402 W BROADWAY, STE 1220, SAN DIEGO, CA 92101 | |
| 16088 | SHARTZER, JAMIE GUEVARA, 24172 ZORRO CT, HAYWARD, CA 94541 | |
| 16088 | SHER, JOSEPH H, 4711 LA VILLA MARINA #C, MARINA DEL REY, CA 90292 | |

## Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 16088 | SILLS, KENNETH F, HAMMONDS & SILLS, QUAD ONE STE C, 1111 S FOSTER DR, BATON ROUGE, LA 70806 | |
| 16088 | SKARIE, RONALD ALAN, 7623 W RYAN RD, FRANKLIN, WI 53132 | |
| 16088 | SLAWSON, DENNIS MICHAEL, 302 W MAIN ST, SYKESVILLE, PA 15865 | |
| 16088 | SMITH, KENNETH D, 1711 MILTON MANOR DR, EL CAJON, CA 92021 | |
| 16088 | SOBOL, THOMAS M, HAGENS BERMAN LLP, 225 FRANKLIN ST 26TH FL, BOSTON, MA 02110 | |
| 16088 | SOLOMON, BRETT A, TUCKER ARENSBERG PC, 1500 ONE PPG PL, PITTSBURGH, PA 15222-5416 | |
| 16088 | SPADAFORA, ALLENE, PO BOX 335 80 W 200 S, GREEN RIVER, UT 84525 | |
| 16088 | SPEIGHTS, DANIEL A, SPEIGHTS & RUNYAN, 200 JACKSON AVE E, PO BOX 685, HAMPTON, SC 29924 | |
| 16120 | SPEIGHTS, DANIEL A, SPEIGHTS, DANIEL A, DSPEIGHTS@SPEIGHTSRUNYAN.COM | *VIA E-mail* |
| 16088 | SPINGLER, CLIFFORD M, 1233 NW 199TH PL, SHORELINE, WA 98177 | |
| 16088 | STAMM, RONALD W, OFFICE OF COUNTY COUNSEL, ONE GATEWAY PL, LOS ANGELES, CA 90012-2952 | |
| 16088 | STANLEY, EARL H, 615 MAIN AVE, LIBBY, MT 59923 | |
| 16088 | STANLEY, LYNN R, 838 SECOND AVE E, KALISPELL, MT 59901 | |
| 16088 | STANLEY, ROBERT W, 838 2ND AVE E, KALISPELL, MT 59901-5411 | |
| 16088 | STATE OF CONNECTICUT - DEPT. PUBLIC WORK, GERALD GLASSMAN - 165 CAPITOL AVE. RM 275, HARTFORD, CT 06106 | |
| 16088 | STEVEN J WOLFE IRREVOCABLE TRUST, PO BOX 3238, LOS ANGELES, CA 90078-3238 | |
| 16088 | STEWART, FANETTE L, 621 EAST 40TH AVE, SPOKANE, WA 99203 | |
| 16088 | STEWART, FANETTE LLOYS, 621 EAST 40TH AVE., SPOKANE, WA 99203 | |
| 16088 | STOCKENSTROM, HANNELIE, CLARK WILSON BARRISTERS & SOLICITORS, 800-885 W GEORGIA ST, VANCOUVER, BC V6C3H1CANADA | |
| 16088 | STONELAKE JR, BENJAMIN G, BLANK ROME LLP, ONE LOGAN SQUARE, PHILADELPHIA, PA 19103 | |
| 16088 | STOPER JR, RICHARD L, ROTATORI BENDER GRAGEL STOPER & ALEXANDER, 800 LEADER BUILDING, 526 SUPERIOR AVE E, CLEVELAND, OH 44114-1498 | |
| 16088 | STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 66217-3046 | |
| 16088 | SUTHERLAND, FRED H, BEARD & SUTHERLAND, 400 TRAVIS ST STE 1103, SHREVEPORT, LA 71101-5564 | |
| 16088 | TAYLOR, EDDIE, 10715 CRANBROOK RD, HOUSTON, TX 77042 | |
| 16088 | TEMPLE BETH AM, 4660 SHERIDAN DR, WILLIAMSVILLE, NY 14221 | |
| 16088 | TERRACE PROPERTIES LIMITED PARTNERSHIP, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 | |
| 16088 | THE ASBESTOS SETTLEMENT TRUST CELOTEX, C/O STEPHEN A MADVA ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS, 123 S BROAD ST, PHILADELPHIA, PA 19109-1029 | |
| 16122 | THE BAYARD FIRM, STEVEN M YODER, 222 DELAWARE AV #900, PO BOX 25130, WILMINGTON, DE 19899 | |
| 16088 | THE RECORD, 225 FAIRWAY RD S, KITCHENER, ON N2G4E5CANADA | |
| 16088 | THEONNES, LOIS GLORIA, PO BOX 46, LIBBY, MT 59923 | |
| 16088 | THERMO COUSTICS LIMITED, 2750 HIGHWAY #11 NORTH, NORTH BAY, ON P1B8G3CANADA | |
| 16088 | THOMSON, EVA A, 259 REMPS RD (PO BOX 1343), LIBBY, MT 59923 | |
| 16088 | THRASHER, VIRGINIA L, 3460 PHEASANT CT, DECATUR, GA 30034 | |
| 16088 | TIPOLD, H, 1147 PLANTERS RD, LAWRENCEVILLE, VA 23868 | |
| 16088 | TRUMBULL MEMORIAL HOSPITAL, C/O STEVEN E CRICK, HUMPHREY FARRINGTON & MCCLAIN, 123 WEST KANSAS, INDEPENDENCE, MO 64050-3713 | |
| 16088 | TURKEWITZ, ROBERT M, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464 | |
| 16088 | ULEN, ANGELA M, HOOPER MEMORIAL HOME INC, 3532 WALNUT ST, HARRISBURG, PA 17109 | |
| 16088 | UNI INC JAMES EDWARD IDOINE PRESIDENT, 904 S HERMOSILLO, PAYSON, AZ 85541 | |
| 16088 | VALU-LODGE OF NEW PORT RICHEY INC, 2200 NORTHLAKE PKWY STE 277, TUCKER, GA 30084 | |
| 16088 | VAUGHAN, ROBERT T, 46 SPEAR ST, MELROSE, MA 02176 | |
| 16088 | VINCENT, FABRICE N, LIEFF CABRASER HEIMANN & BERNSTEIN LLP, EMBARCADERO CENTER W 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 | |
| 16088 | VINIKOOR, ABRAM L, 5236 38TH AVE NE, SEATTLE, WA 98105 | |

## Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 16088 | VIRGINIA DEPT OF MENTAL HEALTH, 1220 BANK STREET 7TH FLOOR PO BOX 1797, RICHMOND, VA 23218 | |
| 16088 | WARREN, TIMOTHY WAYNE, 4860 1 2 VIRGINIA AVE, OROVILLE, CA 95966 | |
| 16088 | WASHBURN, RODNEY L, HAZELWOOD & WEBER LLC, 200 N THIRD ST, SAINT CHARLES, MO 63301-2813 | |
| 16088 | WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD BLDG A, MT PLEASANT, SC 29464 | |
| 16088 | WESTBROOK, EDWARD J, RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC, 1037 CHUCK DAWLEY BLVD, BLDG A, MOUNT PLEASANT, SC 29464 | |
| 16088 | WICKERSHAM, KAREN KAYE, 5455 PROSPECT DR, MISSOULA, MT 59808 | |
| 16088 | WILLIAM R. BECKER FOR IRONWOOD SOFTWARE, 111 N 50TH ST, SEATTLE, WA 98103 | |
| 16088 | WILLIAMS, ALAN C, MINNESOTA ATTORNEY GENERAL OFFICE, STE 900 NCL TOWER, 445 MINNESOT ST, SAINT PAUL, MN 55101 | |
| 16088 | WILLIS, CLAY HENRY, 906 CHEYENNE MEADOWS, KATY, TX 77450 | |
| 16088 | WITTENBERG, WILLIAM R, 6110 PANORAMA DR NE, TACOMA, WA 98422 | |
| 16088 | WOLFE, STEVEN J, SNEAK PREVIEW ENTERTAINMENT, PO BOX 3238, HOLLYWOOD, CA 90078 | |
| 16088 | WOODBURY PLACE APARTMENTS LTD, 3942 PLEASURE HILL, SAN ANTONIO, TX 78229 | |
| 16088 | WOODMAN PARTNERS, 3085 WOODMAN DRIVE SUITE 100, DAYTON, OH 45420 | |
| 16088 | YICK REALTY INVESTMENT, 1340 GRANT AVE #1, SAN FRANCISCO, CA 94133 | |

**Subtotal for this group: 297**