# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| **W. R. GRACE & CO., et al.,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM COURT MAILING MATRIX

PLEASE BE ADVISED THAT the undersigned counsel hereby withdraws his appearance on behalf of **FIREMAN'S FUND INSURANCE COMPANY.** Therefore, please remove the undersigned from the Court's mailing matrix, and discontinue to send him electronic notices of court documents filed in this case.

Dated: September 30, 2005

                                                        KAUFMAN & LOGAN LLP

                                                        /s/ Gerald F. Ellersdorfer
                                                        Gerald F. Ellersdorfer, Esquire
                                                        Kaufman & Logan LLP
                                                        100 Spear Street, 12th Floor
                                                        San Francisco, CA 94105
                                                        Telephone: (415) 247-8300
                                                        Facsimile:  (415) 247-8310
                                                        gellersdorfer@kllaw.com

-2-

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| **W. R. GRACE & CO., et al.,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

# CERTIFICATION OF SERVICE

I, Linda M. Carmichael, Esquire, hereby certify that the foregoing Withdrawal of Appearance and Request for Removal from Court Mailing Matrix was served on September 30, 2005, via electronic docket notification.

/s/ Linda M. Carmichael
LINDA M. CARMICHAEL

Dated: September 30, 2005

-2-

DOCS_DE 116367v1