# Exhibit 1

## SPEIGHTS & RUNYAN
ATTORNEYS AT LAW
200 JACKSON AVENUE, EAST
POST OFFICE BOX 685
HAMPTON, SOUTH CAROLINA 29924
(803) 943-4444

TELECOPIER
(803) 943-4599
EMAIL: BFAIREY@SPEIGHTSRUNYAN.COM

MARION C. FAIREY, JR.

September 21, 2005

***VIA FACSIMILE US MAIL***

Michelle H. Browdy
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

> Re:    ***W. R. Grace & Co., et al, Debtors***
> ***Chapter 11, Case No. 01-1139-JKF***
> ***(U.S. Bankruptcy Court, District of Delaware)***

Dear Michelle:

Pursuant to the Court's Order, we are producing two lists of claims regarding Anderson Memorial Hospital. The first list contains those South Carolina claims that are within the class definition of the certified class for which the only authority Speights & Runyan had to file the claim was the certified class action. The second list contains those non-South Carolina claims that are within the definition of the Anderson Memorial putative class for which the only authority Speights & Runyan had to file the claim was the Anderson Memorial putative class action complaint.

If you have any questions please do not hesitate to give me a call.

Sincerely,

Marion C. Fairey, Jr.

MCFjr/smh

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 1 | 6599 (11139 Dupl.) | OK | Tulsa Assembly Center / The Maxwell Convention Center | X | YES |
| 2 | 6641 | CA | Hartford Building (650 California Street Bldg.) f.k.a. Hartford Insurance Building | X | NO |
| 3 | 6642 | CA | Getty Museum Building | X | NO |
| 4 | 6645 | CA | Bay Area Rapid Transit Administration Building | X | NO |
| 5 | 6646 | CA | Douglas Emmett Company f.k.a. 1901 Avenue of the Stars | X | NO |
| 6 | 6647 | AL | Amsouth f.k.a. First National Bank, Southern National Building | X | NO |
| 7 | 6650 | FL | Riverside Presbyterian Church | X | NO |
| 8 | 6651 | FL | Ringling Museum | X | NO |
| 9 | 6653 | FL | Methodist Church (First United Methodist Church) | X | NO |
| 10 | 6655 | FL | Cedars Medical Center f.k.a. Bermusser Company, Cedar of Lebanon Hospital | X | NO |
| 11 | 6657 | DC | Potomac Plaza Apartments | X | NO |
| 12 | 6658 | DC | John F. Kennedy Center | X | NO |
| 13 | 6660 | Canada | Technical High School | X | NO |
| 14 | 6662 | MA | Somerville Hospital School f.k.a. Somerville Hospital | X | NO |
| 15 | 6664 (11690 Dupl.) | MA | John Hancock Towers f.k.a. John Hancock Insurance Company | X | NO |
| 16 | 6667 | GA | Candler Hospital | X | NO |
| 17 | 6669 | FL | St. Vincent's Baptist Hospital | X | NO |
| 18 | 6671 | WI | Grace Lutheran Church f.k.a. Grace Evangelical Lutheran Church | X | NO |
| 19 | 6673 | WA | Verizon Communications f.k.a. West Coast Telephone Company | X | NO |
| 20 | 6675 | WA | Harsch Investment Realty, LLC f.k.a. Medical Dental Building | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 21 | 6679 | VA | St. Mary's Hospital | X | NO |
| 22 | 6690 | VA | Memorial United Methodist Church | X | NO |
| 23 | 6691 | VA | Homestead Hotel | X | NO |
| 24 | 6693 | TN | Provident Life & Accident Insurance Company | X | NO |
| 25 | 6696 | TN | Bristol Hospital | X | NO |
| 26 | 6700 | NC | Salvation Army Chapel | X | NO |
| 27 | 6703 | NC | First Citizens Bank & Trust Co. Bldg. | X | NO |
| 28 | 6706 | MO | Linda Hall Library | X | NO |
| 29 | 6707 | MO | Coach Lamp Apartments | X | NO |
| 30 | 6709 | IL | LaSalle Hotel | X | NO |
| 31 | 6710 | IL | First National Bank Building, in Chicago's Loop | X | NO |
| 32 | 6711 | CA | Presbyterian Church | X | NO |
| 33 | 6716 | IL | Jackson Storage Warehouse (Jackson Moving Service) | X | NO |
| 34 | 6717 | MN | Hastings National Bank | X | NO |
| 35 | 6718 | MI | Genesis Medical Center f.k.a. St. Joseph's Hospital | X | NO |
| 36 | 6723 | ME | Key Bank f.k.a. City National Bank | X | NO |
| 37 | 6725 | MA | Haverhill YMCA | X | NO |
| 38 | 6727 | MA | Deaconess Hospital | X | NO |
| 39 | 6728 | MA | Apt. Building Complex next to Mt. Auburn Hospital | X | NO |
| 40 | 6729 | LA | Temple Sinai | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL
## PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 41 | 6731 | KY | The 800 Building Apartments  f.k.a. The 800 Building | X | NO |
| 42 | 6732 | KS | Dolese Brothers - Main Office | X | NO |
| 43 | 6733 | IL | The Franklin Life Insurance Co. | X | NO |
| 44 | 6740 | CA | Wells Fargo Building | X | YES |
| 45 | 6741 | CA | Topanga Plaza Shopping Center | X | NO |
| 46 | 6742 | CA | Public Library | X | NO |
| 47 | 6747 | MD | Hampton Plaza | X | NO |
| 48 | 6828 | PA | Presbyterian Church | X | NO |
| 49 | 6829 | PA | Penn Mutual Life Building c/o Beneficial Savings Bank  f.k.a. Penn Mutual Life Insurance Company Job | X | NO |
| 50 | 6831 | PA | Children's Home of Pittsburgh | X | NO |
| 51 | 6838 | OK | Cameron Office Building | X | NO |
| 52 | 6839 | OH | St. Paul Church | X | NO |
| 53 | 6841 | PA | Bell Atlantic Corporation f.k.a. Bell Telephone Company of Pennsylvania | X | NO |
| 54 | 6842 | RI | The Westerly Hospital  f.k.a. Medical Building | X | NO |
| 55 | 6843 | PA | YMCA Auditorium | X | NO |
| 56 | 6846 | VA | Homestead Hotel - Cotteges | X | NO |
| 57 | 6854 | WV | Moundsville Housing Authority | X | NO |
| 58 | 6856 | NY | New Yonkers Public Library | X | NO |
| 59 | 6857 | NY | The Regent Wall Street Hotel  f.k.a. National City Bank | X | NO |
| 60 | 6858 | NY | Mt. Sinai Hospital / Mount Sinai Hospital | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 61 | 6859 | VA | Homestead Hotel - Spa | X | NO |
| 62 | 6860 | VA | Homestead Hotel - Cascades Crab House | X | NO |
| 63 | 6861 | VA | Homestead Hotel - Power House | X | NO |
| 64 | 6862 | VA | Homestead Laundry  - Homestead Hotel | X | NO |
| 65 | 6863 | VA | Homestead Hotel - Maintenance Shops | X | NO |
| 66 | 6864 | VA | Homestead Hotel - Old Purchasing Warehouse | X | NO |
| 67 | 6865 | VA | Homestead Hotel - Cascades Inn | X | NO |
| 68 | 6868 | NY | The Princeton Club | X | NO |
| 69 | 6869 (10710 Dupl.) | NY | St. John's Home for the Aged  /  St. Johns Nursing Home | X | YES |
| 70 | 6871 | NY | Scott Tower Housing Company  f.k.a. Scott Towers | X | NO |
| 71 | 6873 | NY | Presidential Plaza Apartment Building | X | NO |
| 72 | 6876 | NY | I.B.M. | X | YES |
| 73 | 6877 | NY | Home Insurance Company Building | X | NO |
| 74 | 6878 | NY | General Motors | X | NO |
| 75 | 6880 (11102 Dupl.) | NY | Children's Hospital | X | YES |
| 76 | 6883 | NY | 600 3rd Avenue Building | X | NO |
| 77 | 6884 | NY | 437 Madison Avenue Building | X | NO |
| 78 | 6885 | NY | Mount Saint Mary's Nurses Home | X | NO |
| 79 | 6886 | NJ | Natatorium YMCA | X | NO |
| 80 | 6888 | NY | Park Central Hotel  f.k.a. Motel Sheraton | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 81 | 6889 | NY | Genesis Healthcare  f.k.a. Mercy Hospital | X | NO |
| 82 | 6891 | NY | 245 Park Avenue Building | X | NO |
| 83 | 6892 | NY | Prudential  f.k.a. 130 John Street Building | X | NO |
| 84 | 6893 (10714 Dupl.) | NY | 10 Hanover Square Building c/o The Whitkoff Group | X | YES |
| 85 | 6894 | NV | International Hotel | X | NO |
| 86 | 6895 | NJ | St. Teresa's Church | X | NO |
| 87 | 6897 | NJ | Merck | X | NO |
| 88 | 6899 (11576 Dupl.) | NJ | Mercedes Benz of Seagate  f.k.a. Mercedes Benz | X | YES |
| 89 | 6902 | NJ | Actors Fund Home | X | NO |
| 90 | 6905 | NY | 330 Madison Avenue Building | X | NO |
| 91 | 6907 | NY | Y.M.C.A. | X | NO |
| 92 | 6909 | MI | County of Barry, d/b/a Thornapple Manor  f.k.a. Barry County Medical Care Facility | X | NO |
| 93 | 6910 | WI | St. Rita's Parish | X | NO |
| 94 | 6916 (11174 Dupl.) | OH | Ohio Building f.k.a. Ohio Edison Office Building | X | YES |
| 95 | 6918 | OH | Lima Memorial Hospital | X | NO |
| 96 | 6919 | OH | LaSalle Apartments  f.k.a. Kock Department Store | X | NO |
| 97 | 6921 | OH | Fairview Park Hospital | X | NO |
| 98 | 6922 | OH | Andrew Jergens Co. | X | NO |
| 99 | 10509 | NV | Harrah's Lake Tahoe  f.k.a Harrah's Resort - Hotel Complex | X | YES |
| 100 | 10511 | KS | Wichita Airport Authority a.k.a. Wichita Municipal Airport | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 101 | 10512 | KS | Wesley Medical Center a.k.a. Wesley Hospital Addition | X | YES |
| 102 | 10513 | KS | Merchant's National Bank | X | YES |
| 103 | 10514 | KS | Indian Springs Marketplace - Community Room & Expo Center f.k.a. Macy's Indian Springs Shopping Center | X | YES |
| 104 | 10515 | KS | Jensen Salsrer Lab Addition | X | YES |
| 105 | 10517 | KS | First National Bank Building | X | YES |
| 106 | 10519 | TN | Sycamore Shoals Hospital  f.k.a. Carter County Hospital Addition | X | YES |
| 107 | 10520 | AR | Central - Terminal Distribution Center  f.k.a. Central Warehouse Distribution Company | X | YES |
| 108 | 10521 | KY | Hospital Corp. of America  (Note: Originally listed in TN) | X | YES |
| 109 | 10524 | MN | Deaconess Hospital | X | YES |
| 110 | 10525 (10527 Dupl.) | MN | Duluth Entertainment Convention Center  f.k.a. Civic Center Auditorium | X | YES |
| 111 | 10528 | VA | American National Bank & Trust, Company  f.k.a. Piedmont Trust Bank | X | YES |
| 112 | 10529 | RI | Citizens Bank  f.k.a. Citizens National Bank | X | YES |
| 113 | 10530 | RI | Carr H. & Sons, Inc., (Interior Contractors) f.k.a. H. Carr Company | X | YES |
| 114 | 10531 | RI | Rhode Island Hospital | X | YES |
| 115 | 10532 | RI | Bank of Boston Building  f.k.a. R.I. Trust National Bank Building | X | YES |
| 116 | 10535 | TN | Baptist Memorial Hospital - Huntingdon | X | YES |
| 117 | 10536 | TN | Johnson City Mall (The Mall at Johnson City) f.k.a. Britts Store - Miracle Mall | X | YES |
| 118 | 10537 | NJ | Livingston Mall - Bambergers | X | YES |
| 119 | 10538 | NJ | South Jersey Hospital  f.k.a. Bridgeton Hospital | X | YES |
| 120 | 10539 | IN | Banc One f.k.a. Indiana National Bank | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 121 | 10540 | IN | American United Life Bldg. Addition | X | YES |
| 122 | 10541 | NY | Mount Sinai Hospital #2, | X | NO |
| 123 | 10542 | NY | Mount Sinai Hospital #3, | X | NO |
| 124 | 10543 | NY | Mount Sinai Hospital #4,  (Owner: MSMC Realty Corp. - Residential Use) | X | NO |
| 125 | 10544 | NY | Mount Sinai Hospital #5, | X | NO |
| 126 | 10545 | NY | Mount Sinai Hospital #6,  (Owner: MSMC Realty Corp. - Residential/Office/Commercial Use) | X | NO |
| 127 | 10546 | NY | Mount Sinai Hospital #7, | X | NO |
| 128 | 10587 | MN | Beutows Office Building No. 2  c/o The American Academy of Acupuncture & Oriental Medicine | X | YES |
| 129 | 10588 | NY | City Court of Albany  f.k.a. Albany Municipal Building | X | YES |
| 130 | 10590 | MN | Methodist Hospital | X | YES |
| 131 | 10663 | MI | Bank One Building f.k.a. Union Bank Building | X | YES |
| 132 | 10664 | CT | Southern New England Telephone & Telegraph | X | YES |
| 133 | 10665 | AZ | Banc One  f.k.a. Valley National Bank | X | YES |
| 134 | 10666 (11129 Dupl.) | AR | TransAmerica Life Insurance Company  f.k.a.  National Old Line Insurance Co. | X | YES |
| 135 | 10667 | CA | Marin General Hospital - Medical Records Addition | X | YES |
| 136 | 10670 | MI | Wolverine Building, Inc. (Headquarters) | X | YES |
| 137 | 10674 | NC | Carolina Medical Center - Mercy  f.k.a. Mercy Hospital | X | YES |
| 138 | 10675 | NC | Pardee Memorial Hospital  f.k.a. Margaret Pardee Hospital | X | YES |
| 139 | 10676 (11685 Dupl.) | AR | Simmons First National Bank | X | YES |
| 140 | 10679 | AR | Cla-Cliff Nursing & Rehabilitation Center f.k.a Catholic Hospital | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 141 | 10683 (11079 Dupl.) | CA | Anaheim Convention Center c/o Business Office | X | YES |
| 142 | 10684 (11233 Dupl.) | CA | Hyatt Regency San Francisco, f.k.a. Embarcadero Center - 231 Block | X | YES |
| 143 | 10685 | CA | Joseph Magnin Store | X | YES |
| 144 | 10687 (10988 Dupl.) | NY | Long Island Trust Company | X | YES |
| 145 | 10689 | MI | Mercy General Health Partners (Mercy Campus)  f.k.a. Mercy Hospital | X | YES |
| 146 | 10691 | MI | Detroit Northern Insurance Building | X | YES |
| 147 | 10692 | FL | First National Plaza - Tenent- Briggs Weber Securities, Inc. f.k.a. First National Bank of Tampa | X | YES |
| 148 | 10694 | NY | Justice Building  f.k.a. Office Tower Building - South Albany Mall | X | YES |
| 149 | 10697 | MO | Southwestern Bell Telephone | X | YES |
| 150 | 10704 | NY | One Penn Plaza Building c/o Vornado Property Mgt., 2 Penn Plaza, Rm. 1075, New York, NY 10121 | X | YES |
| 151 | 10706 | NE | Nebraska Savings & Loan | X | YES |
| 152 | 10707 | NY | Blossom Health Care Center  f.k.a. Rochester Nursing Home | X | YES |
| 153 | 10708 | NY | Seneca Development  f.k.a. Seneca Building | X | YES |
| 154 | 10709 | NY | St. Francis Hospital | X | YES |
| 155 | 10711 | NY | St. Joseph's Hospital /  St. Joseph's Intercommunity Hospital | X | YES |
| 156 | 10712 | NY | Stewart Place | X | YES |
| 157 | 10713 | NY | Telephone Building | X | YES |
| 158 | 10715 | NE | Cooper Theater | X | YES |
| 159 | 10716 (10718 Dupl.) | NY | Kleine Department Store (Broadway Street & Gert Shopping Center - Same Bldg.) | X | YES |
| 160 | 10717 | NY | Tri-City Hospital | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 161 | 10720 | NY | New York Telephone Building c/o Underground Communications | X | YES |
| 162 | 10723 | MO | Liberty Supermarket | X | YES |
| 163 | 10725 | MO | McGraw-Hill Publishing Company | X | YES |
| 164 | 10726 | MO | Medical Office Building | X | YES |
| 165 | 10727 | AZ | First National Bank of Arizona | X | YES |
| 166 | 10728 | AZ | First National Bank | X | YES |
| 167 | 10729 (11118 Dupl.) | CA | 1150 Lombard Street Apartments  f.k.a. Russian Hill Twin Tower | X | YES |
| 168 | 10731 | CA | World Airways Aircraft Maintenance Facility, Oakland Airport / Headquarters located in Peachtree, GA | X | YES |
| 169 | 10732 | CA | Mt. Diablo Medical Center  f.k.a. Mt. Diablo Hospital | X | YES |
| 170 | 10733 | AZ | Banc One f.k.a.Valley National Bank | X | YES |
| 171 | 10735 | PA | St. Canice Catholic Church | X | NO |
| 172 | 10744 | IL | Harris Trust Bank | X | YES |
| 173 | 10745 | NY | Woodlawn Commons  f.k.a. Rubury Apartments | X | YES |
| 174 | 10748 | NY | Gimbels Department Store | X | YES |
| 175 | 10750 | NY | Hempstead Bank | X | YES |
| 176 | 10751 | VT | White Pigment Corp. | X | YES |
| 177 | 10752 | VT | Vermont Historical Society Museum & Store, Pavilion Building f.k.a. Pavilion Hotel | X | YES |
| 178 | 10753 | WV | Ferris Baker Watts, Inc.,  f.k.a. Tim E. Hollingsworth, Jr. | X | YES |
| 179 | 10754 | FL | Vitality Foodservice, Inc.,  f.k.a. First National Bank | X | YES |
| 180 | 10755 | CA | Torrance Memorial Medical Center  f.k.a. Torrance Medical Building | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 181 | 10756 | IL | Nine Story Office Building | X | YES |
| 182 | 10760 | CA | Wells Fargo Bank | X | YES |
| 183 | 10761 | CT | Ramada Development | X | YES |
| 184 | 10763 | NY | Metcalf Plaza c/o East Hill Family Medical | X | YES |
| 185 | 10765 | NY | Office Building  -  c/o Law Offices of Ira S. Newman | X | YES |
| 186 | 10766 | NY | AIDS Center of Queens County  f.k.a. Office Building | X | YES |
| 187 | 10769 | NY | Key Foods | X | YES |
| 188 | 10774 | NY | The Main Place Mall | X | YES |
| 189 | 10775 | NY | R.U. Wilson Building | X | YES |
| 190 | 10776 | NY | Hunts Point Industrial Park | X | YES |
| 191 | 10777 | NY | IBM Building | X | YES |
| 192 | 10778 | NE | Omaha City Auditorium Complex | X | YES |
| 193 | 10779 | NE | Creighton Univeristy Medical Center  f.k.a. St. Joseph Hospital | X | YES |
| 194 | 10780 (11518 Dupl.) | NE | Gateway Mall Shopping Center  &  Sears Store Building | X | YES |
| 195 | 10781 | NE | Doubletree Hotel   f.k.a. Hilton Hotel | X | YES |
| 196 | 10783 | PA | Methodist Towers Apartments, Inc. f.k.a. Methodist Towers | X | YES |
| 197 | 10784 | PA | Smithfield United Church f.k.a. Methodist Center | X | YES |
| 198 | 10785 | PA | Meadview Medical Center  f.k.a. Meadville Hospital | X | YES |
| 199 | 10786 | PA | McLeister & Goldman, Phildelphia, PA | X | YES |
| 200 | 10787 | PA | John V. McIntire Plaster  f.k.a. McIntire Company | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 201 | 10790 | PA | Susque-View Home & Health Center f.k.a. Long Term Nursing Facility | X | YES |
| 202 | 10791 | PA | Jackson Heights High Rise for the Elderly f.k.a. Lackawanna County High Rise for the Elderly | X | YES |
| 203 | 10792 | PA | Clifford R. Keough Plumbing Heating & Air f.k.a. L & ET Co., Inc., Pittsburgh, PA | X | YES |
| 204 | 10793 | MO | Jamestown Mall | X | YES |
| 205 | 10794 | MO | Independence Regional Health Center f.k.a. Independence Sanitarium | X | YES |
| 206 | 10795 | MO | Ferguson-Florissant Reorganized School District f.k.a. Francisan Sisters of Our Lady of Perpetual Help | X | YES |
| 207 | 10796 | MO | Equitable Building | X | YES |
| 208 | 10797 | MO | Continental Telephone Company | X | YES |
| 209 | 10798 | MO | Bell Telephone Building | X | YES |
| 210 | 10799 | MO | Baptist Lutheran Memorial Hospital f.k.a. Baptist Memorial Hospital | X | YES |
| 211 | 10800 | MI | Henry Ford Wyandotte Hospital f.k.a. Wyandotte General Hospital | X | YES |
| 212 | 10801 | CA | Fisherman's Wharf Parking Garage | X | YES |
| 213 | 10802 | CA | Community Center | X | YES |
| 214 | 10804 | CA | California Pacific Bank f.k.a. Southern Pacific Bank | X | YES |
| 215 | 10806 | CA | Hunt Foods Office Building | X | YES |
| 216 | 10807 | CA | San Joaquin General Hospital | X | YES |
| 217 | 10808 | CA | North County Office Building | X | YES |
| 218 | 10810 | CA | Providence Holy Cross Hospital f.k.a. Holy Cross Hospital | X | YES |
| 219 | 10915 | AR | Texarkana City Hall f.k.a. Arkansas City Hall | X | YES |
| 220 | 10916 | AR | Arlington Resort Hotel & Spa f.k.a. Arlington Hotel Job | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 221 | 10918 | AR | St. Vincent's Hospital | X | YES |
| 222 | 10919 | CA | Ashland Chemical Co. | X | YES |
| 223 | 10943 | CA | Fresno Bee | X | YES |
| 224 | 10944 | CA | First National Bank | X | YES |
| 225 | 10945 | PA | Allentown Truck Sales  f.k.a.  Mack Truck Office Building | X | YES |
| 226 | 10946 | KY | Lincoln Heritage Insurance Company f.k.a. Lincoln Income Life Insurance Co. | X | YES |
| 227 | 10949 | NY | J.C. Penney Building  -  Kleine Department Store | X | YES |
| 228 | 10950 | NY | Marine Midland Bank | X | NO |
| 229 | 10951 | NY | Marine Midland Bank (Utica, NY) | X | YES |
| 230 | 10953 | NY | Marine Midland Building (Buffalo, NY) | X | NO |
| 231 | 10954 (11695 Dupl.) | NY | Security National Bank | X | YES |
| 232 | 10955 | NV | St. Mary's Regional Medical Center  f.k.a. St. Mary's Hospital | X | YES |
| 233 | 10956 | NV | MGM Grand Hotel & Casino | X | YES |
| 234 | 10957 | NV | Nevada Security Bank f.k.a.  Security National Bank | X | YES |
| 235 | 10959 | CA | Mercy American River Hospital  f.k.a. American River Hospital | X | YES |
| 236 | 10961 | IN | Old National City Bank f.k.a. National City Bank | X | YES |
| 237 | 10965 | WI | Tender Elder Care    f.k.a. House for the Elderly | X | YES |
| 238 | 10966 | TN | First Memphis Plaza | X | YES |
| 239 | 10967 | PA | D.L.P.S.T. Office Building | X | YES |
| 240 | 10968 | PA | The Children's Institute  f.k.a. Crippled Children's Home | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 241 | 10969 | PA | Citizens General Hospital | X | YES |
| 242 | 10970 | PA | Chilton Publishing House | X | YES |
| 243 | 10971 | PA | Bell Telephone Building | X | YES |
| 244 | 10972 | PA | Armstrong County Memorial Hospital  f.k.a. Armstrong County Hospital | X | YES |
| 245 | 10974 | NC | Blue Cross Building | X | YES |
| 246 | 10975 | NY | Lakeside Memorial Hospital | X | YES |
| 247 | 10976 | NY | West Chester Memorial  f.k.a. Grassland Hospital | X | YES |
| 248 | 10977 | AR | Sparks Regional Medical Center  f.k.a.  Sparks Memorial Hospital - Addition | X | YES |
| 249 | 10978 | PA | Fox Chapel Golf Club  f.k.a. Fox Chapel Country Club | X | YES |
| 250 | 10979 | PA | Corry Memorial Hospital | X | YES |
| 251 | 10980 | AR | Robinson Center Auditorium | X | YES |
| 252 | 10981 | CA | Crown Plaza Hotel  f.k.a. Sheraton Hotel | X | YES |
| 253 | 10982 | PA | Allegheny General Hospital in Pittsburgh  f.k.a. Allegheny General Hospital | X | YES |
| 254 | 10983 | IL | 3570 West Lake | X | YES |
| 255 | 10984 | IL | Ravenswood Health Care Centers - NcNeil Rehabilitation Center Ravenswood Hospital f.k.a. Martha Washington Hospital | X | YES |
| 256 | 10985 | AL | Southern Life & Health Insurance Building | X | YES |
| 257 | 10986 | PA | Frick Hospital  f.k.a. Henry Clay Frick Community Hospital | X | YES |
| 258 | 10989 | CA | San Francisco International Airport - Garage f.k.a. Rotunda A Airport Terminal | X | YES |
| 259 | 10991 | CA | Kaiser Permanente Medial Center  f.k.a. Santa Teresa County Hospital | X | YES |
| 260 | 10992 | CA | Security Pacific National Bank - Operators Center | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 261 | 10993 | AZ | Cobre Valley Community Hospital f.k.a. Gila County Hospital | X | YES |
| 262 | 10994 | IN | Permanent Federal Bank f.k.a. Permanent Savings & Loan Bldg. | X | YES |
| 263 | 10996 | CA | Masonic Building | X | YES |
| 264 | 10997 | PA | First National Bank | X | YES |
| 265 | 10999 | PA | UPMC Shadyside - Hillman Cancer Center f.k.a. Shadyside Hospital | X | YES |
| 266 | 11000 | NY | Long Island Jewish Hospital a.k.a. North Shore-LIJ Health System | X | YES |
| 267 | 11001 | NY | Mobil Oil f.k.a. Standard Oil Building | X | YES |
| 268 | 11002 | NY | Temple Adath Yesyran | X | YES |
| 269 | 11007 | CA | Wells Fargo Bank | X | YES |
| 270 | 11011 | MO | Far-Mar Company | X | YES |
| 271 | 11013 | PA | Liberty Mutual Insurance Building | X | YES |
| 272 | 11014 | CA | Transamerica f.k.a. Occidental Life Insurance Company | X | YES |
| 273 | 11015 | CA | Encino-Tarzana Regional Medical Center f.k.a. Tarzana Medical Center | X | YES |
| 274 | 11016 | CA | St. Mary's Medical Center f.k.a. St. Mary's Hospital | X | YES |
| 275 | 11017 | CA | Senior Citizens Village | X | YES |
| 276 | 11019 | CA | Quantas Office Building | X | YES |
| 277 | 11020 | CA | Pacific Gas & Electric Building | X | YES |
| 278 | 11021 | CA | Pacific Gas & Electric Building | X | YES |
| 279 | 11022 | CA | Nob Hill Apartments | X | YES |
| 280 | 11023 | CA | Mercy Hospital | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 281 | 11025 | CA | Salinas Valley Memorial Hospital | X | YES |
| 282 | 11028 | CA | Security Pacific Bank Building (45 story building) | X | YES |
| 283 | 11029 | NY | Eastman Kodak, Bldgs 213 | X | YES |
| 284 | 11030 | NY | Eastman Kodak, Bldgs 317 | X | YES |
| 285 | 11031 | NY | Eastman Kodak, Bldgs 211 | X | YES |
| 286 | 11032 | NY | Eastman Kodak, Bldgs 82 | X | YES |
| 287 | 11034 | CA | Santa Rosa Memorial Hospital | X | YES |
| 288 | 11035 | NY | Eastman Kodak, Bldgs 69 | X | YES |
| 289 | 11038 | NY | Eastman Kodak, Bldgs 9 | X | YES |
| 290 | 11040 | IA | Duane Arnold Energy Center | X | YES |
| 291 | 11041 | CO | Cherry Creek Shopping Center - Safeway Store | X | YES |
| 292 | 11043 | NY | Grant Village Apartments  f.k.a. Grant Village | X | YES |
| 293 | 11045 | CA | Wells Fargo Building  -  f.k.a.  550 California Building | X | YES |
| 294 | 11047 | NY | Westchester Jewish Center Community Center  f.k.a. Jewish Center | X | YES |
| 295 | 11048 | CA | City Hall f.k.a. San Antonio Office Building Center - Financial Center | X | YES |
| 296 | 11049 | NY | New York Telephone Company f.k.a. Bell Telephone Company | X | YES |
| 297 | 11050 | CA | Union Bank of California f.k.a. Bank of Tokyo | X | YES |
| 298 | 11051 | NY | 22 Cortland Street Building | X | YES |
| 299 | 11052 | CA | Kaiser Permanente Med Center | X | YES |
| 300 | 11053 | CA | Kaiser Permanente Med Center | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 301 | 11054 | CA | Kaiser Permanente Med Center | X | YES |
| 302 | 11056 | CT | Connecticut Light & Power Co. - Northeast Utilities | X | YES |
| 303 | 11057 | CT | Whitney Manor f.k.a. Capital Street Apartment | X | YES |
| 304 | 11058 | CT | Brady Bordman Contractor, c/o Dwight Contractors | X | YES |
| 305 | 11059 | CT | E.H. Coon Company | X | YES |
| 306 | 11061 | CT | Southern New England Telephone Co. | X | YES |
| 307 | 11062 | CT | Rehabilitation & Diagnostic Center | X | YES |
| 308 | 11063 | IA | Corporate Place | X | YES |
| 309 | 11064 | IA | Principal Global Investors f.k.a. Bankers Life Building | X | YES |
| 310 | 11068 | IL | Waukegan Public Library  f.k.a. Waukegan Library | X | YES |
| 311 | 11069 | IL | Ford City Bank Addition | X | YES |
| 312 | 11070 | IL | Underwriters Laboratory - Follow-Up Services Building  f.k.a. Follow-Up Services Building | X | YES |
| 313 | 11071 | IL | Executive Club | X | YES |
| 314 | 11072 | IL | Doctor's Building (Access Medical) | X | YES |
| 315 | 11074 | MI | Blue Cross Building | X | YES |
| 316 | 11078 | CA | Alta Bates Summit Medical Center  f.k.a. Alta Bates Hospital | X | YES |
| 317 | 11080 | CA | Century City Hospital | X | YES |
| 318 | 11082 | CA | Civic Center & Board Chambers Building | X | YES |
| 319 | 11085 | PA | Torrance State Hospital | X | YES |
| 320 | 11086 | AR | Little Rock Zoo  f.k.a. Zoo Job | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|:-----------------------:|:---------------:|
| 321 | 11087 | NY | Columbia Presbyterian Medical Center - Vanderbilt Clinic f.k.a. Presbyterian Hospital | X | YES |
| 322 | 11088 | NY | Park Ridge Nursing Home | X | YES |
| 323 | 11089 | NY | Newmark & Company   f.k.a. - 489 Associates Building | X | YES |
| 324 | 11092 | CT | YMCA of Greater Waterbury  f.k.a. Y.M.C.A. | X | YES |
| 325 | 11095 | NC | Blue Cross-Blue Shield Building | X | YES |
| 326 | 11096 | NY | DeGraff Memorial Hospital Job | X | YES |
| 327 | 11097 | NY | Cobble Hill Nursing Home  f.k.a. - Congress Nursing Home | X | YES |
| 328 | 11098 | NY | Columbia Memorial Hospital | X | YES |
| 329 | 11099 | NY | 55 Water Street Building c/o New Water Street Corporation | X | YES |
| 330 | 11100 | NY | Two New York Plaza | X | YES |
| 331 | 11101 | NY | Nassau Coliseum | X | YES |
| 332 | 11109 | AK | Providence Alaska Medical Center f.k.a. Providence Hospital | X | YES |
| 333 | 11111 | AL | Athelstan Club | X | YES |
| 334 | 11112 | AL | Columbia Four Rivers Medical Center  f.k.a. Medical Center Hospital | X | YES |
| 335 | 11114 (11402 Dupl.) | IN | Indiana Convention Center and RCA Dome f.k.a. Civic Center | X | YES |
| 336 | 11115 | CA | CSAA Building | X | YES |
| 337 | 11116 | CA | Del Monte Building | X | YES |
| 338 | 11117 | CA | Huntington Beach Hospital  f.k.a. Huntington Beach Medical Building | X | YES |
| 339 | 11119 | KS | Blue Cross Blue Shield Building | X | YES |
| 340 | 11120 | IA | Jenny Edmundson Hospital | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL
## PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|------------------------|-----------------|
| 341 | 11121 | PA | First National Bank | X | YES |
| 342 | 11122 | PA | Cedarbrook Fountain Hill Nursing Home  f.k.a. Fountain Hill Nursing Home | X | YES |
| 343 | 11123 | WA | Goodwill - Community Learning Center  f.k.a. First National Bank Building | X | YES |
| 344 | 11126 | CT | Blue Cross Building | X | YES |
| 345 | 11127 | CO | Blue Cross/Blue Shield | X | YES |
| 346 | 11130 | CA | 1900 Avenue of the Stars Office Bldg. | X | YES |
| 347 | 11131 | LA | Willis-Knighton Hospital Clinic | X | YES |
| 348 | 11134 | LA | Causeway Office Building #2 | X | YES |
| 349 | 11135 | OR | Central Plaza | X | YES |
| 350 | 11136 | OR | Belmont Telephone | X | YES |
| 351 | 11137 | OR | Wells Fargo Center H.Q. f.k.a. First National Bank Tower | X | YES |
| 352 | 11138 | OK | Williams Centre Management Office  (Williams HQ Company Building)  f.k.a. Williams Center | X | YES |
| 353 | 11140 | OK | Tulsa Performing Arts Center  f.k.a. Performing Arts Center | X | YES |
| 354 | 11142 | PA | Granziano Building | X | YES |
| 355 | 11145 | CT | New Britain General  Hospital | X | YES |
| 356 | 11146 | CT | Largo Properties   -  CB Richard Ellis (Tenent- Suite #2) | X | YES |
| 357 | 11147 | CT | Housing for Elderly (Roger St. Lawrant) | X | YES |
| 358 | 11148 | CT | General Electric Corporation Headquarters | X | YES |
| 359 | 11149 | CT | Gant Shirt Co. | X | YES |
| 360 | 11152 | IA | Des Moines Savings | X | YES. |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 361 | 11155 | IL | Benefit Trust | X | YES |
| 362 | 11156 | IL | Juvenile Temporary Detention Center f.k.a. Audie Home | X | YES |
| 363 | 11157 | OH | Geauga Regional Hospital  f.k.a. Geauga Community Hospital | X | YES |
| 364 | 11160 | OH | Daughters of St. Paul Book Store | X | YES |
| 365 | 11161 | OH | Allstate Insurance Company  f.k.a. Ohio Regional Office Building | X | YES |
| 366 | 11167 | NE | Regency # 2 | X | YES |
| 367 | 11168 | NE | Regency Lake & Tennis Club  f.k.a. Regency - South Lake | X | YES |
| 368 | 11169 | NE | Ramada Inn Executive Center  f.k.a. Ramada Inn | X | YES |
| 369 | 11170 | NE | Jefferson Pilot Financial Insurance Company  f.k.a. Guarantee Mutual Life Office Building | X | YES |
| 370 | 11172 | WV | Weirton Lumber Company  f.k.a. Stewart F. Anderson | X | YES |
| 371 | 11173 | NC | Kings Mountain Hospital | X | YES |
| 372 | 11175 (11237 Dupl.) | OH | Diamond Building  f.k.a. Superior Square Building | X | YES |
| 373 | 11176 | OH | Stella Maris (Cafeteria) Building | X | YES |
| 374 | 11177 | OH | Shaker Heights Police Department Station | X | YES |
| 375 | 11178 | OH | Centinental Center  f.k.a. Ohio Bell Telephone Company | X | YES |
| 376 | 11180 | CT | Cigna - Cigna Financial Services  f.k.a. United Bank | X | YES |
| 377 | 11181 (11182 Dupl.) | WV | Ohio Valley Medical Center (Admin. Bldg.) f.k.a. Ohio Valley General Hospital - New Administration Building | X | YES |
| 378 | 11183 | CA | Downey Community Hospital  f.k.a.  Brookshire Medical Center | X | YES |
| 379 | 11184 | IL | Arlington International Racecourse f.k.a. Arlington Heights Ractrack - Main Tract Grandstands | X | YES |
| 380 | 11185 | OK | Bank of Oklahoma Mortgage | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 381 | 11186 | PA | Memorial Hospital  f.k.a. York Hospital | X | YES |
| 382 | 11187 | PA | Woodhaven Mall - Babies-R-Us (Tenent)  f.ka. Woodhaven Mall - Woolco Department Store | X | YES |
| 383 | 11188 | PA | W.F. Hinchey Contruction   (Pittsburgh, PA) | X | YES |
| 384 | 11190 | PA | Lehman Township Municipal Building  f.k.a. Unity House - Administration Bldg. | X | YES |
| 385 | 11191 | PA | Herald-Standard Newspaper  f.k.a. Uniontown Newspaper Building | X | YES |
| 386 | 11192 | PA | Sunbury Housing Authroity - Chestnut Tower  f.k.a. Sunbury Hi-Rise | X | YES |
| 387 | 11195 | PA | Saint Mary's Healthcare Services  f.k.a. St. Mary's Medical Center | X | YES |
| 388 | 11196 | PA | Holiday Inn North Hills  f.k.a. Sheraton North Motor Inn | X | YES |
| 389 | 11198 | PA | PNC Bank  f.k.a. Pittsburgh National Bank | X | YES |
| 390 | 11199 | PA | Shamokin City - Housing Authority (Harold E. Thomas)  f.k.a. Shamokin High Rise Building | X | YES |
| 391 | 11201 | PA | Philadelphia Electric Company  c/o & Represented by Shein Law Center | X | YES |
| 392 | 11202 | PA | Centrecrest Home - Nursing Facilities Addition | X | YES |
| 393 | 11203 | PA | Pro Am Northeast, Inc. - Nissley Propane  f.k.a. Nissley Bottled Gas Company | X | YES |
| 394 | 11204 | PA | New Grease Building | X | YES |
| 395 | 11205 | LA | Causeway Office Building #1 | X | YES |
| 396 | 11208 | LA | Lady of Lourdes Regional Medical Center  f.k.a. Lady of Lourdes Hospital | X | YES |
| 397 | 11210 | LA | Earl K. Long Medical Center  f.k.a. Earl K. Long Charity Hospital | X | YES |
| 398 | 11211 | LA | Convention Hall for City of Shreveport | X | YES |
| 399 | 11213 | LA | Plauche Office Building | X | YES |
| 400 | 11217 | OR | U.S. National Bank (Historic) | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 401 | 11218 | MI | Mid-Michigan Health Center f.k.a. Midland Hospital | X | YES |
| 402 | 11219 | MI | Sinai - Grace Hospital  f.k.a. Mt. Carmel  Mercy Hospital | X | YES |
| 403 | 11220 | MI | Robbins Towers c/o Hallwood Real Estate | X | YES |
| 404 | 11221 | MI | Saginaw Civic Center | X | YES |
| 405 | 11222 | MI | St. Joseph Hospital | X | YES |
| 406 | 11223 | MI | Trenton City Hall | X | YES |
| 407 | 11225 | CA | Tower Apartment Building | X | YES |
| 408 | 11228 | CA | Sherman Building Twin Towers | X | YES |
| 409 | 11229 | CA | Pacific Heights Apartments | X | YES |
| 410 | 11230 | CA | Kong Chow Benovolent Bldg. | X | YES |
| 411 | 11231 | CA | Crocker-Citizens Plaza | X | YES |
| 412 | 11232 | CA | Continental Building | X | YES |
| 413 | 11233 | CA | Embarcadero P.G.&E. | X | YES |
| 414 | 11235 | WA | Washington Trust Financial Center (Main Branch) f.k.a. Washington Trust Building | X | YES |
| 415 | 11240 | OR | Sacred Heart Medical Center  f.k.a. Sacred Heart Hospital | X | YES |
| 416 | 11242 | PA | Children's Hospital | X | YES |
| 417 | 11244 | AR | Southwestern Bell  - f.k.a. Bell Telephone Building | X | YES |
| 418 | 11246 | WY | Great Plains Insurance Company | X | YES |
| 419 | 11247 | NE | St. Luke's Baptist Hospital  f.k.a. St. Luke's Hospital | X | YES |
| 420 | 11248 | NE | Cagle Office Building   c/o Martin Cannon, Esquire | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL
# PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 421 | 11249 | IA | St. Luke's Hospital Job | X | YES |
| 422 | 11250 | CA | Blue Cross Building | X | YES |
| 423 | 11251 | AZ | Banner Good Samaritan Medical Center  f.k.a. Good Samaritan Hospital | X | YES |
| 424 | 11254 | NY | Uihlein Mercy Center  f.k.a. Sisters of Mercy | X | YES |
| 425 | 11255 | WV | Wood County Bank | X | YES |
| 426 | 11256 | PA | AAA Distributing Office | X | YES |
| 427 | 11258 | WV | Ohio Valley Medical Center (Educational Bldg.)  f.k.a. Ohio Valley General Hospital - New Educational Building | X | YES |
| 428 | 11259 | OR | Oregon Auto | X | YES |
| 429 | 11260 | OR | North Pacific Plaza Building c/o Mayfield Management Company | X | YES |
| 430 | 11261 | OR | Meridian Building | X | YES |
| 431 | 11263 | OR | Kaiser Permanente - Sunnyside Medical Center  f.k.a. Kaiser Hospital | X | YES |
| 432 | 11324 | OR | Eugene Mini Mall | X | YES |
| 433 | 11385 | CA | Health Center | X | YES |
| 434 | 11386 | CA | Stockton-San Joaquin County Public Library  f.k.a. Stockton City Library | X | YES |
| 435 | 11387 | NJ | Cherry Hill Mall  f.k.a. Cherry Hill Plaza | X | YES |
| 436 | 11388 | NJ | Elizabeth General Medical Center  f.k.a. Elizabeth General Hospital | X | YES |
| 437 | 11390 | NJ | Molecular Dielectric | X | YES |
| 438 | 11391 | NJ | Gateway II  f.k.a. Gateway Building #2 | X | YES |
| 439 | 11392 | NJ | Home for the Aged | X | YES |
| 440 | 11393 | NJ | Kennedy Health System f.k.a. John F. Kennedy Hospital | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 441 | 11394 | NJ | Jersey Shore Convalescent Center a.k.a. Medi Center | X | YES |
| 442 | 11396 | NJ | Raritan River Center | X | YES |
| 443 | 11398 | NJ | Airport 17 Office Building f.k.a. Teterboro Office Building | X | YES |
| 444 | 11399 | NJ | Wellington Hall Nursing Home Care Center f.k.a. Wellington Nursing Home | X | YES |
| 445 | 11402 | IN | Indiana Convention Center and RCA Dome f.k.a. Civic Center | X | YES |
| 446 | 11403 | IN | Indiana Bell Telephone Bldg. Addition | X | YES |
| 447 | 11406 | MS | Village Fair Mall f.k.a. Village Fair Shopping | X | YES |
| 448 | 11407 | MS | Kings Daughter Hospital | X | YES |
| 449 | 11409 | MS | National Bank of Commerce | X | YES |
| 450 | 11410 | MS | City Auditorium Job | X | YES |
| 451 | 11411 | WV | Kanawha Valley Building f.k.a. Charleston National Bank Plaza | X | YES |
| 452 | 11412 | WV | BB&T Branch Offices f.k.a. City National Bank | X | YES |
| 453 | 11414 | WV | Montgomery General Hospital f.k.a. Montgomery Hospital | X | YES |
| 454 | 11415 | NY | 110 Plaza | X | YES |
| 455 | 11416 | NY | 100 Wall Street | X | YES |
| 456 | 11418 | WA | Seattle Office Furniture f.k.a. Bellevue Furniture | X | YES |
| 457 | 11419 | WA | Cabrini Medical Tower f.k.a. Cabrini Hospital | X | YES |
| 458 | 11423 | WI | Associated Commercial Mortgage, Inc., f.k.a. Kellogg Citizens Bank | X | YES |
| 459 | 11424 | MN | Emmanuel Home f.k.a. Augustana Lutheran Home | X | YES |
| 460 | 11426 | MN | Major League Shopping Center | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 461 | 11427 | WA | Union Bank of California Center (Main Office Building) f.k.a. Bank of California | X | YES |
| 462 | 11430 | VA | Sentara Williamsburg Community Hospital  f.k.a. Williamsburg Community Hospital | X | YES |
| 463 | 11432 | NY | Daycare Center | X | YES |
| 464 | 11433 | NY | Bambergers | X | YES |
| 465 | 11434 | NY | Alexander's Department Store | X | YES |
| 466 | 11437 (11436 Dupl.) | OH | The Elisabeth Severance Prentiss Center (Skilled Nursing Care) f.k.a. Severance Medical Building | X | YES |
| 467 | 11438 | OH | Brainard Management  f.k.a. Shelter-Brainard Office | X | YES |
| 468 | 11439 | OH | St. Joseph's Community Center  f.k.a. St. Joseph's Hospital | X | YES |
| 469 | 11440 | OH | Trumbull Memorial Hospital (Forum Health) f.k.a. Trumball County Memorial Hospital | X | YES |
| 470 | 11441 | OH | St. Joseph Health Center  f.k.a. Warren General Hospital | X | YES |
| 471 | 11442 | OH | White Motors | X | YES |
| 472 | 11443 | NY | City of Albany, NY f.k.a.  A.M.F. Headquarters | X | YES |
| 473 | 11444 | NY | 333 East Onodaga Street | X | YES |
| 474 | 11445 | NY | Mount Sinai Hosptial #40,  (Annenberg Building) | X | NO |
| 475 | 11446 | NY | Mount Sinai Hospital #1 - (101st Street Between Madison & 5th Avenue) | X | YES |
| 476 | 11447 | SD | Sioux Valley Hospitals & Health System - USD Medical Center f.k.a. Sioux Valley Hospital | X | YES |
| 477 | 11448 | SD | Union Bank & Trust | X | YES |
| 478 | 11450 | VT | Appletree Bay Medical Center (VA Outreach Clinic)  f.k.a. Medical Center | X | YES |
| 479 | 11451 | VA | United Way International Headquarters f.k.a. United Way Building | X | YES |
| 480 | 11453 | VA | Roanoke Civic Center | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 481 | 11454 | VA | National Starch & Chemical Company  f.k.a. I.C.I. Of America Building | X | YES |
| 482 | 11455 | VA | Friendship Manor | X | YES |
| 483 | 11456 | VA | Virginia Bank & Trust Company  f.k.a. First National Bank | X | YES |
| 484 | 11457 | VA | Bank of the James Building  f.k.a. Fidelity National Bank | X | YES |
| 485 | 11458 | VA | Wellmont Lonesome Pine Hospital  f.k.a. Big Stone General Hospital | X | YES |
| 486 | 11460 | TN | Shelby County Division of Health Services  f.k.a. Shelby County Health Center | X | YES |
| 487 | 11462 | OH | Southwyck Shopping Center - Montgomery Ward | X | YES |
| 488 | 11463 | OH | United Banking & Trust Company Building  f.k.a. Louis Galie Central National Bank Job | X | YES |
| 489 | 11464 | NY | Mount Sinai Hospital #18, | X | NO |
| 490 | 11465 | NY | Mount Sinai Hosptial #21, | X | NO |
| 491 | 11466 | NY | Mount Sinai Hosptial #22, | X | NO |
| 492 | 11467 | NY | Mount Sinai Hospital #23, | X | NO |
| 493 | 11468 | NY | Mount Sinai Hosptial #24, | X | NO |
| 494 | 11469 | NY | Mount Sinai Hospital #25,  (Mount Sinai School of Medicine - Residential) | X | NO |
| 495 | 11470 | NY | Mount Sinai Hospital #26, (Mount Sinai School of Medicine - Aron Hall Drom) | X | NO |
| 496 | 11471 | NY | Mount Sinai Hospital #27, (Mount Sinai School of Medicine - Residential & Offices) | X | NO |
| 497 | 11472 | NY | Mount Sinai Hospital #28,  (Parking Garage Patient Care & Offices) | X | NO |
| 498 | 11473 | NY | Mount Sinai Hosptial #29,  (Administrative Offices) | X | NO |
| 499 | 11474 | NY | Mount Sinai Hospital #30, (Administrative Offices) | X | NO |
| 500 | 11475 | NY | Mount Sinai Hospital #31,  (Garage & Offices) | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 501 | 11476 | NY | Mount Sinai Hospital #32, (Basic Science Building) | X | NO |
| 502 | 11477 | NY | Mount Sinai Hospital #33, (KCC Patient Care) | X | NO |
| 503 | 11478 | NY | Mount Sinai Hospital #34, (KCC Patient Care) | X | NO |
| 504 | 11479 | NY | Mount Sinai Hospital #35, (Atran/Berg - 2 Buildings) | X | NO |
| 505 | 11480 | NY | Mount Sinai Hosptial #36, (Faculty Practice) | X | NO |
| 506 | 11481 | NY | Mount Sinai Hospital #37, (Patient Care) | X | NO |
| 507 | 11482 | NY | Mount Sinai Hospital #38, (IMA Primary Care & Offices) | X | NO |
| 508 | 11483 | NY | Mount Sinai Hospital #39, (Waste Management) | X | NO |
| 509 | 11484 | VA | Mary Washington Hospital - Self Care Unit | X | YES |
| 510 | 11485 | NM | Sears Roebuck Company | X | YES |
| 511 | 11486 | NV | Sears Department Store | X | YES |
| 512 | 11487 | NV | Sears Roebuck | X | YES |
| 513 | 11488 | NY | Sears Shopping Center | X | YES |
| 514 | 11489 | WI | Sears & Grant Building | X | YES |
| 515 | 11490 | SD | Sears / Roebuck | X | YES |
| 516 | 11491 | CO | Sears & Roebuck, Westland Shopping Center | X | YES |
| 517 | 11492 | CA | Sears Roebuck | X | YES |
| 518 | 11493 | CA | Sears Roebuck | X | YES |
| 519 | 11494 | CA | Sears Roebuck | X | YES |
| 520 | 11495 | CA | Sears Roebuck | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 521 | 11496 | CA | Sears Roebuck | X | YES |
| 522 | 11497 | CA | Sears Roebuck | X | YES |
| 523 | 11498 | CA | Sears Roebuck | X | YES |
| 524 | 11499 | IA | Sears Roebuck | X | YES |
| 525 | 11500 | IL | Sears Roebuck Building | X | YES |
| 526 | 11501 | NJ | Sears & Roebuck - Morristown Mall | X | YES |
| 527 | 11502 | MN | Sears & Roebuck | X | YES |
| 528 | 11503 | MS | First Security Bank  f.k.a. Batesville Security Bank | X | YES |
| 529 | 11504 | MO | Western Unional Centralized Telephone - Bureau #3 | X | YES |
| 530 | 11506 | ME | Augusta Civic Center f.k.a. Cultural Building | X | YES |
| 531 | 11508 | MD | Ardwick Ardmore Industrial Center  (Dart Drug Inc.) | X | YES |
| 532 | 11509 | MA | Worcester Center | X | YES |
| 533 | 11510 (11702 Dupl.) | MA | Springfield Journal f.k.a. Springfield News | X | YES |
| 534 | 11512 | MA | Bank of Western Massachusetts f.k.a. Harper Trust | X | YES |
| 535 | 11514 | MA | First National Bank of Franklin County | X | YES |
| 536 | 11515 | MD | Sears, Roebuck & Co. | X | YES |
| 537 | 11516 | NC | Sears Roebuck Company | X | YES |
| 538 | 11517 | NC | Sears Job | X | YES |
| 539 | 11519 | IN | American Can Company | X | YES |
| 540 | 11522 | LA | Camelot Club | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 541 | 11523 | LA | Oakwood Shopping Center - Holmes Department Store | X | YES |
| 542 | 11524 | FL | Sears Roebuck | X | YES |
| 543 | 11525 | LA | Imperial Premium Finance f.k.a. Imperial Office Building | X | YES |
| 544 | 11526 | LA | Louisiana National Bank Building | X | YES |
| 545 | 11527 | LA | Fisk Building & Investments   f.k.a. Obeco Building | X | YES |
| 546 | 11528 | LA | Villa St. Charles | X | YES |
| 547 | 11529 | IL | Nugent Import Motors | X | YES |
| 548 | 11530 | IL | CNA Plaza Headquarters  f.k.a. C.N.A. Building | X | YES |
| 549 | 11531 | IL | Gateway Shops   f.k.a. Gateway Plaza | X | YES |
| 550 | 11532 | IL | I.B.M. Building | X | YES |
| 551 | 11533 | IL | Merchandise Mart Plaza | X | YES |
| 552 | 11534 | CO | Denver Square, Anaconda Bldg. | X | YES |
| 553 | 11535 | CO | Northern Colorado Medical Center - Hospitality House  f.k.a. Medical Apartments Building | X | YES |
| 554 | 11536 | CO | Mountain Bell | X | YES |
| 555 | 11537 | CT | IBM Office Building | X | YES |
| 556 | 11538 | CT | Office Facility for Broad Street Assoc., c/o Frank Marceds, Inc. | X | YES |
| 557 | 11539 | CT | Westport Office Bldg. | X | YES |
| 558 | 11540 | DC | City Line Towers | X | YES |
| 559 | 11541 | DC | Cosmat Center | X | YES |
| 560 | 11542 | DC | Cottages - Jr. Village | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 561 | 11543 | DC | Dart Drug | X | YES |
| 562 | 11544 | DC | Fanny Mae f.k.a Equitable Life Insurance | X | YES |
| 563 | 11546 | FL | Cordova Mall (Gayfers Department Store) f.k.a. Gaffer Department Store | X | YES |
| 564 | 11547 | FL | Pratt/Whitney Job | X | YES |
| 565 | 11549 | GA | Atlanta Marriott Century Center f.k.a. Century Center Building | X | YES |
| 566 | 11551 | GA | First National Bank Job | X | YES |
| 567 | 11553 | IL | Caterpillar Tractor Company, Administration Bldg. | X | YES |
| 568 | 11554 | CA | Kaiser Permanente Hospital | X | YES |
| 569 | 11558 | PA | Kaufmann's Department Store | X | YES |
| 570 | 11559 | PA | Lake Erie College of Osteopathic Medicine f.k.a. General Telephone & Electric Data Center | X | YES |
| 571 | 11560 | PA | Fenestra Division of Marmon Group, Inc., f.k.a. Fenestra Inc. Door Products Division | X | YES |
| 572 | 11561 | OH | NCR Corporation f.k.a. NCR Distribution Center | X | YES |
| 573 | 11562 | OH | Natural Distillers | X | YES |
| 574 | 11564 | NC | Bank of America f.k.a. NCNB Building | X | YES |
| 575 | 11566 | WV | First Community Bancshares, Inc. f.k.a. Flat Top National Bank | X | YES |
| 576 | 11567 | VA | Virginia Hospital Center f.k.a. Arlington Hospital   CLAIM 1-2 | X | YES |
| 577 | 11568 | VA | Virginia Hospital Center f.k.a. Arlington Hospital   CLAIM 2-2 | X | YES |
| 578 | 11569 | VA | Apartments for the Elderly | X | YES |
| 579 | 11570 | VA | American National Bank & Trust Co. | X | YES |
| 580 | 11571 | TN | National Distillers Chemical Company | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 581 | 11573 | NJ | Sutton Plaza Office Building | X | YES |
| 582 | 11574 | NJ | Woodbridge Center  (Sterns Department Store) f.k.a. Woodbridge Shopping Center | X | YES |
| 583 | 11575 | NJ | Metal Litho U.S. Can Company a.k.a. BMAT Trenton Medal Decorating  f.k.a.Metal-Litho International | X | YES |
| 584 | 11577 | NJ | Long Distance Switching Center | X | YES |
| 585 | 11578 | NJ | Ingersol-Rand Co. | X | YES |
| 586 | 11580 | NC | Southpark Shopping Center c/o Management Offices | X | YES |
| 587 | 11581 | NC | Bank of America  f.k.a. Raleigh Savings & Loan | X | YES |
| 588 | 11582 | NC | Guilford Mills, Inc.,  f.k.a. Oak Ridge Textiles | X | YES |
| 589 | 11583 | NC | NC Federal Savings & Loan f.k.a. Northwestern Bank Building | X | YES |
| 590 | 11584 | NC | Elks Lodge & Golf Club  f.k.a. Elks Country Club | X | YES |
| 591 | 11585 | NC | Duke Power Company | X | YES |
| 592 | 11586 | NC | Draymore Manufacturing Co. | X | YES |
| 593 | 11587 | NC | Computer Office Building | X | YES |
| 594 | 11588 | NC | Village Country Club West f.k.a. Carolina Country Club | X | YES |
| 595 | 11589 | NC | Benjamin Branch Public Library  f.k.a. Greensboro Library | X | YES |
| 596 | 11590 | NC | Bank of Asheville | X | YES |
| 597 | 11592 | NY | Wegman Store | X | YES |
| 598 | 11593 | NY | W.G.N. | X | YES |
| 599 | 11594 | NY | Tonawanda City Police  f.k.a. Tonawanda Police Job | X | YES |
| 600 | 11595 | NY | New Municipal Building | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 601 | 11596 | NY | Olian Nursing Home | X | YES |
| 602 | 11597 | NY | King David Manor  f.k.a. Kings David Hotel | X | YES |
| 603 | 11599 | NY | Ford Manhattan Building | X | YES |
| 604 | 11600 | NY | Beech-Nut Company | X | YES |
| 605 | 11602 | NY | A & S Building | X | YES |
| 606 | 11603 | MS | Trustmark National Bank    f.k.a. First National Building | X | YES |
| 607 | 11604 | MN | Wells Fargo Bank f.k.a.  Marquette National Bank | X | YES |
| 608 | 11605 | MI | State of Michigan Plaza  f.k.a. Executive Plaza | X | YES |
| 609 | 11606 | ND | Holiday Inn  f.k.a. New Holiday Motor Inn | X | YES |
| 610 | 11619 | CANADA | University of Toronto | X | YES |
| 611 | 11686 | MA | Boston Regional Medical Center f.k.a. New England Memorial Hospital | X | YES |
| 612 | 11687 | ME | Merchants National Bank of Bangor  f.k.a. Merchants National Bank | X | YES |
| 613 | 11688 | MA | Keystone Building c/o Spaulding & Slye Colliers Real Estate f.k.a. Spaulding Building | X | YES |
| 614 | 11691 | MA | Kindred Hospital Boston North Shore Cancer Center f.k.a. J.B. Thomas Hospital | X | YES |
| 615 | 11692 | MA | Muzzy's Day Square Florist    f.k.a. Day Square Building | X | YES |
| 616 | 11693 | MA | First National Bank | X | YES |
| 617 | 11694 | MA | Franklin First Federal Credit Union f.k.a.  Franklin County Trust Bank | X | YES |
| 618 | 11696 | NY | Plaza Building | X | YES |
| 619 | 11697 | NY | Time Life Building f.k.a. Esso Building | X | YES |
| 620 | 11698 | NY | Ebenezer Building | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 621 | 11699 | ME | Union Mutual Life Insurance | X | YES |
| 622 | 11700 | MA | Northampton Nursing Home, Inc. | X | YES |
| 623 | 11704 | NY | 3 Hanover Plaza | X | YES |
| 624 | 11705 | WV | Office & Service Center - United Fuel & Gas Co. | X | YES |
| 625 | 11707 | CO | Mountain States Telephone Company | X | YES |
| 626 | 11708 | CO | Bell Telephone Addition | X | YES |
| 627 | 11710 | CO | West Farm Bureau Life Building | X | YES |
| 628 | 11711 | CO | Bear Valley Shopping Center | X | YES |
| 629 | 11712 | CO | Mile High Medical Arts Bldg. | X | YES |
| 630 | 11714 | CO | Colorado Springs, CO - Chamber of Commerce Building  f.k.a. Holly Sugar Building | X | YES |
| 631 | 11715 | KS | Eastside Financial Center | X | YES |
| 632 | 11716 | KS | Commerce Bank & Trust f.k.a. Commerce State Bank | X | YES |
| 633 | 11717 (11718 Dupl.) | VT | Renewal Shopping Mall - Building # 2 Burlington Urban | X | YES |
| 634 | 11720 | TN | Rivergate Mall   (Tenant - Walgreen Drugs) | X | YES |
| 635 | 11721 | TN | Wellmont-Hawkins County Memorial Hospital  f.k.a. Rogersville Hospital - Learning Resource Center | X | YES |
| 636 | 11723 | SD | Great Western Bank    f.k.a. Northwestern National Bank | X | YES |
| 637 | 11724 | TN | Mountain City Medical Center  f.k.a. Mountain City Hospital Addition | X | YES |
| 638 | 12365 | CANADA | O & Y - Tower C Place de Ville | X | YES |
| 639 | 12595 | NY | Mount Sinai Hospital #10, | X | NO |
| 640 | 12596 | NY | Mount Sinai Hospital #11, | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|------------------|
| 641 | 12597 | NY | Mount Sinai Hosptial #12, | X | NO |
| 642 | 12598 | NY | Mount Sinai Hospital #13, | X | NO |
| 643 | 12600 | NY | Mount Sinai Hospital #16, | X | NO |
| 644 | 12601 | NY | Mount Sinai Hospital #15, | X | NO |
| 645 | 12602 | NY | Mount Sinai Hosptial #17, | X | NO |
| 646 | 12603 | NY | Mount Sinai Hosptial #19, | X | NO |
| 647 | 12604 | NY | Mount Sinai Hosptial #20, | X | NO |
| 648 | 12635 | NY | Mount Sinai Hospital #8, | X | NO |
| 649 | 12636 | NY | Mount Sinai Hosptial #9, | X | NO |
| 650 | 14409 | CT | St. Francis Hospital | X | YES |
| 651 | 14886 | NY | Mount Sinai Hospital #14, | X | NO |