# Exhibit 2

**SPEIGHTS & RUNYAN**
ATTORNEYS AT LAW
200 JACKSON AVENUE, EAST
POST OFFICE BOX 685
HAMPTON, SOUTH CAROLINA 29924
(803) 943-4444

TELECOPIER
(803) 943-4599
EMAIL: BFAIREY@SPEIGHTSRUNYAN.COM

MARION C. FAIREY, JR.

September 21, 2005

*VIA FACSIMILE US MAIL*

Michelle H. Browdy
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

   Re: *W. R. Grace & Co., et al, Debtors*
     *Chapter 11, Case No. 01-1139-JKF*
     *(U.S. Bankruptcy Court, District of Delaware)*

Dear Michelle:

  Pursuant to the Court's Order, we are producing two lists of claims regarding Anderson Memorial Hospital. The first list contains those South Carolina claims that are within the class definition of the certified class for which the only authority Speights & Runyan had to file the claim was the certified class action. The second list contains those non-South Carolina claims that are within the definition of the Anderson Memorial putative class for which the only authority Speights & Runyan had to file the claim was the Anderson Memorial putative class action complaint.

  If you have any questions please do not hesitate to give me a call.

            Sincerely,

            Marion C. Fairey, Jr.

MCFjr/smh

## AUTHORITY BASED SOLELY ON CERTIFIED SOUTH CAROLINA CLASS

| Bldg. # | Claim # | State | Building/Claimant Name | Anderson Certified Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 1 | 6681 | SC | Trinity United Methodist Church f.k.a. Trinity Methodist Church | X | NO |
| 2 | 6682 | SC | Medical University of South Carolina (MUSC)-Rutledge Tower f.k.a. St. Francis Hosptial (Old Building) | X | NO |
| 3 | 6683 | SC | First Baptist Church - Camden | X | NO |
| 4 | 6686 | SC | Trinity Baptist Church f.k.a. Baptist Office Building | X | NO |
| 5 | 6687 | SC | Aldergate Methodist Church | X | NO |
| 6 | 9914 | SC - State | Anderson Memorial Hospital on behalf of its certified class members in South Carolina | X | NO |
| 7 | 10835 | SC | Medi-Center Building | X | YES |
| 8 | 10836 | SC | Myrtle Beach Lumber Company | X | YES |
| 9 | 10837 | SC | Woodstream Farms Apartments f.k.a. Ohara Apartment | X | YES |
| 10 | 10838 | SC | Pee Dee Builders Supply | X | YES |
| 11 | 10839 | SC | Peoples Plaza | X | YES |
| 12 | 10840 | SC | R & G Paint Company | X | YES |
| 13 | 10841 | SC | Palmetto Health Hospital - Richland f.k.a. Richland County Hospital | X | YES |
| 14 | 10843 | SC | Sherwin Williams Paint Store | X | YES |
| 15 | 10844 | SC | Coliseum Motor Inn | X | YES |
| 16 | 10845 / 10878 | SC | La Quinta Inn (Possible) f.k.a. Carolina Motor Inn / Columbia Motor Inn | X | YES |
| 17 | 10846 | SC | Columbia Plastering Company | X | YES |
| 18 | 10847 | SC | Cornell Arms Apartments | X | YES |
| 19 | 10848 / 10870 | SC | Covil Insulation Company - Berea Industrial Park | X | YES |
| 20 | 10849 | SC | Cromer & Sullivan Construction Co. | X | YES |
| 21 | 10850 | SC | D.H. Holmes Company, Ltd. | X | YES |

## AUTHORITY BASED SOLELY ON CERTIFIED SOUTH CAROLINA CLASS

| Bldg. # | Claim # | State | Building/Claimant Name | Anderson Certified Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 22 | 10851 | SC | Duffie Paint Company | X | YES |
| 23 | 10853 | SC | G.E. Company Manufacturing Plant f.k.a. General Electric Company - Addition (Phase-V) | X | YES |
| 24 | 10854 | SC | Glidden Company | X | YES |
| 25 | 10855 | SC | J.E. Grambling Building Supply | X | YES |
| 26 | 10856 | SC | J.T. Robertson - Southern Coating & Chemical | X | YES |
| 27 | 10857 | SC | John J. Riley & Sons | X | YES |
| 28 | 10858 | SC | L. Roy Owen Plastering Co | X | YES |
| 29 | 10859 | SC | Lamb, Young, Jones Office Building | X | YES |
| 30 | 10860 | SC | Landmark Resort Hotel f.k.a. Landmark Motel | X | YES |
| 31 | 10862 | SC | Martin Paint & Supply Company | X | YES |
| 32 | 10863 | SC | Mary Black Memorial Hospital f.k.a. Mary Black Hospital | X | YES |
| 33 | 10864 | SC | ACME Quality Paint Company | X | YES |
| 34 | 10865 | SC | Aiken Builders Supply | X | YES |
| 35 | 10866 | SC | Arnold & Dobson Supply Company | X | YES |
| 36 | 10867 | SC | Avery Lumber Company | X | YES |
| 37 | 10868 | SC | Ballard-Rice Prestress | X | YES |
| 38 | 10869 | SC | First Federal Savings & Loan | X | YES |
| 39 | 10871 | SC | Bonitz Insulating Company | X | YES |
| 40 | 10872 | SC | Builders Wholesale, Inc. | X | YES |
| 41 | 10873 | SC | Byars Machine Company | X | YES |
| 42 | 10874 | SC | C.B. Askins Construction Co | X | YES |

# AUTHORITY BASED SOLELY ON CERTIFIED SOUTH CAROLINA CLASS

| Bldg. # | Claim # | State | Building/Claimant Name | Anderson Certified Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 43 | 10875 | SC | C.L. Cannon & Sons | X | YES |
| 44 | 10876 | SC | C.L. Duffie Painting Inc. | X | YES |
| 45 | 10877 | SC | Carolina Drywall Ins. Co. | X | YES |
| 46 | 10879 | SC | Carotex Industrial Supply | X | YES |
| 47 | 10880 | SC | Central Concrete & Plaster Company | X | YES |
| 48 | 10881 | SC | Central Roofing & Supply Company | X | YES |
| 49 | 10882 | SC | Chapin Lumber Company | X | YES |
| 50 | 10923 | SC | Silver Sands Motel f.k.a. Siver Sands Hotel | X | YES |
| 51 | 10926 | SC | St. Francis Hospital | X | YES |
| 52 | 10927 | SC | Van-Smith Building Materials | X | YES |