# Exhibit 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF THOMAS P. HEALY, JR.

Thomas P. Healy, Jr., being duly sworn, deposes and says:

1. My name is Thomas P. Healy, Jr. I am the Associate General Counsel of the American Medical Association ("AMA").

2. As Associate General Counsel, I am responsible for the activities of the Corporate Law Division of the AMA. My duties include authorization and oversight of outside counsel in representing the AMA in certain legal matters.

3. I spoke with various representatives of the law firm of Speights & Runyan ("S&R") in late 2002 and early 2003. The subject of discussion was whether S&R would represent the AMA in this bankruptcy proceeding. I informed S&R that the AMA did not wish S&R to represent it in this proceeding.

4. Based on inquiry, I believe that no AMA representative authorized S&R to file a proof of claim on behalf of the AMA or otherwise represent the AMA in this or any other proceeding.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas P. Healy, Jr.

STATE OF ILLINOIS,
COOK COUNTY
Subscribed and sworn to before me this 6 day of July, 2005.

_____
Notary Public

"OFFICIAL SEAL"
MARILOU GLEESON
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/23/2009



# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Jeffrey C. Wisler
Partner
TEL (302) 888 6258
FAX (302) 658 0380
EMAIL jwisler@cblh.com
REPLY TO Wilmington Office

**BY TELEFAX AND U.S. MAIL**
Janet S. Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

July 1, 2005

RE: **W.R. Grace & Co., et al.**
**Case No. 01-1139 (JKF)**
**(Jointly Administered)**

Dear Jan:

This firm is counsel to Maryland Casualty Company ("MCC") in the above-referenced bankruptcy cases ("Grace Bankruptcy Cases").

This letter will confirm that: (i) MCC has never retained the law firm of Speights & Runyan to represent MCC in the Grace Bankruptcy Cases; and (ii) MCC never authorized the law firm of Speights & Runyan to file a proof of claim on MCC's behalf in the Grace Bankruptcy Cases.

Yours truly,

Jeffrey C. Wisler

JCW/dap
cc:   Maryland Casualty Company (via telefax)
#404120

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No.   MISC |
| | | USBC for D.DE 01-01139(JFK) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

SUBPOENA FOR RULE 30(b)(6) DEPOSITION

### AFFIDAVIT OF AMY D. RICHARD

I, Amy D. Richard, do depose and state upon my personal knowledge as follows:

1. I am a paralegal at Harvard Vanguard Medical Associates, Inc., ("Harvard Vanguard") located at 275 Grove Street, Newton, MA, and have been desginated by the organization to testify as the deponent under Rule 30(b)(6) in the above-captioned matter.

2. Harvard Vanguard has not filed any proofs of claim in the above-captioned bankruptcy cases.

3. Harvard Vanguard has not retained the law firm of Speights and Runyan for the purpose of filing a proof of claim or for the purpose of representing Harvard Vanguard in the above-captioned bankruptcy cases.

SIGNED UNDER THE PENALTIES OF PERJURY THIS ___7th___ DAY OF JULY, 2005.

_____
Amy D. Richard
Paralegal
Harvard Vanguard Medical Associates, Inc.
275 Grove Street, Suiute 3-300
Newton, MA 02466



**Harvard Vanguard Medical Associates**

A major teaching affiliate of Harvard Medical School

July 7, 2005

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>
Michael T. Dierkes, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

Re:   <u>In re: W.R. Grace & Co., et al</u>

Dear Attorney Dierkes:

In response to the 30(b)(6) deposition subpoena issued to Harvard Vanguard Medical Associates, Inc. ("HVMA") in the above-referenced matter and your letter to me dated June 30, 2005, in lieu of appearing at a deposition, I am enclosing an Affidavit signed by me stating that HVMA did not authorize Speights & Runyan to represent it and file a proof of claim on its behalf in the Grace bankruptcy.

Please note that the entity, "Harvard Public Health (Harvard Vanguard Medical Assoc.)" listed on the Proof of Claim form by Speights and Runyan is incorrect. Harvard Vanguard was never known as "Harvard Public Health." Its predecessor is Harvard Pilgrim Health Care Inc. ("HPHC"). I believe HPHC owned the building located at 23 Miner St., Boston, MA.

If you have any questions, I can be reached at 617-559-8016.

Very truly yours,

Amy D. Richard
Paralegal

275 Grove St. Suite 3-300
Newton, MA 02466-2275    www.harvardvanguard.org

**ROTATORI, BENDER,
GRAGEL, STOPER & ALEXANDER CO., L.P.A.**

ATTORNEYS AT LAW
800 LEADER BUILDING
526 SUPERIOR AVENUE EAST
CLEVELAND, OHIO 44114-1498
(216) 928-1010
FACSIMILE (216) 928-1007

ROBERT J. ROTATORI
J. TIMOTHY BENDER

SUSAN L. GRAGEL
RICHARD L. STOPER, JR.
JOSEPH P. ALEXANDER
J. SCOTT BROOME

December 29, 2004

<u>*VIA OVERNIGHT MAIL*</u>

Rust Consulting, Inc.
Claims Processing Agent
Re:   W.R. Grace and Co. (Supplemental Information)
201 South Lyndale Avenue
Faribault, Minnesota 55021

Kirkland & Ellis LLP
Attn: Joseph S. Nacca
200 E. Randolph Drive
Chicago, Illinois  60601

Re:   <u>W.R. Grace Bankruptcy, Claim No. 00002785</u>

Dear Sir and/or Madam:

I represent Building Laborers Local 310 in Cleveland, Ohio and have filed a Property Damage claim on their behalf, Claim No. 00002785. In reviewing the recently filed Exhibit B to Notice of Intent to Object (filed 12/6/2004), I noticed a claim that appears to have been filed on behalf of my client without authorization. It is Claim No. 11591 filed on behalf of Laborers 310 Union Office Building and is no. 956 on Exhibit B. The claim is being challenged for Materially Insufficient Supporting Information.

Please advise regarding the effect of this unauthorized claim upon the claim that I previously filed for Building Laborers Local 310. For your convenience, a copy of the Acknowledgement for Claim No. 00002785 together with the supporting documentation enclosed with the original claim is enclosed.

Very truly yours,

Richard L. Stoper, Jr.

## Metropolitan Pier and Exposition Authority

2301 South Lake Shore Drive • Chicago, Illinois 60616 • Telephone 312 791.7000 • Fax 312 791.6543

**BY TELEFAX AND U.S. MAIL**
Samuel Blatnik, Esq.
Kirkland & Ellis
200 east Randolph Drive
Chicago, IL 60601

July 18, 2005

RE: **W.R. Grace & Co., et al.**
    Case No. 01-1139 (JFK)
    (Jointly Administered)

Dear Mr. Blatnik

    I am writing in response to your inquiry regarding the Proof of Claim filed on behalf of McCormick Place in the above referenced bankruptcy cases ("Grace Bankruptcy Cases"). McCormick Place is owned and operated by the Metropolitan Pier and Exposition Authority ("MPEA").

    This letter will confirm that: (i) MPEA has never retained the law firm of Speights & Runyan to represent MPEA or McCormick Place in the Grace Bankruptcy Cases; and (ii) MPEA has never authorized the law firm of Speights & Runyan to file a Proof of Claim on behalf of MPEA or McCormick Place in the Grace Bankruptcy Cases.

Yours truly,

Renee C. Benjamin
General Counsel



*Managing McCormick Place Complex and Navy Pier*



**Northwest Community Healthcare**

Northwest Community Hospital
Telephone 847.618.1000

800 West Central Road
Arlington Heights, Illinois 60005.2392
www.nch.org

Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Mr. Michael T. Dierkes

July 1, 2005

Dear Mr. Dierkes,

In response to your letter dated June 30, 2005 regarding W.R. Grace & Co., No. 01-01139 (JFK), please be advised that Northwest Community Hospital has no knowledge of a firm named Speights & Runyan regarding any matter.

Sincerely,

Robert J. Klasek
Vice President Facilities Management
Northwest Community Hospital



**JEFFERSON PILOT**
FINANCIAL

Richard A. Kapanka
*Vice President &*
*Associate General Counsel*

Jefferson Pilot Financial
PO Box 21008
Greensboro, NC 27420

bus: 336 691 3804
fax: 336 691 3258
richard.kapanka@jpfinancial.com

July 6, 2005

**VIA FEDERAL EXPRESS**
Michael T. Dierkes
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

    Re:    **W.R. Grace Bankruptcy**

Dear Mr. Dierkes:

This is to advise you that, to the best of my knowledge, neither Jefferson-Pilot Corporation nor any of its subsidiaries, retained the firm of Speights & Runyan to represent it or to file a proof of claim on its behalf in the matter of W.R. Grace & Co., et. al. Debtors, pending in the Bankruptcy Court for the District of Delaware.

I trust this will suffice to obviate the need for a deposition.

Please confirm.

Sincerely,

Richard A. Kapanka

RAK/dm



July 5, 2005

Michael T. Kierkes, Esq.
**KIRKLAND & ELLIS LLP**
200 East Randolph Drive
Chicago, IL 60601

RE:   *SUBPOENA ICO IN RE W.R. GRACE & CO.*
      *NO. 02-02239 (JFK)*

Dear Mr. Dierkes:

This letter confirms our telephone conversation of June 29, 2005, and also responds to your letter of June 30, 2005. Employers Insurance Company of Wausau was served with a Subpoena for a 30(b)(6) Deposition in which it was to designate a representative for the purpose of testifying whether Wausau had ever retained the law firm of Speights & Runyan to represent Wausau in the subject bankruptcy case and whether Wausau authorized the law firm of Speights & Runyan to file a proof of claim.

As I indicated, I have made inquiries with regard to the parties who would normally be involved in bankruptcy litigation and have been advised that Wausau does not have any record of having participated in the W.R. Grace case. Based on the response to my inquiries, Wausau has no record of ever having retained the law firm of Speights & Runyan and has no record of authorizing the firm to file a proof of claim on Wausau's behalf.

It is my understanding that this letter will eliminate the need for an appearance at a deposition. Please contact me in the event you have any questions or obtain any additional information that would narrow the scope of an inquiry.

Sincerely,

*Timothy J. Schoeppler*
Timothy J. Schoeppler
Counsel
Employers Insurance Company of Wausau

TJS/bls
f:\...\bniowak1\schoeppler\2005\july\l5-wr grace .doc

**WAUSAU INSURANCE COMPANIES**
2000 WESTWOOD DRIVE • WAUSAU, WI 54401-7881 • (715) 845-5211
MAILING ADDRESS: P O BOX 8017 • WAUSAU, WI 54402-8017
Member of Liberty Mutual Group