# Exhibit 8

158)

IN THE STATE OF SOUTH CAROLINA )
COUNTY OF HAMPTON )
)   IN THE COURT OF COMMON PLEAS
ANDERSON MEMORIAL HOSPITAL, )
on behalf of itself and others )
similarly situated )
)   Case No. 92-CP-25-279
Plaintiff, )
)   Order
v. )
)
W. R. GRACE & COMPANY; W.R. )
GRACE & COMPANY-CONNECTICUT; )
UNITED STATE GYPSUM COMPANY; )
USG CORPOATION; UNITED STATES )
MINERAL PRODUCTS COMPANY; )
DANA CORPORATION; KEENE )
CORPORATION; ASBESTOS )
PRODUCT MANUFACTURING )
COMPANY; ASBESTOSPRAY )
CORPORATION; H & A )
CONSTRUCTION CORPORATION, )
formerly SPRAYCRAFT; T & N, plc, )
formerly TURNER & NEWALL, PLC )
AND TURNER & NEWALL, LTD; )
)
Defendants )

This matter is before the court on Plaintiff's Motion to Reconsider the court's decision to grant Certain Defendants' Motion to Strike Class Action Allegations as to Non-Residents Whose Causes of Action are Foreign to South Carolina. After careful consideration of the briefs submitted by the parties, the authorities cited therein, and the oral arguments of counsel at the December 20, 1995 hearing, the motion for reconsideration is denied. The original order dated August 8, 1994 is hereby adopted in full through the execution of this order.

The Honorable William L. Howard

May 28, 1996.

JAN 29 '96  09:55AM                                              P.13/13

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF HAMPTON ) | |
| ANDERSON MEMORIAL HOSPITAL, ) on behalf of itself and ) others similarly situated, ) | C.A. No. 92-CP-25-279 |
| Plaintiff ) | |
| v. ) | |
| W. R. GRACE & COMPANY, et al. ) | |
| Defendants ) | |

### CERTIFICATE OF MAILING

The undersigned, an employee of Turner, Padget, Graham & Laney, P.A., hereby certifies that on this 10th day of August 1994, she served the foregoing Memorandum Order by mailing a copy of it to each of the following attorneys via United States Mail, First Class, with proper postage affixed:

Daniel A. Speights, Esquire
Speights & Rynyan
304 Lee Avenue
Post Office Box 685
Hampton, South Carolina 29924

Donald A. Cockrill, Esquire
Phillip A. Kilgore, Esquire
Ogletree, Deakins, Nash,
  Smoak and Stewart
Post Office Box 2757
Greenville, South Carolina 29602

Allen S. Joslyn, Esquire
Cahill, Gordon & Reindel
80 Pine Street
New York, New York 10005

Bruce E. Miller, Esquire
Barnwell, Whaley, Patterson & Helms
Post Office Drawer H
Charleston, South Carolina 29402