# Exhibit 11

02/03/2001  16:27  803 020-3055        JUDGE JOHN HAYES                PAGE  01

O-1

STATE OF SOUTH CAROLINA        )        IN THE COURT OF COMMON PLEAS
                               )
COUNTY OF HAMPTON              )
                               )
Anderson Memorial Hospital, on behalf   )    Civil Action No.92-CP-25-279
of itself and others similarly situated )
                               )
            Plaintiffs,        )
      v.                       )
                               )
W. R. Grace & Company; W.R. Grace &      )    **ORDER**
Company-Connecticut; United States       )
Mineral Products Company; T&N, plc.,     )
formally Turner & Newall, PLC and Turner )
& Newall, LTD; United States Gypsum      )
Company; Asbestos Products Manufacturing )
Corporation; Asbestospray Corporation;   )
H&A Construction Company,                 )
                               )
            Defendants.         )
_____)

**FILED**
10:05 Am
FEB - 9 2001
CLERK OF COURT
HAMPTON COUNTY

        Anderson Memorial Hospital has petitioned this Court for emergency relief which

is based on the verified petition of counsel.  I find under the circumstances such ex parte request is

appropriate and not violative of the prohibition against ex parte communications.  Based on the

evidence and law presented to me at this time, I conditionally certify against W. R. Grace &

Company and W.R. Grace & Company-Connecticut the class action requested in the Plaintiff's class

certification motion.  I further issue a Rule to Show Cause, returnable within three days from the date

this order is served, for W. R. Grace & Company and W.R. Grace & Company-Connecticut to show

cause why this conditional class certification should not remain in effect pending the Court's final

order on Plaintiff's motion to certify.

        **IT IS SO ORDERED.**

                                        _____
                                        The Honorable John C. Hayes, III
                                        Presiding Judge

York, South Carolina
February 9, 2001


FEB 2001
Received
Speights &
Runyen