# Exhibit 12

**STATE OF SOUTH CAROLINA**
COUNTY OF __Hampton__
IN THE COURT OF COMMON PLEAS

Anderson Memorial Hospital
_____
_____
_____

**PLAINTIFF(S)**

**JUDGMENT IN A CIVIL CASE**

CASE NO. __92__ -CP- __25__ __279__

W.R. Grace & Co., et al.
_____
_____
_____

**DEFENDANT(S)**

**FILED**
12:10 pm
JUN 18 2001
CLERK OF COURT
HAMPTON COUNTY

**CHECK ONE:**

[ ]  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and a verdict rendered.

[X]  **DECISION BY THE COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision rendered.

[ ]  **ACTION DISMISSED** (*CHECK REASON*): [ ] Rule 12(b), SCRCP; [ ] Rule 41(a), SCRCP (Vol. Nonsuit); [ ] Rule 43(k), SCRCP (Settled); [ ] Other _____

[ ]  **ACTION STRICKEN** (*CHECK REASON*): [ ] Rule 40(j) SCRCP; [ ] Bankruptcy; [ ] Binding arbitration, subject to right to restore to confirm, vacate or modify arbitration award; [ ] Other _____

**IT IS ORDERED AND ADJUDGED:** [ ] See attached order; [X] Statement of Judgment by the Court:

Plaintiff's Motion for class certification is hereby Granted. More detailed Order to follow.

Dated at __Rock Hill__, South Carolina, this __15th__ day of __June__, 20__01__.

_John C Hayes IV_
**PRESIDING JUDGE**

This judgment was entered on the ____ day of _____, 20____, and a copy mailed first class this ____ day of _____, 20____ to attorneys of record or to parties (when appearing pro se) as follows:

_____
_____
_____
_____

**ATTORNEY(S) FOR THE PLAINTIFF(S)**

_____
_____
_____
_____

**ATTORNEY(S) FOR THE DEFENDANT(S)**

SCRCP APP-24

CLERK OF COURT

TOTAL P.03