# Exhibit 15

| Number | Claim Number | Claimant | Real Property State |
|---|---|---|---|
| | | **Withdrawn Out of State Claims** | |
| 1 | 6720 | ILLINOIS UNION BLDG ILLINOIS UNION BOOKSTORE | IL |
| 2 | 6743 | PRESBYTERIAN CHURCH | CA |
| 3 | 6833 | WACHOVIA C/O AMANDA G STEINMEYER SPEIGHTS & RUNY | PA |
| 4 | 6837 | FIRST CHRISTIAN CHURCH | OK |
| 5 | 6917 | MEDINA GENERAL HOSPITAL | OH |
| 6 | 10680 | NEW MELLREY BANK | AR |
| 7 | 10684 | EMBARCADERO CENTER | CA |
| 8 | 10698 | SPANISH PAVILLION | MO |
| 9 | 10719 | R.H. MACY DEPARTMENT STORE | NY |
| 10 | 10721 | MACEY DEPARTMENT | NY |
| 11 | 10724 | MCDONNEL DOUGLAS CORPORATE HEADQUARTERS | MO |
| 12 | 10730 | UNITED CALIFORNIA BANK BUILDING | CA |
| 13 | 10770 | BOWERY SAVINGS BANK BUILDING 9 | NY |
| 14 | 10771 | BOWERY SAVINGS BANK BUILDING 327 | NY |
| 15 | 10772 | BOWERY SAVINGS BANK BUILDING 6 | NY |
| 16 | 10920 | COLTON CIVIC CENTER | CA |
| 17 | 10922 | SAN DIEGO GAS & ELECTRIC CO | CA |
| 18 | 10944 | FIRST NATIONAL BANK | CA |
| 19 | 10973 | HOSPITAL | CA |
| 20 | 11004 | HOWLAND HOOK TERMINAL | NY |
| 21 | 11065 | WIEBOLDTS STORE | IL |
| 22 | 11067 | LUTHERAN SOUTH HOSPITAL | IL |
| 23 | 11086 | ZOO JOB | AR |
| 24 | 11103 | NEW BRITAIN HERALD | CT |
| 25 | 11143 | FIDELITY BANK & TRUST CO. | PA |
| 26 | 11150 | EMPLOYERS MUTUAL INSURANCE COMPANY | IA |
| 27 | 11162 | AKRON CASCADE TOWERS | OH |
| 28 | 11163 | ELKTON HOSPITAL | MD |
| 29 | 11164 | IVERSON TOWERS | MD |
| 30 | 11214 | ONE SHELL SQUARE | LA |
| 31 | 11216 | ST. FRANCIS HOSPITAL | LA |
| 32 | 11238 | SOUTHWICK SHOPPING CENTER | OH |
| 33 | 11239 | PORTLAND AIRPORT | OR |
| 34 | 11245 | UNION BANK JOB NKA NATIONS BANK | AR |
| 35 | 11395 | NATIONAL NEWARK & ESSEX BANK | NJ |
| 36 | 11420 | JOB, MORAN C/O AMANDA G STEINMEYER SPEIGHTS & RU | WA |
| 37 | 11421 | PEOPLE S NATIONAL BANK | WA |
| 38 | 11431 | EASTERN PARKWAY LIBRARY | NY |
| 39 | 11513 | FAIRVIEW SHOPPING MALL | MA |
| 40 | 11552 | GA FARM BUREAU BUILDING | GA |
| 41 | 11565 | FIRST UNION BANK | NC |
| 42 | 11591 | LABORER S 310 UNION OFFICE BUILDING | OH |
| 43 | 11598 | GENERAL MOTORS BUILDING | NY |
| 44 | 11601 | A&S DEPARTMENT STORE | NY |
| 45 | 11709 | COLORADO NATIONAL BANK | CO |
| 46 | 11713 | COLORADO STATE BANK | CO |