# Exhibit 16

| | | Withdrawn In State Claims | |
|---|---|---|---|
| Number | Claim Number | Claimant | Real Property State |
| 1 | 10878 | CAROLINA MOTOR INN | SC |
| 2 | 10852 | FRANK ULMER LUMBER COMPANY | SC |
| 3 | 10834 | MCCRORY SUMMWALT CONSTRUCTION COMPANY | SC |
| 4 | 10924 | SMITH PLASTERING COMPANY | SC |
| 5 | 10928 | WOODCOCK PLASTERING COMPANY | SC |