# EXHIBIT - A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et. al. | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

### ORDER APPROVING SEVENTEENTH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Seventeenth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period April 1, 2005 through June 30, 2005, dated October ___, 2005 (the "Application"); and upon the Certification of William Bishop in support of the Application; and upon a hearing having been held before this Court to consider the Seventeenth Quarterly Fee Application on December 19, 2005 at 12:00 p.m.; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Seventeenth Fee Application are approved, and it is further

{10007001.DOC}

ORDERED that the compensation for services rendered in the amount of $232,178.60 (plus $8,368.30 for preparing the related fee applications) and reimbursement of expenses incurred in the amount of $1,146.61 is hereby granted to PwC.

Dated: _____, 2005

_____
United States Bankruptcy Judge

{10007001.DOC}