# EXHIBIT - B

**Summary of PwC's Fees By Individual:**
**Seventeenth Interim Quarterly Reporting Period**
**April, 2005 through June 30, 2005**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Todd Hutcherson Total | Audit Senior Manager | 11 | Integrated Audit | 37.0 | $ 12,353.00 |
| William Bishop Total | Audit Partner | 27 | Integrated Audit | 32.3 | $ 19,079.40 |
| Tony T Truong Total | Audit Associate | 1 | Integrated Audit | 6.5 | $ 520.00 |
| Thomas Barbieri Total | Audit Partner | >20 | Integrated Audit | 1.0 | $ 732.00 |
| Steven Halterman Total | Director | >20 | Integrated Audit | 2.0 | $ 1,280.00 |
| Sandra David (PR Statutory Audit) Total | Audit Manager | 7 | Puerto Rico Statutory Audit | 17.1 | $ 3,709.20 |
| Sandra David Total | Audit Manager | 7 | Integrated Audit | 29.4 | $ 7,483.60 |
| Ryan Grady Total | Audit Senior Associate | 4 | Integrated Audit | 253.4 | $ 44,068.40 |
| Robert Keehan Total | Audit Partner | 18 | Integrated Audit | 8.5 | $ 4,974.50 |
| Robert F Eydt Total | SEC Review Partner | 20+ | Integrated Audit | 2.0 | $ 1,526.00 |
| Peter Woolf Total | Partner | 25 | Integrated Audit | 3.7 | $ 1,665.00 |
| Paul Spector Total | DMG Manager | 6 | Integrated Audit | 1.5 | $ 315.00 |
| Pamela Reinhardt Total | Audit Senior Associate | 3 | Integrated Audit | 88.5 | $ 16,372.50 |
| Nicholas Stromann Total | Audit Associate | 2 | Integrated Audit | 62.2 | $ 7,829.90 |
| Nicholas P Barrett (PR Statutory Audit) Total | Audit Associate | <1 | Puerto Rico Statutory Audit | 6.0 | $ 654.00 |
| Michael McDonnell (PR Statutory Audit) Total | Audit Associate | 3 | Puerto Rico Statutory Audit | 115.0 | $ 12,547.00 |
| Michael McDonnell Total | Audit Associate | 3 | Integrated Audit | 33.9 | $ 4,216.60 |
| Matthew Higgins Total | Audit Associate | 2 | Integrated Audit | 1.3 | $ 182.00 |

| | | | | |
|---|---|---|---|---|
| Marion Radeer Total | Office Staff | <1 | Integrated Audit | 2.0 | $ 120.00 |
| Maria J. Afuang Total | Audit Senior Associate | 4 | Integrated Audit | 158.8 | $ 25,408.00 |
| Margaret Bermudez Total | Office Staff | 23 | Integrated Audit | 0.3 | $ 18.00 |
| Lyndsay Signori Total | Audit Associate | 1 | Integrated Audit | 2.5 | $ 232.50 |
| Lauren Misler Total | Audit Associate | 2 | Integrated Audit | 69.7 | $ 8,503.40 |
| Krzysztof Krakowiak (PR Statutory Audit) Total | Audit Associate | 5 | Puerto Rico Statutory Audit | 107.5 | $ 11,717.50 |
| Katherine Flower Total | Intern | <1 | Integrated Audit | 9.9 | $ 782.10 |
| John E Newstead Total | Audit Senior Manager | 10+ | Integrated Audit | 40.0 | $ 13,427.00 |
| Jody Beth Underhill Total | Tax Senior Manager | 20 | Integrated Audit | 24.5 | $ 6,158.50 |
| Jason C Theros Total | Director | >10 | Integrated Audit | 0.5 | $ 205.00 |
| Francois C Barnard Total | Audit Senior Associate | 7 | Integrated Audit | 27.0 | $ 5,157.00 |
| Erica Margolius Total | Audit Associate | 1 | Integrated Audit | 135.5 | $ 12,792.50 |
| David C Lloyd Total | Audit Senior Manager | 14 | Integrated Audit | 1.9 | $ 674.50 |
| Christopher W Park Total | Audit Associate | 2 | Integrated Audit | 22.0 | $ 2,838.00 |
| Anila Pahwa Total | Office Staff | >3 | Integrated Audit | 0.5 | $ 55.00 |
| Andrew David Ralston Total | Audit Senior Associate | 6 | Integrated Audit | 23.1 | $ 3,811.50 |
| Allison Reeder Total | Client Account Administrator | 2 | Integrated Audit | 11.0 | $ 770.00 |
| Grand Total | | | | 1,338.0 | $ 232,178.60 |