# EXHIBIT - C

Summary of PwC's Fees By Project Category:
Seventeenth Interim Quarterly Reporting Period
April, 2005 through June 30, 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 80.1 | $8,368.30 |
| 13-Financing | | |
| 14-Hearings | | |

| | | |
|---|---|---|
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,338.0 | $232,178.60 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,418.1 | $240,546.90 |

PricewaterhouseCoopers LLP
Summary of Expenses
Seventeenth Interim Quarterly Reporting Period
April, 2005 through June 30, 2005

| Type of Expense | |
|---|---|
| Transportation | $1,041.34 |
| Lodging | 0.00 |
| Sundry | 0.00 |
| Business Meals | 105.27 |
| Grand Total for the Fee Period January 1, 2005 through March 31, 2005 | $1,146.61 |