IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF APPEAL FROM ORDER ENTERED SEPTEMBER 22, 2005
OF THE HONORABLE JUDITH K. FITZGERALD [D.I. No. 9488]**

PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan (collectively, the "Appellants") appeal to the United States District Court for the District of Delaware from the final order (the "Order") [D.I. No. 9488], dated September 20, 2005 and entered September 22, 2005, issued by United States Bankruptcy Judge Judith K. Fitzgerald, which Order denied the Appellants' Motion for Leave to File Late Proofs of Claim [D.I. No. 7571] dated January 14, 2005.

The parties to the Order appealed from and the names and addresses of their respective attorneys of record are:

Party

PacifiCorp

Counsel

Richard S. Cobb, Esquire
Megan N. Harper Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Steven J. McCardell, Esquire
Jared L. Inouye, Esquire
MABEY & MURRAY LC
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685
Telephone: (801) 320-6700
Facsimile: (801) 359-8256

487.001-9527.DOC

| | |
|---|---|
| Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan | Richard S. Cobb, Esquire<br>Megan N. Harper Esquire<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 600<br>P.O. Box 2087<br>Wilmington, DE 19899<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>J. Robert Nelson, Esquire<br>VAN COTT, BAGLEY, CORNWALL & MCCARTHY<br>50 South Main Street<br>Salt Lake City, UT 84144-0450<br>Telephone: (801) 237-0270<br>Facsimile: (801) 534-0058 |
| Debtors | Laura Davis Jones, Esquire<br>David Carickhoff, Esquire<br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB<br>919 Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>James H. M. Sprayregen, P.C.<br>Janet S. Baer, Esquire<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200 |
| Official Committee of Unsecured Creditors* | Michael R. Lastowski, Esquire<br>DUANE MORRIS LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 657-4942<br>Facsimile: (302) 657-4901 |

---

* None of the Official Committees participated in briefing in the Bankruptcy Court.

|  |  |
|---|---|
|  | Lewis Kruger, Esquire<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006 |
| Official Committee of Property Damage Claimants* | Scott L. Baena, Esquire<br>Richard M. Dunn, Esquire<br>BILXIN SUMBERG DUNN BAENA PRICE & AXELROD<br>2500 First Union Financial Center<br>200 South Biscayne Blvd.<br>Miami, FL 22131-2236<br>Telephone: (305) 374-7580<br>Facsimile: (305) 374-7593 |
| Official Committee of Personal Injury Claimants* | Peter Van N. Lockwood, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br><br>Matthew G. Zaleski, III, Esquire<br>CAMPBELL & LEVINE<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947 |
| Official Committee of Equity Holders* | Teresa K.D. Currier, Esquire<br>KLETT ROONEY LIEBER & SCHORLING<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 552-4220<br>Facsimile: (302) 552-4295<br><br>Philip Bentley, Esquire<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 |

U.S. Trustee

Frank J. Perch, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street
Wilmington, DE 19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

Dated: October 3, 2005

**LANDIS RATH & COBB LLP**

_/s/ Richard S. Cobb_

Richard S. Cobb (#3157)
Megan N. Harper (#4103)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Attorneys for PacifiCorp and the Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan

-and-

MABEY & MURRAY LC
Steven J. McCardell, Esquire
Jared L. Inouye, Esquire
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685
Telephone: (801) 320-6700
Facsimile: (801) 359-8256

Attorneys for PacifiCorp

-and-

VANCOTT, BAGLEY, CORNWALL & MCCARTHY
J. Robert Nelson, Esquire
50 South Main Street
Salt Lake City, UT 84144-0450
Telephone: (801) 237-0270
Facsimile: (801) 534-0058

Attorneys for the Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

ORDER ~~GRANTING~~ DENYING PACIFICORP AND THE VANCOTT BAGLEY CORNWALL & MCCARTHY 401(K) PROFIT SHARING PLAN'S MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM

THIS matter coming before the Court on the Motion of PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan (the "VanCott Plan") pursuant to 11 U.S.C. § 105(a) and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, for leave to file a late proof of claim (the "Motion"); and the Court having reviewed the Motion and all other pleadings related thereto, and otherwise being fully advised in the premises of the Motion; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core matter pursuant to 28 U.S.C. § 157(b), (iii) Notice of the Motion was sufficient under the circumstances, and (iv) good cause exists to grant the relief requested by the Motion, now, therefore, for the reasons more fully set forth in the record of the hearing on the Motion,

IT IS HEREBY ORDERED THAT:

1. The Motion is ~~GRANTED~~ DENIED; and

2. ~~PacifiCorp and the VanCott Plan are hereby allowed thirty days (30) from the date of the entry of this Order to each file a proof of claim with the Debtors' claims agent, Rust~~

The Court has reviewed the briefs, response briefs, reply brief, all exhibits and considered the arguments of

DKT. NO. 9488
Entered 9-22-05
DT. FILED

counsel. The court agrees with and adopts ④

~~Consulting, Inc., which claims shall be deemed timely~~ filed ~~notwithstanding the Bar Date of~~

~~March 31, 2003, previously set by this Court.~~

Signed this 20 day of Sept, 2005.

④ the reasoning in Debtor's Brief (D.I. 7746) and Response (D.I. 8283). Excusable neglect has not been established.

Judith K. Fitzgerald

HON. JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

2

SL 96658.2 59690 (K)001 1/11/2005 12:06pm