IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Barbara J. Rost, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan in the above-referenced cases, and on the 3rd day of October, 2005, she caused a copy of the following document:

**NOTICE OF APPEAL FROM ORDER ENTERED SEPTEMBER 22, 2005 OF THE HONORABLE JUDITH K. FITZGERALD**

to be served upon the parties on the attached list via facsimile and U.S. First Class mail, postage paid:

_____
Barbara J. Rost

SWORN TO AND SUBSCRIBED before me this 3rd day of October, 2005.

_____
Notary Public
My Commission Expires: _____

CATHY A. ADAMS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 5, 2006

487.001-7578.DOC

## W.R. GRACE – SERVICE LIST OF NOTICE OF APPEAL

**PacifiCorp**

Richard S. Cobb, Esquire
Megan N. Harper Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

**Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan**

Richard S. Cobb, Esquire
Megan N. Harper Esquire
LANDIS RATH & COBB LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

**Debtors**

Laura Davis Jones, Esquire
David Carickhoff, Esquire
PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB
919 Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

**Official Committee of Unsecured Creditors**

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

**PacifiCorp**

Steven J. McCardell, Esquire
Jared L. Inouye, Esquire
MABEY & MURRAY LC
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685
Telephone: (801) 320-6700
Facsimile: (801) 359-8256

**Van Cott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan**

J. Robert Nelson, Esquire
VAN COTT, BAGLEY, CORNWALL & MCCARTHY
50 South Main Street
Salt Lake City, UT 84144-0450
Telephone: (801) 237-0270
Facsimile: (801) 534-0058

**Debtors**

James H. M. Sprayregen, P.C.
Janet S. Baer, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

**Official Committee of Unsecured Creditors**

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

**Official Committee of Personal Injury Claimants**

Peter Van N. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

**Official Committee of Personal Injury Claimants**

Matthew G. Zaleski, III, Esquire
CAMPBELL & LEVINE
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

**Official Committee of Equity Holders**

Teresa K.D. Currier, Esquire
KLETT ROONEY LIEBER & SCHORLING
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4220
Facsimile: (302) 552-4295

**Official Committee of Equity Holders**

Philip Bentley, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

**Official Committee of Property Damage Claimants**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
BILXIN SUMBERG DUNN BAENA PRICE & AXELROD
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL 22131-2236
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

**U.S. Trustee**

Frank J. Perch, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street
Wilmington, DE 19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497