IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| IN RE: | : | CHAPTER 11 |
| W.R. GRACE & CO., et al | : | Case No. 01-01139 - (JKF) |
|  | : |  |
| DEBTORS | : | (Jointly Administered) |

CLAIMANT STATE OF DELAWARE'S
DISCLOSURE OF ANTICIPATED FACT WITNESSES

Pursuant to this Honorable Court's Case Management Order of August 29, 2005, Claimant State of Delaware, by and through its undersigned counsel, hereby discloses the name, contact address and telephone number (if known) of the fact witnesses it anticipates calling to testify live or by deposition with respect to Phase II issues.  Said witnesses are:

1)  Dorothy Franklin
    139 Davis Circle Drive
    Dover, DE  19904
    Telephone No. (302) 744-1192

2)  Doyle Tiller
    1147 Voshell Mill Road
    Dover, DE  19901
    Telephone No. (302) 744-1192

3)  Charles Alyward
    262 Meadow Ridge Parkway
    Dover, DE  19904
    Telephone No. (currently unknown)

It is anticipated that the above fact witnesses will testify as to the location and associated abatement costs (actual or estimated) of Debtors' asbestos – containing materials.

It is further stated that as of the present time, Claimant State of Delaware has not yet retained an expert witness to provide testimony with respect to Phase II issues.  Claimant State of Delaware anticipates supplementing its Expert Disclosure on or before October 24, 2005.

DATED:  October 3, 2005

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

/s/Stuart B. Drowos (Bar ID#427)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8660
(302) 577-8656
Counsel for Claimant
State of Delaware