**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |
| | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on October 3, 2005, copies of **The Official Committee of Asbestos Property Damage Claimants' Initial Disclosure of Fact and Expert Witnesses Anticipated to be Called in Phase II of the Estimation** were served upon the following parties by first class mail, email and facsimile:

    Janet S. Baer, Esquire (jbaer@kirkland.com)
    Michelle H. Browdy, Esquire (mbrowdy@kirkland.com)
    Kirkland & Ellis
    200 East Randolph Drive
    Chicago, IL  60601
    312-861-2200 (fax)
    312-861-2000 (phone)

Dated: October 3, 2005                                    FERRY, JOSEPH & PEARCE, P.A.

                                                                                /s/ Lisa L. Coggins
                                                                   Theodore J. Tacconelli (No. 2678)
                                                                   Lisa L. Coggins (No. 4234)
                                                                   824 Market Street, Suite 904
                                                                   P.O. Box 1351
                                                                   Wilmington, DE 19899
                                                                   Tel:  (302) 575-1555
                                                                   Local Counsel for the Official Committee
                                                                   of Asbestos Property Damage Claimants

                                                                   -and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danzeisen, Esquire
Bilzin Sumberg Baena Price
   & Axelrod LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
Tel:  (305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants