**CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 3rd day of October, 2005, I caused one copy of the foregoing *Notice of Service*, to be served upon the following parties by first class mail and facsimile.

Janet S. Baer, Esquire
Michelle H. Browdy, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2200 (fax)

Upon penalty of perjury I declare that the foregoing is true and correct.

    /s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)