10-1-05

TO: Clerk of U.S. Bankruptcy Ct.
824 Market
Wilmington, Delaware 19801

COPY  K & E, LLP
Attn: K. Phillips
200 E. Randolph Dr S 6500
Chicago, IL 60601

COPY  P,S,Z,Y,J, & W P.C
Attn J. O'Neill
919 N. Market St
16th Fl. BX 8705
Wilmington, Delaware 19899-8705 (or 19801)

To whom it may concern;

COURT  U S Bankruptcy Ct.
Wilmington, Del

DEBTOR  W.R. Grace
CASE # 01-1139 (JFK)         } re.
OBJ. 15th Omni.

Ed. Kerr
1308 Evangeline
Drbn. Hts. MI 48125   313-278-7519

REAL ESTATE VALUE 300,000.
DIMINISHED DUE TO ASBESTOS
8% = $24,000. CLAIM.

c. CLAIM # 1413

d. AS DISTRICT MANAGER OF W.R. GRACE DEARBORN, MICH. PLANT FROM 1964-69 IT WAS NATURAL FOR ME TO USE VERMICULITE PRODUCTS IN THE NEW HOME I BUILT IN 1964 & STILL RESIDE IN.

THE BASEMENT CONC. BLOCKS CONTAIN MASONRY FILL, THE PLASTER AGGREGATE WAS VERMICULITE & THE ATTIC INSULATION WAS VERMICULITE ATTIC FILL.

HAVING BEEN TOLD THAT THE MATERIAL WAS PERFECTLY SAFE ME & MY 2 SONS INSTALLED THE MASONRY FILL & ATTIC FILL.

NOW TO SELL MY HOME I MUST DECLARE THIS & SUFFER THE LOSS. W.R. GRACE RECORDS SHOW THAT I PAID FOR THE MATERIAL BY INVOICE. YOU MAY INSPECT MY HOME.
REGARDS, Edward D. Kern