IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on October 3, 2005, copies of **Property Damage Claimants Represented by Dies & Hile, L.L.P. Initial Disclosure of Fact and Expert Witnesses Anticipated to be Called in Phase II of the Estimation** were served upon the following parties by first class mail and email:

Janet S. Baer, Esquire (jbaer@kirkland.com)
Michael H. Browdy, Esquire (mbrowdy@kirkland.com)
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2200 (fax)
(312) 861-2000 (phone)

Scott L. Baena, Esquire (sbaena@bilzin.com)
Bilzin Sumberg Baenz Price & Axelrod LLP
200 South Biscayne Boulevard
Suite 250
Miami, FL 33131-2336
(305) 374-7580 (phone)

DATED: October 4, 2005.

LOIZIDES & ASSOCIATES

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0718
E-mail:        loizides@loizides.com

-and-

Martin W. Dies
DIES & HILE, L.L.P.
1009 West Green Avenue
Orange, Texas 77630-5697
Telephone:    (409) 883-4394
Facsimile:    (409) 883-4814

*Counsel for the D&H PD Claimants*

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on this 4th day of October, 2005, I caused one copy of the foregoing *Notice of Service* to be served upon the following parties by first class mail.

    Janet S. Baer, Esquire (jbaer@kirkland.com)
    Michael H. Browdy, Esquire (mbrowdy@kirkland.com)
    Kirkland & Ellis
    200 East Randolph Drive
    Chicago, IL 60601
    (312) 861-2200 (fax)
    (312) 861-2000 (phone)

    Scott L. Baena, Esquire (sbaena@bilzin.com)
    Bilzin Sumberg Baenz Price & Axelrod LLP
    200 South Biscayne Boulevard
    Suite 250
    Miami, FL 33131-2336
    (305) 374-7580 (phone)

Upon penalty of perjury I declare that the foregoing is true and correct.

                                          Christopher D. Loizides (No. 3968)