

Citibank, N.A. - Puerto Rico
Member FDIC

DAREX PR
DAREX PUERTO RICO INC

Page    3 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005

## DESCRIPTIVE ITEMS

| Date | Description | Serial No | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 07-20 | TOTAL DEPOSITS | | | 265,536.12 | 6,422,508.27 |
| 07-21 | TOTAL CHECKS PAID | | 12,052.80 | | 6,410,455.47 |
| 07-25 | NAME: TAX SERVICE 702 | | 1,045.42 | | |
| | ENTRY DESC: PMT IMPND | | | | |
| | INDIVIDUAL ID: C3953-005414243 | | | | |
| 07-25 | TOTAL CHECKS PAID | | 620.78 | | |
| 07-26 | TOTAL CHECKS PAID | | 17,182.48 | | 6,408,789.27 |
| 07-26 | TOTAL DEPOSITS | | | 75,072.41 | |
| 07-27 | TOTAL CHECKS PAID | | 4,368.12 | | 6,466,679.20 |
| 07-27 | CLOSING BALANCE | | | | 6,462,311.08 |
| Total Debits/Credits | | | 645,097.17 | 928,823.41 | 6,462,311.08 |

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page 4 of 16

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005


#17612    6/30/05    $1,914.00




#17617    7/05/05    $14,665.47



THE IMAGE OF THIS ITEM IS CURRENTLY
UNAVAILABLE. IF YOU REQUIRE A COPY
OF THIS ITEM PLEASE CONTACT YOUR
BANK.

#17619    7/05/05    $34,046.72


#17630    7/05/05    $324.00




#17635    6/28/05    $19,193.50



Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

Page    5 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005



#17648    7/05/05    $65.00

#17649    7/05/05    $100.00

#17655    7/01/05    $97,903.00

#17662    6/28/05    $33,194.70

#17664    6/28/05    $90.00

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page    6 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| Check | Date | Amount |
|---|---|---|
| #17665 | 7/11/05 | $3,564.00 |
| #17666 | 6/28/05 | $4,133.36 |
| #17667 | 6/30/05 | $30,962.43 |
| #17669 | 7/06/05 | $250.00 |
| #17670 | 7/11/05 | $68.00 |

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page 7 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| Check # | Date | Amount |
|---|---|---|
| #17671 | 7/13/05 | $130.53 |
| #17672 | 7/12/05 | $500.00 |
| #17673 | 7/05/05 | $710.00 |
| #17674 | 7/07/05 | $4,245.78 |
| #17675 | 7/06/05 | $4,747.50 |

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page  8 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



#17676     7/08/05     $6,271.52

#17677     7/06/05     $15,992.04

#17679     7/12/05     $4,199.58

#17680     7/12/05     $6,451.50

#17681     7/12/05     $7,551.47

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

Page    9 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005



| Check # | Date | Amount |
|---|---|---|
| #17683 | 7/18/05 | $611.27 |
| #17684 | 7/12/05 | $129.00 |
| #17685 | 7/18/05 | $225.00 |
| #17686 | 7/13/05 | $4,786.50 |
| #17687 | 7/12/05 | $12,575.64 |

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

Page 10 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005




#17689      7/18/05      $97,903.00



#17692      7/27/05      $100.50


#17693      7/25/05      $18.79


#17694      7/20/05      $40.00


#17695      7/25/05      $51.75

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page  11 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| Check # | Date | Amount |
|---|---|---|
| #17696 | 7/18/05 | $225.00 |
| #17697 | 7/25/05 | $235.24 |
| #17698 | 7/27/05 | $250.00 |
| #17699 | 7/19/05 | $251.76 |
| #17700 | 7/25/05 | $315.00 |

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page    12 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



#17701     7/27/05     $469.58

#17702     7/20/05     $550.00

#17703     7/20/05     $765.20

#17704     7/20/05     $1,100.10

#17705     7/20/05     $1,914.00

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

Page   13 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005



| Check # | Date | Amount |
|---|---|---|
| #17706 | 7/27/05 | $2,376.00 |
| #17707 | 7/20/05 | $3,395.00 |
| #17708 | 7/20/05 | $6,778.76 |
| #17709 | 7/20/05 | $6,859.30 |
| #17710 | 7/20/05 | $6,965.33 |

Citibank, N.A. - Puerto Rico
Member FDIC

Page 14 of 16

DAREX PR
DAREX PUERTO RICO INC

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| Check # | Date | Amount |
|---|---|---|
| #17711 | 7/20/05 | $9,016.68 |
| #17712 | 7/21/05 | $12,052.80 |
| #17713 | 7/20/05 | $19,354.50 |
| #17714 | 7/20/05 | $30,998.89 |
| #17719 | 7/26/05 | $8,034.10 |

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page 15 of 16

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| Check # | Date | Amount |
|---|---|---|
| #17720 | 7/26/05 | $8,425.34 |
| #77615 | 7/06/05 | $9,287.10 |
| #101534 | 6/28/05 | $940.47 |
| #101537 | 7/15/05 | $940.48 |
| #101538 | 7/15/05 | $1,172.05 |

Citibank, N.A. - Puerto Rico
Member FDIC

Page    16 of 16

**DAREX PR**
DAREX PUERTO RICO INC

Account Number: 0/300153/011
Statement Period
Jun 28, 2005 - Jul 27, 2005

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



#101539    7/13/05    $723.03

#101541    7/27/05    $1,172.04

#101542    7/26/05    $723.04