# EXHIBIT 2

# Dkt 9514 - 13th Omni 5 Continuation Order for WR Grace

Total number of parties: 7
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 16151 | ARCHER JR, DAVID L, 129 WOOD CIR, IOWA PARK, TX 76367-1127 |
| 16151 | ARCHER, MICHELLE B, 129 WOOD CIR, IOWA PARK, TX 76367-1127 |
| 16151 | CHL ADMINISTRATION INC, PO BOX 6029, PORTLAND, OR 97228 |
| 16151 | CITY OF CAMBRIDGE MASSACHUSETTS, C/O STEPHEN D ANDERSON ESQ, ANDERSON & KREIGER LLP, 43 THORNDIKE ST, CAMBRIDGE, MA 02141 |
| 16151 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI, MICHAEL CROSSEN / DAVID C FIXLER, RUBIN AND RUDMAN LLP, 50 ROWES WHARF, BOSTON, MA 02110 |
| 16151 | PEARSON SR, PETER P, PO BOX 26301, TUCSON, AZ 85726 |
| 16151 | PERINI CORPORATION, C/O JEFFREY R PORTER ESQUIRE, MINTZ LEVIN COHN FERRIS ET AL, ONE FINANCIAL CENTER, BOSTON, MA 02111 |

Subtotal for this group: 7