# EXHIBIT 2

## · Dkt No. 9515 - 7th Omni 8 Continuation Order
## for WR Grace

**Total number of parties: 1**

**Preferred Mode of Service: US Mail (1st Class)**

### Exhibit 2 - WR Grace Mailing

**Svc Lst  Name and Address of Served Party**

16152   NATIONAL UNION FIRE INSURANCE COMPANY OF, C/O MICHAEL S DAVIS ESQ, ZEICHNER ELLMAN & KRAUSE LLP, 575 LEXINGTON AVE, NEW YORK, NY 10022

**Subtotal for this group: 1**

WR Grace