# EXHIBIT 2

# Dkt No. 9516 - 3rd Omni 11 Continuation Order
# for WR Grace

Total number of parties: 4
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 16153 | BARNETT, MARK C, 116 DRUID ST, GREENVILLE, SC 29609-4802 |
| 16153 | IRON MOUNTAIN RECORDS MANAGEMENT, C/O D&B BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 16153 | OFFICE DEPOT INC, ROBBIE SMITH ACCS, 2200 OLD GERMANTOWN RD, DELRAY BEACH, FL 33445 |
| 16153 | SANDERS ROOFING CO INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |

Subtotal for this group: 4