# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 29, 2005

Bill Number 85369
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through August 31, 2005

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $6.39 |
| FEDERAL EXPRESS | | | |
| 08/02/05 | To Kirkland & Ellis from Casner & Edwards on 07/08/05 by RAM | 25.00 | |
| | | | $25.00 |
| TRAVEL | | | |
| 08/12/05 | ROBERT A MURPHY - To D.C. to meet with Kirkland & Ellis Attorneys and in-house counsel re: estimating asbestos bodily injury claims. | 472.43 | |
| | | | $472.43 |
| PHOTOCOPYING | | | |
| 08/02/05 | 14 copies at .12 per copy | 1.68 | |
| 08/03/05 | 8 copies at .12 per copy | 0.96 | |
| 08/08/05 | 11 copies at .12 per copy | 1.32 | |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through August 31, 2005

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 08/11/05 | 3 copies at .12 per copy | 0.36 | |
| 08/16/05 | 1 copies at .12 per copy | 0.12 | |
| 08/18/05 | 66 copies at .12 per copy | 7.92 | |
| 08/19/05 | 32 copies at .12 per copy | 3.84 | |
| 08/29/05 | 8 copies at .12 per copy | 0.96 | |
| 08/29/05 | 10 copies at .12 per copy | 1.20 | |
| | | | $18.36 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 08/07/05 | 357 | 3026525338 | 1.10 | |
| 08/07/05 | 358 | 3128612200 | 1.10 | |
| 08/31/05 | 357 | 2028795200 | 3.30 | |
| | | | | $5.50 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 08/03/05 | BOSTON CAPITAL INSTITUTE - Rent and utilities for document repository at One Winthrop Square - August 2005 | 11,791.10 | |
| | | | $11,791.10 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 08/03/05 | RECORDKEEPER ARCHIVE - June 2005 box retrieval | 27.00 | |
| 08/17/05 | RECORDKEEPER ARCHIVE - 7/1/05 to 7/31/05 storage | 434.50 | |
| | | | $461.50 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $12,780.28 |
| TOTAL THIS BILL | $12,780.28 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

September 29, 2005

Bill Number 85370
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through August 31, 2005

FEDERAL EXPRESS

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/02/05 | To 919 North Market St., Pachulski Stang Ziehl Young-Scott McFarland from Casner & Edwards on 07/13/05 by R Murphy | 13.32 | |
| 08/19/05 | To 919 N Market St, Pachulski Stang Ziehl Young-Scott McFarland from Casner & Edwards on 08/01/05 by R A Murphy. | 13.56 | |
| 08/19/05 | To 919 North Markt St., Pachulski Stang Young-Scott McFarland from Casner and Edwards on 08/09/05 by R A Murphy. | 20.31 | |
| | | | $47.19 |

PHOTOCOPYING

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/01/05 | 48 copies at .12 per copy | 5.76 | |
| 08/04/05 | 27 copies at .12 per copy | 3.24 | |
| 08/09/05 | 110 copies at .12 per copy | 13.20 | |
| | | | $22.20 |

TELEPHONE

Mark A. Shelnitz

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through August 31, 2005

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 08/31/05 | 357 | 4105314545 | 2.20 | |
| | | | | $2.20 |
| | | TOTAL DISBURSEMENTS | | $71.59 |
| | | TOTAL THIS BILL | | $71.59 |