EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD JULY 1, 2005 THROUGH JULY 31, 2005

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 06/23/05 | Pd Fedex to Columbia MD; BMB; Ck# 276080 | 14.89 |
| 06/24/05 | Pd World Copy for Bates Stamp Copies and 8-1/2 x 11 copies (5360); CK# 276532[2] | 989.79 |
| 06/27/05 | Pd Aetna Judicial Services; MED; Ck# 276377 | 6.00 |
| 07/12/05 | Pd Fedex to New York NY; BMB; Ck# 276279 | 14.75 |
| 07/12/05 | Pd Fedex to New York NY; BMB; Ck# 276279 | 14.75 |
| | Duplicating | 68.18 |
| | Matter Total Engagement Cost | 1,108.36 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 07/18/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 276607 | 7.74 |
| | Duplicating | 23.10 |
| | Matter Total Engagement Cost | 30.84 |

Engagement Costs – NJDEP v. WR Grace et al.

| | | |
|---|---|---:|
| 06/02/05 | PD GENSYS CONFERENCING; RLP; Ck# 276085[3] | 258.53 |
| 06/10/05 | PD UPS TO WASHINGTON DC; MEW; CK# 275800 | 8.95 |
| 06/10/05 | PD UPS TO BOCA RATON FL; MEW; CK# 275800 | 10.47 |
| 06/10/05 | PD UPS TO MEMPHIS TN; MEW; CK# 275800 | 10.02 |
| 06/23/05 | PD TRAVEL EXPENSE; AJM; CK# 276219[4] | 87.21 |
| 06/25/05 | PD AMEX FOR MEAL EXPENSE; AJM; CK# 275882[5] | 146.91 |
| 06/27/05 | PD UPS TO WASHINGTON DC; MSM; INV# 81207275 | 8.95 |
| 06/27/05 | PD UPS TO MEMPHIS TN; MSM; INV# 81207275 | 10.02 |
| 06/27/05 | PD UPS TO WAYNE NJ; MSM; INV# 81207275 | 7.74 |
| 06/29/05 | PD MEAL EXPENSES; MM; UH 7/15/05 P7P[6] | 32.22 |
| 07/01/05 | PD EXPENSES FOR COLOR COPIES (46) X .75 | 34.50 |

---

[2] Invoice # 39319 dated June 24, 2005 from World Copy attached hereto as Exhibit 1.

[3] Invoice No. 266331 dated 6/7/2005 from TeleDirect for matter number 082910.111099 attached hereto as Exhibit 2.

[4] Direct Reimbursement Expense Report for Anthony J. Marchetta, Esq. dated 6/23/2005 attached hereto as Exhibit 3.

[5] Reference for meal expense dated 6/25/05 attached hereto as Exhibit 4.

[6] Direct Reimbursement Expense Report for Marc A. Meyer, Esq. dated May 26, 2005 to June 30, 2005 attached hereto as Exhibit 5.

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD JULY 1, 2005 THROUGH JULY 31, 2005

Engagement Costs – Tahari, Ltd.

| Date | Description | Amount |
|---|---|---|
| 06/23/05 | Pd Fedex to Columbia MD; BMB; Ck# 276080 | 14.89 |
| 06/24/05 | Pd World Copy for Bates Stamp Copies and 8-1/2 x 11 copies (5360); CK# 276532[2] | 989.79 |
| 06/27/05 | Pd Aetna Judicial Services; MED; Ck# 276377 | 6.00 |
| 07/12/05 | Pd Fedex to New York NY; BMB; Ck# 276279 | 14.75 |
| 07/12/05 | Pd Fedex to New York NY; BMB; Ck# 276279 | 14.75 |
|  | Duplicating | 68.18 |
|  | Matter Total Engagement Cost | 1,108.36 |

Engagement Costs – Chapter 11 Administration

| Date | Description | Amount |
|---|---|---|
| 07/18/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 276607 | 7.74 |
|  | Duplicating | 23.10 |
|  | Matter Total Engagement Cost | 30.84 |

Engagement Costs – NJDEP v. WR Grace et al.

| Date | Description | Amount |
|---|---|---|
| 06/02/05 | PD GENSYS CONFERENCING; RLP; Ck# 276085[3] | 258.53 |
| 06/10/05 | PD UPS TO WASHINGTON DC; MEW; CK# 275800 | 8.95 |
| 06/10/05 | PD UPS TO BOCA RATON FL; MEW; CK# 275800 | 10.47 |
| 06/10/05 | PD UPS TO MEMPHIS TN; MEW; CK# 275800 | 10.02 |
| 06/23/05 | PD TRAVEL EXPENSE; AJM; CK# 276219[4] | 87.21 |
| 06/25/05 | PD AMEX FOR MEAL EXPENSE; AJM; CK# 275882[5] | 146.91 |
| 06/27/05 | PD UPS TO WASHINGTON DC; MSM; INV# 81207275 | 8.95 |
| 06/27/05 | PD UPS TO MEMPHIS TN; MSM; INV# 81207275 | 10.02 |
| 06/27/05 | PD UPS TO WAYNE NJ; MSM; INV# 81207275 | 7.74 |
| 06/29/05 | PD MEAL EXPENSES; MM; UH 7/15/05 P7P[6] | 32.22 |
| 07/01/05 | PD EXPENSES FOR COLOR COPIES (46) X .75 | 34.50 |

---

[2] Invoice # 39319 dated June 24, 2005 from World Copy attached hereto as Exhibit 1.

[3] Invoice No. 266331 dated 6/7/2005 from TeleDirect for matter number 082910.111099 attached hereto as Exhibit 2.

[4] Direct Reimbursement Expense Report for Anthony J. Marchetta, Esq. dated 6/23/2005 attached hereto as Exhibit 3.

[5] Reference for meal expense dated 6/25/05 attached hereto as Exhibit 4.

[6] Direct Reimbursement Expense Report for Marc A. Meyer, Esq. dated May 26, 2005 to June 30, 2005 attached hereto as Exhibit 5.

EXHIBIT 1



# WORLD COPY

230 West 41st St., Level B
New York, NY 10036
Phone-(212) 921-5555
Fax-(212) 921-5591

Powered by VersiDoc

**Invoice #** 39319

**Sold To:**
Pitney Hardin
7 Times Square
New York, New York 10036
Attn: Barry Benjamin

| Number Of Originals | Number Of Sets | Total Copies | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| 5360 | 1 | 5360 | Bates Stamp Copies | $0.05 | $268.00 |
| 5360 | 1 | 5360 | 8½ x 11 Copies | $0.12 | $643.20 |

Bates Stamp Series : GRACE 00001 - 05360

PAID..........
APPROVED..........
VENDOR NO. 007228
CHECK NO. 27,05232
CHARGE.......... 105.01

| | |
|---|---|
| SUBTOTAL | $911.20 |
| SHIPPING | |
| TAX | $78.59 |
| TOTAL | $989.79 |

**Date:** 24-Jun-05    **Client / Matter #:** 082910 - 102292    **Terms:** N15

OK to pay BJB 7/11/05

Customer Agrees To Pay Legal Fees Incurred In The Collection Of Past Due Accounts.

EXHIBIT 2

Conferencing

*nferencing Specialist*

| ice No. | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|
| - 266331 | 6/7/2005 | 7/31/2005 | 607.85 | USD |

# TeleDirect (Resrvd Unattended) -Usage Details

Conference date   6/2/2005 09:58:37                                        Duration  00:59
Meeting #         43181872    NONE
Reservation ID    717983        Scheduler  Rachel Rosen         Moderator:  Marchetta Anthony
Client Matter Number
082910.111099

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/2/2005 09:57:44 | US-VA | 59.00 mn | 17.11 |
| 2 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/2/2005 10:00:42 | US-VA | 55.00 mn | 15.95 |
| 3 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/2/2005 10:01:08 | US-VA | 55.00 mn | 15.95 |
| 4 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/2/2005 10:01:12 | US-VA | 55.00 mn | 15.95 |
| 5 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/2/2005 10:03:57 | US-VA | 52.00 mn | 15.08 |

**Total Cost    80.04**

Conference date   6/6/2005 17:24:07                                        Duration  00:50
Meeting #         43222791    NONE
Reservation ID    720076        Scheduler  Deborah Bruen        Moderator:  Marchetta Anthony
Client Matter Number
082910.111099

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:23:53 | US-VA | 2.00 mn | 0.58 |
| 2 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:25:13 | US-VA | 49.00 mn | 14.21 |
| 3 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:25:35 | US-VA | 48.00 mn | 13.92 |
| 4 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:25:49 | US-VA | 1.00 mn | 0.29 |
| 5 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:26:22 | US-VA | 48.00 mn | 13.92 |
| 6 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:27:25 | US-VA | 46.00 mn | 13.34 |
| 7 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:27:41 | US-VA | 46.00 mn | 13.34 |
| 8 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:28:30 | US-VA | 4.00 mn | 1.16 |
| 9 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:29:06 | US-VA | 19.00 mn | 5.51 |
| 10 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:29:30 | US-VA | 44.00 mn | 12.76 |
| 11 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:29:45 | US-VA | 44.00 mn | 12.76 |
| 12 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:31:48 | US-VA | 42.00 mn | 12.18 |
| 13 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:32:01 | US-VA | 42.00 mn | 12.18 |
| 14 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:32:02 | US-VA | 42.00 mn | 12.18 |
| 15 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:32:23 | US-VA | 41.00 mn | 11.89 |
| 16 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:46:22 | US-VA | 11.00 mn | 3.19 |
| 17 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:47:53 | US-VA | 19.00 mn | 5.51 |
| 18 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 17:57:14 | US-VA | 7.00 mn | 2.03 |
| 19 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/6/2005 18:03:59 | US-VA | 10.00 mn | 2.90 |

**Total Cost    163.85**

# Genesys Conferencing
*World's Leading Conferencing Specialist*

| Account No. | Invoice No. | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|---|
| 09T1 | I - 266331 | 6/7/2005 | 7/31/2005 | 607.85 | USD |

**TeleDirect (Resrvd Unattended)**  Summary

| Item | Quantity | Cost |
|---|---|---|
| TeleDirect Toll Free | 841.00 mn | 243.89 |

6% tax - +14.64
         258.53

EXHIBIT 3

RECEIVED
JUN 28 2005
PITNEY HARDIN LLP

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME ANTHONY J. MARCHETTA

Period From: _____ To: _____

**NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.**

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking or Tolls | | | | |
| 6/23/2005 | Travel to Trenton, New Jersey for meeting with Deputy Attorney General. | 161 | $65.21 | $10.00 | | | $12.00 | $87.21 | 82910 114715 WRG/Trenton |

Show details on Page 2

Expenses Reported $ 87.21

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____  Date 6/25/05

ENTERED IN COMPUTER BY: 26828 7/12/05
PAID JUL 20 2005
PITNEY HARDIN KIPP & SZUCH LLP

6/27/2005

10501

EXHIBIT 4

| | | | | | |
|---|---|---|---|---|---|
| | TIP | | $34.00 | | |
| 06/25/05 | PETELORENZOS    TRENTON<br>000003  01/FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | | NJ<br>06/23/05<br>$146.91 | 00000000003 | 146.91 |
| 06/25/05 | | | NJ<br>06/23/05 | 00004047366 | |

EXHIBIT 5

RECEIVED JUL 05 2005

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: Marc Meyer

Period From: May 26, 2005
To: June 30, 2005

PRINCE HARDIN LLP

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | |
| 5/26/2005 | EUO of William Kaelbien | 94.00 | $38.07 | $2.00 | | | | $40.07 | 067595.113603 |
| 6/6/2005 | Princeton Borough for hearing | 90.00 | $36.45 | | | | | $36.45 | 006846.114560 |
| 6/23/2005 | Parking Mock Trial | | | $2.50 | | | | $2.50 | 090144.000002 |
| 6/27/2005 | Hearing - Paramus Board of Health | 59.00 | $23.90 | $0.35 | | | | $24.25 | 011930.113014 |
| 6/28/2005 | Dep Woodbridge | 56.00 | $22.68 | $0.35 | | | | $23.03 | 067595.113603 |
| 6/29/2005 | WR Grace | | | | | $32.22 | | $32.22 | 082910.114715 |

Show details on Page 2

Expenses Reported $ 158.52

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____ Date _____

7/1/2005

JUL 15 2005

1050 1-126.30
1050 4-32.22

ENTERED BY: [signature]

EXHIBIT 6

## PITNEY, HARDIN, KIPP & SZUCH LLP
## PETTY CASH VOUCHER

EXPLANATION: W.R. GRACE  082910.11471S

| | | DISB CODE |
|---|---|---|
| 5-7pm 6/21 | 10.— | ☐ |
| 5-7pm 6/23 | 10.— | ☐ |

TOTAL  10504  $ 20.—

RECEIVED BY: Keti Dn   DATE 6/28/05

\* F for firm expense,   C for client expense

### GENERAL LEDGER
DR 1211  $
CR  (  )
NET  $

### CLIENT LEDGER
CLIENT NO
MATTER NO
CODE  $
TOTAL (1211)  $

EXHIBIT 7

Vento, Jessica

**From:** Rosen, Rachel
**Sent:** Friday, July 08, 2005 11:47 AM
**To:** MenuOrder
**Subject:** PHKS-#1103005-v1-MENU_ORDER_FORM.DOC

```
PHK&S Menu Order Form
(Address email to: MenuOrder )
Date of function: 7/8/05
Date of the week: Friday
Time of function: 12:45 p.m.
Client/Matter #: 082910.114715
Conference room: 4K   4A
Number of people: 6
Requested By: ajm
Secretary name: rr

Extension: 8099

Meal type (Please specify Breakfast, Lunch, Dinner or Other):

Food Request: other

Special Instructions: soda, diet peach snapple (2), nuts, pretzels, cookies, fruit

Business Purpose: ?????

People attending: ?????

(For 10 or more visitors)
Open Elevators(s)/Front Door at   ?????  am / till ?????  pm
If a sign is required, what should it say?


     (Address email to: MenuOrder )
DO NOT FILL IN (General Services use only):

Food Bill:   24.50

Tax:         1.47

Subtotal:   25.97                        $25.97

20%          5.19

Total Bill  31.16
```

1

EXHIBIT 8

9/30/2005
1:55 PM
Includes: Soft, Billed

Pitney Hardin LLP
Engagement Cost Report
Periods: 200507 To 200507  Dates: 7/1/2005 To 7/31/2005

(_PHDSB02JB)
Req'd By: kandolab
Currency: USD

Client: 082910  W.R. GRACE & CO.
Matter: 114715  NJDEP v. W.R. Grace et al.

Client: 082910  W.R. GRACE & CO.
Cost Code: CAR  Computer Assisted Research

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7/30/2005 | CAR | | 1871210 | 55 | 2087624 | 8/16/2005 | $794.38 | $794.38 | $794.38 |
| 7/30/2005 | CAR | | 1871211 | 55 | 2087624 | 8/16/2005 | $73.79 | $73.79 | $73.79 |
| 7/30/2005 | CAR | | 1871212 | 55 | 2087624 | 8/16/2005 | $136.23 | $136.23 | $136.23 |
| 7/30/2005 | CAR | | 1871213 | 55 | 2087624 | 8/16/2005 | $67.07 | $67.07 | $67.07 |
| 7/30/2005 | CAR | | 1871223 | 55 | 2087624 | 8/16/2005 | $48.11 | $48.11 | $48.11 |
| 7/30/2005 | CAR | | 1871303 | 55 | 2087624 | 8/16/2005 | $147.00 | $147.00 | $147.00 |
| 7/30/2005 | CAR | | 1871305 | 55 | 2087624 | 8/16/2005 | $1,670.77 | $1,670.77 | $1,670.77 |
| 7/30/2005 | CAR | | 1871374 | 55 | 2087624 | 8/16/2005 | $948.34 | $948.34 | $948.34 |
| 7/30/2005 | CAR | | 1871377 | 55 | 2087624 | 8/16/2005 | $14.82 | $14.82 | $14.82 |
| 7/30/2005 | CAR | | 1871508 | 55 | 2087624 | 8/16/2005 | $80.22 | $80.22 | $80.22 |
| 7/30/2005 | CAR | | 1871509 | 55 | 2087624 | 8/16/2005 | $2,036.27 | $2,036.27 | $2,036.27 |
| 7/30/2005 | CAR | | 1871510 | 55 | 2087624 | 8/16/2005 | $177.38 | $177.38 | $177.38 |
| 7/30/2005 | CAR | | 1871511 | 55 | 2087624 | 8/16/2005 | $384.60 | $384.60 | $384.60 |
| 7/30/2005 | CAR | | 1871519 | 55 | 2087624 | 8/16/2005 | $79.79 | $79.79 | $79.79 |
| Cost Code CAR Totals: | | | | | | | $6,658.77 | $6,658.77 | $6,658.77 |
| Matter 114715 Totals: | | | | | | | $6,658.77 | $6,658.77 | $6,658.77 |
| Client 082910 Totals: | | | | | | | $6,658.77 | $6,658.77 | $6,658.77 |
| Report Totals | | | | | | | $6,658.77 | $6,658.77 | $6,658.77 |

Page: 1