IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF SERVICE OF DISCOVERY

    I, James M. Whalen, am over the age of 18 years, not a party to this action, and hereby certify that on October 5, 2005 I caused to be served one copy of the Request for Production of All Documents Pertaining to Correspondence Between W.V. Culver, District Manager, Construction Products Division of W.R. Grace & Co. and All Claimants Represented by Motley Rice LLC upon the undersigned party by 1st class mail, postage pre-paid:

        Rachel R. Schulman, Esq.
        Kirkland & Ellis LLP
        200 E Randolph Drive
        Chicago, Illinois 60601

        _____
        James M. Whalen

Dated: October 5, 2005