**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

    I, James M. Whalen, am over the age of 18 years, not a party to this action, and hereby certify that on September 29, 2005 I caused to be served one copy of the **Request For Production Of Documents Or Materials Evidencing Previous Settlement Of Claims By Church Of St. Joseph (Claim No. 4075), Church of St. Luke (Claim No. 6934), And Church Of St. Leo The Great (Claim No. 6935)** upon the undersigned party by 1st class mail, postage pre-paid:

        Rachel R. Schulman, Esq.
        Kirkland & Ellis LLP
        200 E Randolph Drive
        Chicago, Illinois 60601

        _____
        James M. Whalen

Dated: September 29, 2005