Tom L. Lewis
Mark M. Kovacich
Lewis, Slovak, & Kovacich, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |
| | Claim No. 00009663 |

## RESPONSE TO DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Roy McMillan (Claim No. 00009663), his attorney, Tom L. Lewis of Lewis, Slovak & Kovacich, P.C., responds to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) as follows:

1. Claimant's claim relates to asbestos contamination from a W.R. Grace product in or on the property, to wit: asbestos-contaminated vermiculite from the W.R. Grace mine near Libby, Montana.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to W.R. Grace and W.R. Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant provided such supporting documentation as was available from the U.S. Environmental Protection Agency's Libby office, to W.R. Grace and W.R. Grace's representatives as an attachment to his Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive), filed on August 8, 2003.

Respectfully submitted this ___6___ day of October, 2005.

Lewis, Slovak & Kovacich, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) was served on the 6th day of October, 2005, by fax and by Federal Express courier, upon the following:

Co-Counsel for the Debtors:

Janet S. Baer
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
fax 312-861-2200

Laura Davis Jones
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705
fax 302-652-4400

Counsel to the Official Committee of Unsecured Creditors:

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
fax 212-806-6006

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
fax 302-657-4901

//////

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

Counsel to the Official Committee of Property Damage Claimants:

Scott L. Baena  
Bilzin, Sumberg, Dunn, Baena,  
Price & Axelrod  
First Union Financial Center  
200 Southy Biscayne Boulevard, Suite 2500  
Miami, FL 33131  
fax 305-374-7593

Michael B. Joseph  
Ferry & Joseph, P.A.  
824 Market Street, Suite 904  
P. O. Box 1351  
Wilmington, DE 19899  
fax 302-575-1714

Counsel to the Official Committee of Personal Injury Claimants:

Elihu Inselbuch  
Caplin & Drysdale  
399 Park Avenue, 36th Floor  
New York, NY 10022  
fax 212-644-6755

Marla Eskin  
Campbell & Levine, LLC  
800 N. King Street, Suite 300  
Wilmington, DE 19801  
fax 302-426-9947

Counsel to the Official Committee of Equity Holders:

Thomas M. Mayer  
Kramer, Levin, Naftalis & Frankel, LLP  
919 Third Avenue  
New York, NY 10022  
fax 212-715-8000

Teresa K.D. Currier  
Klett, Rooney, Lieber & Schorling  
1000 West Street, Suite 1410  
P. O. Box 1397  
Wilmington, DE 19899-1397  
fax 302-552-4220

Counsel to the Future Claimants' Representative:

Richard W. Wyron  
Swidler, Berlin, Shereff, Friedman LLP  
3000 K Street, NW, Suite 300  
Washington, DC 20007  
fax 202-424-7643

John C. Phillips, Jr.  
Phillips, Goldman & Spence, P.A.  
1200 North Broom Street  
Wilmington, DE 19806  
302-655-4210

Office of the United States Trustee:

Office of the United States Trustee  
Attention: David Klauder  
844 N. King Street  
Wilmington, DE 19801  
fax 302-573-6497

_____

RESPONSE TO DEBTORS' FOURTEENTH  
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 3