Tom L. Lewis
Mark M. Kovacich
Lewis, Slovak, & Kovacich, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |
| | Claim No. 00009657 |

---

## RESPONSE TO DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Melvin George Parker (Claim No. 00009657), his attorney, Tom L. Lewis of Lewis, Slovak & Kovacich, P.C., responds to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) as follows:

1. Claimant's claim relates to asbestos contamination from a W.R. Grace product in or on the property, to wit: asbestos-contaminated vermiculite from the W.R. Grace mine near Libby, Montana, and the mining and other activities of W.R. Grace in the Libby community.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to W.R. Grace and W.R. Grace's representatives at the time of submission of the claim in March, 2003.

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

4. Claimant provided such supporting documentation as was available at that time from the U.S. Environmental Protection Agency's Libby office, to W.R. Grace and W.R. Grace's representatives as an attachment to his Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive), filed on August 8, 2003.

5. Claimant has been advised by the U.S. Environmental Protection Agency's contractor in Libby, known as C.D.M., that a work plan for this property is drafted and completed, and will be provided November 30, 2005. Claimant was further advised sampling results would not be released until provision of the work plan at the end of November, 2005.

6. The claimant does not possess documentation from previous owners of the property with respect to installation or placement of the asbestos-contaminated vermiculite from W.R. Grace's Libby mine. This information was so noted in claimant's original proof of claim form.

Respectfully submitted this ___6___ day of October, 2005.

Lewis, Slovak & Kovacich, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) was served on the 6th day of October, 2005, by fax and by Federal Express courier, upon the following:

Co-Counsel for the Debtors:

Janet S. Baer
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
fax 312-861-2200

Laura Davis Jones
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705
fax 302-652-4400

Counsel to the Official Committee of Unsecured Creditors:

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
fax 212-806-6006

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
fax 302-657-4901

Counsel to the Official Committee of Property Damage Claimants:

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 Southy Biscayne Boulevard, Suite 2500
Miami, FL 33131
fax 305-374-7593

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
fax 302-575-1714

Counsel to the Official Committee of Personal Injury Claimants:

Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
fax 212-644-6755

Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
fax 302-426-9947

Counsel to the Official Committee of Equity Holders:

Thomas M. Mayer
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
fax 212-715-8000

Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
fax 302-552-4220

Counsel to the Future Claimants' Representative:

Richard W. Wyron
Swidler, Berlin, Shereff, Friedman LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
fax 202-424-7643

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4210

/////

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 3

Office of the United States Trustee:

> Office of the United States Trustee
> Attention: David Klauder
> 844 N. King Street
> Wilmington, DE 19801
> fax 302-573-6497

_____
*[signature]*