Tom L. Lewis
Mark M. Kovacich
Lewis, Slovak, & Kovacich, P.C.
P. O. Box 2325
Great Falls, MT  59403
(406) 761-5595

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |
| | Claim No. 00009670 |

## RESPONSE TO DEBTORS' FOURTEENTH OMNIBUS
## OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, John Francis Wagner (Claim No. 00009670), his attorney, Tom L. Lewis of Lewis, Slovak & Kovacich, P.C., responds to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) as follows:

1. Claimant's claim relates to asbestos contamination from a W.R. Grace product in or on the property, to wit: asbestos-contaminated vermiculite from the W.R. Grace mine near Libby, Montana, and the mining and other activities of W.R. Grace in the Libby community.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to W.R. Grace and W.R. Grace's representatives at the time of submission of the claim in March, 2003.

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

4. Claimant provided such supporting documentation as was available at that time from the U.S. Environmental Protection Agency's Libby office, to W.R. Grace and W.R. Grace's representatives as an attachment to his Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive), filed on August 8, 2003.

5. Claimant has attached a more legible copy of supporting documentation and additional supporting documentation, which was not available at the time of filing of the original proof of claim and at the time of his response to the Debtors' Second Omnibus Objection to Claims (Non-Substantive).

Respectfully submitted this  6  day of October, 2005.

Lewis, Slovak & Kovacich, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) was served on the  6th  day of October, 2005, by fax and by Federal Express courier, upon the following:

Co-Counsel for the Debtors:

| | |
|---|---|
| Janet S. Baer | Laura Davis Jones |
| Kirkland & Ellis, LLP | Pachulski, Stang, Ziehl, Young, |
| 200 East Randolph Drive | Jones & Weintraub, P.C. |
| Chicago, IL 60601 | 919 North Market Street, Suite 1700 |
| fax 312-861-2200 | P. O. Box 8705 |
| | Wilmington, DE 19899-8705 |
| | fax 302-652-4400 |

/////

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

Counsel to the Official Committee of Unsecured Creditors:

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
fax 212-806-6006

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
fax 302-657-4901

Counsel to the Official Committee of Property Damage Claimants:

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 Southy Biscayne Boulevard, Suite 2500
Miami, FL 33131
fax 305-374-7593

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
fax 302-575-1714

Counsel to the Official Committee of Personal Injury Claimants:

Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
fax 212-644-6755

Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
fax 302-426-9947

Counsel to the Official Committee of Equity Holders:

Thomas M. Mayer
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
fax 212-715-8000

Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
fax 302-552-4220

Counsel to the Future Claimants' Representative:

Richard W. Wyron
Swidler, Berlin, Shereff, Friedman LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
fax 202-424-7643

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4210

/////

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 3

Office of the United States Trustee:

> Office of the United States Trustee
> Attention: David Klauder
> 844 N. King Street
> Wilmington, DE 19801
> fax 302-573-6497

_____ /s/ Stallis Barrows _____



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET- SUITE 300
DENVER, CO  80202-2466
Phone 800-227-8917
http://www.epa.gov/region08**

Ref: 8EPR-SR

RE: EPA Soil Sample Results and Information

Dear Libby Resident:

Over the past several years, EPA has performed a systematic inspection of nearly all residential and commercial properties in the Libby area. The purpose was to look for potential sources of Libby asbestos, such as vermiculite insulation, and to determine which properties required cleanup. As part of this effort, EPA collected soil samples from each property we inspected - over 16,000 soil samples from approximately 4,200 properties. This letter provides the results of your soil samples and some help in interpreting what they mean. If you are a renter of this property, please ensure that the property owner or landlord receives a copy of this letter. If you are a landlord, please ensure that your tenants receive a copy. Tenants have a right to know if there are adverse conditions present at their residence.

Before you review your results, it is important to understand some background about EPA's investigation and cleanup:

- **Soil samples are only one factor that EPA uses for determining whether a property requires cleanup.** Other conditions that may lead to cleanup include the presence of vermiculite attic insulation or high levels of Libby asbestos in interior dust samples. Also, the location of the contamination dictates the scope of the cleanup. Some properties may require only soil or only indoor cleanups, and some may require both.

- **This letter addresses only soil samples.** It does not include results of visual inspections or air or dust samples which may affect your property's status. These sample results will be sent separately.

- **Final "action levels" that will tell us exactly which properties will require cleanup have not yet been set.** By law, EPA must complete specific studies and publish a *Proposed Plan* for cleanup for public review and comment before making the final cleanup decisions. We expect the Proposed Plan to be available late this year. This will be followed by a *Record of Decision* that sets forth the final EPA plan for residential and commercial cleanup. At present, we have established preliminary criteria for determining which properties are "high priorities." We are currently cleaning up those high-priority properties and will, over time, work our way to other properties. Most owners of the high-priority properties have already received notification that their property needs cleanup. *After the Record of Decision is issued, EPA will provide you with your property's definitive cleanup status.*

# UNDERSTANDING YOUR SAMPLE RESULTS
## Contaminant Screening Study – Soil Sample Results
## Libby Asbestos Site



## THE SAMPLE RESULTS SHEET

| Property where soil samples were collected *(If this is NOT your address, please call EPA (293-6194)* ||||||||
|---|---|---|---|---|---|---|---|
| | | | | | | **PLM** ||
| Sample ID | Sample Group | Location Description (Sublocation) | | Matrix | Sample Date | Method | LA(%) |
| EPA's sample ID number for tracking purposes | | Where the sample was collected at this address | | What type of sample was collected | When the sample was collected | Which method was used to analyze the sample | Results (reported as a percent of Libby asbestos [LA] in the soil) |

## EXPLANATION OF RESULTS CATEGORIES FOR LIBBY ASBESTOS

- **ND.** This stands for "non-detect," which means that no Libby asbestos was *detected* in the sample. A "non-detect" doesn't mean that those samples are completely free of any asbestos, only that analysts could not detect the fibers using state-of-the-art analysis.

- **TR.** This stands for "trace." This means that a *very small* amount of Libby asbestos was detected in the sample, but was too small for us to quantify. This means that the amount of Libby asbestos was probably less than about 0.2% of the total sample.

- **<1%.** This means that Libby asbestos was detected in the range of about 0.2% to 1% of the total sample. These are the *lowest levels* we can accurately quantify.

- **1% or other %.** This means that Libby asbestos was detected at relatively high levels.

## Property Sample Datasheet

Property: 188 Highwood Dr

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CS-04243-FG | Yard | Front yard | Surface soil | 8/12/2002 | PLM-VE | ND | |
| CS-04244-FG | Yard | Back yard | Surface soil | 8/12/2002 | PLM-VE | ND | |
| CS-04245-FG | Flowerbed | Front yard | Surface soil | 8/12/2002 | PLM-VE | ND | |
| CS-04246-FG | Garden | Back yard | Surface soil | 8/12/2002 | PLM-VE | ND | |

BD- 004040

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Field Logbook No.: 100263   Page No.: 105   Site Visit Date: 8-25-03
Address: 188 HIGHWOOD DRIVE   Structure Description: ~~House~~ DS 8-25-03 SHED
Occupant: JOHN WAGNER   Phone Number: ~~293-5010~~ 295-9701 DS 8-25-03
Owner (if different than occupant): N/A   Phone Number: 
Business Name: N/A
Sampling Team: MICHAILOF / SPIELMAN
Field Form Check Completed by (100% of forms): [signature]
Screening Field Check Completed by (2% of forms): ___

Instructions: Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Yes | Current Presence of VCI - Yes:<br>☐ Collect dust samples in structures containing VCI after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | DS 8-25-03 |
| Current presence of VCI - Unknown<br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in structures containing VCI after reviewing existing dust sample locations.<br>☐ No, collect dust samples in structure after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | DS 8-25-03 |
| Past presence of VCI - Yes<br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br>☐ Yes, collect dust samples in structure after reviewing existing dust sample locations.<br>☐ No, collect dust samples in structure and attic per dust sampling protocol after reviewing existing dust sample locations.<br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in structure after reviewing existing dust sample locations.<br>☒ Item does not apply to this property. | DS 8-25-03 |

Page 1 of 2

DS 8-25-03

CSS Additional IFF (Continued)

Address: 188 HIGHWOOD DRIVE

BD - 004040
BD# 001337 (struck through)
DS 8-25-03

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF questions mining history, asbestos-related disease = Yes | ☒ Collect dust samples in primary and secondary structures after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | FIRST HUSBAND OF A RESIDENT WORKED AT MINE, FAMILY MEMBERS DIAGNOSED WITH ASBESTOS-RELATED ILLNESS |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in structure containing friable material after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS 8-25-03 |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement   Ground Floor   Second Floor<br>Attached Garage  (None)<br>Other: _____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite:<br>DS 8-25-03 |
| OUTDOOR SAMPLING | | |
| Visible vermiculite in suspected land use area (garden, flowerbed, etc.) | ☒ Collect dust samples in primary and secondary structures after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | VISIBLE VERMICULITE IN FORMER GARDEN |
| Visible vermiculite in large use area (Driveway or yard) | ☒ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in primary and secondary structures after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | VISIBLE VERMICULITE IN YARD<br><br>SOILS COLLECTED IN 2002 |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): _____

DS 8/25/03

BD- 001387

8/2/02　BP

☒ Soil samples collected (Date: 8/12/62 PM

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form

Field Logbook No.: 100075　　Page No.: 72　　Site Visit Date: 8-2-02

Address: 182 Highwood Drive　　Structure Description: House

Occupant: John Wagner　　Phone Number: 293-5010

Owner (if different than occupant): ———　　Phone Number: ———

Sampling Team: Bob Purtee / Albert Munoz (CDM)

Field Form Check Completed by (100% of forms): AE

Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential) Industrial Commercial | |
| Surrounding Land Use | (Residential) Industrial Commercial  School   Mining  Other: | |
| Year of Construction | 1950's   Unknown | |
| Square Footage | 1700 sq ft. | |
| Construction Material | (Wood frame)   Masonry/Stone  Other: | |
| Number of Floors Above Ground | (1)  2  3  Other: | |
| Number of Rooms Per Floor Above Ground | 1: 6   2: ___   3: ___  Other: | |
| Basement | Yes   (No) | |
| Heating Source | Wood/Coal  Electric  Propane/Gas  Other: Oil | |
| Heat Distribution | (Forced air)   Radiant  Other: | |

Page 1 of 7

## CSS INFORMATION FIELD FORM (continued)

Address: 183 Highwood Drive

BD# 001387
BP 5-2-02
001387

| Data Item | Value | Notes |
|---|---|---|
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 0   1   2   **(3)**   4<br>5-15   16-20   21-30   >30 | |
| Number of Children | 0   **(1)**   2   3   4<br>Other:_____ | |
| Years at Location | <1   1-5   **(5-10)**   10-15   >15 | 10 years |
| Was the residence/building remodeled? | **(Yes)**    No<br>If yes,<br>When (years):   <2   2-5   **(>5)**<br>Where:  Attic   Living Areas<br>**(Garage)**   Basement<br>Other:_____ | Added Carport |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes   **(No)** | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes   **(No)** | |
| Are there any known areas of exposed vermiculite? | Yes   **(No)**<br>If yes,<br>Where:  Ceiling   Walls<br>Floors   Attic<br>Other:_____ | |

Page 2 of 7

10/04/2005 08:16 AM Case 01-01139-AMC Doc 9594 Filed 10/06/05 Page 12 of 16 first national insurance 2955560 9/13

## CSS INFORMATION FIELD FORM (continued)

Address: 188 Highwood Drive

BD# 001387

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA Unknown<br>Walls: Yes (No) NA Unknown<br>Basement: Yes No (NA) Unknown<br>Crawl Space: Yes No NA (Unknown)<br>Other: _____ | Visual confirmation of current presence or absence required for attic.<br>Owner did not want inspection of crawlspace. |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: (Yes) No NA<br>Yard: (Yes) No NA<br>Stockpiles: Yes No (NA)<br>Other: _____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door<br>Within same block<br>Other: _____<br>(Unknown) | |

Page 3 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 180 Highwood Drive                    BD# 001387

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>**(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>**(Not Applicable)** | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>**(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day<br>**(Once a week)**<br>Once a month<br>Once a year<br>Not Applicable | Not Applicable applies when no vermiculite is present on the property.<br>LV present in backyard owner mows lawn during summer months |
| | Duration of Contact: | <1 hour<br>**(1-2 hours)**<br>2-4 hours<br>>4 hours<br>Not Applicable | |
| | Extent of Contact: | Heavy<br>Moderate<br>**(Light)**<br>Not Applicable | |

Page 4 of 7

## CSS INFORMATION FIELD FORM (continued)

Address: Highland Drive 135    BD# 001387

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes  (No)  Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | (Yes)  No  Unknown | |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | Yes  (No)  Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes  (No)  Unknown  NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes  (No)  Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials at or near the property? | (Yes)  No  Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | (Yes)  No  Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | (Yes)  No | |
| Where are primary source materials located? | Inside  (Outside)  Both  NA | |

ADDITIONAL INFORMATION: No ZAI present. Owner did not want inspection of crawl space. Basically did not want us in house. Attic was inspected from outside entrance. LV present in backyard. Driveway is paved not gravel (BS 8/12/01)

CSS INFORMATION FIELD FORM (continued)

Address: 188 Highwood DR

BD# 001357

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



Page 6 of 7

CSS INFORMATION FIELD FORM (continued)

Address: 188 Highwood DR          BD# 007387

## FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of House (circle):    First    Second    Third    Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed. Completed only if ZAI is present.

Scale: 1/10" = 1 foot



No LVMT

Page 7 of 7