Tom L. Lewis
Mark M. Kovacich
Lewis, Slovak, & Kovacich, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |
| | Claim No. 00013911 |

## RESPONSE TO DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Heidi Maria Drake (Claim No. 00013911), her attorney, Tom L. Lewis of Lewis, Slovak & Kovacich, P.C., responds to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) as follows:

1. Claimant's claim relates to asbestos contamination from a W.R. Grace product in or on the property, to wit: asbestos-contaminated vermiculite from the W.R. Grace mine near Libby, Montana.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to W.R. Grace and W.R. Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant provided such supporting documentation as was available from the U.S.

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Environmental Protection Agency's Libby office, to W.R. Grace and W.R. Grace's representatives as an attachment to his Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive), filed on August 8, 2003.

5. Claimant has attached additional supporting documentation, which was not available at the time the proof of claim was filed nor at the time of his response to the Debtors' Second Omnibus Objection to Claims (Non-Substantive).

Respectfully submitted this __6__ day of October, 2005.

                            Lewis, Slovak & Kovacich, P.C.

                            By: _____
                            Tom L. Lewis
                            P.O. Box 2325
                            Great Falls, MT 59403
                            (Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) was served on the __6th__ day of October, 2005, by fax and by Federal Express courier, upon the following:

Co-Counsel for the Debtors:

| | |
|---|---|
| Janet S. Baer<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>fax 312-861-2200 | Laura Davis Jones<br>Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub, P.C.<br>919 North Market Street, Suite 1700<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>fax 302-652-4400 |

Counsel to the Official Committee of Unsecured Creditors:

| | |
|---|---|
| Lewis Kruger<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982<br>fax 212-806-6006 | Michael R. Lastowski<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>fax 302-657-4901 |

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

Counsel to the Official Committee of Property Damage Claimants:

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 Southy Biscayne Boulevard, Suite 2500
Miami, FL 33131
fax 305-374-7593

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
fax 302-575-1714

Counsel to the Official Committee of Personal Injury Claimants:

Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
fax 212-644-6755

Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
fax 302-426-9947

Counsel to the Official Committee of Equity Holders:

Thomas M. Mayer
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
fax 212-715-8000

Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
fax 302-552-4220

Counsel to the Future Claimants' Representative:

Richard W. Wyron
Swidler, Berlin, Shereff, Friedman LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
fax 202-424-7643

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4210

Office of the United States Trustee:

Office of the United States Trustee
Attention: David Klauder
844 N. King Street
Wilmington, DE 19801
fax 302-573-6497

_____

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 3



Mrs. F. Drake
158 Forest Ave.
Libby, MT 59923-2972

## Property Sample Datasheet

Property: **158 Forest Ave**

| Sample ID | Sample Group | Location Description (Sub Location) | Matrix | Sample Date | Analytical Method | LA Type |
|---|---|---|---|---|---|---|
| CS-04888-FG1 | Yard | Front, side yard | Surface soil | 8/20/2002 | PLM-VE | Tr |
| CS-04889-FG1 | Yard | Back yard | Surface soil | 8/20/2002 | PLM-VE | ND |
| CS-04890-FG1 | Flowerbed | Back, front, side yard | Surface soil | 8/20/2002 | PLM-VE | ND |
| CS-04891-C | Driveway | Front yard | Surface soil | 8/20/2002 | PLM-Grav | ND |
| CS-04891-FG1 | Driveway | Front yard | Surface soil | 8/20/2002 | PLM-VE | ND |