Tom L. Lewis
Mark M. Kovacich
Lewis, Slovak, & Kovacich, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |
| | Claim No. 00009662 |

## RESPONSE TO DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Arnold Lehnert (Claim No. 00009662), his attorney, Tom L. Lewis of Lewis, Slovak & Kovacich, P.C., responds to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) as follows:

1. Claimant's claim relates to asbestos contamination from a W.R. Grace product in or on the property, to wit: asbestos-contaminated vermiculite from the W.R. Grace mine near Libby, Montana.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to W.R. Grace and W.R. Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant provided such supporting documentation as was available from the U.S.

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 1

Environmental Protection Agency's Libby office, to W.R. Grace and W.R. Grace's representatives as an attachment to his Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive), filed on August 8, 2003.

5. Claimant has attached additional supporting documentation, which was not available at the time the proof of claim was filed nor at the time of his response to the Debtors' Second Omnibus Objection to Claims (Non-Substantive).

Respectfully submitted this 6 day of October, 2005.

Lewis, Slovak & Kovacich, P.C.

By: *signature*

Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) was served on the 6th day of October, 2005, by fax and by Federal Express courier, upon the following:

Co-Counsel for the Debtors:

Janet S. Baer
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
fax 312-861-2200

Laura Davis Jones
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705
fax 302-652-4400

Counsel to the Official Committee of Unsecured Creditors:

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
fax 212-806-6006

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
fax 302-657-4901

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

Counsel to the Official Committee of Property Damage Claimants:

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 Southy Biscayne Boulevard, Suite 2500
Miami, FL 33131
fax 305-374-7593

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
fax 302-575-1714

Counsel to the Official Committee of Personal Injury Claimants:

Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
fax 212-644-6755

Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
fax 302-426-9947

Counsel to the Official Committee of Equity Holders:

Thomas M. Mayer
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
fax 212-715-8000

Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
fax 302-552-4220

Counsel to the Future Claimants' Representative:

Richard W. Wyron
Swidler, Berlin, Shereff, Friedman LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
fax 202-424-7643

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4210

Office of the United States Trustee:

Office of the United States Trustee
Attention: David Klauder
844 N. King Street
Wilmington, DE 19801
fax 302-573-6497

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 3



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 8
999 18TH STREET - SUITE 300
DENVER, CO 80202-2466
Phone 800-227-8917
http://www.epa.gov/region08

October 5, 2005

Ref:

Mr. and Mrs. Arnold Lehnert
420 Indian Head Road
Libby, MT 59923

Dear Mr. and Mrs. Lehnert:

 You requested a letter from the United States Environmental Protection Agency (EPA) regarding the status of your property at 420 Indian Head Road. On two occasions, our contractors conducted inspections of the property. The purpose of the inspections were to identify and quantify potential sources of Libby amphibole (LA) asbestos, such as vermiculite attic insulation and to collect soil and dust samples. The inspectors did not observe vermiculite insulation inside the home, and all dust sample results were below the level requiring cleaning for LA asbestos as directed by EPA. Soil samples were collected in the yard, flowerbeds, and play area of the property. Results of these samples were non-detect for LA asbestos. At the time of inspection, Libby (i.e., not commercially available) vermiculite was observed only in the flowerbed located along the southwestern edge of the property. EPA is currently removing visible Libby vermiculite from flowerbeds.

 Between July 14 and July 22, 2005, removal and restoration activities were performed in response to the discovery of vermiculite by the home owner while building a new structure in the southwest corner of the back yard. Soil was removed from this area and restored in accordance with the Removal and Restoration Agreement for the property.

 The next step in the cleanup process is a field review of the removal design specific to the 420 Indian Head property, which involves removal of the west side flowerbed.

 I do not have a firm date for this cleanup, but we are performing cleanup as quickly as conditions and funding allow. All cleanup performed by EPA will be at no cost to the owner, either current or future. The details of any cleanup will be discussed and agreed upon with the owner prior to any work. If you have any questions, please contact the EPA Information Center in Libby at 293-6194.

              Sincerely,

              *Amber K. Gipson* for Jim Christiansen

              Jim Christiansen
              Remedial Project Manager


Printed on Recycled Paper

## Property Sample Datasheet

Property: 420 Indian Hoad Rd

| Sample ID | Sample Group | Location Description (Sub Location) | Matrix | Sample Date | PLM | |
|---|---|---|---|---|---|---|
| | | | | | Method | LA (%) |
| CS-02689-C | Yard | BAck, front, side yard | Surface soil | 7/22/2002 | PLM-Grav | ND |
| CS-02689-FG1 | Yard | BAck, front, side yard | Surface soil | 7/22/2002 | PLM-VE | ND |
| CS-17495-C | Yard | Refer to diagram | Surface soil | 4/12/2004 | PLM-Grav | ND |
| CS-17495-FG1 | Yard | Refer to diagram | Surface soil | 4/12/2004 | PLM-VE | ND |
| CS-17496-C | Flowerbed | Refer to diagram | Surface soil | 4/12/2004 | PLM-Grav | ND |
| CS-17496-FG1 | Flowerbed | Refer to diagram | Surface soil | 4/12/2004 | PLM-VE | ND |
| CS-17497-C | Yard | Refer to diagram | Surface soil | 4/12/2004 | PLM-Grav | ND |
| CS-17497-FG1 | Yard | Refer to diagram | Surface soil | 4/12/2004 | PLM-VE | ND |
| CS-17498-C | Yard | Refer to diagram | Surface soil | 4/12/2004 | PLM-Grav | ND |
| CS-17498-FG1 | Yard | Refer to diagram | Surface soil | 4/12/2004 | PLM-VE | ND |
| CS-17499-FG1 | Yard | Refer to diagram | Surface soil | 4/12/2004 | PLM-VE | ND |
| CS-17500-FG1 | Play Area | Refer to diagram | Surface soil | 4/12/2004 | PLM-VE | ND |