Tom L. Lewis
Mark M. Kovacich
Lewis, Slovak, & Kovacich, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |
| | Claim No. 00009667 |

## RESPONSE TO DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On behalf of claimant, Donald Munsel (Claim No. 00009667), his attorney, Tom L. Lewis of Lewis, Slovak & Kovacich, P.C., responds to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) as follows:

1. Claimant's claim relates to asbestos contamination from a W.R. Grace product in or on the property, to wit: asbestos-contaminated vermiculite from the W.R. Grace mine near Libby, Montana.

2. Claimant's claim is based upon the findings of the U.S. Environmental Protection Agency in its Administrative Record and supplement, test results, and other documentation, as well as information obtained from other sources, including but not limited to local and national news reports, articles and meetings.

3. Claimant consented to the production and release of supporting documentation, in the possession of the U.S. Environmental Protection Agency, to W.R. Grace and W.R. Grace's representatives at the time of submission of claim in March, 2003.

4. Claimant provided such supporting documentation as was available from the U.S. Environmental Protection Agency's Libby office, to W.R. Grace and W.R. Grace's representatives as an attachment to his Response to Debtors' Second Omnibus Objection to Claims (Non-Substantive), filed on August 8, 2003.

5. Claimant has attached a more legible copy of the supporting documentation previously provided as well as additional supporting documentation, which was not available at the time the proof of claim was filed nor at the time of his response to the Debtors' Second Omnibus Objection to Claims (Non-Substantive).

Respectfully submitted this _6_ day of _October_, 2005.

Lewis, Slovak & Kovacich, P.C.

By: _____
Tom L. Lewis
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Fourteenth Omnibus Objection to Claims (Non-Substantive) was served on the 6th day of October, 2005, by fax and by Federal Express courier, upon the following:

Co-Counsel for the Debtors:

Janet S. Baer
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
fax 312-861-2200

Laura Davis Jones
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705
fax 302-652-4400

Counsel to the Official Committee of Unsecured Creditors:

Lewis Kruger
Stroock & Stroock & Lavan

Michael R. Lastowski
Duane, Morris & Heckscher, LLP

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 2

180 Maiden Lane
New York, NY 10038-4982
fax 212-806-6006

1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
fax 302-657-4901

Counsel to the Official Committee of Property Damage Claimants:

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 Southy Biscayne Boulevard, Suite 2500
Miami, FL 33131
fax 305-374-7593

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
fax 302-575-1714

Counsel to the Official Committee of Personal Injury Claimants:

Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
fax 212-644-6755

Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
fax 302-426-9947

Counsel to the Official Committee of Equity Holders:

Thomas M. Mayer
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
fax 212-715-8000

Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
fax 302-552-4220

Counsel to the Future Claimants' Representative:

Richard W. Wyron
Swidler, Berlin, Shereff, Friedman LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
fax 202-424-7643

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4210

Office of the United States Trustee:

Office of the United States Trustee
Attention: David Klauder
844 N. King Street
Wilmington, DE 19801
fax 302-573-6497

_____
[signature]

RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) - 3

## Property Sample Datasheet

Property: 340 Autumn Rd

| Sample ID | Sample Group | Location Description (Sub Location) | Matrix | Sample Date | PLM | |
|---|---|---|---|---|---|---|
| | | | | | Method | LA (%) |
| CS-14583-FG | Yard | Front yard | Surface soil | 7/23/2003 | PLM-VE | ND |
| CS-14584-C | Yard | Back yard | Surface soil | 7/23/2003 | PLM-Grav | ND |
| CS-14584-FG | Yard | Back yard | Surface soil | 7/23/2003 | PLM-VE | ND |

☐ Soil samples collected (Date: _____)

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Primary Structure and Property Assessment Information Field Form (IFF)

Field Logbook No.: **100149**   Page No.: **102**   Site Visit Date: **11/02/02**
Address: ~~340~~ **340 Autumn RP.** (1)   Structure Description: ~~2 trailers~~ Trailer
Occupant: po.  ~~Ron Munsel~~, Rex Munsel   Phone Number: **293-5101, 293-93**
Owner (if different than occupant): **Rex Munsel**   Phone Number: **293-9398**
Sampling Team: **Paul Odom, Keiren Barry (CDM)**
Field Form Check Completed by (100% of forms): **Kueng Bury (CDM)**
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | (Residential)  Industrial  Commercial | |
| Surrounding Land Use | (Residential)  Industrial  Commercial  School  Mining  Other: _____ | |
| Year of Construction | 11/04/02 po  (1974) ~~1976~~ Unknown | |
| Square Footage | ≈ 980 ~~1280~~ po 11/04/02 | |
| Construction Material | (Wood frame)   Masonry/Stone  Other: **& aluminum** | |
| Number of Floors Above Ground | (1)  2  3  Other: ___ | |
| Number of Rooms Per Floor Above Ground | 1: **6**   2: ___   3: ___   Other: ___ | |
| Basement | Yes   (No) | |
| Heating Source | (Wood/Coal)  Electric  Propane/Gas  Other: ___ | |
| Heat Distribution | Forced air  (Radiant)  Other: ___ | |

CSS INFORMATION FIELD FORM (continued)

Address: 390 Autumn Rd    BD# 003155

| Data Item | Value | Notes |
|---|---|---|
| OCCUPANT INFORMATION | | |
| Number of Adults/Employees | 0  1  2  3  (4)<br>5-15  16-20  21-30  >30 | 2 in well-trailer |
| Number of Children | 0  (1)  2  3  4<br>Other: | 1 child with Fax Munsel |
| Years at Location | <1  1-5  5-10  10-15  (>15) | |
| Was the residence/building remodeled? | Yes   (No)<br>If yes,<br>When (years):  <2  2-5  >5<br>Where:  Attic   Living Areas<br>Garage   Basement<br>Other: | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes   (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes   (No) | |
| Are there any known areas of exposed vermiculite? | Yes   (No)<br>If yes,<br>Where:  Ceiling   Walls<br>Floors   Attic<br>Other: | |

CSS INFORMATION FIELD FORM (continued)

Address: 390 Autumn Rd.

BD# 003155

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic: Yes (No) NA Unknown<br>Walls: Yes (No) NA Unknown<br>Basement: Yes No (NA) Unknown<br>Crawl Space: Yes (No) NA Unknown<br>Other:_____ | Visual confirmation of current presence or absence required for attic. |
| Evidence of Physical Damage? | Yes (No) | |
| Evidence of Water Damage? | Yes (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden: (Yes) No NA (unknown)<br>Yard: (Yes) No NA (unknown)<br>Stockpiles: Yes (No) NA (unknown)<br>(Other) Flowerbed MJB 11/2/02 | Snow cover on yard's surface prevents inspection PS 7.23.03 |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door Greenhouse<br>Within same block<br>Other:_____<br>(Unknown) | |

**CSS INFORMATION FIELD FORM (continued)**

Address: 390 Autumn Rd

BD# 003155

| Data Item | Value | | Notes |
|---|---|---|---|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>**(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>**(Not Applicable)** | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>**(Not Applicable)** | |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year<br>**(Not Applicable)** | Not Applicable applies when no vermiculite is present on the property. |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours<br>**(Not Applicable)** | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light<br>**(Not Applicable)** | |

# CSS INFORMATION FIELD FORM (continued)

Address: 390 Autumn Rd    BD# 003155

| Data Item | Value | Notes |
|---|---|---|
| **CONTAMINANT SCREENING STUDY ASSESSMENT** | | |
| **Occupant Information** | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes   No   Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | Yes  po  11/3/02   No   Unknown | Don Munsel diagnosed, all residents screened. Don lives in a separate trailer. (BD# 003157) |
| **Indoor Information** | | |
| Does the interior have Zonolite attic insulation? | Yes   No   Unknown | |
| Did the interior ever have Zonolite attic insulation? | Yes   No   Unknown   NA | NA applies if attic currently has ZAI. |
| Are there vermiculite additives in any of the building materials? | Yes   No   Unknown | none observed |
| **Outdoor Information** | | |
| Is there any evidence of primary source materials at or near the property? | Yes   No   Unknown  DS 7-23-03 | Snow cover on yards surface prevents inspection  DS 7-23-03 |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes   No   Unknown  DS 7-23-03 | |
| **Overall Assessment** | | |
| Are primary source materials present at the property? | Yes   No   Unknown  DS 7-23-03 | |
| Where are primary source materials located? | Inside   Outside   Both   NA  DS 7-23-03 | |
| ADDITIONAL INFORMATION | 390 Autumn Rd consists of 2 trailers, 246 Autumn Rd is a vacant trailer between them. Rex Munsel lives in the trailer furthest to the north, Don Munsel lives in the trailer furthest to the south, 246 Autumn is between those and vacant  1/2/02 | |

CSS INFORMATION FIELD FORM (continued)

Address: 390 & 346 Autumn Rd
               PO 11/02/02

BO# 003155
~~003156~~
PO 11/02/02

## FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, structures, flowerbeds, utility poles, known underground utilities, suspected Libby amphibole source areas, sample locations, etc). Include north arrow.

NOT TO SCALE

[Hand-drawn field diagram on graph paper showing property layout with features including: Brush, Shop, Dust Truck, gravel driveway, Camper, Hill, Pump House, Horse Run, Greenhouse, BO# 003155, BO# 003157, trailer 340, trailer 346, fence, Autumn Rd, Property Line]

NOTES:
SIZE & USE A - FORMER GARDEN FLOWERBED
#340 SHED CON GRADING OUTSIDE
A - DRIVEWAY, YARDS

Page 6 of 7

. BD- 003498

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
### Additional Information Field Form (AIFF)

Field Logbook No.: **100250**   Page No.: **18**   Site Visit Date: **7-23-03**

Address: **390 Autumn Road**   Structure Description: **Pump House**

Occupant: **Mr. + Mrs. Munsel (Don)**   Phone Number: **— 293-5101**

Owner (if different than occupant): **Rex Munsel**   Phone Number: **293-9398**

Business Name: **N/A**

Sampling Team: **Coffey / Spielman**   **072303**

Field Form Check Completed by (100% of forms): _____

Screening Field Check Completed by (2% of forms): _____

**Instructions:** Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS<br>7-23-03 |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS<br>7-23-03 |

Page 1 of 2

CSS Additional IFF (Continued)

Address: 390 Autumn Road

BD# 003498

| Category and Action Trigger | Action | Notes |
|---|---|---|
| Secondary Source Indications<br><br>Answer to any IFF Secondary Source Indication questions (mining history, asbestos-related disease) = Yes | ☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | No additional info. in PIFF |
| Vermiculite Present in Building Materials<br><br>Answer to IFF question: Are there vermiculite additives in any of the building materials? = Yes | Condition of Vermiculite Containing Building Material:<br><br>☐ Intact. No further action on this item required.<br><br>☐ Friable, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS 7-23-03 |
| Location dust samples NOT collected due to current presence of visible vermiculite (circle all that apply) | Basement   Ground Floor   Second Floor<br>Attached Garage   (None)<br>Other: _____<br><br>☐ Item does not apply to this property. | Specific location of visible vermiculite:<br>DS 7-23-03 |
| **OUTDOOR SAMPLING** | | |
| Visible vermiculite in large use area (Driveway or yard) | ☐ Collect soil sample for each use area and add locations to existing property diagram.<br><br>☒ Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Item does not apply to this property. | Visible vermiculite in yard, driveway |

ADDITIONAL INFORMATION (Note any partial access or sample collection issues): 

DS 7-23-03

CSS Additional IFF_V1.wpd

# LIBBY ASBESTOS PROJECT
## Contaminant Screening Study
## Additional Information Field Form (AIFF)

Field Logbook No.: 100250  Page No.: 18  Site Visit Date: 7-23-03
Address: 390 Autumn Road  Structure Description: SHED
Occupant: Mr. + Mrs. Munsel (Don)  Phone Number: ~~29~~ DS 7.23.03  293-5101
Owner (if different than occupant): Rex Munsel  Phone Number: 293-9398
Business Name: N/A
Sampling Team: Coffey / Spielman                  072503
Field Form Check Completed by (100% of forms): _____
Screening Field Check Completed by (2% of forms): _____

Instructions: Pull existing residential file folder and original IFF; ensure past dust sampling FSDS, and soil sampling FSDS, are present. Conduct additional investigations as described below. If action item does not apply to the property, check item does not apply to this property.

| Category and Action Trigger | Action | Notes |
|---|---|---|
| **INDOOR SAMPLING/ATTIC INSPECTION** | | |
| Current presence of VCI - Unknown<br><br>Answer to IFF question: Does the interior have VCI? = Unknown | Current Status of VCI Determined:<br><br>☐ Yes, update existing IFF. If VCI is present, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS 7.23.03 |
| Past presence of VCI - Yes<br><br>Answer to IFF question: Did the interior ever have VCI? = Yes | Remnants of Vermiculite Visible:<br><br>☐ Yes, collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ No, collect dust samples in living space and attic per dust sampling protocol after reviewing existing dust sample locations.<br><br>☐ Unknown, attic cannot be accessed for visual inspection. Collect dust samples in living space per dust sampling protocol after reviewing existing dust sample locations.<br><br>☒ Item does not apply to this property. | DS 7.23.03 |