UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br><br>DEBTORS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CHAPTER 11 <br><br> BANKRUPTCY NO. 01-01139 (JJF) <br><br> (Jointly Administered) |

**RESPONSE OF
EINO AND AILI KOSKI (CLAIM NO. 15343); DANIEL KWAS
(CLAIM NO. 15344); GLADWIN WORDEN (CLAIM NO. 15345)
AND EDDIE TAYLOR (CLAIM NO 2560) TO
DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO
CLAIMS (NON-SUBSTANTIVE)**

Each of the above-identified claims constitutes a Zonolite Attic Insulation property damage claim. Pursuant to communications with Debtors' Counsel, Respondents understand that objections contained in Debtors' Fourteenth Omnibus Objection to Claims to the following claims have been, or shall be, withdrawn on that basis, and that Respondents are, therefore, not called upon to provide a response:

Eino and Aili Koski – Claim No. 15343
Daniel Kwas – Claim No. 15344
Gladwin Worden – Claim No. 15345
Eddie Taylor – Claim No. 2560

DATED this 7th day of October, 2005.

                By   */s/ Darrell W. Scott*
                   DARRELL W. SCOTT
                   THE SCOTT LAW GROUP, P.S.
                   926 W. Sprague Avenue, Suite 583
                   Spokane, WA  99201
                   (509) 455-3966
                   (509) 455-3906 (FAX)

                   Attorneys for Grace Creditors