# **EXHIBIT "B"**

Exhibpgs



THE UNIVERSITY OF TEXAS
# HEALTH CENTER
AT TYLER

Executive Associate Director for Clinical Affairs

January 2, 1997

Gena Ferrell
Legal Assistant
Reaud, Morgan & Quinn, Inc.
801 Laurel Street
Beaumont, TX 77701

RE:  Robert Hart

Dear Ms. Ferrell:

As requested in your letter to me of December 31, 1996, I reviewed the records and x-rays you supplied regarding your client Robert Hart. The records consisted of the following:

(1)  Your letter to me of 12/31/96.
(2)  Records from Methodist Hospital in Houston from June 1996.
(3)  Records from San Jacinto Methodist Hospital of Baytown from June 1996.

The chest x-rays consisted of two views of the chest dated 6/17/96 and 8/19/96. Both sets of x-rays were done at San Jacinto Methodist Hospital.

The records indicate Mr. Hart had a significant occupational exposure to asbestos. He was an ex-cigarette smoker, having discontinued cigarettes about twenty years prior to 1996. The exact amount of his prior cigarette smoking is not quanitated. In June 1996 at the age of seventy-nine, he presented to San Jacinto Methodist Hospital with about a three week history of hemoptysis. The chest x-ray demonstrated right lower lobe collapse. Lung cancer was suspected. He was transferred to the Methodist Hospital of Houston where bronchoscopy was performed and a diagnosis of non-small cell lung cancer established.

Both sets of chest x-rays demonstrate bilateral pleural plaques and pleural thickening. The x-rays from 6/17/96 demonstrate right lower lobe collapse. The x-rays from 8/19/96 demonstrate re-expansion of the right lower lobe. There are new fibrotic changes in the area of the right lower lobe on these August x-rays as well as new right

Gena Ferrell
Page 2
January 2, 1997

upper lung field nodule. Right hilar prominence is also seen on the 8/19/96 x-rays.

Based on my review of the records and x-rays, I conclude that Mr. Hart suffers from asbestos-related pleural disease and an asbestos-related lung cancer.

Thank you for the opportunity to review this material, the x-rays are being returned to you under separate cover.

Sincerely,

Richard S. Kronenberg, M.D.
Executive Associate Director for Clinical Affairs

# REAUD, MORGAN & QUINN, INC.

| | | |
|---|---|---|
| Glen W. Morgan | **LAWYERS** | Wayne A. Reaud |
| Cris Quinn | 801 Laurel Street | Of Counsel |
| Richard J. Clarkson | Beaumont, Texas 77701 | |
| Bob Wortham | | Phone (409) 838-1000 |
| Larry W. Thorpe | | Fax (409) 833-8236 |
| Keith Ellis | | |
| John Werner | | |
| David W. Ferrell | | |

December 31, 1996


COPY

Dr. Richard Kronenberg
University of Texas Health Center
P.O. Box 2003
Tyler, TX 75710

Dear Dr. Kronenberg,

Please find enclosed the below listed medical records and pathology reports for Mr. Robert Hart.

1. Diagnosing medical report from Dr. Britton dated December 5, 1988.
2. Medical reports from San Jacinto Methodist Hospital regarding his lung cancer.

He is a positive client who is currently diagnosed with asbestos related pleural and pulmonary disease. Please review the records and pathology and render your opinion as to whether his lung cancer is asbestos related.

assistance in this matter. Please bill our firm according to you need anything further, please don't hesitate to contact

[Attached: US Postal Service Certified Mail Receipt P 611 104 978 addressed to Dr. Richard Kronenberg, Univ. of TX Health Center, P.O. Box 2003, Tyler, TX 75710, Re: Robert Hart for possible upgrade; and Domestic Return Receipt (PS Form 3811) signed by Roy Sanders, received by Roy Sanders, dated 12/31/96.]

# TEXAS LUNG INSTITUTE
902 FROSTWOOD
SUITE 236
HOUSTON, TEXAS 77024
(409) 833-5901   (713) 461-2220

GARY K. FRIEDMAN, M.D.
OCCUPATIONAL MEDICINE CONSULTANT
DISEASE OF THE CHEST
PRESIDENT

December 16, 1988

Reaud, Morgan, & Quinn
Attorney at Law
909 Laurel
Beaumont, Tx  77702

Re:   Robert B. Hart

Dear Mr. Reaud:

Please find enclosed a copy of a narrative in regard to your client, Robert Hart, who was seen in pulmonary consultation on December 5, 1988 at Texas Lung Institute in Beaumont, Texas, by my associate Dr. Jeff Britton.

I have personally reviewed the historical data, physical findings and other information contained within this narrative and have discussed this case with Dr. Britton. Furthermore, I have personally examined the patient's chest x-rays, pulmonary function studies and other pertinent data in this case.

Based on the above, it is my opinion that this patient has pulmonary asbestosis with radiographic evidence of both pleural and parenchymal abnormalities, rales on exam and prior history of asbestos exposure. COPD is also probably present.

Pulmonary Function Studies are abnormal and demostrates a combined obstructive and restrictive defect.

Because of the patient's past asbestos exposure, he is at increased risk for the progression of pulmonary asbestosis, lung cancer, mesothelioma and other malignancies of the respiratory, gastrointestinal and genitourinary system. He has been advised of these complications and to notify his family physician and our office should he develop symptoms referable to one of the above systems.

In addition we recommend the patient stop smoking immediately because of the synergistic carcinogenic effect of cigarette smoke and asbestos in causing lung cancer.

He is to avoid further asbestos exposure whenever possible. When it is absolutely necessary to work in an enviorment where asbestos is present, the n all OSHA recommended clothing and respiratory devices as well as safety and health procedures must be observed.

Sincerely yours,

Gary K. Friedman, M.D.

GKF/bl

enclosure

## TEXAS LUNG INSTITUTE
902 FROSTWOOD
SUITE 236
HOUSTON, TEXAS 77024
(409) 833-5901   (713) 461-2220

GARY K. FRIEDMAN, M.D.
OCCUPATIONAL MEDICINE CONSULTANT
DISEASE OF THE CHEST
PRESIDENT

December 5, 1988

Mr. Wayne Reaud
Reaud, Morgan and Quinn
909 Laurel
Beaumont, Texas 77702

Re: Robert B. Hart

Dear Mr. Reaud:

I had the pleasure of evaluating your client Mr. Robert B. Hart, today, December 5, 1988, in the Beaumont offices of the Texas Lung Institute. The purpose of today's visit was an independent medical evaluation.

REVIEW OF SYSTEMS BY SYMPTOMS:

Mr. Hart is a 71 year old married, Caucasian male, who currently resides with his family in Batson, Texas. He retired as a pipefitter out of Local #195 in 1977. He has been followed by Dr. Vardiman for chronic obstructive pulmonary disease (COPD) for the past fifteen years. He is currently taking no medications for this. He does currently smoke a pipe, (as he has for the past thirty years). He smokes approximately 1/2 ounce of pipe tobacco per day. Previous to that, he smoked approximately 20-pack-years. Mr. Hart complains of chronic shortness of breath, dating back approximately 10-15 years. He can walk briskly no further than 1/4 of a mile or climb only one flight of stairs. He also has a cough productive of clear phlegm, but denies hemoptysis. He also complains of occasional episodes of "tightness" in the chest, but no demonstrative chest pain. He also has frequent wheezes, but denies previous history of asthma. He denies weight loss, or any other significant cardiopulmonary symptomatology, including hypertension, diabetes, heart attacks, atherosclerosis, asthma, tuberculosis, lung cancer, occupational disease, pneumonia, chest trauma, or chest surgery. His last chest x-ray was in 1966. His review of systems by symptoms was non contributory. He also denied significant constitutional symptoms.

PAST MEDICAL HISTORY:

A review of his past medical history revealed a thyroidectomy in 1947, due to a goiter. He also had low back surgery in 1975, due to a work-related injury. He has no known drug allergies.

DEC 3 0 1988

Re: Robert B. Hart (Continued).
JDB 12-5-88 Wayne Reaud

FAMILY HISTORY:

A review of his family history, reveals that his father died at age 61, due to a cardiac arrest. His mother died at age 101, due to old age. One brother died of lung cancer. One sister died of a cardiac arrest at age 18. He had one child die at age 47, due to leukemia. He has one living brother and 4 children, all of whom are in excellent health.

OCCUPATIONAL HISTORY:

Mr. Hart was born and raised in Hardin County, Texas. He completed the sixth grade. He was in the United States Army from 1944 to 1945. He entered the work force from 1935 through 1965, in the oil fields as a "roustabout" roughneck. He worked on drilling rigs in and around the Beaumont, Texas, area for approximately thirty years. In 1965, he went to work for the Bethlehem Steel Company in Beaumont, Texas, as a pipefitter. He was also a member of the Pipefitter's Local #195.

He is unsure of his first asbestos exposure, but it may have been as a roughneck in 1935. His last asbestos exposure was in 1977. He did not use any form of respiratory protection before 1975 and was never warned of the dangers of asbestos products. He estimates his total asbestos exposure as being between 20 and 40 years. This was primarily as a "roughneck" oil field operator, and also as a pipefitter. His primary exposures were in the removal of insulation from pipes, piperacks, vessels, and tanks in the shipyards. He also used asbestos blankets and gaskets extensively in the shipyards, as well. He built and tore down scaffolding for many other trades, including himself and other pipefitters. He also had extensive "bystander" exposure by working closely with other pipefitters, boilermakers, insulators, welders, and sandblasters. He did specifically deny sandblasting and welding.

His exposures in the oil fields to asbestos may have been through the mixing of drilling mud. This was done primarily in a hopper where a brown substance was thrown into the hopper and mixed with water and subsequently passed down into the shaft of the drilling rig.

PHYSICAL EXAMINATION:

Mr. Hart is a pleasant elderly Caucasian male, who is currently in no acute distress.

Re: Robert B. Hart (Continued).
JDB 12-5-88 Wayne Reaud

HEIGHT: 69". WEIGHT: 144 pounds. BP: 140/70.

HEENT: Examination of the head, ears, eyes, nose, and throat was unremarkable, with the exception of a healed thyroidectomy scar.

THORAX: There is gynecomastia present. There is a healed scar with a defect in the mid thoracic area on the right. There are crackling rales in the lung bases, posteriorly. The heart has a normal sinus rhythm without significant murmurs or gallops present.

ABDOMEN: The abdomen is soft, scaphoid, and without palpable masses or organomegaly present.

EXTREMITIES: Examination of the extremities revealed no cyanosis, clubbing, or edema. The peripheral pulses, bilaterally, were equal and symmetrical. Examination of the lumbar area revealed a healed lumbar scar, as well.

PULMONARY FUNCTION TESTS:

The forced vital capacity was 3.30 liters (78% of predicted). The forced vital capacity increased 2%, postbronchodilation to 3.40 liters. The FEV-1 was 2.18 liters (77% of predicted). The percentage FEV-1 was 66% (84% of predicted). The FEF 25-75 was 1.15 liters per second (44% of predicted). There was no significant change postbronchodilation. Mr. Hart's pulmonary function tests do reveal a mild obstructive defect, without significant response to bronchodilators. A superimposed mild restrictive defect was also noted.

CHEST RADIOGRAPHS:

4-view chest radiographs dated November 21, 1988, revealed the following:

The chest is over inflated. The diaphragms are flat. There are emphysematous bullae in the apical regions, bilaterally. Linear calcifications were noted on the left hemidiaphragm. Bilateral pleural thickening and pleural plaques were noted on the lateral chest walls. Ribs #9 and 10 on the left were fractured, and appear to be old. Pleural thickening in this area was also noted. Increased pulmonary parenchymal markings were noted in the lower lobes, bilaterally, consistent with interstitial fibrosis.

Compared to the chest radiographs dated August 9, 1988, these

Re: Robert B. Hart (Continued).
JDB 12-5-88 Wayne Reaud

radiographs revealed no significant changes, although significant radiographic differences were observed.

ASSESSMENT:

It is my medical opinion that Mr. Robert B. Hart has pulmonary asbestosis with radiographic evidence of both pleural and parenchymal abnormalities, and a prior history of asbestos exposure. His pulmonary function tests are abnormal and demonstrate a mild obstructive defect without response to bronchodilators and a superimposed mild restrictive defect is also noted. Mr. Hart also has a long history of chronic obstructive pulmonary disease.

RECOMMENDATIONS:

I have advised Mr. Hart to discontinue his smoking habit immediately! He has also been advised of the synergistic carcinogenic effect of tobacco smoke and asbestos in causing lung cancer. He has also been advised to have no further exposure to fibrogenic materials. He is to seek immediate medical attention with any change in his current medical status and he is to have an annual test for occult blood in the stool. I have also advised him to return to our offices annually, on a private basis, for an Asbestos Medical Surveillance Program.

Thank you, Mr. Reaud, for allowing us to evaluate your client, Mr. Robert B. Hart. Please do not hesitate to communicate with me personally, if I may be of any further assistance.

Fondest regards,

*[signature]*

J. D. BRITTON, M. D., M.P.H.

JDB:ptal4



## The Outpatient Diagnostic Center

3220 Medical Center Drive/Beaumont, TX 77701
(409) 838-0033

Record number: 030507          (HART02)

Name: HART, ROBERT

Home: 262-8805    Work: 000-0000

Date of birth: 05/23/17    Sex: M

Referring Phys.: FRIEDMAN MEDICAL CLINIC

Date of procedure: 11/21/88

**CHEST, FOUR VIEWS:**

There is pleural thickening and pleural calcification along both lateral chest walls. I do not see any calcification or pleural changes adjacent to the hemidiaphragms. A small calcified granuloma is present in the right upper lobe. There is also minimal emphysematous over-expansion of the lungs with emphysematous bullae in both lung apices. There is also interstitial fibrosis in the right lower lung posteriorly.

These are all non-specific abnormalities.

The heart size is within normal limits. The mediastinal structures are normal. There are healed fractures of the left ninth and tenth ribs.

Impression:

There are radiographic changes of chronic obstructive pulmonary disease as well as bilateral areas of pleural thickening and calcification. Two left sided healed rib fractures are noted.


Thank you for referring your patient to ODC.

DK:mn                                    DAN KARNICKI, MD

# Manske Sheffield Radiology Group, P.A.
PORT ARTHUR, TEXAS

## X-RAY REPORT

| Family Name | First Name | Middle Name | | | |
|---|---|---|---|---|---|
| HART, | ROBERT  B | | | | |
| ☐ Examination of | Name—Part<br>CHEST  4  views  (INTERPRETATION ONLY) | | Sex<br>M   F | Age—Years | X-RAY No.<br>5473 |
| Attending Physician<br>EGER/RMQ | | | Date<br>8-9-88 | | |

Report:

CHEST

Heart shadow is normal. Minimal interstitial fibrosis is noted. There are pleural plaques along both lateral chest walls. There is minimal pleural calcification involving the lft sided pleural plaques. SOme nodularities along the diaphragmatic surfaces are noted suggesting pleural plaques. Vascular pattern is normal and heart shadow is unremarkable.

IMPRESSION: Minimal interstitial fibrosis and bilateral pleural palques. There are some pleural calcifications alont the left lateral chest wall.

Signature of Radiologist

H.C. Sheffield, Jr., M.D.

2. ROBERT D. HART: X-ray of August 9, 1988. The x-ray shows minimal interstitial fibrosis and bilateral plaque formation. Some pleural calcifications are noted along the left chest wall. Consultation is recommended. It is also requested that a repeat 4-view chest x-ray at a separate radiographic facility be obtained prior to consultation. The purpose for this is to better define both pleural and interstitial changes.

OPINION: Consultation recommended. Four-view x-ray recommended.