# **EXHIBIT "C"**

Exhibpgs



# SOUTHEAST TEXAS IMAGING, L.L.P.

3701 HWY. 73
PORT ARTHUR, TEXAS, 77642
RADIOLOGY REPORT

```
PATIENT NAME: CONALES, JESUS
AGE          : 68 SS: 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
SEX          : M
X-RAY #      : 11549
DATE         : 4-3-96
PHYSICIAN    : RMQ ATTY (DR. SANG)
```

## CHEST FOUR VIEWS

The cardiomediastinal structures are unremarkable. There is minimal fibrotic change in the lung bases. Circumscribed non calcified pleural thickening is present over both lateral chest walls. No pleural fluid was noted. Degenerative change involves the dorsal spine.

IMPRESSION: Mild fibrotic change in the lung bases. Bilateral circumscribed non calcified pleural thickening.

A. O. MANSKE, M. D.
RADIOLOGIST
AOM/jy April 10, 1996

DUPLICATE

CONALES, JESUS
#77549 - RMQ

**SOUTHEAST TEXAS IMAGING, L.P.**
3015 PLAZA CIRCLE   P.O. BOX 2847
PORT ARTHUR, TEXAS 77643-2847
(409) 982-7728

| WORKER'S Social Security Number | TYPE OF READING | FACILITY IDENTIFICATION |
|---|---|---|
| 4 5 1 3 0 2 8 8 8 | A [X] P | ☐☐☐☐☐ |

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | If Not Grade 1 Give Reason: | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|---|
| MONTH 14  DAY 93  YR 96 | [X] 2 3  U/R | | YES ☐ Proceed to Section 5   NO [X] Proceed to Section 2 |

| 2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? | YES [X] COMPLETE 2B and 2C | NO ☐ PROCEED TO SECTION 3 |
|---|---|---|

**2B. SMALL OPACITIES**

a. SHAPE/SIZE
PRIMARY: p [X] / q t / r u
SECONDARY: p s / q [X] / r u

b. ZONES: [X] [X] / R L (lower)

c. PROFUSION: 0/– 0/0 0/1 / 1/0 [X] 1/2 / 2/1 2/2 2/3 / 3/2 3/3 3/+

**2C. LARGE OPACITIES**
SIZE [X] A B C

PROCEED TO SECTION 3

| 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? | YES [X] COMPLETE 3B, 3C and 3D | NO ☐ PROCEED TO SECTION 4 |
|---|---|---|

**3B. PLEURAL THICKENING**
a. DIAPHRAGM (plaque) SITE [X] R L
b. COSTOPHRENIC ANGLE SITE [X] R L

**3C. PLEURAL THICKENING ... Chest Wall**

a. CIRCUMSCRIBED (plaque):
SITE 0 [X] / 0 [X]
IN PROFILE: 0 A B [X] / 0 A [X] C
i. WIDTH / ii. EXTENT: 0 1 2 [X] / 0 1 2 [X]
FACE ON iii. EXTENT: [X] 1 2 3 / [X] 1 2 3

b. DIFFUSE:
SITE [X] R / [X] L
IN PROFILE: 0 A B C / 0 A B C
i. WIDTH / ii. EXTENT: 0 1 2 3 / 0 1 2 3
FACE ON iii. EXTENT: 0 1 2 3 / 0 1 2 3

**3D. PLEURAL CALCIFICATION**

SITE [X] R EXTENT:
a. DIAPHRAGM: 0 1 2 3
b. WALL: 0 1 2 3
c. OTHER SITES: 0 1 2 3

SITE [X] L EXTENT:
a. DIAPHRAGM: 0 1 2 3
b. WALL: 0 1 2 3
c. OTHER SITES: 0 1 2 3

PROCEED TO SECTION 4

| 4A. ANY OTHER ABNORMALITIES? | YES ☐ COMPLETE 4B and 4C | NO [X] PROCEED TO SECTION 5 |
|---|---|---|

**4B. OTHER SYMBOLS (OBLIGATORY)**

| O | ax | bu | ca | cn | co | cp | cv | di | ef | em | es | fr | hi | ho | id | ih | kl | pi | px | rp | tb |

Report items which may be of present clinical significance in this section.
(SPECIFY od.) OD _____

Date Personal Physician notified?
MONTH ___ DAY ___ YR ___

**4C. OTHER COMMENTS** _____

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C   YES ☐ NO ☐   PROCEED TO SECTION 5

| 5. FILM READER'S INITIALS | PHYSICIAN'S SOCIAL SECURITY NUMBER | DATE OF READING |
|---|---|---|
| AOM | 4 5 8 5 8 5 1 6 5 | MONTH 12  DAY ??  YR 9? |





## SOUTHEAST TEXAS IMAGING, L.L.P.

3701 HWY. 73
PORT ARTHUR, TEXAS, 77642
RADIOLOGY REPORT

PATIENT NAME: CONALES, JESUS
AGE        : SS: 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
SEX        : M
X-RAY #    :
DATE       : 4-3-96
PHYSICIAN  : RMQ ATTYS

INTERPRETATION OF OUTSIDE FILMS

COMPARISON/ADDENDUM CHEST REPORT

As compared to previous available chest x-rays dated 6-9-93 and 12-24-90, no significant change is observed.

RAMON GARCIA, M.D.
RADIOLOGIST
RG/jy    April 22, 1996

DUPLICATE

APR 30 1996

OFFICE NOTE

CANALES, JESUS                                                          7/31/92

Hispanic gentleman who comes in today complaining of motor vehicle accident earlier this morning. He states that he has pain in both shoulders and his back following this accident. He was a driver in an automobile in which he had an accident which was primarily in front of his car but somewhat to one side. He was wearing a seat belt and he states he did hit his steering wheel but most of his pain presently is in his lower cervical spine and upper back. He has no complaints of numbness or weakness in his hands.

**PHYSICAL EXAMINATION:** Well-developed overweight Hispanic gentleman, pulse 90 and regular, height 74 inches, weight 295 pounds. Examination of the cervical spine reveals tense paraspinous cervical spine muscles with spasm bilaterally. His deep tendon reflexes are +2-3 bilaterally and equal. His motor and sensory examination appears to be grossly intact to muscle strength. The patient has pre-existing injury to his left shoulder and has a frozen shoulder on that side and has decreased range of motion as a result of that prior injury. He has some cervical spine tenderness in the midline near the lower cervical area.

**X-RAYS:** Please see radiologist's report concerning patient's x-rays.

**ASSESSMENT:** Cervical spine strain.

**PLAN:** Anaprox and Flexeril. Patient may need stronger pain medication if present problem continues. Scheduled follow-up examination in one week's time.

Glenn M. Gomes, M.D.

GMG:ga
T: 8/10/92

**ADDENDUM:** Patient was started on Flexeril, 10 mg three times a day, and Voltaren, 75 mg twice a day. Follow-up examination in one week.



# OCCUPATIONAL AND ENVIRONMENTAL MEDICINE
## TEXAS LUNG INSTITUTE



HERMANN

March 15, 1991

Mr. Wayne Reaud
Attorney at Law
909 Laurel
Old Wells Fargo Building
Beaumont, Texas  77701

RE:  Jesus Canales
     SS# 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
     DOB 2/28/28

Dear Mr. Reaud:

I had the pleasure of meeting Mr. Jesus Canales, today, 3/15/91, in the Clinic for Occupational and Environmental Medicine at Hermann Hospital. The purpose of today's visit is independent medical evaluation for occupational related lung disease.

PATIENT PROFILE:  Mr. Canales is a 63-year-old disabled merchant seaman who presently lives at 7550 Cayton in Houston, Texas  77061. He has complaints of increasing shortness of breath and dyspnea on exertion of many years duration. He has noticed this more so in the past few years. He is presently unable to perform light manual labor, such as mowing a lawn, or walking at a moderate pace due to the fact that he has to stop and catch his breath every few minute. He has occasional pleuritic chest pain. He has no complaints of cough or sputum production. He has had no hemoptysis or nightsweats. He has no previous history of pneumonia, asthma, emphysema or tuberculosis. He has had no rib fracture or chest trauma. He has a history of smoking cigars, about two cigars a day for the past 38 years. He has a past medical history of a fracture of his left arm complicated by a frozen left shoulder. He also complains of arthritis in both knees which is of the degenerative type.

Present medications included an anti-arthritic medication. Family history is positive for throat cancer in his father and liver disease in his mother. There is no family history of TB or lung disease that he is aware of.

OCCUPATIONAL HISTORY:  He was born in Pasadena, Texas, and he completed the 10th grade and when he was approximately 17 years of age in late 1945, he

Texas Lung Institute • Hermann Hospital • Texas Medical Center
6411 Fannin • Houston, Texas 77030-1501 • (713) 793-5115
Affiliated with the University of Texas Medical School at Houston

APR 10 1991

- CONTINUED, PAGE 2 -
Mr. Wayne Reaud
RE: Jesus Canales
March 15, 1991

joined the Merchant Marines. He joined the National Maritime Union in 1951, and continued to work with the Merchant Marines, until he was disabled in 1979. During the course of his work as a Merchant Marine he was exposed to asbestos on nearly a daily basis. In the early years his sleeping quarters were such that hot and cold lines that were insulated with asbestos passed through the rooms. He removed asbestos from steam lines. He applied asbestos mud. He cut transite and asbestos block. For about a six year period of time he worked as a wiper in the engine room, and was involved in repairing engines. He worked with asbestos gaskets and had to remove or repair asbestos covered instruments and flow meters. He would remove old insulation from pipes. He cut insulation with a saw. He worked in areas where asbestos was piled high on the floor. He worked in areas of poor ventilation while asbestos was being applied or removed.

He had no history of significant welding exposure, and he had no history of significant silica exposure.

PHYSICAL EXAMINATION: This is a pleasant overweight Hispanic male whose pulse is 95 and regular. The respiratory rate is 22 to 24. His blood pressure is 128/80. His height is 72 inches. Weight is 276 pounds. His pupils are equal and reactive to light. There is an early cataract in his left lens. Funduscopic examination appears normal for his age. Hearing is grossly normal. Oral cavity showed a few carious teeth, but is otherwise normal. Neck: There is no lymphadenopathy and no JVD. No carotid bruits. The thyroid is not enlarged. There is excessive redundant soft tissue in the neck. The chest has decreased breath sounds. No wheezing, rales or rhonchi are appreciated. Heart: Regular rate and rhythm without murmur or gallop. The abdomen is soft and nontender. No organomegaly. Extremities: No cyanosis, clubbing or edema. He has decreased range of motion of his left arm. In his right shin there appears to be some old scarring. Neurological examination is grossly within normal limits. Skin: No other gross abnormalities are recognized.

PULMONARY FUNCTION STUDIES: The pulmonary function studies revealed a FVC of 4.12 liters, 85% of predicted. His FEV1 is 3.51 liters, 105% of predicted. His ratio FEV1/FVC is 85%.

– CONTINUED, PAGE 2 –
Mr. Wayne Reaud
RE: Jesus Canales
March 15, 1991

INTERPRETATION: Pulmonary function studies are within normal range. Forced vital capacity is reduced to 45% of predicted.

CHEST RADIOGRAPHS: Chest x-rays, four views dated 12/24/90, from Bayshore Medical Center revealed a heart size which is the upper limits of normal. There is bilateral pleural thickening along the mid lateral chest walls. His interstitial markings appear to be minimally increased in the lower lobes. However, these films are somewhat underpenetrated, making assessment of the interstitium due to his overlying soft tissue somewhat difficult.

ASSESSMENT: It is my opinion that Mr. Jesus Canales has asbestos-related pleural disease as manifested by radiographic evidence of bilateral pleural thickening and a history of previous asbestos exposure. His pulmonary function studies are all in the normal range, and show reduction of forced vital capacity. Other medical problems include a disabling injury to his left arm complicated by frozen left shoulder, as well as degenerative arthritis in both his knees. At this time his ability to ambulate and exercise appeared to be limited more by shortness of breath than his arthritic complaints.

RECOMMENDATIONS: He has been advised to stop using tobacco products. Mr. Canales has been advised that he is at increased risk for the development of lung cancer, mesothelioma, as well as other gastrointestinal and genitourinary malignancies due to his previous asbestos exposure. He should obtain yearly chest x-rays and stools for occult blood for the purpose of screening for malignancy.

Thank you for allowing me to evaluate your client. If I can be of any further assistance, please do not hesitate to contact me.

Respectfully yours,

Glenn M. Gomes, M.D.

GMG/mtH04
0106H

         *Consult*


# OCCUPATIONAL AND ENVIRONMENTAL MEDICINE
## TEXAS LUNG INSTITUTE



HERMANN

February 12, 1991

Mr. Wayne Reaud
Attorney at Law
909 Laurel
Beaumont, TX  77701

Re:  Jesus Canales
Social Security No:  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

Dear Mr. Reaud:
At your request, I have reviewed a radiograph in regard to your client who was x-rayed for the sole purpose of medicolegal evaluation of possible pneumoconiosis. I have reviewed the radiographs personally.

Please advise your client it is possible to have serious pulmonary disease, including cancer, which is not visible on chest x-rays. Therefore, any symptoms, such as chest pain, cough, or shortness of breath, should be reported immediately to their private physician. In addition, your client should be made aware it is possible for serious disease, including cancer, to appear at any time, even after exposure to asbestos or to other dusts has ceased. Therefore, periodic follow-up, preferably on a 6-month basis, is recommended through their family doctor. Your client should be advised that this is a "screening" test only and does not replace a complete examination.

Based on my review, I have the following findings and recommendations.

Abnormal chest x-ray - pleural or parenchymal findings which could be consistent with but not diagnostic of pneumoconiosis, including:

1.  Pleural thickening is present bilaterally.

RECOMMENDATIONS:

1.  Have your client take this letter to their family physician. Should their family physician have any questions, he or she may contact me by writing or calling this office.

Texas Lung Institute • Hermann Hospital • Texas Medical Center
6411 Fannin • Houston, Texas 77030-1501 • (713) 793-5115
*Affiliated with the University of Texas Medical School at Houston*

FEB 20 1991

Mr. Wayne Reaud                                          February 12, 1991
Re:  Jesus Canales                                       Page 2
Date of x-ray: 12/24/90


2.  Have your client report any documented occupational illness
    to your office.

3.  A consultation with us should be arranged by your office.
    Please ask your client to obtain all prior x-rays from
    their private physician and bring them at the time of the
    consultation.

                                Sincerely,

                                Glenn Gomes, M.D.
                                Glenn M. Gomes, M.D.

GMG:sb