# EXHIBIT "D"



CLE Seminars and Events > Seminar Detail

About DRI

Membership

Committees

**Continuing Legal Education**
   Seminar Schedule
   Teleconference
Seminars
   Past Seminar Materials

Publications for Purchase

Annual Meeting

Expert Witness Database

Legislative Tracking

Sponsorship/Advertising

Resource Links

DRI in the News

View Cart

**Asbestos Medicine**
November 11 - 12, 2004
San Diego Marriott, San Diego, CA, USA

Faculty

**Angela L. Abel**
Angela L. Abel is a vice president at DecisionQuest in its Atlanta office. Her area of specialization is the development of litigation communication strategies. Ms. Abel has experience in over 800 cases of diverse practice areas including intellectual properties, toxic tort, products liability, construction and personal injury litigation.

**Mel D. Bailey**
Mel D. Bailey is a partner in Bailey Crowe & Kugler LLP in Dallas. He is a member of ABOTA, DRI and the Texas Trial Lawyers Association. He was voted one of the Best Lawyers Under 40 by D Magazine. Mr. Bailey has prosecuted and defended high-profile personal injury, product liability and business litigation cases in state and federal courts throughout the U.S. He represents many corporate clients in complex and high-stake litigation, and he has served in an advisory capacity for corporate clients seeking to develop nationwide strategies for the defense of mass-tort litigation. He is a frequent lecturer, focusing on trial strategies and techniques.

Main Desc
Faculty Bio
Program S

**Peter J. Barrett, MD**
Peter J. Barrett, **MD**, is a NIOSH certified B-reader radiologist at the Tufts New England Medical Center in Boston. He practices chest radiology and mammography. He is board certified in radiology and nuclear medicine.

**Bruce T. Bishop**
Bruce T. Bishop is a partner at Willcox & Savage PC, in Norfolk, Virginia. Mr. Bishop specializes in asbestos defense, transportation, trucking, aviation and environmental litigation. He has extensive trial experience in state and federal courts throughout the U.S. in the defense of toxic torts/products liability claims. In the course of representing numerous clients in toxic tort and products liability litigation, Mr. Bishop has developed considerable expertise in the coordination of mass tort litigation. He also has a national reputation in the medical and state-of-the-art issues associated with toxic tort litigation.

**John E. Craighead, MD**
John E. Craighead, **MD**, is a Professor Emeritus at the University of Vermont in Burlington. Dr. Craighead, a pathologist, has authored numerous textbooks on asbestos and many peer-reviewed publications on asbestos and asbestos-related disease.

**John D. Crapo, MD**
James D. Crapo, **MD**, serves as the Executive Vice President of Academic Affairs and the Chairman of the Department of Medicine for the National Jewish Medical and Research Center in Denver. Prior to coming to National Jewish, Dr. Crapo spent over 15 years as the Chief of the Pulmonary and Critical Care Medicine Division at Duke University Medical Center. He has served on the NHLBI Advisory Council and as President of the American Thoracic Society. Dr. Crapo has maintained a large research program and has numerous grants on which he is the principal investigator.

**William L. Dyson, PhD, CIH**
William L. Dyson, PhD, CIH, is a Certified Industrial Hygienist with over 30 years of experience. His work experience has included employment as an Industrial Hygiene Engineer for the Bureau of Occupational Safety and Health,

U.S. Public Health Service (the predecessor to NIOSH), as an Industrial Hygienist for IBM and as Corporate Industrial Hygienist for Burlington Industries. Since 1982, Dr. Dyson has been a Consultant in Industrial Hygiene— first at Health & Hygiene, a multidisciplinary occupation health firm he helped found, and presently with Workplace Group LLC in Greensboro, North Carolina. He has served as President of the American Academy of Industrial Hygiene and as an officer of the American Board of Industrial Hygiene Association.

**Gary K. Friedman, MD**
Gary K. Friedman, MD, is a pulmonologist in Houston, where he has practiced for 31 years. He is past president of the Texas Medical Society, past chief of staff of Memorial Hospital, and past director of Occupational Medicine in Pulmonary Division, University of Texas Medical School. He is board certified in Internal Medicine, Preventive Medicine and Occupational Medicine. He is the Director of Pulmonary Function Laboratories at four area Houston hospitals. He is a former B-reader. He has testified as an expert in asbestos litigation for both the plaintiff and the defense for over 20 years. He is currently authoring a chapter in a major textbook on all clinical aspects of asbestos.

**Patrick A. Gaughan, Ph.D.**
Patrick A. Gaughan, Ph.D., is president of Economatrix Research Associates Inc. in New York City and a full professor at the College of Business at Fairleigh Dickinson University. Dr. Gaughan is the author of Measuring Business Interruption Losses and Other Commercial Damages, Measuring Commercial Damages and the award-winning book, Mergers, Acquisitions and Corporate Restructurings. His specialties include the measurement of damages in litigation.

**Frank E. Gomer, PhD**
Frank E. Gomer, PhD, is the founder of Gomer Consulting Group in Scottsdale which provides technical litigation support to plaintiff and defense attorneys and their clients. Dr. Gomer has provided safety and forensic engineering testing, analysis, and expert testimony in personal injury and wrongful death cases. These cases, involving occupational diseases, as well as traumatic injuries sustained in the home, in the workplace, in public

facilities, and in association with transportation, typically have included products liability or premises liability issues. He is a member of the American Society of Safety Engineers, the Human Factors Engineering and Ergonomics Society and the Safety Standards Technical Panel for Underwriters Laboratories.

**Michael E. Hutchins**
Michael E. Hutchins is a partner at Kasowitz Benson Torres & Friedman LLP in Atlanta. Mr. Hutchins focuses his practice on environmental litigation, products liability, commercial cases and general civil litigation. He has handled asbestos and toxic tort litigation around the United States for the past 17 years. Mr. Hutchins is a member of several state bars and many professional organizations, including DRI.

**Janet L. MacDonnell**
Janet L. MacDonnell of New Orleans has been defending asbestos personal injury cases since 1987, and has tried several cases, including a consolidation of 130 claims that lasted seven months. She currently serves as national counsel for one client and assists with complicated cases for numerous clients. She was formerly a partner with Deutsch Kerrigan & Stiles LLP in New Orleans and continues an affiliation with that firm, although she is "semi-retired." She is admitted to practice in Louisiana, Mississippi and Texas.

**William F. Mahoney**
William F. Mahoney is a partner in the Chicago office of Segal McCambridge Singer & Mahoney Ltd. Mr. Mahoney specializes in the defense of products liability and toxic tort cases. He acts as lead counsel in thousands of toxic tort cases pending across the nation. He is active in many bar organizations, including DRI, and is Vice Chairman of the ABA Committee on Toxic and Hazardous Substances and Environmental Law.

**Gayla J. McCluskey, CIH, CSP, ROH, OEP**
Gayla J. McCluskey, CIH, CSP, ROH, OEP, is Principal of Global Environmental Health Services located in Radnor, Pennsylvania. Global EHS provides comprehensive environmental, health and safety services. Ms. McCluskey is immediate past president of the American Industrial Hygiene Association and served on the AIHA Board of Directors for 10 years.

**Barry N. Mesher**
Barry N. Mesher is a partner in the law firm of Lane Powell Spears Lubersky LLP in Seattle. He is chair of the firm's London Insurance and Toxic Tort Practice Groups and a member of the American College of Law and Medicine. He has been involved in multiple toxic tort and environmental litigation cases for over 25 years and serves as national coordinating counsel, regional coordinating counsel and local counsel for a number of asbestos litigation clients.

**Albert H. Parnell**
Albert H. Parnell is a trial lawyer and partner in Hawkins & Parnell LLP in Atlanta and Charleston, West Virginia, and a partner in the Dallas office of Hawkins Parnell & Thackston LLP. Mr. Parnell is a founding and current member of DRI's Law Institute and is a former member of DRI's Board of Directors. He has tried more than 250 lawsuits to jury verdict in over 25 states.

**Victor L. Roggli, MD**
Victor L. Roggli, MD, is a Professor of Pathology at Duke University Medical Center and the Director of the Electron Microscopy Laboratory at the Durham Veterans Administration Medical Center. His research interests include pneumoconioses, asbestos-related diseases and analytical electron microscopy. Dr. Roggli has published more than 140 articles and 26 chapters in textbooks. He has also written four books, including Microprobe Analysis in Medicine, Biomedical Applications of Microprobe Analysis, and Pathology of Asbestos-Associated Diseases, 1st and 2nd editions. He is a member of the American Thoracic Society, the International Academy of Pathology, the Pulmonary Pathology Society and the U.S.-Canadian Mesothelioma Panel.

**William J. Sayers**
William J. Sayers is a partner in the Los Angeles office of McKenna Long & Aldridge LLP where he focuses his practice on the defense of product liability and toxic tort lawsuits. His trial practice has included claims involving products liability, legal malpractice and toxic torts. Before joining the firm, Mr. Sayers spent four years as a judge advocate and military judge in the Marine Corps

and five years as a prosecutor in the U.S. Attorney's office in Los Angeles. In his years of practice in the area of toxic torts, he has served as national, regional and local counsel for clients involved in claims arising from exposures to formaldehyde, asbestos, beryllium, silica and pesticides. He is a member of DRI and ABOTA.

**Jeffery E. Spiers**
Jeffery E. Spiers is a partner in the Houston office of the law firm of Andrews Kurth LLP. He has served on the Complex Chapter 11 Bankruptcy Committee commissioned by the Bankruptcy Court for the Southern District of Texas. He was selected as one of eight bankruptcy attorneys in the nation honored in the April 2001 edition of the publication Turnarounds and Workouts as "Outstanding Young Bankruptcy Lawyers 2001." Mr. Spiers was selected by his peers as a "Texas Super Lawyer" as published in the November 2003 edition of Texas Monthly, which honored the top 5 percent of the attorneys in Texas. He is a frequent author on bankruptcy-related topics. Mr. Spiers is a member of the bars of the United States Court of Appeals for the Fifth Circuit, the United States District Courts for the Southern, Northern and Western Districts of Texas, and has been admitted pro hac vice to a number of federal and bankruptcy courts in a variety of jurisdictions. He is also a member of the State Bar of Texas, the Houston Bar Association and the Houston Bankruptcy Bar Association.

© Copyright DRI • 150 North Michigan Avenue, Suite 300 • Chicago, IL 60601 • Tel: 312.795.1101 • Fax: 312.
</htm