# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of **October, 2005**, a copy of the foregoing *Response and Objection of Reaud, Morgan & Quinn, Inc. In opposition to debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys* was served by facsimile on the following parties:

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Facsimile: 212-806-6006

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246
Facsimile: 657-4901

Janet S. Baer, Esquire
Christian J. Lane, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Facsimile: 312-861-2200

David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Facsimile: 652-4400

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Facsimile: 212-715-8000

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Facsimile: 374-7593

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
Facsimile: 575-1714

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Facsimile: 212-644-6755

Marla Eskin, Esquire
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Facsimile: 426-9947

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, DE 19899-1397
Facsimile: 552-4220

10007423.WPD

Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
Facsimile: 202-424-7643

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Facsimile: 655-4210

Office of the United States Trustee
Attn: David Klauder
844 King Street
Wilmington, DE 19801
Facsimile: 573-6497

/s/ Kathleen M. Miller
Kathleen M. Miller

10007423.WPD