# EXHIBIT 1

## W.R. GRACE CLAIMS WITHDRAWN BY S&R

| Bldg. # | Building Name | Claim # |
|---|---|---|
| 1 | 140 Broadway Building, New York, NY | No Claim # |
| 2 | 201 North Front Street, New Orleans, LA | 11132 |
| 3 | 230 West Monroe Building, Chicago, IL | No Claim # |
| 4 | 350 Park Avenue Building, New York, NY | 6904 |
| 5 | 69th Street Terminal Restaurant, Philadelphia, PA | No Claim # |
| 6 | 95 Wall Street Building, New York, NY | 6882 |
| 7 | A&S Department Store, Brooklyn, NY | 11601 |
| 8 | ABC Entertainment Center, Los Angeles, CA | 11077 |
| 9 | Ahmanson Center, AR | 10833 |
| 10 | Air Terminal Addition, Fresno, CA | 11076 |
| 11 | Akron Cascade Towers, Akron, OH | 11162 |
| 12 | Albert Lee Savings & Loan, MN | No Claim # |
| 13 | American Bank, Lafayette Hill, PA | 6833 |
| 14 | American Dental Assoc. Building, Chicago, IL | 6665 |
| 15 | American Medical Association Bldg., Chicago, IL | 6661 |
| 16 | Anderson Complex Building, Maumee, OH | No Claim # |
| 17 | AON Building Center, Los Angeles, CA | 10730 |
| 18 | AT&T, 1964-65 NY World's Fair Exh. Bldg., New York, NY | No Claim # |
| 19 | Atlanta West Hospital, Atlanta, GA | 11548 |
| 20 | Austin Savings & Loan, MN | No Claim # |
| 21 | Avco Research Laboratories, Everett, MA | No Claim # |
| 22 | B.V.M. Visitation, Birdsboro, PA | 6832 |
| 23 | Bank of America - World Headquarters, Compton Office, CA | 11094 |
| 24 | Bank of America - World Headquarters, Fresno Office, CA | 11093 |
| 25 | Bank of America - World Headquarters, Los Angeles Office, CA | 11108 |
| 26 | Bank of America - World Headquarters, San Diego Office, CA | 11107 |
| 27 | Bank of America - World Headquarters, San Francisco Office, CA | 11073 |
| 28 | Bank of America Mortgage f.k.a. New Mellrey Bank, Fayetteville, AR | 10680 |
| 29 | Bayway Refinery, Linden, NJ | No Claim # |
| 30 | Belk-Dutch Square Mall, Columbia, SC | 6685 |
| 31 | Beverly Wilshire Building, Beverly Hills, CA | 6644 |
| 32 | Blue Cross-Blue Shield, Columbia, SC | No Claim # |
| 33 | Bowery Savings Bank, Bldg. 327, NY | 10771 |
| 34 | Bowery Savings Bank, Bldg. 6, NY | 10772 |
| 35 | Bowery Savings Bank, Bldg. 9, NY | 10770 |
| 36 | Brookdale Shopping Center, Minneapolis, MN | 11425 |
| 37 | Calvary Baptist Church, Little Rock, AR | 10678 |
| 38 | Carnegie Museum, Pittsburgh, PA | 11042 |
| 39 | Catholic Diocese, Little Rock, AR | 11090 |
| 40 | Charity School of Nursing, New Orleans, LA | 11206 |
| 41 | Charlotte Public Library, Charlotte, NC | 6704 |
| 42 | Chase Manhattan Bank, New York, NY | No Claim # |
| 43 | Chateau LeMoyne Hotel, (no claim #) | No Claim # |
| 44 | Chippenhan Hospital, Richmond, VA | No Claim # |
| 45 | Church Job, Manly, IA | No Claim # |
| 46 | Church of the Immaculate Conception, Chicago, IL | No Claim # |
| 47 | City Complex, Greenville, SC | 10742 |
| 48 | Civic Center, Bakersville, CA | 11081 |
| 49 | Civic Center, Helena, AR | 10677 |
| 50 | Civic Center, Tucson, AZ | 11114 |
| 51 | Colorado National Bank, Denver, CO | 11709 |
| 52 | Colorado State Bank, Denver, CO | 11713 |
| 53 | Colton Civic Center, Colton, CA | 10920 |
| 54 | Columbia Mall, Columbia, MD | No Claim # |

## W.R. GRACE CLAIMS WITHDRAWN BY S&R

| Bldg. # | Building Name | Claim # |
|---|---|---|
| 55 | Commerce Towers - Tower Properties, Kansas City, MO | 6603 & 10699 |
| 56 | Connecticut Historical Society, Hartford, CT | 11044 |
| 57 | Consumers Power Federal Credit Union, Jackson, MI | 11505 |
| 58 | Continental Illinois National Bank & Trust, Chicago, IL | No Claim # |
| 59 | Continental Inn, Kenmore, NY | 5649 |
| 60 | Contra Costa Times, Walnut Creek, CA | 10921 |
| 61 | Convention Hall, Memphis, TN | 11563 |
| 62 | Copley Hospital, Morrisville, VT | No Claim # |
| 63 | Cupples Products Co., St. Louis, MO | No Claim # |
| 64 | Dale Spicer-Hospital Job, Charleston, WV | 6912 & 11413 |
| 65 | Development Center for the Mentally Retarded, Cleveland, OH | 11159 |
| 66 | E.I. DuPont Building, Wilmington, DE | 6656 |
| 67 | Eastern Parkway Branch-Brooklyn Library, Brooklyn, NY | 11431 |
| 68 | Eden Park Nursing Home of Rutland, Rutland, VT | 11429 |
| 69 | Eden Park Nursing Home, Albany, NY | 11091 & 11417 |
| 70 | El Camino Hospital, Mt. View, CA | 11033 |
| 71 | Elkton Hospital, Elkton, MD | 11163 |
| 72 | Employers Mutual Insurance, Des Moines, IA | 11150 |
| 73 | Employers Mutual Job, Wausau, WI | 6672 |
| 74 | Exxon Company f.k.a. Esso Research Company | 5457 |
| 75 | Fairview Hospital, Lafayette, LA | 11209 |
| 76 | Fairview Shopping Mall, Chicopee, MA | 11513 |
| 77 | Farm Bureau Insurance Building, Manhattan, KS | 10518 |
| 78 | Fidelity Bank & Trust Co., Philadelphia, PA | 11143 |
| 79 | Fine Arts Center, Iola, KS | No Claim # |
| 80 | First Baptist Church, Baton Rouge, LA | 6730 |
| 81 | First Baptist Church, Cookeville, TN | 6695 |
| 82 | First Baptist Church, Richmond, VA | 6692 |
| 83 | First Christian Church f.k.a. Katherine Boswell Memorial Chappel, Ada, OK | 6837 |
| 84 | First National Bank Bldg., Omaha, NE | 10703 & 11171 |
| 85 | First National Bank Building, Atlanta, GA | No Claim # |
| 86 | First National Bank, Clinton, OK | 6836 |
| 87 | First Presbyterian Church, Orlando, FL | No Claim # |
| 88 | First Union Bank, Elizabeth City, NC | 11565 |
| 89 | Frank Ulmer Lumber Co., Greenville, SC | 10852 |
| 90 | GA Farm Bureau Building, Macon, GA | 11552 |
| 91 | General Insurance Co., Seattle, WA | No Claim # |
| 92 | General Motors Building, New York, NY | 11598 |
| 93 | Gilbane Building Company, Chicago, IL | No Claim # |
| 94 | Greenville Hospital, Greenville, PA | 11141 |
| 95 | Hamdt Hospital, Erie, PA | 10693 |
| 96 | Harrison Memorial Hospital, Harrison, WA | No Claim # |
| 97 | Hartford National Bank (Fleet Bank Corp Service Center), Hartford, CT | 6613 |
| 98 | Harvard Public Health (Harvard Vanguard Med Asso), Boston, MA | 6726 |
| 99 | Highland Enterprise Lumber Co., Hillsboro, OH | No Claim # |
| 100 | Hillsdale Shopping Center, San Francisco, CA | 6746 |
| 101 | Holiday Inn, Cincinnati, OH | 11614 |
| 102 | Holiday Inn, Dayton, OH | 11615 |
| 103 | Holiday Inn, Des Moines, OH | 11613 |
| 104 | Holiday Inn, Huntington, WV | 11617 |
| 105 | Holiday Inn, IN | 11607 |
| 106 | Holiday Inn, Myrtle Beach, SC | No Claim # |
| 107 | Holiday Inn, Norwalk, CT | 11610 |
| 108 | Holiday Inn, Sioux Falls, SD | 11616 |

| | W.R. GRACE CLAIMS WITHDRAWN BY S&R | |
|---|---|---|
| **Bldg. #** | **Building Name** | **Claim #** |
| 109 | Holiday Inn, Tampa, FL | 11608 |
| 110 | Holiday Inn, Washington, DC | 11609 |
| 111 | Holiday Inn, Waukesha, WI | 11611 |
| 112 | Hospital, Petaluma, CA | 10973 |
| 113 | Howard Johnson's, San Francisco, CA | 10809 |
| 114 | Howland Hook Terminal, Staten Island, NY | 11004 |
| 115 | Illinois Union Building, Champaign, IL | 6720 |
| 116 | Iverson Towers - Anton House, Temple Hills, MD | 11164 & 11545 |
| 117 | Jefferson Hotel, Napanoch, NY | No Claim # |
| 118 | Kleinhans Music Hall, Buffalo, NY | 6875 |
| 119 | Laborer's 310 Union Office Bldg., Cleveland, OH | 11591 |
| 120 | Lake Isle Country Club, Eastchester, NY | 6605 |
| 121 | Leon County Gymnasium, FL | No Claim # |
| 122 | Leonard's Hospital, Troy, NY | 10773 |
| 123 | Lincoln Building, Spokane, WA | 6676 |
| 124 | Lion Store - Southwick Mall Shopping Center, Toledo, OH | 11238 |
| 125 | Little Sisters for the Poor, New Orleans, LA | 11215 |
| 126 | Los Angeles County Museum of Fine Arts, Los Angeles, CA | 6744 |
| 127 | Lutheran Hospital South, Madison, IL | 11067 |
| 128 | M&T Banks (Multiple Locations) | 6874 |
| 129 | Macy's Department, Long Island City, NY | 10721 |
| 130 | Mandalay Apartments, Clearwater Beach, FL | 6654 |
| 131 | Marine Research Building, Charleston, SC | 10861 |
| 132 | Marriott Hotel, Chicago Downtown, Chicago, IL | 6737 |
| 133 | Martin Towers Bldg., Bethlehem, PA | 10788 |
| 134 | Maryland Casualty Co., Baltimore, MD | 6721 |
| 135 | Mary's Help Hospital, Daly City, CA | 10686 |
| 136 | Masa Electronics Research, Cambridge, MA | 11511 |
| 137 | McClaren Hospital, Flint, MI | 10690 |
| 138 | McCormick Place, Chicago, IL | 6736 |
| 139 | McCrory Summwalt Construction, Columbia, SC | 10834 |
| 140 | Medical Park Hospital, Winston-Salem, NC | 6702 |
| 141 | Medical Research Center, San Jose, CA | 11024 |
| 142 | Medina Community Hospital, Medina, OH | 6917 |
| 143 | Memorial Hospital Addition, Cumberland, MD | 11507 |
| 144 | Memorial Hospital Boiler Room Ceiling, Johnstown, PA | No Claim # |
| 145 | Mental Health Center, South Bend, IN | 11404 |
| 146 | Methem Hospital, Methem, MA | No Claim # |
| 147 | Methodist Hospital, Indianapolis, IN | 11400 |
| 148 | Methodist Hospital, Indianapolis, IN | 11401 |
| 149 | Michigan Cancer Center, Detroit, MI | 10688 |
| 150 | Mid Continent Building, Memphis, TN | 11557 |
| 151 | Military Aerospace Division, St. Louis, MO | 10724 |
| 152 | Montefoire Hospital, Bronx, NY | 10764 |
| 153 | Montgomery County Hospital, Christianbury, VA | No Claim # |
| 154 | Montgomery Ward - Randhurst Shopping Center | 11556 |
| 155 | Monumental Office Bldg. (Venetian Monument Company), Chicago, IL | 6735 |
| 156 | Moran Job, Seattle, WA | 11420 |
| 157 | Morgan Guaranty Trust, New York, NY | No Claim # |
| 158 | National Bank of Westchester, New Rochelle, NY | No Claim # |
| 159 | Nations Bank f.k.a. Union Bank Job, Little Rock, AR | 11245 |
| 160 | New Britain Herald, New Britain, CT | 11103 |
| 161 | Norman Municipal Hospital, Norman, OK | No Claim # |
| 162 | North Hills Passavant Hospital, Pittsburgh, PA | 10963 |

| | W.R. GRACE CLAIMS WITHDRAWN BY S&R | |
|---|---|---|
| **Bldg. #** | **Building Name** | **Claim #** |
| 163 | Northwest Community Hospital, Belleville, IL | 6734 |
| 164 | Northwestern District Hospital, Roanoke Rapids, NC | 10671 |
| 165 | Oberlin Traffic Control Center, Oberlin, OH | 11435 |
| 166 | One Shell Square, New Orleans, LA | 11214 |
| 167 | Our Lady of Good Hope, Milwaukee, WI | 6670 |
| 168 | Our Lady of Lourdes Church, Revenna, NE | 6903 |
| 169 | Peoples National Bank, Seattle, WA | 11421 |
| 170 | Phelps Apartments, Cincinnati, OH | 6915 |
| 171 | Pilot Life Insurance Company, Greensboro, NC | 6701 |
| 172 | Planters Bank & Trust, Greenville, MS | 11408 |
| 173 | Portland Airport, Portland, OR | 11239 |
| 174 | Pottstown Memorial Hospital, Pottstown, PA | No Claim # |
| 175 | Presbyterian Church, Laguna Beach, CA | 6743 |
| 176 | Providence Hospital, Mobile, AL | 11113 |
| 177 | Publishers Paper Co. - Brightener Tower, Oregon City, OR | No Claim # |
| 178 | Quonset Hut - Black & Clawson, Fulton, NY | No Claim # |
| 179 | Quonset Hut - Construction Building, Maumee, OH | 6923 |
| 180 | R. Macy Building, Brooklyn, NY | 11706 |
| 181 | R.H. Macy Department Store, Staten Island, NY | 10719 |
| 182 | Radiology Building Medical Center, Memphis, TN | 11719 |
| 183 | Rochester Memorial Art Gallery, Rochester, NY | 10705 |
| 184 | Roper Hospital, Charleston, SC | 10842 |
| 185 | Rosedale United Church, Montreal, Canada | 6850 |
| 186 | Rosenstock Hall, Baltimore, MD | 11165 |
| 187 | Royal Orleans Hotel, New Orleans, LA | No Claim # |
| 188 | Sacramento (Sacto) Convention Center, Sacramento, CA | 10958 |
| 189 | Salem Hospital, Salem, OH | 11461 |
| 190 | Samaritan Hospital, Vincennes, IN | No Claim # |
| 191 | San Diego Electric & Gas Co., San Diego, CA | 10922 |
| 192 | Sauder-Lygrisse GMC Bldg., Wichita, KS | 6855 |
| 193 | Savings & Loan Branch Office, Franklin, KY | No Claim # |
| 194 | Schober's Restaurant, St. Louis, MO | 6705 |
| 195 | Scottsdale Hospital, Scottsdale, AZ | 6713 |
| 196 | Security Benefit Lift Ins. Co., Bldg., Topeka, KS | 11521 |
| 197 | Sequoia Hospital, Redwood City, CA | 10987 |
| 198 | Shenago Valley Hospital, Sharon, PA | 11197 |
| 199 | Shenandoah Baptist Church, Roanoke, VA | 11452 |
| 200 | Smith Plastering Co., Greenville, SC | 10924 |
| 201 | South Carolina National Bank Bldg., Columbia, SC | 10925 |
| 202 | Spaulding Building, Camp Kilmer, NJ | 11397 |
| 203 | St. Bedes Gymnasium (St. Bede Abbey & Academy), Peru, IL | No Claim # |
| 204 | St. Bernard's Church, Pittsburgh, PA | No Claim # |
| 205 | St. Francis Hospital, Monroe, LA | 11216 |
| 206 | St. Joe's Hospital, Reading, PA | 6826 |
| 207 | St. John's Hospital, Lowell, MA | No Claim # |
| 208 | St. Louis Marriott - Downtown Lobby f.k.a. Missouri Botanical Gardens - Spanish Pavilion, St. Louis, MO | 10698 |
| 209 | St. Luke's Hospital, Duluth, MN | 10526 |
| 210 | St. Luke's Methodist Hospital, Cedar Rapids, IA | 6666 |
| 211 | St. Marks Catholic Church, Eugene, OR | 6834 |
| 212 | St. Nicholas Church, Boston, MA | No Claim # |
| 213 | St. Pius Church, Ft. Lauderdale, FL | No Claim # |
| 214 | Stadium in Storm Lake, Sioux City, IA | 11154 |
| 215 | Standard Oil Building, San Francisco, CA | 11006 |

## W.R. GRACE CLAIMS WITHDRAWN BY S&R

| Bldg. # | Building Name | Claim # |
|---|---|---|
| 216 | Supplee Memorial Church, Maple Glen, PA | 6845 |
| 217 | Travelers Insurance Company, Hartford, CT | No Claim # |
| 218 | Trinty Athletic Center, Hartford, CT | 11060 |
| 219 | U.M.K.C. Hospital, Kansas City, MO | 10701 |
| 220 | Union Hospital, New Ulm, MN | 6708 |
| 221 | Vallco Park Office Bldg., Cupertino, CA | 10803 |
| 222 | Vermillion Library Job, Vermillion, SD | 11449 |
| 223 | Vicksburg Memorial Hospital, Vicksburg, MS | 10702 |
| 224 | Village Square - Housing for the Elderly, Williamsville, NY | 6867 |
| 225 | W.C. Forelich Inc, Buena Park, CA | 6643 |
| 226 | Wachovia Bank Building, Winston-Salem, NC | No Claim # |
| 227 | Wachovia Bank, Raleigh, NC | 10964 |
| 228 | Wachovia, Livingston, NJ | 11395 |
| 229 | Washington Hospital, Washington, PA | 6844 & 11241 |
| 230 | Waynesboro Hospital Additional, Waynesboro, TN | 11459 |
| 231 | West PA Motor Club Job - Headquarters Bldg., Pittsburgh, PA | 11189 |
| 232 | Weyerhaeuser, Everett, WA | No Claim # |
| 233 | Wieboldt's Store, Chicago, IL | 11065 |
| 234 | Wildlife Building - Near VPI Coliseum | 10591 |
| 235 | Willowbrook No. 1, Wayne, NJ | No Claim # |
| 236 | Woodcock Plastering Co., Mullins, SC | 10928 |
| 237 | Woodman Accident & Asso., Lincoln, NE | 10768 |