# EXHIBIT 3

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|:-----------------------:|:---------------:|
| 1 | 6599 (11139 Dupl.) | OK | Tulsa Assembly Center / The Maxwell Convention Center | X | YES |
| 2 | 6641 | CA | Hartford Building (650 California Street Bldg.) f.k.a. Hartford Insurance Building | X | NO |
| 3 | 6642 | CA | Getty Museum Building | X | NO |
| 4 | 6645 | CA | Bay Area Rapid Transit Administration Building | X | NO |
| 5 | 6646 | CA | Douglas Emmett Company f.k.a. 1901 Avenue of the Stars | X | NO |
| 6 | 6647 | AL | Amsouth f.k.a. First National Bank, Southern National Building | X | NO |
| 7 | 6650 | FL | Riverside Presbyterian Church | X | NO |
| 8 | 6651 | FL | Ringling Museum | X | NO |
| 9 | 6653 | FL | Methodist Church (First United Methodist Church) | X | NO |
| 10 | 6655 | FL | Cedars Medical Center f.k.a. Bermusser Company, Cedar of Lebanon Hospital | X | NO |
| 11 | 6657 | DC | Potomac Plaza Apartments | X | NO |
| 12 | 6658 | DC | John F. Kennedy Center | X | NO |
| 13 | 6660 | Canada | Technical High School | X | NO |
| 14 | 6662 | MA | Somerville Hospital School f.k.a. Somerville Hospital | X | NO |
| 15 | 6664 (11690 Dupl.) | MA | John Hancock Towers f.k.a. John Hancock Insurance Company | X | NO |
| 16 | 6667 | GA | Candler Hospital | X | NO |
| 17 | 6669 | FL | St. Vincent's Baptist Hospital | X | NO |
| 18 | 6671 | WI | Grace Lutheran Church f.k.a. Grace Evangelical Lutheran Church | X | NO |
| 19 | 6673 | WA | Verizon Communications f.k.a. West Coast Telephone Company | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|:-----------------------:|:---------------:|
| 20 | 6675 | WA | Harsch Investment Realty, LLC f.k.a. Medical Dental Building | X | NO |
| 21 | 6679 | VA | St. Mary's Hospital | X | NO |
| 22 | 6690 | VA | Memorial United Methodist Church | X | NO |
| 23 | 6691 | VA | Homestead Hotel | X | NO |
| 24 | 6693 | TN | Provident Life & Accident Insurance Company | X | NO |
| 25 | 6696 | TN | Bristol Hospital | X | NO |
| 26 | 6700 | NC | Salvation Army Chapel | X | NO |
| 27 | 6703 | NC | First Citizens Bank & Trust Co. Bldg. | X | NO |
| 28 | 6706 | MO | Linda Hall Library | X | NO |
| 29 | 6707 | MO | Coach Lamp Apartments | X | NO |
| 30 | 6709 | IL | LaSalle Hotel | X | NO |
| 31 | 6710 | IL | First National Bank Building, in Chicago's Loop | X | NO |
| 32 | 6711 | CA | Presbyterian Church | X | NO |
| 33 | 6716 | IL | Jackson Storage Warehouse (Jackson Moving Service) | X | NO |
| 34 | 6717 | MN | Hastings National Bank | X | NO |
| 35 | 6718 | MI | Genesis Medical Center f.k.a. St. Joseph's Hospital | X | NO |
| 36 | 6723 | ME | Key Bank f.k.a. City National Bank | X | NO |
| 37 | 6725 | MA | Haverhill YMCA | X | NO |
| 38 | 6727 | MA | Deaconess Hospital | X | NO |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 39 | 6728 | MA | Apt. Building Complex next to Mt. Auburn Hospital | X | NO |
| 40 | 6729 | LA | Temple Sinai | X | NO |
| 41 | 6731 | KY | The 800 Building Apartments  f.k.a. The 800 Building | X | NO |
| 42 | 6732 | KS | Dolese Brothers - Main Office | X | NO |
| 43 | 6733 | IL | The Franklin Life Insurance Co. | X | NO |
| 44 | 6740 | CA | Wells Fargo Building | X | YES |
| 45 | 6741 | CA | Topanga Plaza Shopping Center | X | NO |
| 46 | 6742 | CA | Public Library | X | NO |
| 47 | 6747 | MD | Hampton Plaza | X | NO |
| 48 | 6828 | PA | Presbyterian Church | X | NO |
| 49 | 6829 | PA | Penn Mutual Life Building c/o Beneficial Savings Bank  f.k.a. Penn Mutual Life Insurance Company Job | X | NO |
| 50 | 6831 | PA | Children's Home of Pittsburgh | X | NO |
| 51 | 6838 | OK | Cameron Office Building | X | NO |
| 52 | 6839 | OH | St. Paul Church | X | NO |
| 53 | 6841 | PA | Bell Atlantic Corporation f.k.a. Bell Telephone Company of Pennsylvania | X | NO |
| 54 | 6842 | RI | The Westerly Hospital  f.k.a. Medical Building | X | NO |
| 55 | 6843 | PA | YMCA Auditorium | X | NO |
| 56 | 6846 | VA | Homestead Hotel - Cotteges | X | NO |
| 57 | 6854 | WV | Moundsville Housing Authority | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 58 | 6856 | NY | New Yonkers Public Library | X | NO |
| 59 | 6857 | NY | The Regent Wall Street Hotel  f.k.a. National City Bank | X | NO |
| 60 | 6858 | NY | Mt. Sinai Hospital / Mount Sinai Hospital | X | NO |
| 61 | 6859 | VA | Homestead Hotel - Spa | X | NO |
| 62 | 6860 | VA | Homestead Hotel - Cascades Crab House | X | NO |
| 63 | 6861 | VA | Homestead Hotel - Power House | X | NO |
| 64 | 6862 | VA | Homestead Laundry  - Homestead Hotel | X | NO |
| 65 | 6863 | VA | Homestead Hotel - Maintenance Shops | X | NO |
| 66 | 6864 | VA | Homestead Hotel - Old Purchasing Warehouse | X | NO |
| 67 | 6865 | VA | Homestead Hotel - Cascades Inn | X | NO |
| 68 | 6868 | NY | The Princeton Club | X | NO |
| 69 | 6869 (10710 Dupl.) | NY | St. John's Home for the Aged  /  St. Johns Nursing Home | X | YES |
| 70 | 6871 | NY | Scott Tower Housing Company  f.k.a. Scott Towers | X | NO |
| 71 | 6873 | NY | Presidential Plaza Apartment Building | X | NO |
| 72 | 6876 | NY | I.B.M. | X | YES |
| 73 | 6877 | NY | Home Insurance Company Building | X | NO |
| 74 | 6878 | NY | General Motors | X | NO |
| 75 | 6880 (11102 Dupl.) | NY | Children's Hospital | X | YES |
| 76 | 6883 | NY | 600 3rd Avenue Building | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 77 | 6884 | NY | 437 Madison Avenue Building | X | NO |
| 78 | 6885 | NY | Mount Saint Mary's Nurses Home | X | NO |
| 79 | 6886 | NJ | Natatorium YMCA | X | NO |
| 80 | 6888 | NY | Park Central Hotel f.k.a. Motel Sheraton | X | NO |
| 81 | 6889 | NY | Genesis Healthcare f.k.a. Mercy Hospital | X | NO |
| 82 | 6891 | NY | 245 Park Avenue Building | X | NO |
| 83 | 6892 | NY | Prudential f.k.a. 130 John Street Building | X | NO |
| 84 | 6893 (10714 Dupl.) | NY | 10 Hanover Square Building c/o The Whitkoff Group | X | YES |
| 85 | 6894 | NV | International Hotel | X | NO |
| 86 | 6895 | NJ | St. Teresa's Church | X | NO |
| 87 | 6897 | NJ | Merck | X | NO |
| 88 | 6899 (11576 Dupl.) | NJ | Mercedes Benz of Seagate f.k.a. Mercedes Benz | X | YES |
| 89 | 6902 | NJ | Actors Fund Home | X | NO |
| 90 | 6905 | NY | 330 Madison Avenue Building | X | NO |
| 91 | 6907 | NY | Y.M.C.A. | X | NO |
| 92 | 6909 | MI | County of Barry, d/b/a Thornapple Manor f.k.a. Barry County Medical Care Facility | X | NO |
| 93 | 6910 | WI | St. Rita's Parish | X | NO |
| 94 | 6916 (11174 Dupl.) | OH | Ohio Building f.k.a. Ohio Edison Office Building | X | YES |
| 95 | 6918 | OH | Lima Memorial Hospital | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 96 | 6919 | OH | LaSalle Apartments  f.k.a. Kock Department Store | X | NO |
| 97 | 6921 | OH | Fairview Park Hospital | X | NO |
| 98 | 6922 | OH | Andrew Jergens Co. | X | NO |
| 99 | 10509 | NV | Harrah's Lake Tahoe  f.k.a Harrah's Resort - Hotel Complex | X | YES |
| 100 | 10511 | KS | Wichita Airport Authority a.k.a. Wichita Municipal Airport | X | YES |
| 101 | 10512 | KS | Wesley Medical Center a.k.a. Wesley Hospital Addition | X | YES |
| 102 | 10513 | KS | Merchant's National Bank | X | YES |
| 103 | 10514 | KS | Indian Springs Marketplace - Community Room & Expo Center f.k.a. Macy's Indian Springs Shopping Center | X | YES |
| 104 | 10515 | KS | Jensen Salsrer Lab Addition | X | YES |
| 105 | 10517 | KS | First National Bank Building | X | YES |
| 106 | 10519 | TN | Sycamore Shoals Hospital   f.k.a. Carter County Hospital Addition | X | YES |
| 107 | 10520 | AR | Central - Terminal Distribution Center  f.k.a. Central Warehouse Distribution Company | X | YES |
| 108 | 10521 | KY | Hospital Corp. of America  (Note: Originally listed in TN) | X | YES |
| 109 | 10524 | MN | Deaconess Hospital | X | YES |
| 110 | 10525 (10527 Dupl.) | MN | Duluth Entertainment Convention Center  f.k.a. Civic Center Auditorium | X | YES |
| 111 | 10528 | VA | American National Bank & Trust, Company  f.k.a. Piedmont Trust Bank | X | YES |
| 112 | 10529 | RI | Citizens Bank  f.k.a. Citizens National Bank | X | YES |
| 113 | 10530 | RI | Carr H. & Sons, Inc., (Interior Contractors)  f.k.a. H. Carr Company | X | YES |
| 114 | 10531 | RI | Rhode Island Hospital | X | YES |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 115 | 10532 | RI | Bank of Boston Building f.k.a. R.I. Trust National Bank Building | X | YES |
| 116 | 10535 | TN | Baptist Memorial Hospital - Huntingdon | X | YES |
| 117 | 10536 | TN | Johnson City Mall (The Mall at Johnson City) f.k.a. Britts Store - Miracle Mall | X | YES |
| 118 | 10537 | NJ | Livingston Mall - Bambergers | X | YES |
| 119 | 10538 | NJ | South Jersey Hospital f.k.a. Bridgeton Hospital | X | YES |
| 120 | 10539 | IN | Banc One f.k.a. Indiana National Bank | X | YES |
| 121 | 10540 | IN | American United Life Bldg. Addition | X | YES |
| 122 | 10541 | NY | Mount Sinai Hospital #2, | X | NO |
| 123 | 10542 | NY | Mount Sinai Hospital #3, | X | NO |
| 124 | 10543 | NY | Mount Sinai Hospital #4, (Owner: MSMC Realty Corp. - Residential Use) | X | NO |
| 125 | 10544 | NY | Mount Sinai Hospital #5, | X | NO |
| 126 | 10545 | NY | Mount Sinai Hospital #6, (Owner: MSMC Realty Corp. - Residential/Office/Commercial Use) | X | NO |
| 127 | 10546 | NY | Mount Sinai Hospital #7, | X | NO |
| 128 | 10587 | MN | Beutows Office Building No. 2 c/o The American Academy of Acupuncture & Oriental Medicine | X | YES |
| 129 | 10588 | NY | City Court of Albany f.k.a. Albany Municipal Building | X | YES |
| 130 | 10590 | MN | Methodist Hospital | X | YES |
| 131 | 10663 | MI | Bank One Building f.k.a. Union Bank Building | X | YES |
| 132 | 10664 | CT | Southern New England Telephone & Telegraph | X | YES |
| 133 | 10665 | AZ | Banc One f.k.a. Valley National Bank | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 134 | 10666 (11129 Dupl.) | AR | TransAmerica Life Insurance Company f.k.a. National Old Line Insurance Co. | X | YES |
| 135 | 10667 | CA | Marin General Hospital - Medical Records Addition | X | YES |
| 136 | 10670 | MI | Wolverine Building, Inc. (Headquarters) | X | YES |
| 137 | 10674 | NC | Carolina Medical Center - Mercy f.k.a. Mercy Hospital | X | YES |
| 138 | 10675 | NC | Pardee Memorial Hospital f.k.a. Margaret Pardee Hospital | X | YES |
| 139 | 10676 (11685 Dupl.) | AR | Simmons First National Bank | X | YES |
| 140 | 10679 | AR | Cla-Cliff Nursing & Rehabilitation Center f.k.a Catholic Hospital | X | YES |
| 141 | 10683 (11079 Dupl.) | CA | Anaheim Convention Center c/o Business Office | X | YES |
| 142 | 10684 (11233 Dupl.) | CA | Hyatt Regency San Francisco, f.k.a. Embarcadero Center - 231 Block | X | YES |
| 143 | 10685 | CA | Joseph Magnin Store | X | YES |
| 144 | 10687 (10988 Dupl.) | NY | Long Island Trust Company | X | YES |
| 145 | 10689 | MI | Mercy General Health Partners (Mercy Campus) f.k.a. Mercy Hospital | X | YES |
| 146 | 10691 | MI | Detroit Northern Insurance Building | X | YES |
| 147 | 10692 | FL | First National Plaza - Tenent- Briggs Weber Securities, Inc. f.k.a. First National Bank of Tampa | X | YES |
| 148 | 10694 | NY | Justice Building f.k.a. Office Tower Building - South Albany Mall | X | YES |
| 149 | 10697 | MO | Southwestern Bell Telephone | X | YES |
| 150 | 10704 | NY | One Penn Plaza Building c/o Vornado Property Mgt., 2 Penn Plaza, Rm. 1075, New York, NY 10121 | X | YES |
| 151 | 10706 | NE | Nebraska Savings & Loan | X | YES |
| 152 | 10707 | NY | Blossom Health Care Center f.k.a. Rochester Nursing Home | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 153 | 10708 | NY | Seneca Development f.k.a. Seneca Building | X | YES |
| 154 | 10709 | NY | St. Francis Hospital | X | YES |
| 155 | 10711 | NY | St. Joseph's Hospital  /  St. Joseph's Intercommunity Hospital | X | YES |
| 156 | 10712 | NY | Stewart Place | X | YES |
| 157 | 10713 | NY | Telephone Building | X | YES |
| 158 | 10715 | NE | Cooper Theater | X | YES |
| 159 | 10716 (10718 Dupl.) | NY | Kleine Department Store (Broadway Street & Gert Shopping Center - Same Bldg.) | X | YES |
| 160 | 10717 | NY | Tri-City Hospital | X | YES |
| 161 | 10720 | NY | New York Telephone Building c/o Underground Communications | X | YES |
| 162 | 10723 | MO | Liberty Supermarket | X | YES |
| 163 | 10725 | MO | McGraw-Hill Publishing Company | X | YES |
| 164 | 10726 | MO | Medical Office Building | X | YES |
| 165 | 10727 | AZ | First National Bank of Arizona | X | YES |
| 166 | 10728 | AZ | First National Bank | X | YES |
| 167 | 10729 (11118 Dupl.) | CA | 1150 Lombard Street Apartments  f.k.a. Russian Hill Twin Tower | X | YES |
| 168 | 10731 | CA | World Airways Aircraft Maintenance Facility, Oakland Airport / Headquarters located in Peachtree, GA | X | YES |
| 169 | 10732 | CA | Mt. Diablo Medical Center  f.k.a. Mt. Diablo Hospital | X | YES |
| 170 | 10733 | AZ | Banc One f.k.a.Valley National Bank | X | YES |
| 171 | 10735 | PA | St. Canice Catholic Church | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 172 | 10744 | IL | Harris Trust Bank | X | YES |
| 173 | 10745 | NY | Woodlawn Commons  f.k.a. Rubury Apartments | X | YES |
| 174 | 10748 | NY | Gimbels Department Store | X | YES |
| 175 | 10750 | NY | Hempstead Bank | X | YES |
| 176 | 10751 | VT | White Pigment Corp. | X | YES |
| 177 | 10752 | VT | Vermont Historical Society Museum & Store, Pavilion Building f.k.a. Pavilion Hotel | X | YES |
| 178 | 10753 | WV | Ferris Baker Watts, Inc.,  f.k.a. Tim E. Hollingsworth, Jr. | X | YES |
| 179 | 10754 | FL | Vitality Foodservice, Inc.,  f.k.a. First National Bank | X | YES |
| 180 | 10755 | CA | Torrance Memorial Medical Center  f.k.a. Torrance Medical Building | X | YES |
| 181 | 10756 | IL | Nine Story Office Building | X | YES |
| 182 | 10760 | CA | Wells Fargo Bank | X | YES |
| 183 | 10761 | CT | Ramada Development | X | YES |
| 184 | 10763 | NY | Metcalf Plaza c/o East Hill Family Medical | X | YES |
| 185 | 10765 | NY | Office Building  -  c/o Law Offices of Ira S. Newman | X | YES |
| 186 | 10766 | NY | AIDS Center of Queens County  f.k.a. Office Building | X | YES |
| 187 | 10769 | NY | Key Foods | X | YES |
| 188 | 10774 | NY | The Main Place Mall | X | YES |
| 189 | 10775 | NY | R.U. Wilson Building | X | YES |
| 190 | 10776 | NY | Hunts Point Industrial Park | X | YES |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 191 | 10777 | NY | IBM Building | X | YES |
| 192 | 10778 | NE | Omaha City Auditorium Complex | X | YES |
| 193 | 10779 | NE | Creighton Univeristy Medical Center f.k.a. St. Joseph Hospital | X | YES |
| 194 | 10780 (11518 Dupl.) | NE | Gateway Mall Shopping Center & Sears Store Building | X | YES |
| 195 | 10781 | NE | Doubletree Hotel    f.k.a. Hilton Hotel | X | YES |
| 196 | 10783 | PA | Methodist Towers Apartments, Inc. f.k.a. Methodist Towers | X | YES |
| 197 | 10784 | PA | Smithfield United Church f.k.a. Methodist Center | X | YES |
| 198 | 10785 | PA | Meadview Medical Center  f.k.a. Meadville Hospital | X | YES |
| 199 | 10786 | PA | McLeister & Goldman, Phildelphia, PA | X | YES |
| 200 | 10787 | PA | John V. McIntire Plaster  f.k.a. McIntire Company | X | YES |
| 201 | 10790 | PA | Susque-View Home & Health Center  f.k.a. Long Term Nursing Facility | X | YES |
| 202 | 10791 | PA | Jackson Heights High Rise for the Elderly f.k.a. Lackawanna County High Rise for the Elderly | X | YES |
| 203 | 10792 | PA | Clifford R. Keough Plumbing Heating & Air  f.k.a. L & ET Co., Inc., Pittsburgh, PA | X | YES |
| 204 | 10793 | MO | Jamestown Mall | X | YES |
| 205 | 10794 | MO | Independence Regional Health Center  f.k.a. Independence Sanitarium | X | YES |
| 206 | 10795 | MO | Ferguson-Florissant Reorganized School District  f.k.a. Francisan Sisters of Our Lady of Perpetual Help | X | YES |
| 207 | 10796 | MO | Equitable Building | X | YES |
| 208 | 10797 | MO | Continental Telephone Company | X | YES |
| 209 | 10798 | MO | Bell Telephone Building | X | YES |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 210 | 10799 | MO | Baptist Lutheran Memorial Hospital  f.k.a. Baptist Memorial Hospital | X | YES |
| 211 | 10800 | MI | Henry Ford Wyandotte Hospital f.k.a. Wyandotte General Hospital | X | YES |
| 212 | 10801 | CA | Fisherman's Wharf Parking Garage | X | YES |
| 213 | 10802 | CA | Community Center | X | YES |
| 214 | 10804 | CA | California Pacific Bank  f.k.a. Southern Pacific Bank | X | YES |
| 215 | 10806 | CA | Hunt Foods Office Building | X | YES |
| 216 | 10807 | CA | San Joaquin General Hospital | X | YES |
| 217 | 10808 | CA | North County Office Building | X | YES |
| 218 | 10810 | CA | Providence Holy Cross Hospital  f.k.a. Holy Cross Hospital | X | YES |
| 219 | 10915 | AR | Texarkana City Hall  f.k.a. Arkansas City Hall | X | YES |
| 220 | 10916 | AR | Arlington Resort Hotel & Spa  f.k.a. Arlington Hotel Job | X | YES |
| 221 | 10918 | AR | St. Vincent's Hospital | X | YES |
| 222 | 10919 | CA | Ashland Chemical Co. | X | YES |
| 223 | 10943 | CA | Fresno Bee | X | YES |
| 224 | 10944 | CA | First National Bank | X | YES |
| 225 | 10945 | PA | Allentown Truck Sales  f.k.a.  Mack Truck Office Building | X | YES |
| 226 | 10946 | KY | Lincoln Heritage Insurance Company f.k.a. Lincoln Income Life Insurance Co. | X | YES |
| 227 | 10949 | NY | J.C. Penney Building  -  Kleine Department Store | X | YES |
| 228 | 10950 | NY | Marine Midland Bank | X | NO |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 229 | 10951 | NY | Marine Midland Bank (Utica, NY) | X | YES |
| 230 | 10953 | NY | Marine Midland Building (Buffalo, NY) | X | NO |
| 231 | 10954 (11695 Dupl.) | NY | Security National Bank | X | YES |
| 232 | 10955 | NV | St. Mary's Regional Medical Center  f.k.a. St. Mary's Hospital | X | YES |
| 233 | 10956 | NV | MGM Grand Hotel & Casino | X | YES |
| 234 | 10957 | NV | Nevada Security Bank f.k.a.  Security National Bank | X | YES |
| 235 | 10959 | CA | Mercy American River Hospital  f.k.a. American River Hospital | X | YES |
| 236 | 10961 | IN | Old National City Bank f.k.a. National City Bank | X | YES |
| 237 | 10965 | WI | Tender Elder Care   f.k.a. House for the Elderly | X | YES |
| 238 | 10966 | TN | First Memphis Plaza | X | YES |
| 239 | 10967 | PA | D.L.P.S.T. Office Building | X | YES |
| 240 | 10968 | PA | The Children's Institute  f.k.a. Crippled Children's Home | X | YES |
| 241 | 10969 | PA | Citizens General Hospital | X | YES |
| 242 | 10970 | PA | Chilton Publishing House | X | YES |
| 243 | 10971 | PA | Bell Telephone Building | X | YES |
| 244 | 10972 | PA | Armstrong County Memorial Hospital  f.k.a. Armstrong County Hospital | X | YES |
| 245 | 10974 | NC | Blue Cross Building | X | YES |
| 246 | 10975 | NY | Lakeside Memorial Hospital | X | YES |
| 247 | 10976 | NY | West Chester Memorial  f.k.a. Grassland Hospital | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 248 | 10977 | AR | Sparks Regional Medical Center  f.k.a.  Sparks Memorial Hospital - Addition | X | YES |
| 249 | 10978 | PA | Fox Chapel Golf Club  f.k.a. Fox Chapel Country Club | X | YES |
| 250 | 10979 | PA | Corry Memorial Hospital | X | YES |
| 251 | 10980 | AR | Robinson Center Auditorium | X | YES |
| 252 | 10981 | CA | Crown Plaza Hotel  f.k.a. Sheraton Hotel | X | YES |
| 253 | 10982 | PA | Allegheny General Hospital in Pittsburgh  f.k.a. Allegheny General Hospital | X | YES |
| 254 | 10983 | IL | 3570 West Lake | X | YES |
| 255 | 10984 | IL | Ravenswood Health Care Centers - NcNeil Rehabilitation Center Ravenswood Hospital f.k.a. Martha Washington Hospital | X | YES |
| 256 | 10985 | AL | Southern Life & Health Insurance Building | X | YES |
| 257 | 10986 | PA | Frick Hospital  f.k.a. Henry Clay Frick Community Hospital | X | YES |
| 258 | 10989 | CA | San Francisco International Airport - Garage f.k.a. Rotunda A Airport Terminal | X | YES |
| 259 | 10991 | CA | Kaiser Permanente Medial Center  f.k.a. Santa Teresa County Hospital | X | YES |
| 260 | 10992 | CA | Security Pacific National Bank - Operators Center | X | YES |
| 261 | 10993 | AZ | Cobre Valley Community Hospital  f.k.a. Gila County Hospital | X | YES |
| 262 | 10994 | IN | Permanent Federal Bank f.k.a. Permanent Savings & Loan Bldg. | X | YES |
| 263 | 10996 | CA | Masonic Building | X | YES |
| 264 | 10997 | PA | First National Bank | X | YES |
| 265 | 10999 | PA | UPMC Shadyside - Hillman Cancer Center  f.k.a. Shadyside Hospital | X | YES |
| 266 | 11000 | NY | Long Island Jewish Hospital  a.k.a. North Shore-LIJ Health System | X | YES |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 267 | 11001 | NY | Mobil Oil f.k.a. Standard Oil Building | X | YES |
| 268 | 11002 | NY | Temple Adath Yesyran | X | YES |
| 269 | 11007 | CA | Wells Fargo Bank | X | YES |
| 270 | 11011 | MO | Far-Mar Company | X | YES |
| 271 | 11013 | PA | Liberty Mutual Insurance Building | X | YES |
| 272 | 11014 | CA | Transamerica f.k.a. Occidental Life Insurance Company | X | YES |
| 273 | 11015 | CA | Encino-Tarzana Regional Medical Center f.k.a. Tarzana Medical Center | X | YES |
| 274 | 11016 | CA | St. Mary's Medical Center f.k.a. St. Mary's Hospital | X | YES |
| 275 | 11017 | CA | Senior Citizens Village | X | YES |
| 276 | 11019 | CA | Quantas Office Building | X | YES |
| 277 | 11020 | CA | Pacific Gas & Electric Building | X | YES |
| 278 | 11021 | CA | Pacific Gas & Electric Building | X | YES |
| 279 | 11022 | CA | Nob Hill Apartments | X | YES |
| 280 | 11023 | CA | Mercy Hospital | X | YES |
| 281 | 11025 | CA | Salinas Valley Memorial Hospital | X | YES |
| 282 | 11028 | CA | Security Pacific Bank Building (45 story building) | X | YES |
| 283 | 11029 | NY | Eastman Kodak, Bldgs 213 | X | YES |
| 284 | 11030 | NY | Eastman Kodak, Bldgs 317 | X | YES |
| 285 | 11031 | NY | Eastman Kodak, Bldgs 211 | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 286 | 11032 | NY | Eastman Kodak, Bldgs 82 | X | YES |
| 287 | 11034 | CA | Santa Rosa Memorial Hospital | X | YES |
| 288 | 11035 | NY | Eastman Kodak, Bldgs 69 | X | YES |
| 289 | 11038 | NY | Eastman Kodak, Bldgs 9 | X | YES |
| 290 | 11040 | IA | Duane Arnold Energy Center | X | YES |
| 291 | 11041 | CO | Cherry Creek Shopping Center - Safeway Store | X | YES |
| 292 | 11043 | NY | Grant Village Apartments  f.k.a. Grant Village | X | YES |
| 293 | 11045 | CA | Wells Fargo Building  -  f.k.a.  550 California Building | X | YES |
| 294 | 11047 | NY | Westchester Jewish Center Community Center  f.k.a. Jewish Center | X | YES |
| 295 | 11048 | CA | City Hall f.k.a. San Antonio Office Building Center - Financial Center | X | YES |
| 296 | 11049 | NY | New York Telephone Company f.k.a. Bell Telephone Company | X | YES |
| 297 | 11050 | CA | Union Bank of California f.k.a. Bank of Tokyo | X | YES |
| 298 | 11051 | NY | 22 Cortland Street Building | X | YES |
| 299 | 11052 | CA | Kaiser Permanente Med Center | X | YES |
| 300 | 11053 | CA | Kaiser Permanente Med Center | X | YES |
| 301 | 11054 | CA | Kaiser Permanente Med Center | X | YES |
| 302 | 11056 | CT | Connecticut Light & Power Co. - Northeast Utilities | X | YES |
| 303 | 11057 | CT | Whitney Manor f.k.a. Capital Street Apartment | X | YES |
| 304 | 11058 | CT | Brady Bordman Contractor, c/o Dwight Contractors | X | YES |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|------------------------|-----------------|
| 305 | 11059 | CT | E.H. Coon Company | X | YES |
| 306 | 11061 | CT | Southern New England Telephone Co. | X | YES |
| 307 | 11062 | CT | Rehabilitation & Diagnostic Center | X | YES |
| 308 | 11063 | IA | Corporate Place | X | YES |
| 309 | 11064 | IA | Principal Global Investors f.k.a. Bankers Life Building | X | YES |
| 310 | 11068 | IL | Waukegan Public Library  f.k.a. Waukegan Library | X | YES |
| 311 | 11069 | IL | Ford City Bank Addition | X | YES |
| 312 | 11070 | IL | Underwriters Laboratory - Follow-Up Services Building  f.k.a. Follow-Up Services Building | X | YES |
| 313 | 11071 | IL | Executive Club | X | YES |
| 314 | 11072 | IL | Doctor's Building (Access Medical) | X | YES |
| 315 | 11074 | MI | Blue Cross Building | X | YES |
| 316 | 11078 | CA | Alta Bates Summit Medical Center  f.k.a. Alta Bates Hospital | X | YES |
| 317 | 11080 | CA | Century City Hospital | X | YES |
| 318 | 11082 | CA | Civic Center & Board Chambers Building | X | YES |
| 319 | 11085 | PA | Torrance State Hospital | X | YES |
| 320 | 11086 | AR | Little Rock Zoo  f.k.a. Zoo Job | X | YES |
| 321 | 11087 | NY | Columbia Presbyterian Medical Center - Vanderbilt Clinic f.k.a. Presbyterian Hospital | X | YES |
| 322 | 11088 | NY | Park Ridge Nursing Home | X | YES |
| 323 | 11089 | NY | Newmark & Company   f.k.a. - 489 Associates Building | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL
## PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 324 | 11092 | CT | YMCA of Greater Waterbury  f.k.a. Y.M.C.A. | X | YES |
| 325 | 11095 | NC | Blue Cross-Blue Shield Building | X | YES |
| 326 | 11096 | NY | DeGraff Memorial Hospital Job | X | YES |
| 327 | 11097 | NY | Cobble Hill Nursing Home  f.k.a. - Congress Nursing Home | X | YES |
| 328 | 11098 | NY | Columbia Memorial Hospital | X | YES |
| 329 | 11099 | NY | 55 Water Street Building c/o New Water Street Corporation | X | YES |
| 330 | 11100 | NY | Two New York Plaza | X | YES |
| 331 | 11101 | NY | Nassau Coliseum | X | YES |
| 332 | 11109 | AK | Providence Alaska Medical Center f.k.a. Providence Hospital | X | YES |
| 333 | 11111 | AL | Athelstan Club | X | YES |
| 334 | 11112 | AL | Columbia Four Rivers Medical Center  f.k.a. Medical Center Hospital | X | YES |
| 335 | 11114 (11402 Dupl.) | IN | Indiana Convention Center and RCA Dome f.k.a. Civic Center | X | YES |
| 336 | 11115 | CA | CSAA Building | X | YES |
| 337 | 11116 | CA | Del Monte Building | X | YES |
| 338 | 11117 | CA | Huntington Beach Hospital  f.k.a. Huntington Beach Medical Building | X | YES |
| 339 | 11119 | KS | Blue Cross Blue Shield Building | X | YES |
| 340 | 11120 | IA | Jenny Edmundson Hospital | X | YES |
| 341 | 11121 | PA | First National Bank | X | YES |
| 342 | 11122 | PA | Cedarbrook Fountain Hill Nursing Home  f.k.a. Fountain Hill Nursing Home | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 343 | 11123 | WA | Goodwill - Community Learning Center  f.k.a. First National Bank Building | X | YES |
| 344 | 11126 | CT | Blue Cross Building | X | YES |
| 345 | 11127 | CO | Blue Cross/Blue Shield | X | YES |
| 346 | 11130 | CA | 1900 Avenue of the Stars Office Bldg. | X | YES |
| 347 | 11131 | LA | Willis-Knighton Hospital Clinic | X | YES |
| 348 | 11134 | LA | Causeway Office Building #2 | X | YES |
| 349 | 11135 | OR | Central Plaza | X | YES |
| 350 | 11136 | OR | Belmont Telephone | X | YES |
| 351 | 11137 | OR | Wells Fargo Center H.Q. f.k.a. First National Bank Tower | X | YES |
| 352 | 11138 | OK | Williams Centre Management Office  (Williams HQ Company Building) f.k.a. Williams Center | X | YES |
| 353 | 11140 | OK | Tulsa Performing Arts Center  f.k.a. Performing Arts Center | X | YES |
| 354 | 11142 | PA | Granziano Building | X | YES |
| 355 | 11145 | CT | New Britain General  Hospital | X | YES |
| 356 | 11146 | CT | Largo Properties   -   CB Richard Ellis (Tenent- Suite #2) | X | YES |
| 357 | 11147 | CT | Housing for Elderly (Roger St. Lawrant) | X | YES |
| 358 | 11148 | CT | General Electric Corporation Headquarters | X | YES |
| 359 | 11149 | CT | Gant Shirt Co. | X | YES |
| 360 | 11152 | IA | Des Moines Savings | X | YES |
| 361 | 11155 | IL | Benefit Trust | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 362 | 11156 | IL | Juvenile Temporary Detention Center f.k.a. Audie Home | X | YES |
| 363 | 11157 | OH | Geauga Regional Hospital  f.k.a. Geauga Community Hospital | X | YES |
| 364 | 11160 | OH | Daughters of St. Paul Book Store | X | YES |
| 365 | 11161 | OH | Allstate Insurance Company  f.k.a. Ohio Regional Office Building | X | YES |
| 366 | 11167 | NE | Regency # 2 | X | YES |
| 367 | 11168 | NE | Regency Lake & Tennis Club  f.k.a. Regency - South Lake | X | YES |
| 368 | 11169 | NE | Ramada Inn Executive Center  f.k.a. Ramada Inn | X | YES |
| 369 | 11170 | NE | Jefferson Pilot Financial Insurance Company  f.k.a. Guarantee Mutual Life Office Building | X | YES |
| 370 | 11172 | WV | Weirton Lumber Company  f.k.a. Stewart F. Anderson | X | YES |
| 371 | 11173 | NC | Kings Mountain Hospital | X | YES |
| 372 | 11175 (11237 Dupl.) | OH | Diamond Building  f.k.a. Superior Square Building | X | YES |
| 373 | 11176 | OH | Stella Maris (Cafeteria) Building | X | YES |
| 374 | 11177 | OH | Shaker Heights Police Department Station | X | YES |
| 375 | 11178 | OH | Centinental Center  f.k.a. Ohio Bell Telephone Company | X | YES |
| 376 | 11180 | CT | Cigna - Cigna Financial Services  f.k.a. United Bank | X | YES |
| 377 | 11181 (11182 Dupl.) | WV | Ohio Valley Medical Center (Admin. Bldg.)  f.k.a. Ohio Valley General Hospital - New Administration Building | X | YES |
| 378 | 11183 | CA | Downey Community Hospital  f.k.a.  Brookshire Medical Center | X | YES |
| 379 | 11184 | IL | Arlington International Racecourse f.k.a. Arlington Heights Ractrack - Main Tract Grandstands | X | YES |
| 380 | 11185 | OK | Bank of Oklahoma Mortgage | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 381 | 11186 | PA | Memorial Hospital  f.k.a. York Hospital | X | YES |
| 382 | 11187 | PA | Woodhaven Mall - Babies-R-Us (Tenent)  f.k.a. Woodhaven Mall - Woolco Department Store | X | YES |
| 383 | 11188 | PA | W.F. Hinchey Contruction   (Pittsburgh, PA) | X | YES |
| 384 | 11190 | PA | Lehman Township Municipal Building  f.k.a. Unity House - Administration Bldg. | X | YES |
| 385 | 11191 | PA | Herald-Standard Newspaper  f.k.a. Uniontown Newspaper Building | X | YES |
| 386 | 11192 | PA | Sunbury Housing Authroity - Chestnut Tower  f.k.a. Sunbury Hi Rise | X | YES |
| 387 | 11195 | PA | Saint Mary's Healthcare Services  f.k.a. St. Mary's Medical Center | X | YES |
| 388 | 11196 | PA | Holiday Inn North Hills  f.k.a. Sheraton North Motor Inn | X | YES |
| 389 | 11198 | PA | PNC Bank  f.k.a. Pittsburgh National Bank | X | YES |
| 390 | 11199 | PA | Shamokin City - Housing Authority (Harold E. Thomas)  f.k.a. Shamokin High Rise Building | X | YES |
| 391 | 11201 | PA | Philadelphia Electric Company  c/o & Represented by Shein Law Center | X | YES |
| 392 | 11202 | PA | Centrecrest Home - Nursing Facilities Addition | X | YES |
| 393 | 11203 | PA | Pro Am Northeast, Inc. - Nissley Propane  f.k.a. Nissley Bottled Gas Company | X | YES |
| 394 | 11204 | PA | New Grease Building | X | YES |
| 395 | 11205 | LA | Causeway Office Building #1 | X | YES |
| 396 | 11208 | LA | Lady of Lourdes Regional Medical Center  f.k.a. Lady of Lourdes Hospital | X | YES |
| 397 | 11210 | LA | Earl K. Long Medical Center  f.k.a. Earl K. Long Charity Hospital | X | YES |
| 398 | 11211 | LA | Convention Hall for City of Shreveport | X | YES |
| 399 | 11213 | LA | Plauche Office Building | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 400 | 11217 | OR | U.S. National Bank (Historic) | X | YES |
| 401 | 11218 | MI | Mid-Michigan Health Center f.k.a. Midland Hospital | X | YES |
| 402 | 11219 | MI | Sinai - Grace Hospital  f.k.a. Mt. Carmel  Mercy Hospital | X | YES |
| 403 | 11220 | MI | Robbins Towers c/o Hallwood Real Estate | X | YES |
| 404 | 11221 | MI | Saginaw Civic Center | X | YES |
| 405 | 11222 | MI | St. Joseph Hospital | X | YES |
| 406 | 11223 | MI | Trenton City Hall | X | YES |
| 407 | 11225 | CA | Tower Apartment Building | X | YES |
| 408 | 11228 | CA | Sherman Building Twin Towers | X | YES |
| 409 | 11229 | CA | Pacific Heights Apartments | X | YES |
| 410 | 11230 | CA | Kong Chow Benovolent Bldg. | X | YES |
| 411 | 11231 | CA | Crocker-Citizens Plaza | X | YES |
| 412 | 11232 | CA | Continental Building | X | YES |
| 413 | 11233 | CA | Embarcadero P.G.&E. | X | YES |
| 414 | 11235 | WA | Washington Trust Financial Center (Main Branch)  f.k.a. Washington Trust Building | X | YES |
| 415 | 11240 | OR | Sacred Heart Medical Center  f.k.a. Sacred Heart Hospital | X | YES |
| 416 | 11242 | PA | Children's Hospital | X | YES |
| 417 | 11244 | AR | Southwestern Bell  - f.k.a. Bell Telephone Building | X | YES |
| 418 | 11246 | WY | Great Plains Insurance Company | X | YES |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 419 | 11247 | NE | St. Luke's Baptist Hospital  f.k.a. St. Luke's Hospital | X | YES |
| 420 | 11248 | NE | Cagle Office Building   c/o Martin Cannon, Esquire | X | YES |
| 421 | 11249 | IA | St. Luke's Hospital Job | X | YES |
| 422 | 11250 | CA | Blue Cross Building | X | YES |
| 423 | 11251 | AZ | Banner Good Samaritan Medical Center  f.k.a. Good Samaritan Hospital | X | YES |
| 424 | 11254 | NY | Uihlein Mercy Center  f.k.a. Sisters of Mercy | X | YES |
| 425 | 11255 | WV | Wood County Bank | X | YES |
| 426 | 11256 | PA | AAA Distributing Office | X | YES |
| 427 | 11258 | WV | Ohio Valley Medical Center (Educational Bldg.)  f.k.a. Ohio Valley General Hospital - New Educational Building | X | YES |
| 428 | 11259 | OR | Oregon Auto | X | YES |
| 429 | 11260 | OR | North Pacific Plaza Building c/o Mayfield Management Company | X | YES |
| 430 | 11261 | OR | Meridian Building | X | YES |
| 431 | 11263 | OR | Kaiser Permanente - Sunnyside Medical Center  f.k.a. Kaiser Hospital | X | YES |
| 432 | 11324 | OR | Eugene Mini Mall | X | YES |
| 433 | 11385 | CA | Health Center | X | YES |
| 434 | 11386 | CA | Stockton-San Joaquin County Public Library  f.k.a. Stockton City Library | X | YES |
| 435 | 11387 | NJ | Cherry Hill Mall  f.k.a. Cherry Hill Plaza | X | YES |
| 436 | 11388 | NJ | Elizabeth General Medical Center  f.k.a. Elizabeth General Hospital | X | YES |
| 437 | 11390 | NJ | Molecular Dielectric | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 438 | 11391 | NJ | Gateway II f.k.a. Gateway Building #2 | X | YES |
| 439 | 11392 | NJ | Home for the Aged | X | YES |
| 440 | 11393 | NJ | Kennedy Health System f.k.a. John F. Kennedy Hospital | X | YES |
| 441 | 11394 | NJ | Jersey Shore Convalescent Center a.k.a. Medi Center | X | YES |
| 442 | 11396 | NJ | Raritan River Center | X | YES |
| 443 | 11398 | NJ | Airport 17 Office Building  f.k.a. Teterboro Office Building | X | YES |
| 444 | 11399 | NJ | Wellington Hall Nursing Home Care Center f.k.a. Wellington Nursing Home | X | YES |
| 445 | 11402 | IN | Indiana Convention Center and RCA Dome f.k.a. Civic Center | X | YES |
| 446 | 11403 | IN | Indiana Bell Telephone Bldg. Addition | X | YES |
| 447 | 11406 | MS | Village Fair Mall f.k.a. Village Fair Shopping | X | YES |
| 448 | 11407 | MS | Kings Daughter Hospital | X | YES |
| 449 | 11409 | MS | National Bank of Commerce | X | YES |
| 450 | 11410 | MS | City Auditorium Job | X | YES |
| 451 | 11411 | WV | Kanawha Valley Building f.k.a. Charleston National Bank Plaza | X | YES |
| 452 | 11412 | WV | BB&T Branch Offices   f.k.a. City National Bank | X | YES |
| 453 | 11414 | WV | Montgomery General Hospital f.k.a. Montgomery Hospital | X | YES |
| 454 | 11415 | NY | 110 Plaza | X | YES |
| 455 | 11416 | NY | 100 Wall Street | X | YES |
| 456 | 11418 | WA | Seattle Office Furniture f.k.a. Bellevue Furniture | X | YES |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 457 | 11419 | WA | Cabrini Medical Tower  f.k.a. Cabrini Hospital | X | YES |
| 458 | 11423 | WI | Associated Commercial Mortgage, Inc.,  f.k.a. Kellogg Citizens Bank | X | YES |
| 459 | 11424 | MN | Emmanuel Home f.k.a. Augustana Lutheran Home | X | YES |
| 460 | 11426 | MN | Major League Shopping Center | X | YES |
| 461 | 11427 | WA | Union Bank of California Center (Main Office Building) f.k.a. Bank of California | X | YES |
| 462 | 11430 | VA | Sentara Williamsburg Community Hospital  f.k.a. Williamsburg Community Hospital | X | YES |
| 463 | 11432 | NY | Daycare Center | X | YES |
| 464 | 11433 | NY | Bambergers | X | YES |
| 465 | 11434 | NY | Alexander's Department Store | X | YES |
| 466 | 11437 (11436 Dupl.) | OH | The Elisabeth Severance Prentiss Center (Skilled Nursing Care)  f.k.a. Severance Medical Building | X | YES |
| 467 | 11438 | OH | Brainard Management  f.k.a. Shelter-Brainard Office | X | YES |
| 468 | 11439 | OH | St. Joseph's Community Center  f.k.a. St. Joseph's Hospital | X | YES |
| 469 | 11440 | OH | Trumbull Memorial Hospital (Forum Health) f.k.a. Trumball County Memorial Hospital | X | YES |
| 470 | 11441 | OH | St. Joseph Health Center  f.k.a. Warren General Hospital | X | YES |
| 471 | 11442 | OH | White Motors | X | YES |
| 472 | 11443 | NY | City of Albany, NY f.k.a.  A.M.F. Headquarters | X | YES |
| 473 | 11444 | NY | 333 East Onodaga Street | X | YES |
| 474 | 11445 | NY | Mount Sinai Hosptial #40,  (Annenberg Building) | X | NO |
| 475 | 11446 | NY | Mount Sinai Hospital #1 - (101st Street Between Madison & 5th Avenue) | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 476 | 11447 | SD | Sioux Valley Hospitals & Health System - USD Medical Center f.k.a. Sioux Valley Hospital | X | YES |
| 477 | 11448 | SD | Union Bank & Trust | X | YES |
| 478 | 11450 | VT | Appletree Bay Medical Center (VA Outreach Clinic)  f.k.a. Medical Center | X | YES |
| 479 | 11451 | VA | United Way International Headquarters f.k.a. United Way Building | X | YES |
| 480 | 11453 | VA | Roanoke Civic Center | X | YES |
| 481 | 11454 | VA | National Starch & Chemical Company  f.k.a. I.C.I. Of America Building | X | YES |
| 482 | 11455 | VA | Friendship Manor | X | YES |
| 483 | 11456 | VA | Virginia Bank & Trust Company  f.k.a. First National Bank | X | YES |
| 484 | 11457 | VA | Bank of the James Building  f.k.a. Fidelity National Bank | X | YES |
| 485 | 11458 | VA | Wellmont Lonesome Pine Hospital  f.k.a. Big Stone General Hospital | X | YES |
| 486 | 11460 | TN | Shelby County Division of Health Services  f.k.a. Shelby County Health Center | X | YES |
| 487 | 11462 | OH | Southwyck Shopping Center - Montgomery Ward | X | YES |
| 488 | 11463 | OH | United Banking & Trust Company Building  f.k.a. Louis Galie Central National Bank Job | X | YES |
| 489 | 11464 | NY | Mount Sinai Hospital #18, | X | NO |
| 490 | 11465 | NY | Mount Sinai Hosptial #21, | X | NO |
| 491 | 11466 | NY | Mount Sinai Hosptial #22, | X | NO |
| 492 | 11467 | NY | Mount Sinai Hospital #23, | X | NO |
| 493 | 11468 | NY | Mount Sinai Hosptial #24, | X | NO |
| 494 | 11469 | NY | Mount Sinai Hospital #25,  (Mount Sinai School of Medicine - Residential) | X | NO |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 495 | 11470 | NY | Mount Sinai Hospital #26, (Mount Sinai School of Medicine - Aron Hall Drom) | X | NO |
| 496 | 11471 | NY | Mount Sinai Hospital #27, (Mount Sinai School of Medicine - Residential & Offices) | X | NO |
| 497 | 11472 | NY | Mount Sinai Hospital #28, (Parking Garage Patient Care & Offices) | X | NO |
| 498 | 11473 | NY | Mount Sinai Hosptial #29, (Administrative Offices) | X | NO |
| 499 | 11474 | NY | Mount Sinai Hospital #30, (Administrative Offices) | X | NO |
| 500 | 11475 | NY | Mount Sinai Hospital #31, (Garage & Offices) | X | NO |
| 501 | 11476 | NY | Mount Sinai Hospital #32, (Basic Science Building) | X | NO |
| 502 | 11477 | NY | Mount Sinai Hospital #33, (KCC Patient Care) | X | NO |
| 503 | 11478 | NY | Mount Sinai Hospital #34, (KCC Patient Care) | X | NO |
| 504 | 11479 | NY | Mount Sinai Hospital #35, (Atran/Berg - 2 Buildings) | X | NO |
| 505 | 11480 | NY | Mount Sinai Hosptial #36, (Faculty Practice) | X | NO |
| 506 | 11481 | NY | Mount Sinai Hospital #37, (Patient Care) | X | NO |
| 507 | 11482 | NY | Mount Sinai Hospital #38, (IMA Primary Care & Offices) | X | NO |
| 508 | 11483 | NY | Mount Sinai Hospital #39, (Waste Management) | X | NO |
| 509 | 11484 | VA | Mary Washington Hospital - Self Care Unit | X | YES |
| 510 | 11485 | NM | Sears Roebuck Company | X | YES |
| 511 | 11486 | NV | Sears Department Store | X | YES |
| 512 | 11487 | NV | Sears Roebuck | X | YES |
| 513 | 11488 | NY | Sears Shopping Center | X | YES |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 514 | 11489 | WI | Sears & Grant Building | X | YES |
| 515 | 11490 | SD | Sears / Roebuck | X | YES |
| 516 | 11491 | CO | Sears & Roebuck, Westland Shopping Center | X | YES |
| 517 | 11492 | CA | Sears Roebuck | X | YES |
| 518 | 11493 | CA | Sears Roebuck | X | YES |
| 519 | 11494 | CA | Sears Roebuck | X | YES |
| 520 | 11495 | CA | Sears Roebuck | X | YES |
| 521 | 11496 | CA | Sears Roebuck | X | YES |
| 522 | 11497 | CA | Sears Roebuck | X | YES |
| 523 | 11498 | CA | Sears Roebuck | X | YES |
| 524 | 11499 | IA | Sears Roebuck | X | YES |
| 525 | 11500 | IL | Sears Roebuck Building | X | YES |
| 526 | 11501 | NJ | Sears & Roebuck - Morristown Mall | X | YES |
| 527 | 11502 | MN | Sears & Roebuck | X | YES |
| 528 | 11503 | MS | First Security Bank  f.k.a. Batesville Security Bank | X | YES |
| 529 | 11504 | MO | Western Unional Centralized Telephone - Bureau #3 | X | YES |
| 530 | 11506 | ME | Augusta Civic Center f.k.a. Cultural Building | X | YES |
| 531 | 11508 | MD | Ardwick Ardmore Industrial Center  (Dart Drug Inc.) | X | YES |
| 532 | 11509 | MA | Worcester Center | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 533 | 11510 (11702 Dupl.) | MA | Springfield Journal f.k.a. Springfield News | X | YES |
| 534 | 11512 | MA | Bank of Western Massachusetts f.k.a. Harper Trust | X | YES |
| 535 | 11514 | MA | First National Bank of Franklin County | X | YES |
| 536 | 11515 | MD | Sears, Roebuck & Co. | X | YES |
| 537 | 11516 | NC | Sears Roebuck Company | X | YES |
| 538 | 11517 | NC | Sears Job | X | YES |
| 539 | 11519 | IN | American Can Company | X | YES |
| 540 | 11522 | LA | Camelot Club | X | YES |
| 541 | 11523 | LA | Oakwood Shopping Center - Holmes Department Store | X | YES |
| 542 | 11524 | FL | Sears Roebuck | X | YES |
| 543 | 11525 | LA | Imperial Premium Finance f.k.a. Imperial Office Building | X | YES |
| 544 | 11526 | LA | Louisiana National Bank Building | X | YES |
| 545 | 11527 | LA | Fisk Building & Investments   f.k.a. Obeco Building | X | YES |
| 546 | 11528 | LA | Villa St. Charles | X | YES |
| 547 | 11529 | IL | Nugent Import Motors | X | YES |
| 548 | 11530 | IL | CNA Plaza Headquarters  f.k.a. C.N.A. Building | X | YES |
| 549 | 11531 | IL | Gateway Shops   f.k.a. Gateway Plaza | X | YES |
| 550 | 11532 | IL | I.B.M. Building | X | YES |
| 551 | 11533 | IL | Merchandise Mart Plaza | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 552 | 11534 | CO | Denver Square, Anaconda Bldg. | X | YES |
| 553 | 11535 | CO | Northern Colorado Medical Center - Hospitality House  f.k.a. Medical Apartments Building | X | YES |
| 554 | 11536 | CO | Mountain Bell | X | YES |
| 555 | 11537 | CT | IBM Office Building | X | YES |
| 556 | 11538 | CT | Office Facility for Broad Street Assoc., c/o Frank Marceds, Inc. | X | YES |
| 557 | 11539 | CT | Westport Office Bldg. | X | YES |
| 558 | 11540 | DC | City Line Towers | X | YES |
| 559 | 11541 | DC | Cosmat Center | X | YES |
| 560 | 11542 | DC | Cottages - Jr. Village | X | YES |
| 561 | 11543 | DC | Dart Drug | X | YES |
| 562 | 11544 | DC | Fanny Mae f.k.a Equitable Life Insurance | X | YES |
| 563 | 11546 | FL | Cordova Mall (Gayfers Department Store)  f.k.a. Gaffer Department Store | X | YES |
| 564 | 11547 | FL | Pratt/Whitney Job | X | YES |
| 565 | 11549 | GA | Atlanta Marriott Century Center f.k.a. Century Center Building | X | YES |
| 566 | 11551 | GA | First National Bank Job | X | YES |
| 567 | 11553 | IL | Caterpillar Tractor Company, Administration Bldg. | X | YES |
| 568 | 11554 | CA | Kaiser Permanente Hospital | X | YES |
| 569 | 11558 | PA | Kaufmann's Department Store | X | YES |
| 570 | 11559 | PA | Lake Erie College of Osteopathic Medicine  f.k.a. General Telephone & Electric Data Center | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 571 | 11560 | PA | Fenestra Division of Marmon Group, Inc., f.k.a. Fenestra Inc. Door Products Division | X | YES |
| 572 | 11561 | OH | NCR Corporation  f.k.a. NCR Distribution Center | X | YES |
| 573 | 11562 | OH | Natural Distillers | X | YES |
| 574 | 11564 | NC | Bank of America  f.k.a. NCNB Building | X | YES |
| 575 | 11566 | WV | First Community Bancshares, Inc.  f.k.a. Flat Top National Bank | X | YES |
| 576 | 11567 | VA | Virginia Hospital Center  f.k.a. Arlington Hospital   CLAIM 1-2 | X | YES |
| 577 | 11568 | VA | Virginia Hospital Center  f.k.a. Arlington Hospital   CLAIM 2-2 | X | YES |
| 578 | 11569 | VA | Apartments for the Elderly | X | YES |
| 579 | 11570 | VA | American National Bank & Trust Co. | X | YES |
| 580 | 11571 | TN | National Distillers Chemical Company | X | YES |
| 581 | 11573 | NJ | Sutton Plaza Office Building | X | YES |
| 582 | 11574 | NJ | Woodbridge Center  (Sterns Department Store) f.k.a. Woodbridge Shopping Center | X | YES |
| 583 | 11575 | NJ | Metal Litho U.S. Can Company a.k.a. BMAT Trenton Medal Decorating  f.k.a.Metal-Litho International | X | YES |
| 584 | 11577 | NJ | Long Distance Switching Center | X | YES |
| 585 | 11578 | NJ | Ingersol-Rand Co. | X | YES |
| 586 | 11580 | NC | Southpark Shopping Center c/o Management Offices | X | YES |
| 587 | 11581 | NC | Bank of America  f.k.a. Raleigh Savings & Loan | X | YES |
| 588 | 11582 | NC | Guilford Mills, Inc.,  f.k.a. Oak Ridge Textiles | X | YES |
| 589 | 11583 | NC | NC Federal Savings & Loan f.k.a. Northwestern Bank Building | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 590 | 11584 | NC | Elks Lodge & Golf Club f.k.a. Elks Country Club | X | YES |
| 591 | 11585 | NC | Duke Power Company | X | YES |
| 592 | 11586 | NC | Draymore Manufacturing Co. | X | YES |
| 593 | 11587 | NC | Computer Office Building | X | YES |
| 594 | 11588 | NC | Village Country Club West f.k.a. Carolina Country Club | X | YES |
| 595 | 11589 | NC | Benjamin Branch Public Library  f.k.a. Greensboro Library | X | YES |
| 596 | 11590 | NC | Bank of Asheville | X | YES |
| 597 | 11592 | NY | Wegman Store | X | YES |
| 598 | 11593 | NY | W.G.N. | X | YES |
| 599 | 11594 | NY | Tonawanda City Police  f.k.a. Tonawanda Police Job | X | YES |
| 600 | 11595 | NY | New Municipal Building | X | YES |
| 601 | 11596 | NY | Olian Nursing Home | X | YES |
| 602 | 11597 | NY | King David Manor  f.k.a. Kings David Hotel | X | YES |
| 603 | 11599 | NY | Ford Manhattan Building | X | YES |
| 604 | 11600 | NY | Beech-Nut Company | X | YES |
| 605 | 11602 | NY | A & S Building | X | YES |
| 606 | 11603 | MS | Trustmark National Bank    f.k.a. First National Building | X | YES |
| 607 | 11604 | MN | Wells Fargo Bank f.k.a.  Marquette National Bank | X | YES |
| 608 | 11605 | MI | State of Michigan Plaza  f.k.a. Executive Plaza | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 609 | 11606 | ND | Holiday Inn f.k.a. New Holiday Motor Inn | X | YES |
| 610 | 11619 | CANADA | University of Toronto | X | YES |
| 611 | 11686 | MA | Boston Regional Medical Center f.k.a. New England Memorial Hospital | X | YES |
| 612 | 11687 | ME | Merchants National Bank of Bangor  f.k.a. Merchants National Bank | X | YES |
| 613 | 11688 | MA | Keystone Building c/o Spaulding & Slye Colliers Real Estate f.k.a. Spaulding Building | X | YES |
| 614 | 11691 | MA | Kindred Hospital Boston North Shore Cancer Center f.k.a. J.B. Thomas Hospital | X | YES |
| 615 | 11692 | MA | Muzzy's Day Square Florist    f.k.a. Day Square Building | X | YES |
| 616 | 11693 | MA | First National Bank | X | YES |
| 617 | 11694 | MA | Franklin First Federal Credit Union f.k.a.  Franklin County Trust Bank | X | YES |
| 618 | 11696 | NY | Plaza Building | X | YES |
| 619 | 11697 | NY | Time Life Building f.k.a. Esso Building | X | YES |
| 620 | 11698 | NY | Ebenezer Building | X | YES |
| 621 | 11699 | ME | Union Mutual Life Insurance | X | YES |
| 622 | 11700 | MA | Northampton Nursing Home, Inc. | X | YES |
| 623 | 11704 | NY | 3 Hanover Plaza | X | YES |
| 624 | 11705 | WV | Office & Service Center - United Fuel & Gas Co. | X | YES |
| 625 | 11707 | CO | Mountain States Telephone Company | X | YES |
| 626 | 11708 | CO | Bell Telephone Addition | X | YES |
| 627 | 11710 | CO | West Farm Bureau Life Building | X | YES |

# AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 628 | 11711 | CO | Bear Valley Shopping Center | X | YES |
| 629 | 11712 | CO | Mile High Medical Arts Bldg. | X | YES |
| 630 | 11714 | CO | Colorado Springs, CO - Chamber of Commerce Building  f.k.a. Holly Sugar Building | X | YES |
| 631 | 11715 | KS | Eastside Financial Center | X | YES |
| 632 | 11716 | KS | Commerce Bank & Trust f.k.a. Commerce State Bank | X | YES |
| 633 | 11717 (11718 Dupl.) | VT | Renewal Shopping Mall - Building # 2 Burlington Urban | X | YES |
| 634 | 11720 | TN | Rivergate Mall   (Tenant - Walgreen Drugs) | X | YES |
| 635 | 11721 | TN | Wellmont-Hawkins County Memorial Hospital  f.k.a. Rogersville Hospital - Learning Resource Center | X | YES |
| 636 | 11723 | SD | Great Western Bank   f.k.a. Northwestern National Bank | X | YES |
| 637 | 11724 | TN | Mountain City Medical Center  f.k.a. Mountain City Hospital Addition | X | YES |
| 638 | 12365 | CANADA | O & Y - Tower C Place de Ville | X | YES |
| 639 | 12595 | NY | Mount Sinai Hospital #10, | X | NO |
| 640 | 12596 | NY | Mount Sinai Hospital #11, | X | NO |
| 641 | 12597 | NY | Mount Sinai Hosptial #12, | X | NO |
| 642 | 12598 | NY | Mount Sinai Hospital #13, | X | NO |
| 643 | 12600 | NY | Mount Sinai Hospital #16, | X | NO |
| 644 | 12601 | NY | Mount Sinai Hospital #15, | X | NO |
| 645 | 12602 | NY | Mount Sinai Hosptial #17, | X | NO |
| 646 | 12603 | NY | Mount Sinai Hosptial #19, | X | NO |

## AUTHORITY BASED SOLELY UPON ANDERSON MEMORIAL HOSPITAL PUTATIVE CLASS ACTION

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (Yes or No) |
|---------|---------|-------|--------------------------|-------------------------|-----------------|
| 647 | 12604 | NY | Mount Sinai Hosptial #20, | X | NO |
| 648 | 12635 | NY | Mount Sinai Hospital #8, | X | NO |
| 649 | 12636 | NY | Mount Sinai Hosptial #9, | X | NO |
| 650 | 14409 | CT | St. Francis Hospital | X | YES |
| 651 | 14886 | NY | Mount Sinai Hospital #14, | X | NO |