# EXHIBIT 4

# AUTHORITY BASED SOLELY ON CERTIFIED SOUTH CAROLINA CLASS

| Bldg. # | Claim # | State | Building/Claimant Name | Anderson Certified Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 1 | 6681 | SC | Trinity United Methodist Church f.k.a. Trinity Methodist Church | X | NO |
| 2 | 6682 | SC | Medical University of South Carolina (MUSC)-Rutledge Tower f.k.a. St. Francis Hosptial (Old Building) | X | NO |
| 3 | 6683 | SC | First Baptist Church - Camden | X | NO |
| 4 | 6686 | SC | Trinity Baptist Church f.k.a. Baptist Office Building | X | NO |
| 5 | 6687 | SC | Aldergate Methodist Church | X | NO |
| 6 | 9914 | SC - State | Anderson Memorial Hospital on behalf of its certified class members in South Carolina | X | NO |
| 7 | 10835 | SC | Medi-Center Building | X | YES |
| 8 | 10836 | SC | Myrtle Beach Lumber Company | X | YES |
| 9 | 10837 | SC | Woodstream Farms Apartments f.k.a. Ohara Apartment | X | YES |
| 10 | 10838 | SC | Pee Dee Builders Supply | X | YES |
| 11 | 10839 | SC | Peoples Plaza | X | YES |
| 12 | 10840 | SC | R & G Paint Company | X | YES |
| 13 | 10841 | SC | Palmetto Health Hospital - Richland f.k.a. Richland County Hospital | X | YES |
| 14 | 10843 | SC | Sherwin Williams Paint Store | X | YES |
| 15 | 10844 | SC | Coliseum Motor Inn | X | YES |
| 16 | 10845 / 10878 | SC | La Quinta Inn (Possible) f.k.a. Carolina Motor Inn / Columbia Motor Inn | X | YES |
| 17 | 10846 | SC | Columbia Plastering Company | X | YES |
| 18 | 10847 | SC | Cornell Arms Apartments | X | YES |
| 19 | 10848 / 10870 | SC | Covil Insulation Company - Berea Industrial Park | X | YES |
| 20 | 10849 | SC | Cromer & Sullivan Construction Co. | X | YES |
| 21 | 10850 | SC | D.H. Holmes Company, Ltd. | X | YES |

# AUTHORITY BASED SOLELY ON CERTIFIED SOUTH CAROLINA CLASS

| Bldg. # | Claim # | State | Building/Claimant Name | Anderson Certified Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 22 | 10851 | SC | Duffie Paint Company | X | YES |
| 23 | 10853 | SC | G.E. Company Manufacturing Plant f.k.a. General Electric Company - Addition (Phase-V) | X | YES |
| 24 | 10854 | SC | Glidden Company | X | YES |
| 25 | 10855 | SC | J.E. Grambling Building Supply | X | YES |
| 26 | 10856 | SC | J.T. Robertson - Southern Coating & Chemical | X | YES |
| 27 | 10857 | SC | John J. Riley & Sons | X | YES |
| 28 | 10858 | SC | L. Roy Owen Plastering Co | X | YES |
| 29 | 10859 | SC | Lamb, Young, Jones Office Building | X | YES |
| 30 | 10860 | SC | Landmark Resort Hotel f.k.a. Landmark Motel | X | YES |
| 31 | 10862 | SC | Martin Paint & Supply Company | X | YES |
| 32 | 10863 | SC | Mary Black Memorial Hospital f.k.a. Mary Black Hospital | X | YES |
| 33 | 10864 | SC | ACME Quality Paint Company | X | YES |
| 34 | 10865 | SC | Aiken Builders Supply | X | YES |
| 35 | 10866 | SC | Arnold & Dobson Supply Company | X | YES |
| 36 | 10867 | SC | Avery Lumber Company | X | YES |
| 37 | 10868 | SC | Ballard-Rice Prestress | X | YES |
| 38 | 10869 | SC | First Federal Savings & Loan | X | YES |
| 39 | 10871 | SC | Bonitz Insulating Company | X | YES |
| 40 | 10872 | SC | Builders Wholesale, Inc. | X | YES |
| 41 | 10873 | SC | Byars Machine Company | X | YES |
| 42 | 10874 | SC | C.B. Askins Construction Co | X | YES |

## AUTHORITY BASED SOLELY ON CERTIFIED SOUTH CAROLINA CLASS

| Bldg. # | Claim # | State | Building/Claimant Name | Anderson Certified Class | PID (Yes or No) |
|---|---|---|---|---|---|
| 43 | 10875 | SC | C.L. Cannon & Sons | X | YES |
| 44 | 10876 | SC | C.L. Duffie Painting Inc. | X | YES |
| 45 | 10877 | SC | Carolina Drywall Ins. Co. | X | YES |
| 46 | 10879 | SC | Carotex Industrial Supply | X | YES |
| 47 | 10880 | SC | Central Concrete & Plaster Company | X | YES |
| 48 | 10881 | SC | Central Roofing & Supply Company | X | YES |
| 49 | 10882 | SC | Chapin Lumber Company | X | YES |
| 50 | 10923 | SC | Silver Sands Motel f.k.a. Siver Sands Hotel | X | YES |
| 51 | 10926 | SC | St. Francis Hospital | X | YES |
| 52 | 10927 | SC | Van-Smith Building Materials | X | YES |