# EXHIBIT 6

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 1 | 6599 (11139 Dupl.) | OK | Tulsa Assembly Center / The Maxwell Convention Center | YES |
| 2 | 6620 | CT | Hartford Hospital (f.k.a. Newington Crippled Children's Hospital) | YES |
| 3 | 6634 | OH | Cleveland Museum of Art (4 Joined Buildings) | YES |
| 4 | 6636 | NY | F.F. Thompson Continuing Care Center, f.k.a. Thompson Nursing Home (2 Buildings) | YES |
| 5 | 6637 | FL | Gulf Atlantic Properties, Inc. | YES |
| 6 | 6639 | CA | Eden Medical Center f.k.a. Eden Hospital | YES |
| 7 | 6697 (11252 Dupl.) | NE | Nebraska Methodist Hospital  f.k.a. Methodist Hospital | YES |
| 8 | 6740 | CA | Wells Fargo Building | YES |
| 9 | 6869 (10710 Dupl.) | NY | St. John's Home for the Aged  /  St. Johns Nursing Home | YES |
| 10 | 6876 | NY | I.B.M. | YES |
| 11 | 6880 (11102 Dupl.) | NY | Children's Hospital | YES |
| 12 | 6893 (10714 Dupl.) | NY | 10 Hanover Square Building c/o The Whitkoff Group | YES |
| 13 | 6899 (11576 Dupl.) | NJ | Mercedes Benz of Seagate  f.k.a. Mercedes Benz | YES |
| 14 | 9838 | CA | Fresno - McKee Fisk | YES |
| 15 | 9839 | CA | Humboldt - Forbes PE Complex | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 16 | 9840 | CA | UC San Diego - Hillcrest Hospital Emergency Dept. (same as UCSD Medical Center) | YES |
| 17 | 9841 | CA | UC San Diego - Humanities & Social Sciences | YES |
| 18 | 9842 | CA | Humboldt - Natural Resources Bldg. | YES |
| 19 | 9843 | CA | UC Davis - National Primate Center | YES |
| 20 | 9844 | CA | UC Davis - Shields Library | YES |
| 21 | 9845 | CA | UC Davis - Physical Science Library | YES |
| 22 | 9846 | CA | UC Davis - Mrack Bldg. | YES |
| 23 | 9847 | CA | UC Davis - Chemistry Annex | YES |
| 24 | 9848 | CA | UC Berkeley - ASUC-King Union Bldg. | YES |
| 25 | 9849 | CA | UC Berkeley - Boalt Hall (Robbins Law Library | YES |
| 26 | 9850 | CA | UC Berkeley - Calvin | YES |
| 27 | 9851 | CA | UC Los Angeles - Boelter Hall | YES |
| 28 | 9852 | CA | UC Los Angeles - Hedrick Hall | YES |
| 29 | 9853 | CA | UC Los Angeles - Life Sciences Bldg. | YES |
| 30 | 9854 | CA | UC Los Angeles - Math & Science Hallway | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 31 | 9855 | CA | UC Los Angeles - Melnitz Hall | YES |
| 32 | 9856 | CA | UC Los Angeles - Rieber Hall | YES |
| 33 | 9857 | CA | UC Los Angeles - Sproul Hall | YES |
| 34 | 9858 | CA | UC Irvine - Engineering I | YES |
| 35 | 9859 | CA | UC Irvine - Medical Center Bldg. 53 | YES |
| 36 | 9860 | CA | UC Irvine - Science Lecture Hall | YES |
| 37 | 9861 | CA | UC San Francisco - Joseph M. Long Hospital (Children's Hospital) | YES |
| 38 | 9862 | CA | UC San Francisco - Ambulatory Care Center | YES |
| 39 | 9863 | CA | UC San Francisco - Health Sciences IR East | YES |
| 40 | 9864 | CA | UC San Francisco - Moffitt Hospital | YES |
| 41 | 9865 | CA | UC San Francisco - Health Sciences IR West | YES |
| 42 | 9866 | CA | UC San Francisco - Laurel Heights | YES |
| 43 | 9867 | CA | UC San Francisco - Millberry Union Bldg. | YES |
| 44 | 9868 | CA | UC Irvine - Physical Science 1 (Rowland Hall) | YES |
| 45 | 9869 | CA | UC Irvine - Computer Science Bldg. | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 46 | 9870 | CA | UC Santa Barbara - Biology II | YES |
| 47 | 9871 | CA | UC Santa Barbara - Buchanan Hall | YES |
| 48 | 9872 | CA | UC Santa Barbara - Campbell Hall | YES |
| 49 | 9873 | CA | UC Santa Barbara - Campbell Hall Projection Room | YES |
| 50 | 9874 | CA | UC Santa Barbara - Music Bldg. | YES |
| 51 | 9875 | CA | UC Santa Barbara - North Hall | YES |
| 52 | 9876 | CA | UC Santa Barbara - Phychology Bldg. | YES |
| 53 | 9877 | CA | UC Santa Barbara - Student Health Bldg. | YES |
| 54 | 9878 | CA | UC Berkeley - Lawrence Hall | YES |
| 55 | 9879 | CA | UC Berkeley - Zellerbach Center | YES |
| 56 | 9880 | CA | UC Berkeley - Zellerbach Playhouse Lobby | YES |
| 57 | 9881 | CA | UC Berkeley - Wheeler Hall | YES |
| 58 | 9882 | CA | UC Riverside - A&I Dorms | YES |
| 59 | 9883 | CA | UC Riverside - Olmstead Hall Theater | YES |
| 60 | 9884 | CA | UC Riverside - Physics Room 2158 | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 61 | 9885 | CA | UC Riverside - Physics 2000 Theater | YES |
| 62 | 9886 | CA | UC Riverside - Watkins House | YES |
| 63 | 9887 | CA | UC Riverside - Watkins Art Gallery **(same as Watkins House - just shared space)** | YES |
| 64 | 9888 | CA | Dominguez Hills - Education Resource Center | YES |
| 65 | 9889 | CA | Fresno - Science | YES |
| 66 | 9890 | CA | UC Davis Med. Center - Professional Bldg. | YES |
| 67 | 9891 | CA | UC Davis Med. Center - Hospital (East Wing and North Wing) | YES |
| 68 | 9892 | CA | UC Davis Med. Center - Cypress Bldg. | YES |
| 69 | 9893 | CA | UC San Diego - McGill Hall (ak/a Psychology and Linguistics Bldg.) | YES |
| 70 | 9895 | CA | UC Berkeley - Eschelman Bldg. | YES |
| 71 | 9896 | CA | UC Berkeley - Etcheverey Bldg. | YES |
| 72 | 9897 | CA | UC Berkeley - Kroeber Bldg. | YES |
| 73 | 6901 (11236 Dupl.) | NJ | Bayshore Community Hospital | YES |
| 74 | 9908 | TX | Hyatt Regency Dallas | YES |
| 75 | 9909 | CA | UC Berkeley - Campbell Hall | YES |

## S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 76 | 9910 | CA | UC Berkeley - Davis Bldg. | YES |
| 77 | 9911 | Worldwide | Anderson Memorial Hospital on behalf of All Buildings encompassed in its Putative Class Action | YES |
| 78 | 9912 | AR | KARK-TV, Inc. & Morris Multimedia, Inc. - East Building (Channel 4) f.k.a. First National Bank | YES |
| 79 | 9913 | AR | KARK-TV, Inc. & Morris Multimedia, Inc. - West Annex (Channel 4) f.k.a. First National Bank | YES |
| 80 | 9914 | SC - State | Anderson Memorial Hospital on behalf of its certified class members in South Carolina | YES |
| 81 | 9915 | CA | Hyatt Regency San Francisco | YES |
| 82 | 6916 (11174 Dupl.) | OH | Ohio Building f.k.a. Ohio Edison Office Building | YES |
| 83 | 9925 | CA | San Diego - Aztec Center | YES |
| 84 | 9928 | CA | San Diego - Art II | YES |
| 85 | 9970 | CA | Sacramento - Kadema Hall | YES |
| 86 | 9988 | CA | Sacramento - Alpine Hall | YES |
| 87 | 9993 | CA | San Diego - West Commons | YES |
| 88 | 10018 | CA | Pomana - Gymnasium (Kellogg) | YES |
| 89 | 10019 | CA | Fullerton - Physical Education | YES |
| 90 | 10020 | CA | Fullerton - PJ&G Pollak Library | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 91 | 10053 | CA | Fullerton - Humanities | YES |
| 92 | 10058 | CA | Fullerton- Performing Arts | YES |
| 93 | 10078 | CA | Pomona - Darlene May Gym | YES |
| 94 | 10160 | CA | San Francisco - Hensill Hall | YES |
| 95 | 10208 | CA | San Diego - East Commons | YES |
| 96 | 10229 | CA | San Diego - East Commons Addition | YES |
| 97 | 10230 | CA | San Diego - Dramatic Arts | YES |
| 98 | 10237 | CA | Long Beach - Main Library | YES |
| 99 | 10303 | CA | Fresno - Psychology | YES |
| 100 | 10319 | CA | Fresno - North Gymnasium | YES |
| 101 | 10509 | NV | Harrah's Lake Tahoe  f.k.a Harrah's Resort - Hotel Complex | YES |
| 102 | 10510 (10759 Dupl.) | NH | Concord Hospital | YES |
| 103 | 10511 | KS | Wichita Airport Authority a.k.a. Wichita Municipal Airport | YES |
| 104 | 10512 | KS | Wesley Medical Center a.k.a. Wesley Hospital Addition | YES |
| 105 | 10513 | KS | Merchant's National Bank | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 106 | 10514 | KS | Indian Springs Marketplace - Community Room & Expo Center  f.k.a. Macy's Indian Springs Shopping Center | YES |
| 107 | 10515 | KS | Jensen Salsrer Lab Addition | YES |
| 108 | 10516 | KS | Mission Towers  a.k.a. Foxridge Towers Office Building  f.k.a. Foxridge Office Building | YES |
| 109 | 10517 | KS | First National Bank Building | YES |
| 110 | 10519 | TN | Sycamore Shoals Hospital   f.k.a. Carter County Hospital Addition | YES |
| 111 | 10520 | AR | Central - Terminal Distribution Center  f.k.a. Central Warehouse Distribution Company | YES |
| 112 | 10521 | KY | Hospital Corp. of America  (Note: Originally listed in TN) | YES |
| 113 | 10523 | MN | Bethesda Rehabilitation Hospital | YES |
| 114 | 10524 | MN | Deaconess Hospital | YES |
| 115 | 10525 (10527 Dupl.) | MN | Duluth Entertainment Convention Center  f.k.a. Civic Center Auditorium | YES |
| 116 | 10528 | VA | American National Bank & Trust, Company f.k.a. Piedmont Trust Bank | YES |
| 117 | 10529 | RI | Citizens Bank  f.k.a. Citizens National Bank | YES |
| 118 | 10530 | RI | Carr H. & Sons, Inc., (Interior Contractors) f.k.a. H. Carr Company | YES |
| 119 | 10531 | RI | Rhode Island Hospital | YES |
| 120 | 10532 | RI | Bank of Boston Building  f.k.a. R.I. Trust National Bank Building | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 121 | 10533 | TN | First Tennessee Bank (Bldg. 1-3)  f.k.a. National Bank Building | YES |
| 122 | 10534 | TN | First Tennessee Bank | Current Name: Main Bank Building (Add-On Bldg. 2-3)  f.k.a. Hamilton National Bank | YES |
| 123 | 10535 | TN | Baptist Memorial Hospital - Huntingdon | YES |
| 124 | 10536 | TN | Johnson City Mall (The Mall at Johnson City) f.k.a. Britts Store - Miracle Mall | YES |
| 125 | 10537 | NJ | Livingston Mall - Bambergers | YES |
| 126 | 10538 | NJ | South Jersey Hospital  f.k.a. Bridgeton Hospital | YES |
| 127 | 10539 | IN | Banc One f.k.a. Indiana National Bank | YES |
| 128 | 10540 | IN | American United Life Bldg. Addition | YES |
| 129 | 10587 | MN | Beutows Office Building No. 2  c/o The American Academy of Acupuncture & Oriental Medicine | YES |
| 130 | 10588 | NY | City Court of Albany  f.k.a. Albany Municipal Building | YES |
| 131 | 10590 | MN | Methodist Hospital | YES |
| 132 | 10597 | CA | Chico - Butte Hall | YES |
| 133 | 10621 | CA | Chico - Physical Science | YES |
| 134 | 10663 | MI | Bank One Building f.k.a. Union Bank Building | YES |
| 135 | 10664 | CT | Southern New England Telephone & Telegraph | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 136 | 10665 | AZ | Banc One  f.k.a. Valley National Bank | YES |
| 137 | 10667 | CA | Marin General Hospital - Medical Records Addition | YES |
| 138 | 10668 | CA | Washington Township Health Care District f.k.a. Washington Hospital | YES |
| 139 | 10669 | CA | Sutter Medical Center - Sacramento  f.k.a. Sutter Memorial / Sutter Hospital Addition #1 | YES |
| 140 | 10670 | MI | Wolverine Building, Inc. (Headquarters) | YES |
| 141 | 10672 | NC | New Hanover Regional Medical Center f.k.a. New Hanover Memorial Hospital | YES |
| 142 | 10673 | NC | First Health Montgomery Memorial Hospital f.k.a. Montgomery Memorial Hospital | YES |
| 143 | 10674 | NC | Carolina Medical Center - Mercy  f.k.a. Mercy Hospital | YES |
| 144 | 10675 | NC | Pardee Memorial Hospital  f.k.a. Margaret Pardee Hospital | YES |
| 145 | 10676 (11685 Dupl.) | AR | Simmons First National Bank | YES |
| 146 | 10679 | AR | Cla-Cliff Nursing & Rehabilitation Center f.k.a Catholic Hospital | YES |
| 147 | 10683 (11079 Dupl.) | CA | Anaheim Convention Center c/o Business Office | YES |
| 148 | 10684 (11233 Dupl.) | CA | Hyatt Regency San Francisco, f.k.a. Embarcadero Center - 231 block | YES |
| 149 | 10685 | CA | Joseph Magnin Store | YES |
| 150 | 10687 (10988 Dupl.) | NY | Long Island Trust Company | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 151 | 10689 | MI | Mercy General Health Partners (Mercy Campus)  f.k.a. Mercy Hospital | YES |
| 152 | 10691 | MI | Detroit Northern Insurance Building | YES |
| 153 | 10692 | FL | First National Plaza - Tenent- Briggs Weber Securities, Inc.  f.k.a. First National Bank of Tampa | YES |
| 154 | 10694 | NY | Justice Building  f.k.a. Office Tower Building - South Albany Mall | YES |
| 155 | 10695 (10917 & 11128 Dupl.) | AR | Baptist Health Medical Center - Little Rock f.k.a. Arkansas Baptist Medical Center | YES |
| 156 | 10696 | MO | Pierre Laclede Center No. 1 f.k.a. Pierce Laclede (2 Buildings) | YES |
| 157 | 10697 | MO | Southwestern Bell Telephone | YES |
| 158 | 10700 | MO | St. Joseph's Hill Infirmary Nursing Home (2 Buildings) | YES |
| 159 | 10704 | NY | One Penn Plaza Building c/o Vornado Property Mgt., 2 Penn Plaza, Rm. 1075, New York, NY 10121 | YES |
| 160 | 10706 | NE | Nebraska Savings & Loan | YES |
| 161 | 10707 | NY | Blossom Health Care Center  f.k.a. Rochester Nursing Home | YES |
| 162 | 10708 | NY | Seneca Development  f.k.a. Seneca Building | YES |
| 163 | 10709 | NY | St. Francis Hospital | YES |
| 164 | 10711 | NY | St. Joseph's Hospital  /  St. Joseph's Intercommunity Hospital | YES |
| 165 | 10712 | NY | Stewart Place | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 166 | 10713 | NY | Telephone Building | YES |
| 167 | 10715 | NE | Cooper Theater | YES |
| 168 | 10716 (10718 Dupl.) | NY | Kleine Department Store (Broadway Street & Gert Shopping Center - Same Bldg.) | YES |
| 169 | 10717 | NY | Tri-City Hospital | YES |
| 170 | 10720 | NY | New York Telephone Building c/o Underground Communications | YES |
| 171 | 10722 | NY | IBM Metro Employees FCU  f.k.a. Manufacturers Hanover Trust | YES |
| 172 | 10723 | MO | Liberty Supermarket (BUILDING UNKNOWN) | YES |
| 173 | 10725 | MO | McGraw-Hill Publishing Company | YES |
| 174 | 10726 | MO | Medical Office Building | YES |
| 175 | 10727 | AZ | First National Bank of Arizona | YES |
| 176 | 10728 | AZ | First National Bank | YES |
| 177 | 10731 | CA | World Airways Aircraft Maintenance Facility, Oakland Airport / Headquarters located in Peachtree, GA | YES |
| 178 | 10732 | CA | Mt. Diablo Medical Center  f.k.a. Mt. Diablo Hospital | YES |
| 179 | 10733 | AZ | Banc One f.k.a.Valley National Bank | YES |
| 180 | 10738 | NY | Rockrose  f.k.a. 127 John Street | YES |

## S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 181 | 10744 | IL | Harris Trust Bank | YES |
| 182 | 10745 | NY | Woodlawn Commons  f.k.a. Rubury Apartments | YES |
| 183 | 10746 | WV | St. Mary's Medical Center  f.k.a. St. Mary's Hospital | YES |
| 184 | 10747 | NY | Friendly Home Nursing Care & Rehabilitation f.k.a.  Deaf Hard of Hearing & Speech Impaired | YES |
| 185 | 10748 | NY | Gimbels Department Store | YES |
| 186 | 10749 (10948 Dupl.) | NY | Glen Oaks Club Inc., Clubhouse  f.k.a. Glen Oak Country Club | YES |
| 187 | 10750 | NY | Hempstead Bank | YES |
| 188 | 10751 | VT | White Pigment Corp. | YES |
| 189 | 10752 | VT | Vermont Historical Society Museum & Store, Pavilion Building  f.k.a. Pavilion Hotel | YES |
| 190 | 10753 | WV | Ferris Baker Watts, Inc.,  f.k.a. Tim E. Hollingsworth, Jr. | YES |
| 191 | 10754 | FL | Vitality Foodservice, Inc.,  f.k.a. First National Bank | YES |
| 192 | 10755 | CA | Torrance Memorial Medical Center  f.k.a. Torrance Medical Building | YES |
| 193 | 10756 | IL | Nine Story Office Building | YES |
| 194 | 10757 | CA | Sutter Place, LLC (d/b/a Pacific Plaza)  f.k.a. Sutter Place Office Building | YES |
| 195 | 10758 | MI | Oakwood Hospital & Medical Center | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 196 | 10760 | CA | Wells Fargo Bank | YES |
| 197 | 10761 | CT | Ramada Development | YES |
| 198 | 10762 | CT | 99 Founders Plaza | YES |
| 199 | 10763 | NY | Metcalf Plaza c/o East Hill Family Medical | YES |
| 200 | 10765 | NY | Office Building  -  c/o Law Offices of Ira S. Newman | YES |
| 201 | 10766 | NY | AIDS Center of Queens County  f.k.a. Office Building | YES |
| 202 | 10767 | NY | Oneida County Office Building  c/o Oneida County Department of Law | YES |
| 203 | 10769 | NY | Key Foods | YES |
| 204 | 10774 | NY | The Main Place Mall | YES |
| 205 | 10775 | NY | R.U. Wilson Building | YES |
| 206 | 10776 | NY | Hunts Point Industrial Park | YES |
| 207 | 10777 | NY | IBM Building | YES |
| 208 | 10778 | NE | Omaha City Auditorium Complex | YES |
| 209 | 10779 | NE | Creighton Univeristy Medical Center  f.k.a. St. Joseph Hospital | YES |
| 210 | 10780 (11518 Dupl.) | NE | Gateway Mall Shopping Center  &  Sears Store Building | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 211 | 10781 | NE | Doubletree Hotel    f.k.a. Hilton Hotel | YES |
| 212 | 10782 | NE | Alegent Health - Immanuel Medical Center f.k.a. Immanuel Hospital | YES |
| 213 | 10783 | PA | Methodist Towers Apartments, Inc. f.k.a. Methodist Towers | YES |
| 214 | 10784 | PA | Smithfield United Church    f.k.a. Methodist Center | YES |
| 215 | 10785 | PA | Meadview Medical Center  f.k.a. Meadville Hospital | YES |
| 216 | 10786 | PA | McLeister & Goldman, Phildelphia, PA | YES |
| 217 | 10787 | PA | John V. McIntire Plaster  f.k.a. McIntire Company | YES |
| 218 | 10789 | PA | Manor Oak Two   /   Also has another bldg. 1001 Brinton Road, Pittsburgh, PA  15221) | YES |
| 219 | 10790 | PA | Susque-View Home & Health Center  f.k.a. Long Term Nursing Facility | YES |
| 220 | 10791 | PA | Jackson Heights High Rise for the Elderly f.k.a. Lackawanna County High Rise for the Elderly | YES |
| 221 | 10792 | PA | Clifford R. Keough Plumbing Heating & Air f.k.a. L & ET Co., Inc., Pittsburgh, PA | YES |
| 222 | 10793 | MO | Jamestown Mall | YES |
| 223 | 10794 | MO | Independence Regional Health Center  f.k.a. Independence Sanitarium | YES |
| 224 | 10795 | MO | Ferguson-Florissant Reorganized School District  f.k.a. Francisan Sisters of Our Lady of Perpetual Help | YES |
| 225 | 10796 | MO | Equitable Building | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 226 | 10797 | MO | Continental Telephone Company | YES |
| 227 | 10798 | MO | Bell Telephone Building | YES |
| 228 | 10799 | MO | Baptist Lutheran Memorial Hospital  f.k.a. Baptist Memorial Hospital | YES |
| 229 | 10800 | MI | Henry Ford Wyandotte Hospital f.k.a. Wyandotte General Hospital | YES |
| 230 | 10801 | CA | Fisherman's Wharf Parking Garage | YES |
| 231 | 10802 | CA | Community Center | YES |
| 232 | 10804 | CA | California Pacific Bank  f.k.a. Southern Pacific Bank | YES |
| 233 | 10805 | CA | THC-Orange County Inc., d/b/a Kindred Hospital - San Francisco Bay  f.k.a. Columbia San Leandro Memorial Hospital | YES |
| 234 | 10806 | CA | Hunt Foods Office Building | YES |
| 235 | 10807 | CA | San Joaquin General Hospital | YES |
| 236 | 10808 | CA | North County Office Building | YES |
| 237 | 10810 | CA | Providence Holy Cross Hospital  f.k.a. Holy Cross Hospital | YES |
| 238 | 10835 | SC | Medi-Center Building | YES |
| 239 | 10836 | SC | Myrtle Beach Lumber Company | YES |
| 240 | 10837 | SC | Woodstream Farms Apartments  f.k.a. Ohara Apartment | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 241 | 10838 | SC | Pee Dee Builders Supply | YES |
| 242 | 10839 | SC | Peoples Plaza | YES |
| 243 | 10840 | SC | R & G Paint Company | YES |
| 244 | 10841 | SC | Palmetto Health Hospital - Richland  f.k.a. Richland County Hospital | YES |
| 245 | 10843 | SC | Sherwin Williams Paint Store | YES |
| 246 | 10844 | SC | Coliseum Motor Inn | YES |
| 247 | 10845 (10878 Dupl.) | SC | La Quinta Inn    f.k.a. Carolina Motor Inn / Columbia Motor Inn | YES |
| 248 | 10846 | SC | Columbia Plastering Company | YES |
| 249 | 10847 | SC | Cornell Arms Apartments | YES |
| 250 | 10848 (10870 Dupl.) | SC | Covil Insulation Company - Berea Industrial Park | YES |
| 251 | 10849 | SC | Cromer & Sullivan Construction Co. | YES |
| 252 | 10850 | SC | D.H. Holmes Company, Ltd. | YES |
| 253 | 10851 | SC | Duffie Paint Company | YES |
| 254 | 10853 | SC | G.E. Company Manufacturing Plant  f.k.a. General Electric Company - Addition (Phase-V) | YES |
| 255 | 10854 | SC | Glidden Company | YES |

## S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 256 | 10855 | SC | J.E. Grambling Building Supply | YES |
| 257 | 10856 | SC | J.T. Robertson - Southern Coating & Chemical | YES |
| 258 | 10857 | SC | John J. Riley & Sons | YES |
| 259 | 10858 | SC | L. Roy Owen Plastering Co | YES |
| 260 | 10859 | SC | Lamb, Young, Jones Office Building | YES |
| 261 | 10860 | SC | Landmark Resort Hotel  f.k.a. Landmark Motel | YES |
| 262 | 10862 | SC | Martin Paint & Supply Company | YES |
| 263 | 10863 | SC | Mary Black Memorial Hospital  f.k.a. Mary Black Hospital | YES |
| 264 | 10864 | SC | ACME Quality Paint Company | YES |
| 265 | 10865 | SC | Aiken Builders Supply | YES |
| 266 | 10866 | SC | Arnold & Dobson Supply Company | YES |
| 267 | 10867 | SC | Avery Lumber Company | YES |
| 268 | 10868 | SC | Ballard-Rice Prestress | YES |
| 269 | 10869 | SC | First Federal Savings & Loan | YES |
| 270 | 10871 | SC | Bonitz Insulating Company | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 271 | 10872 | SC | Builders Wholesale, Inc. | YES |
| 272 | 10873 | SC | Byars Machine Company | YES |
| 273 | 10874 | SC | C.B. Askins Construction Co | YES |
| 274 | 10875 | SC | C.L. Cannon & Sons | YES |
| 275 | 10876 | SC | C.L. Duffie Painting Inc. | YES |
| 276 | 10877 | SC | Carolina Drywall Ins. Co. | YES |
| 277 | 10879 | SC | Carotex Industrial Supply | YES |
| 278 | 10880 | SC | Central Concrete & Plaster Company | YES |
| 279 | 10881 | SC | Central Roofing & Supply Company | YES |
| 280 | 10882 | SC | Chapin Lumber Company | YES |
| 281 | 10885 | CA | Embarcadero Center #4 | YES |
| 282 | 10886 | CA | Embarcadero Center #3 | YES |
| 283 | 10887 | CA | Embarcadero Center #2 | YES |
| 284 | 10888 | CA | Embarcadero Center #1 | YES |
| 285 | 10915 | AR | Texarkana City Hall  f.k.a. Arkansas City Hall | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 286 | 10916 | AR | Arlington Resort Hotel & Spa  f.k.a. Arlington Hotel Job | YES |
| 287 | 10918 | AR | St. Vincent's Hospital | YES |
| 288 | 10919 | CA | Ashland Chemical Co. | YES |
| 289 | 10923 | SC | Silver Sands Motel  f.k.a. Siver Sands Hotel | YES |
| 290 | 10926 | SC | St. Francis Hospital | YES |
| 291 | 10927 | SC | Van-Smith Building Materials | YES |
| 292 | 10930 | CA | Pacific Freeholds a.k.a. 100 Pine Street | YES |
| 293 | 10943 | CA | Fresno Bee | YES |
| 294 | 10944 | CA | First National Bank | YES |
| 295 | 10945 | PA | Allentown Truck Sales  f.k.a.  Mack Truck Office Building | YES |
| 296 | 10946 | KY | Lincoln Heritage Insurance Company f.k.a. Lincoln Income Life Insurance Co. | YES |
| 297 | 10947 | NY | Cayuga County Office Building  f.k.a. Cayuga Company Office Building | YES |
| 298 | 10949 | NY | J.C. Penney Building  -  Kleine Department Store | YES |
| 299 | 10951 | NY | Marine Midland Bank (Utica, NY) | YES |
| 300 | 10952 | NY | The State-Whitehall Company  f.k.a. Rudin Building | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 301 | 10954 (11695 Dupl.) | NY | Security National Bank | YES |
| 302 | 10955 | NV | St. Mary's Regional Medical Center  f.k.a. St. Mary's Hospital | YES |
| 303 | 10956 | NV | MGM Grand Hotel & Casino | YES |
| 304 | 10957 | NV | Nevada Security Bank f.k.a.  Security National Bank | YES |
| 305 | 10959 | CA | Mercy American River Hospital  f.k.a. American River Hospital | YES |
| 306 | 10960 | NY | The State-Whitehall Company  f.k.a. Rudin Building | YES |
| 307 | 10961 | IN | Old National City Bank f.k.a. National City Bank | YES |
| 308 | 10962 | PA | Children's Hospital of Pittsburgh of UPMC Health System  *(DeSoto Wing Only)* | YES |
| 309 | 10965 | WI | Tender Elder Care    f.k.a. House for the Elderly | YES |
| 310 | 10966 | TN | First Memphis Plaza | YES |
| 311 | 10967 | PA | D.L.P.S.T. Office Building | YES |
| 312 | 10968 | PA | The Children's Institute  f.k.a. Crippled Children's Home | YES |
| 313 | 10969 | PA | Citizens General Hospital | YES |
| 314 | 10970 | PA | Chilton Publishing House | YES |
| 315 | 10971 | PA | Bell Telephone Building | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 316 | 10972 | PA | Armstrong County Memorial Hospital f.k.a. Armstrong County Hospital | YES |
| 317 | 10974 | NC | Blue Cross Building | YES |
| 318 | 10975 | NY | Lakeside Memorial Hospital | YES |
| 319 | 10976 | NY | West Chester Memorial f.k.a. Grassland Hospital | YES |
| 320 | 10977 | AR | Sparks Regional Medical Center f.k.a. Sparks Memorial Hospital - Addition | YES |
| 321 | 10978 | PA | Fox Chapel Golf Club f.k.a. Fox Chapel Country Club | YES |
| 322 | 10979 | PA | Corry Memorial Hospital | YES |
| 323 | 10980 | AR | Robinson Center Auditorium | YES |
| 324 | 10981 | CA | Crown Plaza Hotel f.k.a. Sheraton Hotel | YES |
| 325 | 10982 | PA | Allegheny General Hospital in Pittsburgh f.k.a. Allegheny General Hospital | YES |
| 326 | 10983 | IL | 3570 West Lake | YES |
| 327 | 10984 | IL | Ravenswood Health Care Centers - NcNeil Rehabilitation Center Ravenswood Hospital f.k.a. Martha Washington Hospital | YES |
| 328 | 10985 | AL | Southern Life & Health Insurance Building | YES |
| 329 | 10986 | PA | Frick Hospital f.k.a. Henry Clay Frick Community Hospital | YES |
| 330 | 10989 | CA | San Francisco International Airport - Garage f.k.a. Rotunda A Airport Terminal | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 331 | 10990 | CA | Pyramid Building  a.k.a. TransAmerica Pyramid Properties, LLC  f.k.a. Regency Hyatt House | YES |
| 332 | 10991 | CA | Kaiser Permanente Medial Center  f.k.a. Santa Teresa County Hospital | YES |
| 333 | 10992 | CA | Security Pacific National Bank - Operators Center | YES |
| 334 | 10993 | AZ | Cobre Valley Community Hospital  f.k.a. Gila County Hospital | YES |
| 335 | 10994 | IN | Permanent Federal Bank f.k.a. Permanent Savings & Loan Bldg. | YES |
| 336 | 10995 | AR | North Arkansas Regional Medical Center  f.k.a. Boone County Hospital | YES |
| 337 | 10996 | CA | Masonic Building | YES |
| 338 | 10997 | PA | First National Bank | YES |
| 339 | 10998 | PA | St. Luke's Hospital - Bethlehem Campus  *Bldg. #2 - St. Luke's Hospital - Allentown Campus, 1736 Hamilton Blvd. Allentown, PA  18104 | YES |
| 340 | 10999 | PA | UPMC Shadyside - Hillman Cancer Center f.k.a. Shadyside Hospital | YES |
| 341 | 11000 | NY | Long Island Jewish Hospital  a.k.a. North Shore-LIJ Health System | YES |
| 342 | 11001 | NY | Mobil Oil  f.k.a. Standard Oil Building | YES |
| 343 | 11002 | NY | Temple Adath Yesyran | YES |
| 344 | 11003 | NY | Schuyler Hospital | YES |
| 345 | 11005 | CT | Y.W.C.A. of the Hartford Region | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 346 | 11007 | CA | Wells Fargo Bank | YES |
| 347 | 11008 | SC | Anderson Memorial Hospital | YES |
| 348 | 11009 | CA | Folger Building | YES |
| 349 | 11010 | NY | The State-Whitehall Company  f.k.a. Rudin Building | YES |
| 350 | 11011 | MO | Far-Mar Company | YES |
| 351 | 11012 | CA | Crocker Plaza Company  (1st Bldg. Claim)  Crocker Plaza - One Post Street /  McKesson Corporation (2nd Bldg. Claim) /  West Coast Estates (3rd Bldg. Claim) | YES |
| 352 | 11013 | PA | Liberty Mutual Insurance Building | YES |
| 353 | 11014 | CA | Transamerica  f.k.a.  Occidental Life Insurance Company | YES |
| 354 | 11015 | CA | Encino-Tarzana Regional Medical Center  f.k.a. Tarzana Medical Center | YES |
| 355 | 11016 | CA | St. Mary's Medical Center  f.k.a. St. Mary's Hospital | YES |
| 356 | 11017 | CA | Senior Citizens Village | YES |
| 357 | 11018 (11227 Dupl.) | CA | Santa Teresa Medical Office Building | YES |
| 358 | 11019 | CA | Quantas Office Building | YES |
| 359 | 11020 | CA | Pacific Gas & Electric Building | YES |
| 360 | 11021 | CA | Pacific Gas & Electric Building | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 361 | 11022 | CA | Nob Hill Apartments | YES |
| 362 | 11023 | CA | Mercy Hospital | YES |
| 363 | 11025 | CA | Salinas Valley Memorial Hospital | YES |
| 364 | 11026 | CA | John Muir Medical Center f.k.a. John Muir Hospital | YES |
| 365 | 11027 | CT | Burgdorf Building  f.k.a. Bergdolf Health Center Building | YES |
| 366 | 11028 | CA | Security Pacific Bank Building (45 story building) | YES |
| 367 | 11029 | NY | Eastman Kodak, Bldgs 213 | YES |
| 368 | 11030 | NY | Eastman Kodak, Bldgs 317 | YES |
| 369 | 11031 | NY | Eastman Kodak, Bldgs 211 | YES |
| 370 | 11032 | NY | Eastman Kodak, Bldgs 82 | YES |
| 371 | 11034 | CA | Santa Rosa Memorial Hospital | YES |
| 372 | 11035 | NY | Eastman Kodak, Bldgs 69 | YES |
| 373 | 11036 | PA | Allegheny Center No. 2 | YES |
| 374 | 11037 | PA | Allegheny Center No. 1 | YES |
| 375 | 11038 | NY | Eastman Kodak, Bldgs 9 | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 376 | 11039 | AR | Fort Smith Convention Center f.k.a. Fort Smith Civic Auditorium | YES |
| 377 | 11040 | IA | Duane Arnold Energy Center | YES |
| 378 | 11041 | CO | Cherry Creek Shopping Center - Safeway Store | YES |
| 379 | 11043 | NY | Grant Village Apartments  f.k.a. Grant Village | YES |
| 380 | 11045 | CA | Wells Fargo Building  -  f.k.a.  550 California Building | YES |
| 381 | 11046 | NE | Nebraska Skilled Nursing and Rehabilitation f.k.a. Medicenters of America | YES |
| 382 | 11047 | NY | Westchester Jewish Center Community Center f.k.a. Jewish Center | YES |
| 383 | 11048 | CA | City Hall f.k.a. San Antonio Office Building Center - Financial Center | YES |
| 384 | 11049 | NY | New York Telephone Company f.k.a. Bell Telephone Company | YES |
| 385 | 11050 | CA | Union Bank of California f.k.a. Bank of Tokyo | YES |
| 386 | 11051 | NY | 22 Cortland Street Building | YES |
| 387 | 11052 | CA | Kaiser Permanente Med Center | YES |
| 388 | 11053 | CA | Kaiser Permanente Med Center | YES |
| 389 | 11054 | CA | Kaiser Permanente Med Center | YES |
| 390 | 11055 | CA | Folger Building #2 a.k.a. Folger Building Addition | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 391 | 11056 | CT | Connecticut Light & Power Co. - Northeast Utilities | YES |
| 392 | 11057 | CT | Whitney Manor f.k.a. Capital Street Apartment | YES |
| 393 | 11058 | CT | Brady Bordman Contractor, c/o Dwight Contractors | YES |
| 394 | 11059 | CT | E.H. Coon Company | YES |
| 395 | 11061 | CT | Southern New England Telephone Co. | YES |
| 396 | 11062 | CT | Rehabilitation & Diagnostic Center | YES |
| 397 | 11063 | IA | Corporate Place | YES |
| 398 | 11064 | IA | Principal Global Investors f.k.a. Bankers Life Building | YES |
| 399 | 11066 | IL | Palos Community Hospital  f.k.a. Palos Hospital | YES |
| 400 | 11068 | IL | Waukegan Public Library  f.k.a. Waukegan Library | YES |
| 401 | 11069 | IL | Ford City Bank Addition | YES |
| 402 | 11070 | IL | Underwriters Laboratory - Follow-Up Services Building  f.k.a. Follow-Up Services Building | YES |
| 403 | 11071 | IL | Executive Club | YES |
| 404 | 11072 | IL | Doctor's Building (Access Medical) | YES |
| 405 | 11074 | MI | Blue Cross Building | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 406 | 11075 | CA | China Basin Landing  f.k.a. 4th & Berry China Basin | YES |
| 407 | 11078 | CA | Alta Bates Summit Medical Center  f.k.a. Alta Bates Hospital | YES |
| 408 | 11080 | CA | Century City Hospital | YES |
| 409 | 11082 | CA | Civic Center & Board Chambers Building | YES |
| 410 | 11085 | PA | Torrance State Hospital | YES |
| 411 | 11086 | AR | Little Rock Zoo  f.k.a. Zoo Job | YES |
| 412 | 11087 | NY | Columbia Presbyterian Medical Center - Vanderbilt Clinic  f.k.a. Presbyterian Hospital | YES |
| 413 | 11088 | NY | Park Ridge Nursing Home | YES |
| 414 | 11089 | NY | Newmark & Company   f.k.a. - 489 Associates Building | YES |
| 415 | 11092 | CT | YMCA of Greater Waterbury  f.k.a. Y.M.C.A. | YES |
| 416 | 11095 | NC | Blue Cross-Blue Shield Building | YES |
| 417 | 11096 | NY | DeGraff Memorial Hospital Job | YES |
| 418 | 11097 | NY | Cobble Hill Nursing Home  f.k.a. - Congress Nursing Home | YES |
| 419 | 11098 | NY | Columbia Memorial Hospital | YES |
| 420 | 11099 | NY | 55 Water Street Building c/o New Water Street Corporation | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 421 | 11100 | NY | Two New York Plaza | YES |
| 422 | 11101 | NY | Nassau Coliseum | YES |
| 423 | 11104 | IL | Chicago Historical Society (2 Buildings) | YES |
| 424 | 11105 | PA | Westmoreland Regional Hospital f.k.a. Westmoreland Hospital | YES |
| 425 | 11106 (11144 Dupl.) | PA | Titusville Area Hospital f.k.a. Titusville Hospital / Farrell Hospital | YES |
| 426 | 11109 | AK | Providence Alaska Medical Center f.k.a. Providence Hospital | YES |
| 427 | 11110 | AK | Hotel Captain Cook - Tower # 2 | YES |
| 428 | 11111 | AL | Athelstan Club | YES |
| 429 | 11112 | AL | Columbia Four Rivers Medical Center f.k.a. Medical Center Hospital | YES |
| 430 | 11115 | CA | CSAA Building | YES |
| 431 | 11116 | CA | Del Monte Building | YES |
| 432 | 11117 | CA | Huntington Beach Hospital f.k.a. Huntington Beach Medical Building | YES |
| 433 | 11118 (10729 Dupl.) | CA | 1150 Lombard Street Apartments f.k.a. Russian Hill Twin Tower | YES |
| 434 | 11119 | KS | Blue Cross Blue Shield Building | YES |
| 435 | 11120 | IA | Jenny Edmundson Hospital | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 436 | 11121 | PA | First National Bank | YES |
| 437 | 11122 | PA | Cedarbrook Fountain Hill Nursing Home f.k.a. Fountain Hill Nursing Home | YES |
| 438 | 11123 | WA | Goodwill - Community Learning Center f.k.a. First National Bank Building | YES |
| 439 | 11124 | WI | Gundersen Lutheran Medical Center f.k.a. Lacrosse Lutheran Hospital - Addition | YES |
| 440 | 11125 (11151 Dupl.) | IA | St. Anthony's Regional Hospital & Nursing Home f.k.a. St. Anthony's Hospital & Hospital in Carroll, IA | YES |
| 441 | 11126 | CT | Blue Cross Building | YES |
| 442 | 11127 | CO | Blue Cross/Blue Shield | YES |
| 443 | 11129 (10666 Dupl.) | AR | TransAmerica Life Insurance Company f.k.a. National Old Line Insurance Co. | YES |
| 444 | 11130 | CA | 1900 Avenue of the Stars Office Bldg. | YES |
| 445 | 11131 | LA | Willis-Knighton Hospital Clinic | YES |
| 446 | 11133 | LA | Abbeville General Hospital f.k.a. Abbeville Hospital | YES |
| 447 | 11134 | LA | Causeway Office Building #2 | YES |
| 448 | 11135 | OR | Central Plaza | YES |
| 449 | 11136 | OR | Belmont Telephone | YES |
| 450 | 11137 | OR | Wells Fargo Center H.Q. f.k.a. First National Bank Tower | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 451 | 11138 | OK | Williams Centre Management Office (Williams HQ Company Building) f.k.a. Williams Center | YES |
| 452 | 11140 | OK | Tulsa Performing Arts Center f.k.a. Performing Arts Center | YES |
| 453 | 11142 | PA | Granziano Building | YES |
| 454 | 11145 | CT | New Britain General Hospital | YES |
| 455 | 11146 | CT | Largo Properties  -  CB Richard Ellis (Tenent-Suite #2) | YES |
| 456 | 11147 | CT | Housing for Elderly (Roger St. Lawrant) | YES |
| 457 | 11148 | CT | General Electric Corporation Headquarters | YES |
| 458 | 11149 | CT | Gant Shirt Co. | YES |
| 459 | 11152 | IA | Des Moines Savings | YES |
| 460 | 11153 | IA | Y.W.C.A. of Greater Des Moines  f.k.a. Y.M.C.A. Building | YES |
| 461 | 11155 | IL | Benefit Trust | YES |
| 462 | 11156 | IL | Juvenile Temporary Detention Center f.k.a. Audie Home | YES |
| 463 | 11157 | OH | Geauga Regional Hospital  f.k.a. Geauga Community Hospital | YES |
| 464 | 11158 | OH | Fulton County Health Center | YES |
| 465 | 11160 | OH | Daughters of St. Paul Book Store | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 466 | 11161 | OH | Allstate Insurance Company  f.k.a. Ohio Regional Office Building | YES |
| 467 | 11167 | NE | Regency # 2 | YES |
| 468 | 11168 | NE | Regency Lake & Tennis Club  f.k.a. Regency - South Lake | YES |
| 469 | 11169 | NE | Ramada Inn Executive Center  f.k.a. Ramada Inn | YES |
| 470 | 11170 | NE | Jefferson Pilot Financial Insurance Company f.k.a. Guarantee Mutual Life Office Building | YES |
| 471 | 11172 | WV | Weirton Lumber Company  f.k.a. Stewart F. Anderson | YES |
| 472 | 11173 | NC | Kings Mountain Hospital | YES |
| 473 | 11175 (11237 Dupl.) | OH | Diamond Building  f.k.a. Superior Square Building | YES |
| 474 | 11176 | OH | Stella Maris (Cafeteria) Building | YES |
| 475 | 11177 | OH | Shaker Heights Police Department Station | YES |
| 476 | 11178 | OH | Centinental Center  f.k.a. Ohio Bell Telephone Company | YES |
| 477 | 11179 | OH | Ohio Savings Plaza  (PARK PLAZA) f.k.a. Investment Office Plaza   (2 Buildings) | YES |
| 478 | 11180 | CT | Cigna - Cigna Financial Services  f.k.a. United Bank | YES |
| 479 | 11181 (11182 Dupl.) | WV | Ohio Valley Medical Center (Admin. Bldg.) f.k.a. Ohio Valley General Hospital - New Administration Building | YES |
| 480 | 11183 | CA | Downey Community Hospital  f.k.a.  Brookshire Medical Center | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 481 | 11184 | IL | Arlington International Racecourse f.k.a. Arlington Heights Ractrack - Main Tract Grandstands | YES |
| 482 | 11185 | OK | Bank of Oklahoma Mortgage | YES |
| 483 | 11186 | PA | Memorial Hospital  f.k.a. York Hospital | YES |
| 484 | 11187 | PA | Woodhaven Mall - Babies-R-Us (Tenent)  f.k.a. Woodhaven Mall - Woolco Department Store | YES |
| 485 | 11188 | PA | W.F. Hinchey Contruction   (Pittsburgh, PA) | YES |
| 486 | 11190 | PA | Lehman Township Municipal Building  f.k.a. Unity House - Administration Bldg. | YES |
| 487 | 11191 | PA | Herald-Standard Newspaper  f.k.a. Uniontown Newspaper Building | YES |
| 488 | 11192 | PA | Sunbury Housing Authroity - Chestnut Tower f.k.a. Sunbury Hi-Rise | YES |
| 489 | 11193 | PA | Saint Vincent Health Center  f.k.a. St. Vincents Hospital & Addition  (CLAIM 2 - 2) | YES |
| 490 | 11194 | PA | Saint Vincent Health Center  f.k.a. St. Vincents Hospital (CLAIM 1 - 2) | YES |
| 491 | 11195 | PA | Saint Mary's Healthcare Services  f.k.a. St. Mary's Medical Center | YES |
| 492 | 11196 | PA | Holiday Inn North Hills  f.k.a. Sheraton North Motor Inn | YES |
| 493 | 11198 | PA | PNC Bank  f.k.a. Pittsburgh National Bank | YES |
| 494 | 11199 | PA | Shamokin City - Housing Authority (Harold E. Thomas)  f.k.a. Shamokin High Rise Building | YES |
| 495 | 11200 | PA | Scottish Rite Cathedral | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 496 | 11201 | PA | Philadelphia Electric Company  c/o & Represented by Shein Law Center | YES |
| 497 | 11202 | PA | Centrecrest Home - Nursing Facilities Addition | YES |
| 498 | 11203 | PA | Pro Am Northeast, Inc. - Nissley Propane  f.k.a. Nissley Bottled Gas Company | YES |
| 499 | 11204 | PA | New Grease Building | YES |
| 500 | 11205 | LA | Causeway Office Building #1 | YES |
| 501 | 11207 | LA | Lafayette General Medical Center f.k.a. Lafayette General Hospital | YES |
| 502 | 11208 | LA | Lady of Lourdes Regional Medical Center  f.k.a. Lady of Lourdes Hospital | YES |
| 503 | 11210 | LA | Earl K. Long Medical Center  f.k.a. Earl K. Long Charity Hospital | YES |
| 504 | 11211 | LA | Convention Hall for City of Shreveport | YES |
| 505 | 11213 | LA | Plauche Office Building | YES |
| 506 | 11217 | OR | U.S. National Bank (Historic) | YES |
| 507 | 11218 | MI | Mid-Michigan Health Center f.k.a. Midland Hospital | YES |
| 508 | 11219 | MI | Sinai - Grace Hospital  f.k.a. Mt. Carmel  Mercy Hospital | YES |
| 509 | 11220 | MI | Robbins Towers c/o Hallwood Real Estate | YES |
| 510 | 11221 | MI | Saginaw Civic Center | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 511 | 11222 | MI | St. Joseph Hospital | YES |
| 512 | 11223 | MI | Trenton City Hall | YES |
| 513 | 11225 | CA | Tower Apartment Building | YES |
| 514 | 11226 | NJ | Virtua Health - West Jersey Hospital Voorhees f.k.a. West Jersey Hospital | YES |
| 515 | 11228 | CA | Sherman Building Twin Towers | YES |
| 516 | 11229 | CA | Pacific Heights Apartments | YES |
| 517 | 11230 | CA | Kong Chow Benovolent Bldg. | YES |
| 518 | 11231 | CA | Crocker-Citizens Plaza | YES |
| 519 | 11232 | CA | Continental Building | YES |
| 520 | 11233 | CA | Embarcadero P.G.&E. | YES |
| 521 | 11234 | IL | Advocate Illinois Masonic Medical Center  f.k.a. Illinois Masonic Hospital | YES |
| 522 | 11235 | WA | Washington Trust Financial Center (Main Branch)  f.k.a. Washington Trust Building | YES |
| 523 | 11240 | OR | Sacred Heart Medical Center  f.k.a. Sacred Heart Hospital | YES |
| 524 | 11242 | PA | Children's Hospital | YES |
| 525 | 11243 | NY | St. Joseph Hospital | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 526 | 11244 | AR | Southwestern Bell  - f.k.a. Bell Telephone Building | YES |
| 527 | 11246 | WY | Great Plains Insurance Company | YES |
| 528 | 11247 | NE | St. Luke's Baptist Hospital  f.k.a. St. Luke's Hospital | YES |
| 529 | 11248 | NE | Cagle Office Building   c/o Martin Cannon, Esquire | YES |
| 530 | 11249 | IA | St. Luke's Hospital Job | YES |
| 531 | 11250 | CA | Blue Cross Building | YES |
| 532 | 11251 | AZ | Banner Good Samaritan Medical Center  f.k.a. Good Samaritan Hospital | YES |
| 533 | 11253 | NE | Downtown Lincoln, Nebraska YMCA Branch f.k.a. YMCA | YES |
| 534 | 11254 | NY | Uihlein Mercy Center  f.k.a. Sisters of Mercy | YES |
| 535 | 11255 | WV | Wood County Bank | YES |
| 536 | 11256 | PA | AAA Distributing Office | YES |
| 537 | 11257 | PA | Panda Prints  f.k.a. Lehigh Tile/Marble Warehouse | YES |
| 538 | 11258 | WV | Ohio Valley Medical Center (Educational Bldg.) f.k.a. Ohio Valley General Hospital - New Educational Building | YES |
| 539 | 11259 | OR | Oregon Auto | YES |
| 540 | 11260 | OR | North Pacific Plaza Building c/o Mayfield Management Company | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 541 | 11261 | OR | Meridian Building | YES |
| 542 | 11262 | OR | McKenzie Willamette Medical Center  f.k.a. McKenzie Hospital | YES |
| 543 | 11263 | OR | Kaiser Permanente - Sunnyside Medical Center f.k.a. Kaiser Hospital | YES |
| 544 | 11322 | CANADA | Hamilton School District - Sherwood High | YES |
| 545 | 11323 | CANADA | Hamilton School District - Scott Park | YES |
| 546 | 11324 | OR | Eugene Mini Mall | YES |
| 547 | 11384 | MO | Keller Building f.k.a. Albert Keller Memorial Hospital | YES |
| 548 | 11385 | CA | Health Center | YES |
| 549 | 11386 | CA | Stockton-San Joaquin County Public Library f.k.a. Stockton City Library | YES |
| 550 | 11387 | NJ | Cherry Hill Mall  f.k.a. Cherry Hill Plaza | YES |
| 551 | 11388 | NJ | Elizabeth General Medical Center  f.k.a. Elizabeth General Hospital | YES |
| 552 | 11389 | NJ | Virtua West Jersey Hospital Marlton f.k.a. Garden State Hospital | YES |
| 553 | 11390 | NJ | Molecular Dielectric | YES |
| 554 | 11391 | NJ | Gateway II  f.k.a. Gateway Building #2 | YES |
| 555 | 11392 | NJ | Home for the Aged | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 556 | 11393 | NJ | Kennedy Health System f.k.a. John F. Kennedy Hospital | YES |
| 557 | 11394 | NJ | Jersey Shore Convalescent Center a.k.a. Medi Center | YES |
| 558 | 11396 | NJ | Raritan River Center | YES |
| 559 | 11398 | NJ | Airport 17 Office Building f.k.a. Teterboro Office Building | YES |
| 560 | 11399 | NJ | Wellington Hall Nursing Home Care Center f.k.a. Wellington Nursing Home | YES |
| 561 | 11402 | IN | Indiana Convention Center and RCA Dome f.k.a. Civic Center | YES |
| 562 | 11403 | IN | Indiana Bell Telephone Bldg. Addition | YES |
| 563 | 11405 | CT | Albany Avenue Branch Library f.k.a. Albany Avenue Library | YES |
| 564 | 11406 | MS | Village Fair Mall f.k.a. Village Fair Shopping | YES |
| 565 | 11407 | MS | Kings Daughter Hospital | YES |
| 566 | 11409 | MS | National Bank of Commerce | YES |
| 567 | 11410 | MS | City Auditorium Job | YES |
| 568 | 11411 | WV | Kanawha Valley Building f.k.a. Charleston National Bank Plaza | YES |
| 569 | 11412 | WV | BB&T Branch Offices f.k.a. City National Bank | YES |
| 570 | 11414 | WV | Montgomery General Hospital f.k.a. Montgomery Hospital | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 571 | 11415 | NY | 110 Plaza | YES |
| 572 | 11416 | NY | 100 Wall Street | YES |
| 573 | 11418 | WA | Seattle Office Furniture  f.k.a. Bellevue Furniture | YES |
| 574 | 11419 | WA | Cabrini Medical Tower  f.k.a. Cabrini Hospital | YES |
| 575 | 11422 | WI | The Homeplace of Mondovi Hospital & American Lutheran Home (2 bldgs.) f.k.a.Buffalo Memorial Hospital | YES |
| 576 | 11423 | WI | Associated Commercial Mortgage, Inc.,  f.k.a. Kellogg Citizens Bank | YES |
| 577 | 11424 | MN | Emmanuel Home f.k.a. Augustana Lutheran Home | YES |
| 578 | 11426 | MN | Major League Shopping Center | YES |
| 579 | 11427 | WA | Union Bank of California Center (Main Office Building) f.k.a. Bank of California | YES |
| 580 | 11428 | MD | Presidential Towers Condominium   f.k.a. Americana | YES |
| 581 | 11430 | VA | Sentara Williamsburg Community Hospital f.k.a. Williamsburg Community Hospital | YES |
| 582 | 11432 | NY | Daycare Center | YES |
| 583 | 11433 | NY | Bambergers | YES |
| 584 | 11434 | NY | Alexander's Department Store | YES |
| 585 | 11436 (11437 Dupl.) | OH | The Elisabeth Severance Prentiss Center (Skilled Nursing Care)  f.k.a. Severance Medical Building | YES |