# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 586 | 11438 | OH | Brainard Management  f.k.a. Shelter-Brainard Office | YES |
| 587 | 11439 | OH | St. Joseph's Community Center  f.k.a. St. Joseph's Hospital | YES |
| 588 | 11440 | OH | Trumbull Memorial Hospital (Forum Health) f.k.a. Trumball County Memorial Hospital | YES |
| 589 | 11441 | OH | St. Joseph Health Center  f.k.a. Warren General Hospital | YES |
| 590 | 11442 | OH | White Motors | YES |
| 591 | 11443 | NY | City of Albany, NY f.k.a.  A.M.F. Headquarters | YES |
| 592 | 11444 | NY | 333 East Onodaga Street | YES |
| 593 | 11446 | NY | Mount Sinai Hospital #1 - (101st Street Between Madison & 5th Avenue) | YES |
| 594 | 11447 | SD | Sioux Valley Hospitals & Health System - USD Medical Center  f.k.a. Sioux Valley Hospital | YES |
| 595 | 11448 | SD | Union Bank & Trust | YES |
| 596 | 11450 | VT | Appletree Bay Medical Center (VA Outreach Clinic)   f.k.a. Medical Center | YES |
| 597 | 11451 | VA | United Way International Headquarters f.k.a. United Way Building | YES |
| 598 | 11453 | VA | Roanoke Civic Center | YES |
| 599 | 11454 | VA | National Starch & Chemical Company  f.k.a. I.C.I. Of America Building | YES |
| 600 | 11455 | VA | Friendship Manor | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 601 | 11456 | VA | Virginia Bank & Trust Company  f.k.a. First National Bank | YES |
| 602 | 11457 | VA | Bank of the James Building  f.k.a. Fidelity National Bank | YES |
| 603 | 11458 | VA | Wellmont Lonesome Pine Hospital  f.k.a. Big Stone General Hospital | YES |
| 604 | 11460 | TN | Shelby County Division of Health Services f.k.a. Shelby County Health Center | YES |
| 605 | 11462 | OH | Southwyck Shopping Center - Montgomery Ward | YES |
| 606 | 11463 | OH | United Banking & Trust Company Building f.k.a. Louis Galie Central National Bank Job | YES |
| 607 | 11484 | VA | Mary Washington Hospital - Self Care Unit | YES |
| 608 | 11485 | NM | Sears Roebuck Company | YES |
| 609 | 11486 | NV | Sears Department Store | YES |
| 610 | 11487 | NV | Sears Roebuck | YES |
| 611 | 11488 | NY | Sears Shopping Center | YES |
| 612 | 11489 | WI | Sears & Grant Building | YES |
| 613 | 11490 | SD | Sears / Roebuck | YES |
| 614 | 11491 | CO | Sears & Roebuck, Westland Shopping Center | YES |
| 615 | 11492 | CA | Sears Roebuck | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|------------------|
| 616 | 11493 | CA | Sears Roebuck | YES |
| 617 | 11494 | CA | Sears Roebuck | YES |
| 618 | 11495 | CA | Sears Roebuck | YES |
| 619 | 11496 | CA | Sears Roebuck | YES |
| 620 | 11497 | CA | Sears Roebuck | YES |
| 621 | 11498 | CA | Sears Roebuck | YES |
| 622 | 11499 | IA | Sears Roebuck | YES |
| 623 | 11500 | IL | Sears Roebuck Building | YES |
| 624 | 11501 | NJ | Sears & Roebuck - Morristown Mall | YES |
| 625 | 11502 | MN | Sears & Roebuck | YES |
| 626 | 11503 | MS | First Security Bank  f.k.a. Batesville Security Bank | YES |
| 627 | 11504 | MO | Western Unional Centralized Telephone - Bureau #3 | YES |
| 628 | 11506 | ME | Augusta Civic Center f.k.a. Cultural Building | YES |
| 629 | 11508 | MD | Ardwick Ardmore Industrial Center  (Dart Drug Inc.) | YES |
| 630 | 11509 | MA | Worcester Center | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 631 | 11510 (11702 Dupl.) | MA | Springfield Journal f.k.a. Springfield News | YES |
| 632 | 11512 | MA | Bank of Western Massachusetts f.k.a. Harper Trust | YES |
| 633 | 11514 | MA | First National Bank of Franklin County | YES |
| 634 | 11515 | MD | Sears, Roebuck & Co. | YES |
| 635 | 11516 | NC | Sears Roebuck Company | YES |
| 636 | 11517 | NC | Sears Job | YES |
| 637 | 11519 | IN | American Can Company | YES |
| 638 | 11522 | LA | Camelot Club | YES |
| 639 | 11523 | LA | Oakwood Shopping Center - Holmes Department Store | YES |
| 640 | 11524 | FL | Sears Roebuck | YES |
| 641 | 11525 | LA | Imperial Premium Finance f.k.a. Imperial Office Building | YES |
| 642 | 11526 | LA | Louisiana National Bank Building | YES |
| 643 | 11527 | LA | Fisk Building & Investments   f.k.a. Obeco Building | YES |
| 644 | 11528 | LA | Villa St. Charles | YES |
| 645 | 11529 | IL | Nugent Import Motors | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 646 | 11530 | IL | CNA Plaza Headquarters  f.k.a. C.N.A. Building | YES |
| 647 | 11531 | IL | Gateway Shops    f.k.a. Gateway Plaza | YES |
| 648 | 11532 | IL | I.B.M. Building | YES |
| 649 | 11533 | IL | Merchandise Mart Plaza | YES |
| 650 | 11534 | CO | Denver Square, Anaconda Bldg. | YES |
| 651 | 11535 | CO | Northern Colorado Medical Center - Hospitality House  f.k.a. Medical Apartments Building | YES |
| 652 | 11536 | CO | Mountain Bell | YES |
| 653 | 11537 | CT | IBM Office Building | YES |
| 654 | 11538 | CT | Office Facility for Broad Street Assoc., c/o Frank Marceds, Inc. | YES |
| 655 | 11539 | CT | Westport Office Bldg. | YES |
| 656 | 11540 | DC | City Line Towers | YES |
| 657 | 11541 | DC | Cosmat Center | YES |
| 658 | 11542 | DC | Cottages - Jr. Village | YES |
| 659 | 11543 | DC | Dart Drug | YES |
| 660 | 11544 | DC | Fanny Mae f.k.a Equitable Life Insurance | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 661 | 11546 | FL | Cordova Mall (Gayfers Department Store) f.k.a. Gaffer Department Store | YES |
| 662 | 11547 | FL | Pratt/Whitney Job | YES |
| 663 | 11549 | GA | Atlanta Marriott Century Center f.k.a. Century Center Building | YES |
| 664 | 11550 | GA | Dodge County Hospital | YES |
| 665 | 11551 | GA | First National Bank Job | YES |
| 666 | 11553 | IL | Caterpillar Tractor Company, Administration Bldg. | YES |
| 667 | 11554 | CA | Kaiser Permanente Hospital | YES |
| 668 | 11555 | IL | Carson Pirie Scott Store - Store #537 c/o Lakehurst Mall | YES |
| 669 | 11558 | PA | Kaufmann's Department Store | YES |
| 670 | 11559 | PA | Lake Erie College of Osteopathic Medicine f.k.a. General Telephone & Electric Data Center | YES |
| 671 | 11560 | PA | Fenestra Division of Marmon Group, Inc., f.k.a. Fenestra Inc. Door Products Division | YES |
| 672 | 11561 | OH | NCR Corporation  f.k.a. NCR Distribution Center | YES |
| 673 | 11562 | OH | Natural Distillers | YES |
| 674 | 11564 | NC | Bank of America  f.k.a. NCNB Building | YES |
| 675 | 11566 | WV | First Community Bancshares, Inc.  f.k.a. Flat Top National Bank | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 676 | 11567 | VA | Virginia Hospital Center  f.k.a. Arlington Hospital   CLAIM 1-2 | YES |
| 677 | 11568 | VA | Virginia Hospital Center  f.k.a. Arlington Hospital   CLAIM 2-2 | YES |
| 678 | 11569 | VA | Apartments for the Elderly | YES |
| 679 | 11570 | VA | American National Bank & Trust Co. | YES |
| 680 | 11571 | TN | National Distillers Chemical Company | YES |
| 681 | 11572 | NV | Harry C. Levy Gardens - Housing Authority of the City of Las Vegas | YES |
| 682 | 11573 | NJ | Sutton Plaza Office Building | YES |
| 683 | 11574 | NJ | Woodbridge Center  (Sterns Department Store) f.k.a. Woodbridge Shopping Center | YES |
| 684 | 11575 | NJ | Metal Litho U.S. Can Company a.k.a. BMAT Trenton Medal Decorating  f.k.a.Metal-Litho International | YES |
| 685 | 11577 | NJ | Long Distance Switching Center | YES |
| 686 | 11578 | NJ | Ingersol-Rand Co. | YES |
| 687 | 11579 | NH | Elliot Hospital | YES |
| 688 | 11580 | NC | Southpark Shopping Center c/o Management Offices | YES |
| 689 | 11581 | NC | Bank of America  f.k.a. Raleigh Savings & Loan | YES |
| 690 | 11582 | NC | Guilford Mills, Inc.,  f.k.a. Oak Ridge Textiles | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 691 | 11583 | NC | NC Federal Savings & Loan f.k.a. Northwestern Bank Building | YES |
| 692 | 11584 | NC | Elks Lodge & Golf Club  f.k.a. Elks Country Club | YES |
| 693 | 11585 | NC | Duke Power Company | YES |
| 694 | 11586 | NC | Draymore Manufacturing Co. | YES |
| 695 | 11587 | NC | Computer Office Building | YES |
| 696 | 11588 | NC | Village Country Club West f.k.a. Carolina Country Club | YES |
| 697 | 11589 | NC | Benjamin Branch Public Library  f.k.a. Greensboro Library | YES |
| 698 | 11590 | NC | Bank of Asheville | YES |
| 699 | 11592 | NY | Wegman Store | YES |
| 700 | 11593 | NY | W.G.N. | YES |
| 701 | 11594 | NY | Tonawanda City Police  f.k.a. Tonawanda Police Job | YES |
| 702 | 11595 | NY | New Municipal Building | YES |
| 703 | 11596 | NY | Olian Nursing Home | YES |
| 704 | 11597 | NY | King David Manor  f.k.a. Kings David Hotel | YES |
| 705 | 11599 | NY | Ford Manhattan Building | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 706 | 11600 | NY | Beech-Nut Company | YES |
| 707 | 11602 | NY | A & S Building | YES |
| 708 | 11603 | MS | Trustmark National Bank   f.k.a. First National Building | YES |
| 709 | 11604 | MN | Wells Fargo Bank f.k.a.  Marquette National Bank | YES |
| 710 | 11605 | MI | State of Michigan Plaza  f.k.a. Executive Plaza | YES |
| 711 | 11606 | ND | Holiday Inn  f.k.a. New Holiday Motor Inn | YES |
| 712 | 11618 | CANADA | Hudson's Bay Company - Zellers 347 | YES |
| 713 | 11619 | CANADA | University of Toronto | YES |
| 714 | 11620 | CANADA | Winnipeg - Redcliff | YES |
| 715 | 11621 | CANADA | School District 68 Nanaimo-Ladysmith - Bayview Elementary | YES |
| 716 | 11622 | CANADA | School District 68 Nanaimo-Ladysmith - Chase River Elementary | YES |
| 717 | 11623 | CANADA | School District 68 Nanaimo-Ladysmith - Cilaire Elementary | YES |
| 718 | 11624 | CANADA | School District 68 Nanaimo-Ladysmith - John Barsby Secondary School | YES |
| 719 | 11625 | CANADA | School District 68 Nanaimo-Ladysmith - Ladysmith | YES |
| 720 | 11626 | CANADA | School District 68 Nanaimo-Ladysmith - Cedar Jr. Secondary School (renamed North Cedar Intermediate) | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 721 | 11627 | CANADA | School District 68 Nanaimo-Ladysmith - Nanaimo District Senior Secondary | YES |
| 722 | 11628 | CANADA | School District 68 Nanaimo-Ladysmith - Princess Anne | YES |
| 723 | 11629 | CANADA | School District 68 Nanaimo-Ladysmith - Rutherford | YES |
| 724 | 11630 | CANADA | School District 68 Nanaimo-Ladysmith - Seaview | YES |
| 725 | 11631 | CANADA | School District 68 Nanaimo-Ladysmith - Woodbank | YES |
| 726 | 11632 | CANADA | School District 68 Nanaimo-Ladysmith - Woodlands | YES |
| 727 | 11633 | CANADA | Bristol Investments - Parkview Manor | YES |
| 728 | 11634 | CANADA | Bristol Investments - Regency Court | YES |
| 729 | 11635 | CANADA | Bristol Investments  - Regency Square | YES |
| 730 | 11636 | CANADA | Bristol Investments  - Villa Monaco | YES |
| 731 | 11637 | CANADA | Bristol Investments - Bakerview Apartments | YES |
| 732 | 11638 | CANADA | Bristol Investments - Hampton Apartments | YES |
| 733 | 11639 | CANADA | Bristol Investments - Braemar Gardens | YES |
| 734 | 11640 | CANADA | Bristol Investments  - Braemar Gardens | YES |
| 735 | 11641 | CANADA | Bristol Investments - Braemar Gardens, 985 Adair Ave | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 736 | 11642 | CANADA | Bristol Investments - Kingsley Manor | YES |
| 737 | 11643 | CANADA | Bristol Investments - Berkeley Manor | YES |
| 738 | 11644 | CANADA | Bristol Investments - Gary Manor | YES |
| 739 | 11645 | CANADA | Bristol Investments - Shelley Court | YES |
| 740 | 11646 | CANADA | Bristol Investments - Cheryl Manor | YES |
| 741 | 11647 | CANADA | Bristol Investments - Daylin Manor | YES |
| 742 | 11648 | CANADA | Bristol Investments - Silver Manor | YES |
| 743 | 11664 | CANADA | Hamilton School District - Ancaster High, | YES |
| 744 | 11665 | CANADA | Hamilton School District - Barton, | YES |
| 745 | 11666 | CANADA | Hamilton School District - Bell Stone, | YES |
| 746 | 11667 | CANADA | Hamilton School District - Buchanan Park, | YES |
| 747 | 11668 | CANADA | Hamilton School District - Cardinal Heights, | YES |
| 748 | 11669 | CANADA | Hamilton School District - Dale Wood, | YES |
| 749 | 11670 | CANADA | Hamilton School District - Education Centre, | YES |
| 750 | 11671 | CANADA | Hamilton School District - Glen Brae, | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 751 | 11672 | CANADA | Hamilton School District - Glendale | YES |
| 752 | 11673 | CANADA | Hamilton School District - Grange | YES |
| 753 | 11674 | CANADA | Hamilton School District - Greenville, | YES |
| 754 | 11675 | CANADA | Hamilton School District - Highland, | YES |
| 755 | 11676 | CANADA | Hamilton School District - Mount Hope, | YES |
| 756 | 11677 | CANADA | Hamilton School District - Parkdale, | YES |
| 757 | 11678 | CANADA | Hamilton School District - Pauline Johnson, | YES |
| 758 | 11679 | CANADA | Hamilton School District - Ryerson, | YES |
| 759 | 11680 | CANADA | Hamilton School District - Sherwood Heights, | YES |
| 760 | 11681 | CANADA | Hamilton School District - Sir Allan McNabb | YES |
| 761 | 11682 | CANADA | Hamilton School District - Sir John A. Macdonald, | YES |
| 762 | 11683 | CANADA | Hamilton School District - Westdale | YES |
| 763 | 11684 | CANADA | Hamilton School District - Westview, | YES |
| 764 | 11686 | MA | Boston Regional Medical Center f.k.a. New England Memorial Hospital | YES |
| 765 | 11687 | ME | Merchants National Bank of Bangor  f.k.a. Merchants National Bank | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 766 | 11688 | MA | Keystone Building c/o Spaulding & Slye Colliers Real Estate  f.k.a. Spaulding Building | YES |
| 767 | 11689 | MA | Jordan Hospital, Inc. | YES |
| 768 | 11691 | MA | Kindred Hospital Boston North Shore Cancer Center f.k.a. J.B. Thomas Hospital | YES |
| 769 | 11692 | MA | Muzzy's Day Square Florist    f.k.a. Day Square Building | YES |
| 770 | 11693 | MA | First National Bank | YES |
| 771 | 11694 | MA | Franklin First Federal Credit Union f.k.a. Franklin County Trust Bank | YES |
| 772 | 11696 | NY | Plaza Building | YES |
| 773 | 11697 | NY | Time Life Building f.k.a. Esso Building | YES |
| 774 | 11698 | NY | Ebenezer Building | YES |
| 775 | 11699 | ME | Union Mutual Life Insurance | YES |
| 776 | 11700 | MA | Northampton Nursing Home, Inc. | YES |
| 777 | 11701 | ME | University of New England - Westbrook College Campus (*Bldg. 1-5) f.k.a. Webber Hospital | YES |
| 778 | 11703 | NY | 1199 SEIU f.k.a. 310 West 43rd Street Building | YES |
| 779 | 11704 | NY | 3 Hanover Plaza | YES |
| 780 | 11705 | WV | Office & Service Center - United Fuel & Gas Co. | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 781 | 11707 | CO | Mountain States Telephone Company | YES |
| 782 | 11708 | CO | Bell Telephone Addition | YES |
| 783 | 11710 | CO | West Farm Bureau Life Building | YES |
| 784 | 11711 | CO | Bear Valley Shopping Center | YES |
| 785 | 11712 | CO | Mile High Medical Arts Bldg. | YES |
| 786 | 11714 | CO | Colorado Springs, CO - Chamber of Commerce Building  f.k.a. Holly Sugar Building | YES |
| 787 | 11715 | KS | Eastside Financial Center | YES |
| 788 | 11716 | KS | Commerce Bank & Trust f.k.a. Commerce State Bank | YES |
| 789 | 11717 (11718 Dupl.) | VT | Renewal Shopping Mall - Building # 2 Burlington Urban | YES |
| 790 | 11720 | TN | Rivergate Mall   (Tenant - Walgreen Drugs) | YES |
| 791 | 11721 | TN | Wellmont-Hawkins County Memorial Hospital f.k.a. Rogersville Hospital - Learning Resource Center | YES |
| 792 | 11722 | TN | First Tennessee Bank \| Current Name: Court-Thomas Computer Center (Add-On Bldg. 3-3) f.k.a. National Bank Building | YES |
| 793 | 11723 | SD | Great Western Bank    f.k.a. Northwestern National Bank | YES |
| 794 | 11724 | TN | Mountain City Medical Center  f.k.a. Mountain City Hospital Addition | YES |
| 795 | 11735 | CA | San Luis Obispo - Administration | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 796 | 11745 | CA | San Luis Obispo - Transportation Services | YES |
| 797 | 11800 | CA | San Luis Obispo - Research & Development | YES |
| 798 | 11802 | CA | San Luis Obispo - Mott Physical Education | YES |
| 799 | 11817 | CA | San Luis Obispo - Farm Shop | YES |
| 800 | 11819 | CA | San Luis Obispo - Engineering West | YES |
| 801 | 11820 | CA | San Luis Obispo - Engineering West Addition | YES |
| 802 | 11866 | CA | Stanilaus - Music | YES |
| 803 | 11876 | CA | Stanilaus - Drama | YES |
| 804 | 11918 | CA | San Jose - Cafeteria | YES |
| 805 | 11957 | CA | Hayward - Music & Business | YES |
| 806 | 11962 | CA | Hayward - Meikle John Hall | YES |
| 807 | 12291 | CANADA | Calgary Board of Education - Rosscarrock Elementary | YES |
| 808 | 12292 | CANADA | Calgary Board of Education - RT Alderman | YES |
| 809 | 12293 | CANADA | Calgary Board of Education - Southwood | YES |
| 810 | 12294 | CANADA | Calgary Board of Education - Sunalta | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 811 | 12295 | CANADA | University of Western Ontario | YES |
| 812 | 12296 | CANADA | Fraser Health Authority - Surrey Memorial | YES |
| 813 | 12297 | CANADA | Fraser Health Authority - Burnaby Hospital | YES |
| 814 | 12298 | CANADA | Fraser Health Authority - Ridge Meadows Hospital | YES |
| 815 | 12299 | CANADA | Fraser Health Authority - Fellburn Care Center | YES |
| 816 | 12300 | CANADA | Fraser Health Authority - Royal Colombian Hospital | YES |
| 817 | 12301 | CANADA | Fraser Health Authority - MSA General Hospital | YES |
| 818 | 12302 | CANADA | Fraser Health Authority - Sherbrooke Center | YES |
| 819 | 12303 | CANADA | Toronto District School Board - Bloor College, | YES |
| 820 | 12304 | CANADA | Toronto District School Board - Deer Park, | YES |
| 821 | 12305 | CANADA | Toronto District School Board - Dewson Street, | YES |
| 822 | 12306 | CANADA | Toronto District School Board - ElmLea Junior School, | YES |
| 823 | 12307 | CANADA | Toronto District School Board - Fairmount, | YES |
| 824 | 12308 | CANADA | Toronto District School Board - Humberside College, | YES |
| 825 | 12309 | CANADA | Toronto District School Board - | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 826 | 12310 | CANADA | Toronto District School Board - Monarch Park, | YES |
| 827 | 12311 | CANADA | Toronto District School Board - Oakwood Collegiate Institute, | YES |
| 828 | 12312 | CANADA | Toronto District School Board - Old Administration, | YES |
| 829 | 12313 | CANADA | Toronto District School Board - Perth Avenue Junior , | YES |
| 830 | 12314 | CANADA | Toronto District School Board - Queen Alexandria, | YES |
| 831 | 12315 | CANADA | Toronto District School Board - Roden Junior, | YES |
| 832 | 12316 | CANADA | Toronto District School Board - Western Tech, | YES |
| 833 | 12317 | CANADA | Toronto District School Board - Withrow Avenue Junior, | YES |
| 834 | 12318 | CA | Coca-Cola Enterprises Inc. - Ukiah, CA Sales Center | YES |
| 835 | 12319 | CO | Coca-Cola Enterprises Inc. - Colorado Springs Sales Center | YES |
| 836 | 12320 | HI | Coca-Cola Enterprises Inc. - Kauai, HI Sales Center | YES |
| 837 | 12321 | CA | Coca-Cola Enterprises Inc. - Santa Maria Sales Center | YES |
| 838 | 12322 | CANADA | William Osler Health Centre | YES |
| 839 | 12323 | CANADA | Westin Habour Castle | YES |
| 840 | 12324 | CANADA | York University - # 4 | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 841 | 12325 | CANADA | York University - # 2 | YES |
| 842 | 12326 | CANADA | York University - # 8 | YES |
| 843 | 12327 | CANADA | York University - # 6 | YES |
| 844 | 12328 | CANADA | Ryerson University - Howard Kerr Building | YES |
| 845 | 12329 | CANADA | University of Guelph | YES |
| 846 | 12330 | CANADA | Calgary Board of Education - Senator Patrick Burns | YES |
| 847 | 12331 | CANADA | Calgary Board of Education - Sir James Lougheed | YES |
| 848 | 12332 | CANADA | Calgary Board of Education - Sir John A. MacDonald | YES |
| 849 | 12333 | CANADA | Calgary Board of Education - Sir Wilfrid Laurier | YES |
| 850 | 12334 | CANADA | Calgary Board of Education - Sir Winston Churchill | YES |
| 851 | 12335 | CANADA | City of Vancouver - Commercial Building | YES |
| 852 | 12336 | CANADA | City of Vancouver - Cambie Yards | YES |
| 853 | 12337 | CANADA | City of Vancouver - Commercial Building | YES |
| 854 | 12338 | CANADA | City of Vancouver - Central Library | YES |
| 855 | 12339 | CANADA | City of Vancouver - City Analyst/Police Museum | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 856 | 12340 | CANADA | City of Vancouver - City Hall | YES |
| 857 | 12341 | CANADA | City of Vancouver - Continental Hotel (old) | YES |
| 858 | 12342 | CANADA | City of Vancouver - Former Fletcher Lumber | YES |
| 859 | 12343 | CANADA | Vancouver Board of Parks & Recreation - Hastings C.C. | YES |
| 860 | 12344 | CANADA | City of Vancouver - Kerrisdale Library | YES |
| 861 | 12345 | CANADA | City of Vancouver - Maritime Museum | YES |
| 862 | 12346 | CANADA | City of Vancouver - Parkade (should be Parkdale) | YES |
| 863 | 12347 | CANADA | City of Vancouver - Planetarium | YES |
| 864 | 12348 | CANADA | Calgary Board of Education - Colonel Irvine | YES |
| 865 | 12349 | CANADA | Calgary Board of Education - Colonel Macleod | YES |
| 866 | 12350 | CANADA | Calgary Board of Education - Colonel Sanders | YES |
| 867 | 12351 | CANADA | Calgary Board of Education - Crescent Heights | YES |
| 868 | 12352 | CANADA | Calgary Board of Education - Dr. Oakley | YES |
| 869 | 12353 | CANADA | Calgary Board of Education - Elboya Elementary | YES |
| 870 | 12354 | CANADA | Calgary Board of Education - Ernest Manning | YES |

## S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 871 | 12355 | CANADA | British Columbia Institute - SW14 | YES |
| 872 | 12356 | CANADA | Calgary Board of Education - Eugene Coste | YES |
| 873 | 12357 | CANADA | Calgary Board of Education - Fairview | YES |
| 874 | 12358 | CANADA | Calgary Board of Education - FE Osborne | YES |
| 875 | 12359 | CANADA | Calgary Board of Education - Forest Lawn | YES |
| 876 | 12360 | CANADA | Calgary Board of Education - George P. Vanier | YES |
| 877 | 12361 | CANADA | Calgary Board of Education - Glamorgan | YES |
| 878 | 12362 | CANADA | Calgary Board of Education - Glenbrook | YES |
| 879 | 12363 | CANADA | Calgary Board of Education - Glendale | YES |
| 880 | 12365 | CANADA | O & Y - Tower C Place de Ville | YES |
| 881 | 12366 | CANADA | Morguard Investments - | YES |
| 882 | 12367 | CANADA | Morguard Investments - Town and Country | YES |
| 883 | 12368 | CANADA | McMaster University - Medical Center | YES |
| 884 | 12369 | LA | Coca-Cola Enterprises Inc. - Shreveport, LA (Main Bldg) | YES |
| 885 | 12370 | TX | Coca-Cola Enterprises Inc. - Dothan, AL | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 886 | 12371 | TX | Coca-Cola Enterprises Inc. - Amarillo, TX | YES |
| 887 | 12372 | TX | Coca-Cola Enterprises Inc. - Midland, TX | YES |
| 888 | 12373 | TX | Coca-Cola Enterprises Inc. - Houston, TX - Bissonnet Facility | YES |
| 889 | 12374 | TX | Coca-Cola Enterprises Inc. - Laredo, TX (Main Warehouse) | YES |
| 890 | 12375 | CANADA | Edmonton Public Schools - Britannia | YES |
| 891 | 12376 | CANADA | Edmonton Public Schools - Crestwood | YES |
| 892 | 12377 | CANADA | Edmonton Public Schools - Delton | YES |
| 893 | 12378 | CANADA | Edmonton Public Schools - Delwood | YES |
| 894 | 12379 | CANADA | Edmonton Public Schools - Donnan | YES |
| 895 | 12380 | TX | Coca-Cola Enterprises Inc. - N. Texas Division HDQ Dallas, TX - Lemmon Avenue Facility | YES |
| 896 | 12381 | CA | Coca-Cola Enterprises Inc. - Cathedral City Sales Center | YES |
| 897 | 12382 | KS | Coca-Cola Enterprises Inc. - Goodland Sales Center | YES |
| 898 | 12383 | CA | Coca-Cola Enterprises Inc. - Downey / Lakewood Building | YES |
| 899 | 12384 | IL | Coca-Cola Enterprises Inc. - Niles Division Office | YES |
| 900 | 12385 | CANADA | City of Edmonton - ERD Station 13 | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 901 | 12386 | CANADA | City of Edmonton - Jasper Place Arena | YES |
| 902 | 12387 | CANADA | City of Edmonton - Prince of Wales Armoury | YES |
| 903 | 12388 | CANADA | Edmonton Public Schools - Allendale | YES |
| 904 | 12389 | CANADA | Edmonton Public Schools - Argyll | YES |
| 905 | 12390 | CANADA | Edmonton Public Schools - Avalon | YES |
| 906 | 12391 | CANADA | Edmonton Public Schools - Avonmore | YES |
| 907 | 12392 | CANADA | Edmonton Public Schools - Bellevue | YES |
| 908 | 12393 | CANADA | Edmonton Public Schools - Bennett | YES |
| 909 | 12394 | CANADA | Edmonton Public Schools - Bonnie Doon | YES |
| 910 | 12395 | CANADA | Carleton University - McOdorum Library | YES |
| 911 | 12396 | CANADA | Cadillac Fairview Mall - Fairmall Leasehold Inc. | YES |
| 912 | 12397 | CANADA | Bell Canada - Nexacor | YES |
| 913 | 12398 | CANADA | Edmonton Public Schools - Belgravia | YES |
| 914 | 12399 | CANADA | City of Edmonton - Chauncey Hall | YES |
| 915 | 12400 | CANADA | City of Edmonton - Clarke Stadium | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 916 | 12401 | CANADA | City of Edmonton - Davies Transit Garage | YES |
| 917 | 12402 | CANADA | City of Edmonton - ERD Ambulance Station | YES |
| 918 | 12403 | CANADA | City of Edmonton - ERD Station 12 | YES |
| 919 | 12404 | CANADA | City of Edmonton - Idylwyde Health Clinic | YES |
| 920 | 12405 | CANADA | Southern Ontario Properties | YES |
| 921 | 12408 | CANADA | Calgary Board of Education - Belfast Elementary | YES |
| 922 | 12409 | CANADA | Calgary Board of Education - Branton Junior High | YES |
| 923 | 12410 | CANADA | Calgary Board of Education - Briar Hill Elementary | YES |
| 924 | 12411 | CANADA | Calgary Board of Education - Bridgeland Elementary | YES |
| 925 | 12412 | CANADA | Calgary Board of Education - Cambrian Heights | YES |
| 926 | 12413 | CANADA | Calgary Board of Education - Capital Hill | YES |
| 927 | 12414 | CANADA | Calgary Board of Education - Chinook Park | YES |
| 928 | 12415 | CANADA | Carleton University - Russell Granville | YES |
| 929 | 12416 | CANADA | Carleton University - Loeb | YES |
| 930 | 12417 | CANADA | Carleton University - Glengary House | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 931 | 12418 | CANADA | Carleton University - The Commons | YES |
| 932 | 12419 | CANADA | Carleton University - Dunton Tower | YES |
| 933 | 12420 | CANADA | Carleton University - Robertson Hall | YES |
| 934 | 12421 | CANADA | Oxford - Edmonton Centre, 10025-102 Avenue | YES |
| 935 | 12422 | CANADA | Oxford - Edmonton City Centre East | YES |
| 936 | 12423 | CANADA | Oxford - Edmonton Centre - TD Tower, 10088-102 Avenue | YES |
| 937 | 12424 | CANADA | Shell Canada - Oakville Research | YES |
| 938 | 12425 | CANADA | Morguard Real Estate Investment Trust - UK Building | YES |
| 939 | 12426 | CANADA | Morguard Real Estate Investment Trust - Devonian | YES |
| 940 | 12427 | CANADA | Morguard Investments - 55 City Centre Drive | YES |
| 941 | 12428 | CANADA | Morguard Investments - Bramalea City Centre | YES |
| 942 | 12429 | CANADA | Morguard Investments - | YES |
| 943 | 12430 | CANADA | Morguard Investments - 7 Oaks Mall | YES |
| 944 | 12431 | CANADA | Labatts - 435 Ridout | YES |
| 945 | 12432 | CANADA | Labatts - 451 Ridout | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 946 | 12433 | CANADA | The Record - The Record | YES |
| 947 | 12434 | CANADA | Carleton University - Patterson Hall | YES |
| 948 | 12435 | CANADA | Calgary Board of Education - Thomas B. Riley | YES |
| 949 | 12436 | CANADA | Calgary Board of Education - Thorncliffe Elementary | YES |
| 950 | 12437 | CANADA | Calgary Board of Education - Varsity Acres | YES |
| 951 | 12438 | CANADA | Calgary Board of Education - Vincent Massey Junior High | YES |
| 952 | 12439 | CANADA | Calgary Board of Education - Viscount Bennett | YES |
| 953 | 12440 | CANADA | Calgary Board of Education - Western Canada High | YES |
| 954 | 12441 | CANADA | Calgary Board of Education - Westgate Elementary | YES |
| 955 | 12442 | CANADA | Calgary Board of Education - Wildwood Elementary | YES |
| 956 | 12443 | CANADA | Calgary Board of Education - William Aberhart | YES |
| 957 | 12444 | CANADA | Calgary Board of Education - Woodman Junior High | YES |
| 958 | 12445 | CANADA | University of Saskatchewan - Arts Building | YES |
| 959 | 12446 | CANADA | University of Saskatchewan - Health Sciences Building | YES |
| 960 | 12447 | CANADA | University of Saskatchewan - Lutheran Seminary | YES |

## S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 961 | 12448 | CANADA | University of Saskatchewan - Physics Building | YES |
| 962 | 12449 | CANADA | Calgary Board of Education - Glenmeadows | YES |
| 963 | 12450 | CANADA | Calgary Board of Education - Greenview | YES |
| 964 | 12451 | CANADA | Calgary Board of Education - Haysboro | YES |
| 965 | 12452 | CANADA | Calgary Board of Education - Henry Wise Wood | YES |
| 966 | 12453 | CANADA | Calgary Board of Education - Huntington Hills Elementary | YES |
| 967 | 12454 | CANADA | Calgary Board of Education - James Fowler High | YES |
| 968 | 12455 | CANADA | Calgary Board of Education - Killarney Elementary | YES |
| 969 | 12456 | CANADA | Calgary Board of Education - King Edward Elementary | YES |
| 970 | 12457 | CANADA | Calgary Board of Education - Kingsland Elementary | YES |
| 971 | 12458 | CANADA | Calgary Board of Education - Knob Hill Elementary | YES |
| 972 | 12459 | CANADA | Calgary Board of Education - Lakeview School | YES |
| 973 | 12460 | CANADA | Calgary Board of Education - Langevin Elementary | YES |
| 974 | 12461 | CANADA | Calgary Board of Education - Lord Beaverbrook High | YES |
| 975 | 12462 | CANADA | Calgary Board of Education - Lord Shaughnessy High | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 976 | 12463 | CANADA | Calgary Board of Education - Melville Scott Junior High | YES |
| 977 | 12464 | CANADA | Calgary Board of Education - Milton William School | YES |
| 978 | 12465 | CANADA | Vancouver Board of Parks & Recreation - Rupert Park Pitch & Putt Fieldhouse | YES |
| 979 | 12466 | CANADA | Vancouver Board of Parks & Recreation - Stanley Park Pavilion Restaurant | YES |
| 980 | 12467 | CANADA | Vancouver Board of Parks & Recreation - Sunset C.C. | YES |
| 981 | 12468 | CANADA | Vancouver Board of Parks & Recreation - Trout Lake C.C. | YES |
| 982 | 12469 | CANADA | Vancouver Board of Parks & Recreation - West End C.C. | YES |
| 983 | 12470 | CANADA | Sask Power Corp. | YES |
| 984 | 12471 | CANADA | Tonko - Telus Plaza | YES |
| 985 | 12472 | CANADA | Telus - Plaza South Tower | YES |
| 986 | 12473 | CANADA | Telus - William Farrel Building | YES |
| 987 | 12474 | CANADA | Telus - Grande Prairie Toll | YES |
| 988 | 12475 | CANADA | City of Vancouver - Public Safety Building | YES |
| 989 | 12476 | CANADA | City of Vancouver - Queen Elizabeth Playhouse | YES |
| 990 | 12477 | CANADA | Vancouver Board of Parks & Recreation - BC Pavilion @ Hastings Park | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 991 | 12478 | CANADA | Vancouver Board of Parks & Recreation - Douglas Park C.C. | YES |
| 992 | 12479 | CANADA | Vancouver Board of Parks & Recreation - Kerrisdale C.C. | YES |
| 993 | 12480 | CANADA | Vancouver Board of Parks & Recreation - Killarney C.C. | YES |
| 994 | 12481 | CANADA | Vancouver Board of Parks & Recreation - Marpole Oak C.C. | YES |
| 995 | 12482 | CANADA | Vancouver Board of Parks & Recreation - Mt. Pleasant C.C. | YES |
| 996 | 12483 | CANADA | Vancouver Board of Parks & Recreation - Renfrew C.C. | YES |
| 997 | 12484 | CANADA | Vancouver Board of Parks & Recreation - Riley Park Pool | YES |
| 998 | 12485 | CANADA | Edmonton Public Schools - McQueen | YES |
| 999 | 12486 | CANADA | Edmonton Public Schools - M.E. Lazerte | YES |
| 1000 | 12487 | CANADA | Edmonton Public Schools - Mill Creek | YES |
| 1001 | 12488 | CANADA | Edmonton Public Schools - Montrose | YES |
| 1002 | 12489 | CANADA | City of Edmonton - Century Place | YES |
| 1003 | 12490 | CANADA | Atlantic Shopping Centres - Cogswell Tower | YES |
| 1004 | 12491 | CANADA | Avalon East School Board - Hazelwood Elementary School | YES |
| 1005 | 12492 | CANADA | Avalon East School Board - Holy Heart of Mary School | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 1006 | 12493 | CANADA | Health Care Corp. of St. John's (HCCSJ) - Health Science Centre, | YES |
| 1007 | 12494 | CANADA | Health Care Corp. of St. John's (HCCSJ) - St. Clares Mercy Hospital, | YES |
| 1008 | 12495 | CANADA | Edmonton Public Schools - Prince Charles | YES |
| 1009 | 12496 | CANADA | Edmonton Public Schools - Prince Rupert | YES |
| 1010 | 12497 | CANADA | Edmonton Public Schools - Princeton | YES |
| 1011 | 12498 | CANADA | Edmonton Public Schools - Queen Alexandra | YES |
| 1012 | 12499 | CANADA | Edmonton Public Schools - Queen Elizabeth | YES |
| 1013 | 12500 | CANADA | Edmonton Public Schools - Ritchie | YES |
| 1014 | 12501 | CANADA | Edmonton Public Schools - Ross Sheppard | YES |
| 1015 | 12502 | CANADA | Edmonton Public Schools - Rutherford | YES |
| 1016 | 12503 | CANADA | Edmonton Public Schools - Sherbrooke | YES |
| 1017 | 12504 | CANADA | Edmonton Public Schools - Spruce Avenue | YES |
| 1018 | 12505 | CANADA | British Columbia Institute - SW1 | YES |
| 1019 | 12506 | CANADA | British Columbia Institute - SW5 | YES |
| 1020 | 12507 | CANADA | British Columbia Institute - SW3 | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 1021 | 12508 | CANADA | Saskatchewan Property Management Corporation - Royal Saskatchwan Museum | YES |
| 1022 | 12509 | CANADA | Saskatchewan Property Management Corporation - Saskatchwan Legislative Building | YES |
| 1023 | 12510 | CANADA | ISPCO Inc. - ERW Mill Building | YES |
| 1024 | 12511 | CANADA | ISPCO Inc. - Rolling Mill Building | YES |
| 1025 | 12512 | CANADA | City of Richmond - Richmond Old City Hall | YES |
| 1026 | 12513 | CANADA | City of Richmond - Richmond Minoru Arena | YES |
| 1027 | 12514 | CANADA | Hyatt Equities - Hyatt Regency / Vancouver | YES |
| 1028 | 12515 | CANADA | Shell Canada Products - Shellburn Locker Building | YES |
| 1029 | 12516 | CANADA | Shell Canada Products - Shellburn Maintenance Building | YES |
| 1030 | 12517 | CANADA | Shell Canada Products - Shellburn Terminal Office Building | YES |
| 1031 | 12518 | CANADA | Shell Canada Products - Shellburn Laboratory Office Building | YES |
| 1032 | 12519 | CANADA | Providence Health Care - Holy Family Hospital | YES |
| 1033 | 12520 | CANADA | Providence Health Care - Mt. St. Joseph | YES |
| 1034 | 12521 | CANADA | Providence Health Care - St. Vincent's Hospital | YES |
| 1035 | 12522 | CANADA | Providence Health Care - St. Paul's Hospital | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 1036 | 12523 | CANADA | Providence Health Care - Youville Residence | YES |
| 1037 | 12524 | CANADA | Great West Life - Great West Life Insurance Building | YES |
| 1038 | 12525 | CANADA | Hudson Bay Company- Bay 1120 / Winnipeg, | YES |
| 1039 | 12526 | CANADA | Hudson's Bay Company - Bay 1144 / Calgary, | YES |
| 1040 | 12527 | CANADA | Hudson's Bay Company - Bay 1162 / Abbotsford, | YES |
| 1041 | 12528 | CANADA | Hudson's Bay Company - Bay 1164 / Calgary, | YES |
| 1042 | 12529 | CANADA | Hudson's Bay Company - Bay 1631 / Ottawa, | YES |
| 1043 | 12530 | CANADA | Hudson's Bay Company - Bay 1634 / Ottawa, | YES |
| 1044 | 12531 | CANADA | Hudson's Bay Company - Zellers 17 / Ottawa, | YES |
| 1045 | 12532 | CANADA | Hudson's Bay Company - Zellers 435 / Calgary, | YES |
| 1046 | 12533 | CANADA | Great West Life - London Life / | YES |
| 1047 | 12534 | CANADA | Great West Life - Commerce Court West | YES |
| 1048 | 12535 | CANADA | Edmonton Public Schools - W.P. Wagner | YES |
| 1049 | 12536 | CANADA | CIBC - Atlantic Place | YES |
| 1050 | 12537 | CANADA | Edmonton Public Schools - Parkview | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 1051 | 12538 | CANADA | Edmonton Public Schools - Old Administration Bldg | YES |
| 1052 | 12539 | CANADA | Edmonton Public Schools - Parkallen | YES |
| 1053 | 12540 | CANADA | Edmonton Public Schools - Mount Royal | YES |
| 1054 | 12541 | CANADA | Edmonton Public Schools - Newton | YES |
| 1055 | 12542 | CANADA | Edmonton Public Schools - North Edmonton | YES |
| 1056 | 12543 | CANADA | Edmonton Public Schools - Mount Pleasant | YES |
| 1057 | 12544 | CANADA | Northwoodcare Inc. - Northwood Manor | YES |
| 1058 | 12545 | CANADA | Edmonton Public Schools - Steele Heights | YES |
| 1059 | 12546 | CANADA | Edmonton Public Schools - Strathcona | YES |
| 1060 | 12547 | CANADA | Edmonton Public Schools - Strathearn | YES |
| 1061 | 12548 | CANADA | Edmonton Public Schools - Victoria | YES |
| 1062 | 12549 | CANADA | Edmonton Public Schools - Wellington | YES |
| 1063 | 12550 | CANADA | Edmonton Public Schools - Westbrooke | YES |
| 1064 | 12551 | CANADA | Edmonton Public Schools - Westlawn | YES |
| 1065 | 12552 | CANADA | Edmonton Public Schools - Westminster | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 1066 | 12553 | CANADA | Edmonton Public Schools - Winterburn | YES |
| 1067 | 12554 | CANADA | Edmonton Public Schools - Woodcroft | YES |
| 1068 | 12555 | CANADA | Northwoodcare Inc. - Northwood Tower | YES |
| 1069 | 12556 | CANADA | Edmonton Public Schools - DS MacKenzie | YES |
| 1070 | 12557 | CANADA | Edmonton Public Schools - Eastglen | YES |
| 1071 | 12558 | CANADA | Edmonton Public Schools - Ellerslie Jr. High | YES |
| 1072 | 12559 | CANADA | Edmonton Public Schools - Forest Heights | YES |
| 1073 | 12560 | CANADA | Edmonton Public Schools - Garneau | YES |
| 1074 | 12561 | CANADA | Edmonton Public Schools - Glenora | YES |
| 1075 | 12562 | CANADA | Edmonton Public Schools - HA Gray | YES |
| 1076 | 12563 | CANADA | Edmonton Public Schools - Hardisty | YES |
| 1077 | 12564 | CANADA | Edmonton Public Schools - Harry Ainlay | YES |
| 1078 | 12565 | CANADA | Calgary Board of Education - Mount Royal Junior High | YES |
| 1079 | 12566 | CANADA | Calgary Board of Education - A.E Cross | YES |
| 1080 | 12567 | CANADA | Calgary Board of Education - Acadia Elementary School | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 1081 | 12568 | CANADA | Calgary Board of Education - Alex Ferguson | YES |
| 1082 | 12570 | CANADA | Calgary Board of Education - Balmoral Junior High | YES |
| 1083 | 12571 | CANADA | Calgary Board of Education - Banff Trail | YES |
| 1084 | 12572 | CANADA | Calgary Board of Education - Bel Aire Elementary | YES |
| 1085 | 12573 | CANADA | Calgary Board of Education - Clinton Ford | YES |
| 1086 | 12574 | CANADA | Calgary Board of Education - Collingwood | YES |
| 1087 | 12575 | CANADA | Edmonton Public Schools - Highlands | YES |
| 1088 | 12576 | CANADA | Edmonton Public Schools - JA Fife | YES |
| 1089 | 12577 | CANADA | Edmonton Public Schools - Jasper Place | YES |
| 1090 | 12578 | CANADA | Edmonton Public Schools - L.Y. Cairns | YES |
| 1091 | 12579 | CANADA | Edmonton Public Schools - Lauderdale | YES |
| 1092 | 12580 | CANADA | Edmonton Public Schools - King Edward | YES |
| 1093 | 12581 | CANADA | Edmonton Public Schools - Londonderry | YES |
| 1094 | 12582 | CANADA | Edmonton Public Schools - McKernan | YES |
| 1095 | 12583 | CANADA | Edmonton Public Schools - McNally | YES |

# S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---|---|---|---|---|
| 1096 | 12584 | CANADA | City of Vancouver - Fraser Academy | YES |
| 1097 | 12585 | CANADA | Calgary Board of Education - Sunnyside Community | YES |
| 1098 | 12586 | CANADA | Calgary Board of Education - Nickle Junior High | YES |
| 1099 | 12587 | CANADA | Calgary Board of Education - North Haven | YES |
| 1100 | 12588 | CANADA | Calgary Board of Education - Ogden Elementary | YES |
| 1101 | 12589 | CANADA | Telus - Len Werry Building | YES |
| 1102 | 12590 | CANADA | Calgary Board of Education - Parkdale Elementary | YES |
| 1103 | 12591 | CANADA | Calgary Board of Education - Queen Elizabeth High | YES |
| 1104 | 12592 | CANADA | Calgary Board of Education - Rideau Park Elementary | YES |
| 1105 | 12593 | CANADA | Calgary Board of Education - Rosedale Junior High | YES |
| 1106 | 12594 | CANADA | Calgary Board of Education - Rosemount Elementary | YES |
| 1107 | 12616 | CA | Long Beach - University Theater | YES |
| 1108 | 13950 | CANADA | Hamilton School District - Delta | YES |
| 1109 | 14409 | CT | St. Francis Hospital | YES |
| 1110 | 14410 | PA | Jameson Memorial Hospital | YES |

## S&R PID CLAIMS

| Bldg. # | Claim # | State | Building / Claimant Name | PID (YES or NO) |
|---------|---------|-------|--------------------------|-----------------|
| 1111 | 14885 | CANADA | Calgary Board of Education - Altadore Elementary | YES |