# EXHIBIT 8

# CLAIMANTS WHO FILED PD CLAIMS THROUGH S&R UNDER ANDERSON IN OTHER BANKRUPTCIES

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (YES or NO) |
|---|---|---|---|---|---|
| 1 | 6595 | AK | Alaska Psychiatric Institute | X | NO |
| 2 | 6597 / 6756 | VA | Washington Gas & Light f.k.a. Springfield Operations Center | X | NO |
| 3 | 6598 | MD | Langley Professional Building | X | NO |
| 4 | 6599 / 11139 | OK | Tulsa Assembly Center / The Maxwell Convention Center | X | YES |
| 5 | 6600 | CT | Naugatuck Valley Mall | X | NO |
| 6 | 6601 | NJ | The Presbyterian Church of Jamesburg | X | NO |
| 7 | 6602 | IL | B'Nai Jehoshua Beth Elohim | X | NO |
| 8 | 6604 | NJ | AT&T Building/ Country Club Towers | X | NO |
| 9 | 6606 | NY | Episcopal Church Center | X | NO |
| 10 | 6608 | NY | Bender Hygienic Laboratory | X | NO |
| 11 | 6609 | VA | Wythe County Hospital | X | NO |
| 12 | 6610 | VA | Roanoke Memorial Hospital | X | NO |
| 13 | 6611 | MD | St. Paul's Lutheran Church-Fellowship Hall | X | NO |
| 14 | 6612 | MD | Caldor Building f.k.a. Stewart's Department Store | X | NO |
| 15 | 6616 | NY | Uris Building a.k.a. 60 Broad Street Building | X | NO |

# CLAIMANTS WHO FILED PD CLAIMS THROUGH S&R UNDER ANDERSON IN OTHER BANKRUPTCIES

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (YES or NO) |
|---|---|---|---|---|---|
| 16 | 6618 | NY | Schulman Investors Building a.k.a. 104 Corp. Park Drive Bldg. | X | NO |
| 17 | 6619 | MD | Lockheed Martin Global Telecommunications f.k.a. COMSAT Laboratories | X | NO |
| 18 | 6620 | CT | Hartford Hospital f.k.a. Newington Crippled Children's Hospital | X | YES |
| 19 | 6621 | IL | Contracting Material Equipment (3 Buildings) | X | NO |
| 20 | 6622 | IL | Contracting Material Equipment (3 Buildings) | X | NO |
| 21 | 6623 | IL | Contracting Material Equipment (3 Buildings) | X | NO |
| 22 | 6624 | NJ | Clara Maass Medical Center f.k.a. Clara Maass Hospital | X | NO |
| 23 | 6629 | NY | St. Charles Hospital & Rehabilitation Center | X | NO |
| 24 | 6638 | GA | The Equitable Building | X | NO |
| 25 | 10734 | NY | 880 Third Avenue (a.k.a 165 East 53rd Street) | X | NO |
| 26 | 10736 | CA | Bay View Savings & Loan | X | NO |
| 27 | 10737 | NJ | Thomas J. Lipton, Inc., Tea Plant | X | NO |
| 28 | 10738 | NY | Rockrose f.k.a. 127 John Street | X | YES |
| 29 | 10739 | NY | Lever Brothers Building | X | NO |
| 30 | 10740 | NY | Flatbush Federal Savings & Loan | X | NO |

# CLAIMANTS WHO FILED PD CLAIMS THROUGH S&R UNDER ANDERSON IN OTHER BANKRUPTCIES

| Bldg. # | Claim # | State | Building / Claimant Name | Anderson Putative Class | PID (YES or NO) |
|---|---|---|---|---|---|
| 31 | 10741 | VA | Lockheed Martin Corporation Bldg. 400 | X | NO |
| 32 | 10743 | AL | Liberty National Life Insurance Company | X | NO |
| 33 | 10942 | OH | Union Central Life Insurance Building | X | NO |
| 34 | 10952 | NY | The State-Whitehall Company f.k.a. Rudin Building | X | YES |
| 35 | 10960 | NY | The State-Whitehall Company f.k.a. Rudin Building | X | YES |
| 36 | 11010 | NY | The State-Whitehall Company f.k.a. Rudin Building | X | YES |