# EXHIBIT 9(a)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 011139 (JKF) Jointly Administered |
| Debtors, | DECLARATION OF ELVYRA F. SAN JUAN |
| _____/ | |

I, Elvyra F. San Juan, declare under penalty of perjury that the following is true and correct. I make this declaration of my own personal knowledge and, if called as a witness, I could testify competently thereto.

1. I am the Assistant Vice Chancellor for Capital Planning, Design, and Construction of the California State University. My duties include responsibility for oversight and administration of buildings and grounds and including asbestos related issues for the entire California State University System.

2. The Trustee of the California State University System (hereinafter "The Trustees") retained Thomas J. Brandi of the Brandi Law Firm, and Daniel Speights and C. Alan Runyan, of the Speights & Runyan Law firm as counsel to represent The Trustees in pursuing claims against parties responsible for damages resulting from the presence of asbestos in The

1

DECLARATION OF ELVYRA F. SAN JUAN

Trustees' buildings and properties, which include buildings in campuses owned and operated by The Trustees throughout the State of California. Specifically, The Trustees authorized Thomas J. Brandi of the Brandi Law Firm, and/or Daniel Speights and C. Alan Runyan, of the Speights & Runyan Law firm as counsel to file claims in the WR Grace bankruptcy on behalf of The Trustees of the California State University.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Long Beach, CA on August 26, 2005.

ELVYRA F. SAN JUAN, Declarant

2