# EXHIBIT 9(b)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01 1139 (JKF)<br>Jointly Administered |
| Debtors, | DECLARATION OF<br>ERIC K. BEHRENS |

I, Eric K. Behrens, declare under penalty of perjury that the following is true and correct. I make this declaration of my own personal knowledge and, if called as a witness, I could testify competently thereto.

1. I am an attorney licensed to practice law in California and I am a University Counsel for The Regents of the University of California ("The Regents").

2. I am also the Section Leader for Commercial Litigation in the Office of the General Counsel for The Regents. My duties include responsibility for oversight and coordination of all bankruptcy matters and administrative proceedings in bankruptcy which affect The Regents.

3. The Regents retained Thomas J. Brandi of the Brandi Law Firm, and Daniel Speights and C. Alan Runyan, of the Speights & Runyan Law firm as counsel to represent The Regents in pursuing claims against parties responsible for damages resulting from the presence of asbestos in The

1

DECLARATION OF ERIC K. BEHRENS

Regents' buildings and properties, which include buildings in campuses owned and operated by The Regents throughout the state of California. Specifically, The Regents authorized Thomas J. Brandi of the Brandi Law Firm, and/or Daniel Speights and C. Alan Runyan, of the Speights & Runyan Law firm as counsel to file claims in the WR Grace bankruptcy on behalf of The Regents.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, CA on August 25, 2005.

_____
ERIC K. BEHRENS, Declarant