# EXHIBIT 9(c)

# The Brandi Law Firm

44 Montgomery Street, Suite 1050
San Francisco, California 94104
Telephone : (415) 989-1800
Facsimile: (415) 989-1801
tjb@brandilaw.com

August 17, 2005

David M. Bernick
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Via Facsimile (312) 861-2200
and Federal Express

Scotta McFarland
Pachulski, Stang, Ziehl,
  Young, Jones & Weintraub
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Via Facsimile (310) 201-0760, (302) 652-4400
and Federal Express

Re:  Fed. R. Civ. P. 11 Issues Raised by Your Filing "Debtors Thirteenth Omnibus
     Objection to 2,938 Unauthorized Claims Filed by the Law Firm Speights & Runyan"

     WR Grace Bankruptcy – Delaware Bankruptcy Court #01-01139(JKF)
     Our File Reference: 21816

Dear Mr. Bernick and Ms. McFarland:

I attach page 821 of the Schedule F you filed on behalf of Grace. It clearly shows that Pacific Freeholds claims were in "open litigation" and that the attorney of record was listed as Daniel Speights care of Speights and Runyan. My firm was also counsel of record and actively litigating the matter when Grace filed bankruptcy.

Thus, the assertion in your motion and in your letter of August 10 that you cannot determine whether Mr. Speights was authorized to file this claim is demonstrably false.

I repeat my demand that you withdraw your request to dismiss the Pacific Freeholds claim.

Very truly yours,

THOMAS J. BRANDI

Thomas J. Brandi  ✦  Daniel Dell'Osso  ✦  John W. Hornbeck  ✦  Terence D. Edwards  ✦  Casey A. Kaufman