# EXHIBIT 9(d)

# The Brandi Law Firm

44 Montgomery Street, Suite 1050
San Francisco, California 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801
tjb@brandilaw.com

September 1, 2005

David M. Bernick                           Via Facsimile (312) 861-2200
Kirkland & Ellis                           and Federal Express
200 East Randolph Drive
Chicago, IL 60601

    Re: Fed. R. Civ. P. 11 Issues Raised by Your Filing "Debtors Thirteenth Omnibus
    Objection to 2,938 Unauthorized Claims Filed by the Law Firm Speights & Runyan"
    Court #01-01139(JKF); Our File Reference: 21816

Dear Mr. Bernick:

At the hearing on August 29, 2005, your firm represented to the court that you only sought verification of authority to file claims. As you know, this office and the undersigned are co-counsel with Speights & Runyan with respect to approximately 1,280 claims filed by The Regents of the University of California and The State Universities of California. Previously, you have been provided copies of the fee agreements for the Regents of the UC system and the Trustees of the State University system. Although the fee agreement refers to all claims and does not mention "bankruptcy", pursuing a bankruptcy claim is clearly within the scope of the attorney client fee agreement. I believe these fee agreements clearly authorize the filing of bankruptcy claims as much as your client fee agreement authorizes to you to file any papers in bankruptcy.

Previously, you have unjustifiably refused my request to agree that our fee agreement with our clients authorized Speights and Runyan and/or this firm to file the bankruptcy claims. Although we feel it is an unnecessary and unwarranted waste of California's taxpayer time and money, we enclose declarations we have obtained verifying that Speights and Runyan and /or this firm were authorized to file the WR Grace bankruptcy claims on behalf of The Regents of the University of California and the Trustees of the State University of California.

Again we request that you withdraw your objections and your attempts to dismiss the claims of Regents of the University of California and The State Universities of California. Please do not make any attempts to contact our clients.

                                          Very truly yours,

                                          THOMAS J. BRANDI

cc: Mr. Behrens
    Ms. San Juan

---

Thomas J. Brandi ✦ Daniel Dell'Osso ✦ John W. Hornbeck ✦ Terence D. Edwards ✦ Casey A. Kaufman