IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 9311 |
| | ) | |
| | ) | Hearing Date: October 24, 2005 @ 12:00 pm |

## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 7th day of October, 2005, I did cause to be served copies of **Response of Speights & Runyan to Debtors' Thirteenth Omnibus Objection** on the parties listed and in the manner indicated on the attached service list.

DATED: October 7, 2005

Christopher D. Loizides (No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

## SERVICE LIST

## VIA FIRST CLASS MAIL

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Steven Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King St. Suite 300
Wilmington, DE 19801

Robert Dehney, Esquire
Michael Busenkill, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Mark Collins, Esquire
Deborah Spivack, Esquire
Richards Layton & Figure, P:.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Michael Joseph, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19899-1351

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Frank J. Perch, Esquire
U. S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

David B. Siegel
W.R. Grace & Co.,
7500 Grace Drive
Columbia, MD 21044

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Scott Baena, Esquire
Bilzin Sumberg Baena Price &
Axelrod, LLP
First Union Financial Center
200 S. Biscayne BL., Suite 2500
Miami, FL 33131-2336

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Ave.
New York, NY 10022-3852

David Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Hamid R. Raftjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Blve.,Ste 1100
Los Angeles, CA 90067-4100

Peter Van N. Lockwood, Esquire
Julie W.Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, DE 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Roger Frankel, Esquire
Richard H. Wyron
Matthew W. Cheney
Swidler, Berlin, Shereff, Friedman, LLP
3000 K. Street, NW, Suite 300
Washington, DC 2007

John C. Phillips, Jr.
Phillips, Goldman & Spence,P.A.
1200 North Broom Street
Wilmington, DE 19806

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-0397

James Sprayregen, Esquire
James Kapp, III Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044