# EXHIBIT A

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 3700
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067-3211
TEL: 310-552-0130  FAX: 310-229-5800
www.rkmc.com

ATTORNEYS AT LAW

BERNICE CONN

September 20, 2005

**VIA FACSIMILE**

Katherine Phillips
Kirkland & Ellis LLP
200 East Randolph Drive, Suite 6500
Chicago, Illinois 60601

James O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
919 N. Market St., 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

  Re: *Los Angeles Unified School District – WR Grace Claim #s 9570 and 15247*

Dear Ms. Phillips and Mr. O'Neill:

  We represent the Los Angeles Unified School District in its bankruptcy claim against W.R. Grace. I recently received notice that W. R. Grace is seeking to dismiss the District's claim based on either laches, statute of limitation, or insufficient documentation. This appears to be premised on your belief that the District has an unresolved and pending asbestos property-damage claim against W.R. Grace. It does not.

  The District's claim against W.R.Grace was settled in 1993 pursuant to a court-approved settlement; the settlement contract was attached to the two proofs of claim we filed in 2003 (# 9570 and #15247). The settlement called for staged settlement payments, all of which were made except for the final payment due on May 10, 2001 in the amount of $1,900,000. The District's claim in bankruptcy is for the final contractual settlement payment which is owed.

  It is not clear to me what the legal basis is for seeking dismissal of this claim. Since this default occurred immediately prior to Grace filing bankruptcy, I do not understandhow either laches or the statute of limitations could be applicable; Grace was fully aware of and made all prior payments owed under the contract in 1993, 1995, 1997 and 1999. Furthermore, we attached the settlement contract signed by Grace to our Proofs of Claim.

LA1 60109694.1

Katherine Phillips
James O'Neill
September 20, 2005
Page 2

      I would appreciate one of you immediately contacting me to discuss this matter since I do not understand what legal basis exists for the filing of your motion seeking to dismiss the District's bankruptcy claims.

      Sincerely,

      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

      Bernice Conn

BC/tbc

LA1 60109694.1

Fifteenth Omnibus Objection (Substantive)
Asbestos Property Damage Claims
Applicable Objections – Claim # 15247

## EXHIBIT C-3 (D)
**Claims supplying documentation relating to product identification, but such documentation is insufficient to establish use of a Grace asbestos-containing product***

Status of Claim: Claim #15247 was not included on Exhibit C-3 (d) as originally filed and has not been added to Amended Exhibit C-3 (d)

---

## EXHIBIT D-2
**Claims barred by Statutes of Limitation (Constructive Notice)**

Status of Claim: Claim #15247 remains on Exhibit D-2

| Claimant | Claim Number | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT | 15247 | N/A | Statute of Limitation defense based on Constructive Notice. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## EXHIBIT D-4
**Claims barred by Statutes of Limitation (Actual Notice)**

Status of Claim: Claim #15247 was removed from Exhibit D-4

---

## EXHIBIT D-6
**Claims barred by laches**

Status of Claim: Claim #15247 has been added to Exhibit D-6

| Claimant | Claim Number | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT | 15247 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

## Fifteenth Omnibus Objection (Substantive)
## Asbestos Property Damage Claims
## Applicable Objections – Claim # 9570

### EXHIBIT C-3 (D)
**Claims supplying documentation relating to product identification, but such documentation is insufficient to establish use of a Grace asbestos-containing product***

Status of Claim: Claim #9570 remains on Exhibit C-3 (d)

| Claimant | Claim Number | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT | 9570 | N/A | Claimant supplied supporting documentation which is insufficient to establish the use of a Grace asbestos-containing product. |

* The majority of the claims listed on this Exhibit are not supported by documentation that is sufficient to even show use of a Grace product. Others include such documentation but nonetheless do not provide documentation sufficient to show use of a Grace asbestos-containing product. Debtors continue to review claims and supporting documentation to isolate other instances where claimants have failed to meet their burden in this respect, and may supplement this Exhibit accordingly.
**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

### EXHIBIT D-2
**Claims barred by Statutes of Limitation (Constructive Notice)**

Status of Claim: Claim #9570 remains on Exhibit D-2

| Claimant | Claim Number | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT | 9570 | N/A | Statute of Limitation defense based on Constructive Notice. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

### EXHIBIT D-4
**Claims barred by Statutes of Limitation (Actual Notice)**

Status of Claim: Claim #9570 was removed from Exhibit D-4

---

### EXHIBIT D-6
**Claims barred by laches**

Status of Claim: Claim #9570 has been added to Exhibit D-6

| Claimant | Claim Number | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT | 9570 | N/A | Claim for which the claimant's delay in bringing such claim has unreasonably prejudiced Grace and thus serves as a legal bar pursuant to applicable law. |

**Del.Bankr.LR 3007-1(e)(iii) requires that the Debtors include, on this exhibit, a column listing the amount of the claim. The claim amount column on this exhibit reflects a status of "N/A" due to the fact that the court-approved Asbestos Property Damage Proof of Claim Form did not require claimants to provide a claim amount.

```
** TX STATUS REPORT **                    AS OF  SEP 20 2005 12:28  PAGE.01


     DATE  TIME        TO/FROM         MODE   MIN/SEC   PGS   CMD#  STATUS
 16  09/20 12:26  312 861 2200 4       EC--S  00'50"    005   162   OK
 17  09/20 12:27  PSYZJW               EC--S  00'43"    005   162   OK
```

---

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

SUITE 3700
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067-3211
TEL: 310-552-0130 FAX: 310-229-5800
www.rkmc.com

ATTORNEYS AT LAW

**FROM:** Bernice Conn

The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed below and no one else. If you are not the intended recipient or the employee or agent responsible to deliver this message to the intended recipient, please do not use this transmission in any way, but contact the sender by telephone.

**DATE:** September 20, 2005

**TO:** 

| NAME: | FACSIMILE NO.: | TELEPHONE NO.: |
|---|---|---|
| Katherine Phillips<br>Kirkland & Ellis LLP | (312) 861-2200 | |
| James O'Neill<br>Pachulski Stang Ziehl Young<br>Jones & Weintraub PC | (302) 652-4400 | |

**FILE NO.:** 240084.0000

**NUMBER OF PAGES INCLUDING COVER SHEET:**

If transmission problems occur, or you are not the intended recipient, please call 310-552-0130 or contact Rosa Irajpanah at (310) 229-5890.

**MESSAGE:**

[redacted]

Original Not Mailed