# **EXHIBIT B**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Janet S. Baer
To Call Writer Directly:
312/861-2162
jbaer@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: (312) 861-2200

May 6, 2005

Re:   Settlement Agreement with W. R. Grace & Co.

Dear Counsel:

I represent W. R. Grace & Co. and its affiliates ("Grace") in their chapter 11 Bankruptcy cases, pending before the Honorable Judith K. Fitzgerald in the United States Bankruptcy Court for the District of Delaware and identified as case nos. 01-01139 (JKF), et al. I understand that you represented a party or parties to certain pre-Bankruptcy Settlement Agreements with Grace regarding the resolution of certain Asbestos Property Damage lawsuits and claims asserted by your client or clients against Grace.

In the Bankruptcy cases, Grace and the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") and other interested parties, are currently engaged in the process of seeking to estimate the value of the currently pending Asbestos Property Damage claims asserted against Grace. In that regard, the PD Committee has recently served Grace with a discovery request for, among other things, all historical Settlement Agreements and other information in its possession, custody or control or that of its counsel with respect to the resolution of Asbestos Property Damage cases and claims against Grace.

As you may recall, the Settlement Agreement(s) between your client(s) and Grace contain confidentiality provisions. In general terms, such provisions restrict the parties from providing a copy of the Settlement Agreement or a description of the terms of the Settlement Agreement to other persons or entities without the prior consent of the parties to the Agreement, unless the parties are required to produce the Settlement Agreement(s) or disclose their terms in the context of a judicial proceeding or order.

In that regard, please be advised that Grace intends to comply with the PD Committee's request for production and produce the Settlement Agreement(s) to the PD Committee, 30 days from the date of this letter unless within that 30 days you file an objection to such production and disclosure with the Bankruptcy Court. In the event you file such objection within the 30 days and provide me with notice that such objection has been filed, Grace will not produce the Settlement Agreement(s) or information related thereto until the Bankruptcy Court rules with respect to your objection.

London        Los Angeles        Munich        New York        San Francisco        Washington, D.C.

K&E 10305830.1

## KIRKLAND & ELLIS LLP

May 6, 2005
Page 2


      Thank you for your prompt attention to this matter. If you have any questions, please do not hesitate to call me.

                                      Sincerely,

                                      Janet S. Baer

JSB/dme

cc:    Scott Baena
        Richard Finke

K&E 10305830.1