## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, Esquire, hereby certify that on this 7th day of October, 2005, I caused a copy of the foregoing *Response Of Los Angeles Unified School District To Debtors' Fifteenth Omnibus Objection (Substantive) To Asbestos Property Damage Claims [D.I. #9315]* to be served upon the following in the manner indicated:

**VIA FIRST CLASS MAIL**
Katherine Phillips, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**VIA HAND DELIVERY**
David Carickhoff, Jr., Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street
Suite 1700
Wilmington, DE 19801

/s/ Katharine L. Mayer
Katharine L. Mayer, Esq. (DE # 3758)

ME1\5282249.1