## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*,

                                    Debtors.

Chapter 11

Case No. 01-01139 (JKF)
Jointly Administered

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Barbara J. Rost, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for Campbell Cherry Harrison Davis Dove, P.C. in the above-referenced cases, and on the 7th day of October 2005, she caused a copy of the following documents:

**RESPONSE OF CERTAIN LAW FIRMS TO DEBTORS' EMERGENCY MOTION FOR LEAVE TO TAKE DISCOVERY OF CLAIMANTS' ATTORNEYS**

to be served upon the parties on the attached list via hand delivery in the City of Wilmington and the remaining parties on the attached list via U.S. First Class mail, postage paid.

*Barbara J. Rost*
Barbara J. Rost

SWORN TO AND SUBSCRIBED before me this 7th day of October 2005.

*Linda M. Rogers*
Notary Public
My Commission Expires: _____

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

David W. Carickhoff, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 North Market Street, Suite 1600
Wilmington, DE 19801

David M. Bernick P.C.
Janet S. Baer
Jonathan Friedland
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

David M. Bernick, Esq.
Jonathan Friedland, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE  19899

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY  10022

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

Richard H. Wyron, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC  20007

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

David Klauder, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE  19801

Barbara Harding, Esq.
Brian T. Stansbury, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005