# EXHIBIT D

# Work-Related Lung Disease Surveillance Report 2002

Division of Respiratory Disease Studies
National Institute for Occupational Safety and Health

U.S. Department of Health and Human Services
Public Health Service
Centers for Disease Control and Prevention

May 2003

# Selected Highlights

*The following paragraphs highlight selected findings based on data from the United States presented in this and previous WoRLD Surveillance Reports.*

**Asbestosis and Related Exposures**

- Asbestosis deaths among U.S. residents age 15 and over have increased from fewer than 100 in 1968 to more than 1,250 annually in 1999, the most recent year for which data are available, with no apparent leveling off of this trend. (Figure 1-1)

- Over the 10-year period from 1990 to 1999, there were more than 10,000 asbestosis deaths and annual asbestosis death counts increased by one-third. (Table 1-1)

- During the 10-year period from 1990 to 1999, asbestosis deaths represented about one-third of all pneumoconiosis deaths. (Table 6-6)

- For 1998 and for 1999, asbestosis deaths outnumbered coal workers' pneumoconiosis (CWP) deaths, displacing CWP as the most frequent type of pneumoconiosis death. (Tables 1-1, 2-1, 6-1)

- Asbestosis was designated as the underlying cause of death in one-third of all asbestosis deaths from 1990 to 1999. (Table 1-1)

- Residents of California, Pennsylvania, New Jersey, Texas, Florida, Washington, and Virginia together accounted for nearly half of all asbestosis deaths in the 1990 to 1999 period. (Table 1-4)

- For the period from 1985 to 1999, four counties (one in Virginia, one in Texas, one in Mississippi, and one in New Jersey) had age-adjusted asbestosis mortality rates that exceeded the national rate by more than 20-fold. (Table 1-10)

- Based on a large subset of the national data for which decedents' usual occupation and industry information was available, the *construction* industry accounted for one-fourth of decedents with asbestosis from 1990 through 1999. Apart from *construction*, asbestosis deaths were reported in a wide range of industries, with no particular industry predominating. Similarly, no one occupation emerged as being particularly common, though the most frequently listed occupational group was *plumbers, pipefitters, and steamfitters*. (Tables 1-6, 1-7)

- From 1990 to 1999, decedents whose death certificate indicated that they worked in the *miscellaneous nonmetallic mineral and stone products* industry or the *ship and boat building and repairing* industry had proportionate asbestosis mortality more than 15 times higher than that of all industries combined. (Table 1-8)

- From 1990 to 1999, decedents whose death certificate indicated that they were *insulation workers* or *boilermakers* had proportionate asbestosis mortality 20 times higher than that in all occupations combined. (Table 1-9)

- Hospital discharges associated with asbestosis have been rising rapidly between 1995 and 2000. (Table 1-11)

- Data from the Occupational Safety and Health Administration (OSHA) and the Mine Safety and Health Administration (MSHA) indicate a trend towards lower exposure levels from 1979 to 1999, concomitant with mandated reductions in the OSHA permissible exposure limit (PEL). (Figure 1-5, Table 1-12)

- For the period 1990 to 1999, less than 5% of the MSHA and OSHA asbestos exposures exceeded the recommended exposure limit (REL). The *miscellaneous nonmetallic mineral and stone products* industry, which had the highest proportionate mortality ratio (PMR) for asbestosis, also had the highest geometric mean exposure and the highest percent of exposures