# EXHIBIT B



"Esserman"
<esserman@sbep-law.com>
09/18/2005 09:58 PM
Please respond to
esserman@sbep-law.com

To "Barbara Harding" <bharding@kirkland.com>, "Sander Esserman" <esserman@sbep-law.com>
cc "Janet Baer" <jbaer@kirkland.com>, "Salvatore Bianca" <sbianca@kirkland.com>, "David Mendelson" <dmendelson@kirkland.com>
bcc
Subject Re: Grace---questionnaire on estimation of personal injury liabilities

```
Ok--Just let me know what time so I will be available.
-----Original Message-----
From: Barbara Harding <bharding@kirkland.com>
Date: Sun, 18 Sep 2005 22:55:51
To:"Sander L. Esserman" <Esserman@sbep-law.com>
Cc:"Janet Baer" <jbaer@kirkland.com>,           "Salvatore Bianca"
<sbianca@kirkland.com>,       David Mendelson <dmendelson@kirkland.com>
Subject: RE: Grace---questionnaire on estimation of personal injury
liabilities

Sandy, I will call you tomorrow. Barbara


 Barbara Harding | Partner | KIRKLAND & ELLIS LLP |
 655 Fifteenth Street, NW, Suite 1200| Washington DC  20005-5793
  (202) 879-5081 DIRECT | (202) 879-5200 FAX | (301) 785-8369 CELL |
 bharding@kirkland.com


 Sander L. Esserman <Esserman@sbep-law.com>
 09/16/2005 07:59 PM
 To Janet Baer <jbaer@kirkland.com>, Barbara Harding <bharding@kirkland.com>
 cc Salvatore Bianca <sbianca@kirkland.com>
 Subject RE: Grace----questionnaire on estimation of personal injury liabilities




 Jan and Barbara--I have not heard your response to the email below.

  I have also not heard from you regarding the request of Reaud, Morgan &
 Quinn  (RMQ) to be dropped from the other Motion you filed on discovery
 and questionnaires to attorneys currently set for status conference on
 Sept. 26th.  As I explained in previous email RMQ does not file silica
 claims, does not file retread cases, was not critisi by Judge Jacks in
 any respect and had clients listed in your Motion that were covered by
 previous written settlement agreements with WR Grace that had their
 files reviewed and approved by WR Grace.  RMQ believes it has been
 improperly named in your pleading.  By previous email I had requested to
 contacted by last Wednesday, September 14, 2005, I have not had a
 response by either email or telephone call from anyone at your firm on
 this request.

             Sandy
```

Sander L. Esserman
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
(214) 969-4910
(214) 969-4999
Email: esserman@sbep-law.com


-----Original Message-----
From: Janet Baer [mailto:jbaer@kirkland.com]
Sent: Tuesday, September 13, 2005 2:07 PM
To: Sander L. Esserman
Cc: Barbara Harding; Salvatore Bianca; jay.hughes@grace.com
Subject: RE: Grace---questionnaire on estimation of personal injury liabilities


Sandy: I have your e-mail message as well as the
previous one and your voice mail message. Sorry, I was
out of town so am just getting the messages reviewed.
While I have a working knowledge of what is going on, I
am not the one in charge of this process. That is my
partner Barb Harding in Washington DC.  I have already forwarded on to
her your voice mail message and I will also forward to her you two
e-mail messages.  I will also talk with Barb about your claims as I, do
indeed, have background here that she does not have. Either I or Barb
will get back to you after we have had a chance to review you inquiry
and discuss the matter.  Jan


Janet S. Baer
Kirkland & Ellis LLP
312-861-2162
312-660-0362 (fax)
200 E. Randolph
Chicago, IL 60601


|  |  |  |
|---|---|---|
| Sander L. Esserman <Esserman@sbep-law.com> | To | <jbaer@kirkland.com> |
|  | cc |  |
| 09/13/2005 12:20 PM | Subject | RE: Grace---questionnaire on estimation of personal injury liabilities |

Jan--Reaud, Morgan & Quinn (the Firm) received around
26 boxes full of questionnaires evidently sent pursuant
to your discovery on asbestos matters and estimation.
It is our view that the questionnaires need not be
answered by the Firm for several reasons:

1. The questionnaire just applies to claims in
litigation in the tort system--the claims of the Firm's
clients were settled prepetition with a written
settlement agreement and many of not most of the claims
have been dismissed. The Firm's clients do no fit
within the scope of the discovery for the prepetition litigation claims
and are not covered therein.

2. The procedures and questionnaire are for estimation discovery--the
Firm's clients have settled their claims pursuant to the written
settlement agreement with the values set forth--therefore to the extent
you need numbers for estimation purposes the settlement agreement
provides the guide for the amounts. Even if the questionnaire is
applicable to the Firm's clients, which we think it is not, then you
have the information from the agreement and the back-up data all of
which was called for in the settlement agreement.

3. WR Grace has all of the claims data and submissions
of the Firm's clients at its facilities. Jay Hughes is familiar with
these submissions and the location of the files.

    Please promptly let me know if you agree with the
Firm's clients are not covered by the estimation
questionnaire. I would like to know your response to
this by tomorrow at noon. I look forward to hearing
from you on this.

        Sandy

PS--if you are not the person that can make this
decision for WR Grace--please forward this email to
those persons involved. I will also be available to
discuss this matter with you or the applicable person.


Sander L. Esserman
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
(214) 969-4910
(214) 969-4999
Email: esserman@sbep-law.com


<font size=2 face=monospace,courier>
***************************************************************
The information contained in this communication is

confidential, may be attorney&client privileged, may0
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*******************************************************
</font>


******************************************************* The information
contained in this communication is confidential, may be attorney-client
privileged, may constitute inside information, and is intended only for the
use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland
& Ellis International LLP. Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited and may be unlawful.
If you have received this  communication in error, please notify us
immediately by return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof, including all attachments.
*******************************************************

Sander L. Esserman
Stutzman, Bromberg, Esserman & Plifka,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4910
Facsimile: (214) 969-4999
Email:        esserman@sbep-law.com

This e-mail message, including any attachments, is intended only for the
confidential use of the recipient(s) named above and, if intended as an
attorney-client communication and/or work product, should be considered
privileged and confidential. If you have received this message in error,
please notify us by reply e-mail and then delete the original message. Nothing
contained in this email message nor any attachment shall satisfy the
requirements for a writing nor constitute a contract or electronic signature
under the Electronic Signatures in Global and National Commerce Act, Uniform
Electronic Transactions Act nor any other law, rule or regulation, now or
hereafter in effect, governing electronic transactions.