**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

**PRUDENTIAL INSURANCE COMPANY OF AMERICA'S**
**INITIAL DISCLOSURE OF FACT AND EXPERT WITNESSES**
**ANTICIPATED FOR PHASE II ESTIMATION PROCEEDINGS**

In accordance with the Case Management Order for the Estimation of Asbestos Property Damage Liabilities dated August 29, 2005 (the "PD CMO"), the Prudential Insurance Company of America, PIC Realty Corporation and 745 Property Investments (collectively "Prudential") hereby submit this initial disclosure of potential fact and expert witnesses they anticipate they may call in connection with the PD Estimation of Phase II Issues (as such terms are defined in the PD CMO).

**FACT WITNESSES**

| NAME | ADDRESS (IF KNOWN) | SUBJECTS OF TESTIMONY |
|---|---|---|
| Richard E. Danley | One Ravinia Drive, Suite 400<br>Atlanta, GA  30346 | Prudential's claim against the Debtors for asbestos property damage at 1100 Milam. |
| Donald R. Knab | 14 Kings Hill Court<br>Summit, NJ  07901 | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |

15083

| | | |
|---|---|---|
| Jack Lightbody | NWCC<br>12121 Perry Highway<br>Wexford, PA 15090 | Prudential's claim against the Debtors for asbestos property damage at Short Hills. |
| Bruce Long | 2 Floral Court<br>Westfield, NJ 07090 | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Frank MacDougal | 62 Midway<br>Summit, NJ 07901 | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Arnold Rebholz | 12103 Windsor Drive<br>Carmel, Indiana 46032 | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Joseph Schwartzbauer | Institute for Environmental Assessment<br>433 Jackson Street<br>Anoka, MN 53033 | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Claude J. Zinngrabe, Jr. | The Fremont Group<br>50 Fremont Street, Suite 3500<br>San Francisco, CA 94105 | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| J. Michael Welborn | One Ravinia Drive<br>Atlanta, GA 30346 | Prudential's claim against the Debtors for asbestos property damage at Century City Buildings. |
| John T. Andrews | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Robert A. Beck | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |

15083

| | | |
|---|---|---|
| Carl Bradshaw | Address unknown | Prudential's claim against the Debtors for asbestos property damage at 11 Milam. |
| James Buescher | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Brookhollow. |
| Frank J. Bull | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Century Center. |
| Noyce A. Burt | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Century Center Buildings and First Florida Tower. |
| William D'Angelo | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Short Hills. |
| Collette English-Dixon | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Curtis B. Dorman | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Brookhollow and 1100 Milam. |
| Paul Evans | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Allen Green | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Allen E. Hill | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |

15083

| | | |
|---|---|---|
| Howard Horii | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Short Hills. |
| John Jordan | Address unknown | Prudential's claim against the Debtors for asbestos property damage at First Florida Tower. |
| Edward Kerley | Address unknown | Prudential's claim against the Debtors for asbestos property damage at 11 Milam. |
| David J. Kurtz | Address unknown | Prudential's claim against the Debtors for asbestos property damage at 11 Milam. |
| Frank Maxson | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Thomas Michnewicz | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Short Hills. |
| Brian Murphy | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Gerard Murphy | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Ronald Pentz | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Southdale. |
| George Pineda | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |

15083

| | | |
|---|---|---|
| Edward H. Pollard | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |
| Gary Richter | Address Unknown | Prudential's claim against the Debtors for asbestos property damage at Brookhollow and 1100 Milam. |
| Peter Ruggiero | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Southdale and Northwest Financial Center. |
| Marc Sacco | Address unknown | Prudential's claim against the Debtors for asbestos property damage at 1100 Milam and Brookhollow. |
| Stanley Smith | Address unknown | Prudential's claim against the Debtors for asbestos property damage at 1100 Milam and Brookhollow. |
| Dr. Kamil Sor | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Short Hills. |
| Dale H. Taysom | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Century Center Buildings. |
| James Toney | Address unknown | Prudential's claim against the Debtors for asbestos property damage at 1100 Milam. |
| Linda Warner | Address unknown | Prudential's claim against the Debtors for asbestos property damage at Northwest Financial Center. |

15083

| Robert Wieselthier | Address unknown | General knowledge regarding Prudential's claim against the Debtors for asbestos property damage. |

## EXPERT WITNESSES

| NAME | ADDRESS (if known) | SUBJECTS OF TESTIMONY |
|---|---|---|
| Henry A. Anderson, M.D. | 200 Lakewood Blvd.<br>Madison, WI 53704 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |
| William E. Ewing | Compass Environmental, Inc.<br>2231 Robinson Road, Suite B<br>Marietta, GA 30068 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |
| Jack Halliwell | Halliwell Engineering Associates Incorporated<br>865 Waterman Avenue<br>East Providence, RI 02914-1340 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |
| Richard L. Hatfield | Law Engineering and Environmental Services<br>396 Plasters Avenue, N.E.<br>Atlanta, GA 30324 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |

15083

| | | |
|---|---|---|
| William E. Longo, Ph.D. | Materials Analytical Services<br>3597 Parkway Lane, Suite 250<br>Norcross, GA  30092 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |
| L. Christine Oliver, M.D. | Public Health Resource Group, Inc.<br>98 North Washington Street, Suite 207<br>Boston, MA  02114 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |
| Lennard Wharton, Ph.D., P.E. | Evidentia Engineering, Inc.<br>10 Park Place<br>Short Hills, NJ  07078-2826 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |
| J. Richard Jones | Jackson-Cross Company<br>1800 JFK Blvd.<br>Philadelphia, PA  19103-1443 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |
| Stephen Montgomery | Cushman and Wakefield<br>1300 Post Oak Blvd., Suite 1600<br>Houston, TX  77056 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |

15083

| | | |
|---|---|---|
| Natalia Richman | St. Peter's Medical Center<br>New Brunswick, NJ  08903 | Witness will testify with respect to the Phase II Issues as defined in the PD CMO. As the nature and scope of Phase II Issues is clarified during the PD Estimation process, Prudential may, at the request of the other parties provide, further information regarding the subject(s) on which this expert will opine and the nature of the witness' expertise. |

1.  Prudential makes no representations regarding the address or availability of any of the above-named witnesses.  Prudential reserves the right to substitute witnesses, and/or designate deposition testimony, affidavits, and/or certifications of witnesses in the event any of the foregoing witnesses becomes unavailable.

2.  Prudential reserves the right to call witnesses and designate deposition testimony, affidavits, and/or certifications of witnesses in rebuttal to any witnesses called, or documents introduced into evidence, by the Debtors.

3.  Prudential reserves the right to call witnesses or designate deposition testimony, affidavits, and/or certifications of witnesses in rebuttal to any affirmative defense or contention raised by the Debtors.

4.  Prudential reserves the right to call witnesses or designate testimony from any deposition transcript designated by the Debtors.

5.  Prudential reserves the right to call witnesses or designate deposition testimony, affidavits, and/or certifications of witnesses to introduce any document which is challenged by the Debtors, including challenges based on authenticity.

6.  Prudential reserves the right to call witnesses listed on any other party's witness list.

7.  Prudential reserves the right to amend or supplement this list, to substitute witnesses and to designate deposition testimony, affidavits and/or certifications of other

15083

witnesses as the Phase II Issues are clarified, supplemented or amended prior to or during the course of the PD estimation proceedings.

8. Prudential reserves the right to object and/or alter, amend, or supplement this list at any time in which the issues to be addressed during Phase II of the Estimation Proceedings are modified and/or clarified by the Debtors.

9. Prudential reserves the right to object to the extent that the Debtors seek to use the PD Estimation proceedings for the individual adjudication of property damage claims.

Dated:  October 3, 2005

**JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (No. 3995)
913 North Market Street, 12th Floor
Wilmington, DE  19801
Telephone:  (302) 351-8000
Facsimile:   (302) 351-8010

-and-

**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP**
Robert J. Gilson (N.J. Fed. Bar No. RG-6618)
Joseph L. Schwartz (N.J. Fed. Bar No. JS-5525)
Headquarters Plaza
1 Speedwell Avenue, West Tower
P.O. Box 1981
Morristown, NJ  07960
Telephone:  (973) 538-0800
Facsimile:   (973) 538-1984

Attorneys for Claimants, The Prudential Insurance Company of America , PIC Realty Corporation and 745 Property Investments