**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 3rd day of October, 2005, I served one copy of *Prudential Insurance Company of America's Initial Disclosure of Fact and Expert Witnesses Anticipated for Phase II Estimation Proceedings* upon the parties listed below by First Class Mail, postage prepaid:

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 Market Street, 16th Floor
Wilmington, DE 19801

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Jan Baer, Esquire
Michelle Browdy
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

          **JASPAN SCHLESINGER HOFFMAN LLP**

    By: /s/ Frederick B. Rosner
       Frederick B. Rosner (No. 3995)
       913 Market Street, 12th Floor
       Wilmington, DE 19801
       Telephone: (302) 351-8000
       Facsimile: (302) 351-8010