# EXHIBIT A

**Asbestos PI Pre-Petition Litigation Proof of Claim**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ASBESTOS PI PRE-PETITION LITIGATION PROOF OF CLAIM FORM |
|---|---|---|
| Name of Debtor: In re W.R. Grace & Co., et al. | 01-01139 (JKF) | |

NOTE: Use this form **only** if you have an Asbestos PI Pre-Petition Litigation Claim (capitalized terms are defined in the Notice of Asbestos PI Pre-Petition Litigation Bar Date). This form should not be used to file a claim for a non-asbestos claim, an asbestos property damage claim, a Zonolite Attic Insulation claim, an asbestos medical monitoring claim, or any other claim.

| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): | ☐ Check if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check if you have never received any notices from the bankruptcy court in this case.<br>☐ Check if the address differs from the address on the envelope sent to you by the court.<br>☐ Check here if this claim amends or replaces a previously filed claim, dated _____ | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and address where notices should be sent: | | |

If primary party is deceased, indicate date, place and cause of death:

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:

### PART I (Election to Use W.R. Grace Asbestos Personal Injury Questionnaire as Proof of Claim)

☐ Check here if you wish to have the W.R. Grace Asbestos Personal Injury Questionnaire required by the Court's Order on August 29, 2005 serve as your Asbestos PI Pre-Petition Litigation Proof of Claim. If you check this box, you do not need to complete Part II of this Asbestos PI Pre-Petition Litigation Proof of Claim Form.

### PART II (To Be Completed by Claimants Not Electing to Use W.R. Grace Asbestos Personal Injury Questionnaire as Proof of Claim)

Please complete Part II if you did not elect to have the W.R. Grace Asbestos Personal Injury Questionnaire serve as your Asbestos PI Pre-Petition Litigation Proof of Claim Form in Part I. Although completion of Part II satisfies the requirements of this proof of claim, it does not relieve you of the obligation to return a completed W.R. Grace Asbestos Personal Injury Questionnaire by January, 12, 2006.

1. Provide the following information with respect to the pre-petition lawsuit for which your Asbestos PI Pre-petition Litigation Claim relates:

   a. Title of Case: _____
   b. Court Where Complaint was Filed _____
   c. Court Where Case was Pending on April 2, 2001: _____
   d. Case Number: _____
   e. Date Complaint was Filed: _____
   f. Name of Your Legal Counsel: _____
   g. Address of Your Legal Counsel: _____

2. If you have a court judgment or settlement, date obtained and amount of court judgment or settlement:
   Date of settlement or judgment: _____
   Amount of settlement or judgment: _____

3. Date or period that the alleged injury was incurred: _____

### PART III (To Be Completed by All Claimants)

1. Total amount of claim on the Petition Date: $_____

2. Total amount of claim being asserted: $_____

   ☐ Check here if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

3. **Credits:** The amount of all payments on this claim must be credited and deducted for the purpose of making this proof of claim.

| Acknowledgement: Upon receipt and processing of the Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim itself, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |