# **EXHIBIT B**

**Notice of Asbestos PI Pre-Petition Litigation Bar Date**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*,[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF ASBESTOS PI PRE-PETITION LITIGATION BAR DATE

PLEASE TAKE NOTICE THAT on _____, 2005 the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware (the "Court"), having jurisdiction over the chapter 11 cases of W. R. Grace & Co. and certain of its affiliates (collectively, the "Debtors" or "Grace"), entered an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims in the above-referenced bankruptcy cases.

The Court has established **January 12, 2006** at 5:00 P.M. Eastern Time (the "Asbestos PI Pre-Petition Litigation Bar Date") as the last date and time for all persons and entities including without limitation, each individual, partnership, joint venture, corporation, estate, trust and governmental unit who have Asbestos PI Pre-Petition Litigation Claims (as defined herein) against any of the Debtors or their predecessors-in-interest, to file a W. R. Grace & Co. Asbestos PI Pre-Petition Proof of Claim ("Asbestos PI Pre-Petition Litigation Proof of Claim").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

I.  **WHO MUST FILE AN ASBESTOS PI PRE-PETITION LITIGATION PROOF OF CLAIM:**

You MUST file an Asbestos PI Pre-Petition Litigation Proof of Claim if you have an asbestos personal injury claim that is based upon a pre-petition lawsuit against the Debtors that has not been fully resolved (an "Asbestos PI Pre-Petition Litigation Claim").

You MUST file your Asbestos PI Proof of Claim, on or before the Asbestos PI Pre-Petition Litigation Bar Date of **January 12, 2006 at 5:00 P.M. Eastern Time.**

**IN THE EVENT THAT PRIOR TO THE ASBESTOS PI PRE-PETITION LITIGATION BAR DATE, YOU FILED A PROOF OF CLAIM FOR AN ASBESTOS PI PRE-PETITION LITIGATION CLAIM USING OFFICIAL FORM 10 OR ANY OTHER PROOF OF CLAIM FORM, YOU MUST REFILE YOUR CLAIM ON THE SPECIALIZED, COURT-APPROVED ASBESTOS PI PROOF OF CLAIM ON, OR BEFORE, THE ASBESTOS PI PRE-PETITION LITIGATION BAR DATE OR YOUR CLAIM SHALL BE BARRED AND DISALLOWED.**

In the event that prior to the Asbestos PI Pre-Petition Litigation Bar Date you filed a proof of claim for any claim **other than** your Asbestos PI Pre-Petition Litigation Claim, you do **not** need to refile your claim on the court-approved Asbestos PI Pre-Petition Litigation Proof of Claim form.

Under Section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

II.  **WHO DOES NOT NEED TO FILE A PROOF OF CLAIM**

The Asbestos PI Pre-Petition Litigation Bar Date, and the need to file an Asbestos PI Pre-Petition Litigation Proof of Claim, applies only to holders of Asbestos PI Pre-petition Litigation Claims. You do not need to file a proof of claim if you have any of the following types of asbestos claims:

A.  An asbestos property damage claim, Zonolite Attic Insulation claim, asbestos medical monitoring claim, or workers' compensation claim;

B.  An Asbestos PI Claim that does not satisfy the definition of an Asbestos PI Pre-Petition Litigation Claim.

C.  A claim that has been allowed or disallowed by an order of the Court entered on or before the Asbestos PI Pre-Petition Litigation Bar Date.

1

YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS, OR IF YOUR LAWSUIT AGAINST THE DEBTORS WAS FULLY RESOLVED, AND ANY JUDGMENT OR SETTLEMENT SATISFIED BY THE DEBTORS.

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE AN ASBESTOS PI PRE-PETITION LITIGATION CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE YOU HAVE SUCH A CLAIM.**

### III.   WHEN AND WHERE TO FILE

To file a claim, do the following:

- File your claim by completing an Asbestos PI Pre-Petition Litigation Proof of Claim, a copy of which is attached hereto.

- For additional copies of the Asbestos PI Pre-Petition Litigation Proof of Claim:

  - Contact Rust Consulting, Inc., the Claims Processing Agent, toll-free at 1-800-432-1909, 9:00 a.m. - 4:00 P.M., Eastern Time, Monday through Friday. Claimants will not be charged for this call.

  - Visit the Grace Chapter 11 website at www.graceclaims.com to request an Asbestos PI Pre-Petition Litigation Proof of Claim and/or General Instructions for completing the Asbestos PI Pre-Petition Litigation Proof of Claim.

- Asbestos PI Pre-Petition Litigation Proofs of Claim will be deemed filed only when they have been actually received by the Claims Processing Agent. Asbestos PI Pre-Petition Litigation Proofs of Claim that are submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed. If you are returning your Asbestos PI Pre-Petition Litigation Proof of Claim by mail, allow sufficient mailing time so that the document is received on or before the Asbestos PI Pre-Petition Litigation Bar Date. Asbestos PI Pre-Petition Proofs of Claim that are postmarked before that date, but are received thereafter, will be considered late.

- Asbestos PI Pre-Petition Litigation Proofs of Claim must be mailed or hand delivered so as to be received on or before the Asbestos PI Pre-Petition Litigation Bar Date at the following address:

If mailed, to:

    Rust Consulting, Inc.
    Claims Processing Agent
    Re: W. R. Grace & Co. Bankruptcy
    P.O. Box 1620
    Faribault, MN  55021-1620

If hand delivered, to:

>Rust Consulting, Inc.
>Claims Processing Agent
>Re: W. R. Grace & Co. Bankruptcy
>201 S. Lyndale Ave.
>Faribault, MN 55021

(between the hours of 9:00 a.m. and 4:00 P.M., Eastern Time, on business days).

- Asbestos PI Pre-Petition Litigation Proofs of Claim <u>must</u> be signed by the claimant or the party submitting the document on behalf of the claimant.

- Do not file or send copies of the Asbestos PI Pre-Petition Litigation Proof of Claim to the Debtors, counsel for the Debtors, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel.

- Upon receipt of your claim, the Claims Processing Agent will send an acknowledgment card with the appropriate claim number noted thereon.

## IV. WHAT TO FILE

To file an Asbestos PI Pre-Petition Litigation Claim, you must use the court-ordered Asbestos PI Pre-Petition Litigation Proof of Claim, which is supplied with this notice.

Your Asbestos PI Pre-Petition Litigation Proof of Claim must (i) be written in English and (ii) be denominated in lawful currency of the United States.

## V. CLAIMS AGAINST MULTIPLE DEBTORS/OTHER NAMES

If you assert claims against more than one Debtor, you do not need to file a separate Asbestos PI Pre-Petition Litigation Proof of Claim against each applicable Debtor. The Debtors' Chapter 11 Plan currently contemplates a consolidation of the Debtors for Plan purposes whereby claims will be paid by the consolidated Debtors' estates. If consolidation for Plan purposes is not ultimately allowed by the Court, you will have the opportunity to assert your claim against the applicable Debtor or Debtors.

## VI. EFFECT OF NOT PROPERLY FILING AN ASBESTOS PI PRE-PETITION LITIGATION PROOF OF CLAIM

ANY HOLDER OF AN ASBESTOS PI PRE-PETITION LITIGATION CLAIM IS REQUIRED TO FILE A PROOF OF CLAIM ON THE COURT-APPROVED PROOF OF CLAIM FORM. ANY SUCH HOLDER WHO FAILS TO FILE THEIR PROOF OF CLAIM ON OR BEFORE THE ASBESTOS PI PRE-PETITION LITIGATION BAR DATE, **SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED** FROM ASSERTING ANY SUCH CLAIMS (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIMS) AGAINST ANY OF THE DEBTORS OR THEIR PREDECESSORS-IN-INTEREST, INSURANCE CARRIERS OR THEIR PROPERTY OR ESTATES. IF ANY SUCH CLAIMS

ARE SO BARRED, EACH OF THE DEBTORS AND ITS PROPERTY SHALL BE FOREVER DISCHARGED FROM ALL INDEBTEDNESS AND LIABILITIES WITH RESPECT TO SUCH CLAIMS AND THE HOLDERS OF SUCH CLAIMS SHALL NOT BE ENTITLED TO RECEIVE ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIMS, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIMS OR REGARDING THESE CHAPTER 11 CASES.

## VII. QUESTIONS REGARDING COMPLETION OF PROOF OF CLAIM FORM

If you have any questions concerning whether or not you need to file an Asbestos PI Pre-Petition Litigation Proof of Claim, then you should consult your attorney. If you have questions concerning how to complete an Asbestos PI Pre-Petition Litigation Proof of Claim or for additional information regarding this notice or to obtain an Asbestos PI Pre-Petition Litigation Proof of Claim, contact the Claims Processing Agent toll-free at 1-800-432-1909 between 9:00 a.m. and 4:00 P.M. (Eastern Time), Monday through Friday, or write to the Claims Processing Agent at the address outlined herein. You may also request an Asbestos PI Pre-Petition Litigation Proof of Claim via Grace's Chapter 11 website, at www.graceclaims.com.

BY ORDER OF THE COURT

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

4