THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER ESTABLISHING A PROOF OF CLAIM BAR DATE
FOR ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMS**

Upon consideration of the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims (the "Motion"), and the Court having considered the Motion and the responses thereto; and adequate and sufficient notice of the Motion having been given; and it appearing that the relief requested is in the best interests of the Debtors and their estates, it is hereby,

ORDERED that the relief requested in the Motion is granted in its entirety; and it is further

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

ORDERED that the Asbestos PI Pre-Petition Litigation Proof of Claim[2] form attached to the Motion as <u>Exhibit A</u> is approved; and it is further

ORDERED that **January 12, 2006** is established as the Asbestos PI Pre-Petition Litigation Bar Date; and it is further

ORDERED that any person or entity who fails to complete and file an Asbestos PI Pre-Petition Litigation Proof of Claim by **January 12, 2006** shall be forever barred, estopped and enjoined from asserting any Asbestos PI Pre-Petition Litigation Claim against any of the Debtors or the Section 524(g) trust, or receiving distributions under any plan or plans or reorganization in these Chapter 11 cases in respect of an Asbestos Pre-Petition Litigation Claim; and it is further

ORDERED that the Asbestos PI Pre-Petition Litigation Bar Date Notice attached to the Motion as <u>Exhibit B</u> is approved; and it is further

ORDERED that the Debtors shall serve or cause to be served the Asbestos PI Pre-Petition Litigation Bar Date Notice and Asbestos PI Pre-Petition Litigation Proof of Claim form on counsel of record for all Asbestos PI Pre-Petition Litigation Claimants (and the claimants themselves where such information is available) via direct U.S. mail within ten (10) calendar days after entry of this Order and such notice shall be sufficient.

---

                                      Honorable Judith K. Fitzgerald
                                      United States Bankruptcy Court Judge

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.