IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

RESPONSE TO OBJECTIOS OF CLAIM # 7092

Dated October 6, 2005

Claim was filed on time. Mailed on 3/25/03
With priority mail Receipt # 0103 8555 7490 0215 6601

I received a Confirmation of Receipt of Claim Form dated 3-27-2003 and was assigned a claim No 7092

A Sample of the ceiling was enclosed with the Claim form.

A Report from Patriot Environmental Laboratories was also enclosed.


Kenneth D Smith
1711 Milton Manor Dr
El Cajon, CA 92021
(619) 444-2182

Claims Agent
Re: WR Grace
P.O. Box 1620
Faribault MN 55021-1620

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc

CN 00007892 3-27-2003
KENNETH D. SMITH
1711 MILTON MANOR DR
EL CAJON CA  92021

**In Re W.R. Grace & Co. et al., Case No. 01-01139 (JFK)**

**Confirmation of Receipt of Claim Form**

We have received your completed Proof of Claim Form. Your claim has been assigned the claim number (CN) that appears on the front of this card, above your name, along with the Claim Form receipt date.

If you have any questions about your claim, you may call the Claims Agent toll-free from the United States, Canada and Puerto Rico at 1-800-432-1909.

If your address changes at any time during the claims period, you must notify the Claims Agent in writing at: Claims Agent, Re: W.R. Grace, P.O. Box 1620, Faribault, MN 55021-1620. Please include your full name, claim number and signature on all correspondence.

Sincerely,

Claims Agent

If you are calling from another country, you may make a collect call to the United States at 1-507-333-4565.