## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 1, 2005 at 4:00 p.m.**
**Hearing date: To be scheduled only if objections**
**are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served its Nineteenth Interim Application for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from August 1, 2005 through August 31, 2005 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $100,986.40, representing 80% of $126,233.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $1,532.46.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 1, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

Dated: October 12, 2005
       Wilmington, DE

**RESPECTFULLY SUBMITTED,**

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:       lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------x

In re:

W.R. GRACE & Co., et al.,

Debtors

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | August 1, 2005 through August 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $126,233.00): | $100,986.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $   1,532.46 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 25.0 hours and corresponding compensation requested is approximately $5,555.00.

This is the Nineteenth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

2

NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |

4

NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 8/1/2005 through 8/31/2005

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 19.10 | $10,123.00 |
| S. Cunningham | Member | $505 | 43.80 | $22,119.00 |
| C. Troyer | Consultant | $425 | 27.60 | $11,730.00 |
| R. Frezza | Consultant | $425 | 20.80 | $8,840.00 |
| L. Hamilton | Consultant | $350 | 193.90 | $67,865.00 |
| J. Schwendeman | Consultant | $335 | 3.00 | $1,005.00 |
| M. Desalvio | Research | $150 | 14.90 | $2,235.00 |
| M. Hakoun | Research | $150 | 8.30 | $1,245.00 |
| N. Backer | Paraprofessional | $85 | 12.60 | $1,071.00 |
| **For the Period 8/1/2005 through 8/31/2005** | | | **344.00** | **$126,233.00** |

Capstone Advisory Group, LLC
Invoice for the Nineteenth Interim Fee

Page 1 of 1

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Codes
## For the period 8/1/05 through 8/31/05

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01  Acquisitions | During the Fee Application period, the Applicant analyzed the Gamma acquisition and prepared a report to the Committee thereon | 8.30 | $3,395.50 |
| 04  Creditor Committee Matters | During the Fee Application Period, the Applicant prepared for and participated in calls and meetings with the Committee and counsel. Topics included the Gamma acquisition, state tax settlement, Intercat settlement, as well as other case issues | 4.00 | $1,520.00 |
| 07  Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared June, July and quarterly fee applications. In addition, the Applicant prepared a response to the fee auditor's report. | 25.00 | $5,555.00 |
| 08  Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed quarterly financial data for Q2 including analyses of variances between Q2 2005 financial results and Plan, comparative peer data, working capital and gross margin trends, and prepared a report to the Committee thereon. | 143.40 | $53,628.50 |
| 11  Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed information and/or motions pertaining to lease assumption, a proposed sale of a plant, the Intercat settlement, Marsh McLennan settlement, M&A fees, as well as various other issues | 127.40 | $46,625.00 |
| 15  Plan & Disclosure Statement | During the Fee Application period, the Applicant read and analyzed portions of the POR and Disclosure Statement. | 8.60 | $3,855.00 |
| 19  Tax Issues | During the Fee Application period, the Applicant read and analyzed information pertaining to state tax settlement issues and prepared a report to the Committee thereon. | 17.40 | $7,733.50 |

Capstone Advisory Group, LLC
Invoice for the Nineteenth Fee Application

Page 1 of 2

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 8/1/05 through 8/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 26. Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors and their advisors regarding Q2 results, the proposed sale of a Specialty Polymers business unit in Owensboro, Marsh McLennan settlement, lease assumption, state tax settlement and the Intercat settlement | 9.90 | $3,920.50 |
| Total For the Period 8/1/2005 through 8/31/2005 | | 344.00 | $126,233.00 |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 8/1/2005 through 8/31/2005

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions | | | |
| 8/1/2005 | L. Hamilton | 1.90 | Read and analyzed additional sales data for Gamma acquisition provided by Debtors. |
| 8/1/2005 | E. Ordway | 0.40 | Finalized Gamma acquisition report for distribution to the Committee |
| 8/1/2005 | L. Hamilton | 2.20 | Read sales agreement and updated Gamma report to the Committee, accordingly |
| 8/19/2005 | L. Hamilton | 1.10 | Read correspondence regarding latest proposed acquisition and discussed same with case team member. |
| 8/23/2005 | S. Cunningham | 2.70 | Read and analyzed information regarding Gamma acquisition |
| Subtotal | | 8.30 | |
| 04. Creditor Committee Matters | | | |
| 8/1/2005 | L. Hamilton | 0.60 | Discussed recent motions with counsel. |
| 8/1/2005 | L. Hamilton | 0.30 | Discussed Gamma acquisition and status of motions with Committee chair. |
| 8/3/2005 | L. Hamilton | 0.60 | Held discussions with counsel regarding the status of various motions. |
| 8/4/2005 | L. Hamilton | 0.40 | Discussed status of recent motions with counsel. |
| 8/8/2005 | C. Troyer | 0.40 | Discussed comments on a memo to the Committee with counsel. |
| 8/8/2005 | L. Hamilton | 0.60 | Discussed/corresponded with counsel on issues concerning Owensboro, the state tax settlement and Intercat settlement motions. |
| 8/9/2005 | E. Ordway | 0.20 | Called chair to discuss tax issues |
| 8/11/2005 | L. Hamilton | 0.60 | Participated in discussions/correspondence with counsel regarding Intercat settlement. |
| 8/22/2005 | E. Ordway | 0.30 | Call with Committee member to discuss tax report. |
| Subtotal | | 4.00 | |
| 07. Fee Applications & Invoices | | | |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

Page 1 of 9

9

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/2/2005 | E. Ordway | 0.40 | Directed staff in preparing response to the fee examiner's report |
| 8/2/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application |
| 8/2/2005 | L. Hamilton | 1.50 | Read initial fee auditor report and prepared list of items required for response |
| 8/9/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application |
| 8/9/2005 | L. Hamilton | 0.30 | Prepared June fee application |
| 8/9/2005 | N. Backer | 2.00 | Prepared Sixth Quarterly Fee application |
| 8/10/2005 | L. Hamilton | 0.80 | Prepared June fee application |
| 8/11/2005 | N. Backer | 1.50 | Prepared June fee application |
| 8/12/2005 | L. Hamilton | 3.20 | Prepared fee audit response |
| 8/15/2005 | L. Hamilton | 2.50 | Read transcript from USG case and prepared response to fee auditor |
| 8/16/2005 | E. Ordway | 0.40 | Prepared/edited response to fee examiner's report |
| 8/17/2005 | N. Backer | 0.50 | Prepared June fee application |
| 8/17/2005 | L. Hamilton | 0.20 | Finalized and distributed response to fee auditor |
| 8/17/2005 | N. Backer | 0.50 | Prepared June fee application |
| 8/19/2005 | N. Backer | 1.10 | Prepared July fee application |
| 8/19/2005 | L. Hamilton | 0.90 | Prepared July fee application |
| 8/21/2005 | N. Backer | 0.60 | Prepared July fee application |
| 8/23/2005 | L. Hamilton | 0.50 | Finalized quarterly fee application |
| 8/25/2005 | L. Hamilton | 0.50 | Prepared July fee application |
| 8/25/2005 | N. Backer | 1.40 | Prepared July fee application |
| 8/26/2005 | L. Hamilton | 1.20 | Prepared July fee application |
| 8/26/2005 | N. Backer | 1.00 | Prepared July fee application |
| Subtotal | | 25.00 | |

08 Financial Analysis - Schedules & Statements

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

Page 2 of 9

10

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/3/2005 | C. Troyer | 2.60 | Reviewed and analyzed information provided by the Debtors regarding 2nd quarter performance. |
| 8/3/2005 | E. Ordway | 0.60 | Read and analyzed information provided by the Debtors regarding the 2nd Q financial performance |
| 8/4/2005 | E. Ordway | 0.40 | Summarized items in quarterly report for further investigation regarding working capital |
| 8/4/2005 | S. Cunningham | 3.30 | Prepared comparison of Q2 results versus Plan. |
| 8/4/2005 | E. Ordway | 1.40 | Compared 2nd Q results to budget and noted variances for further investigation |
| 8/4/2005 | S. Cunningham | 1.20 | Analyzed Q2 results versus Plan. |
| 8/5/2005 | S. Cunningham | 3.30 | Continued to prepare comparison of Q2 results versus Plan |
| 8/9/2005 | L. Hamilton | 2.20 | Prepared for call with Debtors regarding Q2 results |
| 8/9/2005 | S. Cunningham | 3.00 | Read/edited peer group comparative data and directed staff in followup. |
| 8/12/2005 | L. Hamilton | 2.70 | Read and analyzed Q2 information provided by the Debtors. |
| 8/15/2005 | L. Hamilton | 5.50 | Read and analyzed Q2 information provided by the Debtors |
| 8/16/2005 | L. Hamilton | 3.90 | Prepared comparative sales and EBITDA graphs |
| 8/16/2005 | L. Hamilton | 2.40 | Prepared comparative summary of P&L data for inclusion in Q2 report to the Committee. |
| 8/16/2005 | L. Hamilton | 2.70 | Prepared summary Q2 sales bridge for inclusion in Q2 report to the Committee |
| 8/17/2005 | E. Ordway | 0.60 | Prepared analyses for inclusion in the 2nd Q report to the Committee regarding working capital |
| 8/17/2005 | L. Hamilton | 7.80 | Prepared detailed analyses including sales and EBITDA bridges for Q2 report |
| 8/18/2005 | L. Hamilton | 3.50 | Drafted sections of the Q2 report to the Committee |
| 8/18/2005 | L. Hamilton | 4.50 | Prepared schedules for Q2 report. |
| 8/19/2005 | E. Ordway | 0.70 | Continued to prepare working capital analyses for 2nd Q report. |
| 8/19/2005 | L. Hamilton | 2.90 | Read and analyzed industry reports regarding Q2 performance |
| 8/22/2005 | L. Hamilton | 3.20 | Analyzed peer group results for Q2. |
| 8/22/2005 | L. Hamilton | 3.40 | Prepared gross margin rate analyses |

Capstone Advisory Group, LLC
Invoice for the Nineteenth Interim Fee

Page 3 of 9

11

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/22/2005 | L. Hamilton | 2.80 | Read and analyzed materials pertaining to the impact of energy prices on Q2 results |
| 8/22/2005 | M. Hakoun | 2.20 | Updated peer group analysis model including adjusting for asset dispositions and one time items |
| 8/23/2005 | L. Hamilton | 0.60 | Responded to information request from creditor |
| 8/23/2005 | L. Hamilton | 7.80 | Prepared sales and EBIT bridge analyses for Q2 report |
| 8/23/2005 | M. Hakoun | 1.40 | Updated peer group analysis model including adjusting for asset dispositions and one time items |
| 8/24/2005 | L. Hamilton | 4.80 | Prepared draft Q2 report to the Committee. |
| 8/25/2005 | L. Hamilton | 4.90 | Prepared working capital and other analyses for Q2 report. |
| 8/25/2005 | L. Hamilton | 1.70 | Prepared pension expense and other analyses for Q2 report. |
| 8/25/2005 | E. Ordway | 0.40 | Directed staff in updating our peer group analyses |
| 8/25/2005 | E. Ordway | 1.30 | Prepared several formats for analyzing industry competitors for use by staff. |
| 8/26/2005 | L. Hamilton | 4.80 | Revised/edited peer group summary data. |
| 8/26/2005 | M. Hakoun | 2.80 | Updated peer group analysis model including adjusting for asset dispositions and one time items |
| 8/28/2005 | L. Hamilton | 2.80 | Prepared divisional sales bridge analysis |
| 8/28/2005 | L. Hamilton | 2.80 | Drafted executive summary section of Q2 report. |
| 8/28/2005 | L. Hamilton | 4.90 | Prepared peer group analysis for Q2 report. |
| 8/29/2005 | L. Hamilton | 4.20 | Updated schedules to be included in Q2 report. |
| 8/29/2005 | L. Hamilton | 5.80 | Prepared draft Q2 report to the Committee |
| 8/30/2005 | R. Frezza | 1.60 | Read/reviewed 2005 Plan and prior reports in preparation for Q2 analyses |
| 8/30/2005 | S. Cunningham | 5.00 | Read and analyzed information pertaining to Q2 report to the Committee. |
| 8/30/2005 | R. Frezza | 1.50 | Read/edited Q2 2005 report and related support information. |
| 8/30/2005 | L. Hamilton | 5.90 | Continued to prepare draft of Q2 report to the Committee. |
| 8/30/2005 | R. Frezza | 0.80 | Discussed Q2 05 monitoring report and supporting data with team members. |
| 8/30/2005 | R. Frezza | 2.00 | Read and analyzed Debtors' Q2 2005 summary financial statements |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

**Page 4 of 9**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/31/2005 | R. Frezza | 8.80 | Read/edited Q2 2005 report and related support information. |
| Subtotal | | 143.40 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/1/2005 | C. Troyer | 2.30 | Drafted a memo to the Committee regarding the proposed sale of the GSP facility. |
| 8/1/2005 | E. Ordway | 0.20 | Directed staff in preparation of report to the Committee regarding sale of GSP facility. |
| 8/1/2005 | L. Hamilton | 2.00 | Read and analyzed additional information pertaining to Intercat settlement provided by Debtors |
| 8/1/2005 | E. Ordway | 0.70 | Read and analyzed data regarding sale of GSP facility |
| 8/2/2005 | L. Hamilton | 1.20 | Updated work plan |
| 8/2/2005 | L. Hamilton | 2.40 | Read and analyzed royalty rate information pertaining to the Intercat settlement. |
| 8/2/2005 | C. Troyer | 0.40 | Reviewed case open items list. |
| 8/2/2005 | C. Troyer | 0.80 | Reviewed and analyzed counsel's damages assessment pertaining to the Intercat matter. |
| 8/2/2005 | C. Troyer | 1.40 | Edited the memo to the Committee pertaining to the proposed sale of the GSP business to reflect counsel's comments. |
| 8/2/2005 | L. Hamilton | 1.60 | Prepared additional follow-up questions pertaining to Intercat settlement. |
| 8/2/2005 | S. Cunningham | 6.50 | Read and analyzed various motions scheduled for Aug. 29th hearing including Gamma acquisition, Intercat settlement and state tax settlement. |
| 8/2/2005 | E. Ordway | 2.10 | Prepared outline of model for projecting operating performance. |
| 8/2/2005 | E. Ordway | 1.20 | Prepared summary of claims data from other major asbestos-related cases |
| 8/3/2005 | L. Hamilton | 1.50 | Prepared analysis regarding lease assumption |
| 8/3/2005 | L. Hamilton | 2.50 | Prepared for call with Debtors and advisors regarding Intercat settlement. |
| 8/3/2005 | E. Ordway | 1.10 | Read and analyzed information regarding the proposed sale of the Debtors' polymers business; identified issues/items for staff to investigate |
| 8/4/2005 | L. Hamilton | 0.50 | Updated work plan. |
| 8/4/2005 | L. Hamilton | 1.80 | Prepared report to counsel regarding lease assignment. |

Capstone Advisory Group, LLC
Invoice for the Nineteenth Interim Fee

Page 5 of 9

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/4/2005 | C. Troyer | 0.70 | Edited the memo to counsel regarding the pending Philadelphia lease assignment motion. |
| 8/4/2005 | L. Hamilton | 1.00 | Read and analyzed information obtained from Debtors' counsel regarding Intercat settlement. |
| 8/4/2005 | L. Hamilton | 1.40 | Prepared for call with Debtors and advisors regarding Marsh & McLennan settlement. |
| 8/4/2005 | L. Hamilton | 1.20 | Prepared comments for inclusion in counsel's memo to the Committee |
| 8/4/2005 | C. Troyer | 1.90 | Edited memo regarding several pending motions and discussed comments with counsel |
| 8/5/2005 | E. Ordway | 0.40 | Read and analyzed counsel's report regarding pending matters, including Marsh McClennan settlement, Pitney Hardin, lease assumption and Intercat matter. |
| 8/5/2005 | L. Hamilton | 1.00 | Prepared/responded to communications with counsel and Debtor's advisors. |
| 8/5/2005 | C. Troyer | 0.50 | Read the protective order pertaining to the Intercat matter and coordinated signing of release. |
| 8/5/2005 | L. Hamilton | 1.30 | Updated work plan |
| 8/5/2005 | L. Hamilton | 2.40 | Read and analyzed additional information covered by adherence agreement regarding Intercat settlement |
| 8/5/2005 | C. Troyer | 0.60 | Read and analyzed the competing bid received for the GSP business and prepared follow-up questions. |
| 8/5/2005 | L. Hamilton | 2.60 | Read and analyzed additional information from Stroock regarding Owensboro bid from Elcat. |
| 8/7/2005 | L. Hamilton | 4.00 | Read and analyzed additional information pertaining to the Intercat settlement provided by the Debtors. |
| 8/8/2005 | L. Hamilton | 5.20 | Read and analyzed information pertaining to Intercat's position in the Intercat settlement. |
| 8/8/2005 | L. Hamilton | 4.10 | Read and analyzed information pertaining to the Debtors' position in the Intercat settlement. |
| 8/8/2005 | S. Cunningham | 3.70 | Read and analyzed Intercat settlement motion |
| 8/9/2005 | L. Hamilton | 2.70 | Prepared report to counsel regarding Intercat settlement |
| 8/9/2005 | E. Ordway | 2.40 | Prepared/edited report to the Committee regarding polymers business sale |
| 8/9/2005 | L. Hamilton | 4.10 | Prepared various analyses pertaining to Intercat settlement. |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

Page 6 of 9

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/9/2005 | C. Troyer | 1.20 | Drafted an updated memo to the Committee regarding the competing bid for the GSP business. |
| 8/9/2005 | C. Troyer | 0.50 | Edited the GSP sale update memo to reflect counsel's comments. |
| 8/10/2005 | C. Troyer | 1.00 | Read and edited the memo to the Committee regarding the Intercat matter. |
| 8/10/2005 | L. Hamilton | 3.30 | Prepared report to the Committee regarding Intercat settlement. |
| 8/10/2005 | L. Hamilton | 0.50 | Updated work plan. |
| 8/10/2005 | L. Hamilton | 3.40 | Updated Intercat settlement analyses |
| 8/11/2005 | L. Hamilton | 1.20 | Updated work plan |
| 8/11/2005 | L. Hamilton | 7.20 | Prepared additional analyses pertaining to Intercat settlement. |
| 8/12/2005 | L. Hamilton | 1.90 | Read and analyzed final report to the Committee regarding the Intercat settlement. |
| 8/12/2005 | E. Ordway | 0.80 | Read and analyzed counsel's analysis of the proposed settlement of the Intercat matter |
| 8/12/2005 | L. Hamilton | 0.20 | Prepared summary of open agenda items for 8/29 hearing. |
| 8/22/2005 | M. Desalvio | 4.50 | Prepared summary information regarding fees for M&A deals in the chemical industry. |
| 8/22/2005 | S. Cunningham | 1.40 | Prepared followup questions for staff regarding investment banking fee structure in connection with potential acquisition |
| 8/23/2005 | M. Desalvio | 7.40 | Continued to prepare summary of fees for chemical industry M&A's |
| 8/24/2005 | M. Desalvio | 3.00 | Continued to prepare summary of fees for chemical industry M&A's |
| 8/24/2005 | M. Hakoun | 0.70 | Updated virtual database of court docket entries. |
| 8/24/2005 | J. Schwendeman | 3.00 | Researched comparable industry M&A fees. |
| 8/24/2005 | L. Hamilton | 5.20 | Analyzed M&A fees pertaining to proposed acquisition. |
| 8/24/2005 | S. Cunningham | 3.30 | Prepared/edited updates to analyses of various motions scheduled for Aug. 29th hearing. |
| 8/25/2005 | L. Hamilton | 0.90 | Finalized M&A fee analysis |
| 8/26/2005 | S. Cunningham | 3.00 | Reviewed issues and prepared comparative analysis of fee structure for investment bankers |
| 8/29/2005 | M. Hakoun | 1.20 | Obtained additional information regarding insurance settlement order |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/31/2005 | E. Ordway | 1.20 | Prepared updated analysis of sales growth over last 5 years from acquisitions |
| Subtotal | | 127.40 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/11/2005 | S. Cunningham | 2.50 | Summarized/updated POR issues and directed staff in next steps. |
| 8/29/2005 | R. Frezza | 3.80 | Read POR and Disclosure Statement and other related documents |
| 8/30/2005 | R. Frezza | 2.30 | Continued reading POR and Disclosure Statement and other related documents |
| Subtotal | | 8.60 | |

**19. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/4/2005 | S. Cunningham | 1.00 | Reviewed analysis of state tax settlement motion. |
| 8/5/2005 | E. Ordway | 1.90 | Prepared report to the Committee regarding various tax matters. |
| 8/5/2005 | L. Hamilton | 2.20 | Prepared for call with Debtors regarding state tax settlement |
| 8/5/2005 | C. Troyer | 6.10 | Participated in a call with the Debtors pertaining to the motion to settle certain state tax claims and began drafting a memo to the Committee. |
| 8/8/2005 | C. Troyer | 3.40 | Drafted a memo to the Committee regarding the Debtors' motion to settle certain state tax claims |
| 8/12/2005 | S. Cunningham | 2.80 | Prepared followup questions for staff regarding state tax settlement |
| Subtotal | | 17.40 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 8/3/2005 | L. Hamilton | 1.30 | Prepared for and participated in call with Debtors and advisors regarding lease assumption. |
| 8/3/2005 | L. Hamilton | 1.50 | Participated in calls with Debtors and advisors regarding Intercat settlement. |
| 8/4/2005 | L. Hamilton | 0.50 | Participated in call with Debtors and advisors regarding Marsh settlement. |
| 8/5/2005 | L. Hamilton | 0.50 | Participated in call with Debtors and counsel regarding state tax settlement. |
| 8/8/2005 | C. Troyer | 2.70 | Participated in a discussion with the Debtors regarding the competing bid for the GSP business and began drafting an update memo to the Committee. |
| 8/9/2005 | L. Hamilton | 0.70 | Participated in call with Debtors regarding Q2 results. |

**Capstone Advisory Group, LLC**
**Invoice for the Nineteenth Interim Fee**

Page 8 of 9

16

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 8/9/2005 | C. Troyer | 1.10 | Participated in a discussion with the Debtors regarding 2nd quarter performance |
| 8/10/2005 | L. Hamilton | 0 50 | Discussed Intercat settlement with Debtors' counsel and advisors. |
| 8/22/2005 | S Cunningham | 1 10 | Discussed potential acquisition with Company advisor. |
| Subtotal | | 9 90 | |
| **Total Hours** | | **344.00** | |

Capstone Advisory Group, LLC
Invoice for the Nineteenth Interim Fee

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 8/1/2005 through 8/31/2005

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 8/31/2005 | Capstone Expenses | August Copies: 1,370@ .15 Ea | $205.50 |
| Subtotal - Copies | | | $205.50 |
| **Faxes** | | | |
| 8/31/2005 | Capstone Expenses | August Faxes: 39 @ $1.00 Ea | $39.00 |
| Subtotal - Faxes | | | $39.00 |
| **Research** | | | |
| 8/5/2005 | Capstone Expenses | Pacer Invoice for August | $19.73 |
| 8/24/2005 | J. Schwendeman | Report on Investment Banking fees | $350.00 |
| 8/31/2005 | Capstone Expenses | Bloomberg – August charges | $121.00 |
| Subtotal - Research | | | $490.73 |
| **Scans** | | | |
| 8/31/2005 | Capstone Expenses | August Scans: 436 @ $1.00 Ea. | $436.00 |
| Subtotal - Scans | | | $436.00 |
| **Telecom Charges** | | | |
| 8/29/2005 | S. Cunningham | August telephone charges | $29.00 |
| 8/31/2005 | Capstone Expenses | August Telephone - Saddle Brook | $332.23 |
| Subtotal - Telecom Charges | | | $361.23 |
| **For the Period 8/1/2005 through 8/31/2005** | | | $1,532.46 |

Capstone Advisory Group, LLC
Invoice for the Nineteenth Interim Fee

Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, David Mohamed, certify that I am not less than 18 years of age, and that service of a copy of the attached **Nineteenth Interim Application of Capstone Advisory Group, LLC, Financial advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2005 Through August 31, 2005** was made October 11, 2005, upon:

All of the parties on the attached Service Lists as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: October 12, 2005

David Mohamed, Legal Aide
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
Email:        dmohamed@stroock.com

SSL-DOCS1 1618141v1

**W. R. GRACE & CO.,** *et al.*

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**e-mails in PDF format**

To:

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com

**e-mails in Microsoft Word /Excel/ Word Perfect format**

To:

feeaudit@whsmithlaw.com
slbossay@ehsmithlaw.com

**W. R. GRACE & CO.,** *et al.*

**NOTICE PARTIES LIST**
**FOR SERVICE OF MONTHLY FEE APPLICATIONS**

**HARD COPIES**
**Via Overnight Mail**

David B. Siegal
Senior Vice President and
General Counsel
W.R.Grace & Co.
7500 Grace Drive,
Columbia, MD 21044

Steve Bossay, Esq.
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Office of the United States Trustee
Dave Klauder, Esq.
844 King Street, Suite 2311
Wilmington DE 19801

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Attn: Virginia Akin