IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 1, 2005 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: To Be Determined, Only If Objections Are Timely Filed**

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD INTERIM PERIOD, FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005, FOR THE QUARTER OF JULY 2005 – SEPTEMBER 2005**

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **August 1, 2005 – August 31, 2005**

Amount of Compensation sought as actual, reasonable, and necessary: **$9,440.00 for the period**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:           **$54.18 for the period**

This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(2.90)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately **$ (304.50).**

Prior fee applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| | | | | | |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002 - September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
|---|---|---|---|---|---|
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | Pending | Pending |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | Pending | Pending |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| George B. Cauthen | Partner | 27 years | Bankruptcy | $305.00 | 2.00 | $610.00 |
| Newman J. Smith | Partner | 27 years | Environmental | $290.00 | 2.10 | $609.00 |
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $260.00 | 6.70 | $1,742.00 |
| Cory E. Manning* | Of Counsel | 8 years | Business Litigation | $250.00 | 18.40 | $4,600.00 |
| Betsy J. Burn | Associate | 5 Years | Bankruptcy | $220.00 | 6.30 | $1,386.00 |

Grand Total for Fees:  $8,947.00
Blended Rate:          $252.03

\* Cory Manning is a new timekeeper appearing on this bill.

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 4 years | Environmental | $125.00 | .20 | $25.00 |
|---|---|---|---|---|---|---|
| Anne R. Price | Paralegal | 2 years | Bankruptcy | $105.00 | 3.60 | $378.00 |
| Karla Lucas | Project Assistant | 1 year | Environmental | $75.00 | 1.20 | $90.00 |

Grand Total for Fees: $493.00
Blended Rate:          $98.60

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 0239/06000 | General | 15.00 | $3,741.50 |
| 02399/06032 | Charleston | 2.30 | $606.00 |
| 02399/06091 | Fee Applications | 4.10 | $430.00 |
| 02399/06093 | Quality Maintenance, Inc. | 19.10 | $4,662.50 |
| TOTAL | | 40.50 | $9,440.00 |

**Expense Summary**

| Description | Amount |
|:---:|:---:|
| Telephone | $2.80 |
| Fed Ex | $33.38 |
| Courier Charge | $18.00 |
|  |  |
| **TOTAL** | **$54.18** |

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                      September 19, 2005
ATTN: Lydia Duff, Esq.                                 Invoice 701546 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06000              For Services Through 08/31/05
WR Grace #            063-KL-721490-01-501251
Name of Matter:       General

| | | | | |
|---|---|---|---|---|
| 08/02/05 | Respond to questions regarding amending scope of employment for new type of work at client's request and follow up with Attorneys Barr, Manning and Hawkins on same (0.3); review files regarding last amendment to employment application and issues raised by US Trustee regarding same (0.2). | | | |
| | B.J. BURN | 0.50 hrs. | 220.00/hr | $110.00 |
| 08/03/05 | Confer with Attorney Cauthen on special retention and ordinary course professional issues related to potential new matter and follow up with Attorneys Hawkins and Manning on same so they can follow up with client. | | | |
| | B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 08/03/05 | Draft second amended application to expand employment, update affidavit, proposed order and notice of application and follow up on information needed to complete same. | | | |
| | B.J. BURN | 2.50 hrs. | 220.00/hr | $550.00 |
| 08/04/05 | Review and revise application to be employed as special counsel (0.7); memo to co-counsel on application submission and nunc pro tunc aspect (0.3). | | | |
| | G.B. CAUTHEN | 1.00 hrs. | 305.00/hr | $305.00 |
| 08/04/05 | Finalize package for amended application to employ and telephone calls to Kirkland & Ellis to determine attorney handling professional applications and discuss same. | | | |
| | B.J. BURN | 0.70 hrs. | 220.00/hr | $154.00 |
| 08/07/05 | Additions to letter to Ms. Duff concerning RCRA issue. | | | |
| | R.T. CARLISLE | 1.20 hrs. | 260.00/hr | $312.00 |
| 08/08/05 | Confer with Ms. Duff regarding RCRA issue (0.3); transmit to Ms. Duff relevant case (0.1); additional review of sources related to issue and draft letter to Ms. Duff regarding same (0.7). | | | |
| | R.T. CARLISLE | 1.10 hrs. | 260.00/hr | $286.00 |
| 08/08/05 | Call from Debtor's counsel to discuss Second Amended Application to Employ and issues related to same. | | | |
| | B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 08/08/05 | Confer on Debtor counsel's comments as to updated conflict search list and amended affidavit and make revisions to affidavit, Second Amended Application, and proposed Order. | | | |
| | B.J. BURN | 0.50 hrs. | 220.00/hr | $110.00 |
| 08/09/05 | Review and revise Affidavit of Disinterest and memo to Attorney Burn on same. | | | |

W. R. Grace & Co.

| | | | | |
|---|---|---|---|---|
| | G.B. CAUTHEN | 0.40 hrs. | 305.00/hr | $122.00 |
| 08/09/05 | Review information from Ms. Duff relevant to RCRA issue. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 08/09/05 | Make revisions to amended application to employ, affidavit, and proposed order (0.7); review conflicts list provided by debtor to verify affidavit correct and follow up with counsel on same (0.3). | | | |
| | B.J. BURN | 1.00 hrs. | 220.00/hr | $220.00 |
| 08/10/05 | Follow up on execution and filing of Affidavit of Disinterest. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 305.00/hr | $91.50 |
| 08/10/05 | Final revisions to amended application to employ and related documents and forward same with comments to debtor's counsel. | | | |
| | B.J. BURN | 0.40 hrs. | 220.00/hr | $88.00 |
| 08/11/05 | Review debtor's lead attorney memo on affidavit of disinterest and follow up on filing of same. | | | |
| | G.B. CAUTHEN | 0.30 hrs. | 305.00/hr | $91.50 |
| 08/15/05 | Review draft opinion letter from Attorney Carlisle on RCRA issue. | | | |
| | N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |
| 08/15/05 | Complete draft letter on RCRA issue (3.0); confer with Attorney Smith regarding same (0.3); transmit letter to Ms. Duff (0.1). | | | |
| | R.T. CARLISLE | 3.40 hrs. | 260.00/hr | $884.00 |
| 08/16/05 | Detailed voice mail message to Ms. Duff regarding letter on source material issue. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 08/24/05 | Provide information for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |

**Fees for Legal Services** .................................................................................................. **$3,741.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.60 | 290.00 | 174.00 |
| G.B. CAUTHEN | 2.00 | 305.00 | 610.00 |
| R.T. CARLISLE | 6.10 | 260.00 | 1,586.00 |
| B.J. BURN | 6.20 | 220.00 | 1,364.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 15.00 | $249.43 | $3,741.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/02/2005 | Telephone 1-410-531-4075 | 0.85 |
| 08/02/2005 | Telephone 1-803-649-4133 | 0.30 |
| 08/03/2005 | Telephone 1-410-531-4000 | 0.15 |
| 08/04/2005 | Telephone 1-312-861-2000 | 0.10 |
| 08/16/2005 | Telephone 1-410-531-4210 | 0.10 |

W. R. Grace & Co.

September 19, 2005
Invoice 701546  Page 3

| | | |
|---|---|---|
| 08/17/2005 | Telephone 1-410-531-4210 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................      **$1.55**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.55 |
| TOTAL | $1.55 |

**Net current billing for this invoice** .................................................................................      **$3,743.05**

**GRAND TOTAL**...............................................................................................................      **$3,743.05**

W. R. Grace & Co.

September 19, 2005
Invoice 701546  Page 4

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 08/31/05

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $3,741.50 |
| Charges for Other Services Provided/Expenses Incurred | $1.55 |

**Net current billing for this invoice** ............................................................... **$3,743.05**

**GRAND TOTAL**............................................................................................................ **$3,743.05**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#:** 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                          September 19, 2005
ATTN: Lydia Duff, Esq.                                     Invoice 701547  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

| Our Matter # | 02399/06032 | For Services Through 08/31/05 |
|---|---|---|
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 08/02/05 | Telephone conference with Mr. Bucens regarding comments and permitting, security services during remedial activities, and NPDES pre-treatment. | | | |
| | N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 08/03/05 | Revise draft comments to letter to NCSD regarding draft pretreatment permit (0.3); transmit electronic mail memorandum and comments to letter to Messrs. Bucens and Friend (0.1). | | | |
| | R.T. CARLISLE | 0.40 hrs. | 260.00/hr | $104.00 |
| 08/07/05 | Review inquiry from Mr. Bucens regarding authorization to execute documents. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 08/09/05 | Message from Ms. Sanger regarding mitigation plan comments of OCRM and forward same with comments to RMT and Mr. Bucens (0.1); message back to Ms. Sanger (0.1). | | | |
| | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 08/12/05 | Electronic mail memorandum regarding execution of documents relating to clean-up. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 08/24/05 | Message from Mr. Bailey regarding wetlands permit, review chart (0.1); telephone conference with Mr. Bailey regarding strategy to get federal comments resolved (0.3); telephone conference with Ms. Socha regarding Corps determination on strategy (0.3). | | | |
| | N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |
| 08/24/05 | Provide information for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.20 hrs. | 75.00/hr | $15.00 |
| 08/31/05 | Follow up on local off-duty police for security and provide information to Mr. Bucens (0.1); follow up with Ms. Socha regarding status of F&WS comments (0.1). | | | |
| | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |

**Fees for Legal Services** ......................................................................................................... **$606.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 1.50 | 290.00 | 435.00 |
| R.T. CARLISLE | 0.60 | 260.00 | 156.00 |
| K. LUCAS | 0.20 | 75.00 | 15.00 |

W. R. Grace & Co.

September 19, 2005
Invoice 701547 Page 2

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| TOTAL | 2.30 | $263.48 | $606.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 07/27/2005 | Courier charge | 18.00 |
|---|---|---|
| 08/02/2005 | Telephone 1-617-498-2667 | 0.95 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$18.95**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Courier - In | 18.00 |
| Telephone | 0.95 |
| TOTAL | $18.95 |

**Net current billing for this invoice** .................................................................................. **$624.95**

**GRAND TOTAL**................................................................................................................. **$624.95**

W. R. Grace & Co.

September 19, 2005
Invoice 701547  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 08/31/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | | |
|---|---|---|
| Fees for Professional Services | $606.00 | |
| Charges for Other Services Provided/Expenses Incurred | $18.95 | |
| **Net current billing for this invoice** ............................................................... | | **$624.95** |
| **GRAND TOTAL**..................................................................................................... | | **$624.95** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 19, 2005
Invoice 701548  Page  1

Our Matter #          02399/06091          For Services Through 08/31/05
Name of Matter:       Fee Applications

| | | | | |
|---|---|---|---|---|
| 08/01/05 | Follow up on filing of June 2005 Fee Application and objection deadline to same. | | | |
| | B.J. BURN | 0.10 hrs. | 220.00/hr | $22.00 |
| 08/01/05 | Revise and finalize 17th Quarterly Fee Application for attorney signature. | | | |
| | A.R. PRICE | 0.80 hrs. | 105.00/hr | $84.00 |
| 08/23/05 | Analyze July 2005 bills and draft fee application for attorney review. | | | |
| | A.R. PRICE | 2.80 hrs. | 105.00/hr | $294.00 |
| 08/24/05 | Provide information for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.40 hrs. | 75.00/hr | $30.00 |

**Fees for Legal Services** ...................................................................................................... **$430.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.10 | 220.00 | 22.00 |
| A.R. PRICE | 3.60 | 105.00 | 378.00 |
| K. LUCAS | 0.40 | 75.00 | 30.00 |
| TOTAL | 4.10 | 104.88 | 430.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/29/2005 | Federal Express charge | 11.27 |
| 08/04/2005 | Federal Express charge | 11.48 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$22.75**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 22.75 |
| TOTAL | $22.75 |

W. R. Grace & Co.

September 19, 2005
Invoice 701548 Page 2

**Net current billing for this invoice** ..................................................................................... $452.75

**GRAND TOTAL**................................................................................................................... **$452.75**

W. R. Grace & Co.

September 19, 2005
Invoice 701548  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 08/31/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $430.00 |
| Charges for Other Services Provided/Expenses Incurred | $22.75 |

Net current billing for this invoice ................................................................. **$452.75**

**GRAND TOTAL**.................................................................................................... **$452.75**

---

Terms of Payment:  **Balance due within thirty days of invoice date**

**WIRING INSTRUCTIONS**
CB&T
**ABA#:** 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                          September 19, 2005
ATTN: Scott Whittier                                     Invoice 701782  Page  1
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/06093                    For Services Through 08/31/05
Docket No.                2005-CP-02-879
Name of Matter:           Quality Maintenance, Inc. v. W.R. Grace & Co.

| 08/02/05 | Teleconference with Attorney Hawkins (0.1); review complaint (0.4); teleconference with Attorney Hawkins (0.1); teleconference with Attorney Burn regarding bankruptcy issues (0.3); teleconference with Mr. Scott Whittier regarding complaint and engagement (0.5); e-mail memorandum to Attorney Hawkins regarding status of matter (0.2); review documents received from Mr. Whittier (0.3); teleconference with Mr. Fishel (0.2). | | | |
|---|---|---|---|---|
| | C.E. MANNING | 2.10 hrs. | 250.00/hr | $525.00 |
| 08/03/05 | Teleconference with Mr. Whittier (0.1); e-mail correspondence with team regarding strategy and action items (0.3). | | | |
| | C.E. MANNING | 0.40 hrs. | 250.00/hr | $100.00 |
| 08/03/05 | Review correspondence regarding new file and confer with Administrative Assistant Johnson regarding Friday meeting. | | | |
| | L.J. JENNINGS | 0.20 hrs. | 125.00/hr | $25.00 |
| 08/04/05 | Review complaint and begin drafting answer (0.6); review rules of civil procedure regarding same (0.2). | | | |
| | C.E. MANNING | 0.80 hrs. | 250.00/hr | $200.00 |
| 08/05/05 | Prepare for meeting with Mr. Fishel (0.5); meet with Mr. Fishel to discuss engagement and dispute with Quality Maintenance (0.8); review documents received from Mr. Fishel (0.4). | | | |
| | C.E. MANNING | 1.70 hrs. | 250.00/hr | $425.00 |
| 08/08/05 | Collate correspondence and update file with same; create index for pleadings folder. | | | |
| | K. LUCAS | 0.50 hrs. | 75.00/hr | $37.50 |
| 08/09/05 | Continue to draft answer and begin to draft counterclaim. | | | |
| | C.E. MANNING | 1.20 hrs. | 250.00/hr | $300.00 |
| 08/10/05 | Review documents received from client (1.2); telephone call to Ms. LilAnn Gray regarding matter (0.2); telephone call with Ms. Francesca Macchiaverna regarding counterclaim (0.7); draft e-mail letter to Ms. Macchiaverna regarding terms and conditions on purchase orders (0.4). | | | |
| | C.E. MANNING | 2.50 hrs. | 250.00/hr | $625.00 |
| 08/11/05 | Draft and send e-mail to Mr. Whittier regarding status of the case (0.4); draft and send e-mail to Mr. Fishel regarding purchase orders (0.3); telephone conference with Mr. Fishel regarding purchase orders (0.2); telephone conference with counsel for Quality Maintenance regarding status of case (0.5). | | | |
| | C.E. MANNING | 1.40 hrs. | 250.00/hr | $350.00 |

W. R. Grace & Co.

| 08/12/05 | Review damage matrix and send to counsel for plaintiff. | | | |
|---|---|---|---|---|
| | C.E. MANNING | 0.30 hrs. | 250.00/hr | $75.00 |

| 08/13/05 | Review materials received from client (0.6); continue to draft counterclaim (2.1). | | | |
|---|---|---|---|---|
| | C.E. MANNING | 2.70 hrs. | 250.00/hr | $675.00 |

| 08/14/05 | Continue to draft counterclaim. | | | |
|---|---|---|---|---|
| | C.E. MANNING | 1.10 hrs. | 250.00/hr | $275.00 |

| 08/15/05 | Telephone call to plaintiff's counsel regarding counterclaim. | | | |
|---|---|---|---|---|
| | C.E. MANNING | 0.20 hrs. | 250.00/hr | $50.00 |

| 08/16/05 | Teleconference with Mr. Fishel (0.3); e-mail communications with Mr. Whittier regarding counterclaim and compromise discussions with QMI counsel (0.5). | | | |
|---|---|---|---|---|
| | C.E. MANNING | 0.80 hrs. | 250.00/hr | $200.00 |

| 08/17/05 | Telephone conference with Mr. Fishel regarding counterclaim (0.3); review and revise counterclaim (0.9); telephone conference with Mr. Fishel regarding counterclaim (0.2). | | | |
|---|---|---|---|---|
| | C.E. MANNING | 1.40 hrs. | 250.00/hr | $350.00 |

| 08/18/05 | Review rules of civil procedure regarding counter claims and discovery (0.7); teleconference with Mr. Fishel regarding verification and answer (0.3); e-mail update to client regarding discovery procedures, answer, and counterclaim (0.3). | | | |
|---|---|---|---|---|
| | C.E. MANNING | 1.30 hrs. | 250.00/hr | $325.00 |

| 08/19/05 | Review answer and counterclaim (0.3); draft cover letter to clerk regarding filing answer and counterclaim (0.2). | | | |
|---|---|---|---|---|
| | C.E. MANNING | 0.50 hrs. | 250.00/hr | $125.00 |

**Fees for Legal Services** ...................................................................................................... **$4,662.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C.E. MANNING | 18.40 | 250.00 | 4,600.00 |
| L.J. JENNINGS | 0.20 | 125.00 | 25.00 |
| K. LUCAS | 0.50 | 75.00 | 37.50 |
| TOTAL | 19.10 | 244.11 | 4,662.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/09/2005 | Federal Express charge | 10.63 |
|---|---|---|
| 08/17/2005 | Telephone 1-803-648-9575 | 0.15 |
| 08/30/2005 | Telephone 1-404-926-3480 | 0.10 |
| 08/30/2005 | Telephone 1-404-926-3480 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$10.93**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 10.63 |

W. R. Grace & Co.

September 19, 2005
Invoice 701782  Page 3

| **Description** | **Dollars** |
|-----------------|------------:|
| Telephone | 0.30 |
| TOTAL | $10.93 |

Net current billing for this invoice ...................................................................................   $4,673.43

GRAND TOTAL...................................................................................................................   $4,673.43

W. R. Grace & Co.

September 19, 2005
Invoice 701782 Page 4

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 08/31/05

W. R. Grace & Co.
Quality Maintenance, Inc. v. W.R. Grace & Co.
Our Matter # 02399/06093

| | |
|---|---|
| Fees for Professional Services | $4,662.50 |
| Charges for Other Services Provided/Expenses Incurred | $10.93 |

**Net current billing for this invoice** ................................................................. **$4,673.43**

**GRAND TOTAL**............................................................................................................. **$4,673.43**

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this _11_ day of _October_____, 2005

_____(L.S.)
Notary Public for South Carolina

My Commission Expires: _9/3/09_

8