**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Rel. Docket No. 9551** |

**APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES**
**PRESENTED ON APPEAL FROM THE ORDER OF THE HONORABLE**
**JUDITH K. FITZGERALD ENTERED SEPTEMBER 22, 2005**

PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan (collectively, the "Appellants"), pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby designate the record and issues presented on appeal to the United States District Court of Delaware from the final order issued by United States Bankruptcy Judge Judith K. Fitzgerald, which denied the Appellants' Motion for Leave to File Late Proofs of Claim (the "Appeal").

### Statement of Issues Presented on Appeal

1.  Whether the court erred in concluding that the Appellants, the current and immediate prior owners of the Vermiculite Intermountain Site in Salt Lake City, Utah ("Site"), were not reasonably ascertainable from public records and therefore were not "known" creditors constitutionally entitled to actual notice of the bar date for filing claims against the Debtor, W.R. Grace & Co.?

2.  Whether the court erred in concluding that, pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure, Appellants may not file late claims on grounds of excusable neglect?

3.  Whether the court erred in concluding that the Appellants are not entitled to contribution under Section 113(f)(3)(b) of CERCLA from the Debtor for the costs of an EPA-ordered removal of asbestos contaminated soils from the Site, where contamination of the Site resulted from the Debtor's arrangements to process Grace vermiculite on-Site?

4.  Whether the court erred in concluding that the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan received actual notice of the claims bar date?

## <u>Designation of Items to Be Included in the Record on Appeal</u>

1.     PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim filed by PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan on January 4, 2005. [D.I. 7571]

2.     Objection to PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim filed by W.R. Grace & Co. on February 11, 2005. [D.I. 7746]

3.     Certification of Counsel and Stipulation and Agreed Order for Briefing for Briefing on PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim filed by PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan on March 22, 2005. [D.I. 8087]

4.     Reply Brief to W.R. Grace's Objection to PacifiCorp and The VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim filed by PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan on April 4, 2005. [D.I. 8164]

5.     Debtors' Response to PacifiCorp and the Vancott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Brief in Support of Their Motion for Leave to File Late Proofs of Claim filed by W.R. Grace & Co. on April 25, 2005. [D.I. 8283]

6.     Order Denying PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim signed on September 20, 2005 and entered on September 22, 2005. [D.I. 9488]

7.     Order Approving Stipulation and Agreed Order for Briefing on PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim signed and entered on September 22, 2005. [D.I. 9488]

8.     Notice of Appeal From Order Entered September 22, 2005 of the Honorable Judith K. Fitzgerald filed by PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan on October 3, 2005. [D.I. 9551]

9.     Transcript of hearing before the United States Bankruptcy Court for the District of Delaware on February 28, 2005. [D.I. 7998]

10. Each item properly designated, or to be properly designated, by any other party to this Appeal.

Dated: October 12, 2005        **LANDIS RATH & COBB LLP**

_____

Richard S. Cobb (#3157)
Megan N. Harper (#4103)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Attorneys for PacifiCorp and the VanCott Bagley
Cornwall & McCarthy 401(k) Profit Sharing Plan

-and-

MABEY & MURRAY LC
Steven J. McCardell, Esquire
Jared L. Inouye, Esquire
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685
Telephone: (801) 320-6700
Facsimile: (801) 359-8256

Attorneys for PacifiCorp

-and-

VAN COTT, BAGLEY, CORNWALL &
MCCARTHY
J. Robert Nelson, Esquire
50 South Main Street
Salt Lake City, UT 84144-0450
Telephone: (801) 237-0270
Facsimile: (801) 534-0058

Attorneys for the VanCott Bagley Cornwall &
McCarthy 401(k) Profit Sharing Plan

10.    Each item properly designated, or to be properly designated, by any other party to this Appeal.

Dated:  October 12, 2005

**LANDIS RATH & COBB LLP**

Richard S. Cobb (#3157)
Megan N. Harper (#4103)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

Attorneys for PacifiCorp and the VanCott Bagley
Cornwall & McCarthy 401(k) Profit Sharing Plan

-and-

MABEY & MURRAY LC
Steven J. McCardell, Esquire
Jared L. Inouye, Esquire
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685
Telephone:  (801) 320-6700
Facsimile:  (801) 359-8256

Attorneys for PacifiCorp

-and-

VANCOTT, BAGLEY, CORNWALL &
MCCARTHY
J. Robert Nelson, Esquire
50 South Main Street
Salt Lake City, UT 84144-0450
Telephone:  (801) 237-0270
Facsimile:  (801) 534-0058

Attorneys for the VanCott Bagley Cornwall &
McCarthy 401(k) Profit Sharing Plan