United States Bankruptcy Court

District of Delaware
-------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

                                                          Chapter 11
                                                         Case No. 01-01139

                                    Debtor
-------------------------------------------------------------

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

     PLEASE TAKE NOTICE that the transfer of claim from **LEMAX/RAM** to Argo Partners in the amount of **$23,146.79** is hereby withdrawn by Argo Partners.

                                                  Dated: October 13, 2005

                                                  /s/ Scott Krochek
                                                  Scott Krochek
                                                  Argo Partners
                                                  (212) 643-5443