# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                      September 1, 2005 - September 30, 2005

Invoice No.:18090

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 24.20 | 4,788.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.50 | 837.00 |
| B18 | Fee Applications, Others - | 4.70 | 531.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) - | 26.20 | 6,288.00 |
| B25 | Fee Applications, Applicant - | 2.30 | 376.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.70 | 168.00 |
| B32 | Litigation and Litigation Consulting - | 2.20 | 358.00 |
| B36 | Plan and Disclosure Statement - | 9.60 | 2,304.00 |
| B37 | Hearings - | 6.90 | 1,656.00 |
| B40 | Employment Applications, Others - | 17.20 | 3,849.00 |
|     | **Total** | **97.50** | **$21,156.00** |
|     | **Grand Total** | **97.50** | **$21,156.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 4.70 | 775.50 |
| Rick S. Miller | 225.00 | 2.50 | 562.50 |
| Steven G. Weiler | 150.00 | 6.60 | 990.00 |
| Theodore J. Tacconelli | 240.00 | 74.70 | 17,928.00 |
| Legal Assistant - MH | 100.00 | 7.10 | 710.00 |
| Law Clerk | 100.00 | 1.90 | 190.00 |
| **Total** | | **97.50** | **$21,156.00** |

## DISBURSEMENT SUMMARY

*Expenses -*                                                                  3,983.64

**Total Disbursements**                                                       **$3,983.64**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-01-05 | *Case Administration* - attend Committee teleconference | 0.60 | RSM |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.60 | TJT |
| | *Fee Applications, Others* - review e-mail from S. Jones at CDG re when to expect payment of their fees in the 16th quarter, confer with T. Tacconelli, review file, e-mail to S. Jones | 0.20 | MH |
| Sep-02-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's 13th omnibus objection to Speights and Runyan claims with attachments | 1.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of filing of exhibits presented into evidence during 8/29/05 hearing by Speights and Runyan | 1.00 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's 14th omnibus objection to PD claims | 0.60 | TJT |
| | *Case Administration* - Review Campbell Levine July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplan Drysdale July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill July 05 Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re property damage CMO | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with A. Danzeisen re 14th omnibus objection to PD claims | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from A. Danzeisen re PI CMO | 0.10 | TJT |
| Sep-03-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from A. Danzeisen re PD claim objections (x2) | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mails from S. Baena re 15th omnibus objection to PD claims (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re contacting all PD claimants re estimation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review new draft of proposed memorandum to PD claimants re estimation of related issues | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Attention to scheduling of key deadlines for estimation of PD claims | 0.50 | TJT |
| Sep-04-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Start reviewing debtor's 15th omnibus objection to claims without exhibits | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review second continuation order re 9th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 6th continuation order re 8th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 12th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 2nd continuation order re 11th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review order authorizing retention of Pitney Hardin | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Detailed review of debtor's monthly operating report for July 05 | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review PD estimation CMO as entered by the court with delineations by court | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review PI estimation CMO with approved questionnaire with delineations by court | 0.50 | TJT |
| Sep-05-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare numerous e-mails to co-counsel re exhibits to 15th omnibus objection to claims | 0.70 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Continue reviewing debtor's 15th omnibus objection to PD claims without exhibits | 0.80 | TJT |
| Sep-06-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review numerous e-mails from A. Danzeisen re exhibits to 15th omnibus objection to claims (x11) | 0.70 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - trade e-mails with A. Danzeisen re Exh. H to 15th omnibus objection to claims | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Continue review of 15th omnibus objection to claims without exhibits | 0.80 | TJT |
|  | *Case Administration* - Forward 8/29 transcript to co-counsel | 0.10 | SGW |
|  | *Case Administration* - Retrieve voice mail message from Dow Jones reporter re status of exclusivity, return call to Dow Jones reporter re status of exclusivity | 0.20 | TJT |
|  | *Fee Applications, Others* - Confer with paralegal re Bilzin Sumberg July 05 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - trade e-mails with L. Flores at Bilzin re amending PD Committee's June 05 Fee Application | 0.10 | MH |
|  | *Fee Applications, Others* - Confer with L. Coggins re amending PD Committee's June 05 Fee Application | 0.10 | MH |
|  | *Hearings* - trade e-mails with J. Sakalo re 8/29/05 hearing transcript | 0.20 | TJT |
|  | *Hearings* - Review e-mail from S. Weiler re 8/29/05 hearing transcript and confer with s. Weiler re same | 0.20 | TJT |
|  | *Hearings* - trade e-mails with A. Danzeisen re 8/29/05 hearing | 0.20 | TJT |
| Sep-07-05 | *Claims Analysis Obj. & Res. (Asbestos)* - start reviewing exhibits to 15th omnibus objection to claims | 1.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review portions of 8/29/05 hearing transcript re property damage claims | 0.70 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconferences with committee members re procedural questions re claims objections in Delaware Bankruptcy Court | 0.30 | TJT |
|  | *Case Administration* - Review Certificate of No Objection re Bilzin Sumberg June 05 Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with legal assistant re: preparation of amended Committee expenses statement | 0.10 | LLC |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's June 05 Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin June 05 Fee Application | 0.60 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-08-05 | *Case Administration* - research re: time to file notice of appeal | 0.70 | RSM |
| | *Case Administration* - Teleconference with Mr. Sakolo re: time to file appeal | 0.10 | RSM |
| | *Case Administration* - attend Committee teleconference | 0.80 | RSM |
| | *Case Administration* - Begin preparing service for PD Comm.'s response to 15th omnibus objection and motion to limit notice re: same | 0.20 | SGW |
| | *Case Administration* - Review motion by Federal Insurance Company to review 2019 statements filed by PI attorneys | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from M. Dies re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for committee meeting | 0.50 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re appeal issues | 0.30 | TJT |
| Sep-09-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with A. Danzeisen re motion to strike 15th omnibus objection to claims and related issues | 0.10 | TJT |
| | *Case Administration* - Teleconference with R. Bello re: motion to shorten notice procedure (.1); prepare draft motion to shorten notice and order (.2); review docket re: same (.2); prepare notice of motion to strike (.1); forward draft of motion to shorten and order to M. Kramer at Bilzin (.1) | 0.70 | SGW |
| | *Fee Applications, Others* - Review Certificate of No Objection re committee members' expenses for May 05 | 0.10 | TJT |
| | *Fee Applications, Others* - download and review PD Committee's amended expense statement for June 05 | 0.30 | MH |
| | *Fee Applications, Others* - Prepare PD Committee's June 05 Amended expense statement for e-filing, e-file and serve same | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re PD Committee's May 05 expense statement | 0.30 | MH |
| | *Employment Applications, Others* - trade e-mails with M. Kramer re motion to shorten notice | 0.40 | TJT |
| | *Employment Applications, Others* - Review draft of motion to shorten notice | 0.20 | TJT |
| | *Employment Applications, Others* - trade e-mails with M. Kramer re motion to shorten notice | 0.20 | TJT |
| | *Employment Applications, Others* - Review e-mail from S. Baena re motion to shorten notice | 0.10 | TJT |
| | *Employment Applications, Others* - Review e-mail from J. Moon re affidavit of A. Runyan and review affidavit | 0.50 | TJT |
| | *Employment Applications, Others* - Review e-mail from A. Danzeisen re motion to retain special counsel | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mails from S. Baena re notice to PD claimants re estimation (x3) | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from committee member re notice to PD claimants re estimation | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from J. Moon to committee members re motion to retain special counsel | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's August 05 prebill | 0.50 | TJT |
| Sep-10-05 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtor's motion for leave to file response in support of 11th omnibus objection to claims and review proposed response | 0.30 | TJT |
| | *Case Administration* - Review debtor's motion to shorten notice re emergency motion to take discovery of PI law firms | 0.30 | TJT |
| | *Case Administration* - Review joinder by unsecured creditors committee to debtor's motion to expand PI re State of Montana | 0.10 | TJT |
| | *Employment Applications, Others* - Prepare e-mail to M. Kramer re comments on motion to shorten notice | 0.80 | TJT |
| | *Employment Applications, Others* - Review e-mail from S. Baena re motion to shorten notice/motion to retain special counsel | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with committee member re estimation | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel for proposed CMO for discovery re S&R claims and review proposed CMO | 0.30 | TJT |
| | *Plan and Disclosure Statement* - start reviewing debtor's emergency motion to take discovery from PI law firms | 0.60 | TJT |
| Sep-11-05 | *Case Administration* - Review from K&E to DOJ re employment of prior DOJ attorney by K&E | 0.20 | TJT |
| | *Employment Applications, Others* - Review e-mails from J. Moon re affidavit of M. Dies (x2) | 0.20 | TJT |
| | *Employment Applications, Others* - Review draft of affidavit of M. Dies | 0.20 | TJT |
| | *Employment Applications, Others* - Review local rules re retention of professionals | 0.20 | TJT |
| | *Employment Applications, Others* - Prepare e-mail to J. Moon re affidavits in support of motion to retain special counsel | 0.20 | TJT |
| | *Employment Applications, Others* - trade e-mails with M. Kramer re motion to shorten notice (x3) | 0.30 | TJT |
| | *Employment Applications, Others* - trade e-mails with J. Moon re M. Dies affidavit and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing debtor's emergency motion to take discovery from PI law firms with attachments | 0.70 | TJT |
| Sep-12-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Continue review of Exhibit C to 15th omnibus objection to PD claims | 1.00 | TJT |
| | *Case Administration* - train law clerk to prepare weekly case status memorandum | 0.10 | SGW |
| | *Case Administration* - Review summary of Holme Roberts 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re case management procedures | 0.10 | TJT |

| | | |
|---|---|---|
| *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| *Case Administration* - Review first amended 2019 statement by Weitz and Luxenberg | 0.10 | TJT |
| *Case Administration* - Review first amended 2019 statement by Weikemp | 0.10 | TJT |
| *Employment Applications, Others* - scan and forward motion to shorten and application to retain special counsel to R. Bello at USBC | 0.20 | SGW |
| *Employment Applications, Others* - Review e-mails from J. Moon re motion to retain special counsel | 0.30 | TJT |
| *Employment Applications, Others* - Review e-mail from S. Baena re motion to retain special counsel | 0.10 | TJT |
| *Employment Applications, Others* - Review e-mail from J. Sakalo re motion to retain special counsel | 0.10 | TJT |
| *Employment Applications, Others* - Review e-mail from M. Kramer re motion to shorten notice | 0.10 | TJT |
| *Employment Applications, Others* - Review final version of motion to shorten notice | 0.30 | TJT |
| *Employment Applications, Others* - Revise final version of motion to shorten notice, prepare motion to shorten notice for e-filing, prepare related documents for e-filing | 0.80 | TJT |
| *Employment Applications, Others* - Review final version of motion to retain special counsel | 0.60 | TJT |
| *Employment Applications, Others* - Review exhibits to motion to retain special counsel and prepare for e-filing | 0.70 | TJT |
| *Employment Applications, Others* - e-file motion to retain special counsel and oversee service | 0.40 | TJT |
| *Employment Applications, Others* - e-file motion to shorten notice and oversee service | 0.40 | TJT |
| *Employment Applications, Others* - trade e-mails with J. Moon and M. Kramer re motion to shorten notice and motion to retain special counsel | 0.20 | TJT |
| *Employment Applications, Others* - Prepare e-mail to opposing counsel re motion to shorten notice/9-26 agenda | 0.30 | TJT |
| *Employment Applications, Others* - Review e-mail from M. Dies re affidavit in support of motion to retain special counsel | 0.10 | TJT |
| *Employment Applications, Others* - Confer with S. Weiler re motion to shorten notice | 0.20 | TJT |
| *Employment Applications, Others* - Review e-mail from S. Weiler re motion to shorten notice has been sent to Delaware Clerk | 0.10 | TJT |
| *Employment Applications, Others* - Review e-mail from E. Westbrook re motion to retain special counsel | 0.10 | TJT |
| *Employment Applications, Others* - Teleconference with J. Moon re motion to retain special counsel | 0.10 | TJT |
| *Employment Applications, Others* - Teleconference with M. Hurford re motion to shorten notice | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Employment Applications, Others* - download and review order authorizing motion to shorten notice | 0.30 | TJT |
| | *Employment Applications, Others* - trade e-mails with co-counsel re motion to shorten notice has been entered and procedure going forward | 0.40 | TJT |
| | *Employment Applications, Others* - Confer with L. Coggins re order approving motion to shorten notice and related issues | 0.20 | TJT |
| | *Employment Applications, Others* - Teleconference with A. Danzeisen re motion to shorten notice and additional case issues | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: upcoming filings | 0.30 | LLC |
| | *Plan and Disclosure Statement* - Review e-mail from A. Runyan re revisions to notice to PD claimants re estimation | 0.20 | TJT |
| Sep-13-05 | *Case Administration* - e-mail from T. Tacconelli re: supplemental affidavit of S. Baena and confer with T. Tacconelli re: same | 0.20 | LLC |
| | *Case Administration* - Finalize, e-file and coordinate service of supp. affidavit of S. Baena | 0.30 | LLC |
| | *Case Administration* - Prepare Certificate of Service re: supp. affidavit of S. Baena | 0.10 | LLC |
| | *Case Administration* - e-mail from S. Bossay re: 16th interim fee and expense chart and forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review summary of Deloitte Tax quarterly Fee Application Aug. 04 - Mar. 05 | 0.10 | TJT |
| | *Case Administration* - Review summary of Woodcock Washburn 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to A. Danzeisen re new K&E partner previously with DOJ | 0.20 | TJT |
| | *Case Administration* - trade e-mails with J. Sakalo re supplemental affidavit of S. Baena | 0.20 | TJT |
| | *Case Administration* - Review supplemental affidavit of S. Baena and prepare e-mail to L. Coggins re same | 0.20 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: LECG LLP April 2005 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re LECG's Amended 3rd Fee Application (April 05) | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re LECG's amended 3rd interim Fee Application (April 05) | 0.60 | MH |
| | *Employment Applications, Others* - e-mail from T. Tacconelli re: amended affidavit of C.A. Runyan | 0.10 | LLC |
| | *Employment Applications, Others* - e-mail from J. Moon re: draft amended Runyan affidavit and confer with T. Tacconelli re: same | 0.20 | LLC |
| | *Employment Applications, Others* - Confer with T. Tacconelli re: notice of revised objection deadline for Special Counsel Retention Application | 0.10 | LLC |
| | *Employment Applications, Others* - e-mail from J. Moon re: status of amended Runyan affidavit | 0.10 | LLC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Employment Applications, Others* - e-mail from J. Moon re: filing of amended Runyan affidavit | 0.10 | LLC |
| | *Employment Applications, Others* - Draft notice of modified order approving motion to shorten and Certificate of Service of same | 0.80 | LLC |
| | *Employment Applications, Others* - Finalize, e-file and coordinate service of notice of modified order | 0.40 | LLC |
| | *Employment Applications, Others* - Call from J. Moon re: amended Runyan affidavit | 0.10 | LLC |
| | *Employment Applications, Others* - e-mail from K. Burris re: status of amended Runyan affidavit | 0.10 | LLC |
| | *Employment Applications, Others* - e-mail from K. Burris re: executed amended Runyan affidavit | 0.10 | LLC |
| | *Employment Applications, Others* - e-mail to J. Moon re: executed amended Runyan affidavit | 0.10 | LLC |
| | *Employment Applications, Others* - Prepare Certificate of Service re: amended Runyan affidavit | 0.10 | LLC |
| | *Employment Applications, Others* - Finalize, e-file and coordinate service of amended Runyan affidavit | 0.40 | LLC |
| | *Employment Applications, Others* - Review e-mail from S. Baena re motion to shorten notice/motion to retain special counsel | 0.10 | TJT |
| | *Employment Applications, Others* - Teleconference with J. Moon re amended affidavit of A. Runyan | 0.10 | TJT |
| | *Employment Applications, Others* - Prepare e-mail to J. Moon re amended affidavit for A. Runyan | 0.10 | TJT |
| | *Employment Applications, Others* - Confer with L. Coggins re supplemental affidavit of S. Baena and review file for previous affidavit | 0.20 | TJT |
| | *Employment Applications, Others* - Review e-mail from J. Moon re draft of amended affidavit of A. Runyan and review same | 0.20 | TJT |
| | *Employment Applications, Others* - Confer with L. Coggins re motion to shorten notice/motion to retain special counsel and related issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 8/29/05 hearing transcript re PD estimation issues | 1.70 | TJT |
| | *Fee Applications, Applicant* - Review August 2005 Fee Application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review revised pre-bill for Aug. 05 Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - review and modify Ferry, Joseph & Pearce's August 05 invoice and draft Fee Application and Certificate of Service re same | 0.70 | MH |
| | *Fee Applications, Applicant* - finalize Ferry, Joseph & Pearce's August 05 Fee Application, prepare for e-filing, e-file and serve same | 0.50 | MH |
| Sep-14-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re motion to strike 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of motion to strike | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re drafting notice of motion for motion to strike | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Asbestos)* - trade e-mails with J. Sakalo re motion to strike | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re Gateway objections re motion to strike 15th omnibus objection to claims | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review and revise notice of motion re motion to strike | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re drafting order on motion to strike and related issues | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Continue reviewing exhibit C-2 to 15th omnibus objection to PD claims | 0.80 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - trade e-mails with A. Danzeisen re motion to strike | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to J. Sakalo re motion to strike | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re filing motion to strike after hours | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconferences with S. Weiler re motion to strike (x2) | 0.20 | TJT |
|  | *Case Administration* - Teleconference with R. Bello re: 9/26/05 hearing international dial-in arrangements (.1); teleconference with Court Call re: same (.1); revise notice re: same (.1); revise service re: same (.1); prepare and revise proposed order re: same (.4); teleconference with J. Sakalo re: same (.1); revise, scan, file and serve PD Committee's Motion to Strike Debtors' 15th omnibus objection (2.3) | 3.20 | SGW |
|  | *Case Administration* - download and review e-mail from Warren Smith re 16th quarterly fee applications chart, compare figures with our respective Fee Application figures | 0.20 | MH |
|  | *Case Administration* - file administration re Fee Applications and Certificates of No Objection | 0.20 | MH |
|  | *Hearings* - trade e-mails with J. Sakalo re 9/26/05 hearing coverage | 0.30 | TJT |
|  | *Fee Applications, Applicant* - Review e-mail from S. Baena re 16th interim period quarterly Fee Applications | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Prepare e-mail to paralegal re 16th interim period quarterly Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review 16th interim period fee chart and confer with paralegal re same | 0.20 | TJT |
| Sep-15-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mails from J. Sakalo re motion to strike (x3) | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mails from S. Weiler re motion to strike (x2) | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to shorten notice filed by Louisiana entities re 15th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - review emergency motion by Louisiana entities re 15th omnibus objection to claims with attachments | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconferences with J. Sakalo re | 0.30 | TJT |

| | | | |
|---|---|---:|---:|
| | motion to strike and related issues (x2) | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from A. Danzeisen re current service list | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting motion to shorten notice filed by Louisiana entities re 15th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Forward 2002 list and labels via e-mail to M. Dies re: Joinder in Motion to Strike | 0.10 | SGW |
| | *Case Administration* - Review fee auditor's final report re Bilzin Sumberg for 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Caplan Drysdale for 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for Buchanan Ingersoll 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report for Duane Morris 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review Silber Pearlman opposition to debtor's motion to shorten notice re discovery from PI law firms | 0.10 | TJT |
| | *Employment Applications, Others* - Teleconference with L. Coggins re motion to shorten notice/motion to retain special counsel and supplemental affidavit of S. Baena | 0.10 | TJT |
| | *Employment Applications, Others* - Review Certificate of Counsel re Nelson Mullen's retention order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare motion to strike for service | 0.30 | MH |
| | *Hearings* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re memorandum to committee re claim objection/estimation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with attorney representing Burlington Northern Santa Fe Railroad re claim objection/estimation | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review draft of memorandum to committee re claim objection/estimation with attachments | 1.00 | TJT |
| Sep-16-05 | *Case Administration* - Review Barron and Budd response to debtor's motion to shorten notice re PI discovery | 0.10 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll August 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Assoc. August 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review joinder of Maryland Casualty Co. and Certain Insurer's motion for access to 2019 statements | 0.10 | TJT |
| | *Case Administration* - (N.Pace) Compiled Case Managment file; memo to T. Tacconelli, L. Coggins, S. Weiler, and R. Miller | 0.90 | LC |
| | *Employment Applications, Others* - Review correspondence re original | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | affidavit from M. Dies | | |
| Sep-17-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's emergency motion to set motion to strike for 9/26/05 hearing | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to J. Sakalo re debtor's emergency motion to set motion to strike 15th omnibus objection to claims for 9/26/05 hearing | 0.20 | TJT |
| | *Case Administration* - Review fee auditor's final report re PWC 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Richardson Patrick 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Capstone 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Corella Byrne 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re CDG 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re PSZY&J 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Blackstone 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re K&E 16th interim period | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review certain insurers' motion to obtain access to 2019 statements | 0.40 | TJT |
| Sep-18-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to strike as filed in calendar dates | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of filing amended exhibits re 15th omnibus objection to claims | 0.20 | TJT |
| | *Case Administration* - Review Barron and Budd response to certain insurers' motion for access to 2019 statements | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/16 | 0.10 | TJT |
| Sep-19-05 | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing exhibit C-2 to 15th omnibus objection to claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from A. Danzeisen re revised exhibits to 15th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with L. Coggins re debtor's response to motion to strike 15th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - e-mail to Mr. Sakalo re Debtors' objection | 0.10 | RSM |
| | *Case Administration* - Review objection by PI Committee to certain insurers' motion for access to 2019 statements | 0.30 | TJT |
| | *Case Administration* - Review fee auditor's final report re Scott Law Group 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re L. Tersigni 16th interim period | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Professionals | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | with no objections for 16th interim period |  |  |
|  | *Committee, Creditors', Noteholders' or* -review Debtor's objection to motion to retain special counsel | 0.20 | RSM |
|  | *Employment Applications, Others* - Download and review Debtors' objection to special counsel retrention and send same to co-counsel | 0.30 | LLC |
|  | *Employment Applications, Others* - Review e-mail from RSM re objection to motion to retain special counsel | 0.10 | TJT |
| Sep-20-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mails from committee members re motion to strike 15th omnibus objection to claims (x2) | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re motion to strike 15th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re response to debtor's motion to set motion to strike for 9/26/05 hearing | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of response to debtor's motion to set motion to strike for 9/26/05 hearing | 0.60 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re filing and service of response to debtor's motion to set motion to strike for 9/26/05 hearing | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Weiler re response to debtor's motion to set motion to strike for 9/26/05 hearing | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from committee member re discovery regarding 15th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with A. Danzeisen re discovery regarding 15th omnibus objection to claims | 0.20 | TJT |
|  | *Case Administration* - Revise objection to Debtors' Emergency Motion to Set PD Comm. Motion to Strike for 9/26/05 hearing (.2); review docket re: same (.1); prepare Certificate of Service re: same (.1); scan, file and assist in serving same (.2); notify co-counsel of same (.1); forward same to R. Bello for JKF's review (.1) | 0.80 | SGW |
|  | *Case Administration* - Review 4th amended 2019 statement by Le Blanc and Waddell | 0.10 | TJT |
|  | *Case Administration* - Review 4th amended 2019 statement by Silber Perlman | 0.10 | TJT |
|  | *Case Administration* - Review debtor's motion for injunction against State of New Jersey with attachments | 1.50 | TJT |
|  | *Employment Applications, Others* - Review e-mail from A. Danzeisen re objection to motion to retain special counsel | 0.10 | TJT |
|  | *Employment Applications, Others* - Review debtor's objection to motion to retain special counsel | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: PD Committee objection to Debtors Emergency hearing | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - research re access to 2019 statements | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - Prepare for service of Objection of the Official Committee of Asbestos Property Damage Claimants to the Debtors' Emergency Motion to Set the PD Committee's Motion to Strike for | 0.50 | MH |

|  |  |  |  |
|---|---|---|---|
|  | Hearing at the 9/26/05 Omnibus Hearing |  |  |
|  | *Hearings* - Review agenda for 8/26/05 hearing with attachment | 0.20 | TJT |
| Sep-21-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from A. Danzeisen re issues regarding 15th omnibus objection to claims | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review letter from R. Wittenburg re 15th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order conditionally denying motion to strike 15th omnibus objection to claims | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying debtor's emergency motion to set motion to strike for 9/26/05 hearing | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re order conditionally denying motion to strike 15th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to J. Sakalo re orders entered regarding motion to strike 15th omnibus objection to claims | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - trade e-mails with co-counsel re order conditionally denying motion to strike 15th omnibus objection to claims and related issues | 0.60 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order appointing mediator and requiring certain actions re PI estimation | 0.10 | TJT |
|  | *Case Administration* - Follow-up teleconference with R. Bello re: JKF's receipt of PD Committee Response to Debtors' Emergency Motion to Set 9/26/05 Hearing | 0.10 | SGW |
|  | *Case Administration* - re affidavit of W. Smith and Associates | 0.10 | TJT |
|  | *Case Administration* - Review amended 2019 statement by Richardson Patrick | 0.20 | TJT |
|  | *Case Administration* - Review e-mail from J. Moon re article regarding New Jersey litigation | 0.10 | TJT |
|  | *Case Administration* - Review article re New Jersey environmental litigation | 0.10 | TJT |
|  | *Case Administration* - Review debtor's complaint for declaratory and injunctive relief re State of New Jersey with attachment | 0.70 | TJT |
|  | *Case Administration* - Review 2019 statement filed by E. Moody | 0.10 | TJT |
|  | *Case Administration* - Review revised 2019 statement filed by Zamler Mellan | 0.10 | TJT |
|  | *Hearings* - Review e-mail from A. Danzeisen re 9/26/05 hearing coverage | 0.10 | TJT |
| Sep-22-05 | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing exhibits to 15th omnibus objection to claims (C-2 through G) | 2.70 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from M. Kramer re memorandum to PD claimants re order entered re motion to strike/extend re 15th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of proposed memorandum to PD claimants re motion to strike/extend re 15th omnibus objection to claims | 0.20 | TJT |
|  | *Case Administration* - Review C. Parks' response to debtors' emergency motion re PI discovery | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | *Case Administration* - review Casner Edwards July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn June 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reaud Morgan response to debtors' motion to shorten notice re emergency motion to take PI discovery | 0.10 | TJT |
| | *Case Administration* - Review CIBC July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's final report re Stroock 16th interim period | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.70 | TJT |
| | *Employment Applications, Others* - Revise, file and assist in serving C. Alan Runyan's 2nd Amended Affidavit re: Application to Retain Special Counsel (.3); forward same to co-counsel (.1) | 0.40 | SGW |
| | *Employment Applications, Others* - Review e-mail from J. Sakalo re 2nd amended affidavit of A. Runyan re motion to retain special counsel | 0.10 | TJT |
| | *Employment Applications, Others* - Review 2nd amended affidavit of A. Runyan and confer with S. Weiler re same | 0.30 | TJT |
| | *Employment Applications, Others* - Review e-mail from S. Weiler re 2nd amended affidavit of A. Runyan | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare second amended application of A. Runyan for service | 0.20 | MH |
| Sep-23-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by PI committee to debtors' motion to shorten notice re emergency motion to take discovery from PI firms | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order setting status conference for debtors' emergency motion to take discovery of PI firms | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel and debtors' proposed CMO re Speights & Runyan discovery/authority | 0.30 | TJT |
| | *Case Administration* - Teleconference with S. Manley at USBC re: ECF system maximum megabit capability (.1); forward information to co-counsel re: same (.1) | 0.20 | SGW |
| | *Case Administration* - Arrange for exhibits to 15th omnibus objection to be printed for 9/26 hearing (.1); review local bankruptcy rules re: local counsel req. for claims objection (.1); forward information re: same to co-counsel via pdf (.1) | 0.30 | SGW |
| | *Case Administration* - Review amended 2019 statement filed by Barron & Budd | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re stipulation between debtors and One Beacon Insurance Company and review proposed stipulation | 0.20 | TJT |
| | *Case Administration* - (N.Pace) Compiled Case Status Memo for week of 9/23/05; memo to T. Tacconelli, L. Coggins, S. Weiler and R. Miller | 0.50 | LC |

|  |  |  |  |
|---|---|---|---|
|  | *Hearings* - Review amended agenda for 9/26/05 hearing | 0.20 | TJT |
|  | *Hearings* - Teleconference with committee member re preparation for 9/26/05 hearing and procedural questions | 0.20 | TJT |
|  | *Hearings* - Teleconference with J. Sakalo re 9/26/05 hearing | 0.10 | TJT |
|  | *Hearings* - Confer with S. Weiler re preparation for 9/26/05 hearing | 0.20 | TJT |
|  | *Hearings* - Review e-mails from S. Weiler re preparation for 9/26/05 hearing (x2) | 0.20 | TJT |
| Sep-24-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel and proposed CMO by Speights and Runyan re objection to Speights and Runyan claims | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtor's Certificate of Counsel re 15th omnibus objection to claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to co-counsel re debtors' Certificate of Counsel re 15th omnibus objection to claims | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order as entered by the court re procedure for objection to claims asserted by Speights and Runyan re authority | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Dies and Heil to debtors' emergency motion to set motion to strike 15th omnibus objection to claims for 9/26/05 hearing | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by Reaud Morgan for clarification or modification to PI CMO with attachments | 0.50 | TJT |
|  | *Case Administration* - Review entry of appearance by J. Frank and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review summary of Richardson Patrick 17th quarterly Fee Application | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review PI Committee's objection to debtors' emergency motion to obtain discovery from PI firms | 0.50 | TJT |
| Sep-25-05 | *Case Administration* - Review case status memo for week ending 9/16/05 | 0.10 | TJT |
|  | *Hearings* - Prepare for 9/26/05 hearing | 1.10 | TJT |
|  | *Hearings* - trade e-mails with J. Sakalo re 9/26/05 hearing coverage and preparation | 0.30 | TJT |
| Sep-26-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Ex. A to debtors' Certificate of Counsel re 15th omnibus objection to claims | 0.50 | TJT |
|  | *Case Administration* - Review Nelson Mullen's July 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Latham Watkins July 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Prepare e-mail to co-counsel re 2006 hearing dates | 0.20 | TJT |
|  | *Case Administration* - Prepare e-mail to M. Hurford re 2006 hearing dates | 0.10 | TJT |
|  | *Case Administration* - continue condensing/organizing Fee Application and Certificate of No Objection files | 0.30 | MH |
|  | *Employment Applications, Others* - Review letter from J. Moon with original signature pages for affidavits of A. Runyan | 0.10 | TJT |
|  | *Employment Applications, Others* - Confer with A. Runyan re motion to retain special counsel | 0.50 | TJT |
|  | *Employment Applications, Others* - trade e-mails with J. Sakalo re motion | 0.20 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | to retain special counsel | | |
| | *Employment Applications, Others* - Prepare modified order re motion to retain special counsel | 0.30 | TJT |
| | *Employment Applications, Others* - Review motion to retain special counsel and related documents going forward during hearing today | 0.30 | TJT |
| | *Hearings* - attend Bankruptcy Court, confer with co-counsel prior to and after hearing | 3.30 | TJT |
| Sep-27-05 | *Claims Analysis Obj. & Res. (Asbestos)* - Review objection by Gibson Law Firm to debtors' motion to take discovery from PI law firms | 0.10 | TJT |
| | *Case Administration* - Request 9/26 hearing transcript | 0.20 | SGW |
| | *Case Administration* - Review Capstone July 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order denying Pacific Corp. motion for leave to file late proof of claim | 0.10 | TJT |
| Sep-28-05 | *Case Administration* - Review Reed Smith Aug. 05 Fee Application | 0.10 | TJT |
| Sep-29-05 | *Case Administration* - Review notice of hearing for Scott Law Group's 17th interim period Fee Application | 0.10 | TJT |
| | *Case Administration* - Review summary of Scott Law Group 17th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Teleconference with Allison at Quagliano & Seeger re change of address on 2002 list, revise address | 0.10 | MH |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee | 0.30 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re PD Committee's amended 15th statement for expenses | 0.10 | TJT |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re 14th statement of office committee | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection and Certificate of Service re 14th statement of office committee | 0.50 | MH |
| | *Plan and Disclosure Statement* - Review e-mail from committee member re procedural question | 0.10 | TJT |
| | *Plan and Disclosure Statement* - research re procedural question by committee member | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to committee member re response to procedural question | 0.50 | TJT |
| Sep-30-05 | *Case Administration* - Review notice of withdrawal of appearance and forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review notice of substitution of attorney and forward same to legal assistant | 0.10 | LLC |
| | *Case Administration* - Review Holme Roberts August 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Compiled Case Management memo for week ending 9/30/05 | 0.50 | LC |
| | *Fee Applications, Others* - e-mail from L. Flores re: Bilzin Serly 2005 Fee Application | 0.10 | LLC |
| | **Totals** | **97.50** | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Sep-07-05 | *Expense* - Copying cost  80 @ 0.15 | 12.00 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - service supplies | 16.00 |
| Sep-08-05 | *Expense* - Parcel's, Inc. | 53.70 |
| Sep-09-05 | *Expense* - Copying cost  39 @ 0.15 | 5.85 |
| | *Expense* - Postage | 1.66 |
| | *Expense* - service supplies | 4.00 |
| Sep-12-05 | *Expense* - service supplies | 123.50 |
| Sep-13-05 | *Expense* - Copying cost  121 @ 0.15 | 18.15 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - Postage  2 @ 1.06 | 2.12 |
| | *Expense* - service supplies | 18.00 |
| Sep-14-05 | *Expense* - Elaine M. Ryan - Transcript | 241.50 |
| Sep-15-05 | *Expense* - Tri-State Courier | 45.50 |
| Sep-20-05 | *Expense* - service supplies | 140.50 |
| Sep-22-05 | *Expense* - Tri-State Courier | 45.50 |
| Sep-26-05 | *Expense* - Parcel's, Inc. | 64.40 |
| | *Expense* - Parcel's, Inc. | 1,051.91 |
| Sep-28-05 | *Expense* - Blue Marble Logistics | 2,058.55 |
| | *Expense* - Tri-State Courier | 39.00 |
| Sep-29-05 | *Expense* - Copying cost  64 @ 0.15 | 9.60 |
| | *Expense* - Postage  9 @ 0.60 | 5.40 |
| | *Expense* - service supplies | 16.00 |
| **Totals** | | **$3,983.64** |

**Total Fees & Disbursements**                                            $25,139.64

**Balance Due Now**
                                                                          $25,139.64