IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 9357 |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 9357**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for August 1, 2005 through August 31, 2005 filed on September 8, 2005. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than September 29, 2005. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

October 13, 2005               **WARREN H. SMITH & ASSOCIATES, P.C.**

                               By: _____
                                   Warren H. Smith
                                   State Bar No. 18757050

                               325 N. St. Paul Street, Suite 1275
                               Republic Center
                               Dallas, Texas 75201
                               (214) 698-3868
                               (214) 722-0081 (FAX)
                               **FEE AUDITOR**

WRGraceCNO0805.rtf