The Honorable Judith K. Fitzgerald     October 10, 2005
United States Bankruptcy Judge
United States District Court
For The District of Delaware

Dear Judge Fitzgerald,

    This letter is in regard to the Chapter 11 case No. 01-01139(JFK) Docket No.9315, W. R. Grace & Co.,et al., Debtors- your order of September 19, 2005.
    I object to W. R. Grace & Co., et al., Debtor,s attempt to reclassify, reduce, or disallow and expunge my claim and that of others as requested by the Fifteenth Omnibus Objection filed on September 1, 2005 with the United States Bankruptcy Court for the District of Delaware.
    It is my opinion that the Debtor is blatantly attempting to evade responsibility by legal manuevering, thus continuing and protracting the case to the nth degree. As I explained in detail in my letter of August 5, 2003, I have and am suffering a monetary loss because of the attic floor Zonalite insulation which has prevented me from adding several finished rooms in the attic space. The attic area is 25 feet by 60 feet with poured Zonalite 8 inches deep between the joists. I am submitting a photograph of the poured Zonalite insulation, which, by the way, is not the most effective compared to others available., such as fiberglass. I am afraid to disturb the Zonalite insulation so that my plans for adding several rooms in the attic space are not possible unless I can have the Zonalite insulation professionally removed. This has effectively lowered the value of my home since the addition of several rooms in the attic would have increased the value. Furthermore, in the likely event that I place my house up for sale, I am obligated to state the fact of the Zonalite insulation which may knock down the price or possibly prevent sale.
    The property is located at 10 Hillcrest Drive, Dallas, Pa. 18612 and is a bi-level 25feet by 60feet, with a full cellar and attic, containing 3 bedrooms, 2 bathrooms, Kitchen, dining room, living room. Both the attic and cellar are accessible by full staircases. There is a finished room in the cellar which doubles as office space and bedroom.
    Due to my fragile health and age (79), I am unable to present myself at the hearing. I am not represented by an attorney because I am on a fixed income and cannot afford one especially in the protracted legal situation.
    I ask only that a fair and equitable settlement be made for myself and others with the same Zonalite problem. Hopefully, the case will be settled before my 80th.

                        Sincerely,

P.S. I estimate professional removal of the Zonalite insulation to be between $5000.00 and $7500.00. Also enclosed is a photograph as mentioned above.

Aloys Joseph Baloga
10 Hillcrest Drive
Dallas, Pa. 18612-1206

Phone (570) 675-2604