IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2006

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled omnibus hearing dates and has established certain deadlines in the above-captioned chapter 11 cases consistent with the Court's Order Establishing Case Management Procedures and Hearing Schedule (Docket No. 1948). The omnibus hearing dates and certain deadlines for 2006 are set forth on the schedule attached hereto as Exhibit "A".

Dated: _____, 2005

                                                            The Honorable Judith K. Fitzgerald
                                                            United States Bankruptcy Judge

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit A

## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 30, 2006 at 12:00 p.m. [2] | 12/23/05 | 01/10/06 | 01/13/06 | 01/23/06 |
| February 21, 2006 at 12:00 p.m. | 01/17/06 | 02/03/06 | 02/07/06 | 02/14/06 |
| March 27, 2006 at 12:00 p.m. (18th Quarterly Fee Hearing) | 02/20/06 | 03/10/06 | 03/13/06 | 03/20/06 |
| April 17, 2006 at 12:00 p.m. | 03/13/06 | 03/31/06 | 04/03/06 | 04/10/06 |
| May 15, 2006 at 12:00 p.m. | 04/10/06 | 04/28/06 | 05/01/06 | 05/08/06 |
| June 19, 2006 at 12:00 p.m. (19th Quarterly Fee Hearing) | 05/15/06 | 06/02/06 | 06/05/06 | 06/12/06 |
| July 24, 2006 at 12:00 p.m. | 06/19/06 | 07/07/06 | 07/10/06 | 07/17/06 |
| August 21, 2006 at 12:00 p.m. | 07/17/06 | 08/04/06 | 08/07/06 | 08/14/06 |
| September 25, 2006 at 12:00 p.m. (20th Quarterly Fee Hearing) | 08/21/06 | 09/08/06 | 09/11/06 | 09/18/06 |
| October 23, 2006 at 12:00 p.m. | 09/18/06 | 10/06/06 | 10/09/06 | 10/16/06 |
| November 20, 2006 at 12:00 p.m. | 10/16/06 | 11/03/06 | 11/06/06 | 11/13/06 |
| December 18, 2006 at 12:00 p.m. (Check with Court for location) (21st Quarterly Fee Hearing) | 11/13/06 | 12/01/06 | 12/04/06 | 12/11/06 |

---

[2] The date for the January 23, 2006 hearing has changed to January 30, 2006.