IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **Related Docket No. 9314** |
| | ) | **Hearing Date: October 24, 2005, 12:00 noon** |
| | ) | **Agenda Item No. 10** |

### DEBTORS' MOTION FOR LEAVE TO FILE A STATUS REPORT AND REPLY WITH RESPECT TO THE FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

On September 1, 2005, the Debtors filed their *Fourteenth Omnibus Objection to Claims (Non-Substantive)* (the "14th Omnibus Objection), in which the Debtors asserted non-substantive objections to PD Claims[1] that were filed after the Bar Date and/or contained no supporting documentation.

Certain of the claimants whose claims were included in the 14th Omnibus Objection have filed responses or otherwise contacted the Debtors' concerning their claims. The Debtors have worked with these claimants in an attempt to resolve the Debtors objections to their claims, and the Debtors have reached resolutions with most of the claimants.

The Court is scheduled to hear the 14th Omnibus Objection at its hearing on October 24, 2005. The Debtors believe that it would be extremely helpful to the Court and other parties affected by the claims in the 14th Omnibus Objection to receive a status report concerning these claims. The Status Report and Reply attached as Exhibit A (i) identifies those claims that have

---

[1] Any capitalized terms not otherwise defined herein have the meanings given in the 14th Omnibus Objection.

1

been resolved, along with a description of the proposed agreed-upon treatment; and (ii) identifies and describes the status of claims where the claimant responded, but no agreement has been reached.

Wherefore, the Debtors request leave to file the *Debtors' Status Report and Reply with Respect to Claims Objected to in the Fourteenth Omnibus Objection*.

Wilmington, Delaware
Dated: October 14, 2005

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Michelle H. Browdy
Janet S. Baer
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*And*

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB, PC

_____
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

2

DOCS_DE:112326.1

**IT IS HEREBY ORDERED** that the Debtors are granted leave to file their Status Report and Reply with Respect to the Fourteenth Omnibus Objection to Claims (Non-Substantive), which will be heard at the October 24, 2005 hearing in these cases.

Wilmington, Delaware

Dated: October ___, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:112326.1