# EXHIBIT A

**Status Report and Reply for the Fourteenth Omnibus Objection**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 9314 |
| | ) | Hearing Date: October 24, 2005, 12:00 noon |
| | ) | Agenda Item No. 10 |

**DEBTORS' STATUS REPORT AND REPLY WITH RESPECT TO THE FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)**

On September 1, 2005, the Debtors filed their *Fourteenth Omnibus Objection to Claims (Non-Substantive)* (the "14th Omnibus Objection), in which the Debtors asserted non-substantive objections to PD Claims[1] that were filed after the Bar Date and/or contained no supporting documentation. All of the affected claimants have either filed responses or otherwise contacted the Debtors concerning their claims and the Debtors have worked with the claimants to resolve most of the claims.

By this Status Report and Reply, the Debtors (1) report the status of each of the claims included in the 14th Omnibus Objection (the chart attached as Exhibit 1 summarizes the status of each of these claims); (2) request the Court's authority to withdraw the lack of documentation objection to certain claims; (3) request the Court's authority to withdraw the objection and reclassify certain claims in accordance with the agreements between the Debtors and claimants;

---

[1] Any capitalized terms not otherwise defined herein have the meanings given in the 14th Omnibus Objection.

and (4) request entry of an order expunging and disallowing certain other claims as described herein.

1.  Claims For Which Documentation Has Been Supplied

For each of the claims addressed in the 14th Omnibus Objection filed by Thomas Lewis and Mark M. Kovacich with the Law Firm of Lewis, Slovak, & Kovacivh, P.C. ("Lewis Slovak"), the Debtors objected to the claims because the claim forms contained no supporting documentation. In response to the 14th Omnibus Objection, Lewis Slovak informed Debtors' counsel that the (1) claimants consented to the production and release of supporting documentation in the possession of the United States Environmental Protection Agency to the Debtors at the time the claims were submitted in March 2003 and (2) claimants supplied certain documents in response to Debtor's Second Omnibus Objection. The claimants also provided additional supporting documentation that was previously unavailable as part of their response. As a result, the Debtors will withdraw their objection as set forth in the 14th Omnibus Objection. This withdrawal, however, is without prejudice and the Debtors reserve their right to pursue the objections to the claims set forth in the Debtors' Fifteenth Omnibus Objection, also filed on September 1, 2005, or otherwise object on any grounds in the future upon proper notice and consistent with applicable law.

2.  Claims That Should be Reclassified as ZAI Claims

On behalf of the claimants addressed in the 14th Omnibus Objection represented by Darrell Scott of The Scott Law Group, Mr. Scott filed a formal response and communicated with Debtors counsel, indicating that the claims actually assert claims on account of Zonolite Attic Insulation ("ZAI") or similar products. The Bar Date did not apply to ZAI Claims, and to date, there has not been a bar date for this type of claim. Therefore, the Debtors have agreed to withdraw their objections and reclassify the claims as ZAI Claims. This withdrawal is without

prejudice and the Debtors have reserved the right to object to these claims on any ground in the future upon proper notice and consistent with applicable law. The Debtors also reserve the right to require the claimants to file their ZAI Claims on specialized ZAI Proof of Claim Forms in the event the Court so orders such specialized claim form.[2]

3.  Claims For Which Claimant Failed to Supply Any Supporting Documentation

The Debtors objected to Claim No. 1724 of William Wittenberg because the claim form failed to include any supporting documentation. Mr. Wittenberg submitted a handwritten response which states that his claim included a picture of the acoustical plaster for which his claim is based and, in any event, it is the *Debtors' responsibility* to have a claims agent perform an onsite investigation of Mr. Wittenberg's claim. To date, the Debtors have been unable to locate the picture referred to in Mr. Wittenberg's response. Further, the Debtors contest the remaining assertions of Mr. Wittenberg's response. However, the Debtors also objected to this claim in their Fifteenth Omnibus Objection and believe it would be most efficient for the Court to deal with these issues in the context of those proceedings. Therefore, the Debtors withdraw their objection to Claim No. 1724 in the 14th Omnibus Objection, without prejudice and reserve their right to pursue the objection to the claim set forth in the 15th Omnibus Objection, or otherwise object on any grounds in the future upon proper notice and applicable law.

Likewise, the Debtors objected to Claim No. 1413 of Edward Kerr because the claim form failed to include any supporting documentation. In response to the 14th Omnibus Objection, the claimant did not provide any supporting documentation, but, instead, stated that

---

[2] The Debtors also objected to claim 2128 of Thomas Compeau, a pro sec claimant. Mr. Compeau responded that he also has a ZAI Claim. As a result, the Debtors seek the same relief with respect to Mr. Compeau's claim as that requested with respect to the other ZAI Claims outlined herein.

his claim is based upon his belief that the value of his real estate has been diminished on account of Grace's asbestos containing materials. The claimants' belief is not a sufficient basis on which to sustain his claim. The claimant is required to provide documentation, as outlined on the claim form, to establish this his property in fact contains a Grace product and that he has suffered damages as a result of that Grace product. Claimant has failed to do so. Therefore, the Debtors request an order disallowing and expunging Claim No. 1413, with prejudice.

4.     Late-Filed Claim that Relates to Previously-Filed Claim

Claim No. 15310 of Macerich Fresno Limited Partnership was received by the Debtors' claims agent after the Bar Date and, therefore, the Debtors objected to this claim as being late-filed. In response to the 14th Omnibus Objection, the claimant's attorney contacted the Debtors and informed the Debtors that this claim is actually a supplement to Claim No. 12758, which was filed in a timely manner. Therefore, the Debtors have agreed to withdraw this objection to Claim No. 15310, consolidate the information with Claim No. 12758, expunge Claim No. 15310 and preserve all other objections to Claims 12758 and 15310, including those outlined in the Debtors' 15th Omnibus Objection.

**Conclusion**

For the reasons stated above and in the 14th Omnibus Objection, the Debtors request the Court enter the Order attached hereto as Exhibit 2 addressing the aforementioned claims in the manner described above.

Wilmington, Delaware
Dated: October 14, 2005

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Michelle H. Browdy
Janet S. Baer
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

*and*

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, PC

/s/ James E. O'Neill
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

5

DOCS_DE:112327.1

**EXHIBIT 1**

# 14th Omnibus Objection
## Status Chart

| Claim Number | Claimant | Counsel | Reason for Proposed Disallowance | Response | Docket Number(s) Response | Reply |
|---|---|---|---|---|---|---|
| 4711 | BRALEY, EUGENE ALFRED | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9591 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |
| 9674 | BUNDROCK, DANIEL | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9590 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |

| Claim Number | Claimant | Counsel | Reason for Proposed Disallowance | Response | Docket Number(s) of Response(s) | Reply |
|---|---|---|---|---|---|---|
| 2128 | CAMPEAU, THOMAS FRANCIS 11544 WEST COUNTY ROAD 612 FREDERIC, MI 49733 | Pro Se | No Supporting Documentation | Claimant has no ability to remove asbestos or get a sample taken. Not barred by statute of limitation or laches as a result of continuing exposure. Claimant seeks to compel debtor to remove and replace asbestos Zonolite attic insulation. ZAI Claim. | | Objection to be withdrawn and claim reclassified as ZAI claim. All rights reserved. |
| 13910 | CHRISTIANSEN, DAVID | Thomas Lewis Mark M. Kovacich Lewis, Slovak, & Kovacich, P.C. P.O. Box 2325 Great Falls, MT 59403 (406) 761-5595 | | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9576 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |
| 13911 | DRAKE, HEIDI MARIA | Thomas Lewis Mark M. Kovacich Lewis, Slovak, & Kovacich, P.C. P.O. Box 2325 Great Falls, MT 59403 (406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9589 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |

| Claim Number | Claimant | Counsel | Reason for Proposed Disallowance | Response | Docket Number re Response | Reply |
|---|---|---|---|---|---|---|
| 5557 | ERICKSON, RODNEY A | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9598 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |
| 5554 | FREEBURY, DANNY JAMES | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9588 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |
| 1413 | KERR, EDWARD B<br>1308 EVANGELINE<br>DEARBORN HEIGHTS, MI 48127 | No counsel specified | No Supporting Documentation | Claimant feels that he has diminished real estate value on home due to asbestos containing Grace products. | 9560 | Request objection be sustained and claim disallowed and expunged. |
| 15343 | KOSKI, EINO AND AILI | Darrell Scott<br>The Scott Law Group, P.S<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201<br>Scottgroup@mac.com<br>(509) 455-3966 | Late Filed Claims | ZAI claim. | 9603 | The parties have stipulated to the withdrawal of the objection and reclassification as a ZAI claim. All rights reserved. |

3

10768421_5.XLS

| Claim Number | Claimant | Counsel | Reason for Proposed Disallowance | Response | Docket Number of Response | Reply |
|---|---|---|---|---|---|---|
| 15344 | KWAS, DANIEL | Darrell Scott<br>The Scott Law Group, P.S<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201<br>Scottgroup@mac.com<br>(509) 455-3966 | Late Filed Claims | ZAI claim. | | The parties have stipulated to the withdrawal of the objection and reclassification as a ZAI claim. All rights reserved. |
| 13909 | LECKRONE, DEAN BRADFORD | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9603 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |
| 9662 | LEHNERT, ARNOLD | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9587 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |

| Claim Number | Claimant | Counsel | Reason for Proposed Disallowance | Response | Docket Number of Response | Reply |
|---|---|---|---|---|---|---|
| 15310 | MACERICH FRESNO LIMITED PARTNERSHIP | Whitney E. Street Pillsbury Winthrop 415-983-1792 whitney.street@ pillsburylaw.com | Late Filed Claims | This is an amendment of 12758 that provides more documentation. Not a new claim. | n/a | The parties have stipulated to withdrawal of 14th omni objection, but preserving all other objections and consolidating two claims. See claim #12758 and 15310 on 15th omni objection. |
| 9667 | MUNSEL, DONALD | Thomas Lewis Mark M. Kovacich Lewis, Slovak, & Kovacich, P.C. P.O. Box 2325 Great Falls, MT 59403 (406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9597 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |
| 9669 | NELSON, PETE O | Thomas Lewis Mark M. Kovacich Lewis, Slovak, & Kovacich, P.C. P.O. Box 2325 Great Falls, MT 59403 (406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9585 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |

| Claim Number | Claimant | Counsel | Reason for Proposed Disallowance | Response | Docket Number of Response | Reply |
|---|---|---|---|---|---|---|
| 9666 | ORR, HOWARD KING | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9584 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |
| 9657 | PARKER, MELVIN GEORGE | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9593 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |
| 9663 | ROY MCMILLAN PR OF ESTATE OF ROBERT MCMILLAN | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | No Supporting Documentation | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | 9586 | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |

| Claim Number | Claimant | Counsel | Reason for Proposed Disallowance | Response | Docket Number Response | Reply |
|---|---|---|---|---|---|---|
| 2560 | TAYLOR, EDDIE | Darrell Scott<br>The Scott Law Group, P.S<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201<br>Scottgroup@mac.com<br>(509) 455-3966 | No Supporting Documentation | ZAI claim. | | The parties have stipulated to the withdrawal of the objection and reclassification as a ZAI claim. All rights reserved. |
| | | | | | 9603 | |
| 9670 | WAGNER, JOHN FRANCIS | Thomas Lewis<br>Mark M. Kovacich<br>Lewis, Slovak, & Kovacich, P.C.<br>P.O. Box 2325<br>Great Falls, MT 59403<br>(406) 761-5595 | | Claimant consented to the production and release of supporting documentation in possession of the U.S. Environmental Protection Agency at the time of submission of claim in March 2003 and provided documentation in response to Debtors' Second Omnibus Objection to claims. | | 14th Omnibus Objection to be withdrawn without prejudice. 15th Omnibus Objection to be pursued. All rights reserved. |
| | | | | | 9594 | |
| 1724 | WITTENBERG, WILLIAM R<br>6110 PANORAMA DR NE<br>TACOMA, WA 98422 | Pro Se | No Supporting Documentation | Claimant feels that it is Grace's responsibility to have a claim agent perform an onsite review of his claim. Says pictures he sent and his knowledge (only) should be enough. | 9472 | Also on the 15th omni. Withdraw 14th and address as part of 15th. All rights reserved. |
| 15345 | WORDEN, GLADWIN | Darrell Scott<br>The Scott Law Group, P.S<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201<br>Scottgroup@mac.com<br>(509) 455-3966 | Late Filed Claims | ZAI claim. | 9603 | The parties have stipulated to the withdrawal of the objection and reclassification as a ZAI claim. All rights reserved. |

7

**EXHIBIT 2**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket No.9314 and 10/24/05 Agenda Item |
| | ) No. 10 |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

Upon the Fourteenth Omnibus Objection to Claims (the "Fourteenth Omnibus Objection")[2] filed by the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain Claims; and no previous application having been made; and upon consideration of the Fourteenth Omnibus Objection and all responses thereto; and due and proper notice of the Fourteenth Omnibus Objection having been given, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Fourteenth Omnibus Objection.

ORDERED that, except as hereinafter stated, the relief sought in the Fourteenth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto; and it is further

ORDERED that the Objection to each of the No Supporting Documentation Claims filed by Thomas Lewis and Mark M. Kovacich of the law firm of Lewis, Slovak, & Kovacich, P. C. listed on <u>Exhibit A</u> to this Order is withdrawn. This withdrawal is without prejudice and the Debtors retain their right to pursue their objections to such claims set forth in the Debtors' Fifteenth Omnibus Objection or otherwise object upon any other grounds in the future upon proper notice and consistent with applicable law.; and it is further

ORDERED that the Objection to each of the Claims listed on <u>Exhibit B</u> to this Order which relate to Zonolite Attic Insulation or similar products ("ZAI") is withdrawn and the claims are reclassified as ZAI Claims. This withdrawal is without prejudice and the Debtors retain their right to object to the claims listed on <u>Exhibit B</u> on any ground in the future upon proper notice and consistent with applicable law. The Debtors also retain the right to require the claimants listed on <u>Exhibit B</u> to file their ZAI Claims on specialized ZAI Proof of Claim Forms in the event the Court so orders such specialized claim form; and it is further

ORDERED that the Objection to Claim No. 1724 filed by William Wittenberg is withdrawn. This withdrawal is without prejudice and the Debtors retain their right to pursue their objections to such claims set forth in the Debtors' Fifteenth Omnibus Objection or otherwise object upon any other grounds in the future upon proper notice and consistent with applicable law; and it is further

ORDERED that the Objection to Claim No. 15310 of Macerich Fresno Limited Partnership is withdrawn, Claim No. 15310 is consolidated with Claim No. 12758 and separate Claim No. 15310 is expunged. This withdrawal is without prejudice and the Debtors retain their

2

rights to pursue their objections to Claims 15310 and 12758, as consolidated, as set forth in the Debtors' Fifteenth Omnibus Objection, or otherwise object upon any other grounds in the future upon proper notice and consistent with applicable law.; and it is further

ORDERED that the Objection to Claim No. 1413 of Edward Kerr on the basis of No Supporting Documentation is sustained and Claim No. 1413 is expunged and disallowed; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: October __, 2005

                                                Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge

## Exhibit A

Claims filed by Thomas Lewis and Mark M. Kovacich.

| Claim No. | Claimant Name | Relief Requested |
|---|---|---|
| 4711 | Braley, Eugene Alfred | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9674 | Bundrock, Daniel | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 13910 | Christiansen, David | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 13911 | Drake, Heidi Maria | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 5557 | Erickson, Rodney A. | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 5554 | Freebury, Danny James | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 13909 | Leckrone, Dean Bradford | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9662 | Lehnert, Arnold | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9667 | Munsel, Donald | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9669 | Nelson, Pete O. | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9666 | Orr, Howard King | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9657 | Parker, Melvin George | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9663 | Roy McMillan PR of Estate of Robert McMillan | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |
| 9670 | Wagner, John Francis | Withdraw objection without prejudice. See 15th Omnibus Objection. All rights reserved. |

## Exhibit B

Claims relating to Zonolite Attic Insulation and similar products.

| Claim No. | Claimant Name | Relief Requested |
|---|---|---|
| 2128 | Campeau, Thomas Francis | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 15343 | Koski, Eino and Aili | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 15344 | Kwas, Daniel | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 2560 | Taylor, Eddie | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |
| 15345 | Worden, Gladwin | Withdraw Objection without prejudice. Reclassify as ZAI Claim. All rights reserved. |