## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | [Related to Docket No. 9382, 9604, |
|  | ) | 9605, 9606 and 9610] |
|  | ) |  |

## JOINDER IN RESPONSES AND OBJECTIONS IN OPPOSITION TO DEBTORS' EMERGENCY MOTION FOR LEAVE TO TAKE DISCOVERY OF CLAIMANTS' ATTORNEYS

Foster and Sear, LLP ("Foster") by and through their undersigned attorneys, hereby respectfully states as follows in response to Grace's Emergency Motion for Leave to Take Discovery of Claimants' Attorneys (the "Motion") (Docket No. 9382):

1.    Grace's Motion is a pretext.   Grace asserts that this far-reaching discovery is necessary for estimation, but the fact is, with regard to Foster's clients, Foster has not filed so-called silica "re-tread" cases.  Moreover, Foster was not involved in the Texas silica multidistrict litigation (In re Silica Products Liability Litigation, MDL No. 1553 S.D. Tex.) (the "Texas Silica MDL") and is not mentioned in Judge Jack's opinion, 2005 WL 1593936 (S.D. Tex.).  There is simply no basis whatsoever on which Foster is named in the Motion.

2.    In lieu of burdening this Court with repetitive legal argument, Foster hereby joins in the previously submitted responses and objections as follows (collectively, the "Responses"):

---

[1] Debtors are referred to herein collectively as the "Debtor" or "Grace."

{10007682.DOC}

a.     Response and Objection of Reaud, Morgan & Quinn, Inc. in Opposition to Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys [Docket No. 9604];

b.     Response of Baron & Budd, PC in Opposition to Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys [Docket No. 9605];

c.     Response of Silber Pearlman, LLP in Opposition to Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys [Docket No. 9606]; and

d.     Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys [Docket No. 9610].

3.     By way of conclusion, Foster states, as set forth in the Responses, the proposed questionnaire is baseless and improper. Moreover, in spite of being named as one of the law firms in footnote 1 of the Grace Motion as meeting the "criteria" unilaterally established by the debtors for full-blown discovery, Foster, in fact, meets none of the asserted criteria. Foster has not filed silica "retreads" against Grace and was not mentioned in Judge Jacks opinion, nor could it have been as Foster is not involved in the Texas MDL.

WHEREFORE, Foster prays that the Court enter its order denying Grace's Motion, and for such other and further relief to which Movants are entitled.

Dated: October 17, 2005                    Scott Wert
                                           Foster & Sear, LLP
                                           524 East Lamar Blvd., Suite 200
                                           Arlington, Texas 76011
                                           Telephone: (817) 633-3355
                                           E-mail: swert@fostersear.com

                                           -AND-

{10007682.DOC}

-2-

Kathleen M. Miller (ID no. 2898)
Etta R. Wolfe (ID no. 4164)
**SMITH, KATZENSTEIN &**
**FURLOW, LLP**
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899 (Courier 19801)
Telephone:  (302) 652-8400
Facsimile:  (302) 654-8405
E-mail:  KMM@skfdelaware.com

**ATTORNEYS FOR FOSTER & SEAR, LLP**

{10007682.DOC}

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **17th** day of **October, 2005**, a copy of the foregoing *Joinder in Responses and Objections in Opposition to Debtors' Emergency Motion for Leave to Take Discovery of Claimants' Attorneys* was served by facsimile on the following parties:

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Facsimile: 212-806-6006

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246
Facsimile: 657-4901

Janet S. Baer, Esquire
Christian J. Lane, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Facsimile: 312-861-2200

David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Facsimile: 652-4400

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Facsimile: 212-715-8000

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Facsimile: 305-374-7593

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
Facsimile: 575-1714

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Facsimile: 212-644-6755

Marla Eskin, Esquire
Campbell & Levine LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Facsimile: 426-9947

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, DE 19899-1397
Facsimile: 552-4220

Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
Facsimile: 202-424-7643

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Facsimile: 655-4210

Office of the United States Trustee
Attn: David Klauder
844 King Street
Wilmington, DE 19801
Facsimile: 573-6497

Etta R. Wolfe (ID No. 4164)