**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**August 2005**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended August 31, 2005**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 18.0 | $ 11,142.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 11.0 | $ 4,950.00 |
| Sandra Blum | Audit Partner | 20 | Integrated Audit | $816.00 | 0.3 | $ 244.80 |
| Lawrence Dodyk | Audit Partner | 23 | Integrated Audit | $849.00 | 2.0 | $ 1,698.00 |
| David Cook | Audit Partner | 23 | Integrated Audit | $815.00 | 1.0 | $ 815.00 |
| Christopher Ocasal | Audit Partner | 13 | Integrated Audit | $425.00 | 1.0 | $ 425.00 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $520.00 | 1.0 | $ 520.00 |
| Gregory Lubkin | Director | 9 | Integrated Audit | $332.00 | 4.0 | $ 1,328.00 |
| Kevin C McGonigle | Audit Senior Manager | 10 | Integrated Audit | $619.00 | 4.3 | $ 2,661.70 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $342.00 | 12.1 | $ 4,138.20 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 21.5 | $ 7,632.50 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $225.00 | 4.0 | $ 900.00 |
| Sandra David | Audit Manager | 7 | Integrated Audit | $269.00 | 0.5 | $ 134.50 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $184.00 | 111.2 | $ 20,460.80 |
| Yuan Helen Deng | Audit Senior Associate | <3 | Integrated Audit | $203.00 | 20.0 | $ 4,060.00 |
| Francois C Barnard | Audit Senior Associate | 7 | Integrated Audit | $191.00 | 3.0 | $ 573.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $171.00 |  | $ 25,735.50 |

{10007467.DOC}

| Name | Title | | Project | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| | | | | | 150.5 | |
| **Lynda Keorlet** | **Audit Associate** | 1 | **Integrated Audit** | $106.00 | 72.9 | $ 7,727.40 |
| **Erica Margolius** | **Audit Associate** | 1 | **Integrated Audit** | $106.00 | 157.5 | $ 16,695.00 |
| **Michael McDonnell** | **Audit Associate** | 3 | **Integrated Audit** | $138.00 | 1.0 | $ 138.00 |
| | | **TOTAL** | | | 596.8 | $ 111,979.40 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Total Cost of Tracking Time Billed to Grace**         $ 882.00
**Total Hours Spent Tracking Time**                            9.0

{10007467.DOC}

**Summary of PwC's Fees By Project Category:**
**August 2005**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 9.0 | 882.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- | | |

{10007467.DOC}

| Expenses | | |
|---|---|---|
| **24-Other** | | |
| **25-Accounting/Auditing** | **596.8** | **$111,979.40** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **605.80** | **$112,861.40** |

## Expense Summary
## August 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$769.35** |
| **Lodging** | **N/A** | **$514.77** |
| **Sundry** | **N/A** | **$0.00** |
| **Business Meals** | **N/A** | **$34.09** |
| **TOTAL:** | | **$1318.21** |