# EXHIBIT - A

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended August 31, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $619.00 | 18.0 | $ 11,142.00 |
| Peter Woolf | Tax Partner | 25 | Integrated Audit | $450.00 | 11.0 | $ 4,950.00 |
| Sandra Blum | Audit Partner | 20 | Integrated Audit | $816.00 | 0.3 | $ 244.80 |
| Lawrence Dodyk | Audit Partner | 23 | Integrated Audit | $849.00 | 2.0 | $ 1,698.00 |
| David Cook | Audit Partner | 23 | Integrated Audit | $815.00 | 1.0 | $ 815.00 |
| Christopher Ocasal | Audit Partner | 13 | Integrated Audit | $425.00 | 1.0 | $ 425.00 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $520.00 | 1.0 | $ 520.00 |
| Gregory Lubkin | Director | 9 | Integrated Audit | $332.00 | 4.0 | $ 1,328.00 |
| Kevin C McGonigle | Audit Senior Manager | 10 | Integrated Audit | $619.00 | 4.3 | $ 2,661.70 |
| John E Newstead | Audit Senior Manager | 10+ | Integrated Audit | $342.00 | 12.1 | $ 4,138.20 |
| David C Lloyd | Audit Senior Manager | 14 | Integrated Audit | $355.00 | 21.5 | $ 7,632.50 |
| Jody Beth Underhill | Tax Senior Manager | 20 | Integrated Audit | $225.00 | 4.0 | $ 900.00 |
| Sandra David | Audit Manager | 7 | Integrated Audit | $269.00 | 0.5 | $ 134.50 |
| Ryan Grady | Audit Manager | 4 | Integrated Audit | $184.00 | 111.2 | $ 20,460.80 |
| Yuan Helen Deng | Audit Senior Associate | <3 | Integrated Audit | $203.00 | 20.0 | $ 4,060.00 |
| Francois C Barnard | Audit Senior Associate | 7 | Integrated Audit | $191.00 | 3.0 | $ 573.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $171.00 | 150.5 | $ 25,735.50 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $106.00 | 72.9 | $ 7,727.40 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $106.00 | 157.5 | $ 16,695.00 |
| Michael McDonnell | Audit Associate | 3 | Integrated Audit | $138.00 | 1.0 | $ 138.00 |
| | | TOTAL | | | 596.8 | $ 111,979.40 |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/8/2005 | 0.5 | Attend audit committee telephone meeting |
| | 2.5 | Review quarterly review file |
| 8/16/2005 | 2.7 | Integrated audit planning meeting with J Newstead, D Lloyd and R Grady (PwC) |
| 8/19/2005 | 0.3 | Review fraud risk assessment grid |
| 8/23/2005 | 1.0 | Discuss acquisition liability questions with B Tarola, M Brown, B Dockman (Grace) and R Grady (PwC) |
| 8/25/2005 | 0.6 | Read background material for Dupont liability issue |
| | 0.5 | Discuss Dupont liability issue with R Keehan (PwC) |
| | 0.4 | Draft memo of inquiry to Accounting Consulting Services for Dupont liability issue |
| | 0.3 | Discuss Dupont liability issue with B Tarola (Grace) |
| | 1.7 | Read Research & Analysis Group analysis of Grace for planning purposes |
| | 0.6 | Read background documents related to Dupont liability issue |
| 8/26/2005 | 0.6 | Discuss Dupont liability issue with R Grady (PwC) |
| | 0.8 | Read background information related to Dupont liability issue |
| | 0.5 | Read issue memo for Dupont liability issue |
| 8/29/2005 | 0.3 | Discuss Dupont liability issue with B Tarola (Grace) |
| | 0.7 | Discuss Dupont liability issue with R Grady (PwC) |
| 8/30/2005 | 0.6 | Discuss Dupont liability issue with K McGonigle, J Crease, D Lloyd and R Grady (PwC) |
| | 0.4 | Read background material for Dupont liability issue |
| | 0.5 | Travel to Grace - billed at 50% of total time incurred |
| 8/31/2005 | 0.7 | Discuss Dupont liability issue with B Tarola, B Dockman, M Brown (Grace) and R Grady (PwC) |
| | 0.9 | Discuss Dupont liability issue with R Grady (PwC) |
| | 0.5 | Discuss Dupont liability issue with L Dodyk and K McGonigle (PwC) |
| | 0.1 | Inquire of R Bromark (PwC) about recollection of Dupont acquisition |
| | 0.2 | Inquire of L Farmer (PwC) about recollection of Dupont acquisition |
| | 0.1 | Inquire of J Natt (PwC) about recollection of Dupont acquisition |

**18.0** Total Grace Financial Statement Audit Charged Hours

**18.0** Total Hours

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name: Peter Woolf

| 8/1/2005 | 1.0 | Tax accrual quarterly-review file |
| 8/18/2005 | 1.0 | Discuss file content and quarterly with Jody,time analysis |
| 8/22/2005 | 1.0 | Discussions relating to dividend repatriation and accounting issues with client |
| 8/24/2005 | 2.0 | Discussions with client and WNTS re the div repatriation rules and also EU hld co-FAS 52 |
| 8/25/2005 | 1.0 | Disc re holding co with PwC and with client |
|  | 3.0 | Disc with WNTS re div repat,disc with client, conf call with client and WNTS re repat rules and issues and effect on statements |
| 8/26/2005 | 1.0 | Follow up on issues re hld co and div repat with PwC and audit team |
| 8/30/2005 | 1.0 | Purchase acct issues. Review memo |
|  | **11.0** | **Total Grace Financial Statement Audit Charged Hours** |
|  | **11.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name: Sandra Blum

| 8/31/2005 | 0.3 | Discuss accounting matter with Larry Docyk (PwC) |
|-----------|-----|--------------------------------------------------|
|           | 0.3 | Total Grace Financial Statement Audit Charged Hours |
|           | 0.3 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Lawrence Dodyk**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 8/31/2005 | 0.3 | Discuss accounting matter with S Blum (PwC) |
| | 0.5 | Discuss accounting matter with K McGonigle and B Bishop (PwC) |
| | 1.0 | Discuss accounting matter with D Cook (PwC) |
| | 0.2 | Research accounting issue |
| | **2.0** | **Total Grace Financial Statement Audit Charged Hours** |
| | **2.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name: David Cook

| 8/31/2005 | 1.0 | Discussion with Larry Dodyk (PwC) regarding dupont/Ludox accounting treatment |
| | 1.0 | Total Grace Financial Statement Audit Charged Hours |
| | 1.0 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Christopher Ocasal**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/29/2005 | 1.0 | Review fact pattern around Dupont/Grace liability issue |
| | **1.0** | **Total Grace Financial Statement Audit Charged Hours** |
| | **1.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name: Lisa Slotznick

| 8/26/2005 | 1.0 | Prepared data request for information needed for review of self-insurance accruals. |
| | 1.0 | Total Grace Financial Statement Audit Charged Hours |
| | 1.0 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name: Gregory Lubkin

| 8/25/2005 | 1.5 | Discuss & analyze section 965 issues.  Draft follow-up communication reflecting analysis discussed. |
| 8/26/2005 | 2.5 | Discuss & analyze section 965 issues.  Draft follow-up communication reflecting analysis discussed. |
| | 4.0 | Total Grace Financial Statement Audit Charged Hours |
| | 4.0 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

Name: Kevin C McGonigle

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/30/2005 | 0.5 | Time incurred is for recent consultation J Crease, D Lloyd, R Grady and B Bishop (PwC) on an accounting issue dealing with purchase accounting and contingent consideration relating to a transaction that occurred in year 2000. |
| 8/31/2005 | 0.5 | Discuss Dupont liability issue with L Dodyk and B Bishop (PwC) |
| | 3.0 | Researching the issue and having discussions in the national office with Pauk Kepple |
| | **4.0** | Total Grace Financial Statement Audit Charged Hours |
| | **4.0** | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

Name: John Newstead

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/2/2005 | 2.0 | Peparation for and meeting with  R Grady (PwC) |
| | 0.5 | Emails |
| 8/15/2005 | 1.0 | Review of IT approach and scope |
| 8/16/2005 | 1.0 | PwC Team Meeting B Bishop, R Grady (PwC) |
| | 1.6 | Preparation for and meeting with B Bishop  R Grady (PwC) |
| | 1.9 | Documentation and database structure review |
| 8/17/2005 | 1.1 | IT considerations related to control of data bases |
| 8/19/2005 | 1.0 | Emails and scoping documentation review related to applications |
| 8/26/2005 | 0.5 | Discussions with R Grady (PwC) and check list prep of project issues |
| 8/30/2005 | 0.7 | Review of news updates and project control |
| | 0.8 | Resources planning and reallocation |

|  | 12.1 | Total Grace Financial Statement Audit Charged Hours |
|--|------|----------------------------------------------------|

|  | 12.1 | Total Hours |
|--|------|-------------|

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: David Lloyd** | | |
| 8/1/2005 | 0.8 | Review Form 10-Q draft. |
| 8/2/2005 | 0.5 | Call with B Eydt (PwC SEC Reviewer) to review his comments on the Form 10-Q draft. |
| | 1.0 | Meeting with M Brown (Grace) and R Grady (PwC) to discuss SEC Reviewer comments on the Form 10-Q draft. |
| | 0.5 | Review of Owensboro memo and MyClient file for the quarterly review. |
| 8/3/2005 | 0.7 | Review Owensboro issue. |
| 8/5/2005 | 0.5 | Prepare response to Bob Eydt's comments on the Form 10-Q draft. |
| 8/16/2005 | 2.7 | Meeting with B Bishop (PwC), R Grady (PwC) and J Newstead (PwC) to discuss planning for the 2005 audit. |
| 8/17/2005 | 2.0 | Meeting with R Grady (PwC) to discuss planning for the 2005 audit. |
| 8/19/2005 | 4.0 | Review internal control testing at the Curtis Bay plant. |
| 8/22/2005 | 1.5 | Review draft of international instructions and provide comments to R Grady (PwC) |
| 8/24/2005 | 0.5 | Review FAS 52 memo on Ireland Holding Company issue and provide comments to R Grady (PwC) |
| 8/25/2005 | 0.5 | Review documentation on LUDOX issue. |
| 8/27/2005 | 1.0 | Review original agreements related to LUDOX transaction including the Asset Purchase Agreement, Licensing Agreement, etc. |
| 8/29/2005 | 2.5 | Review agreements and consultation memo related to the LUDOX transaction. |
| 8/30/2005 | 1.3 | Review of memo and other documentation on LUDOX transaction and related purchase accounting issue. |
| | 0.5 | Call with K McGonigle (PwC), B Bishop and R Grady (PwC) to discuss LUDOX transaction and related purchase accounting issue. |
| 8/31/2005 | 1.0 | Research on LUDOX issue.  Telephone calls with B Bishop and R Grady (PwC) to discuss LUDOX purchase accounting issue. |
| | **21.5** | Total Grace Financial Statement Audit Charged Hours |
| | **21.5** | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Tax
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name:  Jody Beth Underhill

TAX TIME INCURRED

| Date | Hours | |
|------|-------|---|
| 8/1/2005 | 0.5 | Follow up review of second quarter provision. |
| 8/3/2005 | 1.0 | Follow up review of second quarter provision including sign-off of 10Q. |
| 8/8/2005 | 0.5 | Finalize database requirements related to second quarter provision. |
| 8/25/2005 | 2.0 | Review materials from Ryan Grady regarding 2005 provision planning for both domestic and international as well as 404 internal control testing. |
| | **4.0** | Total Grace Tax Charged Hours |
| | **4.0** | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Tax
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name: Sandra David**

**Audit Hours**

| | | |
|---|---|---|
| 8/24/2005 | 0.5 | Call with Michael Brown and Ryan Grady regarding Darex Puerto Rico fees |
| | 0.5 | Total Grace Tax Charged Hours |
| | 0.5 | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:** Yuan Helen Deng

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/23/2005 | 3.0 | Review and Classify SAP Application Controls |
| | 2.0 | Review and Classify SAP Application Controls |
| | 3.0 | Review and Classify SAP Application Controls |
| | 2.0 | Review and Classify SAP Application Controls |
| 8/24/2005 | 2.0 | Review and Classify SAP Application Controls |
| | 3.0 | Review and Classify SAP Application Controls |
| | 2.0 | Review and Classify SAP Application Controls |
| 8/25/2005 | 2.0 | Review and Classify SAP Application Controls |
| | 1.0 | Review and Classify SAP Application Controls |
| | **20.0** | Total Grace Financial Statement Audit Charged Hours |
| | **20.0** | Total Grace Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

Name: Ryan Grady

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 8/1/2005 | 2.5 | Read updated draft 10-Q and provide commentary to Grace management |
| | 1.5 | Review disclosure checklist and compare to draft 10-Q |
| 8/2/2005 | 1.8 | Review analysis of core operating costs |
| | 1.8 | Review anlaysis of Long Term Incentive Plan accruals |
| | 0.9 | Review database - Performance Chemicals section |
| 8/3/2005 | 1.2 | Research accounting for business combinations |
| 8/4/2005 | 1.5 | Prepare current 404 status summary for review by senior engagement personnel |
| | 1.2 | Prepare current 404 status summary for review by senior engagement personnel |
| | 2.0 | Analyze current project status including staffing and make changes needed |
| | 0.8 | Summarize project status points in email for distribution to team |
| 8/8/2005 | 0.4 | Review PwC audit guidance on scoping for integrated audits |
| | 2.5 | Prepare summary memo outlining the current year audit approach, including locations and processes scoped in for testing |
| | 1.6 | Continue to work on summary noted above |
| 8/9/2005 | 3.0 | Research accounting for discontinued operations and asset impairments (SFAS 144) |
| 8/10/2005 | 2.2 | Document scoping section of MyClient database |
| | 2.1 | Document scoping section of MyClient database |
| | 0.5 | Research PwC Audit - scoping process for integrated audit |
| | 2.1 | Document scoping section of MyClient database |
| 8/15/2005 | 2.5 | Curtis Bay preliminary walkthrough meeting with B. Heuser, J. Boyd, S. Davis, D. Klein (Grace) of Hydroprocessing and FCC at Curtis Bay plant |
| | 2.0 | Document notes from meeting with Curtis Bay personnel |
| | 2.5 | Curtis Bay preliminary walkthrough meeting with D. Kiskis and I. Chow (Grace) of Polyolefins and Molecular Seives at Curtis Bay plant |
| | 1.3 | Document notes from meeting with Curtis Bay personnel |
| | 1.1 | Review guidance for required documentation and review documentation in light of that guidance |
| | 0.9 | Review preliminary completed walkthrough writeup |
| 8/16/2005 | 2.1 | Prepare for integrated audit planning meeting |
| | 2.7 | Integrated audit planning meeting with J Newstead, D Lloyd and B Bishop (PwC) |
| 8/17/2005 | 1.2 | Prepare for update meeting with D Lloyd (PwC) |
| | 2.0 | Meeting with D Lloyd (PwC) to discuss planning for the 2005 audit. |
| | 1.1 | Document meeting results for inclusion in file |
| | 1.5 | Review updated project plan in light of changes to schedule |
| | 1.0 | Update project summary based on changes |
| | 1.5 | Update scoping documentation in MyClient file, including planned changes to approach and project plan updates |
| 8/18/2005 | 1.2 | Continue work on planning section of MyClient database, including risk assessment and materiality analysis |
| | 1.5 | Continue work on planning section of MyClient database, including risk assessment and materiality analysis |
| | 0.5 | Continue work on planning section of MyClient database, including risk assessment and materiality analysis |
| 8/19/2005 | 1.2 | Review documentation for Curtis Bay controls testing |
| | 0.8 | Discuss with David Lloyd, M Afuang and Erica Margolius (all PwC) updates for the site visit |
| | 0.7 | Review documentation for Curtis Bay controls testing |
| | 0.5 | Research PwC Audit guide for guidance on testing of internal controls |
| | 1.5 | Review documentation for Curtis Bay controls testing |
| | 0.6 | Document review of controls testing |
| 8/22/2005 | 2.8 | Research accounting for insurance claims and recoveries (FIN 39) |
| | 1.2 | Review prior year memo for review of self-insured risks |

| | | |
|---|---|---|
| | 1.0 | Prepare summary bullet points for insurance review planning call |
| | 0.8 | Prepare summary review planning call |
| | 2.4 | Update scoping and planning documentation - review updated audit comfort matrix and business analysis framework |
| | 0.9 | Research PwC audit guide for guidance on audit comfort matrix requirements |
| 8/23/2005 | 1.8 | Review and research accounting for business combinations |
| | 1.0 | Prepare for meeting with Grace regarding LUDOX acquisition made in the prior year |
| | 1.0 | Discuss acquisition liability questions with B Tarola, M Brown, B Dockman (Grace) and B Bishop (PwC) |
| | 2.1 | Further research into SFAS 141, Business Combinations |
| 8/24/2005 | 1.6 | Research PwC Accounting and Reporting Manual (ARM) for costs associated with business combinations |
| | 1.2 | Review prior year memo documenting conclusions on accounting for LUDOX acquisition |
| | 1.5 | Review other prior year files for documentation of LUDOX matter |
| 8/25/2005 | 0.8 | Prepare summary for team planning call |
| | 1.0 | Planning meeting with M Afuang, Pamela Reinhardt and Lauren Misler (all PwC) |
| | 1.1 | Update project summary and analyze staffing resources going forward |
| | 2.0 | Continue work on scoping and planning sections of database |
| | 1.9 | Continue work on scoping and planning sections of database |
| 8/26/2005 | 0.6 | Discuss LUDOX issue with B Bishop (PwC) |
| | 1.2 | Further research into SFAS 144 and PwC ARM relating to LUDOX issue |
| | 0.7 | Further research into SFAS 144 and PwC ARM relating to LUDOX issue |
| 8/29/2005 | 0.7 | Discuss LUDOX issue with B Bishop (PwC) |
| | 2.8 | Compile materiality analysis (estimated) for LUDOX issue |
| | 2.5 | Draft memo for ACS consultation with Kevin McGonigle (PwC) |
| | 1.3 | Update memo for consultation on LUDOX matter |
| | 1.0 | Update memo for consultation on LUDOX matter |
| 8/30/2005 | 0.6 | Discuss LUDOX liability issue with K McGonigle, J Crease, D Lloyd and B Bishop (PwC) |
| | 0.8 | Discuss LUDOX matter with M Brown (Grace) |
| | 1.2 | Further research into LUDOX matter - dataline 95-5 |
| | 0.8 | Make requested revisions to memo re: LUDOX matter |
| | 2.0 | Update planning/scoping sections of database |
| | 1.9 | Update planning/scoping sections of database |
| 8/31/2005 | 0.7 | Discuss LUDOX issue with B Tarola, B Dockman, M Brown (Grace) and B Bishop (PwC) |
| | 0.9 | Discuss LUDOX liability issue with B Bishop (PwC) |
| | 1.1 | Research accounting for asset impairments |
| | 0.4 | Research accounting for asset impairments |
| | 2.4 | Research accounting for severance accruals |
| | **111.2** | **Total Grace Financial Statement Audit Charged Hours** |
| | **111.2** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

Name:  Francois Barnard

| 8/3/2005 | 3.0 | Performing an initial design review on key IT controls provided to PwC. |
| | 3.0 | Total Grace Financial Statement Audit Charged Hours |
| | 3.0 | Total Grace Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Maria Afuang**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/1/2005 | 0.8 | Review latest draft of 10Q |
| | 0.5 | Discuss with Tom Finlay (Grace) regarding generation of journal entries |
| | 1.2 | Work on the SEC Reviewer's comments on the Q |
| | 0.6 | Discuss with Anita DiCicco (Grace) regarding Ryan's comments on the Q |
| | 1.3 | Prepare tie out of Divestment Reserves |
| | | Discuss with Salena Anderson (Grace) supporting documents and other questions for Divestment |
| | 0.7 | Reserves |
| | 1.2 | Complete Divestment Reserves step in the database |
| | 1.2 | Summarize audit committee minutes |
| | 0.5 | Discuss with Anita DiCicco (Grace) regarding pending corporate items |
| 8/2/2005 | 0.8 | Discuss with Anita DiCicco (Grace) regarding cashflow-other accruals and non cash items |
| | 1.0 | Review draft of lawyer's certification |
| | 3.1 | Tie out of Pension Footnote |
| | 1.2 | Answer and complete coaching notes in the database |
| | 1.3 | Review open items in the database and prepare outstanding items list |
| 8/3/2005 | 2.2 | Tie out of Pension Footnote |
| | 1.2 | Discussion with John Reilley (Grace) regarding journal entries for the journal entry testing |
| | 0.6 | Discussion with Karen Blood (Grace) regarding pension |
| 8/4/2005 | 1.7 | Complete documentation of pension step in the database |
| | 1.6 | Complete other severance charges step in the database |
| | 1.1 | Complete coaching note in the database |
| | 0.8 | Discuss with Anita DiCicco (Grace) corporate journal entries |
| | 1.9 | Document journal entry testing |
| | 0.4 | Update open items list |
| 8/5/2005 | 0.5 | Discuss with Michael Brown (Grace) regarding outstanding items |
| | 1.4 | Update Intercal step in the database |
| | | Review memo prepared by client regarding the updates on Financial Statements Disclosure |
| | 1.1 | Checklist and update step in the database |
| | 1.5 | Complete disclosure checklist step in the database |
| | 1.6 | Review steps in database regarding incentive compensation |
| | 1.9 | Complete SAP to SOAR testing |
| 8/8/2005 | 1.4 | Update and review steps in the database |
| | 0.4 | Discuss with Michael Brown (Grace) questions on SAP to SOAR testing |
| | 1.2 | Review and print the reports and letters for Bill Bishop's (PwC) signature |
| | 1.9 | Complete SAP to SOAR testing - North America |
| | 1.6 | Finalize analytical procedures in the database |
| | 1.5 | Tie out of edgarized version of 10Q |
| 8/9/2005 | 3.0 | Discussion with Ryan Grady and Erica Margolius (both PwC) for 404 testing |
| | 0.6 | Ready the database for archiving |
| | 1.2 | Review of risk control matrices to be used for 404 testing |
| | 3.2 | Prepare risk control matrices spreadsheet |
| 8/10/2005 | 2.9 | Review of last year's database on 404 testing |
| | 0.5 | Tele conversation with Ken Greeley for logistics on Curtis Bay testing |
| | 1.2 | Obtain from the Grace portal Visio Flowcharts |
| | 1.9 | Preparing excel spreadsheets for 404 testing |
| 8/11/2005 | 2.4 | Review Visio Flowcharts |
| | 5.6 | Preparing excel spreadsheets for 404 testing |
| 8/12/2005 | 2.4 | Review risk control matrices |
| | 2.2 | Review internal audit documentation in Grace portal |
| | 2.9 | Revise and complete risk control matrix-Inventory management-Centralized |
| 8/15/2005 | 1.8 | Review Visio Flowcharts |
| | 1.0 | Meeting with Hydro and FCC client contacts |
| | 1.5 | Meeting with Poly and Silicas client contacts |
| | 0.5 | Meeting with Ken Greeley (Grace Plant controller) |

| | | |
|---|---|---|
| | 2.0 | Documentation of the walkthrough performed |
| | 0.8 | Set up of additonal meetings |
| 8/16/2005 | 1.3 | Meet with Bill McMahon (Grace) for initial walkthrough |
| | 3.5 | Document walkthrough - inventory management centralized |
| | 2.2 | Document and review testing made for inventory management centralized |
| | 1.0 | Prepare listing of items needed for the testing |
| 8/17/2005 | 1.5 | Discuss with John Hunter (Grace) relating to Procurement process with Erica Margolius (PwC) |
| | 3.4 | Document walkthrough - procurement |
| | 1.0 | Document test plan - procurement |
| | 2.1 | Summarize time reporting for the month of July 2005 |
| 8/18/2005 | 1.0 | Meet with Bill McMahon (Grace) relating to walkthrough documents |
| | 0.5 | Meet with Jeff Mullen (Grace) relating to test plan documents |
| | 1.6 | Meet with I-Peng Chow (Grace) relating to walkthrough documents |
| | 2.8 | Document walkthrough |
| | 0.8 | Set up plant tour with Ken and other additional follow up meetings |
| | 0.5 | Discuss with Ken (Grace) docuements needed for inventroy management-centralized |
| 8/19/2005 | 3.4 | Document walkthrough |
| | 0.5 | Discuss with I-Peng Chow (Grace) outstanding items with Poly |
| | 1.0 | Plant tour with Ken Greeley (Grace) and PwC |
| | 0.8 | Discuss with David Lloyd, Ryan Grady and Erica Margolius (all PwC) updates for the site visit |
| | 1.2 | Discuss with Bill McMahon (Grace) follow up questions and other documents needed |
| | 0.5 | List the open items and discuss with Plant Controller |
| 8/22/2005 | 4.0 | Testing of Inventory Management-Centralized in Curtis Bay |
| | 1.0 | Summarize August time reporting (partial) |
| | 0.6 | Review PBC list-Elkridge |
| | 0.5 | Arrange meeting and send PBC list to Mark LeBelle (Grace) |
| | 1.9 | Review test plans in Grace portal |
| 8/23/2005 | 0.6 | Discuss with Mark LeBelle (Grace) walkthroughs and testing in Elkridge |
| | 2.2 | Do planning steps for the year end audit |
| | 3.5 | Document testing for Inventory-Centralized |
| | 1.7 | Review database v master data base |
| 8/24/2005 | 0.6 | Discuss with Ken Greeley (Grace) outstanding items for Curtis Bay |
| | 4.0 | Document Polyolefin walkthrough |
| | 1.8 | Complete documentation for Procurement Centralized |
| | 1.6 | Prepare exceptions report for testing done in Curtis Bay |
| 8/25/2005 | 0.6 | Schedule meetings with John Reilley, Linda Anton and Richard Cleary (all Grace) |
| | 1.5 | Discuss with Richard Cleary regarding Order Status Reports |
| | 1.5 | Review portal relating to testing on shipments |
| | 1.8 | Walkthrough with Billie Gardner for revenue deferrals |
| | 1.0 | Planning meeting with Ryan Grady, Pamela Reinhardt and Lauren Misler (all PwC) |
| | 0.9 | Prepare Q2 database for wrap up |
| | 0.7 | Discuss with John Reilley regarding revenue deferrals |
| 8/26/2005 | 1.2 | Testing on revenue deferrals |
| | 6.2 | Documentatin of walkthrough and testing of revenue deferrals |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/18/2005 | 2.2 | Review 12/31/2004 WR Grace Integrated Audit files for reference |
| | | Compare MyClient file with the newly issued US Integrated Audit General, beginning to document |
| 8/19/2005 | 3.4 | changes |
| | 1.5 | Review 12/31/2004 WR Grace Integrated Audit files for reference |
| 8/23/2005 | 0.9 | Read Grace 2004 Annual Report for reference & reviewing prior year workpapers |
| | 0.3 | Tour of Columbia, MD office & meeting client contacts |
| 8/26/2005 | 0.2 | Prepare & fax notes on My Client Planning & Scoping changes to Ryan Grady (PwC) |
| | | Reviewing MyClient functions to begin the process of updating steps, finished Client Acceptance |
| | 2.0 | & Continuance section |
| | | Updating My Client to 2005 Master Data, section 1300 - Risk Identification -reading section & |
| 8/29/2005 | 2.0 | updating work performed |
| | 2.0 | Updating My Client to 2005 Master Data, sections 1400 - 1800 in planning & scoping |
| | 0.3 | Composing email to Ryan Grady (PwC) updating him on my MyClient work progress & issues |
| | | Updating My Client to 2005 Master Data, section 125 Independence - reading section & updating |
| | 1.5 | work performed |
| | | Finish up Planning & Scoping section with final review & reinserting all coaching notes & critical |
| | 1.9 | matters |
| | | Updating My Client to 2005 Master Data, section 1900 on Planning - reading section & updating |
| | 1.8 | work performed |
| | | Updating My Client to 2005 Master Data, beginning formatting the processes divided by business |
| 8/31/2005 | 3.5 | unit, completing Revenue & Receivables |
| | | Updating My Client to 2005 Master Data, reading through the section & updating for work |
| | 1.5 | completed - Company Level Controls section |
| | **25.0** | Total Grace Audit Charged Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 8/1/2005 | 0.3 | Clear out replication conflicts in the 2005 Q2 database |
| | 2.5 | Tie out Draft 3 of the second quarter 10Q |
| | 2.5 | Tie out Draft 3 of the second quarter 10Q |
| | 2.1 | Tie out Draft 3 of the second quarter 10Q |
| | 0.6 | Meet with K. Blood (Grace) to discuss outstanding questions regarding the second quarter 10Q |
| 8/2/2005 | 1.2 | Review GEMS (independence database) heirarchy and DUNS validation process for update requirements for W. R. Grace as mandated by the PwC independence compliance group |
| | 0.2 | Email B. Bishop (PwC) concerning outlook for Grace validation in GEMS database |
| | 4.5 | Tie out second quarter 10Q |
| | 0.4 | Meet with K. Blood (Grace) to discuss outstanding questions regarding the second quarter 10Q |
| | 1.7 | Tie out second quarter 10Q |
| | 0.5 | Update understanding of Statement of Cash Flows for movement of line items from Working Capital to Other from meeting with M. Brown (Grace) |
| 8/3/2005 | 0.2 | Email R. Grady (PwC) about outstanding tax numbers in the second quarter 10Q for tie-out by PwC tax team |
| | 0.6 | Update open items list and email to J. Afuang (PwC) concerning the second quarter 10Q |
| | 0.3 | Meet with R. Lapidario (Grace) to ask about possible change in interest % from LIBOR to interest per the plan of reorganization |
| | 0.3 | Meet with S. Hawkins (Grace) to discuss outstanding items in 10Q which still need support |
| | 3.8 | Tie out Second Quarter 10Q |
| | 0.3 | Meet with K. Blood (Grace) to discuss outstanding questions regarding the second quarter 10Q |
| | 1.7 | Tie out Second Quarter 10Q |
| | 0.9 | Meet with A. DiCicco (Grace) to discuss open item in Statement of Cash Flows; update documentation on statement to reflect changes |
| 8/4/2005 | 3.6 | Tie out Draft 4 of the second quarter 10Q |
| | 0.6 | Meet with M. Brown (Grace) to discuss volume/price/translation chart in 10Q and discrepancy between support and Grace Scorecard |
| | 2.5 | Tie out Draft 4 of the second quarter 10Q |
| | 1.6 | Obtain updated volume/price/translation chart for 10Q and tie out new support |
| | 0.4 | Update open items list and email to J. Afuang (PwC) concerning the second quarter 10Q |
| 8/5/2005 | 0.8 | Review disclosure committee minutes for information about Core operating costs; update documentation and mark step as complete |
| | 4.0 | Continue to tie out second quarter 10Q |
| | 1.0 | Meet with K. Blood (Grace) to discuss outstanding questions regarding the second quarter 10Q |
| | 3.2 | Continue to tie out second quarter 10Q |
| 8/8/2005 | 0.2 | Email R. Grady (PwC) step in recycle bin about GPC plant shutdown in Owensboro, Kentucky |
| | 3.4 | Tie out final draft of 10Q |
| | 2.4 | Review Edgar version for discrepencies between Edgar and Word versions of Second Quarter 10Q. Also read for content. |
| | 0.3 | Meet with K. Blood (Grace) to discuss discrepency between Edgar version and Microsoft word version |
| | 0.4 | Begin and complete documentation in step "Review interim financial information" and mark step as complete |
| | 1.2 | Organize external binders for the Second Quarter 10Q |
| 8/9/2005 | 0.2 | Turn in First quarter 10Q binders to filing staff to be archived |
| | 2.3 | Meet with R. Grady and J. Afuang (PwC) to discuss upcoming 404 testing in Curtis Bay and testing methodology |
| | 0.6 | Review walkthrough documentation and matrices from other clients as reference to create matrices and walkthrough documentation for upcoming Grace 404 visits |
| | 3.0 | Begin to create 404 matrices for Curtis Bay processes |
| | 0.9 | Review reliance by location document sent by R. Grady (PwC) and update matrices with information concerning max number of controls PwC is able to rely on Internal Audit testing |
| | 1.0 | Continue to reformat matrices for Curtis Bay 404 testing |
| 8/10/2005 | 1.7 | Update Hydroprocessing Inventory matrix for Curtis Bay |

|  |  |  |
|---|---|---|
|  | 1.2 | Update Hydroprocessing Inventory Matrix with information from the protivit portal |
|  | 2.0 | Update Polyolefins Inventory matrix for Curits Bay 404 testing |
|  | 1.5 | Update Polyolefins Inventory Matrix with information from the protivit portal |
|  | 1.3 | Compare controls listed in matrices for controls listed in the portal for variances. Inquire about lack of Customer Returns with S. Landers (Grace). Update matrices to reflect ommission of customer returns. |
|  | 2.0 | Review reports run by Internal Audit for Curtis Bay testing, update matrices to reflect reports needed to be run for PBC list. |
| 8/11/2005 | 0.5 | Meeting with S. Landers and G. Demory (Grace) to discuss upcoming Curtis Bay 404 testing |
|  | 1.8 | Update Silicas Inventory matrix for Curits Bay 404 testing |
|  | 1.0 | Update Silicas Inventory Matrix with information from the protivit portal |
|  | 0.4 | Review PwC audit guidance and methodology concerning number of items to test depending on frequency of control |
|  | 1.0 | Create preliminary 404 testing plan for Silicas, including what to rely on internal audit, what SPA will test, and what PwC 404 team will test |
|  | 1.0 | Create preliminary 404 testing plan for Hydroprocessing, including what to rely on internal audit, what SPA will test, and what PwC 404 team will test |
|  | 1.0 | Create preliminary 404 testing plan for FCC, including what to rely on internal audit, what SPA will test, and what PwC 404 team will test |
|  | 1.0 | Create preliminary 404 testing plan for Polyolefins, including what to rely on internal audit, what SPA will test, and what PwC 404 team will test |
|  | 0.2 | Email updated matrices to Protivit portal |
|  | 0.4 | Print out update matrices for meeting with R. Grady and J. Afuang (Grace) |
|  | 0.6 | Review testing plans with J. Afuang and R. Grady (PwC) and update for any changes made to plan from meetings |
| 8/12/2005 | 2.6 | Run report in SAP for all goods issues for Polyolefins and Silicas, Cracking Catalysts, and Hydroprocessing locations at Curtis Bay plants |
|  | 2.0 | Run report in SAP for all goods issues for Cracking Catalysts and Hydroprocessing locations at Curtis Bay plants |
|  | 1.5 | Make selections for Polyolefins Goods issues for 404 testing |
|  | 0.2 | Email J. Afuang (PwC) Polyolefins selections |
|  | 1.1 | Create and email J. Afuang (PwC) a preliminary 404 Provided by Client (PBC) list |
|  | 1.5 | Research whether Emerson Process Management Power & Water Solutions has any affiliation to WR Grace for independence requirements. Email B. Bishop (PwC) conclusions from research performed. |
| 8/15/2005 | 2.5 | Curtis Bay preliminary walkthrough meeting with B. Heuser, J. Boyd, S. Davis, D. Klein (Grace) of Hydroprocessing and FCC at Curtis Bay plant |
|  | 0.9 | Make copies of flowcharts from Protivit portal for preliminary walkthrough meeting with Polyolefins and Molecular Seives |
|  | 2.5 | Curtis Bay preliminary walkthrough meeting with D. Kiskis and I. Chow (Grace) of Polyolefins and Molecular Seives at Curtis Bay plant |
|  | 0.4 | Create a list of Curtis Bay Contacts and email to J. Afuang and R. Grady (PwC) |
|  | 0.6 | Email L. Keorlet (PwC) with a list of items to review to become familiar with WR Grace to be prepared to work on the engagement |
|  | 1.2 | Continue to update walkthrough documentation with information from initial meetings |
| 8/16/2005 | 0.8 | Review flow chart and initial walkthrough documentation for Hydroprocessing before meeting with S. Davis and J. Trently (Grace) in Hydroprocessing |
|  | 1.1 | Meet with J. Trently (Grace) in Hydroprocessing to perform walkthrough of Goods Receipts and Goods Issues |
|  | 0.6 | Meet with S. Burroughs (Grace) to discuss Hydroprocessing recording production process |
|  | 1.0 | Meet with S. Davis (Grace) to discuss Hydroprocessing inventory process, including blind inventory counts, excel update, and adjustments entered into SAP |
|  | 4.3 | Work on documentation of walkthrough for Hydroprocessing inventory at Curtis Bay |
|  | 0.2 | Email updated walkthrough worksheet with documentation to R. Grady and J. Afuang (PwC) for review |
| 8/17/2005 | 1.0 | Review flow chart and initial walkthrough documentation for Procurement Process before meeting with J. Hunter (Grace) |
|  | 0.8 | Meet with J. Hunter (Grace) in Procurement for walkthrough of procurement process |
|  | 0.3 | Email G. Demory (Grace) with updated controls testing matrices and test planning documents for Curtis Bay location |
|  | 2.6 | Meet with A. Jordan (Grace) to go over walkthrough documents for FCC and discuss PBC list for controls testing documents |
|  | 3.3 | Continue to update understanding of processes in walkthrough documentation for FCC |
|  | 1.1 | Continue to update understanding of processes in walkthrough documentation for Hydroprocessing |
| 8/18/2005 | 0.3 | Email S. Davis (Grace) in Hydroprocessing the PBC (provided by Client) list to verify that PwC will obtain testing items |
|  | 0.6 | Conference call with B. Heuser and S. Davis (Grace) to discuss PBC list, specifically the ZDFC report and order status reports |

| | | |
|---|---|---|
| | 0.4 | Set up meeting with D. Kiskis (Grace) in Microsieves product line at Curtis Bay for 8/19. |
| | 1.2 | Continue to update walkthrough documentation for Hydroprocessing, Silicas, and FCC |
| **8/19/2005** | 0.3 | Set up meeting with M. LeBelle (Grace) at Elkridge for testing of controls at warehouse |
| | 0.6 | Meet with S. Burroughs (Grace) to obtain testing documents for Hydroprocessing |
| | | Meet with D. Kiskis (Grace) for walkthrough of Microsieves process and to obtain documents for |
| | 1.6 | controls testing |
| | 0.7 | Meet with D. Mullen (Grace) to discuss goods receipt process |
| | 1.3 | Meet with D. Mullen (Grace) to discuss goods issue process |
| | | Meet with D. Mullen (Grace) to discuss production recording process, including quality control |
| | 0.9 | review and update in SAP |
| | 0.3 | Email R. Grady, D. Lloyd, J. Afuang (PwC) with updated matrices for group review |
| | 0.5 | Status meeting with R. Grady, D. Lloyd, J. Afuang (PwC) |
| | 1.5 | Go on plant tour with K. Greeley (Grace), included with discussion of Grace operations |
| | 0.7 | Create open items list and email to J. Afuang (PwC) |
| | 1.2 | Continue to update walkthrough documentation |
| | | Email C. Seitz (Grace) to go over outstanding items for Silicas and to set up meeting for the |
| | 0.3 | following week. |
| **8/22/2005** | 0.4 | Email R. Grady (PwC) about status update and day's schedule |
| | | Prepare Elkridge PBC (Prepared by Client) list and email to J. Afuang (PwC) to be emailed on to |
| | 1.0 | M. LeBelle (Grace) |
| | 0.3 | Look up directions to Elkridge and email to J. Afuang and L. Keorlet (PwC) |
| | 0.7 | Phone call with M. LeBelle to discuss logistics of upcoming 404 work at Elkridge |
| | 2.7 | Continue to update walkthrough documentation |
| | 1.6 | Begin performing controls testing; review testing performed in the Protivit portal for guidance |
| | | Meet with C. Seitz (Grace) in Curtis Bay to discuss process at Silicas and comparison with |
| **8/23/2005** | 0.9 | Molecular Seives |
| | 0.4 | Review the Physical Inventory testing process with L. Keorlet for Fluid Cracking Catalysts. |
| | 2.5 | Perform testing of goods issued as Curtis Bay Silicas |
| | 0.3 | Meet with I. Chow to obtain outstanding items for Polyolefins testing |
| | | Meet with D. Kiskis (Grace) to discuss outstanding items for Molecular Seives testing, including |
| | 0.6 | blind inventory counts |
| | | Meet with D. Mullen (Grace) over possibility of obtaining two months worth of blind inventory |
| | 0.4 | counts for molecular seives |
| | | Meet with S. Burroughs (Grace) in Hydroprocessing to obtain outstanding items for |
| | 0.7 | hydroprocessing 404 testing |
| | 1.7 | Update matrices with information obtained and results from testing |
| | 0.5 | Update open items list for Curtis Bay 404 testing |
| **8/24/2005** | 2.0 | Perform testing on FCC goods issues using support obtained from A. Jordan (Grace). |
| | | Perform testing on control 7.6.1 (perform inventory observation) for Hydroprocessing, Silicas, and |
| | 0.5 | FCC. Update documentation. |
| | | Perform testing on control 7.4.6 for notation of review of material variances. Update |
| | 0.6 | documentation. |
| | | Organize supporting documents obtained for Silicas, Hydroprocessing, and FCC; put into external |
| | 1.0 | workpaper binders. Orgnize controls testing documents for each of the three product lines. |
| | 0.7 | Perform testing on ZDFC (open Purchase Order review) reports for Hydroprocessing and FCC |
| | | Review PwC audit guide for guidance concerning reperformance for testing inventory observation |
| | 0.6 | process |
| **8/25/2005** | 0.9 | Meet with M. LeBelle (Grace) in Elkridge to discuss goods receipt and goods issued processes |
| | 1.3 | Walkthrough a goods receipt and goods issue transaction with administrative staff at Elkridge |
| | 1.0 | Update documentation of walkthrough understanding |
| | 3.0 | Perform goods issue testing for Hydroprocessing |
| | | Send out reminders to those people who have not yet filled out their Grace independence |
| | 0.6 | confirmations for the 2005 audit |
| | 0.2 | Email A. Bowker (PwC) about the date of the initial independence confirmation notification |
| | | Email S. Landers (Grace) to set up a time to discuss upcoming Lake Charles Sarbanes Oxley |
| | 0.2 | testing trip |
| | | Email Jo (PwC) updated walkthrough documentation for FCC, Hydro, and Silicas which includes |
| | 0.2 | Elkridge process |
| | | Email updated Lake Charles matrices to L. Keorlet (PwC) to update with work performed by |
| **8/26/2005** | 0.1 | internal audit using the PwC portal |
| | 0.3 | Call with S. Landers (Grace) to discuss upcoming Lake Charles 404 audit |
| | | Phone call with A. Jordan (Grace) at Curtis Bay to discuss FCC exceptions and outstanding |
| | 0.6 | questions involving 404 testing and walkthroughs |
| | | Review in SAP outstanding items noted for FCC; recalculate dry weight of goods using lab results |
| | 1.0 | written on the bill of ladings; update documentation |

| | | |
|---|---|---|
| | | Phone call with A. Jordan (Grace) as follow up to first call to discuss SAP shutdown during February inventory observation; discuss email sent by A. Jordan (Grace) outlining internal audit's |
| | 0.5 | response to exceptions noted |
| | | Meet with T. Smith and B. Kelly (Grace) to discuss shipping terms of a goods issued for |
| | 0.5 | Hydroprocessing selection. |
| | | Create and email a list of outstanding items and exceptions noted for 404 testing for Curtis Bay at |
| | 1.0 | day's end |
| | | Email L. Breaux (Grace) to schedule a call to discuss logistics for the upcoming 404 visit to Lake |
| | 0.4 | Charles |
| | 0.6 | Review reports run by internal audit for Lake Charles 404 testing, prepared by L. Keorlet (Grace). |
| | | Walk L. Keorlet (PwC) through process of creating goods issued reports using SAP. Download site description of Lake Charles plant from Protivit portal so that L. Keorlet can run goods issued |
| | 0.5 | reports in order to make selection. |
| | 1.0 | Continue to update documentation for controls testing and walkthroughs. |
| | | Email L. Keorlet (PwC) about finding accomodations for Lake Charles 404 visit. Perform a little |
| 8/31/2005 | 0.2 | research on availability. |

|  |   |
|---|---|
| 157.5 | **Total Grace Financial Statement Audit Charged Hours** |
| 157.5 | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
Month ended August 31, 2005

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Michael McDonnell**

**Audit Hours**

| 8/1/2005 | 1.0 | Researching flux in the operating income, sec reviewer comment |
|----------|-----|----------------------------------------------------------------|
|          | 1.0 | Total Grace Darex Puerto Rico Charged Hours |
|          | 1.0 | Total Hours |