# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the Month Ended August 31, 2005

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| John Newstead | Sarbanes | 7/18/05 | $ 112.00 | | | | Taxi - home to airport |
| | | 7/21/05 | | $ 514.77 | | | Hotel in Frankfurt |
| David Lloyd | Audit | 8/17/05 | $ 6.48 | | | | Mileage to W. R. Grace Columbia for meeting with R Grady (PwC) on audit planning. |
| | Audit | 8/17/05 | | | | $ 34.09 | Lunch at Luna del Sea. D Lloyd and R Grady (PwC) discussed audit planning |
| | Audit | 8/19/05 | $ 12.15 | | | | Roundtrip mileage to Curtis Bay to review internal control audit testing. |
| Erica Margolius | Audit | 8/1/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 8/2/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 8/3/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 8/4/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 8/5/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 8/8/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 8/11/05 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 8/15/05 | $ 24.30 | | | | Mileage in excess of normal commute to Curtis Bay (89.2-29.2 miles * $.405/mile) |
| Lynda Keorlet | Audit | 8/22/2005 | $ 25.92 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Audit | 8/23/2005 | $ 25.92 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Audit | 8/24/2005 | $ 25.92 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Audit | 8/25/2005 | $ 29.16 | | | | Mileage in excess of normal commute : to Elkridge then Columbia then home (94-22 miles * $.405/mile) |
| | Audit | 8/26/2005 | $ 25.92 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Audit | 8/29/2005 | $ 25.92 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | Audit | 8/30/2005 | $ 25.92 | | | | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| Maria Afuang | Audit | 8/1/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| | Audit | 8/2/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| | Audit | 8/3/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| | Audit | 8/4/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| | Audit | 8/5/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| | Audit | 8/8/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| | Audit | 8/9/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| | Audit | 8/10/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| | Audit | 8/11/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| | Audit | 8/12/05 | $ 8.10 | | | | Mileage in excess of normal commute ((52-32)*.405) |
| Ryan Grady | Audit | 8/1/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/2/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/4/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/8/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/10/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/16/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/15/05 | $ 24.30 | | | | Mileage to/from home/client (43 less 13 base each way) |
| | Audit | 8/17/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/19/05 | $ 24.30 | | | | Mileage to/from home/client (43 less 13 base each way) |
| | Audit | 8/22/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/23/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/24/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/25/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/29/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/30/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| | Audit | 8/31/05 | $ 12.96 | | | | Mileage to/from home/client (29 less 13 base each way) |
| Francois Barnard | Sarbanes | 9/2/05 | $ 30.78 | | | | Travel to client for meeting with Barb and IT personnel |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 1,318.21 | $ 769.35 | $ 514.77 | $  - | $ 34.09 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended August 31, 2005

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| John Newstead | 7/18/05 | Audit Senior Manager | $ 112.00 | Taxi - home to airport |
| | 7/21/05 | Audit Senior Manager | $ 514.77 | Hotel in Frankfurt |
| | | | $ 626.77 | |
| David Lloyd | 7/11/05 | Audit Senior Manager | $ 6.48 | Mileage to W. R. Grace Columbia for meeting with R Grady (PwC) on audit planning. |
| | 7/12/05 | Audit Senior Manager | $ 34.09 | Lunch at Luna del Sea. D Lloyd and R Grady (PwC) discussed audit planning. |
| | 7/13/05 | Audit Senior Manager | $ 12.15 | Roundtrip mileage to Curtis Bay to review internal control audit testing. |
| | | | $ 52.72 | |
| Erica Margolius | 8/1/05 | Audit Associate | $ 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | 8/2/05 | Audit Associate | $ 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | 8/3/05 | Audit Associate | $ 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | 8/4/05 | Audit Associate | $ 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | 8/5/05 | Audit Associate | $ 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | 8/8/05 | Audit Associate | $ 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | 8/11/05 | Audit Associate | $ 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | 8/15/05 | Audit Associate | $ 24.30 | Mileage in excess of normal commute to Curtis Bay (89.2-29.2 miles * $.405/min) |
| | | | $ 112.22 | |
| Lynda Keorlet | 8/22/2005 | Audit Associate | $ 25.92 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 8/23/2005 | Audit Associate | $ 25.92 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 8/24/2005 | Audit Associate | $ 25.92 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 8/25/2005 | Audit Associate | $ 29.16 | Mileage in excess of normal commute to Elkridge then Columbia then home (94-22 miles * $.405/mile) |
| | 8/26/2005 | Audit Associate | $ 25.92 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 8/29/2005 | Audit Associate | $ 25.92 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | 8/30/2005 | Audit Associate | $ 25.92 | Mileage in excess of normal commute (86-22 miles * $.405/mile) |
| | | | $ 184.68 | |
| Maria Afuang | 8/1/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | 8/2/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | 8/3/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | 8/4/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | 8/5/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | 8/8/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | 8/9/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | 8/10/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | 8/11/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | 8/12/05 | Audit Senior Associate | $ 8.10 | Mileage in excess of normal commute ((52-32)*.405) |
| | | | $ 81.00 | |
| Ryan Grady | 8/1/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/2/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/4/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/8/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/10/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/16/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 5/15/05 | Audit Manager | $ 24.30 | Mileage to/from home/client (43 less 13 base each way) |
| | 8/17/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/19/05 | Audit Manager | $ 24.30 | Mileage to/from home/client (43 less 13 base each way) |
| | 8/22/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/23/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/24/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/25/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/29/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/30/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | 8/31/05 | Audit Manager | $ 12.96 | Mileage to/from home/client (29 less 13 base each way) |
| | | | $ 230.04 | |
| Francois Barnard | 9/2/05 | | $ 30.78 | Travel to client for meeting with Barb and IT personnel |
| | | | $ 30.78 | |
| | | Grand Total | $ 1,318.21 | |

WR Grace and Co.
Fee Application Preparation
Month ended August 31, 2005

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Allison Reeder** | | | | |
| 8/4/2005 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 196.00 |
| 8/5/2005 | 0.5 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 49.00 |
| 8/8/2005 | 1.5 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 147.00 |
| 8/10/2005 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 196.00 |
| 8/16/2005 | 2.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 196.00 |
| 8/23/2005 | 1.0 | Prepare fee application for submission to bankruptcy courts | $ 98.00 | $ 98.00 |
| | 9.0 | Total Grace Time Tracking Charged Hours | | $ 882.00 |
| **Totals** | 9.0 | | | $ 882.00 |