IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 9302 |
| | ) | |

DEBTORS' FACT AND EXPERT WITNESS DISCLOSURE
FOR ASBESTOS PD ESTIMATION PHASE I

In accordance with paragraph 8 of this Court's August 29, 2005 Case Management Order for the Estimation of Asbestos Property Damage Liabilities (the "PD Estimation CMO"), Docket No. 9302, the Debtors hereby identify the following fact and/or expert witnesses who are expected to testify in Estimation Phase I to address either or both of two issues: (i) that certain methodologies for determining exposure to asbestos fail to comply with Rule 702 of the Federal Rules of Evidence (specifically, the use of surface dust sampling to assess asbestos inhalation risk (the "Methodology Issue")), and (ii) that all claims asserted on or after a certain date are subject to a statute of limitations defense triggered by constructive notice (the "Constructive Notice Issue").

    A.    **The Methodology Issue:** The following 4 individuals are expected to be called to testify as expert witnesses. No fact witnesses are currently expected to be called affirmatively to testify on this *Daubert*-specific issue.

        1.    **Roger Morse, AIA.** Under separate cover, Roger Morse has submitted an expert report entitled "ASTM Microvacuuming Dust Sampling Methods."

        2.    **Richard J. Lee, Ph.D.** Under separate cover, Dr. Lee has submitted an expert report entitled "Limitations of Dust Sampling Methodology."

3. **Morton Corn, Ph.D.** Under separate cover, Dr. Corn has submitted an expert report entitled "Settled Dust: What Is It and Is It Relevant to Assessment of Asbestos Inhalation Risk?"

4. **William G. Hughson, M.D.** Dr. Hughson has submitted an expert report under separate cover.

B. **The Constructive Notice Issue:** The following 2 individuals are currently expected to be called to testify as both fact and expert witnesses.

1. **Roger Morse, AIA.** Under separate cover, Roger Morse has submitted an expert report entitled "Summary of Information Available to Building Owners and Managers About Asbestos In Buildings, 1970-1995."

2. **Morton Corn, Ph.D.** Dr. Corn is an environmental health engineer and industrial hygienist. He holds a Ph.D. in industrial hygiene from Harvard University and is a professor emeritus in the Department of Environmental Health Sciences at Johns Hopkins University. Between October 1975 and January 1977, he served as Assistant Secretary of Labor for Occupational Safety and Health. In that capacity, he served as head of the Occupational Safety and Health Administration (OSHA). He has received many awards during his career, including the Cummings Award, which is given once a year by the American Industrial Hygiene Association for the most outstanding contribution in the field of industrial hygiene. Dr. Corn may testify as a fact and expert witness about the issue of constructive notice based upon his experiences with the historical standards, policies, and regulations applicable to asbestos and asbestos-containing products over time. Dr. Corn has previously disclosed his views in this area in his April 7, 2003 ZAI expert report, "Addressing Potential Health Concerns Associated With Inhalation of Zonolite Attic Insulation" at Section VI, "Relevant Lessons Learned from the U.S. Asbestos-Containing Materials In Schools and Buildings Experience, 1979-1991." He may also address the historical information described in Section IV.A of Roger Morse's Report entitled "Summary of Information Available to Building Owners and Managers About Asbestos In Buildings, 1970-1995," including the historical Government Regulations, Guidance Documents and Studies described therein.

91100-001\DOCS_DE:112372.1

| | |
|---|---|
| Wilmington, Delaware<br>Dated: October 17, 2005 | Respectfully submitted,<br><br>KIRKLAND & ELLIS LLP<br>David M. Bernick, P.C.<br>Michelle H. Browdy<br>Janet S. Baer<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2000<br><br>*And*<br><br>PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, PC<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (#2436)<br>James E. O'Neill. (Bar #4042)<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br><br>Co-Counsel for the Debtors and Debtors in Possession |

91100-001\DOCS_DE:112372.1