# Report
**Of**
# Roger G. Morse AIA

# On

# Summary of Information Available to Building Owners and Managers About Asbestos in Buildings, 1970-1995

**October 17, 2005**



**Morse Zehnter Associates**
Architecture, Planning and Environmental Consulting

504 Snake Hill Road • Poestenkill, New York 12140

(518) 283-7671   Fax: (518) 283-9855      www.mzaconsulting.com
Email: rgmorse@mzaconsulting.com

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## Table of Contents

I.    Introduction                                                                 Page    4

II.   Qualifications                                                               Page    9

III.  Summary of Information Available to Building Owners and
      Managers About Asbestos in Buildings                          Page  12

IV.   Availability of Information                                          Page  21

A.  Government Regulations, Guidance Documents, and Studies      Page  22
    1.  Federal Regulations:  Federal Register
    2.  Documents: EPA Articles
    3.  Other Government Regulations and Guidance Documents

B.  Journals relating to Building Owners & Managers – Public and
Commercial                                                                        Page  31
    1.  Skylines Magazine by Building Owners and Managers Association
        (BOMA) International
    2.  NAC Monitor by National Advisory Council of BOMA International
        Newsletter
    3.  BOMA Congressional Network
    4.  Real Estate Review
    5.  Real Estate Appraiser and Analyst
    6.  Real Estate Finance
    7.  Real Estate Issues
    8.  Journal of Property Finance
    9.  Real Estate Today
    10. Journal of Property Management
    11. Buildings Magazine
    12. Building Research and  Information
    13. Building Design & Construction
    14. Progress Magazine
    15. Services Magazine
    16. Alliance Magazine

C.  Journals relating to Buildings –Schools and the Educational
Community                                                                         Page  66
    1.  CEFP (Council of Educational Facility Planners) Journal
    2.  The American School Board Journal
    3.  School Business Affairs Magazine
    4.  American Educator
    5.  American Education Finance Association
    6.  American School & University
    7.  Journal of Law & Education

**Information Available to Building Owners and Managers About Asbestos in Buildings**

    8.  GAO (General Accountability Office)
    9.  The Chronicle of Higher Education
    10. National Clearinghouse for Educational Facilities (NCEF)

D.  Journals relating to Architecture & Construction         Page  75
    1.  The Construction Specifier
    2.  Engineering News Record
    3.  Progressive Architecture
    4.  AIA (American Institute of Architects) Journal
    5.  Architectural Record
    6.  Architecture
    7.  Resources for the Future
    8.  Sweets Catalog
    9.  Litigation Research Group
    10. ECON Environmental Contractor Magazine
    11. Walls & Ceilings Magazine
    12. Public Works
    13. Constructor Magazine
    14. Materials & Design Magazine

E.  Popular Press         Page  91
    1.  Newspapers
        a.  The New York Times (New York / New Jersey / National)
        b.  The Washington Post (Washington D.C / National)
        c.  The Chicago Sun Times (Chicago, IL),
        d.  The Houston Chronicle (Houston, TX)
        e.  The Dallas Morning News (Dallas, TX)
        f.  The Los Angeles Times (Los Angeles, CA)
        g.  The Oregonian (Portland, OR)
        h.  The Oklahoman (Oklahoma City, OK)
        i.  The Times Picayune (New Orleans, LA)
        j.  The Phoenix New Times (Phoenix, AZ)
        k.  The Valley Morning Star (Harlingen, TX)
        l.  The Arkansas Democrat Gazette (AR)
    2.  General and Business magazines
        a.  Time Magazine
        b.  The New Yorker Magazine
    3.  Books

F.  Other Publications         Page 121
    1.  Professional Trade Group Documentation
    2.  Environmental Information Association Publications
    3.  Union Newsletters/Publications

Appendix A:  Curriculum Vitae of Roger G. Morse, A.I.A.     Page 132
Appendix B:  List of Acronyms Used in this Report     Page 140

Information Available to Building Owners and Managers About Asbestos in Buildings

### Summary of Information Available to
### Building Owners and Managers
### About Asbestos in Buildings, 1970-1995

## I.    Introduction

**Building owners were inundated with information about asbestos in buildings to the extent that, by the early to mid-1980s, virtually all building owners should have been aware of the widespread use of asbestos-containing materials and the potential risks of those materials in their facilities.  This is due in part to the flood of information coming from public agencies, from the popular press and from trade journals informing building owners about asbestos in buildings.  Perhaps more importantly, building owners were obligated by an increasing number of regulations to know about the asbestos-containing materials in their buildings.  The flood of information and regulations continued throughout the 1980s and into the early to mid-1990s.**

**In my experience as an environmental consultant, building owners were seeking consulting services regarding asbestos in their buildings as early as 1979-80.  By the early to mid-1980s, building owners already had knowledge of asbestos in their buildings and were looking for design services for asbestos abatement or were looking to control in place, rather than remove, the asbestos in their buildings. Regardless of their motivation, at this time, building owners were aware of the issues surrounding asbestos-containing materials in their buildings.**

The history of public awareness of asbestos began with a study conducted among shipyard workers.  A researcher at Mt. Sinai, Dr. Irving Selikoff, discovered in 1964 that these workers, who experienced heavy occupational exposures to asbestos, died from cancer in numbers he found alarming.  This initial study led to further studies in the 1970s that some believed indicated that lower than expected levels of asbestos exposure could lead to disease, and that such levels of asbestos exposure might occur due to asbestos-containing materials in buildings.

By the 1970s, the researchers at Mt. Sinai and the newly formed United States Environmental Protection Agency (EPA) publicized their views that low level asbestos exposure could occur due to asbestos-containing materials in buildings and could lead to disease.  At the same time, there were many reports in the press about cancer being linked to asbestos.  A widely discussed series of articles was published in The New Yorker Magazine about asbestos disease in workers.  As a result of this publicity, the public began to develop a general concern about asbestos in buildings. In 1973, the EPA promulgated regulations prohibiting installation of spray applied asbestos-containing fireproofing and requiring that under certain circumstances of disturbance of in-place materials, controls be undertaken.

This general concern became focused and amplified in 1976 and 1977 when researchers from Mt. Sinai found damaged asbestos-containing materials in schools and the schools

**Information Available to Building Owners and Managers About Asbestos in Buildings**

were closed and the asbestos removed.  The combination of concern about asbestos in buildings and concern for children's well being was incendiary.  There was a ground swell of public concern and publicity about asbestos in buildings.  Pressure was applied to the EPA to do something about this perceived danger.  As a result, the EPA pursued ever more stringent action to persuade schools to find and remove asbestos-containing materials from their buildings.  EPA started a technical assistance program to inform schools.  As part of that program, EPA distributed a guidance document known as the "Orange Book" about friable asbestos-containing materials in schools.  The Orange Book, distributed to schools nationwide, sought to educate school officials and others about asbestos-containing materials in school buildings.  During the mid to late 1970s the EPA extended its ban on asbestos-containing materials to pipe and boiler insulation and decorative treatments.  The Consumers Product Safety Commission also banned asbestos in several consumer products in the late 1970s.

Regulations, guidance documents and increased publicity about asbestos in buildings continued into the 1980s.  The EPA promulgated a regulation in 1982 that required schools to inspect for asbestos-containing materials.  Once found, pressure from the parents inevitably resulted in removal of the asbestos-containing materials.  More than a half dozen additional guidance documents relating to asbestos in buildings were developed by the EPA and distributed to the public in the first part of the 1980s.  The EPA activities and school response increased public awareness, and pressure on the EPA increased as it seemed to the public that asbestos in schools was not being dealt with fast enough.

At about this time asbestos building owners were beginning to sue former asbestos manufacturers to recover the cost of asbestos abatement.  Many reports written regarding the connection between asbestos exposure and cancer, including a series articles in 1983 about the bankruptcy of the Johns Manville Company[1] increased the public anxiety about asbestos in buildings.

Public pressure continued to build throughout the 1980s resulting in additional regulations and governmental guidance documents concerning asbestos in buildings.  In 1986 Congress mandated that the EPA promulgate a rule, the AHERA regulation, to require school districts to inspect schools and then give a deadline for the filing of plans for dealing with the asbestos containing materials in school buildings.  The AHERA regulation virtually created a large and robust asbestos control industry.  The National Asbestos Council, a trade organization for the asbestos control industry, grew from around 100 members in 1983 to more than 4,000 members by the end of the 1980s[2].  Public pressure continued and there were demands that EPA extend the requirements of the AHERA regulation to public and commercial buildings.  EPA determined that this was a worker protection issue and deferred to OSHA.

OSHA had been regulating asbestos starting in the early 1970s.  In 1986, OSHA passed a regulation that directly impacted building owners as it contained specific requirements for maintenance activities in buildings.  After eight years of litigation and additional rulemaking,

---

[1] Brodeur, Paul.  Outrageous Misconduct, The Asbestos Industry on Trial.  Pantheon Books 1985
[2] Scott W.  Association News From the President. Environmental Choices National Asbestos Council Nov/Dec 1991

**Information Available to Building Owners and Managers About Asbestos in Buildings**

OSHA published its current regulation in 1994 that addressed asbestos-containing materials in all buildings, and required that specific notifications be made by building owners.  .

Thus, building owners and managers were informed by the various regulations, government agency guidance documents and the flood of public information about the asbestos-containing materials in their buildings.  The intensity of activity and level of publicity about asbestos in buildings is evidenced by the mass of documents that have been assembled and are described below.

The Literature Search

There is a vast amount of governmental, business, and popular literature available on the inhalation risk of asbestos.  This report focuses on summarizing the literature relating to asbestos in buildings that was available to business owners and managers from sources such as governmental agencies, trade journals, newspapers, popular magazines and unions during the years 1970-1995.

The opportunities that people had during the 1970s, 1980s, and early 1990s to become aware of asbestos in buildings were plentiful.  In order to gauge the availability of information about asbestos in buildings over the years, we conducted research that provided both breadth and depth of coverage to produce a representative collection of documentation.  We identified a wide variety of information sources available to groups of people that might have had an interest or need to know about asbestos in buildings.

We identified several types of documentation that were available to building owners and managers and people in business and industry that might be associated with or affected by buildings.  We referred to recent books that describe the evolution of issues relating to asbestos and asbestos in buildings, particularly Environmental Public Health Policy for Asbestos in Schools:  Unintended Consequences by J. Corn (Lewis Publishers, 2000).  Finally, we identified several newspapers as representative publications that were available to the general public.

We organized our research into broad categories, as follows:
- Government Regulations, Guidance Documents, and Studies
- Journals relating to Building Owners & Managers – Public and Commercial
- Journals relating to Buildings – Schools and the Educational Community
- Journals relating to Architecture & Construction
- Popular Press
  - Newspapers.
  - General and Business magazines
  - Books
- Other Publications
  - Professional Trade Group Documentation
  - Environmental Information Association Publications
  - Union Newsletters/Publications

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Within each of these general categories, we found numerous journals/documents that were available to different segments of that interest group.  Being available during this period, these published items would have served to increase the awareness of asbestos for people who were somehow associated with buildings.

Government regulations and guidance documents relating to asbestos were regularly published by the Federal Government.  We researched the Federal Register, as well as other federal, state, and local regulations, guidance documents, and other government publications during the 1970-1995 time period.

We researched the journals/publications published during the 1970 -1995 time period and collected the documents.  This was accomplished through a combination of interviews with various groups, research of archived journals, and online research of archived materials.  We identified and collected over 3,800 journal articles, reports, advertisements, announcements, and notices relating to asbestos.  We reviewed all of these "asbestos" items and narrowed our search to those articles relating to asbestos in buildings.  That is, we culled out items such as product descriptions, seminar notices, and advertisements for asbestos abatement or consulting services, and identified over 1,000 journal articles and/or news articles related to asbestos in buildings,

For our newspaper research, we identified the New York Times and the Washington Post as our primary resources, and supplemented these with research into ten other newspapers published around the United States.  We conducted online searches of each newspaper's archives for the 1970-1995 time period.  Our initial search was for articles relating to asbestos in general.  We identified and collected approximately 14,000 newspaper articles relating to asbestos.  As with the journal research, we then narrowed our search to those articles relating to asbestos in buildings, and identified several thousand articles.  We then reviewed these articles for specific references to events or milestones in the history of asbestos and the regulation of asbestos in buildings.

In total, we identified and collected approximately 18,000 items (articles, advertisements, reports, regulations, studies, notices, and other documentation) relating to asbestos that were available to the public during the 1970-1995 time period.

It is important to note that our literature search, although comprehensive and representative of the information available to building owners and managers and others associated with buildings during the 1970-1995 time period, is not complete.  We found that the amount of information available is vast, and we reviewed and collected as much information as we were able to in the allotted time.  Some journal archives were not as readily available as others, so in some cases our research was not as complete as we would have liked.  Recognizing the overwhelming amount of documentation, we did not collect all of the available government regulatory and guidance documentation available. Also, this research does not include television and radio reports regarding asbestos and asbestos in buildings of which I am aware.

Consistent with my experience, this research shows that, starting in the early 1970s and continuing through to the mid-1990s, a large amount of information about asbestos in

**Information Available to Building Owners and Managers About Asbestos in Buildings**

general and specifically about asbestos in buildings existed and was available to building owners from a wide variety of sources.  In addition to governmental agency regulations and guidance documents and the publicity surrounding those events, building owners and managers, as well as people associated with buildings in a wide variety of ways, had a great deal of information about asbestos-containing building materials available to them through their respective trade journals or trade association newsletters.  We found that newspapers, which were available to the entire US population regardless of occupation or location, provided a steady flow of news articles about asbestos in buildings between 1970 and 1995. All of this information would have served to increase the awareness of asbestos in buildings for people interested in or somehow associated with buildings.

This report is organized as follows:
- Part I provides a brief description of research methodology and organization of this report.
- Part II presents my qualifications.
- Part III presents a "Summary of Information Available to Building Owners and Managers About Asbestos in Buildings."
- Part IV describes the" Availability of Information," organized by broad category. Within each broad category, a brief description of the items collected is provided for each journal, newspaper, or publication we reviewed.

Copies of all of the documents reviewed are not contained in this report.  Copies of all of all documents are available upon request.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## II.    Qualifications

### Roger G. Morse AIA Qualifications

I am an architect licensed to practice architecture in a number of states and also an environmental consultant with many years of experience.  I began to provide consulting services regarding asbestos in buildings in 1979-80 and continue to provide such services.  A true and correct copy of my curriculum vitae is attached hereto and incorporated herein by reference.

I received my Bachelor of Science degree from Rensselaer Polytechnic Institute in 1970, and my Bachelor of Architecture in 1971 from the same institution.

I earned a license to practice architecture in 1976 after graduating from an accredited school of architecture, working under the direction of a licensed architect for at least three years and passing two batteries of tests, one lasting 5 days and one lasting 2 days.  I am licensed to practice architecture in ten states and the District of Columbia.  I hold certification by the National Council of Architectural Registration Boards, which allows for reciprocal licensing in many other states.

I am the President and Technical Director of Morse Zehnter Associates, a firm that provides consulting services in the fields of architecture, indoor air quality (IAQ), forensic investigations, HVAC Engineering and environmental issues in buildings, including specific services relative to asbestos, toxic materials, indoor air, industrial hygiene, environmental management, remediation, sampling and analysis of air and materials.  Morse Zehnter Associates has offices located at 504 Snake Hill Road, Poestenkill, New York, 12140 and 2240 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409.

I have been involved as an architect and environmental consultant in the specialized area of asbestos evaluation and control since the late 1970's.  I received specialized training in asbestos at the Page and William Black Post-Graduate School of Medicine of the Mount Sinai School of Medicine and the National Asbestos Training Centers at University of Kansas and Georgia Institute of Technology and hold accreditations in asbestos inspection, management planning and abatement design.  Because of my expertise with respect to asbestos in buildings, I have served on a number of professional committees and panels concerned with asbestos issues.  I have given presentations on environmental issues in the building industry to the American Institute of Architects, the American Society of Heating, Refrigerating and Air Conditioning Engineers, American Industrial Hygiene Association, International Facilities Managers Association, Building Owners and Managers Association, Environmental Information Association and many other organizations.  I have developed courses on environmental issues in buildings and taught asbestos-related professional accreditation courses at a number of universities including Georgia Tech, the University of Kansas, the University of Illinois, Tufts University and the Environmental Institute.

Prior to my work at Morse Zehnter Associates I founded an environmental consulting firm in 1985.  This firm was formed as a general business corporation because my architectural firm would lose its professional liability insurance if it continued to provide asbestos consulting services.  During this period of time I assisted EBASCO to underwrite liability

**Information Available to Building Owners and Managers About Asbestos in Buildings**

insurance policies for asbestos abatement contractors.  So I have first hand knowledge of the impact of asbestos concern on the insurance industry.

When I first started providing asbestos services as a sole practitioner in 1982 I was easily able to provide the necessary services without assistance.  In 1983 the demand for services began to increase rapidly until in 1988-89 my firm had grown to about 75 employees with branch offices in four cities.  I have experienced first hand the growth of the asbestos control industry.  I associated with my peers at conferences and professional meetings during this time.  My peers were experiencing a similar growth in the demand for services.

I have conducted numerous meetings in buildings where occupants were frightened due to asbestos-containing materials in the building.  I have conducted informational meetings for large and frightened groups of parents whose children were attending schools that had asbestos-containing materials.

I have surveyed hundreds of buildings for asbestos-containing materials and designed and monitored asbestos abatement projects in hundreds of buildings.

I have served on the EPA's Science Advisory Board, the U.S. Department of Housing and Urban Development's Healthy Homes Initiative peer review panel, and several other EPA peer review committees, including panels on hazard assessment and operations and maintenance of buildings with asbestos-containing materials.

I was appointed as the representative of the architectural community to the committee that developed the AHERA regulation through the process of regulatory negotiation (RegNeg).  As such, I am intimately familiar with the regulation and the circumstances of its development.

I was appointed to the Select Committee convened by the Environmental Protection Agency and National Bureau of Standards to develop the Transmission Electron Microscopy clearance protocol for the AHERA regulation.  As such, I am intimately familiar with this method and the issues and circumstances surrounding its development.

I am a member of the American Society for Testing and Materials D22.07 Committee on Sampling and Analysis of Atmospheres, and I am currently the committee member responsible for preparing a draft of a guidance document covering the proper use of the data from the ASTM dust sampling methods.

I am the principal author of the National Institute of Building Sciences' "Asbestos Abatement and Management in Buildings, Model Guide Specification."  During work on this document I developed work practices for removal of asbestos-containing fireproofing and acoustical plaster.

In the early 1990's, I served on the Literature Review Panel, a multidisciplinary group of internationally-recognized experts brought together by the EPA under the auspices of the Health Effects Institute – Asbestos Research ("HEI-AR"), Cambridge, Massachusetts, whose work resulted in the publication of "Asbestos in Public and Commercial Buildings: A Literature Review and Synthesis of Current Knowledge."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

I have published articles and guidance documents on asbestos in buildings including the topic of maintaining asbestos in place as a response action.  A list of my publications is included in my Vitae.

I am familiar with the published scientific and scholarly work concerning asbestos in place, the management thereof, the health effects thereof and related issues.  I regularly keep abreast of developments in the field by annually attending and speaking at scientific meetings, which occur throughout the United States.

I have had and continue to have a research interest in the asbestos and non asbestos containing materials used in buildings, the inter-relationships between these materials and building systems, the effect that normal use and occupation of buildings has on these materials and relationships, and the effect that this use, or abuse, will have on the potential for human exposure to asbestos.

This report is based on my experience as an asbestos consultant, knowledge of the facts and on information available to me as of the date of this report.  If additional relevant information becomes available I may amend or supplement my opinions appropriately.

I charge $300 per hour for my work as an expert in this case.

Information Available to Building Owners and Managers About Asbestos in Buildings

### III.    Summary of Information Available to Building Owners and Managers About Asbestos in Buildings

### Introduction

Building owners were inundated with information about asbestos in buildings to the extent that, by the early to mid-1980s, virtually all building owners should have been aware of the widespread use of asbestos-containing materials and the potential risks of asbestos-containing materials in their facilities.  This is due in part to the flood of information coming from public agencies, from the popular press and from trade journals informing building owners about asbestos in buildings.  Perhaps more importantly, building owners were obligated by an increasing number of regulations to know about the asbestos-containing materials in their buildings.  The flood of information and regulations continued throughout the 1980s and into the early and mid-1990s.

Following is a brief summary of some of the milestone events that led to widespread awareness of asbestos issues by building owners.  Section IV discusses the events in more detail.

### 1964 - 1973: Public Awareness of Asbestos Exposure to Workers

In 1964, Dr. Irving J. Selikoff at Mt. Sinai hospital in New York City conducted his seminal investigation of the health effects of asbestos on insulation workers working on asbestos-containing materials in shipyards[3] .  The scope of this initial study was expanded and a more definitive study published in 1979[4] .  Numerous newspaper articles about the Mt. Sinai studies initiated the first knowledge among the general public about exposure to workers involved with installing asbestos-containing materials.  In addition, a series of articles was published in the New Yorker Magazine in 1973 chronicling asbestos disease among asbestos workers[5].  These articles firmly established a relationship between asbestos and cancer in the public awareness.

### 1970 – 1972:  New York City Spray Fireproofing Ban

In the mid-1960s, investigators began looking at the effect of asbestos exposures on persons not directly involved in asbestos-related work.  Between 1966 and 1968 The Environmental Sciences Laboratory (ESL) at Mt. Sinai Hospital undertook a study of asbestos related lung abnormalities in autopsy tissue from the New York City population and published the results in 1971[6].  This study found more abnormalities among those that

---

[3]Selikoff IJ, Churg J, Hammond EC.  Asbestos Exposure and Neoplasia. JAMA. 1964 Apr 6;188:22-6.PMID: 14107207

[4] Selikoff IJ, Hammond EC, Seidman H.  Mortality experience of insulation workers in the United States and Canada,1943--1976.Ann N Y Acad Sci. 1979;330:91-116.

[5] Brodeur, Paul.  Annals of Industry:  Casualties of the Workplace.  The New Yorker. 1973

[6] Langer AM, Selikoff IJ, Sastre A: Chrysotile Asbestos in the Lungs of Persons in New York City, Arch Environ Hlth 1971;22:348-361

**Information Available to Building Owners and Managers About Asbestos in Buildings**

worked with asbestos in the workplace than for housewives.  It also found that 45% of the targeted New York City population appeared to be affected by asbestos exposure.  Mt. Sinai ESL under the auspices of the New York City Department of Air Resources began to study the pollution impact of spray fireproofing in 1968[7]  and published results in several papers[8],[9].  These studies found elevated levels of asbestos in the ambient air near spray fireproofing operations[10] .  Another investigator, Reitze, measured airborne fiber levels during spray fireproofing operations and found elevated fiber exposures to workers[11] .  Reitze developed a set of work practices to be used to control environmental exposures during spray fireproofing activities.  These work practices were adopted by the City of New York and became law in 1970[12].  This regulation and the publicity that surrounded it brought the issue of asbestos containing materials to the attention of the public, owners of buildings and in particular to those involved in the design and construction of buildings.  It was now known that exposure resulting from the application of asbestos-containing spray fireproofing needed to be considered and controlled.  The studies on the widespread effects of spraying asbestos and New York City's attempts to control spray operations were widely reported in the newspapers.

The Port Authority of NY/NJ took the lead regarding concern over the installation of asbestos-containing fireproofing in buildings.  The Port Authority was building the World Trade Center at the time and engaged Dr. Selikoff as a consultant to advise them.  They decided to change to a non-asbestos-containing formulation of fireproofing in April 1970.  They were able to do this almost 2 years before non-asbestos-containing fireproofing was approved by NYC because they were operating under a Federal Charter and had sovereign immunity from NYC building codes.

New York City's Department of Air Resources found that spray fireproofing contractors were not adhering to the work practices promulgated in 1970.  The result of this was that the New York City Council enacted a law on August 25, 1971 that effectively banned the spraying of all asbestos-containing surfacing material as of February, 25, 1972[13].  This ban was widely

---

[7] Langer AM, Morse RG. The World Trade Center Catastrophe: Was the Type of Spray Fire Proofing a Factor in the Collapse of the Twin Towers.  Indoor Built Environment 2001;10:350-360

[8] Selikoff IH, Nicholson WJ, Langer AM; Asbestos Air Pollution, Arch Envron Hlth 1971;25:1-13

[9] Nicholson WJ, Pundsack, FL: Asbestos in the Environment; in Bogovski P, et al (cds): Biological Effects of Asbestos. IARC Sci Pub No. 8, IRAC_WHO, Lyon, France, 1973, pp 126-131

[10] Langer AM, Baden V, Hammond EC, Selikoff IJ: Inorganic Fibers, Including Chrysotile in the Lungs at Autopsy; in Waltan WH (ed): Inhaled particles and Vapours, III, Brit Occup Hyg Soc, London,. Surrey, Unwin Bros., 1971;2:683-694

[11] Reitze WB, Nicholson WJ, Holaday DA, Selikoff IJ:  Application of Sprayed Inorganic Fiber Containing Asbestos.  Occupational Health Hazards.  Am Indust Hyg Assn J 1972;33:178-191

[12] Rickles RN, Commissioner of NYC Air Resources Department of NYC EPA.  April 10, 1970 letter stating new regulations governing the spraying of asbestos-containing materials, effective April 13, 1970.

[13] New York City: Local Law 49, 1971, Air Pollution Code Section 1403.2-9.11 (b) enacted August 25,

---

**Information Available to Building Owners and Managers About Asbestos in Buildings**

publicized so that asbestos came to be considered by building professionals and the public as a dangerous material to use in buildings.  Other cities, Philadelphia and San Francisco, also banned asbestos in spray fireproofing.  These activities had particular impact on those designing and constructing buildings.  I was practicing architecture as an apprentice at this time and recall the impact that the ban on spray asbestos-containing materials had on the construction industry.  This was the start of an ever-increasing level of concern over and knowledge about asbestos-containing materials in buildings.  The primary focus was on surfacing materials such as fireproofing and acoustical plaster, but concern developed about virtually all asbestos-containing materials used in buildings.  For example the concern over asbestos in buildings eventually led to architects specifying floor tile that did not include asbestos.

**1973 – 1976:  Public Awareness of Asbestos in Buildings**
During its study of the impact of asbestos exposure on shipyard workers and other trades, the investigators at Mt. Sinai Environmental Sciences Laboratory (ESL) observed that some persons who were not directly working with asbestos-containing materials also suffered increased rates of disease.  Some investigators believed that asbestos-containing materials in buildings would cause exposure to occupants that could lead to disease and began to measure airborne asbestos in buildings where there were friable asbestos-containing materials.  This resulted in published reports about the danger of asbestos in buildings beginning in the mid-1970s.

In the mid-1970s the United States Environmental Protection Agency (EPA) also began to focus on asbestos in buildings[14], and public alarm about asbestos in buildings and its dangers was increased.  In 1976, damaged asbestos-containing surfacing materials were found in a school in Howell Township in New Jersey[15] causing the school to be shut down and the asbestos-containing materials removed.  Parental concern for the safety of their children and the increasing public concern about the potential danger from asbestos-containing materials found in buildings proved to be an incendiary combination.  By this point, there was a developing public furor about asbestos in buildings, particularly in schools.

**1973 – 1978:  EPA Bans Asbestos-Containing Building Materials**
The EPA was founded in 1970 and quickly became concerned about asbestos in buildings.  Asbestos was identified by the EPA as a hazardous pollutant in 1971 and the first EPA regulation for asbestos, the National Emission Standard for Hazardous Air Pollutants

---

1971, effective February 25, 1972.

[14] USEPA Asbestos Contamination of the Air in Public Buildings EPA-450/3-76-004

[15] Nicholson WJ, Swoszowski EJ, Rohl AN, Todara JD, Adams A.  Asbestos Contamination in United States Schools From Use of Asbestos Surfacing Material. Annals NY Acad Sci. 1979

**Information Available to Building Owners and Managers About Asbestos in Buildings**

(NESHAP), was promulgated and became law on April 6, 1973[16].  The asbestos NESHAP extended the NYC ban on spraying of asbestos-containing fireproofing nationwide.  The NESHAP ban was extended to thermal system insulation in 1975[17] and to decorative materials in 1978[18].  In addition this regulation requires that a building owner file a notification with the EPA of any demolition or renovation that would disturb an asbestos-containing material.  This effectively requires that building owners be aware of the location of asbestos-containing materials in their buildings so that they can know of a potential disturbance and report it.

It is worth mentioning that notifications requiring surveys for asbestos-containing materials started with fireproofing and acoustical plaster, precisely the types of material that are at issue in this matter.  This means that building owners were first informed about the requirement to locate asbestos-containing fireproofing and acoustical plaster in 1973.  These notifications were repeated with each subsequent revision of the EPA NESHAP as the regulation was extended to other materials.

**1979 – 1987:  EPA and Asbestos in Schools:**  Increasing publicity suggesting that asbestos in buildings, particularly schools, posed a human health risk lead to enormous parental concern.  Soon parents at many school districts were demanding that school officials remove asbestos-containing materials in school buildings.  The EPA, responding to public pressure and convinced of a health hazard from asbestos in schools, initiated a Technical Assistance Program (TAP) to provide information to school officials, parents and other concerned parties.  Part of this educational program involved the publication in 1979 of a guidance document, known as the Orange Book, that was sent to school districts[19] .  This document opened with a letter stating,

> "However, we have now learned of an equally serious exposure problem that can occur in all types of buildings in which certain asbestos-containing materials have been used for fireproofing, insulation and decoration.  Asbestos can be released from these materials and contaminate the building environment.  Individuals who are then exposed to the asbestos could develop lung cancer or cancers of other parts of the body."

The EPA Orange Book sought to educate and persuade schools to inspect their buildings for asbestos-containing materials and perform asbestos abatement.  However, EPA found that its educational efforts about the need to survey for asbestos-containing materials were not sufficiently effective.  This caused the EPA to announce in 1980 that it would promulgate a regulation requiring schools to inspect their buildings for friable asbestos-containing

---

[16] EPA Asbestos NEHSAP 38 FR 8829 April 6, 1973

[17] EPA Asbestos NESHAP 40 FR 48299 October 14, 1975

[18] EPA Asbestos NESHAP 43 FR 26373 June 19, 1978

[19] USEPA Asbestos-Containing Materials in School Buildings, A Guidance Document. 1979 (The Orange Books)

**Information Available to Building Owners and Managers About Asbestos in Buildings**

materials.  The rule became effective in 1982 and as such was commonly referred to as the 1982 Asbestos in Schools Rule.  This regulation mandated that school districts inspect for friable asbestos-containing materials and notify parents and staff about the findings.

There was sufficient knowledge on the part of school districts about asbestos-containing materials in their buildings that in 1983 a number of schools filed a class action (The National Schools Class Action) against a number of former manufacturers of asbestos-containing building materials to recover the cost of asbestos abatement.

EPA felt that the school districts were not complying adequately with the 1982 rule and started performing inspections and levying fines in 1984.  The first fines were announced in a very public manner in an effort to promote compliance with the 1982 rule.  The EPA's enforcement activities and the fines levied received considerable press coverage.  During this period my firm was contacted by many school districts and owners of non-school districts to survey their buildings for asbestos.

During the early to mid-1980s the EPA published a number of guidance documents and distributed them to building owners.  These documents include the following:

- 1980 Asbestos-Containing Materials in School Buildings, Guidance for Asbestos Analytical Programs.
- 1981 - Evaluation for Encapsulants for Sprayed-on Asbestos-Containing Materials in Buildings.
- 1983 - Guidance for Controlling Friable Asbestos-Containing Materials in Buildings. (The Blue Book)
- 1983 - Airborne Asbestos Levels in Schools.
- 1984 - Asbestos in Buildings:  National Survey of Asbestos-Containing Friable Materials.
- 1985 - Guidance for Controlling Asbestos-Containing Materials in Buildings. (The Purple Book)
- 1985 - Asbestos in Buildings:  Simplified Sampling Scheme for Friable Surfacing Material. (The Pink Book)
- 1985 - Statistical Support Document for Asbestos in Buildings:  Simplified Sampling Scheme for Friable Surfacing Materials.  (The Pink and White Book)
- 1985 - Asbestos Waste Management Guidance, Generation, Transport, Disposal.
- 1985 - Asbestos in Buildings:  Guidance for Service and Maintenance Personnel.
- 1986 - Measuring Airborne Asbestos Following an Abatement Action.  1986 (The Silver Book)
- 1986 – A Guide to Respiratory Protection for the Asbestos Abatement Industry. (The White Book)

The public, however, did not feel that the EPA was dealing adequately with asbestos in schools.  This public pressure caused Congress to pass the Asbestos Hazard Emergency Response Act[20] (AHERA) in 1986 which required the EPA to promulgate regulations relative

---

[20] AHERA act - On October 22, 1986 Congress promulgated the Asbestos Hazard Emergency Response Act (AHERA), Public Law 99-519.  AHERA mandated that EPA develop regulations to respond to asbestos in schools.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

to asbestos in schools.  The EPA used a negotiated regulation process resulting in a proposed regulation published in the Federal Register in April of 1987[21].  Comments were received and resolved and the final rule was published October 30, 1987[22].  This regulation was comprehensive in nature and required all public school districts and private schools, known as Local Education Agencies or LEAs, to survey their school buildings for both friable and non-friable asbestos and prepare "Management Plans" for dealing with the asbestos-containing materials that were found.  AHERA required that all LEAs were to commence their management plans by no later than July 9, 1989 and inform each teacher, parent and employee organization at least once a year about the asbestos activities in each school and the availability of the management plan for their review.

The regulation required enforcement at the state level.  A model plan was promulgated that states could adopt that governed the manner in which states would accept and review the management plans produced by the school districts[23].  EPA required schools to appoint an AHERA Manager, called the "AHERA Designated Person," to be trained and responsible for a number of asbestos activities that included implementing the management plan for managing asbestos-containing materials in the school building and compliance with the federal regulations.  School officials were required to notify parent, teacher and employee groups about asbestos-related activities.  All custodial and maintenance employees were required to be properly trained to deal with asbestos-containing materials.  Schools were and still are required to perform semi-annual inspections and re-inspections every three years to determine if the condition of any asbestos-containing materials changed condition or became damaged.

The activities generated by the AHERA regulation dramatically increased the size of the asbestos control industry with many new consulting and abatement companies springing up all over the country.  The public attention and publicity focused on asbestos in buildings was enormous.  Thousands of buildings, both school and non-school, were surveyed for asbestos and many asbestos abatement projects resulted nationwide.  The National Asbestos Council, a multidisciplinary trade organization for the asbestos control industry grew from small beginnings in 1983 to a large and robust organization during this period.  A review of the publication Encon, a trade journal for the asbestos control industry, gives a flavor of the magnitude of the activities at this time.

The publicity surrounding the AHERA regulation resulted in widespread notice among the public.  At this same time, more building owners were suing the manufacturers that had produced the asbestos-containing materials to recover the cost of abatement.  Workers alleging injury from exposure from installation or working with asbestos-containing materials were also bringing suit for damages.  The unions were suing EPA and OSHA demanding

---

[21] Asbestos-Containing Materials in Schools Rule; Proposed Rule (52 FR 15820 April 30, 1987) http://www.epa.gov/opptintr/asbestos/asbreg.html

[22] AHERA regulation – Asbestos-Containing Materials in Schools Rule: Final Rule (52 FR 41826 October 30, 1987) 40 CFR Part 763, Subpart E

[23] Asbestos-Containing Materials in School Rule: Model Accreditation Plan (52 FR 15875, April 30, 1987)

**Information Available to Building Owners and Managers About Asbestos in Buildings**

more stringent regulation.  By the mid-1980s, "asbestos in buildings" became a household phrase.


## 1984 – 1985:  Insurance

As a result of these developments, in 1984 and 1985 insurance companies began to drop liability insurance to consulting and contracting firms and reissued property damage and liability policies with exclusion against losses arising from asbestos-containing materials. During this period, my firm was contacted by many building owners whose insurance had been impacted or who had heard of the insurance issues, seeking information about the asbestos-containing materials in their buildings.


## 1987 – 1990:  EPA Post-AHERA

As part of the AHERA Act, Congress required that EPA study the issue of asbestos in public and commercial buildings.  EPA responded to this by issuing a report to Congress on February 19, 1988[24].  At this time EPA was under pressure to extend the requirements of the AHERA school regulation to all public and commercial buildings.  In response to this pressure EPA assembled a committee of stake holders called "The Policy Dialog on Asbestos in Public and Commercial Buildings" to see if there was common ground that could be the basis of regulation.  These stake holders included a number of real estate groups, Building Owners and Managers Association (BOMA), mortgage bankers, shopping center owners, insurance companies, EPA, OSHA, architects, engineers, trade unions and other interested parties.  The building owners brought legal and lobbying assistance to this committee demonstrating a very sophisticated knowledge of the issue.  The first meeting of this committee was held on July 27, 1989.

In determining whether AHERA requirements should be extended to all buildings the EPA relied principally on three sources of information:  1) the HEI report[25], 2) OSHA rulemaking and 3) The Policy Dialog on Asbestos in Public and Commercial Buildings.  As a result of its study the EPA decided that asbestos in public and commercial buildings was a worker protection rather than an environmental issue and that the appropriate course of action was to maintain asbestos-containing materials in place.  EPA issued guidance to that end[26], but deferred regulation on commercial and public buildings to OSHA.  EPA considered it important that the individuals inspecting buildings for asbestos, and designing and conducting abatement projects be trained.  To this end the EPA Asbestos School Hazard Abatement Reauthorization Act (ASHARA) was enacted on November 28, 1990.  This

---

[24] USEPA EPA Study of Asbestos-Containing Materials In Public Buildings, A Report to Congress. February 1988 (The Green Book)

[25] HEI-AR Asbestos in Public and Commercial Buildings:  A Literature Review and Synthesis of Current Knowledge.  Health Effect Institute – Asbestos Research 1991

[26] USEPA 1990 Managing Asbestos in Place, A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

regulation extended the accreditation requirements of AHERA to public and commercial buildings for those:  Inspecting for ACM, designing ACM response actions involving friable ACM, or conducting response actions involving friable ACM.


**1971 – 1994:  OSHA**

The Occupational Safety and Health Act established the Occupational Safety and Health Administration (OSHA) on April 28, 1971.  OSHA is responsible for protecting workers and accomplishes this by promulgating regulations and requirements that must be met by employers.  In the case of asbestos, OSHA established a permissible exposure limit, or PEL.  The PEL is a limit on airborne asbestos exposure and is expressed in terms of fibers per cubic centimeter (f/cc) of air.  OSHA has also established ceiling levels which are airborne fiber levels that cannot be exceeded regardless of the use of respiratory protection.  OSHA requires that employers first use engineering controls such as ventilation and wet working methods to control asbestos release into the air.  If engineering controls alone are not able to maintain airborne asbestos levels below the PEL, then the employer must have the workers wear respirators.  There was great public controversy and concern about exposure to workers in plants manufacturing asbestos products.  Paul Brodeur published a series of articles in The New Yorker magazine in 1973 entitled "Casualties of the Workplace" that chronicled disease among those working with asbestos.  These articles caught the public's attention and firmly established a connection between asbestos and cancer in the public awareness.  In this context OSHA established a PEL for asbestos exposures in industrial settings.  The PEL was reduced over time in response to public pressure and as more was learned about the health risk of asbestos exposure and air monitoring to gauge exposures.  OSHA believed that control technologies also developed through time making lower PELs more economical and feasible.

In 1986 OSHA promulgated its first regulation for the construction industry[27], which included specific provisions regulating asbestos abatement, demolition and renovation projects.  These provisions (such as sheet plastic enclosures, paper suits and respirators) were also to be followed for maintenance work in buildings unless specific "small scale short duration" maintenance work procedures were adhered to.  Thus, building owners were specifically impacted by this OSHA regulation that pertained to workers maintaining their buildings.

At the time OSHA's 1986 regulation was promulgated, there was controversy about the hazards of asbestos and about asbestos regulations.  OSHA was sued by a number of parties who were looking for changes in the 1986 regulations.  OSHA remained in litigation over these issues and as a consequence re-entered rulemaking in 1990.  These were turbulent times for OSHA and the agency found itself dragged into litigation between worker groups and the EPA.

This process resulted in the three OSHA asbestos regulations that are in effect today.  29 CFR 1910.1101 General Industry Standard, 29 CFR 1926.1101 Construction Standard and 29 CFR 1915 1001 Shipyard Standard became effective on August 10, 1994.  These standards reduced the PEL to 0.1 f/cc.  In the construction standard, OSHA divides

---

[27] 29 CFR 1926.58, 51 FR 22612 et seq., June 20, 1986

**Information Available to Building Owners and Managers About Asbestos in Buildings**

construction and abatement work into categories based upon the level of exposure, and provides work procedures for each category.   OSHA also mandates various work procedures to limit asbestos exposure such as HEPA filters, pressure differential ventilation systems, glove bags, protective clothing, and respirators. One category of work, "Class III," specifically addresses maintenance work on asbestos-containing materials.  In addition, the 1994 Construction Standard obligates building owners to either inspect for asbestos-containing materials or assume that all surface treatments and pipe and boiler insulation contains asbestos.  The owner must then notify tenants and anybody that does work in the building about the location of these materials.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## IV.    Available Information

Following is a review of our research findings by general category.

The general categories are as follows:

    A.  Government Regulations, Guidance Documents, and Studies

    B.  Journals relating to Building Owners & Managers – Public and Commercial

    C.  Journals relating to Buildings –Schools and the Educational Community

    D.  Journals relating to Architecture & Construction

    E.  Popular Press
        1.  Newspapers
        2.  General and Business Magazines
        3.  Books

    F.  Other Publications
        1.  Professional Trade Group Documentation
        2.  Environmental Information Association Publications
        3.  Union Newsletters/Publications.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## A.    Government Regulations, Guidance Documents, and Studies

Overview:  There were many government regulations and related agency guidance documents relating to asbestos in general and specifically to asbestos in buildings during the 1970s, 1980s, and early 1990s.  The legislative rulemaking process required several iterations of public notice in the Federal Register and public hearings before Congress prior to becoming law.  Discussions on many of the asbestos regulations, especially AHERA (Asbestos In Schools) and the possibility of enacting AHERA-type regulations for public and commercial buildings, were very much in the public eye.  State and local regulations followed Federal legislation.  These EPA and OSHA regulations required building owners and facility managers to be acutely aware of asbestos in buildings, because the regulations required owners to take action to comply with these rules.

## A01.  Federal Regulations:  Federal Register

Asbestos was regulated as a potentially toxic airborne agent in the Walsh-Healey Public Contracts Act in the 1960's.  The airborne standard pertained to contractors doing more than $10,000 per year of business with the Federal government.  Enforcement was by inspectors in the U.S. Department of Labor.

The Occupational Safety and Health Administration (OSHA), a new regulatory agency created by the Occupational Safety and Health Act of 1970, in March 1971 selected asbestos as the subject of its first proposed Section 6(b) rulemaking for General Industry under the Act. (Federal Register Vol. 36).  The Proposal for Construction was proposed on December 1, 1971 (Federal Register Vol. 36).  On January 12, 1972 a Proposal for a Permanent Standard was promulgated (Federal Register Vol. 37).  Because OSHA initially promulgated an Emergency Temporary Standard on December 7, 1971, which an Appellate Court remanded to the agency, considerable publicity was associated with the sequence of steps leading to the promulgation of the final standard (Federal Register Vol. 37).

The Environmental Protection Agency (EPA) also regulated asbestos under the National Emission Standards for Hazardous Air Pollutants Act on April 6, 1973 (Federal Register Vol. 38).  This Act gave EPA authority to regulate emissions to the outdoor air from sources.  EPA followed up with a specific emission standard for asbestos, including Amendments, (Federal Register Vol. 38), which were all in place by the end of 1975 (Federal Register Vol. 40).  These prohibitions included outdoor spraying of ACM during construction, which had been initially banned by New York City in 1972 and EPA in 1973.  On October 9, 1975 OSHA proposed rulemaking to tighten the previously promulgated asbestos standard (Federal Register Vol. 40).  In 1976 OSHA adopted a reduced airborne standard for asbestos.  This was an automatic reduction as of an effective date, as promulgated in the 1972 standard.

The Consumer Product Safety Act, administered by  the Consumer Product Safety Commission (CPSC), issued regulations regarding asbestos in Artificial Emberizing Materials (Embers and Ash) containing respirable free-form asbestos on December 15, 1977 (Federal Register Vol. 42).

**Information Available to Building Owners and Managers About Asbestos in Buildings**

The Department of Transportation issued rules for the transportation of asbestos on March 2, 1978 (Federal Register Vol. 43).  Vessel, rail, truck and aircraft carriers were covered.  The Federal Highway Administration joined in issuing these rules (Federal Register Vol. 43).

The Mine Safety and Health Administration which had adopted the Walsh-Healey Public Contracts Act airborne standard for asbestos, lowered this standard in 1978 (Federal Register Vol. 43).

In 1979 OSHA adopted amendments that made the asbestos standard more stringent (Federal Register Vol. 44).  In 1979 EPA announced a program to provide technical assistance and information to enable states and school districts "to identify and control exposure problems caused by asbestos-containing materials in school buildings."  Guidance packages would be distributed and the agency, through its Regional Offices, would collect data on the extent of the exposure problems in school buildings and of actions taken to correct the exposure problems (Federal Register Vol. 44).  The Consumer Product Safety Commission also acted on asbestos in 1979, proposing a ban on asbestos in hair dryers.  In 1979, EPA published an Advanced Notice of Proposed Rulemaking for ACM in School Buildings (Federal Register Vol. 44).

In 1980 an extensive OSHA Hearing was held concerning a Generic Standard for Carcinogens (including asbestos); other Federal agencies participated.  However, a standard was not promulgated.  Also in 1980 the Department of Education issued a Proposal for Asbestos Detection and Control: Local Educational Agencies; Asbestos Detection and State Plan: State Educational Agencies (Federal Register Vol. 45).  On September 17, 1980 EPA issued a Proposal for Friable Asbestos-Containing Materials in Schools; Proposed Identification and Notification (Federal Register Vol. 45).  Also in 1980 the CPSC, which in 1979 has published an Advanced Notice of Proposed Rulemaking with EPA to ban non-essential use of asbestos, elaborated on its concerns on November 24, 1980 (Federal Register Vol. 45).  On December 22, 1980 CPSC issued a General Order for Submission of Information Re: asbestos products (Federal Register Vol. 45).

The Department of Education promulgated Final Rules for Asbestos Detection and Control: Local Educational Agencies; Asbestos Detection and State Plan: State Educational Agencies on January 16, 1981.  For Local Educational Authorities (LEA) that had detected and assessed the potential hazard of asbestos in their schools, this rule described how to apply for funds to abate or control the hazard (Federal Register Vol. 46).  This program was implemented in conjunction with EPA (Federal Register Vol. 46).

On January 13, 1982 OSHA indicated it was considering revision of the asbestos standard, presented several alternatives for approaching revision and called for information (Federal Register Vol. 47).  EPA published its Final Rule for Asbestos; Friable Asbestos-Containing Materials in Schools; Identification and Notification (Federal Register Vol. 47).  This rule required all public and private elementary and secondary schools in the U.S. to identify friable asbestos-containing building materials, maintain records and notify employees of the location of the friable materials which contain asbestos, provide employees with instructions on how to reduce asbestos exposures and notify the schools parent-teacher association.  This was a very controversial rule and engendered extensive coverage by the press and

**Information Available to Building Owners and Managers About Asbestos in Buildings**

popular media communities.

EPA published a Response to a Citizens Petition by the AFL-CIO Service Employee's International Union (SEIU) under TSCA concerning the abatement of ACM in public and private elementary and secondary schools and the inspection and abatement of these materials in other public and commercial buildings (Federal Register Vol. 49). EPA issued the Final Rule on NESHAP, Amendments to Asbestos Standard on April 5, 1984. On April 10 1984 OSHA announced Hearings on Permanent Rulemaking to change the Asbestos Standard (Federal Register Vol. 49). In the accompanying Proposal (the Proposal filed with the November 3, 1983 ETS) and the material in the current Notice, OSHA introduced the concepts of risk assessment, significant risk and insignificant risk, citing the Supreme Court decision in the Benzene case (Industrial Union Department, AFL-CIO vs. American Petroleum Institute 448 U.S. 601) (1980). OSHA also introduced a methodology for calculating risk (Federal Register Vol. 49).

It should be noted that subsequent to promulgation of Federal Final Rules on asbestos, the Federal Register was peppered with announcements of OSHA and EPA authorization of individual states to enforce the rules, if they desired to and qualified for local enforcement authority. These announcements have not been fully cited here; examples are those of the EPA to Mississippi and OSHA to Kentucky (Federal Register Vol. 50).

OSHA issued a Final Rule on Occupational Exposure to Asbestos, Tremolite, Anthophyllite, and Actinolite on June 20, 1986 (Federal Register Vol. 51).

It is also important to note that EPA and OSHA revised their Regulatory Agenda semiannually and it appeared in the Federal Register each April and October, thus announcing to regulate the agency's intention to propose or amend rules. An example of the EPA Regulatory Agenda is included (Federal Register Vol. 52).

OSHA issued a partial stay of the 1986 asbestos rule and extended the stay until July 21, 1988 to allow the agency to determine whether non-asbestiform tremolite, anthophyllite and actinolite should continue to be regulated in the same standard and to the same extent as asbestos, or should be treated in some other way (Federal Register Vol. 52).

EPA issued a Proposed Rule on Asbestos-Containing Materials in Schools on April 30, 1987. The rule addressed Local Education Authority (LEA) responsibilities Re: inspections and reinspections, custodial and maintenance personnel training and informing workers and building occupants about inspections, response actions and post-response actions, including reinspections and periodic surveillance, short-term workers (e.g. telephone repair workers) who may come in contact with asbestos in a school, posting of warning labels and availability of management plans for review and that parent, teacher and employee are notified of plan availability (Federal Register Vol. 52). This was a very detailed Proposed Rule. Together with the Final Rule issued on October 30, 1987 (Federal Register Vol.52) over 100 pages of the triple spaced Federal Register were required for publication. On August 2, 1988 EPA deferred the deadline for Submission of Asbestos Management Plans by LEA's. LEA's could request until May 9, 1989 to submit their plan (Federal Register Vol. 53).

**Information Available to Building Owners and Managers About Asbestos in Buildings**

On July 12, 1989 EPA issued a Final Rule on Asbestos: Manufacture, Importation, Processing, and Distribution in Commerce Prohibitions.  This was a very controversial and widely publicized rule invoking bans on the usage of many products based on an "unreasonable risk of injury to human health in the United States."  Multiple lists of product categories, each with a cessation date for manufacture, importation, and processing were included in the rule.  The rule was subsequently successfully challenged in court.  Few product categories were retained under the rule after the court decision.  Thus, the 5th Circuit Court of Appeals vacated and remanded most of the rule.  The product categories surviving the rule challenge were corrosion proof fittings, asbestos-cement (A/C) corrugated and flat sheet, A/C shingle and asbestos clothing, flooring felt, pipeline wrap, roofing felt, commercial and specialty paper, rollboard and millboard.  On November 5, 1993 EPA issued Continuing Restriction on Certain Asbestos-Containing Products.  This was the "factual determination concerning the regulatory status of asbestos containing product categories originally banned in the Asbestos Ban and Phaseout Rule."  Products judged still subject to the ban were 1) new uses of asbestos 2) corrugated paper 3) rollboard 4) commercial paper 5) specialty paper 6) flooring felt.  Products no longer subject to the ban were 1) pipeline wrap 2) vinyl/asbestos tile 3) millboard 4) asbestos clothing 5) asbestos-cement corrugated sheet 6) asbestos-cement flat sheet 7) roofing felt 8) asbestos cement shingle.  Thus, on reevaluation the EPA further reduced the number of products covered by the ban (Federal Register Vol. 58).

On August 10, 1994 OSHA promulgated a Final Rule on Occupational Exposure to Asbestos (Federal Register Vol. 59) which further lowered the Permissible Exposure Limit (PEL) for airborne asbestos to 0.1 f/cc 8-hr. Time Weighted Average, one half the PEL adopted by the Agency in 1986.  This was also a very elaborate rule and supporting documentation for the rule, requiring 197 pages of the triple columned Federal Register.

Because of the many elaborate and detailed regulations promulgated by OSHA and EPA, in particular, weekly newsletters, such as the OSHA Reporter and the Environmental Reporter of the Bureau of National Affairs in Washington, D.C.  came into existence in the 1970's to enable regulatees to keep current with regulations.  These weeklies also reported results of relevant court decisions and, in the case of OSHA, rulings of the Occupational Safety and Health Commission, which adjudicated challenges to inspector citations of standards.

Federal Registers Nos. 36 through 58 inclusive were reviewed and collected.


## A02.  Other EPA Regulations and Guidance Documents

In addition to the Federal register documents cited above, numerous other EPA documents were published:
- EPA.  (1978)  Sprayed Asbestos-Containing Materials in Buildings.
- EPA.  (1983)  Guidance for Controlling Friable Asbestos-Containing Materials in Buildings.
- EPA.  (1985)  Guidance for Controlling Asbestos-Containing Materials In Buildings- 1985 Edition.
- EPA.  (1985)  Asbestos in Buildings - Guidance for Service and Maintenance Personnel.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- EPA.  (1985)  Asbestos in Buildings: Simplified Sampling Scheme for Friable Surfacing Materials.
- EPA.  (1988)  Asbestos-in-Schools: A Guide to New Federal Requirements for Local Education Agencies.
- EPA.  (1989)  EPA Bans Asbestos Products; Asbestos Banned From Nearly All New Products in U.S.
- EPA.  (1990)  National Emission Standards for Asbestos --- Background Information for Promulgated Asbestos NESHAP Revisions.
- EPA.  (1990)  Managing Asbestos in Place - A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials.
- EPA.  (1990)  Reporting and Record Keeping Requirements for Waste Disposal.


Documentation regarding the EPA Policy Dialog on Asbestos in Public and Commercial Buildings in 1989 was collected and reviewed.  A series of public meetings, facilitated by The Conservation Foundation, was held, all of which were publicized.  These public meeting announcements were published in the Federal Register.  Sample documents include the following:

- The Conservation Foundation.  (June 27, 1989)  Letter to Potential Participants. Letter addressed "Change in Schedule for the Policy Dialogue on Asbestos in Public and Commercial Buildings."  This letter rescheduled the initial meeting of the Policy Dialog group to July 17, 1989.
- The Conservation Foundation.  (July 11, 1989)  Letter to Invited Participants.  Letter addressed "Policy Dialogue on Asbestos in Public and Commercial Buildings – Process Plan and Meeting Agenda."  This letter provided background on the May 3, 1989 public meeting held to initiate the Policy Dialog process.  Attachment A to this letter was the Participant List [of the] Policy Dialogue on Asbestos in Public and Commercial Buildings."
- The Conservation Foundation.  (July 21, 1989)  Letter to Policy Dialog Participants and Invited Observers.  Letter addressed "July 27-28 Meeting."  Letter attachments included, among other items, a draft agenda for the upcoming meeting; a summary of the July 17, 1989 meeting; copies of EPA's Draft Assessment Guide and Draft O&M Guide; and copies of testimony from EPA officials on NESHAP enforcement.
- The Environmental Management Group, Inc.  (August 2, 1989)  Letter to National Asbestos Council Executive Director regarding Public Policy Meetings Concerning Asbestos in Buildings.
- National Asbestos Council.  (August 4, 1989)  Letter regarding "U.S. EPA Public Meetings."
- The Conservation Foundation.  (August 10, 1989)  Letter to Policy Dialog Participants and Invited Observers.  Letter addressed "Future meeting dates and locations."
- EPA.  (no date, but refers to upcoming meetings on September 6 and 7, 1989) Public Meeting on the Issue of Asbestos in Public and Commercial Buildings.  Letter contains a proposed agenda for the upcoming Policy Dialog meeting.
- National Asbestos Council.  August 15, 1989.  Letter regarding "U.S. EPA Public Meetings."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- The Conservation Foundation.  (September 15, 1989)  Letter to Policy Dialog Participants and Invited Observers.  Letter addressed "Meeting summaries and preparation for the next meeting."  Letter attachments included a "draft summary of the last policy dialogue meeting…" and a draft "comprehensive outline of the conceptual proposals that have emerged thus far in the policy dialogue process."


Fifteen EPA publications from October and December 1990 were reviewed.  Notable was one article from 1990 that addressed the subject of EPA Asbestos Materials Bans: Classification. It was issued on May 18, 1999 (EPA.  (May 1999).  EPA Asbestos Materials Bans: Clarification.).  This clarification was necessary after the July 1989 EPA rule on "Asbestos Ban and Phaseout Rule" was vacated and remanded by the U.S. Fifth Circuit Court of Appeals in 1991.  Some approved product bans (6 products) remained in 1999.
- EPA.  (1999)  Clarification on Ban of Asbestos-Containing Materials.

Several documents published in 1990 were on the subject of the National Emission Standard for asbestos:
- National Emission Standards for Asbestos – Background Information for Promulgated Asbestos NESHAP Revisions.  EPA-450/3-90-017 (EPA.  October 1990).  A brief summary of selected EPA and non-EPA asbestos regulations, as they apply to ACM in facilities.
  - Appendices A-G to this summary contain applicable forms, work practices and inventory and abatement procedures.
- Asbestos Informer, which is a primer for EPA asbestos rules.  EPA. (October 1990).  Asbestos Regulations Matrix summarizing OSHA, EPA and U.S. Navy rules for demolition projects.  EPA (October 1990).
- "Demolition Practices Under the Asbestos NESHAP.  EPA (October 1990).
- Common Questions on the Asbestos NESHAP.  EPA (October 1990).
- "Asbestos NESHAP Adequately Wet Guidance."  EPA (December 1990).  "Asbestos/NESHAP Regulated Asbestos Containing Materials Guidance,"  EPA (December 1990).


**A03.  Other OSHA Regulations and Guidance Documents**
In addition to the Federal register documents cited above, numerous other OSHA documents were published:
- OSHA.  1926.1101 Safety and Health Regulations for Construction.
- OSHA.  1915.1001 Occupational Safety and Health Standards for Shipyard Employment.
- OSHA.  1910.1001 Occupational Safety and Health Standards.

OSHA established a permissible exposure limit, or PEL, in 1971.  The PEL is a limit on airborne asbestos exposure and is expressed in terms of fibers per cubic centimeter (f/cc) of air.   OSHA has also established ceiling levels which are airborne fiber levels that cannot be exceeded regardless of the use of respiratory protection.  OSHA requires that employers first use engineering controls such as ventilation and wet working methods to control asbestos release into the air.  If engineering controls alone are not able to maintain airborne

**Information Available to Building Owners and Managers About Asbestos in Buildings**

asbestos levels below the PEL, then the employer must have the workers wear respirators. OSHA reduced the PEL over time as more was learned about the health risk of asbestos exposure and air monitoring to gauge exposures. Control technologies also developed through time making lower PELs more economical and feasible. The OSHA Permissible Exposure Limit (PEL) was changed several times between 1971 and 1986, as follows:

- 1971 - 12 f/cc:  OSHA promulgated its first asbestos regulation 29 CFR 1910.1001 on May 29, 1971 (36 FR 10466). This regulation was a General Industry standard and as such was intended to protect workers in manufacturing workplaces. This regulation established a PEL of 12 f/cc.
- 1971 – 5 f/cc:  In response to a petition by the Industrial Union Department of the AFL-CIO, OSHA issued an Emergency Temporary Standard (ETS) on asbestos on December 7, 1971, which established a PEL of 5 f/cc as an 8-hour time-weighted average (TWA) and a peak exposure level of 10 f/cc. This standard was also a General Industry standard.
- 1972 - 5 f/cc:  OSHA conducted rulemaking and issued a permanent General Industry standard 29 CFR 1910.93a (later renumbered as Section 1910.1001) on June 7, 1972 (37 FR 11318). This revision established a PEL of 5 f/cc and a ceiling limit of 10 f/cc.
- 1976 – 2 f/cc:  The 1972 standard called for the PEL to be lowered on July 1, 1976, keeping the ceiling limit at 10 f/cc. This regulation was still a General Industry standard and as such did not apply to construction workplaces. However, this standard was widely used as the basis for protection of asbestos abatement workers.
- 1983 – 0.5 f/cc:  On November 4, 1983 OSHA issued an Emergency Temporary Standard (ETS) for asbestos, lowering the permissible exposure limit from 2 f/cc to 0.5 f/cc (48 FR 51096, November 4, 1983). The ETS was held invalid by the Fifth Circuit Court of Appeals on March 7, 1984.
- 1986 – 0.2 f/cc: On June 17, 1986, OSHA issued two revised standards, one governing occupational exposure to asbestos in general industry workplaces, the other applicable to construction workplaces (51 FR 22612 et seq., June 20, 1986). This was the first time that OSHA promulgated a rule that covered construction work. Included in the construction standard 29 CFR 1926.58 were specific provisions regulating asbestos abatement, demolition and renovation projects. These procedures were to be followed for maintenance work in buildings unless specific "small scale short duration" maintenance work procedures were adhered to. Thus for the first time building owners were specifically affected by a regulation that pertained to workers maintaining their buildings.

At the time OSHA's 1986 regulation was promulgated, there was controversy about the hazards of asbestos and about asbestos regulations. OSHA was sued by a number of parties who were looking for changes in the 1986 regulations. OSHA remained in litigation over these issues and as a consequence re-entered rulemaking in 1990. These were turbulent times for OSHA and the agency found itself dragged into litigation between worker groups and the EPA. This is described by OSHA in the regulatory history discussion in the preamble to its 1994 regulations, as follows:

- On November 3, 1992, by Federal Register notice, OSHA re-opened the comment period to allow supplementary public comment on options to protect workers from

**Information Available to Building Owners and Managers About Asbestos in Buildings**

inadvertent exposure to asbestos in buildings (57 FR 49697). This issue, not part of the Court's remand order, was broached by the Agency in the preamble to the proposal, and had been the subject of litigation brought by Service Employees International Union (SEIU) against EPA. In 1988 the Service Employees International Union, AFL-CIO petitioned the Environmental Protection Agency for regulation of asbestos in public and commercial buildings and subsequently sued the Agency. This resulted in the convening of a series of "Policy Dialogue" meetings established by EPA in an attempt to reach agreement on issues concerning asbestos in public and commercial buildings. As discussed in the NPRM of July 20, 1990, OSHA and a variety of other interested parties participated in the meetings which took place between May 1989 and May 1990. These groups included realty interests, lenders and insurance interests, unions, asbestos manufacturers, public interest groups, asbestos consultants and contractors and states. The group failed to agree on all issues, but did generally agree that the presence of asbestos should be known to building service workers. The major area of disagreement in the group dealt with the characterization of risk to general building occupants and office workers. The group also did not agree on the need for specific federal asbestos inspection requirements.

The OSHA 1994 Construction Standard contains specific requirements for owners of buildings:

1) Duties of building and facility owners. (i) Before work subject to this standard is begun, building and facility owners shall identify the presence, location and quantity of ACM, and/or PACM at the work site. All thermal system insulation and sprayed on or troweled on surfacing materials in buildings or substrates constructed no later than 1980 shall also be identified as asbestos-containing. In addition resilient flooring material installed not later than 1980 shall also be identified as asbestos-containing.

(ii) Building and/or facility owners shall notify the following persons of the presence, location and quantity of ACM or PACM, at the work sites in their buildings and facilities. Notification either shall be in writing, or shall consist of a personal communication between the owner and the person to whom notification must be given or their authorized representatives:

(A) Prospective employers applying or bidding for work whose employees reasonably can be expected to work in or adjacent to areas containing such material;

(B) Employees of the owner who will work in or adjacent to areas containing such material:

(C) On multi-employer worksites, all employers of employees who will be performing work within or adjacent to areas containing such materials;

(D) Tenants who will occupy areas containing such material.

- OSHA.  1926.1101 Safety and Health Regulations for Construction.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## A04.  State and Local Regulations and Guidance Documents

In addition to the Federal register, EPA, and OSHA documents cited above, numerous other documents from state and local sources were published as well.  We collected numerous documents relating to asbestos in buildings from New York State, New York City, California, and Colorado.

- NYC EPA.  (1970)  NYC EPA Letter RE: Sprayed Fireproofing Regulations.   This was the original NYC law regulating sprayed fireproofing.
- NYC Dept. of Environmental Protection.  (1991)   Asbestos Control Program Rules and Regulations.
- NYC Dept. of Environmental Protection.   Air, Noise and Hazardous Materials - Asbestos Rules and Regulations.
- NYS EPA.  (1972)   Local Laws of the Cities, Counties, Towns and Villages in the State of New York Enacted During the Year 1971.
- NYS.  (1979)  School Asbestos Safety Act.
- NYS Department of Labor.  (1987)  Asbestos: Part 56 Title 12 of the Official Compilation of Codes, Rules and Regulations of the State of New York.
- NYS Education Department. (1988)  New York State Education Department Guidelines for Use by LEA's in Fulfilling AHERA Requirements.
- NYS Education Department. (1989)  New York State Education Department Letter RE: Asbestos Abatement Requirements.
- NYS Department of Labor.  (1992)  Asbestos: Part 56 of Title 12 of the Official Compilation of Codes, Rules and Regulations of the State of New York (Cited as 12 NYCRR Part 56).
- Colorado Dept. of Health.  (1986)   Report to the Legislature on Asbestos.
- State of Colorado.  (1987)   Revision to 1982 Asbestos Regulations Act.
- Colorado Air Quality Control Commission.  (1988)   Colorado Air Quality Control Commission: Hearing on Proposed Regulation 8 Regarding Asbestos.
- State of Colorado.  (1988)   Revision to 1982 Asbestos Regulations Bill.
- Palomba, J. - Secretary of the Air Quality Control Commission.  (1988)   Fairfield Letter RE: Regulation 8.
- State of Colorado.  (1988)   Proposed Revisions to Regulation 8 - Section II – Asbestos.
- International Council of Shopping Centers1988 Documents RE: Colorado Regulations.
- Johnson, F.R. (1989)   Statement of the Air Pollution Control Division.
- City and County of Denver, Colorado. (1988)   Asbestos Abatement Regulatory Service: Laws and Regulations for City and County of Denver, Colorado.
- CAL OSHA.  (1987)  7 Asbestos Abatement Regulations - New California Laws and Regulations Regarding Registration with the Division.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## B.    Buildings – Public and Commercial

Overview:  In addition to governmental regulations and guidance documents, building owners and managers were made very aware of the asbestos in buildings, especially by trade groups who were very actively involved in the legislative affairs of Congress.  Asbestos in buildings was a topic in virtually all property management and real estate journals, and especially by BOMA, the Building Owners and Managers Association.  As seen in BOMA's National Advisory Council Monitor newsletter, the level of activity and amount of publicity that the asbestos issue created was overwhelming and seemingly constant throughout the 1980s.  Building owners and managers, as well as anyone involved with buildings, were highly aware of the issues of asbestos in buildings.

## B01.  Building Owners and Managers Association (BOMA) International

The Building Owners and Managers Association International (BOMA) is a major trade organization representing commercial building owners and managers in the United States and throughout the world.

Following are excerpts from the BOMA website:
- BOMA International was founded in 1907 as the National Association of Building Owners and Managers. The association assumed its present name in 1968 as it broadened its reach to include Canada and other affiliates around the globe. Today, BOMA International represents nearly 100 North American and nine overseas affiliates.  BOMA's North American membership represents a combined total of more than nine billion square feet of downtown and suburban commercial properties and facilities.

  • BOMA International is a primary source of information on office building development, leasing, building operating costs, energy consumption patterns, local and national building codes, legislation, occupancy statistics and technological developments.

  • Throughout BOMA International's long history, its goal has always focused on actively and responsibly representing and promoting the interests of the commercial real estate industry through effective leadership and advocacy, through the collection, analysis and dissemination of information, and through professional development.

  • BOMA International's members are building owners, managers, developers, leasing professionals, medical office building managers, corporate facility managers, asset managers, and the providers of the products and services needed to operate commercial properties.

  • Collectively, BOMA members own or manage more than nine billion square feet of

**Information Available to Building Owners and Managers About Asbestos in Buildings**

office space, which represents more than 80 percent of the prime office space in North America!

BOMA was actively involved and kept their membership apprised of all building-related regulations, guidance documents, studies, and reports.  This included virtually all issues related to asbestos in buildings.  BOMA communicated with its membership in several different ways, including the following:
- Regularly scheduled BOMA Business Meetings, such as the Winter Business Meetings in December 1980, December 1982, and December 1983 in Tucson, AZ.
- BOMA International magazine, at various times known as BOMA Magazine, Skylines, or BOMA.org;
- BOMA Government Affairs Department, including its Congressional Networking program; and
- Major committees, or councils, such as the National Advisory Council (BOMA/NAC).

## BOMA Skylines Magazine

BOMA publishes a monthly magazine that is distributed to all of its members.  At different times, the name of the magazine was simply BOMA Magazine, then BOMA Skylines, then BOMA.org.

We reviewed BOMA Skylines magazines from 1988 through 1995.  We found 227 items relating to asbestos, including articles, advertisements, notices, and announcements of seminars, training sessions about asbestos.  Narrowing our search to articles relating to asbestos in buildings yielded 75 items in the 1988-1995 time period.

BOMA Skylines also included the following:
- a large number of advertisements for asbestos abatement firms;
- notices for asbestos-related training and certification courses; and
- advertisements by liability insurance firms.

Much of the information contained in the NAC Monitor newsletters was printed for the general membership of BOMA in the BOMA Skylines magazine.

BOMA arranged and publicized seminars for its membership on a variety of topics, including asbestos-related issues.  An example of this type of notice is as follows:
- January-February 1988: Spring 1988 Asbestos Seminars Set
- November1990: Educating BOMA
- May 1991: Government & Industry Affairs Update: Keeping Up with Asbestos [re asbestos seminar re EPA Green Book re Operations & Maintenance programs]

Many of these articles addressed legal and regulatory issues affecting office buildings and the commercial building industry.  Examples of these articles are as follows:
- January-February 1988: Legal/Regulatory Trends Affecting Office Buildings
- January-February 1988: Legislative Highlights: Senator Baucus' Asbestos Bill; HR2693 The Asbestos Information Act of 1987; EPA Public Buildings Study

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- January-February 1988: Common Ground Found in Joint Real Estate Industry Asbestos Meeting
- March1988:  Legislative Update:  Asbestos Laws and Landlord/Tenant Liability Force Revision of NYC Commercial Leases
- March 1988: New York Asbestos Laws May Have High Price Tag
- March 1988: Colorado Legislates on Asbestos
- April 1988: Legislative Update (Federal):  New Study, Old News
- April 1988: Legislative Update (State & Local): California's Proposition 65
- April 1988: Legislative Update (Federal): Amendments to the Toxic Substances Control Act
- May 1988: Legislative Update (Federal): BOMA Advises Legislators on Language of Air Quality Bill
- May 1988: Legislative Update (Federal): The Congressional Connection: BOMA's Congressional Speakers
- May 1988: Legislative Update (Codes & Regs): Building Owner Sues for Asbestos Removal Costs
- May 1988: Legislative Update (Codes & Regs): Asbestos Becomes Top State Priority
- June 1989: Indoor Air Quality Bill: Inform, Rather Than Alarm, the Public
- October 1989: Legislative Update: BOMA International Testifies on Indoor Air Quality Legislation
- March 1990: EPA Official Sends Asbestos Message
- May 1990: Legislative Update (Federal): BOMA Testifies Against Unnecessary Asbestos Removal
- May 1990: Legislative Update (Codes & Regs): EPA States the Facts on Asbestos
- May 1990: Legislative Update (Codes & Regs): Asbestos Guide Slated for Summer release
- June 1990: Legislative Update (Codes & Regs): Checking Out Abatement Contractors
- August 1990: Legislative Update (Codes & Regs): Asbestos Abatement Notification Rules Proposed
- September-October 1990: Legislative Update (Federal): EPA Release New Asbestos Guide
- September-October 1990: Legislative Update (Regulatory): New EPA Policy On Non-Friable Asbestos
- December 1990: Legislative Update:  The Asbestos Tide Turns [Leave asbestos undisturbed in place]
- December 1990: Breaking Up is Hard to Do [article about NESHAP]
- January 1991: Government & Industry Affairs Update (Regulatory): EPA Official Preview '91 [article about the EPA publication of Building Owners Guide to Managing Asbestos in Place]
- January 1991: Government & Industry Affairs Update (Regulatory): Real Estate Comments on Asbestos [OSHA short term PEL]
- January 1991: BOMA International Forecast: Environment [article about the EPA publication of Building Owners Guide to Managing Asbestos in Place]
- November-December 1992: What To Know About the "Right To Know"

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- November-December 1992: A Guide to Environmental Audits
- July-August 1994: Legislative Update: Asbestos Revisited [OSHA advised that building owners should assume that pre-1980 buildings contain asbestos]
- September 1994: Legislative Update: Asbestos Rules Kicking In [OSHA advised that its rules do not require asbestos to be removed but focus instead on improving in-place management practices]
- March 1995: What the New OSHA Asbestos Rules Mean for Building Owners and Managers
- October 1995: Legislative Update: Asbestos Rules In Place

Even though BOMA focused on the commercial building industry, it also provided updates to its membership about AHERA [school-related] regulations. BOMA had an interest in AHERA, not simply because the regulation involved school buildings, but rather because BOMA accurately anticipated that AHERA-type regulations would be considered for commercial buildings as well. BOMA also published articles about other school-related regulations, such as ASHAA (Asbestos School Hazard Abatement Act) in 1990. Examples of these articles are as follows:

- April 1988: Legislative Update (Federal): School Boards Have Difficulty Complying With AHERA Deadlines
- July 1989: Legislative Update (Federal): Proposed Asbestos Standards Would Affect Commercial Buildings
- April 1990: Legislative Update (Federal): Amendment Extends Asbestos Rules to Commercial Buildings
- August 1990: Legislative Update (Federal): AHERA Accreditation Rules Could Extend to Custodial Staff
- November 1990: Legislative Update (Federal): Clean Sweep [ASHAA]
- Nov-Dec 1991: Keeping Watch [re the prospect of AHERA-type regulations for commercial buildings]
- January 1992: To Regulate or Not [EPA decided not to develop regulations governing asbestos in commercial buildings, but said asbestos was an OSHA issue]

BOMA kept its members informed about building renovation, disaster planning, and asbestos abatement issues facing building owners. Examples of these articles are as follows:

- May 1988: When the Walls Come Tumblin' Down: The Challenges of Interior Demolition
- November-December 1989: How to Handle Environmental Hazards After a Fire
- November 1990: Bulletin Board: Is asbestos removal currently a deductible expense or must it be capitalized as part of the cost of the building and depreciated?
- January 1991: Evaluating The Potential For An Economically Successful Renovation
- February 1991: Pre-Planning for the Harsh Realities of a Disaster
- June 1991: Asbestos Encapsulation Can Save Dollars
- March 1992: Flooring Choices: Knowledgeable Decisions Pay Off for Building Managers
- May 1994: Planning for a Successful Renovation

BOMA kept its members informed about scientific articles about asbestos. An example of

**Information Available to Building Owners and Managers About Asbestos in Buildings**

this kind of article is as follows:
- April 1991: A Scientific View of Asbestos by Brooke Taylor Mossman, PhD
- March 1991: Government & Industry Affairs Update: OSHA Rules: High Fiber Content

BOMA kept its members informed about asbestos-related activities by other organizations. An example of this is:
- April 1991: Toll-Free Environmental Hotline [describes a new Environmental Safety Council hotline to provide advice to building and property owners and managers, corporate facility executives, tenants, employees, occupants, lenders, insurers, attorneys, architects, general public, and other interested parties on asbestos-related issues]

BOMA kept its members informed about liability insurance issues and other financial and risk management issues facing building owners.  Several articles addressed asbestos in buildings as part of a broader issue in the article.  Examples of these articles are as follows:
- March1988: New Asbestos Liability Protection Programs Bring Major Lenders Back to the Real Estate Market
- April 1988: The Prepurchase Inspection: How to Spot a Problem Property Before You Buy
- January-February 1990: Environmental Risk: Decade of Documentation
- January-February 1990: Steady Growth but Slower Pace Predicted for Canadian Commercial Markets: Real Estate Analysis: Environmental Issues
- September 1991: Environmental Compliance Reviews: A Step Beyond Environmental Site Assessments
- October 1991: Asbestos Remains Key Environmental Concern [results of a  5/91 BOMA Skylines poll]
- May 1993: Practical Steps to Minimize Environmental Liability

BOMA kept its members informed about numerous major studies and conferences, such as the EPA Buildings Study, the Harvard Symposium, and the Health Effects Institute asbestos project.
Examples of articles relating to the EPA's Buildings Study and other EPA studies include:
- April 1988: Legislative Update (Federal): BOMA's Asbestos Task Force Meets With EPA and Legislative Players to Discuss EPA Asbestos Report
An example of an article relating to the Harvard Symposium is:
- September 1989: Legislative Update (Codes & Regs): Harvard Study Dispels Myths of Asbestos Exposure Risks
Example of articles relating to the Health Effects Institute study include:
- March 1990: HEI Asbestos Study Off and Running
- September-October 1990: Legislative Update (Federal): Asbestos Exposure Study Underway
- November-December 1991: Manageable Report.

**B02.  National Advisory Council (BOMA/NAC) of BOMA International**

**Information Available to Building Owners and Managers About Asbestos in Buildings**

NOTE:  This group should not be confused with the National Asbestos Council which enjoyed the same acronym (NAC).  The National Asbestos Council ultimately changed its name to the Environmental Information Association, but was originally known as NAC, then later as EIA/NAC, then as EIA.  In order to avoid confusion in this report, the National Advisory Council of the Building Owners and Managers Association will be referred to as "BOMA/NAC," while the National Asbestos Council will be referred to as "EIA/NAC."

A subgroup of BOMA is the National Advisory Council of BOMA International (BOMA NAC).  Made up of senior representatives of leading real estate and insurance organizations worldwide, BOMA/NAC members regularly meet with the nation's policy makers to provide advice and counsel on issues that affect the economy and the real estate industry as a whole.  According to its November 26, 1980 newsletter (apparently its initial newsletter), this group was formed in 1980 and had its first formal meeting on December 7, 1980 as part of BOMA's Winter Business Meeting.  As noted in the November 26, 1980 NAC Monitor, "The [National Advisory Council of BOMA International] meeting provides an opportunity to review those issues impacting the commercial property industry, and to plan 1981 legislative and regulatory activities."

BOMA/NAC members received regular correspondence and newsletters from BOMA International.  Members received the BOMA/NAC Monitor newsletter several times each year, and at times once or twice each month in the 1980s.

BOMA/NAC's membership included a variety of BOMA members, including building owners, major property managers, real estate organizations, developers, insurance companies, and other agencies.  Membership lists have been obtained for 1984, 1985, and 1986.

**BOMA/NAC Meetings**

BOMA/NAC had periodic group conference meeting to discuss important issues of the day.  These included guest speakers and programs relating to asbestos in buildings.

The BOMA/NAC Mid-Winter 1988 Meeting was held in Dallas, TX from March 14-15, 1988.  As noted in the agenda for this meeting, the "BOMA Business" "part of the program will be devoted to a brief legislative and regulatory affairs update (including an Asbestos task Force update…)."

In early 1989, BOMA/NAC sent personalized letters to its membership announcing the agenda for the BOMA/NAC Spring 1989 Meeting to be held in Tempe, AZ.  The letters announced that the guest speakers at this meeting would be Chuck Powers of the Health Effects Institute (HEI) and Susan Vogt, EPA Acting Deputy Assistant Administrator, speaking on the status of congressionally mandated asbestos research.  The letter further stated that BOMA and BOMA/NAC had been working closely with EPA on their asbestos-related efforts.

The BOMA/NAC Spring 1989 Meeting was held in Tempe, AZ from March 12-14, 1989. As noted earlier, Chuck Powers of the Health Effects Institute (HEI) and Susan Vogt, EPA Acting Deputy Assistant Administrator, were on the agenda speaking on the status of

**Information Available to Building Owners and Managers About Asbestos in Buildings**

congressionally mandated asbestos research.

**BOMA/NAC Monitor Newsletter**

BOMA's National Advisory Council had its own newsletter, which was called the BOMA/NAC Monitor.  We reviewed BOMA/NAC records from 1980 through 1989, including BOMA/NAC Monitor newsletters from the initial newsletter in November 1980 through late 1988.  From November 1980 through October 1988, there were 63 BOMA/NAC Monitor newsletters, of which 38 contained important information about asbestos in buildings.

Much of the information contained in the BOMA/NAC Monitor newsletters was printed for the general membership of BOMA in the BOMA Skylines magazine and was included in the BOMA Government Affairs Congressional Network process.

BOMA/NAC kept track of numerous issues and kept their membership well informed on these issues.  Asbestos was a major topic in the BOMA/NAC Monitor between 1980 and 1989.  Asbestos issues included, among other topics, asbestos in buildings, exposure standards, environmental liability insurance, asbestos studies, asbestos product liability issues, and asbestos-related conferences.

- In 1980 (November and December only), asbestos was a featured topic in one out of the two newsletters for that year.
- In 1981, asbestos was a featured topic in four out of the 11 newsletters for that year.
- In 1982, asbestos in buildings was a featured topic in two out of the ten newsletters for that year.
- In 1983, asbestos in buildings was a featured topic in three out of the five newsletters for that year.
- In 1984, asbestos in buildings was a featured topic in two out of the four newsletters for that year.
- In 1985, asbestos in buildings was a featured topic in three out of the seven newsletters for that year.
- In 1986, asbestos in buildings was a featured topic in four out of the five newsletters for that year.
- In 1987, asbestos in buildings was a featured topic in nine out of the nine newsletters for that year.
- In 1988, asbestos in buildings was a featured topic in ten out of the ten newsletters for that year.

**Legislative Chronology as Reported by BOMA/NAC, 1980-1988**

Following are excerpts from the BOMA/National Advisory Council newsletters, in the form of a timeline relating to BOMA's dissemination of information to its members about asbestos in buildings from 1980 to 1989.  Issues included:

- EPA and OSHA activities, regulations, and guidance relating to asbestos in buildings;
- major studies and symposia relating to asbestos in buildings;
- state and local involvement in asbestos regulations and their enforcement;
- union involvement in safety and health activities involving asbestos; and
- environmental liability insurance unavailability issues.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

In 1980 (November and December only), asbestos was a featured topic in one out of the two newsletters for that year.

- December 17, 1980 BOMA/NAC Monitor:  "BOMA INTERNATIONAL ESTABLISHES ASBESTOS TASK FORCE:  BOMA International has established a task force to address the problem of asbestos in buildings.  The group will examine scientific literature and will track EPA activities geared toward regulation.  EPA plans to issue an Advance Notice of Proposed Rulemaking in April, 1981, with respect to office buildings; they have already issued directives regarding asbestos in school buildings."

In 1981, asbestos was a featured topic in four out of the 11 newsletters for that year.

- February 13, 1981 BOMA/NAC Monitor:  "BOMA SETS LEGISLATIVE GOALS FOR 1981:  "…Since the Clean Air Act is up for reauthorization this year, BOMA will be exploring possible amendments to curb or consolidate efforts that unreasonably regulate indoor air quality and asbestos in office buildings."
- May 8, 1981 BOMA/NAC Monitor:  "EPA Cancels Development of Rule on Asbestos-Containing Materials in Commercial Buildings:  The Environmental Protection Agency (EPA) recently cancelled the program designed to develop a rule on asbestos-containing materials in commercial buildings.  The proposed rule was expected to follow the finalization of the school building asbestos rule, but that program has been delayed."
- May 8, 1981 BOMA/NAC Monitor: "EPA Plans Conference on Asbestos Encapsulants:  EPA plans to hold a conference on the encapsulation of asbestos-containing materials on June 8-9, [1981]…The purpose of the conference is to gather information on the use of encapsulants for asbestos-containing building materials.  EPA has concern that 'encapsulants may not provide a long-term solution to asbestos problems.'"
- July 10, 1981 BOMA/NAC Monitor:  "Asbestos Information Association to Sponsor Industry-Government Conference:  The Asbestos Information Association (AIA) will hold an industry-government conference on asbestos…September 16 and 17 [1981]…Executive Director of the President's Task Force on Regulatory Relief, James C. Miller, III, will be the keynote speaker.  Featured agenda items include an in-depth review of the asbestos problem, congressional speakers, and panel discussions by senior executives and scientists from industry, labor, government and health communities."
- November 17, 1981 BOMA/NAC Monitor:  "Court Reverses Trend in Asbestos Cases:  In a carefully written opinion that contradicts other recent court decisions, the U.S. District Court of Boston ruled that the date of diagnosis of an asbestos-related disease should determine insurance coverage.  This decision supports the 'manifestation' theory of bodily injury for asbestos claims.  There are others in the insurance industry who believe that insurance should be triggered when an insurance claimant is exposed to asbestos.  Obviously, the allocation of liability would be substantially affected by whatever rules are ultimately imposed."
- November 17, 1981 BOMA/NAC Monitor:  "Courts Address Issues of Insurers' Liability, Apportionment:  "Two recent court decisions addressed important issues in the area of occupational disease claims.  The U.S. Court of Appeals for the District of

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Columbia has ruled on the issue of when insurance coverage is triggered to cover asbestos-related claims…"

- November 17, 1981 BOMA/NAC Monitor:  "World Symposium on Asbestos to be Held in May 1982:  The Government of Canada, Government of Quebec, and Commission of the European Community will sponsor a World Symposium on Asbestos in Montreal, Quebec, Canada during the period May 25-27, 1982…"

In 1982, asbestos in buildings was a featured topic in two out of the ten newsletters for that year.

- February 25, 1982 BOMA/NAC Monitor:  "Asbestos Compensation Bill Introduced in House:  Rep. Millicent Fenwick (R-NJ) has introduced a bill that will pay benefits to affected persons and their dependents for disability or death from an asbestos-related disease…Although this legislation only affects occupational industrial workers who have contracted an asbestos-related disease, it could have future meaning to contractors and subcontractors who work in office buildings containing friable asbestos and as a result, contract an asbestos-related disease…
- February 25, 1982 BOMA/NAC Monitor:  "Asbestos Compensation Bill Introduced in House (continued):  In related action, Rep. James Florio (D-NJ) held a hearing in New Jersey on the hazards of asbestos exposure.  The hearing focused on asbestos control programs developed by state and federal governments, with emphasis on EPA's school building regulations.  An additional hearing will be held in Washington within the next month or so."
- March 12, 1982 BOMA/NAC Monitor:  "BOMA Discusses Asbestos with EPA Officials:  BOMA Executive Vice President Gardner McBride and NAC Staff Director Marc Intermaggio met with Larry Dorsey, acting chief, special regulations branch (chemical control) of the Environmental Protection Agency last week to discuss asbestos in office buildings.  Dorsey, who stated that he anticipates no regulatory action by EPA regarding asbestos in office buildings, expressed concern about renovating buildings containing asbestos…'I don't believe that just because you have asbestos in an office building, you have a problem,' said Dorsey.  'Sometimes it is better to leave it alone than to attempt to remove it, which could involve an increased health risk.'"

In 1983, asbestos in buildings was a featured topic in three out of the five newsletters for that year.

- June 10, 1983 BOMA/NAC Monitor:  "NAC Meeting Held on Asbestos Issues:  BOMA International hosted a meeting of the National Advisory Council on May 27, 1983, to discuss the draft Report on Asbestos in Buildings, Legislative and Regulatory Update, prepared by the BOMA Government Affairs office.  NAC members discussed the draft report and related legal and technical issues…NAC members at the meeting recommended that the draft report be approved by the BOMA International Officers with minor changes and clarifications.  They further recommended that the report be sent to all U.S. BOMA members prior to the convention in Los Angeles…The BOMA Government Affairs staff anticipates mailing the final report to all U.S. BOMA members within the next few days."
- November 22, 1983 BOMA/NAC Monitor:  "OSHA Issues Emergency Temporary Standard on Asbestos:  On November 4, 1983, the [OSHA] of the U.S. Department of Labor issued an Emergency Temporary Standard (ETS) on occupational exposure

**Information Available to Building Owners and Managers About Asbestos in Buildings**

to asbestos…The temporary standard, as anticipated and referred to in BOMA's July 1983 "Report on Asbestos in Buildings," reduces the [PEL] for asbestos from 2 fibers (longer than 5 micrometers) per cubic centimeter (f/cc) as an eight hour time-weighted average, to 0.5 f/cc.  The reduction in the [PEL] is the result of a petition by the International Association of Machinists and Aerospace Workers in June of 1983, to OSHA for an emergency temporary standard…The ETS applies to all industries covered by the [OSH] Act of 1970, including 'general industry,' construction and maritime industries."

- December 19, 1983 BOMA/NAC Monitor:  "OSHA Asbestos Standard Update: U.S. Court Blocks New OSHA Asbestos Standard:  The Fifth Circuit of the U.S. Court of Appeals, on an appeal from the Asbestos Information Association, has blocked implementation of the new OSHA Emergency Temporary Standard (ETS) dealing with asbestos…The Court has agreed to hear arguments from OSHA and the Asbestos Information Association on January 15, 1984.  BOMA will monitor the court's activities and keep NAC members informed of any action taken."

In 1984, asbestos in buildings was a featured topic in two out of the four newsletters for that year.

- March 30, 1984 BOMA/NAC Monitor:  "EPA and OSHA Regulatory Activities on Asbestos in Commercial Buildings – Action Request: IMMEDIATE ACTION REQUESTED: Current Regulatory Activities on Asbestos:  EPA recently announced that it will initiate a rulemaking proceeding concerning asbestos in schools and in public and commercial buildings, including office buildings.  This is in response to a petition by the Service Employees International Union (SEIU).  The proceeding will commence with the submission of written comments and the presentation of testimony by interested persons.  BOMA will participate in this rulemaking by providing EPA with the views of the office building industry…EPA is soliciting written comments and testimony at a public hearing to be held on May 7, 1984.  The hearing will address the issues of hazard assessment standards, appropriate corrective action, inspection and abatement requirements in commercial buildings, and standards of performing abatement activities.  Written comments are due April 23.  A copy of the Federal Register notice of March 7, 1984 is attached."

- July 18, 1984 BOMA/NAC Monitor:  "Regulatory Review: Asbestos: Asbestos in Buildings:  The study of asbestos in buildings, its potential health risk, its location, and assessment and abatement techniques, remain high on the agenda of government regulations.  Both EPA and OSHA have had activity in the asbestos area:
  - OSHA has completed public testimony on its proposal to reduce airborne asbestos exposure limits for those working with asbestos…The agency is expected to produce separate regulations for general industry and construction in June 1985.
  - EPA Administrator William Ruckelshaus has announced the agency's intention to explore all applicable regulatory and non-regulatory options for protecting workers engaged in asbestos abatement activities.  Ruckelshaus' announcement came after the Service Employees International Union (SEIU) requested that EPA respond to the fourth point in a petition that SEIU filed with EPA in late 1983.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

> o EPA is finalizing a nationwide survey of asbestos in buildings. The report is said to contain estimates of how many buildings are likely to contain asbestos, the building type and age. The final report on the survey is due out the beginning of August [1984]. BOMA will provide the report to NAC members when it is available."

In 1985, asbestos in buildings was a featured topic in three out of the seven newsletters for that year.

- May 3, 1985 BOMA/NAC Monitor: "FEDERAL AGENCY ACTIVITY: Asbestos: Both OSHA and EPA continue to study and revise various aspects of their asbestos rules, regulations and guidance documents. It is clear, however, that the EPA does not intend to establish 'safe' levels with respect to the existence of asbestos in private commercial buildings. Instead EPA is developing asbestos abatement contractor training courses and an outline for abatement contractor certification. BOMA has offered to review and comment on the training course for EPA when a draft is available."
- May 3, 1985 BOMA/NAC Monitor: "FEDERAL AGENCY ACTIVITY: Asbestos (continued): Because BOMA does not foresee federal standards (other than OSHA abatement standards) regulating asbestos in private commercial buildings, building owners will have to pay particular attention to asbestos regulations proposed in cities and states across the country. In an effort to strengthen the office building industry's presence at the state level, BOMA's Assistant Manager for Codes and regulations, Doug Greenaway, recently participated in a conference in Atlanta with representatives from nearly 30 states to discuss their asbestos programs."
- May 3, 1985 BOMA/NAC Monitor: "FEDERAL AGENCY ACTIVITY: Asbestos (continued): GSA's Public Building Service (PBS) circulated a draft policy pertaining to its property acquisition program as it relates to asbestos in leased property. The first draft, authored by GSA's Asbestos Task Force, instructed GSA personnel not to lease or purchase property containing friable asbestos or any asbestos-containing materials likely to become friable."
- May 3, 1985 BOMA/NAC Monitor: "FEDERAL AGENCY ACTIVITY: Asbestos (continued): At the request of BOMA, four NAC members met with the GSA Asbestos Task Force to apprise them of BOMA's concerns regarding the effect of the draft policy on building owners that lease to the federal government. Equally important is the impact that GSA's policy would have on the marketability of buildings containing asbestos when leasing to private sector tenants."
- June 7, 1985 BOMA/NAC Monitor: "FEDERAL AGENCY ACTIVITY: GSA: Asbestos in Public Buildings: Asbestos: GSA is in the last stages of preparing its 'final draft' policy pertaining to its property acquisition program as it relates to asbestos in leased property. BOMA expects to receive the draft prior to the BOMA Convention and will send a copy to all NAC members for review and comment. Because of delays in publication of the draft, NAC Chairman Richard Dolson will decide when the draft is published whether to discuss the GSA policy at NAC's meeting in Boston or whether to call a special NAC meeting."
- June 7, 1985 BOMA/NAC Monitor: "FEDERAL AGENCY ACTIVITY: GSA: Asbestos in Public Buildings: Asbestos (continued): On another aspect of the asbestos issue, building owners in the process of asbestos encapsulation or removal projects are finding that asbestos abatement contractors are unable to acquire liability insurance

**Information Available to Building Owners and Managers About Asbestos in Buildings**

to cover asbestos activity.  The problem is also surfacing with architectural and engineering firms and [may] extend to building owners in the near future…While there have been no clear-cut solutions to the problem put forth, options appear to be: 1) establishing 'off-shore' captive insurance carriers; 2) developing 'limited-risk' policies with existing insurance carriers; 3) establishing a federal compensation fund for asbestos victims entitling them to predetermined settlements.  The fund would be financed by imposing assessments on defendants in current litigation; 4) continuing asbestos abatement work without liability coverage…In the interim, design professional are considering the use of indemnification, exclusionary or hold harmless clauses in design contracts where asbestos claims may become an issue."

- August 1, 1985 BOMA/NAC Monitor:  "FEDERAL AGENCY ACTION: EPA Issues Asbestos Work Rule:  EPA has proposed a rule, effective July 12, 1985, which applies to all state and local government public employees working on asbestos abatement projects and not protected by regulations of either OSHA or State Plans adopted under OSHA.  The rule is similar to the current OSHA Asbestos Standard. A final rule may be promulgated early in 1986.  BOMA continues to monitor developments in anticipation of similar regulations with broader applications."

- August 1, 1985 BOMA/NAC Monitor:  "CONVENTION REVIEW:  [An NAC meeting was held at BOMA's 78th Annual Convention in Boston in June 1985]…NAC members met in roundtable fashion to discuss several issues confronting the office building industry.  Those issues included:  Asbestos in building; Stormwater runoff; PCB transformer regulations; [and] Environmental hazard liability insurance…While several of the issues had a sense of urgency, the asbestos issue continues to be the issue of greatest concern, caused, in part, by an increased public awareness of the issue.  Richard Dolson, NAC Chairman, told members that BOMA would continue to focus on the asbestos issue and provide NAC members with regular updates on federal regulations and policy as well as state and local laws."

Also in 1985, BOMA/NAC sent its membership a letter containing copies of newly published EPA documents, advising the members that these documents could be helpful when setting up an asbestos program in their buildings:

- Guidance for Controlling Asbestos-Containing Materials in Buildings, published in June 1985; and
- Asbestos in Buildings – Guidance for Service and Maintenance Personnel, published in July 1985.

In 1986, asbestos in buildings was a featured topic in four out of the five newsletters for that year.

- February 28, 1986 BOMA/NAC Monitor:  "CONGRESSIONAL ACTION: Asbestos Hazard Emergency Response Act [AHERA]:  Legislation was introduced in Congress on February 20 [1986] by Senator Robert Stafford (R-VT) and Representative James Florio (D-NJ) that the authors claim will 'provide a workable mechanism for ending the problem of hazardous asbestos in the nation's public and private elementary and secondary schools.'  The legislation, unveiled at a Capitol Hill press briefing, was hailed by the PTA, teachers' organizations, and the Service Employees International Union as a major step in protecting the nation's school children and employees from hazardous asbestos…The legislation also proposes a model contractor accreditation plan, a concept that BOMA has endorsed in testimony before EPA and Congress."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- February 28, 1986 BOMA/NAC Monitor: "CONGRESSIONAL ACTION: Asbestos Hazard Emergency Response Act [AHERA]: NAC Chairman Richard Dolson and BOMA Staff Vice President John Biechman met with Senate staff on February 21 [1986] to discuss BOMA's initial observations on the [AHERA] legislation and to provide background on the type of activity that commercial building owners and managers have taken with regard to the asbestos problem.  Discussions also included BOMA's perspective with regard to possible asbestos legislation directed toward 'public and commercial buildings.'"

- February 28, 1986 BOMA/NAC Monitor: "CONGRESSIONAL ACTION: Asbestos Hazard Emergency Response Act [AHERA]: Enclosed with this NAC Monitor is a copy of S.2083 [Amendment to the Toxic Substance Control Act].  BOMA's legislative staff believes that the proposal to once again study public and commercial buildings is unnecessary, since EPA completed a national survey of Asbestos in Buildings in 1984.  Furthermore, BOMA staff questions the soundness of establishing a 'Hazardous Standard' that is simply tied to unquantifiable terms defining the physical condition of asbestos materials."

- February 28, 1986 BOMA/NAC Monitor: "FEDERAL AGENCY ACTION: EPA Proposes Asbestos Product Ban:  EPA Administrator, Lee Thomas, proposed in late January [1986], a total ban on asbestos in the U.S. within ten years.  The proposed regulations, originally scuttled by the Office of Management and Budget (OMB) nearly 18 months ago, found new life when OMB did a turn-about and not only approved the ten-year phaseout, but suggested that the EPA add label requirements for asbestos products not subject to immediate ban…EPA's rationale for a phaseout of certain products was to allow adequate time to develop replacement product lines."

- February 28, 1986 BOMA/NAC Monitor: " LEGAL FILE: Shop Owner Jailed for Ignoring Asbestos Standards:  An Oakville, CT shop owner received a one year prison sentence [and a fine]…for not complying with federal asbestos removal standards during the demolition of a building…EPA brought charges against the building owner and the president of the wrecking company that demolished the building.  EPA cited violations of its 1984 asbestos regulations under the Clean Air Act…The sentences were the first ever imposed for violations of the asbestos standard."

- February 28, 1986 BOMA/NAC Monitor: "LEGAL FILE: Asbestos Manufacturer Ordered to Pay $8.4 Million: $8.4 Million in damages was awarded the City of Greenville, South Carolina in a suit against W.R. Grace & Co., over the 1972 installation of asbestos fireproofing material in city hall…The Greenville [decision] [was the] first such [decision] in the U.S."

- February 28, 1986 BOMA/NAC Monitor: "LEGAL FILE: Court Allows 40 Year Old Asbestos Claim:  The Illinois Supreme Court ruled recently that an asbestos claim, based on injuries occurring 40 years ago, is not barred even though it was brought after the effective date of Illinois' statute or repose for product liability actions."

- April 11, 1986 BOMA/NAC Monitor: "SPECIAL MEETING: NAC to Meet on Asbestos Issue: Final details are being arranged for NAC members to meet with Congressional and EPA officials to discuss federal legislation and regulation of asbestos in buildings.  The meeting is scheduled for…May 22 [1986]…in Washington [DC]…The day long meeting…will feature Senator Robert Stafford (R-VT) as luncheon speaker.  The Senator, Chairman of the Senate Committee on

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Environment and Public Works, is author of the 'Asbestos Hazard Emergency Response Act' (S. 2083) and is expected to introduce asbestos legislation impacting privately owned buildings within the next few days. In addition to senator Stafford, other members of Congress, their staffs and EPA Asbestos Program officials have been invited to participate."

- April 11, 1986 BOMA/NAC Monitor: "CONGRESSIONAL ACTION: Draft Bill Would set Standards for I.D. and Abatement of Asbestos in Buildings: Senator Robert Stafford (R-VT), Chairman of the Senate Committee on Environment and Public Works, is expected, the week of April 14 [1986], to introduce legislation entitled 'Federal Building Asbestos Hazard Abatement Act.' Owners and managers of commercial and residential (ten units or greater) buildings should not be misled by the title; the proposed legislation will affect nearly all of you…In short, the legislation would require EPA to develop regulations requiring: 1) Establishment of a schedule for inspection of 'covered non-federal' buildings; 2) Public Notice of inspection findings; 3) Preparation of a Management Plan and implementation of the plan; [and] 4) Posting of warning labels to inform building users of management activities…Furthermore, the legislation would specifically prohibit the federal government from acquiring any property with asbestos or without an approved asbestos abatement plan."

- May 30, 1986 BOMA/NAC Monitor: "REPORT ON NAC MEETING: Asbestos Meeting a Success; Asbestos Meeting 'Best Yet': According to those attending the meeting of the [NAC] on May 21 and 22 [1986] in Washington D.C., it was the NAC's 'most productive meeting yet.' The meeting, which focused on Asbestos in Buildings: The Federal Perspective, featured Senator Robert T. Stafford (R-VT) and Ms. Susan Vogt, Director of EPA's Asbestos Action Program…Ms Vogt [said] that EPA is trying to 'emphasize the need for a rational approach' in dealing with asbestos in buildings…Many of the questions directed at [Ms Vogt] criticized EPA's inability to be 'effective in getting the rational word out to the market place' regarding EPA's position that non-friable asbestos is best left alone. Vogt acknowledged the difficulty in turning around the emotionally charged public opinion regarding the risks of asbestos in buildings…" "…NAC members [had] the opportunity to hear from Senator Robert T. Stafford (R-VT), author of Senate Bill S. 2300 (Federal Building Asbestos Hazard Abatement Act) and Chairman of the Senate Committee on Environment and Public Works. Senator Stafford spent over an hour discussing the intent of his latest asbestos legislation…[The senator] asked NAC members whether they thought federal regulation was necessary and whether S. 2300 contained appropriate language to meet the concerns of building owners and tenants…Response from NAC members varied, but most believed that federal regulation establishing national risk standards, standards for assessment and abatement, were preferred over differing state and local standards. At the conclusion of the meeting, [NAC] Chairman Richard Dolson appointed Allen Green, NAC member representing the Prudential Insurance Company, to serve on an asbestos task force with other BOMA members to meet with EPA and Senate staff."

- August 8, 1986 BOMA/NAC Monitor: "ASBESTOS UPDATE: EPA Asks Assistance: The [EPA's] Asbestos Action Program has requested the assistance of BOMA's Asbestos Task Force and National Advisory Council in reviewing its latest guidance document Operations and Maintenance Programs for Asbestos Containing Materials in Buildings. The 28 page draft document will be sent to all [NAC] members for their

**Information Available to Building Owners and Managers About Asbestos in Buildings**

review and comment…The guidance book is designed to assist building owners and managers organize, plan and manage asbestos operation and maintenance programs."

- August 8, 1986 BOMA/NAC Monitor:  "ASBESTOS UPDATE: Legislative Progress:  Members of Congress, hoping to put to rest Superfund negotiations, Clean Water Reauthorization, and other environmental concerns before recess, scheduled from August 15 to September 8, have not focused their attention on S. 2300, the Federal Building Asbestos Hazard Abatement Act.  Lawmakers have, however, moved asbestos legislation focusing on schools along…A House committee gave approval to HR 5073, a bill to encourage removal of asbestos from schools, by requiring inspections.  The senate committee will mark up its version of the bill the week of August 11 [1986].  In other action a bill to establish a 'Clearinghouse' for asbestos assessment and testing was marked up in the House last week…While it is too early to tell with certainty, it appears as though comprehensive legislation affecting asbestos in private commercial buildings will not be passed out of Congress this year."

- August 8, 1986 BOMA/NAC Monitor:  "ASBESTOS UPDATE: OSHA Publishes New Regs:  In June [1986] [OSHA] announced a reduction in the [PEL] to airborne asbestos fibers.  The new standard lowered the [PEL] from [2 f/cc averaged over an eight hour day] to 0.2 f/cc…The old standard applied to 'general industry'; the newly promulgated standard is really two standards; one for general industry and the other for the construction industry.  The construction standard applies to renovation, new construction, asbestos abatement, demolition and contracted maintenance.  (Attached to this NAC Monitor is a copy of OSHA's news release announcing the standard)."

- August 8, 1986 BOMA/NAC Monitor:  "ASBESTOS UPDATE: Courts Act:  A building owner can be held liable for violations of asbestos emissions standards that occurred while a subcontractor was demolishing the building, a federal district court in Pennsylvania ruled June 30 [1986]…The district court ruling is one of the first to construe the responsibilities of an owner or operator of a building under the asbestos regulations…"

- August 8, 1986 BOMA/NAC Monitor:  "ASBESTOS UPDATE: Media Hype on Investments:  The news media has seized upon the issue of refinancing office buildings as the latest facet of the asbestos-in-buildings story.  Within the last month [mid-1986] the Wall Street Journal, Engineering News record (ENR) and the San Francisco Chronicle have all printed stories stating that at least a few major institutional lenders are no longer financing buildings with asbestos…According to accounts relayed to BOMA International, while lenders seriously weigh asbestos and other environmental concerns when financing properties, an absolute 'no finance' policy does not generally exist around the industry.  (articles from the above publications are attached to this NAC Monitor along with a letter to the Wall Street Journal from BOMA Executive Vice President, Noel R. Leary)."

In 1987, asbestos in buildings was a featured topic in nine out of the nine newsletters for that year.

- March 13, 1987 BOMA/NAC Monitor:  "ASBESTOS - Congressional Network:  As most of you are aware, BOMA International has formed a congressional contact organization to aid in grassroots lobbying efforts.  This organization is named the

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Congressional Network, and, in each of BOMA's seven (7) administrative regions, there is a regional Congressional Chairman.  Under the Chairman of each region are Regional Vice Chairmen and Local Chairmen…From our recent mailing to you, you know that the possibility of asbestos legislation being addressed in Congress in the not too distant future is a distinct probability.  Much of our success will hinge on the effectiveness of our grassroots lobbying, and, to that end, the Congressional Network will be a critical element…The Network's seven regional chairmen were provided the same asbestos information that you received within the past two weeks.  This information will, in turn, be distributed in a timely way to the Network's other members."

- March 13, 1987 BOMA/NAC Monitor:  "ASBESTOS - AHERA Rule Making:  Passage last October [1986] of [AHERA] is forcing the EPA to rush the development of comprehensive regulations responding to friable asbestos-containing materials in public and private elementary and secondary schools.  EPA began the process of developing a negotiated rule on February 5th and 6th [1987]…BOMA has been asked by EPA's Asbestos Action program to attend the negotiations as a resource since BOMA does not represent schools and is not directly affected."

- March 13, 1987 BOMA/NAC Monitor:  "ASBESTOS - EPA/Real Estate Industry Asbestos Forum:  The EPA will convene a real estate industry forum March 31st [1987] to discuss its AHERA mandated private and public commercial building's survey.  The survey (due October 17) will be undertaken to determine:  the extent that asbestos containing materials exist in buildings, its condition, and the likelihood that occupants may be exposed to asbestos fibers…The survey and forum will also consider whether there is a need to regulate asbestos exposure in public and commercial buildings, whether they should be subject to the same regulatory requirements as school buildings and whether current federal regulations are adequate to protect the public during renovation and demolition."

- March 13, 1987 BOMA/NAC Monitor:  "ASBESTOS - Staff Changes:  John C. Biechman, whom you have known as BOMA's staff vice president for government affairs, has joined the Safe Buildings Alliance (SBA) as vice-president.  The SBA represents companies that formerly manufactured asbestos-containing materials used in building construction including W.R. Grace, U.S. Gypsum, National Gypsum, Celotex and Owens Corning Fiberglass."

- April 28, 1987 BOMA/NAC Monitor:  "ASBESTOS: Environmental Protection Agency's Proposed Rule:  Earlier this month,[EPA] released its proposed rule as required by [AHERA].  These rules will have an impact on S. 981, 'Federal Building Asbestos Hazard Abatement Act of 1987', now in the senate…Items of particular interest are:  Reinspection…Assessment…Clearance Levels (Following any action to remove, encapsulate, or enclose ACBM or material assumed to be ACBM, a person designated by the Local Education Authority (LEA) must determine [the f/cc in the area])…Operations & Maintenance Training."

- April 28, 1987 BOMA/NAC Monitor:  "ASBESTOS: BOMA Proposed Legislation:  As you may recall from our memorandum of March 6, 1987, BOMA's Congressional Network Steering Committee met on March 24th [1987] to discuss and suggest revisions to a set of draft principles relating to asbestos management.  As a result of that meeting, the principles were revised and expanded…Over the course of the next few weeks, BOMA staff will discuss these principles with key congressional staff and other interested real estate groups.  The intent is to develop reasonable legislative

**Information Available to Building Owners and Managers About Asbestos in Buildings**

language for the Association's members as the issue of asbestos abatement begins to shift from schools to commercial properties."

- June 12, 1987 BOMA/NAC Monitor: "Asbestos - Legislation in Congress: Senator Robert Stafford (R-VT) continues to sponsor the only asbestos bill which has been formally introduced so far. However, at least two other proposals are being drafted and may be introduced in the next few days…The staff of Senator Max Baucus (D-MT) is working on one. This is significant by virtue of Senator Baucus' position as Chairman of the Subcommittee on Toxic Substances and Environmental Oversight of the Senate Committee on Environment and Public Works. This means he has primary jurisdiction over all asbestos legislation in the senate, and will continue to hold this position until any asbestos legislation passes out of his subcommittee and into the domain of the full senate Committee…On the House side, staff for Congressman Thomas Luken (D-OH) are working on a version of their own. [Lukens] chairs the Subcommittee on Transportation, Tourism and Hazardous Substances of the House Committee on Energy and Commerce. In other words, he occupies the same relative position on asbestos in the House as senator Baucus does in the senate. Any asbestos legislation will first be reviewed by Congressman Luken's subcommittee."

- June 12, 1987 BOMA/NAC Monitor: "Asbestos Ruling: A California state judge has just issued a 'Tentative Decision' in an asbestos-related lawsuit, In Re: Asbestos Insurance Coverage Cases, Judicial Council Coordination Proceeding, No. 1072…it relates to bodily injury instead of property damage. We have a copy of the decision on file if you or your legal staff wish to review it."

- July 29, 1987 BOMA/NAC Monitor: "Asbestos - AHERA Regulations: [EPA's] comment period on its proposed regulations for {AHERA} of 1986 closed June 29 [1987]. Several NAC members forwarded comments. BOMA International provided copies of its own asbestos initiative (see April Monitor and June Skylines) to the EPA staff during the comment period.

- July 29, 1987 BOMA/NAC Monitor: "Asbestos - AHERA Regulations (continued): The Service Employees International Union (SEIU), which represents maintenance, custodial, and security personnel as well as window washers in both the private and public sectors, also criticized the EPA for what it termed its failure to issue 'precise, pointed guidance.'…The EPA will review the comments and publish a final regulation within the next three months…BOMA received approximately 200 responses to its Asbestos in Buildings Questionnaire which was distributed with the June [1987] issue of Skylines. When tabulated and analyzed the results will be forwarded to the EPA for inclusion in their Public Buildings Study due to the Congress this October [1987]."

- July 29, 1987 BOMA/NAC Monitor: "Asbestos Legislation: On June 16, 1987, Congressman Tom Lukens (D-OH), introduced H.R. 2693, a bill addressing certain problems associated with asbestos liability lawsuits. The bill is attached…"With regard to substantive movement on the issues associated with asbestos abatement, there is nothing of note to report at this time. Those who will be involved in the issue continue to wait for the EPA's Public buildings Study."

- July 29, 1987 BOMA/NAC Monitor: "INDOOR AIR QUALITY (IAQ): On July 1, 1987, [EPA] submitted its Indoor Air Quality (IAQ) Implementation Plan to Congress. The Plan detailed priorities for IAQ research and information dissemination over the next 10 to 24 months. Research efforts will focus on the development of information about exposures to indoor air pollutants and associated health effects; development

**Information Available to Building Owners and Managers About Asbestos in Buildings**

of methods to diagnose and correct causes of building related illnesses; identification of common ventilation and building design practices which contribute to indoor air pollution, and appropriate changes to those practices; and, the identification of specific pollutant sources found indoors and appropriate control measures."

- August 28, 1987 BOMA/NAC Monitor:  "INDOOR AIR QUALITY ACT OF 1987: Senator George Mitchell (D-ME)…has submitted S. 1629, which would mandate the creation of an Office of Air Quality with the EPA.  Aimed at the study of indoor contaminants such as asbestos and radon, the bill proposes no regulations or standards in relation to these materials.  Submitted immediately prior to adjournment on August 7th [1987], no hearings are currently scheduled."

- August 28, 1987 BOMA/NAC Monitor:  "EPA AHERA Regulations Hearing:  On August 25th and 26th the EPA took a last stab at collecting comments on its proposed AHERA (asbestos in schools) regulations.  The hearing was prompted by the myriad of negative comments received by the EPA from school districts, states' attorneys general and members of Congress.  Testimony from states' attorneys general representatives accused EPA of emphasizing economics over human health, called for stronger worker protection and criticized the inclusion of former asbestos manufacturers in the regulation negotiation process.  Dr. Morton Corn, OSHA Director under President Carter and author of IBM's Asbestos O&M Program, criticized the EPA for panicking the public.  Labor union representatives again called for worker's right to refuse to participate in unsafe asbestos related projects.  The EPA will review the testimony and publish a final rule within the next two months."

- August 28, 1987 BOMA/NAC Monitor:  "Asbestos Legislation Affecting Buildings: Shortly after Congress returns from its recess, Senator Max Baucus (D-MT) intends to introduce a bill addressing the issue of asbestos in buildings.  A draft of this bill, made available to BOMA, indicates that Senator Baucus' primary focus is on buildings owned and leased by the federal government.  Other commercial office buildings would be excluded for an uncertain period of time.  A task force will be empowered to further study the commercial market…There is some hope, if not out right conviction, on the part of Senator Baucus' staff that this legislation could very quickly to final passage this fall…This initiative holds the potential of isolating the commercial office building industry for the next several years.  We, therefore, view the negotiations over the eventual form of this bill to be critical.  We will keep you advised."

- August 28, 1987 BOMA/NAC Monitor:  "New York City Asbestos Survey:  BOMA International and BOMA New York staff are meeting August 26 [1987] to discuss, with New York City representatives, a proposal by the city to survey the presence and condition of asbestos in up to 1000 of the city's public and private buildings. Through the survey, the city hopes to get a handle on the extent of the asbestos problem, the potential [effect] on the public and to determine the degree of compliance with city regulations."

- September 30, 1987 BOMA/NAC Monitor:  "EPA Public Buildings Study:  Mike Stahl, Director of the EPA Asbestos Action Program, met with BOMA President Bill Carleton, NAC and Asbestos Task Force Chairman Allen Green and Task Force member Mike Shehadi on September 3 [1987] to discuss the contents of the EPA Public Buildings Study Report to be sent to Congress on October 17, 1987.  Stahl indicated that the study – reporting on asbestos in the commercial office building industry ranging from all the way from technical assistance to building owners to

**Information Available to Building Owners and Managers About Asbestos in Buildings**

application of the entire [AHERA] regulations.  Stahl stated that each alternative offered in the report will be presented with an analysis of the cost associated with its application to the commercial office building industry.  Stahl also indicated that if the EPA makes a recommendation to Congress on the need (if any) for regulations affecting our industry, it will be based upon one of the suggested alternatives.  However, Stahl left the impression that the EPA may not recommend regulations at this time, suggesting instead that Congress allow the EPA to concentrate on the AHERA regulations' implementation in the nation's schools.  This would give the EPA time to gauge the success of the AHERA regulations before such standards are extended to our industry."

- September 30, 1987 BOMA/NAC Monitor:  "Proposed Asbestos Legislation Affecting Buildings:  While there has been no official action in recent months on Senator Robert Stafford's (R-VT) Federal Buildings Asbestos Hazard Abatement Act (S.981) and Senator Max Baucus' (D-MT) as-of-yet unintroduced asbestos legislation, the staff of the senate Committee on Environment and Public Works has indicated that hearings are tentatively scheduled for Wednesday, October 28, 1987.  If Senator Baucus' draft bill has been introduced by that time, hearings on both bills will be held concurrently.  If Baucus has yet to introduce his draft bill by that date, the committee plans to go ahead with the hearings on S.981 alone."

- September 30, 1987 BOMA/NAC Monitor:  "Congressional Network:  Members of the Congressional Network recently received an asbestos package containing background information on the history of asbestos regulations, current asbestos proposals introduced in Congress, BOMA's draft legislative proposal on asbestos, and an alert outlining the Network's anticipated mobilization on this issue in the fall of '87.  While action on Senator Robert Stafford's bill (S.981), and senator Baucus' draft asbestos legislation has yet to occur, events could move swiftly this fall.  Any action on the part of BOMA to influence the outcome of this legislation could be considerably strengthened by the efforts of the Network."

- September 30, 1987 BOMA/NAC Monitor:  "New York City Asbestos Survey:  BOMA International and BOMA New York staff met August 26th [1987] to discuss, with New York City representatives, a proposal by the city to survey the presence and condition of asbestos in up to 1,000 of the city's public and private buildings.  The city's representatives indicated plans to randomly survey selected commercial office facilities to get a handle on the extent of the asbestos problem, the potential effect it may have on the public, and the degree of compliance with city regulations…BOMA staff strongly advised the city's representatives that without the enactment of a) legislation/regulation; b) adequate incentives such as property or income tax concessions; or c) financial and technical assistance for removal of asbestos in commercial buildings, owners would be unwilling to open their facilities to inspection.  To do so would run the risk of serious public relations, health, safety, and liability problems."

- September 30, 1987 BOMA/NAC Monitor:  "Safe Buildings Alliance:  The 'Safe Buildings Alliance', an organization created and funded by former asbestos manufacturers, has stepped up its efforts to delay or defeat asbestos legislation which is proposed in Congress.  Contacting BOMA members under the pretext of assisting building owners and managers with difficulties associated with asbestos abatement, the Alliance is currently circulating among BOMA members a form letter to be sent to congressmen and senators – which voices opposition to asbestos

**Information Available to Building Owners and Managers About Asbestos in Buildings**

legislation of any kind.  This is directly contrary to BOMA's position…Because BOMA members may not be fully aware of the underlying purpose of the Alliance, BOMA President William Carleton has deemed it necessary to circulate a memo to all Local Association Presidents and BAEs detailing the motives of this organization.  The memo stresses these former asbestos manufacturers' desire to minimize their potential liability for future asbestos abatement projects.  The memo also points to the Alliance's hiring of John Biechman, former Vice President of BOMA's Government Affairs Division, for the purpose of lobbying building owners and managers on behalf of the former asbestos manufacturers."

- October 29, 1987 BOMA/NAC Monitor:  "EPA AHERA Regulations:  On October 17, 1987, the Administrator of [EPA] signed the final rule implementing the [AHERA} of 1986.  This asbestos in schools cleanup regulation will require all public and private elementary and secondary schools to inspect and monitor friable and non-friable asbestos, conduct appropriate response actions, and provide state governors with asbestos management plans.  The AHERA regulations were formulated following a highly contentious negotiated rulemaking process….EPA Pesticides and Toxic Substances Assistant Administrator John Moore announced the finalization of the rules, warning schools to begin scheduling inspections immediately if they hope to meet the October 12, 1988, deadline for submitting management plans.  After school management plans are submitted, state governments will have ninety (90) days to approve them.  Implementation of these plans must begin by July 8, 1989, and be completed in a 'timely fashion'."

- October 29, 1987 BOMA/NAC Monitor:  "S.1809/Senator Baucus' Asbestos Bill:  Senator Max Baucus (D-MT) introduced S. 1809, the Federal Building Asbestos Control Act of 1987, on October 22, 1987.  This bill mirrors, in many instances, the provisions of S.981, the Federal Building Asbestos Hazards Emergency Response Act, introduced by Senator Robert T. Stafford (R-VT) earlier this year [1987].  The scope of the Baucus bill, however, is limited to buildings owned and leased by the federal government.  It provides for a task force empowered to study the commercial market…At this time, S. 1809 has been referred to the Senate Committee on Environment and Public Works.  Sources on the committee staff indicate that a hearing on S. 1809, as well as Senator Stafford's S.981, has been tentatively scheduled for November 24, 1987.  Due to the delay in the EPA's publication of the Public Buildings Study, however, the hearing may be moved back on the committee's legislative [calendar]."

- October 29, 1987 BOMA/NAC Monitor:  "EPA Public Buildings Study:  The EPA's Public Buildings Study, originally scheduled for publication on October 17, 1987, will not be released for another four to six weeks, the EPA announced last week.  The study, highlighted in the September 30, 1987 NAC Monitor, will report on asbestos in the commercial office building industry, presenting regulatory alternatives ranging from technical assistance to building owners to application of AHERA-type regulations…Sources within the EPA have indicated to BOMA's Government Affairs staff that the Public Buildings Study will not recommend full application of AHERA-type regulations in the commercial real estate industry.  Rather, the study will propose guidelines, or less comprehensive regulations."

- October 29, 1987 BOMA/NAC Monitor:  "Asbestos Litigation:  A jury in Cleveland, OH's Cuyahoga County Common Pleas Court[made an award] to a former Government employee who sued the maker of a building material that contained

**Information Available to Building Owners and Managers About Asbestos in Buildings**

asbestos.  The former employee had been diagnosed as having an asbestos-related disease…This case marks the first time a victim of an asbestos-related disease was 'able to show [a] right of recovery from the original seller of the asbestos-containing product that caused [the] injury', according to the plaintiff's attorney.  U.S. Mineral Products, the producer of Cafco (the fire-proofing material which was at issue in the case), is considering an appeal."

- December 1, 1987 BOMA/NAC Monitor:  "S.1809/Senator Baucus' Asbestos Bill: Senator Max Baucus (D-MT) introduced S. 1809, the Federal Building Asbestos Control Act of 1987, on October 22, 1987.  This bill mirrors many of the provisions of S.981, the Federal Building Asbestos Hazards Emergency Response Act, introduced by Senator Robert T. Stafford (R-VT) earlier this year [1987].  However, the scope of the Baucus bill is limited to buildings owned and leased by the federal government…At this time, S. 1809 has been referred to the Senate Committee on Environment and Public Works.  Committee staff indicate that hearings on S. 1809, as well as Senator Stafford's S.981, have been tentatively postponed due to delays in the publication of EPA's Public Buildings Study until early in 1988."

- December 1, 1987 BOMA/NAC Monitor:  "EPA Public Buildings Study: The EPA's Public Buildings Study, originally scheduled for publication on October 17, 1987, is now expected to be released for somewhere between mid December and early January.  The study, highlighted in the September 30, 1987 NAC Monitor, will report on asbestos in the commercial office building industry, presenting regulatory alternatives ranging from technical assistance to building owners to application of AHERA-type regulations…Sources within the EPA continue to advise BOMA's Government Affairs staff that the Study will propose guidelines, or less comprehensive regulations than full application of AHERA-type regulations."

- December 30, 1987 BOMA/NAC Monitor:  "S.1809/Senator Baucus' Asbestos Bill: Hearings on Senator Max Baucus' (D-MT) S. 1809, the Federal Building Asbestos Control Act of 1987 and Senator Robert T. Stafford's (R-VT) S.981, the Federal Building Asbestos Hazards Emergency Response Act, remain postponed until early in 1988. Delays in the publication of [EPA's] Public Buildings Study, have prevented the Senate Committee on Environment and Public Works from rescheduling the hearing date."

- December 30, 1987 BOMA/NAC Monitor:  "EPA Public Buildings Study: Release of the EPA's Public Buildings Study, originally scheduled for publication on October 17, 1987, continues to be delayed pending further internal review. The study will report on asbestos in the commercial office building industry, presenting regulatory alternatives.  It is anticipated that the Study will propose guidelines, or less comprehensive regulations than full application of AHERA-type regulations."

- December 30, 1987 BOMA/NAC Monitor:  "H.R.2693 The Asbestos Information Act of 1987:  The House Energy and Commerce Committee approved H.R.2693, December 15, 1987, requiring manufacturers of products containing asbestos to inform the [EPA] about the nature of those products and when they were made. There is no full Senate action scheduled at present.  H.R. 2693, introduced by Thomas A. Luken (D-OH) was favorably voted out of his Subcommittee on Transportation, Tourism and Hazardous-Materials on November 10, 1987…Backers of the bill hope that making product information available will reduce the number of asbestos-related lawsuits.  Many lawsuits are filed to force manufacturers to release the very information this bill requires.  Building owners suing manufacturers for

**Information Available to Building Owners and Managers About Asbestos in Buildings**

asbestos cleanup costs or other damages would be required to attach to their civil complaint information that would be used to match manufacturers to the product in question.  It is hoped this will narrow the number of defendants in a case."

▪ December 30, 1987 BOMA/NAC Monitor:  "Joint Real Estate Industry Asbestos Meeting:  In response to expected hearings on the Baucus/Stafford asbestos legislation, BOMA International's President Bill Carleton and NAC Chairman Allen Green hosted representatives of the National Realty Committee, the National Association of Realtors, the International Council of Shopping Centers, and the Mortgage Bankers Association in a joint meeting December 7 [1987], to discuss asbestos related issues ranging from health risks and hazard assessment to liability and cost recovery…"

In 1988, asbestos in buildings was a featured topic in ten out of the ten newsletters for that year.

▪ January 29, 1988 BOMA/NAC Monitor:  "EPA Public Building Study:  Mike Stahl, EPA's Asbestos Action Director has advised BOMA that it is a good bet that the agency's Public Building Study will be released in mid February.  The study…will report on asbestos in public and commercial office buildings, representing a variety of regulatory alternatives.  Stahl advised that his office was due to hear from EPA Administrator, Lee Thomas, regarding the wording of the study's recommendations as this Monitor went to press…"

▪ January 29, 1988 BOMA/NAC Monitor:  "CONFIDENTIAL Draft Component of EPA's Public Building Study:  A draft component of the EPA's Public Building Study was released to BOMA's Vice President, Government Affairs for technical review and comment…The draft study, conducted in federally owned buildings across the U.S. was designed to determine if airborne asbestos fibers are elevated in buildings that have asbestos-containing materials (ACM), to field test EPA assessment methodology and to gather data which would enable the EPA to fulfill its reporting commitment to Congress under AHERA…[the results showed low airborne asbestos levels.]..Of course the EPA suggests that any level of exposure may be too great, but clearly the exposure rate is significantly lower than exposures found in the workplace."

▪ January 29, 1988 BOMA/NAC Monitor:  "Colorado Proposed Asbestos Regulations: The Colorado General Assembly passed H.B. 1239, to 'ensure the health, safety, and welfare of the public by regulating the practice of asbestos abatement'.  The law seeks the standardization and certification of abatement procedures, without attempting to regulate 'occupational health practices which are regulated pursuant to federal laws.'"

▪ January 29, 1988 BOMA/NAC Monitor:  "Asbestos Abatement Liability Insurance: Asbestos Abatement Liability Insurance coverage has been virtually unavailable to abatement contractors and consultants except in the form of claims-made coverage. Claims-made policies provide protection only through the policy period – generally one year.  Unless the policy is renewed year after year, coverage will lapse.  As a result, coverage is not provided for the full term (20-30 years) during which asbestos related diseases and related legal actions are likely to occur.  Occurrence policies, on the other hand, require a single premium payment at a job's inception and extend coverage indefinitely into the future…Currently, three carriers, Fidelity Environmental Insurance Company of New Jersey, Environmental Risk Insurance Company (ERIC)

**Information Available to Building Owners and Managers About Asbestos in Buildings**

of Missouri, and a group called Asbestos Contractors Association of North Carolina, are providing occurrence coverage.  However, aggregate coverage, while available in a respectable amount ($1 Million), differs with each carrier.  The coverage may be annual per insured contractor, annual for all insured contractors, or it may be aggregate per job.  Clearly, owners will need to carefully review policies for a particular contractor's restrictions…For consultants and laboratories, the situation is not nearly as optimistic.  Only claims made policies continue to be written for these groups.  Both United Coastal and United Capital, the carriers writing these policies, are setting an insured limit of $500,000.  Both firms take the posture that companies performing air-monitoring during abatement are too risky to insure otherwise…Owners, for the most part, continue to hang in the wind with little or no coverage for environmental hazards."

- March 1, 1988 BOMA/NAC Monitor: "EPA RELEASES Public Buildings Study:  On February 29, 1988, the long awaited EPA Study of Asbestos Containing Materials in Public Buildings (the Public Buildings Study) was released.  [EPA] estimates, in the report prepared for Congress, that about 20% of all public and commercial buildings in the United States may contain some asbestos material.  According to the report, about two-thirds of these buildings, 14% of all buildings in the agency survey, are estimated to have at least some damaged asbestos and approximately 9% have significantly damaged asbestos (these results are based on EPA's 1984 survey)…EPA's report included four recommendations to: enhance the nation's technical capability by expanding the universe of trained and accredited asbestos inspectors and abatement professionals; focus special attention and develop and provide guidance for dealing with thermal-system-insulation asbestos; improve the coordination, effectiveness and efficiency of existing asbestos control efforts and improve compliance with existing regulations; [and,] assess the effectiveness of the AHERA School Rule present control activities by the states, localities and private sector, and other current activities…The EPA Administrator advises building owners not to panic.  He goes on to say '…if building owners feel compelled to remove asbestos from their property, we strongly recommend they first consult with trained, qualified and experienced experts before deciding on any action.  This should reduce the chance of their doing more harm than good and their potential liability for undertaking unsafe activities.  We caution them that only loosened fibers in the air present a risk and that actions such as encapsulation and proper maintenance practices can be safer in many circumstances than full removals.'"

- March 1, 1988 BOMA/NAC Monitor: "Asbestos Task Force briefed on EPA Study:  Within 24 hours of the release and report to Congress of the [EPA] Study of Asbestos Containing Materials in Public Buildings BOMA International's Asbestos Task Force met to discuss and review the study with the intent of submitting comments to the EPA.  In an effort to further the cooperative spirit which grew out of the BOMA hosted Joint Real Estate Meeting on Asbestos last December [1987], the National Realty Committee's Asbestos Task Force was invited to join our Task Force.  The December Joint Real Estate Meeting endorsed the need for a national standard, clearly delineating levels of safety in buildings with asbestos containing materials (ACM) while taking into consideration the economic impact of regulatory requirements on our industry…Davis Kling, Acting Chief, of the EPA's Hazard Abatement Assistance Branch (formerly Asbestos Action Program) provided a special executive briefing on the study and its recommendations…which were not

**Information Available to Building Owners and Managers About Asbestos in Buildings**

enthusiastically received.  Since April, BOMA has been pressing the Congress and the EPA for comprehensive, responsible federal legislation and regulations to provide a measure of security to the general public, tenants, maintenance employees, investors and the financial community…Immediately following the joint Asbestos Task Force Meeting, BOMA released a press statement again calling for legislation to alleviate the public's anxiety.  The Government Affairs staff will be preparing written comments to submit to both the Congress on the March 15 Senate hearings and to the EPA."

- March 1, 1988 BOMA/NAC Monitor:  "Amendments to Toxic Substances Control Act: On February 2, 1988, Congressman Michael Oxley (R-OH) introduced H.R. 3893, in the House Energy and Commerce Committee, to amend the [TSCA] relating to asbestos in the nation's schools.  The bill increases in time available to local educational agencies to submit asbestos management plans to state governors and begin implementation of those plans.  No further actions have been reported on the bill at this time."

- March 1, 1988 BOMA/NAC Monitor:  "Amendments to AHERA to extend compliance deadlines:  Hearings on Senator Max Baucus (D-MT) S.1809, the Federal Building Asbestos Control Act of 1987 and Senator Robert Stafford's (R-VT) S.981, the Federal Building Asbestos Hazard Emergency Response Act, are tentatively scheduled for March 1988.  An oversight hearing has been scheduled for March 15, 1988…The difficulty experience by school districts in their attempts to meet the compliance deadlines established under [AHERA] (standards for the management of asbestos in schools), prompted Senator Baucus to offer amendments to extend a number of the compliance deadlines to his own bill on February 2, 1988.  The stringent timetables originally established in [AHERA] have proven unrealistic in light of the limited pool of asbestos professionals."

- March 1, 1988 BOMA/NAC Monitor:  "Safe Buildings Alliance Proposed Asbestos Symposium:  The Safe Building Alliance (SBA) (a consortium of former asbestos product manufacturers) has proposed a Symposium on the Health Aspects of Exposure to Asbestos in Buildings for April, 1988, at the Harvard University, Energy and Environmental Policy Center/Kennedy School of Government…The alliance indicates that the primary objective of this symposium is to examine the evidence currently available for assessing health risks due to the presence and during or after the removal of asbestos in buildings, the risks and benefits associated with various abatement strategies will be evaluated, and data limitations will be identified.  BOMA along with the National Realty Committee, the National Association of Realtors (NAR), the International Council of Shopping Centers and the Mortgage Bankers Association was asked to co-sponsor the symposium.  Staff is concerned with aligning BOMA too closely with the SBA as many of our members are currently knee deep in litigation with some of the consortium's members, as well as with the negative public relations perceptions such a relationship might engender…Currently only NAR is favorably disposed toward co-sponsorship, but has deferred a commitment pending the decisions of the remaining real estate groups."

- March 31, 1988 BOMA/NAC Monitor:  "AHERA Oversight Hearings:  On March 15 [1988], the senate Environment and Public Works Committee's Subcommittee on Hazardous Wastes and Toxic Substances held an oversight hearing on the implementation of [AHERA] of 1987.  Thirteen days later, on March 28, the House Transportation, Tourism and Hazardous Materials Subcommittee of the House

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Energy and Commerce Committee, held similar oversight hearings on AHERA. School Board witnesses vented their frustrations with meeting the AHERA-mandated compliance deadline. They cited the small number of trained asbestos inspectors, their questionable qualifications and certifications, the difficulty in obtaining inspection services, and the inflated costs of the inspections, which many current school budgets, drawn up before AHERA took effect, made no provision for…In both sets of hearings, School boards and education organizations sought support for legislation to extend the October 12, 1988 compliance deadlines. Noting that based on objective circumstances beyond their control they are incapable of meeting these stringent deadlines. Equally strong in opposition to any extensions to the deadlines, labor union representatives whose members are employed in positions that might expose them to asbestos hazards deny that the shortage of trained inspection personnel is severe enough to hamper the school systems' compliance. [SEIU] spokesman Reuben A. Guteman lambasted the EPA for its failure to call for AHERA-type regulation for all buildings, commercial as well as federal, in the Public Buildings Study, released on February 29, 1988…Union officials were joined in their condemnation of the EPA by Rep. James Florio (D-NJ), a leading proponent of the AHERA regulation. Rep. Florio announced plans to introduce legislation that calls for AHERA-type regulation of federal buildings, with consideration of commercial buildings to follow. Rep. Florio was highly critical of the EPA's Public Buildings Study and strongly opposed any compliance deadline extensions for schools. Conversely, Rep. Oxley (D-OH), author of H.R. 3893 which calls for compliance deadline extensions to AHERA, was sympathetic to school board complaints that infrastructure preliminary planning efforts are understaffed."

- March 31, 1988 BOMA/NAC Monitor: "report from the Dallas spring meeting: The afternoon session [of the NAC Spring Meeting in Dallas, TX, March 14-15, 1988] was devoted to a legislative and regulatory affairs update as well as roundtable discussion groups covering a variety of topics BOMA International is seeking guidance on. Included in this session was discussion of an SBA sponsored Asbestos Symposium. The consensus was that any study that BOMA undertake must reach pragmatic conclusions to assist in guiding the industry through the asbestos maze. A general discomfort was expressed with the SBA and Harvard University as vehicles for the symposium. Most were more comfortable with Georgia Tech being considered for any BOMA sponsored study because of its wide ranging and respected expertise in the asbestos area."
- March 31, 1988 BOMA/NAC Monitor: "California Proposition 65: Commercial building owners in California must warn occupants when indoor air contains more asbestos fibers than outside air due to the implementation of one of the nation's most stringent laws concerning chemicals and toxic products…Current regulations are under review to exempt activities such as asbestos abatement projects because of the more stringent notification requirements of Cal-OSHA and Fed-OSHA."
- April 29, 1988 BOMA/NAC Monitor: "AMENDMENTS TO S. 1629/THE INDOOR AIR QUALITY ACT OF 1987: Senator George J. Mitchell introduced S. 1629, the Indoor Air Quality Act of 1987, in August of [1987]…The Senate Environment Subcommittee has proposed amendments to the measure, and solicited BOMA's reaction…BOMA seeks industry representation on any building assessment team mandated by this legislation and prompt opportunity for building owners and managers to respond to any indoor air contaminant problems identified by regulatory agencies."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- April 29, 1988 BOMA/NAC Monitor: "Disclosure Requirements may be Imposed on Safe Buildings Alliance: The Safe Buildings Alliance (SBA), made up of former asbestos product manufacturers, could be required to disclose details of its affiliation with the asbestos industry in all future communications with school officials, following a U.S. Court of Appeals decision…The Appeals Court, however, freed the SBA from any disclosure obligations when participating in regulatory, legislative, and public relations activities not affecting schools. The SBA will have to disclose it's members and their financial interest as defendants in asbestos litigation in future SBA publications aimed at school officials, and in all future SBA communications with school officials."

- April 29, 1988 BOMA/NAC Monitor: "Manville Reorganization Plan Survives Court Challenge by Creditors: Manville Corporation's Chapter 11 reorganization plan passed another legal hurdle…"

- June 2, 1988 BOMA/NAC Monitor: "AHERA Oversight Hearings: On June 1 [1988], the House Subcommittee on Environment, Energy and Natural resources chaired by Mike Synar (D-OK) held an oversight hearing on the implementation of laws regulating asbestos hazards and the NESHAP (National Emission Standards for Hazardous Air pollutants). Revisited in this hearing, which took on the appearance of a March 15 [1988] senate hearing and March 28 [1988] House [AHERA] oversight hearing [see March 31, 1988 NAC Monitor], were actions taken by school districts and EPA to address dangers associated with asbestos hazards, and the status of AHERA implementation…June 9 [1988], Senator Baucus (D-MT), chair of the Senate Subcommittee on Hazardous Wastes and Toxic Substances and author of S. 1809 concentrating on asbestos in federal buildings, will hold a markup on [AHERA] compliance extension deadlines."

- July 29, 1988 BOMA/NAC Monitor: "EPA/Health Effects Institute - Long Awaited Asbestos Study: After months of lobbying the [EPA] and a special meeting held in BOMA's Government Affairs offices between Susan Vogt, Deputy Director of Toxic Substances and Douglas Greenaway, Vice President for Government Affairs, the EPA agreed to take a look at the notion of a cooperatively funded study of issues related to the measurement and abatement of risks associated with asbestos in buildings. It was felt that the Health Effects Institute (HEI) a research institute founded in 1980 and widely respected for its cooperative EPA/automotive industry study on the health effects of automobile emissions, might be an appropriate institution to coordinate a research effort…On Friday, July 15 [1988], HEI's Board…hosted parties concerned with the asbestos problem including BOMA, our colleagues in the BOMA founded Joint Real estate Industry Environmental Working Group (BOMA, Mortgage Bankers Association, International Council of Shopping Centers, National Association of Realtors, and National Realty Committee), former asbestos manufacturers, the unions ([Service Employees International, Association of federal, State and Municipal Employees, Sheet Metal Workers, Laborers International), consultant representatives and the EPA to discuss the notion of a cooperative study and get a feel for the areas of research HEI might examine…"

- July 29, 1988 BOMA/NAC Monitor: "AHERA Compliance Deadline Extension: On June 29, 1988, the senate passed legislation (S. 2024 in lieu of H.R. 3893 the House companion bill), granting states authority to extend by seven months the deadline for local education agencies to submit asbestos-management plans."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- July 29, 1988 BOMA/NAC Monitor:  "BOMA Convention Activities: BOMA's Government Affairs Division presented an Asbestos/Hazardous Materials and Indoor Air Quality Workshop to tackle questions raised on one of the most complex problems commercial property owners face today…"
- July 29, 1988 BOMA/NAC Monitor:  "EPA Draft Operations and Maintenance Programs for ACM Buildings: Enclosed for your review is the [EPA] technical document.  This preliminary draft has not been released formally by the Office of Toxic Substance, Office of Pesticides and Toxic Substances.  It is currently being circulated for comments on its technical merit and policy implications."
- August 5, 1988 BOMA/NAC Monitor:  "EPA/Health Effects Institute - Long Awaited Asbestos Study: After months of lobbying the [EPA] and a special meeting held in BOMA's Government Affairs offices between Susan Vogt, Deputy Director of Toxic Substances and Douglas Greenaway, Vice President for Government Affairs, the EPA agreed to take a look at the notion of a cooperatively funded study of issues related to the measurement and abatement of risks associated with asbestos in buildings.  It was felt that the Health Effects Institute (HEI) a research institute founded in 1980 and widely respected for its cooperative EPA/automotive industry study on the health effects of automobile emissions, might be an appropriate institution to coordinate a research effort…On Friday, July 15 [1988], HEI's Board…hosted parties concerned with the asbestos problem including BOMA, our colleagues in the BOMA founded Joint Real Estate Industry Environmental Working Group (BOMA, Mortgage Bankers Association, International Council of Shopping Centers, National Association of Realtors, and National Realty Committee), former asbestos manufacturers, the unions ([Service Employees International, Association of federal, State and Municipal Employees, Sheet Metal Workers, Laborers International), consultant representatives and the EPA to discuss the notion of a cooperative study and get a feel for the areas of research HEI might examine…"
- August 5, 1988 BOMA/NAC Monitor:  "Anticipated SEIU Asbestos Suit:  An important component in the asbestos in buildings inspection and abatement debate has been the role of the Service Employees International Union (SEIU).  BOMA has learned that SEIU may file suit within 30-90 days in federal Court against the EPA to initiate a rulemaking on exposure to and abatement of asbestos in public and commercial buildings.  SEIU is reported to be concerned that EPA will use the proposed EPA/HEI study as a delaying tactic to postpone the development of such a rulemaking."
- August 5, 1988 BOMA/NAC Monitor:  "AHERA Compliance Deadline Extension:  On June 29, 1988, the senate passed legislation (S. 2024 in lieu of H.R. 3893 the House companion bill), granting states authority to extend by seven months the deadline for local education agencies to submit asbestos-management plans."
- August 5, 1988 BOMA/NAC Monitor:  "EPA Draft Operations and Maintenance Programs for ACM Buildings:  Enclosed for your review is the [EPA] technical document.  This preliminary draft has not been released formally by the Office of Toxic Substance, Office of Pesticides and Toxic Substances.  It is currently being circulated for comments on its technical merit and policy implications."
- August 5, 1988 BOMA/NAC Monitor:  "BOMA government affairs convention activities:  BOMA's Government Affairs Division presented an Asbestos/Hazardous Materials and Indoor Air Quality Workshop to tackle questions raised on one of the most complex problems commercial property owners face today…"

**Information Available to Building Owners and Managers About Asbestos in Buildings**

▪ August 31, 1988 BOMA/NAC Monitor:  "Second Annual Joint Real Estate Summit: BOMA staff is attempting to organize a Second Annual Joint Real Estate Summit and has tentatively set…December 13, 1988…during the Winter Business Meeting Conference in San Diego, [CA]…As with the 1987 Summit, the purpose of this event is to gather principals and senior staff from each major real estate professional organization to discuss legislation and regulations regarding asbestos in buildings and indoor air quality…In addition, the congressionally mandated asbestos research project will be discussed.  Contained in the Department of [HUD] Appropriations measure, P.L. 100-404 provides for a $2 million government grant for asbestos research to be matched on a 50-50 basis by contributions from the private sector.  The [HEI] will be coordinating the research efforts.  HEI Director Chuck Powers, will report on the progress of their study…The [EPA] former asbestos manufacturers, unions, and other real estate/financial associations have agreed to commit funds (see August 5, 1988 NAC Monitor)."

▪ August 31, 1988 BOMA/NAC Monitor:  "Homer Hoyt Institute Asbestos Symposium: BOMA International's Vice President of Government Affairs has been invited to participate in an October 6, 1988, symposium sponsored by the Homer Hoyt Institute (HHI), which will examine the effect of asbestos on property marketability and value.  HHI is a nonprofit research and education foundation involved in the study and practice of real estate and land economics…The HHI intends to use information gathered at the asbestos symposium to develop and sponsor a research agenda…Dr Barry Diskin, director of the Real estate Research Center at the Florida State University, is seeking financial backing from HHI for his project, 'The Impact of ACM on Values in Commercial Buildings.'"

▪ August 31, 1988 BOMA/NAC Monitor:  "New York Asbestos-Abatement Lawsuit: According to the Real Estate Weekly, builder Melvyn Kaufman has sued the City of New York and Mayor Ed Koch in U. S. District Court for the cost of removing asbestos from his high-rise buildings.  His argument is that the City initially required the use of asbestos for fireproofing 25 years ago, and therefore, it should be responsible for its removal…If successful, this lawsuit could cost city governments throughout the United States in excess of $200 billion."

▪ August 31, 1988 BOMA/NAC Monitor:  "Joint BOMA/NRC Environmental Policy Meeting:  On September 9, 1988, BOMA International will host the second Joint National Realty Committee Environmental Policy Committee and BOMA International's Environmental Policy Committee Meeting…Members of both associations' policy groups will meet to update the March 1, 1988, joint meeting in which the participants discussed the February 29 release of the [EPA's] Public Building Study and the [HEI]/EPA-sponsored asbestos research project."

▪ August 31, 1988 BOMA/NAC Monitor:  "Rep. [James] Florio's Draft AHERA Amendments to Include Commercial Buildings:  Rep. James J. Florio (D-NJ), chairman of the House Energy and Commerce Subcommittee on Commerce, Consumer Protection, and Competitiveness, has prepared draft legislation that would establish an AHERA-type regulatory program extending AHERA regulations to federal, state, and commercial buildings.  The August 11, 1988, draft would 'strengthen' the accreditation requirements established under AHERA…This proposal will likely meet with the approval of Chairman Thomas Luken (D-OH) of the House Subcommittee on Transportation, Tourism, and Hazardous Materials.  At a hearing earlier this year, Luken criticized [EPA's] AHERA accreditation program for

**Information Available to Building Owners and Managers About Asbestos in Buildings**

producing unqualified asbestos workers…The introduction of this bill, scheduled after the Labor Day recess, lays the groundwork for passage of similar legislation during the 101st Congress.  Florio's draft legislation incorporates many provisions of BOMA's proactive proposal of 1987."

- October 3, 1988 BOMA/NAC Monitor:  "Joint BOMA/NRC Environment Policy Meeting: On September 19, 1988, BOMA International hosted the second National Realty Committee (NRC) Environmental Policy Committee/BOMA International Environmental Policy Task Force Committee Meeting…[HEI] Director Chuck Powers briefed attendees on the status of HEI's study of asbestos in buildings…[EPA] Acting Deputy Assistant Administrator, Susan Vogt, in her comments on EPA's activities, remarked that asbestos, left in place, properly managed and periodically monitored, is often found to be the healthiest method of operating and managing the problem…"

- October 3, 1988 BOMA/NAC Monitor:  "Representative Florio Introduces Bill Expanding AHERA Regulations to Commercial Buildings:  Rep. James Florio (D-NJ) introduced H.R. 5311, September 15, 1988 amending the [AHERA], toughening the law's accreditation requirements and expanding its regulatory universe to include government and commercial buildings.  The measure is essentially the same as a draft circulated in August [1988] for comment (see NAC Monitor August 31, 1988)…In a statement released in conjunction with the bill, Florio notes that the [EPA] has recommended that Congress not expand AHERA regulations to buildings other than schools for another three years, so as not to interfere with AHERA's schools program.  Florio asserts that asbestos poses the same threat in public and commercial buildings as it does in schools.  'Cleanup is proceeding with virtually no guidance.  Without some guidelines and discipline, this activity will become a health and environmental nightmare,' Florio predicts."

- October 3, 1988 BOMA/NAC Monitor:  "OSHA Sets Short-Term Exposure Limit for Asbestos:  [OSHA] on September 14, 1988, issued a short-term limit for worker exposure to asbestos of [0.1 f/cc averaged over 30 minutes]…The construction industry is expected to bear almost 80% of the projected $29 million in annual costs for industrial compliance with the limit.  In the asbestos-abatement industry, the rule is expected to have the most impact on small scale jobs, such as those requiring glove bags.  OSHA explains that the short-term limit is needed because many workers in the construction, asbestos abatement and automotive industries are exposed to asbestos in intermittent short periods, not continuously over an eight-hour day…The new limit amends OSHA's comprehensive health standard for asbestos issued in June 1986, that set a [PEL] of [0.2 f/cc averaged over eight hours].  The new rule requires employers to provide decontamination facilities to employees whose exposure exceeds the short-term limit.  Employers also will be required to use engineering controls and work practices when feasible to achieve compliance if these measures are infeasible."

- October 3, 1988 BOMA/NAC Monitor:  "BOMA Testifies before Congress on Asbestos and Indoor Air Quality Issues:  On September 27, 1988, Michael T. Shehadi,…Vice Chairman of the National Advisory Council and BOMA's Environmental Policy Task Force, presented testimony on BOMA's behalf before the Senate Environment and Public Works Subcommittee on Hazardous Wastes and Toxic Substances on the subject of asbestos in buildings.  A copy of the testimony and asbestos legislation is enclosed."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- October 3, 1988 BOMA/NAC Monitor:  "Testimony before the Senate Environment and Public Works Subcommittee on Hazardous Wastes and Toxic Substances," September 27, 1988 by Michael T. Shehadi,…Vice Chairman of the National Advisory Council and BOMA's Environmental Policy Task Force.
- October 3, 1988 BOMA/NAC Monitor:  "Indoor Air Testimony before the House Science, Space and Technology Subcommittee on Natural Resources, Agriculture research and Environment," September 28, 1988 by Douglas Greenaway, Vice President for Government for BOMA International.
- October 3, 1988 BOMA/NAC Monitor:  "BOMA Participates in Asbestos Roundtable: On September 15, 1988, Douglas Greenaway, Vice President for Government for BOMA International participated in an asbestos roundtable panel discussion with Rep. James Florio (D-NJ) who formerly announced the introduction of his AHERA Amendments, H.R. 5311, along with representatives from the[ American Federation of State, County and Municipal Employees]; the National Education Association; the Sheetmetal Workers' International Association and Asbestos Abatement Contractors. Greenaway shared BOMA's proactive legislative and regulatory activities with the audience and discussed [how] BOMA members are dealing with asbestos in office buildings."
- October 31, 1988 BOMA/NAC Monitor:  "EPA Operations and Maintenance Guidance Document Draft Peer review:  On October 6 and 7, 1988, the [EPA] hosted a Peer review of their Guide for Developing and Implementing Effective Operations and Maintenance Programs for Asbestos Containing Materials.  The EPA is engaged in an ongoing effort to improve methods for detecting and quantifying ACM in Buildings, and to develop state-of-the-art guidance for controlling the exposure of workers and building occupants to airborne asbestos fibers.  The purpose of the 'Draft' Document is to provide building owners, facility asbestos program managers, and others directly involved in asbestos control, with basic guidance on how to develop and implement effective [O&M] programs.  Participants of the Peer review included BOMA, former asbestos manufacturers, other real estate industry members, technical consultants and labor union representatives…"
- October 31, 1988 BOMA/NAC Monitor:  "Comments on September 30, 1988 Draft Guide for Developing and Implementing Effective Operations and Maintenance Programs for Asbestos Containing Materials" by BOMA, International Council of Shopping Centers, and National Realty Committee.
- October 31, 1988 BOMA/NAC Monitor:  "Technical Consultants Meeting:  On October 26, 1988, BOMA hosted a meeting of environmental technical consultants and the Real Estate Industry Working Group which focused on technical issues related to [O&M] programs and a legislative agenda in the 101st Congress…"
- October 31, 1988 BOMA/NAC Monitor:  "real estate industry/health effects institute meeting:  On October 17, 1988, BOMA International sponsored a meeting of the Real Estate Industry Working Group and Dr. Chuck Powers of the [HEI] to assist HEI in developing a research agenda for the congressionally mandated research study of asbestos…"

In March 1989, BOMA/NAC sent personalized letters to its membership regarding the activities for which its dues had been used.  Included in this list of activities was "asbestos in commercial office buildings."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

### B03.  BOMA Congressional Network

BOMA administered a very influential lobbying effort in Washington, DC.  BOMA established its own Congressional Network, and developed a Congressional Network process, which included an internally developed manual.  Much of the information contained in the BOMA/NAC Monitor newsletters was included as part of the BOMA Government Affairs Congressional Network process.

### B04.  Real Estate Review Journal

Environmental risk and liability insurance were topics in the following articles:
- Asbestos Insurance Coverage (Fall 1991).
- Managing the Risk of Environmental Liability (Spring 1990).

Accounting and tax treatment of environmental clean-up costs were addressed in the following article:
- The Tax Treatment of Environmental Clean-Up Costs (Spring 1995).

### B05.  Real Estate Appraiser and Analyst Journal

The impact of asbestos on property valuation was discussed in the following article:
- Asbestos and Appraisers (Summer 1988).

### B06.  Real Estate Finance Journal

Real Estate Finance & Investment describes itself as a publication that covers the real estate markets for senior real estate executives, with information on " the commercial property markets [and] the real estate capital markets."

Selected articles relating to asbestos and property management include the following:
- The Asbestos Dilemma (Fall 1988).
- Is it Cost Effective to Remove Asbestos During Retrofitting? (Spring 1990).
- Indoor Air Quality Issues for Commercial Building Owners (Winter 1991).

### B07.  Real Estate Issues Journal

Property valuation was addressed in the following article:
- The Valuation of Contaminated Properties (Winter 1992).

Legal issues relating to asbestos in buildings was addressed in the following articles:
- Current Legal Issues Raised by Environmental Hazards Affecting Real Estate (Fall/Winter 1991/1992).
- Asbestos: How you frame the issue does make a difference (Fall/Winter 1994).

**Information Available to Building Owners and Managers About Asbestos in Buildings**

### B08.  Journal of Property Finance
Environmental risk assessment was the topic in the following article:
- Assessing the Environmental Risks of Property Investment Portfolios (1994).


### B09.  Real Estate Today Magazine
A selected article relating to asbestos includes the following:
- Asbestos in Perspective (Aug. 1992).


### B10.  Journal of Property Management (JPM)
JPM describes itself as follows:
"Keep up to the minute on industry trends, money-saving ideas, and legislative news with every issue of the premier magazine for real estate managers - the Journal of Property Management…JPM offers regular features on housing, office, retail, and industrial property types. Plus the latest on legal issues, maintenance ideas, technology, and more."

JPM discussed EPA guidance and regulatory documents.
A selected article is as follows:
EPA emphasized that even during major building renovations, asbestos-containing materials that are not affected by renovation do not have to be removed.
- EPA Clarifies Asbestos Ruling.  Journal of Property Management.  May/Jun 1994: 12.


JPM alerted its members to new or changed OSHA standards.  Selected articles about OSHA asbestos standards include the following:

OSHA newly proposed rule from will consider any thermal insulations system and any sprayed or troweled-on surfacing material in buildings to be designated as presumptive asbestos-containing materials unless proven otherwise.
- Automatic Asbestos Classification Possible.  Journal of Property Management. Mar/Apr 1993:8.

OSHA's final asbestos standards provides "for the first time, building owners can be fined in the same manner as employers for violations of the asbestos regulations by a contractors employees"
- OSHA's final asbestos standards.  Journal of Property Management.  Mar/Apr 1995:6.

The new OSHA standards require buildings owners and managers to notify a variety of people including tenants, prospective building employees, employees of the building, and outside service providers for the building of the presence of ACM.
- Tough New Asbestos Standard from OSHA.  Journal of Property Management. Jan./Feb. 1993:8.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- New OSHA Asbestos Requirements Impact Management.  Journal of Property Management.  Mar./Apr. 1995:8.

New OSHA standards will make it harder real estate owners and managers to balance health and safety of their employees and tenants.  All buildings built prior to 1981 are assumed to have asbestos unless proven otherwise. The burden is placed on the building owner to prove it doesn't have ACM.

- Bates, M.W.  The Price of Safety.  Journal of Property Management.  Jul/Aug. 1995:4.

New OSHA asbestos standards are intended to risk by requiring additional work practices.

- Legislative Update.  Journal of Property Management.  Sept./Oct. 1995:10.

Clarification of OSHA standard as well as the distinction between class III and class IV.

- Asbestos Standards Clarified.  Journal of Property Management.  Nov/Dec 1995:6.

Asbestos-related training conferences were publicized in JPM.  A selected article is as follows:
EPA has five regional asbestos training centers.

- Werner, James L.  Selecting an Abatement Contractor.  Journal of Property Management. Jan/Feb 1988: 52.

JPM contained articles relating to liability insurance for the architect.  Selected articles include the following:

- Insurance Insights: Insuring an asbestos removal project (Jan./Feb/ 1988).
- Legal corner: Insulating Against Asbestos Liability (March/April 1990).

JPM provided information about property values.  Selected articles include the following:

- Retaining Tenants after you find Asbestos (Jan./Feb/ 1988).
- Investor Protection Against Environmental Risks (March/April 1990).
- Asbestos Lowers Value (May/June 1994).

Risk assessment was another topic covered by JPM.  Selected articles include the following:

- Assessing and Prioritizing Asbestos Risks (Jan./Feb/ 1988).
- Abatement--Not Always by the Book (March/April 1990).
- How Risky is Asbestos? (March/April 1990).
- Pervasive Pollutants: Learning to Evaluate the Risks (March/April 1990).
- An RTC Perspective on Environmental Risk (May/June 1992).

Other articles about asbestos include the following:

- Asbestos: Legal Issues and Answers (Jan./Feb/ 1988).
- Preparing an Asbestos Management Plan (Jan./Feb/ 1988).
- Surveying for Asbestos (Jan./Feb/ 1988).

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- Conducting an Asbestos Survey in a Retail Center (July/Aug. 1989).
- Retrofitting with Asbestos (May/June 1993).
- Non-Invasive Asbestos Abatement (July/Aug. 1993).


## B11.  Buildings Magazine

Buildings describes its mission as follows: to serve the informational needs of major building ownership/facilities management professionals by providing new concepts and technical data essential to the efficient and effective design, construction, management and operation of commercial and institutional facilities.

Buildings made its readers aware of asbestos issues such as regulations, risk, and O&M in articles such as the following:
- Asbestos in Building Studies Seen Lessening Concern of Health Risks (Dec. 1986).
- Asbestos vs. EPA: the environmental debate continues (Nov. 1989).
- Managing Asbestos Risk in the '90s (Aug. 1990).
- Understanding the Lingo-An Asbestos Dictionary (Aug. 1990).
- Building Managers Support Notifying Tenants of Asbestos (Aug. 1990).
- Need for in-place Asbestos Management Stressed (April 1991).


## B12.  Building Research and  Information Journal

Building Research and Information covers environmental issues in construction; the practical application of research; non-destructive testing; problems regarding healthy buildings; construction law and the rise in the use of expert systems. In addition to original research papers, the journal includes technical papers and reviews.
A selected article relating to asbestos includes the following:
- The Asbestos Institute: The New York City asbestos "scare" (1993).


## B13.  Building Design & Construction

Building Design & Construction has a circulation of 76,000 architects, contractors, engineers, and owners/developers.
Selected articles relating to asbestos include the following:
- EPA issues updated findings on asbestos (Feb. 1985).
- Asbestos Abatement: A Growing Renovation Concern (May 1987)
- New Technologies leading to safer and faster asbestos removal; classification. may render abatement waste harmless (Sept. 1989).


## B14.  Progress Magazine

The Apartment and Office Building Association of Metropolitan Washington (AOBA) publishes Progress magazine.  AOBA describes itself as the leading membership organization representing commercial and multi-family residential real estate in the Washington Metropolitan Area. Formed in 1974 by a merger of the Apartment House Council and the Building Owners and Managers Association, AOBA's mission is to protect and enhance the value of its members investments through effective leadership and

**Information Available to Building Owners and Managers About Asbestos in Buildings**

advocacy, dissemination of information, and professional development.

AOBA is composed of organizations that own and/or manage commercial and multi-family residential properties, as well as companies who provide products and services to the real estate industry. The current combined portfolio of AOBA's membership is over 121 million square feet of office space, and 185,000 residential apartment homes in the District of Columbia, Maryland and Virginia.

Asbestos O&M guidance is discussed in the following article:
- Covert, D. "Taxes, Environment, Fair Housing and ADA-A Multi-housing Legislative and Regulatory Report)."  Progress. Sept./Oct.1992: 18-22.  July 16 representatives of National Apartment Association (NAA), National Multi-housing Counsel (NMHC), and other real estate groups meet with NIBS to formally present the industry objections to an asbestos operations and maintenance procedure guidebook produced by NIBS under contract with the EPA.


## B15.  Services Magazine
This magazine published an article relating to asbestos removal guidelines:
- Simonoff, S. "Asbestos Removal: Weigh the Risks as Well as the Opportunities. Services.  October 1987: 14.  Anyone involved with or concerned about asbestos removal or exposure can obtain a free booklet "Guidelines for Controlling Asbestos-containing materials in Buildings" as well as "Asbestos in the home" from the EPA. Buildings built between 1920 and 1978 may contain ACM.


## B16.  Alliance Magazine
Alliance Magazine published an article describing BOMA's activities, which included asbestos.
- About Building Owners and Managers Association (BOMA).  Alliance. Fall1990: 11. "BOMA monitors and lobbies pertinent legislative regulatory and codes and standards issues including: asbestos, indoor air quality, tax legislation, health and safety regulations, and building code proposals."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## C.    Buildings – Schools

Overview: Similar to building owners and managers, school officials were made very aware of the asbestos in buildings, especially by the AHERA regulation. Asbestos in schools was a topic in virtually all educational journals, covering all aspects of the educational community, including teachers, administrators, business officials, facility planners, school boards, and parent/teacher groups.  The educational community, as well as the general public, and anyone involved with schools, was highly aware of the issues of asbestos in schools.

**Educational Journals**

For the purpose of gauging asbestos awareness in the educational community, we surveyed a variety of journals and publications from educational facilities that practitioners in the educational field may have read.  This audience includes teachers, facilities planners, superintendents, school designers, guidance counselors, school board members, and maintenance personnel.  Generally speaking, these journals addressed asbestos exposure, facilities planning, asbestos abatement, and asbestos-in-schools regulations.  Exemplars from these journals are included to this report.

In the approximately 30 journals and publications from educational facilities, we found 101 articles that people in the educational arena might have seen.  Not surprisingly, virtually all of these articles relate to asbestos in buildings.  All of the issues discussed were in regard to planning for schools; where asbestos was in schools; who should care for the asbestos in schools; and who should be responsible for asbestos in schools.  This said, many of the articles herein were focused largely on the financial aspects of asbestos, in fines, remediation, and responsibility.

In the course of our research, we came across a variety of journals that discussed asbestos. A list of the journals and educational facilities that were researched follows:
> American Education Finance Association (1990)
> American Educator (1979-1995)
> American School & University (1985-1997)
> CEFP Journal (1969-1992)
> Clearinghouse on Educational Policy and Management (1993)
> Education Week (1993-1995)
> Educational Leadership (1974-1995)
> Educational Research Service (1991 EPA documents)
> GAO General Accountability Office(1985)
> Greenwood Publishing Group (1987)
> Journal of Law & Education (1985)
> NACUBO National Association of College and University Officers (2004)
> New Jersey Department of Health and Senior Services (post 1988)
> Principal (1993-1995)
> School Business Affairs Magazine (1979-1997)
> The American School Board Journal (1975-1995)

**Information Available to Building Owners and Managers About Asbestos in Buildings**

> The Chronicle of Higher Education (1970-1995)
> The Education Digest (1986-1995)
> The School Administrator (1983-1995)
> University of Minnesota (1992)

Following is a brief recap of our findings in several of the education-related journals:

**C01.  CEFP (Council of Educational Facility Planners) Journal**
    The CEFP Journal is the journal of the Council of Educational Facility Planners. Founded in 1921, then the National Council on Schoolhouse Construction, this internationally recognized organization provides professionals with information on leadership in planning, designing, constructing, and maintaining educational facilities.  This journal would be read by facilities planners, educators, architects, educational administrators, state regulators, engineers, school board members, consultants, product suppliers and manufacturers.

The CEFP Journal was researched from 1969 to 1993.  We found 34 asbestos related articles in this journal in these years.  Results in this journal cover a general knowledge of asbestos in school as well as some information as to the locations of asbestos-containing materials (ACM) in schools.

In general, since World War II, asbestos has seen widespread use in construction, including schools.  "[Asbestos'] application is primarily limited to the construction of educational structures or buildings.  … Most asbestos-containing products in educational structures have been used in cement products, plaster, fire proof textiles, vinyl roof tiles, thermal, electrical and acoustical insulation, and various sprayed materials" (Yeager & Bilbo, May-June 1983, p. 18).
Another interesting note in this journal was found in discussion of AHERA and its requiring of elementary and secondary schools be inspected.  An article, "Asbestos, The Law" indicates that "Universities and Colleges, as well as other public buildings, day care centers, commercial and industrial establishments are not included" (McGovern, Jan.-Feb. 1989, p. 18-19).

Two articles from this journal that can be used as exemplars are:
> Yeager, L.D. & Bilbo, D.  (1983, May-June).  Asbestos: A Present Hazard in
> Education.  CEFP Journal, p. 18-20.
> McGovern, M.  (1989, Jan.-Feb.)  Asbestos, The Law.  CEFPI's Educational Facility
> Planner, p. 18-21.

**C02.  The American School Board Journal**
The American School Board Journal is an independent education magazine published by the National School Boards Association.  The National School Boards Association, founded in 1891, covers topics pertinent to school governance and management, policy making, school law, research, and education news.

The American School Board Journal was researched from 1975 to 1995.  We found 8 results related to asbestos.  One article discusses the important studies at Mt. Sinai Medical

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Center, indicating that, "For school children, the asbestos risks generally are thought to be greater [than high-risk asbestos workers]" (McCormick, March 1985, p. 25).  This article cites asbestos experts such as William Nicholson at Mt. Sinai.  Other results in this journal mainly concentrate on issues of asbestos related expenses, such as removal. These documents show the history of the EPA regulations and their impacts, as well as the consequences for not complying with the asbestos regulations in schools.

Two articles from this journal that can be used as exemplars are:
> Levin, D.  (1978, Nov.).  Asbestos in schools: Walls and halls of trouble.  The American School Board Journal, p. 29-33.
> McCormick, K.  (1985, Mar.).  Progress and new problems mark your battle against school asbestos.  The American School Board Journal, p. 25-29.


## C03.  School Business Affairs Magazine
The Association of School Business Officials (ASBO) International, found in 1910 is a professional association geared toward school standards, school business management, professional growth, and effective use of educational resources.  Published by the ASBO, School Business Affairs Magazine covers the full spectrum of school business management.

School Business Affairs Magazine was researched from 1979 to 1997.  Ten articles were found relating to asbestos in this time period.  The articles in this magazine were generally discussing asbestos removal and abatement.  The article pages are also littered with advertisements for asbestos abatement specialists, testers, and consultants.  Articles also discuss AHERA, AHERA compliance, and checking in with AHERA compliance.  One article discusses insurance in the realm of asbestos.  This article is an interesting exemplar.
> Slutzky, L.H.  (1987, June).  Self Insuring Against Asbestos Removal Risk.  School Business Affairs, 53(6), p. 24-26.


## C04.  American Educator Magazine
The American Federation of Teachers was founded in 1916.  It is an affiliated international union of the AFL-CIO.  It publishes American Educator.  The American Educator is a magazine published for educators and education professionals.

American Educator was researched from 1979 to 1995.  One article found discusses how in 1971 asbestos in schools was brought to attention in Howell Township, NJ, and discusses how this caused parent action.  In NYC in 1979 similar situations occurred.  "One of the reasons that the threat of possible exposure to asbestos generates so much concern among parents and others is the delayed reaction of the body to contact with the substance" (Newell, Sum. 1979, p. 10)  This article can be used as an exemplar.
> Newell, R.C.  (1979, Summer).  Danger Behind the School Door.  American Educator, 3(2), p. 8-11.


## C05.  American Education Finance Association
The American Education Finance Association (AEFA)'s goal is to promote understanding of means by which resources are generated, distributed, and used.  The Impacts of Litigation

**Information Available to Building Owners and Managers About Asbestos in Buildings**

and Legislation on Public School Finance (1990) discusses topics regarding asbestos such as Federal Interest in Asbestos Abatement including funding.


## C06.  American School & University Journal

American School & University provides information for school administrators, those responsible for construction, design, planning, retrofit, operations, maintenance, and management of educational facilities.

American School & University was researched from 1985 to 1997.  Six articles were pertinent to asbestos.  Articles in this journal seem particularly geared toward providing information regarding safe removal of asbestos from schools.  They discuss methods for testing and removal, as well as costs, and responsibility.


## C07.  Journal of Law & Education

The Journal of Law & Education publishes articles on all aspects of law related to education. They indicate, on their website, "although the emphasis is on critical current and emerging issues in school law--matters that are on the growing edge--historical, theoretical and other attempts at perspective are also included."  Articles from this journal can be found on popular internet search engines such as WestLaw and LexisNexis.

The Journal of Law & Education was researched for 1985. One interesting article was discovered.  This article indicates that "The EPA estimates that a child exposed from age five to ten has at least ten times the risk of developing mesothelioma as does as adult exposed to the same level of asbestos between the ages of thirty-five and forty.  Since children have a greater remaining lifespan than adults, the lifetime risk for school age children is significantly greater than that for asbestos workers"  (Lang, Jan. 1985, p. 26). This article discusses the progression of the asbestos laws and legislations.

Also discussed are hypothetical asbestos court cases wherein school boards could be the plaintiffs; as well as other actual asbestos suits.  The School Asbestos Act, SEIU, and CERCLA (Comprehensive Environmental Response, Compensation and Liability Act) or Superfund of 1980 is also discussed.  This article serves as an exemplar:

>    Lang, R.D.  (1985, Jan.).  The Continuing Problem of Asbestos in the Public Schools.
>        Journal of Law & Education, 14(1).


## C08.  GAO (General Accountability Office)

The General Accounting Office, formerly known as the General Accountability Office at the time of this publication (it changed July 7, 2004), is an independent agency that works for Congress.  GAO works as the "congressional watchdog" to ensure that the government is doing their job properly and as efficiently as possible.

A report from the GAO, "School District Officials Face Problems in Dealing with Asbestos in Their Schools" from 1985 is an exemplar for this report.  The GAO report is based on 36 public school districts dealing with asbestos.  This paper discusses how, after surveying these schools, common factors were found as to why schools made their asbestos

**Information Available to Building Owners and Managers About Asbestos in Buildings**

decisions.  These factors included "advice from parents, employees, and/or the public, state staff recommendations, EPA staff recommendations, and state requirements" (GAO, Mar. 1985, p. 27).  "In 1973 EPA banned the spraying of insulation containing asbestos in buildings.  In 1978 EPA extended the ban to all uses of sprayed-on asbestos on buildings, structures, beams, ceilings, walls, pipes, and conduits. … EPA established a technical assistance program in 1979 to encourage schools to voluntarily identify and correct asbestos hazards.  EPA initiated formal rulemaking on asbestos in the schools in July 1979 and issued its final rule on May 27, 1982" (p. 9).

> GAO.  (1985, Mar. 19).  School District Officials Face Problems in Dealing with Asbestos in Their Schools.  United States: General Accounting Office.

## C09.  The Chronicle of Higher Education

The Chronicle of Higher Education is touted as "the No. 1 source" for college and university faculty members and administrators.  Monthly, The Chronicle publishes a special report on a key topic such as a legal issue.

The Chronicle of Higher Education was researched from 1970 to 1995 and eight articles were found.  These articles refer mainly to colleges and university, which were not initially covered by the EPA regulations for schools.  These articles do, however; show the awareness of asbestos throughout college campuses.  Also in this journal, studies at Mt. Sinai are discussed.

## C10.  National Clearinghouse for Educational Facilities (NCEF)

NCEF, the National Clearinghouse for Educational Facilities, is a national clearinghouse at sponsored by NIBS, the National Institute of Buildings Sciences, and is funded by a grant from the US Department of Education.  Overseen by the Office of Safe and Drug-Free Schools, NCEF was created in 1997 by the US Department of Education to provide free information on planning, designing, funding, building, improving, and maintaining schools.  The Clearinghouse is a part of the U.S. Department of Education's ERIC system, established in 1966. The ERIC database is the world's largest source of educational information, containing more than one million abstracts of documents and journal articles on education-related research and practice.  This NIBS-managed Clearinghouse gathers, processes, and disseminates information on the planning, financing, design, construction, and operation of K-12 school facilities.

One section of the NCEF website outlines a reference list regarding Asbestos in School Buildings.  The documents selected for this report were chosen from this list covering the years 1982 through 1997.  These documents all apply to this report in that they are documents collected here for the public regarding "Healthy Schools," and how asbestos pertains to this.  These documents would have been read mainly by those in the educational community, including administrators, educators, business managers, healthcare personnel, and school facilities planners and O&M managers.  As such, these documents would have served to increase the awareness of asbestos in buildings to the educational community.

The information regarding these documents republished by NCEF is presented chronologically to show the development of asbestos in schools topics and information.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- Airborne Asbestos in Colorado Public Schools", published in Environmental Research in 1985 discusses a study of six Colorado schools testing levels of airborne asbestos in buildings with sprayed-on materials.  This document references noted many authors including William Reitze, Irving Selikoff, William Nicholson, P. Sebastien, and Robert Sawyer.
- EPA Federal Register 40 CRF Part 763 (Oct. 30, 1987), Asbestos-Containing Materials in Schools; Final Rule, requires LEA's (local education agencies) to identify asbestos-containing materials to control release of asbestos fibers.
- 100 Commonly Asked Questions about the New AHERA Asbestos-in-Schools Rule put out in May 1988 by the EPA.  "This is a collection of questions commonly asked about the new Asbestos-Containing materials in Schools rule, promulgated by the U.S. Environmental Protection Agency in October 1987under the Asbestos Hazard Emergency Response Act (AHERA) of 1986."
- "Airborne Concentrations of Asbestos in 71 School Buildings", published in Regulatory Toxicology and Pharmacology in 1991 was written in part by Morton Corn.  AHERA regulations in 1986, "governing assessment and control of asbestos-containing materials (ACM) in schools utilizes air sampling and sample analysis to measure post abatement concentrations of asbestos-in-air of the schools."
- EPA 560/4-91-012, from June 1991, Asbestos in Schools: Evaluation of the Asbestos Hazard Emergency Response Act (AHERA): A Summary Report discusses AHERA in action.  AHERA called for inspection of all schools (elementary and secondary) in the US to identify any ACBM (asbestos-containing building materials) present in the school, prepare an asbestos management plan, notify parents and staff of the pan, and training maintenance and custodial workers.  This paper is an evaluation that was conducted in 30 different communities.
- EPA released Answers to the Most Frequently Asked Questions About Reinspections: Under the AHERA Asbestos-In-Schools Rule in May 1991.  This document was produced after the EPA received a myriad of inquiries concerning the provisions of AHERA; it was meant to be used as an adjunct to the AHERA rule for additional clarification of the regulations.
- "Renaissance of the American School Building," published by the Environmental Resource Council, discusses how school buildings have grown and changed over the years, and indicates where and when asbestos began being used schools.  It states: "while asbestos had been used for centuries, the concept of blowing it onto low-grade iron as fireproofing in low-mass buildings was relatively new. Even in the 1950s, it was a known carcinogen and, by the '60s, elevated cancer rates were detected among electricians, pipe fitters and other trades people minimally exposed to asbestos in their occupations. It absolutely did not belong in schools, but the disconnect between health/environment and school property development was so complete that the risk in was never considered.   Also important to note in this document is that Irving Selikoff and his studies are discussed: "By 1968, Dr. Selikoff published his work in the Journal of the American Medical Association, proving a shocking relationship between asbestos exposure and cancer. Essentially, public health data showed that asbestos fibers trapped in lung tissue inspired soft tissue cancers, especially among smokers with already compromised respiratory systems. This revelation concerned a number of people in the area of public health, especially knowing that virtually every school building in the country since 1950 was saturated with sprayed-on and bound-in asbestos as a basic building product. Something

**Information Available to Building Owners and Managers About Asbestos in Buildings**

would have to be done, and the government would have to do better than they had with PCB regulations." This document, although not a government publication, would have served to increase the awareness of asbestos in buildings for readers from the educational community.

- GAO (General Accountability Office) report, "Toxic Substances: Information on Costs and Financial Aid to Schools to Control Asbestos" published in January 1992, discusses that the EPA estimates that "over 760,000 public and commercial buildings nationwide [in 1992] contain asbestos in a condition that potentially could be released into the air. Of these, about 30,000 are schools where as many as 15 millions children and 1.4 million employees may be exposed to asbestos." This paper discusses several of the previously released regulations including AHERA and ASHAA, as well as the Health Effects Institute (HEI) report. An NCEF summary of this document states that "Information on the costs of and financial aid available to schools for asbestos abatement is provided in this report. Data are based on interviews with officials from 15 school districts in 5 states--Illinois, New Jersey, New York, Ohio, and Pennsylvania. Section 1 provides background on the use of asbestos in buildings, health problems, federal legislation and regulations, and the study's research design. The second section outlines asbestos safety requirements for schools as required by three federal laws--Environmental Protection Agency standards under the Clean Air Act, the Occupational Safety and Health Act of 1970, and the Asbestos Hazard Emergency Response Act of 1986. Options for reducing asbestos exposure--removal or in-place management--are described in the third section. Section 4 presents information on costs to manage or abate asbestos, with a focus on cost estimates and available federal assistance."

- In October 1993, "Asbestos in Schools: The Latest Phantom Risk," was published in American Council on Science and Health. This paper begins with "The New York City public schools are finally open. The asbestos panic of 1993 seems to have run its course". This article basically suggests that chrysotile asbestos is "relatively harmless" compared to other types of asbestos and there was no need to keep children from schools. This article would have served to increase the public's awareness of the asbestos issues in schools.

- "Asbestos in New York City Public School Buildings – Public Policy: Is There a Scientific Basis?" was written in part by AM Langer. It was published in 1994 in Regulatory Toxicology and Pharmacology. This document discusses the 1993 New York City schools asbestos scare and what prompted it. It continues saying that "the hysteria occurred because much of the EPA's policy lacked a scientific basis for risk evaluation and assessment." This article outlines seven guidance documents released during the 1979-1990 period regarding ACM in schools. These are the EPA "Rainbow" books: the orange (1979), yellow (1982b), blue (1983a), green I (1983b), silver (1984), purple (1985), and green II (1990). This article also references HEI's report as well as an article by Irving Selikoff.

- In December 1996, NIBS, the National Institute of Building Sciences, released its Second Edition: Guidance Manual: Asbestos Operations & Maintenance Work Practices. This book was "[to be considered solely [a] resource document representing a consensus of expert opinion. … [a] guide for building owners, employers, managers, consultants, and others." This document was for those involved with building O&M activities regarding ACM. According to the NCEF document summary, "this technical manual provides detailed guidance to building

**Information Available to Building Owners and Managers About Asbestos in Buildings**

owners, asbestos program managers, and operations and maintenance (O&M) workers for managing asbestos-containing materials (ACM) in buildings. The manual addresses four different types of ACM found in buildings and three different levels of precaution which may be warranted by specific building conditions.  A regulatory appendix [since updated] summarizes key regulations (OSHA, EPA, and DOT) affecting asbestos O&M work. Sections of the manual include: Initiating an O&M Program; Asbestos Program Manager General Procedures; Worker General Procedures; Surfacing Materials Work Practices; Thermal Systems Insulation Work Practices; Miscellaneous Materials Work Practices; and Resilient Flooring Work Practices."

- Also in December 1996, NIBS published its Third Edition: Asbestos Abatement & Management in Buildings: Model Guide Specifications.  This book was "[to] be considered solely [a] resource document representing a consensus of expert opinion. … [a] guide for design professionals and building owners in developing contract documents for asbestos abatement."  According to the NCEF document summary, "this document provides advice and guidance in the design and execution of abatement of asbestos-containing materials (ACM). First published in 1986, this manual now includes developments in products, equipment, regulations, and procedures; new sections on abatement of asbestos containing resilient flooring; and an 80-page Introduction and Instructions for Use which: facilitates a more effective use of the Model Guide; includes instructional information for evaluating, selecting and coordinating a qualified design team; developing, organizing and coordinating contract documents; assembling proper bidding packages; successfully negotiating, administrating and closing out abatement contracts; conducting safe abatement in occupied buildings and managing liability; and clearly outlines the responsibilities of the owner, the design team and the contract."

- New Jersey Department of Health and Senior Services, in July 1996 published an Asbestos Advisory Bulletin.  This bulletin, from the Lead and Asbestos Training and Certification Project, was called "Asbestos Abatement and Management Activities in New Jersey Schools."  It was intended to provide information "regarding asbestos management programs in schools."  The NCEF document summary indicates, "This concise advisory bulletin provides information regarding asbestos management programs in schools. It is intended to assist schools that have conducted asbestos abatement, schools that plan to perform asbestos removal projects, or schools that will continue asbestos abatement operations and maintenance activities."

- The Texas Department of Health, in January 1996 published its own report concerning asbestos and AHERA.  This report was entitled "How to Manage Asbestos in School Buildings: The AHERA Designated Person's Self Study Guide." This book is geared toward persons with AHERA-related designations in schools. This document provides a brief history of AHERA, an introduction to asbestos and its health risks, and discusses LEA (Local Education Agencies).  The NCEF document summary indicates that "The Environmental Protection Agency (EPA) requires schools to appoint an asbestos management coordinator called the "AHERA (Asbestos Hazardous Emergency Response Act) designated person" (DP) who is responsible for a number of asbestos-related activities. This manual presents some recommendations designed to help those persons appointed to this position understand his or her responsibilities. The DP implements the plan for managing asbestos-containing building materials (ACBM) in the school buildings and ensures

**Information Available to Building Owners and Managers About Asbestos in Buildings**

that schools comply with federal asbestos regulations. Staff at the EPA have observed that the quality of school asbestos programs depends heavily on the dedication and work of the AHERA DP. DPs who know the AHERA requirements can effectively prevent the release of asbestos fibers not only through their own actions but also through their ability to hire and oversee the work of personnel conducting asbestos-related activities at their school buildings. The eleven chapters presented provide an introduction to asbestos and explain asbestos health risks; detail the AHERA inspection; outline a management plan; and discuss training and accreditation, recordkeeping, and related regulations."

- EPA's Evaluation of the Implementation of Operations and Maintenance Programs in New Jersey Schools, 600/R-97/063, was co-authored by John Kominsky.  This article discusses how AHERA requires schools develop an AMP (Asbestos Management Plan).  This study was conducted at 10 New Jersey sites to discuss where AHERA requirements were being used and where they needed to improve, which they did.  The NCEF website indicates, "All schools are required to develop and implement an asbestos management plan (AMP). The key component of this plan is each school's operations and maintenance (O&M) program. This report outlines the importance of such programs. It describes an O&M program as an administrative framework that prescribes specific activities and work procedures to control and respond to activities that may disturb asbestos-containing materials. The program's success is contingent on the commitment of all personnel involved in conscientiously implementing O&M program elements and in conducting O&M activities. For this report, a study was conducted to evaluate the implementation of asbestos O&M programs at 10 sites representing 8 New Jersey schools. Each school's O&M program and program compliance were documented. Furthermore, 10 ongoing O&M activities were documented to determine the impact of the activities on airborne asbestos levels. The study found that, overall, the schools were not completely implementing all the elements of the asbestos O&M program as outlined by the EPA and other guidelines. Elements of the program were not performed or they were not communicated to workers or contractors."

- EPA's Managing Asbestos in Place: A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials, published in July 1990, is known as one of the most comprehensive asbestos guides published by the EPA.  This guide "provides 'state-of-the-art' instruction to building owners to help them successfully manage asbestos-containing materials in place."

- "Airborne Concentrations of Asbestos in 71 School Buildings," co-authored by Morton Corn, was published in 1992.  This document described air samples taken from 71 schools scheduled for abatement and analyzed.  This document discusses AHERA's 1986 regulations, but offers EPA's rejection of air sampling to assess ACM risk in schools prior to abatement.  This paper references AHERA, NIOSH, and EPA.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## D.      Architecture and Construction

Overview:  Architects and a wide variety of people involved in the construction industry, were made very aware of the issues of asbestos in buildings, not simply from a public awareness point of view, but also from a personal point of view.  The asbestos abatement industry started and flourished as a result of concerns about asbestos.  Abatement contractors, architects, and others found that liability insurance coverage became very expensive and, in some cases, not obtainable.  Asbestos in buildings was a very significant issue for architects and contractors.

## D01.  The Construction Specifier Journal

The Construction Specification Institute describes itself as follows:

CSI's mission is unique. It's to continuously improve the process of creating and sustaining the built environment. We do that by facilitating communication among all those involved in that process. Our approximately 17,000 members represent all the disciplines engaged in non-residential building design and construction.

Membership is open to people in virtually every discipline of non-residential building design and construction whose work involves construction documents.  That includes people who use, comply with, interpret, write, oversee the completion of, or enforce construction documents.

- Specifiers
    - o   Architects
    - o   Design Architect
    - o   Forensic Architect
    - o   Landscape Architect
- Engineers
    - o   Civil Engineer
    - o   Structural Engineer
    - o   Electrical Engineer
    - o   Mechanical Engineer
    - o   Environmental Engineer
    - o   Forensic Engineer
- Contractors

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- o   Subcontractors

- Construction Products Representatives

  - o   Distributors

  - o   Building owners

  - o   Building Officials

  - o   A/E Drafters-CAD Operators

  - o   Contract Administrators

  - o   Construction Managers

  - o   Project Managers

  - o   Cost Estimators

  - o   Surveyors

  - o   Publishers

  - o   Realtors

  - o   Bankers

  - o   Labor Representatives

  - o   Interior designers

  - o   Attorneys

  - o   Facility managers

  - o   Educators

  - o   Developers.

We searched The Construction Specifier from 1970 through 1995.  We found 418 items relating to asbestos.  This included articles, advertisements, mentions of new products, specification guidelines, etc. When we narrowed our search to articles relating to asbestos in buildings, we found 89 articles that relate to asbestos in buildings or in the built environment.  These ranged from articles about asbestos in building materials to explanations of new government regulations relating to asbestos to the bans on asbestos in varying products.

The majority of the items in this journal dealt with asbestos in the construction industry. Many times Construction Specifier provided information that pertained directly to building owners, alluded to building owners' knowledge of asbestos hazards, or were addressed to the people who should be in direct contact with the building owners – architects, specifiers, construction managers, etc.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

One article mentioned Irving Selikoff.  It was titled:
- Asbestos: The Controversy Continues (April, 1987)

Twenty-five articles mentioned asbestos in schools, and 14 pertained to AHERA.  Selected articles include the following:
- EPA to Promulgate Asbestos Regulations (October, 1986).
- AHERA Regulations Incite Criticism, Suit (May, 1988).

Eighteen articles were related to asbestos in public buildings. Selected articles include the following:
- EPA Confirms Extensive Use of Asbestos (February 1985).  [The EPA did a study that concludes that 20% of all buildings in the US contain asbestos.]
- Asbestos-in-Schools' Legislation Poses Stringent Abatement Requirements (March 1987).  [The article reports on the difficulties of trying to implement the same abatement standards in public and commercial buildings.]

Four articles dealt with the problems with insurance coverage for architecture/engineering companies and asbestos abatement workers. Selected articles include the following:
- Asbestos-Abatement Contractors Covered by New Insurance Plan (October, 1985). [Article helps to shed some more light on contractor liability insurance.]
- Occurrence Coverage Available for Asbestos Liability" (June 1988).  [Report that B.R.I. Coverage Corp. is the "first to provide occurrence coverage for asbestos liability insurance."]
- Insurance for Contractors: The Return of the Pollution Liability Market" (March, 1989).  [Article deals with issues contractors face with insurers dealing with pollution liability.]

One article was in reference to unions suing the EPA for stricter regulations.
- Task Force Re-examines Asbestos Risks (November 1984).  [Reports on a NIBS task force report in response to the AFL-CIO's service employees union original petition that the EPA make a "ruling that would reduce the use of materials containing friable asbestos in schools and work places."]

Two articles mentioned NESHAP.
- Toxic Territory (July, 1991).  [Article makes brief mention of updates to NESHAP.]
- Abating by the Rules (August, 1991).  [Article discusses updates to NESHAP in order to promote compliance with the rules.]

One article mentioned the HEI Study.
- Senators Push For Asbestos Amendments to Clean Air Act; OSHA Drafts Asbestos Standard Revisions (August, 1990).  [Proposed amendments to the Senate version of the Clean Air act includes the HEI "…to identify, characterize, and quantify risks to human health for each form of asbestos."]

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## D02.  Engineering News Record

On its website, Engineering News-Record (ENR) describes itself as follows:

- Engineering News-Record provides the business and technical news needed by anyone who makes a living in or from the construction industry. We cover major projects, technological achievements, business conditions, markets, finance, costs, legislation, government, management, labor, construction methods, equipment and materials. We give readers the weekly news and analysis they need to make decisions in their work, covering all sectors of the industry from buildings to highways to hazardous waste cleanups. We highlight significant events worldwide. Good ideas don't stop at political boundaries nor does the business of construction.

- We serve about 78,000 subscribers with an additional pass-along readership of 257,400. Subscribers include contractors, engineers, architects, owners, city, state and federal government officials, producers, suppliers, colleges and libraries. Readers cross the spectrum of job classifications from chief executives to equipment operators and represent all sectors of the construction industry.

We searched The Engineering News Record from 1970 through 1995.  We found 300 items relating to asbestos.  This included articles, advertisements, mentions of new products, specification guidelines, etc.   When we narrowed our search to articles relating to asbestos in buildings, we found 229 items that relate to asbestos in buildings or in the built environment.  These ranged from articles about asbestos in building materials to explanations of new government regulations relating to asbestos to the bans on asbestos in varying products.

There were 13 articles that made mention of Irving Selikoff and the studies at Mt. Sinai Medical Center.  Selected example articles are as follows:

- "Asbestos workers who smoke in greatest cancer danger" (August, 1972) directly reports on Selikoff's and other Mt. Sinai researchers' studies into the effects of asbestos.
- "Problem asbestos gets sealant coat" (September, 1977) mentions Mt. Sinai's study in three New Jersey schools to coat or seal surfaces covered with asbestos material.

There were 61 articles that were related to asbestos in schools, including 13 articles that mentioned the AHERA regulation.  Selected example articles are as follows:

- In January of 1973, ENR released an article "Asbestos:  a potential danger to occupants" which is our earliest collected from this journal that mentions asbestos as a hazard to building occupants, not just occupational exposure.  In particular, it discusses the potential dangers of having it in schools, even though it is clearly admitted that there is no knowledge of a "safe" exposure level.
- The 1982 news brief titled: "Asbestos rule" is in reference to the EPA enacting the Asbestos in Schools Rule.
- In the March, 1984 article "EPA fines first schools for asbestos violations," ENR reports on the EPA's "$24,000 penalty against New Hampshire Administrative Unit No. 19 for violations at three Goffstown, N.H., schools."
- The October, 1986, article "School asbestos act passes" reports on the Senate passing of AHERA.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- "School asbestos rules aired" (October, 1987) goes on to mention EPA's latest set of standards, which undergo much criticism by the SBA, who think that the proposed standards will cause unnecessary hazardous removal, which in turn "increases exposure to building occupants and spark a future wave of asbestos-related disease among abatement workers".

Thirty-one articles were related to asbestos in public buildings.  Selected example articles are as follows:
- The May, 1992 article, "Now it's lender liability protection for asbestos" tells of Rep. Charles E. Schumer's proposition "to give lenders immunity from liability for asbestos-related damages, as long as an asbestos management regime is followed." This comes in concern that, "in an attempt to play it safe, lenders are insisting that all asbestos be removed, which can pose a greater health risk."

Eleven articles covered issues with insurance, both for asbestos workers filing claims, and for abatement and asbestos-handling companies to be covered.
- "Senate may reform asbestos compensation" (May, 1984) reports on Congress's need to change the way compensation of occupational disease is implemented, urged on by insurers.
- The March 28, 1985, article -"Insurers leave vacuum for asbestos removers"—deals directly with the issues that abatement contracts were facing with their insurance companies.

There were two articles that mentioned the SEIU.  Selected example articles are as follows:
- In "Asbestos concerns continue" (March, 1984) ENR reports on the SEIU's "seeking EPA actions under the Toxic Substances Control Act (TSCA) to reduce asbestos in public schools and commercial buildings," and mentions that they are considering court action.
- The article, "Union sues to expand asbestos regulations," reports on the SEIU suing the EPA.

Two articles had references to the HEI.  A selected example article is as follows:
- The article, "Asbestos study leaves questions in its wake," directly reports on the HEI's findings.


**D03.  Progressive Architecture Journal**
We searched Progressive Architecture from 1970 through 1993.  We found 360 items relating to asbestos.  This included articles, advertisements, mentions of new products, specification guidelines, etc.  The majority of items relating to asbestos in Progressive Architecture were advertisements for asbestos-containing products or asbestos consulting services.  Progressive Architecture was more focused on the design aspect of architecture to fit into Art, than architecture as a building science.  When we narrowed our search to articles relating to asbestos in buildings, we found eight articles that relate to asbestos in buildings or in the built environment.

One of the articles contained a reference to Irving Selikoff.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- Controlling Construction Pollution (February, 1970).  [Article offers advice against the use of asbestos-containing sprayed fireproofing, makes reference to Selikoff, and warns against the problems when doing demolition on a building containing asbestos materials.]

Six of the articles selected related to asbestos used as a building material; particularly, its use in sprayed fireproofing, thermal insulation, and asbestos-cement as an architectural material.  Selected articles include the following:
- Controlling Construction Pollution (February, 1970).
- Noncombustible Construction and Materials (June, 1970).  [Briefly mentions asbestos as a noncombustible construction material].
- Hazardous Materials (July, 1970).  [Mentions that since "Controlling Construction Pollution, NYC has banned asbestos-containing sprayed fireproofing].
- Understanding Sprayed Fireproofing (June, 1971).
- Materials and methods: Sculptured asbestos cement (October, 1971).
- Technics: Building envelope thermal insulation Care and handling of the Btu (November, 1977).

Two articles pertained to the liability of the architect as a specifier of asbestos containing materials.  Selected articles include the following:
- Law:  Asbestos-related Liability (January, 1986).  [This article deals with the architect's awareness of asbestos and the architect's role in the liability in both specification of asbestos as a building material, or specifying its removal, repair, or maintenance.  It goes on to mention that, unless the architect is willing to take on the responsibilities of dealing with the asbestos, that he should leave it up to the building owner.]
- Law:  Environmental Liability (October, 1990).  [This article points out that there are established risks/hazards with asbestos, and that a building owner is not likely to come across a problem where the designer of the building failed to notify them of "hidden" asbestos since it is a required test before getting a building permit by many states and local municipalities.]

Other articles relating to asbestos in buildings include the following:
    The Classroom Reconsidered (Feb. 1965)
    Bank Unit Shows Housing possibilities (June 1968)
    P/A Building Cost analysis (Oct. 1974)
    Fire Hazards (Oct. 1974)
    Spray on, MacDuff (Oct. 1974)
    Building Materials (Sept. 1974)

**D04.  AIA (American Institute of Architects) Journal**
Since 1857, the AIA has represented the professional interests of America's architects. AIA membership includes over 74,000 licensed architects, emerging professionals, and allied partners.

AIA Journal contained numerous articles relating to OSHA during this time period.  Selected

**Information Available to Building Owners and Managers About Asbestos in Buildings**

articles include the following:
- The Occupational Safety and Health Act (Aug. 1972)
- Low Income Housing with Amenities (Aug. 1972)
- Responsibility and Potential Liability Assessed at Conference on OSHA (Aug. 1973)
- Guidebook to Occupational Safety and Health (1973)
- The Architect, the Engineer, and OSHA (June 1973)
- Congress to Examine Extent of Indoor Air Pollution (Oct. 1981)

## D05. Architectural Record
Selected articles from this journal are as follows:
- Key to Avoiding Litigation is Performing Defensively (July 1979)
- Architecture and the Law in the 1980s (Dec. 1979)

## D06. Architecture Journal
A selected article from this journal is as follows:
- An Inventory Process for Determining Asbestos Control Needs and Costs (Dec. 1986)

## D07. Resources for the Future
A selected article from this journal is as follows:
- Controlling Asbestos in Buildings: An Economic Investigation (1986)

## D08. Sweets Catalog
This publication contained descriptions of products, including ACMs in the 1970s.

## D09. Litigation Research Group
This publication provided an article as follows:
- Recent Developments in Asbestos Litigation (1984)

## D10. ECON Environmental Contractor Magazine
We searched ECON from 1987 through 1989. We found 930 items relating to asbestos. This included articles, advertisements, mentions of new products, specification guidelines, etc. This included 522 advertisements related to asbestos abatement. When we narrowed our search to articles relating to various aspects of asbestos in buildings, we found 99 articles that relate to asbestos in buildings or in the built environment;124 articles that relate to Asbestos in Schools/AHERA; six articles that relate to insurance liability issues; and 21 articles that relate to worker protection and OSHA. There were 113 other articles relating to various other aspects of asbestos.
ECON published numerous articles relating to Federal, State, and Local asbestos regulations. Selected articles relating to this topic include the following:
Many states including ND, Nevada, Hawaii and Puerto Rico update health and safety programs to conform to federal standards.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- "State Drafts Removal Rules." ECON Environmental Contractor February 1988: 66
- "Massachusetts Publishes Final Asbestos Rules." ECON Environmental Contractor December 1987: 26.
- "OSHA Approves Amendments to Nevada State Hazardous Waste Operations Standard." ECON Environmental Contractor December 1987: 27.

New Hampshire legislature enacts law to protect public exposure to asbestos.
- "Environmental Laws Enacted." ECON Environmental Contractor December 1987: 32.

Public hearings were held in Boston Mass. Regarding proposed regulations for removal, encapsulation and containment of asbestos.
- "New Proposed Massachusetts Regulations."  ECON Environmental Contractor September 1987: 26.

July 14, 1987 Florida Asbestos Act, Chapter 87-394 which takes effect Oct. 1, 1987.
- "Florida Asbestos Act of 1987."  ECON Environmental Contractor October 1987: 46.

Jan. 7, 1987  Massachusetts legislation authorizes Dept. of Labor to develop requirements for protecting the health and safety of persons involved in the removal, containment of ACM.
- "Regulation of the Removal, Containment or Encapsulation of Asbestos 1987." ECON Environmental Contractor November1987: 24.

1972 OSHA's findings state asbestos is a serious threat to the human respiratory system. Federal limits on workplace exposure were created. June 20, 1986 OSHA revised exposure standards and employee training requirements.  NYC placed ordinances on asbestos workers. Environmental Encapsulating Corp. obtained a Federal court order restraining NYC from enforcing the ordinances stating that the Federal laws and OSHA preempted them. The courts dismissed the case.
- "City Regulations on Trial." ECON Environmental Contractor January 1988: 12.

Safe Building Alliance filed a lawsuit against the EPA to review AHERA, stating that the regulations will "increase asbestos exposures of students, faculty, and other school personnel by encouraging removal of  asbestos-containing materials in circumstances where such removal is neither necessary nor appropriate."
- "Action-Reaction to Final A.H.E.R.A. Regs." ECON Environmental Contractor February1988: 34.

U.S. District Court of Appeals granted the motion of the Safe Building Alliance.  SBA asked the court for expedited action stating the EPA's regulations for AHERA will "increase asbestos exposures of students, faculty, and other school personnel by encouraging removal of asbestos-containing materials in circumstances where such removal is neither necessary nor appropriate."
- "Court Grants Motion For Expedited Action in Suit Over EPA's Asbestos-in-Schools Rule" ECON Environmental Contractor February1988: 36.

ECON alerted its membership to the problem of Contractor Liability Insurance.  ECON

**Information Available to Building Owners and Managers About Asbestos in Buildings**

members were affected by problems in obtaining liability insurance in the early 1980s.  A selected article relating to this topic include the following:

In 1985 there was only one viable insurance company writing approximately 80% of the insurance for asbestos removal insurance. The company was the Great American Surplus Lines Insurance Company.
- "Asbestos Abatement Liability Insurance 'Just The Facts Ma'am Please'."  ECON Environmental Contractor September 1987: 13.


Building owners and managers were concerned about the difficulty in obtaining liability insurance.  Owners were also concerned about building financing problems, as well as reduced property values, for buildings that contained asbestos.  Selected articles relating to this topic include the following:

Bank of Boston Connecticut considered asbestos in buildings prior to approving financing for rehab projects. Some banks refused to finance buildings containing asbestos. Insurance companies such as Aetna Life & Casualty Insurance Co. stated that the condition of asbestos in older buildings affects the chance of obtaining insurance.
- "Federal Law Favored."  ECON Environmental Contractor September 1987: 29.


Many building owners planned to remove asbestos from their buildings for fear of having difficulty selling or refinancing their properties.  Also they feared personal injury suits that could eventually be filed by tenants.
- "Mirrored Exterior Hides Growing Problems."  ECON Environmental Contractor October 1987: 2.


It is thought the driving force of the abatement industry is the liability concerns of building owners, more so then the legislative regulations. Building owners want to reduce future liability.
- Duane, Karen.  "Asbestos: An Industry Outlook." ECON Environmental Contractor December 1987: 42.


Even before legislation passes requiring the same accreditation for contractors doing work on commercial and public buildings as it does on schools, abatement work is taking place due to economic demands.  Buildings that contain asbestos sell and lease at below market rates.  Insurance for these buildings isn't being renewed and mortgages aren't being refinanced. This work was done by the cheapest source due to improper information and regulation. This put pressure on the EPA. Congress, and Washington lawmakers geared up to compel the EPA to develop a comprehensive program. It was estimated that millions of people might have been exposed to asbestos by contractors doing inadequate work.
- "Has the Lack of Regulating Commercial Buildings Given Way to 'Rip' and 'Skip' Contractors?" ECON Environmental Contractor January 1988: 17.


Commercial real estate owners, tenants, bankers and insurers are increasingly aware and concerned due to the potential liabilities of owning or occupying a building containing asbestos. The ARCO Towers in LA and the EXXON building in NY, both $600 million properties sold for 10 - 15% below value due asbestos concerns.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- "Asbestos Abatement Effects Property Owners and Managers." ECON Environmental Contractor February1988: 28.

Demonstrating a building's air to be asbestos free provides a marketing edge in a competitive market. Providing and maintaining a clean, healthy building environment is an ongoing process requiring qualified asbestos professionals.
- "Proper Filtration Important to Successful Asbestos Abatement." ECON Environmental Contractor. April 1988: 28.

ECON kept its members informed about issues relating to asbestos Operations and Maintenance (O&M) and Management In Place.  Selected articles relating to this topic include the following:

Canadian studies suggest that although removing asbestos is the ultimate answer it is not always the best answer at the time due to poor training and workmanship that can result in higher concentrations of airborne asbestos.
- "Experts Contend Immediate Removal Not Always The Answer." ECON Environmental Contractor September 1987: 26.

April 1, 1987 new asbestos laws regulating removal, transportation and disposal of asbestos take effect. These laws are known as Local Law 76 and 70.
- "Federal Law Favored."  ECON Environmental Contractor October 1987: 15.

EPA ESTIMATES 750,000 BUILDINGS NOT INCLUDING SCHOOLS CONTAIN ASBESTOS.  NIBS PUBLISHES "Model Guide Specifications, Asbestos Abatement in Buildings."  This guide was available for qualified architects, engineers, environmental consultants, building owners, and others. NIBS opinion is that asbestos should be abated by not necessarily removed. Maintenance is preferred method.
- "National Asbestos Council Continues To Grow"  ECON Environmental Contractor November1987: 6.


The AHERA regulations governing asbestos in schools was highlighted in numerous ECON articles.  Selected articles relating to this topic include the following:

EPA surveyed 132 school districts from 1984 through 1986 and found 112 to have potential asbestos problems.
- "EPA Notes Many Districts Not In Compliance."  ECON Environmental Contractor October 1987: 46.

Dec. 1978 The Environmental Defense Fund (EFD) petitioned EPA to control asbestos emissions from spray-on materials which have been applied to public school buildings. The EFD requested that all schools containing spray-on asbestos be identified.  In May 1979 EDF sued EPA due to dissatisfaction with the EPA's efforts.
- "Ten years in the making the road to safer schools has been long, difficult, controversial and emotional.." ECON Environmental Contractor January 1988: 8.

AHERA created a demand for certified abatement professionals for the 107,000 schools in

**Information Available to Building Owners and Managers About Asbestos in Buildings**

40,000 school districts.  Five EPA sponsored training centers expected to train approximately 10,000 abatement professionals by September 1988 (this was appeared in March 1988 ECON article.
- "The Effect of AHERA on Training." ECON Environmental Contractor. March1988: 41.


ECON kept its membership apprised about other issues relating to asbestos in buildings. ECON discussed a wide variety of buildings, including public (such as a City Hall and prisons), high-rise commercial buildings, homes, and public housing.  Selected articles relating to this topic include the following:

National Asbestos Council comments on growth. At inception they had 57 members and at the time of this article they were expecting 2500 attendants at the upcoming convention.
- "National Asbestos Council Continues To Grow."  ECON Environmental Contractor November1987: 32.

US EPA estimates more then 733,000 buildings contain friable asbestos material.  Dept. of Commerce reports 5.6 billion sq. ft. of building space contains asbestos, a significant amount being in high rise buildings.
- "'Type C'" Breathing Air Systems In High-Rise Buildings." ECON Environmental Contractor January 1988: 10.

EPA report suggests that 20% of all public and commercial buildings in US contain asbestos, of which 28% are residential apartment buildings with 10 or more units, 70% are private non-residential buildings and 2% are federal government buildings.
- Sitomer, Daniel J., Jore, Karen S. "Defending Asbestos Violations Under Federal law." ECON Environmental Contractor. April 1988: 18.

EPA report suggests that 20% of all public and commercial buildings in US contain asbestos, 14% of which have some damaged asbestos and 9% have significantly damaged asbestos.  Selected articles include the following:
- "EPA Releases Asbestos - In Public Buildings Study and Recommendations to Congress." ECON Environmental Contractor. April 1988: 32.

Baltimore Housing Authority estimates 2,176 public housing units for asbestos removal plans.  Selected articles include the following:
- "Authority Plans Removal Project." ECON Environmental Contractor January 1988: 16.

An estimated one in five public buildings in Idaho contain asbestos. A proposal endorsed by the state Board of Corrections proposes using inmates to remove asbestos from state buildings.  Selected articles include the following:
- "Inmates May be Used To Remove Asbestos" ECON Environmental Contractor. January 1989: 60.

Trying to reduce the cost of abatement the Illinois Department of Corrections trained inmates to remove asbestos, stating that it would reduce abatement costs by $225,000 and

**Information Available to Building Owners and Managers About Asbestos in Buildings**

would provide inmates with a valuable skill.  Selected articles include the following:
- "Inmates Trained for Asbestos Removal." ECON Environmental Contractor. March1988: 53.

Norton Correction Facility, Norton, KS. Prison maintenance workers trained to remove smaller amounts of asbestos.  Selected articles include the following:
- "Prison Facility to Undergo Asbestos Removal." ECON Environmental Contractor. April 1988.

Maine state workers to be used in the asbestos removal process.  Director of the state's Division of Asbestos Management states that it will be cheaper and quicker than hiring a contractor.  Selected articles include the following:
- "State Workers To Help With Asbestos Removal." ECON Environmental Contractor. May 1988: 57.

Rhode Island's Health Department  produced a public relations program "Asbestos: The more You Learn The Safer It Gets", and offered this along with free, one-hour "Asbestos in the Home" classes, featuring an instructional video, free booklets, simple graphics and practical asbestos questions.  Selected articles include the following:
- "A Common Sense Approach to Asbestos Public Relations." ECON Environmental Contractor. April 1988: 48.

Asbestos found throughout City Hall and the Lightner Museum in St. Augustine, Florida. Selected articles include the following:
- "Survey shows asbestos in city hall."  ECON Environmental Contractor. May 1988: 65.

Baltimore, MD. Project planned to remove asbestos in the downtown police headquarters. Selected articles include the following:
- "Headquarters to be renovated."  ECON Environmental Contractor. May 1988: 65.

What is believed to be the world's worst case of asbestos contamination is found in Australian homes that are insulated with foot-thick layers of asbestos.
- "The World's Worst Case of Asbestos Contamination In Homes."  ECON Environmental Contractor. January 1989: 10.


## D11.  Walls & Ceilings Magazine

Walls & Ceilings magazine describes itself as follows:

"…Walls & Ceilings, the wall and ceiling industry's premier publication. If you're a wall and ceiling contractor, interior contractor, architect, manufacturer, supplier or distributor, you'll want to check this site often. We cover all aspects of the industry: drywall, lath and plaster, stucco, ceilings and acoustics, exterior insulation finish systems (EIFS), fireproofing, metal framing and architectural decorative ornamentation."

We searched Walls & Ceilings from March through July 1988 (five months).  We found 44 items relating to asbestos.  This included articles, advertisements, mentions of new

**Information Available to Building Owners and Managers About Asbestos in Buildings**

products, specification guidelines, etc.  We narrowed our search to include only articles relating to asbestos in buildings.  This search yielded 23 articles.

W&C alerted its readers to the availability of guidance manuals published by agencies such as EPA and organizations such as NIBS, the National Institute of Building Science.  Selected articles include the following.  The EPA as well as NIBS (in conjunction with the EPA) distributed publications regarding its belief that asbestos could be maintained in buildings.  Commercial, public, educational and residential structures were covered by the publications. Among the publications available from the EPA and NIBS were the Purple Book - Guidance for Controlling Asbestos-Containing Materials in Buildings, Managing Asbestos in Place, Guidelines for Controlling Asbestos-containing materials in Buildings, Asbestos in the Home, Model Guide specifications, Asbestos Abatement in Buildings and Asbestos in Schools and Public Buildings.

The Purple Book, Guidance for Controlling Asbestos-Containing Materials in Buildings, was recommended to use as a guide to what a good training program should include and was a free publication.
- Jonathan J. Ward. "How to Find an Asbestos Abatement Training Program."  July 1988.

Between 1986 and 1987 NIBS distributed more than 2,500 copies of "Model Guide specifications, Asbestos Abatement in Buildings."  NIBS worked with the EPA to improve the general understanding of the guide.   NIBS had also produced a publication in 1984, Asbestos in Schools and Public Buildings
- "NIBS To Focus on Abatement." Walls and Ceilings.  April 1988: 27.

W&C kept its members aware of issues involving asbestos in buildings by providing articles and informational pieces about issues involving other trade associations and real estate groups.  The magazine contained items of information such as the following:
- Although the EPA recognized 20% of commercial buildings had a potential asbestos problem they would not recommend any formal program for removal.
- According to the EPA it would cost $51 billion to remove all of the asbestos.  National Roofing Contractors Association (NRCA) stated that the most serious environmental issue they are concerned with is OSHA fines for failing to identify asbestos that should be identified to them by the building owners or managers.
- Asbestos is among the topics that BOMA monitors and lobbies.
- The National Apartment Association (NAA), National Multi-Housing Counsel (NMHC), and other real estate groups formally presented industry objections to an asbestos operations and maintenance procedure guidebook produced by NIBS under contract with the EPA.

W&C kept its membership apprised of activities relating to asbestos regulations for public and commercial buildings.
EPA was involved in many activities related to the consideration of asbestos regulations for commercial buildings.  While the EPA had regulations for the abatement of asbestos in schools (AHERA), it did not have the same for commercial buildings.  The EPA's asbestos abatement task force was charged with pinpointing crucial problems which were unique to asbestos abatement in occupied high rise buildings in order to develop guidelines for that

**Information Available to Building Owners and Managers About Asbestos in Buildings**

type of work,
- "Court Upholds OSHA's Asbestos Standard."  Walls and Ceilings.  April 1988: 28.

W&C kept its membership apprised of activities relating to asbestos regulations for schools.
- "Costs of Abatement Costs Told."  Walls and Ceilings. April 1988

W&C kept its membership apprised of OSHA worker exposure standards.  Selected articles include the following:

- "Court Upholds OSHA's Asbestos Standard."  Walls and Ceilings.  April 1988: 28. Asbestos product manufacturers accused the OSHA standards of being too strict while building trade unions thought the standards were not strict enough. The Federal Court of Appeals upheld the OSHA asbestos exposure standard.
- Flynn, D. "Asbestos and Respiratory Protection for Workers."  Walls and Ceilings. April 1988: 29.  New OSHA standards have stricter requirements for worker protection and permissible exposure limits.


W&C kept its membership aware of numerous asbestos-related training sessions and seminars.  These ranged from abatement training courses to executive level seminars. W&C also publicized asbestos-related training sessions and conferences sponsored by other organizations.  Selected examples include the following articles:

- "AWCI Offers Abatement Courses."  Walls and Ceilings. March 1988: 12. Asbestos abatement council is offering abatement courses covering all aspects of abatement problems.
- "Asbestos Conference Held this Month."  Walls and Ceilings. March 1988. The Mid-America Asbestos conference and Exposition notice.
- "NAC Winter Asbestos Abatement Conference Sets Record."  Walls and Ceilings. April 1988. National Asbestos Council, 5th annual asbestos abatement conference had a record attendance of 2,700.
- "Asbestos seminars."  Walls and Ceilings. Jul.1988: 39. Georgia Tech Research Institute to present seminars "Executive Summary on Asbestos in Buildings."

W&C contained advertisements about liability insurance for asbestos abatement contractors.  When asbestos abatement contractors had difficulty obtaining liability insurance, an independent organization controlled by abatement contractors was established to provide this insurance.  A sample advertisement is the following:
- "SRRG American Safety Risk Retention Group:  AT LAST!  Occurrence Liability Insurance is now available for Asbestos Abatement Contractors." Walls and Ceilings. April 1988.


**D12.  Public Works Magazine**
Public Works Magazine describes itself as follows:
- "Engineering, Construction & Maintenance:"    PUBLIC WORKS Magazine serves individuals in  the field of municipal, county, state, special district and federal

**Information Available to Building Owners and Managers About Asbestos in Buildings**

government engaged in public works (including engineering), highways, streets, roads & bridges (construction & maintenance), solid waste/resource recovery & recycling, fleet/equipment/building maintenance, traffic control, parks & recreation, transportation, environment/pollution control/conservation, public safety, planning/zoning, water/wastewater, private water companies, administration & consulting engineers, consultants, architects, and contractors (performing public works services) in private industry.

- Public Works serves industry professionals, consulting engineers, and contractors who design, construct, operate, maintain, and rehabilitate public works and infrastructure projects and programs in cities, counties, states, utilities, and special districts.

We searched Public Works from 1970 through 1995. We found 53 items relating to asbestos. This included articles, advertisements, mentions of new products, specification guidelines, etc. The vast majority of items relating to asbestos in Public Works were in reference to asbestos-cement piping and removal of asbestos from the water supply. When we narrowed our search to articles relating to asbestos in buildings, we found 3 items that relate to asbestos in buildings or in the built environment. These articles serve to increase awareness of asbestos.

One article announced that, according to the Institute for Buildings and Grounds, an asbestos task force had been established by EPA, OSHA, and CPSC (the Consumer Product Safety Commission). This article is:

- Public Works (February 1984): "Institute Reports Asbestos Study."

Another article deals with asbestos exposure when handling asbestos when working on automotive brakes and clutches and discussed complying with EPA standards. This article is:

- Public Works (1995): "Asbestos in the Workplace."

## D13. Constructor Magazine

Constructor is the official trade magazine of the Associated General Contractors of America. Headquartered in Alexandria, VA, the Associated General Contractors of America is the largest and oldest national construction trade association in the United States. AGC represents more than 35,000 firms, including 7,500 of America's leading general contractors and over 12,000 specialty-contracting firms. More than 14,000 service providers and suppliers are associated with AGC through a nationwide network of chapters.

Articles relating to asbestos include the following:

- Asbestos! If you do renovations, it can show up where you least expect (Feb. 1991).
- EPA's Free Asbestos Handbook (Feb. 1991).
- AGC Promotes Contract Clauses to Protect Against Unanticipated Hazardous (Feb. 1991).

## D14. Materials & Design Magazine

Materials & Design publishes papers, articles and reports for design engineers, consulting

**Information Available to Building Owners and Managers About Asbestos in Buildings**

engineers, project managers, and materials engineers.

In 1982, this magazine published an article describing a world asbestos symposium:

- Conference Reports: The World Symposium on Asbestos.  Materials and Design. June 1982: 479-483.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## E.  Popular Press

Overview:  Beginning in the mid-1970s, throughout the 1980s, and into the mid-1990s, the vast amount of coverage given to the issues of asbestos in buildings was overwhelming. Articles, advertisements, and notices, often several in the same newspaper on the same day, often dominated the news.  Building owners and managers, as well as the general public, were made very aware of asbestos issues in virtually every newspaper.  Business magazines provided coverage as well.  Notable in this area was The New Yorker, which ran several landmark articles by Paul Brodeur in the 1970s and 1980s.  Books were written on the subject of asbestos in general and specifically about asbestos in buildings during this time.

## E01.  Newspapers

Availability of Information in Newspapers

Our methodology for researching was to first do an online search to determine what was available in newspaper archives relevant to asbestos in general and specifically to asbestos in buildings between 1970 and 1995.  This was done to discover what information was public and available for the American population to read.

Our research into articles related to asbestos led us to search a total of 12 newspapers spanning readership across the United States between the years of 1970 to 1995.  Our search included the following newspapers:

- The New York Times (New York / New Jersey)
- The Washington Post (Washington D.C. and surrounding areas)
- The Chicago Sun Times (Chicago, IL),
- The Houston Chronicle (Houston, TX)
- The Dallas Morning News (Dallas, TX)
- The Los Angeles Times (Los Angeles, CA)
- The Oregonian (Portland, OR)
- The Oklahoman (Oklahoma City, OK)
- The Times Picayune (New Orleans, LA)
- The Phoenix New Times (Phoenix, AZ)
- The Valley Morning Star (Harlingen, TX)
- The Arkansas Democrat Gazette (AR)

These newspapers yielded a total of 14,976 asbestos related newspaper articles, of which 4,074 were related specifically to issues regarding asbestos in buildings.  We feel confident that these numbers are conservative estimates and it is likely that these numbers are low representations of the numbers of articles that were actually written and published.

We collected physical copies of what was available, which are represented in our newspaper article archive as part of larger asbestos related document collection.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Each of these newspapers varies in size and readership, depending upon the metropolitan area they serve.  The papers were selected based on the cities and states that contain building claims submitted by Martin Dies in the WR Grace hearings.   Of the twelve newspapers, The Washington Post and The New York Times were chosen for major focus and used as primary sources.  Included below is a summary of key articles related to asbestos in buildings, asbestos regulations, and other asbestos-related issues, as reported in our exemplar newspapers.

**The New York Times**
Search includes years 1970-1995

Following is a recap of our findings in The New York Times when conducting an online search of articles related to asbestos on 10/5/05.   In our online search, we collected approximately 5,174 New York Times articles relating to asbestos.  Of these approximately 5,174 articles, 3,274 were between the years of 1970 to 1980 and the remaining approximately 1,900 were found in the years of 1981 to 1995.  A more narrowly focused search for asbestos-related documents specific to buildings turned up approximately 1,043 articles, of which 286 were between the years 1970 to 1980 and 757 were between the years 1981 and 1995.

**The Washington Post**
Search includes years 1970-1995

Similar to what we found in The Washington Post, yielded a very large number of articles relating to asbestos, 3,262 articles in total, of which 1,041 of which were in the late 1980's to early 1990's and about  2,221 of which were from the 1970s to mid-1980s,.  A more narrowly focused search for asbestos- related documents specific to buildings turned up 1,173 total articles, of which 734 were between 1970 and 1986 and 439 were between 1987 to 1995.

Below is a summary of selected articles related to particular events or items of interest that resulted in a high level of awareness about asbestos in buildings as evidenced in newspapers.

**Irving Selikoff / Mt. Sinai Studies:**

Newspapers chronicled the activities of Dr. Irving Selikoff and others at Mt. Sinai Medical Center in New York City through the years, especially the 1960s, 70s, and 80s.  We found approximately 200 total articles in the New York Times between the years of 1970-1995 related specifically to Selikoff's studies with his colleagues at Mt. Sinai's Environmental Sciences Laboratory on asbestos exposure hazards.  Selikoff's 1964 seminal study of the effects of asbestos exposure to shipyard insulation workers is chronicled in great detail in both The New York Times and The Washington Post.  There were also numerous articles referring to Selikoff's research on worker exposure and that of their families, Mt. Sinai as the center for this research, and other worker exposure studies and reports.  Some of the key articles chronicling Selikoff's research and a representative sample of such articles in The

**Information Available to Building Owners and Managers About Asbestos in Buildings**

York Times between 1970-1995 are listed below.

Asbestos Dust Called a Hazard to at Least One-Fourth
March 2, 1966
"Asbestos dust, which has already been connected with the development of fatal cancer in one-half of asbestos workers, may be a potential health hazard for one-quarter of the population or more, it was reported yesterday.   A preliminary finding was described by Dr. Irving J. Selikoff in announcing the establishment of an environmental health laboratory at Mount Sinai Hospital."

STUDY FINDS RISK IN ASBESTOS LEVEL
December 3, 1971
"Asbestos workers have been found to develop serious lung disease after two decades of breathing air containing asbestos fibers in amounts long considered "safe".  The finding, reported yesterday by a Harvard research team in New England Journal of Medicine, points up the need for a reconsideration of what is safe, low level of exposure to asbestos fibers."

Asbestos Rulings Held Inadequate: Cancer Authority Says Many Workers Face Death
June 13, 1972
"An Authority on Asbestos-caused cancer said today that tens of thousands of workers would die because if inadequate regulations issued by the Government's Occupational Safety and Health Administration."

Shipyard workers of 1940's Told of Cancer Peril
September 30, 1972
"Studies by Dr. Selikoff have shown that 7 percent of asbestos insulation workers succumb to mesothelioma.  Now the doctor said, it appears that even more people that not directly work with asbestos but who were indirectly exposed to asbestos particles may also be in danger of developing the disease."

Warning Before it is Too Late
October 1, 1972
"Dr. Selikoff and others have begun to find cases of mesothelioma among people who worked in shipyards during World War II.  Although they did not work directly with asbestos they presumably inhaled particles of asbestos that were around the yards."

Wider Link to Cancer Found in Asbestos Workers
October 5, 1972
"A team of cancer researchers reported yesterday that asbestos, already implicated as a cause of lung cancer in workers repeatedly exposed to the material, might also have caused a three-fold increase in the incidence of cancer, the stomach, colon and rectum in the same workers."

Cancer Found in Asbestos Workers' Kin
Sept 19, 1974

**Information Available to Building Owners and Managers About Asbestos in Buildings**

"A study by Mount Sinai Medical Center has shown a high incidence of lung abnormalities among the workers' relatives, and four persons who were exposed as children have developed a rare, usually fatal form of cancer called mesothelioma, the only known cause of which is exposure to asbestos."

The Hidden Plague
October 27, 1974
Summary: This is a feature article telling the story of the occupational hazards of asbestos, describing the danger of the exposure of asbestos to workers, as well as the dangers to their families.  The research of Dr. Irving Selikoff is the foundation for this story.

Warning to Workers Seen as a Start of U.S. Effort to Put Focus on Asbestos
May 2, 1978
Summary: This article describes Selikoff's 1961 study of workers in the Paterson NJ plant, 1963 study of insulation workers who handled asbestos products, and his 1971 warning to the U.S. Navy regarding their Shipyard workers.

Ex-Ship Workers Get Cancer Query Number
May 9, 1978
Summary: This article describes the U.S. Defense Department's issuing of announcement to thousand of its workers to call a toll free number to get information on the hazards of contracting cancer from exposure to asbestos.  It describes the announcement being issues in response to recent publicity about high risks of cancer to shipyard workers who handled insulation.

We found additional articles related to other researchers at Mount Sinai's Environmental Research Laboratory as well.  An example is listed below:

State Broadens Asbestos Study; 200 Get Tests
September 19, 1979
"New York State physicians are planning to test about 200 workers from state power plants for lung problems they may have developed after they were exposed to asbestos, the State's Health Department announced yesterday.  Asbestos exposure is a common problem among workers in power plants – both ones working with it and the carpenters and electricians working nearby," said Dr. William Nicholson of Mount Sinai's Department of Environmental Medicine."

**Ban on Fireproofing in New York City Buildings**

As mentioned above, of approximately 5174 articles in The New York Times chronicling asbestos in the news, about 1043 were related specifically to asbestos in buildings.  In the early 1970s New York City banned the use of asbestos spray fireproofing in its buildings.  We found approximately 63 articles related specifically to chronicling the story of the hazards of spray fireproofing in New York City buildings.  Twenty-two of these articles were found between the years 1970 and 1980 and the remaining 41 were found between 1981 and 1995.  Selected examples of New York Times articles about fireproofing are as follows:

**Information Available to Building Owners and Managers About Asbestos in Buildings**

City Acts to Curb Asbestos Spray: Begins Hearings of Cancer Peril in Industrial Use
May 28, 1970
"The city opens hearings yesterday on proposed regulations that would control the spraying of asbestos to insulate and fireproof buildings."

City to Stop Spraying Asbestos; Material Was Linked to Cancer
June 16, 1970
"Mayor Lindsey ordered the spraying of asbestos halted in all public construction projects."

Cities are Acting to Regulate Spraying of Asbestos
June 29, 1971
Cities around the country, often with the help of the asbestos workers unions, are beginning to regulate or ban the spraying of asbestos as the deadly and delayed effects of contact with it are becoming known."

Fireproof Plaster in Buildings Called Continuing Cancer Peril
September 19, 1975
"Three New York researchers reported that the internal fireproofing, acoustical and decorative plaster, which is sprayed on, often erodes with age, releasing asbestos fibers unto the air in concentrations sometimes hundreds of times greater then its normal outdoor "background" occurrence and several times the exposure levels that doctors believe induce cancer in internal organs."

## EPA Begins Taking Actions Regarding Asbestos Exposure

The EPA begins to show concern, and starts regulating in response to negative criticism from the American workforce, unions, and general public, as fears arise and the EPA is criticized for its lack of attention paid to protecting the American people from asbestos related exposure hazard issues.

Selected articles of interest in The New York Times include the following:

E.P.A. Orders Curbs on 3 Hazards in Air
March 31, 1973
"The Government imposed new rules today to down the amount of three hazardous substances – asbestos, beryllium and mercury that American's breath."

Federal Curbs on Asbestos Found 'Grossly Inadequate'
April 18, 1980
"Federal health and safety officials said today that the Government's restrictions on asbestos in the workplace were "grossly inadequate" to protect 1.4 million Americans workers from cancer and other diseases."

Order Issued on Asbestos
June 12, 1980

**Information Available to Building Owners and Managers About Asbestos in Buildings**

"The Consumer Products Safety Commission has announced that 1200 companies must describe how they use asbestos in their items.  This information is to be shared with the EPA as they are considering to write rules covering asbestos."

Study Cites Lack of E.P.A. Action on Asbestos Peril in Schools
February 1, 1984
"An internal report for top officials at the Environmental Protection Agency, citing a failure of schools across the country to protect children and teachers from asbestos contamination, says part of the problem is inaction by the agency itself."

E.P.A. To Transfer Authority Over Asbestos to 2 Agencies
February 1, 1985
"The Environmental Protection Agency will turn over the regulation of asbestos hazards to two other agencies, A. James Barnes, Acting Deputy Administrator of the E.P.A. said today. The transfer of authority means that the environmental agency's proposal to ban several uses of asbestos immediately and eliminate other uses gradually over the next ten years will be shelved, at least for the time being."

E.P.A. Pulls Back on Asbestos Rules
March 9, 1985
"The Environmental Protection Agency pulled back today from a decision announced last month to turn over the regulation of asbestos to two other Federal agencies."

E.P.A. To Announce Rules Barring Asbestos Use
January 23, 1986
"The Environmental Protection Agency on Thursday will announce its long deferred proposed rules for barring all uses of asbestos because of its known cause of cancer, agency officials said."

Federal Rules Cut Asbestos Permissible In Workplace by 90%
June 14, 1986
"The Reagan administration issued new rules today that cut the amount of asbestos permissible in the workplace by 90 percent."

E.P.A. Surveys Asbestos in Buildings
March 1, 1988
"More than 500,000 office buildings, apartment houses, stores and other public and commercial buildings contain potentially dangerous loose asbestos in deteriorating condition, the Environmental Protection Agency reported today."

E.P.A. to Ban Virtually All Asbestos Products by '96
July 7, 1989
"The Environmental Protection Agency today imposed a gradual ban on virtually all products made of asbestos, a widely used mineral that causes lung cancer and other serious diseases."

Selected articles of interest from The Washington Post:

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Florio faults EPA on Asbestos Rules
June 14, 1985
"Rep. James J. Florio (D-N.J.) accused the Environmental Protection Agency yesterday of agreeing secretly with the Office of Management and Budget last year not to issue rules to protect public school employees from asbestos exposure."

U.S. Intensifies Crackdown to Enforce Asbestos Rules
January 17, 1986
"Owners and renovators of two Washington properties were among defendants accused by the Justice Department yesterday in a nationwide crackdown to enforce federal regulations on handling cancer causing asbestos. … Before a building containing asbestos – commonly used between 1930's and the early 1970's for fireproofing and insulation – can be demolished of renovated, the EPA is supposed to be notified. Strict procedures are supposed to be followed in the removal of and asbestos to prevent the microscopic particles from being released into the air."

## Asbestos in Schools

Of the 5,174 articles in The New York Times chronicling asbestos hazards, a large number of articles (853) were found related to asbestos in schools between 1970 through 1995. The following chronology is illustrated in these articles. The asbestos school scare begins in Howell, New Jersey, when damaged asbestos containing ceilings were found first in one school, and then material was found in six more schools. Other school districts, due to scared parents in the surrounding areas began to fear the asbestos hazards in their buildings, and began to pull their children out of the schools in protest of the lack of the hazards being addresses. Much of the early news stories are centered in NY and NJ then spread throughout the United States. It seems that, when the school scare reached a national level, the EPA got involved enacting rules for the identification and removal of asbestos in school buildings. Many questioned why other public buildings were not getting the same scrutiny as schools. When the EPA began to see evidence that the school districts were not following their rules, the EPA began a series of broad ranging inspections, fining districts failing their inspections, as well as fining districts that failed to comply by doing studied of the asbestos in their buildings, followed by notification to parents and employees. Stricter laws began to be written.

AHERA was passed to require schools to survey their buildings for asbestos and prepare plans for dealing with the asbestos found. AHERA was passed as a result of the lack of schools complying with the earlier EPA rules on asbestos in schools.

This story is told in selected New York Times articles listed below.

Ceilings of Asbestos Are Ordered Removed in Six Schools in Howell
January 6, 1977
"Potentially hazardous coatings of insulating material containing asbestos a cancer-causing agent, were ordered removed today from ceilings in six elementary schools, as state officials sought to determine how many other schools and public buildings built after 1950 contain similar coatings."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Trenton Topics: State Tells All Schools to Remove Asbestos Fibers as a Health Step
January 7, 1977
"Governor Byrne and State Education Commissioner Fred G. Burke urged today in a letter to all 607 school districts that all asbestos fibers be removed from the state's 2,500 public schools as a health measure."

Asbestos Search in Tulsa
January 8, 1977
"Principals of the 104 public schools in Tulsa were asked today to determine if asbestos materials were being used in their buildings. The request came after the reports of the New Jersey schools' problem."

Byrne Discounts Asbestos Peril
January 8, 1977
"Governor Byrne and other New Jersey officials said today that while asbestos materials are flaking from the ceilings of schools and other buildings posed a potential health hazard and should be removed, people exposed to the fibers for relatively short periods of time should not be alarmed."

New Jersey Briefs
January 10, 1977
"Six Howell Township schools, which have been close for a week because of fears of asbestos poisoning, will reopen this week. Asbestos has been used as a fireproofing and to improve acoustics in New Jersey Schools, but Howell Township parents became concerned after learning that the material may cause cancer and began boycotting classes earlier this month."

Test Seeks to Ease Asbestos Effects
August 24, 1977
"Workmen dressed in special protective clothing started encasing parts of three New Jersey schools in plastic sheeting today in the first stage of a test program to remove or seal ceilings covered with potentially hazardous asbestos."

Board Will Survey 240 Schools on Asbestos Perils
November 7, 1978
"The New York City Board of Education yesterday began an inspection of 240 schools to determine whether harmful levels of cancer-causing asbestos were present in building materials."

Board Demands Asbestos Test at School in Queens
November 12, 1978
"Community School Board 26 threatened yesterday to close Junior High School 158 in Bayside, Queens, unless the city's Board of Education conducts tests by next Thursday to determine whether there are dangerous amounts of cancer-causing asbestos fibers in the air in the school's cafeteria."

Asbestos Levels in Schools Top Those in Streets: But Harlem test Findings Are

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Called Inconclusive
November 15, 1978
"The level of asbestos found in the air at two Harlem schools is higher than normal levels in the streets, but lower then in areas where asbestos has been linked to cancer and respiratory disease, according to test released yesterday."

CUNY Aides Criticized as Inactive on Asbestos
November 20, 1978
"The New York Public Interest Research Interest Group charged over the weekend that the City University of New York has not done enough to eliminate asbestos sites posing a health hazard from dangerous levels of the material, which has been found to cause cancer."

Expert Advises School Officials to Seal Off Asbestos Fiber Areas
December 6, 1978
"An expert on chemical has told New York City Board of Education officials that they should simple seal off school areas where cancer-causing asbestos fibers have leaked into classrooms and hallways from insulation sections."

Asbestos in Schools Yielding to Attack
March 31, 1979
""It's emotional," said Mr. Smith (in charge of asbestos program for Board of Education), when asked why schools had been given priority over other structures. "We're dealing with love and fear."  He also said that school buildings were subject to greater abuse than many other kinds of buildings and that the chance of asbestos being exposed is greater."

The Region – Penn Yan Schools to Act on Asbestos
March 31, 1980
"All schools in the Penn Yan Central School District will be closed today and tomorrow because of the discovery of "significant amounts" of asbestos particles in the buildings."

Senate Panel Approves Program to Discover Asbestos in Schools
May 2, 1980
"A bill to create a Federal program to detect asbestos in schools was approved yesterday by the Senate Labor and Human Resources Committee."

Asbestos Litigation Pressed
May 15, 1980
"In what is believed to be the first such legal action in the nation, the Cinnaminson School District has filed suit in Superior Court here against two major manufacturers of asbestos used in the district's schools."

Public Awareness of Asbestos Hazard Creating New Jobs
February 10, 1983
This article is mostly about the new jobs the asbestos abatement field is creating, but mentions the EPA ruling on schools. "By June 27, all of the nation's 110,000

**Information Available to Building Owners and Managers About Asbestos in Buildings**

elementary and secondary public schools – public and private- must report the presence of asbestos to parents and employees under a ruling of the Environmental Protection Agency."

Schools in U.S. Lag on Asbestos Peril: E.P.A. Report Cites failure to Inspect and Report Risks
September 25, 1983
"Well over half of all schools in the country have not fully complied with rules requiring them to identify and report any asbestos that may threaten the health of children, according to an internal report prepared in the Environmental Protection Agency."

Fine Levied by E.P.A. for Asbestos in Schools
March 13, 1984
"The Environmental Protection Agency, signaling tougher enforcement of asbestos rules, fined a New Hampshire school district $24,000 today in the first such penalty against a local system."

Getting Tough on Asbestos
March 18, 1984
"Federal Rules requiring schools to report on dangerous asbestos insulation have produced meager results.  So the Environmental Protection Agency last week decided to crack down, starting with a school district in Goffstown, N.H., which was fined $24,000 for noncompliance, and moving on to the Philadelphia school district which was fined $12,000."

Asbestos Findings Close High School
April 4, 1984
"A high school here has been closed for the rest of the academic year after a Federal agency discovered potentially hazardous levels of asbestos in the schools' ceiling tiles, officials said."

35 U.S. School Boards to Sue to Force Manufacturers to Remove Asbestos
May 20, 1984
"With the Environmental Protection Agency stepping up its campaign against asbestos in schools, more then 35 school boards around the nation have filed lawsuits to get asbestos manufacturers to pay for removing the potentially hazardous material from their buildings."

U.S. Asbestos Rule Extended
June 26, 1985
Summary:  The EPA requires public schools in 27 state to observe federal exposure limits in asbestos abatement projects, as specified in OSHA rule to protect workers form breathable asbestos fibers.  The EPA's action was in response to the Service Employees International Union (SEIU), who represent, among others, workers in public schools.

Florio Asserts E.P.A. Gave in on School Asbestos Removal

**Information Available to Building Owners and Managers About Asbestos in Buildings**

April 16, 1985
"Representative James J. Florio charged Sunday that because of pressure from the Office of Management and Budget, the Environmental Protection Agency did not order schools to remove asbestos, a cancer-causing substance.  Mr. Florio said in an interview that his contention was based on court documents he obtained from a suit filed by the Service Employees International Union."

E.P.A. to Give 341 Schools Asbestos Funds
June 7, 1985
"The Environmental Protection Agency announced today that it would give $45 million in grants and loans to 341 schools around the country to help them deal with the asbestos."

E.P.A. Aides Fault Agency's School Asbestos Plan
November 17, 1985
"Internal reports from three officials of the Environmental Protection Agency have faulted the agency's program to remove asbestos from schools in the Middle Atlantic States, New England and Middle West."

New Rules to Cut Asbestos Hazard
April 19, 1986
"The Environmental Protection Agency today issued its final rule for protecting state and local government workers who are engaged in efforts to reduce asbestos hazards."

New Rules Seek to Cut Asbestos in U.S. Schools
April 23, 1987
"The Environmental Protection Agency proposed rules today that would require the inspection of 107,000 school buildings throughout the country for cancer causing asbestos and complete action to protect school children and employees."

Schools and Asbestos: Law Posing Problems
June 18, 1989
"School districts across New Jersey may find it difficult to comply with Federal asbestos-management guidelines because of a shortage of experienced inspectors, management planners and contractors who removes asbestos, school and industry officials say."

Additional articles of interest found in The New York Times include the following:

NOVEMBER REPORT; Sick Schools
November 5, 1989

High Asbestos Exposure Seen in School Custodians
May 6, 1990

1,000 Rooms Sealed in Tests for Asbestos
August 9, 1993

**Information Available to Building Owners and Managers About Asbestos in Buildings**


Checking Schools for Asbestos: 3 Down, Hundreds To Go
August 14, 1991

Asbestos Tests May Postpone School Year
September 1, 1993

Level of Asbestos Exposure Is Safe for Children or Adults
September 15, 1993


The total number of articles found in The Washington Post relating to asbestos in schools is 1,040.

Selected articles relating to the story chronicled above include the following:

Asbestos Hazard Found In Offices
December 10, 1975
"Yale University removed all the ceilings from its 10-story school of art and architecture because the amount of asbestos from them reached levels known to cause cancer.  The University of California at Los Angeles did the same thing in one of its new dormitories because students roughhousing in their rooms shook loose the cancer-causing asbestos fibers."

D.C. Group to Fight Asbestos Hazards
March 16, 1979
"An interagency task force instructed to eliminate and prevent asbestos hazards in the District of Columbia schools and other facilities was formed yesterday by Mayor Marion Barry."
"

EPA Manual to Aid Schools in Spotting Asbestos Hazards
March 17, 1979
The Environmental Protection Agency yesterday announced the publication of a non-technical manual to enable school officials, concerned parents and PTA organizations to identify asbestos hazards in the nation's schools."

Asbestos in Maryland Dorm Stirs Controversy Over Safety
July 12, 1979
"A heated controversy has ensued, involving the student government association (SGA), university administrators and more than 500dormitroy rooms.  Students accuse the administrators of foot – dragging in searching for asbestos in other rooms, SGA members also claim that when school officials came to understand the magnitude of the problem, they concealed their findings from the student body."

EPA Accused of Inaction on Asbestos
March 17, 1982
"A congressional sub committee yesterday accused the EPA of abandoning federal programs established to identify and remove asbestos from schools and other public

**Information Available to Building Owners and Managers About Asbestos in Buildings**

buildings."

EPA To Require Schools to Check for Asbestos Fibers in Buildings
May 25, 1982
"After considerable delay and congressional criticism, the Environmental Protection Agency yesterday announced it will require public and private school officials to check their buildings for lose asbestos fibers."

Survey Finds Asbestos Hazards in Schools
July 1, 1983
"A survey by major labor union that represents 100,000 school employees' reports that people in 10 percent of the nation's schools may be exposed to potential cancer risks from crumbling forms of asbestos."

Most Private D.C. Schools Fail To Look For Asbestos
September 1, 1983
"More then two thirds of the  District's 121 private schools and all of its more than 200 licensed private day care centers have failed to inspect their facilities for cancer-causing asbestos as required under a year old rule of the federal Environmental protection Agency, city officials said."

Asbestos Removal May Be Up To Schools
February 2, 1984
The Environmental Protection Agency may force schools to eliminate cancer-causing asbestos, a top official said yesterday, because local authorities have not acted voluntarily to remove the hazard."

The EPA Will Set Rules on Asbestos
February 23, 1984
"The Environmental Protection Agency agreed yesterday to set formal standards for asbestos in the nation's schools and public buildings, granting "in substantial part" a labor union's petition designed to force schools to remove or seal crumbling asbestos insulation."

EPA May Fine School Boards Over Asbestos
March 3, 1984
"The Environmental Protection Agency may begin filing local school boards that fail to tell parents and employees about schools' asbestos hazards, EPA Administrator William D. Ruckelshaus suggested yesterday."

EPA Fines N.H. Schools for Asbestos Violation
March 14, 1984
'The Environmental Protection Agency, in a strategic show of force against the nation's school systems, has fined a New Hampshire school district $24,000 for allegedly failing to report asbestos in its buildings."

Asbestos Peril in Schools Upsets Union
August 10, 1984 –

**Information Available to Building Owners and Managers About Asbestos in Buildings**

The union that represents most non-teaching workers in the D.C. public schools said yesterday that health risks to custodial, cafeteria, and clerical employees should be given equal consideration in determining which of the city's 162 school buildings with crumbling asbestos will be cleaned up first."

Asbestos Believed Found In 2 Schools
April 20, 1984
"The EPA regulations, which went into effect in May 1982, set a June 1983 deadline for all public and private elementary and secondary school administrators to have inspected their buildings, sampled and analyzed any friable materials for asbestos, notified employees and parents of students of any asbestos detected and prepared records on their findings."

D.C. school Officials Say Asbestos Report No Cause for Alarm
April 21, 1984
"Only 10 of Washington's 179 public schools are known to be free of asbestos – containing insulation according to D.C. school officials, but they said there is no cause for alarm and no imminent danger of contamination to students or employees."

D.C. Finds Asbestos in 162 Schools
August 9, 1984
"The D.C. Public schools system has found crumbling asbestos – a known cancer causing substance – in 162 of its 189 school and administrative buildings and has determined that the problems must be corrected in 27 schools before students and staff can use affected areas."

Asbestos Peril in Schools Upsets Union
August 10, 1984
"The union that represents most non-teaching workers in the D.C. public schools said yesterday that health risks to custodial, cafeteria and clerical employees should be given equal consideration to students in determining which of the city's 162 school buildings with crumbling asbestos will be cleaned up first."

Asbestos Schoolhouse Woes
August 19, 1984
"The Fairfax County school system is re-inspecting all of its buildings for crumbling asbestos – a cancer-causing substance – after the Environmental Protection Agency told the system its earlier inspections did not meet federal requirements."

Senate Overrides Veto
March 22, 1984
"An Environmental Protection Agency official told a House Subcommittee yesterday that EPA has sent notices to 200 school districts, charging that they have not complied with government rules for controlling asbestos in schools and threatening them with penalties unless they conduct inspections for the cancer-causing materials."

Asbestos Believed Found in Two District Schools

**Information Available to Building Owners and Managers About Asbestos in Buildings**

August 20, 1984
"Crumbling insulation believed to contain cancer causing asbestos has been found at two D.C. schools by the Environmental Protection Agency and Superintendent Floretta D. McKenzie said last night that asbestos contamination may be widespread in the city's 187-school system."

Asbestos Sealed Off In Schools
September 5, 1984
"All school and administrative buildings in the D.C. public schools system will open when classes resume tomorrow, although areas of asbestos contamination in 121 buildings have been sealed off so they cannot be entered by students and employees, school officials said yesterday."

EPA Aids Schools' War on Asbestos Hazards
June 7, 1985
'The Environmental Protection Agency said yesterday that it has distributed $45 million among 341 schools to help finance removal and control of cancer causing asbestos particles."

Effort to Remove Asbestos in Schools Said Inadequate
November 17, 1985
"The U.S. Environmental Protection Agency has failed to take steps to ensure that hazardous asbestos is removed from schools in several regions, including the District, Maryland, and Virginia, according to audit reports by the EPA inspector general's office."

Asbestos Found At McKinley High
May 24, 1986
"Workers renovating McKinley High school in Northeast Washington this week ripped up and apparently disturbed old insulation containing high levels of asbestos which is known to cause cancer."

Today in Congress
August 12, 1986
"Environment and public works- 10 a.m. Open. Mark up (AHERA) Asbestos Hazard Emergency Response Act of 1986."

**Asbestos Insurance Exclusion**

In the early 1980s, insurance companies became concerned about potential liability costs if they were to receive a large number of claims from policy holders who dealt with environmental problems, including but not limited to asbestos abatement. Insurance companies began excluding asbestos from contractors' policies. Asbestos abatement contractors found that their liability insurance costs were increasing and, in some cases, liability insurance could not be purchased.  This was also experienced by architects and contractors who worked in the built environment.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Selected articles of interest in The Washington Post include the following:

The Federal Report: From Insurance to Regulation
December 23, 1981

Day Care Insurance Imperiled
July 19, 1985
"Silverman said that the insurance crisis is a result of the huge financial losses that started hitting the insurance industry in 1978.  Last year, insurance companies started raising rates and dropping high risk groups in an effort to recover."

Liability Insurance Skyrockets
August 4, 1985
"Not only have premiums risen anywhere from 50 to 500 percent in some lines of liability insurance in the last year, but the availability of insurance has shrunk dramatically.  A few groups are going without protection, according to insurance executives."

Dilemma for Cities: Pay Rising Insurance Fees of Face Higher Risk
August 5, 1985
"In an insurance market that seems to grow warrier each day, local governments are facing enormous price increases and even policy cancellations at a time when they also find themselves increasingly battling multimillion-dollar liability suits."

Insurance Lapses, So Do Officials
September 13, 1985
"According to a recent survey by the Maryland Municipal League, towns and cities in the state have seen liability insurance rise this year an average of 81 percent for public officials, 180 percent for excess coverage, 48 percent for police and 72 percent for comprehensive general insurance."

Liability Insurance Seeping Away for Managers of Toxic Waste
October 6, 1985
"Companies that cleanup and manage the nation's toxic waste say they have been subjected to a new, and perhaps intolerable, danger: the disappearance of virtually all commercial liability insurance."

Waste Disposal Firms to Set Up an Insurance Pool
June 23, 1986
"The hazardous waste disposal industry disclosed plans yesterday to establish a mutually owned insurance company to provide liability coverage that its members are unable to obtain in the commercial market. It formed, the company would become the latest in a series of mutual insurance firms established as a result of the current liability insurance crisis, which has seen premiums rise dramatically and coverage dry up in many lines."

Dorchester County Gets Pink Slip from Insurer on Liability Coverage

**Information Available to Building Owners and Managers About Asbestos in Buildings**

January 30, 1986
"Dorchester County got the pink slip from the Hartford Insurance Company.  The county's liability insurance has been canceled, throwing Dorchester in with the list of subdivisions nationally that have been priced out of the insurance market or shut off altogether in the last year."

Article of interest in The New York Times include the following:

Asbestos Liability Worries Insurers
April 22, 1980
"Faced with a rising number of lawsuits against manufacturers for asbestos-related diseases, insurance companies are bracing for what may be the most costly liability settlements in the history of their industry."

Insurance Against Pollution is Cut
March 11, 1985
"Costly environmental disasters in recent years are leading the insurance industry to curtail pollution coverage. This leaves thousands of companies with little protection from damage claims and confounds the Government's ability to secure payment for the nation's toxic-waste bill."

**Asbestos and OSHA**

Selected articles of interest from The New York Times include the following:

Workers, Companies Alike Feel Asbestos Effects
September 5, 1982
"Three years ago a working group from OSHA and the National Institute of Occupational Safety and Health (NIOSH) recommended that the permissible asbestos level be lowered to a tenth of a fiber per cubic centimeter.  So far the recommendation has not been put into effect by OSHA, where, officials say, it is still being studied."

U.S. Acts to Speed Curbs On Asbestos: Agency Sets Hearings in Effort to Put Stricter Standards Into Effect By This Fall
April 9, 1983
"OSHA said today it would begin hearings this summer to speed up introduction of stricter standards for asbestos exposure."

Job Safety Agency Planning Checkups on Asbestos Rules
October 5, 1983
"The Occupational Safety and Health Administration has announced that it will conduct 700 inspections in the next year to check on violations of rules on asbestos exposure."

Emergency Ruling Set by Job Agency on Asbestos

**Information Available to Building Owners and Managers About Asbestos in Buildings**

November 3, 1983
"The Labor Department, warning today that 375,000 workers faced "grave danger" from asbestos fibers, reduced by 75 percent the permissible level of exposure in the manufacturing, construction and maritime industries.  An Agency of the department, OSHA, put out an Emergency Temporary Standard  lowering the legal asbestos exposure level over an eight hour day from 2 fibers a cubic centimeter of air to half a fiber."

Court Voids Emergency Asbestos Standard
March 11, 1984
"An intermittent 13-year struggle by the Occupational Safety and Health Administration to sharply reduce the exposure of industrial workers to asbestos, a known cause of lung disease, including cancer has been dealt a setback by a Federal appeals court.  A three judge panel of the United Sates Court of Appeals for the fifth Circuit, in New Orleans, has unanimously overturned an emergency regulation proposed by the agency last November to limit the asbestos content of workplace air to half a fiber per cubic centimeter."

U.S. Proposes Cut In Asbestos Limit
April 10, 1984
"The Reagan Administration today proposed a reduction in the amount of asbestos permitted in the workplaces to one quarter of the current limit.  The Proposal by the Labor Department's Occupational Safety and Health Administration, which is said to be published Tuesday in the Federal Register, would affect 375,000 industrial workers."

E.P.A. To Transfer Authority Over Asbestos to 2 Agencies
February 1, 1985
"The Environmental Protection Agency will turn over the regulation of asbestos hazards to two other agencies, A. James Barnes, acting Administrator of the EPA said today.  The transfer of authority means that the environmental agency's proposal to ban several uses of asbestos immediately and eliminate other uses gradually over ten years will be shelved, at least for the time being. … Accordingly, the agency is sending its data on asbestos to the Labor Department's Occupational Safety and Health Administration and to the Consumer Product Safety Commission for evaluation and regulatory action."

Federal Asbestos Rule Extended
June 26, 1985
Summary:  The EPA requires public schools in 27 state to observe federal exposure limits in asbestos abatement projects, as specified in OSHA rule to protect workers form breathable asbestos fibers.  The EPA's action was in response to the Service Employees International Union (SEIU), who represent, among others, workers in public schools.

Federal Rules Cut Asbestos Permissible In Workplace by 90%
June 14, 1986
"The Reagan Administration issued new rules today that cut the amount of asbestos

**Information Available to Building Owners and Managers About Asbestos in Buildings**

permissible in the workforce by 90 percent."

Selected articles of interest in The Washington Post include the following:

Safety Experts Warn of Cancer Risk in Building
June 15, 1983
"Occupational Safety and Health Experts have told the General Services
Administration that there is a large amount of potentially carcinogenic asbestos
sprayed on exposed ceilings in the Safeway Building."

Asbestos Scare Sends Workers Home
August 23, 1985
"About 400 employees at The U.S. Department of Health and Human Services were
sent home Wednesday after safety specialists discovered that workers in the
agency's north building were being exposed to dangerous asbestos, government
officials said yesterday."

## Trade Unions

Selected articles of interest in The New York Times relating to union activity, notably by the
Service Employees International Union (SEIU), and asbestos include the following:

Unions Planning New Challenge to U.S. Asbestos Regulations
September 20, 1984
"Labor union officials said yesterday that they were planning a new challenge to
Federal asbestos regulations on the ground that the rules failed protect the health of
asbestos workers and their families."

Union Official Says Industry Hinders Cancer Fight
June 26, 1978
"A union official charged yesterday that the refusal of many industrial companies to
disclose the results of their research into the causes of health problems among their
workers was hindering progress toward elimination of cancer hazards in the
American worker's environment."

Asbestos Accord Reached
March 22, 1981
"The state's Department of Human Services and unionized employees at the New
Lisbon State School for the mentally retarded have agreed to a plan under which the
union will begin testing airborne asbestos levels."

Selected articles of interest in the Washington Post include the following:

E.P.A. Reopens Study of Asbestos in Schools
February 23, 1984
"The Environmental Protection Agency announced today that it would reopen the
question of whether it should require school districts to reduce asbestos in their

**Information Available to Building Owners and Managers About Asbestos in Buildings**

buildings.  The agency granted a petition from the Service Employees International Union (SEIU), which asked it to draw up a rule to require countermeasures against asbestos in all public and commercial buildings."

Union Says E.P.A. is Stalling on Asbestos Cleanup
September 12, 1984
"Calling asbestos in schools the worst potential threat to children since polio, the Service Employees International Union (SEIU) sued today to require the Environmental Protection Agency to address the danger."

Federal Asbestos Rule Extended
June 26, 1985
Summary:  The EPA requires public schools in 27 states to observe federal exposure limits in asbestos abatement projects, as specified in OSHA rule to protect workers form breathable asbestos fibers.  The EPA's action was in response to heat by the Service Employees International Union (SEIU), who represent, among others, workers in public schools.


**General Awareness of Asbestos in Buildings**

Selected articles of interest in The New York Times include the following:

Yale Art Volumes Will Be Removed To a Safer Building; Health Hazard Noted Target Date Given
September 10, 1974
"The 53,000 volumes of Yale University's Art and Architecture Library are to be moved to a new site later this week because of the health threat posed by asbestos particles falling from the ceiling."

City Will Check Asbestos at Jobs
March 13, 1984
"About 1,200 work areas used by municipal employees will be checked for asbestos, Mayor Koch, said yesterday."

Asbestos, Asbestos, Who's Got Asbestos?
September 11, 1984
"After a careful survey of potential asbestos dangers in buildings around the nation in which its employees work, the Environmental Protection Agency recently evacuated 40 of its employees from offices in Research Triangle, N.C."

Asbestos in Home: Examining Risks
September 20, 1984
"Federal officials are beginning to investigate – and express concern over – asbestos in the home, as inquiries continue into the presence and hazards of asbestos in schools and other public buildings."

Indoor Pollution: U.S. Notes Health Hazard

**Information Available to Building Owners and Managers About Asbestos in Buildings**

September 29, 1984
"According to Congressional and other Federal workers, as well as professional groups such as the American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE), contaminants in the American office and other workplaces include tobacco smoke, asbestos and glass fibers from insulation, formaldehyde gases from foam and furniture, … etc."

More Control on Asbestos is Sought
October 14, 1984
"The heightened public concern about possible asbestos contamination in the state's public schools has inspired a move in the assemble to require the inspection of homes, workplaces and private buildings for airborne fibers."

The City Will Remove Asbestos at 571 Sites
February 12, 1985
"The city said yesterday that asbestos would be removed from 571 sites owned or leased by the city, but that the cancer-causing substance caused no danger to city workers."

Dealing With a Hazard: Asbestos Guide
July 12, 1987
Given the growing concern-and confusion-over the best way to deal with the presence of asbestos in some 73,000 buildings nationwide, a publication put out by the National Institute of Building Sciences, called "Model Guide Specifications: Asbestos Abatement in Buildings," might offer some assistance."

Asbestos Debate Re-emerges in Dispute Over Building Hazard
June 26, 1990
"Dr. Mossman and Dr. Gee argue that there is a big difference between the relatively high concentrations of chrysotile to which workers are exposed and the low levels that they say pervade nonoccupational settings in buildings. Citing a number of studies, including one made for the E.P.A., they wrote in the Science article that concentrations of airborne asbestos fibers in schools and other public buildings containing asbestos "are comparable to levels in outdoor air."

Selected article of interest in The Washington Post:

U.S. Intensifies Crackdown to Enforce Asbestos Rules
January 17, 1986
"Owners and renovators of two Washington Properties were among defendants accused by the Justice Department yesterday in a nationwide crackdown to enforce federal regulations on handling cancer-causing asbestos."

**Building Owners Sue New York City**

Building owners in the late 1980s sued NY City to have property taxes reduced claiming that their buildings were devalued due to asbestos contained in them. Evidence of this is

**Information Available to Building Owners and Managers About Asbestos in Buildings**

catalogued in the articles from the New York Times listed below:

>Ruling on Asbestos: A Wider Tax Role
>February 17, 1991
>"A RULING in State Supreme Court that sharply cut taxes on a prominent Manhattan office building because it contains asbestos has opened the way for a $24 million tax refund for its owners.  Moreover, the decision on Jan. 18 in Manhattan also raises the prospect of millions of dollars in reductions and refunds to owners of many other commercial buildings with asbestos."

>New York Court Reduces Tax Bill for Office Tower With Asbestos
>June 5, 1992
>"The cost of modernizing an obsolete building filled with asbestos can be used to reduce the owner's tax bills, under a ruling upheld yesterday by New York State's top court."

>Cooling a Securities Firm's Wanderlust
>August 23, 1992
>"Asbestos-removal costs were a key factor in an assessment reduction won by Chase in a court suit.  The court cut the assessment to $85 million from $170 million for the contested period, lowering property taxes to about $3.50 a square foot from almost double that amount, Mr. Marcus said."

>Olympia, Bondholders in 55 Water St. Accord
>September 9, 1992
>"The bondholders also expect to petition New York City for some tax assistance, based on the success that another asbestos-plaqued building, 1 New York Plaza, had getting its property taxes slashed."

## Other Newspapers

In addition to The New York Times and The Washington Post, we researched additional major and smaller regional newspapers as part of our research.  They are:

>The Chicago Sun Times (Chicago, IL)
>The Houston Chronicle (Houston, TX),
>The Dallas Morning News (Dallas, TX)
>The Los Angeles Times (Los Angeles, CA)
>The Oregonian (Portland, OR)
>The Oklahoman (Oklahoma City, OK)
>The Times Picayune (New Orleans, LA)
>The Phoenix New Times (Phoenix, AZ)
>The Valley Morning Star (Harlingen, TX)
>The Arkansas Democrat Gazette (AR).

These newspapers tell the story of asbestos awareness in their own metropolitan areas, yielding many articles of particular interest specific to key topics and time periods important

**Information Available to Building Owners and Managers About Asbestos in Buildings**

in the documentation of asbestos hazard awareness between 1970 to 1995.  Following is a summary of our search results in these publications.

The Los Angeles Times was searched for articles, advertisements, notices, and other items relating to asbestos.  An online search for articles related to asbestos yielded 2,268 documents.  A more narrowed search related to asbestos in buildings yielded 1,175 results.  Similar to the New York Times and the Washington Post, The Los Angeles Times had significant articles related to Selikoff, Mount Sinai, spray fireproofing, asbestos in schools, and the EPA and OSHA regulations.  A representative selection of the types of articles found is listed below with a brief summary describing each.

> Rare Cancer Turning Up Around Shipyard Workers
> 1976, unknown date
> "Dr. Irving Selikoff of the Mount Sinai School of Medicine In New York told a meeting of cancer researchers here Wednesday that the unusual patterns of malignancy appearing among the shipyard workers are added evidence of the potency of asbestos as a carcinogen in the workplace and the environment as a whole."
>
> Schools Ordered to Check for Asbestos in Buildings
> January 4, 1977
> "California's school chief has told districts to review their buildings' asbestos content due to concern over the material's cancer- causing effects, officials said Thursday."
>
> State to Test Air in Buildings for Asbestos
> January 25, 1977
> "State Health Director Jerome Lackner said Monday, the State will begin sampling the air in homes and public buildings in Fresno, Los Angeles and San Francisco area to test for asbestos fibers in room air."
>
> L.A. Schools Told to End Health Hazard
> June 24, 1982
> "The State has given the Los Angeles school district 30 days to produce a program to rid the city schools of the danger of asbestosis, an incurable lung disease."
>
> Firms Must Cut Asbestos Levels
> November 3, 1983
> "The Department of Labor, saying hundreds of American workers might be spared death from cancer and lung diseases caused by asbestos, announced Wednesday that construction, manufacturing and shipbuilding companies must immediately reduce  by three-fourths the maximum amount of asbestos to which their employees are exposed."
>
> Ruckelshaus Says EPA May Fine Schools for Asbestos Violations
> March 3, 1984
> "The EPA may begin fining local school boards that fail to disclose asbestos hazards to parents and employees, EPA Administrator William D. Ruckelshaus suggested Friday."

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Cuts in Permissible Asbestos Levels Seen
April 2, 1984
"In a new move to combat health hazards caused by asbestos, the OSHA will soon propose a sharp reduction in permissible levels of asbestos fibers in workplaces, union officials said Sunday."

The Dallas Morning News was also searched for articles, advertisements and other asbestos related documents.  In the case of The Dallas Morning News an online search for articles specific to asbestos yielded 294 articles between the years 1970 through 1977.  Of these, 57 articles were specific to building related asbestos issues, and 25 were related to asbestos in schools regulations.  Following is a sample of the articles of interest located in The Dallas Morning News:

Insulation Workers: Cigarettes, Asbestos Seen in Cancer Cases
May 27. 1970
"A study of insulation workers who handle asbestos materials shows those among them who smoke cigarettes run a risk of developing lung cancer 82 times as great as those who do not smoke.  This was reported by Dr. Irving Selikoff of the Mount Sinai School of Medicine at the International Cancer Congress."

Lindsay orders Halt in Asbestos Spraying
June 17, 1970
"Mayor John V. Lindsay has ordered a halt in the spraying of asbestos, suspected as a cause of cancer, at all city construction sites.  "There is an extraordinarily high correlation between the amount of asbestos inhaled and the contraction of cancer," said John Leo, spokesman for the city's Environmental Protection Administration."

Scientists Cites Asbestos Danger
August 8, 1971
"Asbestos, believed to cause cancer and other diseases, is swirling through the air in U.S. cities in growing concentrations, a medical researcher told a Senate panel Thursday. … Fireproofing high rise buildings with a fibrous spray mixture containing 212 to 30 percent asbestos gives "rise to extensive dissemination of asbestos into the business and residential community surrounding a construction site."

New Rules Imposed Against Three Gases
April 4, 1973
"The government has imposed new rules to cut down the amount of three hazardous substances – asbestos, beryllium, and mercury – that Americans breathe.  The rules from the Environmental Protection Agency (EPA) require that no asbestos mills give off visible emissions, unless an air cleaning device is used."

The Arkansas Democrat Gazette yielded similar results to the newspapers already mentioned.  It yielded 618 articles specific to asbestos between the years 1984 to 1995, of which 288 referred directly to asbestos in buildings.  A large number of these articles (223) referred directly to asbestos hazards in schools. Also, similar to the other newspapers researched, articles were found in regard to the Selikoff / Mount Sinai studies, insulation workers, spray fireproofing, asbestos in schools, government rulings, and asbestos

**Information Available to Building Owners and Managers About Asbestos in Buildings**

exposure hazards.  A selection of these articles are listed as follows.

State Court to Hear Case on Transfers
March 23, 1985
"Attorneys in a lawsuit stemming from the 1980 discovery of asbestos in the ceilings
of Walnut Ridge school buildings agreed Friday at the request of Federal Judge
George Howard, to have the case heard in state court instead of federal court. …
Jim Lyons of Jonesboro represents two families wanting to transfer their children
from the Walnut Ridge District to the Hoxie School District."

No Headline
May 15, 1985.
The three school districts in Pulaski County share some common problems, such as
asbestos contamination and leaking roofs, the Facilities Committee of the interim
school board that is overseeing plans for consolidation was told Thursday."

Arkansas Schools to Receive EPA Funds
June 5 1985
"An EPA survey last year estimated that about 35 percent of the nation's schools
contained asbestos in breathable form, and about 90 percent of them were started or
were starting abatement projects."

No Headline
March 15, 1986
"United States Representative Beryl Anthony of El Dorado opened a hearing
Thursday in Washington on the issue of affordability and availability of liability
insurance."

EPA inspects Hospital Area for Asbestos
August 13, 1986
"Piatek and other hospital officials decided to ask the EPA to inspect the hospital
because the section of the building that had been renovated was built in the early
1960's when asbestos was routinely used as an insulating material."

[No Headline]
February 21, 1988
"Every school district in the county must develop a plan on asbestos-containing
materials, but as of last week, no Arkansas school district had submitted such a
plan."

The Chicago Sun Times was also reviewed and yielded a total of 742 articles relating to
asbestos between 1986 and 1995.  This publication also described the stories of Selikoff,
insulation workers, spray fireproofing, EPA regulations, asbestos in schools and asbestos
exposure hazards.  A representative sample of articles found in The Chicago Sun Times is
listed below.

Asbestos Peril reported in Ida B. Wells Homes

**Information Available to Building Owners and Managers About Asbestos in Buildings**

March 29, 1986
"Dangerous exposed asbestos pipe insulation has been found in Ida B. Wells public housing and may exist in many other Chicago Housing Authority projects as well, according to a Chicago Reporter investigation."

Schools Face Impossible Deadlines on Asbestos
February 16, 1988
"Worried education officials say hundreds of cash-strapped Illinois schools could incur stiff federal penalties for failing to meet impossible deadlines for costly asbestos inspection and cleanup work."

$3.3 million OK'd for School Asbestos Work
May 7, 1992
"Some $3.3 million has been approved for asbestos abatement projects in Chicago area public and private schools, the state Public Health Department announced Wednesday.  The funding is part of $11.9 million in grants and loans awarded Illinois schools by the U.S. Environmental Protection Agency under a $54.5 million program nationwide to reduce school health hazards from the widely used insulating material."

Arie Crown asbestos Ignored: Found 2 Years Ago, But Removal Put Off
September 14, 1989
"Dangerous asbestos was found in Arie Crown Theater two years ago, but McCormick Place officials have done nothing to remove it - or check whether it contaminated nearby exhibit halls.  Uneasy maintenance workers three weeks ago confirmed fears that asbestos was more widespread by arranging for their own tests, which found the cancer-causing fiber around the theater."

Another newspaper we researched was The Houston Chronicle.  The Houston Chronicle turned up 897 asbestos related articles between the years 1985 to 1995, 300 of which were specific to asbestos hazards in buildings.  Another 227 of the 897 articles were specific to asbestos in schools.  A significant number of articles about worker exposure hazards, Selikoff's research at Mount Sinai, spray fireproofing, and stories referring to the exposure of early insulation workers was also chronicled in this daily newspaper.  A sample of articles that were found is as follows:

6 of 9 Potential Asbestos Hazards at McReynolds Are Cleaned Up
January 6, 1985
"Six of the nine potential asbestos hazards discovered last month at McReynolds Middle School by the Texas Department of Health were either removed or encapsulated over the holidays, a school district official said Saturday."

EPA Accuses 2 Districts of Violations
April 17, 1985
"The Environmental Protection Agency says two Houston-area school districts violated asbestos regulations and should pay fines."

Violations Charged In Asbestos Removal

**Information Available to Building Owners and Managers About Asbestos in Buildings**

August 2, 1985
"A Beaumont contractor removing cancer-causing asbestos from six Houston schools has been warned about repeated safety violations by the Houston Independent School District."

New Curbs Anticipated On Asbestos Exposure
June 13, 1986
"The Occupational Safety and Health Administration is ordering a tenfold reduction in the amount of asbestos that 2 million workers can be exposed to on the job, according to government sources."

Asbestos Threat/Cleanup of Schools EPA Priority; Agency Cautions ''Don't Panic'
March 1, 1988
"Even though more that one out of ten public and commercial buildings in the United States contains damaged asbestos that could cause cancer, the Environmental Protection Agency has declined to order a nationwide cleanup program."

Asbestos Removal Plan of HISD Called Risky
January 12, 1990
"A union official is asking the Houston Independent School District to stop renovating schools until it adopts a fail-safe system for identifying asbestos."

Other newspapers researched representing geographical regions across the United States included the following:
-   Oklahoma City's Oklahoman
-   Harlingen Texas's Valley Morning Star
-   Phoenix Arizona's Phoenix New Times
-   Portland Oregon's Oregonian and
-   New Orleans' Times Picayune.

These publications yielded similar results to the newspaper recapped above.  These documents are represented in our asbestos related document collection.

## E02.  General and Business Magazines

### E02(a)  Time Magazine

Between the years 1970 and 1995 Time Magazine printed 26 articles that referred to asbestos.  In 1971 the magazine noted that "Asbestos workers are known to develop cancer from breathing in asbestos particles (July 1971: Dynamite Heart)."  In 1972 the publication referred to, …inhalation of cancer-inducing asbestos particles…(May 1972: Struggling for Safety).  In the same year it was written that "Federal laws should control not only dangerous tools and machines but also cancer inducing chemical fumes" (July 1972: Americans Can).  By 1974 an article entitled Death from Dust about the closing of an asbestos insulation plant recognized that…While producing insulation for the boilers and

**Information Available to Building Owners and Managers About Asbestos in Buildings**

pipes of naval ships, workers in the plant were exposed to enormous quantities of asbestos dust which once inhaled, never leaves the lungs." (January 1974: Death from Dust).  An article entitled, Viruses and Cancer (1974) noted, "Cancers can also be caused by such chemicals as asbestos (April 1974: Viruses and Cancer)."  The Reserve Mining case was called, "The Classic Case" by Time writers who said the key issue was a public health one and that asbestos fibers had been discovered in drinking water drawn from Lake Superior. Taconite tailings were also revealed as a source of asbestos (May 1974: The Classic Case). Two book reviews in 1974, Expendable Americans by Paul Brodeur and Muscle and Blood by Rachel Scott were reviewed.  Scott's book was about health and safety hazards and contained sections about asbestos.  Both books informed the reading public about asbestos hazards.  An article titled The New Muckrakers: The Disease of the Century (1975) stated, "Though cigarette smoking is responsible for at least 80% of all lung cancers, asbestos fibers is also taking an increasing toll.  It has long been known that workers exposed to high levels of airborne asbestos fibers developed more lung malignancies that people in other occupations" (October 1975: The Disease of the Century).  In 1976 an article entitled Risks of Cancer noted that evidence indicates incidence of certain cancers i.e. lung, liver and bladder is higher for workers in "dirty" industries such as chemicals, mining and asbestos processing (February 1976: Risks of Cancer).  A 1976 article about TSCA noted that thousands of Americans were already suffering from consequences of excessive exposure to such chemicals as asbestos (October 1976: An Act in Time).  A 1977 article mentions cancer caused by environmental factors, i.e. cancer caused by asbestos (June 1977: A Prescription for World Survival).  More was written about Reserve Mining in 1980 (March 1980: Tailings' End).  In 1982 an article discussed Johns Manville limiting its liability in thousands of lawsuits that charged health damage from asbestos produced by the company.  It was noted that…"over the past fifteen years asbestos has been increasingly recognized as an occupational health hazard of alarming proportions (September 1982: Manville's Bold Maneuver).  In 1985 the issue of who shall bear the cost of asbestos related lawsuits said 25,000 had been filed against 30 companies (March 1985: Megacourtroom). In 1986 EPA proposed a program to phase out the use of asbestos within ten years (February 1986: American Notes Health).  Another article noted cancellation of insurance policies of companies specializing in asbestos removal from buildings and pointed out the great increase in insurance (March 1986: Sorry, Your Policy Is Cancelled).  In 1988 a Time story titled, Business Notes Silent Alarms For Asbestos said, "EPA finding an estimated 20 % of 3.6 million public and commercial buildings in U.S. contain asbestos" (March 1988: Business Notes: Hazards).  Humbled But Raring to Go in 1988 said, "Out of bankruptcy Manville pays to dues to asbestos victims" (November 1988: Humbled But Raring To Go). In 1989 the magazine wrote of the "frantic" campaign to remove asbestos and that it could cost $100 billion dollars (February 1989: "Monster in the Closet").  The emphasis in the 1980's had changed from workers to the public and removal of the hazardous material, asbestos, from buildings and the ensuing cost (September 1989: Business Notes: Hazardous Materials).  Time magazine noted a study published in Science which said the crisis was exaggerated and that low levels of exposure did not threaten human health and that dangers in most buildings were minimal (January 1990: An Overblown Asbestos Scare?).  In the 1990s four additional stories referred again to workers and compensation to them for asbestos disease:  A Big Win For Asbestos Workers (July 1992); Et cetera: Asbestos Blues (August 1992); and OSHA Cracks Down on Asbestos (August 1994), once again refer to asbestos workers.  In 1994 an article entitled Keeping Cool About Risk said, "Even some environmentalists concur that decisions to rip asbestos out of school buildings

**Information Available to Building Owners and Managers About Asbestos in Buildings**

was probable ill considered" (September 1994: Keeping Cool About Risk).

## E02(b)  The New Yorker Magazine

In 1968, Paul Brodeur, as a reporter at large for The New Yorker, wrote an article entitled "The Magic Mineral" about asbestos issues.

- Brodeur, P. The Magic Mineral.  The New Yorker.  October 12, 1968.

In 1973, as a staff writer for The New Yorker, Brodeur wrote a five-part series of articles on asbestos problems in industry that appeared in The New Yorker.  These articles were entitled "Annals of Industry: Casualties of the Workplace."

- Brodeur, P. Annals of Industry: Casualties of the Workplace. Part 1.  The New Yorker.  October 29, 1973.
- Brodeur, P. Annals of Industry: Casualties of the Workplace. Part 2.  The New Yorker.  November 5, 1973.
- Brodeur, P. Annals of Industry: Casualties of the Workplace. Part 3.  The New Yorker.  November 12, 1973.
- Brodeur, P. Annals of Industry: Casualties of the Workplace. Part 4.  The New Yorker.  November 19, 1973.
- Brodeur, P. Annals of Industry: Casualties of the Workplace. Part 5.  The New Yorker.  November 26, 1973.

In 1985, Brodeur, as a staff writer for The New Yorker, wrote a four-part series of articles on the asbestos industry that appeared in The New Yorker.  These articles entitled "The Asbestos Industry on Trial." Brodeur, P. The Asbestos Industry on Trial. Part 1.  The New Yorker.  June 10, 1985.

- Brodeur, P. The Asbestos Industry on Trial. Part 1.  The New Yorker.  June 10, 1985.
- Brodeur, P. The Asbestos Industry on Trial. Part 2.  The New Yorker.  June 17, 1985.
- Brodeur, P. The Asbestos Industry on Trial. Part 3.  The New Yorker.  June 24, 1985.
- Brodeur, P. The Asbestos Industry on Trial. Part 4.  The New Yorker.  July 1, 1985.

Brodeur later updated this four-part series of articles in his book entitled Outrageous Misconduct in 1985.

- Brodeur, P.  Outrageous Misconduct: The Asbestos Industry on Trial.  (1985).

## E03.  Books

We reviewed numerous books written on topics relating to asbestos in general and specifically to asbestos in buildings during the 1970-1995 time period.  Selected books published during the 1970-1995 time period include the following.

- Brodeur, P. (1985)  Outrageous Misconduct: The Asbestos Industry on Trial.
- Health Effects Institute - Asbestos Research. (1991).  Asbestos in Public and Commercial Buildings: A Literature Review and Synthesis of Current Knowledge.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

We also referred to numerous other books during the course of our research that were written more recently than 1995, but which contained historical information and references for us to investigate, including the following:

- Corn, J. (2000).  <u>Environmental Public Health Policy for Asbestos in Schools: Unintended Consequences</u>.  Lewis Publishers: Boca Raton, FL.
- Tweedle, G. (2000).  <u>Magic Mineral To Killer Dust</u>.  Oxford University Press: New York.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

## F.  Other Publications

Overview:  Professional trade organizations provided information that increased the awareness of asbestos in a number of ways.  These organizations addressed various issues relating to asbestos in general as well as asbestos in buildings.  They also collected and made literature relating to asbestos available to its membership.  The National Asbestos Council a non-profit organization, provided literature, education and training resources regarding asbestos in buildings.  Unions were extremely aware of the issues of asbestos in buildings.  Notable in this area was the SEIU, who sued EPA for failure to act effectively on asbestos regulation enforcement issues.

## F01.  Professional Trade Organization Documentation

### F01(a).  The American Institute of Architects (AIA)
The American Institute of Architects' Archives identifies as library holdings 20 books and other publications published in the 1970s and 1980s that are related to asbestos.

### F01(b).  American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE)
ASHRAE Transactions contains the following article that addresses, among other items, asbestos abatement:
- Baker, RF.  Campus Internal Environmental Considerations for Health Care and Biomedical Research Facilities. (1992).  ASHRAE Transactions 1992, Vol.98, Part 1, Paper No. AN-92-12-4, 1062-1064.

The following ASHRAE report describes a review of published literature on indoor air quality issues related to construction and renovation activities, and addresses asbestos mitigation techniques as part of the report:
- Kuehn, TH.  Identification of Contaminants, Exposures, Effects and Control Options for [Construction]/Renovation Activities, Phase 1.  Report RP-804.  Work conducted April 1994 – September 1995.

### F01(c).  American Society for Testing and Materials (ASTM)
ASTM published standards relating to asbestos.  An example of an ASTM standard relating to asbestos is the following:
- ASTM E 1494-92, Standard Practice for Encapsulants for Spray-or-Trowel-Applied Friable Asbestos-Containing Building Materials.  Approved September 15, 1992.  Published December 1992.  This practice is under the jurisdiction of ASTM Committee E-6 on Performance of Building Construction.  This standard, as with other ASTM standards, is published and widely distributed.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

**F01(d).  The OSHA Asbestos Advisor**
OSHA developed computer software, known as The Asbestos Advisor, as an OSHA compliance assistance tool.  This document lists a number of letters and magazine articles in the 1995-1996 time period describing the use of this new software.  These documents generally state that the software was widely distributed throughout many trade organizations (BOMA, NMHC, NAA, ECON), government agencies (Department of the Navy), and companies (Goodyear).

**F02.  Environmental Information Association (formerly the National Asbestos Council)**

NOTE:  This group should not be confused with the National Advisory Council of the Building Owners and Managers Association (BOMA) which enjoyed the same acronym (NAC).  The National Asbestos Council ultimately changed its name to the Environmental Information Association, but was originally known as NAC, then later as EIA/NAC, then as EIA.  In order to avoid confusion in this report, the National Asbestos Council will be referred to as "EIA/NAC, while "the National Advisory Council of the Building Owners and Managers Association will be referred to as "BOMA/NAC."

The Environmental Information Association (EIA) describes itself as follows:

- "In the early 1980's the awareness of asbestos and asbestos related issues created a demand for knowledge unparallel to this day.
  - 'In response to this need, a group emerged as a steering committee to form a new organization. This organization adopted the name, NATIONAL ASBESTOS COUNCIL. The following outlines the purpose and objectives of the Council.
  - PURPOSE: To collect, generate, and disseminate information to building owners, interested professionals, and the public concerning asbestos in buildings.
  - OBJECTIVES:  To gather and maintain information regarding asbestos-related projects; to serve as an educational resource on asbestos related projects; to promote the highest standards of professionalism among its members.'

- "…This message was sent to prospective NAC members in the first National Asbestos Council Newsletter in the Spring of 1983. In that very first newsletter, NAC disseminated technical information relating to asbestos from technical experts of that time and today.

- "To this day the tradition continues under its new name, The Environmental Information Association. Although asbestos is still a very important issue, the focus of EIA has expanded beyond asbestos and into other demanding areas of

**Information Available to Building Owners and Managers About Asbestos in Buildings**

environmental health and safety.  Information disseminated by EIA has been a valuable asset to professionals dealing with these issues around to world."

EIA, a non-profit organization founded in 1983, was one of the first organizations to focus on indoor and environmental health and safety issues.  In 1984, EIA was contracted by EPA to create the first Asbestos Worker training manual.  From that point on, EIA has worked with private companies, universities, and governmental agencies to create training programs, manuals, and guidance documents for asbestos, lead paint, mold, and other environmental, health, and safety concerns.

The EIA archives includes articles that were made available to the public and, as such, would have increased the awareness of asbestos its readers.  Numerous journals were published by the National Asbestos Council/Environmental Information Association, as shown in the following list of documents.

- NAC Newsletter.  Spring 1983-Vol-1-No-1
- NAC Newsletter.  Summer 1983-Vol-1-No-2
- NAC Newsletter.  Fall 1983-Vol-1-No-3
- NAC Newsletter.  Winter 1983-Vol-1-No-4
- NAC Newsletter.  Spring 1984-Vol-2-No-1
- NAC Newsletter.  Summer 1984-Vol-2-No-2
- NAC Newsletter.  Winter 1985-Vol-2-No-4
- NAC Newsletter.  Journal Spring 1985
- NAC Journal.  Summer 1985-Vol-2-No-2
- NAC Journal.  Fall 1985-Vol-3-No-4
- NAC Journal.  Winter 1986-Vol-4-No-1
- NAC Journal.  Spring 1986-Vol-4-No-2
- NAC Journal.  Summer 1986-Vol-4-No-3
- NAC Journal.  Fall 1986-Vol-4-No-4
- NAC Journal.  Winter 1987-Vol-5-No-1
- NAC Journal.  Spring 1987-Vol-5-No-2
- NAC Journal.  Summer 1987-Vol-5-No-3
- NAC Journal.  Fall-Winter 1987-Vol-5-No-4
- NAC Journal.  Spring 1988-Vol-6-No-1
- NAC Journal.  Summer 1988-Vol-6-No-2
- NAC Journal.  Fall 1988-Vol-6-No-3
- NAC Journal.  Winter 1988-89-Vol-6-No-4
- NAC Journal.  Spring 1989-Vol-7-No-1
- NAC Journal.  Summer 1989-Vol-7-No-2
- NAC Journal.  Fall 1989-Vol-7-No-3
- NAC Journal.  Winter 1989-90-Vol-7-No-4
- NAC Council Currents.  May-Jun 1988-Vol-1-No-1
- NAC Council Currents.  Jul-Aug 1988-Vol-1-No-2
- NAC Council Currents.  Sep-Oct 1988-Vol-1-No-3
- NAC Council Currents.  Nov-Dec 1988-Vol-1-No-4
- NAC Council Currents.  Jan-Feb 1989-Vol-2-No-1
- NAC Council Currents.  Mar-Apr 1989-Vol-2-No-2

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- NAC Council Currents.  May-Jun 1989-Vol-2-No-3
- NAC Council Currents.  Jul-Aug 1989-Vol-2-No-4
- NAC Council Currents.  Sep-Oct 1989-Vol-2-No-5
- NAC Council Currents.  Nov-Dec 1989-Vol-2-No-6
- NAC Resource Bulletin.  Winter 1988-89-No-2
- NAC Asbestos Handbook
- Guide to Asbestos.  Summer 1990
- NAC Council Currents.  Jan-Feb 1990-Vol-3-No-1
- NAC Council Currents.  Mar-Apr 1990-Vol-3-No-2
- NAC Council Currents.  May-June 1990-Vol-3-No-3
- NAC Council Currents.  July-Aug 1990-Vol-3-No-4
- NAC Council Currents.  Sept-Oct 1990-Vol-3-No-5
- NAC Council Currents.  Nov-Dec 1990-Vol-3-No-6
- NAC Council Currents.  Jan-Feb 1991-Vol-4-No-1
- NAC Council Currents.  Mar-Apr 1991-Vol-4-No-2
- NAC Council Currents.  May-June 1991-Vol-4-No-3
- NAC Council Currents.  July-Aug 1991-Vol-4-No-4
- NAC Council Currents.  Sept-Oct 1991-Vol-4-No-5
- NAC Journal.  Spring 1990-Vol-8-No-1
- NAC Journal.  Summer 1990-Vol-8-No-2
- NAC Journal.  Fall 1990-Vol-8-No-3
- NAC Journal.  Winter 1990-91-Vol-8-No-4
- NAC Journal.  Spring 1991-Vol-9-No-1
- NAC Journal.  Summer 1991-Vol-9-No-2
- NAC/EIA Environmental Choices in buildings and facilities today.  Nov-Dec 1991-Vol-1-No-1
- NAC/EIA Environmental Choices in buildings and facilities today.  Jan-Feb 1992-Vol-1-No-2
- NAC/EIA Environmental Choices in buildings and facilities today.  Mar-Apr 1992-Vol-1-No-3
- NAC/EIA Environmental Choices in buildings and facilities today.  May-June 1992-Vol-1-No-4
- NAC/EIA Environmental Choices in buildings and facilities today.  July-Aug 1992-Vol-1-No-5
- NAC/EIA Environmental Choices in buildings and facilities today.  Sept-Oct 1992-Vol-1-No-
- NAC/EIA Environmental Choices in buildings and facilities today.  Dec-Jan 1992-93-Vol-2-No-1
- NAC/EIA Environmental Choices in buildings and facilities today.  May-June-1993-Vol-2-No-3
- NAC/EIA Environmental Choices in buildings and facilities today.  July-Aug 1993-Vol-2-No-4
- NAC/EIA Environmental Choices in buildings and facilities today.  Sept-Oct 1993-Vol-2-No-5
- NAC/EIA Environmental Choices in buildings and facilities today.  Dec-Jan 1993-94-Vol-2-No-6

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- NAC/EIA Environmental Choices in buildings and facilities today. Fall 1993-Vol-2-No-1
- NAC/EIA Environmental Choices in buildings and facilities today. Feb-Mar 1994-Vol-3-No-1
- NAC/EIA Environmental Choices in buildings and facilities today. Apr-May 1994-Vol-3-No-2
- NAC/EIA Environmental Choices in buildings and facilities today. Summer 1994-Vol-3-No-3
- NAC/EIA Environmental Choices in buildings and facilities today. Fall 1994-Vol-3-No-5
- NAC/EIA Environmental Choices in buildings and facilities today. Winter 1995-Vol-4-No-1
- NAC/EIA Environmental Choices in buildings and facilities today. Spring 1995-Vol-4-No-2
- NAC/EIA Environmental Choices in buildings and facilities today. Summer 1995-Vol-4-No-3
- NAC/EIA Environmental Choices in buildings and facilities today. Technical Support. July-Aug 1992-Vol-1-No-1
- NAC/EIA Environmental Choices in buildings and facilities today. Technical Support. Mar-Apr 1993-Vol-1-No-2
- EIA Technical Journal. Summer 1994-Vol-2-No-2
- EIA Technical Journal. Winter 1995-Vol-3-No-1
- EIA Technical Journal. 1995-Vol-3-No-2

## F03.  Union Newsletters/Publications

## F03(a).  Union Publications

Unions and worker interest groups kept their membership aware of asbestos-related issues through publications, such as newsletters and bulletins. Following are examples of union publications that addressed asbestos work hazards and/or asbestos in buildings:

- American Federation of State, County and Municipal Employees (AFSCME).

  - Resolutions passed by the organization re: Occupational Safety and Health at its international convention in 1980.
    - AFSCME. (1980) Occupational Safety and Health Act, Resolution No. 30 & 126, 24th International Convention, June 9-13, 1980, Anaheim, CA.
  - Resolutions and Amendments at 26th International Convention in 1984. Includes a resolution about asbestos in schools and other public buildings. For example, "AFSCME locals and councils work to pass state legislation requiring safe abatement of asbestos hazards by certified companies and the funding of such abatement" AFSCME urges Congress to allocate funding for safe abatement of asbestos. Mandatory safe-work practices must be

**Information Available to Building Owners and Managers About Asbestos in Buildings**

implemented during all renovation, removal or encapsulation work.  Provision of health and safety training to workers who may be exposed.  AFSCME urges Congress and State Legislatures to enact laws that compensate workers for occupational disease from exposure to asbestos and that AFSCME councils and locals educate their members and the public about the hazards of asbestos in public buildings.

- AFSCME.  (1984)  Resolutions and Amendments, 26th International Convention, June 18-22, San Francisco, CA.
- o In 1984 AFSCME passed other resolutions about Asbestos in Schools and Other Public Buildings.
  - AFSCME.  (1984)  Asbestos in Schools and Other Public Buildings, Resolution No. 59 & 186, 26th International Convention, June 18-22, San Francisco, CA.
- o In the same year, at the International Convention, the organization passed Occupational Safety and Health resolutions seeking strong health and safety committees and education of members on health and safety hazards.
  - AFSCME.  (1984)  Occupational Safety and Health Act, Resolution No. 80 & 185, 26th International Convention, June 18-22, San Francisco, CA.
- o At conventions in 1986, 1988, 1990, 1993, 1994 and 1996 AFSCME passed resolutions.  For example, Asbestos in the Workplace (1986); all buildings where AFSCME members work be inspected by EPA for presence and condition of asbestos-containing materials, information provide to the union, asbestos be maintained and that AFSCME support legislation that addresses asbestos hazard in schools.  At the 1990 Convention AFSCME resolved accredited persons inspect buildings for asbestos and develop plans to remove or manage asbestos and provide information to the union; that damaged asbestos be removed and or the hazard be otherwise abated by qualified personnel and undamaged asbestos be monitored until it is removed, and building service workers receive training.
  - AFSCME.  (1986)  Occupational Safety and Health Act, Resolution No. 198, 131 & 163, 27th International Convention, June 23-27, 1986, Chicago, IL.
  - AFSCME.  (1988)  Resolutions and Amendments, 28th International Convention, June 20-24, 1988, Los Angeles, CA.
  - AFSCME.  (1988)  Asbestos in the Workplace, 28th International Convention, June 20-24, 1988, Los Angeles, CA.
  - AFSCME.  (1990)  Resolutions and Amendments, 29th International Convention, June 25-29, Miami, FL.
  - AFSCME.  (1990)  Asbestos, 29th International Convention, June 25-29, Miami, FL.
- o Chapter Two of Jobs Now (1990), entitled, "Hazards on the Job" points out the asbestos hazard as one of many hazards.
  - AFSCME.  (circa 1990)  JOBS NOW, Chapter 2: Hazards on the Job.
- o Resolutions made at AFSCME Conventions in 1992, 1994 and 1996 include: In 1992 Council and locals continue to educate members on health and safety issues and commit adequate staff to support health and safety, establish strong health and safety committees, urge OSHA and EPA to issue

**Information Available to Building Owners and Managers About Asbestos in Buildings**

regulations covering indoor air pollution, asbestos in public and commercial buildings.  Similar resolutions were passed in 1994 and in 1996.  AFSCME resolved that since need for strong environmental laws continues to exist the Federal government should remain committed to protecting and strengthening such laws.

- AFSCME.  (1992)  Occupational Safety and Health Act, Resolution No. 41, 1 & 103, 30th International Convention, June 15-19, 1992, Las Vegas, NV.
- AFSCME.  (1994)  Occupational Safety and Health Act, Resolution No. 123 & 114, 31st International Convention, June 27-July 1, 1994, San Diego, CA.
- AFSCME.  (1996)  Protecting the environment and the jobs of AFSCME's environmental workers, Resolution No. 35, 32nd International Convention, June 17-21, 1996, Chicago, IL.
- AFSCME.  (1996)  Protecting workplace health and safety, Resolution No. 56, 39 & 113, 32nd International Convention, June 17-21, 1996, Chicago, IL.

- Baltimore Building and Construction Trades (BBCTC)

  o Developed a booklet for their members in 1984 titled "Workers Take Action, Fighting Asbestos In the Building Trades"; it included a section on asbestos caused disease including asbestosis, lung cancer, mesothelioma and digestive tract cancer, rules to reduce the risk of cancer, rules for removal of asbestos and information about regulation of removal and how to protect workers during removal.  The booklet stated that "suspect asbestos is present whenever demolition, renovation or construction work produces dust, and a list of building materials that contain asbestos."
    - Baltimore Building and Construction Trades Council, AFL-CIO. (1984) Workers Take Action: Fighting Asbestos in the Building Trades .

- Communication Workers of America (CWA)
  o Fact sheet "Asbestos in the Workplace" included health effects and control of the hazard such as engineering controls, workplace practices, medical surveillance and personal protective equipment.
    - Communication Workers of America.  (1979)  CWA Occupational Safety and Health Fact Sheet #1: Asbestos & The Workplace.

- Service Employees International Union (SEIU)
  o An article from the Washington Post (April 16, 1985) notes that SEIU, who filed suit against the EPA to face adoption of asbestos cleanup standards, obtained notes taken at a November meeting.  A labor union's petition seeking standards, indicate that the EPA deputy administrator argued against the petition (39).  Government Affairs Quarterly Update contained paragraphs on AHERA, Indoor Air Quality Legislation, Asbestos legislation, EPA

**Information Available to Building Owners and Managers About Asbestos in Buildings**

Asbestos Study and Asbestos Litigation and EPA/Health Effects Institute Study.
  ▪ The Washington Post.  (1985)  Asbestos-Rule "Sabotage" Alleged: EPA Declined Cleanup Standards in Fear of OMB, Notes Say.

- National Education Association (NEA)
  o At the 123rd annual convention delegates "launched a campaign to have local NEA affiliates seek out school buildings that do not comply with federal standards on levels of cancer-causing asbestos."
    ▪ The Washington Post.  (1985)  NEA Votes to Back Firing Incompetents: Teachers' Union Changes Longtime Stance.

- The Art Hazard Newsletter

The Art Hazard Newsletter, published by the Center to Protect Workers Rights, an AFL-CIO affiliated organization, addressed those in occupational health clinics, arts medicine clinics, voluntary on-site state consultation programs, regional poison control centers and thousands of arts organizations throughout the world.  It addressed the safe usage of not only asbestos, but lead, solvents, fluoride, barium and a host of other potentially toxic materials.  Discussions of asbestos appear periodically, as cited below:

- Vol. 1, No. 5 (1979): Asbestos Exposures in Massachusetts Public Schools.
- Vol. 1, No. 6 (1979): Letter Re: "ground" asbestos fibers and required protection.
- Vol. 2, No. 10 (1979): Choosing An Appropriate Dust Respirator.
- Vol. 3, No. 6 (1980): Asbestos Standard Reevaluated.
- Vol. 3, No. 10 (1980): Asbestos (Part II)
- Vol. 4, No. 1 (1981): Appeal for Asbestos-free Casting Slips.
- Vol. 4, No. 12 (1981): Data Sheet for Asbestos Substitutes available.
- Vol. 5, No. 1 (1982): Asbestos Glove Study Shows Hazard.
- Vol. 5, No. 7 (1982): EPA Orders Schools to Identify Asbestos-Containing Material.
- Vol. 6, No. 2 (1983): CPSC Recalls Fibro-Clay.
- Vol. 6, No. 3 (1983): More on Fibro-Clay.
- Vol. 6, No. 4 (1983): Asbestos In Schools.
- Vol. 7, No. 1 (1984): Asbestos In Homes and Schools.
- Vol. 7, No. 1 (1984): Article abstract titled "Malignant Pericardial Mesotheliomas and Asbestos Exposure: A Case Report."
- Vol. 8, No. 7 (1985): Asbestos Abatement Regulation.
- Vol. 9, No. 5 (1986): Asbestos Abatement in Schools: Oversight Committees (Part One)
- Vol. 9, No. 6 (1986): Asbestos Abatement in Schools: Oversight Committees (Part Two)
- Vol. 9, No. 8 (1986): Asbestos Removal Funds and Requirements.

**Information Available to Building Owners and Managers About Asbestos in Buildings**

- Vol. 10, No. 5 (1987): Asbestos Substitutes May be Hazardous.
- Vol. 10, No. 7 (1987): Asbestos Legislation.
- Vol. 12, No. 7 (1989): EPA Asbestos Ban.
- Vol. 13, No. 2 (1990): EPA Lists Approved Asbestos Courses and Laboratories.
- Vol. 13, No. 3 (1991): Asbestos-related Diseases in Jewelers.
- Vol. 16, No. 1 (1993): Ceramics Hazards.
- Vol. 16, No. 3 (1993): Safer Substitutes in Art.

## F03(b).  Publication About Unions

NYS Department of Health List of Accredited NYS Asbestos Training Sponsors
The New York State Department of Health publishes a list of Accredited NYS Asbestos Training Sponsors.  This list includes among its sponsors numerous consulting and environmental service firms and many labor unions.  The list contains as many as 19 accredited courses, including the following:

- Asbestos Handler Initial and Asbestos Handler Refresher
- Air Sampling Technician Initial and Air Sampling Technician Refresher
- Allied Trades Initial and Allied Trades Refresher
- Contractor/Supervisor and Contractor/Supervisor Refresher
- Inspector Initial and Inspector Refresher
- Management Planner Initial and Management Planner Refresher
- Operations and Maintenance Initial and Operations and Maintenance Refresher
- Project Designer Initial and Project Designer Refresher
- Project Monitor Initial and Project Monitor Refresher
- Project Monitor/Air Sampling Technician Refresher.

Many unions are shown listed with provisional dates in the 1985-1993 time period, showing the level of awareness in labor unions about asbestos and the need for trained abatement personnel.

Roger G. Morse

10/17/05
Date

**Information Available to Building Owners and Managers About Asbestos in Buildings**

# Appendices

**Information Available to Building Owners and Managers About Asbestos in Buildings**

**Appendix A:** **Curriculum Vitae of Roger G. Morse, A.I.A.**

**ROGER G. MORSE, A.I.A.**
CURRICULUM VITAE

| | |
|---|---|
| **Education** | B. Arch., Rensselaer Polytechnic Institute, Troy, NY, 1971<br>B.S., Rensselaer Polytechnic Institute, Troy, NY, 1970 |

**Specialized Training in Asbestos, Lead, and Mold in Buildings**

Asbestos in Schools and Public Buildings, Page and William Black Post-Graduate School of Medicine of the Mount Sinai School of Medicine, 1984

Asbestos Inspector and Management Planner, National Asbestos Training Center, University of Kansas, 1988 w/annual refresher

Practices and Procedures for Asbestos Control, National Asbestos Training Center, University of Kansas, 1988 w/annual refresher

Respiratory Protection for the Asbestos Abatement Industry, Georgia Institute of Technology, 1989

Lead Inspector and Lead Risk Assessor, State University of New York at Buffalo, 2001 w/ tri-annual refresher

Mold Assessment and Remediation in Buildings, The Environmental Institute, 2001

WUFI-ORNL 3.3, WUFI-Pro3.3 and Weather Analyzer 1.0, Program for calculating coupled heat and moisture transfer in building components, Oak Ridge National Laboratory & Fraunhofer Institute of Building Physics, 2005

**Current Professional Experience**

**Morse Zehnter Associates**, Poestenkill, NY; West Palm Beach, FL        2003 - present
President.  Formed as a division of Dyanki, Inc. to establish greater name recognition for the firm by incorporating the Principals' names.

**Dyanki, Inc.**  Poestenkill, NY; West Palm Beach, FL        1998 - present
President.  Architectural/Engineering/Industrial Hygiene practice focusing on, indoor air quality, indoor environmental quality, environmental issues in and exterior to buildings, forensic investigations, computer and web applications for building delivery and maintenance, construction management, materials and systems evaluation, design and construction contracts, failure analysis of building systems and materials, energy analyses, solar design and life-cycle cost analyses.  Providing mechanical engineering services including specialized services in indoor air quality, humidity control and forensic analysis of HVAC systems.  Specific services are provided relative to asbestos, mold, toxic materials, indoor air, material or system failures, architecture, engineering, industrial hygiene, environmental management and on-site analytical services.

**Roger G. Morse Associates**, Poestenkill, NY        1982 - present
Architectural practice focusing on the technical aspects of architecture including design /build, land use planning, site selection and evaluation, space planning and programming, design, budget analysis, preparation of contract documents, construction management. Design and monitoring of environmental remediation projects.

**Previous Experience**

**Entek Environmental & Technical Services, Inc.**, Troy, NY        1985 - 1996
President.  Environmental and technical consulting firm founded to provide services relative to environmental issues in and exterior to buildings. Specific services were provided relative to asbestos, toxic materials, indoor air, architecture, engineering, industrial hygiene, environmental management and analytical laboratory services.

**Morse Ciraulo Associates**, Troy, NY        1992 - 1996
Senior Partner.  General architectural practice that also provided construction management, energy analyses, solar design life-cycle cost analyses and graphics services.

Roger G. Morse, AIA

**Previous**
**Experience**
**(Cont.)**

**Langer-Dion-Morse Associates**, Troy, NY                                    1983 - 1990
Partner.  Full partner of architectural firm providing general architecture
services, cost  estimating services, life-cycle analyses and energy analyses.

**Dodge Chamberlin & Luzine Associates**, Rensselaer, NY          1978 - 1982
Project Manager for architectural firm involved with many projects for 1980 Winter Olympics
at Lake Placid, NY and projects for schools including asbestos related and energy conservation projects.

**Rensselaer County Bureau of Planning**, Troy, NY                  1973 - 1978
Served as Town Planner and County Architect.

**Dodge Chamberlin Associates**, Rensselaer, NY                      1971 - 1973
Project Manager for school projects including design and construction of school facilities.

**Myrick & Chevalier**, East Greenbush, NY                                      1971
Designer, Draftsman.

**State University Construction Fund**, Albany, NY                    1970 - 1971
Research Associate, Programming Associate.

**Modular Structural Systems,** Latham, NY                              1969 - 1970
Designer/draftsman for pre-engineered metal buildings and other structures.

**Rensselaer Polytechnic Institute,** Troy, NY                          1965 - 1971
Research Assistant, Paul Hartek Group.  NASA sponsored
research of simulated atmospheres of earth & other planets.

**Society**
**Memberships**

- American Institute of Architects
- American Industrial Hygiene Association
- American Conference of Governmental Industrial Hygienists
- International Society of Indoor Air Quality and Climate
- Environmental Information Association
- National Institute of Building Sciences
- Building Owners and Managers Association
- American Society of Heating, Refrigeration, and Air Conditioning Engineers
- American Society for Testing and Materials
- SSPC, The Society for Protective Coatings
- American Institute of Steel Construction
- Association of Iron and Steel Engineers
- National Association of Corrosion Engineers
- Photographic Society of America
- Society of Fire Protection Engineers
- American Society of Civil Engineers
- Council on Tall Buildings and Urban Habitat
- Construction Specifications Institute
- American Concrete Institute
- National Roofing Contractors Association
- International Code Council

**Current & Past**
**Appointments**

National Institute of Building Sciences - Member, steering committee on Indoor Air Quality - Multiple Chemical Sensitivity, Chair subcommittee on Building Design, 2005 to present.

**Roger G. Morse, AIA**
**Current & Past**
**Appointments**
**(Cont.)**

National Institute of Building Sciences - Member, Project Committee on Whole Building Design Guide, author of chapter on "Mold & Moisture Control in Building Envelopes," 2004 to present.

National Institute of Building Sciences - Member, Project Committee on "Guidelines for Total Building Commissioning," 2004 to present.

Skyscraper Safety Campaign (SSC) - Technical Advisory Board, 2002 - present.

US Department of Housing and Urban Development (HUD).   Peer review panel for HUD Healthy Homes Initiative, 1998-99.

US National CAD Standard (NCS) - Member, Project Committee, National Institute of Building Sciences, 1997 to present.

National Institute of Building Sciences - Consultant for 1996 revisions to "Guidance Manual:
Asbestos Operations & Maintenance Work Practices" and  "Asbestos Abatement & Management In Buildings, Model Guide Specifications."

National Institute of Building Sciences - Joint venture with Leadtec to prepare "Lead Based
Paint Testing and Abatement Guide Specifications," 1994-1995.

National Institute of Building Sciences - Member, steering committee for project committee on "Lead-Based Paint O&M Work Practices Manual," 1993-1995.

American Society of Testing & Materials - Work group to develop "ASTM Standard Guide for Evaluation of Asbestos on Surfaces," 1993 to present.

U.S. EPA - member, Science Advisory Board on Indoor Air Quality and Total Human Exposure, 1992-1994.

National Asbestos Council - Chairman, Indoor Air Quality Task Force, 1992.

U.S. EPA - Technical advisor to Science Advisory Board on Indoor Air Quality and Total Human Exposure, 1992.

Environmental Safety Council of America - Co-chair, Indoor Air Quality Model Law Task Force, 1992-1993.

National Institute of Building Sciences - secretary, Project Committee on Asbestos Operations & Maintenance Work Practices, 1991-1992.

Health Effects Institute - Asbestos Research - member, Literature Review Panel,5/90 - 9/91 which produced the document: Asbestos in Public and Commercial Buildings: A Literature Review and Synthesis of Current Knowledge, 1991.

U.S. EPA Peer Review Committee for the document: Managing Asbestos In Place - A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials (Green Book), 1990.

Association of Walls and Ceiling Institute - Asbestos Abatement Council, member, editorial review board for *Asbestos Abatement*, 1990.

American Society for Testing and Materials Committee D22.07 on Asbestos Sampling and Analysis, 1989 to present.

Roger G. Morse, AIA

**Current & Past Appointments (Cont.)**

National Asbestos Council - Member, Board of Directors and Board Liaison for Specification & Survey Committee, 1988 -1992.

U.S. EPA Committee - Asbestos in Public and Commercial Buildings Policy Dialogue Group, 1988.

U.S. EPA Peer Review Committee for the document: Evaluation of Asbestos Abatement Techniques - Phase 3: Removal, 1988.

U.S. EPA Peer Review Committee for AHERA Inspector/Management Planner Certification Course, 1987.

EPA/NBS Select Committee to develop the Transmission Electron Microscopy clearance protocol for the AHERA regulation, 1987.

Asbestos Hazard Emergency Response Act of 1986 (AHERA) official representative of the American Institute of Architects to the United States Environmental Protection Agency (U.S. EPA) Negotiated Rules Committee, 1987.

U.S. EPA Peer Review Committee for the document: Asbestos-in-Buildings Technical Bulletin: Removal Encapsulants, 1986.

U.S. EPA Peer Review Committee Panel for the Hazard Assessment Guidance Document, 1986.

U.S. EPA Peer Review Committee for the Operations and Maintenance Guidance Document, 1986.

**Licensures**

- Architectural Licenses in Arizona (12/89), California (1/88), Connecticut (4/84), District of Columbia (4/90), Florida (3/86), Georgia (5/02), Illinois (5/88), Indiana (3/88), Maryland (2/85), New Hampshire (1/89) (inactive), New York (9/76), Ohio (2/86) (inactive), Pennsylvania (12/83) (inactive), Rhode Island (9/87) (inactive) and South Carolina (7/90) (inactive)
- National Council of Architectural Registration Boards (12/83)

**Asbestos & Lead Certifications**

- Accredited as Asbestos Inspector and Management Planner as required by Asbestos Hazard Emergency Response Act (AHERA) through The National Asbestos Training Center, University of Kansas, certificate #VII KU86350-15
- Accredited as an Abatement Designer through the National Asbestos Training Center of the University of Kansas, certificate #VII KU85740
- New York State Asbestos Certificate #AH-88-06541 for Inspector, Management Planner, Project Designer and Project Supervisor
- Connecticut Asbestos Project Designer  #000025
- Connecticut Asbestos Inspector/Management Planner  #00023
- Connecticut Lead Inspector Risk Assessor  #002125
- Florida Asbestos Consultant License #AF-0000003
- New York City Asbestos Investigator Certificate #75021
- US EPA / NY Lead Inspector Certificate NY-06-112004-789
- US EPA / NY Lead Risk Assessor Certificate NY-06-112004-790
- US EPA / FL Lead Inspector Certificate FL-05-122004-332
- US EPA / FL Lead Risk Assessor Certificate FL-05-122004-333
- New Hampshire Asbestos Certificate #057-ID (inactive)
- Vermont Asbestos Site Inspector Certificate #14807 (inactive)
- Vermont Asbestos Project Designer Certificate #14808 (inactive)
- Massachusetts Asbestos Inspector Certificate #02156 (inactive)
- Massachusetts Asbestos Project Designer Certificate #00839 (inactive)

Roger G. Morse, AIA

**Publications**

Morse, Roger.  Conference Proceedings, National Institute of Building Sciences / Building Environment and Thermal Envelope Council, M6: Mold, Moisture, Misery, Money and Myth – Plus Management, "The Second Phone Call," 2004.

Morse, Roger and Haas, Paul.  Conference Proceedings, American Industrial Hygiene Conference & Expo.  "Causes of High Relative Humidity Inside Air Conditioned Buildings," 2004.

Morse, Roger.  Conference Proceedings, American Industrial Hygiene Conference & Expo.  "Remediation of Mold Contaminated Fiberglass Lined Ductwork," 2004.

Morse, Roger.  Conference Proceedings, American Industrial Hygiene Conference & Expo.  "Effect of Air Transport Through Mold Contaminated Ductwork," 2003.

Morse, Roger.  Conference Proceedings, National Institute of Building Sciences / Building Environment and Thermal Envelope Council, M4: Mold, Moisture, Misery and Money, "Discovery, Identification and Diagnosis of Mold," 2003.

Morse, Roger.  "Fireproofing at the WTC Towers"  Fire Engineering; Oct 2002; Vol 155 issue 10; 110-112.

Morse, Roger.  Conference Proceedings, American Industrial Hygiene Conference & Expo.  Mold Growth in HVAC Equipment and Ductwork, 2002.

Morse, Roger.  Proceedings of the 2002 Annual Conference & Exhibition, Air & Waste Management Assn.  Mold Growth Inside Air Conditioning Equipment, 2002.

Langer, A. M. and Morse, R. G  "The World Trade Center Catastrophe: Was the Type of Spray Fire Proofing a Factor in the Collapse of the Twin Towers?"  Indoor and Built Environment 2001; Vol 10, Part 6:350-360.

Morse, Roger.  "Important Issues Regarding HVAC Systems and Mold" in *Mold Assessment and Remediation in Buildings* by The Environmental Institute, 2001.

Morse, Roger.  "Building Operations & Maintenance to Minimize Moisture & Mold" in *Mold Assessment and Remediation in Buildings* by The Environmental Institute, 2001.

Morse, Roger.  "HVAC Mold Remediation" in *Mold Assessment and Remediation in Buildings* by The Environmental Institute, 2001.

Morse, Roger.  Conference Proceedings, American Industrial Hygiene Conference & Expo.  Development of An Indoor Air Quality (IAQ) Management Program,  2001.

Morse, Roger.  Conference Proceedings, American Industrial Hygiene Conference & Expo.  Sampling and Characterizing Plaster, 2001.

National Institute of Building Sciences.  Asbestos Abatement & Management In Buildings, Model Guide Specifications, 1986, 1988, 1996.

National Institute of Building Sciences.  Guidance Manual: Asbestos Operations & Maintenance Work Practices, 1996.

Morse, Roger,  Conference Proceedings, Lead-Tech '95, Arlington, VA, "New Tool Available for Reducing Lead-Based Paint Hazards," 1995.

National Institute of Building Sciences.  Guide Specifications for Reducing Lead-Based Paint Hazards, 1995.

Roger G. Morse, AIA

**Publications (Cont.)**

Van Orden, DR, Lee, RJ, Bishop, KM, Kahane, D, and Morse, RG. "Evaluation of Ambient Asbestos Concentrations in Buildings Following the Loma Prieta Earthquake." Regulatory Toxicology and Pharmacology 21, 117-122 (1995).

Morse, Roger G. "Operations and Maintenance Practices Recommended by Regulatory Agencies." Appl. Occup. Environ. Hyg. (November 1994).

Morse, R.G. "Inspections Under AHERA." In *AHERA Compliance Manual,* edited by H. H. Danford. Center For Energy and Environmental Management, 1988.

Morse, R.G. "Assessing Response Actions and Preparing the Management Plan." In *AHERA Compliance Manual,* edited by H. H. Danford. Center For Energy and Environmental Management, 1988.

Morse, R.G. "Surveying For Asbestos." In *Practices & Procedures For Asbestos Control.* National Asbestos Training Center of University of Kansas, 1988.

Morse, R.G. "Contract Specifications." In *Practices & Procedures For Asbestos Control.* National Asbestos Training Center of University of Kansas, 1988.

National Asbestos Training Center of University of Kansas. Study Guide – Model Guide Specifications Course. 1987. Manual for training programs on preparation of contract documents using the NIBS Specifications conducted at the following EPA Training Centers:

- University of Kansas
- University of Illinois
- Georgia Tech Research Institute
- Tufts University

Sawyer, Robert N., MD and Morse Roger G., Inventory Process for Determining Asbestos Control Needs and Costs. Architecture. December 1986.

National Institute of Building Sciences. Model Guide Specifications, Asbestos Abatement In Buildings, 1986.

Morse, R. G. The Strip, A Handbook for Developers and Municipalities. Rensselaer County Bureau of Planning, 1976.

Morse, R. G. The Subdivision, A Handbook for Developers and Municipalities. Rensselaer County Bureau of Planning, 1975.

**Lectures and Presentations**

Presentations on Mold and Moisture Control:
 American Industrial Hygiene Association, AIHce, Anaheim, 2005: "What Makes Some Hotels Susceptible to Mold Growth" and "Methods for Assessing Moisture and Remediating Mold Contamination in HVAC Systems"
 National Institute of Building Sciences / Building Environment and Thermal Envelope Council, M6 "Mold, Moisture, Misery, Money and Myth – Plus Management," Chicago, 2004
 Connecticut River Valley, AIHA, 2003
 National Institute of Building Sciences / Building Environment and Thermal Envelope Council, M4 "Mold, Moisture, Misery and Money," Washington, 2003
 Environmental Information Association, Savannah, 2003
 Environmental Breakfast Club, 2003
 American Industrial Hygiene Association, AIHce, San Diego, 2002
 Air & Waste Management Association Annual Conference, 2002
 Environmental Breakfast Club, 2002
 American Industrial Hygiene Association, AIHce, New Orleans, 2001
 Gypsum Association, 2001

Lecture Faculty Member for The Environmental Institute course: "Mold Assessment and Remediation in Buildings"

Roger G. Morse, AIA
**Lectures and**
**Presentations**
**(Cont.)**

Presentations on Fireproofing at World Trade Center:
   Environmental Information Association, 2002
   GA Environmental Protection Division, 2002
   Southeastern Regulators Conference, 2002
   National Institute of Standards & Technology, 2002
   Society of Fire Protective Engineers, 2002
   ASTM Johnson Conference, 2002
   NYC Dept of Buildings WTC Building Code Taskforce, 2002

Presentations on Indoor Air Quality before such groups as:
   GSA Advocacy for Design Excellence, Salt Lake City, 2003
   Air & Waste Management Association 95th Annual Conference & Exhibition, 2001
   Gypsum Association, 2001
   International Facilities Managers Conference, Orlando, FL, 2000
   First Annual Indoor Air Quality Conference & Exposition, Tampa, FL, 1992
   American Institute of Architects - Convention and Exposition

Presentations on lead control and effects before such groups as:
   Lead Tech '95 Annual Conference
   Midwest Conference on Lead Poisoning Issues (Sept 95)
   National Lead Abatement Council 1995 Annual Conference
   Florida Environmental and Asbestos Council 1995 Annual Conference
   Construction Specifications Institute, Eastern New York Chapter
   Lead Tech '94 Annual Conference

Lecture Faculty Member of the EPA National Asbestos Training Centers at
University of Kansas

Advanced Topics Courses on Specifying Asbestos Abatement Projects at EPA
National Training Centers:
- University of Kansas
- University of Illinois
- Georgia Tech Research Institute
- Tufts University

Presentations on asbestos control and effects before such groups as:
   Georgia Environmental Information Association, 2001
   American Industrial Hygiene Association, Orlando, 2000
   Environmental Information Association (formerly National Asbestos Council)
   Building Owners and Managers Association
   American Institute of Architects
   American Society of Heating, Refrigeration, and Air Conditioning Engineers
   American Society of Safety Engineers
   Association of Wall and Ceiling Industries Asbestos Abatement Council
   Defense Research Institute
   American Public Works Association
   Society of Professional Engineers
   Greater Kansas City Conference on Asbestos

Roger G. Morse, AIA

## Appendix B:  Acronyms Used in this Report

A/C           asbestos cement

ACBM          asbestos-containing building materials

ACGIH         American Conference of Governmental Industrial Hygienists

ACM           asbestos-containing material

AEFA          American Education Finance Association

AFG           American Federation of Government Employees

AFL-CIO       American Federation of Labor-Congress of Industrial Organizations

AFSCME        American Federation of State, County and Municipal Employees

AHERA         Asbestos Hazardous Emergency Response Act

AIA           American Institute of Architects

AIA           Asbestos Information Association

AMA           American medical Association

AOBA          Apartment and Office Building Association [of Metropolitan Washington]

APHA          American Public Health Association

APWU          American Postal Workers union

ASBJ          American School Board Journal

ASBO          Association of School Business Officials

ASHARA        Asbestos School Hazard Abatement Reauthorization Act

ASHRAE        American Society of Heating, Refrigerating and Air Conditioning Engineers

ASTM          American Society for Testing Materials

BBTC          Baltimore Building and Construction Trades Council

BOMA          Building Owners and Managers Association

BOMI          Building Owners and Managers International

6/3/05

Roger G. Morse, AIA

| | |
|---|---|
| BOMA/NAC | National Advisory Council of BOMA (and NAC Monitor, the National Advisory Council Monitor newsletter) |
| CAA | Clean Air Act |
| CDC | Centers for Disease Control |
| CEFP | Council of Educational Facility Planners |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CFR | Code of Federal Regulations |
| CPWR | AFL-CIO Center To Protect Workers Rights |
| CSI | Construction Specification Institute |
| CSPC | Consumer Safety Product Commission |
| CWA | Communication Workers of America |
| DP | an AHERA "designated person" |
| EDP | environmental differential pay (in ILWA contract) |
| EFD | Environmental Defense Fund |
| EIA | Environmental Information Association, formerly the National Asbestos Council (NAC) |
| EIFS | exterior insulation finish system |
| EL | Exposure Limit |
| ENR | Engineering News Record |
| EPA | US Environmental Protection Agency |
| ERIC | Environmental Risk Insurance Company |
| ETS | Emergency Temporary Standard |
| f/cc | fibers per cubic centimeter |
| FR | Federal Register |
| GAO | General Accounting Office, formerly the General Accountability Office |
| HEI | Health Effects Institute |
| HHI | Homer Hoyt Institute |
| HISD | Houston Independent School District |

6/3/05

Roger G. Morse, AIA

| | |
|---|---|
| IAHFIA | International Association of Heat & Frost Insulators and Asbestos Workers |
| IAQ | indoor air quality |
| ICSC | International Council of Shopping Centers |
| ILWA | International Longshore and Warehouse Union |
| IUOE | International Union of Operating Engineers |
| JPM | Journal of Property Management |
| LEA | Local Education Authority |
| LUI | Laborers Union International |
| MSHA | Mine Safety & Health Administration |
| NAA | National Apartment Association |
| NAC | National Asbestos Council |
| NACUBO | National Association of College and University Officials |
| NAR | National Association of Realtors |
| NCEF | National Clearinghouse for Educational Facilities |
| NEA | National Education Association |
| NESHAP | National Emissions Standards for Hazardous Air Pollutants |
| NIBS | National Institute of Building Science |
| NIOSH | National Institute for Occupational Safety and Health |
| NMHC | National Multi-Housing Council |
| NRC | National Realty Committee |
| NRCA | National Roofing Contractors Association |
| NYSUT | New York State United Teachers |
| OCAW | Oil, Chemical & Atomic Workers International Union |
| OMB | Office of Management and Budget |
| OSH | Occupational Safety and Health |
| OSHA | Occupational Safety and Health Administration |

6/3/05

Roger G. Morse, AIA

| | |
|---|---|
| O&M | Operating & Maintenance Plan |
| PEL | Permissible Exposure Limit |
| PNAS | Proceedings of the National Academy of Sciences |
| PTA | Parent-Teacher Association |
| SBA | Safe Building Alliance |
| SEIU | Service Employees International Union |
| TLV | Threshold Limit Value |
| TSCA | Toxic Substances Control Act |
| TWA | time-weighted average |
| UURWAW | United Union of Roofers, Waterproofers & Allied Workers |
| WLA | White Lung Association |
| WSJ | Wall Street Journal |