# EXHIBIT "A"

United States
Environmental Protection
Agency

Office of Pesticides
and Toxic Substances
Washington, DC 20460

EPA 560/5-85-024
June 1985

Toxic Substances

# ♻EPA Guidance for Controlling Asbestos-Containing Materials in Buildings





UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

July 31, 1985

OFFICE OF
PESTICIDES AND TOXIC :

## NOTICE TO SCHOOL DISTRICTS

The regulations at 40 CFR §763.114(a)(5) require
that schools with asbestos-containing materials retain
one copy of "Asbestos-Containing Materials in School
Buildings: A Guidance Document" Parts 1 and 2, also
known as the orange books, in the school's administra-
tive office (EPA No. C00090).

This book, "Guidance for Controlling Asbestos-
Containing Materials in Buildings" (the purple book),
may be kept in lieu of the document "Asbestos-Containing
Material in School Buildings: A Guidance Document,"
Parts 1 and 2 (orange books), to satisfy the requirement
at 40 CFR §763.114(a)(5). Please note that schools must
continue to retain copies of the "Guide for Reducing
Asbestos Exposure" found at 40 CFR §763.111(b), which is
also required by 40 CFR §763.114(a)(5).

# GUIDANCE FOR CONTROLLING ASBESTOS-CONTAINING MATERIALS IN BUILDINGS

## 1985 EDITION

Exposure Evaluation Division
Office of Toxic Substances
Office of Pesticides and Toxic Substances
U.S. Environmental Protection Agency
Washington, D.C. 20460

## TABLE OF CONTENTS

|  | Page |
|---|---|
| ACKNOWLEDGEMENTS | vii |
| SUMMARY OF GUIDANCE | S-1 |

CHAPTER 1— BACKGROUND ON EXPOSURE TO ASBESTOS INSIDE BUILDINGS . . . . . . . . 1-1

1.1 Asbestos-Containing Materials in Buildings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1

1.2 Levels of Airborne Asbestos in Buildings and Other Settings . . . . . . . . . . . . . . . . . . . 1-2

1.3 Diseases Associated with Exposure to Asbestos . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

1.4 Federal Regulations Regarding Asbestos in Buildings . . . . . . . . . . . . . . . . . . . . . . . . . 1-5

CHAPTER 2 — DETERMINING IF ASBESTOS-CONTAINING MATERIAL (ACM) IS
    PRESENT IN BUILDINGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1

2.1 Planning the Survey . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1

    2.1.1 Assembling the Survey Team . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1

    2.1.2 Obtaining Cooperation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4

2.2 Conducting the Survey . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4

    2.2.1 General Survey Elements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4

    2.2.2 Procedures for Sprayed- or Troweled-on Surfacing Materials . . . . . . . . . . . . . 2-4

    2.2.3 Procedures for Pipe and Boiler Insulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6

    2.2.4 Procedures for Other ACM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-8

CHAPTER 3— ESTABLISHING A SPECIAL OPERATIONS AND MAINTENANCE (O&M) PROGRAM 3-1

3.1 The Purpose of a Special O&M Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1

3.2 Who Should Participate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1

3.3 Program Elements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1

    3.3.1 Special Practices for Sprayed- and Troweled-on Surfacing Materials . . . . . . . . 3-2

    3.3.2 Special Practices for Pipe and Boiler Insulation . . . . . . . . . . . . . . . . . . . . . . . . . 3-3

    3.3.3 Special Practices for Other ACM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-6

CHAPTER 4 — ASBESTOS CONTROL BEYOND SPECIAL OPERATIONS AND
    MAINTENANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1

4.1 Assessment Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-2

    4.1.1 Potential Fiber Release . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-2

    4.1.2 Air Monitoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-3

4.2 The Assessment Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-6

    4.2.1 Sprayed- and Troweled-on Surfacing Materials . . . . . . . . . . . . . . . . . . . . . . . . . 4-6

    4.2.2 Pipe and Boiler Insulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-10

    4.2.3 Other Types of ACM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-12

4.3 Further Considerations in Selecting a Schedule for Abatement . . . . . . . . . . . . . . . . . 4-12

TABLE OF CONTENTS
(Continued)

Page

CHAPTER 5 — ABATEMENT METHODS: CHARACTERISTICS AND RECOMMENDED
WORK PRACTICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1

5.1   Abatement Methods for Sprayed- or Troweled-on Surfacing Material . . . . . . . . . . . . . 5-1

      5.1.1   Removal, Disposal, and Replacement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-3

      5.1.2   Enclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-6

      5.1.3   Encapsulation with Sealants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-8

5.2   Abatement Methods for Pipe and Boiler Insulation . . . . . . . . . . . . . . . . . . . . . . . . . . 5-8

5.3   Abatement Methods for Other Types of ACM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-10

CHAPTER 6 — CONDUCTING ABATEMENT PROJECTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1

6.1   Who Should Do the Abatement Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1

6.2   Selecting a Contractor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-2

6.3   Managing the Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-3

6.4   Releasing the Contractor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-4

      6.4.1   Visual Inspection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-4

      6.4.2   Air Testing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-4

      6.4.3   Quality Assurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-8

REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . R-1

## LIST OF APPENDICES

Appendix A.   Asbestos-Containing Materials Found in Buildings . . . . . . . . . . . . . . . . . . . . . . . . . A-1

Appendix B.   Common Units Used in Measuring Airborne Asbestos Concentrations . . . . . . . . B-1

Appendix C.   USEPA National Emission Standards for Hazardous Air Pollutants
              (NESHAPS) Asbestos Regulations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C-1

Appendix D.   Addresses of EPA NESHAPS Contacts and Regional
              Asbestos Coordinators . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . D-1

Appendix E.   Phone Numbers for Obtaining Information and EPA Publications . . . . . . . . . . . . . E-1

Appendix F.   Occupational Health and Safety (OSHA) Asbestos Regulations . . . . . . . . . . . . . . F-1

Appendix G.   Specifications for Sampling Materials and Selecting a
              Qualified Laboratory to Analyze for Asbestos . . . . . . . . . . . . . . . . . . . . . . . . . . . . G-1

Appendix H.   Definition and Description of Factors for Assessing the
              Need for Corrective Action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . H-1

Appendix I.   Example Building Inspection Form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I-1

## TABLE OF CONTENTS
### (Continued)

Page

Appendix J.   Recommended Specifications and Operating Procedures for the
              Use of Negative Pressure Systems for Asbestos Abatement ................ J-1

Appendix K.   Checklist for Determining Contractor Qualifications ........................ K-1

Appendix L.   Guide Specifications for Abatement Projects .............................. L-1

Appendix M.   Detailed Specifications for Sampling and Analyzing Airborne Asbestos ........ M-1

Appendix N.   Glossary ............................................................ N-1

## LIST OF TABLES

Table   1.   Factors for Assessing Potential Fiber Release ........................... 4-3

Table   2.   Assessment Table for Surfacing Materials ............................... 4-7

Table   3.   Comparison of Asbestos Abatement Methods for Surfacing Materials ......... 4-8

Table   4.   Assessment Table for Pipe and Boiler Insulation .......................... 4-11

Table   5.   Comparison of Methods for Measuring Airborne Asbestos .................. 6-6

## LIST OF FIGURES

Figure   1.   Examples of Asbestos-Containing Materials Found in Buildings .............. 1-3

Figure   2.   Comparison of Measured Airborne Asbestos Concentrations in
              Three Settings ...................................................... 1-4

Figure   3.   Composition of the ACM Survey Team .................................. 2-3

Figure   4.   Initial Steps in an ACM Survey ....................................... 2-5

Figure   5.   Survey Procedures for Sprayed- or Troweled-on Surfacing Material .......... 2-7

Figure   6.   Survey Procedures for Pipe and Boiler Insulation ........................ 2-9

Figure   7.   Example Assessment Characteristics of Asbestos Containing Materials ........ 4-4

Figure   8.   An Example of the Effect of a Change in Building Use .................... 4-5

Figure   9.   Asbestos-Containing Material Located Above a Suspended Ceiling ........... 5-2

Figure   10.  Construction of Containment Barriers .................................. 5-4

Figure   11.  An Asbestos Removal Project ......................................... 5-5

Figure   12.  An Asbestos Enclosure Project ....................................... 5-7

Figure   13.  An Asbestos Encapsulation Project .................................... 5-9

Figure   14.  Custom Containment Bags for Repairing or Removing Pipe Insulation ........ 5-10

Figure   G-1. Sampler/Container .................................................. G-1

Figure   J-1. Sketch of HEPA-Filtered Exhaust Unit ................................. J-2

Figure   J-2. Examples of Negative Pressure Systems ................................ J-6

## ACKNOWLEDGEMENTS

Many individuals contributed their time and effort to this revision of "Guidance for Controlling Friable Asbestos-Containing Materials in Buildings" (EPA 560/5-83-002), commonly referred to as the "Blue Book." Their assistance is gratefully acknowledged. The primary authors were Dale Keyes of Environmental Sciences, Bertram Price of National Economic Research Associates, Inc., and Jean Chesson of Battelle Memorial Institute. They prepared the initial draft and revised it to reflect a series of detailed reviews. Joan Blake (Office of Toxic Substances, Exposure Evaluation Division), with the support of Cindy Stroup and Joseph Breen, served as Task Manager and directed the report preparation process. The material presented here reflects two years of experience with the original Blue Book and incorporates the comments and suggestions of local school officials, health and environmental scientists, architects, engineers, and staff at EPA Headquarters and in the Regional Offices. This document was developed and refined through a series of meetings with three groups—a working group consisting of EPA staff from the Office of Toxic Substances (OTS); a larger review group consisting of the OTS working group, EPA staff from the Office of Research and Development (ORD), and Regional Asbestos Coordinators from EPA Regional Offices; and a peer review group consisting of school officials and technical specialists who are not EPA employees.

The OTS working group provided thorough and timely criticism, suggestions, and assistance in formulating the presentation of more complex issues. The working group members were:

Joan Blake, Exposure Evaluation Division

Joseph Breen, Exposure Evaluation Division

Elizabeth Dutrow, Exposure Evaluation Division

Dave Mayer, Asbestos Action Program

Cindy Stroup, Exposure Evaluation Division

The larger EPA review group met early in the process to discuss the revision and to decide which areas needed to be emphasized. In addition to persons listed above, the group consisted of:

Carol Bass, Office of Toxic Substances/Exposure Evaluation Division

Michael Beard, Office of Research and Development/Environmental Monitoring Systems Laboratory

Wolfgang Brandner, EPA Region VII

William Cain, Office of Research and Development/Water Engineering Research Laboratory

Mark Hague, Office of the Comptroller/Budget Division

Paul Heffernan, EPA Region I

Jim Littell, EPA Region IV

Amy Moll, Office of Toxic Substances/Economics and Technology Division

Tony Restaino, EPA Region V

John Rigby, Office of Toxic Substances/Chemical Control Division

Sims Roy, Office of Air Quality Planning and Standards/Emission Standards Engineering Division

Steve Schanamann, Office of Pesticides and Toxic Substances/Asbestos Action Program

Lorie Roeser, Office of Pesticides and Toxic Substances/Office of Compliance Monitoring

Roger Wilmoth, Office of Research and Development/Water Engineering Research Laboratory

The members of this group were also active participants in the three-day peer review meeting. We thank all of them for their contributions. The Regional Asbestos Coordinators deserve special recognition. Their insights and suggestions based on experience gained in the field were invaluable.

The peer review group members were:

Steven Siegel, National Institute of Building Sciences, Washington, DC

William Brown, Asbestos Coordinator of Baltimore City, Baltimore, Maryland

Judith Hunt, Broward County Florida Schools, Oakland Park, Florida

Art Langer, Mt. Sinai School of Medicine, City University of New York, New York, New York

Hal Levin, University of California, Berkeley, Santa Cruz, California

Ernest Lory, Naval Civil Engineering Laboratory, Port Hueneme, California

Marshall Marcus, Marcus Associates, Hopewell, Virginia

Chris T. Matthews, Naval Facility Engineering Command, Alexandria, Virginia

William Nicholson, Mt. Sinai School of Medicine, City University of New York, New York, New York

James Parker, General Services Administration, Washington, DC

Bernard Rafferty, School District of Philadelphia, Pennsylvania

John Rodousakis, Veterans Administration, Washington, DC

Don Ryan, House Appropriations Committee, Washington, DC

Robert Sawyer, M.D., Guilford, Connecticut

George Smart, George M. Smart Architects, Inc., Raleigh, North Carolina

James Trombley, Hoskins-Western-Sonderagger, Inc., Lincoln, Nebraska

Kenneth M. Wallingford, National Institute for Occupational Safety and Health, Cincinnati, Ohio

Their active participation in the peer review meeting, the speed with which they reviewed all drafts, and their commitment and dedication to the task of disseminating information and guidance for the control of exposure to airborne asbestos are greatly appreciated.

Other contributors participated at various stages in the report preparation. In particular, we wish to thank Project Officer Joseph Carra (Office of Toxic Substances, Exposure Evaluation Division), and Susan Vogt (Office of Pesticides and Toxic Substances, Asbestos Action Program).

Terri Stiteler of Battelle deserves special recognition for organizing the review meetings and directing the preparation and distribution of drafts. Karen Krasner managed the document through its many revisions and Sharon Congdon assisted in the production of the final version. We also thank other support staff at EPA and at Battelle for contributing to the successful completion of the project.

SUMMARY OF GUIDANCE

INTRODUCTION

Airborne asbestos contamination in buildings is a significant environmental problem. Various diseases have been linked with industrial exposure to airborne asbestos, and the extensive use of asbestos products in buildings has raised concerns about exposure to asbestos in nonindustrial settings. Surveys conducted by the Environmental Protection Agency (EPA) estimate that asbestos containing materials can be found in approximately 31,000 schools and 733,000 other public and commercial buildings in this country.

The presence of asbestos in a building does not mean that the health of building occupants is necessarily endangered. As long as asbestos-containing material (ACM) remains in good condition and is not disturbed, exposure is unlikely. When building maintenance, repair, renovation or other activities disturb ACM, or if it is damaged, asbestos fibers are released creating a potential hazard to building occupants. Although not required to do so by federal law, the prudent building owner will take steps to limit building occupants' exposure to airborne asbestos. In 1983 EPA prepared and distributed "Guidance for Controlling Friable Asbestos-Containing Materials in Buildings" (USEPA 1983a). Since this guidance was published, EPA has gathered additional information and has gained valuable experience through its continuing Asbestos-in-Buildings Program. The guidance document has been substantially revised to incorporate this new information and to reflect the comments and suggestions of building owners and other readers. EPA offers building owners guidance to understand the technical issues, determine if asbestos is present in a building, plan a control program, and choose the course of further action if necessary.

This summary is divided into two parts. The first is an introduction to the problem of asbestos in buildings and summarizes the material that is presented in Chapter 1. The second part of the summary provides a concise outline of the remainder of the report. It lists the major steps needed to determine whether asbestos is present in a building (Chapter 2), establish a special operations and maintenance (O&M) program (Chapter 3), assess the need for further action (Chapters 4 and 5), and carry out an abatement project (Chapter 6). It is intended as a checklist for the building owner.

ACM IN BUILDINGS

ACM in buildings is found in three forms: (1) sprayed or troweled on ceilings and walls (surfacing material); (2) in insulation around hot or cold pipes, ducts, boilers, and tanks (pipe and boiler insulation); and (3) in a variety of other products such as ceiling and floor tiles and wall boards (miscellaneous materials). In general, ACM in the first two categories is of greatest concern, especially if it is friable. (Friable material can be crumbled, pulverized, or reduced to powder by hand pressure.)

Testing for ACM is required in primary and secondary schools only. (Regulations are specified in "The Friable Asbestos-Containing Materials in Schools; Identification and Notification Rule.") At present, no parallel rule applies to other public or commercial buildings. Further, no Federal regulations require abatement actions (repair or removal, enclosure, encapsulation).

The OSHA (Occupational Safety and Health Administration) regulations specifying work practices and the EPA rules governing the handling and disposal of asbestos apply to abatement actions. State regulations on these issues vary and may be more stringent than federal requirements.

ASBESTOS CONTROL ACTIVITIES

The following pages outline the steps that a building owner should take to control asbestos. Each step is described in more detail in the body of the report.

Survey to See if Asbestos is Present

- Appoint an asbestos program manager and assemble a survey team.

- Check building records for evidence of asbestos- containing surfacing materials, pipe and boiler insulation, or miscellaneous ACM.

- Locate and document all ACM identified in building records.

- Inspect the building for friable materials on walls or ceilings. Inspection means touching walls and ceilings.

- Inspect the building for insulation on pipes and boilers. Inspection means looking at pipes and boilers.

- Be persistent. Friable materials may be hidden behind dropped ceilings or partitions.

- Collect samples of friable ceiling and wall materials following EPA procedures.

- Collect samples of pipe and boiler wrap if the insulation is exposed. Otherwise, assume the insulation contains asbestos.

- Send samples to a qualified laboratory for analysis by polarized light microscopy (PLM). If the samples show more than one percent asbestos, the building contains ACM.

- Document all findings.

Establish a Special Operations and Maintenance (O&M) Program

- Obtain cooperation of building maintenance and custodial managers.

- Educate building occupants and employees about ACM.

- Train custodial and maintenance workers in special cleaning techniques and maintenance precautions.

- Clean the building thoroughly using wet cleaning and HEPA-vacuum techniques.

- Repeat the cleaning monthly (near surfacing materials) or semi-annually (near wrapped insulation).

- Take special precautions before starting maintenance and construction work.

- Inspect ACM at least twice a year for evidence of damage or deterioration.

- Continue the O&M program until all ACM is removed.

Assess the ACM to Determine the Need for Further Action

- Assess the likelihood of fiber release from the ACM by evaluating its current condition and the potential for future disturbance, damage or erosion.

- Determine:

— The need for further action.

— When it should be done.

— What abatement method should be used.

## Conduct Abatement Actions if Needed

- Hire an abatement contractor or, if in-house capabilities are available, use building staff.

- To select a contractor:

  — Write precise contract specifications.

  — Check references.

  — Conduct interviews.

  — Review insurance coverage.

  — Select the "best" contractor, not necessarily the lowest bidder.

- To Manage the work:

  — Inspect the work site at least four times a day to insure compliance with all prescribed work practices and worker protection measures. These include:

    - Construction of a containment barrier around the entire work area, or the use of containment bags for wrapped insulation.

    - Use of coveralls and respirators by the workers.

    - Provision of worker change and decontamination facilities.

  — Stop abatement work immediately if any condition of the worksite appears to be hazardous.

  — Release the contractor only after:

    - The work site has been thoroughly cleaned at least twice.

    - The work site passes a visual test for abatement completion and cleanliness.

    - The work site passes a test for airborne asbestos.

## CHAPTER 1. BACKGROUND ON EXPOSURE TO ASBESTOS INSIDE BUILDINGS

Construction materials containing asbestos have been used extensively in schools and other buildings. The concern about exposure to asbestos in these buildings is based on evidence linking various respiratory diseases with occupational exposure in the shipbuilding, mining, milling, and fabricating industries. The presence of asbestos in a building does not mean that the health of building occupants is endangered. If asbestos-containing material (ACM) remains in good condition and is unlikely to be disturbed, exposure will be negligible. However, when ACM is damaged or disturbed — for example, by maintenance or repairs conducted without proper controls — asbestos fibers are released. These fibers can create a potential hazard for building occupants.

This chapter describes ACM found in buildings and the potential health risks to occupants of buildings where ACM is present. Also, federal regulations addressing asbestos in buildings are briefly summarized.

### SUMMARY

ACM in Buildings: Three forms of asbestos are typically found in buildings: (1) sprayed- or troweled-on surfacing materials; (2) insulation on pipes, boilers, and ducts; and (3) miscellaneous forms, such as wallboard, ceiling tiles, and floor tiles. EPA surveys estimate that 31,000 schools and 733,000 public and commercial buildings contain friable (easily crumbled) ACM. Friable ACM and ACM disturbed during maintenance, repair or renovation are of greatest concern from an exposure perspective.

Levels of Airborne Asbestos in Buildings and Other Settings: Prevalent levels of airborne asbestos inside buildings with ACM may be 10 to 100 times higher than outdoor levels. However, these indoor levels are typically 10,000 to 100,000 times lower than levels in asbestos industry workplaces where asbestos-related diseases have been well-documented.

Asbestos-Related Disease: Most people with asbestos-related diseases (asbestosis, lung cancer, and mesothelioma) were exposed to high levels of asbestos while working in asbestos industries prior to 1972. Extrapolation of the relationship between exposure level and disease indicates that only a small proportion of people exposed to low levels of asbestos will develop asbestos-related diseases. Smokers, children, and young adults are at somewhat greater risk.

Federal Regulations Regarding Asbestos in Buildings: Current regulations (1) restrict the use of most asbestos products in new buildings, (2) specify work practices for removal of ACM from buildings, and (3) require the identification of asbestos in schools. There are no exposure standards for nonindustrial settings, and no regulations requiring corrective actions in buildings with ACM.

### 1.1 Asbestos-Containing Materials in Buildings

Asbestos may be found in cement products, acoustical plaster, fireproofing textiles, wallboard, ceiling tiles, vinyl floor tiles, thermal insulation, and other materials.[1] EPA surveys estimate that 31,000 schools and 733,000 federal and commercial buildings have ACM in one form or another (USEPA 1984a, 1984b). ACM has been grouped into three categories: (1) sprayed- or troweled-on materials on ceilings, walls, and other surfaces; (2) insulation on pipes, boilers, tanks, ducts, and other equipment; and (3) other miscellaneous products. (Examples of ACM are shown in Figure 1.) Material in the first two categories can be friable, that is, it can be crumbled, pulverized, or reduced to powder by hand pressure. Most ACM in the third category is nonfriable.

---

[1] Descriptions of these and other types of products containing asbestos appear in Appendix A.

Friable materials are more likely than nonfriable materials to release fibers when disturbed or damaged. Although nonfriable ACM is of less immediate concern, it should not be ignored. Fibers will be released if nonfriable material is cut, drilled, sanded, or broken during building repairs or renovation.

## 1.2   Levels of Airborne Asbestos in Buildings and Other Settings

Levels of airborne asbestos in the asbestos industry workplace are substantially higher than levels found outdoors or in buildings with ACM. Figure 2 shows levels measured in the three settings: asbestos insulation plants before the 1972 Occupational Safety and Health Administration (OSHA) exposure standards, schools with ACM, and outdoor urban areas.[2] The range of values in each category reflects differences in location, source of asbestos, and variability in asbestos measurements. Concentrations may exceed the upper limits of these ranges for short periods if, for example, manufacturing equipment malfunctions, insulating material is pierced with a sharp object, or asbestos-coated surfaces are disturbed by the impact of a ball or similar object.

Figure 2 shows that prevalent concentrations of airborne asbestos in a sample of school buildings were approximately 10 to 100 times higher than outdoors. At the same time, asbestos levels in the schools were 10,000 to 100,000 times lower than pre-1972 levels in asbestos insulation workplaces.[3]

## 1.3   Diseases Associated with Exposure to Asbestos

Much of what is known about asbestos-related diseases comes from studying workers in the various asbestos industries. Exposure to levels of airborne asbestos typical of the asbestos workplace prior to 1972 has been linked with a debilitating lung disease called asbestosis; a rare cancer of the chest and abdominal lining called mesothelioma; and cancers of the lung, esophagus, stomach, colon, and other organs. In 1972 federal exposure standards were imposed.

The relationship between exposure level and health risk is complex. The potential for disease appears to be related to the physical and chemical characteristics of asbestos fibers as well as to the concentration of fibers in the air. Data on asbestos workers indicate that the risks of asbestosis, lung cancer, and mesothelioma decrease in direct proportion to a decrease in total asbestos dose. Because there is no direct information on health risks from exposure to asbestos in buildings with ACM, the risks are estimated by extrapolation from studies of asbestos industry workers (Nicholson 1984, NRC 1984, The Royal Commission of Ontario 1984). The estimates indicate that only a small proportion of people exposed to low levels of asbestos will develop asbestos-related diseases. However, combining smoking with occupational exposure to asbestos increases the lung cancer rate above the rate due to either smoking or asbestos exposure alone. Also, asbestos exposure in children is of special concern: since they have a greater remaining lifespan than adults, their lifetime risk of developing mesothelioma is greater. Avoiding unnecessary exposure to asbestos is prudent.

---

[2] For comparison, all data are expressed in nanograms per cubic meter ($ng/m^3$) units. Concentrations of asbestos fibers in the air are measured in terms of either the number of fibers per unit volume (typically, fibers per cubic centimeter) or the mass per unit volume (typically, $ng/m^3$). A nanogram is one-billionth of a gram. See Appendix B for a simple explanation of measurement units used for airborne asbestos concentrations.

[3] The data in Figure 2 should be interpreted with caution. Estimated concentrations in asbestos workplaces are based on measurements of airborne fibers using the method specified by OSHA (phase contrast microscopy), while the levels in schools and outdoors were measured by a different method (transmission electron microscopy). Comparisons of measurements obtained by the two methods are based on certain assumptions (see footnote to Figure 2). Measurement of airborne asbestos fibers is a complex subject and is discussed in more detail in Section 4.1.2.



Friable, fluffy sprayed-on material



Friable, cementitious sprayed-on or troweled
material (acoustical plaster)



Nonfriable wallboard with friable sprayed-on
material behind



Pipe lagging

Figure 1. Examples of asbestos-containing materials found in buildings.

Figure 2. Comparison of measured airborne asbestos concentrations in three settings.*



*Levels in asbestos workplaces were derived from measurements using phase contrast microscopy (PCM) while levels in school buildings and outdoors were measured using electron microscopy (EM). PCM and EM measurements are not directly comparable. PCM measures all fibers whereas EM can distinguish between asbestos and nonasbestos fibers. In addition, EM has a better capability than PCM for detecting small fibers. In order to translate the workplace PCM measurements (expressed as fiber counts) into values of asbestos mass (nanograms) that are approximately comparable to EM measurements, 30 fibers were assumed to equal one nanogram. This value is an average obtained from many comparisons of PCM and EM measurements taken at the same location (industrial settings) and time. Values for individual samples range from about 10 fibers per nanogram of asbestos to well over 100 fibers per nanogram, depending on the average size of fibers and the relative number of asbestos and nonasbestos fibers in the air (Versar 1980 and William Nicholson, personal communication, 1982).

1.4   Federal Regulations Regarding Asbestos in Buildings

Both EPA and OSHA have published regulations to reduce asbestos exposure. EPA regulations focus on: (1) application and removal of ACM in new or remodeled buildings, and (2) identification of friable asbestos in schools. EPA also regulates the industrial emission of asbestos fibers and the disposal of asbestos waste. OSHA addresses worker protection in the workplace.

The first EPA regulations were issued in 1973 under the National Emission Standards for Hazardous Air Pollutants (NESHAPS), as authorized by the Clean Air Act. The first regulations were directed largely at the asbestos industries, but also partially banned spray-applied ACM in new buildings, and established procedures for handling ACM during demolition. The regulations were revised in 1975 and 1978 to cover building renovations, the use of all types of insulating ACM in new buildings, and asbestos emissions from ACM waste disposal.[4]

Of particular interest to owners of buildings with ACM are the following regulations:

- When a building is demolished — or more than 260 linear ft. of asbestos pipe insulation or 160 sq. ft. of asbestos surfacing material are removed during renovation — advance notice must be filed with the EPA regional office and/or the state, giving:

  - name and address of the building owner or manager;
  - description and location of the building;
  - scheduled starting and completion dates of ACM removal;
  - description of the planned removal methods; and
  - name, address, and location of disposal site.

- ACM can be removed only with wet removal techniques (see Section 5.1). Dry removal is allowed only under special conditions and only with written EPA approval.

- No visible emissions of dust are allowed during removal, transportation, and disposal of ACM. (The wet removal techniques described in Section 5.1 are designed to satisfy this requirement.)

The entire text of the NESHAPS regulations appears in Appendix C. Before beginning any ACM removal or building demolition, the building owner should review the NESHAPS requirements in detail. More information can be obtained from the regional NESHAPS contact. Addresses and telephone numbers of the contacts are found in Appendix D.

The second set of EPA regulations is in the "Friable Asbestos-Containing Materials in Schools; Identification and Notification Rule," (40 CFR Part 763)[5] promulgated under the Toxic Substances Control Act. Known as the Asbestos-in-Schools rule, it requires all primary and secondary schools, both public and private, to:

- inspect, sample, and analyze friable materials for asbestos;

- document all findings; and

- inform all school employees and the school's parent-teacher organization (or parents, if there is no organized group) of the location of friable ACM, and provide each custodial worker with a copy of the EPA publication, "A Guide for Reducing Asbestos Exposure," as published in the FEDERAL REGISTER (40 CFR Part 763).

---

[4] The complete set of regulations was repromulgated on April 5, 1984.

[5] The deadline for compliance with the Rule was June 28, 1983. A copy of the Rule is available from EPA. See Appendix E.

The OSHA regulations were first issued in 1972 and modified in 1976. They specify airborne exposure standards for asbestos workers, engineering and administrative controls, workplace practices, and medical surveillance and worker protection requirements. In 1982, OSHA announced its intention to tighten the exposure standards. (See the "Calendar of Federal Regulations," published in the FEDERAL REGISTER [47 FR 1807].)[5] The OSHA regulations apply to all workplace activities involving asbestos, including removal of ACM from buildings. Future OSHA regulations may include separate exposure standards for ACM removal operations. The complete text of the OSHA regulations appears in Appendix F.

OSHA's worker exposure standards are inappropriate for nonindustrial settings. First, the standards were set to protect workers only against asbestosis, which does not occur at the lower exposure levels typical of buildings with ACM. Second, the measurement technique that determines OSHA compliance does not distinguish between asbestos and nonasbestos fibers and does not measure the small asbestos fibers typically found in buildings with ACM.

The measurement problem is not a major shortcoming in industrial settings where most airborne fibers are expected to be asbestos. However, only a few fibers in building air are asbestos, and the OSHA measurements may be misleading. (Other limitations of the OSHA technique further confound the measurement of airborne asbestos in buildings. See Section 4.1.2 for a more detailed discussion of measuring airborne asbestos.)

---

[5] As of July 1, 1976, the OSHA standards were set at 2 fibers per cubic centimeter averaged over 8 hours and a ceiling level not to exceed 10 fibers per cubic centimeter "at any time." OSHA is now evaluating the effect of lowering the 8-hour standard to either 0.5 or 0.2 fibers per cubic centimeter in order to protect workers against cancer, as published in the FEDERAL REGISTER (47 FR 1807).

- Pipe and Boiler Insulation

    Need:    If the insulation is intact, no further action is needed.

    Timing:  Damaged insulation should be repaired or replaced as soon as possible.

    Method:  Removal is appropriate where the insulation is extensively damaged or deteriorated.
             Repair is appropriate where the insulation has minor damage.

- Other Types of ACM

    A special O&M program is usually all that is needed.

Further Considerations in Selecting an Abatement Schedule:

- If an abatement project is not urgent, it will be less costly if combined with building repair, renovation, or expansion, or with scheduled maintenance to equipment and building systems.

- Other factors that may influence the timing of abatement include:

    — The pattern of normal building operations;
    — The building owner's legal liability;
    — Pressures from building occupants and the public; and
    — Expected useful life of the building.

## 4.1  Assessment Information

The need for asbestos control beyond a special O&M program depends on the likelihood of fiber release from ACM. The possibility of fiber release should be assessed by evaluating the material's condition, physical characteristics, and location. Another approach is to measure the current levels of asbestos in the air. As explained below, however, assessment by air monitoring alone is not recommended because it reflects conditions only at the time of sampling. In addition, air monitoring is technically difficult and expensive.

### 4.1.1  Potential Fiber Release

Factors for assessing fiber release potential are listed in Table 1. (Figures 7 and 8 illustrate some of these factors.) The first set of factors focuses on the current condition of ACM. If water or physical damage, deterioration, or delamination of the material is evident, then fiber release has occurred, is occurring, or is likely to occur. The appearance of the material and the presence of broken or crumbled material on horizontal surfaces indicate fiber release.

Factors under the second heading in Table 1 reflect potential fiber release due to disturbance or erosion. Visible, highly accessible materials in areas frequently used or needing periodic maintenance are most vulnerable to physical damage. Also in this category are materials subject to vibration from mechanical equipment, sound, or athletic activities — for example, materials near a gymnasium or band room, or in buildings near an airport or highway. ACM in an air plenum or near a forced airstream (e.g., air from a heating vent) is likely to suffer surface erosion. In addition, fibers released into an airstream may be transported to other parts of the building, possibly exposing more people. Any planned changes in building use should also be considered when assessing potential fiber release.

Table 1. Factors for Assessing Potential Fiber Release
(See Appendix H for more detail.)

---

Current Condition of ACM

- Evidence of deterioration or delamination from the underlying surface (substrate)

- Evidence of physical damage (e.g., presence of debris)

- Evidence of water damage

Potential for Future Disturbance, Damage, or Erosion of ACM

- Proximity to air plenum or direct airstream

- Visibility, accessibility (to building occupants and maintenance personnel), and degree of activity (air movement, vibration, movement of building occupants)

- Change in building use

---

The factors in Table 1 are fully described in Appendix H. The descriptions should assist the evaluator in assessing ACM at individual sites.

A simple "present" or "absent," "high" or "low" rating should be used for each factor. More elaborate rating schemes have been tried. For example, factors have been assigned numerical scores and, using mathematical formulas, the scores have been combined into indices to reflect potential exposure.[1] These "exposure indices" have met with mixed success. In tests, several indices showed wide variation from one rater to the next and often did not indicate current, elevated airborne asbestos levels (e.g., USEPA 1983b). Assigning numerical ratings to assessment factors and combining them into a single score cannot be recommended. However, the factors are useful when they are scored with a simple, nonnumerical rating scheme.

## 4.1.2  Air Monitoring

Another way to assess asbestos fiber release is to measure asbestos fibers in the air. This approach is appealing because it quantitatively measures airborne asbestos contamination. However, it measures only current conditions and provides no information about fiber release potential and future air levels. Moreover, implementing an effective monitoring program to measure current levels of airborne asbestos is difficult and can be expensive.

One proposed method for measuring airborne asbestos in buildings was developed by the National Institute for Occupational Safety and Health (NIOSH) in connection with the OSHA asbestos exposure standard for workplace settings. This method uses phase contrast microscopy (PCM), which may be effective for industrial measurements where most airborne fibers are asbestos, but is less useful in settings with much lower asbestos levels. PCM is not sensitive to fibers with diameters less than 0.2 micrometers.[2] In addition, the NIOSH method excludes fibers shorter than 5 micrometers and does not distinguish between

---

[1] See, for example, Lory 1980, Pinchin 1982, and USEPA 1979.

[2] A micrometer is one-millionth of a meter. See Appendix B for a simple discussion of measurement units used to describe and measure asbestos fibers.

Appendix H.  Definition and Description of Factors for
Assessing the Need for Corrective Action*

## H.1 Condition of the Asbestos-Containing Material

### H.1.1 Factors 1 and 2: Deterioration or Delamination and Physical Damage

An assessment of the condition should evaluate: the quality of the installation, the adhesion of the friable material to the underlying substrate, deterioration, and damage from vandalism or any other cause. Evidence of debris on horizontal surfaces, hanging material, dislodged chunks, scrapings, indentations, or cracking are indicators of poor material condition.

Accidental or deliberate physical contact with the friable material can result in damage. Inspectors should look for any evidence that the asbestos-containing material has been disturbed: finger marks in the material, graffiti, pieces dislodged or missing, scrape marks from movable equipment or furniture, or accumulation of the friable material on floors, shelves, or other horizontal surfaces.

Asbestos-containing material may deteriorate as a result of either the quality of the installation or environmental factors which affect the cohesive strength of the asbestos-containing material or the strength of the adhesion to the substrate. Deterioration can result in the accumulation of dust on the surface of the asbestos-containing material, delamination of the material (i.e., separating into layers), or an adhesive failure of the material where it pulls away from the substrate and either hangs loosely or falls to the floor and exposes the substrate. Inspectors should touch the asbestos-containing material and determine if dust is released when the material is lightly brushed or rubbed.

If the coated surface "gives" when slight hand pressure is applied or the material moves up and down with light pushing, the asbestos-containing material is no longer tightly bonded to its substrate.

### H.1.2 Factor 3: Water Damage

Water damage is usually caused by roof leaks, particularly in buildings with flat roofs or a concrete slab and steel beam construction. Skylights can also be significant sources of leaks. Water damage can also result from plumbing leaks and water or high humidity in the vicinity of pools, locker rooms, and lavatories.

Water can dislodge, delaminate, or disturb friable asbestos-containing materials that are otherwise in good condition and can increase the potential for fiber release by dissolving and washing out the binders in the material. Materials which were not considered friable may become friable after water has dissolved and leached out the binders. Water can also act as a slurry to carry fibers to other areas where evaporation will leave a collection of fibers that can become suspended in the air.

Inspect the area for visible signs of water damage, such as discoloration of or stains on the asbestos-containing material; stains on adjacent walls or floors; buckling of the walls or

---

*The information in this Appendix is taken, with modification, from: Brandner, W. October 1982. *Asbestos Exposure Assessment in Buildings Inspection Manual.* Kansas City, MO: U.S. Environmental Protection Agency, Region VII.

floors; or areas where pieces of the asbestos-containing material have separated into layers or fallen down, thereby exposing the substrate.

Close inspection is required. In many areas, staining may occur only in a limited area while water damage causing delamination may have occurred in a much larger area. In addition, the water damage may have occurred since the original inspection for friable material, causing new areas to become friable and require a reinspection.

Delamination is particularly a problem in areas where the substrate is a very smooth concrete slab. Check to see if the material "gives" when pressure is applied from underneath.

## H.2  Potential for Disturbance or Erosion

### H.2.1  Factor 4: Air Plenum or Direct Airstream

An air plenum exists when the return (or, in rare cases, conditioned) air leaves a room or hall through vents in a suspended ceiling and travels at low speed and pressure through the space between the actual ceiling and the suspended ceiling or ducts. The moving air may erode any asbestos-containing material in the plenum. In evaluating whether an air plenum or direct airstream is present, the inspector must look for evidence of ducts or cavities used to convey air to and from heating or cooling equipment or the presence of air vents or outlets which blow air directly onto friable material.

A typical construction technique is to use the space between a suspended ceiling and the actual ceiling as a return air plenum. In many cases, the tiles in the suspended ceiling must be lifted to check if this is the case. Inspection of the air handling or HVAC equipment rooms may also provide evidence (such as accumulated fibers) of the presence of this material in the plenums.

Special attention should be paid to whether frequent activities (such as maintenance) disturb the material in the plenum. It is also important to check for evidence that the material is being released or eroded (i.e., has it deteriorated or been damaged so that the material is free to circulate in the airstream?).

### H.2.2  Factor 5: Exposure, Accessibility, and Activity

These three considerations are highly interrelated and have been combined into a single factor. In general, for a site to show a high potential for disturbance, it must be exposed (visible) and accessible, and be located near movement corridors or subject to vibration.

The amount of asbestos-containing material exposed to the area occupied by people will contribute to the likelihood that the material may be disturbed and determines whether the fibers can freely move through the area. An asbestos-containing material is considered exposed if it can be seen. For a material not to be exposed, a physical barrier must be complete, undamaged, and unlikely to be removed or dislodged. An asbestos-containing material should be considered exposed if it is visible, regardless of the height of the material.

If the asbestos-containing material is located behind a suspended ceiling with movable tiles, a close inspection must be made of the condition of the suspended ceiling; the likelihood and frequency of access into the suspended ceiling, and whether the suspended ceiling forms a complete barrier or is only partially concealing the material.

Asbestos-containing material above a suspended ceiling is considered exposed if the space above the suspended ceiling is an air plenum. Suspended ceilings with numerous louvers, grids, or other open spaces should be considered exposed.

If friable asbestos-containing material can be reached by building users or maintenance people, either directly or by impact from objects used in the area, it is accessible and subject to accidental or intentional contact and damage. Material which is accessible is likely to be disturbed in the future.

Height above the floor is one measure of accessibility. However, objects have been observed embedded in ceilings 25 feet or more high. Nearness of the friable asbestos-containing material to heating, ventilation, lighting and plumbing systems requiring maintenance or repair may increase the material's accessibility.

In addition, the activities and behavior of persons using the building should be included in the assessment of whether the material is accessible. For example, persons involved in athletic activities may accidentally damage the material on the walls and ceilings of gymnasiums with balls or athletic equipment. To become fully aware of occupants' use of the building, the inspector should consult with building staff or personnel.

When assessing activity levels, consider not only the movement caused by the activities of people but also movement from other sources such as high vibration from mechanical equipment, highways, and airplanes. Another source of vibration is sound, such as music and noise, which sets airwaves in motion at certain frequencies. As these sound waves impact on asbestos-containing material, they may vibrate the material and contribute to fiber release. Therefore, more fibers may be released in a music practice room or auditorium than in the rest of the building.

The amount of activity of the occupants can best be described by identifying the purpose of the area as well as estimating the number of persons who enter the area on a typical day.

### H.2.3 Factor 6: Change in Building Use

A planned change in the use of the building from, for example, a junior to a senior high school may imply significant changes in the potential for erosion or disturbance. Of particular note is the increased potential for damage from balls to previously inaccessible ceilings in gymnasiums. The addition of machinery (such as dust collectors in wood or metal shops) to a school or office building may introduce vibrations which, again, may be a future cause of concern. The inspector should exercise judgement and draw on experience in evaluating the likely effect of such changes.