**EXHIBIT "B"**

# EPA

# Managing Asbestos In Place

## A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials



Printed on Recycled Paper

very helpful to the owner in eliminating or reducing hysteria on the part of other less informed building occupants. On the other hand, if occupants suspect the building owner is not being honest about asbestos activities in the building, that owner's credibility may be questioned and the situation can become far more difficult to manage. *If and when asbestos incidents occur, it is especially important for the building owner to deal with occupants and contractors openly and honestly, for that is the best way to maintain occupant/tenant confidence in both the owner and the building's asbestos program.*

### ACM Surveillance

**Reinspection and Periodic Surveillance**

A visual reinspection of all ACM should be conducted at regular intervals as part of the O&M program. Combined with ongoing reports of changes in the condition of the ACM made by service workers, the reinspections should help ensure that any ACM damage or deterioration will be detected and corrective action taken.

*Visual reinspections of asbestos materials at regular intervals can detect changes in material condition. Here, surfacing ACM has delaminated from a ceiling in a building; O&M routines can keep small problems from becoming big problems.*



According to recent EPA regulations covering schools (the Asbestos Hazard Emergency Response Act, "AHERA"), an accredited inspector must reinspect school buildings at least once every three years to reassess the condition of ACM. The AHERA regulations for schools also require a routine surveillance check of ACM every six months to monitor the ACM's condition. The AHERA Rule permits this surveillance to be conducted by a trained school custodian or maintenance worker. While these intervals are mentioned here as a guide, they may also be appropriate for other buildings. The Asbestos Program Manager should establish appropriate intervals, based on consultation with the building owner and any other qualified professionals involved in the O&M program.

EPA recommends a visual and physical evaluation of ACM during the reinspections to note the ACM's current condition and physical characteristics. Through this reinspection, it is possible to determine both the relative degree of damage and assess the likelihood of future fiber release. Maintenance of a set of visual records (photos or video tape) of the ACM over time can be of great value during reinspections.

Some asbestos consultants recommend examining settled dust for accumulations of asbestos fibers as another surveillance tool in an O&M program. While no universally accepted standardized protocols currently exist for sampling and analysis of settled dust, positive results (i.e., ACM is present in the dust) may indicate the need for special cleaning of the affected area, or other action. Because the results of this testing are difficult to interpret and evaluate at this time, building owners should carefully consider the appropriateness of this testing to their situation.

**Supplement to Visual/Physical Evaluation**

As part of an O&M program, a carefully designed air monitoring program to detect airborne asbestos fibers in the building may provide useful supplemental information when conducted along with a comprehensive visual and physical ACM inspection and reinspection program. If the ACM is currently in good condition, increases in airborne asbestos fiber levels at some later time may provide an early warning of deterioration or disturbance of the material. In that way, supplemental air monitoring can be a useful management tool. If an owner chooses to use air monitoring in an "early warning" context, a knowledgeable and experienced individual should be consulted to design a proper sampling strategy. Appendix H contains a reference to a useful guide to monitoring airborne asbestos, which can be consulted for further discussion of this subject.

If supplemental air monitoring is done, a baseline airborne asbestos fiber level should be established soon after the O&M program is initiated. Representative, multiple air samples should be collected throughout the building during periods of normal building operation. This should be done over a long enough period of time to be representative of existing conditions, in order to adequately characterize prevailing fiber levels in the building. *This air monitoring should supplement, not replace, physical and visual inspection.* Visual inspection can recognize situations and anticipate future exposure (e.g., worsening water damage), whereas air monitoring can only detect a problem after it has occurred, and fibers have been released.

Note that the collection of air samples for supplementary evaluation *should not* use aggressive air sampling methods. Aggressive sampling methods, in which air is deliberately disturbed or agitated by use of a leaf blower or fans, should be used at the completion of an asbestos removal project when the building or area is unoc-

cupied, not for routine monitoring.

The most accurate and preferred method of analysis of air samples collected under an O&M program would require the use of transmission electron microscopy (TEM). Phase contrast microscopy (PCM), which is commonly used for personal air sample analysis and as a screening tool for area air monitoring, cannot distinguish between asbestos fibers and other kinds of fibers which may be present in the air. PCM analysis also cannot detect thin asbestos fibers, and does not count short fibers. TEM analysis is approximately ten times more expensive than PCM analysis. However, the more accurate information on actual levels of airborne asbestos fibers should be more beneficial to the building owner who elects to use supplemental air monitoring in the asbestos management program. TEM analysis is most reliably performed by laboratories accredited by the National Institute for Standards and Technology (NIST; see Appendix D for telephone number), and who follow EPA's quality assurance guidelines. (Appendix H, U.S. EPA, Dec. 1989, "Transmission Electron Microscopy Asbestos Laboratories: Quality Assurance Guidelines.")

Selection of a reliable and experienced air monitoring firm and analytical laboratory is important, if the building owner elects to conduct supplemental air monitoring under the O&M program. A consultant knowledgeable in air sampling and analysis protocols can be contacted for recommendations if the building owner or Asbestos Program Manager has limited knowledge in this area.

Periodic air monitoring, conducted simultaneously with the visual reinspections or surveillance, would then be used to see if asbestos levels have changed relative to the baseline. Some building owners may wish to present current air monitoring results to building occupants in addition to information regarding the physical reinspections. Although this supplemental use of air monitoring as part of an O&M program may provide useful information, it is likely to be very expensive, particularly if the more accurate and recommended TEM analysis is used. Use of only a small number of measurements or measurements taken only at one time may be misleading (i.e., overestimate or underestimate of fiber levels), and can lead to inappropriate decisions.

It should be noted that some of the exposures of persons to airborne asbestos fibers in buildings may result from episodic events, such as repair work or the accidental disturbance of the ACM or of ACM debris by maintenance activities inside the building. Air monitoring may not be done frequently enough to include such episodic events; this can lead to a misleading interpretation of air sampling results. In particular, air sampling may underestimate the exposure of O&M workers and building occupants. A good reference sourcebook for additional information on air sampling and analysis for asbestos fibers is "A Guide to Monitoring Airborne Asbestos in Buildings" (see Appendix H).

## Work Control/Permit System

The O&M program should include a system to control all work that could disturb ACM. Some building owners have had success using a "work permit" program, which requires the person requesting the work to submit a Job Request Form to the Asbestos Program Manager (Appendix B, Form 2) before any maintenance work is begun. The form gives the time and location of the requested work, the type of maintenance needed, and available information about any ACM in the vicinity of the requested work. The contractor or other person authorized to perform the work should be identified on the work request.



An example of a maintenance worker conducting activities near a friable asbestos-containing ceiling. Under a proper permitting system, the building Asbestos Program Manager would evaluate and authorize projects such as this prior to beginning work.

Upon receiving a pre-work Job Request Form, the Asbestos Program Manager should take the following steps:

1. Refer to written records, building plans and specifications, and any building ACM inspection reports to determine whether ACM is present in the area where work will occur. If ACM is present, but it is not anticipated that the material will be disturbed, the Asbestos Program Manager should note the presence of the ACM on the permit form and provide additional instruction on the importance of not disturbing the ACM.

2. If ACM is both present and likely to be disturbed, the Asbestos Program Manager or a designated supervisor qualified by training or experience, should visit the site and determine what work practices should be instituted to minimize the release of asbestos fibers during the maintenance activity.

3. This determination should be recorded on the Maintenance Work Authorization Form (see example in Appendix B, Form 3), which is then sent to the in-house maintenance supervisor or to the maintenance contractor to authorize the work.

4. The Asbestos Program Manager should make sure that a copy of both the request and the authorization forms (if granted) are placed in the permanent file.