CLAIM 5987 RESPONSE TO
FIFTEENTH OMNIBUS OBJECTION
ASBESTOS PROPERTY DAMAGE CLAIMS

FILED

2005 OCT 18  AM 10:13

US BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Chapter 11
Case no. 01-01139 (JKF)

I am Dale Johnson, claimant # 5987, in the case above. I purchased the subject property, Shaw Terrace Apts in the city of Fresno, Ca in 1992.

Exhibit C-1 (D)

(1) The date of installation of the product is unknown exactly, but sometime in the year 1960, as I stated on the original claim form. There are no longer records at the city pertaining to any details of construction, nor do I have any in my possesion.

(2) I do not know what product was used, and did not find out conclusively that the product (acoustic ceiling spray) contained asbestos until 2001 when testing was done prior to replacing a storm damaged ceiling in one apartment.

(3) Again, I stated in the original claim that I learned of the presence of asbestos in the year 2001, and submitted information in that regard. I will enclose that info with this response.

(4) I have never been a claimant or involved with an asbestos lawsuit.

Exhibit C-2

(1) I did not indicate I had any documentation relating to the purchase and/or installation of the product on the property, nor do I now.

(2) I did attach documents showing the removal and replacement of an acoustic ceiling containing asbestos in May 2001. I included the Proposal and Acceptance from All-American Construction and Development showing the costs related to the removal, a Uniform Hazardous Waste Manifest by the local governing agency for asbestos removal, (San Joaquin Valley Unified Air Pollution Control District), and a letter from the State Board of Equalization informing lucky me that I now have an EPA identification number (CAC002348823) and reason to bill me. I think the paperwork I submitted conclusively shows the presence of asbestos in the

apartment ceilings.

(3) Answered above.

Exhibit D-1 (C)

There is no evidence supporting their claim the acoustical ceilings have been replaced. I have not replaced any since the purchase in 1992. Based upon the minimum work that was done to the property prior to my purchase, it is very doubtful that any ceiling work was done earlier. For example-prior to my purchase, not one bathtub, or vanity had been replaced. Only one kitchen had been remodeled, and that was due to fire. Even the original GE built-in stoves remained. The tenants were students at Fresno State for the most part, and it would have been financially stupid to replace something they would never notice. Also, the age of the ceilings is apparent as in places they have sagged off the underlying sheetrock. And, if the ceilings had been replaced, why would they again use an asbestos compound?

Exhibit D-2, D-6, E-1  I have no response to these statements.


Claim Amount:

The projected cost to remove and replace the acoustic ceilings is $79,000 ( $5.25 per square foot x 535 sq. ft. per apartment x 28 units). Most of the cost is for hazardous waste disposal.


Dale Johnson

October 13, 2005


cc
Katherine Phillps
Kirkland and Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

James E. O'Neill
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor, P.O. Box 8705
Wilmington, DE, 19899-8705 (Courier 19801)

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. C A C 0 0 2 3 4 8 8 2 3 | Manifest Document No. 6 8 7 9 5 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. Sacramento, California |
|---|---|---|---|---|

**3. Generator's Name and Mailing Address**
Dale Johnson
P. O. Box 2506
Oakhurst, CA 93644-2506

**4. Generator's Phone** 559 221-1427

**A. State Manifest Document Number** 20968795

**B. State Generator's ID**

| 5. Transporter 1 Company Name APC Contractors, Inc. | 6. US EPA ID Number C A D 1 2 0 B D 4 4 9 7 |
|---|---|

**C. State Transporter's ID [Reserved]**

**D. Transporter's Phone** (559) 275-7099

| 7. Transporter 2 Company Name | 8. US EPA ID Number |
|---|---|

**E. State Transporter's ID [Reserved]**

**F. Transporter's Phone**

**9. Designated Facility Name and Site Address**
Forward, Inc. Landfill
9999 Austin Road
Manteca, CA 95336

**10. US EPA ID Number** C A L 0 0 0 1 9 0 0 8 0

**G. State Facility's ID** C A L 0 0 0 1 9 0 0 8 0

**H. Facility's Phone** (209) 982-4298

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste Number |
|---|---|---|---|---|---|
| a. RQ, ASBESTOS, 9, NA2212, PGIII | 0 0 2 | B A | 0 0 0 0 2 | Y | 151 EPA/Other N/A State |
| b. | | | | | EPA/Other State |
| c. | | | | | EPA/Other State |
| d. | | | | | EPA/Other State |

**J. Additional Descriptions for Materials Listed Above**
100% ACM Acoustical

Approval #753310

**K. Handling Codes for Wastes Listed Above**
a. 03    b.
c.    d.

**15. Special Handling Instructions and Additional Information**
Project: Shaw Terrace Apartments, 2255-2297 E. Shaw
Unit D, Fresno, CA 93726
EMERGENCY CONTACT (800) 359-4555

Governing Agency:
San Joaquin Valley Unified Air Pollution Control District
1990 E. Gettysburg
Fresno, CA 93726

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name   Johnson | Signature   Dale M Johnson | Month 0 5 | Day 2 2 | Year 0 5 |
|---|---|---|---|---|

**17. Transporter 1 Acknowledgement of Receipt of Materials**   4606 N. Bendel Avenue Fresno, CA 93722

| Printed/Typed Name   Isabella Benitez | Signature   Isabella Benitez | Month 0 5 | Day 2 2 | Year 0 5 |
|---|---|---|---|---|

**18. Transporter 2 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.**

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

## DO NOT WRITE BELOW THIS LINE.

C 8022A (1/99)
8700—22

Blue: GENERATOR SENDS THIS COPY TO DTSC WITHIN 30 DAYS.
To: P.O. Box 400, Sacramento, CA  95812-0400

**ALL AMERICAN CONSTRUCTION**
**& DEVELOPMENT**
5804 E. BROWN AVE., STE. #104
FRESNO, CA 93727-1361
(559) 291-2000    Contract #    T0501Johnson

# PROPOSAL AND ACCEPTANCE

| PROPOSAL SUBMITTED TO | PHONE | DATE |
|---|---|---|
| Dale Johnson | 559-221-2297 | 5/8/01 |

| STREET | JOB NAME |
|---|---|
| 2255-2297 E. Shaw Ave. | Johnson Storm Repairs |

| CITY, STATE, AND ZIP CODE | JOB LOCATION |
|---|---|
| Fresno, Ca | 2255-2297 E. Shaw Ave. |

| INSURANCE ADJUSTER: | JOB PHONE |
|---|---|
| California Insurance Group/ J. Eastwood | 559-221-2297 |

We hereby submit specifications and estimates for:    **Storm Repairs**

SEE SPECIFICATIONS SHEET FOR FURTHER DEATAILS

221 1427

**CALIFORNIA ONLY:**

NOTICE TO OWNER: Contractors are required by law
to be licensed and regulated by the contractors'
state license board. Any questions concerning a
contractor may be referred to the registrar of the
board whose address is: Contractors' State License
Board, 9835 Goethe Rd., Sacramento, CA 95827.

All American Construction is fully bonded and insured.

Thank you for calling All American Construction!

**We Propose** hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:

Five-thousand, Six-hundred, Fifty-one Dollars and 41/00                    $5,651.41

Payment to be made as follows:

Prepaid deductable, balance on completion.

AN 18% INTEREST RATE CHARGE WILL BE CHARGED ON ACCOUNTS OVER 30 DAYS DELINQUENT.

All material is guaranteed to be as specified  All work to e completed in a workmanlike
manner according to standard practices.  Any alteration or deviation from above
specifications involving extra costs will be executed only upon written orders, and will
become an extra charge over and above the estimate.  All agreements contingent upon
strikes, accidents, or delays, beyond our control.  Owner to carry fire, tornado, and other
necessary insurance.  Our workers are fully covered by Workmen's Compensation insurance.

Authorized
Signature _____
**Troy Pace**
Note: This proposal may be withdrawn by
us is not accepted within _____30_____ days.

**Acceptance of Proposal** - The above prices, specificactions
and conditions are satisfactory and are hereby accepted.  You authorize
to do the work as specified.  Payment will be made as outlined above.

Signature _Dale M. Johnson_

Date of Acceptance  _5-9-200i_

Signature _____



STATE OF CALIFORNIA

## STATE BOARD OF EQUALIZATION
SPECIAL TAXES DEPARTMENT, ENVIRONMENTAL FEES MIC:57
450 N STREET, SACRAMENTO, CALIFORNIA 95814-0057
PO BOX 942879, SACRAMENTO, CALIFORNIA 94279-0057
TELEPHONE (916) 323-9555
FAX (916) 327-0859
www.boe.ca.gov

JOHAN KLEHS
First District, Hayward

DEAN ANDAL
Second District, Stockton

CLAUDE PARRISH
Third District, Torrance

JOHN CHIANG
Fourth District, Los Angeles

KATHLEEN CONNELL
State Controller, Sacramento

JAMES E. SPEED
Executive Director

Date    July 30, 2001

THE SHAW TERRACE APT
PO BOX 2506
OAKHURST CA 93644-0000

EPA No.:  CAC002348823

2255 E SHAW AVE

The Department of Toxic Substances Control (DTSC) has furnished the Board of Equalization with information indicating that you are a recent recipient of an EPA identification number. The State Board of Equalization administers six hazardous waste fee programs in cooperation with the DTSC. As a holder of a state or federal EPA ID number you may also be required to register with the Board to report your generator activities.

If you generate or produce five or more tons of hazardous waste per calendar year at this site, regardless of the final disposition of the waste, you should contact the State Board of Equalization to obtain a hazardous waste generator fee account number. Utilization of a waste hauler or a hazardous waste contractor to remove your hazardous waste does not relieve you of the liability for the fees that result from the generation, recycling and/or disposal of your hazardous waste. Additional information regarding generator fees is available in Regulation 3000, 'Generator of Hazardous Waste.' The regulation is available on our website or may be ordered free from the Board's Information Center by calling toll-free 1 (800) 400-7115.

To apply for a generator fee account or for answers to your specific questions, please contact us at (916) 323-9555, or write:

Environmental Fees Division, MIC:57
State Board of Equalization
PO Box 942879
Sacramento, CA 94279-0057

For additional information regarding the Generator Fee program or any other tax programs administered by the Board of Equalization please visit our website at www.boe.ca.gov. This site will provide you with general information about the programs administered by the Board, forms, publications, newsletters, proposed legislation, and links to other government sites.

ENVIRONMENTAL FEES DIVISION

BOE-1589 (5-01)