## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | Re: Docket No. 9384 |
| | ) | 9/26/05 Hearing Agenda Item No. 21 |

## CERTIFICATION OF COUNSEL
## REGARDING DOCKET NO. 9384

I, Theodore J. Tacconelli, Esquire, local counsel to the Official Committee of Asbestos Property Damage Claimants in the above-captioned cases (the "PD Committee"), hereby certify the following:

1.  On September 12, 2005, the PD Committee filed an Application of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 (the "Application") [Docket No. 9384].

2.  Objections to the Application were to be filed on or before September 19, 2005.

3.  On September 19, 2005, the Debtors' filed their Objection to the Application of the Official Committee of Asbestos Property Damage Claimants to Retain Special Counsel (the "Objection") [Docket No. 9455].

4.  On September 26, 2005, a hearing was held on the Application. At the hearing, the Court considered the Application and the Objection, and approved the retention of Dies & Hile L.L.P. as Special Counsel to the PD Committee as set forth in the Application.

5. Accordingly, counsel to the PD Committee has prepared a proposed form of order reflecting the aforementioned ruling of the Court. Additionally, the proposed form of order was provided to Debtors' counsel for comment and Debtors' counsel approves of the proposed form of order.

6. It is hereby respectfully requested that the proposed form of order, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: October 19, 2005.   FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No.2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Local Counsel for the Official Committee
of Asbestos Property Damage Claimants

-and-

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin, Sumberg, Baena, Price
& Axelrod, LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580
Counsel for the Official Committee
of Asbestos Property Damage Claimants