# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| W. R. GRACE & CO., et al., | ) Case No. 01-1139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **RE: DOCKET NO. 9384** |

## ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO RETAIN SPECIAL COUNSEL

AND NOW this _____ day of _____, 2005, upon consideration of the Application of the Official Committee of Asbestos Property Damage Claimants (the **"PD Committee"**) to Retain Special Counsel Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 (the **"Application"**); and upon the Affidavits of Special Counsel attached thereto (the **"Affidavits"**); and due notice of the Application having been given and it appearing that no further or other notice need be given; and after considering the Debtors' objection to the Application (the **"Objection"**); and after due deliberation and sufficient cause appearing therefor; it is hereby **FOUND THAT:**

A. Dies & Hile represents no interest materially adverse to the Debtors' estates with respect to matters upon which such law firm is to be engaged; and

B. The employment of Dies & Hile is necessary and would be in the best interests of the Debtors, their creditors and the Debtors' estates.

Therefore it is hereby **ORDERED THAT:**

1. The Application, as modified by this Order is GRANTED in part and DENIED in part;

2. The Objection is GRANTED in part and DENIED in part; and

2. Dies & Hile shall file fee applications and shall be compensated and reimbursed for its expenses in accordance with Sections 328, 330(a), 331, 503(b) and 507(a)(1) of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Bankruptcy Court for the District of Delaware and the Orders of this Court.

Dated:_____, 2005
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY COURT JUDGE