# EXHIBIT C

W. R. Grace
Responses Received to Debtors' Eleventh Omnibus Objection to Claims

| Creditor (Filing Response) | Docket No. of Response | Claim No(s). Affected | Claim Amount Filed | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|
| Sierra Capital (Sanders Roofing Co Inc.) | 8588 | 639 | $3,384.90 | U | Insufficient Documentation | Expunge | Objection sustained. |
| Receivable Management Services (Iron Mountain Records Management Inc.) | 8609 | 339 | $7,026.79 | U | Insufficient Documentation | Expunge | Reduce and allow general unsecured non-priority claim in the amount of $1,761.96. |
| Office Depot | None | 444 | $5,282.77 | U | Insufficient Documentation | Expunge | Parties entered into stipulation reducing and allowing general unsecured non-priority claim in the amount of $2,641.34. |