IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| | **Related Docket No. 9429** |
| | **9/26/05 Agenda Item No. 20** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING
LOUISIANA CLAIMANTS ENLARGEMENT OF TIME PURSUANT TO
F.R.B.P. RULE 9006 RO RESPOND TO DEBTORS' FIFTEENTH OMNIBUS
OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS**

The undersigned hereby certifies that:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

- 2 -

1. On September 1, 2005, the Debtors' filed their Fifteenth Omnibus Objection to Asbestos Property Damage Claims (Docket No. 9315).

2. On September 14, 2005, The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board and Lafourche Parish School Board (the "Movants") filed their Emergency Motion for Enlargement of Time Pursuant to F.R.B.P., Rule 9006 to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the "Motion") (Docket No. 9429).

3. A hearing on the Motion was held on September 26, 2005. At the hearing, the Court heard arguments of counsel for the Debtors and counsel for the Movants. As requested by the Court, the Debtors and the Movants have conferred and agreed upon the attached proposed Order extending the time period in which Movants and the additional Louisiana claimants have to respond to the Motion.

4.   Accordingly the Debtors respectfully request that the Court approve the Order attached hereto as Exhibit A.

Dated: October 19, 2005

                KIRKLAND & ELLIS LLP
                James H.M. Sprayregen, P.C.
                Janet S. Baer
                Lori Sinanyan
                200 East Randolph Drive
                Chicago, Illinois 60601
                (312) 861-2000

                and

                PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

                */s/ Laura Davis Jones*
                Laura Davis Jones (Bar No. 2436)
                James E. O'Neill (Bar No. 4042)
                919 North Market Street, 16th Floor
                P.O. Box 8705
                Wilmington, DE 19899-8705 (Courier 19801)
                Telephone: (302) 652-4100
                Facsimile: (302) 652-4400

                Co-Counsel for the Debtors and Debtors in Possession