**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 9429** |
| | | **9/26/2005 Agenda Item No. 20** |

## ORDER GRANTING LOUISIANA CLAIMANTS ENLARGEMENT OF TIME PURSUANT TO F.R.B.P., RULE 9006 TO RESPOND TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS

Upon consideration of The Roman Catholic Church Archdiocese of New Orleans, Jefferson Parish School Board, and Lafourche Parish School Board's (hereinafter "Movants") Emergency Motion for Enlargement of Time Pursuant to F.R.B.P., Rule 9006 to Respond to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims, and the oral motion of counsel for certain other Louisiana claimants for the same relief, and the Court having considered the Motion and the response of the Debtors, it is hereby,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

ORDERED that the time period in which the Movants and the additional

Louisiana Claimants listed on the attached Exhibit A shall have to respond to Debtors' Fifteenth

Omnibus Objection (Substantive) to Asbestos Property Damage Claims, which is now due on

October 24, 2005, shall be extended for 90 days and this matter shall be placed on the December

19, 2005 omnibus hearing agenda for status to review whether additional time to respond may be

necessary.

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

## PROPERTY DAMAGE CLAIMANTS LOCATED IN LOUISIANA

| |
|---|
| ACADIA PARISH SCHOOL BOARD |
| CADDO PARISH SCHOOL BOARD |
| CALCASIEU PARISH SCHOOL BOARD |
| EAST BATON ROUGE PARISH SCHOOL BOARD |
| JEFFERSON PARISH SCHOOL BOARD |
| LAFAYETTE PARISH SCHOOL BOARD |
| LAFOURCHE PARISH SCHOOL BOARD |
| LASALLE PARISH SCHOOL BOARD |
| NACHITOCHES PARISH SCHOOL BOARD |
| ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW ORLEANS |
| ST. MARTIN PARISH SCHOOL BOARD |