# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD AUGUST 1, 2005 THROUGH AUGUST 31, 2005

Engagement Costs – Weja, Inc.

| 01/13/05 | Paid Skyline Duplication #10501 S#6899[2] | 205.43 |
| | Computer Assisted Research | 88.16 |
| | Matter Total Engagement Cost | 293.59 |

Engagement Costs – Chapter 11 Administration

| 08/11/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 277290 | 9.84 |
| 08/16/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 277659 | 10.78 |
| | Duplicating | 61.46 |
| | Matter Total Engagement Cost | 82.08 |

Engagement Costs – NJDEP v. WR Grace

| 06/06/05 | Paid Skyline Duplication 10501 S#6917[3] | 9951.60 |
| 06/09/05 | PD GENESYS CONF; CJS; CK# 277220[4] | 133.40 |
| 06/22/05 | Paid Merrill Communications #10501 S#6962[5] | 855.23 |
| 06/29/05 | Paid Merrill Communications #10501 S#6962[6] | 219.10 |
| 06/29/05 | Paid Merrill Communications #10501 S#6962[7] | 315.36 |
| 06/30/05 | Paid Skyline Duplication #10501 S#6962[8] | 249.74 |
| 07/13/05 | PD AMEX  TO EDISON PLAZA CORP; MEW; CK# 276957[9] | 14.00 |
| 07/13/05 | PD TRAVEL EXPENSE; MEW; CK# 277563[10] | 20.99 |
| 07/25/05 | PD UPS TO WILMINGTON DE; MEW; CK# 277032 | 7.74 |
| 07/25/05 | PD UPS TO WAYNE NJ; MEW; CK# 277032 | 7.74 |
| 07/27/05 | PD UPS TO MEMPHIS TN; MSM; CK# 277032 | 10.02 |

[2] Skyline Duplication Invoice #N3433 dated 1/13/2003 attached hereto as Exhibit 1.

[3] Skyline Duplication Invoice #M5024 dated 6/6/2005 attached hereto as Exhibit 2.

[4] Genesys Conferencing Invoice No. I – 274735 dated 7/7/2005 attached hereto as Exhibit 3.

[5] Merrill Communications LLC Invoice # 420513 dated June 22, 2005 attached hereto as Exhibit 4.

[6] Merrill Communications LLC Invoice # 422330 dated June 29, 2005 attached hereto as Exhibit 5.

[7] Merrill Communications LLC Invoice # 417346 dated June 29, 2005 attached hereto as Exhibit 6.

[8] Skyline Duplication Invoice #N5332 dated 6/30/2005 attached hereto as Exhibit 7.

[9] Charge incurred by Michael E. Waller, Esq. at Edison Plaza Corp, Newark NJ attached hereto as Exhibit 8.

[10] Direct Reimbursement Expense Report for Michael E. Waller, Esq. for July 13, 2005 – August 11, 2005 attached hereto as Exhibit 9.

| | | |
|---|---|---:|
| 07/27/05 | PD UPS TO WASHINGTON DC;  MSM; CK# 277032 | 8.95 |
| 07/27/05 | PD UPS TO UNION NJ; MEW; CK# 277032 | 7.74 |
| 08/03/05 | PD UPS TO CAMBRIDGE MA; MSM; CK# 277175 | 13.12 |
| 08/04/05 | Paid  Investigative Consultants Int'l. for services rendered #10501; S#6918[11] | 5242.50 |
| 08/04/05 | PD UPS TO UNION NJ; MSM; CK# 277175 | 11.41 |
| 08/11/05 | PD TRAVEL EXPENSE; MEW; CK# 277563[12] | 147.71 |
| 08/17/05 | PD UPS TO ROSELAND NJ; YMD; CK# 277659 | 7.74 |
| 08/17/05 | PD UPS TO BOSTON MA; YMD; CK# 277659 | 8.95 |
| 08/17/05 | PD UPS TO NEW YORK NY; YMD; CK# 277659 | 7.74 |
| 08/19/05 | PD UPS TO TRENTON NJ; AJM; CK# 277659 | 7.74 |
| 08/24/05 | Paid Environmental, Health & Safety  Waste Management for duplicating cost   #10501; S#6958[13] | 481.65 |
| | Computer Assisted Research | 2988.25 |
| | Duplicating | 440.34 |

|  | |
|---|---:|
| Matter Total Engagement Cost | 21,158.76 |

Engagement Costs – Tahari, Ltd.

| | |
|---|---:|
| Duplicating | 19.74 |
| Matter Total Engagement Cost | 19.74 |

---

[11] Investigative Consultants International Invoice # 23847 dated 8/4/2005 attached hereto as Exhibit 10.

[12] Exhibit 9.

[13] Pitney Hardin LLP  Check Requisition to Environmental, Health & Safety Waste Management dated 8/24/05 attached hereto as Exhibit 11.

1351220A01101405

# EXHIBIT 1

..... 2123028309    Page: 7/7    Date: 7/6/2005 12:08:43 PM

Document Management Technology, LLC t/a

# Skyline Duplication

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

Bill To

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, New Jersey 07932**

| 1/13/2005 | N3433 |
|---|---|

| KK | | 082910.065656 | 12/20/2004 | Stella, Frances |
|---|---|---|---|---|
| Quantity | | Description | Unit Price | Extension |
| 1,583 | BATES LABEL RANGE 1A - 1583A | | 0.06 | 94.98T |
| 1,647 | BATES LABEL RANGE 1A - 1647A | | 0.06 | 98.82T |

PAID.........................
APPROVED........
VENDOR NO.... 05359
CHECK NO.... 276201
CHARGE....... 70501

| | |
|---|---|
| **Subtotal** | $193.80 |
| **Sales Tax (6.0%)** | $11.63 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $205.43 |

Phone #    973-648-0090

Fax #    973-648-0004

E-mail    newark@skylineduplication.com

Please make checks payable to: Skyline Duplication

**Tax ID 03-0385240**

OK to Pay
082910.065656

# EXHIBIT 2

Document Management Technology, LLC t/a

# Skyline Duplication

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 6/6/2005 | M5024 |

Bill To

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Sue Parker

Ship To

| Reference/Case# | Date Requested | Ordered By |
|---|---|---|
| Trenton 082910.11099 | 6/3/2005 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 93,883 | Blowback TIFF Files B/W Straight | 0.10 | 9,388.30T |

*082910. 11099*
*114715*
*8/4/05 ok to pay*
*m/i/E.Wallin*

PAID ........................
APPROVED ........................
VENDOR NO. *05359*
CHECK NO. *276875*
CHARGE *10501*

| | |
|---|---|
| **Subtotal** | $9,388.30 |

| Phone # | 973-648-0090 |
|---|---|
| Fax # | 973-648-0004 |
| E-mail | newark@skylineduplication.com |

| | |
|---|---|
| **Sales Tax (6.0%)** | $563.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $9,951.60 |

Please make checks payable to: Skyline Duplication

**Tax ID 03-0385240**

# EXHIBIT 3

# **Genesys** Conferencing
*World's Leading Conferencing Specialist*

| Account No. | Invoice No. | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|---|
| APIT1 | I - 274735 | 7/7/2005 | 8/31/2005 | 300.34 | USD |

# TeleDirect (Resrvd Unattended) -Usage Details

Conference date  6/9/2005 10:28:15.                                                      Duration  01:17

Meeting #      43303833     UNATTENDED

Reservation ID   722178        Scheduler  Rachel Rosen              Moderator:  Marchetta Anthony

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:28:00 | US-VA | 50.00 mn | 14.50 |
| 2 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:28:24 | US-VA | 77.00 mn | 22.33 |
| 3 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:28:27 | US-VA | 50.00 mn | 14.50 |
| 4 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:28:46 | US-VA | 50.00 mn | 14.50 |
| 5 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:29:07 | US-VA | 49.00 mn | 14.21 |
| 6 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:29:57 | US-VA | 48.00 mn | 13.92 |
| 7 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:30:21 | US-VA | 35.00 mn | 10.15 |
| 8 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:31:14 | US-VA | 74.00 mn | 21.46 |
| 9 | Anonymous User | 8004231988 | TeleDirect Toll Free | 6/9/2005 10:50:56 | US-VA | 27.00 mn | 7.83 |

**Total Cost**                133.40

## TeleDirect (Resrvd Unattended)                                Summary

| Item | Quantity | Cost |
|---|---|---|
| TeleDirect Toll Free | 460.00 mn | 133.40 |

# EXHIBIT 4

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-UNION 654 RAHWAY

Pitney Hardin, LLP
200 Campus Drive
Florham Park,  NJ  07932-9999  US
**Attn:**   Greg Netzke

**Any Inquiries Call: 908-688-7300**

**Invoice #:** 420513
**Invoice Date:** 22-JUN-05
**Merrill Order #:** 002-868837
**Client Matter #:** WR Grace
**Date Received:** 15-JUN-05
**Salesperson:** RHATICAN, JULIE A

**TERMS:**   **DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **W R Grace - 2 CDs - Convert to PDF** | | |
| 2 | CD Duplication | $25.00 | $50.00 |
| 3914 | Conversion, TIFF to PDF | $.10 | $391.40 |
| 3914 | Endorsing,  Bates Numbers | $.03 | $117.42 |
| 2 | Media, CD Duplication | $25.00 | $50.00 |
| 1650 | Scanning, Light | $.12 | $198.00 |
| | Subtotal: | | $806.82 |
| | Messenger and Freight: | | $.00 |
| | Postage: | | $.00 |
| | Tax: | | $48.41 |
| | Total Invoice: | | $855.23 |

PAID
APPROVED
VENDOR NO. _10460_
CHECK NO. _277405_
CHARGE _10501_

Client Approval : ---------------------------------

Date          : ---------------------------------

_Please Pay_
_W. R. GRACE/Trenton_
_002.910 · 174-715_

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :  ,  41-2007271

# EXHIBIT 5

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-UNION 654 RAHWAY

**Any Inquiries Call: 908-688-7300**

Pitney Hardin, LLP
200 Campus Drive
Florham Park, NJ 07932-9999 US
**Attn:** Greg Netzke

**Invoice #:** 422330
**Invoice Date:** 29-JUN-05
**Merrill Order #:** 002-872356
**Client Matter #:** WR Grace
**Date Received:** 24-JUN-05
**Salesperson:** RHATICAN, JULIE A

**TERMS:      DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **W R Grace - 1 CD - Scan to CD** | | |
| 74 | Coding-Indexing-STD | $.25 | $18.50 |
| 691 | Conversion, TIFF to PDF | $.05 | $34.55 |
| 691 | Endorsing, Bates Numbers | $.03 | $20.73 |
| 2 | Media, CD Master | $25.00 | $50.00 |
| 691 | Scanning, Light | $.12 | $82.92 |
| | Subtotal: | | $206.70 |
| | Messenger and Freight: | | $.00 |
| | Postage: | | $.00 |
| | Tax: | | $12.40 |
| | **Total Invoice:** | | $219.10 |

PAID..................
APPROVED...............
VENDOR NO. 10460
CHECK NO. 277405
CHARGE.... 1080

Client's Initials: _____

Client's Initials: _____

*Please Pay*
*W. R. GRACE / Trenton*
*989910  4715*
*Jack S*

**REMIT TO:**

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

# EXHIBIT 6

# MERRILL
# COMMUNICATIONS LLC



**Location: DMS-UNION 654 RAHWAY**

Pitney, Hardin, Kipp, Szuch
200 Campus Drive
1st Floor
Florham Park, NJ  07932-9999  US
**Attn:**   Greg Netzke

**Any Inquiries Call: 908-688-7300**

**Invoice #:** 417346
**Invoice Date:** 29-JUN-05
**Merrill Order #:** 002-866048
**Client Matter #:**  W R Grace/Hamilton
**Date Received:** 09-JUN-05
**Salesperson:** RHATICAN, JULIE A

| TERMS: | DUE UPON RECEIPT | | |
|---|---|---|---|
| **QTY** | **DESCRIPTION** | **UNIT PRICE** | **TOTAL** |
| | **082910 111099 - W R Grace/Hamilton - Scan, Burn to CD- 1 Copy** | | |
| 1603 | Conversion, TIFF to PDF | $.05 | $80.15 |
| 1 | Media, CD Master | $25.00 | $25.00 |
| 1603 | Scanning | $.12 | $192.36 |
| | **Subtotal:** | | **$297.51** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage:** | | **$.00** |
| | **Tax:** | | **$17.85** |
| | **Total Invoice:** | | **$315.36** |

PAID...............
APPROVED...........
VENDOR NO. 10160
CHECK NO. 277405
CHARGE. 1000

Client Approval : ————————————————

Date         : ————————————————

*Please pay
W.R. GRACE/Trenton
082910 A14715
Work s/#
Mark Morgan*

REMIT TO:
    MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

# EXHIBIT 7

_at Management Technology, LLC t/a

# Skyline Duplication

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 6/30/2005 | N5332 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Greg Netzke

**Ship To**

| Reference/Case# | Date Requested | Ordered By |
|---|---|---|
| 082910-114715 | 6/30/2005 | Netzke, Greg |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1,096 | Blowback PDF Files B/W Straight | 0.10 | 109.60T |
| 84 | Oversize (per sq. ft.)Assorted sizes | 1.50 | 126.00T |

PAID...........
APPROVED.....
VENDOR NO... 05357
CHECK NO... 207409
CHARGE.... 70501

*Please pay*
*W.R. GRACE / Trenton*
*082910-114715*
*Mark s/by*
*Mark Morgan*

| | |
|---|---|
| **Subtotal** | $235.60 |
| **Sales Tax (6.0%)** | $14.14 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $249.74 |

Phone #     973-648-0090

Fax #     973-648-0004

E-mail     newark@skylineduplication.com

Please make checks payable to: Skyline Duplication

**Tax ID 03-0385240**

# EXHIBIT 8

\

| 07/14/05 | EDISON PLAZA CORP | NEWARK | NJ | 00000005461 | 082910-114715 | 14.00 |
| | 000005461 PARKING | | 07/13/05 | | | |
| | PARKING | | | | | |

**Total for MICHAEL E WALLER**

| | |
|---|---|
| New Charges/Other Debits | 917.80 |
| Payments/Other Credits | 0.00 |

# EXHIBIT 9

RECEIVED
AUG 19 2005

DIRECT REIMBURSEMENT EXPENSE REPORT
NAME _____ MICHAEL E. WALLER _____

Period From: _____ July 13, 2005
To: _____ August 11, 2005

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Show details on Page 2 | | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|-----------------------------------------------------------|---------------|--------|------------------|------------------|----------------------------|------------------|----------------|----------------------------------------|
| | | Miles | Amount | | | Business Meals | Other Expenses | | |
| 7/13/2005 | Travel to and from NYC to meet with W. Jacobson, S. Thompson and defense group. Subway and pathtrains - $6.00 | 37.00 | $14.99 | $6.00 | | | | $20.99 | 082910.114715 |
| 8/11/2005 | Travel to and from Grace's offices in Cambridge for meeting with B. O'Connell and document review. | 64.00 | $25.92 | | | | | $25.92 | 082910.114715 |
| 8/11/2005 | Cab fare from airport to Cambridge | | $60.00 | | | | | $60.00 | 082910.114715 |
| 8/11/2005 | Cab fare from Cambridge to airport | | $55.00 | | | | | $55.00 | 082910.114715 |
| 8/11/2005 | Meal at airport | | | | | | $6.79 | $6.79 | 082910.114715 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Expenses Reported  $  168.70

I certify that I have incurred all the expenses above on behalf of the Firm and that they are directly related to the active conduct of the Firm's business.

Signature _____  Date  8/19/05

8/19/2005

PAID
AUG 30 2005

10501

# EXHIBIT 10

# Invoice

**Investigative Consultants International**
231 North Avenue, Suite 302
Westfield, NJ 07090

| DATE | INVOICE # |
|------|-----------|
| 8/4/2005 | 23847 |

| BILL TO |
|---------|
| Pitney, Hardin, Kipp & Szuch |
| 200 Campus Drive |
| Florham Park, New Jersey 07932 |
| Attn:Anthony Marchetta, Esq. |

| CASE TITLE |
|------------|
| WR Grace |
| Locate former employees |

| OUR CASE # | TERMS |
|------------|-------|
| 2708-05 | Due on receipt |

| DATE | SERVICE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|---------|-------------|----------|------|--------|
| 6/28/2005 | Database | EZ conducts research to locate subjects. Compile report with info on all subjects. | 9 | 95.00 | 855.00 |
| 7/1/2005 | Investigation | EZ conducts research for additional subjects. Forwards report. | 4 | 95.00 | 380.00 |
| 8/1/2005 | Investigation | SJB conducts additional research and calls to locate subject.  Updates client with information. | 2.5 | 95.00 | 237.50 |
| | Database | Database Research | 58 | 65.00 | 3,770.00 |
| | Legend | MWB, Michael W. Boyle; SJB, Stephen J. Biss;  JH, Joseph Higgins; TT, Thomas Tykowski; EC, Edward Corrales; SR, Stanley Rusniak; RH, Robert Higgins; RB, Robert Bennett. | | | 0.00 |
| | Questions | In the event you should have any questions regarding our invoice, please contact our offices at (908) 518-9185. | | 0.00 | 0.00 |

082910·114715
WRGrace / NJDEP

FEDERAL TAX ID # 22-3416362

| Total | $5,242.50 |
|-------|-----------|

PAID..................................
APPROVED.........................
VENDOR NO....11385
CHECK NO....277229
CHARGE...........1030

# EXHIBIT 11

# PITNEY, HARDIN, KIPP & SZUCH LLP
## CHECK REQUISITION

PAYEE __Environmental, Health & Safety Waste Management__    DATE __8/24/05__

CLIENT __W.R. Grace__    PAID .......................... NO. _____

MATTER __NJDEP__    APPROVED ..........    NO. _____

DESCRIPTION __Duplicating cost__    VENDOR NO. _____

CHECK NO. _____

CHARGE ..........

AMOUNT $ _____

AUTHORIZED SIGNATURE

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.[1]*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: November 11, 2005 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in

good standing of the bars of the State of New Jersey, the United States District Court for the

District of New Jersey, the United States Court of Appeals for the Third Circuit, the United

States District Court for the Northern District of New York, the United States District Court for

the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.  I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated:  October 17, 2005

Respectfully submitted,  
PITNEY HARDIN LLP

Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950

1351400A01101405