## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 9, 2005 at 4:00 p.m.**
**Hearing date:  To be scheduled, only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Forty-Fourth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from September 1, 2005 through September 30, 2005,

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $13,118.50 and reimbursement for actual and necessary expenses in the amount of $731.74 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 9, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
        October 20, 2005

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:     (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:        wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
e-mail:        lkruger@stroock.com


*Co-Counsel for the Official Committee of Unsecured Creditors of
W. R. Grace & Co., et al.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:                                              Chapter 11

**W.R. Grace & Co., et al.**                        Case No. 01-01139 (JKF)

                                    Debtors.        Jointly Administered

                                                    **Objection Date:  November 9, 2005 at 4:00 p.m.**
                                                    **Hearing Date:  To be scheduled, only if objections are**
                                                    **timely filed and served**

**FORTY-FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005**

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **September 1, 2005 through September 30, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$13,118.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$731.74** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hours and the corresponding compensation requested is approximately $185.00[2]

This is the forty-fourth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Forty-fourth Monthly Fee Application.  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

## Monthly Interim Fee Applications

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| | | | | | |
|---|---|---|---|---|---|
| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04-9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05-5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05-6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05-7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05-8/31/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |

## Quarterly Fee Applications

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |
|---|---|---|---|---|---|
| May 18, 2005 | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |
| August 15, 2005 | 4/1/05 – 6/30/05 | $45,254.50 | $1,148.39 | | |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON. DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

October 20, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1126956                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 18.00 | hrs. at | $525.00 /hr. = | $9,450.00 | |
| RW RILEY | PARTNER | 0.70 | hrs. at | $415.00 /hr. = | $290.50 | |
| WS KATCHEN | PARTNER | 2.00 | hrs. at | $575.00 /hr. = | $1,150.00 | |
| CM WINTER | ASSOCIATE | 3.10 | hrs. at | $310.00 /hr. = | $961.00 | |
| VL AKIN | PARALEGAL | 6.80 | hrs. at | $185.00 /hr. = | $1,258.00 | |
| V MARCHELLO | LEGAL ASSISTAN | 0.10 | hrs. at | $90.00 /hr. = | $9.00 | |
| | | | | | | $13,118.50 |

| DISBURSEMENTS | | |
|---|---|---|
| MEETING EXPENSE | 16.55 | |
| MESSENGER SERVICE | 199.00 | |
| MISCELLANEOUS | 50.00 | |
| OVERNIGHT MAIL | 17.13 | |
| POSTAGE | 3.60 | |
| PRINTING & DUPLICATING | 10.35 | |
| PRINTING & DUPLICATING - EXTERNAL | 435.11 | |
| TOTAL DISBURSEMENTS | | $731.74 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $13,850.24 |
| PREVIOUS BALANCE | $71,230.33 |
| TOTAL BALANCE DUE | $85,080.57 |

Duane Morris
October 20, 2005
Page 2

File # K0248-00001                                          INVOICE #  1126956
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/7/2005 | 003 | MR LASTOWSKI | REVIEW JULY MONTHLY OPERATING REPORT | 0 20 | $105 00 |
| | | | Code Total | 0.20 | $105.00 |

Duane Morris
October 20, 2005
Page 3

File # K0248-00001                                      INVOICE #  1126956
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/6/2005 | 004 | V MARCHELLO | PREPARE LETTER TO KEN PASQUALE, LEWIS KRUGER AND ARLENE KRIEGER FORWARDING THEM 2005 WL 1869200 PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 9/22/2005 | 004 | RW RILEY | REVIEWING AGENDA AND MATTERS FOR 9/26/05 OMNIBUS HEARING. | 0.50 | $207.50 |
| 9/26/2005 | 004 | WS KATCHEN | UPDATE LEGISLATION. | 0.20 | $115.00 |
| | | | Code Total | 0.80 | $331.50 |

Duane Morris
October 20, 2005
Page 4

File # K0248-00001                                                      INVOICE #  1126956
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/2/2005 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY QUESTIONNAIRE ISSUES | 4.30 | $2,257.50 |
| 9/2/2005 | 005 | MR LASTOWSKI | REVIEW CASE MANAGEMENT ORDERS FOR ASBESTOS CLAIMS | 0.30 | $157.50 |
| 9/5/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (SPEIGHTS AND RUNYAN) | 0.80 | $420.00 |
| 9/5/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S PRESENTATION AT 8/29/05 OMNIBUS HEARING | 0.60 | $315.00 |
| 9/8/2005 | 005 | MR LASTOWSKI | REVIEW MOTION OF CERTAIN INSURERS FOR ACCESS TO 2019 STATEMENTS | 0.30 | $157.50 |
| 9/9/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: CERTAIN LATE CLAIMS. | 0.20 | $115.00 |
| 9/13/2005 | 005 | MR LASTOWSKI | REVIEW PLEADINGS AND CORRESPONDENCE RE: ASBESTOS PERSONAL INJURY QUESTIONNAIRE | 2.80 | $1,470.00 |
| 9/13/2005 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO DEPOSE CLAIMANT'S ATTORNEYS | 0.30 | $157.50 |
| 9/19/2005 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S OBJECTION TO MOTION OF CERTAIN INSURERS FOR AN ORDER GRANTING ACCESS TO 2019 STATEMENTS | 0.20 | $105.00 |
| 9/19/2005 | 005 | MR LASTOWSKI | REVIEW BARON AND BUDD'S S OBJECTION TO MOTION OF CERTAIN INSURERS FOR AN ORDER GRANTING ACCESS TO 2019 STATEMENTS | 0.20 | $105.00 |
| 9/23/2005 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO FIFTEENTH OMNIBUS OBJECTION TO CLAIMS | 0.40 | $210.00 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW STIPULATION AND ORDER RE: LATE CLAIMS (ONE BEACON INS. AND SEATON INS.). | 0.20 | $115.00 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE OBJECTION. | 0.20 | $115.00 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW MOTION RE:  CMO. | 0.20 | $115.00 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S LIMITED OBJECTION TO MOTION BY ROMAN CATHOLIC CHURCH. | 0.10 | $57.50 |
| 9/26/2005 | 005 | WS KATCHEN | REVIEW CMO RE:  SPERGULS & RUNYAM. | 0.10 | $57.50 |
| | | | Code Total | 11.20 | $5,930.00 |

Duane Morris
October 20, 2005
Page 5

File # K0248-00001                                      INVOICE #  1126956
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/13/2005 | 010 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S MOTION TO RETAIN SPECIAL COUNSEL | 0.30 | $157.50 |
| | | | Code Total | 0.30 | $157.50 |

Duane Morris
October 20, 2005
Page 6

File # K0248-00001                                        INVOICE #  1126956
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/7/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING AUGUST 2005 FEE APPLICATION | 0.30 | $55.50 |
| 9/8/2005 | 012 | VL AKIN | BILLING ISSUES REGARDING THE SIXTEENTH INTERIM FEE APPLICATION OF DUANE. REVIEW FEE AUDITOR'S FINAL REPORT FOR SAME | 0.40 | $74.00 |
| 9/14/2005 | 012 | VL AKIN | CORRESPONDENCE WITH THE FEE AUDITOR REGARDING FEES AND EXPENSES FROM THE 16TH INTERIM PERIOD | 0.20 | $37.00 |
| 9/15/2005 | 012 | VL AKIN | REVIEW BILLS FOR AUGUST 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 9/20/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR JULY 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 9/21/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE JULY 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 9/30/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING 43RD MONTHLY FEE APPLICATION FOR DUANE MORRIS | 0.10 | $41.50 |
| 9/30/2005 | 012 | VL AKIN | FILE AND SERVE THE AUGUST 2005 FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| 9/30/2005 | 012 | VL AKIN | PREPARE AUGUST 2005 FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| | | | Code Total | 3.20 | $615.00 |

Duane Morris
October 20, 2005
Page 7

File # K0248-00001                                          INVOICE #  1126956
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 9/2/2005 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE RECOVERY 17TH INTERIM FEE APPLICATION | 0.10 | $52.50 |
| 9/2/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE JUNE 2005 FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| 9/8/2005 | 013 | MR LASTOWSKI | REVIEW AND SIGN NOTICE OF STROOCK JULY 2005 FEE APPLICATION | 0.10 | $52.50 |
| 9/8/2005 | 013 | VL AKIN | FILE JULY 2005 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 9/9/2005 | 013 | VL AKIN | FILE CERTIFICATE OF SERVICE FOR JULY FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 9/12/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING THE SIXTEENTH QUARTERLY FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 9/12/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE 16TH QUARTERLY FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 9/29/2005 | 013 | VL AKIN | FILE AUGUST 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 9/30/2005 | 013 | RW RILEY | REVIEWING AND EXECUTING CERTIFICATE OF NO OBJECTION FOR STROOCK'S INTERIM FEE APPLICATION FOR JULY 1, 2005-JULY 31, 2005 | 0.10 | $41.50 |
| 9/30/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING JULY 2005 FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| 9/30/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE JULY 2005 FEE APPLICATION OF STROOCK | 0.20 | $37.00 |
| | | | Code Total | 2.20 | $498.00 |

Duane Morris
October 20, 2005
Page 8

File # K0248-00001                                         INVOICE #  1126956
       W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 9/19/2005 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR 9/26/05 AND ITEMS IDENTIFIED THEREON | 2.80 | $1,470.00 |
| 9/19/2005 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR 9/26/05 AND ITEMS IDENTIFIED THEREON | 3.10 | $1,627.50 |
| 9/26/2005 | 015 | CM WINTER | MEETING WITH KEN PASQUALE AND ATTENDING OMNIBUS HEARING | 3.10 | $961.00 |
| | | | Code Total | 9.00 | $4,058.50 |

File # K0248-00001                                          INVOICE #  1126956
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 9/9/2005 | 016 | VL AKIN | EDIT, FILE AND SERVE COMMITTEE'S JOINDER TO STATE OF MONTANA MOTION. PREPARE CERTIFICATE OF SERVICE. REVIEW OF DOCKET. | 1.80 | $333.00 |
| 9/22/2005 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S ADVERSARY PROCEEDING AGAINST THE STATE OF NEW JERSEY (W.R. GRACE V. CAMPBELL) | 1.20 | $630.00 |
| 9/26/2005 | 016 | WS KATCHEN | REVIEW §105 COMPLAINT AND MOTION V. STATE OF NEW JERSEY. | 0.80 | $460.00 |
| | | | Code Total | 3.80 | $1,423.00 |

Duane Morris
October 20, 2005
Page 10

File # K0248-00001                                    INVOICE # 1126956
    W.R. GRACE & CO.

|                | | |
| -------------- | ----- | ----------- |
| TOTAL SERVICES | 30 70 | $13,118.50 |

File # K0248-00001                                            INVOICE #  1126956
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 9/30/2005 | PRINTING & DUPLICATING - EXTERNAL | | 188.43 |
| 9/30/2005 | PRINTING & DUPLICATING - EXTERNAL | | 246.68 |
| | | Total: | $435.11 |
| 9/30/2005 | POSTAGE | | 3.60 |
| | | Total: | $3.60 |
| 9/30/2005 | MEETING EXPENSE | | 16.55 |
| | | Total: | $16.55 |
| 9/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WARREN H. SMITH ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790663162282) | | 10.11 |
| 9/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790663165958) | | 7.02 |
| | | Total: | $17.13 |
| 9/30/2005 | MESSENGER SERVICE | | 199.00 |
| | | Total: | $199.00 |
| 7/29/2005 | MRL/TELEPHONICBKRPTCYCOURTHEARING/COURTCALL | | 50.00 |
| | | Total: | $50.00 |
| 9/30/2005 | PRINTING & DUPLICATING | | 0.45 |
| 9/30/2005 | PRINTING & DUPLICATING | | 9.90 |
| | | Total: | $10.35 |
| | TOTAL DISBURSEMENTS | | $731.74 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Virginia L. Akin, certify that I am not less than 18 years of age, and that service of a

copy of the **Forty-fourth Monthly Fee Application of Duane Morris LLP for Compensation**

**for Services Rendered and Reimbursement of Expenses as Counsel to the Official**

**Committee of Unsecured Creditors for the Period from September 1, 2005 through**

**September 30, 2005** was made on October 20, 2005, upon:

All of the parties listed on the attached Service List as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: October 20, 2005

_____
Virginia L. Akin, Paralegal
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
Email:        vlakin@duanemorris.com

***Hard Copy Via Hand Delivery***

David Klauder, Esquire
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801

***Via Overnight Mail***

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

***Via E-Mail***

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
feeaudit@whsmithlaw.com

WLM\211882.1