Tom L. Lewis
Mark M. Kovacich
Lewis, Slovak, & Kovacich, P.C.
P. O. Box 2325
Great Falls, MT 59403
(406) 761-5595

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |
| | APPENDIX TO CLAIMANTS' RESPONSES |

### APPENDIX FOR CLAIMANTS' RESPONSES TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS

Mark M. Kovacich of Lewis, Slovak & Kovacich, P.C., provides this Appendix to the Responses to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims filed on behalf of the following Libby claimants, as follows:

George James Bauer (Claim No. 00004712); Eugene Braley (Claim No. 4711); Tim Brown (Claim Nos. 4713 and 4714); Dan Bundrock (Claim No. 9674); David Christiansen (Claim No. 13910); John Clemons (Claim No. 4710); Eddy Cole (Claim No. 5559); Heidi Drake (Claim No. 13911); Rodney Erickson (Claim No. 5557); Geraldine Fletcher (Claim No. 5562); Danny Freebury (Claim No. 5554); Charlene Garrison (Claim No. 5564); Mary Geer (Claim No. 5555); Sally Hansen (Claim No. 5556); Keith Hedahl (Claim No. 5558); Jack Judkins (Claim No. 6087); Doug Kelly (Claim No. 6092); Joseph Kelly (Claim No. 9668); Lawrence Kelly (Claim No. 4396); Celia Jane Kvapil (Claim No. 6093); Dean Leckrone (Claim No. 13909); Arnold Lehnert (Claim No. 9662); Duane Lindsay (Claim No. 6094); Sandy McAllister (Claim No. 6095); Vern McCully (Claim No. 6096); Roy McMillan for Robert McMillan Estate (Claim No. 9663); Don Munsel (Claim No. 9667); Barbara Nelson (Claim No. 6086); Geraldine Nelson (Claim Nos. 6083, 6084, and 6085); Pete Nelson (Claim No. 9669); Mike Noble (Claim Nos. 9672 and 9673); Montana Silver & Gold c/o Dave Orr (Claim No. 9671); Howard Orr (Claim No. 9666); Melvin Parker (Claim Nos. 9657 and 9658); John Riewoldt (Claim No. 9665); Vicky Serna (Claim No. 9664); Barbara Spencer (Claim Nos. 9660 and 9661); John Wagner (Claim No. 9670); Mike Wagner (Claim No. 6089); Dennis Welch (Claim No. 6090); and Robert Welch (Claim No. 6091).

## APPENDIX

1. Transcript of Jury Trial Proceedings, August 23, 1990, <u>Mildred E. Johnson, Plaintiff, vs. W. R. Grace and Company, Defendant</u>, U.S. District Court, Montana District, Missoula Division, Civil Docket No. 88-145-M-HP.

2. Deposition of Alan R. Stringer, taken March 6, 2001, in <u>Mel Parker and Lerah Parker, Plaintiffs, vs. W. R. Grace & Company (Connecticut), et al.</u>, Montana Eight Judicial District, Cascade County Cause No. ADV-00-669.

3. Deposition of Mel Parker, taken January 9, 2001, in <u>Mel Parker and Lerah Parker, Plaintiffs, vs. W. R. Grace & Company (Connecticut), et al.</u>, Montana Eight Judicial District, Cascade County Cause No. ADV-00-669.

4. Deposition of Lerah Parker, taken January 9, 2001, in <u>Mel Parker and Lerah Parker, Plaintiffs, vs. W. R. Grace & Company (Connecticut), et al.</u>, Montana Eight Judicial District, Cascade County Cause No. ADV-00-669.

5. U. S. Environmental Protection Agency 12/20/2001 Memorandum from Christopher P. Weis, Ph.D., DABT (Senior Toxicologist/Science Support Coordinator, Libby Asbestos Site) to Paul Peronard, On-Scene Coordinator, Libby Asbestos Site, regarding <u>Amphibole Mineral Fibers in Source Materials in Residential and Commercial Areas of Libby Pose an Imminent and Substantial Endangerment to Public Health</u> (19 pages).

6. U.S. E.P.A. National Priorities List, <u>NPL Site Narrative for Libby Asbestos</u>, Federal Register Notice of October 24, 2002 (URL: http://www.epa.gov/superfund/sites/npl/nar1661.htm)

7. U.S. E.P.A. Fact Sheet Number 10, <u>Annual Sampling and Cleanup Update, February, 2004</u>.

8. U.S. E.P.A. Information Updates, <u>BNSF Cleanup</u>, dated August 23, 2004, (URL: http://www.epa.gov/region8/superfund/libby/q82304.html).

9. U.S. E.P.A. Information Updates, <u>Post-Cleanup Sampling</u>, dated November 29, 2004 (URL: http://www.epa.gov/region8/superfund/libby/q112904.html).

10. U.S. E.P.A. Libby Community Advisory Group Meeting Summary, dated April 8, 2004, (URL: http://www.epa.gov/region8/superfund/libby/cag040804.html)

11. U.S. E.P.A. Libby Community Advisory Group Meeting Summary, dated May 13, 2004, (URL: http://www.epa.gov/region8/superfund/libby/cag051304.html)

12. U.S. E.P.A. Fact Sheet Number 10, <u>Annual Sampling and Cleanup Update, February, 2005</u>.

13. U.S. E.P.A. Information Updates, Risk Assessment Sampling, dated April 4, 2005, (URL: http://www.epa.gov/region8/superfund/libby/q040405.html).

14. U.S. E.P.A. Superfund and You, A Libby Progress Update, column, dated 6/29/2005 (URL: http://www.epa.gov/region8/superfund/libby/ci4060905.pdf).

15. U.S. E.P.A. Human Health Risk Assessment summary, last updated July 5, 2005, on the U.S. E.P.A. website (URL: http://www.epa.gov/region8/superfund/libby/risk.html).

16. U.S. E.P.A., EPA Newsroom article W.R. Grace and Excecutives, Charged with Endangering Libby, Montana Community, Fraud, and Obstruction of Justice, 2/7/05 (URL: http://yosemite/epa.gov/opa/admpress.nsf/DisplayView/NT00004446?OpenDocument).

17. U.S. E.P.A. Region 8 - Libby Asbestos Site Background, last updated 8/10/2005 (URL: http://www.epa.gov/region8/superfund/libby/background.html).

18. Libby Community Advisory Group Meeting Summary, for September 15, 2005 (9 pages).

19. Libby Community Advisory Group Meeting Summary, for January 13, 2005 (15 pages).

Respectfully submitted this 20 day of October, 2005.

Lewis, Slovak & Kovacich, P.C.

By: _____
Mark M. Kovacich
P.O. Box 2325
Great Falls, MT 59403
(Attorneys for Claimant)

## CERTIFICATE OF SERVICE

I hereby certify that a true and legible copy of the foregoing Response to Debtors' Fifteenth Omnibus Objection to Claims (Non-Substantive) was served on the 20th day of October, 2005, by Federal Express courier, upon the following:

/////

Co-Counsel for the Debtors:

Katherine Phillips
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
fax 312-861-2200

David Carickhoff, Jr.
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, Suite 1700
P. O. Box 8705
Wilmington, DE 19899-8705
fax 302-652-4400

Counsel to the Official Committee of Unsecured Creditors:

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
fax 212-806-6006

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
fax 302-657-4901

Counsel to the Official Committee of Property Damage Claimants:

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod
First Union Financial Center
200 Southy Biscayne Boulevard, Suite 2500
Miami, FL 33131
fax 305-374-7593

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
fax 302-575-1714

Counsel to the Official Committee of Personal Injury Claimants:

Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
fax 212-644-6755

Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
fax 302-426-9947

Counsel to the Official Committee of Equity Holders:

Thomas M. Mayer
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
fax 212-715-8000

Teresa K.D. Currier
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
fax 302-552-4220

Counsel to the Future Claimants' Representative:

Richard W. Wyron
Swidler, Berlin, Shereff, Friedman LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
fax 202-424-7643

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
302-655-4210

Office of the United States Trustee:

Office of the United States Trustee
Attention: David Klauder
844 N. King Street
Wilmington, DE 19801
fax 302-573-6497