* * * * * * * * * * * * * * *

MEL PARKER and LERAH PARKER, Plaintiffs

vs

W.R. GRACE & COMPANY (CONNECTICUT); W.R. GRACE &
COMPANY (DELAWARE); KOOTENAI DEVELOPMENT COMPANY;
MICHAEL D. RAY d/b/a RAY ENGINEERING; ROBINSON
INSULATION COMPANY, JACK DeSHAZER; and DOES A-E,
Defendants

CAUSE NO. ADV-00-669

* * * * * * * * * * * * * * *



D E P O S I T I O N

OF

LERAH PARKER

Taken at the Venture Inn
443 U.S. Highway 2 West
Libby, Montana
Tuesday, January 9, 2001
1:30 p.m.

Reported by Debra M. Hedman, RPR, RMR
Hedman, Asa & Gilman Reporting, Inc.
947 South Main, P.O. Box 394
Kalispell, Montana 59903-0394
(406)752-5751

**1**

```
1              IN THE DISTRICT COURT OF THE EIGHTH

2            JUDICIAL DISTRICT OF THE STATE OF MONTANA

3               IN AND FOR THE COUNTY OF CASCADE

4    CAUSE NO. ADV-00-669

5    MEL PARKER and LERAH PARKER,       )

6                 Plaintiffs,           )

7            vs                         )

8    W.R. GRACE & COMPANY               )
     (CONNECTICUT); W.R. GRACE &        )
9    COMPANY (DELAWARE); KOOTENAI       )
     DEVELOPMENT COMPANY; MICHAEL D.    )
10   RAY d/b/a RAY ENGINEERING;         )
     ROBINSON INSULATION COMPANY;       )
11   JACK DeSHAZER; and DOES A-Z,       )
                                        )
12               Defendants.            )

13   _____

14

15                 D E P O S I T I O N

16                        OF

17                 LERAH LORENE PARKER

     (On Behalf of Defendants W.R. Grace & Company
18         and Robinson Insulation Company)

19

20                Taken at the Venture Inn
21               443 U.S. Highway 2 West
                    Libby, Montana
22            Tuesday, January 9, 2001
                    1:30 p.m.
23

24

25   Reported by Debra M. Hedman, RPR, RMR, and Notary
     Public for the State of Montana, Flathead County
```

**3**

```
1

2              S T I P U L A T I O N S

3

4         It was stipulated by and between counsel

5    for the respective parties that the deposition be

6    taken by Debra M. Hedman, Registered Professional

7    Reporter, Registered Merit Reporter and Notary

8    Public for the State of Montana, residing in

9    Flathead County, Montana.

10        It was further stipulated and agreed by

11   and between counsel for the respective parties that

12   the deposition be taken at the time and place set

13   out on the caption and pursuant to the Montana Rules

14   of Civil Procedure.

15        It was further stipulated and agreed by

16   and between counsel for the respective parties and

17   the witness that the reading and signing of the

18   deposition would be expressly reserved.

19

20

21

22

23

24

25
```

**2**

```
1

2              A P P E A R A N C E S

3

4    APPEARING ON BEHALF OF THE PLAINTIFFS:

5        Tom L. Lewis, Esq.
         Lewis, Huppert & Slovak, P.C.
6        P.O. Box 2325
         Great Falls, Montana 59403
7

8    APPEARING ON BEHALF OF THE PLAINTIFFS:

9        Erik B. Thueson, Esq.
         Thueson & Lamb
10       P.O. Box 535
         Helena, Montana 59624
11

12   APPEARING ON BEHALF OF DEFENDANTS W.R. GRACE &
     COMPANY and ROBINSON INSULATION COMPANY:
13
         Terry MacDonald, Esq.
14       Garlington, Lohn & Robinson, PLLP
         P.O. Box 7909
15       Missoula, Montana 59807-7909

16

17   APPEARING ON BEHALF OF THE DEFENDANT DeSHAZER:

18       Gary Kalkstein, Esq.
         Kalkstein Law Offices
19       P.O. Box 8568
         Missoula, Montana  59807-8568

20

21   ALSO PRESENT:

22       Mel Parker
         Richard A. Senftleben, Grace Counsel
23       Kenneth Lund, Grace Counsel

24

25
```

**4**

```
1
2
3                   I N D E X

4    EXAMINATION                              PAGE

5    BY MR. MacDONALD                           5

6    BY MR. KALKSTEIN                          145

7

8

9

10

11

12   EXHIBITS     DESCRIPTION                  PAGE

13      3        Summary of business values   (Marked after
                 for Raintree Nursery             depo.)
14
```

**PARKER vs W.R.GRACE & COMPANY**                    **Deposition of LERAH PARKER**

---

**5**

1    LERAH LORENE PARKER,
2  having been first duly sworn to tell the truth, the
3  whole truth, and nothing but the truth, testified
4  upon her oath as follows:
5                    EXAMINATION
6  BY MR. MacDONALD:
7       Q   Please state your full name.
8       A   Lerah Lorene Parker.
9       Q   And Mrs. Parker, how would you like to be
10 addressed during the deposition today?
11      A   Lerah.
12      Q   Lerah, have you ever had your deposition
13 taken before?
14      A   No.
15      Q   Have you ever testified in court before?
16      A   Yes.
17      Q   More than once?
18      A   No.
19      Q   The one time in the fraud case?
20      A   Yes.
21      Q   Let me just run through the ground rules
22 that I ran through with your husband.  You're aware
23 that you're under oath?
24      A   Yes.
25      Q   And if you could try to remember to wait

---

**6**

1  until after I finish my question before you begin to
2  answer.  Can you remember to try to do that?
3       A   Yes.
4       Q   Also, if you would remember to answer
5  audibly.  You're doing fine.  Okay?
6       A   Yes.
7       Q   And the last one, and probably the most
8  important, is you and I need to communicate with one
9  another.  So if I don't ask something that you
10 completely understand, please don't be bashful, tell
11 me that.  I'll rephrase it so that we can be
12 confident you're answering the question that's being
13 asked.  Okay?
14      A   Yes.
15      Q   Lerah, how old are you?
16      A   I'm 51.
17      Q   And you are married to Mel Parker?
18      A   Yes.
19      Q   When did you marry Mel?
20      A   September 2nd, 1986.
21      Q   And that was your third marriage?
22      A   That is correct.
23      Q   And you have two children from a previous
24 marriage?
25      A   That is correct.

---

**7**

1       Q   And how many grandchildren do you have?
2       A   I have four grandchildren.
3       Q   Are any of your children or grandchildren
4  dependent on you for support?
5       A   No.
6       Q   Lerah, your first husband died; is that
7  right?
8       A   Yes.
9       Q   How did he die?
10      A   He had a brain tumor.
11      Q   And did he die within the first year you
12 were married?
13      A   No.
14      Q   Were you divorced at the time he died?
15      A   Yes.
16      Q   How long were you married to him?
17      A   Three years.
18      Q   Then you married a Mr. Kelly?
19      A   Yes.
20      Q   And you were divorced in the early '80s?
21      A   Yes.
22      Q   Lerah, do you have any injuries as a
23 result of any wrongdoing by Grace or the other
24 defendants?
25      A   Physical injuries or mental injury?

---

**8**

1       Q   Physical?
2       A   No.
3       Q   Do you have any mental injuries?
4       A   Yes.
5       Q   Could you describe those for me.
6       A   I'm very depressed.  Very upset.
7       Q   Have you sought any medical depression --
8  or, medical attention for your depression?
9       A   Yes.
10      Q   And who have you been seeing?
11      A   I went to the Libby Clinic and saw
12 Dr. Mills.  He gave me a prescription.
13      Q   And what prescription?
14      A   Zoloft.
15      Q   How long have you been on Zoloft?
16      A   Since either May or June.
17      Q   Has that seemed to help some?
18      A   Some.
19      Q   Had you ever sought any psychological
20 medical assistance before June of last year?
21      A   No.
22      Q   Had you ever been through any type of
23 counseling before June?
24      A   No.
25      Q   Are you in any counseling now?

---

**HEDMAN, ASA & GILMAN, INC. - 752-5751**                    **Page 5 to Page 8**

9

1   A   No.
2   Q   Now, the only medical treatment you have
3   had for depression is seeing Dr. Mills one time and
4   he prescribed Zoloft?
5   A   Yes.
6   Q   What were the symptoms of your depression?
7   A   I was waking up at night crying.
8   Q   And what was causing the crying?
9   A   The fact that what you have done to my
10  children, my grandchildren.
11  Q   About asbestos being on the property?
12  A   Yes. How you have affected tens lives and
13  how you answer the question when your granddaughters
14  ask if they're going to die. You wake up every
15  night with that question.
16  Q   Has the Zoloft helped you since in terms
17  of waking up at night?
18  A   Yes.
19  Q   Have you had any other symptoms?
20  A   Just very angry.
21  Q   For the same reasons?
22  A   Yes.
23  Q   Lerah, is it safe to say that your anger
24  and being upset is more related to future problems
25  that your family may have with regard to their

10

1   physical health than it is to the property damage
2   that you have suffered?
3   A   It's both.
4   Q   Lerah, have you received any results of
5   the screening that you have gone through?
6   A   No.
7   Q   Have you inquired about the status of
8   those screening results?
9   A   Yes, I have.
10  Q   When's the last time?
11  A   My daughter was here from North Carolina
12  and we went to see Dr. Black last week to see what
13  the results were of her children.
14  Q   And had he received the results for the
15  children?
16  A   He reviewed the x-rays and said he would
17  like to review them in another five years.
18  Q   But for right now they were fine?
19  A   Yes.
20  Q   How about your x-rays? Has anyone
21  reviewed your x-rays?
22  A   No.
23  Q   Have you inquired into the status of your
24  screening; yours or Mel's?
25  A   Yes, I've asked Dr. Black.

11

1   Q   And what has he replied?
2   A   He has not heard anything back from them.
3   Q   Lerah, where did you grow up?
4   A   I grew up in Oregon and in Butte, Montana.
5   In Whitehall, Montana.
6   Q   And at least in the early '80s you worked
7   for St. Regis; is that right?
8   A   Yes.
9   Q   That was prior to them being bought out by
10  Champion?
11  A   That is correct.
12  Q   What did you do for them?
13  A   I worked in the plywood plant and
14  different parts of the mill and I worked in the
15  office and then I was transferred to the nursery.
16  Q   How long were you in the nursery before
17  you quit that job?
18  A   I didn't quit that job. That job was
19  dissolved because of the buy-out.
20  Q   Okay.
21  A   I was moved to the office.
22  Q   Okay. Was the job eliminated with
23  Champion?
24  A   Yes.
25  Q   And you didn't want to work in the office?

12

1   A   My office position was eliminated.
2   Q   Oh. It was an office position in the
3   nursery?
4   A   No. I worked as an assistant in the
5   nursery and then I was transferred from nursery to
6   payroll clerk, and then when the log department went
7   down the payroll clerk position got eliminated.
8   Q   Did you apply with Champion to get back
9   into the nursery department?
10  A   No.
11  Q   Do you know if there were any openings?
12  A   There were no openings.
13  Q   How long were you in the nursery
14  department?
15  A   Probably three years.
16  Q   And what did you do there?
17  A   I was assistant manager, worked with the
18  crews. I was called lead person and did most of all
19  the production work.
20  Q   Do you remember what you were making per
21  hour at St. Regis when you were -- your job was
22  eliminated?
23  A   $8.60, $9 an hour.
24  Q   Did you graduate from Butte High?
25  A   No.

13

1　Q　From Central?
2　A　No.
3　Q　Oh, I thought I read somewhere where you
4　had graduated in Butte. Did you graduate from high
5　school?
6　A　Yes, I took a class -- a home study class
7　and graduated with home study classes.
8　Q　Okay. When you graduated with a home
9　study class, do you take a GED? Is that what you
10　do?
11　A　No, I got a full diploma.
12　Q　Did you have any education post high
13　school?
14　A　I don't understand your question.
15　Q　Okay. After you graduated from high
16　school, did you go to college?
17　A　I went to college at -- I went to college
18　where I was located. I took night courses and I
19　took business courses. And I loved to learn. I
20　furthered my education different places. In Great
21　Falls, Flathead.
22　Q　Okay. Were you working towards a degree?
23　A　Yes. Business management degree.
24　Q　Okay. Have you ever received a business
25　management degree from --

14

1　A　No, I'm lacking one course.
2　Q　One course?
3　A　(Deponent nods head.) That wasn't
4　available in Libby.
5　Q　And what course is that?
6　A　Business Law II. It wasn't available in
7　Libby.
8　Q　How long have you been missing just one
9　course?
10　A　Oh, I just gave up on it. We got into our
11　own business. I thought I had enough knowledge I
12　didn't need to continue on.
13　Q　Where have you received most of your
14　credit -- college credits from?
15　A　Flathead.
16　Q　Flathead community college?
17　A　Yes.
18　Q　And when you say "a degree," you're one
19　course away from an associates degree or bachelor's?
20　A　Just a business management degree. Just
21　a -- I've taken all the courses required to complete
22　that degree.
23　Q　And that degree would be from Flathead
24　community college?
25　A　Yes.

15

1　Q　How long after you no longer worked for
2　St. Regis or Champion did you start your Raintree
3　business?
4　A　We actually started it prior to my
5　leaving. We had this plan that -- The nursery had
6　gone down so we were planning on starting this
7　business after Mel was severed.
8　Q　What was the last part, Lerah? After
9　what?
10　A　After Mel was severed with Champion.
11　After he lost his position with St. Regis.
12　Q　Do you remember why he lost his position
13　with St. Regis?
14　A　His position was eliminated.
15　Q　And he lost his before you lost yours?
16　A　Yes.
17　Q　Lerah, between -- what year did you start
18　the Raintree business?
19　A　We were working on it in '85.
20　Q　So between '85 and 1997, would you
21　describe the Raintree business as a profitable
22　business?
23　A　Yes.
24　Q　And did it provide adequate support for
25　you and your husband during that period of time?

16

1　A　Yes.
2　Q　Did you work any other jobs at any time
3　between '85 and '97, other than running Raintree?
4　A　I was helping out at Louisiana Pacific for
5　a month or two just doing some things in the office
6　when they were short of help.
7　Q　I'm sorry, I didn't pick that up, Lerah.
8　A　Louisiana Pacific.
9　Q　Louisiana Pacific.
10　A　LP.
11　Q　What year was that?
12　A　I'm going to guess '97, '98. They just
13　needed -- A friend of mine was working there and
14　they just needed a fill-in person. And we had some
15　down time in the wintertime so I agreed to help out
16　during the down time.
17　Q　In the winter of '97, '98?
18　A　I don't recall the year.
19　Q　And what was your position with Raintree?
20　A　I managed the nursery, I worked with the
21　crew, took care of the business records.
22　Q　Did you consider yourself the owner of the
23　business?
24　A　Yes.
25　Q　Was Raintree a corporation?

**PARKER vs W.R. GRACE & COMPANY**                    **Deposition of LERAH PARKER**

17

1   A   No.
2   Q   Sole proprietorship?
3   A   Yes.
4   Q   Did you consider Mel a part owner as well?
5   A   Yes.
6   Q   Who had the ultimate say with regard to
7   what direction the nursery would go in?
8   A   It depended on which project we were
9   working on. He had his projects that he was in
10  control of and I had my projects that I was in
11  control of.
12  Q   What projects were you in control of?
13  A   Mel was an expert in reforestation and
14  growing seedlings and I took on the other projects.
15  Q   So other than reforestation, you were in
16  charge of all other aspects of the business?
17  A   Yes. I did the work with the
18  reforestation and he consulted for the
19  reforestation, but as far as doing the work with
20  reforestation we worked at it together.
21  Q   Other than that stint with LP, between '85
22  and '97 -- or '99, I'm sorry, Lerah -- did you have
23  any income from any other sources other than the
24  Raintree business?
25  A   My daughter was superintendent for Scott

18

1   Long flagging on the highway and when she'd need an
2   extra person to fill in, I'd fill in. It was right
3   outside of our front door. I would fill in for
4   Scott Long for two hours if she was short a flagger.
5   I would fill in with her. But it wasn't -- It was
6   just a fill-in type.
7   Q   Just from time to time?
8   A   Yes.
9   Q   Any other sources of income in that time?
10  A   Not that I recall.
11  Q   Lerah, are you the person that handled the
12  financial aspects of Raintree Nursery over the
13  years?
14  A   Yes.
15  Q   And were you the person that would meet
16  with the banker at Glacier to secure any loans?
17  A   I provided the information, yes. But we'd
18  both meet.
19  Q   Who was the banker that you would
20  primarily work with?
21  A   We'd work with all the loan officials from
22  the bank, but Marty Gilman was one of -- the first
23  person we worked with. Don Cherry was another
24  banker we worked with.
25  Q   Don Cherry did you say?

19

1   A   Don Cherry.
2   Q   Okay. Who primarily have you worked with
3   in the last few years?
4   A   Marty Gilman.
5   Q   Lerah, do you know what documents were
6   destroyed by EPA after they took possession of your
7   property last summer?
8   A   All documents from 1986 until 1990.
9   Q   Did the EPA ask you if you wanted those
10  before they destroyed them?
11  A   No, they got lost in the shuffle.
12  Q   Meaning they stayed in the home and they
13  destroyed the home? What do you mean by that?
14  A   Documents were to be stored in the storage
15  unit off site, and someplace along the way that box
16  was stolen -- when we were broken into over here,
17  the box was removed or it just disappeared. We do
18  not have that box of records.
19  Q   The '86 to '90?
20  A   Yes.
21  Q   When was that box stolen?
22  A   I'm not saying it was stolen. It just --
23  I don't know what happened to that box. It fell off
24  the back of the truck, it was stolen, it could have
25  been hauled to the dump. Whatever. I don't know

20

1   what happened to that box of records.
2   I assumed it was in with the other records
3   to be stored but our storage unit was broke into and
4   the file cabinet was broke into and documents were
5   taken out of the file cabinet and the bottom of the
6   file cabinet was just smashed in. Somebody
7   definitely was looking for our documents at that
8   point in time I felt when the storage unit was broke
9   into.
10  Q   When was that?
11  A   EPA stored our records. It was in July,
12  we went to move into the new home the end of July,
13  and they were moving our possessions over to the new
14  home and we saw that it had been broken into.
15  Somebody had changed the locks on the storage shed
16  and put different locks on the storage shed. And we
17  couldn't get into the storage shed.
18  Q   But you're confident you have the business
19  records after 1990?
20  A   Yes.
21  Q   And are those the records that Mel
22  referenced that are contaminated?
23  A   Yes.
24  Q   Where are those right now?
25  A   They are in my possession.

**HEDMAN, ASA & GILMAN, INC. - 752-5751**                    **Page 17 to Page 20**

**PARKER vs W.R.GRACE & COMPANY**                     **Deposition of LERAH PARKER**

| | |
|---|---|
| **21** | **23** |

**21**

1  Q  Where at?  Where at in your possession?
2  A  In a building.
3  Q  What building?
4  A  On my property.
5  Q  On your property that you're leasing?
6  A  Yes.
7  Q  Well, I don't really care, but they are
8  locked up somewhere?
9  A  Yes.
10  Q  So they are there?
11  A  Yes.  Because they are contaminated and I
12  don't want to be a part of contaminating somebody
13  else.
14  Q  Are they in a shed or something --
15  A  Yes.
16  Q  -- off to the side?  Do you have any other
17  contaminated items with those documents?
18  A  No.  They are in boxes with plastic liners
19  and stapled shut.
20  Q  Who put them in the boxes with the liners?
21  A  I did.
22  Q  Did you know they were contaminated?
23  A  Yes.
24  Q  Did you wear a respirator?
25  A  Yes.

**23**

1  A  Yes.
2  Q  That's the records we're talking about?
3  A  Yes.
4  Q  And what records would they be in terms of
5  business records?
6  A  I have everything that we purchased from
7  1990 to when we ceased business.
8  Q  Do you have a register of payables as
9  well?
10  A  Yes.  I have a check register.
11  Q  You were here this morning, Lerah, when
12  Mel talked about the different costs of improvements
13  that you put on the property, were you not?
14  A  Yes.
15  Q  Do you remember those figures that he
16  gave?
17  A  He is taking those figures from the Barrie
18  appraisal.
19  Q  Okay.  You didn't go through these
20  documents and track down the old expenditures for
21  what we talked about this morning then?
22  A  No.
23  Q  You didn't provide these records to the
24  appraiser that came up with the figures that Mel had
25  given us this morning?

**22**

1  Q  How long did it take you to put the
2  documents in the boxes?
3  A  Half a day.
4  Q  Who told you they were contaminated?
5  A  Everything on our property was
6  contaminated.
7  Q  So you just assumed or did the EPA say
8  they physically tested them?
9  A  EPA said everything on the property was
10  contaminated.
11  Q  Are you aware of any specific test to
12  those documents?
13  A  I think that they did some vacuuming of
14  books and things and did some filters.  When we were
15  cleaning out the office they were wearing monitors
16  and I was wearing a monitor and I think they -- the
17  filters on the monitor said they were -- they had
18  contamination on them.
19  Q  Okay.  That was working in the office, but
20  you don't know if the EPA specifically tested these
21  documents for contamination, do you?
22  A  No.
23  Q  Just so I know, these are the business
24  records of your business, Raintree Nursery, from
25  1990 through the time you ceased in November of '99?

**24**

1  A  No.
2  Q  Between '85 and '99, Lerah, did you ever
3  have an outside appraiser appraise the business?
4  A  No.
5  Q  After you bought the property -- the
6  screening plant property, did you ever -- prior to
7  1999, did you ever have the real estate appraised
8  for any reason?
9  A  No.
10  Q  You never refinanced the property in that
11  time?
12  A  Yes, we did.
13  Q  Do you remember what year you did?
14  A  We got several loans on the home during
15  those years.  We took out 16 loans between '86 and
16  '90 and all we had was -- Marty would come out to
17  the property and discuss it with us and -- we had
18  two SBA loans at that point in time, and he would
19  come out and discuss why we needed the money.  They
20  could see the improvements, see where we were going.
21  Showed them what we had paid off.
22      We filled out the forms as far as
23  financial statements.  Every loan they have a
24  financial statement at the bank.  And we would go
25  over the financial statements and they would approve

25

1  the loan. There was a gentleman under small
2  business in Kalispell that worked with us with our
3  nursery and evaluated where we were going, what we
4  were doing, and they gave us SBA loans through that.
5  We had a revolving $15,000 inventory that was -- we
6  could write $15,000, pay it off, and keep going, and
7  he kept that going for us every year.
8      Q  Who was the person that you worked with at
9  the SBA?
10     A  I don't recall his name.
11     Q  So the loans that you would receive from
12  Glacier were guaranteed by SBA?
13     A  Two of the loans.
14     Q  Okay. And do you know if any of these --
15  in the process of any of these loans, was there an
16  appraisal done on the real estate?
17     A  We had the appraisal done downtown. We
18  took a loan downtown on that property. We had an
19  appraisal done.
20     Q  But nothing up at the screening plant
21  property?
22     A  No.
23     Q  Do you remember about what year that was
24  where the downtown property was appraised?
25     A  I'm -- '85, '86.

26

1      Q  Right when you first started the business?
2      A  I'm sorry. '95, '96.
3      Q  Okay.
4      A  '95, '96. It would be sometime in that
5  time frame. I'm not sure what year it was that we
6  got it appraised.
7      Q  Would that appraisal in those loan
8  documents, would they be in your business records
9  that you have got sealed away?
10     A  Yes.
11     Q  Now, how much volume are we talking about
12  in these business records that you have sealed away?
13     A  Five or six, seven boxes.
14     Q  Boxes like that (indicating)?
15     A  No. They are boxes like this
16  (indicating).
17     Q  Bigger boxes than that?
18     A  Probably three times, four times that
19  size.
20     Q  Six or seven?
21     A  Yes.
22     Q  Okay. Lerah, how did you hear about the
23  screening plant property?
24     A  We were at a craft show and we walked by
25  the booth that Allen -- I think Don and Allen were

27

1  doing something with a raffle, and we started
2  talking. And we had to leave because we were
3  pouring concrete the next day. And then we got into
4  a discussion why were we pouring concrete.
5      And Allen had mentioned that, Did you know
6  those properties were for sale up there. And we
7  said, No, we don't know anything about those
8  properties. You know, why are you selling the
9  property? He was explaining things to us how he was
10 going to move to a different job, and he said, Why
11 don't you come take a look at the property. It
12 might make a good nursery property.
13     And we asked him when it would be
14 convenient for us to come up. He said, I'm free
15 tomorrow morning at 10:00. Why don't you come up.
16 So we did. We went up to the property about 10:00
17 the next morning and met him in his office. And we
18 were interested in the second -- the 17 acres at
19 first because we never even thought about what we
20 would do with the screening plant. And we were
21 growing a lot of seedlings and we were doing a lot
22 of bare root stock and we needed extra land to put
23 bare root stock on.
24     And when we went up there I was very
25 impressed because there was a large well house and

28

1  there's river water and there is a lot of property
2  we could have used for a bare root nursery. So I
3  was very much interested in the 17 acres more so
4  than the other. And we went over and talked to
5  Allen.
6      And he said, Would you ever have a use for
7  this property? And I said, We are really looking --
8  I was interested in the other property, not even
9  considering the screening plant because I was
10 looking more for bare root nursery because at the
11 time we were giving all of our seedlings to Bonners
12 Ferry to grow the seedlings that didn't make grade
13 for another year.
14     So Allen said, Well, would you have any
15 use for this? If you're pouring concrete, look at
16 what we have out here. He showed us the property.
17 We walked around and he showed us the asphalt and
18 concrete. And we asked him what the price was.
19 It's the same price as the next property. It's
20 $6,000 an acre.
21     And he said, Why don't you think about
22 this and get back with me. So we went home and
23 talked about it. Then we called him back and said,
24 We are definitely interested in the property.
25     Q  Okay. And let's -- Can I see Deposition

29

1   Exhibit 2 for a quick second?
2       Lerah, the buy-sell regarding the sale of
3   the screening plant is dated November 23rd of 1992.
4   About how much before this did Allen Stringer first
5   approach you at the craft show?
6       A   It was the night before -- day before.
7   We went out there the next morning right away and
8   looked at the property. I was kind of excited by
9   the fact that it's river property and it would be a
10  lot of water for the nursery and excited by the
11  expansion and we had talked about it all evening, so
12  we were excited about the next morning to go out at
13  10:00.
14      I think the very same day we went down and
15  saw Jack DeShazer and signed a buy-sell agreement on
16  that. If it wasn't that day, it was the very next
17  day that we signed a buy-sell agreement on it.
18      Q   Did Allen already have it listed with
19  DeShazer?
20      A   Yes.
21      Q   Lerah, what's your recollection as to --
22  My understanding is that the buy-sell is dated
23  November 23rd of 1992, but the deal was not
24  consummated until even the fall of the following
25  year; is that your recollection?

30

1       A   That is correct.
2       Q   Why did it take so long?
3       A   W.R. Grace was still doing the cleanup on
4   the property and they were still breaking down and
5   moving things off site. The Montague auctioneer was
6   there and they were having a big sale the next May,
7   and we knew we couldn't get into the property until
8   next May because Montague had bought all the
9   equipment from W.R. Grace and he had to have an
10  auction and had to have time to move the property
11  off.
12      MR. LEWIS: Lerah, slow down a
13  little bit.
14      MR. MacDONALD: You will hurt her
15  fingers.
16      MR. LEWIS: She can't keep up with
17  you.
18      THE DEPONENT: Montague needed
19  time to sell and have his auction and Allen needed
20  time to remove and break down what he wanted to
21  finish doing on the property and get a new office.
22  So we pretty much agreed that we would go through
23  the summer and then by fall we would close the deal
24  so we would be in it the next spring.
25  ////

31

1   BY MR. MacDONALD:
2       Q   Lerah, the buy-sell agreement states that,
3   The property will be cleaned and landscaped so as to
4   be pleasing to the eye and in agreement to both
5   buyer and seller. Prior to closing the deal and
6   receiving the Warranty Deed, do you believe that
7   that has been done appropriately?
8       A   We were concerned about all the machinery
9   that was left on the property. It was a terrible
10  disaster, mess. The knapweed was 7 foot tall. And
11  we wanted it to be cleaned up. We got on the
12  property and wanted all of the debris from all of
13  the equipment done something with. Allen said, Yes,
14  he would take care of that. There was huge berms --
15  there was, like, five-foot berms from Highway 37
16  down to where come -- coming off that site and we
17  wanted that cleaned off.
18      And he offered to clean and landscape it
19  so it would make it look like a nursery site, and he
20  would get rid of some of the debris off the highway
21  site. And there were big ugly pillars there and he
22  would take care of those. Just make it so we could
23  go in and plant grass and start planting trees and
24  making it so it was more presentable so we could
25  have the public out there to do business.

32

1       Q   But my question, Lerah, is prior to
2   closing the deal, which is almost I think about a
3   year after the buy-sell agreement, had Allen
4   Stringer complied -- with your understanding, with
5   the representation that the property would be
6   cleaned and landscaped so as to be pleasing to the
7   eye?
8       A   We had an understanding with Allen it
9   would be that way. However, Allen left and left
10  Mike Ray in charge and Mike Ray had no interest at
11  all in finishing up the project. There was a lot of
12  mess left on the property that was not Allen's
13  fault.
14      Q   Okay. Then why did you close the deal
15  before it was done to your satisfaction?
16      A   We were out of our home, we were living on
17  the property, we needed to get moving -- building a
18  house and building the greenhouses for spring. We
19  had no choice but to move forward.
20      Q   Did you sell your home that year?
21      A   Yes, we did.
22      Q   In '93?
23      A   Yes, we did.
24      Q   When did you move onto the property known
25  as the screening plant?

---

**33**

1    A   They had a buy-sell on our property in
2  August and we moved out August 28 out of our home
3  onto the screening plant property on October 28.
4  However, W.R. Grace could not close the deal because
5  they didn't have the records in order and didn't
6  want to close until the end of the year, which we
7  didn't close until like December -- I think
8  December 30th we closed the property.
9    Q   Okay. And in the interim, after you moved
10  out of your home in August, where did you live at
11  that time?
12    A   There was an office trailer left there by
13  W.R. Grace that I went in and completely converted
14  into a little motel type and I put a couch and
15  chairs and furniture in there and we could live and
16  get by. However, we also stayed at a friend's house
17  and then we worked out of the office trailer. And
18  we built our home. We started in November building
19  the home and that was completed by March. We could
20  move in on March 15.
21    Q   You completed the deal, assuming that
22  this -- What's his name? Whomever it was that was
23  supposed to get rid of that equipment and stuff that
24  was left on there, that he would take care of that
25  after the deal was done?

---

**34**

1    A   Allen assured us, and so did Mike Ray,
2  that that equipment would be moved off and taken
3  care of. And all through the winter he nit-picked
4  at taking off what he wanted to take off there.
5    Q   "He" is who?
6    A   Montague, an auctioneer out of Spokane.
7    Q   And when did you put your -- or, build
8  your home on the property then?
9    A   We built -- We were living in the guest
10  house -- We call it a guest house, which was an
11  office of W.R. Grace. It was moved down from the
12  mine site. And we started building in November.
13    It was to be a retail store -- We designed
14  it as a retail store. So until the next year when
15  we could build a home on the land, we lived in the
16  retail store, and we completed it in March. We
17  built it all winter, January, February, March, we
18  built it ourselves.
19    Q   Lerah, do you remember how much it cost
20  you to build that?
21    A   In my mind I was thinking material wise
22  was about $60,000 we put out. But we had a
23  carry-over of several units of lumber that we had
24  brought over from our nursery. We had windows and
25  doors and framing. When Champion closed the retail

---

**35**

1  store we bought several units of plywood, several
2  units of 2 by 4s, 2 by 8s, 2 by 6s.
3    We bought lots of units of material so we
4  could build a garage on the Rollins tracts property
5  and build a shed. So we had all this material. But
6  we didn't use that material because we bought the
7  W.R. Grace property, and we transferred that
8  material to the Grace property and we used most all
9  of it to build the home with.
10    Q   Between the buy-sell and ultimately
11  closing the deal on the property, was the material
12  that was brought onto the property from Grace
13  personnel, was that for the purpose of landscaping
14  or otherwise leveling out certain areas of the
15  property?
16    A   Yes.
17    Q   Do you recall rocks being dumped on the
18  property?
19    A   Yes, I do. There was a lot of raw
20  vermiculite left on the cement pads and the blacktop
21  pad where the greenhouse was, and there was quite a
22  bit of it. In fact, we have a picture I believe.
23  And they would scoop it up with the end loader, put
24  it in a dump truck and haul it up to the mine site
25  to dump it in this big hole up there.

---

**36**

1    In return they would bring a load of stuff
2  back and dump it in our yard from the mine site to
3  build the land up, because at the time we got the
4  property there was a cement pad and then it was just
5  a straight dropoff and then there was a lower
6  asphalt pad.
7    And we wanted drainage and we wanted a
8  front yard. And we had talked to Allen about
9  wanting a front yard and he said that he could build
10  that up with material that would be sufficient for a
11  yard. And that was part of the landscaping and
12  cleaning the property up.
13    Q   So the intent, though, was to bring the
14  rocks or other materials down and that would be used
15  to form the landscaping which would be ultimately
16  covered by grass?
17    A   Yes.
18    Q   Lerah, had you ever heard prior to
19  November of 1999 that there was asbestos up at the
20  mine site?
21    A   No.
22    Q   Had you ever heard that anyone had become
23  sick while working up at the mine?
24    A   No.
25    Q   Did you have any friends that worked up at

---

37

1 the mine?
2    A  No.
3    Q  Had you ever heard prior to November of
4 '99 that asbestos in general, exposure to it, could
5 be harmful to somebody?
6    A  No.
7    Q  Lerah, between the buy-sell agreement that
8 is Deposition Exhibit 2 and the time of closing the
9 deal, was there any written documentation or
10 correspondence generated between the Parkers and
11 W.R. Grace?
12    A  I recall we were writing letters back and
13 forth to Allen and he was referring us to an
14 attorney, but I don't know the name of the attorney
15 on the situation with Montague. We were very upset
16 that Montague was not getting his stuff off the
17 property, so we wrote letters asking to please help
18 us --
19       We went to Larry Sverdrup, a lawyer, and
20 asked what he could do there and he advised us to
21 contact Grace since part of the deal was supposed to
22 be clean property -- to contact Grace lawyers and
23 see if they could help us with the Montague
24 situation.
25    Q  Now, would that correspondence have been

38

1 generated after the closing or before?
2    A  I believe it was before and after.
3    Q  Okay.
4    A  I was very concerned about trying to open
5 a business up and having all this debris on the
6 property. We were moving it around to build our
7 greenhouses. We were moving all of the Montague
8 crap to one end, consolidating it so we could make
9 room for our greenhouses.
10    Q  Lerah, what was this "crap" that you have
11 described that you had to move around?
12    A  Rollers, it was ore bins, it was lots of
13 iron -- lots of scrap iron, lots of beams. A lot of
14 metal that was used. The hoppers, the bins,
15 conveyors, conveyor rollers.
16    Q  What did you ultimately do with that junk?
17    A  What was left on our property we took it
18 to the back of the long shed and that's where it
19 remained until it was cleaned up this fall.
20    Q  You never sold any of it?
21    A  No.
22    Q  Do you have copies of the correspondence
23 that you just described? Would they be in those
24 business record boxes that you have talked to me
25 about?

39

1    A  I don't know.
2    Q  Are you aware of having copies of any of
3 that correspondence?
4    A  Yes.
5    Q  You do have it?
6    A  No, I'm not sure where those would be.
7 We cleaned out our office desk. We threw a lot of
8 material out. I'm not sure where those copies would
9 be. I kept business records on things that I bought
10 and I purchased for the business and I gave it all
11 to the accountant. Correspondence, Mel usually took
12 care of all of the correspondence. It would have
13 been on the computer, all of the correspondence,
14 that the EPA demolished.
15       MR. MacDONALD:  Let's take a
16 break.
17       (A recess was held in the proceedings.)
18
19       EXAMINATION RESUMED
20 BY MR. MacDONALD:
21    Q  Lerah, on Deposition Exhibit 1, in Mel's
22 deposition today, I understand that you and he
23 drafted this to make a proposal for the purchase of
24 property to Grace; is that right?
25    A  Yes.

40

1    Q  In paragraph 7 on the third page of the
2 document, but page 24 of the Plaintiffs' responses,
3 you see the paragraph, Hazardous Waste?
4    A  Yes.
5    Q  Do you see that? That was something that
6 you and your husband had drafted up in September of
7 '93; is that right?
8    A  Yes.
9    Q  Do you recall why you didn't ask Grace for
10 the same agreement ultimately in closing the deal on
11 the property you did purchase from Grace?
12    A  We got this from a book that my niece had
13 given me on proposals they had over in Idaho, and
14 she had given me this proposal, and we had read it
15 over and we were looking for an outline on how to
16 put this proposal --
17       W.R. Grace just told us we needed a
18 proposal and we didn't have any guidelines, and Ron
19 Carey was in the business of giving proposals, so he
20 just gave us a boiler plate and said, Hey, just take
21 some stuff out of this and put it together. And we
22 did. That's how we put -- This is all in what they
23 had for information. Just sounded really
24 impressive.
25    Q  Okay. Lerah, in any of your discussions

**PARKER vs W.R.GRACE & COMPANY**                **Deposition of LERAH PARKER**

---

41

1    with Allen Stringer prior to purchasing the
2    property, did he ever make a representation to you
3    or Mel that there were no problems with the
4    property?
5        A   Would you repeat that?
6        Q   Did he ever -- Well, let me just ask it
7    this way.  You heard Mel's testimony this morning
8    where he testified that Allen Stringer didn't ever
9    misrepresent anything; what he was faulting
10   Mr. Stringer for was not disclosing that asbestos
11   was on the property and that asbestos could harm
12   people.  Was that your recollection as well?
13           MR. THUESON:  I guess I would
14   object.  I think that misstates his testimony,
15   Counsel.
16           MR. MacDONALD:  I won't ask it
17   that way then.
18           MR. THUESON:  You said that Allen
19   didn't misrepresent anything.  I think -- I don't
20   think that was his testimony.
21   BY MR. MacDONALD:
22       Q   Okay.  That will stand by itself.  Let me
23   just ask you, Lerah, what do you fault Allen
24   Stringer for in the purchase of this property?
25       A   Before the purchase or after the purchase?

---

42

1        Q   How about before?
2        A   Nothing.
3        Q   Okay.  How about after?
4        A   Allen was on our property several
5    different times; at least once, if not twice a year.
6    He knew where we were at in all phases of our
7    business.  He helped us put the beams in our home
8    before we moved off the property.  He helped us hold
9    some siding up.
10           Allen was continuously with us doing
11   things and seeing how things were going.  And when I
12   started the Reishi project I took him down and
13   showed him the project and he was encouraging.
14   I gave him information.  I gave him the book.
15   I told him what we were going to do.  He was
16   encouraging.  He always thought this was a very good
17   nursery property.  We were doing very well by it.
18           He was really pleased with the landscaping
19   we had done and how beautiful the property was
20   turning out.  He was surprised that we were making
21   it into a very nice nursery.  And he was always very
22   encouraging to us about how nice and what we had
23   done with the property.
24       Q   And what do you fault him for with regard
25   to that?

---

43

1        A   After November and this all broke stories,
2    I couldn't believe that Allen would have sold us
3    this property if there was a problem with it.  I had
4    a really hard time because I felt -- We went to the
5    same church together.  I felt he was an honest man.
6    I felt he was a good person.  And I just couldn't
7    see why -- If he knew that there was a problem, why
8    he didn't tell us about a problem because we would
9    have never bought the property.
10       Q   Lerah, why do you think he -- You say, if
11   he knew there was a problem.  Why do you think he
12   knew there was a problem when he sold you the
13   property?
14       A   I listened to the 60 Minutes program when
15   they were questioning Allen and I could tell he was
16   evasive about the questions he was being asked on
17   60 Minutes.  I talked to Allen myself.  He never
18   would give me a straight answer.
19       Q   Did you ask him outright did he know there
20   was a problem --
21       A   Yes, I did.
22       Q   -- with asbestos on the screening plant
23   property when he sold it to you?
24       A   I asked him several times.
25       Q   And his response wasn't, No?

---

44

1        A   He would not give me an answer.  One time
2    he just looked down and shook his head and wouldn't
3    say a word.
4        Q   But the first time you asked him, he
5    didn't say, No?
6        A   Didn't say anything.
7        Q   That he didn't know.  Do you know if Allen
8    Stringer even to this day thinks that there was a
9    problem in terms of a health risk to people on that
10   property?
11           MR. THUESON:  How would she know
12   that, Counsel?
13           THE DEPONENT:  I can't speak for
14   Allen.
15   BY MR. MacDONALD:
16       Q   Have you talked to Allen about it?
17       A   No.
18       Q   In all the dealings with the bank, Lerah,
19   between '85 and '99, did you ever have the business
20   appraised to be separated -- and I mean, differently
21   than the real estate?
22       A   No.
23       Q   Did you ever put a value on your business
24   during that period of time?  And again, separate
25   from the real estate?

---

---

**45**

1    A  On the financial statements, we would put
2  a value on what we thought it was worth, just being
3  how we paid for things and how it was set up. And
4  comparing to other nurseries we thought we could put
5  a value on it, and I think those are reflected on
6  the statements.
7    Q  And those statements were provided to the
8  banks or -- the bank for purposes --
9    A  Yes.
10   Q  -- of getting loans?
11   A  Yes.
12   Q  Lerah, when did you start growing Reishi
13  mushrooms?
14   A  I started playing with it in '97.
15   Q  And when you say "playing with it," what
16  do you mean by that?
17   A  My sister died of cancer and she was
18  taking Reishi mushrooms. And my brother-in-law --
19  I had talked to him about what was going on with my
20  sister and he told me about growing the Reishi
21  mushrooms and what it involved. And so I went home
22  and started playing with it to grow some Reishi
23  mushrooms.
24   Q  For medicinal purposes?
25   A  Yes.

---

**46**

1    Q  And when you say you were playing with it,
2  you were researching it?
3    A  I had cut some logs and ordered some spawn
4  and inoculated some logs to see if I could even grow
5  Reishi mushrooms.
6    Q  And you determined that you could grow
7  them?
8    A  Yes.
9    Q  And when did you start to grow them?
10   A  It was kind of a coincidental thing.
11  A person -- A Phil Landis came into town and gave a
12  talk to the Forest Service about growing Reishi
13  mushrooms and harvesting mushrooms, and the person
14  that was the head of the EDC came out and was
15  looking to buy some cones.
16   Q  Excuse me, the EDC?
17   A  Economic Development Council.
18   Q  Okay.
19   A  And he had a contractor in town that was
20  looking to buy lots of cones. And we extracted
21  seeds so there was lots of cones. And we had this
22  tunnel underneath the log shed, and he said, How
23  many cones do you have?
24   Q  Slow down a little bit. You were doing
25  fine. I didn't mean to interrupt you. I just saw

---

**47**

1  Deb working double shift over there.
2    A  He said, How many cones do you have?
3  I said, We have lots of cones. We had fruit bins
4  just stacked with cones that we had cone buyers that
5  would come in and look at. And we had extracted a
6  lot of seed that year.
7       And my grandson had opened up one of the
8  plywood chutes going to the tunnel, and I says --
9  and we laughed about it, because, If you want to see
10  more cones, come look at this. So we walked down
11  into the tunnel and he saw this mountain of cones,
12  and we joked about it. And he had a buyer for it.
13  He said, I didn't know there was tunnels on this
14  property.
15       So I told him about the tunnels and he
16  told me about this gentleman that was in town for
17  the Reishi project and looking for growers of it.
18  So he started telling me about it, so we got
19  involved in the Reishi project.
20   Q  You had already been looking into the --
21  Is it Reishi or Reishi?
22   A  Depends on how you say it. It's Reishi.
23   Q  So if I say Reishi, that's okay?
24   A  Yes.
25   Q  You were already looking into growing

---

**48**

1  Reishi mushrooms before this Phil Landis came to
2  town?
3    A  Yes.
4    Q  Do you remember about when it was that he
5  came to town in '97?
6    A  I think it was in, like, October of '97.
7    Q  Now, is there a particular time of year
8  that you have to grow these Reishi mushrooms?
9    A  It's better if you inoculate in the fall
10  so they can sit over the winter and the spawn can
11  actually start working in the log before spring,
12  because naturally things are dormant in the winter
13  and most plants and shrubs do root development and
14  develop caliber and the springtime then they
15  blossom. So it seems with Reishi it's better to
16  inoculate in the fall.
17   Q  Okay. And the word is in --
18   A  Inoculate.
19   Q  Inoculate? Sorry. Now, did you inoculate
20  in October of '97 Reishi mushrooms?
21   A  No, I inoculated like in December. I had
22  some free time. I ordered some spawn and I
23  inoculated in December.
24   Q  December of '97?
25   A  December of '97.

---

49

1    Q. Okay. When was your first crop
2  harvestable for sale?
3    A. We inoculated the first thousand logs in
4  May of '97.
5    Q. In May of '98?
6    A. May of '98 we inoculated the first
7  thousand logs. It was a group project.
8    Q. Of these -- Of this first batch of Reishi
9  mushrooms in May of '98, what interest did you
10  have -- what percentage interest in those did you
11  have when you harvested those mushrooms?
12    A. We didn't harvest. We inoculated the logs
13  in May knowing it would take a year before we could
14  harvest. Because I had half of that crop of a
15  thousand buckets -- I had half the crop. My husband
16  and I had half the crop.
17    Q. I need to go back. I think I
18  misunderstood you, Lerah. I thought you had
19  inoculated them in December of '97.
20    A. I had inoculated 50 two-foot logs.
21    Q. Fifty two-foot logs?
22    A. No, fifty two-foot logs in length logs.
23    Q. And were these part of this group?
24    A. No.
25    Q. Of -- Okay. This process takes two years

50

1  before you can harvest them?
2    A. Between eighteen months and two years.
3  Depends on when you inoculate.
4    Q. And then in May of '98, you inoculated
5  1,000 --
6    A. Yes.
7    Q. -- logs?
8    A. From April 25th until the end of May we
9  inoculated a thousand logs.
10    Q. And they would not be harvestable until
11  18 to 24 months after that?
12    A. Within a year we were getting harvest.
13  Within a year's time. We inoculated and then went
14  through the fall, went through the winter, and in
15  the springtime we got a lot of buds in the
16  springtime and they were growing pretty good.
17    Q. Spring of '99?
18    A. Yes.
19    Q. When you say they were growing pretty
20  good, was this the 50 five-foot logs that were
21  growing pretty good at that time or the thousand
22  logs that you're talking about?
23    A. Both.
24    Q. In 1999, did you harvest and sell any of
25  your Reishi mushrooms?

51

1    A. I harvested, but I did not sell any of
2  them.
3    Q. How come?
4    A. There wasn't enough to harvest and sell
5  and it belonged -- all the product that we harvested
6  belonged to a group and we were going to stockpile.
7    Q. Okay. And did you have any buyers to buy
8  these Reishi mushrooms already lined up?
9    A. Not large buyers.
10    Q. Even -- Did you have any small buyers?
11    A. Yes.
12    Q. And who were they?
13    A. People I was selling to on the open
14  market. People like yourself. Anybody who had a
15  problem. People knew I was growing Reishi
16  mushrooms, they knew why I was growing it, and if
17  they wanted to try it for cancer treatment I
18  provided it to them.
19    Q. What price had you quoted these folks that
20  you were going to sell?
21    A. I was not selling any product that I
22  harvested. I was doing wild harvest and selling
23  wild harvest product. We had agreed in the -- We
24  had agreed, all the members, that we would not sell
25  the product out of the tunnel until we got a

52

1  contract. We would stockpile, dry, and hold product
2  until we got a sufficient contract.
3    Q. Okay.
4    A. So I was wild harvesting and getting
5  enough Reishi to start building up business.
6    Q. Had you looked into pricing of these
7  Reishi mushrooms?
8    A. Yes.
9    Q. Did you ever look on the Internet?
10    A. Yes.
11    Q. And what was the going rate for Reishi
12  mushrooms at that time?
13    A. Nobody was selling whole Reishi mushrooms,
14  they were selling capsulized Reishi mushrooms and
15  they were selling the tea.
16    Q. Okay. So you couldn't find anywhere
17  prices of whole Reishi mushrooms?
18    A. Yes, I could, from Paul Stamets.
19    Q. Paul Stamets was the only one that you
20  knew of that was selling whole mushrooms?
21    A. No, they were selling them -- The Asian
22  market is very much controlling the market right now
23  in the United States and Canada. And it depends on
24  the quality, but they are not -- they are not
25  selling certified organically grown mushrooms.

**PARKER vs W.R. GRACE & COMPANY**     **Deposition of LERAH PARKER**

---

53

1    Q   Lerah, if I could back up for a second,
2   though, you said that you were stockpiling the
3   mushrooms, you didn't have a contract yet with
4   anybody, but that you could have sold to minor
5   customers, smaller markets?
6    A   Yes.
7    Q   Okay.  Had you talked about price to any
8   of these smaller market customers of your Reishi
9   mushrooms?
10    A   Not on the organically certified
11   mushrooms.
12    Q   Now, were you aware in the summer of '99
13   of any organically certified Reishi mushrooms that
14   were being sold in the open market?
15    A   Yes.
16    Q   And what were those prices going for?
17    A   $264 a pound of organically certified
18   Reishi mushrooms.
19    Q   And who was selling these for $264 a
20   pound?
21    A   Paul Stamets.
22    Q   Was Paul Stamets the only person that you
23   were able to find that was selling organically
24   certified Reishi mushrooms in the summer of '99?
25    A   He has a corner on the market.  There is

---

54

1   not very many people that are selling on the Reishi
2   market because it's just getting into the herb field
3   right now.  Just an oncoming market.  It is a very
4   limited market.  Mostly coming out of Japan and
5   China.
6    Q   My question is, did you know of any
7   others --
8    A   The Mushroom People were selling Reishi
9   mushrooms.
10    Q   The people --
11    A   The Mushroom People.  It's another
12   company.
13    Q   Oh.  Okay.  But were they organically
14   certified mushrooms?
15    A   Yes.
16    Q   What were they selling them for?
17    A   I don't recall.
18    Q   And what was the name of that company
19   again?  I'm sorry.
20    A   The Mushroom People.
21    Q   That's a company?
22    A   Yes.
23    Q   Did you get that information on the
24   Internet?
25    A   No.

---

55

1    Q   Where did you get that information?
2    A   From Paul Stamets .
3    Q   Do you know where The Mushroom People are
4   located?
5    A   I don't recall.
6    Q   And where is Paul Stamets located?
7    A   Olympia, Washington.
8    Q   Did you talk to Paul Stamets about getting
9   into this market?
10    A   Yes.
11    Q   Did you enter into any type of agreement
12   with Mr. Stamets that you would sell to him?
13    A   No.
14    Q   And he was freely giving you market
15   information?
16    A   Yes.
17    Q   And did he know you were about to be his
18   competitor?
19    A   Yes.
20    Q   He was still free -- He was still giving
21   you that information?  Did you pay for it?
22    A   Yes.
23    Q   Oh, okay.  How much did Paul Stamets
24   charge you for that information?
25    A   We went to his classes and spent a

---

56

1   thousand dollars a training session and we had
2   several discussions about the price of Reishi.
3   There were several people at his training sessions.
4   We also contacted Alice Chen from the University of
5   New York and I was working with her on contracts.
6   She was a buyer that handles contracts in different
7   countries.
8    Q   Other than The Mushroom People, do you
9   recall hearing about any other suppliers out there
10   of organically certified Reishi mushrooms in 1999?
11    A   In 1997, '98, I was working with Alice
12   Chin and she had a lot of information and she was
13   giving me information about how to market the
14   product, where to market it, and the value of the
15   product.
16    Q   Did she give you any other names of folks
17   who were selling the certified -- organically
18   certified Reishi mushrooms?
19    A   Yes, she did, but I do not recall the
20   names.  I wasn't concerned because I didn't have
21   product in line at that point in time.  We were
22   working with another person who was working on a
23   German contract for a thousand pounds and we are
24   trying to target getting a thousand pounds together.
25    Q   Okay.  Now, of your -- a half interest

---

57

1  that you owned in the thousand logs, how many pounds
2  of organically certified Reishi mushrooms would that
3  have generated?
4      A  Each log is at least supposed to generate
5  1.33 pounds per log over a five-year growth period.
6      Q  1.33 pounds --
7      A  Per log.
8      Q  -- per log over five years?
9      A  In the life of the log.
10      Q  I take it -- What's the life of these
11  logs?  What do you mean by that?
12      A  Most logs were 6 inches in diameter and
13  they should last five years.  As the spawn goes in
14  it takes and literally eats up the wood and turns
15  everything into mushroom spawn, and as it
16  deteriorates, the log deteriorates and it produces a
17  mushroom.
18      Q  And if you inoculate these and then they
19  are harvestable in 18 to 24 months, you anticipate
20  doing this two to three times per log before the log
21  is gone?
22      A  No.  You inoculate one time.
23      Q  So it would only get one harvest then?
24  One log would get one harvest?
25      A  No.  You get multiple cones off the logs.

58

1      Q  You just don't need to inoculate it again?
2      A  Correct.
3      Q  You harvest mushrooms and then some more
4  mushrooms would grow in 18 to 24 months from that
5  time?
6      A  No.  Most logs have multiple cones on
7  them.
8      Q  Okay.  So after you have harvested the
9  mushrooms the first time, 18 to 24 months after
10  inoculation, how soon before mushrooms would grow
11  again?
12      A  Some of the logs -- Depending on the
13  species of logs and the climate control, we were
14  harvesting within six months on some of the logs.
15  Other logs it took a year, other logs took nine
16  months.  After six months we were seeing pin sets
17  the first year of the inoculation.  Depending on
18  when they were inoculated, depended on how soon they
19  were watered, depended a lot on climate control,
20  these things, we were seeing inoculation six months
21  on.  There is pictures here that will show you
22  multiple cones on logs.
23      Q  And the 1.33 pounds average, that's over
24  five years for one log and then that log is gone?
25  It no longer would produce mushrooms?  On the

59

1  average?
2      A  Yes.  On an average.
3      Q  Okay.
4      A  After the fifth year it was pretty well
5  eaten up.
6      Q  Now, these thousand logs, are those
7  two-foot logs?
8      A  No.  They were 16-inch logs.
9      Q  Okay.  Now, prior to November of 1999 how
10  many pounds of organically certified Reishi
11  mushrooms had you harvested?
12      A  We were letting most of them grow because
13  they were so beautiful and they had such perfect
14  form, we were letting them grow -- we didn't have a
15  market so we were just letting them grow on the logs
16  and get bigger.  But we did -- We had multiple
17  cones.  We went in and harvested and took off a lot
18  of the Reishi to give the nicer ones more room to
19  grow.  We harvested about 38 pounds.
20      Q  Okay.  You got 38 pounds harvested but you
21  had a lot more than that that just hadn't -- ready
22  for harvest but hadn't harvested yet?
23      A  Yes.  It was like thinning the log.  We
24  wanted to have each cone to be perfect because we
25  were going for shape and size.  The oriental market

60

1  does not want deformed ones, so we were harvesting
2  the ones that weren't perfect in shape and we were
3  leaving the ones perfect in shape to get them
4  larger.
5      Q  Did you ultimately destroy these
6  mushrooms?
7      A  No.  We dried the mushrooms.  The
8  imperfect ones we ground.  Some of the perfect ones
9  we saved and we gave to group members.
10      Q  I think you might have misunderstood what
11  I was getting at here.  In November of '99, when you
12  were told about the asbestos problem on the
13  property, at that point you said you had 38 pounds
14  of harvested mushrooms and you had more mushrooms
15  that were ready for harvesting that hadn't been
16  harvested, right?
17      A  Yes.
18      Q  Of those mushrooms that you had available,
19  did you sell any of those mushrooms at any time?
20      A  No.
21      Q  Did you give any of those away?
22      A  Yes.
23      Q  To whom?
24      A  I gave some to Allen Stringer, I gave them
25  to Jim Stout, EPA people wanted them.  The people

61

1  who came on the property who were doing -- they were
2  at the project. They wanted to know more about it.
3  They were interested in it and they would ask if
4  they could have one, I would say, yes, they could
5  have one.
6      Q  How come you didn't sell them?
7      A  Everything isn't about money. When you
8  grow something from the seed or you harvest
9  something, there is an awe in what you have done.
10 If you have never grown a plant you don't understand
11 what I'm talking about. But to put a seed in the
12 ground and harvest something, there is just
13 something special about that.
14          You don't have to sell everything. You
15 keep your first dollar you ever earn in business.
16 You keep your first mushrooms. All the perfect ones
17 we keep. They are on a shelf and in a big can and
18 we can show you that we have done this. It's not
19 all about money all the time.
20     Q  Lerah, did you harvest -- In addition to
21 this 38 pounds that you had already harvested, did
22 you at any time harvest additional mushrooms -- the
23 Reishi mushrooms?
24     A  I kept picking them until I was forced to
25 shut the project down.

62

1      Q  I'm sorry, what did you say?
2      A  I kept going to the tunnel and I kept
3  picking all the mushrooms as they came on --
4      Q  Okay.
5      A  -- before the project -- I was kicked off
6  the property.
7      Q  Okay. So you don't know how many pounds
8  you picked off --
9      A  No.
10     Q  -- between November of '99 and the summer
11 of 2000?
12     A  No.
13     Q  Do you have an estimate of the number of
14 pounds?
15     A  No.
16     Q  Lerah, since leaving the property, have
17 you sought out any other locations where you could
18 sell organically certified Reishi mushrooms?
19     A  Yes.
20     Q  Have you found any?
21     A  Yes.
22     Q  Do you plan to grow them?
23     A  Yes.
24     Q  Are any plans in the works right now to
25 grow them?

63

1      A  Yes.
2      Q  And where are you growing them?
3      A  I'm not at this point in time.
4      Q  Okay. Is it part of this collaboration
5  where you were saying you were in collaboration with
6  a thousand logs? Is it that same group?
7      A  No.
8      Q  You're doing it by yourself?
9      A  Yes.
10     Q  What -- Could you explain to me what your
11 plans are in terms of growing these Reishi
12 mushrooms?
13     A  I've looked at another property and I want
14 to inoculate some logs and I will set up some new
15 buildings and I would start the project over again.
16     Q  How far into your plan have you completed?
17     A  All I need is some money.
18     Q  How much money?
19     A  I want to buy some property for $300,000
20 and I want to set up some houses for $100,000
21 apiece.
22     Q  How many houses?
23     A  At least two.
24     Q  When you say "houses," you mean like
25 greenhouses?

64

1      A  No. Not Quonset buildings, but I want
2  A-frame buildings. 40 by 60s are probably --
3      Q  Is there anything unique about the type of
4  property that you need to grow these mushrooms?
5      A  No. That's a controlled environment.
6      Q  So the houses that you put on and the
7  controls that you set up are more important than the
8  real estate that it sits on?
9      A  Yes.
10     Q  Why do you need to buy a piece of property
11 worth $300,000 to start up the operation again?
12     A  I've looked at a piece of property that
13 can grow natural Reishi. It grows natural Reishi
14 now. And it's available. They don't know what's on
15 the property.
16     Q  But you don't need a place that grows
17 natural Reishi, do you?
18     A  It's just a benefit.
19     Q  Okay. But if you were to buy any piece of
20 property and build these huts that you talked about,
21 you could grow Reishi mushrooms, couldn't you?
22     A  Yes.
23     Q  What size houses did you say again? I'm
24 sorry.
25     A  We designed 40 by 60 houses.

**PARKER vs W.R.GRACE & COMPANY**                    **Deposition of LERAH PARKER**

---

65

1    Q   40 feet by 60 feet?
2    A   Yes.
3    Q   And how many of these 16-inch logs does
4  one of these houses hold?
5    A   I would target for 5,000 logs per house.
6    Q   So Lerah, if you build a much smaller
7  house, you could fit a thousand logs in, which is
8  the same capacity that you were doing as of November
9  of '99, right?
10   A   No, that's incorrect. I had 3,009 logs in
11 that tunnel -- in one end of the tunnel.
12   Q   You had 3009 logs?
13   A   Yes.
14   Q   What was your interest in those logs?
15 Your percentage interest?
16   A   Five hundred was a group project and 2,500
17 was our own special project. And then we were
18 developing spawn and we were making spawn in the
19 tunnel and we had several buckets of sawdust spawn
20 we were doing. We were doing our own sawdust spawn.
21   Q   Do you have any written documents between
22 yourself and these other individuals that were
23 involved in this collaboration of 500 logs?
24   A   What type of documents are you looking
25 for?

---

66

1    Q   Anything. Was it a partnership?
2    A   No.
3    Q   Okay. Anything that would evidence the
4  relationship between the parties?
5    A   Yes.
6    Q   You do have documents --
7    A   Yes.
8    Q   -- to that? They would have the names of
9  those individuals --
10   A   Yes.
11   Q   -- that would be involved in it? Do you
12 have copies of all those documents?
13   A   Yes.
14   Q   So Lerah, then, if you had 3,009 logs as
15 of November -- growing mushrooms as of November of
16 1999, then if you built one house three-fifths as
17 big as you proposed, you would get back to the same
18 capacity as you were doing the business in November
19 of '99, correct?
20   A   If I was to build a house to grow Reishi
21 mushrooms, that house would include a shipping
22 department, a bagging department, and a grinding
23 department. That's why they are 40 by 60.
24   Q   So even if you only put in 3,000 logs,
25 you're saying you would still need a 40 by 60 house?

---

67

1    A   I would like to a 40 by 60 house.
2    Q   Yeah, I -- Would you need a 40 by 60 house
3  to house 3,000 logs to grow Reishi mushrooms?
4    A   No.
5    Q   What size would you need?
6    A   I don't know.
7    Q   Okay. Lerah, how did this Phil Landis
8  defraud you?
9    A   We had ordered spawn through Mr. Landis
10 that was to be delivered April 25th and he didn't
11 show up with the spawn.
12   Q   April 25th of '98?
13   A   Yes.
14   Q   Okay. And you had paid how much for that?
15   A   I don't recall.
16   Q   And did you get the spawn from somewhere
17 else?
18   A   Yes.
19   Q   Where did you get the spawn from?
20   A   Fungiperfecti.
21   Q   Where is that located?
22   A   Olympia, Washington.
23   Q   And how much did that cost?
24   A   I don't recall.
25   Q   Do you remember? Would that be in your

---

68

1  business records?
2    A   Yes.
3    Q   Do you remember about how much you had
4  paid Phil Landis? Mel said about $2,000. Would you
5  agree with that?
6    A   I don't have that figure on the top of my
7  head.
8    Q   Okay. But in any event, this Mr. Landis
9  was prosecuted and you testified at the trial?
10   A   Yes.
11   Q   And was the substance of your testimony
12 basically that he agreed to provide this, you paid
13 the money up front, he didn't produce it?
14   A   That is correct.
15   Q   As part of his sentence, is he supposed to
16 pay you back? Phil Landis?
17   A   Yes.
18   Q   Has he paid anything back?
19   A   Yes, he's paying it through the Clerk of
20 Court in Lincoln County.
21   Q   How much have you received?
22   A   It's -- I do not know, but he's making the
23 month up front, or paying just -- I think we have received,
24 like, two checks. But each member of the group is
25 receiving checks.

---

69

1    Q   Okay. Lerah, do you recall when the
2  gentleman from the EPA came onto your property in
3  November of '99?
4    A   Yes.
5    Q   Lerah, what did they tell you with regard
6  to the condition of your property right there that
7  day before they did any testing? Do you remember?
8    A   They asked permission to look at the
9  property, to do some tests, and we allowed them to.
10  And it was before Thanksgiving and they took lots
11  and lots of tests and they left and they came back
12  on Monday and told us that they did some spot checks
13  and we had some problem on our property. And they
14  put air samplers -- big monitors in our house the
15  first week of December.
16    Q   And when do you recall first getting any
17  results from that testing?
18    A   Around the first of December.
19    Q   Of '99?
20    A   Yes.
21    Q   And what was your understanding of the
22  results of the tests? And in particular with regard
23  to the airborne asbestos?
24    A   I was devastated, because there was -- I
25  didn't know what it was and they tried to explain to

70

1  me what it was. And I just -- I just couldn't
2  imagine what it looked like, what it was, or
3  anything.
4        And they were telling me it was in the
5  dust and different things. And the whole house was
6  always dusty. It has always been dusty. The window
7  sill had this -- all of this -- You opened up a
8  window and I would clean the windows and the window
9  sill had about an inch of vermiculite on it. And
10  you could just see particles in there. And they
11  were showing me what it was. And we got to talking
12  about it.
13        I go outside the door and there are rocks
14  outside of our door that are solid vermiculite
15  chunks and -- I'm asking, Is this what it is? And
16  we walked around and it's all over our property. We
17  didn't know what it was. They were just beautiful
18  blue landscape rocks.
19        They're saying, That's it. Don't touch
20  it, just leave it around and don't do any more work,
21  don't do any more sweeping, don't allow any more
22  dust to come into the house. Don't vacuum, don't do
23  anything. Because we really feel there is problems
24  here.
25    Q   Did you -- Was it your understanding then

71

1  in December of 1997 that there was a health risk
2  with regard to airborne asbestos?
3    A   Yes.
4    Q   Okay. Had they talked to you at all about
5  the difference between asbestos in the soil versus
6  airborne asbestos?
7    A   Yes.
8    Q   Okay. And what was your understanding of
9  the difference between the two?
10    A   As long as it was in the soil and it
11  wasn't disturbed there wasn't a problem. As you
12  moved the soil and moved the dust around it became
13  airborne, then the particles were in the air and we
14  were breathing them in.
15    Q   Okay. And they told you that that's the
16  part that's dangerous?
17    A   It's dangerous to breathe the particles.
18    Q   Did you ask them at that point -- We're
19  talking about December of '99, right?
20    A   Yes.
21    Q   When they told you that there was airborne
22  asbestos, did you ask them if you should leave your
23  property?
24    A   Yes, we did.
25    Q   And what was their response?

72

1    A   They felt we didn't need to leave
2  immediately. We had been living on there for seven
3  months and there was no way we could leave
4  immediately. And I asked if we did leave
5  immediately what would happen because we have all of
6  this business and RVs and boats in storage. We
7  can't just walk off the property and just leave the
8  property.
9        And we told them, There is just no way we
10  can walk off and leave what we've got going. It
11  wouldn't be fair to the customers of the boat
12  storage. They told us that they had an immediate
13  concern and we just kept asking all kinds of
14  questions and they gave me lots of facts, and I got
15  on the Internet and I started researching it and
16  getting books and material and finding out what it
17  was that we were involved with. And I read the
18  paper and was devastated and just tried to find out
19  as much information as I could about it.
20    Q   But Lerah, as of December of '99, it was
21  your understanding that the EPA told you that there
22  was an immediate concern with regard to airborne
23  asbestos on your property? Is that your
24  recollection?
25    A   Yes.

73

1    Q   And they did not tell you to leave the
2   property immediately at that time?
3    A   No, they did not.
4    Q   Okay. Lerah, have you ever been in
5   negotiation with the EPA with regard to any type of
6   settlement or sale of that property?
7    A   No.
8    Q   And I understand that you and your husband
9   receive a $2,000 stipend from the DOT?
10    A   Yes.
11    Q   Was that a negotiated figure? How did
12   that come about?
13    A   They asked us what we needed for living
14   expenses and I had to tell them all the expenses --
15   all the personal expenses as far as the phone bill
16   and what we needed for heating and groceries and
17   what we needed for just living expenses to get by by
18   the month.
19    Q   Okay. And did that total $2,000?
20    A   $2,016, I believe.
21    Q   So they paid you what you -- what figure
22   you had given them then?
23    A   Yeah, which is for basic staples. Just
24   for the basic -- Just what we could get by on.
25    Q   And when did you start receiving that

74

1   stipend?
2    A   I think we got the first check in August.
3    Q   August of '99 -- Or, August of 2000? I'm
4   sorry.
5    A   It was August of 2000.
6    Q   And when did you leave your property?
7    A   I left the property in April.
8    Q   And where did you go?
9    A   I moved to our downtown store.
10    Q   There are living quarters in your downtown
11   stores?
12    A   No, there is -- We have a commercial
13   kitchen and we have two bathrooms, and I just
14   accommodated it.
15    Q   Okay. The bathroom had a shower and
16   everything?
17    A   I installed a tub and shower.
18    Q   Oh, okay. And when did your husband leave
19   the property?
20    A   Not until he was forced to, June 15th.
21    Q   How much advance notice were you given,
22   Lerah, about being forced off the property? In
23   other words -- That's a bad question.
24    If you were given June 15th as a deadline
25   to leave the property, do you recall about when you

75

1   received notice that that was the date you had to
2   leave?
3    A   They had told us in May, the end of May,
4   that we should be off the property by the end of
5   June. I wasn't living or sleeping there, but my
6   husband was, and they told us that he would have to
7   be off by the middle of June.
8    Q   Okay. So only a couple weeks passed by
9   the time they told you you had to get off the
10   property and your husband left it?
11    A   Yes. We could go on the property but we
12   could not live on the property.
13    Q   Okay. And when is the last time you were
14   on the property?
15    A   Last week.
16    Q   What were you on the property for?
17    A   I go out there every Sunday.
18    Q   Have you gone out there every Sunday since
19   last summer?
20    A   There is a portion of our property that as
21   of the end of November was declared property that we
22   could go on, and that's this end of the property
23   (gesturing). And then I usually go park across the
24   road, which is our property across the road, and I
25   just kind of look and see what's happened and what's

76

1   going on. After church -- I just take a drive up
2   there after church and see what's going on.
3    Q   Okay.
4    A   We have property that they are not working
5   on across the highway and you can just stand up
6   there and you can oversee the property.
7    Q   Lerah, did they give you a list of items
8   that you could take from your property when you left
9   in June -- or, when your husband left in June of
10   2000?
11    A   No.
12    Q   What were you able to take from your
13   property?
14    A   They were very upset that we were taking
15   anything off our property, and I kept arguing with
16   them, Why can we not take this? And you couldn't
17   take motors, you couldn't take any wood products, no
18   material products, no clothing, no pictures, and no
19   books.
20    And then finally we -- I wasn't about to
21   give up our pictures and our books and they did a
22   special cleaning on things that meant a lot of value
23   to me. So I was able to keep some of those things.
24   But the things they could decon, we went through the
25   stuff in the house and things that were really

**PARKER vs W.R. GRACE & COMPANY**                    **Deposition of LERAH PARKER**

---

**77**

1  important they would decon and take it and put it in
2  storage.
3      Q  Okay. They'd put it in storage and then
4  they had it deconned?
5      A  They deconned it and moved it to storage.
6      Q  And then do you still have that stuff in
7  storage or have you moved it to --
8      A  No, we moved it to the house we're living
9  in right now.
10     Q  Who are you leasing -- It's a house,
11  right?
12     A  Mel is mistaken about that. I did a
13  buy-sell on the house and I worked out an agreement
14  with the people that owned the house that I would
15  put down $12,000 and do a buy-sell on the property
16  because I would like to keep that house.
17     Q  Okay.
18     A  I needed something stable to live in in
19  the next year.
20     Q  And when did you put the $12,000 down?
21     A  The end of July.
22     Q  So prior to that time you were leasing
23  month to month?
24     A  No. We were living in our store downtown.
25     Q  So when did you take possession of this

---

**78**

1  leased property?
2      A  End of July.
3      Q  And it's a home?
4      A  It's a home.
5      Q  How big a home is it?
6      A  It has got 5,000 square feet in it.
7      Q  How many bedrooms?
8      A  It has four bedrooms.
9      Q  How many bathrooms?
10     A  Four bathrooms.
11     Q  And what is the ultimate purchase price on
12  that home?
13     A  $265,000.
14     Q  And there is no closing date?
15     A  I told them I would pay for it by the end
16  of next July.
17     Q  July of 2001?
18     A  Yes.
19     Q  And what is the agreement if you're not
20  able to come up with that money? Do you know? Have
21  you discussed that with them?
22     A  No.
23     Q  Do you have that money to pay for that?
24  $265,000?
25     A  I assumed I would. I got the impression

---

**79**

1  from the EPA that this would all be settled by the
2  end of October.
3      Q  But even if it were settled by the end of
4  October, how do you figure you were going to get
5  $265,000?
6      A  I wasn't worried about that.
7      Q  But you don't have it currently?
8      A  No.
9      Q  Lerah, what types of things did you have
10  to buy to furnish this property?
11     A  We left our property with absolutely
12  nothing, to start over again. They took everything.
13  And so Mrs. Schoknecht was aware of our situation
14  because they had been friends of ours for a long
15  time, and we talked on many occasions and they were
16  going to down size and go into a duplex, and she
17  wanted to buy new appliances.
18         And so I negotiated with her to buy the
19  washer and dryer and stove and refrigerator and most
20  of all the furniture in the house, because they went
21  to a one bedroom home and they had a four bedroom
22  home, so we purchased their bedroom sets and enough
23  furniture to get by on.
24     Q  Okay. Was that part of the $12,000?
25     A  No.

---

**80**

1      Q  How much did you pay for all of these
2  items you just discussed?
3      A  About $3,600.
4      Q  Lerah, other than looking for a place to
5  begin your Reishi mushroom business, have you done
6  anything else to seek an income since you have left
7  the screening plant property?
8      A  I'm on an emotional roller coaster. I am
9  not capable of handling a job right now. Every day
10  is a different day.
11     Q  Lerah, do you have a proposed date by
12  which you hope to start -- restart your Reishi
13  mushroom business?
14     A  As soon as the funding is made available.
15     Q  Lerah, do you plan to restart the entire
16  nursery business at some point or do you plan only
17  to limit it to the Reishi mushrooms?
18     A  I'm not sure at this point in time.
19     Q  Have you ever discussed with Mel what you
20  would do if you were able to get the screening plant
21  property back with a seal of approval with regard to
22  it being clean and okay?
23     A  No, because I know in my heart we're not
24  getting it back.
25     Q  So you haven't talked about what would

---

**PARKER vs W.R. GRACE & COMPANY**                    Deposition of LERAH PARKER

---

Page 81

1   happen if you did get it back?
2       A   No.
3       Q   Did the EPA ever represent to you, Lerah,
4   that they would clean it up and present it back to
5   you in an uncontaminated condition --
6       A   Yes.
7       Q   -- without deed restriction?
8       A   Yes.
9       Q   And you just don't believe that that will
10  happen?
11      A   It won't happen.
12      Q   Lerah, what was the name of the appraiser
13  that did the personal property and I think did real
14  estate, too -- appraisal of the property?
15      A   It was Marjorie and Charles Crookshanks.
16  I think his name was Charlie.
17      Q   Do you have a copy of that appraisal?
18      A   Yes.
19      Q   Who paid for that appraisal?
20      A   EPA.
21      Q   When did you receive a copy of it?
22      A   After it was complete in -- I'm guessing
23  October. I'm not sure which month.
24      Q   That's of 2000?
25      A   Yes.

---

Page 82

1       Q   Lerah, after you moved to the screening
2   plant property and started your business there, did
3   the retail outlet on that property -- did you sell
4   as much product as you did in your downtown retail
5   store?
6       A   Yes, we did.
7       Q   Was it about 50/50 or how would you divide
8   it up?
9       A   Downtown always sold the small items and
10  the nursery sold the large items. We'd bring in a
11  large amount of business bringing in semi-truck
12  loads of bark and landscape materials and we
13  couldn't move the large trees or the landscaping
14  materials because we needed a forklift and tractor
15  to do that, so that was at the other property. We
16  had all the small bedding plants and things at the
17  downtown store. We kind of broke it up. We had
18  crews both places.
19      Q   Lerah, what did you do with the logs that
20  were used to grow the mushrooms?
21      A   What did I do with them?
22      Q   Yeah. Do you still have them?
23      A   No. They were --
24      Q   Where are they?
25      A   EPA put them in a sawdust pile. Put them

---

Page 83

1   in junk piles. They put them into piles and
2   destroyed the logs.
3       Q   Did they test the logs for contamination?
4       A   I do not know that.
5       Q   Because were those logs you brought onto
6   the property for the purpose of growing these Reishi
7   mushrooms?
8       A   Yes. And some logs were on the property.
9       Q   How many logs were already on the
10  property?
11      A   Two hundred, three hundred. I don't
12  recall. We just kept them all together.
13      Q   Why didn't you have the logs tested for
14  contamination?
15      A   Why would I need to?
16      Q   Well, what I'm getting at, Lerah, is if
17  they weren't contaminated, couldn't you have simply
18  relocated all those Reishi mushroom logs?
19      A   No, you cannot disturb the mycelium
20  growth.
21      Q   Excuse me?
22      A   You cannot disturb the mycelium growth of
23  the logs. Once you take a log out of its container
24  and you turn it or you disturb the growing pattern,
25  sometimes it completely shuts the log and the

---

Page 84

1   growing process down. It does not restart again.
2   So we could not take the logs out and restart them
3   or remove the logs. Once they are started they have
4   to remain and not be disturbed.
5       Q   Okay. Had you talked at all, Lerah, with
6   the EPA about cleaning the tunnels and leaving the
7   logs where they were as opposed to destroying them?
8       A   The problem was with -- The problem with
9   that was when we started our project there was at
10  least 2 feet, sometimes 3 to 4 feet of
11  vermiculite -- raw vermiculite in the tunnel, and it
12  was a good source to keep the logs in place in the
13  4 gallon buckets.
14          So what we did was we bucketed up all the
15  vermiculite in the tunnels, and then we needed media
16  to hold the logs in place so we would use the raw
17  vermiculite to hold them in place. You could not
18  clean the raw vermiculite off the logs once they
19  were there. And we took some logs out and tried
20  cleaning them. There was no way I could wash the
21  logs to get the raw vermiculite off without
22  disturbing the mycelian and breaking off the
23  mushrooms.
24      Q   Lerah, the business that you had downtown
25  for a while that you sold fruits and vegetables, do

---

85

1  you remember that?
2      A   The Pop Shop.
3      Q   The Pop Shop. Did you call that Raintree,
4  too?
5      A   Yes. It was Raintree. Everything we ever
6  did was Raintree. I opened Touch of Class Floral
7  Shop. We had bought The Pop Shop, we went in and
8  remodeled it. We were selling fruit at the time.
9  And then I completely remodeled it and put a floral
10  shop in The Pop Shop and repainted it and
11  redecorated it. And then we rented it that winter,
12  and then the people were looking for a place to put
13  the submarine -- sub sandwiches so they came to us
14  and wanted to buy that property. And so we pulled
15  the tanks and sold them the property.
16      Q   So it was a floral shop, not fruits and
17  vegetables?
18      A   Both. In the fall we did fruits and
19  vegetables and I also sold lots of dried flowers out
20  of there. Along with selling fruits and vegetables
21  we sold dried hanging baskets and stuff. When there
22  was no more fruits and vegetables I did a Christmas
23  line in The Pop Shop and sold Christmas trees and
24  decorations out there, along with doing lots of
25  Christmas arrangements.

86

1      Q   Once you sold that property, did you keep
2  that line of business at other locations of the
3  Raintree?
4      A   Yes, the downtown property. We had the
5  Touch of Class in our property downtown, the retail
6  store.
7      Q   Okay. Lerah, I understand that you shut
8  down the downtown retail store in November of '99;
9  is that right?
10      A   Yes.
11      Q   How come you did that?
12      A   I was getting a lot of questions on our
13  product and I was trying to explain to people that
14  none of those products on that property, that raw
15  vermiculite was used in anything we ever sold.
16  People didn't believe us. They questioned us. They
17  didn't want any of our products.
18      Q   So you just immediately shut the business
19  down?
20      A   I couldn't sell anything.
21      Q   How long did you keep it open to see if
22  you could sell something?
23      A   I just was so devastated by it all, I
24  would go down and work a couple hours and I would
25  just come home and -- I just couldn't work it

87

1  anymore. I couldn't keep my emotions under control
2  when people would ask me about it. They'd say, Did
3  you take a shower to come to town today? I would
4  say, No, did you take a shower to leave town today?
5      Q   Lerah, did you have any employees down at
6  the retail store at the time?
7      A   My daughter was working it and Rosalie
8  Warboys was working it.
9      Q   Did you consider keeping it open and just
10  have them run it for a while and take kind of a
11  leave of absence from it?
12      A   No, she had an opportunity to go to a
13  different job and I advised her to take the other
14  job because I didn't know where we were going --
15  With everything happening to us, I didn't know where
16  we were going. So I told her to take the other job.
17      Q   How about hiring someone else to come down
18  and run it while you took some time off?
19      A   People were afraid to work for us. Even
20  though that property has nothing to do with the
21  other property, it's just that we had material
22  from -- we sold material from our main nursery
23  downtown and they were questioning about the herbs
24  we had for sale down there and how were they potted,
25  what we were growing them in.

88

1          The herbs that I was selling at the store,
2  was there a problem with the herbs or where did I
3  get the herbs from? I had to prove everything
4  beyond a shadow of a doubt. I had to prove
5  everything that people questioned. They never
6  questioned us before and all of a sudden everything
7  we have is not any good. Like the Christmas trees.
8  We couldn't sell a Christmas tree because it had
9  contamination on it. They had dust on our products.
10      Q   Okay. But the -- You shut the retail
11  business down in November of '99? Is that right?
12      A   Yes. We brought a load of Christmas trees
13  over from Bonners Ferry. We always bought our trees
14  in Bonners Ferry. Brought them over here. There
15  was a hospital dance and we were selling Christmas
16  trees. First comment out of a lawyer's mouth was, I
17  wouldn't buy one of those trees. They have asbestos
18  dust on them.
19          And it went through like hotcakes. The
20  whole town, Don't buy Raintree trees because there
21  is a problem with them. They weren't even grown in
22  this town. Weren't even produced in this town.
23  People wouldn't buy our trees. We donated one to
24  the hospital. We got one bid on it from a lawyer
25  friend. Nobody would even bid on the tree at the

89

1  hospital benefit.
2      Q   Did you sell any of the trees?
3      A   Not one.
4      Q   Not one?
5      A   Not one.
6      Q   How long did you try to sell them?
7      A   Until December 10th; then we just -- we
8  threw them away in the spring.
9      Q   How many had you purchased?
10     A   Three hundred.
11     Q   Do you remember the cost of those trees?
12     A   Ten dollars apiece.
13     Q   You sold them at the downtown store, or
14  where did you sell them?
15     A   We were selling them out at the other
16  property. And we were going to open downtown and
17  sell downtown, and then after this hit in November
18  and we brought the first load over, then the
19  comments started coming in, and so I said, I'm not
20  even going to open up downtown and try to sell them.
21  Not after those comments.
22         Pretty hard to stand and have people mock
23  you and question what you're doing after you've been
24  in business all these years and have a good
25  credibility and everybody has trusted our products.

90

1  We were never questioned before and all of a sudden
2  because of an article in the newspaper and everybody
3  didn't believe -- I've got to take a break.
4         (A recess was held in the proceedings.)
5
6         EXAMINATION RESUMED
7  BY MR. MacDONALD:
8      Q   Lerah, did I understand that the retail
9  store that you had downtown, that principally sold
10  goods that you purchased from wholesalers, and most
11  of what you grew out at the screening plant property
12  was sold there?
13     A   No.
14     Q   Okay. How much of your retail business
15  downtown was materials that you grew at the
16  screening plant property?
17     A   I'm going to guess 50 percent -- 40,
18  50 percent.
19     Q   Okay. Can you give me some examples of
20  some of the things you used to buy from wholesalers
21  for the retail store downtown.
22     A   Fuchsia cuttings. We bought a lot of
23  cuttings and then I would pot the cuttings and grow
24  the cutting out to make hanging baskets and do
25  cuttings and then go home and put them in 4-inch

91

1  containers and sell the 4-inch containers.
2      A   A lot of the odd ball plants that --
3  Snapdragons. I had trouble growing Snapdragons.
4  I had trouble germinating Pansies and growing
5  strawberries. I could buy them cheaper than I could
6  produce myself. We did different things like
7  that. Tomatoes and Marigolds and all the Petunias.
8  Your basic garden varieties.
9         All your vegetable starts we did
10  ourselves. If I ran short -- Some years we had
11  bumper years. If we'd get a late frost I would have
12  to order a lot more product in. I could order it
13  from Spokane because -- We would always run out of
14  what we would grow. We would never grow enough to
15  supply the need in Libby, so I would buy from Allen
16  Creeks to supplement our needs.
17     Q   Did you have many things out at the
18  screening plant property that you would buy from
19  wholesalers rather than grow it out there?
20     A   Large trees we would buy from wholesalers
21  because we didn't have the ground to produce large
22  trees.
23     Q   Is that the only thing?
24     A   No, shrubs. All the bark. All the
25  landscaping products were brought in. All of our --

92

1  Fungicides and insecticides and all of our retail
2  line of products that we sold was brought in from
3  outside sources.
4      Q   Lerah, did you have an arm surgery in
5  November of '99?
6      A   Yes.
7      Q   What kind of surgery was that?
8      A   I had torn the rotator cuff on my shoulder
9  and they had to do two surgeries that year.
10     Q   And what other time did they do the
11  surgery other than November of '99?
12     A   It was in July.
13     Q   Of '99?
14     A   Of '99. And the shoulder froze and they
15  had to go back in and do a second surgery.
16     Q   And how long before your shoulder
17  recovered after the second surgery?
18     A   I was totally down for six weeks, and by
19  the first of the year I had pretty much 80 percent
20  of the use and was able to use it in the spring with
21  no problem.
22     Q   Lerah, do you have copies of any
23  correspondence that has gone back and forth between
24  you and the EPA?
25     A   What type of correspondence are you

93

1 looking for?
2    Q  Any correspondence that you produced that
3 you sent to the EPA and that they responded to? Or
4 vice versa, anything they wrote to you that you
5 responded to?
6    A  Yes.
7    Q  Do you recall what those correspondence
8 items were about?
9    A  Access agreement was the first
10 correspondence. All the air samples, soil samples.
11 All the documentation as far as the time frame of
12 the property, cleanup, the plans, all the excavation
13 work being done. They gave us all the -- I
14 requested all the pictures that were taken on the
15 property since I wasn't allowed on the property.
16 They gave me a series of disks with all the pictures
17 of what's been happening on the property all summer
18 long.
19    Q  And you have that disk?
20    A  I believe there is twelve, maybe even
21 seventeen disks.
22    Q  Are they just photographs or are there
23 other things on those disks?
24    A  Most of the disks contain inventory and
25 how the cleanup was done on the property.

94

1    Q  Just pictures of it or what do you mean by
2 that?
3    A  Pictures of men working in suits, pictures
4 of excavation of the property, pictures of them
5 removing the property off the -- everything that was
6 destroyed we have a picture of -- that was destroyed
7 by EPA. I'm sorry, not everything, but there were a
8 lot of things that were destroyed that we have
9 pictures of.
10    Q  Do you know of things that were destroyed
11 that you don't have pictures of?
12    A  Yes.
13    Q  Like what?
14    A  Things that we're finding that were stolen
15 out of the storage unit or things that after going
16 back through our video of the inventory that all of
17 a sudden we're missing this item and it's not in the
18 inventory, it's not in the storage shed, it's not on
19 our property. Items just being gone.
20    Q  Okay. Prior to finally purchasing the
21 property, Lerah, did you have any discussions with
22 Michael Ray?
23    A  Prior to purchasing the property?
24    Q  Right.
25    A  Yes.

95

1    Q  And what do you remember about those
2 conversations?
3    A  We were looking for water line sources, we
4 were looking for how the water got into the tunnels,
5 we were looking -- there was lots of pipes sticking
6 out of the ground different places and we were
7 asking Michael, What was this here for, or, Why was
8 this left this way, or, Are you going to finish
9 cutting the wires off? And he was responsible for
10 doing a lot of the final cleanup on the property.
11    Q  Because you testified Allen Stringer was
12 gone from Libby at that point?
13    A  Yes.
14    Q  Do you remember when Allen left?
15    A  No, he was coming and going. And when he
16 was gone, we were to address Michael Ray on any
17 questions that we had.
18    Q  Did Michael Ray make any representations
19 to you that you later found to be false?
20    A  No.
21    Q  How about Bob Morazzo?
22    A  No.
23    Q  How about Jim Stout?
24       MR. LEWIS: How about what,
25 Counsel?

96

1 BY MR. MacDONALD:
2    Q  Same question. Did Jim Stout ever make
3 any representations to you that you later learned to
4 be false?
5    A  Yes.
6    Q  Okay. I should back up then. Is your
7 answer the same for Bob Morazzo? Did he ever make
8 representations to you that later proved to be
9 false --
10    A  No.
11    Q  -- in your opinion? Oh, okay. What did
12 Jim Stout say to you that later proved to be false?
13    A  I was under the impression that he was a
14 contractor for W.R. Grace that would be cleaning up
15 our property. I didn't realize he was on the W.R.
16 Grace payroll. And during negotiations and his role
17 during negotiation and his role coming and going on
18 the property, I was misunderstanding what his
19 assignment was and what he was involved in.
20    Q  And this was -- This was after the EPA --
21 I mean, you're talking about after November of 1999?
22    A  Yes.
23    Q  How about prior to November of 1999? Did
24 Jim Stout ever make a representation to you that you
25 later learned to be false?

**PARKER vs W.R. GRACE & COMPANY**          **Deposition of LERAH PARKER**

97

1    A   We never met Jim Stout until after.
2    Q   Okay. And afterwards, after November of
3  '99, it was represented -- Well, I'm sorry, I don't
4  mean to put words in your mouth. Could you tell me
5  again what representation he made that you now think
6  is false?
7    A   He told us he was an independent
8  contractor that would be doing the cleanup on our
9  property.
10   Q   Okay.
11   A   And he had no association with Grace.
12  That Dave Cleary was his buddy and we could work out
13  any deal we needed between he and David Cleary.
14   Q   You have now learned that Jim Stout is on
15  W.R. Grace payroll? He's an employee, is that what
16  you're saying?
17   A   I'm not sure what his relationship is with
18  Grace.
19   Q   Then why do you think that statement is
20  false?
21   A   He was in the same office with Allen
22  Stringer and he was at our negotiation and Jim Stout
23  was dealing with us in a manner that Allen Stringer
24  should have been dealing with and not Jim Stout. He
25  was representing Grace in many incidences where he

98

1  shouldn't have been representing Grace.
2    Q   Lerah, I apologize, but how is that a
3  representation that was untrue?
4          MR. LEWIS: Objection, that's
5  asked and answered. You have asked it twice, she
6  has answered it twice. Get on to your next
7  question.
8          MR. MacDONALD: I'll move when I
9  want to.
10         THE DEPONENT: Would you rephrase
11  it, please.
12         MR. MacDONALD: Yes, I can.
13  BY MR. MacDONALD:
14   Q   You mentioned that Jim Stout, you said,
15  was representing Grace when you think that Allen
16  Stringer should have been. Is that your testimony?
17   A   Yes.
18   Q   How was that a misrepresentation in your
19  view?
20         MR. LEWIS: She didn't say that
21  was a misrepresentation in her view, Counsel.
22  BY MR. MacDONALD:
23   Q   You can answer.
24   A   I didn't say it was a misrepresentation.
25   Q   Okay. Did I misunderstand you, Lerah,

99

1  when you said that after November of 1999 Jim Stout
2  made a representation to you that you later learned
3  to be untrue?
4    A   Yes.
5    Q   What was that representation?
6    A   He was representing himself as being
7  buddies with Cleary and we could work through all of
8  this without Grace lawyers or without needing
9  lawyers. We just had a given amount of money we
10  wanted, sign on the line, and it would all be over
11  with.
12   Q   And in what way do you now believe that
13  that representation was untrue?
14   A   I went to Allen and tried to talk to Allen
15  at his office on what was going on and what we
16  needed and he couldn't help us and he said we had to
17  do -- we had to work with lawyers.
18   Q   Okay. Prior to purchasing the property,
19  did you have any conversations with Bernard Bosch?
20   A   Bernie Bosch was just coming on the
21  property and getting things off the property that
22  Morazzo had told him he could have. Everything on
23  the property was to be ours, but come to find out
24  Morazzo kept coming and taking things and Bernie
25  Bosch kept coming and taking things. And we would

100

1  be in question with it.
2          For instance, he came and took the break
3  table out of the break shack, and we had thought we
4  would use that for our employees. And come to find
5  out Morazzo had promised that to Bernie Bosch.
6    Q   Did Bernie Bosch ever make representations
7  to you that you later learned to be untrue?
8    A   No.
9    Q   How about Don Cook? Did Don Cook ever
10  make representations to you that you learned later
11  to be untrue?
12   A   No.
13   Q   How about John Lyle? Did he ever make
14  representations to you --
15   A   No.
16   Q   -- that you later learned to be untrue?
17  And how about Ron Halverson?
18   A   No.
19   Q   What documents have you received from this
20  Paul -- is it Stamets?
21   A   Stamets.
22   Q   -- Stamets? From Paul Stamets?
23   A   We have done several correspondence. When
24  we were first getting into this, analyzing the
25  business works and stuff, I had talked to Paul about

101

1    the market and what the value of the mushrooms were
2    and where we stood with it after he commenced
3    training and we were buying his spawn and he could
4    certify his spawn.
5        I said, Paul, can you tell me about what
6    this is worth on the open market? He gave me an
7    e-mail to the fact of the value of the product and
8    how I could analyze the value of the product and how
9    long the product should last. We had a long
10   discussion about the value of the product.
11       Q   Do you have possession of all the
12   correspondence between yourself and Paul Stamets?
13       A   I don't know if I have all of it. I have
14   an e-mail that he gave me, but I didn't save all the
15   correspondence.
16       Q   You don't have copies of the e-mails, you
17   mean?
18       A   They would have went with the computer
19   that they destroyed.
20       Q   But the correspondence that was written
21   that was not in the computer you would have
22   possession of?
23       A   Yes.
24       Q   Was there much of that? Or was it mostly
25   by e-mail?

102

1        A   We had a lot of phone conversations on
2    what I was doing wrong. We were using his spawn and
3    he kept telling me what I was doing wrong with his
4    spawn and what not to do and what to do and he was
5    giving me lots of little tricks. I had planned on
6    buying lots -- we were buying several things from
7    Paul Stamets, and he's a teacher. He was very
8    willing to help us get our business off. He's not
9    into growing the mushrooms, he's into --
10       MR. LEWIS: Lerah, let me caution
11   you. Why don't you just answer the question that's
12   been asked.
13       THE DEPONENT: Yes, Tom. Did I
14   answer your question?
15       MR. MacDONALD: You were getting
16   there. That's for sure. You can continue, if you
17   like.
18       THE DEPONENT: What was the
19   question?
20       MR. LEWIS: What was the question?
21   (The reporter read back the record as requested.)
22   BY MR. MacDONALD:
23       Q   Was there any correspondence outside of
24   the e-mail?
25       A   Phone calls.

103

1        Q   Written correspondence?
2        A   No.
3        Q   I remember you told me that you had paid
4    for information from Mr. Stamets --
5        A   Yes.
6        Q   -- regarding the market. And there is
7    documentation to show how much and what you were
8    getting in return?
9        A   Yes.
10       Q   And you have possession of that?
11       A   Yes.
12       Q   Lerah, as you sit here today, have you
13   calculated the amount of your alleged damages in
14   this case?
15       A   No.
16       Q   Why not?
17       A   You couldn't pay me enough for what Grace
18   has done to us. No amount of money would take
19   and -- (Pause.) How do you calculate lives and
20   children being affected and doctor bills and what
21   could happen in the future? How do you calculate
22   that? How do you calculate business loss when you
23   put your heart and soul into it for 14 years. If
24   there was a formula, I would sure like to know.
25       Q   Lerah, we received a Statement of Claim

104

1    filed with the court on your behalf seeking $10
2    million in compensatory damages. Do you know how
3    that was calculated?
4        A   When we went to the negotiations with
5    W.R. Grace I threw a figure down.
6        Q   What was that figure?
7        A   I told them I wanted $3 million, and
8    probably I'd have to pay half in taxes and so I
9    wanted $6 million. And I wanted the $4 million to
10   put into an account for the grandchildren in case
11   they had a problem. But that was my figure.
12       Q   You wanted $4 million in an account for
13   the benefit of the grandchildren in case they have
14   health problems?
15       A   Yes.
16       Q   Lerah, did anyone at the EPA tell you why
17   Grace was not ordered to clean up your property?
18       MR. LEWIS: Objection, that
19   assumes facts not in evidence.
20   BY MR. MacDONALD:
21       Q   You can go ahead and answer.
22       MR. LEWIS: First -- Well, you've
23   got to have foundation that she even knows the
24   answer to the question.
25       MR. MacDONALD: That's what I'm

105

1  asking her.
2         MR. LEWIS: No, that's not what
3  you're asking. You're loading up your question --
4  BY MR. MacDONALD:
5      Q  Did anyone at the EPA ever tell you why
6  Grace was not ordered to clean up your property?
7  They either told you or they didn't.
8         MR. LEWIS: That assumes that
9  Grace was not ordered to clean up the property. She
10 doesn't have knowledge of that. That's the problem,
11 Counsel.
12        MR. MacDONALD: There is no
13 problem. They either told her that or they didn't.
14        THE DEPONENT: I don't understand
15 what you're asking me.
16 BY MR. MacDONALD:
17     Q  Okay. Are you aware that Grace was not
18 ordered to clean up the property?
19     A  No.
20     Q  Okay. Did you ever tell the EPA that you
21 would not allow Grace on the property to clean it
22 up?
23     A  Yes.
24     Q  Do you remember when you did that?
25     A  I invited Grace to come out to our

106

1  property to ask them why they did this, and they
2  refused to come out. And I wanted them to say,
3  Yeah, there is a problem here. There is all this
4  asbestos on your property. There was rocks in our
5  front yard that was -- and they knew they were
6  there. Allen said they were there. Yeah, you can
7  see them. They are all over the property. And I
8  invited Grace to come out to acknowledge that there
9  was a problem because I could not believe we had --
10 I just --
11     Q  When did you ask Grace to come out?
12     A  Before the negotiations.
13     Q  Okay. And before -- At what point, Lerah,
14 did you tell the EPA that you did not want Grace on
15 your property to clean it up?
16     A  After Grace refused to come look at the
17 property.
18     Q  Do you remember about what month that
19 would have been?
20     A  Probably March or April.
21     Q  Okay. Was it before the negotiations?
22     A  Yes.
23     Q  Lerah, have you entered into any
24 agreements with the EPA?
25     A  No.

107

1      Q  Okay. If we could later get a copy of
2  this, that I just received, and list it as
3  Deposition Exhibit 3. I just want to ask you some
4  questions about this, Lerah, and how you came up
5  with these amounts.
6      A  Okay.
7         MR. LEWIS: Why don't you identify
8  it for purposes --
9         MR. MacDONALD: It's a document
10 dated April 19th, 2000 entitled Summary of Business
11 Values for Raintree Nursery. We will attach it as
12 Deposition Exhibit 3 with a copy later.
13 BY MR. MacDONALD:
14     Q  Could you tell me what number 1 represents
15 and how you came up with that figure.
16     A  I added up all of the cash that we had
17 outside of the earnings for the nursery. These were
18 outside funds that came in to supplement our
19 nursery.
20     Q  Okay. Through the years?
21     A  Through the years. Fourteen years.
22     Q  Okay. Let me first ask you, what is this?
23 What was the purpose of -- I understand you drafted
24 this?
25     A  Yes, I did.

108

1      Q  And what was the purpose of it?
2      A  I was being hounded by Jim Stout to come
3  up with a figure of what we wanted for settlement.
4  What would it take to get us off the land, what
5  would it take to buy us off. What would it give
6  us -- Give him a figure. Mr. Lund, remember that?
7  He said, Gave him a figure, give him a figure.
8  Remember?
9         MR. THUESON: Just talk to Terry.
10        THE DEPONENT: Excuse me.
11 BY MR. MacDONALD:
12     Q  What I'm trying to do, Lerah -- I'm not
13 getting into the various negotiations that went on
14 during that time. I just want to find out what you
15 were saying when you presented this. Okay?
16     A  I was -- I put this together in one night
17 and I went back over a bunch of records and I pulled
18 out all of the things that we had sold to buy and
19 build our home on the Rollins tracts and build that
20 nursery and all we had sold for improvements on the
21 nursery on the W.R. Grace property. And the
22 Whitehall property and Yaak cabin. And a mobile
23 home I had sold that were assets of mine. And Mel
24 sold his stocks and the land in Bonners Ferry he
25 had. And he got several inheritances from his

109

1   parents.
2          And these were not earned things by -- We
3   didn't earn -- They weren't everyday money coming in
4   from the nursery. They were outside monies that
5   weren't earned by the nursery. These are assets we
6   sold to keep the nursery going.
7     Q   So this was money that you pumped into the
8   nursery business over the years from sales outside
9   of the business?
10    A   Outside sources, yes.
11    Q   Okay. You have a number 2, Property value
12  downtown, $120,000. Where did you get that figure?
13    A   Appraiser. Verle Howell appraised the
14  property downtown.
15    Q   Do you remember when he did that?
16    A   I'm going to say '87, '88 (sic). Sometime
17  in that area.
18    Q   Right as you started the business?
19    A   I'm sorry, '97 or '98. Sometime in the
20  late '90s. I wanted to sell that property. We had
21  a buy-sell on this property at the time we bought
22  the W.R. Grace property and that -- we had a
23  $160,000 sale on this property and the guy skipped
24  town. And so we didn't get to close on the
25  property.

110

1          And so then we went a couple more years
2   and then I leased it to another business and then we
3   got the property back. We had it re-evaluated and
4   he come up with, like, $120,000 evaluation on it.
5     Q   Lerah, so as I understand it, between --
6   sometime between 1993 and 1999, your only retail
7   outlet was up at the screening plant property?
8     A   No. It was downtown also.
9     Q   Okay. Are we talking about the same thing
10  when you say "downtown property," that's your retail
11  store downtown?
12    A   Yes, it is.
13    Q   Okay. You mentioned that you had leased
14  that out sometime in the '90s?
15    A   I think in '96 we wanted to move
16  everything on the property to make it more
17  convenient so I wasn't splitting my time so much.
18  So a guy made an offer to buy the property. Then he
19  filed bankruptcy and I got the property back. So we
20  moved all of the retail out at W.R. Grace property
21  and we sold the retail out there for two years and
22  did very well with it, and then the next year I
23  brought it back downtown.
24    Q   My question, Lerah, then, is between 1993
25  and 1999, there was a two-year period where your

111

1   entire business was held out at the screening plant
2   property?
3     A   Yes. And even then I was selling retail
4   out of the W.R. Grace property. We had -- My
5   daughter mostly worked on the W.R. Grace property
6   and she handled all retail sales, and I was mostly
7   downtown with people downtown running the downtown
8   store.
9     Q   Okay. After you retook possession of the
10  leased property downtown, then you reopened up your
11  retail store downtown?
12    A   Yes.
13    Q   Do you remember what year that was?
14    A   If I'm not mistaken we were only
15  downtown -- down one year. It was in 19 -- I
16  believe '96 and he was -- he wanted to start a
17  restaurant and he was going to buy our property.
18  And I think we gave him the property like in June or
19  something, and he remodeled, and then the next year
20  he -- it was November, the property flooded and he
21  moved out and so I got it back --
22          MR. LEWIS: Lerah, just answer the
23  question that's asked, Dear.
24          THE DEPONENT: What was the
25  question?

112

1   BY MR. MacDONALD:
2     Q   When you received the lease property --
3   the downtown property that you leased out, when you
4   received that back, you reopened up your downtown
5   retail store?
6     A   Yes.
7     Q   Right? Do you remember what year that
8   was?
9     A   '97.
10    Q   Okay.
11    A   I believe it's '97.
12    Q   So you believe you leased it out
13  approximately 1995?
14    A   No, '96.
15    Q   So it was only one year that it was leased
16  out to somebody else?
17    A   I believe so.
18    Q   Approximately. Okay. And number 3, you
19  have Improvements over six years at $312,521. How
20  did you come up with that figure?
21    A   At the time I did these figures we had
22  gotten the appraisal back on the property. And so I
23  took all the figures -- these figures here,
24  subtracted it from the figure from the appraisal,
25  and I knew at least we put $312,000 into the

113

1 property.
2    Q   Okay. And then when you say "these
3 figures," you're referencing the figures down at the
4 bottom that's under the values that W.R. Grace was
5 not charged for?
6    A   Yeah.
7    Q   You subtracted those amounts from the
8 total of the real estate appraisal?
9    A   Yes.
10    Q   Number 4, under Inventories, were those an
11 estimate or did you research those values?
12    A   I didn't research any of them off the top
13 of my head. I just put down basic inventory that I
14 had.
15    Q   Okay. I guess what I'm asking, Lerah --
16 I apologize, it wasn't very clear. Did you go
17 through your records and come up with a pretty close
18 estimate or were these figures in paragraph 4 there
19 simply what you would estimate it off the top of
20 your head?
21    A   I estimated off the top of my head.
22    Q   Okay. Number 5, the Transplant loss
23 from -- is that seedlings, tree shrubs and plants,
24 of $51,000? Where did you get that figure?
25    A   We inventoried the stock that was to be

114

1 upgraded.
2    Q   Number 6, Working 14 years since 1986 on
3 business build up, $728,000. Where did you get that
4 figure?
5    A   I figured my husband and I at least put 50
6 hours in a week and I took 50 hours a week times the
7 number of weeks in a year, times the number of
8 years, and I come up with -- we put sweat equity
9 into the property of $728,000.
10    Q   What dollar value per hour, do you
11 remember?
12    A   Ten dollars an hour.
13    Q   And number 7, Reishi project - Value of
14 product over five years, $914,763. How did you get
15 the figure for that?
16    A   I got the figure from Paul Stamets. He
17 told me that -- I got the figures from Paul Stamets.
18    Q   Did you have a discussion with him about
19 the number of logs, pounds of mushrooms, those kinds
20 of things?
21    A   No.
22    Q   Do you know how he calculated that figure
23 that he gave you?
24    A   He gave me the -- He looked and gave me
25 what Reishi was selling for -- Certified Reishi.

115

1 He verified it was selling for that and he told me
2 the price and I calculated it out.
3    Q   How did you calculate it out?
4    A   I knew from research that each log should
5 produce a pound and a third and I knew the dollar
6 amount of the product, what was certified organic,
7 and then multiplied the number of pounds times the
8 number of dollars it was worth and I came up with
9 $914,000.
10    Q   Okay. The second page of Deposition
11 Exhibit 3, at the very top where it says Pounds
12 Harvested and whatnot, is that the substance of your
13 calculation?
14    A   Yes.
15    Q   Do you see, Lerah, where it says, Income
16 From Sales, and you have Year 1, Year 2, Year 3,
17 Year 4, Year 5; do you see that?
18    A   Yes, I do.
19    Q   Those totals don't add up to $914,000.
20 Substantially less than that. Do you know where the
21 difference came from?
22    A   These were projected figures on wild
23 harvest. These were projected figures and not on
24 certified mushrooms.
25    Q   We're talking about a different thing

116

1 then?
2    A   Yes.
3    Q   Different mushrooms?
4    A   Yes.
5    Q   Number 8, you have, Five year business
6 loss, the gross profit income - $48,000. You have
7 $241,035. Do you see that?
8    A   Yes.
9    Q   How did you calculate that?
10    A   I took it off a tax form of gross profit
11 income and just multiplied it times five.
12    Q   Any reason why you used gross profit
13 instead of net profit?
14    A   No.
15    Q   Then you have Minus - Land Value of
16 $189,000. That's what the land had been valued at
17 at that time?
18    A   Yes.
19    Q   So the net value you say, $3,003,470; is
20 that right?
21    A   Yes.
22    Q   Is that the offer you were making to W.R.
23 Grace to sell them the property? Or I mean -- Yeah.
24    A   No.
25    Q   What did that net value represent to you?

**PARKER vs W.R. GRACE & COMPANY**                    **Deposition of LERAH PARKER**

---

117

1    A   I don't recall.
2    Q   Do you recall, Lerah, this Summary of
3  business values for Raintree Nursery, and you come
4  up with a net value of a little over $3 million, was
5  this an offer you made to Grace to -- in terms of
6  the dollars you wanted and that you would ultimately
7  receive the property back once it was cleaned or did
8  it represent the sale of the property?
9    A   We were never going to sell the property.
10   Q   Okay. So was this amount, this $3 million
11 figure, the amount you were willing to receive in
12 settlement of this matter in addition to Grace being
13 responsible for cleaning up the property and giving
14 your property back?
15   A   There was a lot of factors. This is just
16 what I figure we had put into the business of the
17 property.
18   Q   Lerah, in the negotiation process, though,
19 was this your counter offer?
20   A   I didn't consider it a counter offer.
21 They wanted a figure, I produced a figure, and
22 that's what I did.
23   Q   Okay.
24        MR. MacDONALD: Why don't we take
25 another five minute break, Lerah.

---

118

1        (A recess was held in the proceedings.)
2
3        EXAMINATION RESUMED
4  BY MR. MacDONALD:
5    Q   Lerah, I would like to talk to you about
6  your contact with Grace personnel after you were
7  notified by the EPA in November of 1999. Okay?
8    A   Okay.
9    Q   You had testified earlier that you
10 requested that Grace come out and talk to you; is
11 that right?
12   A   Yes.
13   Q   Who did you talk to? Who did you give
14 that request to?
15   A   Allen Stringer.
16   Q   And did Allen come out and talk to you?
17   A   Allen dropped by kind of on a regular
18 basis there for a while. And he even brought his
19 wife out.
20   Q   And you mentioned that they wouldn't come
21 out? What did you mean by that?
22   A   I wanted other people other than Allen to
23 come out. I wanted Peter Grace on the property.
24   Q   Did you tell Allen that?
25   A   Yes.

---

119

1    Q   And what was his reply to that request?
2    A   Didn't answer me.
3    Q   Did he tell you he thought he could handle
4  your concerns?
5    A   No.
6    Q   What do you recall about your discussions
7  with Allen Stringer after the EPA told you that you
8  had problems on the property?
9    A   One of the first times when Allen came out
10 he asked how we were doing and what was going on,
11 and we told him -- and we even went for a walk on
12 the property and we walked down to the mushroom
13 tunnels because he wanted to see how it was doing
14 and stuff.
15        And he told me that most of the cases were
16 getting settled for $660,000 and at any point in
17 time that we felt we would like to settle this, we'd
18 each be guaranteed at least that much money. And
19 that he knew that we were not the type of people to
20 sue.
21        I should come up with a figure as far as
22 what it would take to meet our needs, and they would
23 build us a new house on the property because our
24 ultimate goal was to have the business, have the
25 grandkids run it, and have a house on the property.

---

120

1  And he assured us that that could be done; that
2  Grace could clean the property and build us a house
3  and give us enough financial money we wouldn't have
4  to work and he would take care of us. He would make
5  sure that everything would be made right and taken
6  care of.
7    Q   He said that you would be given enough
8  that you wouldn't have to work anymore?
9    A   He would make us very comfortable.
10   Q   Now, when he said you could always count
11 on getting $660,000 each, did he tell you what those
12 settlements had been for in the past?
13   A   Yes, he said most people were getting
14 medical settlements, if people would come to them
15 and tell them that they have a problem and if you
16 didn't hire lawyers and you didn't hire outside
17 people, if you just dealt with Grace, that Grace
18 would pretty much give you that, if you just came to
19 Grace.
20        And so I asked him, I said, Why isn't
21 Grace settling more of the cases then if it's just a
22 case of giving you $660,000? Why are there so many
23 court cases going on right now?
24   Q   What was his reply?
25   A   People preferred to try their cases in

---

**PARKER vs W.R.GRACE & COMPANY**                    Deposition of LERAH PARKER

---

**121**

1 court.

2 Q. Okay. Did he say anything, Lerah, about

3 those receiving those types of settlements were

4 diagnosed with asbestosis?

5 A. No.

6 Q. He told you that just anyone who made a

7 claim against Grace alleging health problems were

8 getting settlements of $660,000?

9 A. That's the impression I was given.

10 Q. Okay. And then in addition to that he

11 told you that Grace would clean up the property, and

12 in addition to that give you -- build you a home,

13 give you enough money so that you would be very

14 comfortable; is that the gist of what he said?

15 A. I never got that impression. I assumed

16 that it was all within the same realm of working

17 through this -- whatever we needed we would be able

18 to get from Grace to take care of the situation as

19 long as we didn't go to lawyers and go to

20 counselors.

21 Q. How many times would you say that you saw

22 Allen prior to the negotiations starting to try to

23 settle this matter?

24 A. Several times. I don't know whether it

25 was five or ten times. Several times.

---

**122**

1 Q. And when is the first time that you felt

2 you were starting the negotiation process?

3 A. I guess when he refused to have Grace come

4 out on the property.

5 Q. Do you remember what month that was?

6 A. It was probably in March.

7 Q. Okay. Prior to, I believe, April 9th is

8 when you met with David Cleary, Ken, and Allen; is

9 that right?

10 A. Yes.

11 Q. Okay. Prior to that time had you met with

12 any other Grace personnel?

13 A. No.

14 Q. Could you describe for me the meeting you

15 had with Ken and David Cleary and Allen on April

16 the 9th?

17 A. I believe it was Jim Stout, not Allen,

18 that came to the house. They were late. We were

19 anxious to talk to them and they came in and they

20 sat down at our kitchen table. And we were anxious

21 to show them the nursery and explain what we had and

22 what was going on with the nursery. And they

23 weren't even interested in that. They just wanted

24 to know a figure it was worth to us, and they gave

25 us this offer, and they asked if we had a figure in

---

**123**

1 mind, and we told them, No. And that we should come

2 up with a figure.

3 And they asked about the Reishi project

4 and I tried to explain it and it was a big joke.

5 I was very insulted by it. I took their offer and I

6 tore it up and I threw it on the floor and I walked

7 out.

8 Q. Was that the following day, after the

9 meeting?

10 A. Yes, when they came back the second day.

11 Jim Stout arrived first and said he had an offer we

12 couldn't turn down. And he came in first and then

13 Cleary and Ken Lund come in, and it was basically

14 the same offer.

15 Q. And did you rip it up in front of them?

16 A. Yes, and I threw it on the floor and I

17 left.

18 Q. So there really was no discussion about

19 valuation the second day?

20 A. They had a set figure in their mind and

21 they weren't going to negotiate.

22 Q. But they did negotiate, didn't they?

23 A. No.

24 Q. Sometime later you came up on April 19th

25 with this Summary of business values for Raintree,

---

**124**

1 didn't you?

2 A. They thought we should meet again and we

3 should talk again.

4 Q. And you did, didn't you?

5 A. Yes, we did.

6 Q. And didn't they change their offer?

7 A. Yes, they did. At that time I was getting

8 a lot of pressure from Jim Stout. He came out

9 several times in a row. Almost every day he would

10 come out and talk to us about Cleary was his buddy.

11 He called us at home and he told us Cleary was his

12 buddy and he could work through this. Just give him

13 a figure. He didn't care what the figure was, just

14 give him a figure and they would pay it. He was

15 very confident that Grace could clean the property.

16 Just give them a figure and get off the property.

17 I requested that there be no meetings at

18 our kitchen table. I didn't want Jim Stout there

19 anymore. I wanted to meet at a professional

20 setting. And that's when we met at Allen Stringer's

21 office on the 19th.

22 Q. Do you know if you gave them a copy of

23 your deposition exhibit -- what we have marked as

24 Deposition Exhibit 3 --

25 A. Yes.

---

---

**125**

1  Q  -- at that meeting?
2  A  Yes.
3  Q  You gave them a copy?
4  A  Yes.
5  Q  And it was on April the 19th?
6  A  Yes.
7  Q  What do you remember from that discussion?
8  I'm sorry, who was there, first?
9  A  Ken Lund, Allen Stringer, David Cleary, my
10  husband, and myself.
11  Q  And what do you recall of that discussion?
12  A  We had a list of things that we were
13  concerned about and we presented them with a list of
14  concerns that the Parkers had and we went over them.
15  We would not accept the fact on the second offer
16  that it had to be stockpiled on our property and
17  buried on our property.
18      They wanted to restrict five acres where
19  the long shed was and they were going to bury all
20  the contamination on our property, and we would not
21  go along with that.  In fact, I believe Dave
22  Cleary's comment was they would take a dozer and
23  then doze the house and doze the greenhouses and put
24  everything in a pile in the long shed and then give
25  us back the property.

---

**126**

1  Q  Did you give them a list of your concerns
2  in writing?
3  A  Yes.
4  Q  Was it typed?
5  A  Yes.
6  Q  Were they receptive to many of your
7  concerns?
8  A  No.
9  Q  Did they accept any of your concerns?
10  In other words, did they change their offer to
11  satisfy your concerns?
12  A  No, they did not.
13  Q  On none of the points?
14  A  We went back on a couple of points, but I
15  don't recall what they were.
16  Q  Now, after this meeting they gave you
17  another written proposal, didn't they?
18  A  No.
19  Q  Did they give you a written proposal at
20  this meeting?
21  A  Yes, they did.
22  Q  Okay.
23      MR. LEWIS:  You're talking about
24  the meeting on April 19th?
25      MR. MacDONALD:  Right.

---

**127**

1  BY MR. MacDONALD:
2  Q  And that had changes in it from their
3  proposal --
4  A  Yeah, I think it went to -- $1,200,000 is
5  what it went to.
6  Q  Okay.
7  A  We had a tax issue over that and we were
8  asking about the taxes.
9  Q  What else do you recall about this
10  discussion you had on the 19th?
11  A  They told us that would be a cash
12  settlement.  We wouldn't have to worry about taxes
13  because they would make it so it was a medical claim
14  and not a nursery settlement.  And that really upset
15  me because we didn't know what the circumstances for
16  the medical claims would be and they are willing to
17  write us off as two medical claims of $660,000 which
18  just happened to be their offer, and there was no
19  consideration about our business or what we have
20  done with the property or the welfare of the
21  children.
22  Q  Anything else you remember in the
23  discussion from the 19th?
24  A  They left it -- They left -- went out a
25  couple times and you could hear them talking about

---

**128**

1  getting to the golf course and going golfing.  It
2  was like we were wasting their time.  I remember
3  their snide remarks about golfing and the golf
4  shoes -- He didn't want to get his golf shoes
5  dirty -- Cleary didn't.  It was more like a -- It
6  was more like a joke.
7  Q  Anything else you recall about the
8  discussion on the 19th?
9  A  They left and came back and asked me what
10  I wanted in cash for settlement.  And I told them,
11  I had to have $3 million cash and I showed them this
12  piece of paper.  I said, You need to double that
13  because I'll probably have to pay half in taxes on
14  this.
15      And they just shook their heads and walked
16  out and he came back in and he says, We advise you
17  to get a lawyer and we will see you in court in five
18  to seven years.  And they got up and -- stood up and
19  took their briefcases and I took the paperwork here
20  and they asked us to leave and we left.
21  Q  Lerah, when you said you would have to
22  double that because you thought you would have to
23  pay taxes?
24  A  Yes.
25  Q  Six million?  And it was your

---

---

129

1  understanding at that point that you would also keep
2  the property after it was cleaned up?
3      A  No.  They wanted the property.
4      Q  So it was your understanding that it was
5  $6 million and you would transfer the property to
6  Grace?
7      A  No, I don't recall that.  I don't know
8  where I stand there.
9      Q  Lerah, I understand -- and I read Mel's
10  letter -- that you were very upset with the way that
11  they responded to your valuation of the Reishi
12  mushrooms.  Was there anything else that they did
13  during this negotiation process that you were upset
14  about?
15      A  The first meeting, December 1st, it was a
16  town meeting.  And right after the meeting Jim Stout
17  came up to us and pulled us aside and he said, I
18  want you to meet my buddy Cleary here.  He's a
19  lawyer for W.R. Grace and I need to introduce you to
20  him.  He'll take care of you.  He'll do things right
21  with you.
22      So we stood there and Jim brought
23  Mr. Cleary over to us, and Jim introduced us to him.
24  And he says, Oh, you got that property?  And he
25  says, Wasn't the property given to you?  I said, No.

---

130

1  And he says, I thought Grace gave you the property.
2  And I said, No.  I said, We bought and paid for the
3  property.
4      And it was really insulting, the fact that
5  he's a hotshot lawyer for Grace and he didn't even
6  know the circumstances of the case, and said he
7  wanted to negotiate and he didn't even know the
8  circumstances of the case.
9      Q  This was in December of '99?
10      A  December 1st at a public meeting.  It was
11  in the first part of December.
12      Q  Once the negotiations started -- And I
13  believe you testified you thought the process
14  started in about March.  Once Allen Stringer did not
15  send somebody else out there from Grace, did they do
16  anything else that offended you?
17      A  Not that I recall.  They offended us when
18  the cleanup started by having a spy spy on us every
19  day and sit on top of the mountain side and he'd
20  sneak down and take pictures.  And he was ordered to
21  stay off the property.  We literally told him if he
22  didn't stay off the property I'd have him arrested.
23      He kept sneaking onto the property.  He
24  came to the property and he disguised himself as an
25  employee for the EPA.  And we all sat down to have

---

131

1  lunch together and we were having lunch, and I asked
2  him what his association with EPA was, and he said
3  he wasn't, he was an independent contractor hired by
4  Grace to oversee the cleanup.
5      And when I signed the agreement I
6  definitely said I would not have Grace on the
7  property.  And it was really insulting that Grace
8  had to lower themselves to put spies on the
9  property.  And the whole summer they had a spy on
10  the mountain top who took videos and spied on what
11  was going on out there.  It was very insulting.
12      Q  When you said before you signed the
13  "agreement," what "agreement" are you talking about?
14      A  Allowing the EPA to have access to our
15  property.
16      Q  Okay.  And then you said when the cleanup
17  started.  When was that?
18      A  We were still inventorying and moving off
19  the property in June.  It started like the first of
20  June when Travis came.  I think Travis came between
21  the 1st and 15th of June and we started cleaning up
22  and moving the property off the property and --
23      Q  Lerah, as you sit here right now, do you
24  recall any things said by Mel in his deposition that
25  you disagree with offhand?

---

132

1      MR. LEWIS:  I'm not going to tell
2  her not to answer the question, but it's a pretty
3  broad question.  And I think it's patently improper.
4  I'll object to the form of the question on the
5  grounds that it calls on her to give testimony
6  concerning a deposition she sat through for four
7  hours.  That's just too broad.  But she can answer
8  if she thinks she can.
9  BY MR. MacDONALD:
10      Q  I'm just asking, as you sit here right
11  now, can you remember any things said by Mel in
12  response to my questions that you would disagree
13  with?
14      A  The address of the nursery was North
15  Central Road, not Quartz Road.
16      Q  And you referenced earlier leasing versus
17  buying the property.
18      A  That's correct.
19      Q  Right?  Anything else that you can
20  remember?
21      A  No.
22      Q  Lerah, you mentioned that the calculation
23  of the Reishi mushrooms and the other mushrooms are
24  over a five-year period?  Why over a five-year
25  period?

---

---

133

1    A  I was inoculating logs with wild harvest
2  mushrooms and not certified Reishi mushrooms. We
3  had a lot of roots in the tunnel and I was
4  experimenting with different things.
5    Q  No, Lerah, what I'm getting at is, was it
6  ever represented to you by Grace personnel that they
7  could clean up that property and get you back on
8  there going full bore in your business in a lot less
9  than five years?
10    A  Would you rephrase -- Would you repeat
11  that?
12    Q  Was it ever represented to you by any
13  Grace personnel that they could clean up that
14  property, rebuild the improvements, and get you
15  going in your business in a year or two?
16    A  No.
17    Q  But the EPA represented to you that they
18  could get the property cleaned up by October of
19  2000?
20    A  Yes.
21    Q  Lerah, if the EPA represented that the
22  property could be cleaned up by October of 2000, why
23  were you seeking business losses for five years?
24    A  It would probably take me that long at
25  least, if not longer, to try to reestablish

---

134

1  contracts, try to look for outside business other
2  than Libby, Montana because we have such a black
3  name from this mess that we're in.
4    Q  But not insofar as your Reishi mushrooms
5  are concerned?  Your market there is a great
6  distance from Libby, Montana, isn't it?
7    A  I thought so, but evidently not because
8  most people that were buying have canceled and are
9  not buying from us because they know what has
10  happened.
11    Q  I thought you said you didn't have anybody
12  who you had contracted with to buy your Reishi
13  mushrooms?
14    A  Not contracted.  A contract is different
15  than selling just to an independent person.  I have
16  contacts but not contracts.
17    Q  Okay.  What persons or entities canceled
18  any orders that they would have otherwise made with
19  regard to your Reishi mushrooms?
20    A  Individuals.
21    Q  What individuals?
22    A  I'm not going to disclose names.
23    Q  Do you have a list of those names?
24    A  Yes.
25    Q  Okay.  And why won't you disclose names?

---

135

1    A  I do not want to give -- It's privileged
2  information.  Some people have cancer.  Some people
3  are very ill and they don't want everybody to know
4  that they are very ill.
5    Q  Okay.  But with these individuals that you
6  discussed, you never discussed a price with them on
7  the purchase of the Reishi mushrooms?
8    A  Yes.
9    Q  That's correct?
10    A  I discussed price with them.
11    Q  Okay.  What price did you discuss with
12  them?
13    A  I've sold as high as $246 a pound and I've
14  sold as low as $50 a pound.
15    Q  Okay.  I might have misunderstood your
16  testimony there.  I thought you said you hadn't sold
17  any Reishi mushrooms?
18    A  I have an outside source for Reishi
19  mushrooms.
20    Q  What does that mean?  You have an
21  outside --
22    A  I'm buying from another grower.
23    Q  Oh, okay.  So you're buying wholesale and
24  selling at retail?
25    A  I'm buying wholesale and I'm selling

---

136

1  wholesale because I want to give these people this
2  product at the lowest price available because of the
3  condition they are in.
4    Q  And you have been able to get these as low
5  as $50 a pound?
6    A  Yes.
7    Q  How much Reishi mushrooms have you sold?
8    A  I don't know.
9    Q  Do you have records that would indicate
10  that?
11    A  Some records.
12    Q  You wouldn't have all the records?
13    A  No.
14    Q  How come?
15    A  They were destroyed.
16    Q  By whom?
17    A  EPA.
18    Q  Okay.  As part of -- In the computer you
19  mean?
20    A  Yes.
21    Q  Do you have an estimate on the number of
22  pounds that you have purchased from other sources
23  and sold?
24    A  Yes.
25    Q  What would be your estimate?

---

**PARKER vs W.R.GRACE & COMPANY**                    **Deposition of LERAH PARKER**

---

137

1     A   Three hundred pounds.
2     Q   And approximately when was the first sale
3  that you had of Reishi mushrooms?
4     A   Probably in '97.
5     Q   Have you purchased all of these Reishi
6  mushrooms from one supplier?
7     A   No.
8     Q   How many suppliers?
9     A   We harvested a lot of them.
10    Q   My question is, how many suppliers have
11 you purchased Reishi mushrooms from?
12    A   Two suppliers.
13    Q   And who are they?
14    A   I'm not answering that question.
15    Q   Why not?
16    A   I do not want them to get involved in
17 this. I want them to have a successful business,
18 not have it trashed like mine is. If I give you
19 their names and you call them up, they'll have a
20 problem like I have a problem. I'm just not going
21 to have Reishi in a situation that I'm in.
22          MR. MacDONALD: I don't know how
23 you guys want to handle that. I'm entitled to that
24 information.
25          MR. LEWIS: Let us talk for a

---

138

1  minute and we will be back in a second.
2          MR. MacDONALD: Okay.
3          (A discussion was held off the record.)
4          MR. LEWIS: I'll make a statement
5  for the record first.
6          MR. MacDONALD: Let me just ask
7  the question --
8          MR. LEWIS: Why don't you ask the
9  question first.
10 BY MR. MacDONALD:
11    Q   Lerah, as I understand it you refuse to
12 provide to me the names of the two suppliers from
13 whom you have purchased Reishi mushrooms over the
14 last three years; is that correct?
15    A   Yes.
16          MR. MacDONALD: Go ahead, Counsel.
17          MR. LEWIS: We concede for
18 purposes of discovery that Counsel is entitled to
19 inquire into the subject matter. Ms. Parker
20 understands that and she elects not to answer the
21 question. And I guess that's -- that will have to
22 be the end of the inquiry at this time. We
23 understand Counsel has a right to take this matter
24 up with the Court. That's all I can really say on
25 the subject at this time.

---

139

1          MR. MacDONALD: Okay.
2  BY MR. MacDONALD:
3     Q   What I do want to know on this subject,
4  though, and apart from the names, Lerah, is, between
5  '97 and the present, have you sold any Reishi
6  mushrooms that were grown and produced by you?
7     A   No.
8          MR. LEWIS: What was the time
9  frame, Counsel? I apologize.
10         MR. MacDONALD: Between '97 and
11 the present.
12         MR. LEWIS: Okay.
13 BY MR. MacDONALD:
14    Q   Lerah, you testified earlier that as of
15 November of '99 you had 38 pounds of harvested
16 mushrooms that you produced; is that right?
17    A   Yes.
18    Q   And what was your estimate of the pounds
19 of mushrooms that were ready for harvest as of
20 November of '99 that hadn't been harvested?
21    A   I didn't keep that record.
22    Q   Okay. Did you have such a record?
23    A   No.
24    Q   But as you sit here today, what would be
25 your best estimate of the number of pounds that

---

140

1  could be harvested as of November of 1999 but had
2  not yet been, regarding Reishi mushrooms?
3     A   I don't have a calculation.
4     Q   Do you believe it would be over 100
5  pounds?
6     A   Yes.
7     Q   Over 500 pounds?
8     A   That's hard to judge.
9     Q   Okay. So somewhere probably between 100
10 and 500 pounds?
11    A   I'm not sure.
12    Q   Okay.
13         MR. MacDONALD: Why don't we take
14 a quick break, Tom, and I don't have much more.
15         (A recess was held in the proceedings.)
16
17         EXAMINATION RESUMED
18 BY MR. MacDONALD:
19    Q   Lerah, you had mentioned at one time
20 that -- you were talking about the W.R. Grace spy
21 that was looking down on the property. Did you have
22 any conversations where that person represented that
23 they worked for the EPA?
24    A   Would you rephrase that?
25    Q   I'm just trying to get at -- because I

---

**PARKER vs W.R.GRACE & COMPANY**　　　　　　　　**Deposition of LERAH PARKER**

141

1  couldn't remember what you said, whether he stated
2  it. I thought you said that there was a man
3  masquerading as an EPA official that was really a
4  W.R. Grace spy. Do you remember saying something to
5  that effect?
6    A   Yes.
7    Q   Okay. What did he do to lead you to
8  believe that he was masquerading as an EPA official?
9    A   We had a lockdown on the gate and no one
10  was to enter the property. And Nancy Garrity, who
11  worked for VOLPE, went to the gate and let this
12  gentleman in. And he said he was with the EPA and
13  she let him in. And it wasn't until lunch time that
14  we found out he was working for W.R. Grace.
15    Q   Did you hear him say that he was an
16  employee -- or, working for EPA?
17    A   No.
18    Q   Or that came secondhand from somebody
19  else?
20    A   Yes.
21    Q   And who was that individual?
22    A   Nancy Garrity and Travis Cox.
23    Q   And who did they work for?
24    A   Travis Cox was a person in charge with
25  Marquardt doing inventory and Nancy Garrity was the

142

1  person assigned by VOLPE to work with us during the
2  inventory period.
3    Q   And Lerah, what was that about? What was
4  VOLPE's involvement in this with regard to your
5  inventory?
6    A   EPA has hired VOLPE, and they're part of
7  the Department of Transportation, who is pretty much
8  taking care of the whole project for subcontractors.
9    Q   Okay. The cleanup aspect you mean? Or
10  everything?
11    A   Everything.
12    Q   How do you spell that?
13    A   V-O-L-P-E.
14    Q   Okay. But in your first discussion with
15  this individual, that individual told you that they
16  were hired by W.R. Grace?
17    A   It was lunchtime and we had come in from
18  doing inventory and we were sitting at the table.
19  And I asked who he was. And he told me and I got
20  very upset.
21    Q   Do you know why he was there, spying on
22  the EPA? Did you ask him?
23    A   No.
24    Q   Did you get upset because you thought he
25  was spying on you?

143

1    A   We would not allow Grace on the property.
2  And no association with Grace was to be on the
3  property.
4    Q   When he told you that he was from Grace,
5  or hired by Grace and he was on your property, did
6  you ask him to leave?
7    A   Yes.
8    Q   Did he leave?
9    A   Not willingly. We had quite a discussion.
10  I demanded -- He had walked around the property for
11  four or five hours taking notes and taking pictures.
12  And I asked Travis who he was, because he was taking
13  pictures and he was walking around. And he said he
14  was with the EPA. I said, Well, I didn't realize
15  EPA has anybody else out there. Let's finish this
16  project and we'll find out at lunch time who he is.
17        So we sat at the table for lunch and I
18  asked him who he was, and he said he was an
19  employee, I believe it was with Radium, and he was
20  out here to oversee what was going on for
21  W.R. Grace.
22    Q   Okay.
23    A   I was very upset.
24    Q   And did you ask him why he was there on
25  behalf of W.R. Grace?

144

1    A   I asked him who gave him the authority to
2  be on our property. And he told me it came from
3  Helena -- from the EPA in Helena. And so I called
4  Matt Cohn and I called Paul Paronard. They knew
5  nothing about it. They called the person in Helena.
6  And it came down to be a miscommunication. And she
7  wasn't aware of the agreement that we had that no
8  one from Grace was allowed on the property.
9    Q   Did you know if this individual was aware
10  of that?
11    A   Yes.
12    Q   He was aware that -- Prior to you asking
13  him at lunch he was aware that he was not supposed
14  to be on that property?
15    A   I assumed he knew because we had
16  discussions with Jim Stout that they were not to be
17  on our property.
18    Q   Okay. But you assumed it. You don't know
19  for sure whether this individual knew he was not
20  supposed to be on the property?
21    A   He came out with Jim Stout and Jim Stout
22  knew.
23    Q   You saw him with Jim Stout?
24    A   Yes. I believe Jim Stout brought him to
25  our location downtown and introduced us and asked

145

1  permission to have him on the property.
2    Q   Was that before or after this date?
3    A   Before.
4    Q   Okay. And at that time, when you first
5  met this individual, did he say who he was
6  affiliated with?
7    A   At the table, yes.
8    Q   That was at lunch or the meeting before
9  with Jim Stout?
10   A   Jim Stout stopped by with him and Mel
11 talked to him and I was doing some other things and
12 I just saw the guy out there, but I didn't put two
13 and two together until after the fact.
14   Q   Okay.
15       MR. MacDONALD: Okay, that's all
16 the questions I have, Lerah. Thank you for your
17 time.
18
19       EXAMINATION
20 BY MR. KALKSTEIN:
21   Q   Ms. Parker, as you know my name is Gary
22 Kalkstein and I represent Jack DeShazer and DeShazer
23 Ryan Realty. Before we start, do you need a break
24 or would you like to take a minute?
25   A   Let's keep going.

146

1    Q   I'm going to be, I think, very brief. And
2  because I know you have had the opportunity not only
3  to have a discussion with Terry but as you heard in
4  Mr. Parker's deposition as well, the only admonition
5  I would give is, as with Mr. Parker, if I ask a
6  question that doesn't make sense to you, you don't
7  understand, or it's just a bad question, would you
8  let me know, please?
9    A   Yes.
10   Q   And if you do, I'll rephrase it or make
11 sure that I'm asking it in a form that you feel
12 comfortable answering. Fair enough?
13   A   Yes.
14   Q   And if you answer the question, I'm going
15 to assume that you understood it and are answering
16 it truthfully to the best of your ability. Is that
17 a fair assumption on my part?
18   A   Yes.
19   Q   Okay. And I'm going to ask you a
20 variation of the question that Terry asked before,
21 but with regard to a very specific focus of
22 Mr. Parker's deposition. Do you recall the
23 questions that I asked him with regard to Jack
24 DeShazer and DeShazer Ryan Realty?
25   A   No.

147

1    Q   Okay.
2        MR. THUESON: Now he's going to
3  have to ask them all over again.
4  BY MR. KALKSTEIN:
5    Q   Let me ask just a few questions. With
6  regard to DeShazer Ryan Realty, you don't have any
7  evidence or reason to believe that Jack DeShazer
8  knew that there was asbestos contamination of the
9  property which is the basis of this lawsuit; is that
10 correct?
11   A   He was hired by W.R. Grace. I don't know
12 his affiliation and I don't know the understanding
13 that Jack had with W.R. Grace.
14   Q   But you have no evidence or reason to
15 believe that he was aware of the asbestos
16 contamination of the property; that's true, isn't
17 it?
18   A   I'm not aware of what Jack knew.
19   Q   Okay. And you have no evidence that he
20 did know there was asbestos contamination; is that
21 correct?
22   A   That's correct.
23   Q   And I asked your husband if he had any
24 complaints with regard to Jack's participation in
25 the sale of this property to you and he indicated he

148

1  did not. Do you agree with that testimony?
2    A   I have no complaint.
3    Q   Against Jack?
4    A   Against Jack.
5    Q   Or DeShazer Ryan Realty; is that correct?
6    A   That is correct.
7    Q   You don't believe that they engaged in any
8  kind of negligent or wrongful conduct; is that
9  correct?
10       MR. THUESON: Well, I object on
11 the grounds she doesn't know what the requirements
12 of the law are.
13       MR. KALKSTEIN: Fair enough. That
14 was a legal question.
15 BY MR. KALKSTEIN:
16   Q   But you have no complaint against Jack
17 DeShazer or DeShazer Ryan Realty, correct?
18   A   Correct.
19   Q   Based on your knowledge -- And I recognize
20 again that you have excellent counsel, but just
21 based on your opinion, you don't believe that they
22 did anything wrong in this situation, correct?
23   A   I don't know the working situation -- I
24 don't know the working relationship that Jack had
25 with W.R. Grace.

149

1    Q   Sure. And I understand that. I'm just
2  asking based on your knowledge, you indicated you
3  don't have any complaint with Jack or DeShazer Ryan
4  Realty. And I'm just asking you that based on that,
5  and the fact that you don't have a complaint, you
6  don't have any opinion that they did anything wrong,
7  correct?
8    A   Correct.
9          MR. KALKSTEIN:  And then if I
10  could just have the same understanding that we had
11  before, in light of the late hour, the fact —
12          MR. THUESON:  Yes.
13          MR. KALKSTEIN:  — Ms. Parker has
14  been through a long day of depositions and I don't
15  want to make it any longer for you, that if I can,
16  rather than end the deposition, recess it leaving it
17  open —
18          MR. THUESON:  Same stipulation you
19  had with Mel.
20          MR. KALKSTEIN:  We can reopen it
21  if we end up a party.
22          MR. THUESON:  Thank you very much,
23  gentlemen.
24          (Whereupon, the deposition of LERAH PARKER

150

1
2  PAGE    LINE            CORRECTION PAGE
                            CORRECTION
3
4
5
6
7
8
9
10
11
12
13
14      I have read the foregoing testimony and
15  believe the same to be true, except for the
16  corrections noted above.
17          DATED this ___ day of _____, 2001.
18
19          _____
                LERAH PARKER
20
        Subscribed and sworn to before me this ____ day
21  of _____, 2001.
22
23          _____
            Notary Public for the
            State of Montana
24          Residing at _____
    DMH      My Commission expires: _____
25

151

1                REPORTER'S CERTIFICATE
2
3          I, Debra M. Hedman, Registered
    Professional Reporter, Registered Merit Reporter,
4  and Notary Public for the State of Montana, do
    hereby certify:
5
          THAT I did report the foregoing transcript
6  after having first duly sworn the witness to testify
    to the truth;
7
          THAT said transcript was taken at the time
8  and place stated on the caption hereto; and
9
          THAT the testimony of the witness was
10  taken in shorthand by me and subsequently reduced to
    writing under my direction; and
11
          THAT the foregoing is a true and correct
12  transcription of all the testimony of said witness
    to the best of my ability.
13
          IN WITNESS WHEREOF, I have hereunto
14  subscribed my name and affixed my seal of office
    this 5th day of February, 2001.
15
16
17
18          _____
19          Debra M. Hedman, RPR, RMR and Notary
            Public for the State of Montana

CONCORDANCE

**PARKER vs W.R.GRACE & COMPANY**                **Deposition of LERAH PARKER**

## $

$1,200,000 [1] 127:4
$10 [1] 104:1
$100,000 [1] 63:20
$12,000 [3] 77:15,20 79:24
$120,000 [2] 109:12 110:4
$15,000 [1] 25:5-6
$160,000 [1] 109:23
$189,000 [1] 116:16
$2,000 [3] 68:4 73:9,19
$2,016 [1] 73:20
$241,035 [1] 116:7
$246 [1] 135:13
$264 [1] 53:17,19
$265,000 [3] 78:13,24 79:5
$3 [4] 104:7 117:4,10 128:11
$3,003,470 [1] 116:19
$3,600 [1] 80:3
$300,000 [2] 63:19 64:11
$312,000 [1] 112:25
$312,521 [1] 112:19
$4 [2] 104:9,12
$48,000 [1] 116:6
$50 [2] 135:14 136:5
$51,000 [1] 113:24
$6 [2] 104:9 129:5
$6,000 [1] 28:20
$60,000 [1] 34:22
$660,000 [5] 119:16 120:11, 22 121:8 127:17
$728,000 [2] 114:3,9
$8.60 [1] 12:23
$9 [1] 12:23
$914,000 [2] 115:9,19
$914,763 [1] 114:14

## '

'80s [2] 7:20 11:6
'85 [7] 15:19-20 16:3 17:21 24:2 25:25 44:19
'86 [3] 14:19 24:15 25:25
'87 [1] 109:16
'88 [1] 109:16
'90 [2] 19:19 24:16
'90s [2] 109:20 110:14
'93 [2] 32:22 40:7
'95 [2] 26:2,4
'96 [5] 26:2,4 110:15 111:16 112: 14
'97 [18] 16:3,12,17 17:22 45:14 48:5-6,20,24-25 49:4,19 109:19 112: 9,11 137:4 139:5,10
'98 [9] 16:12,17 49:5-6,9 50:4 56:11 67:12 109:9
'99 [17] 17:22 22:25 24:2 37:4 44:19 50:17 53:12,24 60:11 62:10 65:9 66:19 69:3,19 71:19 72:20 74: 3 86:8 88:11 92:5,11,13-14 97:3 99:3 109:15,20

## 1

1 [3] 39:21 107:14 115:16
1,000 [1] 50:5
1.33 [3] 57:5-6 58:23
100 [2] 140:4,9
10:00 [3] 27:15-16 29:13
10th [1] 89:7
14 [2] 103:23 114:2
145 [1] 4:6
15 [1] 33:20
15th [3] 74:20,24 131:21
16 [1] 24:15

## 16-inch [2] 59:8 65:3

17 [2] 27:18 28:3
18 [4] 50:11 57:19 58:4,9
19 [1] 111:15
1986 [3] 6:20 19:8 114:2
1990 [4] 19:8 20:19 22:25 23:7
1992 [2] 29:3,23
1993 [2] 110:6,24
1995 [1] 112:13
1997 [3] 15:20 56:11 71:1
1999 [13] 24:7 36:19 50:24 56: 10 59:9 66:16 96:21,23 99:1 110:6, 25 118:7 140:1
19th [10] 107:10 123:24 124:21 125:5 126:24 127:10,23 128:8
1:30 [1] 1:22
1st [3] 129:15 130:10 131:21

## 2

2 [9] 1:20 29:1 35:2 37:8 84:10 109:11 115:16
2,500 [1] 65:16
2000 [8] 62:11 74:3,5 76:10 81: 24 107:10 133:19,22
2001 [5] 1:21 78:17 151:17,21 152:14
2325 [1] 2:6
23rd [2] 9:3,23
24 [5] 40:2 50:11 57:19 58:4,9
25th [3] 50:8 67:10,12
28 [2] 33:2-3
2nd [1] 6:20

## 3

3 [8] 4:13 84:10 107:3,12 112:18 115:11,16 124:24
3,000 [2] 66:24 67:3
3,009 [2] 65:10 66:14
3009 [1] 65:12
30th [1] 33:8
37 [1] 31:15
38 [5] 59:19-20 60:13 61:21 139: 15

## 4

4 [5] 84:10,13 113:10,18 115:17
4-inch [2] 90:25 91:1
40 [8] 64:2,25 65:1 66:23,25 67: 1-2 90:17
443 [1] 1:20
4s [1] 35:2

## 5

5 [3] 4:5 113:22 115:17
5,000 [2] 65:5 78:6
50 [6] 49:20 50:20 90:17-18 114: 5-6
50/50 [1] 82:7
500 [3] 65:23 140:7,10
51 [1] 6:16
535 [1] 2:10
59403 [1] 2:6
59624 [1] 2:10
59807-7909 [1] 2:15
59807-8568 [1] 2:19
5th [1] 152:14

## 6

6 [2] 57:12 114:2
60 [8] 43:14,17 64:25 65:1 66:23, 25 67:1-2
60s [1] 64:2
6:00 [1] 149:25
6s [1] 35:2

## 7

7 [3] 31:10 40:1 114:13
7909 [1] 2:14

## 8

8 [1] 116:5
80 [1] 92:19
8568 [1] 2:18
8s [1] 35:2

## 9

9 [1] 1:21
9-26-02 [1] 152:20
9th [2] 122:7,16

_____ [1] 151:17
_____ [1] 151:20
_____ [1] 151:24
_____ [1] 151:24
_____ [1] 151:19
_____ [1] 151:22
_____ [1] 152:18

## A

A-frame [1] 64:2
Ability [1] 146:16 152:12
Able [8] 53:23 76:12,23 78:20 80:20 82:20 121:17 136:4
Absence [1] 87:11
Absolutely [1] 79:11
Accept [2] 125:15 126:9
Access [2] 93:9 131:14
Accommodated [1] 74:14
Account [2] 104:10,12
Accountant [1] 39:11
Acknowledge [1] 106:8
Acre [1] 28:20
Acres [3] 27:18 28:3 125:18
Add [1] 115:19
Added [1] 107:16
Addition [4] 61:20 117:12 121: 10,12
Additional [1] 61:22
Address [2] 95:16 132:14
Addressed [1] 5:10
Adequate [1] 15:24
Admonition [1] 146:4
ADV-00-669 [1] 1:4
Advance [1] 74:21
Advise [1] 128:16
Advised [2] 37:20 87:13
Affected [2] 9:12 103:20
Affiliated [1] 145:6
Affiliation [1] 147:12
Affixed [1] 152:13
Afraid [1] 87:19
Afterwards [1] 97:2
Agree [2] 60:5 148:1
Agreed [7] 3:10,15 16:15 30:22 51:23-24 68:12
Agreement [15] 29:15,17 31:2, 4 32:3 37:7 40:10 51:11 77:13 78: 19 93:9 131:5,13 144:7
Agreements [1] 106:24
Ahead [2] 104:21 130:16

## A (cont.)

Air [3] 69:14 71:13 93:10
Airborne [6] 69:23 71:2,6,13, 21 72:22
Alice [2] 56:4,11
Alleged [1] 103:13
Alleging [1] 121:7
Allen [51] 26:25 27:5 28:5,14 29:4,18 30:19 31:13 32:3,8-9 34:1 36:8 37:13 41:1,8,18,23 42:4,10 43: 2,15,17 44:7,14,16 60:24 91:15 95: 11,14 97:21,23 98:15 99:14 106:6 118:15-17,22,24 119:7,9 121:22 122: 8,15,17 124:20 125:9 130:14
Allen's [1] 38:12
Allow [3] 70:21 105:21 143:1
Allowed [3] 69:9 93:15 144:8
Allowing [1] 131:14
Almost [2] 32:2 124:9
Amount [7] 82:11 99:9 103:13, 18 115:6 117:10-11
Amounts [2] 107:5 113:7
Analyze [1] 101:8
Analyzing [1] 100:24
Anger [1] 9:23
Angry [1] 9:22
Answer [17] 6:2,4 9:13 43:18 44:1 96:7 98:23 102:11,14 104:21, 24 111:22 119:2 132:2,7 138:20 146: 14
Answered [2] 98:5-6
Answering [6] 6:12 137:14 146:12,15
Anticipate [1] 57:19
Anxious [2] 122:19-20
Apart [1] 139:4
Apiece [2] 63:21 89:12
Apologize [3] 98:2 113:16 139:9
APPEARING [4] 2:4,8,12,16
Appliances [1] 79:17
Apply [1] 12:8
Appraisal [2] 23:18 25:16-17,19 26:7 81:14,17,19 112:22,24 113:8
Appraise [1] 24:3
Appraised [5] 24:7 25:24 26: 6 44:20 109:13
Appraiser [4] 23:24 24:3 81: 12 109:13
Approach [1] 29:5
Appropriately [1] 31:7
Approval [1] 24:25
Approve [1] 24:25
April [11] 50:8 67:10,12 74:7 106:20 107:10 122:7,15 123:24 125: 5 126:24
Area [1] 109:17
Areas [1] 35:14
Arguing [1] 76:15
Arm [1] 92:4
Arrangements [1] 85:25
Arrested [1] 130:22
Arrived [1] 123:11
Article [1] 90:2
Asbestos [18] 9:11 36:19 37: 4 41:10-11 43:22 60:12 68:9 71:2, 5-6,22 72:23 88:17 106:4 147:8,15, 20
Asbestosis [1] 121:4
Asian [1] 52:21
Aside [1] 129:17
Aspect [1] 142:9
Aspects [2] 17:16 18:12
Asphalt [2] 28:17 36:6
Assets [2] 108:23 109:5
Assigned [1] 142:1
Assignment [1] 96:19

**Assistance** [1] 8:20
**Assistant** [2] 12:4,17
**Associates** [1] 14:19
**Association** [3] 97:11 131:2 143:2
**Assume** [1] 146:15
**Assumed** [6] 20:2 22:7 70:25 121:15 144:15,18
**Assumes** [2] 104:19 105:8
**Assuming** [1] 33:21
**Assumption** [1] 146:17
**Assured** [2] 34:1 120:1
**Attach** [1] 107:11
**Attention** [1] 8:8
**Attorney** [2] 37:14
**Auction** [2] 30:10,19
**Auctioneer** [2] 30:5 34:6
**Audibly** [1] 6:5
**August** [7] 33:2,10 74:2-3,5
**Authority** [1] 144:1
**Available** [6] 14:4,6 60:10 64:14 80:14 136:2
**Average** [3] 58:23 59:1-2
**Aware** [12] 5:22 22:11 39:2 53: 12 79:13 105:17 144:7,9,12-13 147: 15,18
**Awe** [1] 61:9
**AZ** [1] 1:11

**B**

**Bachelor's** [1] 14:19
**Bad** [2] 74:23 146:7
**Bagging** [1] 66:22
**Ball** [1] 91:2
**Bank** [4] 18:22 24:24 44:18 45:8
**Banker** [3] 18:16,19,24
**Bankruptcy** [1] 110:19
**Banks** [1] 45:8
**Bare** [4] 27:22-23 28:2,10
**Bark** [2] 82:12 91:24
**Barrie** [1] 23:17
**Based** [4] 148:19,21 149:2,4
**Bashful** [1] 6:10
**Basic** [4] 73:23-24 91:8 113:13
**Basis** [2] 110:18 147:9
**Baskets** [2] 85:21 90:24
**Batch** [1] 49:8
**Bathroom** [1] 74:15
**Bathrooms** [3] 74:13 78:9-10
**Beams** [3] 38:13 42:7
**Beautiful** [3] 42:19 59:13 70: 17
**Became** [1] 71:12
**Become** [1] 36:22
**Bedding** [1] 82:16
**Bedroom** [3] 79:21-22
**Bedrooms** [2] 78:7-8
**Begin** [2] 6:1 80:5
**Behalf** [7] 1:17 2:4,8,12,16 104:1 143:25
**Belonged** [2] 51:5-6
**Benefit** [3] 64:18 89:1 104:13
**Berms** [3] 31:14-15
**Bernard** [1] 99:19
**Bernie** [4] 99:20,24 100:5-6
**Best** [3] 139:25 146:16 152:12
**Better** [2] 48:9,15
**Between** [20] 3:4,11,16 15:17, 20 16:3 17:21 24:2,11 35:10 37:7, 10 44:19 50:2 62:16 65:21 66:4 71: 5,9 92:23 97:13 101:12 103:5-6,24 131:20 139:4,10 140:9
**Beyond** [1] 88:4

**Bid** [2] 08:24-25
**Big** [3] 30:6 31:21 35:25 61:17 66:17 69:14 70:5 123:4
**Bigger** [2] 26:17 59:16
**Bill** [1] 73:15
**Bills** [1] 103:20
**Bins** [3] 30:12,14 47:3
**Bit** [3] 30:13 35:22 46:24
**Black** [3] 10:12,25 134:2
**Blacktop** [1] 35:20
**Blossom** [1] 40:15
**Blue** [1] 70:18
**Boat** [1] 72:11
**Boats** [1] 72:6
**Bob** [2] 95:21 96:7
**Boiler** [1] 40:20
**Bonners** [4] 28:11 80:13-14 108:24
**Book** [2] 40:12 42:14
**Books** [4] 22:14 72:16 76:19,21
**Booth** [1] 26:25
**Bore** [1] 133:8
**Bosch** [5] 99:19-20,25 100:5-6
**Bottom** [2] 20:5 113:4
**Bought** [9] 12:9 24:5 30:8 35: 1,3,6 39:9 43:9 45:7 88:13 90:22 109:21 130:2
**Box** [10] 2:6,10,14,18 19:15,17-18,21,23 20:1
**Boxes** [8] 21:18,20 22:2 26:13-15,17 38:24
**Brain** [1] 7:10
**Break** [8] 30:20 39:16 90:3 100: 2-3 117:25 140:14 145:23
**Breaking** [2] 30:4 84:22
**Breathe** [1] 71:17
**Breathing** [1] 71:14
**Brief** [1] 146:1
**Briefcases** [1] 128:19
**Bring** [3] 36:1,13 82:10
**Bringing** [1] 82:11
**Broad** [2] 132:3,7
**Broke** [5] 20:3-4,8 43:1 82:17
**Broken** [2] 19:16 20:14
**Brother-in-law** [1] 45:18
**Brought** [9] 34:24 35:12 83:5 80:12,14 89:18 91:25 92:2 110:23 118:18 129:22 144:24
**Bucketed** [1] 84:14
**Buckets** [3] 49:15 65:19 84:13
**Buddies** [1] 99:7
**Buddy** [4] 97:12 124:10,12 129: 10
**Buds** [1] 50:15
**Build** [18] 34:7,15,20 35:4-5,9 36:3,9 38:6 64:20 65:6 66:20 108: 19 114:3 119:23 120:2 121:12
**Building** [7] 21:2-3 32:17-18 33:18 34:12 52:5
**Buildings** [3] 63:15 64:1-2
**Built** [5] 33:18 34:9,17-18 66: 16
**Bumper** [1] 91:11
**Bunch** [1] 108:17
**Buried** [1] 125:17
**Bury** [1] 125:19
**Business** [72] 4:13 13:19,23-24 14:6,11,20 15:3,7,18,21-22 16: 21,23 17:16,24 20:18 22:23-24 23:5, 7 24:3 25:2 26:1,8,12 31:25 38:5, 24 39:9-10 40:19 42:7 44:19,23 52: 5 61:15 66:18 68:1 72:6 80:5,13,16 80:2,11 96:24 98:2,18 100:1 101:24 90:14 100:25 102:8 103:22 107:10 117:18 110:2 111:1 114:3 116:5 117:3,16 119:24 123:25 127:13 130:1 8,15,23 134:1 137:17
**Butte** [3] 11:4 12:24 13:4

**C**

**Cabin** [1] 108:22
**Cabinet** [3] 20:4-6
**Calculate** [3] 103:19,21-22 115:3 116:9
**Calculated** [4] 103:13 104:3 114:22 115:2
**Calculation** [3] 115:13 132: 22 140:3
**Caliber** [1] 40:14
**Canada** [1] 52:23
**Canceled** [2] 134:8,17
**Cancer** [3] 45:17 51:17 135:2
**Cannot** [2] 83:19,22
**Capable** [1] 80:9
**Capacity** [2] 65:8 66:18
**Capsulized** [1] 52:14
**Caption** [2] 3:13 152:8
**Care** [13] 16:21 21:7 31:14,22 33:24 34:3 39:22 120:4,6 121:18 124:13 129:20 142:18
**Carey** [1] 40:19
**Carolina** [1] 10:11
**Carry** [1] 34:23
**Carry-over** [1] 34:23
**CASCADE** [1] 1:3
**Case** [5] 5:19 103:14 104:10,13 120:22 130:6,8
**Cases** [4] 119:15 120:21,23,25 24
**Cash** [4] 107:16 127:11 128:10-11
**Causing** [1] 9:8
**Caution** [1] 102:10
**Ceased** [2] 22:25 23:7
**Cement** [2] 35:20 36:4
**Central** [2] 13:1 132:15
**Certain** [1] 35:14
**CERTIFICATE** [1] 152:1
**Certified** [16] 52:25 53:10, 13,17,24 54:14 56:10,17-18 57:2 59: 10 62:18 114:25 115:6,24 116:1
**Certify** [2] 101:4 152:4
**Chairs** [1] 33:15
**Champion** [6] 11:10,23 12:8 15:2,10 34:25
**Change** [2] 124:6 126:10
**Changed** [2] 20:15
**Changes** [1] 127:2
**Charge** [4] 17:16 32:10 55:24 141:24
**Charged** [1] 113:5
**Charles** [1] 81:15
**Charlie** [1] 81:16
**Cheaper** [1] 91:5
**Check** [2] 23:10 74:2
**Checks** [3] 68:24-25 69:12
**Chen** [1] 56:4
**Cherry** [5] 18:23,25 19:1
**Children** [7] 6:23 7:3 9:10 10:13,15 103:20 127:21
**Chin** [1] 56:12
**China** [1] 54:5
**Choice** [1] 32:19
**Christmas** [7] 85:22-23,25 88:

**7-8,12,15**
**Chunks** [1] 70:15
**Church** [3] 43:5 76:1-2
**Chutes** [1] 47:8
**Circumstances** [3] 127:15 130:6,8
**Civil** [1] 3:14
**Claim** [3] 103:25 121:7 127:13
**Claims** [2] 127:16-17
**Class** [5] 13:6,9 85:6 86:5
**Classes** [2] 13:7 55:25
**Clean** [17] 31:18 37:22 70:8 80: 22 81:4 84:18 104:17 105:6,9,18,21 106:15 120:2 121:11 124:15 133:7,13
**Cleaned** [10] 31:3,11,17 32:6 38:19 39:7 117:7 120:2 133:18,22
**Cleaning** [8] 22:15 36:12 76: 22 84:6,20 96:14 117:13 131:21
**Cleanup** [9] 30:3 93:12,25 95: 10 97:8 130:18 131:4,16 142:9
**Clear** [1] 113:16
**Cleary** [12] 97:12-13 99:7 122: 8,15 123:13 124:10-11 125:9 120:5 129:18,23
**Cleary's** [1] 125:22
**Clerk** [3] 12:6-7 60:19
**Climate** [2] 58:13,19
**Clinic** [1] 8:11
**Close** [7] 30:23 32:14 33:4,6-7 109:24 113:17
**Closed** [2] 33:8 34:25
**Closing** [7] 31:5 32:2 35:11 37:8 38:1 40:10 70:14
**Clothing** [2] 76:18
**Coaster** [1] 80:8
**Cohn** [1] 148:4
**Coincidental** [1] 46:10
**Collaboration** [3] 63:4-5 65:23
**College** [6] 13:16-17 14:14,16, 24
**Comfortable** [3] 120:9 121: 14 146:12
**Coming** [9] 31:16 54:4 89:19 95: 15 96:17 99:20,24-25 109:3
**Commenced** [1] 101:2
**Comment** [3] 80:16 125:22
**Comments** [2] 89:19,21
**Commercial** [1] 74:12
**Commission** [2] 151:24 152:20
**Communicate** [1] 6:8
**Community** [2] 11:16,24
**Company** [11] 1:8-10,17-18 2: 12 54:12,18,21
**Comparing** [1] 45:4
**Compensatory** [1] 104:2
**Competitor** [1] 55:18
**Complaint** [4] 140:2,16 149:3, 5
**Complaints** [1] 147:24
**Complete** [2] 14:21 61:22
**Completed** [4] 33:19,21 34:16 63:16
**Completely** [6] 6:10 33:13 83:25 85:9
**Complied** [1] 32:4
**Computer** [4] 39:13 101:18,21 136:18
**Concede** [1] 130:17
**Concern** [2] 72:13,22
**Concerned** [5] 31:8 38:4 56: 20 125:13 134:5
**Concerning** [1] 132:6
**Concerns** [6] 119:4 125:14 126:1, 1,7,9,11
**Concluded** [1] 149:25
**Concrete** [4] 27:3-4 28:15,18

**PARKER vs W.R.GRACE & COMPANY**                    **Deposition of LERAH PARKER**

Computer [4] 39:13 101:18,21 136:18
Concede [1] 138:17
Concern [2] 72:13,22
Concerned [5] 31:8 38:4 56: 20 125:13 134:5
Concerning [1] 132:6
Concerns [6] 119:4 125:14 126: 1,7,9,11
Concluded [1] 149:25
Concrete [4] 27:3-4 28:15,18
Condition [3] 69:6 81:5 136:3
Conduct [1] 148:8
Cone [2] 47:4 59:24
Cones [3] 46:15,20-21,23 47:2-4,10-11 57:25 58:6,22 59:17
Confident [3] 6:12 20:18 124: 15
CONNECTICUT [1] 1:8
Consider [4] 16:22 17:4 87:9 117:20
Consideration [1] 127:19
Considering [1] 28:9
Consolidating [1] 38:8
Consulted [1] 17:18
Consummated [1] 29:24
Contact [3] 37:21-22 110:6
Contacted [1] 56:4
Contacts [1] 134:16
Contain [1] 93:24
Container [1] 83:23
Containers [2] 91:1
Contaminated [8] 20:22 21: 11,17,22 22:4,6,10 83:17
Contaminating [1] 21:12
Contamination [9] 22:18, 21 83:3,14 88:9 125:20 147:8,16,20
Continue [2] 14:12 102:16
Continuously [1] 42:10
Contract [5] 52:1-2 53:3 56: 23 134:14
Contracted [2] 134:12,14
Contractor [4] 46:19 96:14 97:8 131:3
Contracts [4] 56:5-6 134:1,16
Control [6] 17:10-12 58:13,19 87:1
Controlled [1] 64:5
Controlling [1] 52:22
Controls [1] 64:7
Convenient [2] 27:14 110:17
Conversations [4] 95:2 99: 19 102:1 140:22
Converted [1] 33:13
Conveyor [1] 38:15
Conveyors [1] 38:15
Cook [1] 100:9
Copies [6] 38:22 39:2,8 60:12 92:22 101:16
Copy [6] 81:17,21 107:1,12 124: 22 125:3
Corner [1] 53:25
Corporation [1] 16:25
Correct [22] 6:22,25 11:11 30: 1 58:2 65:19 68:14 132:18 135:9 138:14 147:10,21-22 148:5-6,9,17-18,22 149:7-8 152:11
CORRECTION [2] 151:1-2
Corrections [1] 151:16
Correspondence [10] 37: 10,25 38:22 39:3,11-13 92:23,25 93: 2,7,19 100:23 101:12,15,20 102:23 103:1
Cost [3] 34:19 67:23 89:11
Costs [1] 23:12
Couch [1] 33:14
Council [1] 46:17

Counsel [15] 2:22 3:4,11,16 41:15 44:12 95:25 96:21 105:11 138: 16,18,23 139:9 140:20
Counseling [2] 8:23,25
Counselors [1] 121:20
Count [1] 120:10
Counter [2] 117:19-20
Countries [1] 56:7
County [5] 1:3,25 3:9 68:20 152:19
Couple [4] 75:8 86:24 110:1 126:14 127:25
Course [6] 14:1-2,5,9,19 128:1
Courses [3] 13:18-19 14:21
Court [8] 1:1 5:15 68:20 104:1 120:23 123:1 128:17 138:24
Covered [1] 36:16
Cox [2] 141:22,24
Craft [2] 26:24 29:5
Crap [2] 38:8,10
Credibility [1] 89:25
Credit [1] 14:14
Credits [1] 14:14
Creeks [1] 91:16
Crew [1] 16:21
Crews [2] 12:18 82:18
Crookshanks [1] 81:15
Crop [4] 49:1,14-16
Crying [2] 9:7-8
Cuff [1] 92:8
Customers [1] 53:5,8 72:11
Cut [1] 46:3
Cutting [2] 90:24 95:9
Cuttings [1] 90:22-23,25

**D**

D/b/a [1] 1:10
Damage [1] 10:1
Damages [2] 103:13 104:2
Dance [1] 88:15
Dangerous [2] 71:16-17
Date [4] 75:1 78:14 80:11 145:2
Dated [4] 29:3,22 107:10 151:17
Daughter [4] 10:11 17:25 87: 7 111:5
Dave [2] 97:12 125:21
David [4] 97:13 122:8,15 125:9
Deadline [1] 74:18
Deal [13] 29:23 30:23 31:5 32:2, 14 33:4,21,25 35:11 37:9,21 40:10 97:13
Dealing [2] 97:23-24
Dealings [1] 44:18
Dealt [1] 120:17
Dear [1] 111:23
Deb [1] 47:1
Debra [1] 1:24 3:6 152:3,18
Debris [3] 31:12,20 38:5
December [7] 33:7-8 48:21, 22-23 49:19 69:15,18 71:1,19 72:20 89:7 120:15 130:9-11
Declared [1] 75:21
Decon [2] 76:24 77:1
Deconned [2] 77:4-5
Decorations [1] 85:24
Deed [2] 31:6 81:7
DEFENDANT [1] 2:16
Defendants [4] 1:12,17 2:12 7:24
Definitely [3] 20:7 28:24 131:6
Deformed [1] 60:1
Defraud [1] 67:8
Degree [8] 13:22-23,25 14:18-

20,22-23
DELAWARE [1] 1:9
Delivered [1] 67:10
Demanded [1] 143:10
Demolished [1] 39:14
Department [7] 12:6,9,14 66: 22-23 142:7
Depended [3] 17:8 58:18-19
Dependent [1] 7:4
Depo [1] 4:13
Deponent [9] 14:3 30:18 44: 13 80:10 102:13,18 105:14 108:10 111:24
Deposition [20] 3:5,12,18 5: 10,12 28:25 37:18 39:21-22 107:3,12 115:19 124:23-24 131:24 132:16 146: 4,22 149:16,24
Depositions [1] 149:14
Depressed [1] 8:6
Depression [4] 8:7-8 9:3,6
Describe [3] 8:15 15:21 122:14
Described [2] 38:11,23
DESCRIPTION [1] 4:12
DeShazer [14] 1:11 2:16 29: 15,19 145:22 146:24 147:6-7 148:5, 17 149:3
Designed [2] 34:13 64:25
Desk [1] 39:7
Destroy [1] 60:5
Destroyed [10] 19:6,10,13 83: 2 94:6,8,10 101:19 136:15
Destroying [1] 84:7
Deteriorates [2] 57:16
Determined [1] 46:6
Devastated [3] 69:24 72:18 86:23
Develop [1] 65:10
Developing [1] 65:18
Development [3] 1:9 46:17 48:13
Diagnosed [1] 121:4
Diameter [1] 57:12
Die [3] 7:9,11 9:14
Died [3] 7:6,14 45:17
Difference [3] 71:5,9 115:21
Different [16] 11:14 13:20 20:16 23:12 27:11 42:25 56:6 70:5 80:10 87:13 91:6 95:6 115:25 116:3 133:4 134:14
Differently [1] 44:20
Diploma [1] 13:11
Direction [2] 17:7 152:10
Dirty [1] 128:5
Disagree [2] 131:25 132:12
Disappeared [1] 19:17
Disaster [1] 31:10
Disclose [2] 134:22,25
Disclosing [1] 41:10
Discovery [1] 138:18
Discuss [3] 24:17,19 135:11
Discussed [6] 78:21 80:2,19 135:6,10
Discussion [10] 27:4 101:10 114:18 123:18 125:7,11 127:10,23 128:8 130:3 142:14 143:9 146:3
Discussions [5] 40:25 56:2 94:21 119:16 144:16
Disguised [1] 130:24
Disk [1] 93:19
Disks [4] 93:16,21,23-24
Dissolved [1] 49:19
Distance [1] 134:6
DISTRICT [2] 1:1-2
Disturb [2] 83:19,22,24
Disturbed [2] 71:11 84:4
Disturbing [1] 84:22

Divide [1] 82:7
Divorced [2] 7:14,20
DMH [1] 151:24
Doctor [1] 103:20
Document [2] 40:2 107:9
Documentation [3] 37:9 93: 11 103:7
Documents [16] 15:8,14 20: 4,7 21:17 22:12,22 23:20 26:8 65: 21,24 66:6,12 100:19
Dollar [3] 61:15 114:10 115:5
Dollars [5] 56:1 89:12 114:12 115:8 117:6
Don [6] 18:23,25 19:1 24:25 100:9
Donated [1] 88:23
Done [19] 9:9 25:16-17,19 31:7, 13 32:15 33:25 42:19,23 61:9,18 80: 5 93:13,25 100:23 103:18 120:1 127: 20
Door [3] 18:3 70:13-14
Doors [1] 34:25
Dormant [1] 48:12
DOT [1] 73:9
Double [3] 47:1 128:12,22
Doubt [1] 88:4
Down [40] 12:7 15:6 16:15-16 23: 20 29:14 30:4,12,20 31:16 34:11 36: 14 42:12 44:2 46:24 47:10 61:25 77: 15,20 79:16 84:1 86:8,19,24 87:5, 17,24 88:11 92:18 104:5 111:15 113: 3,13 119:12 122:20 123:12 130:20, 25 140:21 144:16
Downtown [36] 25:17-18,24 74: 9-10 77:24 82:4,9,17 84:24 86:4-5, 8 87:23 89:13,16-17,20 90:9,15,21 109:12,14 110:8,10-11,23 111:7,10- 11,15 112:3-4 144:25
Doze [2] 125:23
Dozer [1] 125:22
Dr [4] 8:12 9:3 10:12,25
Drafted [3] 39:23 40:6 107:23
Drainage [1] 36:7
Dried [3] 60:7 85:19,21
Drive [1] 76:1
Dropoff [1] 36:5
Dropped [1] 110:17
Dry [1] 52:1
Dryer [1] 79:19
Duly [3] 5:2 152:6
Dump [4] 19:25 35:24-25 36:2
Dumped [1] 35:17
Duplex [1] 79:16
During [10] 5:10 15:25 16:16 24:14 44:24 96:16-17 108:14 129:13 142:1
Dust [5] 70:5,22 71:12 80:9,18
Dusty [2] 70:6

**E**

E-mail [4] 101:7,14,25 102:24
E-mails [1] 101:16
Early [2] 7:20 11:6
Earn [2] 61:15 109:3
Earned [2] 109:2,5
Earnings [1] 107:17
Eaten [1] 59:5
Eats [1] 57:14
Economic [1] 46:17
EDC [2] 46:14,16
Education [3] 13:12,20
Effect [1] 141:5
Eighteen [1] 50:2
EIGHTH [1] 1:1
Either [3] 8:16 105:7,13
Elects [1] 138:20
Eliminated [5] 11:22 12:1,7,

**PARKER vs W.R.GRACE & COMPANY**                    Deposition of LERAH PARKER

Economic [1] 46:17
EDC [2] 46:14,16
Education [2] 13:12,20
Effect [1] 141:5
Eighteen [1] 50:2
EIGHTH [1] 1:1
Either [3] 8:16 105:7,13
Elects [1] 138:20
Eliminated [5] 11:22 12:1,7,
22 15:14
Emotional [1] 80:8
Emotions [1] 87:1
Employee [4] 97:15 130:25 141:
16 143:19
Employees [2] 87:5 100:4
Encouraging [3] 42:13,16,22
End [18] 20:12 33:6 35:23 38:8
50:8 65:11 75:3-4,21-22 77:21 78:2,
15 79:2-3 138:22 149:16,21
Engaged [1] 148:7
ENGINEERING [1] 1:10
Enter [2] 55:11 141:10
Entered [1] 106:23
Entire [2] 80:15 111:1
Entities [1] 134:17
Entitled [3] 107:10 137:23
138:18
Environment [1] 64:5
EPA [43] 19:6,9 20:11 22:7,9,20
39:14 60:25 69:2 72:21 73:5 79:1
81:3,20 82:25 84:6 92:24 93:3 94:7
94:20 104:16 105:5,20 106:14,24
118:7 119:7 130:25 131:2,14 133:17,
21 136:17 140:23 141:3,8,12,16 142:
6,22 143:14-15 144:3
Equipment [4] 30:9 31:13 33:
23 34:2
Equity [1] 114:8
Erik [1] 2:9
Esq [4] 2:5,9,13,17
Estate [7] 24:7 25:16 44:21,25
64:8 81:14 113:8
Estimate [8] 62:13 113:11,18-
19 136:21,25 138:18,25
Estimated [1] 113:21
Evaluated [1] 25:3
Evaluation [1] 110:4
Evasive [1] 43:16
Evening [1] 29:11
Event [1] 68:18
Everyday [1] 109:3
Evidence [5] 66:3 104:19 147:
7,14,19
Evidently [1] 134:7
EXAMINATION [7] 4:14 5:5 39:
19 90:6 110:3 140:17 145:19
Examples [1] 90:19
Excavation [2] 93:12 94:4
Excellent [1] 148:20
Except [1] 151:15
Excited [3] 29:8,10,12
Excuse [3] 46:16 83:21 108:10
Exhibit [8] 29:1 37:8 39:21
107:3,12 115:11 124:23-24
EXHIBITS [1] 4:12
Expansion [1] 29:11
Expenditures [1] 23:20
Expenses [4] 73:14-15,17
Experimenting [1] 113:2
Expert [1] 17:13
Expires [1] 151:24 152:20
Explain [5] 63:10 69:25 86:13
122:21 123:4
Explaining [1] 27:9
Exposure [1] 37:4
Expressly [1] 3:18

Extra [2] 10:2 27:22
Extracted [2] 46:20 47:5
Eye [2] 31:4 32:7

**F**

Fact [10] 9:9 29:9 35:22 101:7
125:15,21 130:4 145:13 149:5,11
Factors [1] 117:15
Facts [2] 72:14 104:19
Fair [4] 72:11 146:12,17 148:13
Fall [7] 29:24 30:23 38:19 40:9,
16 50:14 85:18
Falls [2] 2:6 13:21
False [7] 95:19 96:4,9,12,25
97:6,20
Family [1] 9:25
Far [6] 17:19 24:22 63:16 73:15
93:11 119:21
Fault [2] 32:13 41:23 42:24
Faulting [1] 41:9
February [2] 34:17 152:14
Feet [5] 65:1 78:6 84:10
Fell [1] 19:23
Felt [7] 20:8 43:4-6 72:1 119:
17 122:1
Ferry [4] 28:12 88:13-14 109:24
Few [2] 19:3 147:5
Field [1] 54:2
Fifth [1] 59:4
Fifths [1] 66:16
Fifty [2] 49:21-22
Figure [33] 68:6 73:11,21 79:4
104:5-6,11 107:15 108:3,6-7 109:12
112:20,24 113:24 114:4,15-16,22
117:11,16,21 119:21 122:24-25 123:
2,20 124:13-14,16
Figured [1] 114:5
Figures [12] 23:15,17,24 112:
21,23 113:3,10 114:17 115:22-23
File [3] 20:4-6
Filed [2] 104:1 110:19
Fill [6] 16:14 18:2-3,5-6
Fill-in [2] 16:14 18:6
Filled [1] 24:22
Filters [2] 22:14,17
Final [1] 95:10
Finally [2] 76:20 94:20
Financial [6] 18:12 24:23-25
45:1 120:3
Fine [3] 6:5 10:18 46:25
Fingers [1] 30:15
Finish [4] 6:1 30:21 95:8 143:
15
Finishing [1] 32:11
First [41] 5:2 7:6,11 18:22 26:
1 27:19 29:4 44:4 49:1,3,6,8 58:9,
17 61:15-16 69:15-16,18 74:2 88:16
89:18 92:19 93:9 100:24 104:22 107:
22 119:9 122:1 123:11-12 125:8 129:
15 130:11 131:19 137:2 138:5,9 142:
14 145:6 152:6
Fit [1] 65:7
Five [20] 10:17 26:13 31:15 57:
5,8,13 58:24 65:16 114:14 116:5,11
117:25 121:25 125:18 128:17 132:
133:9,23 143:11
Five-foot [1] 31:15
Five-year [3] 57:5 132:24
Flagger [1] 18:4
Flagging [1] 18:1
Flathead [7] 1:25 3:9 13:21
14:15-16,23 152:19
Flooded [1] 111:20
Floor [2] 123:6,16
Floral [3] 83:6,9,16
Flowers [1] 85:19
Focus [1] 146:21
Folks [2] 15:19 56:16

Following [2] 29:24 123:8
Follows [1] 5:4
Foot [7] 31:10,15 49:20-22 50:
20 59:7
Forced [3] 61:24 74:20,22
Foregoing [3] 151:14 152:5,11
Forest [1] 46:12
Forklift [1] 82:14
Form [5] 36:15 59:14 116:10 132:
4 146:11
Forms [1] 24:22
Formula [1] 103:24
Forth [2] 37:13 92:23
Forward [2] 32:19
Foundation [1] 104:23
Four [7] 7:2 26:18 78:8,10 79:
21 132:6 143:11
Fourteen [1] 107:21
Frame [3] 26:5 93:11 139:9
Framing [1] 34:25
Fraud [1] 5:19
Free [3] 27:14 48:22 55:20
Freely [1] 55:14
Friend [6] 16:13 88:25
Friend's [1] 33:16
Friends [2] 36:25 79:14
Front [6] 10:3 36:8-9 68:13
106:5 123:15
Frost [1] 91:11
Froze [1] 92:14
Fruit [2] 47:3 85:8
Fruits [5] 84:25 85:16,18,20,
22
Fuchsia [1] 90:22
Full [5] 5:7 13:11 133:8
Funding [1] 80:14
Funds [1] 107:18
Fungicides [1] 92:1
Fungiperfecti [1] 67:20
Furnish [1] 79:10
Furniture [3] 33:15 79:20,23
Furthered [1] 13:20
Future [2] 9:24 103:21

**G**

Gallon [1] 84:13
Garage [1] 35:4
Garden [1] 91:8
Garlington [2] 2:14
Garrity [3] 141:10,22,25
Gary [2] 2:17 145:21
Gate [2] 141:9,11
GED [1] 13:9
General [1] 37:4
Generate [1] 57:4
Generated [3] 37:10 38:1 57:3
Gentleman [2] 25:1 47:16 69:
2 141:12
Gentlemen [1] 149:23
German [1] 56:23
Germinating [1] 91:4
Gesturing [1] 75:23
Gilman [3] 18:22 19:4
Gist [1] 121:14
Given [10] 23:25 40:13-14 73:
22 74:21,24 99:9 120:7 121:9 129:25
Glacier [2] 18:16 25:12
Goal [1] 119:24
Golf [1] 128:1,3-4
Golfing [2] 128:1,3
Goods [1] 90:10
Grace [90] 1:8,17 2:12,22 7:23

30:3,9 33:4,13 34:11 35:7-8,12 37:
11,21-22 39:24 40:9,11,17 96:14,
16 97:11,15,18,25 98:1,15 99:8 103:
17 104:5,17 105:6,9,17,21,25 106:8,
11,14,16 108:21 109:4 110:20 111:
4-5 113:4 114:23 117:4,10 118:6,10,
23 120:2,17,19,21 121:7,11,18 122:
3,12 124:15 129:6,19 130:1,5,15
131:4,6-7 133:6,13 140:20 141:4,14
142:16 143:1-2,4-5,21,25 144:8 147:
11,13 148:25
Grade [1] 28:12
Graduate [2] 12:24 13:4
Graduated [4] 13:4,7-8,15
Grandchildren [6] 7:1-3 9:
10 14:10,13
Granddaughters [1] 9:13
Grandkids [1] 119:25
Grandson [1] 47:7
Grass [2] 31:23 36:16
Great [3] 2:6 13:20 134:5
Greenhouse [1] 35:21
Greenhouses [5] 32:18 38:7,
9 63:25 125:23
Grew [3] 11:4 90:11,15
Grinding [1] 66:22
Groceries [1] 73:16
Gross [3] 116:6,10,12
Ground [5] 5:21 60:8 61:12 91:
21 95:6
Grounds [2] 132:5 140:11
Group [7] 49:7,23 51:6 60:9 63:
6 65:16 68:24
Grow [26] 11:3 28:12 45:22 46:4,
6,9 48:8 58:4,10 59:12,14-15,19 61:
8 62:22,25 64:4,13,21 66:20 67:3
82:20 90:23 91:14,19
Grower [1] 135:22
Growers [1] 47:17
Growing [20] 17:14 27:21 45:
12,20 46:12 47:25 50:16,19,21 51:
15-16 63:2,11 64:15 83:6,24 84:1
97:25 98:3-4 102:9
Grown [4] 52:25 61:10 88:21
139:6
Grows [2] 64:13,16
Growth [3] 57:5 83:20,22
Guaranteed [2] 25:12 119:18
Guess [5] 16:12 41:13 90:17
113:15 122:3 138:21
Guessing [1] 91:22
Guest [2] 34:9-10
Guidelines [1] 40:18
Guy [3] 109:23 110:18 145:12
Guys [1] 137:23

**H**

Half [7] 22:3 49:14-16 56:25
104:8 128:13
Halverson [1] 100:17
Handle [2] 119:3 137:23
Handled [2] 18:11 111:6
Handles [1] 56:6
Handling [1] 80:9
Hanging [2] 85:21 90:24
Hard [3] 43:4 89:22 140:8
Harm [1] 41:11
Harmful [1] 37:5
Harvest [19] 49:12,14 50:1,12,
24 51:4,22-23 57:23-24 58:3 59:22
61:8,12,20,22 115:23 133:1 139:19
Harvestable [3] 49:2 50:10
57:19
Harvested [10] 49:11 51:1,5,
22 58:8 59:11,17,19-20,22 60:14,
16 61:21 115:12 137:9 139:15,20
140:1
Harvesting [5] 46:13 52:4
58:14 60:1,15
Haul [1] 35:24
Hauled [1] 19:25

**HEDMAN, ASA & GILMAN, INC. - 752-5751**                    **From Economic to Harvested**

5,22 50:8 59:11,17,19-20,22 60:14,
16 61:21 115:12 137:9 139:15,20
140:1
**Harvesting** [5] 46:13 52:4
58:14 60:1,15
**Haul** [1] 35:24
**Hauled** [1] 19:25
**Hazardous** [1] 40:3
**Head** [7] 14:3 44:2 46:14 68:7
113:13,20-21
**Heads** [1] 120:15
**Health** [5] 10:1 44:9 71:1 104:
14 121:7
**Hear** [3] 26:22 127:25 141:15
**Heard** [6] 11:2 36:18,22 37:3
41:7 146:3
**Hearing** [1] 56:9
**Heart** [2] 80:23 103:23
**Heating** [1] 73:16
**Hedman** [4] 1:24 3:6 152:3,18
**Held** [6] 39:17 90:4 111:1 118:1
138:3 140:15
**Helena** [4] 2:10 144:3,5
**Help** [7] 8:17 16:6,15 37:17,23
99:16 102:8
**Helped** [3] 9:16 42:7-8
**Helping** [1] 16:4
**Herb** [1] 54:2
**Herbs** [4] 87:23 88:1-3
**Hereby** [1] 152:4
**Hereto** [1] 152:13
**Hereunto** [1] 152:13
**High** [5] 12:24 13:4,12,15 135:13
**Highway** [5] 1:20 18:1 31:15,
20 76:5
**Himself** [2] 99:6 130:24
**Hire** [2] 120:16
**Hired** [5] 131:3 142:6,16 143:5
147:11
**Hiring** [1] 87:17
**Hit** [1] 89:17
**Hold** [5] 42:8 52:1 65:4 84:16-17
**Hole** [1] 35:25
**Home** [32] 13:6-8 19:12-13 20:12,
14 24:14 28:22 32:16,20 33:2,10,18-
19 34:8,15 35:9 42:7 45:21 78:3-5,
12 79:21-22 86:25 90:25 108:19,23
121:12 124:1-1
**Honest** [1] 43:5
**Hope** [1] 80:12
**Hoppers** [1] 38:14
**Hospital** [3] 88:15,24 89:1
**Hotcakes** [1] 88:19
**Hotshot** [1] 130:5
**Hounded** [1] 108:2
**Hour** [5] 12:21,23 114:10,12 149:
1
**Hours** [6] 10:4 86:24 114:6 132:
7 143:11
**House** [29] 27:25 32:18 33:16
34:10 65:5,7 66:16,20-21,25 67:1-3
69:14 70:5,22 76:25 77:8,10,13-14,
16 79:20 119:23,25 120:2 122:10
125:23
**Houses** [7] 63:10,22,24 64:6,
23,25 65:4
**Howell** [1] 139:11
**Huge** [1] 31:14
**Hundred** [5] 65:16 83:11 89:10
137:1
**Huppert** [1] 2:5
**Hurt** [1] 30:14
**Husband** [13] 5:22 7:6 15:25
40:6 48:15 73:8 74:18 75:6,10 76:9
114:5 128:10 147:23
**Huts** [1] 64:20

**I**

**Idaho** [1] 40:13

**Identify** [1] 107:7
**II** [1] 14:6
**Ill** [2] 135:3-4
**Imagine** [1] 70:2
**Immediate** [2] 72:12,22
**Immediately** [5] 72:2,4-5
73:2 86:18
**Imperfect** [1] 60:8
**Important** [3] 6:8 64:7 77:1
**Impressed** [1] 27:25
**Impression** [4] 78:25 96:13
121:9,15
**Impressive** [1] 40:24
**Improper** [1] 132:3
**Improvements** [5] 23:12 24:
20 108:20 119:12 133:14
**Inch** [1] 70:9
**Inches** [1] 57:12
**Incidences** [1] 97:25
**Include** [1] 66:21
**Income** [5] 17:23 18:9 80:6 115:
15 116:6,11
**Incorrect** [1] 65:10
**Independent** [3] 97:7 131:3
134:15
**Indicate** [1] 136:9
**Indicated** [2] 147:25 149:2
**Indicating** [2] 26:14,16
**Individual** [6] 141:21 142:
15 144:9,19 145:5
**Individuals** [5] 65:22 66:9
134:20-21 135:5
**Information** [14] 18:17 40:
23 42:14 54:23 55:1,15,21,24 56:12-
13 72:19 103:4 135:2 137:24
**Inheritances** [1] 108:25
**Injuries** [3] 7:22,25 8:3
**Injury** [1] 7:25
**Inn** [1] 1:20
**Inoculate** [10] 48:9,16,18-
19 50:3 57:18,22 58:1 63:14
**Inoculated** [12] 46:4 48:21,
23 49:3,6,12,19-20 50:4,9,13 58:18
**Inoculating** [1] 133:1
**Inoculation** [3] 58:10,17,20
**Inquire** [1] 138:19
**Inquired** [2] 10:7,23
**Inquiry** [1] 138:22
**Insecticides** [1] 92:1
**Insofar** [1] 134:14
**Installed** [1] 74:17
**Instance** [1] 100:2
**Instead** [1] 116:13
**Insulation** [3] 1:10,18 2:12
**Insulted** [1] 123:5
**Insulting** [3] 130:4 131:7,11
**Intent** [1] 36:13
**Interest** [6] 32:10 49:9-10
56:25 65:14-15
**Interested** [6] 27:10 28:3,8,
24 61:3 122:23
**Interim** [1] 33:9
**Internet** [3] 52:9 54:24 72:15
**Interrupt** [1] 126:15
**Introduce** [1] 129:19
**Introduced** [2] 129:23 144:25
**Inventoried** [1] 113:25
**Inventories** [1] 113:24
**Inventory** [9] 25:5 93:24 94:
16,18 113:13 141:25 142:2,5,18
**Inventorying** [1] 131:18
**Invited** [1] 105:25 106:8
**Involved** [7] 45:21 47:19 65:
23 66:11 72:17 96:19 137:16
**Involvement** [1] 142:4

**Iron** [2] 38:13
**Issue** [1] 127:7
**Item** [1] 94:17
**Items** [7] 21:17 76:7 80:2 82:9-
10 93:8 94:19
**Itself** [1] 41:22

**J**

**Jack** [12] 19:15 145:22 146:
23 147:7,13,18 148:3-4,16,24 149:3
**Jack's** [1] 147:24
**January** [1] 1:21 34:17
**Japan** [1] 54:4
**Jim** [26] 60:25 95:23 96:2,12,24
97:1,14,22,24 98:14 99:1 108:2 122:
17 123:11 124:8,18 129:16,22-23
144:16,21,23-24 145:9-10
**Job** [10] 11:17-18,22 121:21 27:
10 82:9 87:13-14,16
**Jobs** [1] 54:2
**John** [1] 100:13
**Joke** [2] 123:4 120:6
**Joked** [1] 47:12
**Judge** [1] 140:8
**JUDICIAL** [1] 1:2
**July** [7] 20:11-12 77:21 78:2,16-
17 92:12
**June** [5] 16:18,20,23 74:20,24
75:5,7 76:9 111:18 131:19-21
**Junk** [2] 38:16 83:1

**K**

**Kalispell** [1] 25:2
**Kalkstein** [11] 2:17-18 4:6
145:20,22 147:4 148:13,15 149:9,13,
20
**Keep** [25] 26:5 30:16 61:15-17
76:23 77:16 84:12 86:1,21 87:1 109:
6 129:1 139:21 145:25
**Keeping** [1] 87:9
**Kelly** [1] 7:18
**Ken** [4] 122:8,15 123:13 125:9
**Kenneth** [1] 2:22
**Kept** [12] 25:7 39:9 61:24 62:2
72:13 76:15 83:12 99:24-25 102:3
130:23
**Kicked** [1] 62:5
**Kind** [8] 29:8 46:10 75:25 82:17
87:10 92:7 118:17 148:8
**Kinds** [2] 72:13 114:19
**Kitchen** [3] 74:13 122:20 124:
18
**Knapweed** [1] 31:10
**Knowing** [1] 49:13
**Knowledge** [4] 14:11 105:10
148:19 149:2
**Known** [1] 32:24
**Knows** [1] 104:23
**KOOTENAI** [1] 1:9

**L**

**Lacking** [1] 14:1
**Lamb** [1] 2:9
**Land** [7] 27:22 34:15 36:3 108:4,
24 116:15-16
**Landis** [7] 46:11 48:1 67:7,9
60:4,8,16
**Landscape** [3] 31:18 70:18 82:
12
**Landscaped** [2] 31:3 32:6
**Landscaping** [6] 35:13 36:
11,15 42:18 82:13 91:25
**Large** [7] 27:25 51:9 82:10-11,
13 91:20-21
**Larger** [1] 60:4
**Larry** [1] 2:11
**Last** [13] 6:7 8:20 10:10,12 15:
8 19:3,7 57:13 75:13,15,19 101:9

130:14
**Late** [4] 91:11 109:20 122:10
149:11
**Laughed** [1] 47:9
**Law** [3] 2:18 14:6 140:12
**Lawsuit** [1] 147:9
**Lawyer** [5] 37:19 88:24 120:17
129:19 130:5
**Lawyer's** [1] 88:16
**Lawyers** [7] 9:8-9,17
120:16 121:19
**Lead** [2] 12:18 141:7
**Learn** [1] 13:19
**Learned** [7] 96:3,25 97:14 99:
2 100:7,10,16
**Lease** [1] 112:2
**Leased** [7] 70:1 110:2,13 111:
10 112:3,12,15
**Leasing** [4] 2:15 77:10,22 132:
16
**Least** [9] 11:6 42:15 57:4 63:23
84:10 112:25 114:5 119:18 133:25
**Leave** [18] 27:2 70:20 71:22 72:
1,3-4,7,10 73:1 74:6,18,25 75:2 87:
4,11 120:20 143:6,8
**Leaving** [5] 15:5 60:3 62:16
84:6 149:16
**Left** [28] 31:9 32:9,12 33:12,24
35:20 38:17 69:11 74:7 75:10 76:8-
9 79:11 80:6 95:8,14 123:17 127:24
128:9,20
**Legal** [1] 140:14
**Length** [1] 49:22
**Lerah** [100] 1:5,16 5:1,8,11-12
6:15 7:6,22 9:23 10:4 11:3 13:8,17
16:7 17:22 18:11 19:5 23:11 24:2
26:22 29:2,21 30:12 31:2 32:1 34:
19 36:18 37:7 38:10 40:23 42:15-4:
23 49:10 44:18 45:12 49:18 53:1 61:
20 62:16 65:6 66:14 67:7 69:1,5 72:
20 73:4 74:22 76:7 79:9 80:4,11,15
83:3,12 82:1,19 83:16 84:5,24 86:7
87:5 90:8 92:4,22 94:21 98:2,25
102:10 103:12,25 104:16 106:13,23
107:4 108:12 110:5,24 111:22 113:
15 115:15 117:2,18,25 118:5 121:12
128:21 129:9 131:23 132:22 133:5,
21 138:11 139:4,14 140:19 142:3
145:16 149:24 151:19
**Less** [2] 115:20 133:8
**Letter** [1] 129:10
**Letters** [3] 37:12,17
**Letting** [3] 59:12,14-15
**Leveling** [1] 35:14
**Lewis** [23] 2:5 30:12,16 95:24
98:4,20 102:10,20 104:18,22 105:2,
8 107:7 111:22 126:23 132:1 137:25
138:4,0,17 139:8,12
**Libby** [8] 1:21 8:11 14:4,7 91:
15 95:12 134:2,6
**Life** [2] 57:9-10
**Light** [1] 149:11
**Limit** [1] 80:17
**Limited** [1] 54:4
**Lincoln** [1] 1:9
**Line** [7] 18:6 56:21 85:23 86:2 92:2
95:3 99:10 151:2
**Lined** [1] 51:8
**Liners** [2] 21:18,20
**List** [6] 76:7 107:2 125:12-13
126:1 134:23
**Listed** [1] 29:18
**Listened** [1] 43:14
**Literally** [2] 57:14 130:21
**Live** [4] 33:10,15 75:12 77:18
**Lived** [1] 34:15
**Lives** [1] 9:12 103:19
**Living** [9] 32:16 34:9 72:2 73:
13,17 74:10 75:5 77:8,24
**Load** [3] 36:1 80:12 82:24
**Loader** [1] 35:23
**Loading** [1] 105:3
**Loads** [1] 82:12

**Literally** [2] 57:14 130:21
**Live** [4] 33:10,15 75:12 77:18
**Lived** [1] 34:15
**Lives** [9] 9:12 103:19
**Living** [9] 32:16 34:9 72:2 73:13,17 74:10 75:5 77:8,24
**Load** [3] 36:1 88:12 89:18
**Loader** [1] 35:23
**Loading** [1] 105:3
**Loads** [1] 82:12
**Loan** [5] 10:21 24:23 25:1,18 26:7
**Loans** [5] 18:16 24:14-15,18 25:4,11,13,15 45:10
**Located** [4] 13:18 55:4,6 67:21
**Location** [1] 144:25
**Locations** [2] 62:17 86:2
**Lockdown** [1] 141:9
**Locked** [1] 21:8
**Locks** [2] 20:15-16
**Log** [18] 12:6 46:22 48:11 57:4-5, 7-9,16,20,24 58:24 59:23 83:23,25 115:4
**Logs** [59] 46:3-4 49:3,7,12,20-22 50:7,9,20,22 57:1,11-12,25 58:6,12-15,22 59:6-8,15 63:6,14 65:3, 5,7,10,12,14,23 66:14,24 67:3 82:19 83:2-3,5,8-9,13,18,23 84:2-3,7, 12,16,18-19,21 114:19 133:1
**Lohn** [1] 21:4
**Look** [10] 27:11 28:15 31:19 47:5,10 52:9 69:8 75:25 106:16 134:1
**Looked** [7] 29:8 44:2 52:6 63:13 64:12 70:2 114:24
**Looking** [7] 20:7 28:7,10 40:15 46:15,20 47:17,20,25 65:24 80:4 85:12 93:1 95:3-5 140:21
**Lorene** [3] 1:16 5:1,8
**Loss** [3] 103:22 113:22 116:6
**Losses** [1] 133:23
**Lost** [5] 15:11-12,15 19:11
**Louisiana** [3] 16:4,8-9
**Loved** [1] 13:19
**Low** [2] 135:14 136:4
**Lower** [2] 36:5 131:8
**Lowest** [1] 136:2
**LP** [2] 16:10 17:21
**Lumber** [1] 34:23
**Lunch** [7] 131:1 141:13 143:16-17 144:13 145:18
**Lunchtime** [1] 142:17
**Lund** [4] 2:22 108:21 123:13 125:9
**Lyle** [1] 100:13

## M

**MacDonald** [44] 2:13 4:5 5:6 30:14 31:1 39:15,20 41:16,21 44:15 90:7 96:1 98:8,12-13,22 102:15,22 104:20,25 105:4,12,16 107:9,13 108:11 122:1 117:24 118:4 126:25 127:1 132:9 137:22 138:2,6,10,16 139:1-2, 10,13 140:13,18 145:15
**Machinery** [1] 31:8
**Mail** [1] 101:25
**Mails** [1] 101:16
**Main** [1] 87:22
**Man** [2] 43:5 141:2
**Managed** [1] 16:20
**Management** [3] 13:23,25 14:20
**Manager** [1] 12:17
**Manner** [1] 97:23
**March** [7] 33:19-20 34:16-17 106:20 122:6 130:14
**Marigolds** [1] 91:7
**Marjorie** [1] 81:15
**Marked** [2] 4:13 124:23
**Market** [19] 51:14 52:22 53:8,

14,25 54:2-4 55:9,14 56:13-14 59:15,25 101:1,6 103:6 134:5
**Markets** [1] 53:5
**Marquardt** [1] 141:25
**Marriage** [2] 6:21,24
**Married** [4] 6:17 7:12,16,18
**Marry** [1] 6:19
**Marty** [3] 10:22 19:4 24:16
**Masquerading** [2] 141:3,8
**Material** [12] 34:21 35:3,5-6, 8,11 36:10 39:8 72:16 76:18 87:21-22
**Materials** [4] 36:14 82:12,14 89:15
**Matt** [1] 144:4
**Matter** [4] 117:12 121:23 138:19,23
**Mean** [15] 19:13 44:20 45:16 46:25 57:11 63:24 94:1 96:21 97:4 101:7 116:23 118:21 135:20 136:19 142:9
**Meaning** [1] 19:12
**Meant** [1] 76:22
**Media** [1] 84:15
**Medical** [8] 8:7-8,20 9:2 130:14 127:13,16-17
**Medicinal** [1] 45:24
**Meet** [6] 10:15,18 119:22 124:2, 19 129:18
**Meeting** [1] 122:14 123:9 125:1 126:16,20,24 129:15-16 130:10 145:8
**Meetings** [1] 124:17
**Mel** [21] 1:5 2:21 6:17,19 15:7, 10 17:4,13 20:21 23:12,24 39:11 41:3 68:4 77:12 80:19 108:23 131:24 132:11 145:10 149:19
**Mel's** [4] 10:24 39:21 41:7 129:9
**Member** [1] 68:24
**Members** [2] 51:24 60:9
**Men** [1] 94:3
**Mental** [2] 7:25 8:3
**Mentioned** [6] 27:5 98:14 110:12 118:20 132:22 140:19
**Merit** [2] 3:7 152:3
**Mess** [3] 31:10 32:12 134:3
**Met** [6] 27:17 97:1 122:8,11 124:20 145:5
**Metal** [1] 38:14
**Michael** [5] 1:9 94:22 95:7,16, 18
**Middle** [1] 75:7
**Might** [3] 27:12 60:10 135:15
**Mike** [3] 32:10 34:1
**Mill** [1] 11:14
**Million** [10] 104:2,7,9,12 117:4,10 128:11,25 129:5
**Mills** [2] 8:12 9:3
**Mind** [3] 34:21 123:1,20
**Mine** [6] 16:13 34:12 35:24 36:2, 20,23 37:1 108:23 137:18
**Minor** [1] 53:4
**Minus** [1] 116:15
**Minute** [3] 117:25 138:1 145:24
**Minutes** [2] 43:14,17
**Miscommunication** [1] 144:6
**Misrepresent** [2] 41:9,19
**Misrepresentation** [3] 98:18,21,24
**Missing** [2] 14:8 94:17
**Missoula** [2] 2:15,19
**Misstates** [1] 41:14
**Mistaken** [2] 77:12 111:14
**Misunderstand** [1] 98:25
**Misunderstanding** [1] 96:18
**Misunderstood** [3] 49:18

60:10 135:15
**Mobile** [1] 108:22
**Mock** [1] 89:22
**Monday** [1] 69:12
**Money** [15] 24:19 61:7,19 63:17-18 68:13 78:20,23 99:9 103:18 109:3,7 119:18 120:3 121:13
**Monies** [1] 109:4
**Monitor** [2] 22:16-17
**Monitors** [2] 22:15 69:14
**Montague** [8] 30:5,8,18 34:6 37:15-16,23 38:7
**Montana** [18] 1:2,21,25 2:6,10, 15,19 3:8-9,13 11:4-5 134:2,6 151:23 152:4,19
**Month** [8] 16:5 68:23 73:18 77:23 81:23 106:18 122:5
**Months** [10] 50:2,11 57:19 58:4, 9,14,16,20 72:3
**Morazzo** [5] 95:21 96:7 99:22, 24 100:5
**Morning** [8] 23:11,21,25 27:15, 17 29:7,12 41:7
**Most** [14] 6:7 12:18 14:13 35:8 48:13 87:12 98:6 99:12 79:19 90:10 93:24 119:15 120:13 134:8
**Mostly** [4] 54:4 101:24 111:5-6
**Motel** [1] 33:14
**Motors** [1] 76:17
**Mountain** [3] 47:11 130:19 131:10
**Mouth** [2] 88:16 97:4
**Move** [10] 20:12 27:10 30:10 32:19,24 33:20 30:11 62:13 90:8 110:15
**Moved** [5] 11:21 33:2,9 34:2, 11 42:8 71:12 74:9 77:5,7-8 82:1 110:20 112:10
**Moving** [7] 20:13 30:5 32:17 38:6-7 131:18,22
**Multiple** [4] 57:25 58:6,22 59:16
**Multiplied** [2] 115:7 116:11
**Mushroom** [11] 54:8,11,20 55:3 56:8 57:15,17 80:5,13 83:18 119:12
**Mushrooms** [85] 45:13,18,21, 23 46:5,13 48:1,8,20 49:9,11 50:25 51:8,16 52:7,12-14,17,20,25 53:3, 9,11,13,18,24 54:9,14 56:10,18 57:2 58:3-4,9-10,25 59:11 60:6-7,14, 18-19 61:16,22-23 62:3,18 63:12 64:4,21 66:15,21 67:3 80:17 82:20 83:7 84:23 101:1 102:9 114:19 115:24 116:3 129:12 132:23 133:2 134:4,13, 19 135:7,17,19 136:7 137:3,6,11 138:13 139:6,16,19 140:2
**Mycelian** [1] 84:22
**Mycelium** [2] 63:19,22

## N

**Name** [10] 5:7 25:10 33:22 37:14 54:18 81:12,16 134:3 145:21 152:13
**Names** [5] 56:16,20 66:8 134:22-23,25 137:19 138:12 139:4
**Nancy** [3] 141:10,22,25
**Natural** [3] 64:13,17
**Naturally** [1] 40:12
**Need** [18] 6:8 14:12 10:1 49:17 50:1 63:17 64:4,10,16 66:25 67:2,5 72:1 83:15 91:15 120:12 129:19 145:23
**Needed** [5] 16:13-14 24:19 27:22 30:18-19 32:17 40:17 73:13,16-17 77:18 82:14 84:15 97:13 99:16 121:17
**Needing** [1] 99:8
**Needs** [2] 91:16 119:22
**Negligent** [1] 140:8
**Negotiate** [3] 123:21-22 130:7
**Negotiated** [2] 73:11 79:18
**Negotiation** [6] 73:5 90:17 97:22 117:18 121:22 130:12
**Negotiations** [7] 96:16 104:4 106:12,21 108:13 121:22 130:12
**Net** [4] 116:13,19,25 117:4

**Never** [13] 24:10 27:19 38:20 43:9,17 61:10 80:5 90:1 91:14 97:1 117:9 121:15 135:6
**New** [7] 20:12-13 30:21 56:5 63:14 79:17 119:23
**Newspaper** [1] 90:2
**Next** [15] 27:3,17 28:19 29:7,12, 16 30:6,8,24 34:14 77:19 78:16 98:6 110:22 111:19
**Nice** [2] 42:21-22
**Nicer** [1] 59:10
**Niece** [1] 40:12
**Night** [6] 9:7,15,17 13:18 29:6 108:16
**Nine** [1] 50:15
**Nit-picked** [1] 34:3
**Nobody** [2] 52:13 80:25
**None** [2] 86:14 126:13
**North** [2] 10:11 132:14
**Notary** [5] 1:24 3:7 151:23 152:4,18
**Noted** [1] 151:16
**Notes** [1] 143:11
**Nothing** [6] 5:3 25:20 42:2 79:12 87:20 144:5
**Notice** [2] 74:21 75:1
**Notified** [1] 118:7
**November** [31] 22:25 29:3,23 33:18 34:12 36:19 37:3 43:1 59:9 60:11 62:10 65:8 66:15,18 80:4 72:1 86:8 88:11 89:17 92:5,11 96:21, 23 97:2 99:1 111:20 110:7 139:15, 20 140:1
**Number** [16] 62:13 107:14 109:1 11 112:18 113:10,22 114:2,7,13,19 115:7-8 116:5 136:21 139:25
**Nurseries** [1] 45:4
**Nursery** [39] 4:13 11:15-16 12:5, 9,13 13:15 16:20 17:7 18:12 22:4 25:3 27:12 28:2,10 29:10 32:19 34:24 42:17,21 80:10 82:10 87:22 107:11,17,19 108:20-21 109:4-6,8 117:3 122:21-22 127:14 132:14

## O

**Oath** [2] 5:4,23
**Object** [3] 41:14 132:4 140:10
**Objection** [2] 98:4 104:18
**Occasions** [1] 79:15
**October** [8] 33:3 40:6,20 79:2, 4 81:23 133:18,22
**Odd** [1] 91:2
**Offended** [2] 130:16-17
**Offer** [13] 110:18 116:22 117:5, 19-20 122:25 123:5,11,14 124:6 125:15 126:10 127:18
**Offered** [1] 31:18
**Offhand** [1] 131:25
**Office** [18] 11:15,21,25 12:1-2 16:5 22:15,19 27:17 30:21 33:12, 17 34:11 39:7 97:21 99:15 124:21 152:13
**Offices** [1] 2:18
**Official** [2] 141:3,8
**Officials** [1] 18:21
**Old** [2] 6:15 23:20
**Olympia** [2] 55:7 67:22
**Once** [9] 5:17 42:5 83:23 84:3, 18 86:1 117:7 130:12,14
**Oncoming** [1] 54:3
**One** [38] 5:19 6:7-8 9:3 14:1-2, 8,18 18:23 36:8 44:1 47:7 52:9 57:22-24 58:24 61:4-5 65:4,11 66:16 79:21 80:17,23-24 89:3-5 108:16 111:15 112:15 119:9 137:6 140:19 141:9 144:8
**Ones** [7] 59:18 60:1-3,8 61:16
**Open** [9] 38:4 51:13 53:14 86:21 87:9 89:16,20 101:6 149:17
**Opened** [3] 47:7 70:7 85:6
**Openings** [2] 12:11-12
**Operation** [1] 64:11

19 57:22-24 58:24 61:4-5 65:4,11
66:16 79:21 88:17,23-24 89:3-5 108:
16 111:15 112:15 119:9 137:6 140:
19 141:9 144:8

**Ones** [7] 59:18 60:1-3,8 61:16
**Open** [9] 30:4 51:13 53:14 86:21
87:9 89:16,20 101:6 149:17
**Opened** [3] 47:7 70:7 85:6
**Openings** [2] 12:11-12
**Operation** [1] 64:11
**Opinion** [3] 96:11 148:21 149:6
**Opportunity** [2] 87:12 146:2
**Opposed** [1] 84:7
**Order** [3] 33:5 91:12
**Ordered** [8] 46:3 48:22 67:9
104:17 105:6,9,18 130:20
**Orders** [1] 134:18
**Ore** [1] 38:12
**Oregon** [1] 11:4
**Organic** [1] 115:6
**Organically** [11] 52:25 53:
10,13,17,23 54:13 56:10,17 57:2 59:
10 62:18
**Oriental** [1] 59:25
**Otherwise** [2] 35:14 134:18
**Ourselves** [2] 34:18 91:10
**Outlet** [2] 82:3 110:7
**Outline** [1] 40:15
**Outright** [1] 43:19
**Outside** [15] 18:3 24:3 70:13-
14 92:3 102:23 107:17-18 109:4,8,
10 120:16 134:1 135:18,21
**Oversee** [3] 76:6 131:4 143:20
**Own** [3] 14:11 68:17,20
**Owned** [2] 57:1 77:14
**Owner** [2] 16:22 17:4

---

# P

**P.C.** [1] 2:5
**P.m.** [1] 1:22 149:25
**P.O.** [4] 2:6,10,14,18
**Pacific** [3] 16:4,8-9
**Pad** [3] 35:21 36:4,6
**Pads** [1] 35:20
**Page** [7] 4:4,12 40:1-2 115:10
151:1-2
**Paid** [10] 24:21 45:3 67:14 68:4,
12,18 73:21 81:19 103:3 130:2
**Pansies** [1] 91:4
**Paper** [2] 72:18 128:12
**Paperwork** [1] 128:19
**Paragraph** [3] 40:1,3 113:18
**Parents** [1] 109:1
**Park** [1] 75:23
**Parker** [14] 1:5,16 2:21 5:1,8-
9 6:17 138:19 145:21 146:5 149:13,
24 161:19
**Parker's** [2] 146:4,22
**Parkers** [2] 37:10 125:14
**Paronard** [1] 144:4
**Part** [14] 15:8 17:4 21:12 36:11
37:21 49:23 63:4 68:15 71:16 79:24
130:11 136:18 142:6 146:17
**Participation** [1] 147:24
**Particles** [3] 70:10 71:13,17
**Particular** [2] 40:7 69:22
**Parties** [4] 3:5,11,16 66:4
**Partnership** [1] 66:1
**Parts** [1] 114:14
**Party** [1] 149:21
**Passed** [1] 75:8
**Past** [1] 120:12
**Patently** [1] 132:3
**Pattern** [1] 1:14
**Paul** [17] 52:18-19 53:21-22 55:

---

2,6,8,23 100:20,22,25 101:5,12 102:
7 114:16-17 144:4
**Pause** [1] 103:19
**Pay** [11] 25:6 55:21 68:16 70:15,
23 80:11 103:17 104:8 124:14 128:13,
23
**Payables** [1] 23:8
**Paying** [2] 68:19,23
**Payroll** [4] 12:6-7 96:16 97:15
**People** [5] 41:12 44:9 51:13-
15 54:1,8,10-11,20 55:3 56:3,8 60:
25 77:14 85:12 86:13,16 87:2,19 88:
5,23 89:22 111:7 118:22 119:19 120:
13-14,17,25 134:8 135:2 136:1
**Per** [7] 12:20 57:5,7-8,20 65:5
114:10
**Percent** [3] 90:17-18 92:19
**Percentage** [2] 49:10 65:15
**Perfect** [6] 59:13,24 60:2-3,8
61:16
**Period** [7] 15:25 44:24 57:5
106:25 132:24-25 142:2
**Permission** [2] 69:8 145:1
**Person** [17] 12:10 16:14 18:2,
11,15,23 25:8 43:6 46:11,13 53:22
56:22 134:15 140:22 141:24 142:1
144:5
**Personal** [2] 73:15 81:13
**Personnel** [5] 35:13 118:6
122:12 133:6,13
**Persons** [1] 134:17
**Peter** [1] 118:23
**Petunias** [1] 91:7
**Phases** [1] 42:6
**Phil** [5] 46:11 48:1 67:7 68:4,16
**Phone** [3] 73:15 102:1,25
**Photographs** [1] 93:22
**Physical** [3] 7:25 8:1 10:1
**Physically** [1] 22:8
**Pick** [1] 16:7
**Picked** [1] 62:8
**Picking** [2] 61:24 62:3
**Picture** [2] 35:22 94:6
**Pictures** [14] 58:21 76:18,21
93:14,16 94:1,3-4,9,11 130:20 143:
11,13
**Piece** [4] 64:10,12,19 128:12
**Pile** [2] 82:25 125:24
**Piles** [2] 83:1
**Pillars** [1] 31:21
**Pin** [1] 50:16
**Pipes** [1] 95:5
**Place** [8] 3:12 64:16 80:4 84:
12,14-17 85:12 152:8
**Places** [3] 13:20 82:18 95:6
**Plaintiffs** [1] 1:6 2:4,8
**Plaintiffs'** [1] 40:2
**Plan** [5] 15:5 62:22 63:16 80:15-
16
**Planned** [1] 102:5
**Planning** [1] 15:6
**Plans** [3] 62:24 63:11 93:12
**Plant** [20] 11:13 24:6 25:20 26:
23 27:20 28:9 29:3 31:23 32:25 33:
3 43:22 61:10 80:7,20 82:2 90:11,
16 91:10 110:7 111:1
**Planting** [1] 31:23
**Plants** [4] 48:13 82:16 91:2
113:23
**Plastic** [1] 21:18
**Plate** [1] 40:20
**Playing** [4] 45:14-15,22 46:1
**Pleased** [1] 42:18
**Pleasing** [2] 31:4 32:6
**PLLP** [1] 2:14
**Plywood** [1] 11:13 35:1 47:8
**Point** [12] 20:4 24:18 56:21 60:
13 63:3 71:18 80:16,18 95 102:106:

---

13 119:16 129:1
**Points** [2] 126:13-14
**Pop** [5] 85:2-3,7,10,23
**Portion** [1] 75:20
**Position** [7] 12:1-2,7 15:11-
12,14 16:19
**Possession** [8] 19:6 20:25
21:1 77:25 101:11,22 103:10 111:9
**Possessions** [1] 20:13
**Post** [1] 13:12
**Pot** [1] 90:23
**Potted** [1] 87:24
**Pound** [6] 53:17,20 115:5 135:
13-14 136:5
**Pounds** [24] 56:23-24 57:1,5-6
58:23 59:10,19-20 60:13 61:21 62:7,
14 114:13 115:7,11 136:22 137:1
139:15,18,25 140:5,7,10
**Pouring** [3] 27:3-4 28:15
**Preferred** [1] 120:25
**Prescribed** [1] 9:4
**Prescription** [2] 8:12-13
**Present** [4] 2:20 61:4 139:5,11
**Presentable** [1] 31:24
**Presented** [2] 108:15 125:13
**Pressure** [1] 124:8
**Pretty** [11] 30:22 50:16,19,21
59:4 89:22 92:19 113:17 120:18 132:
2 142:7
**Previous** [1] 6:23
**Price** [11] 29:18 51:19 53:7
56:2 78:11 115:2 135:6,10-11 136:2
**Prices** [2] 52:17 53:16
**Pricing** [1] 52:6
**Primarily** [2] 18:20 19:2
**Principally** [1] 90:9
**Privileged** [1] 135:1
**Problem** [24] 43:3,7-8,11-12,
20 44:9 51:15 60:12 69:13 71:11 84:
8 88:2,21 90:21 104:11 105:10,13
106:3,9 120:15 137:20
**Problems** [6] 9:24 41:3 70:23
104:14 119:8 121:7
**Procedure** [1] 3:14
**Proceedings** [4] 39:17 90:4
110:1 140:15
**Process** [7] 26:15 49:25 84:1
117:18 122:2 129:13 130:13
**Produce** [5] 58:25 68:13 91:6,
21 115:5
**Produced** [5] 88:22 93:2 117:
21 139:6,16
**Produces** [1] 57:16
**Product** [18] 51:5,21,23,25 52:
1 56:14-15,21 82:4 86:13 91:12 101:
7-10 114:14 115:6 136:2
**Production** [1] 12:19
**Products** [8] 76:17-18 86:14,
17 88:9 89:25 91:25 92:2
**Professional** [3] 3:6 124:
19 158:3
**Profit** [4] 116:6,10,12-13
**Profitable** [1] 15:21
**Program** [1] 43:14
**Project** [10] 17:8 32:11 42:12-
13 47:17,19 49:7 61:2,25 62:5 63:
15 65:16-17 94:9 114:13 123:3 142:
8 143:16
**Projected** [2] 115:22-23
**Projects** [4] 17:9-10,12,14
**Promised** [1] 100:5
**Properties** [2] 27:6,8
**Property** [256] 9:11 10:1 19:
7 21:4-5 22:5,9 23:13 24:5-6,10,17
25:18,21,24 26:23 27:9,11-12,16 28:
1,7-8,16,19,24 29:8-9 30:4,7,10,
21 31:3,9,12 32:5,12,17,24 33:1,3
8 34:8 35:4,7-8,13-12,15,18 36:4,
12 37:17,22 38:6,17 39:24 40:11 41:
2,4,11,24 42:4,8,17,19,23 43:3,9,
13,23 44:10 47:14 60:13 61:1 62:6,
16 63:13,19 64:4,10,12,15,20 69:2,

---

6,9,13 70:16 71:23 72:7-8,23 73:2,
6 74:6-7,19,22,25 75:4,10-12,14,
16,20-22,24 76:4,6,8,13,15 77:15
78:1 79:10-11 80:7,21 81:13-14 82:
2-3,15 83:6,8,10 85:14-15 86:1,4-
5,14 87:20-21 89:16 90:11,16 91:18
93:12,15,17,25 94:4-5,19,21,23 95:
10 96:15,18 97:9 99:18,21,23 104:
17 105:6,9,18,20 106:1,4-7,15,17
108:21-22 109:11,14,20-23,25 110:
3,7,10,16,18-20 111:2,4-5,10,17-
18,20 122:2-3,22 113:1 114:9 116:
23 117:7-9,13-14,17 118:23 119:8,
12,23,25 120:2 121:11 122:4 124:15-
16 125:16-17,20,25 127:20 129:2-3,
5,24-25 130:1,11,24 131:7,9,15,
19,22 132:17 135:7,14,18,22 140:21
141:10 143:1,5,9,10 144:2,8,14,17,
20 145:1 147:9,16,25
**Proposal** [7] 39:23 40:14,16,
18 116:17,19 127:3
**Proposals** [2] 40:13,19
**Proposed** [2] 66:17 80:11
**Proprietorship** [1] 17:2
**Prosecuted** [1] 68:9
**Prove** [2] 88:3-4
**Proved** [2] 96:8,12
**Provide** [4] 15:24 23:23 68:12
138:12
**Provided** [3] 18:17 45:7 51:18
**Psychological** [1] 8:19
**Public** [7] 1:25 3:8 31:25 130:
10 151:23 152:4,19
**Pulled** [3] 85:14 108:17 129:17
**Pumped** [1] 109:7
**Purchase** [7] 39:23 40:11 41:
24-25 78:11 135:7
**Purchased** [9] 23:6 39:10 79:
22 89:9 90:10 136:22 137:5,11 138:
13
**Purchasing** [4] 41:1 94:20,
23 99:18
**Purpose** [4] 35:13 83:6 107:23
108:1
**Purposes** [4] 45:8,24 107:8
138:18
**Pursuant** [1] 3:13
**Put** [42] 20:16 21:20 22:1 23:13
27:22 33:14 34:7,22 35:23 40:16,21-
22 42:7 44:23 45:1,4 61:11 64:16 66:
24 69:14 77:1,3,15,20 82:25 83:1
85:9,12 90:25 97:4 103:23 104:10
108:16 112:25 113:13 114:5,8 117:
16 125:23 131:8 145:12

---

# Q

**Quality** [1] 52:24
**Quarters** [1] 74:10
**Quartz** [1] 132:15
**Questioned** [4] 86:16 88:5-6
90:1
**Questioning** [2] 43:15 87:23
**Questions** [9] 43:16 72:14 86:
12 95:17 107:4 132:12 145:16 146:
23 147:5
**Quick** [2] 29:1 140:14
**Quit** [1] 11:17-18
**Quite** [2] 35:21 143:9
**Quonset** [1] 64:1
**Quoted** [1] 51:19

---

# R

**Radium** [1] 143:19
**Raffle** [1] 27:1
**Raintree** [10] 4:13 15:2,18,
21 16:3,19,25 17:24 18:12 22:24 85:
3,5-6 86:3 88:20 107:11 117:3 123:
25
**Ran** [2] 5:22 91:10
**Rate** [1] 52:11
**Rather** [2] 91:19 149:16
**Raw** [6] 35:19 84:11,16,18,21 86:
14
**Ray** [1] 1:10 32:10 34:1 94:22 95:
16,18
**Rays** [2] 10:20-21

---

**Raffle** [1] 27:1
**Raintree** [18] 4:13 15:2,18, 21 16:3,19,25 17:24 18:12 22:24 85: 3,5-6 86:13 88:20 107:11 117:13 123: 25
**Ran** [2] 5:22 91:10
**Rate** [1] 52:11
**Rather** [1] 91:19 149:16
**Raw** [6] 35:19 84:11,16,18,21 86: 14
**Ray** [8] 1:10 32:10 34:1 94:22 95: 16,18
**Rays** [2] 10:20-21
**Re-evaluated** [1] 110:3
**Read** [6] 13:3 40:14 72:17 102: 21 129:9 151:14
**Reading** [1] 3:17
**Ready** [3] 59:21 60:15 139:19
**Real** [7] 24:7 25:16 44:21,25 64: 8 81:13 113:8
**Realize** [2] 96:15 143:14
**Really** [13] 21:7 28:7 40:23 42: 18 43:4 70:23 76:25 123:18 127:14 130:4 131:7 138:24 141:3
**Realm** [1] 121:16
**Realty** [6] 145:23 146:24 147:6 148:5,17 149:4
**Reason** [4] 24:8 116:12 147:7,14
**Reasons** [1] 9:21
**Rebuild** [1] 133:14
**Receive** [5] 25:11 73:9 81:21 117:7,11
**Received** [12] 10:4,14 13:24 14:13 60:21,23 75:1 100:19 103:25 107:2 118:2,4
**Receiving** [4] 31:6 60:25 73: 25 121:3
**Receptive** [1] 126:6
**Recess** [5] 39:17 90:4 110:1 140:15 149:16
**Recognize** [1] 148:19
**Recollection** [4] 29:21,25 41:12 72:24
**Record** [6] 38:24 102:21 138:3, 5 139:21-22
**Records** [22] 16:21 19:18 20:1-2,11,19,21 22:24 23:2,4-5,23 26:8, 12 33:5 39:9 60:1 108:17 113:17 136:9,11-12
**Recovered** [1] 92:17
**Redecorated** [1] 85:11
**Reduced** [1] 152:9
**Reestablish** [1] 133:25
**Referenced** [2] 20:22 132:16
**Referencing** [1] 113:3
**Referring** [1] 37:13
**Refinanced** [1] 24:10
**Reflected** [1] 45:5
**Reforestation** [5] 17:13, 15,18-20
**Refrigerator** [1] 79:19
**Refuse** [1] 138:11
**Refused** [3] 106:2,16 122:3
**Regard** [15] 62:25 17:6 42:24 69: 5,22 71:2 72:22 73:5 80:21 134:19 142:4 146:21,23 147:6,24
**Regarding** [3] 29:2 103:6 140: 2
**Regis** [5] 11:7 12:21 15:2,11,13
**Register** [2] 23:8,10
**Registered** [4] 3:6-7 152:3
**Regular** [1] 118:17
**Reishi** [74] 42:12 45:12,18,20, 22 46:5,12 47:17,19,21-23 48:1,8, 15,20 49:9 50:25 51:8,15 52:3,7,11, 13-14,17 53:8,13,18,24 54:1,8 56: 2,10,18 57:2 59:10,18 61:23 62:18 63:11 64:13,17,21 66:20 67:3 80:5, 12,17 93:6,18 114:23,25 123:3 129: 11 132:23 133:2 134:4,12,19 135:7, 17-18 136:7 137:3,5,11,21 138:13

**Related** [1] 9:24
**Relationship** [3] 66:4 97: 17 148:24
**Relocated** [1] 83:18
**Remain** [1] 84:4
**Remained** [1] 38:19
**Remarks** [1] 128:3
**Remember** [34] 5:25 6:2,4 12: 20 15:12 23:15 24:13 25:23 29:19 40:4 67:25 68:3 69:7 85:1 89:11 95: 1,14 103:3 105:24 105:18 108:6,8 109:15 111:13 112:7 114:11 122:5 125:7 127:22 128:2 132:11,20 141:1, 4
**Remodeled** [3] 85:8-9 111:19
**Remove** [2] 30:20 84:3
**Removed** [1] 19:17
**Removing** [1] 94:5
**Rented** [1] 85:11
**Reopen** [1] 149:20
**Reopened** [2] 111:10 112:4
**Repainted** [1] 85:10
**Repeat** [2] 41:5 133:10
**Rephrase** [5] 6:11 98:10 133: 10 140:24 146:10
**Replied** [1] 11:1
**Reply** [2] 119:1 120:24
**Report** [1] 152:5
**Reported** [1] 1:24
**Reporter** [5] 3:7 102:21 152:3
**REPORTER'S** [1] 152:1
**Represent** [4] 81:3 116:25 117:8 145:22
**Representation** [8] 32:5 41:2 96:24 97:5 98:3 99:2,5,13
**Representations** [6] 95: 18 96:3,8 100:6,10,14
**Represented** [6] 97:3 133:6, 12,17,21 140:22
**Representing** [4] 97:25 98: 1,15 90:6
**Represents** [1] 107:14
**Request** [2] 118:14 119:1
**Requested** [4] 93:14 102:21 118:10 124:17
**Required** [1] 14:21
**Requirements** [1] 140:11
**Research** [3] 113:11-12 115:4
**Researching** [2] 46:2 72:15
**Reserved** [2] 3:18 150:1
**Residing** [3] 3:8 151:24 152: 19
**Respective** [3] 3:5,11,16
**Respirator** [1] 21:24
**Responded** [2] 93:3,5 129:11
**Response** [3] 43:25 71:25 132: 12
**Responses** [1] 40:2
**Responsible** [2] 95:9 117:13
**Restart** [4] 80:12,15 84:1-2
**Restaurant** [1] 111:17
**Restrict** [1] 125:18
**Restriction** [1] 81:7
**Result** [1] 7:23
**Results** [6] 10:4,8,13-14 69: 17,22
**RESUMED** [4] 39:19 90:6 110:3 140:17
**Retail** [23] 34:13-14,16,25 82: 3-4 86:5,8 87:6 88:10 90:8,14,21 92:1 110:6,10,20-21 111:3,6,11 112: 5 135:24
**Retook** [1] 111:9
**Return** [2] 36:1 103:8
**Review** [1] 10:17
**Reviewed** [2] 10:16,21

**Revolving** [1] 25:5
**Richard** [1] 2:22
**Rid** [2] 31:20 33:23
**Rip** [1] 123:15
**Risk** [2] 14:9 71:1
**River** [2] 28:1 29:9
**RMR** [2] 1:24 152:18
**Road** [5] 74:24 132:15
**Robinson** [4] 1:10,18 2:12,14
**Rocks** [5] 35:17 36:14 70:13,18 106:4
**Role** [2] 96:16-17
**Roller** [1] 80:8
**Rollers** [2] 30:12,15
**Rollins** [2] 35:4 108:19
**Ron** [2] 40:10 100:17
**Room** [2] 30:9 59:18
**Root** [5] 27:22-23 28:2,10 48:13
**Roots** [1] 133:3
**Rosalie** [1] 87:7
**Rotator** [1] 92:8
**Row** [1] 124:9
**RPR** [2] 1:24 152:18
**Rules** [2] 3:13 5:21
**Run** [5] 5:21 87:10,18 91:13 119: 25
**Running** [2] 16:3 111:7
**RVs** [1] 72:6
**Ryan** [6] 145:23 146:24 147:6 148:5,17 149:3

**S**

**Safe** [1] 9:23
**Sale** [10] 27:6 29:2 30:6 49:2 73:6 87:24 109:23 117:8 137:2 147: 25
**Sales** [3] 109:8 111:6 115:16
**Samplers** [1] 69:14
**Samples** [1] 93:10
**Sandwiches** [1] 85:13
**Sat** [4] 122:20 130:25 132:6 143: 17
**Satisfaction** [1] 32:15
**Satisfy** [1] 126:11
**Save** [1] 101:14
**Saved** [1] 60:9
**Saw** [8] 8:11 20:14 29:15 46:25 47:11 121:21 144:23 145:12
**Sawdust** [2] 65:19-20 82:25
**SBA** [4] 24:18 25:4,9,12
**Schoknecht** [1] 79:13
**School** [3] 13:5,13,16
**Scoop** [1] 35:23
**Scott** [2] 17:25 18:4
**Scrap** [1] 38:13
**Screening** [20] 10:5,8,24 24: 6 25:20 26:23 27:20 28:9 29:3 32: 25 33:3 43:22 80:7,20 82:1 90:11, 16 91:18 110:7 111:1
**Seal** [2] 80:21 152:13
**Sealed** [2] 26:9,12
**Second** [10] 27:18 29:1 53:1 92: 15,17 115:10 123:10,19 125:15 138:1
**Secondhand** [1] 141:18
**Secure** [1] 18:16
**See** [21] 10:12 24:20 28:25 37:23 40:3,5 43:7 46:4 47:9 70:10 75:25 76:2 86:21 106:7 115:15,17 116:7 119:13 128:17
**Seed** [3] 47:6 61:8,11
**Seedlings** [5] 17:14 27:21 28: 11-12 113:23
**Seeds** [1] 46:21
**Seeing** [5] 8:10 9:3 42:11 59: 16,20

**Seek** [1] 80:6
**Seeking** [2] 104:1 133:23
**Sell** [25] 30:19 32:20 50:24 51: 1,4,20,24 55:12 60:19 61:6,14 62: 18 82:3 86:20,22 88:8 89:2,6,14,17, 20 91:1 109:20 116:23 117:9
**Seller** [1] 31:5
**Selling** [27] 27:18 51:13,21-22 52:13-15,20-21,25 53:9,23 54:1,8, 16 56:17 85:8,20 86:1,15 89:15 111: 3 114:25 115:1 134:15 135:24-25
**Semi** [1] 82:11
**Semi-truck** [1] 82:11
**Send** [1] 130:15
**Senftleben** [1] 2:22
**Sense** [1] 146:6
**Sent** [1] 93:3
**Sentence** [1] 60:15
**Separate** [1] 44:24
**Separated** [1] 44:20
**September** [2] 6:20 40:6
**Series** [1] 93:16
**Service** [1] 46:12
**Session** [1] 56:1
**Sessions** [1] 56:3
**Set** [6] 3:12 45:3 63:14,20 64:7 123:20
**Sets** [2] 58:16 79:22
**Setting** [1] 124:20
**Settle** [2] 119:17 121:23
**Settled** [3] 79:1,3 119:16
**Settlement** [6] 73:6 108:3 117:12 127:12,14 128:10
**Settlements** [4] 120:12,14 121:3,8
**Settling** [1] 120:21
**Seven** [4] 26:13,20 72:1 128:18
**Seventeen** [1] 93:21
**Several** [15] 24:14 34:23 35:1 42:4 43:24 56:2-3 65:19 100:23 102: 6 108:25 121:24-25 124:9
**Severed** [2] 15:7,10
**Shack** [1] 100:3
**Shadow** [1] 80:4
**Shape** [3] 59:25 60:2-3
**Shed** [10] 20:15-17 21:14 35:5 38:18 46:22 94:18 125:19,24
**Shelf** [1] 61:17
**Shift** [1] 47:1
**Shipping** [1] 66:21
**Shoes** [1] 128:4
**Shook** [2] 44:2 128:15
**Shop** [8] 85:2-3,7,10,16,23
**Short** [3] 16:6 18:4 91:10
**Shorthand** [1] 152:9
**Shoulder** [3] 92:8,14,16
**Show** [7] 26:24 29:5 58:21 61:18 67:11 103:7 122:21
**Showed** [5] 24:21 28:16-17 42: 13 128:11
**Shower** [4] 74:15,17 87:3-4
**Showing** [1] 70:11
**Shrubs** [3] 48:13 91:24 113:23
**Shuffle** [1] 19:11
**Shut** [5] 21:19 61:25 86:7,18 88: 10
**Shuts** [1] 83:25
**Sic** [1] 119:5
**Sick** [1] 36:23
**Side** [2] 21:16 130:19
**Siding** [1] 42:9
**Sign** [1] 99:10
**Signature** [1] 149:25
**Signed** [2] 29:15,17 131:5,12
**Signing** [1] 3:17

**PARKER vs W.R.GRACE & COMPANY**                    **Deposition of LERAH PARKER**

**Shuts** [1] 83:25
**Sic** [1] 109:16
**Sick** [1] 36:23
**Side** [2] 21:16 130:19
**Siding** [1] 42:9
**Sign** [1] 99:10
**Signature** [1] 149:25
**Signed** [4] 29:15,17 131:5,12
**Signing** [1] 3:17
**Sill** [2] 70:7,9
**Simply** [2] 83:17 113:19
**Sister** [2] 45:17,20
**Sit** [6] 48:10 103:12 130:19 131:
23 132:10 139:24
**Site** [9] 19:15 30:5 31:16,19,21
34:12 35:24 36:2,20
**Sits** [1] 64:8
**Sitting** [1] 142:18
**Situation** [7] 37:15,24 79:13
121:18 137:21 148:22-23
**Six** [8] 26:13,20 58:14,16,20 92:
18 123:19 128:25
**Size** [5] 26:19 59:25 64:23 67:5
79:16
**Skipped** [1] 109:23
**Sleeping** [1] 75:5
**Slovak** [1] 2:5
**Slow** [2] 30:12 46:24
**Small** [4] 25:1 51:10 82:9,16
**Smaller** [3] 53:5,8 65:6
**Smashed** [1] 20:6
**Snapdragons** [2] 91:3
**Sneak** [1] 130:20
**Sneaking** [1] 130:23
**Snide** [1] 128:3
**Soil** [4] 71:5,10,12 93:10
**Sold** [32] 38:20 43:2,12,23 53:4,
14 82:9-10 84:25 85:15,19,21,23 86:
1,15 87:22 89:13 90:9,12 92:7 108:
18,20,23-24 109:6 110:21 135:13-14,
16 136:7,23 139:5
**Sole** [1] 17:2
**Solid** [1] 70:14
**Someone** [1] 87:17
**Someplace** [1] 19:15
**Sometime** [6] 26:4 109:16,19
110:6,14 123:24
**Sometimes** [2] 83:25 84:10
**Somewhere** [4] 13:3 21:8 67:
16 140:9
**Soon** [3] 58:10,18 80:14
**Sorry** [12] 16:7 17:22 26:2 40:
19 54:19 62:1 64:24 74:4 94:7 97:3
109:19 126:8
**Sought** [3] 8:7,19 62:17
**Soul** [1] 103:23
**Sounded** [1] 40:23
**Source** [2] 84:12 135:18
**Sources** [5] 17:23 18:9 92:3
95:3 109:10 136:22
**Spawn** [17] 46:3 48:10,22 57:13,
15 65:18-20 67:9,11,16,19 101:3-4
102:2,4
**Special** [3] 63:13 65:17 76:22
**Species** [1] 56:13
**Specific** [2] 22:11 146:21
**Specifically** [2] 22:10
**Spell** [1] 142:12
**Spent** [1] 55:25
**Spied** [1] 131:10
**Spies** [1] 131:8
**Splitting** [1] 110:17
**Spokane** [2] 34:6 91:13
**Spot** [1] 69:12
**Spring** [6] 30:24 32:18 48:11

**Springtime** [3] 48:14 50:15-
16
**Spy** [5] 130:18 131:9 140:20 141:4
**Spying** [2] 142:21,25
**Square** [1] 78:6
**St** [5] 11:7 12:21 15:2,11,13
**Stable** [1] 77:18
**Stacked** [1] 47:4
**Stamets** [18] 52:18-19 53:21-
22 55:2,6,8,12,23 100:20-22 101:12
102:7 103:4 114:16-17
**Stand** [4] 41:22 76:5 89:22 129:
8
**Stapled** [1] 21:19
**Staples** [1] 73:23
**Start** [14] 15:2,17 31:23 45:12
46:9 48:11 52:5 63:15 64:11 73:25
79:12 80:12 111:16 145:23
**Started** [21] 15:4 26:1 27:1
33:18 34:12 42:12 45:14,22 47:18
72:15 82:2 84:3,9 89:19 109:18 130:
12,14,18 131:17,19,21
**Starting** [3] 15:6 121:22 122:2
**Starts** [1] 91:9
**State** [7] 1:2,25 3:8 5:7 151:
23 152:4,19
**Statement** [4] 24:24 97:19
103:25 138:4
**Statements** [5] 24:23,25 45:
1,6-7
**States** [3] 31:2 52:23
**Status** [2] 10:7,23
**Stay** [2] 130:21-22
**Stayed** [2] 19:12 33:16
**Sticking** [1] 108:24
**Still** [8] 30:3-4 55:20 66:25
77:6 82:22 131:18
**Stint** [1] 17:21
**Stipend** [2] 73:9 74:1
**Stipulated** [3] 3:4,10,15
**Stipulation** [1] 149:18
**Stock** [3] 27:22-23 113:25
**Stockpile** [2] 51:6 52:1
**Stockpiled** [1] 125:16
**Stockpiling** [1] 53:2
**Stocks** [1] 108:24
**Stolen** [5] 19:16,21-22,24 94:
14
**Stood** [3] 101:2 128:18 129:22
**Stopped** [1] 145:10
**Storage** [14] 19:14 20:3,8,15-
17 72:6,12 77:2-3,5,7 94:15,18
**Store** [19] 34:13-14,16 35:1 74:
9 77:24 82:5,17 86:6,8 87:6 88:1
89:13 90:9,21 110:11 111:8,11 112:5
**Stored** [3] 19:14 20:3,11
**Stores** [1] 74:11
**Stories** [1] 43:1
**Stout** [24] 60:25 95:23 96:2,12,
24 97:1,14,22,24 98:14 99:1 108:2
122:17 123:11 124:8,18 129:16 144:
16,21,23-24 145:9-10
**Stove** [1] 79:19
**Straight** [2] 36:5 43:18
**Strawberries** [1] 91:5
**Stringer** [16] 29:4 32:4 41:1,
8,10,24 44:8 60:24 95:11 97:22-23
98:16 118:15 119:7 125:9 130:14
**Stringer's** [1] 124:20
**Study** [3] 13:6-7,9
**Stuff** [9] 33:23 36:1 37:16 40:
21 76:25 77:6 85:21 100:25 119:14
**Sub** [1] 85:13
**Subcontractors** [1] 142:8
**Subject** [3] 138:19,25 139:3
**Submarine** [1] 85:13
**Subscribed** [2] 151:20 152:13

**Subsequently** [1] 152:9
**Substance** [2] 68:11 115:12
**Substantially** [1] 115:20
**Subtracted** [2] 112:24 113:7
**Successful** [1] 137:17
**Sudden** [3] 68:6 90:1 94:17
**Sue** [1] 119:20
**Suffered** [1] 10:2
**Sufficient** [2] 36:10 52:2
**Suits** [1] 94:3
**Summary** [4] 4:13 107:10 117:2
123:25
**Summer** [8] 19:7 30:23 53:12,24
62:10 75:19 93:17 131:9
**Sunday** [2] 75:17-18
**Superintendent** [1] 17:25
**Supplement** [2] 91:16 107:18
**Supplier** [1] 137:6
**Suppliers** [5] 56:9 137:8,10,
12 138:12
**Supply** [1] 91:15
**Support** [2] 7:4 15:24
**Supposed** [6] 33:23 37:21 57:
4 68:15 144:13,20
**Surgeries** [1] 9:9
**Surgery** [5] 92:4,7,11,15,17
**Surprised** [1] 42:20
**Sverdrup** [1] 37:19
**Sweat** [1] 114:8
**Sweeping** [1] 70:21
**Sworn** [3] 5:2 151:20 152:6
**Symptoms** [2] 9:6,19

**T**

**Table** [6] 100:3 122:20 124:18
142:18 143:17 145:7
**Tall** [1] 31:10
**Tanks** [1] 85:15
**Target** [2] 56:24 65:5
**Tax** [2] 116:10 127:7
**Taxes** [5] 104:8 127:8,12 128:
13,23
**Tea** [1] 52:15
**Teacher** [1] 102:7
**Ten** [4] 9:12 89:12 114:12 121:25
**Terms** [3] 9:16 23:4 44:9 63:11
117:5
**Terrible** [1] 31:9
**Terry** [4] 2:13 108:9 146:3,20
**Test** [2] 22:11 83:3
**Tested** [3] 22:8,20 83:13
**Testified** [8] 5:3,15 41:8 68:
9 95:11 118:9 130:13 139:14
**Testify** [1] 152:6
**Testimony** [11] 41:7,14,20 68:
11 98:16 132:5 135:16 148:1 151:14
152:9,11
**Testing** [2] 69:7,17
**Tests** [3] 69:9,11,22
**Thanksgiving** [1] 69:10
**Themselves** [1] 131:8
**Thinking** [1] 34:21
**Thinks** [2] 44:8 132:8
**Thinning** [1] 59:23
**Third** [3] 6:21 40:1 115:5
**Thousand** [12] 49:3,7,15 50:9,
21 56:1,23-24 57:1 59:6 63:6 65:7
**Three** [7] 7:17 12:15 26:18 57:
20 66:16 83:11 90:10 137:1 138:14
**Three-fifths** [1] 66:16
**Threw** [5] 39:7 89:8 104:5 123:6,
16
**Thueson** [11] 2:9 41:13,18 44:
11 108:9 147:2 148:10 149:12,18,22

**Today** [6] 5:10 39:22 87:3-4
103:12 139:24
**Together** [8] 17:20 40:21 43:
5 56:24 83:12 108:16 131:1 145:13
**Tom** [3] 2:5 102:13 140:14
**Tomatoes** [1] 91:7
**Tomorrow** [1] 27:15
**Took** [26] 13:6,18-19 16:21 17:
14 19:16 24:15 25:18 38:17 39:11 42:
12 58:15 59:17 60:19 72:6 84:19
87:18 100:2 112:23 114:6 116:10
123:5 128:19 131:10
**Top** [7] 68:6 113:12,19,21 115:
11 130:19 131:10
**Tore** [1] 123:6
**Torn** [1] 92:8
**Total** [2] 73:19 113:8
**Totally** [1] 92:18
**Totals** [1] 115:19
**Touch** [3] 70:19 85:6 86:5
**Towards** [1] 131:2
**Town** [12] 46:11,19 47:16 48:2,5
87:3-4 88:20,22 109:24 129:16
**Track** [1] 23:20
**Tractor** [1] 82:14
**Tracts** [2] 35:4 108:19
**Trailer** [2] 33:12,17
**Training** [3] 56:1,3 101:3
**Transcript** [2] 152:5,7
**Transcription** [1] 152:11
**Transfer** [1] 129:5
**Transferred** [3] 11:15 12:5
35:7
**Transplant** [1] 113:22
**Transportation** [1] 142:7
**Trashed** [1] 137:18
**Travis** [5] 131:20 141:22,24
143:12
**Treatment** [2] 9:2 51:17
**Tree** [3] 90:8,25 113:23
**Trees** [14] 31:23 82:13 85:23
88:7,12-13,16-17,20,23 89:2,11 91:
20,22
**Trial** [1] 68:9
**Tricks** [1] 102:5
**Tried** [5] 69:25 72:18 84:19 99:
14 123:4
**Trouble** [2] 91:3-4
**Truck** [3] 19:24 35:24 82:11
**True** [3] 147:16 151:15 152:11
**Trusted** [1] 87:3
**Truth** [4] 5:2-3 152:6
**Truthfully** [1] 146:16
**Try** [9] 5:25 6:2 51:17 89:6,20
120:25 121:22 133:25 134:1
**Trying** [5] 38:4 56:24 86:13
108:12 140:25
**Tub** [1] 74:17
**Tuesday** [1] 1:21
**Tumor** [1] 7:10
**Tunnel** [10] 46:22 47:8,11 51:
25 62:25 85:21 133:11 133:3
**Tunnels** [6] 47:13,15 84:6,15
95:4 119:13
**Turn** [2] 83:24 123:12
**Turning** [1] 42:20
**Turns** [1] 57:14
**Twelve** [1] 93:20
**Twice** [3] 42:5 98:5-6
**Two** [27] 6:23 16:5 18:4 24:18 25:
13 49:20-22,25 50:2,20 57:20 59:7
63:23 68:24 71:9 74:13 83:11 92:9
110:21,25 127:17 133:15 137:12 138:
12 145:12-13
**Two-foot** [2] 49:20-22 50:20
59:7
**Two-year** [1] 110:25

**Turning** [1] 42:20
**Turns** [1] 57:14
**Twelve** [1] 93:20
**Twice** [3] 42:5 98:5-6
**Two** [27] 6:23 16:5 18:4 24:18 25:13 49:20-22,25 50:2,20 57:20 59:7 63:23 68:24 71:9 74:13 83:11 92:9 110:21,25 127:17 133:15 137:12 138:12 145:12-13
**Two-foot** [5] 49:20-22 50:20 59:7
**Two-year** [1] 110:25
**Type** [9] 8:22 18:6 33:14 55:11 64:3 65:24 73:5 92:25 119:19
**Typed** [1] 126:4
**Types** [2] 79:9 121:3

## U

**U.S.** [1] 1:20
**Ugly** [1] 31:21
**Ultimate** [3] 17:6 78:11 119:24
**Ultimately** [6] 35:10 36:15 38:16 40:10 60:5 117:6
**Uncontaminated** [1] 81:5
**Under** [7] 5:23 25:1 87:1 96:13 113:4,10 152:10
**Underneath** [1] 46:22
**Understood** [1] 146:15
**Unique** [1] 64:3
**Unit** [4] 19:15 20:3,8 94:15
**United** [1] 52:23
**Units** [4] 34:23 35:1-3
**University** [1] 56:4
**Untrue** [6] 90:3 99:3,13 100:7, 11,16
**Up** [97] 9:7,14,17 11:3-4 14:10 16:7 21:8 23:24 25:20 27:6,14-16, 24 30:16 31:11 32:11 35:23-25 36:3, 10,12,19,23,25 38:5,19 40:6 42:9 45:3 47:7 51:8 52:5 53:1 57:14 59:5 63:14,20 64:7,11 67:11 68:13 70:7 76:1,5,21 78:20 81:4 82:8,17 84:14 89:20 96:6,14 104:17 105:3,6,9, 18,22 106:15 107:4,15-16 108:3 110:4,7 111:10 112:4,20 113:17 114:3,8 115:8,19 117:4,13 119:21 121:11 123:2,6,15,24 128:19 129:2,17 131:21 135:7,13,18,22 137:19 138:24 149:21
**Upgraded** [1] 114:1
**Upset** [10] 8:6 9:24 37:15 76:14 127:14 129:10,13 142:20,24 143:23

## V

**Vacuum** [1] 70:22
**Vacuuming** [1] 22:13
**Valuation** [2] 123:19 129:11
**Value** [16] 44:23 45:2,5 56:14 76:22 101:1,7-8,10 109:11 114:10, 13 116:15,19,25 117:4
**Valued** [1] 116:16
**Values** [6] 4:13 107:11 113:4, 11 117:3 123:25
**Variation** [1] 146:20
**Varieties** [1] 91:8
**Various** [1] 108:13
**Vegetable** [1] 91:9
**Vegetables** [5] 84:25 85:17, 19-20,22
**Venture** [1] 1:20
**Verified** [1] 115:1
**Verle** [1] 109:13
**Vermiculite** [10] 35:20 70:9,14 94:11,15,17-18,21 86:15
**Versa** [1] 93:4
**Versus** [2] 71:5 132:16
**Vice** [1] 93:4
**Video** [1] 94:16
**Videos** [1] 131:10

**View** [2] 98:19,21
**VOLPE** [4] 141:11 142:1,6,13
**VOLPE's** [1] 142:4
**Volume** [1] 26:11
**Vs** [1] 1:7

## W

**W.R.** [33] 1:8,17 2:12 30:3,9 33:4,13 34:11 35:7 37:11 40:17 96:14-15 97:15 104:5 108:21 109:22 110:20 111:4-5 113:4 116:22 129:19 140:2 141:4,14 142:16 143:21,25 147:11,13 148:25
**Wait** [1] 5:25
**Wake** [1] 9:14
**Waking** [2] 9:7,17
**Walk** [3] 72:7,10 119:11
**Walked** [8] 26:24 28:17 47:10 70:16 119:12 123:6 128:15 143:10
**Walking** [1] 143:13
**Warboys** [1] 87:8
**Warranty** [1] 31:6
**Wash** [1] 84:20
**Washer** [1] 79:19
**Washington** [2] 55:7 67:22
**Waste** [1] 40:3
**Wasting** [1] 120:2
**Water** [4] 20:1 29:10 95:3-4
**Watered** [1] 50:19
**Wear** [1] 21:24
**Wearing** [2] 22:15-16
**Week** [5] 10:12 69:15 75:15 114:6
**Weeks** [3] 75:8 92:18 114:7
**Welfare** [1] 127:20
**West** [1] 1:20
**Whatnot** [1] 115:12
**WHEREOF** [1] 152:13
**Whitehall** [2] 11:5 108:22
**Whole** [8] 5:3 52:13,17,20 70:5 88:20 131:9 142:8
**Wholesale** [3] 135:23,25 136:1
**Wholesalers** [4] 90:10,20 91:19-20
**Wife** [1] 110:19
**Wild** [5] 51:22-23 52:4 115:22 133:1
**Willing** [3] 102:8 117:11 127:16
**Willingly** [1] 143:9
**Window** [3] 70:6,8
**Windows** [2] 34:24 70:8
**Winter** [7] 16:17 34:3,17 40:10, 12 50:14 85:11
**Wintertime** [1] 16:15
**Wires** [1] 95:9
**Wise** [1] 34:21
**Witness** [5] 3:17 152:6,9,11,13
**Wood** [2] 57:14 76:17
**Word** [2] 44:3 48:17
**Words** [3] 74:23 97:4 126:10
**Works** [2] 62:24 100:25
**Worried** [1] 79:6
**Worry** [1] 127:12
**Worth** [5] 45:2 64:11 101:6 115:8 122:24
**Write** [2] 25:6 127:17
**Writing** [3] 37:12 126:2 152:10
**Written** [6] 37:9 65:21 101:20 103:1 126:17,19
**Wrongdoing** [1] 7:23
**Wrongful** [1] 148:8
**Wrote** [2] 37:17 93:4

## X

**X-rays** [3] 10:16,20-21

## Y

**Yaak** [1] 108:22
**Yard** [5] 36:2,8-9,11 106:5
**Year** [44] 7:11 8:20 15:17 16:11, 18 24:13 25:7,23 26:5 28:13 29:25 32:3,20 33:6 34:14 42:5 47:6 48:7 49:13 50:12 57:5 58:15,17 59:4 77:3 92:9,19 110:22,25 111:13,15,19 112:7,15 114:7 115:16-17 116:5 132:24 133:15
**Year's** [1] 50:13
**Years** [29] 7:17 10:17 12:15 10:13 19:3 24:15 49:25 50:2 57:8,13 58:24 89:24 91:10-11 103:23 107:20-21 109:8 110:1,21 112:19 114:2,8, 14 128:18 133:9,23 130:14
**York** [1] 56:5
**Yourself** [5] 16:22 51:14 63:8 65:22 101:12

## Z

**Zoloft** [4] 8:14-15 9:4,16

EXHIBITS

April 19, 2000

## Summary of business values for Raintree Nursery

| | | |
|---|---|---|
| 1.) | Over the last 14 years sale of Assets. Stocks and Home<br>Champion stocks 1985-1986   - Whitehall land<br>Bonners Ferry Land              -   Yaak Cabin<br>Inheritance                          -   Monies of gifts | $280,825 |
| 2.) | Property value downtown | 120.000 |
| 3.) | Improvements over six years | 312,521 |
| 4.) | Inventories<br>Office                                    6,500<br>Touch of class down town   10,000   (Not Herb Project)<br>Reforestation                       150,000 | 166,500 |
| 5.) | Transplaant loss from sedlings, trees shrubs, plants | 51,000 |
| 6.) | Working 14 years since 1986 on business build -up | 728,000 |
| 7.) | Reishi Project   Value of product over 5 yrs. | 914,763 |
| | - set-up again   at least | 33,000 |
| 8.) | Five year business loss (the gross profit income av. 48,201) | 241,035 |
| | **TOTAL** | 3,192,479 |
| | **Minus - Land Value** | 189.000 |
| | **Net value** | 3,003,470 |

**Values that W.R. Grace was not charged for:**

Long shed *651,000*  Office *12,878*  Tunnels *46,000*   Break room *3,366*

Fuel tank *3,366*  Water Tank *6,400*  West Shed *30,000*   Asphalt *126,000*

Concrete paving *33,280*

**A total savings to you W.R. Grace** of      *$ 916,524   which was a part of our final*
*appraisal.*



EXHIBIT

3

Based on a paranthetical 1000 unit operation.

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| Pounds Harvested | lbs. | 600 | 1800 | 1200 | 1800 | 1200 |
| Income From Sales | $ | $40,800.00 | $122,400.00 | $81,600.00 | $122,400.00 | $81,600.00 |
| **Expenses** | | | | | | |
| Training/Services Fee | | $3,600.00 | | | | |
| Broker Fee | 15% | $6,120.00 | $18,360.00 | $12,240.00 | $18,360.00 | $12,240.00 |
| Spawn | $.33 per dowe | $3,326.40 | | | | |
| Logs | 3 cord | $800.00 | | | | |
| Buckets | $1.77 per | $1,770.00 | *** | | | |
| Soil | $50.00 / load | $100.00 | | | | |
| Drip System | est. | $600.00 | *** | | | |
| Heating System | est. | $350.00 | | | | |
| Lighting | est. | $35.00 | | | | |
| Utilities | est. | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |

*** Optional depending on type of facility used.

| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| Total Expenses | | $17,901.40 | $19,560.00 | $13,440.00 | $19,560.00 | $13,440.00 |
| Net Before Tax | | $22,898.60 | $102,840.00 | $68,160.00 | $102,840.00 | $68,160.00 |
| Tax | | $5,037.69 | $22,624.80 | $14,995.20 | $22,624.80 | $14,995.20 |
| Net After Tax | | $17,860.91 | $80,215.20 | $53,164.80 | $80,215.20 | $53,164.80 |

This factsheet is built around a paranthetical, "indoor" operation of 1000 log units. Other operations may vary in size and scope and specific costs may differ and are subject to change.