

# Annual Sampling and Cleanup Update

**EPA Information Center**
501 Mineral Avenue, Libby, MT 59923 (406)293-6194

Fact Sheet Number 10 — February 2004

## Identifying Properties for Cleanup
In 2002, EPA inspected and/or sampled about 3000 properties during the Contaminant Screening Study. In 2003, EPA visited about 500 new properties that were missed in 2002 and revisited about 700 properties that required additional follow up sampling. Most of the samples have not yet been analyzed.

EPA estimates at least 1200 properties will require cleanup. Other properties in Libby have no obvious indications that cleanup is required. The number of properties requiring cleanup may increase, or decrease, based on sampling results, additional investigation work, and completion of the risk assessment for the site. Any or all of these factors can contribute to a final decision for many properties.

## Cleanup Progress
Cleanups have been completed at a total of 183 residential/commercial properties:

- 26 residential/commercial properties were completed in 2002 or earlier
- 157 residential/commercial properties were completed in 2003

In addition to cleanups, EPA has completed approximately 400 pre-design inspections at homes that will need cleanup. During these inspections EPA collects specific information necessary to design each unique cleanup of attics, interiors of homes and outdoor areas.

## Cleanup Cost
EPA continues to refine the cleanup work to improve efficiency while still meeting the primary goal of protecting Libby citizens' health.

- Average cost per cleanup in 2002 was approximately $150,000
- Average cost per cleanup for last seven cleanups of 2002 was about $50,000
- Average cost per cleanup for the 157 properties completed in 2003 was approximately $40,000.

## Property Owner Satisfaction
EPA has provided a confidential survey form to everyone whose property has been completed since September 2002. The survey contains 22 questions about the cleanup process. Results of the 79 responses received to date indicate that most people are very happy with the work done on their property:

- 95% reported that they and their families were treated with courtesy and respect
- 91% responded that their concerns were addressed to their satisfaction
- 94% said they were impressed by the health and safety precautions taken
- 88% indicated that they believe the work was of high quality
- 90% report they are glad they had the cleanup work conducted.

In addition to answering the questions provided, many residents responded with written comments praising the professionalism, thoroughness, and kindness of the contractors and expressing happiness with the work completed. Several people pointed out things they thought could be improved in the cleanup process. This information is used to improve the work at future properties. The tabulated results for all survey questions are available upon request from the EPA Information Center in Libby.

## Economic Benefit
EPA has encouraged contractors to hire locally, whenever possible. The majority of workers involved in the cleanup are from Libby or Troy. During the peak field season, EPA subcontractors had 125 full-time employees, 88 of whom were locals. During Fiscal Year 2003, EPA estimated that approximately $9,000,000 of cleanup money has gone directly into the Libby-area economy in the form of salaries, benefits, per diem, housing, purchases, contracts, and rentals.



# EPA Fact Sheet: Sampling and Cleanup Update

## Please look inside for more information

If you have questions, or need additional information, please visit or call the EPA Information Center, at 501 Mineral Avenue in Libby (406-293-6194), or call the following EPA staff toll free:

**Jim Christiansen, Remedial Project Manager**
1-800- 227-8917 x6748

**Wendy Thomi, Community Involvement Coordinator**
1-866-457-2690 x5037

---

USEPA Region 8 Montana Office
10 West 15th St. Suite 3200
Helena, MT 59626
Attn: Wendy Thomi

Return receipt requested

PPSRT STD
Postage and Fees
Paid by US EPA
Permit No. G-35
Helena, MT