**U.S. Environmental Protection Agency**

# Region 8 - Libby Asbestos

Serving Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming and 27 Tribal Nations

Contact Us | Print Version    Search: [       ] GO

EPA Home > Region 8 > Libby Asbestos > Information Archives > BNSF Cleanup

**Libby Asbestos**

**EPA Information Updates**

**Information Archives**

**ABCs of Asbestos**

**Asbestos Health Risks**

**Sampling and Analysis**

**Risk Assessment**

**EPA Cleanup**

**Health Resources**

**Asbestos in your Home**

**Asbestos Specialists**

**Contacts**

**Q : What's happening with the BNSF railyard cleanup?**

**A :** BNSF will begin cleanup on the railyard soon. The company has prepared a revised work plan in consultation with EPA and submitted it for review.

Last year, BNSF piloted a method of vacuuming soil through the ballast without moving or removing any tracks or ballast. Because this technique was not able to consistently achieve cleanup standards, EPA and BNSF mutually agreed to stop work. BNSF used the winter to look at alternative approaches.

The new plan calls for:

(1) removing five tracks from the rail yard. Ties and equipment will be decontaminated;

(2) excavating contaminated soil below tracks 1 and 2, and portions of tracks 3 and 5. The soil will be taken to the County landfill;

(3) capping contaminated soil in other areas of the railyard with a geotextile membrane and a soil/gravel mix;

(4) backfilling with appropriate railroad sub-roadbed material and

(5) reconstruction of tracks in a manner suitable to current rail operations.

The work plan and supporting documents are available for public review and comment at the EPA Information Center at 501 Mineral Ave. in Libby. EPA has not approved the documents yet but has reviewed them. EPA will approve them after the public has had a chance to view them. Please send any written comments to Jim Christiansen (8EPR-SR); EPA Region 8; 999 18th St.; Suite 300; Denver, CO 80202-2466.

Once approved, the cleanup is expected to begin in September, 2004 and be completed by the end of November, 2004.

For more information call toll free:
Wendy Thomi at 1-866-457-2690 ext. 5037 or
EPA Information Center at 293-6194

Return to Libby home page

---