

**U.S. Environmental Protection Agency**

# Region 8 - Libby Asbestos

Serving Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming and 27 Tribal Nations

Contact Us | Print Version    Search: [    ] GO

EPA Home > Region 8 > Libby Asbestos > EPA Information Updates > post-cleanup sampling

- Libby Asbestos
- EPA Information Updates
- Information Archives
- ABCs of Asbestos
- Asbestos Health Risks
- Sampling and Analysis
- Risk Assessment
- EPA Cleanup
- Health Resources
- Asbestos in your Home
- Asbestos Specialists
- Contacts

**Q : What are the results of EPA's post-cleanup sampling?**

**A :** EPA will continue to test cleanup effectiveness by sampling homes following cleanup completion. To date the results of this post-cleanup sampling are very encouraging.

Samples were taken 1-12 months after the cleanup while residents went about their usual activities in the home. The samples were from stationary indoor air samplers, dust samples and personal air samplers worn by residents.

Of 109 samples, EPA only detected asbestos in five of them. These five were at very low levels, levels which would pass clearance sampling immediately after a cleanup. Based on this first set of post-cleanup sampling results, EPA is confident that the indoor cleanups being done are protective. More of this sampling and other sampling scenarios aimed at ensuring protectiveness will continue on an ongoing basis for the duration of the project.

For more information, please call:

Wendy Thomi at 1-866-457-2690 or
EPA Information Center at 293-6194

November 29, 2004

Return to Libby Homepage

---

EPA Home | Region 8 Home | Privacy and Security Notice | Contact Us | Search EPA

Last updated on Tuesday, July 5th, 2005
URL: http://www.epa.gov/region8/superfund/libby/q112904.html