

# Annual Sampling and Cleanup Update

**EPA Information Center**
501 Mineral Avenue, Libby, MT 59923 (406) 293-6194

Fact Sheet Number 12             February 2005

## Residential and Business Sampling and Analysis Complete

In 2002, EPA established a program to inspect all properties in Libby – the *Contaminant Screening Study*. Approximately 3500 properties were inspected in 2002 and 2003. Those requiring further investigation were revisited in 2003 and 2004.

Sampling results are intended to classify properties as:

(1) definitely needing cleanup
(2) needing more investigation
(3) likely not needing cleanup

Over 16,000 soil samples were collected and the results, including soil sample results, are now available. All home and business owners whose properties were sampled should receive a letter with their sample results by Summer 2005. The letters will inform property owners if cleanup is necessary at their property. Many residents have already received these letters.

Based on current information, EPA estimates that 1200 to1400 residential and business properties will need some type of cleanup. The total number depends upon the final cleanup standards set by EPA. EPA intends to propose these standards later this year.

> Additional sampling at a small number of properties in 2005 is intended to provide the final pieces of information needed for EPA to establish final cleanup levels and procedures.

This specialized sampling will help answer specific questions about the effectiveness of the cleanup such as: "How clean are homes several months after the cleanup?" and "How much exposure are people getting from asbestos in soil?".

## Cleanup Progress

The former vermiculite processing plants and other public areas have been cleaned up. EPA has completed cleanup of a total of 353 residential and commercial properties. Of these, **170 properties were completed in 2004.**

To date, 92% of the people completing a survey after cleanup said they were treated with courtesy and respect, well-informed about the work, impressed with the health and safety precautions and glad they had the work done.

In addition to cleanups, EPA continued inspections to gather the detailed information needed to design each unique cleanup of attics, home interiors and outdoor areas. Depending on the final budget, EPA expects to complete at least 170 cleanups is 2005.

## Economic Benefit

EPA has encouraged contractors to hire locally, whenever possible. During the peak field season, EPA contractors had approximately 90 full-time employees, 61 of whom were from Libby or Troy. During Fiscal Year 2004, EPA estimated that approximately $8.2 of cleanup money has gone directly into the Libby-area economy in the form of salaries, benefits, per diem, housing, purchases, contracts, and rentals.

## New Contract Reduces Cost

As of fall 2004, EPA began using a new contract to conduct cleanups. Initial results of the contract were encouraging. Cleanups were completed at an average cost of about $35,000, the lowest cost since the inception of the project. We will continue to evaluate the contract and its effect on local labor, quality of work, and costs.

USEPA Region 8 Montana Office
10 West 15th St. Suite 3200
Helena, MT 59626
Attn: Wendy Thomi

PPSRT STD
Postage and Fees
Paid by US EPA
Permit No. G-35
Helena, MT

Return service requested



# 2004 Annual Sampling and Cleanup Update Inside

## Libby Project Timeline – 2002 to 2005

### 2002
- Most cleanup of WR Grace facilities, schools, and public areas complete
- EPA announces decision to clean residential properties including vermiculite insulation
- Libby added to Superfund list
- 3000+ properties inspected and sampled
- 26 residential cleanups

### 2003
- 1200+ properties inspected or sampled
- EPA publishes interim cleanup standards and protocols
- 157 residential or commercial cleanups completed
- City boat ramp cleanup completed

### 2004
- 170 residential or commercial cleanups completed
- EPA announces it will include Troy in the cleanup
- Cleanup of BNSF rail yard completed
- Cleanup of Flyway property completed
- New cleanup contract awarded

### 2005
- 170+ residential or commercial cleanups targeted
- Special sampling to verify protectiveness of cleanup
- Final cleanup standards established in Record of Decision
- Begin initial coordination for 2006 Troy investigations

*2002   2003   2004   2005*

**July 2005** – If you haven't received your sample results by this date, please call *the Info Center*

**Questions?** Please visit or call the EPA Information Center, at 501 Mineral Avenue in Libby (406-293-6194), or call the following EPA staff toll free:

- **Jim Christiansen**, Remedial Project Manager
  1-800-227-8917 x6748
- **Wendy Thomi**, Community Involvement Coordinator
  1-866-457-2690 x5037