

**U.S. Environmental Protection Agency**

# Region 8 - Libby Asbestos

Serving Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming and 27 Tribal Nations

Contact Us | Print Version    Search: [     ] [GO]

EPA Home > Region 8 > Libby Asbestos > EPA Information Updates > Risk Assessment Sampling

**Libby Asbestos**

**EPA Information Updates**

**Information Archives**

**ABCs of Asbestos**

**Asbestos Health Risks**

**Sampling and Analysis**

**Risk Assessment**

**EPA Cleanup**

**Health Resources**

**Asbestos in your Home**

**Asbestos Specialists**

**Contacts**

**Q : When will EPA's Risk Assessment Sampling take place?**

**A :** Risk Assessment Sampling has begun in some cases and will continue throughout most of 2005. A draft sampling plan which outlines EPA goals with this sampling was recently made available. This sampling is aimed at filling gaps in existing sampling data for soils and inside residences. The additional data is needed to support a long-term cleanup plan which EPA would like to propose by the end of 2005.

The draft sampling plan is available in the EPA Information Center. The Libby Area Technical Assistance Group has been given a copy of the plan for review.

The Risk Assessment Sampling will focus on a variety of potential exposure pathways and includes, among others:

- children's breathing zone indoors and in outdoor soil areas
- indoor air with a focus on the amount of Libby asbestos that gets into the air from dust inside a home
- indoor dust with a focus on the amount of Libby asbestos that gets into the dust from outside the home
- dust below carpets

For more information, please call:
Wendy Thomi at 1-866-457-2690 or
EPA Information Center at 293-6194

April 4, 2005

Return to Libby homepage

---