
6-29-05
Column per
EPA website



# Superfund and You
## A Libby Progress Update

### Residential and Business Soil Sampling Results

In 2002, EPA established a program to inspect all properties in Libby for amphibole asbestos contamination and the associated vermiculite that was mined in Libby - *The Contaminant Screening Study*. This study supports the Remedial Investigation to determine the extent of asbestos contamination in Libby. More than 4200 properties were inspected in 2002 and 2003. Some properties required a closer look and were revisited in 2003 and 2004.

Sampling results are intended to classify properties as:

1. Definitely needing cleanup
2. Needing more investigation
3. Likely not needing cleanup

Soils samples were taken on many of the properties and results for over 16,000 soil samples are now available. Home and business owners whose properties were sampled should receive their soil sample results this summer. EPA began mailing the results out in June. If you do not receive your results by the end of summer, please call the Information Center to let us know.

EPA currently estimates that 1,200 to 1,400 properties will need some type of cleanup, depending on the final cleanup plan.

Additional Remedial Investigation sampling at a small number of properties in 2005 is intended to provide EPA with enough information for EPA to propose a protective cleanup approach. EPA will update the community on these ongoing and planned sampling activities at upcoming meetings, through the newspaper and on the radio.

This sampling is aimed at answering specific questions about the effectiveness of the cleanup such as: "How clean are homes several months after the cleanup?" and "How much exposure are people getting from asbestos in soil?"

> When EPA proposes a final cleanup plan, there will be a 60 day formal public comment period. You will be encouraged to provide information or raise issues that will help EPA reach its final decisions about the cleanup.

### Cleanup Progress

The former vermiculite processing plants and other public areas have been cleaned up. EPA has completed cleanup of 428 residential and commercial properties. Of these, 75 properties have been completed this season, bringing us closer to the goal of 200 cleanups is 2005.

### Economic Benefit

EPA has encouraged contractors to hire locally, whenever possible. During the peak field season, EPA contractors had approximately 90 full-time employees, 61 of whom were from Libby or Troy. During Fiscal Year 2004, EPA estimated that approximately $8,200,000 of cleanup money was added directly to the Libby-area economy in the form of salaries, benefits, per diem, housing, purchases, contracts, and rentals.

For more information, you can stop by or call the EPA Information Center, at 501 Mineral Ave. (293-6194). The Information Center is a great resource if you have questions or

would like to review information about the site. You can also call

me, Wendy Thomi, EPA's Community Involvement Coordinator, at 1-866-457-2690 (toll free).