Case No: 01-01139(JKF)
Claim File Number: 1724

W.R. Grace Co., et al
Property Damage

2005 OCT 15 PM 12: 13

## Affidavit

State of Washington         )
County of PIERCE            ) ss. _____
                            )          County

1. My name is WILLIAM R. WITTENBERG

2. My ☒ personal address  ☐ business address is:

   6110 PANORAMA DR NE

   City TACOMA     State WA   Zip 98422

3. My occupation is RETIRED   Tel# 253-927-0249

   and I am OWNER AND OCCUPANT OF RESIDENTIAL BUILDING AT ADDRESS INDICATED

4. I have personal knowledge relevant to ASBESTOS PROPERTY DAMAGE BY: W.R. GRACE CO., ET AL
                                                                        Name

   described as 1965 CUSTOM BUILT SINGLE FAMILY RESIDENCE WITH 1,600 SQ FT OF ASBESTOS MATERIAL APPLIED TO INTERIOR CEILING PROVIDED BY W.R. GRACE CO., ET AL

5. The following statement is based on my personal knowledge.
   BE IT KNOWN CLAIMANTS INITIAL CLASS ACTION SPECIFICATION DATA INCLUDING CEILING PICTURES WERE PREVIOUSLY SUBMITTED IN PROPERTY DAMAGE CASE CURRENTLY BEFORE THE COURT.
   THIS DOCUMENT IS INTENDED TO SERVE AND SUPPORT THE LEGAL LEGITIMACY OF CLAIMANTS PROPERTY DAMAGE BASED ON 1965 CUSTOM CONSTRUCTION UNIT AS SINGLE OWNERS PRIMARY RESIDENCE OVER 40 YEARS.
   DURING 1965 CONSTRUCTION THIS OWNER PERSONALLY WITNESSED PRIME/SUB CONTRACTORS COATING OF CEILING AREAS WITH ASBESTOS MATERIAL MANUFACTURED/PROVIDED BY W.R. GRACE CO., ET AL
   CURRENT REVIEWS RELATING TO REMOVAL OF CEILING ASBESTOS WILL REQUIRE:
   1) CERTIFIED ENVIRONMENTAL ABATEMENT ORGANIZATION - REMOVAL OF ASBESTOS.
   2) COMPLETE REMOVAL - STORAGE AND RETURN OF ALL INTERIOR PERSONAL CONTENTS
   3) RESTORATION - RETAPING AND TEXTURING OF CEILING PLASTER/WALL BOARD
   4) REIMBURSEMENT ASSOCIATED WITH LIVING EXPENSES OF VACATED RESIDENCE WHILE ASBESTOS REMOVAL AND RESTORATION WORK IN PROGRESS.
   5) ESTIMATED PROJECT COSTS $10,000.00 AVAILABLE TO COURT UPON REQUEST

## Affidavit (Cont.)

CLAIMANT REQUESTS COURT TO APPROVE/UPHOLD VALIDITY OF ASBESTOS PROPERTY DAMAGE CLAIM AS IT IS IMPOSSIBLE TO EITHER LOCATE CONSTRUCTION PERSONNEL OR RECORDS OF BUILDING PLANS OVER PAST 40 YEARS.

REGARDING PETITIONERS "FIFTEENTH OMNIBUS OBJECTION" CLAIM #1724 EXHIBITS C-3(D), D-2, D-4, D-6; THE COURT IS RESPECTFULLY REQUESTED TO REJECT CLAIM DENIALS SUBMITTED BY DEBTORS' PETITIONER PLUS ANY OTHER PENDING OR FUTURE SUBMISSIONS ASSOCIATED THEREWITH.

6. I have read the above statement and declare under penalty of perjury that it is true to the best of my knowledge.

_____  Pierce  10-11-05
Signature                County    Date

Signed and sworn to before me this 11th day of October, 2005.

_____
Notary Public in and for the State of Washington

residing in the county of Pierce

My commission expires July 23, 2006

[Notary Seal: GABRIELLE M. DIEFFENBACH, NOTARY PUBLIC, STATE OF WASHINGTON, Commission Expires JULY 23, 2006]

LL-50    Rev. 01-25-88



WM. R. WITTENBERG
6710 PANORAMA DR. NE
TACOMA, WA 98422-1219

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge
District of Delaware
824 Market Street
Wilmington,