# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 10995 | AR | 8/21/1969 | Invoice | W.R. Grace & Company (Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10995 | AR | 3/21/2003 | S&R Document | Building Questionnaire Form | 100 Oak Street Hampton, SC | Speights & Runyan |