# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10998 | PA | 8/25/1970 | Invoice | W.R. Grace & Company (600 Bags - Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 8/25/1970 | Truck Loading Report | 600 Bags Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 9/5/1970 | Invoice | W.R. Grace & Company (600 Bags - Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 9/5/1970 | Truck Loading Report | 600 Bags Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | I. Policy Statement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | A. Scope of Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | B. Responsibilities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | II. Applicability | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | III. References | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | IV. Definitions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | V. Operations and Maintenance Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | A. Program Overview | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | B. Facility Surveys | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | C. Harzard Communication and Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | D. Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | E. Reporting Damaged Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | F. Maintaining Asbestos Containing Floor Tiles | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | G. Pulling Cables Near Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | VI. Asbestos Abatement Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | A. General Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | B. General Class I Removal Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | C. Glovebag Removal Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | D. Floor Tile and Mastic Removal Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | E. Personal Protective Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | VII. Medical Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10998 | PA | 4/23/2004 | Asbestos Management Program | VIII. Testing/Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10998 | PA | 4/23/2004 | Asbestos Management Program | A. Environmental Testing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | B. Personnel Exposure Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | IX. Contractors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | X. Recordkeeping/Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | XI. Notifications/Reporting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | Attachments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/23/2004 | Asbestos Management Program | Attachment 1 - Asbestos Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1992 - 1998 | Bethlehem Campus ACM Costs | Abatement Cost by Contractor/Vendor, Purchase Order and Total Amount Billed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1992 - 1998 | Bethlehem Campus ACM Costs | Invoices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | No Date | Space Detailed Reports | Asbestos Detailed Reports that list Building, Material, Square Feet, Results (33 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | No Date | Spaces Priority Report | Lists Space Identification, Function & Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 2000 - 2004 | Allentown Campus ACM Costs | Abatement Cost by Contractor/Vendor, Purchase Order and Total Amount Billed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 4/14/2000 | Asbestos-Containing Materials Summary | Allentown Campus ACM Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Project Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | PCB-Containing Materials Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Asbestos-Containing Materials Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #4 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #5 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #6 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #7 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #8 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #9 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #10 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Work Area #11 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Fire-Rated Doors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Solf Board Insulation (Radiator Units) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Material Sampling (PLM) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Analytical Methodologies | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Phase Contrast Microscopy (PCM) Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Asbestos Analysis of Bulk Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Sample Location Map - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Sample Location Map - Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 12/2001 - 02/2002 | Asbestos Abatement Project Documentation - Allentown Campus | Sample Location Map - Ground Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Project Summary | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Elevator Corridor Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Ground Floor, Elevator Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | First Floor, Elevator Corridoe | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Second Floor, Elevator Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Third Floor, Elevator Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | #4 Elevator Shaft (Various Floors - Abated in Two Sections) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Basement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Small Area Under Pipe Chase | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | At Entrance to Pump Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Mechanical Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Ground Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | OR/Recovery Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Medical Gas Area (Near Cafeteria) | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Doctor's Cafeteria | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Dietary Storage Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | OR #2 and #4 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Elevator Lobby | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Nurses' Lounge & Dietary Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Nurses' Station and Surrounding Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Doctors' Dining Room and Closet Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Family Health Center (Part 1 - Encompassing the Corridor, Storage Room and Nurses' Station) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Family Health Center (Part 2 - Encompassing the Exam Rooms 1 & 2, Storage Rooms, Soiled / Clean Rooms, Rooms 101 - 105, Waiting / Reception Area and Work Room) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Family Health Center (Part 3 - Encompassing the Exam Romm 3 - 7, Consultation Room, Office Areas, Conference Room, Corridor and Storage Room. This Area was Previously Abated by SCI) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Radiology Area | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Storage Area (Medical Gas Line Area) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Elevator Lobby Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Material Sampling (PLM) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Analytical Methodologies | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/2001 - 8/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Phase Contrast Microscopy (PCM) Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 3/8/2001 & 3/12/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Transmission Electron Microscopy (TEM) Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 3/8/2001 & 3/12/2001 | Asbestos Abatement Project Documentation - Allentown Campus (South Wing) | Sampling Location Maps | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10998 | PA | 1/19 - 4/20/2001 | Asbestos Abatement Project Documentation - Allentown Campus (West Wing) | Sampling Location Maps | 100 Oak Street Hampton, SC | Speights & Runyan |