# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10521 | KY | 10/4/1966 | Letter with Attachment | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10521 | KY | 10/4/1966 | Letter with Attachment | Distribution List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10521 | KY | 1971 | Mono-Kote Orders | Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10521 | KY | 3/30/1971 | Letter with Attachment | MK Pending Orders List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10521 | KY | 4/4/1971 | Letter with Attachment | Revised List of Mono-Kote Jobs Ready for Application | 100 Oak Street Hampton, SC | Speights & Runyan |

051019154538.DOC