# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10867 | SC | 6/19/1973 | Invoice | W.R. Grace & Company - Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |