# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10523 | MN | 1961 | Documents | Mono-Kote Jobs 1961 Jobsite Lists | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 10/4/1966 | Letter | Mono-Kote Jobs Lists | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 11/7/1996 | Letter | Letter accompanying asbestos report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 11/7/1996 | Report | Asbestos report (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 6/4/1997 | LEtter | Letter accompanying asbestos report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 6/4/1997 | Report | Asbestos report (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 12/19/1996 | Letter | Letter accompanying asbestos report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 12/19/1996 | Report | Asbestos report (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 4/21/1997 | Letter | Letter accompanying asbestos report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 4/21/1997 | Report | Asbestos Report (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Site Detail Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Notification Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Facility Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Site Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Building Size (Square Footage & Number of Floors) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Owner Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Asbestos Information (Square Footage) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | ACM Demolition/Renovation Start-Stop Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Target Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Action Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10523 | MN | 1997 - 2003 | Minnesota State NESHAP Documents | Permit Information | 100 Oak Street Hampton, SC | Speights & Runyan |