# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 10786 | PA | 12/17/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10786 | PA | 11/10/1969 | Shipping Ticket | shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |

051019154623.DOC