# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 9915 | CA | 3/02/72 | Chart (attached to claim form) | WRG Jobsite JS-24 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9915 | CA | 7/13/70 | Report | Tabershaw-Cooper Report entitled "Asbestos Fiber Concentrations in Air from Spray Fireproofing Operations Using Zonolite Products" | 100 Oak Street Hampton, SC | Speights & Runyan |