# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10532 | RI | 4/27/1972 | Purchase Order | Mono-Kote Product | 100 Oak Street Hampton, SC | Speights & Runyan |