Case 01-01139-AMC   Doc 9727-1   Filed 10/21/05   Page 1 of 2

# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10512 | KS | 3/3/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |