# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10726 | MO | 3/19/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10726 | MO | 5/11/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10726 | MO | 5/2/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10726 | MO | 3/29/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10726 | MO | 5/10/1973 | Check #2898 Copy | Hall Missouri, Inc. Payment for Product to W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |