# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10993 | AZ | 1971 | Job Site | Mono-Kote Orders 1971 | 100 Oak Street Hampton, SC | Speights & Runyan |