# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11037 | PA | 3/8/2005 | Letter | Letter accompanying Asbestos Assessment Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Summary (17 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Table I - ACM Materials and Quantities (20 pgs) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Table II - Bulk Sampling Results (11 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Table III - Air Sample Results (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Appendix A - Lab Analysis Reports (39 pgs) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Appendix B - One Allegheny Cntr. Drawings (10 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Appendix C - Two Allegheny Cntr. Drawings (13 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Appendix D - Three Allegheny Cntr. Drawings (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Appendix E - Seven Allegheny Cntr. Drawings (6 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 2/1/1989 | Asbestos Assessment Report | Appendix G - Ten Allegheny Cntr. Drawings (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 4/16/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 5/1/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 6/5/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 6/9/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 6/12/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 6/19/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 6/26/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 6/26/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 6/26/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 7/6/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 7/8/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 7/8/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 7/14/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11037 | PA | 7/29/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11037 | PA | 7/31/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 11/25/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | 12/3/1970 | Invoice | Invoice for Mono-Kote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11037 | PA | No Date | Credit Memo | Credit for pricing error | 100 Oak Street Hampton, SC | Speights & Runyan |