# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 10864 | SC | 3/20/1971 | Invoice | W.R. Grace & Company - Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |