# Exhibit 1

051019154757.DOC

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11039 | AR | No Date | S&R Document #MS4 | W.R. Grace State Jobsites | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 4/28/2005 | Letter | Building Information submitted to S&R | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 1. Scope | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 2. Definitions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 3. Special Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 4. Liability Insurance Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 5. General and Administrative Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 6. Codes and Regulations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 7. State and Local Agencies | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 8. Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 9. Notices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 10. Recordkeeping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 11. Administrative and Supervisory Personnel | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 12. Worker Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 13. Respiratory Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 14. Protective Clothing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 15. Hygiene Facilities and Practices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 16. Air Sampling and Analytic Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 17. Laboratory Testing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 18. Right to Stop Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 19. Contingency Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 20. Special Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 21. Building Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 22. Materials and Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 23. Site Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 24. Methods of Compliance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 25. Visual Inspections | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 26. Waste Disposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | No Date | Asbestos Abatement and Encapsulation | 27. Asbestos Abatement and Encapsulation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | General Categories of Area Sampled | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Applicable Codes and Regulations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Auditorium | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Mechanical Floor / HVAC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Boiler Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Exhibition Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Asbestos Survey Spreadsheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Bulk Asbestos Analysis Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11039 | AR | 10/1998 | Asbestos Inspection/Narrative | Air Analysis Report Forms | 100 Oak Street Hampton, SC | Speights & Runyan |