# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11046 | NE | 5/11/1971 | Truck Loading Report | W.R. Grace Product to be Delivered to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11046 | NE | 5/5/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11046 | NE | 5/5/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11046 | NE | 5/4/1971 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |