Oct. 16th, 2005

Please let it be known to the Honorable Judith K. Fitzerald and the Clerk of the United States Bankruptcy Court that on September 14th, 2005 that Certified Letters were sent to Kirkland & Ellis LLP, Katherine Phillips, Pachulski, Stang, Ziehl, Young, Jones and Weintraub P.C. stating that a W.R. Grace & Company Asbestos Property Damage Proof of Claim Form was sent to Rust Consulting , Inc. on March 10th, 2003, with a return receipt confirming that it was received, and that it was completed along with the claim form receipt date with documents, from Mountain Laboratories as shown on the attached letter dated September 14th, 05.

I am responding the best way that I know how too, and when I am accused of neglecting sending in a Proof of Claim Form the documents and the receipts that I have show otherwise.

Please understand that in no way am I trying to show any disrespect to anyone, but to only try to defend myself.

Thank You,

Yours Truly,

Gilbert Martin --- *Gilbert Martin*

P.O. Box 815

Troy, Mt 59935
or
555 Spur Loop

Troy, Mt 59935

Phone (406) 295 5801

Dear Claim Agent or to who it may concern:                    September 14th, 2005

ATTACHED LETTER

Your claim #3300 regarding Gilbert Martin of 555 Spur Loop PO BOX 815 Troy Mt. 59935

You show that no response was forwarded to W.R. Grace regarding A Proof of claim form

regarding Asbestos Property Damage. This is not so, on March 6th, 2003 you were forwarded

this proof of claim form along with documents from Mountain Laboratories, Division of MCS

9922 East Montgomery Suite # I Spokane Washington 99206 Phone number (509) 924 9236 and Fax #

(509) 924 2287 showing that there is Vermiculite in my attic along with Asbestos being

present in my home as well. These test reports Numbers B03 0988 and B03 0989 taken on March

5th 2003 were sent to Claim Agent RE: WR Grace P.O. Box 1620 in Faribault Mn 55021-1620 and

received on March 10th 2003. I have a certified letter showing that it was received and

stamped by RUST CONSULTING, Inc.on March 10th, 2003. Also on March 10th, 2003 Claims Agent

RE WR Grace P.O. Box 1620 Faribault Mn 55021-1620 sent me a green card stating that they

received and confirmed this Claim Form and that this claim form was completed, and that my

Claim Number (CN) oooo 3300-3-10 2003 is on record. On the back of this claim form Asbestos

property damage proof of claim form are the numbers and letters RE WR Grace & Co. ET AL,

Case No. 01-01139 (JFK).

Nothing has been started yet to clean up my home, and I have been informed that the

small town that I live in of Troy, Mt. that work is likely to start in the near future. All of
the
different Exhibits that you show on your Claim forms # 3300:6 that you show that you have no

records of are not accurate. I have copies of all of the forms that were sent to WR Grace on

file sent Certified as shown # P 441256 767, and received by Rust Consulting, Inc. on March

10th, 2003.

I hope this clears up this mix-up and that it will be taken care of right away.

                              Thank You,

                              Sincerly, Gilbert Martin
                                        *Gilbert Martin*
                                        555 Spur Loop

                              PH: 406 295 5801    Troy Mt. 59935