# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10865 | SC | 7/24/1970 | Invoice | W.R. Grace & Company - Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |