# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11075 | CA | 3/1/2005 | Letter | Letter accompanying reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11075 | CA | 7/26/2000 | Asbestos Reinspection Survey Report | Table of Contents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11075 | CA | 7/26/2000 | Asbestos Reinspection Survey Report | 1.0 - Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11075 | CA | 7/26/2000 | Asbestos Reinspection Survey Report | 2.0 - Bulk Sampling Protocol | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11075 | CA | 7/26/2000 | Asbestos Reinspection Survey Report | 3.0 - Summary of Findings (16 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11075 | CA | 7/26/2000 | Asbestos Reinspection Survey Report | 4.0 - Explanations; Definitions (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11075 | CA | 7/26/2000 | Asbestos Reinspection Survey Report | 5.0 - Material Information Tables (35 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11075 | CA | 5/16/1973 | Job Listing | Mono-Kote Job listing containing "4th & Berry China Basin" | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11075 | CA | 4/18/2005 | S&R Form | Signed Document by Building Owner that all Documents have been submitted to S&R for WRG Proof of Claim | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11075 | WV | 7/17/1969 | Purchase Order | Purchase Order for Monokote for Jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |