# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 10513 | KS | 5/5/1967 | Letter | Certification of Zonolite Mono-Kote Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10513 | KS | 5/5/1967 | Letter | Zonolite Mono-Kote Direct-to-Steel Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |