# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10514 | KS | No Date | Truck Loading Form | For Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | 1/14/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | 1/20/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | 1/20/1971 | Customer Order Form | Order for Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | No Date | Truck Loading Form | For Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | 1/14/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | 1/14/1971 | Customer Order Form | Order for Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | No Date | Truck Loading Form | For Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | 2/8/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | 3/16/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10514 | KS | No Date | Customer Order Form | Order for Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |