# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10839 | SC | 5/31/1972 | Letter | Price Protection on Monkote Jobs Listed | 100 Oak Street Hampton, SC | Speights & Runyan |