# Exhibit 1

051020 83433.DOC

43

44

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10866 | SC | 3/26/1962 | Invoice | W.R. Grace & Company - Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10866 | SC | 11/30/1970 | Invoice | W.R. Grace & Company - Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |