# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10515 | KS | 9/2/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10515 | KS | 9/7/1971 | Customer Order Form | Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10515 | KS | 9/1971 | Memorandum | Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10515 | KS | 9/2/1971 | Truck Loading Report | For Deliver of Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |

051019154112.DOC