# Exhibit 1

051019154912.DOC

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11109 | AK | 1973 | Jobsite | Territory #716 - Job Listings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11109 | AK | 1973 | S&R Doc. Multi-48 | Indicates Number of Bags for Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |