# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11186 | PA | Undated | Mono-Kote Applicators | Applicators with Listed Buildings for Mono-Kote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11186 | PA | Undated | Mono-Kote Jobs | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |