# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11193 | PA | Undated | Advertisement | Article featuring jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11193 | PA | Undated | Job Listing | Job listing featuring jobsite (8 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11193 | PA | 9/1/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11193 | PA | 9/19/1972 | INvoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11193 | PA | Undated | Advertisement | Article featuring jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11193 | PA | Undated | Advertisement | Article featuring jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11193 | PA | Undated | Job Listing | Job listing featuring jobsite (8 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11193 | PA | 9/1/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11193 | PA | 9/19/1972 | INvoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11193 | PA | Undated | Advertisement | Article featuring jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |