# Exhibit 1

051019154927.DOC

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11110 | AK | 2/27/1973 | Invoice | W.R. Grace & Company (900 bags Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11110 | AK | 2/27/1973 | Bill of Lading | W.R. Grace & Company (900 bags Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |

051019154927.DOC