# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10847 | SC | Undated | Zonolite Plaster - Brochure | Article (Ad) Regarding Building in 1949 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10847 | SC | 9/12/1949 | Letter | Completion of Plastering Job in Cornell Arms Apartments | 100 Oak Street Hampton, SC | Speights & Runyan |