# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11195 | PA | 5/12/1972 | Job Listing | Jos listing referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |