# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10850 | SC | Undated | Mono-Kote Jobs | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |