# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10516 | KS | 4/27/1972 | Report of Complaint | Specific Job - Foxridge Office Building, Product Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/1971 - 12/1971 | Report | Foxridge Building for Fireproofing with Date & Labor Control Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Building Conditions & Asbestos Damage Info | About Mission Towers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Building Conditions & Asbestos Damage Info | Asbestos History in Mission Towers & Risk Management | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Building Conditions & Asbestos Damage Info | Discussion of Declining Property Value | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Building Conditions & Asbestos Damage Info | Management's Efforts to Deal with Effects of Asbestos on Rents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Building Conditions & Asbestos Damage Info | Management Elects to Abate Building Starting 2004 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Building Conditions & Asbestos Damage Info | Building Asbestos Abatement Process, Timeline & Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Building Conditions & Asbestos Damage Info | Other Asbestos-Related Expenses | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Building Conditions & Asbestos Damage Info | Final Analysis on Damages | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Building Conditions & Asbestos Damage Info | Total Damages | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Chart | Property Value & Income Damages | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/27/2004 | Letter | Bid for Demolishment & Reconstruction for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/16/2004 | Proposal | Asbestos Abatement/Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/13/2004 | Proposal and Contract | Connect onto the existing fire protection standpipe on each floor and provide fire sprinkler protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Chart | Loss of Rental Revenue during Abatement & Reconstruction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2004 | Photos | Asbestos & Abatement Color Photographs (16) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 12/23/1986 | Letter | Building Appraisal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 9/10/2004 | Letter with Attachments | Building Appraisal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2005 | Chart | Current Mission Towers Rent Roll | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/5/2004 | Letter / Report | Air Quality Testing Results (1994 - Present) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/5/2004 | Letter / Report | Reason for Testing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/5/2004 | Letter / Report | Result of Testing | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10516 | KS | 10/5/2004 | Letter / Report | Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10516 | KS | 10/5/2004 | Letter / Report | Limitations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/5/2004 | Letter / Report | Quantitative Microvacuum Dust Report Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 7/8/2004 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 7/8/2004 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 7/8/2004 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/24/2003 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/24/2003 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/24/2003 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 3/25/2003 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 3/25/2003 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 3/25/2003 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 6/19/2002 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 6/19/2002 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 6/19/2002 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 3/28/2002 | QuanTEM Laboratories, LLC - Summary Sheets | Asbestos Consulting Testing Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 3/28/2002 | QuanTEM Laboratories, LLC - Summary Sheets | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 3/28/2002 | QuanTEM Laboratories, LLC - Summary Sheets | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 1/2/2002 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 1/2/2002 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 1/2/2002 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 1/2/2002 | Letter with Attachments | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/25/2001 | Report | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 12/5/2000 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 12/5/2000 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 12/5/2000 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10516 | KS | 12/5/2000 | Letter with Attachments | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 10516 | KS | 6/19/2000 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 6/19/2000 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 6/19/2000 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 6/19/2000 | Letter with Attachments | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/30/1999 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/30/1999 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/30/1999 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/30/1999 | Letter with Attachments | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/26/1999 | QuanTEM Laboratories, LLC - Summary Sheets | Asbestos Consulting Testing Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/26/1999 | QuanTEM Laboratories, LLC - Summary Sheets | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/26/1999 | QuanTEM Laboratories, LLC - Summary Sheets | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/13/1998 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/13/1998 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/13/1998 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/13/1998 | Letter with Attachments | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/21/1998 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/21/1998 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/21/1998 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/21/1998 | Letter with Attachments | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 12/5/1997 | Letter with Attachments | Air Samples collected 11/24/1997 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 12/5/1997 | Letter with Attachments | Asbestos Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 12/5/1997 | Letter with Attachments | Employee Asbestos Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/13/1997 | Letter with Attachments | Air Samples Collected 5/6/1997 & 5/8/1997 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/13/1997 | Letter with Attachments | Asbestos Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/13/1997 | Letter with Attachments | Employee Asbestos Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10516 | KS | 5/13/1997 | Letter with Attachments | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 10516 | KS | 11/18/1996 | Letter with Attachments | Air Samples Collected on 11/11/1996 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/18/1996 | Letter with Attachments | Asbestos Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/18/1996 | Letter with Attachments | Employee Asbestos Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/18/1996 | Letter with Attachments | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/14/1996 | Letter with Attachments | Air Samples Collected on 5/7/1996 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/14/1996 | Letter with Attachments | Asbestos Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 5/14/1996 | Letter with Attachments | Employee Asbestos Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/14/1995 | Letter with Attachments | Air Samples Collected 11/7/1995 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/14/1995 | Letter with Attachments | Asbestos Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 11/14/1995 | Letter with Attachments | Employee Asbestos Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 1/9/1995 | Letter with Attachments | Air Samples Collected 10/19/1994 & 12/1/1994 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 1/9/1995 | Letter with Attachments | Asbestos Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 1/9/1995 | Letter with Attachments | Employee Asbestos Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 1/9/1995 | Letter with Attachments | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/27/1994 | QuanTEM Laboratories, LLC - Summary Sheets | Asbestos Consulting Testing Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/27/1994 | QuanTEM Laboratories, LLC - Summary Sheets | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/27/1994 | QuanTEM Laboratories, LLC - Summary Sheets | Asbestos Chain-of-Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2/28/1994 | Letter with Attachments | TEM Asbestos Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2/28/1994 | Letter with Attachments | Transmission Electron Microscopy Asbestos Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 2/28/1994 | Letter with Attachments | Employee Asbestos Monitoring Field Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 04/27/1993 - 07/09/2004 | Chart with Invoices | Paid Air Quality Testing 04/27/1993 - 07/09/2004 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/22/2004 | Letter with Attachments | Air Monitoring Data for 4th Floor Asbestos Abatement Activities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/22/2004 | Letter with Attachments | Laboratory Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/22/2004 | Letter with Attachments | Employee Daily Site Forms | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10516 | KS | 10/15/2004 | Letter with Attachments | Dust Wipe Samples & Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/15/2004 | Letter with Attachments | Laboratory Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10516 | KS | 10/15/2004 | Letter with Attachments | Employee Daily Site Forms | 100 Oak Street Hampton, SC | Speights & Runyan |