# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10805 | CA | 9/10/1974 | Letter | National Emissions Standards for Hazardous Air Pollutants, Sub-Part B, Section 6122E2, Spraying | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10805 | CA | 9/10/1974 | Monokote Fireproofing Job & Applicator List | List of Jobsites with Locations and Applicator Name | 100 Oak Street Hampton, SC | Speights & Runyan |