# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11138 | OK | Undated | Trade publication | Trade publication referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Quantity and Type of Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Abatement Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Air Monitoring/Respiratory Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Site Specific Negative Air Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Project Containments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Decontamination Facilities and Loadout | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Confined Space Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Loadout Disposal and Teardown | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Soil Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Special Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Variances | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Attachment A - Asbestos Laboratory Analyses | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Attachment B - Building Drawings for ACM Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Attachment C - Triple Flap Air Lock Drawing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 9/24/1999 | Oklahoma State NESHAP Documents | Attachment D - Tables - Hazard Ranking for all ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 10/4/1999 | Oklahoma State NESHAP Documents | Oklahoma Department of Labor Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 10/4/1999 | Oklahoma State NESHAP Documents | Asbestos Project Checklist | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11138 | OK | 12/27/1999 | Oklahoma State NESHAP Documents | EPA Notification of Demolition or Renovation | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11138 | OK | 1999 | Oklahoma State NESHAP Documents | Tulsa City-County Health Department Permit to Operate an Asbestos Demolition / Renovation Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11138 | OK | 1/21/2000 | Oklahoma State NESHAP Documents | Quarry Landfill Waste Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |