# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10517 | KS | 3/27/1972 | Letter | Confirmation of Purchase Order and Warrenty for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10517 | KS | 7/2/1973 | Letter/Memo | Mono-Kote #3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10517 | KS | 3/8/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10517 | KS | 3/12/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10517 | KS | 4/4/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10517 | KS | 4/23/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10517 | KS | 5/11/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10517 | KS | 6/22/1973 | Midwest Region - Zonolite Division | Mono-Kote #3 | 100 Oak Street Hampton, SC | Speights & Runyan |