# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10519 | TN | 10/4/1966 | Letter with Attachment | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 10/4/1966 | Letter with Attachment | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 1971 | Mono-Kote Order | 1971 Monokote Order Building Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 3/30/1971 | Letter with Attachment | Monokote Orders Pending | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 3/30/1971 | Letter with Attachment | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 3/3/1971 | Memo with Attachment | Up to Date List of Order for Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 3/3/1971 | Memo with Attachment | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 2/1/2001 | NESHAP Report | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 2/1/2001 | NESHAP Documents | Site Detail Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 2/1/2001 | NESHAP Documents | Notification Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 2/1/2001 | NESHAP Documents | Facility Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 2/1/2001 | NESHAP Documents | Building Square Feet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 2/1/2001 | NESHAP Documents | Owner Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 2/1/2001 | NESHAP Documents | Asbestos Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10519 | TN | 2/1/2001 | NESHAP Documents | Removal Start & Stop Dates | 100 Oak Street Hampton, SC | Speights & Runyan |