# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11263 | OR | Undated | Notes | Handwritten notes referencing jobsite (8 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |

051019154958.DOC