# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10801 | CA | 3/1/1973 | S&R Jobsite JS36 | Mono-Kote Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |