# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11324 | OR | 12/6/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11324 | OR | 12/6/1973 | Shipping ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |