# Exhibit 1

Case 01-01139-AMC    Doc 9788-1    Filed 10/21/05    Page 1 of 2

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10776 | NY | 5/14/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |