# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10784 | PA | 8/31/1970 | Internal Memo | Memo showing orders for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/29/1970 | Internal Memo | Memo showing orders for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/21/1970 | Internal Memo | Memo showing orders for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | Undated | Internal Memo | Memo showing orders for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 12/6/1971 | Order form | Grace order form referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 6/16/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 6/11/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | Undated | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/27/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | Undated | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/8/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/15/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/1/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 6/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 6/12/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/24/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 8/13/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/28/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/21/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/9/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/31/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 8/31/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10784 | PA | 9/25/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 10/8/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/29/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/21/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 10/14/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/1/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 10/29/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 11/3/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 8/21/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/15/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/29/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 10/8/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/28/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 8/12/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/21/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 9/9/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 8/31/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 6/24/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/8/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 7/1/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 6/17/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 6/11/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10784 | PA | 10/26/1970 | Internal Memo | memo referencing jobsite (2pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |