# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10679 | AR | 3/26/1968 | Purchase Order | Martin Borchert Company (200 Bags Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |

051019154253.DOC