**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Related Doc. No: 9315 |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Ian D. Lindley, hereby certify that on October 21, 2005, service of the *Response Of Sheldon H. Solow, Solow Development Corporation, Soloviff Realty Company, LLC And Solow Building Company, LLC To The Debtors' Fifteenth Omnibus Objection (Substantive) To Asbestos Property Damage Claims [D.I. 9315]* was made upon the following parties by Hand Delivery and/or First Class Mail.

| | |
|---|---|
| Kirkland & Ellis LLP | David Carickhoff, Esq. |
| Attn: Katherine Phillips | Pachulski, Stang, Ziehl, |
| 200 East Randolph Drive | Young, Jones & Weintraub P.C. |
| Chicago, Illinois 60601 | 919 N. Market Street, Suite 1600 |
| Fax:  (312) 861-2200 | Wilmington, Delaware 19801 |
| | Fax:  (302) 652 4400 |

I certify the foregoing to be true and correct under the penalty of perjury.

| | |
|---|---|
| October 21, 2005 | */s/ Ian D. Lindley* |
| Dated | Ian D. Lindley |

1