# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 10798 | MO | 11/10/1971 | Zonolite Office Memo | MK for Bell Telephone Building | 100 Oak Street Hampton, SC | Speights & Runyan |