# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10777 | NY | 1/20/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 2/2/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 2/15/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 2/16/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 3/10/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 5/20/1968 | Invoice | W R Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 5/17/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 4/25/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 5/13/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/1/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 1/4/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 2/14/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 7/17/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 7/17/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 7/9/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 7/9/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/30/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/30/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/24/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/24/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/17/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/17/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 7/27/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 7/27/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10777 | NY | 7/22/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 7/22/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/12/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/12/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/10/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/10/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/8/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/8/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/3/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 6/3/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 5/27/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 5/27/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 5/25/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 12/29/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 2/14/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 5/19/1970 | Truck Loading Report | Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 5/19/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10777 | NY | 1/14/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |