# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10794 | MO | 9/29/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 9/21/1971 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 7/21/1971 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 9/22/1971 | Grace Shipper Form | Product Shipping Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 9/22/1971 | Truck Loading Form | Freight Load Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 2/17/1998 | NESHAP Report | Asbestos Abatement Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 1/22/1998 | Bulk Asbestos Sample Analysis | Bulk Sample Analysis Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 2/18/1998 | Letter | State of Missouri - Department of Natural Resources Division of Environmental Quality - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 3/3/1997 | Document | State of Missouri - Department of Natural Resources Division of Environmental Quality - Asbestos Notification Amendment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 3/12/1998 | Document | State of Missouri - Department of Natural Resources Division of Environmental Quality - Asbestos Notification Amendment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 3/18/1998 | Document | State of Missouri - Department of Natural Resources Division of Environmental Quality - Asbestos Notification Amendment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 3/16/1998 | Document | State of Missouri - Department of Natural Resources Division of Environmental Quality - Asbestos Notification Amendment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 4/20/1998 | Document | State of Missouri - Department of Natural Resources Division of Environmental Quality - Asbestos Notification Amendment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10794 | MO | 4/8/1998 | Waste Shipment Record | Asbestos Abatement Documents | 100 Oak Street Hampton, SC | Speights & Runyan |