# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10859 | SC | 4/26/1972 | Memo | Monokote Back Log on Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10859 | SC | 7/27/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10859 | SC | 6/16/1972 | Purchase Order | Monokote Product Order | 100 Oak Street Hampton, SC | Speights & Runyan |