# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10789 | PA | 1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 11/1/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 11/4/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 11/11/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 11/19/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 10/16/1968 | Truck Loading Report | Product Delivery to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 11/6/1968 | Truck Loading Report | Product Delivery to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 11/14/1968 | Truck Loading Report | Product Delivery to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 3/12/1998 | Application & Certification | Application for Payment to Architect with ACM Abatement & Remodeling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 10/13/1997 | Invoice | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 2/27/1998 | Invoice | Asbestos PCM Analysis & Project Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10789 | PA | 1997 - 1998 | Various Invoices | Abatement of ACM and Renovations of Building | 100 Oak Street Hampton, SC | Speights & Runyan |