# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10835 | SC | 10/20/1967 | Letter | Report of Jobs under Contract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10835 | SC | 5-68-70 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |