# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10748 | NY | 1/11/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 1/28/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 2/17/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 2/25/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/1/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/9/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 4/9/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 2/18/1970 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 12/3/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/18/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/20/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/20/1971 | Invoice | Invoice showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 1/19/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 2/3/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 2/20/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/3/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/4/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/12/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 4/8/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 12/24/1970 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 12/7/1970 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/18/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10748 | NY | 3/20/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |