# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10752 | VT | 6/22/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Air Sample Data Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Field Air Sample Analysis Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Notice of Intended Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Disposal & Documentation Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Pick-Up Authorization and Disposal Receipt | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Verification of Approval of a Request for Alternative Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Notice of Intended Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Disposal & Documentation Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Notice of Intended Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Disposal & Documentation Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Pick-Up Authorization and Disposal Receipt | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Disposal & Documentation Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Pick-Up Authorization and Disposal Receipt | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Notice of Intended Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | No Date | Vermont State NESHAP Documents | Brochure (5 pgs.) - Asbestos Removal Encapsulant | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Quantification of Air Filters | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Invoice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Documentation of Approved Disposal of Asbestos Waste | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Invoice and/or Disposal Receipt | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Rental Agreement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Environmental Waste Technology Receipt for Disposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Handwritten Notes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Notice of Intended Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | No Date | Vermont State NESHAP Documents | Building Floor Drawing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Asbestos Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Sample Identification Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10752 | VT | 1987 - 1990 | Vermont State NESHAP Documents | Invoice | 100 Oak Street Hampton, SC | Speights & Runyan |