# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10753 | WV | 6/29/1972 | Letter | Letter referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10753 | WV | 6/12/1972 | Letter | Letter referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |