# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10754 | FL | 5/9/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10754 | FL | 5/3/1972 | Bill-of-Lading | Freight Carrier for Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |