**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6944** |
| | ) | **State of Washington** |
| | ) | **WSU McCoy Hall, Bldg. #0044** |
| | ) | **Stadium Way** |
| | ) | **Pullman, Washington** |

**CLAIMANT STATE OF WASHINGTON, WSU
McCOY HALL, BLDG. #0044 (CLAIM NO. 6944) EXHIBIT LIST**

Ex. 1    Claim Form

Ex. 2    Exhibit 2 to Bar Date Notice

Ex. 3    MAS Letter re: Bulk Sample Analysis, March 21, 2003

Ex. 4    Letter from W.V. Culver [Grace] to State of Washington, Sept. 8, 1986