# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10755 | CA | 10/15/1974 | Letter with Attachments | National Emissions Standards for Hazardous Air Pollutants | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10755 | CA | 10/15/1974 | Letter with Attachments | Monokote Fireproofing Job & Applicator List | 100 Oak Street Hampton, SC | Speights & Runyan |