# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10692 | FL | 2/24/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10692 | FL | 2/17/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10692 | FL | No Date | S&R Document FL-3 | Industrial Expansion Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10692 | FL | 3/2/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10692 | FL | 2/28/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10692 | FL | 2/28/1972 | Shipper Receipt | Acoustical Plastic | 100 Oak Street Hampton, SC | Speights & Runyan |