**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 3406** |
| | ) | **American Legion** |
| | ) | **505 3rd Avenue North** |
| | ) | **Fargo, North Dakota** |

**CLAIMANT AMERICAN LEGION (CLAIM NO. 3406) EXHIBIT LIST**

Ex. 1     Partial List of Recent Zonolite Plaster Jobs, June 1952

Ex. 2     Bulk Sample Material Analysis Report, May 23, 1996

Ex. 3     Claim Form