# EXHIBIT 1

*C. A. Pratt*
*F. I. P[?] Eng'r*
*Zonolite Plaster*
*[?]*

PARTIAL LIST OF RECENT ZONOLITE PLASTER JOBS

JUNE 1952

---

Lever House
New York, N.Y.

260 Madison Ave. Bldg.
New York, N.Y.

Atlantic Building
Syracuse, New York

Mayflower Apartment Bldg.
Virginia Beach, Virginia

Southern Desk Company
Hickory, South Carolina

Cornell Arms Apartment
Columbia, South Carolina

Peachtree on Peachtree Hotel
Atlanta, Georgia

Handy Elementary School
Florence, Alabama

Oakwood Hospital
Dearborn, Michigan

Great Lakes Greyhound Lines
Detroit, Michigan

Wayne University
Science Building
Detroit, Michigan

St. Brigid Catholic Church
Detroit, Michigan

Student Union Building
Ohio State University
Columbus, Ohio

L. S. Ayres Dept. Store
Indianapolis, Indiana

F. W. Woolworth Stores
State & Adams Streets
Chicago, Illinois

Central Solvents &
    Chemicals Company
Chicago, Illinois

Mercantile Bank Building
Dallas, Texas

Fair Foundation
Tyler, Texas

Whitefish Bay School
Milwaukee, Wisconsin

Prospect Heights Apts.
Park Ridge Apts.    ?
Milwaukee, Wisconsin

St. Monica School
Milwaukee, Wisconsin

NMLRP 0003808

PARTIAL LIST OF RECENT ZONOLITE PLASTER JOBS

JUNE 1952

Page 2

---

Century Theatre  
Milwaukee, Wisconsin

Elizabeth Waters High School  
Fond du Lac, Wisconsin

High School  
Manitowac, Wisconsin

H. C. Pronge Dept. Store  
Sheboygan, Wisconsin

High School  
Appleton, Wisconsin

Municipal Auditorium  
Cedar Grove, Wisconsin

Hotel Mead  
Wisconsin Rapids, Wisconsin

Vernon County Memorial Hospital  
Viroqua, Wisconsin

Hogan School  
LaCrosse, Wisconsin

High School  
Mankato, Minnesota

St. Luke's Hospital  
Duluth, Minnesota

Telephone Company  
Red Wing, Minnesota

Mt. Olivet Lutheran Church  
Minneapolis, Minnesota

Coca-Cola Building  
Minneapolis, Minnesota

Minneapolis & St. Louis Ry.  
Minneapolis, Minnesota

Park Terrace Apartments  
Minneapolis, Minnesota

St. Luke's Elementary School  
St. Paul, Minnesota

Younker's Department Store  
Iowa City, Iowa

Surf Ballroom  
Des Moines, Iowa

Iowa Lutheran Mutual  
    Casualty Co.  
Waverly, Iowa

Dormitory - Luther College  
Decorah, Iowa

Register & Tribune Bldg.  
Des Moines, Iowa

Meredith Publishing Co.  
Des Moines, Iowa

Art Center Building  
Des Moines, Iowa

PARTIAL LIST OF RECENT ZONOLITE PLASTER JOBS

JUNE 1952

Page 4

---

Junior High School
Fargo, North Dakota

American Legion Building
Fargo, North Dakota

Catholic Hospital
Bismark, North Dakota

State Office Building
Cheyenne, Wyoming

Rice Junior High School
Trinidad, Colorado

United American Life Bldg.
Denver, Colorado

J. C. Penny Store
Denver, Colorado

Shirley Ray Apartments
Denver, Colorado

Senile Ward
Eastern State Hospital
Spokane, Washington

Alameda Title Insurance Co.
Oakland, California

Blue Cross Office Bldg.
Oakland, California

Prudential Insurance Co.
Office Building
Los Angeles, California

Northwestern Mutual Fire Assn.
Building
Los Angeles, California

General Petroleum Building
Los Angeles, California

Petroleum Office Building
Calgary, Alberta, Canada