# EXHIBIT 2

TAC PROJECT #: 96-0278.801

CLIENT: Larmer Environmental Services Corporation

CLIENT PROJECT: American Legion Club / L-6029

## SAMPLE MATERIAL ANALYSIS REPORT

TABLE 1

PAGE 1

DATE RECEIVED: May 23, 1996

DATE ANALYZED: May 23, 1996

ANALYST: Darrin Broin

ANALYST SIGNATURE: _Darrin Broin_

| SAMPLE NUMBER | SAMPLE DESCRIPTION | % OF CHRY | % OF AMOS | % OF CROC | % OF TREM | % OF ACTN | % OF ANTH | OTHER MAJOR FIBER TYPES | OTHER MAJOR MATERIAL TYPES | TOTAL ASBESTOS CONTENT |
|---|---|---|---|---|---|---|---|---|---|---|
| ALC-1 | Tan and lite grey powdery and fibrous | 30 | | | | | | | Binder, Vermiculite | 30% |
| ALC-2 | Tan powdery and fibrous | 25 | | | | | | | Binder, Vermiculite, Paint perlite | 25% |

Form Bulk-0495

TAC Environmental Inc.

<u>Bulk Sample</u>
<u>Chain of Custody</u>

Page 1 of 1

# LAMMER ENVIRONMENTAL SERVICES CORPORATION

904 Page Dr. S.W., Fargo, ND 58103 - Tel: 701-235-9072 - FAX: 701-237-0535

Job Name: American Legion Club

No. L-6029

| Sample # | |
|---|---|
| ALC-1 | Boiler Wrap |
| ALC-2 | Acoustic Plaster |
| | |
| | |
| | |

Turnaround Requested:

3-5 day  X
48 Hour ___
24 Hour ___
2 Hour ___

Samples to be:
X Returned to client
___ Retained by lab

Results to be: (Please indicate preference)
Phoned ___   PH# 701-235-9072
FAX  X    FAX # 701-237-0535   (Results only)
Mailed  X   Hard copy

Special Instructions:

Sampled By: [signature] Lammer   Date 5-23-96
Shipped By: [signature] Lammer   Date 5-23-96
Received By: Pat Motz   Date 5-23-96
Analyzed By: Darrin Brein   Date 5/23/96
Relinquished By: Pat Motz   Date 5-24-96
Received By: [signature] Lammer   Date 5-31-96