**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6936** |
| | ) | **City of Barnesville** |
| | ) | **101 Front Street South** |
| | ) | **Barnesville, Minnesota** |

**CLAIMANT CITY OF BARNESVILLE (CLAIM NO. 6936) EXHIBIT LIST**

Ex. 1      Claim Form

Ex. 2      Partial Lists of ZONOLITE ACOUSTICAL PLASTER Installations, Aug. 1950, April 28, 1952, Oct. 19, 1954