# EXHIBIT 2

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

August -- 1950

## MINNESOTA

| City | Building | Area | Sq Ft |
|---|---|---|---|
| Albert Lea | Retail Store | Ceiling | 1,800 |
| Arlington | Arlington Hospital | All Rooms except O.R. | 10,000 |
| Aurora | V. F. W. Hall | | |
| Austin | Chevrolet Garage | | |
| Barnesville | City Hall | | 4,500 |
| Bemidji | McKee Funeral Home | | |
| " | Moose Lodge | Club Room | |
| " | Robertson Lumber Co. | Office | |
| " | Country School | | |
| Brainerd | Liquor Store | | |
| " | Russell Creamery | Office Ceilings | 900 |
| Breckenridge | George Korbel, Attorney | Offices | |
| Caledonia | Church | | |
| Clarkfield | Plymouth Garage | Show Room | 4,500 |
| Cold Spring | Parochial School | Auditorium | 1,200 |
| Coleraine | Vets Club | | |
| " | Greenwood School | | |
| Comfrey | Catholic Church | | 5,670 |
| Edgerton | Bethel Christian Reform church | | 9,000 |
| Elk River | High School | Aud & Balcony | 4,500 |
| Faribault | Peace Lutheran Church | | 3,600 |
| " | Legion Hall | | 4,000 |
| Fergus Falls | N. W. Bible College | Class Room | 900 |
| " " | St. Clair & Gunderson Stores | | |
| Gaylord | Fullerton Lumber Co. | Office | |
| Granite Falls | Hotel Dickinson | Rooms, Halls | 5,500 |
| " " | Municipal Hospital | Ceilings | 9,000 |
| Halstad | Church | | 1,120 |
| Henderson | High School | | 760 |
| Heron Lake | Church | Auditorium | 2,500 |
| Hibbing | Clinic | | |
| " | Mines & Mineral Building | | |
| " | Elks Club | | 3,240 |
| " | Max Grey Apartment | Ceilings in Halls | |
| Jordan | R. E. A. Building | | 750 |
| Little Canada | Church of St. Johns | Bowling Alley and Halls of school | |
| Mankato | Bethany Lutheran Church | Music Room | 2,700 |
| " | Elks Club | Bar & Card Room | 2,700 |
| " | Eckman Building | Office | 4,500 |
| " | International Harvester | Show Room & Office | 3,500 |
| " | Roosevelt School | Lunch Room | 900 |
| Mapleton | Mapleton Public School | | |
| " | Plymouth-DeSota garage | | 468 |
| Minneapolis | Western Mineral Products | Office | |
| " | Woodlake School | Class Rooms | |
| " | Lyceum Theater | | |
| " | St. Peters Church | | |
| " | N. W. Bible School | | |
| " | Elim Baptist Church | | |
| " | Grace Lutheran Church | Ceiling of Remodeled room | 600 |
| " | Ascension Church | | 4,580 |
| | | | 2,880 |

NMLRP 0003082

Mr. Pratt

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

April 28, 1950

## WISCONSIN

|  |  |  | SQ. FEET |
|---|---|---|---|
| Appleton | Art Center |  | 800 |
| " | St. Joseph's School |  | 16200 |
| " | Night Club |  | 2160 |
| Baldwin | First Reform Church |  |  |
| Chippewa Falls | W. H. Brady Company | Office |  |
| Eau Claire | Elk's Club |  | 3000 |
| " | Station WRFW | Studio |  |
| " | State Industrial Commission | Office | 5000 |
| " | Wood Chevrolet Motor |  | 3000 |
| " | Scotts Night Club |  | 9000 |
| " | Grace Lutheran Church |  |  |
| " | Greyhound Bus Depot |  |  |
| " | Jimmy Woo's Pagoda Restaurant |  |  |
| " | Loop Bar and Grill |  |  |
| " | H. H. Kleiner Company | Office |  |
| Frederic | Skol Tavern and Restaurant |  |  |
| Galesville | Zion Lutheran Church School |  |  |
| Greenfield | Town of Greenfield School |  | 28800 |
| Hudson | Stan Olson | Ranch house |  |
| Jefferson Jct. | Landish Malting Company | Struc. Deck | 11200 |
| Kenosha | Radio Station | Studio |  |
| LaCrosse | Sears and Grant Building | Stores |  |
| Madison | Station WIBA |  |  |
| " | Memorial Union | Rooms |  |
| " | Edgewater Apartments | Halls |  |
| " | Intern Resident Hall U Of W |  | 7200 |
| " | Wisconsin Electric Co-op |  | 5400 |
| Menomonee | Elk Creek Church |  | 4400 |
| Merrill | Catholic School |  | 5040 |
| Middletown | 81st Street School | Struc. Deck |  |
| Mineral Point | Wisconsin Power and Light Bldg. |  |  |
| Milwaukee | John Schroeder Lumber Co. | Office, Display room |  |
| " | Bucyrius Erie Company |  |  |
| " | Falk Corporation |  |  |
| " | WHAW Radio Station |  |  |
| " | Building and Loan Association |  |  |
| " | Whitefish Bay High School | Gymnasium |  |
| " | Century Theatre |  |  |
| " | Pressed Steel Tank Co. | Offices | 3600 |
| " | Halfway House | Nite Club |  |
| " | Jewish Labor Temple |  | 9000 |
| " | North Shore Presbyterian Church |  | 3600 |
| " | Miller Brewing Co. | Executive office |  |
| " | Fox Bay Theater |  |  |
| Oregon | Lutheran Church |  | 5400 |
| Oshkosh | Morgan Company | Display Rooms & Main Sales Room |  |
| Prairie du Chien | St. John's Church |  | 6300 |
| Racine | High Life Spa | Cocktail Lounge |  |
| " | Factory Office |  |  |
| " | Racine Tool & Machine Co. | Offices | 6300 |
| Ridgeway | Berney Shrover Bowling Alley | Bowling Alley & Bar | 1750 |
| Rib Lake | School | Auditorium |  |
| Rice Lake | Elks Club |  |  |
| River Falls | Emma's Tavern | Ceilings |  |
| Shawano | Cons. Badger Co-op Office | Addition | 2500 |

NMLRP 0003810

## MINNESOTA

|  |  |  | SQ. FEET |
|---|---|---|---|
| Alexandria | English Lutheran Church | | |
| Atwater | Bank Building | | 2160 |
| Albert Lea | First Lutheran Church | All Ceilings | 27000 |
| " | Retail Store | Ceiling | 1800 |
| " | North Grade School | Ceilings | 7020 |
| " | Ramsey High School | Ceilings | 11700 |
| Arlington | Arlington Hospital | All rooms except OR | 10000 |
| Aurora | V. F. W. Hall | | |
| Austin | Chevrolet Garage | | 4500 |
| Barnesville | City Hall | | |
| Bemidji | McKee Funeral Home | | |
| " | Moose Lodge | Club Room | |
| " | Robertson Lumber Company | Office | |
| " | Country School | | |
| " | State Teachers College, | Ceiling Girls Dorm | |
| " | Municipal Liquor Store | | 43000 |
| Brainerd | Liquor Store | | |
| " | Russell Creamery | Office Ceilings | 900 |
| " | National Tea Store | Ceiling | 7200 |
| Breckenridge | George Korbel, Attorney | Offices | |
| Caledonia | Church | | 4500 |
| Clarkfield | Plymouth Garage | Show Room | 1200 |
| Cold Spring | Parochial School | Auditorium | |
| Coleraine | Vets Club | | |
| " | Greenwood School | | |
| " | High School, Music Room | Ceiling | 5670 |
| Comfrey | Catholic Church | | 2880 |
| Danube | School Addition | | 9000 |
| Edgerton | Bethel Christian Reform Church | Ceilings | 11700 |
| Elk River | High School | Aud. & Balcony | 4500 |
| Ellendale | Lutheran Church | | 3600 |
| Fairmont | Drug Store | Ceilings | 2700 |
| Fairbault | Peace Lutheran Church | | 3600 |
| " | Legion Hall | | 4000 |
| Fergus Falls | Bethany Church | | 900 |
| " | Northwest Bible College | | 3600 |
| " | St. Clair and Gunderson Store | Class Room | |
| Gaylord | Fullerton Lumber Company | Office | |
| Granite Falls | Hotel Dickinson | Rooms, Halls | 5500 |
| " | Municipal Hospital | Ceilings | 9000 |
| Halstad | Church | | 1120 |
| Henderson | High School | | 760 |
| Herman | Public School Addition | | |
| Heron Lake | Church | Auditorium | 2500 |
| Hibbing | Clinic | | |
| " | Mines and Mineral Building | | |
| " | Elks Club | | 3240 |
| " | Max Grey Apartment | Ceilings in Hall | |
| Hopkins | Justus Lumber Company | | 2000 |
| " | Peterson-Hede Plastering Contr. | | 1500 |
| Howard Lake | First Presbyterian Church | Ceilings | 1512 |
| International Falls | High School | Music Room Ceiling | 1260 |
| Jordan | R.E.A. Building | | 750 |
| Little Canada | Church of St. Johns | Bowling Alley & Halls of School | |
| Mankato | Bethany Lutheran Church | Music Hall | 2700 |
| " | Elks Club | Bar and Card Room | 2700 |

NMLRP 0003815

m. pratt

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

October 19, 1954

**COLORADO**

|  |  |  | Sq. Ft. |
|---|---|---|---|
| Boulder | Church | |  |
| Boulder | University Hills Junior High | | 10,800 |
| Boulder | Fashion Bar | | 36,000 |
| Colorado Springs | Preferred Risk Insurance Co. | | 2,800 |
| Colorado Springs | United Brethern Church | | 12,150 |
| Colorado Springs | South Baptist Church | | 2,400 |
| Colorado Springs | Bates Drug Store | | 8,044 |
| Colorado Springs | Eddie's Candlelight Inn | |  |
| Colorado Springs | Buena Vista School Addition | |  |
| Colorado Springs | Steele School Addition | | 2,480 |
| Colorado Springs | Fountain Valley School for Boys | | 2,625 |
| Craig | Craig Public Library | | 3,600 |
| Denver | Clayton Presbyterian Church | | 11,700 |
| Denver | Hebrew Educational Alliance | | 1,350 |
| Denver | Cosmopolitan Hotel | Silver Glade Room | 27,000 |
| Denver | Moore Mortuary | | 4,500 |
| Denver | I.B.M. Building | | 900 |
| Denver | Tower of Memories | | 288 |
| Denver | Kieth Office Building | | 1,080 |
| Denver | Henderson Home | | 22,500 |
| Denver | Francis Fisher Company | Plaster Contr. | 108 |
| Denver | Rocky Mountain Arsenal | Office | 180 |
| Denver | Rocky Mountain Arsenal | Cafeteria | 4,500 |
| Denver | Grant Junior High School | Offices | 6,048 |
| Denver | Merrill Junior High School | | 5,400 |
| Denver | Cosmopolitan Hotel | Gun Room | 10,800 |
| Denver | Bill Phebus' Home | | 3,312 |
| Denver | Bob Mackay's Home | Den | 500 |
| Denver | Denver Plant Office | | 300 |
| Denver | All Saints Church | Parish House | 690 |
| Denver | First Evangelical Free Church | | 684 |
| Denver | St. John's Seminary | | 7,200 |
| Denver | St. John's Dormitory | | 4,500 |
| Denver | Golden Court House | | 14,400 |
| Denver | Denver Lock & Key | | 43,200 |
| Denver | Denver Auditorium | | 1,440 |
| Denver | St. Vincent de Paul Church | | 7,200 |
| Denver | St. John's Catholic Church | | 10,800 |
| Denver | Fruehauf Trailer Office | | 14,400 |
| Denver | Bonfils Memorial Theater | | 540 |
| Denver | Union Bus Terminal | | 18,000 |
| Denver | Jack Hickey Home | | 2,700 |
| Denver | Harry Hickey Home | | 252 |
|  |  |  | 585 |

## MINNESOTA

| City | Building | Area | Amount |
|---|---|---|---|
| Alexandria | English Lutheran Church | | |
| Atwater | Bank Building | | |
| Albert Lea | First Lutheran Church | All Ceilings | 2,160 |
| Albert Lea | Retail Store | Ceiling | 27,000 |
| Albert Lea | North Grade School | Ceilings | 1,800 |
| Albert Lea | Ramsey High School | Ceilings | 7,020 |
| Arlington | Arlington Hospital | All rooms except O.R. | 11,700 |
| Aurora | V.F.W. Hall | | 10,000 |
| Austin | Chevrolet Garage | | |
| Barnesville | City Hall | | 4,500 |
| Bayport | Bethlehem Lutheran Church | | |
| Belview | Community Clinic Building | Ceilings | 445 |
| Bemidji | McKee Funeral Home | | 900 |
| Bemidji | Moose Lodge | Club Room | |
| Bemidji | Robertson Lumber Company | Office | |
| Bemidji | Country School | | |
| Bemidji | State Teachers College | Ceiling, Girl's Dormitory | 43,000 |
| Bemidji | Municipal Liquor Store | | |
| Benson | Arthur Motel | All ceilings | 6,500 |
| Brainerd | Liquor Store | | |
| Brainerd | Russell Creamery | Office Ceilings | 900 |
| Brainerd | National Tea Store | Ceiling | 7,200 |
| Breckenridge | George Korbel, Attorney | Offices | |
| Caledonia | Church | | 4,500 |
| Ceylon | School | All ceilings | 13,000 |
| Chaska | Franciscan Order | All ceilings | 12,000 |
| Chaska | Court House Addition | All ceilings | 2,700 |
| Clarksfield | Plymouth Garage | Show Room | 1,200 |
| Cold Spring | Parochial School | Auditorium | |
| Coleraine | Vets Club | | |
| Coleraine | Greenwood School | | 5,670 |
| Coleraine | High School, Music Room | Ceiling | 2,880 |
| Cottonwood | School | | 2,000 |
| Comfrey | Catholic Church | | 9,000 |
| Courtland | Bank Building | | 1,200 |
| Danube | School Addition | Ceilings | 19,700 |
| Dawson | Methodist Church | 2,300 | |
| Dunnell | School Addition | All ceilings | 4,600 |
| Easton | Convent | All ceilings | 2,800 |
| Edgerton | Bethel Christian Reform Church | Auditorium & Balcony | 4,500 |
| Elk River | High School | | 3,600 |
| Ellendale | Lutheran Church | Ceilings | 2,700 |
| Elmore | Elmore School | Machine ceilings | 11,000 |
| Fairfax | Clinic Building | All ceilings | 1,225 |
| Fairmont | Lutheran Church | All ceilings | 3,000 |
| Fairmont | Drug Store | | 3,600 |