# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10761 | CT | 3/7/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10761 | CT | 6/9/1972 | Bill-of-Lading | Holmes Transportation Company | 100 Oak Street Hampton, SC | Speights & Runyan |