**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 3515** |
| | ) | **Catholic Diocese of Little Rock** |
| | ) | **2500 N. Tyler** |
| | ) | **Little Rock, Arkansas** |

**CLAIMANT CATHOLIC DIOCESE OF**
**LITTLE ROCK (CLAIM NO. 3515) EXHIBIT LIST**

Ex. 1    W.R. Grace Invoices Showing Shipment of Monokote to Catholic Diocese
Building, Little Rock, Arkansas, June 6-13, 1968

Ex. 2    Letter from James M. Hughes to Rachel R. Schulman, Oct. 6, 2005

Ex. 3    Analytica Solutions, Inc. Results of Bulk Asbestos Sample, Nov. 7, 2000

Ex. 4    Claim Form