# EXHIBIT 1

7198114

| GRACE | ZONOLITE DIVISION |
|---|---|
| | W.R. GRACE & CO. |
| | P.O. BOX 7093 CHICAGO, ILLINOIS 60680 |

| INVOICE DATE | INVOICE NO | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 6/7/68 | | | 212 | | | | 667 |

| SHIPPED VIA | SHIPPED FROM | CAR NO. | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|
| Customers Truck | Little Rock | | 6-62 | DRB |

SOLD TO: Lyman Lamb Co.
Little Rock Arkansas

SHIP TO: SAME
Walco Corp.
for Catholic Diocese Building
Little Rock Arkansas

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 150 | Bags Monokote @ $5.00 per Ton | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |

RECEIVED BY: Niecee Walte     DATE_____

**DELIVERY RECEIPT**     30104789

NMLRP 0005687

| GRACE | ZONOLITE DIVISION W. R. GRACE & CO. P O BOX 7093 CHICAGO, ILLINOIS 60680 | 7198115 |

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO | CUST ORDER NO AND DATE |
|---|---|---|---|---|---|---|---|
| 5/6/68 | 10-191 | | 4-003-119 | 212 | 212 | 122 | 660-661 |
| SHIPPED VIA | | | SHIPPED FROM | | | CAR NO. | BILL OF LADING NO / CHECKED |
| 17405 | CUSTOMERS TRUCK | | L. ROCK | | | | 6-53, 6-62 |

SOLD TO: LYMAN LAMB CO.
P.O. BOX 93 ASHER AVE. STA.
LITTLE ROCK, ARK. 72204

SHIP TO: WALCO CO.
CATHOLIC DIOCESE BLDG.
L. ROCK, ARK.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 250 | 250 | 50# BAGS 6.25 TONS ZONOLITE MK(41-06-01-1-19) | 85.00/TON | $ 531.25 |

ST#60-11491-51

10.63 CASH DISCOUNT ALLOWED IF PAID BY 7/20/68
NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.

30104790

NMLRP 0005688

B-3D-5 (35M-6-67) EPC

**GRACE**

INVOICE
**ZONOLITE DIVISION**
W.R. GRACE & CO.

7198116

P.O. BOX 7093 CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO. | CUST. ORDER NO AND DATE |
|---|---|---|---|---|---|---|---|
| 6/6/68 | | | 212 | | | | 660 |

| SHIPPED VIA | SHIPPED FROM | CAR NO | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|
| Customers Truck | Little Rock | | 6-53 | DKB |

SOLD TO: Lyman Lamb Co.
Little Rock, Arkansas

SHIP TO: SAME
Wales Co.
For Catholic Diocese Building
Little Rock, Arkansas

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 100 | Bags Monokote | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |

RECEIVED BY _F. Daniels_     DATE _____

**DELIVERY RECEIPT**

30104791

NMLRP 0008404

|  |  |
|---|---|
| 7198113 | **PURCHASE ORDER** NO. 667 |
| TO THE ZONOLITE Co | DATE 6/2/68 |

ADDRESS

PLEASE DELIVER 150 SKS Monokote Plaster

30104788

**IMPORTANT**
OUR ORDER NUMBER MUST APPEAR
ON YOUR INVOICES AND PACKAGES.
PLEASE ADVISE US IF UNABLE TO
MAKE PROMPT DELIVERY.
FORMS 59747 DUPLICATE – 59748 TISSUE TRIPLICATE

Lyman Lamb Co
PER Bob Brew

USA

**GRACE**

**ZONOLITE DIVISION**
**W. R. GRACE & CO.**
P O BOX 7093  CHICAGO, ILLINOIS 60680

7193105

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO | CUST ORDER NO AND DATE |
|---|---|---|---|---|---|---|---|
| 5/13/58 | 10-519 | 4-003-119 | 212 | 212 | 122 | | 581 |
| SHIPPED VIA | | | SHIPPED FROM | | | CAR NO. | B/L CHECKED |
| 17405 | CUSTOMERS TRUCK | | L. ROCK | | | | 6-54 |

**Sold To:** LYMAN LAMB CO.
P.O. BOX 98 ASHER AVE. STA.
LITTLE ROCK, ARK. 72204

**Ship To:** WALCO CORP.
CATHOLIC DIOCESE BLDG.
L. ROCK, ARK.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 50 | 50 | 50# BAGS 1.25 TONS ZONOLITE MK(41-06-01-1-19) | 85.00/TON | $ 106.25 |

ST#50-11491-51

☐ $_____ CASH DISCOUNT ALLOWED IF PAID BY _____
☒ NO CASH DISCOUNT - NET 30 DAYS   7/20/58

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.

30104780

NMLRP 0005691

# INVOICE

**GRACE**

**ZONOLITE DIVISION**
**W.R. GRACE & CO.**
P.O. BOX 7093 CHICAGO, ILLINOIS 60680

7198106

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 6/13/66 | | | 212 | | | | 681 |

| SHIPPED VIA | SHIPPED FROM | CAR NO. | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|
| Customers Truck | Little Rock | | 6-94 | DEB |

SOLD TO: Lynan Lamb Co.
Little Rock Arkansas

SHIP TO: Walco Corp.
Catholic Diocese Building
Little Rock Arkansas

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 50 | Bags Monokote @ $5.00 per ton | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |

RECEIVED BY _F. Daniel_      DATE _____

**DELIVERY RECEIPT**

30104781

NMLRP 0005692

**GRACE**

**ZONOLITE DIVISION**
**W.R. GRACE & CO.**
P.O. BOX 093 CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 6/13/68 | | | 212 | | | | 685 |

| SHIPPED VIA | SHIPPED FROM | CAR NO. | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|
| Customers Truck | Little Rock | | 6-66 | DKB |

SOLD TO: Lynan Lamb Co. / Little Rock Arkansas

SHIP TO: Malco Corp. / Catholic Diocese Building / Little Rock Arkansas

7198095

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 50 | Bags Monokote @ $85.00 per Ton | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |

RECEIVED BY _Leonard King_     DATE _____

30104769

**DELIVERY RECEIPT**

NMLRP 0006614

B-3D-5 (35M-6-67) EPC

**GRACE**

INVOICE
**ZONOLITE DIVISION**
W.R. GRACE & CO.

7198116

P.O. BOX 7093 CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 6/6/68 | | | 212 | | | | 660 |

| SHIPPED VIA | SHIPPED FROM | CAR NO. | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|
| Customers Truck | Little Rock | | 6-53 | DRB |

SOLD TO: Lyman Lamb Co.
Little Rock Arkansas

SHIP TO: SAME
Walco Co.
For Catholic Diocese Building
Little Rock Arkansas

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 100 | Bags Monokote | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |

RECEIVED BY: F Daniels        DATE_____

**DELIVERY RECEIPT**

30104791

NMLRP 0006649

**GRACE**

**ZONOLITE DIVISION**
**W. R. GRACE & CO.**
P O BOX 7093 CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST | TERR TERR | OUR ORDER NO | CUST. ORDER NO AND DATE |
|---|---|---|---|---|---|---|---|
| 5/13/68 | 10-519 | 4-003-119 | 212 | 212 | 122 | | 581 |
| SHIPPED VIA | | | SHIPPED FROM | | | CAR NO. | CHECKED |
| 17405 | CUSTOMERS TRUCK | | L. ROCK | | | | 5-94 |

Sold To: LYMAN LAMB CO.
P.O. BOX 98 ASHER AVE. STA.
LITTLE ROCK, ARK. 72204

Ship To: WALCO CORP.
CATHOLIC DIOCESE BLDG.
L. ROCK, ARK.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 50 | 50 | 50# BAGS 1.25 TONS ZONOLITE MK(41-06-01-1-19) | 85.00/TON | $106.25 |

ST#50-11491-51

☐ $ _____ CASH DISCOUNT ALLOWED IF PAID BY _____
☒ NO CASH DISCOUNT - NET 30 DAYS    7/20/68

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.

30104780

NMLRP 0007951

|  | 7198096 | **PURCHASE ORDER** NO. 685 |
|---|---|---|
| TO | THE ZONOLITE Co. | DATE 6/13/1968 |

ADDRESS _____

PLEASE DELIVER  50 SKs. MONO KOTE  PHASTER

30104770

**IMPORTANT**
OUR ORDER NUMBER MUST APPEAR
ON YOUR INVOICES AND PACKAGES.
PLEASE ADVISE US IF UNABLE TO
MAKE PROMPT DELIVERY.

PER _Lyman Lamp Co_ / _Bob Green_

FORMS S9747 DUPLICATE — S9748 TISSUE TRIPLICATE

U.S.A.

| GRACE | ZONOLITE DIVISION<br>W. R. GRACE & CO.<br>P O BOX 7093 CHICAGO, ILLINOIS 60680 | 7198115 |
|---|---|---|

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO | CUST ORDER NO AND DATE |
|---|---|---|---|---|---|---|---|
| 6/6/68 | 10-191 | 4-003-119 | 212 | 212 | 122 | | 660-661 |
| SHIPPED VIA | | | SHIPPED FROM | | CAR NO. | | BILL OF LADING NO CHECKED |
| 17405 | CUSTOMERS TRUCK | | L. ROCK | | | | 6-53, 6-62 |

SOLD TO: LYMAN LAMB CO.
P.O. BOX 99 ASHER AVE. STA.
LITTLE ROCK, ARK. 72204

SHIP TO: WALCO CO.
CATHOLIC DIOCESE BLDG.
L. ROCK, ARK.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 250 | 250 | 50# BAGS 6.25 TONS ZONOLITE MK(41-06-01-1-19) | 85.00/TON | $ 531.25 |

ST#60-11491-51

☒ $10.63 CASH DISCOUNT ALLOWED IF PAID BY ~~~~~~
☐ NO CASH DISCOUNT - NET 30 DAYS    7/20/68

**PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.**

30104790

NMLRP 0007968

6-9 (20M-3-67) EPC

**GRACE**

**ZONOLITE DIVISION**
W. R. GRACE & CO.
P.O. BOX 7093 CHICAGO, ILLINOIS 60680

7198121

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO | CUST ORDER NO AND DATE |
|---|---|---|---|---|---|---|---|
| 6/13/66 | 10-520 | 4-003-119 | 212 | 212 | 122 | | 685 |

| SHIPPED VIA | | SHIPPED FROM | CAR NO. | BILL OF LADING NO | CHECKED |
|---|---|---|---|---|---|
| 17405 | CUSTOMERS TRUCK | L. ROCK | | 6-96 | |

SOLD TO: LYMAN LAMB CO.
P.O. BOX 98 ASHER AVE. STA.
LITTLE ROCK, ARK. 72204

SHIP TO: WALCO CORP.
CATHOLIC DIOCESE BLDG.
L. ROCK, ARK.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 50 | 50 | 50# BAGS 1.25 TONS ZONOLITE MK(41-06-01-1-XXX19) | 85.00/TON | $ 106.25 |

NMLRP 0007989

ST#60-11491-51

☐ CASH DISCOUNT ALLOWED IF PAID BY 7/20/65
☐ NO CASH DISCOUNT - NET 30 DAYS

**PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.**

30104796

**GRACE**

**ZONOLITE DIVISION**
**W.R. GRACE & CO.**

7198106

P O BOX 7093 CHICAGO, ILLINOIS 50680

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO. | CUST ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 6/13/68 | | | 212 | | | | 681 |

| SHIPPED VIA | SHIPPED FROM | CAR NO | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|
| Customers Truck | Little Rock | | 694 | DRB |

SOLD TO: Lynn Lamb Co. Little Rock Arkansas

SHIP TO: Walco Corp. Catholic Diocese Building Little Rock Arkansas

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 50 | Bags Zonolite @ $5.00 per Ton | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |

RECEIVED BY _F. Danie_   DATE_____

**DELIVERY RECEIPT**

30104781

**GRACE**

**ZONOLITE DIVISION**
**W.R. GRACE & CO.**
P.O BOX 093 CHICAGO ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO. | CUST ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 6/12/68 | | | 212 | | | | 685 |

| SHIPPED VIA | SHIPPED FROM | CAR NO. | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|
| Customers Truck | Little Rock | | 6-96 | |

SOLD TO: Lyman Lamb Co.
Little Rock Arkansas

SHIP TO: Walco Corp.
Catholic Diocese Building
Little Rock Arkansas

7198095

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 90 | Bags Monokote @ $5.00 per Ton | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |

RECEIVED BY _Leonard King_

DATE _____

30104769

**DELIVERY RECEIPT**

NMLRP 0008399

**GRACE**

**ZONOLITE DIVISION**
**W.R. GRACE & CO.**
P.O. BOX 7093 CHICAGO ILLINOIS 50680

71981 14

| VOICE DATE | INVOICE NO | LOCATION | PLANT | DIST | TERRITORY | OUR ORDER NO | CUST. ORDER NO AND DATE |
|---|---|---|---|---|---|---|---|
| 6/7/68 | | | 212 | | | | 667 |
| SHIPPED VIA | | | SHIPPED FROM | | CAR NO | | BILL OF LADING NO / CHECKED |
| Customers Truck | | | Little Rock | | | | 6-62   DRB |

SOLD TO: Lyman Lamb Co.
Little Rock Arkansas

SHIP TO: SAME
Walco Corp.
for Catholic Diocese Building
Little Rock Arkansas

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 150 | Bags Monokote @ $5.00 per Ton | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |

RECEIVED BY _Niccie Walker_        DATE _____

**DELIVERY RECEIPT**         30104789

NMLRP 0008826