# EXHIBIT 2



# MotleyRice

James M. Hughes, Ph.D.
Licensed in SC
DIRECT DIAL 843.216.9133
DIRECT FAX 843.216.9440
JHughes@motleyrice.com

October 6, 2005

**FACSIMILE**
Rachel R. Schulman, Esq.
Kirkland & Ellis LLP
200 E Randolph Drive
Chicago, Illinois 60601

Re:   Bulk Sampling Results

Dear Ms. Schulman:

In paragraph 84 of the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims, your client states that the debtors' analysis of bulk sampling results will be made available to claimants upon request. Could you please send those analyses to me for any of the following claims:

| Name | Claim Number |
|---|---|
| American Legion | 003406 |
| City of Barnesville | 00006936 |
| Cherry Hill Plaza | 00002977 |
| Church of the Most Holy Redeemer | 00006933 |
| Church of St. Joseph | 00004075 |
| Church of St. Luke | 00006934 |
| First United Methodist Church | 00006932 |
| Fargo Housing Authority | 003405 |
| Catholic Diocese of Little Rock | 00003515 |
| Al Foss | 003185 |
| State of Washington | 00006940 |
|  | 00006944 |
|  | 00006941 |
|  | 00006937 |
|  | 00006938 |
|  | 00006939 |
|  | 00006942 |

www.motleyrice.com

Motley Rice LLC
Attorneys at Law

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX

| | |
|---|---|
| Port of Seattle | 00006943 |
| | 00009645 |
| | 00009646 |
| | 00009647 |
| | 00015441 |
| | 00015442 |
| | 00015443 |
| Church of St. Helena of Minneapolis | 00003512 |
| Church of St. Leo the Great | 00006935 |

Should you have any questions, please feel free to contact me.

Sincerely,

*James M. Hughes*

JMH/jw

cc:  John Preefer, Esq.
     Frederick B. Rosner, Esq.