# EXHIBIT 3



**ANALYTICA SOLUTIONS**
an Analytica Group Company

Analytica Solutions, Inc.
12189 Pennsylvania Street
Thornton, Colorado 80241
(303) 469-8868
(800) 873-8707
Fax: (303) 469-5254

## RESULTS OF BULK ASBESTOS SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY (PLM)

Client: Morris & Jones                                         LGN: 338111

Project ID: 00-380, Catholic Diocese of Ark., Chancery Building (CB)     Page: 3 of 3

**Sample Description:**

| Sample Number | Sample Date | Description |
|---|---|---|
| CB/103000/M014 [A] | 10/30/2000 | [green floor tile] |
| CB/103000/M014 [B] | 10/30/2000 | [black mastic] |
| CB/103000/M014 [C] | 10/30/2000 | [brown mastic] |
| CB/103000/S015 | 10/30/2000 | Sprayed on fire proofing [tan] |

**Results of PLM Analysis:    Visual Area Estimation: Percentages Detected**

| Sample Number: | CB/103000/M014 [A] | CB/103000/M014 [B] | CB/103000/M014 [C] | CB/103000/S015 | |
|---|---|---|---|---|---|
| **Asbestiform Minerals:** | | | | | |
| Amosite | | | | | |
| Anthophyllite | | | | | |
| Chrysotile | 25.0 | 10.0 | | 20.0 | |
| Crocidolite | | | | | |
| Tremolite-Actinolite | | | | | |
| TOTAL ASBESTOS | 25.0 | 10.0 | 0 | 20.0 | |
| **Other Fibrous Materials:** | | | | | |
| Fibrous Glass | | | | | |
| Cellulose | | | | | |
| Synthetics | | | | | |
| Other: | | | | | |
| Percent Nonfibrous Material | 75.0 | 90.0 | 100 | 80.0 | |

\* Composite analysis (multilayered sample, see individual layer analyses).

Analyst: _Mark Cooperrider_ (signature)                              Date: 11/07/2000
         Mark Cooperrider



"The Science of Analysis, The Art of Service"



**Analytica Solutions, Inc.**
325 Interlocken Parkway
Suite 200
Broomfield, CO 80021
(303) 469-8868
(800) 873-8707
FAX: (303) 469-5254

## RESULTS OF BULK ASBESTOS SAMPLE ANALYSIS BY POLARIZED LIGHT MICROSCOPY (PLM)

Client: Morris & Jones                                       LGN: 336749

Project ID: Catholic Diocese of Ark., Chancery Building (CB)     Page: 1 of 3

### Sample Description:

| Sample Number | Sample Date | Description |
|---|---|---|
| CB/51800/S001 | 05/18/2000 | Fireproofing on top of ceiling tile [tan] |
| CB/51800/T002* | 05/18/2000 | Fiberglass insul. w/canvas jacket [two parts] |
| CB/51800/T002 [A] | 05/18/2000 | [yellow insulation] |
| CB/51800/T002 [B] | 05/18/2000 | [white jacket] |
| CB/51800/T003* | 05/18/2000 | Fiberglass insul. & canvas jacket on 3/4 dom. water [two parts] |

### Results of PLM Analysis:   Visual Area Estimation: Percentages Detected

| Sample Number: | CB/51800/S001 | CB/51800/T002* | CB/51800/T002 [A] | CB/51800/T002 [B] | CB/51800/T003* |
|---|---|---|---|---|---|
| **Asbestiform Minerals:** | | | | | |
| Amosite | | | | | |
| Anthophyllite | | | | | |
| Chrysotile | 25.0 | | | | |
| Crocidolite | | | | | |
| Tremolite-Actinolite | | | | | |
| **TOTAL ASBESTOS** | 25.0 | 0 | 0 | 0 | 0 |
| **Other Fibrous Materials:** | | | | | |
| Fibrous Glass | | 80.0 | 100 | | 80.0 |
| Cellulose | | 18.0 | | 90.0 | 18.0 |
| Synthetics | | | | | |
| Other: | | | | | |
| **Percent Nonfibrous Material** | 75.0 | 2.0 | | 10.0 | 2.0 |

* Composite analysis (multilayered sample, see individual layer analyses).

Analyst: _Mark Cooperrider_ (signed)                          Date: 05/23/2000
Mark Cooperrider




*"The Science of Analysis, The Art of Service"*