# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10540 | IN | 12/1965 | Zonolite Job Record Card | Job Completed December 1965 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10540 | IN | No Date | Zonolite Division Document | Building Information with Status | 100 Oak Street Hampton, SC | Speights & Runyan |