Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/27/2005 | Letter | All documentation on building has been submitted to S&R. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 3/21/1969 | Invoice | W.R. Grace & Company - 200 bags of MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1980 - 2005 | ACM Removal Locations | Location & Dates of ACM Abatements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 3/26/2005 | Certificate of Insurance | Contractors Insurance Certificate for Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 3/26/2004 | Asbestos Handling License | Contractors License for ACM Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/4/2005 | Asbestos Handling License | Contractors License for ACM Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 11/24/2003 | Letter | ACM quantities located in the Boiler Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 11/21/2003 | Test Report | ACM Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 12/22/2003 | Invoice | ACM Investigation & Bulk Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1994 | Letter | Bulk Sample Certificates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 11/25/2003 | Fax | Hillmann Environmental Group, LLC - List of Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 3/16/2003 | Letter | RE: Enclosed closeout packages for St. Francis Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/12/2003 | Certificate | Certificate of Workers' Compensation Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 2/5/2004 | Certificate | Certificate of Liability Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 2/18/2004 | Document | Non-Hazardous Asbestos Waste Shipping Document | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 2/6/2004 | Document | ACM Abatement - Employee Work Location Sign Sheet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 2/6/2004 | JVN Restoration | Daily Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 2/7/2004 | Test Report | ACM Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 2/7/2004 | JVN Restoration | Daily Report | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as 10746) | NY | 2/6/2004 | Notes | Work Notes (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/6/2004 | Test Report | Airborne Fiber Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/26/2004 | Letter | RE: Abatement and Air Test Analysis have been completed on Vizza Building, AC 71, Mechanical Room, Lower Level | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/26/2004 | Air Monitoring and Quality Assurance Report for the Clean Up of Asbestos Containing Materials | Phase Contrast Microscopy (PCM) Fiber Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/26/2004 | Air Monitoring and Quality Assurance Report for the Clean Up of Asbestos Containing Materials | Technician Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/3/2003 | Test Report | Asbestos Bulk Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 6/16/2001 | Airtek Environmental Corp. | I - Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 6/26/2001 | Requisition | Conduct Bulk Sampling to determine the presence of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 6/28/2001 | Invoice | Costs of Bulk Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 7/3/2001 | Test Report | Polarized Light Microscopy (PLM) | 100 Oak Street Hampton, SC | Speights & Runyan |

44

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 7/3/2001 | Test Report | Bulk Sampling Chain-of-Custody Form, Completed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 7/3/2001 | Test Report | Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 6/28/2001 | Airtek Environmental Corp. | Compensation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/10/2001 | Invoice | Costs for NYS Asbestos Inspector & PLM-Bulk Sample Analyses | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 6/16/2001 | Airtek Environmental Corp. | II - Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 6/16/2001 | Airtek Environmental Corp. | III - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 6/16/2001 | Airtek Environmental Corp. | Air Sample Code | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 6/16/2001 | Airtek Environmental Corp. | IV - Conclusion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 6/16/2001 | Airtek Environmental Corp. | V - Appendices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 6/16/2001 | Airtek Environmental Corp. | Air Sample Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as 10746) | NY | 6/16/2001 | Airtek Environmental Corp. | Completed Chain-of-Custody Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 6/16/2001 | Airtek Environmental Corp. | Bulk Sample Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 6/16/2001 | Airtek Environmental Corp. | Licenses & Laboratory Accreditations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 7/6/1998 | ETNY Environmental, Inc. | PLM Sampling Data and Chain-of-Custody Record | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 7/8/1998 | Test Report | PLM Bulk Asbestos Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 10/22/1998 | Letter | Completion of Bulk Sampling Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 10/22/1998 | Invoice | Sampling & Analysis conducted | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | 2.0 - Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | 2.1 - Personal Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | 2.2 - Laboratory Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | 3.0 - Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | 6.0 - Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | Appendix A - Laboratory Data | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | Appendix C - Methodology Explanation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/24/1994 | Report of Asbestos Bulk Sampling | Drawings (2) View of Return Fan and Duct System & Mechanical Equipment Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/26/1994 | Invoice | Asbestos Bulk Sampling of Mechanical Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 8/23/1994 | Invoice | Costs for Testing & Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 5/18/1994 | Notes | Technician Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 11/29/1993 | Letter | Results of air sample analysis after abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 7/10 - 28/1993 | Test Reports | Air Sampling Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 2/12/1993 | Letter | Results of air sample analysis after abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/18/1993 | Test Reports | Air Sampling Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/2/1992 | Manifest | Non-Hazardous Asbestos Waste Manifest (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/15/1992 | Test Results | OSHA Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 10/30/1992 | Letter | Results of air sample analysis after abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/17 - 9/25/1992 | Test Results | Air Sampling Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 7/20/1992 | Letter | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 2/13/1992 | Manifest | Non-Hazardous Asbestos Waste Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 7/3/1992 | Letter with Attachments | PCM Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/30/1990 | Report of Air Sampling | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/30/1990 | Report of Air Sampling | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/30/1990 | Report of Air Sampling | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/30/1990 | Report of Air Sampling | 5.0 Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/30/1990 | Report of Air Sampling | Appendix A - Chain-of-Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/30/1990 | Report of Air Sampling | Appendix A - Chain-of-Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 4/30/1990 | Report of Air Sampling | Appendix B - Method Type Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/19/1990 | Report of Asbestos Determination | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/19/1990 | Report of Asbestos Determination | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/19/1990 | Report of Asbestos Determination | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/19/1990 | Report of Asbestos Determination | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/15/1990 | Report of Asbestos Determination | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/15/1990 | Report of Asbestos Determination | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/15/1990 | Report of Asbestos Determination | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/15/1990 | Report of Asbestos Determination | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/15/1990 | Report of Asbestos Determination | 5.0 - Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/15/1990 | Report of Asbestos Determination | Appendix A - Chain-of-Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | 5.0 - Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 9/20/1989 | Report of Asbestos Determination | Appendix A - Chain-of-Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |

51

| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | 5.0 - Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 8/18/1989 | Report of Asbestos Determination | Appendix A - Chain-of-Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 5/17/1989 | Asbestos Inspection | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 5/17/1989 | Asbestos Inspection | 2.0 - Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as 10746) | NY | 5/17/1989 | Asbestos Inspection | 2.1 - Personal Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 5/17/1989 | Asbestos Inspection | 2.2 - Laboratory Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 5/17/1989 | Asbestos Inspection | 3.0 - Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 5/17/1989 | Asbestos Inspection | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 5/17/1989 | Asbestos Inspection | 5.0 - Assumptions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 5/17/1989 | Asbestos Inspection | 6.0 - Summary of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 5/17/1989 | Asbestos Inspection | 7.0 - Disclaimer | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 5/17/1989 | Asbestos Inspection | 8.0 - Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 5/17/1989 | Asbestos Inspection | Appendix A - Laboratory Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 5.0 - Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | Appendix A - Chain-of-Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/21/1989 | Report of Room Air Tests | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/21/1989 | Report of Room Air Tests | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/21/1989 | Report of Room Air Tests | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/21/1989 | Report of Room Air Tests | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/21/1989 | Report of Room Air Tests | 5.0 - Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as 10746) | NY | 2/21/1989 | Report of Room Air Tests | Appendix A - Chain-of-Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | 5.0 - Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 2/16/1989 | Report of Room Air Tests | Appendix A - Chain-of-Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 1/16/1989 | Report of Asbestos Determination | 1.0 - Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 1/16/1989 | Report of Asbestos Determination | 2.0 - Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as 10746) | NY | 1/16/1989 | Report of Asbestos Determination | 3.0 - Applicable Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/16/1989 | Report of Asbestos Determination | 4.0 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/16/1989 | Report of Asbestos Determination | 5.0 - Certification and Signatures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 1/16/1989 | Report of Asbestos Determination | Appendix A - Chain-of-Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 7/7/1980 | Memorandum | Lab Reports RE: Building Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 5/8/1980 | Letter | Testing for Asbestos in Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 5/6/1980 | Letter | Anthony P. Palmese, the Contractor who installed the fire-resistant material in the hospital confirmed that it was Monokote. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 11/27/1978 | Letter | W.R. Grace & Co., employee, John C. Ottinger, CSI phone conversation with Gil Carll at St. Francis Hospital. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 10/6/1970 | Letter | New Monokote Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 10/14/1989 | Letter with Attachments | Documents related to the testing of asbestos at St. Francis Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 5/6/1980 | Letter with Attachments | 5/6/1980 Letter from - Anthony P. Palmese, the Contractor who installed the fire-resistant material in the hospital confirmed that it was Monokote. | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10709 (Orig. Submitted as ~~10746~~) | NY | 5/6/1980 | Letter with Attachments | 11/27/1978 Letter from - W.R. Grace & Co., employee, John C. Ottinger, CSI phone conversation with Gil Carll at St. Francis Hospital. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 5/6/1980 | Letter with Attachments | 10/6/1970 Letter from - Edward T. Peters, Arthur D. Little, Inc. to Thomas F. Egan, W.R. Grace - New Monokote Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10709 (Orig. Submitted as ~~10746~~) | NY | 5/6/1980 | Letter with Attachments | Report of Testing | 100 Oak Street Hampton, SC | Speights & Runyan |