# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10528 | VA | 10/4/1972 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10528 | VA | 10/19/1972 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10528 | VA | 11/15/1972 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |