**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | Case No. 01-01139 (JKF) |
| | ) | |
| **Debtors.** | ) | (Jointly Administered) |
| | ) | |
| | ) | PD Claim No. 2977 |
| | ) | CHP Associates Inc. |
| | ) | 1415 Route 70 East |
| | ) | Cherry Hill, New Jersey |

**CLAIMANT CHP ASSOCIATES INC. (CLAIM NO. 2799) EXHIBIT LIST**

Ex. 1    Summary of Asbestos Bulk Sampling Results

Ex. 2    Letter from James M. Hughes to Rachel R. Schulman, Oct. 6, 2005

Ex. 3    Grace Invoices for Monokote used at Cherry Hill Plaza (CHP Associates Inc.) August 3 – October 17, 1971

Ex. 4    Claim Form

Ex. 5    Air Sampling Results