# EXHIBIT 1

| Summary of Asbestos Bulk Sampling Results ||||
|---|---|---|---|
| Sample No. | Sample Location | Material Sampled | Asbestos |
| 01-01 | Penthouse | Spray-on Fire Proofing | 7.8%PC |
| 01-02 | Suite 620 | Spray-on Fire Proofing | 0.5%PC |
| 01-03 | Suite 302 | Spray-on Fire Proofing | 6.7%PC |
| 02-04 | Cafeteria | 2x4 Lay-in Ceiling Tile | ND |
| 02-05 | Suite 620 | 2x4 Lay-in Ceiling Tile | ND |
| 02-06 | Suite LL9 | 2x4 Lay-in Ceiling Tile | ND |
| 03-07 | Penthouse | Pipe Joint Insulation | ND |
| 03-08 | LL Mechanical Room | Pipe Joint Insulation | ND |
| 03-09 | 2nd Floor Mechanical Room | Pipe Joint Insulation | ND |
| 03-24 | 3rd Floor Mechanical Room | Pipe Joint Insulation | ND |
| 04-10 | Suite 204 - Kitchen | 12x12 Green Floor Tile | ND |
| 05-11 | Suite 302 | 12x12 Brown Floor Tile | ND |
| 05-12 | Suite 302 | 12x12 Brown Floor Tile | ND |
| 05-13 | Suite 302 | 12x12 Brown Floor Tile | ND |
| 06-14 | Suite 620 | Black Linoleum | ND |
| 07-15 | Cafeteria | 12x12 Red Floor Tile | ND |
| 07-16 | Cafeteria | 12x12 Red Floor Tile | ND |
| 07-17 | Cafeteria | 12x12 Red Floor Tile | ND |
| 09-21 | LL Hallway | 12x12 White Floor Tile | 1.5%PC |
| 09-22 | Suite 210 | 12x12 White Floor Tile | 1.8%PC |
| 09-23 | Suite 603 | 12x12 White Floor Tile | ND |
| 09-24 | LL Hallway | Mastic | 10% |
| 09-25 | Suite 210 | Mastic | 5.9%PC |
| 09-26 | Suite 603 | Mastic | ND |

ND = None Detected
PC = Stratified Point Count Method