# EXHIBIT 3



NMLRP 0003652



| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 500 | 435 | Bags Monokote MK-3 (41-06-01-1-67) | 2.15 | 935.25 |
| | | Plus 5% N.J. Sales Tax | | 46.76 |
| | | Delivery Charge | .15/B | 65.25 |
| | | TOTAL | | $1047.26 |

**W. R. GRACE & CO.**
**GRACE**

INVOICE
**ZONOLITE**
CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

7112976

INVOICE DATE: 8/6/71
INVOICE NO: 31-136
LOCATION: 3-029-007
PLANT: 652   DIST: 652   TERRITORY: 522   OUR ORDER NO: 134
CUST ORDER NO AND DATE: Phoned 7/30/71
SHIPPED VIA: E.T.
CUST NO: 14746
SHIPPED FROM: Trenton
BILL OF LADING NO: 8-134

SOLD TO:
Iris Construction Co.
960 S. Springfield Ave.
Springfield, New Jersey

SHIP TO:
Superior Plastering
Cherry Hill Plaza
Route 70 off 295
Cherry Hill, New Jersey

$18.71 CASH DISCOUNT ALLOWED IF PAID BY 8/16/71
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

35078998



35009216

# W. R. GRACE & CO.

## ZONOLITE
### CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

7015975

| INVOICE DATE | INV/C NO | LOCATION | PLANT | DIST | TERR | S/M | YOUR ORDER NO | | | | BILL OF LADING NO | CHECKED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/71 | 31-031 | 4-029-097 | 652 | 652 | 522 | | 262 | | | | 5-262 | |

SHIPPED VIA: N.T.
SHIPPED FROM: Trenton
CUST NO: 14745

SOLD TO:
Iris Construction Co.
960 S. Springfield Ave.
Springfield, N.J.

SHIP TO:
Cherry Hill Plaza
Rt. 70 off 295
Cherry Hill, N.J.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | C/M being issued to correct price shown on Invoice #31-262 dated 5/14/71. | | |
| | | **INVOICE READ:** | | |
| 300 | 300 | Bags 50# Monokote MK-3 (41-06-01-1-19) | 2.30 | 690.00 |
| | | Plus 5% N.J. Sales Tax | | 34.50 |
| | | Freight | | 36.00 |
| | | | TOTAL | $760.50 |
| | | **INVOICE SHOULD HAVE READ:** | | |
| 300 | 300 | Bags 50# Monokote MK-3 (41-06-01-1-19) | 2.15 | 645.00 |
| | | Plus 5% N.J. Sales Tax | | 32.25 |
| | | Freight | | 36.00 |
| | | | TOTAL | $713.25 |
| | | Material Credit 45.00 | | |
| | | Tax Credit 2.25 | | |
| | | AMOUNT OF CREDIT | | $47.25 |

Less 1% .90   CASH DISCOUNT ALLOWED
☐ NO CASH DISCOUNT - NET 30 DAYS

CREDIT MEMORANDUM

DEDUCTED FROM CUSTOMER'S REMITTANCE COVERING SAME

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

Per J.Cintari

35009216





NMLRP 0003657