# EXHIBIT 5

## 3.0   SUMMARY OF FINDINGS

### 3.1   Air Sampling Results

Air sampling results are indicated below in Table 1. One outside and four inside test sequences were performed. Outside weather conditions on the day of the survey were cloudy and rainy.

| LOCATION | TIME | TEMP (°F) | RELATIVE HUMIDITY (%) | CARBON DIOXIDE (ppm) | CO (ppm) | PCM (f/cc) |
|---|---|---|---|---|---|---|
| **EXT.** In Front of Building off Rt. 70 | 1055 | 60.9 | 37.2 | 485 | 0.0 | --- |
| | | | | | | |
| 1st Flr. Suite L.L.2 (office) | 1145 | 66.4 | 34.2 | 827 | 0.0 | --- |
| 3rd Flr. 302 (vacant) | 1200 | 68.5 | 32.3 | 817 | 0.0 | <0.01 |
| 4th Flr. Rm. 412 (vacant) | 1215 | 69.0 | 31.5 | 865 | 0.0 | <0.01 |
| 6th Flr. Rm. 620 (vacant) | 1230 | 71.5 | 32.0 | 894 | 0.0 | <0.01 |
| | | | | | | |
| 6th Flr. Rm. 620 (vacant) | 1407 | 70.9 | 31.8 | 1008 | 0.0 | <0.01 |
| 4th Flr. Rm. 412 (vacant) | 1420 | 71.5 | 30.8 | 978 | 0.0 | <0.01 |
| 3rd Flr. 302 (vacant) | 1435 | 71.4 | 31.1 | 962 | 0.0 | <0.01 |
| 1st Flr. Suite L.L.2 (office) | 1445 | 71.3 | 31.4 | 950 | 0.0 | --- |
| | | | | | | |
| **EXT.** In Front of Building | 1500 | 55.5 | 58.8 | 461 | 0.0 | --- |
| **Standards and Guidelines** | --- | 69-76° | 30-60% | 1000 | 9.0 | 0.01 |

LEGEND:   SHADED - areas in excess of recommendations & guidelines.
All concentrations; $CO_2$ and CO are in parts per million (ppm) in air.
$CO_2$ - Guideline set by ASHRAE, ie 1000 ppm or twice ambient (375ppm).
CO - EPA National Ambient Air Standard for eight (8) hour period.
Temperature and Relative Humidity - Guidelines set by NIOSH and ASHRAE.
Temperature and Relative Humidity - are determined for comfort in winter season clothing.
ASHRAE - American Society of Heating Refrigeration and Air - Conditioning Engineers
NIOSH - National Institute for Occupational Safety and Health.
EPA - Environmental Protection Agency.