IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 21 day of October, 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Stipulation Between the Debtors and Speights & Runyan Regarding the Withdrawal of Asbestos Property Damage Claims Lacking Proof of W. R. Grace Product Identification**

_____
James E. O'Neill (Bar No. 4042)

W. R. Grace – Speights & Runyan Service List
Case No. 01-1139 (JKF)
Document No. 110617
01 – Hand Delivery
02 – First Class Mail

**Hand Delivery**
Christopher D. Loizides, Esq.
Michael J. Joyce, Esq.
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE  19801

**First Class Mail**
Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue East
Hampton, SC  29924

**First Class Mail**
Martin W. Dies
Dies & Hile
1009 Green Ave.
Orange, TX  77630