**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6938** |
| | ) | **State of Washington** |
| | ) | **Edmunds Community College** |
| | ) | **20212 68th Avenue West** |
| | ) | **Lynnwood, Washington** |

**CLAIMANT STATE OF WASHINGTON, EDMUNDS
COMMUNITY COLLEGE, (CLAIM NO. 6938) EXHIBIT LIST**

Ex. 1    Letter from W.V. Culver [Grace] to State of Washington, Sept. 8, 1986

Ex. 2    Claim Form