# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 9838 | CA | 3/07/72 | Chart (attached to claim form) | Job Site Listing (JS-28) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9838 | CA | 9/00/94 | Survey | Project Record Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9838 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street | Speights & Runyan |
| 9839 | CA | 3/03/72 | Chart (attached to claim form) | Job Site Listing (JS-26) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9839 | CA | 4/00/05 | Report | Final Asbestos Verification Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9839 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 3/02/72 | Chart (attached to claim form) | Job Site Listing (JS-24) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 12/07/94 | Report | Asbestos Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 10/21/02 | Memo | Memo from Humboldt State University with attached bulk sample analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 7/10/95 | Report | Bulk Sample Analysis Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 2/11/00 | Report | Laboratory Analysis Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 5/00/02 | Table | Limited Friable Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 11/11/94 | Report | Asbestos Bulk Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 1/27/00 | Request | Request for Asbestos/Lead Paint Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 4/05/00 | Request | Request for Asbestos/Lead Paint Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9842 | CA | 1972 | Report | WRG Billing Registers for State of Califonia | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9888 | CA | 1/28/05 | Report | Asbestos survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9888 | CA | 12/22/00 - 2/22/01 | Table | Pre-renovation Asbestos Survey Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9888 | CA | Undated | Report | Analytical Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9888 | CA | 12/08/94 | Report | Operations and Maintenance Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9888 | CA | 5/00/71 | Ad (attached to claim form) | Sweets Brochure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9888 | CA | 1/07/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9888 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |

| 9889 | CA | 3/07/72 | Chart (attached to claim form) | Job Site Listing (JS-28) | 100 Oak Street Hampton, SC | Speights & Runyan |
|------|----|---------|--------------------------------|--------------------------|-----------------------------|-------------------|
| 9889 | CA | 9/00/94 | Survey | Project Record Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9889 | CA | 5/23/91 | Notice | Notice to Proceed Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9889 | CA | 8/26/92 | Notice | Notice of Completion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9889 | CA | 4/00/90 | Report | Asbestos Engineering Assessment - Renovation Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9889 | CA | 10/00/89 | Agreement | Asbestos Abatement Design Agreement with Dynamac Corporation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9889 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9925 | CA | 10/28/03 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9925 | CA | 1/03/05 | Memo | Memo to All Employees re: Asbestos Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9925 | CA | 4/06/05 | Report | Asbesetos Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9925 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9928 | CA | 9/17/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9928 | CA | 1/03/05 | Memo | Memo to All Employees re: Asbestos Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9928 | CA | 4/06/05 | Report | Asbesetos Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9928 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9970 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9970 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9988 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9988 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9993 | CA | 10/28/03 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9993 | CA | 1/03/05 | Memo | Memo to All Employees re: Asbestos Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9993 | CA | 4/06/05 | Report | Asbestos Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 9993 | CA | 1972 | Report | WRG Billing Registers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10018 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10018 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10019 | CA | 1/07/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10019 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10020 | CA | 1/07/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10020 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10053 | CA | 1/07/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10053 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10058 | CA | 1/07/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10058 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10078 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10078 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 3/22/2004 | Report (attached to Amended Claim Form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 10/28/99 | Letter | Letter from Millennium Environmental to San Francisco State University re: Hensill Hall Renovation - Hazardous Material Specification/Drawing Review | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 11/11/99 | Letter | Letter from Millennium Environmental to San Francisco State University re: Hensill Hall Renovation - Recommendations for Additional Site Investigation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 11/29/99 | Letter | Letter from Millennium Environmental to San Francisco State University re: Findings & Recommendations - Hensill Hall Renovation Peer Review & Bulk Sample Verification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 01/17/00 | Letter | Draft letter from Millennium Environmental to San Francisco State University re: Air Monitoring Sample Results - Summary Hensill Hall 2nd - 4th Floor Restroom Upgrade | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 09/09/03 | Report | Bulk Asbestos Analysis by MECA Consulting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 09/04/02 | Drawings | Floor Plans | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 11/30/94 | Report | Asbestos Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10160 | CA | 01/00/94 | Report | Health & Safety Aduit and "Inventory of Environmental Hazards and Code Deficiency Items in Hensill Hall" | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10160 | CA | 01/04/00 | Report | Hazardous Materials Abatement Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/00/05 | Report | Hazardous Materials Monitoring Report - Hensill Hall - Water Intrusion Event Remediation - Volume 1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/00/05 | Report | Hazardous Materials Monitoring Report - Hensill Hall - Water Intrusion Event Remediation - Volume 2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/00/05 | Report | Hazardous Materials Monitoring Report - Hensill Hall - Laboratory Modifications & Refurbish Projects - Floors 4, 5 & 6; Laboratory Renovation Project - Room 738 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 02/00/03 | Report | Hazardous Materials Monitoring Report - Hensill Hall - 7th & 8th Floors - Additional Laboratory Renovations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/11/05 | Report | Hazardous Materials Abatement Report - Hensill Hall - Volume 1 - Daily Monitoring Notes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/11/05 | Report | Hazardous Materials Abatement Report - Hensill Hall - Volume 2 - Daily Monitoring Notes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/11/05 | Report | Hazardous Materials Abatement Report - Hensill Hall - Volume 3 - PCM Air Sample Data | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/11/05 | Report | Hazardous Materials Abatement Report - Hensill Hall - Volume 4 - TEM Air Sample Data | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/11/05 | Report | Hazardous Materials Abatement Report - Hensill Hall - Volume 5 - TEM Air Sample Data Cont'd, Lead Wipe Sample Data, TEM Microvac Data, Asbestos Bulk Sample Data, Lead Bulk Sample Data, Abatement Contractor Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/11/05 | Report | Hazardous Materials Abatement Report - Hensill Hall - Volume 6 - Abatement Contractor Submittals Cont'd | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/11/05 | Report | Hazardous Materials Abatement Report - Hensill Hall - Volume 7 - Abatement Contractor Worker Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10160 | CA | 04/11/05 | Report | Hazardous Materials Abatement Report - Hensill Hall - Volume 8 - Project Correspondence | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10160 | CA | 04/11/05 | Report | Hazardous Materials Abatement Report - Hensill Hall - Volume 9 - Project Correspondence (Cont'd) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10208 | CA | 10/28/03 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10208 | CA | 1/03/05 | Memo | Memo to All Employees re: Asbestos Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10208 | CA | 4/06/05 | Report | Asbestos Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10208 | CA | 1/06/97 | Report | Request for Proposal and Specifications for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10208 | CA | 5/03/97 | Report | Asbestos Abatement Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10208 | CA | 8/12/97 | Report | Request for Proposal and Specifications for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10208 | CA | 10/29/97 | Report | Asbestos Abatement Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10208 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10229 | CA | 10/28/03 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10229 | CA | 1/03/05 | Memo | Memo to All Employees re: Asbestos Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10229 | CA | 4/06/05 | Report | Asbestos Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10229 | CA | 1/06/97 | Report | Request for Proposal and Specifications for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10229 | CA | 5/03/97 | Report | Asbestos Abatement Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10229 | CA | 8/12/97 | Report | Request for Proposal and Specifications for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10229 | CA | 10/29/97 | Report | Asbestos Abatement Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10229 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10230 | CA | 10/28/03 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10230 | CA | 1/03/05 | Memo | Memo to All Employees re: Asbestos Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10230 | CA | 4/06/05 | Report | Asbesetos Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10230 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10237 | CA | 1/07/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10237 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10303 | CA | 9/17/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10303 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10319 | CA | 9/17/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10319 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10597 | CA | 9/17/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10597 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10621 | CA | 9/17/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10621 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11735 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11735 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11745 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11745 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11800 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11800 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11802 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11802 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11817 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11817 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11819 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11819 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11820 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11820 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11866 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11876 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11876 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11918 | CA | 3/22/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11918 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11957 | CA | 03/22/04 | Report (attached to Amended Claim Form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11957 | CA | 5/20/2003 | Report | ACM Survey Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11957 | CA | 1972 | Report | WRG billing registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11962 | CA | 03/22/04 | Report (attached to Amended Claim Form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11962 | CA | 05/22-23/03 | Report | ACM Survey Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11962 | CA | 1972 | Report | WRG billing registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12616 | CA | 1/07/04 | Report (attached to Amended claim form) | MAS - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12616 | CA | 1972 | Report | WRG Billing Registers for State of California | 100 Oak Street Hampton, SC | Speights & Runyan |