# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10711 | NY | 12/30/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10711 | NY | 12/30/1968 | Shipper Document | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |