# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10588 (11443 Dupl.) | NY | 4/27/2005 | Letter | Letter accompanying reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/1/2004 | Table | Table of Contents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/1/2004 | Report | Asbestos Abatement/Removal Report (29 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/1/2004 | Appendix A | Asbestos Applicable Variance (6 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/1/2004 | Appendix B | Encapsulation Procedures (1 pg.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/1/2004 | Appendix C | Sample Data Sheets (6 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/1/2004 | Appendix D | Testwell Certifications (6 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 9/22/2004 | Memo | Memo accompanying sampling reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | No Date | Table | Table of Contents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 3/30/2004 - 5/27/2004 | Daily Logs | Daily Event Logs for contractors (88 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | No Date | Summary | Air Sample Summary (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 4/5/2004 | Report | PCM Sample Reports (155 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/18/2004 | Report | Quality Air Sample Reports (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 3/31/2004 - 5/18/2004 | Report | Bulk Sample Reports (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | No Date | Contractor Licenses | Copies of Contractor Licenses, Certificates, Accreditations (12 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 1/4/1968 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10588 (11443 Dupl.) | NY | 1/4/1968 | Invoice | Credit invoice for overbilling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/2/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/4/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/5/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/12/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/12/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/19/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/19/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/19/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/20/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 5/22/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 6/1/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 6/1/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 6/18/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10588 (11443 Dupl.) | NY | 6/19/1971 | Invoice | Invoice showing billing of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |