**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 3405** |
| | ) | **Fargo Housing and** |
| | ) | **Redevelopment Authority** |
| | ) | **Lashkowitz High Rise** |
| | ) | **Fargo, North Dakota** |

**CLAIMANT FARGO HOUSING AND REDEVELOPMENT**
**AUTHORITY, ASHKOWITZ HIGH RISE (CLAIM NO. 3405) EXHIBIT LIST**

Ex. 1      Claim Form