# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10663 | MI | 7/20/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10663 | MI | 7/15/1971 | Order - Shipment Log | Customer Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10663 | MI | 7/28/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10663 | MI | 7/28/1971 | Order - Shipment Log | Customer Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10663 | MI | 8/13/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10663 | MI | 8/6/1971 | Order - Shipment Log | Customer Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10663 | MI | 8/20/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10663 | MI | 8/16/1971 | Order - Shipment Log | Customer Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10663 | MI | 8/30/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10663 | MI | 9/1/1971 | Order - Shipment Log | Customer Order | 100 Oak Street Hampton, SC | Speights & Runyan |