# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10668 | CA | 3/7/1972 | S&R Jobsite JS28 | Mono-Kote Jobsite Listings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10668 | CA | 1/26/2004 | Washington Hospital Healthcare System f.k.a. Washington Hospital, Freemont, CA | Gross Square Footage and Estimated ACM Square Footage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10668 | CA | 1972 | S&R Jobsite - JS-28 | MK-3 Jobsites - Start Job 11/1972 (500 Bags) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10668 | CA | 1/26/2004 | Washington Township Healthcare System | Gross Square Footage and Estimated ACM Square Footages Chart | 100 Oak Street Hampton, SC | Speights & Runyan |