# Exhibit 1

42

| 12383 | CA | 3/21/03 | Letter (attached to claim form) | Letter from Coca-Cola Bottling Company of California to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12383 | CA | 2/22/94 | Report | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12383 | CA | 3/15/94 | Report | Phase I Environmental Site Assessment & Comprehensive Asbestos Survey (incomplete) | 100 Oak Street Hampton, SC | Speights & Runyan |