**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6932** |
| | ) | **First United Methodist Church** |
| | ) | **South St. Paul, Minnesota** |

**CLAIMANT FIRST UNITED METHODIST**
**CHURCH (CLAIM NO. 6932) EXHIBIT LIST**

Ex. 1        Partial List of ZONOLITE ACOUSTICAL PLASTER Installations, Oct. 19, 1954

Ex. 2        Claim Form

Ex. 3        MAS Bulk Sample Analysis, March 21, 2003