# EXHIBIT 3



March 21, 2003

Mr. Edward Cottingham
Ness Motley
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

RE:    First United Methodist Church

Dear Mr. Cottingham:

The following is a list of bulk samples from the above referenced project in which we
have identified the manufacturer of the asbestos containing surface treatment material.

|  | **Sample #** | **Manufacturer / Product** |
|---|---|---|
| 1) | 1 | W.R. Grace / Zonolite Acoustical Plastic |

If you have any questions regarding this report, please do not hesitate to give me a call.

Sincerely,

*W. E. Longo L.B.E.*

William E. Longo, Ph.D.

WEL/mac

cc:  M30739-001B

**Atlanta Office:**
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200 • FAX (770) 866-3259

**Los Angeles Office:**
3020 Old Ranch Parkway • Suite 300
Seal Beach, CA 90740
(562) 799-5530 • FAX (562) 799-5531

**Raleigh Office:**
616 Hutton Street • Suite 101
Raleigh, NC 27606
(919) 829-7041 • FAX (919) 829-5518



MATERIALS
ANALYTICAL
SERVICES ®

## MINERAL ANALYSIS SHEET

| | |
|---|---|
| TEM ANALYSIS: | *BULK ANALYSIS* |
| PROJECT: | *FIRST UNITED METHODIST CHURCH* |
| SAMPLE NUMBER: | *P 30739 - 001 B* |
| SAMPLE ID: | *1* |
| DATE OF ANALYSIS: | *3/21/03* |
| ANALYST: | *C. B-Sull* |

**ASBESTOS MINERALS:**

*CHRYSOTILE (EDS)(DIFF)*

**OTHER COMPONENTS:**

*VERMICULITE (EDS)*
*MONTMORILLONITE (EDS)*

**OTHER COMMENTS:**

## MATERIALS ANALYTICAL SERVICES, INC.
## PLM ANALYSIS

| Proj#-Spl#: | M30739-001B | Analyst | W.B. Egeland | Date: | 3/19/03 |
|---|---|---|---|---|---|

**ClientName:** Law Offices of Ness, Motley     **ClientSpl:** 1

**Location:** NE 2nd floor classroom

**Type_Mat:** ceiling

**Gross Visual:** Tan. Flakes and books as well as fiber bundles with a fine matrix throughout.

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refract Index | 1.555/1.548 | | |
| Sign | + | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

## ASBESTOS MINERALS          EST. VOL. %

| | |
|---|---|
| Chrysotile............................................ | 15 |
| Amosite................................................ | |
| Crocidolite........................................... | |
| Tremolite/Actinolite............................. | |
| Anthophyllite...................................... | |

## OTHER FIBROUS COMPONENTS

## NON FIBROUS COMPONENTS

| | |
|---|---|
| Vermiculite | 70 |
| Binder | 15 |

**Effervescence:** Weak and isolated.

**Binder Description:** Fine-grained aggregate

**Comments:** No starch observed











# MATERIALS ANALYTICAL SERVICES, INC.
## CHAIN-OF-CUSTODY

Page 1 of 1

**CLIENT:** Law Offices of Ness, Motley

**CONTACT:** Edward Cottingham

**PHONE:** (843) 720-9000

**CLIENT JOB NAME:** First United Methodist Church

**CLIENT JOB#:**

**CLIENT DOC(S):** Letter of transmittal

**FAX NUMBER:** (843) 577-6361

**MAS JOB:** M30739

**DATE RECEIVED:** 3/18/03

**SUBMITTED BY:** Ed Cottingham

**TRANSPORT:** FedEx

**RECEIVED BY:** dmazzaferro

**CONDITION:** good

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|-------|-----------|--------|---------------|
| 001 | 1 | | ceiling | | | | |

**LOCATION** NE 2nd floor classroom

**INITIAL FILE REVIEW:** _____ **DATE:** _____

**SAMPLE PREP BY:** _____ **DATE:** _____

**SAMPLE ANALYSIS BY:** _____ **DATE:** _____

**COMMENT:** _____

Materials Analytical Services, Inc.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200

M30739

LAW OFFICES

**NESS, MOTLEY**

PROFESSIONAL ASSOCIATION

28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SOUTH CAROLINA 29464
POST OFFICE BOX 1792
MOUNT PLEASANT, SOUTH CAROLINA 29465
843-216-9000    FAX # 843-216-9450
E-MAIL: NESSMOTLEY@NESSMOTLEY.COM

OTHER OFFICES
CHARLESTON, SOUTH CAROLINA
BARNWELL, SOUTH CAROLINA
PROVIDENCE, RHODE ISLAND
NEW ORLEANS, LOUISIANA
RALEIGH, NORTH CAROLINA

EDWARD B. COTTINGHAM, JR.
DIRECT DIAL: (843) 216-9148
FAX: (843) 216-9440
E-MAIL: ecottingham@nessmotley.com

March 17, 2003

**Via Federal Express**

William Longo PhD
Materials Analytical Services
3945 Lakefield Court
Suwanee, GA 30024

RE:    *W.R. Grace Bankruptcy*
       Sample from First United Methodist Church

Dear Bill:

Enclosed is a sample that I received from a client in Minnesota. This sample was taken from the ceiling of the northeast second floor classroom on March 12th and forwarded to me via U.S. Express Mail. Would you please analyze this sample for product ID and return the result to me as soon as possible.

Please call if you have any questions.

Sincerely,

Edward B. Cottingham, Jr.

EBC:dlg
Enclosure

Received 3-18-03