# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10669 | CA | 10/1961 | CA Plasterer Brochure | Article (Ad) on Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10669 | CA | 3/25/2003 | S&R Document | Building Questionnaire | 100 Oak Street Hampton, SC | Speights & Runyan |