**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 4075** |
| | ) | **Church of St. Joseph** |
| | ) | **West St. Paul, Minnesota** |

**CLAIMANT CHURCH OF ST. JOSEPH (CLAIM NO. 4075) EXHIBIT LIST**

Ex. 1    Letter from James M. Hughes to Rachel R. Schulman, Sept. 29, 2005

Ex. 2    Claim Form

Ex. 3    Partial List of ZONOLITE ACOUSTICAL PLASTER Installations, Oct. 19, 1954