# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10722 | NY | 1/14/1971 | Invoice | W.R. Grace & Company (350 bags Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10722 | NY | 3/8/2005 | Letter with Attachments | Asbestos Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10722 | NY | 3/8/2005 | Letter with Attachments | DEP Records indicating Fireproofing in Ceiling of Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10722 | NY | 4/19/2005 | S&R Form | Signed Document that all Documents have been submitted to S&R for WRG Proof of Claim | 100 Oak Street Hampton, SC | Speights & Runyan |