# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10727 | AZ | 3/6/1968 | Letter | Ari-Zonolite Company - Acoustical Plaster Complaint from Customer | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10727 | AZ | 2/20/1968 | Letter | W.R. Grace & Company - Acoustical Plaster Complaint | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10727 | AZ | 2/21/1968 | Letter | Acoustical Plaster Complaint | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10727 | AZ | 2/7/1968 | Letter | Acoustical Plaster Complaint | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10727 | AZ | 2/9/1968 | Letter | Repairing Acoustical Plaster Ceiling after Material Failure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10727 | AZ | 2/12/1968 | Letter | Repair Acoustical Plaster | 100 Oak Street Hampton, SC | Speights & Runyan |