# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10676 (11685 Dupl.) | AR | 10/4/1966 | Letter with Attachment | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10676 (11685 Dupl.) | AR | 10/4/1966 | Letter with Attachment | Job List - Name & Location | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10676 (11685 Dupl.) | AR | 2/9/1966 | Invoice | W.R. Grace & Company (Monokote & Acoustical Plastic) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10676 (11685 Dupl.) | AR | 3/22/1973 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |