# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 14410 | PA | 10/25/1970 | Invoice | Invoice showing sale of monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 14410 | PA | 9/28/1970 | Shipping Ticket | delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |