# EXHIBIT 1



**James M. Hughes, Ph.D.**
Licensed in SC
DIRECT DIAL 843.216.9133
DIRECT FAX 843.216.9440
JHughes@motleyrice.com

September 29, 2005

**FACSIMILE & U.S. MAIL**
Rachel R. Schulman, Esq.
Kirkland & Ellis LLP
200 E Randolph Drive
Chicago, Illinois 60601

Re: Request for Production

Dear Ms. Schulman:

Enclosed please find three claimants' request for production of documents or materials evidencing previous settlements with W.R. Grace for any asbestos property damage claims. The claimants are the Church of St. Joseph (claim no. 4075), the Church of St. Luke (claim no. 6934), and the Church of St. Leo the Great (claim no. 6935). W.R. Grace has objected to these claims by affirmatively stating that these claims were previously settled. We are asking W.R. Grace to provide evidence of that pursuit to Federal Rule of Bankruptcy Procedure 7034 and Federal Rule of Civil Procedure 34. As you are aware, Federal Rule of Bankruptcy Procedure 9011(b)(3) requires that "allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery." Please send me the materials at your earliest convenience so that we may prepare our responses to W.R. Grace's objections. Thank you.

Sincerely,

James M. Hughes

JMH/jw

cc: John Preefer, Esq.
Frederick B. Rosner, Esq.

www.motleyrice.com

Motley Rice LLC
Attorneys at Law

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

NEW ORLEANS
9701 LAKE FOREST BLVD.
NEW ORLEANS, LA 70127
504-245-1612
504-245-1816 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX