# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10728 | AZ | 4/1971 | Builder/Architect Brochure | Article regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |