**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6934** |
| | ) | **The Church of St. Luke** |
| | ) | **1079 Summit Avenue** |
| | ) | **St. Paul, Minnesota** |

## CLAIMANT THE CHURCH OF ST. LUKE (CLAIM NO. 6934) EXHIBIT LIST

Ex. 1   Letter from James M. Hughes to Rachel R. Schulman, Sept. 29, 2005

Ex. 2   Partial List of ZONOLITE ACOUSTICAL PLASTER Installations, Oct. 19, 1954

Ex. 3   Asbestos Containment Close-Out Project Information, Aug. 19-24, 1995

Ex. 4   Bulk Sample Analysis, Dec. 6, 1988

Ex. 5   Letter from James M. Hughes to Rachel R. Schulman, Oct. 6, 2005

Ex. 6   Claim Form