# EXHIBIT 2

## Partial List of
## ZONOLITE ACOUSTICAL PLASTIC
## Installations

### October 19, 1954

**COLORADO**

| | | | Sq. Ft. |
|---|---|---|---|
| Boulder | Church | | |
| Boulder | University Hills Junior High | | 10,800 |
| Boulder | Fashion Bar | | 36,000 |
| Colorado Springs | Preferred Risk Insurance Co. | | 2,800 |
| Colorado Springs | United Brethern Church | | 12,150 |
| Colorado Springs | South Baptist Church | | 2,400 |
| Colorado Springs | Bates Drug Store | | 8,044 |
| Colorado Springs | Eddie's Candlelight Inn | | |
| Colorado Springs | Buena Vista School Addition | | |
| Colorado Springs | Steele School Addition | | 2,480 |
| Colorado Springs | Fountain Valley School for Boys | | 2,625 |
| Craig | Craig Public Library | | 3,600 |
| Denver | Clayton Presbyterian Church | | 11,700 |
| Denver | Hebrew Educational Alliance | | 1,350 |
| Denver | Cosmopolitan Hotel | Silver Glade Room | 27,000 |
| Denver | Moore Mortuary | | 4,500 |
| Denver | I.B.M. Building | | 900 |
| Denver | Tower of Memories | | 288 |
| Denver | Kieth Office Building | | 1,080 |
| Denver | Henderson Home | | 22,500 |
| Denver | Francis Fisher Company | Plaster Contr. | 108 |
| Denver | Rocky Mountain Arsenal | Office | 180 |
| Denver | Rocky Mountain Arsenal | Cafeteria | 4,500 |
| Denver | Grant Junior High School | Offices | 6,045 |
| Denver | Merrill Junior High School | | 5,400 |
| Denver | Cosmopolitan Hotel | Gun Room | 10,800 |
| Denver | Bill Phebus' Home | | 3,312 |
| Denver | Bob Mackey's Home | Den | 500 |
| Denver | Denver Plant Office | | 300 |
| Denver | All Saints Church | Parish House | 690 |
| Denver | First Evangelical Free Church | | 684 |
| Denver | St. John's Seminary | | 7,200 |
| Denver | St. John's Dormitory | | 4,500 |
| Denver | Golden Court House | | 14,400 |
| Denver | Denver Lock & Key | | 43,200 |
| Denver | Denver Auditorium | | 1,440 |
| Denver | St. Vincent de Paul Church | | 7,200 |
| Denver | St. John's Catholic Church | | 10,800 |
| Denver | Fruehauf Trailer Office | | 14,400 |
| Denver | Bonfils Memorial Theater | | 540 |
| Denver | Union Bus Terminal | | 18,000 |
| Denver | Jack Hickey Home | | 2,700 |
| Denver | Harry Hickey Home | | 252 |
| | | | 585 |

NMLRP 0001768

-11-

| City | Building | Area | Amount |
|---|---|---|---|
| St. Paul | First Methodist Church | | |
| St. Paul | Gillette Hospital | Auditorium | 7,200 |
| St. Paul | St. Leo's Church | Consultation Room | 4,500 |
| St. Paul | Catholic Church | | |
| St. Paul | St. Josephs School | School | |
| St. Paul | Veterans Administration | Offices | 1,780 |
| St. Paul | Security Wholesale Grocery | Offices | 75,000 |
| St. Paul | Kramlingers Bakery | | |
| St. Paul | Lutheran Church | | 1,500 |
| St. Paul | Mounds View English Lutheran Church | | |
| St. Paul | Rossinis Cafe | | 1,700 |
| St. Paul | St. Lukes Parochial School | | 2,400 |
| St. Paul | Sidney Berde Residence | | 30,000 |
| St. Peter | Ben's Bar | | 2,000 |
| St. Peter | Fallenstein Bar | | |
| St. Peter | Dr. E. G. Olamanson Clinic | | 1,980 |
| Sanborn | School Addition | | 2,160 |
| Sleepy Eye | Leavenworth School | All ceilings | 5,200 |
| Springfield | Equipment Building | All ceilings | 9,000 |
| Spring Valley | Lutheran Church | All ceilings | 2,900 |
| Starbuck | School | | |
| Stewart | School Addition | Gymnasium | 3,348 |
| Stewart | Catholic School | All ceilings | 1,725 |
| Stewart | School Addition | Addition | 700 |
| Thief River Falls | Bridgeman Ice | | 1,728 |
| Tracy | Broadcasting Station | Office | |
| Tyler | School | Ceiling | 2,000 |
| Virginia | V.F.W. Hall | | 18,000 |
| Westbrook | Lutheran Church | | 2,400 |
| Willmar | Vine Lutheran Church | All ceilings | 6,000 |
| Willmar | Covenant Church | All ceilings | 10,000 |
| Willmar | Bethesda Nurses Home | All ceilings | 4,000 |
| Willmar | Presbyterian Church | Halls & Rooms | 12,000 |
| Wilmont | Theater | All ceilings | 6,200 |
| Windom | Power Plant | Walls & Ceiling | 6,300 |
| Winona | Radio Station | All ceilings | 4,300 |
| Winsted | Lutheran Church | | 5,400 |
| Worthington | Richbiel Hardware | Basement Ceiling | 2,900 |
| Waldorf | St. Joseph Church | | 5,400 |
| Waldorf | School | Ceilings | 4,950 |
| Wayzata | Ralph Turnquist Residence | All ceilings | 18,000 |
| Waseca | First Congregational Church | | 1,700 |
| Wells | Church | Ceilings | 2,700 |
| Winnebago | Community Hospital | Basement ceiling | 1,700 |
| | | Ceilings | 2,520 |