# EXHIBIT 3

## CLOSE-OUT PROJECT INFORMATION

Project: St. Luke's School

Project #: 63-95-1138

Project Duration: August 19-24, 1995

Specific Work Area: St. Luke's School First Level

Scope of Work:
Base Bid: Containment "A" - 1st Level
Repair and paint encapsulation of approximately 3,850 sq. ft. of ACM spray-on ceiling texture located in 1st Level (basement) classrooms. Removal of approximately 120 lin. ft. (3' and 6' risers) TSI.

*All paint encapsulation of ceilings was done using a high build flat latex interior coating, white, class A-fire rated. (Hallman/Lindsay #352 Wall Kote super, Smooth Hi Build or equivalent). Gouges, holes, cracks, etc. were patched by an approved repair compound and spot primed with a suitable primer as necessary. Contractor tested repair compound/spot primer/latex coating on typical area in order to ensure continuous color match.*



## RENTEC SERVICES, INC.

968 South Lake Street • Forest Lake, MN 55025
Office (612) 464-1018 • Fax (612) 464-0982

# INVOICE

**TO:** St. Luke's School
1079 Summit Avenue
St. Paul, MN  55105

**DATE:** September 19, 1995
**INVOICE NO:** 95-1094

**RE:** Asbestos Removal
St. Luke's School

---

Project Completed - Total Amount Due. . . . $ 9,800.00

*DUE UPON RECEIPT*
*1.5% INTEREST PER MONTH AFTER 30 DAYS*

*THANK YOU FOR USING RENTEC SERVICES, INC.*

MACNEIL ENVIRONMENTAL, INC.

## PAYMENT AUTHORIZATION

AUTHORIZATION FOR PAYMENT NO. __1 (Partial)__

**PLEASE MAKE PAYMENT TO:**

    RENTEC SERVICES, INC.
    968 SOUTH LAKE STREET
    FOREST LAKE, MN 55025

PROJECT __St. Luke's School (St. Paul, MN)__    MEI# __63-95-1138__

FOR LABOR AND MATERIALS SUPPLIED TO __9/26/95__
                                                                     (Date)

| | |
|---|---:|
| Contract Amount (Base Bid) | $ 9,800.00 |
| Less 10% Retainage Fee | $ 980.00 |
| | $ 8,820.00 |

**AMOUNT AUTHORIZED THIS PAYMENT**    **$ 8,820.00**

We believe the amount as shown above to be true statement of material and labor consumed on-site and supplied to the date shown above and herewith request payment to the Contractor in this amount. You should either pay the amount due within (20) twenty days or send us your reasons for not doing so. Please keep one copy of this Request for your files and attach one copy to the payment which you send the Contractor.

_____    __9-27-95__
(MacNeil Environmental Authorization)    (Date)

If the amount authorized above does not agree with the amount requested by the Contractor, less authorized holdouts, attach a separate form explaining in detail the reasons for such a discrepancy.

payaum.fm - 12/92



# RENTEC SERVICES, INC.

968 South Lake Street • Forest Lake, MN 55025
Office (612) 464-1018 • Fax (612) 464-0982

## INVOICE

**TO:** Sheila Mulvaney
St. Lukes School
1079 Summit Avenue
St. Paul  MN  55105

**DATE:** October 2, 1996
**INVOICE NO:** 96-1217

**RE:** Asbestos Removal
St. Lukes School

---

```
Original Contract Amount. . . . . . . . . . . . $ 22,969.00
Additional Removal of Small Area in Room 212. .     400.00
                         TOTAL AMOUNT DUE -  $ 23,369.00
```

*DUE UPON RECEIPT*
*1.5% INTEREST PER MONTH AFTER 30 DAYS*

*THANK YOU FOR USING RENTEC SERVICES, INC.*

```
MacNeil Environmental, Inc.
P.O. Box 229
Coleraine, MN  55722


INVOICE                                              Invoice # 24325
-------                                              10/12/95
                                                     Page   1

          St. Lukes School
          Attn:  Sheila Mulvaney
          1079 Summit Avenue
          St. Paul, MN  55105


Client ID: STLUK
Project #: 63-95-1138    St. Lukes School

Contract Number : Verbal PO
Project Manager : GARY J. DeMARS


---------------------------------------------------------------------

          Asbestos Air Monitoring/Project Management   $2565.00
          (see itemization)

          5 ea. TEM (Transmission Electron Microscopy) Analyis of
          Final CLearance Samples (Cont A) @$220.00    $1100.00


     Current Fee Total                                 $       3665.00
                                                               -------


                                                               =======
     ** Invoice Total **      Bill @ 2620              $       3665.00
                                                               =======

          Thank you for selecting MacNeil Environmental!


---------------------------------------------------------------------
```

**ASI/LVI Environmental Services, Inc.**
1222 University Avenue
Saint Paul, MN 55104
651-641-1101 Phone
651-641-0183 Fax

# INVOICE

**BILL TO:**

MS. JEANNE MESSERSMITH
ST. LUKES SCHOOL
1079 SUMMIT AVENUE
ST. PAUL, MN 55105

**SERVICE FOR:**
PROJECT # 85-9043

ASBESTOS ENCAPSULATION
ST. LUKES SCHOOL
1079 SUMMIT AVE
ST. PAUL, MN

| Salesperson: | EVAN MACKEY | Date: 7-30-99 |
|---|---|---|
| Invoice Number: | 6101 | Purchase Order #: CONTRACT 4-13-99 |
| Terms: Net 20 | | Date Completed: |

**LABOR AND MATERIALS**

| ITEM | QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |

Total Labor and Materials:
Profit/Overhead ___ %   P/O:

**CONTRACTS**

| ITEM | QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| LUMP SUM | 1 | ORIGINAL CONTRACT $ 55,517.00 | | |
|  | 1 | COMPLETE TO DATE LESS RETAINAGE | 52,742.00 | 52,742.00 |

Total Contracts: 52,742.00
Profit/Overhead ___ %   P/O:
Amount Due: 52,742.00

**COMMENTS**



MacNeil Environmental, Inc.
P.O. Box 229
Coleraine, MN  55722

INVOICE
-------

Invoice # 41973
07/31/99
Page  1

      Attn: Jeanne Messersmith
      The Church of St. Luke
      1079 Summit Avenue
      St. Paul, MN  55105

Client ID: STLUK
Project #: 63-98-1541    Church of St. Luke
                      St. Luke's School

Project Manager: GARY J. DeMARS

---

Project #: 63-98-1541
Billing Group 001

```
        Asbestos Air Monitoring & Project Management
          June 28, 1999 through July 20, 1999
            161.5 Hours @ $45.00/Hour              $ 7,267.50
          Mileage - 938 Miles @ $0.30/Mile         $   281.40
          TEM (Transmission Electron Microscopy)
            Analysis of Final Clearance Samples
            for Cont. "A" and Auditorium - RUSH
            10 Samples @ $150.00/Sample            $ 1,500.00

     Current Fee Total                             $    9048.90
                                                     ----------

     ** Invoice Total **                           $    9048.90
                                                     ==========

        Thank you for selecting MacNeil Environmental!
```

---



Environmental Health and Safety ▼ Consulting and Management

April 13, 1999

Mr. Tom Cromroy
ASI/LVI Environmental Services, Inc.
1222 University Avenue, Suite 202
St. Paul, MN 55104

Dear Mr. Cromroy:

Enclosed please find three copies of the Form of Agreement for the St. Luke's School Asbestos Abatement Project. Please sign your portion of the contract documents and forward all copies to:

> Ms. Jeanne Messersmith
> St. Luke's Parish Office
> 1079 Summit Avenue
> St. Paul, MN 55105-3078

 Please include a note with the contracts instructing Ms. Messersmith to retain one copy and return the remaining documents to MacNeil Environmental, Attn: London Johnson. We will then direct a copy of the contracts on to your office.

If you have any questions, please feel free to contact me.

Sincerely,

London Johnson
Administrative Assistant
Engineering

Enclosures

bidaward.ltr

**ASI/LVI Environmental Services**
1222 University Avenue
Saint Paul, Minnesota 55104
(651) 641-1101  Phone
(651) 641-0183  Fax

Transmittal To:

Jeanne Messersmith                                   Date: April 15, 1999

Saint Luke's Parish Office                           Project: Saint Luke's Parish Office

1079 Summit Avenue

Saint Paul, MN 55105-3078                            Received From: Tom Kromroy

We are sending you:    [X] Attached    [ ] Under Separate Cover    [ ] The Following Items

| Copies | Number | Description |
|---|---|---|
| 3 | | Contracts |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

These are transmitted as checked:    [X] For Approval    [ ] For Your Use    [ ] As Requested

Remarks:_____

_____

Copy To: File

Signed:_____

If enclosures are not as noted, please notify us at once.

## FORM of AGREEMENT
## MEI PROJECT # 63-98-1541

THIS AGREEMENT, made and entered into as of the __13th__ day of __April__, 1999, by and between __ASI/LVI Environmental Services, Inc.__ hereinafter called the Contractor, and __St. Luke's School__ hereinafter called the Owner,

WITNESSETH, that the Contractor and the Owner for the consideration stated herein, agree as follows:

### ARTICLE I. SCOPE of WORK,

The Contractor shall furnish all labor and materials and shall perform all of the Work required for the completion of the __St. Luke's School Asbestos Abatement__ Work, according to Drawings and Specifications as prepared by the Owner and the Contract Documents.

### ARTICLE II. THE CONTRACT SUM,

The Owner shall pay the Contractor for the performance of the Contract, subject to additions or deductions as provided herein, in current funds, the sum of __fifty-five thousand, five hundred seventeen__ dollars, __$55,517__.

This amount was arrived at as follows:

**Base Bid #1:**      $34,317

**Add Alternate #1:**  $21,200

**Total:**            $55,517

It is agreed that the Contractor shall have the building(s) substantially completed and readied for occupancy in accord with the following schedule.

           June 28-July 12, 1999 (Base Bid)
           July 12-23, 1999 (Add Alternate #1)

*[Handwritten note:]* Could we start project with auditorium first? Classrooms after? All work completed by 7-23-99. JM

FORMS 00700 - 5

### ARTICLE III. THE CONTRACT DOCUMENTS.

The Contract Documents shall consist of the following component parts:

(1) Project Specification and Drawings
(2) General Conditions of the Contract
(3) This Instrument

### ARTICLE IV.

This Instrument, together with the documents hereinabove mentioned, for the Contract, and each is as fully a part of this Contract as if hereto attached or herein repeated. All of the Contract Documents are equally important to the Work. In the event of any conflict, the following documents will control in order:

1) Project Specifications and Drawings
2) General Conditions of the Contract
3) Addendum
4) This Instrument

**IN WITNESS WHEREOF,** the parties hereto have caused this Instrument to be executed in three original counterparts as of the day and year first above written.

ASI/LVI Environmental Services, Inc.         St. Luke's ~~School~~ Church

By _(signature)_                             By _Janeth Nessersmith_

Title _President_                            Title _Business Administrator_

Countersigned or Attested                    Countersigned or Attested

_____            _David Huckley_
                                             _Pastor_
_____            _____
(Title)                                      (Title)

MacNeil Environmental, Inc.
P.O. Box 229
Coleraine, MN  55722

*Copy*

INVOICE

Invoice # 27856
8/27/96
Page 1

St. Lukes School
Attn: Sheliah Mulvaney
1079 Summit Avenue
St. Paul, MN  55105

Client ID: STLUK
Project #: 63-96-1218   St. Luke's School

Contract Number : Verbal PO
Project Manager : GARY J. DeMARS

---

| | |
|---|---:|
| Asbestos Air Monitoring/Project Management July 22, 1996 to August 5, 1996 | $4095.00 |
| Mileage: 442 miles @ .30 | $132.60 |
| 5 ea. TEM (Transmission Electron Microscopy) Analysis of final clearance samples Cont. "A" @ $200.00 per sample | $1000.00 |
| Current Fee Total | $  5227.60 |
| ** Invoice Total ** | $  5227.60 |

Thank you for selecting MacNeil Environmental!

---



# RENTEC SERVICES, INC.

968 South Lake Street • Forest Lake, MN 55025
Office (612) 464-1018 • Fax (612) 464-0982

## INVOICE

**TO:** Sheila Mulvaney
St. Lukes School
1079 Summit Avenue
St. Paul MN 55105

**DATE:** October 2, 1996
**INVOICE NO:** 96-1217

**RE:** Asbestos Removal
St. Lukes School

---

```
Original Contract Amount. . . . . . . . . . . . $ 22,969.00
Additional Removal of Small Area in Room 212. .      400.00
                           TOTAL AMOUNT DUE -  $ 23,369.00
```

*DUE UPON RECEIPT*
*1.5% INTEREST PER MONTH AFTER 30 DAYS*

*THANK YOU FOR USING RENTEC SERVICES, INC.*

TOTAL P.02