# EXHIBIT 4

ECSU ASBESTOS BULK SAMPLE TESTING PROGRAM    Lab: _HTI_    Batch # _259-1-08_

Originating ECSU: _____    Inspector Name: _Peter Skolsky_    Number of samples in batch _3_

Date sent to lab: _____    Carrier: _____    Signature of sender: _____

Date report rec'd: _____    Contact person: _____    Phone: _____

ECSU Instructions:  [X] Test until positive.    [ ] Test all samples in batch.
(If no instructions are checked, all samples in batch will be tested.)

Client number: _____    Project number: _____    Log-in number: _____

Date rec'd by lab: _____    Sample count OK? _____    Signature of recipient: _____

Date reports due: _____    Date reports sent: _____    Anal. technique: PLM/dispersion staining

| Sample ID Lab | Sample ID ECSU | Sample origin | Sample description | Asbestos content % | Asbestos content Type | Analyst signature | Date of analysis |
|---|---|---|---|---|---|---|---|
| 5072 | 01 | 259-1-08-01 | brownish grey, fibrous, micaceous | 37% | Chrysotile | D. Brown | 12/6/88 |
|  | 02 | " | " |  | NT |  |  |
|  | 03 | " | " |  | NT |  |  |

Date: _____ Relinquished by: _____ Custodian: _____ Location: _____
Date: _____ Relinquished by: _____ Custodian: _____ Location: _____
Date: _____ Relinquished by: _____ Custodian: _____ Location: _____
Date: _____ Relinquished by: _____ Custodian: _____ Location: _____

4/88

*ND = None Detected
NT = Not Tested

RECEIVED TIME MAR. 26. 11:00AM

# Building Material Condition Assessment

DOCUMENT #:

Homogeneous Area I.D. _Thermal Risers, Fittings_ of BUILDING I.D.: **257**

☐ Surfacing Material  ☒ Thermal System Insulation  ☐ Miscellaneous Material

FLOOR I.D.: **B**

Estimated Square/Linear Feet: _2504.7 Lineal Ft. 81-F_

**Damage**
- ☐ Significant
- ☐ Moderate
- ☐ Slight

**Friable**
- ☐

**Potential for Damage**
- ☐ High
- ☐ Moderate
- ☐ Low

**No Damage**
- ☐

**Non-Friable**
- ☒

**Potential for Damage**
- ☐ High
- ☐ Moderate
- ☒ Low

| Map Location Key | Sample I.D. | Photograph I.D. | Salient I.D. | Test | Brief Comment |
|---|---|---|---|---|---|
| 1. Pipe Tunnel | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

Comments:

Inspector Signature: _[signature]_ Cert # 1273   MN

**Hazard Assessment Rank**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**1–3* HIGH RISK.** Restrict access as much as possible. Isolation may be necessary. Proper protective equipment such as respirators may be required. Remove or repair ACBM as soon as possible.

**4–6 MODERATE RISK.** Reduce potential for disturbance. Restricted access may be necessary. Remove or repair as soon as possible. Maintain an appropriate Operations and Maintenance Program.

**7–9 LOW RISK.** Reduce potential for disturbance. Removal or repair may be necessary. Maintain an appropriate Operations and Maintenance Program.

Mgmt. Planner Signature _[signature]_ Cert # B/171 MN

RECEIVED TIME MAR. 26. 11:00AM