# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 6634 | OH | 12/30/1969 | Shipping Copy | W.R. Grace & Company - Mono-Kote (600 Bags) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 1/7/1970 | Invoice | W.R. Grace & Company - Mono-Kote (600 Bags) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 12/30/1969 | Truck Loading Report | 600 Bags Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 1/28/1970 | Shipping Copy | W.R. Grace & Company - Mono-Kote (665 Bags) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 1/28/1970 | Truck Loading Report | 700 Bags Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 1/29/1970 | Letter | Delivery to The Cleveland Museum of Art, January 28, 1970 had aboard the truck, 50 broken sacks of Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 2/3/1970 | Invoice | W.R. Grace & Company - Mono-Kote (665 Bags) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 4/6/1970 | Invoice | W.R. Grace & Company - Mono-Kote (400 Bags) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 3/26/1970 | Shipping Copy | 400 Bags Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 4/29/1971 | Shipping Copy | 665 Bags Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 5/5/1971 | Invoice | W.R. Grace & Company - Mono-Kote (665 Bags) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 2/6/2003 | News Release | The Cleveland Museum of Art - Basic Facts for New Media | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Description of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Objective and Limitations of the Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Material Condition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Table 1 - Summary of Known and Assumed ACMs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Asbestos Inspection Data Sheet Key | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Asbestos Inspection Data Sheet - Bulk Survey Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6634 | OH | 11/2001 | Bulk Sampling of Suspect Asbestos-Containing Materials | Blue-Print Building Drawings - Key of Positive Materials (9 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |