**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, D. Alexander Barnes, an attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on October 21, 2005, I caused a true and correct copy of the foregoing OPPOSITION OF SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY AND ENOVA CORPORATION TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS (RE: CLAIM NO. 11308) to be served via overnight delivery upon the parties listed on the attached service list.

/S/ D. Alexander Barnes
D. Alexander Barnes, Esquire

## **SERVICE LIST**

Katherine Phillips, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601

David W. Carickhof, Jr., Esquire
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, PC
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705