**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 3512** |
| | ) | **The Church of St. Helena** |
| | ) | **of Minneapolis** |

**CLAIMANT THE CHURCH OF ST. HELENA OF**
**MINNEAPOLIS (CLAIM NO. 3512) EXHIBIT LIST**

Ex. 1   Partial Lists of ZONOLITE ACOUSTICAL PLASTER Installations, Oct. 19, 1954; April 28, 1950

Ex. 2   Claim Form