# EXHIBIT 1

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

October 19, 1954

## COLORADO

| City | Location | Room/Area | Sq. Ft. |
|---|---|---|---|
| Boulder | Church | | |
| Boulder | University Hills Junior High | | 10,800 |
| Boulder | Fashion Bar | | 36,000 |
| Colorado Springs | Preferred Risk Insurance Co. | | 2,800 |
| Colorado Springs | United Brethren Church | | 12,150 |
| Colorado Springs | South Baptist Church | | 2,400 |
| Colorado Springs | Bates Drug Store | | 8,044 |
| Colorado Springs | Eddie's Candlelight Inn | | |
| Colorado Springs | Buena Vista School Addition | | |
| Colorado Springs | Steele School Addition | | 2,480 |
| Colorado Springs | Fountain Valley School for Boys | | 2,625 |
| Craig | Craig Public Library | | 3,600 |
| Denver | Clayton Presbyterian Church | | 11,700 |
| Denver | Hebrew Educational Alliance | | 1,350 |
| Denver | Cosmopolitan Hotel | Silver Glade Room | 27,000 |
| Denver | Moore Mortuary | | 4,500 |
| Denver | I.B.M. Building | | 900 |
| Denver | Tower of Memories | | 288 |
| Denver | Kieth Office Building | | 1,080 |
| Denver | Henderson Home | | 22,500 |
| Denver | Francis Fisher Company | Plaster Contr. | 108 |
| Denver | Rocky Mountain Arsenal | Office | 180 |
| Denver | Rocky Mountain Arsenal | Cafeteria | 4,500 |
| Denver | Grant Junior High School | Offices | 6,048 |
| Denver | Merrill Junior High School | | 5,400 |
| Denver | Cosmopolitan Hotel | Gun Room | 10,800 |
| Denver | Bill Phebus' Home | | 3,312 |
| Denver | Bob Mackay's Home | Den | 500 |
| Denver | Denver Plant Office | | 300 |
| Denver | All Saints Church | Parish House | 690 |
| Denver | First Evangelical Free Church | | 684 |
| Denver | St. John's Seminary | | 7,200 |
| Denver | St. John's Dormitory | | 4,500 |
| Denver | Golden Court House | | 14,400 |
| Denver | Denver Lock & Key | | 43,200 |
| Denver | Denver Auditorium | | 1,440 |
| Denver | St. Vincent de Paul Church | | 7,200 |
| Denver | St. John's Catholic Church | | 10,800 |
| Denver | Fruehauf Trailer Office | | 14,400 |
| Denver | Bonfils Memorial Theater | | 540 |
| Denver | Union Bus Terminal | | 18,000 |
| Denver | Jack Hickey Home | | 2,700 |
| Denver | Harry Hickey Home | | 252 |
| | | | 585 |

| Location | Name | Notes | Amount |
|---|---|---|---|
| Minneapolis | Brins Glass Company | | |
| Minneapolis | Worwas Cafe & Bar | | 1,000 |
| Minneapolis | Minnehaha Masonic Lodge | | 2,700 |
| Minneapolis | Richfield High School | | 6,000 |
| Minneapolis | General Mills | | 30,000 |
| Minneapolis | Art Gruber & Associates | | 2,500 |
| Minneapolis | Our Lady of Victory Church | | 7,500 |
| Minneapolis | Calvary Lutheran Church | | 2,000 |
| Minneapolis | Brede, Inc. | | 6,780 |
| Minneapolis | Diamond Lake Lutheran Church | | 7,200 |
| Minneapolis | St. Lawrence School | | 900 |
| Minneapolis | Trinity First Lutheran Church | | |
| Minneapolis | Electric Machinery Manufacuring Co. | | 4,800 |
| Minneapolis | City of Lakes Church | | 14,000 |
| Minneapolis | Wallace Orfield Residence | | 1,200 |
| Minneapolis | A. C. Palmer Residence | | 1,100 |
| Minneapolis | American Legion Post #310 | | 216 |
| Minneapolis | American Iron & Supply | | 2,880 |
| Minneapolis | Western Mineral Products Company | Office | 3,600 |
| Minneapolis | Our Lady of Grace Catholic Church | | |
| Minneapolis | Woodlake School | Class Rooms | |
| Minneapolis | Lyceum Theater | | |
| Minneapolis | St. Peters Church | | |
| Minneapolis | N. W. Bible School | | |
| Minneapolis | Elim Baptist Church | Ceiling | |
| Minneapolis | Grace Lutheran Church | | 600 |
| Minneapolis | Ascension Church | | 4,580 |
| Minneapolis | KTIS | Studios | 2,880 |
| Minneapolis | Residence | | |
| Minneapolis | George Halpin, Residence | | 1,200 |
| Minneapolis | Dr. Kaplan | Clinic | 600 |
| Minneapolis | Vincent Brass & Copper | | 3,600 |
| Minneapolis | St. Helena's Church | | 4,000 |
| Minneapolis | City Hall Mayors Office | | 2,700 |
| Minneapolis | City Hall County Commissioners Offices | | 1,800 |
| Minneapolis | General Acceptance Corporation | | 2,200 |
| Minneapolis | Kaufman Furniture | | 5,000 |
| Minneapolis | Edwin Johnson & Sons Plastering Contr. | | 21,000 |
| Minneapolis | Charles Berry Residence | | 1,100 |
| Minneapolis | Ray Kirkman Residence | | 2,000 |
| Minneapolis | Fontaine Residence | | 2,300 |
| Minneapolis | R. E. Johnson Residence | | 1,500 |
| Minneapolis | Residence, Living Room | | 1,200 |
| Minneapolis | Dean Residence | | 400 |
| Minneapolis | Robert Norsen, Residence | | 1,500 |
| Minnetonka Mills | Minnetonka Union Church | | 5,000 |
| Mohnomen | Catholic Church, St. Michaels | Ceilings | 2,900 |
| Monterey | Church | All ceilings | 4,500 |

*Mr. Pratt*

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

April 28, 195_

## WISCONSIN

| City | Location | Type | SQ. FEET |
|---|---|---|---|
| Appleton | Art Center | | 800 |
| " | St. Joseph's School | | 16200 |
| " | Night Club | | 2160 |
| Baldwin | First Reform Church | | |
| Chippewa Falls | W. H. Brady Company | Office | |
| Eau Claire | Elk's Club | | |
| " | Station WRFW | Studio | 3000 |
| " | State Industrial Commission | Office | 5000 |
| " | Wood Chevrolet Motor | | 3000 |
| " | Scotts Night Club | | 9000 |
| " | Grace Lutheran Church | | |
| " | Greyhound Bus Depot | | |
| " | Jimmy Woo's Pagoda Restaurant | | |
| " | Loop Bar and Grill | | |
| " | H. H. Kleiner Company | Office | |
| Frederic | Skol Tavern and Restaurant | | |
| Galesville | Zion Lutheran Church School | | |
| Greenfield | Town of Greenfield School | | 28800 |
| Hudson | Stan Olson | Ranch house | |
| Jefferson Jct. | Landish Malting Company | Stuc. Deck | 11200 |
| Kenosha | Radio Station | Studio | |
| LaCrosse | Sears and Grant Building | Stores | |
| Madison | Station WIBA | | |
| " | Memorial Union | Rooms | |
| " | Edgewater Apartments | Halls | |
| " | Intern Resident Hall U Of W | | |
| " | Wisconsin Electric Co-op | | 7200 |
| Menomonee | Elk Creek Church | | 5400 |
| Merrill | Catholic School | | 4400 |
| Middletown | 81st Street School | | 5040 |
| Mineral Point | Wisconsin Power and Light Bldg. | Struc. Deck | |
| Milwaukee | John Schroeder Lumber Co. | Office, Display room | |
| " | Bucyrius Erie Company | | |
| " | Falk Corporation | | |
| " | WHAW Radio Station | | |
| " | Building and Loan Association | | |
| " | Whitefish Bay High School | Gymnasium | |
| " | Century Theatre | | |
| " | Pressed Steel Tank Co. | Offices | 3600 |
| " | Halfway House | Nite Club | |
| " | Jewish Labor Temple | | 9000 |
| " | North Shore Presbyterian Church | | 3600 |
| " | Miller Brewing Co. | Executive office | |
| " | Fox Bay Theater | | |
| Oregon | Lutheran Church | | 5400 |
| Oshkosh | Morgan Company | Display Rooms & Main Sales Room | |
| Prairie du Chien | St. John's Church | | 6300 |
| Racine | High Life Spa | Cocktail Lounge | |
| " | Factory Office | | |
| " | Racine Tool & Machine Co. | Offices | 6300 |
| Ridgeway | Berney Shrover Bowling Alley | Bowling Alley & Bar | 1750 |
| Rib Lake | School | Auditorium | |
| Rice Lake | Elks Club | | |
| River Falls | Emma's Tavern | Ceilings | |
| Shawano | Cons. Badger Co-op Office | Addition | 2500 |

NMLRP 0003810

## MINNESOTA

| City | Building | Use | SQ. FEET |
|---|---|---|---|
| Mankato | Eckman Building | Office | 4500 |
| " | International Harvester | Show Room | 3500 |
| " | Roosevelt School | Lunch Room | 900 |
| Mapleton | Mapleton Public School | | |
| " | Plymouth DeSoto Garage | | 468 |
| Minneapolis | Western Mineral Products Company | Office | |
| " | Woodlake School | Class Rooms | |
| " | Lyceum Theater | | |
| " | St. Peters Church | | |
| " | N. W. Bible School | | |
| " | Elin Baptist Church | Ceiling | 600 |
| " | Grace Lutheran Church | | 4580 |
| " | Ascension Church | | 2880 |
| " | KTIS | Studios | |
| " | Residence | | 1200 |
| " | Geo. Halpin, Residence | | 600 |
| " | Dr. Kaplan | Clinic | 3600 |
| " | Vincent Brass and Copper | | 4000 |
| " | St. Helena's Church | | 2700 |
| " | City Hall   Mayors Offices | | 1800 |
| " | City Hall   County Commissioner's Offices | | 2200 |
| " | General Acceptance Corp. | | 5000 |
| " | Kaufman Furniture | | 21000 |
| " | Edwin Johnson & Sons Plastering Contr. | | 1100 |
| " | Chas. Berry  Residence | | 2000 |
| " | Ray Kirkman  Residence | | 2300 |
| " | Fontaine Residence | | 1500 |
| " | R. E. Johnson  Residence | | 1200 |
| " | Residence   Living Room | | 400 |
| " | Dean Residence | | 1500 |
| " | Robert Norsen, Residences | | 5000 |
| Mohnomen | Catholic Church, St. Michaels | Ceilings | |
| Mora | High School | Aud. Ceilings | 11700 |
| Mazeppa | Municipal Building and Liquor Store | | |
| Montevideo | Church | | 4500 |
| Montgomery | Public School | | |
| " | Bank | | |
| " | Catholic Church | | |
| Moorhead | Assembly of God | | 1800 |
| Mound | Streeter Manufacturing | Display Room | |
| Mountain Lake | Mennenite Church | Auditorium | 1980 |
| New Ulm | Clauss Garage | | 2700 |
| " | Daily Journal Building | Office and Printing | 1450 |
| " | George's Bar | Bar | |
| " | George's Bar | Bowling Alley | 26000 |
| " | George's Bar | Ballroom | |
| " | Church | | 7200 |
| Northfield | Varsity Bowl | Dining Room | |
| " | St. Olaf College | Girls Dorm | 18648 |
| Park Rapids | Knapp Bldg | | 5608 |
| Paynesville | Fullerton Lumber Co | Office | |
| Plummer | Theatre | | |
| Red Wing | Station KAAA | Radio Station | |
| Remer | Hotel | Lobby | |
| Richfield | St. Peters Church | | |
| Rochester | Fullerton Lumber Company | Office | 1080 |
| " | Homestad United Brethern Church | | |
| Round Lake | Church | | |
| Russell | Municipal Bldg. | | 2160 |

NMLRP 0003816