# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 6636 | NY | 7/1/1990 | Letter from Total Enviornmental Services, Inc. | Inspection and Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 3/23/1989 | Letter with Attachments from HWM Environmental Management | Bulk Sampling for Asbestos Containing Material Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 3/2/1989 | Letter with Attachments from ASBESCO, Inc. | Sample summary and location chart and lab analysis reports for bulk sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | No Date | Memo - Total Environmental Services, Inc. | Operation & Maintenance for Surveillance of Asbestos-Containing Building Materials Until Abatement Procedures are Completed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 4/19/1990 | Report - Total Environmental Services, Inc. | Polarized Light with Dispersion Staining - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 4/5/1990 | Report - Total Environmental Services, Inc. | Polarized Light with Dispersion Staining - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 4/6/1990 | Report - Total Environmental Services, Inc. | Polarized Light with Dispersion Staining - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 5/7/1990 | Report - Total Environmental Services, Inc. | Polarized Light with Dispersion Staining - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 5/1/1971 | Invoice | W.R. Grace & Company - 600 Bags MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 6/18/1971 | Invoice | W.R. Grace & Company - 300 Bags MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 7/19/1971 | Invoice | W.R. Grace & Company - 100 Bags MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6636 | NY | 4/15/2005 | Signed Document | Signed / Dated certification to S&R that all documents have been submitted relating to ACM for WR Grace. | 100 Oak Street Hampton, SC | Speights & Runyan |