IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER CLARIFYING THE CASE MANAGEMENT ORDER FOR THE
ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES
AND RELATED ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

Upon the motion dated October 21, 2005 (the "Motion"), of the Official Committee of Asbestos Personal Injury Claimants for the entry of an order (I) clarifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities, or, in the alternative, for modification of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT the relief sought by the Motion is GRANTED.

Dated: _____, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0050301:1 }