# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 6637 | FL | Undated | Report | I. Building Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | II. Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | III. Detailed Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | IV. Summary of Homogeneous Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | V. Recommended Abatement Actions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | VI. Summary of Estimated Removal Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | VII. Bulk Sample Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | VIII. Laboratory Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | IX. Field Notes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | X. CAD Floor Plan Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | XI. Photographs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Report | XII. Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | II. Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 126 and 126A Shop Area and Storeroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | III. Detailed Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Boiler Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Chiller Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 122 - Generator Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 113 - Credit Union | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 130 - Building Manager's Office | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 116, Room 111 - East Electrical and Telephone Closet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 108 - Mail Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 124 and 124A - East Men's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 120 and 120A - East Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 110 - VA Offices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 110 - Gear Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 103 - GSA Guard Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 162 - Cafeteria | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Lobby | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 150 - Reception Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 152 and 152A - West Men's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 156 and 156A - West Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 162A - Kitchen | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Second Floor - Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 166, Room 150 - West Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | First Floor - Room 161 - ACD Telephone Unit Offices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Second Floor - Rooms 252 and 252A - West Men's Restrooms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Second Floor - Rooms 256 And 256A - West Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Second Floor - Room 216, Room 211 - East Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Third Floor - Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Second Floor - Room 226, Room 259 - West Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Second Floor - All Offices Around Core | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Third Floor - Room 303 - East Men's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Third Floor - Rooms 352 and 352A - West Men's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Third Floor - Room 312, Room 311 - East Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Third Floor - Room 304 - East Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Third Floor - All Offices around Core | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Third Floor - Rooms 356 and 356A - West Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Third Floor - Room 366, Room 369 - West Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Rooms 408 - East Men's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 403 - East Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 416, Room 411 - East Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 474B, Copy Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 466, Room 469 - West Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourt Floor - Suite 458 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 470 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 473, Employee Lounge | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 459 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Suite 475 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 471 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 401, 401A and 401B | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 457 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 418 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 407 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 413 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 404 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 412 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fourth Floor - Room 450, 454 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - East Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Room 552 - West Men's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Room 516, Room 511 - East Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - East Men's Restrooms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Room 564 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Room 556 - West Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Room 566, 559 - West Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Room 558 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Room 570 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Large Office Space and Core | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Fifth Floor - Room 502 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 616, Room 611 - East Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 652 - West Men's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Large West Office Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 656 - West Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 666, Room 669 - West Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Suite 608 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 660 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Suite 657 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Suite 624 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 610 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 620 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 621A, B and C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 623 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 619 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Suite 627 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 617 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 609 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 605 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 607 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 603 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Sixth Floor - Room 601 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Seventh Floor - Room 752 - West Men's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Seventh Floor - Room 756 - West Women's Restroom | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Seventh Floor - Corridor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Seventh Floor - Room 716, Room 711 - East Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Seventh Floor - Room 704 - Computer Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Seventh Floor - Room 766, Room 759 - West Electrical and Telephone Closets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Seventh Floor - Room 750 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Stairwell Landings - All Floors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | Seventh Floor - Large Office Area around Core | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | IV. Summary of Homogeneous Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6637 | FL | Undated | Asbestos Inspection Report and O & M Plan | V. Recommeded Abatement Actions | 100 Oak Street Hampton, SC | Speights & Runyan |