## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6937** |
| | ) | **State of Washington** |
| | ) | **General Administration Building-** |
| | ) | **Capitol Complex** |
| | ) | **Olympia, Washington** |

### CLAIMANT STATE OF WASHINGTON, GENERAL ADMINISTRATION BUILDING – CAPITOL COMPLEX (CLAIM NO. 6937) EXHIBIT LIST

Ex. 1      Claim Form

Ex. 2      MAS letter re: Bulk Sample Analysis, March 21, 2003

Ex. 3      Letter from W.V. Culver [Grace] to State of Washington, Sept. 8, 1986