# EXHIBIT 2



March 21, 2003

Mr. Edward Cottingham
Ness Motley
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

RE:  Washington Capital Complex – GA Building

Dear Mr. Cottingham:

The following is a list of bulk samples from the above referenced project in which we have identified the manufacturer of the asbestos containing surface treatment material.

| Sample # | Manufacturer / Product |
|---|---|
| 1) GA-C-1 | W.R. Grace / Zonolite Acoustical Plastic |
| 2) GA-C-2 | W.R. Grace / Zonolite Acoustical Plastic |

If you have any questions regarding this report, please do not hesitate to give me a call.

Sincerely,

William E. Longo, Ph.D.

WEL/mac

cc: M30602-003,004

Atlanta Office:
3945 Lakefield Court
Suwanee, Georgia 30024
(770) 866-3200 • FAX (770) 866-3259

Los Angeles Office:
3020 Old Ranch Parkway • Suite 300
Seal Beach, CA 90740
(562) 799-5530 • FAX (562) 799-5531

Raleigh Office:
616 Hutton Street • Suite 101
Raleigh, NC 27606
(919) 829-7041 • FAX (919) 829-5518