# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10738 | NY | 1/14/1971 | Invoice | W.R. Grace & Company - 300 Bags MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/1/2017 | Invoice | W.R. Grace & Company - 100 Bags MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | I - The Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | II - Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | III - Materials and Labor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | IV - Tools and Equipment, Temporary Facilities and Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | V - Incidental Equipment and Works | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | VI - Signs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | VII - Safeguarding Work, Etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | VIII - Accident Prevention | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | IX - Permits, Unfinished Works | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | X - Labor Disputes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XI - Meetings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XII - Guarantee | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XIII - Warranty | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XIV - Time of Performance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XV - Payments & Final Payment | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XVI - Changes | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XVII - Extras & Overtime | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XVIII - Bonds | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XIX - Terminating Contract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XX - Assignments, Etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XXI - Indemnity | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XXII - Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XXIII - Notice of Claims | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XXIV - Notices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XXV - Modifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XXVI - Parties Bond | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | XXVII - Limitation of Action | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/24/1997 | Apartment Recycle Company of Manhattan, Inc. - Subcontract Form | Schedule A - Contract Price, Alternatives & Progress Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | I - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | II - Scope of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | III - Supplemental General Conditions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | IV - Exclusions | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | V - Starting Date & Construction Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | VI - Alternatives | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | VII - Unit Prices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | VIII - Contract Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | IX - Schedule of Values | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/21/1997 | Memorandum Specification for Saw Cutting and Core Drilling | X - Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article I - The Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article II - Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article III - Materials and Labor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article IV - Tools and Equipment; Temporary Facility and Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article V - Incidental Equipment and Works | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article VI - Signs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article VII - Safeguarding Work, Etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article VII - Accident Prevention | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article IX - Permits, Unfinished Works | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article X - Labor Disputes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XI - Meetings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XII - Guarantee | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XIII - Warranty | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XIV - Time of Performance; Delays | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XV - Payments & Final Payment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XVI - Changes | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XVII - Extras & Overtime | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XVIII - Bonds | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XIX - Terminating Contract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XX - Assignments, Etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XXI - Indemnity | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XXII - Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XXIII - Notice of Claims | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XXIV - Notices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XXV - Modifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XXVI - Parties Bound | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Article XXVII - Limitation of Action | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Schedule A to Subcontract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Description of Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Labor and Materials to be Furnished by Subcontractor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Drawings, Plans and Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Contract Price | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Asbestos Abatement | Progress Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 1 - Description of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 2 - Sequence of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 3 - Insurance / Bonding Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 4 - General Conditions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1 - Definitions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.1 - ACC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.2 - Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.3 - Aggressive Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.4 - AIHA | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.5 - Air Lock | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.6 - Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.7 - Ambient Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.8 - Amended Water | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.9 - ANSI | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.10 - Approved Safety and Health Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.11 - Area Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.12 - Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.13 - Asbestos Contaminated Objects | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.14 - Asbestos Containing Building Material (ACBM) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.15 - Asbestos Containing Waste Material | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.16 - Asbestos Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.17 - Asbestos Removal Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.18 - ASTM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.19 - Authorized Visitor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.20 - Background Level Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.21 - Baseline Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.22 - Building Manager | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.23 - Building Owner | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.24 - Clean | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.25 - Clean Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.26 - Clearance Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.27 - Client | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.28 - Consultant | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.29 - Curtained Doorway | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.30 - Decontamination Enclosure System | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.31 - Department | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.33 - Encapsulant (sealant) or Encapsulating Agent | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.34 - Encapsulation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.35 - Enclosure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.36 - EPA | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.37 - Equipment Decontamination Enclosure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.38 - Equipment Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.39 - Fiber | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.40 - Fixed Object | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.41 - Friable Asbestos Material | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.42 - Glovebag Technique | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.43 - HEPA Filter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.44 - HEPA Filter Equipped Unit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.45 - HEPA Vacuum Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.46 - Holding Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.47 - Homogeneous Work Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.48 - Incidental Exposure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.49 - Industrial Hygienist | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.50 - Isolation Barrier | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.51 - Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.52 - Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.53 - Movable Object | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.54 - NESHAP's | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.55 - NIOSH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.56 - Occupied Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.57 - OSHA | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.58 - Outside Air | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.59 - Personal Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.60 - Personal Protective Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.61 - Plasticize | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.62 - Prior Experience | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.63 - Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.64 - Renovation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.65 - Replacement Material | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.66 - Respiratory Protection Standard | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.67 - Shift | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.68 - Shower Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.69 - Staging Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.70 - Strip | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.71 - Structural Member | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.72 - Surfactant | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.73 - Visible Emissions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.74 - Washrooms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.75 - Water Leaks | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.76 - Wet Cleaning | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.77 - Work Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.78 - Work Site | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.1.79 - Worker Decontamination Unit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.2 - Pre-Abatement Meeting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.3 - Work Progress Meetings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.4 - Contractors Standard Asbestos Operating Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.5 - Abatement Personnel Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | No Date | ACBM Removal Procedures | 4.5.1 - AAC Supervisor Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | No Date | ACBM Removal Procedures | 4.5.2 - AAC Workmen Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.5.3 - Restricted Handler-Allied Trades | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.6 - Respiratory Protection Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.7 - Personal Protection Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.8 - Emergency Precaution and Planning | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.9 - Fire-Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.9.1 - Fire Watch | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.9.2 - Fire Alarm System | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.9.3 - Fire Stopping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.10 - Decontamination Facilities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.11 - Work Place Entry and Exit Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.11.1 - Personnel Entry & Exit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.11.2 - Equipment and Waste Decontamination Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.12 - Engineering and Exposure Controls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.13 - Barrier and Decontamination Facilities Maintenance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.14 - Materials and Equipment Provided by the AAC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 4.15 - Applicable Publications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 5 - Special Conditions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 6 - Execution-General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 6.1 - General Area Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 7 - Execution-Area Containment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 7.1 - Phasing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 7.2 - HVAC System Isolation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 7.3 - Engineering Controls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 7.4 - Below Ceiling Critical Barrier Insulation | 100 Oak Street Hampton, SC | Speights & Runyan |

49

| 10738 | NY | No Date | ACBM Removal Procedures | 7.5 - Wall Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | No Date | ACBM Removal Procedures | 7.6 - Floor Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 7.7 - Selected Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 7.8 - ACBM Removal Activities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 8 - Clean-Up Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 9 - Disposal and Waste Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 9.1 - The AAC will maintain compliance with the strictest set of applicable regulations, and be responsible for all regulatory compliance. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 9.2 - When presenting Asbestos Containing Waste (ACW) for storage at the generation site | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 9.3 - When presenting ACW for Storage away from the site of generation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 9.4 - When storing ACW | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 9.5 - When presenting ACW for transport | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 9.6 - When transporting ACW | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 9.7 - When ACW is present for disposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 9.8 - Disposal of ACW | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 9.9 - Waste Manifests | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 10 - Inspections and Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 10.1 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 10.2 - Preparation Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 10.3 - Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 10.4 - Air Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 10.5 - Cleaning's Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 10.6 - Final Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | 10.7 - Post-Abatement Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | No Date | ACBM Removal Procedures | Section 11 - Re-Insulation and Fire-Proofing | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | No Date | ACBM Removal Procedures | Section 12 - Post-Project Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | Part 1 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.01 - General Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.02 - Related Work Specified Elsewhere | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.03 - Quality Assurances | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.04 - Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.05 - Delivery, Storage & Handling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.06 - Existing Conditions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.07 - Environmental Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.08 - Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.09 - Sequencing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 1.10 - Warranty | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | Part 2 - Products | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 2.01 - Acceptable Manufacturers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 2.02 - Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 2.03 - Auxiliary Fireproofing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 2.04 - Mixing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | Part 3 - Execution | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 3.01 - Area Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 3.02 - Examination | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 3.03 - Surface Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 3.04 - Application | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 3.05 - Patching, Repairing, Cleaning and Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07256 - Replacement Fireproofing | 3.06 - Field Quality Control | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | Part 1 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.01 - General Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.02 - Related Work Specified Elsewhere | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.03 - Quality Assurances | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.04 - Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.05 - Delivery, Storage & Handling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.06 - Existing Conditions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.07 - Environmental Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.08 - Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.09 - Sequencing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 1.10 - Warranty | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | Part 2 - Products | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 2.01 - Acceptable Manufacturers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 2.02 - Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 2.03 - Auxiliary Fireproofing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 2.04 - Mixing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | Part 3 - Execution | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 3.01 - Area Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 3.02 - Examination | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 3.03 - Surface Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 3.04 - Application | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 3.05 - Patching, Repairing, Cleaning and Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 2/20/1996 | Section 07255 - Cementitious Fireproofing | 3.06 - Field Quality Control | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 11/9/2001 | Letter with Attachments (9 pgs.) | RE: Asbestos Abatement Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | A - General Description of Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | Phase I - Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | Phase II - Description | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | B - Special Conditions - Phase I and II | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | C - Typical Conditions - Phase I and II | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | D - Mechanical Systems | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | E - Services Provided by Others | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | F - Services Provided by Subcontractor at No Charge in Contract Price | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | G - Intentionally Omitted | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | H - Contract Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | I - Intentionally Omitted | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | J - Intentionally Omitted | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | K - Intentionally Omitted | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | L - Labor Harmony | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | M - Electric | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | N - Order of Precedence | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | O - Addendum No. 1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 1 - Subcontractor to assume existing contracts | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 2 - Permits | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 3 - Occupied Building (Phase I) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 4 - Furnishings & Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 5 - Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 6 - Curtain Wall | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 7 - Housekeeping | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 8 - Debris | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 9 - Temporary Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 10 - Intentionally Omitted | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 11 - Intentionally Omitted | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 12 - Fireproofing Re-Spray | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 13 - Project Safety Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 14 - Stairwells | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 15 - Concrete Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 16 - Sprinkler | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 17 - Class E Alarm | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 18 - Intentionally Omitted | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 19 - Critical Barriers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 20 - OSHA | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 21 - Brewbakers Coffee Shops (ST1A and ST3) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 22 - 14th Floor Mechanical Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 23 - Previous Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 24 - Disposal of Regulated Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 25 - Fulton Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 26 - Exterior Hoist | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10738 | NY | 3/19/1996 | Memorandum Specification for Demolition, ACM Abatement and Spray Fireproofing | 27 - Contract Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10738 | NY | 3/19/1996 | Exhibit No. 4 - Alternates to Contract Price | Alternate 1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Exhibit No. 4 - Alternates to Contract Price | Alternate 2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 3/19/1996 | Exhibit No. 4 - Alternates to Contract Price | Alternate 3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 1/25/2002 | Letter | Per GCI Environmental Advisory, Inc., NY - the total square feet of asbestos materials to be removed from building is 1,500,000. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10738 | NY | 11/20/2001 | Letter with Attached Documents | Waste Manifest Documentation for the abatement of 127 John Street Building. | 100 Oak Street Hampton, SC | Speights & Runyan |