# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 6639 | CA | 1/1973 | S&R - JS-39 | Jobsite Information (5000 Bags - MK-3) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 1/1973 | S&R - JS-28 | Jobsite Information (5000 Bags - MK-3) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 10/29/1985 | Letter with Survey for the Presence of Asbestos Containing Building Materials | Industrial Hygiene Survey for Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 10/29/1985 | Letter with Survey for the Presence of Asbestos Containing Building Materials | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 10/29/1985 | Letter with Survey for the Presence of Asbestos Containing Building Materials | Study Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 10/29/1985 | Letter with Survey for the Presence of Asbestos Containing Building Materials | Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 10/29/1985 | Letter with Survey for the Presence of Asbestos Containing Building Materials | Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 10/29/1985 | Letter with Survey for the Presence of Asbestos Containing Building Materials | Bulk Asbestos Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 2/9/1986 | Letter with Report on Sampling for Airborne Asbestos Fibers | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 2/9/1986 | Letter with Report on Sampling for Airborne Asbestos Fibers | Summary of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 2/9/1986 | Letter with Report on Sampling for Airborne Asbestos Fibers | Equipment and Study Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 2/9/1986 | Letter with Report on Sampling for Airborne Asbestos Fibers | Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 5/6/1986 | Report on Asbestos Sampling | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 5/6/1986 | Report on Asbestos Sampling | Equipment and Study Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 5/6/1986 | Report on Asbestos Sampling | Results | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6639 | CA | 9/19/1985 | Second Floor Survey for the Presence of Asbestos Containing Building Materials | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 6639 | CA | 9/19/1985 | Second Floor Survey for the Presence of Asbestos Containing Building Materials | Study Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 9/19/1985 | Second Floor Survey for the Presence of Asbestos Containing Building Materials | Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 9/19/1985 | Second Floor Survey for the Presence of Asbestos Containing Building Materials | Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 9/19/1985 | Second Floor Survey for the Presence of Asbestos Containing Building Materials | Table 1 - Bulk Sample Results, Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 9/19/1985 | Second Floor Survey for the Presence of Asbestos Containing Building Materials | Table 2 - Eden Hospital, Second Floor, Pipe Measurements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 7/8/1988 | Transmittal | Survey being sent via mail | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 6/22/1987 | Environmental Hazard Survey Report | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 6/22/1987 | Environmental Hazard Survey Report | Environmental Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 6/22/1987 | Environmental Hazard Survey Report | Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 6/22/1987 | Environmental Hazard Survey Report | Asbestos Sampling Locations Map | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 6/22/1987 | Environmental Hazard Survey Report | Results of Asbestos Sampling Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 6/22/1987 | Environmental Hazard Survey Report | Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6639 | CA | 6/22/1987 | Environmental Hazard Survey Report | Sample Data Sheet | 100 Oak Street Hampton, SC | Speights & Runyan |