# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10683 (11079 Dupl.) | CA | 12/1966 | California Platerer Brochure | Article | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10683 (11079 Dupl.) | CA | 1/1967 | Plastering Industries Brochure | Article | 100 Oak Street Hampton, SC | Speights & Runyan |