# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10524 | MN | 10/27/1966 | Western Mineral Products Inter-Office Memo with Attachments | Monokote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10524 | MN | 10/27/1966 | Western Mineral Products Inter-Office Memo with Attachments | 1961 Mono-Kote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10524 | MN | 10/4/1966 | Letter with Attachments | Partial List of Mono-Kote Fireproofing Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10524 | MN | 10/4/1966 | Letter with Attachments | Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |