**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6941** |
| | ) | **State of Washington** |
| | ) | **WSU Daggy Hall, Bldg. #0803** |
| | ) | **College Avenue** |
| | ) | **Pullman, Washington** |

**CLAIMANT STATE OF WASHINGTON, WSU**
**DAGGY HALL, BLDG. #0803 (CLAIM NO. 6941) EXHIBIT LIST**

Ex. 1    Bulk Sample Analysis, Environmental Hazards Services, Inc., March 30, 1998

Ex. 2    Letters re: WSU Speech Building (Daggy Hall) bids for Monokote, March 4, 1971

Ex. 3    Letter from James M. Hughes to Rachel R. Schulman, Oct. 6, 2005

Ex. 4    Letter from W.V. Culver [Grace] to State of Washington, Sept. 8, 1986

Ex. 5    Air Sampling Results, July 7, 1997

Ex. 6    Claim Form