# EXHIBIT 1

# ENVIRONMENTAL HAZARDS SERVICES, INC.

**7469 WHITE PINE ROAD - RICHMOND, VA 23237**
**804-275-4788   FAX 804-275-4907**

## BULK ASBESTOS SAMPLE ANALYSIS SUMMARY

| **CLIENT:** | Environmental Health & Safety<br>P.O. Box 641172<br>Washington State University<br>Pullman, WA 99164 | **DATE OF RECEIPT:** 30 MAR 1998<br>**DATE OF ANALYSIS:** 30 MAR 1998<br>**DATE OF REPORT:** 30 MAR 1998 |
|---|---|---|

**EHS PROJECT #:**   03-98-3108
**PROJECT:**

| EHS SAMPLE # | CLIENT SAMPLE #/<br>LABORATORY GROSS DESCRIPTION | % ASBESTOS | OTHER MATERIALS |
|---|---|---|---|
| 01 | EHS-980018A/<br>White Fib. | 10% Chrysotile<br>10% Total Asbestos | 90% Non-Fibrous |
| 02 | EHS-980018B/<br>White Fib. | 10% Chrysotile<br>10% Total Asbestos | 90% Non-Fibrous |
| 03 | EHS-980018C/<br>White Fib. | 10% Chrysotile<br>10% Total Asbestos | 90% Non-Fibrous |

**METHOD:**   Polarized Light Microscopy, EPA Method 600/R-93/116

**ANALYST:**   Mark Case

**Reviewed By Authorized Signatory:** _____
☑ *Howard Varner, Laboratory Director;* or
☐ *Irma Faszewski, Quality Assurance Coordinator;* or
☐ *David Xu, M.S., Senior Chemist;* or
☐ *Feng Jiang, M.S., Senior Geologist*

Results represent the analysis of samples submitted by the client. Sample location, description, area, volume, etc., was provided by the client. This report cannot be used by the client to claim product endorsement by NVLAP or any agency of the U.S. Government. This report shall not be reproduced except in full, without the written consent of Environmental Hazards Services, Inc.

Environmental Hazards Services, Inc. recommends reanalysis by point count (for more accurate quantification) or Transmission Electron Microscopy (TEM), for enhanced detection capabilities) for materials regulated by the EPA NESHAP (National Emission Standards for Hazardous Air Pollutants) and found to contain less than ten percent (<10%) asbestos by polarized light microscopy (PLM). Both services are available for an additional fee.

**LEGEND**   NAD = no asbestos detected
                      SCF = suspected ceramic fibers

plm1.dot/23MAR1998/ dpb

-- PAGE 01 of 01 -- END OF REPORT --

EHS 03-98-3108
3 PLM

# Chain of Custody

*From:*

**Address:** Environmental Health & Safety
PO Box 641172
Washington State University
Pullman, WA 99164

**Phone:** 509/335-3041
**FAX:** 509/335-4442
**Contact:** Robyn Herring
**Purchase Order:** B135301

*Project:* _____

*To:*

**Address:** Environmental Hazards Services, Inc.
7469 White Pine Rd.
Richmond, VA, 23237

**Phone:** 804-275-4788
**FAX:** 804-275-4907

*Date:* March 24, 1998

| Sample Number | Location | Pump # | Flow | Min | Volume | Matrix | Analysis | Turnaround |
|---|---|---|---|---|---|---|---|---|
| EHS-980013A to C | Bryan: 100N, Hall, 400 | | | | | | Asbestos | Standard |
| EHS-980014A to C | Bryan: 109, 206B, 304 | | | | | | Asbestos | Standard |
| EHS-980015A to C | Bryan: 404 | | | | | | Asbestos | Standard |
| EHS-980016A to C | Carpenter: 108A, 304, 404 | | | | | | Asbestos | Standard |
| EHS-980017A to C | Daggy: 12, 134, 335 | | | | | | Asbestos | Standard |
| EHS-980018A to C | Daggy: 213 | | | | | | Asbestos | Standard |
| | | | | | | | | |
| | | | | | | | | |

Relinquished by: [signature]   Received by: [signature]   032098/0820 date/time   Sampler Name & Signature: Robyn Herring

Relinquished by:   Received by:   date/time

Relinquished by:   Received by:   date/time   Comments: