# EXHIBIT 2

**GRACE**

# ZONOLITE
DIVISION W. R. GRACE & CO.

7190535

EXH. 57   DATE 6-26-86
WITNESS Culver
Susan Cannon
Court Reporter

March 4, 1971

Gordon Brown, Inc.
6715 Empire Way South
Seattle, Washington

        Subject: W.S.U Speech Building

Gentlemen:

The Washington State University speech building bids March 16 with an Approved Applicator of Mono Kote specification. We will be advising the general plan holders that you will be bidding it as approved applicators.

An addendum should issue changing the rating on the interior columns and beams to three hours instead of four hours.

                              Very truly yours,

                              William V. Culver
                              District Manager

WVC:mj

NMLRP 0017323

**GRACE**

## ZONOLITE
DIVISION W. R. GRACE & CO.

7190538

EXH. 60 DATE 6-26-86
WITNESS Culver
Susan Cannon
Court Reporter

March 4, 1971

C.J. Lantz Company
2015 Center Street
Tacoma, Washington

Gentlemen:

The Washington State University speech building bids March 16 with an Approved Applicator of Mono Kote specification. We will be advising the general plan holders that you will be bidding it as approved applicators.

An addendum should issue changing the rating on the interior columns and beams to three hours instead of four hours.

Very truly yours,

William V. Culver
District Manager

WVC:mp

NMLRP 0017324