# EXHIBIT 5

# Asbestos Air Sample Data Sheet
W.S.U. Physical Plant

| | | | | | For Analytical Lab Use Only |
|---|---|---|---|---|---|
| Organization | Location | Building or Area | Murano ~~Hall~~ Rm 370 | Lab Name | Analek Labs |
| Street Address | | Project Name | Daggit Hall | Received by Lab 7/3/97 | Analysis Complete 7/3/97 |
| City/State/Zip | | SORT SAMPLE NUMBER: A13986 | CN 175 | Analyzed by Todd Tapescio | |
| | | Sampled By | Bruce McDonald | Analyst Signature | [signature] |

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Controls, Protective Equipment in use (2)* Observations. | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|
| D-1 7/3/97 Pre Sample | 1:00 2:30 90 min | 12 | 1080 | Resp. Bruce McDonald Dave Benson W.O. 161323 | 1/100 | 0.001 | <0.001 |

Code:*
(1) A = Area
    B = Breathing Zone
    C = Clearance
    G = Glove Bag
    H = HEPA Fan Exhaust
    I = Inside Regulated Area
    O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure

(2) A = Supplied Air
    C = Coveralls and Hood
    D = Decontamination Area
    F = Full Face Respirator
    H = HEPA Vacuum
    M = 1/2 face HEPA Respirator
    N = Negative Air
    P = PAPR
    S = Shower

X = Aggressive

**EMPLOYEES IN ENCLOSURE AREA:**

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

**Billing Information**

23465