# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10918 | AR | 11/12/1968 | Invoice | W. R. Grace & Company (Acoustical Plaster - Tan) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 10/25/1968 | Invoice | W. R. Grace & Company (Acoustical Plaster - Tan) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Arkansas Department of Environmental Quality - Asbestos Notice of Intent | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Abatement Start / End Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Contractor / Consultant Name, Address & Contact Person | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Facility Owner Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Name of Structure(s) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Project Designer Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Inspector Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Air Monitor Contractor Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Amount & Type of ACM to be Abated | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Description of Planned Demolition or Renovation Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Waste Transporter Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Waste Disposal Site Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10918 | AR | 1/22/2002 | Arkansas State NESHAP Documents | Asbestos Priority Rating Form | 100 Oak Street Hampton, SC | Speights & Runyan |