# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10746 | WV | 4/7/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 4/18/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 6/8/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 6/29/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 10/13/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 4/17/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 3/30/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 3/9/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 3/22/1972 | Shipping Ticket | Shipping Ticket for Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 3/2/1972 | Shipping Ticket | Shipping Ticket for Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 6/29/1971 | Memo | Memo referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | 12/3/1971 | Letter | Price protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10746 | WV | Undated | Job list | Job list showing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |