# Exhibit 1

44

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10685 | CA | 5/1968 | California Plasterer Brochure | Article on Building | 100 Oak Street Hampton, SC | Speights & Runyan |