# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10919 | CA | 11/2/1972 | Mono-Kote Job List | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |