# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6942** |
| | ) | **State of Washington** |
| | ) | **WSU Dana Hall, Bldg. #0056** |
| | ) | **Spokane Street** |
| | ) | **Pullman, Washington** |

## CLAIMANT STATE OF WASHINGTON, WSU DANA HALL, BLDG. #0056 (CLAIM NO. 6942) EXHIBIT LIST

Ex. 1    Claim Form

Ex. 2    Exhibit 2 to Bar Date Notice

Ex. 3    MAS Letter re: Bulk Sample Analysis, March 21, 2003

Ex. 4    Letter from W.V. Culver [Grace] to State of Washington, Sept. 8, 1986

Ex. 5    Air Sampling Results, June 18, 1999