# EXHIBIT 5

# Mountain Laboratories
Division of MCS Environmental, Inc.

10905 E. Montgomery Avenue, Suite 1
Spokane, Washington 99206
(509) 924-9236 • Fax (509) 924-2287

2104 S. Reserve Street • Missoula, Montana 59801
1-800-735-7095 • (406) 728-7755
Fax (406) 728-7367

NVLAP

June 18, 1999

*In Computer copy to Bruce + Robyn*

Washington State University
Pamela Burau
Physical Plant
PO Box 641150
Pullman, WA 99164-1150

Project Name: Dana Hall - CN 175

Dear Ms. Burau,

This report contains the results of the air samples submitted to us on June 17, 1999 in conjunction with your project. The air samples were analyzed for fiber content and concentration, fibers per square millimeter of filter area ($f/mm^2$) and fibers per cubic centimeter of air sampled (f/cc) using the following methodology:

NIOSH method 7400, "Fibers", August 15, 1987 revision.

Mountain Laboratories participates in the Proficiency Analytical Testing (PAT) Program for air sample analysis, governed by the American Industrial Hygiene Association (AIHA).

This report contains a summary of the laboratory results, chain of custody information and any other sample specific information submitted by the client. The invoice for this service will be submitted separately.

It has been our pleasure providing Washington State University with these analytical services. If you have any questions regarding this report, or if we can provide any additional services, please do not hesitate to contact me.

Sincerely,

Karen L. Drader
Laboratory Manager
MCS Environmental
Mountain Laboratories

Enclosures
55851518,527

Polarized Light Microscopy, NVLAP Accreditation • Phase Contrast Microscopy, PAT Participant

# PCM ANALYSIS REPORT

Washington State University
Pamela Burau
Physical Plant
PO Box 641150
Pullman, WA 99164-1150

Project Name: Dana Hall - CN 175

Date analyzed: 06/17/99
MCS Client Lab #: 5585

Lab ID#: A99-1518 thru A99-1527
Analyst: Patrick Blair

| Client Number | Sample Type | Sample Date | Time (min) | Flow l/m | Volume Liters | Fiber/ Fields | F/CC |
|---|---|---|---|---|---|---|---|
| A1513 | P | 06/11/99 | 150 | 10.0 | 1500 | 16/100 | 0.005 |
| A1514 | P | 06/11/99 | 150 | 10.0 | 1500 | 19.5/100 | 0.006 |
| A1515 | P | 06/11/99 | 150 | 10.0 | 1500 | 13.5/100 | 0.004 |
| A1516 | P | 06/11/99 | 150 | 10.0 | 1500 | 10.5/100 | 0.003 |
| A1517 | P | 06/11/99 | 150 | 10.0 | 1500 | 18/100 | 0.006 |
| A1518 | P | 06/11/99 | 150 | 10.0 | 1500 | 8/100 | 0.003 |
| A1519 | P | 06/11/99 | 150 | 10.0 | 1500 | OVERLOAD | OVERLOAD |
| A1520 | P | 06/11/99 | 150 | 10.0 | 1500 | 34.5/100 | 0.008 |
| N/S | BLANK | 06/11/99 | N/A | N/A | N/A | .5/100 | N/A |
| N/S | BLANK | 06/11/99 | N/A | N/A | N/A | 1/100 | N/A |

A1513    Pre-abatement sample.

A1514    Pre-abatement sample.

A1515    Pre-abatement sample.

A1516    Pre-abatement sample.

A1517    Pre-abatement sample.

A1518    Pre-abatement sample.

A1519    Pre-abatement sample, OVERLOAD.

A1520    Pre-abatement sample.

Blank sample.

Blank sample.

### Client Sample Codes
B = Breathing Zone; E = Excursion; A = Area; I = Inside regulated area; O = Outside regulated area; P = Pre-abatement; CL = Clearance; H = HEPA exhaust; C = Ceiling; FL = Field blank; PA = Post-abatement; F/O = Filter overload.

Samples submitted by the client for analysis. Mountain Laboratories, Division of MCS Environmental, limits warranty to proper analysis methods and takes no responsibility for sample procurement.

Reviewed by: [signature]    Date: 6/22/99

## CHAIN OF CUSTODY FORM
## ASBESTOS IN AIR ANALYSIS

**FROM:** Washington State University
Physical Plant
PO Box 641150
Pullman, WA 99164-1150

Phone: (509) 335-9007
Fax: (509) 335-9366
Contact: Pam Burau

**TO:** MCS Environmental
10905 Montgomery Suite #2
Spokane, WA 99206

(509) 924-9236

Sampler Name: Robyn Henry
Date Sample Taken: 6/11/99
Today's Date: 6/14/99

B178573

### SAMPLE INFORMATION

| Sample Number Sample Type Date Taken | Location | Pump # | Start Time Stop Time Total Minutes | Flow Rate: L/min | Volume | Fibers/Fields | Fibers per cc | Fibers per mm$^2$ |
|---|---|---|---|---|---|---|---|---|
| A1513 PRE 6/11/99 | Dam | 5 | 150 | 10 | 1500 | 16/100 | 0.005 | 20.566 |
| A1514 | " | 2 | 150 | 10 | 1500 | 19.5/100 | 0.006 | 25.069 |
| A1515 | " | 6 | 150 | 10 | 1500 | 13.5/100 | 0.004 | 17.352 |
| A1516 | " | 2 | 150 | 10 | 1500 | 10.5/100 | 0.003 | 13.496 |

Relinquished By: JoAnn Hartz    Received By: P. Blair    Date/Time: 6/11/99 / 3:45 pm

Relinquished By: _____    Received By: _____    Date/Time: _____

**CHAIN OF CUSTODY FORM**
**ASBESTOS IN AIR ANALYSIS**

FROM: Washington State University
Physical Plant
PO Box 641150
Pullman, WA 99164-1150

Phone: (509) 335-9007
Fax: (509) 335-9366
Contact: Pam Burau

TO: MCS Environmental
10905 Montgomery Suite #2
Spokane, WA 99206

(509) 924-9236

Sampler Name: _____
Date Sample Taken: _____
Today's Date: _____

B178573

## SAMPLE INFORMATION

| Sample Number Sample Type Date Taken | Location | Pump # | Start Time Stop Time Total Minutes | Flow Rate: L/min | Volume | Fibers/Fields | Fibers per cc | Fibers per mm$^2$ |
|---|---|---|---|---|---|---|---|---|
| A1517 PRE 6/11/99 | Dane | 3 | 150 | 10 | 1500 | 13/100 | 0.006 | 23.136 |
| A1518 PRE 6/11/99 | " | 3 | 150 | 10 | 1500 | 8/100 | 0.003 | 10.283 |
| A1519 PRE 6/11/99 | " | 5 | 150 | 10 | 1500 | Overloaded | | |
| A1520 PRE 6/11/99 | " | 6 | 150 | 10 | 1500 | 24.5/100 | 0.008 | 31.49 |

Relinquished By: _____[signature]_____ Received By: __P. Blan__ Date/Time: 6/11/99 3:45pm

Relinquished By: _____ Received By: _____ Date/Time: _____

| Asbestos Air Sample Data Sheet W.S.U. Physical Plant | | | | | | For Analytical Lab Use Only | | | |
|---|---|---|---|---|---|---|---|---|---|
| Organization | | | Location WSU | | | Lab Name MCS | | | |
| Street Address | | | Building or Area DANA HALL | | | Received by Lab _____ Analysis Complete ✓ | | | |
| City/State/Zip | | | SORT SAMPLE NUMBER: A 1513 Project Name CN175 Sampled By ROBYN HERRING | | | Analyzed by P. Blair Analyst Signature _____ | | | |
| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

EMPLOYEES IN ENCLOSURE AREA:

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

**Organization:** W.S.U. Physical Plant
**Street Address:** _____
**City/State/Zip:** _____

**Location:** WSU
**Building or Area:** DANA HALL
**SORT SAMPLE NUMBER:** A 1514
**Project Name:** CN175
**Sampled By** ROBYN HERRING

### For Analytical Lab Use Only
**Lab Name:** MCS
**Received by Lab:** ✓  Analysis Complete ✓
**Analyzed by:** P. Blan
**Analyst Signature:** _____

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

**Code \***

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

**EMPLOYEES IN ENCLOSURE AREA:** _____

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use.  (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet
W.S.U. Physical Plant

Organization _____

Street Address _____

City/State/Zip _____

Location **WSU**

Building or Area **DANA HALL**

SORT SAMPLE NUMBER: **A 1515**

Project Name **CN175**

Sampled By **ROBYN HERRING**

### For Analytical Lab Use Only

Lab Name **MCS**

Received by Lab ✓  Analysis Complete ✓

Analyzed by **P. Blair**

Analyst Signature _____

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure

X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

**EMPLOYEES IN ENCLOSURE AREA:** _____

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

| Asbestos Air Sample Data Sheet W.S.U. Physical Plant | | | | Location WSU Building or Area DANA HALL Project Name CN175 SORT SAMPLE NUMBER: A 1516 Sampled By ROBYN HERRING | | | For Analytical Lab Use Only Lab Name WCS Received by Lab ✓ Analysis Complete Analyzed by P. Blay Analyst Signature | | |
|---|---|---|---|---|---|---|---|---|---|
| Organization Street Address City/State/Zip | | | | | | | | | |
| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

EMPLOYEES IN ENCLOSURE AREA:

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

W.S.U. Physical Plant

Organization: _____
Street Address: _____
City/State/Zip: _____

Location: **WSU**
Building or Area: **DANA HALL**
SORT SAMPLE NUMBER: **A 1517**
Project Name: **CN175**
Sampled By: **ROBYN HERRING**

**For Analytical Lab Use Only**

Lab Name: **MCS**
Received by Lab: ✓   Analysis Complete ✓
Analyzed by: **P·Blair**
Analyst Signature: _____

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location; Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

EMPLOYEES IN ENCLOSURE AREA: _____

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

| Asbestos Air Sample Data Sheet W.S.U. Physical Plant | | | | | | For Analytical Lab Use Only | | | |
|---|---|---|---|---|---|---|---|---|---|
| Organization | | | | | | Lab Name | MCS | | |
| Street Address | | | | | | Received by Lab ✓ Analysis Complete | | | |
| | | | | | | Analyzed by | P.B14N | | |
| City/State/Zip | | | | | | Analyst Signature | | | |

Location WSU
Building or Area DANA HALL
SORT SAMPLE NUMBER: A 1518
Project Name CN175
Sampled By ROBYN HERRING

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

EMPLOYEES IN ENCLOSURE AREA:

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9907! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

## Asbestos Air Sample Data Sheet

**Organization:** W.S.U. Physical Plant
**Street Address:**
**City/State/Zip:**

**Location:** WSU
**Building or Area:** DANA HALL
**SORT SAMPLE NUMBER:** A 1519
**Project Name:** CN175
**Sampled By:** ROBYN HERRING

### For Analytical Lab Use Only

**Lab Name:** MCS
**Received by Lab:** ✓ Analysis Complete
**Analyzed by:** P. Blan
**Analyst Signature:**

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

**Code ***

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

**EMPLOYEES IN ENCLOSURE AREA:**

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet
W.S.U. Physical Plant

Organization: _____
Street Address: _____
City/State/Zip: _____

Location: **WSU**
Building or Area: **DANA HALL**
SORT SAMPLE NUMBER: **A 1513**
Project Name: **CN175**
Sampled By: **ROBYN HERRING**

### For Analytical Lab Use Only

Lab Name: _____
Received by Lab: _____ Analysis Complete _____
Analyzed by: _____
Analyst Signature: _____

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vacuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

**EMPLOYEES IN ENCLOSURE AREA:**

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet
W.S.U. Physical Plant

Organization _____

Street Address _____

City/State/Zip _____

Location **WSU**

Building or Area **DANA HALL**

**SORT SAMPLE NUMBER: A 1514**

Project Name **CN175**

Sampled By **ROBYN HERRING**

*For Analytical Lab Use Only*

Lab Name _____

Received by Lab _____ Analysis Complete _____

Analyzed by _____

Analyst Signature _____

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vacuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

**EMPLOYEES IN ENCLOSURE AREA:** _____

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet
W.S.U. Physical Plant

Organization: _____
Street Address: _____
City/State/Zip: _____

Location: **WSU**
Building or Area: **DANA HALL**
SORT SAMPLE NUMBER: **A 1515**
Project Name: **CN175**
Sampled By: **ROBYN HERRING**

For Analytical Lab Use Only

Lab Name: _____
Received by Lab: _____  Analysis Complete _____
Analyzed by: _____
Analyst Signature: _____

| Sample Number. Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

**EMPLOYEES IN ENCLOSURE AREA:**

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet
W.S.U. Physical Plant

Organization _____

Street Address _____

City/State/Zip _____

Location **WSU**

Building or Area **DANA HALL**

SORT SAMPLE NUMBER: **A 1516**

Project Name **CN175**

Sampled By **ROBYN HERRING**

*For Analytical Lab Use Only*

Lab Name _____

Received by Lab _____ Analysis Complete _____

Analyzed by _____

Analyst Signature _____

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vacuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

EMPLOYEES IN ENCLOSURE AREA: _____

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

**Organization:** W.S.U. Physical Plant
**Street Address:**
**City/State/Zip:**

**Location:** WSU
**Building or Area:** DANA HALL
**Project Name:** CN175
**SORT SAMPLE NUMBER: A 1517**
**Sampled By:** ROBYN HERRING

### For Analytical Lab Use Only

**Lab Name:**
**Received by Lab:**          **Analysis Complete**
**Analyzed by:**
**Analyst Signature:**

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

**EMPLOYEES IN ENCLOSURE AREA:**

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use.   (Revised 12/88 LB)

| Asbestos Air Sample Data Sheet | | | | | For Analytical Lab Use Only | | | |
|---|---|---|---|---|---|---|---|---|
| W.S.U. Physical Plant | | | | | | | | |
| Organization _____ | Location WSU | | | | Lab Name _____ | | | |
| Street Address _____ | Building or Area DANA HALL | | | | Received by Lab _____ Analysis Complete _____ | | | |
| City/State/Zip _____ | SORT SAMPLE NUMBER: A 1518 | | | | Analyzed by _____ | | | |
| | Project Name CN175 | | | | Analyst Signature _____ | | | |
| | Sampled By ROBYN HERRING | | | | | | | |
| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

EMPLOYEES IN ENCLOSURE AREA:

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vaccuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9007! THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use.   (Revised 12/88 LB)

## Asbestos Air Sample Data Sheet

W.S.U. Physical Plant

Organization _____

Street Address _____

City/State/Zip _____

Location **WSU**

Building or Area **DANA HALL**

SORT SAMPLE NUMBER: **A 1519**

Project Name **CN175**

Sampled By **ROBYN HERRING**

*For Analytical Lab Use Only*

Lab Name _____

Received by Lab _____ Analysis Complete _____

Analyzed by _____

Analyst Signature _____

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A1513 6/11/99 | 1:00 3:00 150 | 10 | 1500 | | pre | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vacuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

**EMPLOYEES IN ENCLOSURE AREA:**

PLEASE CALL PAMELA BURAU WITH RESULTS (509) 335-9071 THANK YOU!

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

## CHAIN OF CUSTODY FORM
## ASBESTOS IN AIR ANALYSIS

FROM: Washington State University
Physical Plant
PO Box 641150
Pullman, WA 99164-1150

Phone: (509) 335-9007
Fax: (509) 335-9366
Contact: Pam Burau

TO: MCS Environmental
10905 Montgomery Suite #2
Spokane, WA. 99206

(509) 924-9236

Sampler Name: _Philip Henri_
Date Sample Taken: 6/11/99
Today's Date: 6/14/99

B178573

### SAMPLE INFORMATION

| Sample Number Sample Type Date Taken | Location | Pump # | Start Time Stop Time Total Minutes | Flow Rate: L/min | Volume | Fibers/Fields | Fibers per cc | Fibers per mm$^2$ |
|---|---|---|---|---|---|---|---|---|
| A1513 PRE 6/11/99 | Dryer | 5 | | | | | | |
| A1514 | " | 2 | | | | | | |
| A1515 | " | 5 | | | | | | |
| A1516 | " | 2 | | | | | | |

Relinquished By: _JoAnn Hartz_  Received By: _____  Date/Time: 6/14/99 3:45pm

Relinquished By: _____  Received By: _____  Date/Time: _____