# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10747 | NY | 4/14/2005 | Letter | Letters accompanying materials (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | 5/3/2000 | Report | Asbestos Abatement Report (11 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | No Date | Report | Closeout Submittal Package/Removal of ACM Fireproofing - Title Page | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | No Date | Report | Table of Contents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | No Date | Report | Section I - Cert. of Insurance (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | No Date | Report | Section II - Asbestos Handling License (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | 1/27/1998 | Report | Asbestos Project Notification - State of NY (7 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | 9/20/1998 | Report | Daily Logs (59 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | 10/23/1998 | Report | Waste Manifest (16 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | 9/29/1998 -1/8/1999 | Report | Air Monitoring Reports (47 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | No Date | Report | Miscellaneous Documentation (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | 1/10/1968 | Invoice | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | 3/22/1968 | Invoice | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10747 | NY | 3/15/1968 | Invoice | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |