# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10923 | SC | 8/14/1956 | Plaster Bulletin #120 (Letter with Attachment) | List of Steel Floors Protected with Vermiculite Acoustical Plastic | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10923 | SC | 8/14/1956 | Plaster Bulletin #120 (Letter with Attachment) | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10923 | SC | 12/11/1956 | Plaster Bulletin #120-C (Letter with Attachment) | List of Steel Floors Protected with Vermiculite Acoustical Plastic | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10923 | SC | 12/11/1956 | Plaster Bulletin #120-C (Letter with Attachment) | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |