# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10926 | SC | 7/3/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10926 | SC | 8/1/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10926 | SC | 11/7/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |