# Exhibit 1

| 12493 | CN | 7/1/2003 | Report | Asbestos Materials Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12493 | CN | 5/1/2003 | Transmittal Forms | Bulk Sample Transmittal Forms for samples submitted to Pinchin LeBlanc | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | 6/5/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion Staining - Lab Ref. # Db3138-2003 (15 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | 6/9/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion Staining - Lab Ref. # Db3143-2003 (9 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | 6/12/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion Staining - Lab Ref. # Db3153-2003 (17 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | 6/12/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion staining - Lab Ref. # Db3154-2003 (12 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | 6/16/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion staining - Lab Ref. # Db3159-2003 (7 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | 6/18/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion staining - Lab Ref. # Db3163-2003 (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | 6/19/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion staining - Lab Ref. # Db3166-2003 (11 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | 7/4/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion staining - Lab Ref. # Db3173-2003 (14 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | 7/7/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion staining - Lab Ref. # Db3175-2003 (11 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | Undated | Survey | Hazard Assessment Survey Data Sheets for 5th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | Undated | Survey | Hazard Assessment Survey Data Sheets for 2nd Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12493 | CN | Undated | Survey | Hazard Assessment Survey Data Sheets for 3rd Floor | 100 Oak Street Hampton, SC | Speights & Runyan |