# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10689 | MI | 8/13/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 6/18/1971 | Order/Ship Form | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 6/28/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 7/8/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 7/6/1971 | Order/Ship Form | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 7/30/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 7/22/1971 | Order/Ship Form | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 7/29/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 7/29/1971 | Order/Ship Form | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 8/5/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 8/5/1971 | Order/Ship Form | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 8/18/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 8/12/1971 | Order/Ship Form | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 8/19/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10689 | MI | 8/19/1971 | Order/Ship Form | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |