**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6939** |
| | ) | **State of Washington** |
| | ) | **WSU Kruegel McAllister Central** |
| | ) | **Stadium Way** |
| | ) | **Pullman, Washington** |

**CLAIMANT STATE OF WASHINGTON, WSU KRUEGEL**
**McALLISTER CENTRAL, STADIUM WAY (CLAIM NO. 6939) EXHIBIT LIST**

Ex. 1        Claim Form

Ex. 2        Exhibit 2 to Bar Date Notice

Ex. 3        MAS Letter, March 21, 2003 re: Bulk Sample Analysis

Ex. 4        Letter from W.V. Culver [Grace] to State of Washington, Sept. 8, 1986

Ex. 5        Air Sampling Results, Environmental Hazards Services, L.L.C., July 16, 1998