# EXHIBIT 5

# ENVIRONMENTAL HAZARDS SERVICES, L.L.C.
### 7469 WHITE PINE ROAD - RICHMOND, VA 23237
### 804-275-4788    FAX 804-275-4907

## FIBER COUNT ANALYSIS SUMMARY

**CLIENT:** Washington State University
Dept of Physical Plant
P.O. Box 641150
Pullman, WA 99164

**DATE OF RECEIPT:** 16 JUL 1998
**DATE OF ANALYSIS:** 16 JUL 1998
**DATE OF REPORT:** 16 JUL 1998

**CLIENT NUMBER:** 49-8810
**EHS PROJECT #:** 07-98-1675
**PROJECT:** Kruegal Hall

| EHS SAMPLE # | CLIENT SAMPLE# | DURATION MINUTES | VOLUME LITERS(L) | FIBERS/FIELDS | FIBERS/CC |
|---|---|---|---|---|---|
| 01 | 41466 | 90 | 1080 | 10.0/100 | 0.005 |
| 02 | Blank | ------ | ------ | 1.0/100 | ------ |

**METHOD:** NIOSH 7400, Issue 2, 08/15/94
Intralaboratory $S_r = 0.205$
Interlaboratory $S_r = 0.450$

**ANALYST:** Donna Blackwell

**Reviewed By Authorized Signatory:** _[signature]_
Kenneth T. White, MS, MBA(MM), CIH, CSP, General Manager
Howard Varner, Laboratory Director
Irma Faszewski, Quality Assurance Coordinator
David Xu, MS, Senior Chemist
Feng Jiang, MS, Senior Geologist

**NOTE:** Results represent the analysis of samples submitted by the client. Sample location, description, area, volume, etc., was provided by the client. Although the submission of blank samples is required by sampling methodologies, EHS sample results are not blank-corrected. This report cannot be used by the client to claim product endorsement by NVLAP or any agency of the U.S. Government. This report shall not be reproduced except in full without the written consent of Environmental Hazards Services, L.L.C.

Method Level of Detection: Estimated at 7 fibers/mm$^2$.

**LEGEND**  L = liters
fibers/cc = fibers per cubic centimeter        fibers/mm2 = fibers per square millimeter

pcm1.dot/30JUN1998/mec

-- PAGE 01 of 01 -- END OF REPORT --

EHS 07-98-1675

2 PM

## CHAIN OF CUSTODY

**FROM:** Washington State University
Dept of Physical Plant
PO Box 641150
Pullman, WA 99163-1150

Phone: (509) 335 - 9007
FAX: (509) 335 - 9366
Contact: Pam Burau

**TO:** Environmental Hazard Services
Attn. Sample Receiving
7469 White Pine Road
Richmond VA 23237

Phone: (804) 275 - 4788

Sampler Name: Bruce McDonald

Date Sample Taken: 7-15-98
Date: 7-15-98

BLANKET NUMBER   B 73472

### SAMPLE INFORMATION

| Sample Number Date Taken | Location | Pump# | Time: Min Start, Stop | Flow Rate: L./min. | Volume | Sample Type: Air, Bulk, Lead |
|---|---|---|---|---|---|---|
| A1406 7-15-98 | Kneggl Hall PLE | 1 | 8:30 10:30 90 | 12 | 1080 | Air |
| 7-15-98 | Kneggl Hall Blank | | | | | Air |
| | | | | | | |
| | | | | | | |

Relinquished By: Wendi Walsh    Recieved By: Shipping    Date/Time: 7-15-98

Relinquished By: [signature]    Recieved By: [signature]    Date/Time: 7/16/98

* 71