# Exhibit 1

| 12495 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12495 | CN | 9/28/01 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12495 | CN | 5/31/96 | Letter | Letter from PHH Environmental to Edmonton Public Schools re: Asbestos Air Sampling at Prince Charles School | 100 Oak Street Hampton, SC | Speights & Runyan |