# Exhibit 1

45

| 12539 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12539 | CN | 2/27/01 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12539 | CN | 8/14/96 | Report | Final Report Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |