Exhibit 2

| Claim No. | State | Date | Document Name | Brief Description | Doc. Location | Custody |
|---|---|---|---|---|---|---|
| Building Name: Pacific Freeholds a.k.a. 100 Pine Street Building, San Francisco, CA | | | | | | |
| 10930 | CA | 1971 | Mono-Kote Orders | W.R. Grace Document | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Final Report for 100 Pine Street Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Report of Results: MVA0257 - 100 Pine Street Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Table 1 - Sample Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Table 2 - Summary of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Appendix - Analytical Results and Interpretation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Data Interpretation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | PLM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Photomacrograph of Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | SEM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | EDS Spectrum & SEM Micrographs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | AEM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | AEM-EDS Spectra and Ca-S Partical Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | Acid Soluble Weight Percent Determination | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10930 | CA | 4/24/1992 | Letter with Attachments | PLM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |

| Job # | Location | A/E | Contractor | Sq. Bags | Bid Quote | Sub bilt ks | Start | Compl | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | $.5F$ | Wu. Browne | A-F | 7825 | | | $6/1$ | | 1000 SY MK |
| | $.5F$ | | | | | | $3$ | | |
| | $.5F$ | Raymond S. | A. Berger | 36,000 | $3/1$ | | $6/14$ | | |
| | $.5F$ | Lawrence | | 30,000 | $4/1$ | | $6/13$ | | |
| 5 | $.5F$ | Carol Gary | W + B | 36,000 | $4/1$ | | $6/13$ | | 2000 per week |
| 8 | $.5F$ | B. Reller | J. Lyon | 148,000 | $3/1$ | | $6/13$ | W Mk Dr. | |
| 9 | $.5F$ Amos | Engblom | | 2,000 | $6/03$ | | $6/13$ | | |
| $.5F$ Amos | $.5F$ | Best Wood + Lumber | | 55,000 | $6/1$ | | | | |
| | $.5F$ | B. Bacon | Raymond | | $1/1$ | | $6/12$ | $2/12$ | |
| | $.5F$ | S + W. | Raymond | 12,000 | $3/1$ | | $6/13$ | | Blur Graco R. |
| | $.5F$ | Harper + Lumber | | 2,000 | | | | | |
| | $.5F$ | | | | | | | | |

| Job # | Location | A/E | Contractor | Bags Bid | Quote | SUBmits Start | Compl | Remarks |
|---|---|---|---|---|---|---|---|---|
| 10 | *San Francisco* | *ass'd remodel roofs* | | | | NO molds NOTE | | *review esting 3/1/71 2000 lbs* |
| | *garage coverage* | | | | 9/71 | 10/71 | | |
| | *[illegible] coverage* | | | | | | | |
| | *[illegible]* | *News Firetruck* | *Kryphos* | *V.S.* | 9/71 | | | |
| 11 *Bldg #1* | *Mario Rose* | *Sam Antonio* | | *78,000* | 9/71 | | | |
| 23 *Castro St.* | *S.F.* | *[illegible]* | | *[illegible]* | 10/71 | | 9/71 | |
| 22 *Castro St.* | *S.F.* | *[illegible]* | | | 10/71 | | | |
| 21 *[illegible]* | *S.F.* | *S.O.M.* | *Kaiser Const.* | *?* | 9/73 | | | |
| 26 *Swimming Pool Encl.* | | | | | | | | |
| 67 *Cabrillo School* | *S.F.* | *Burks & Bakewell* | | *1700* | 11/72 | | 4/73 | |
| 79 *Cabrillo Concourse Systems* | *Cliff Maloney* *Alec Talbot* | | *2000* | 3/73 | | | | |
| 70 *Robert Talbot Bldg* | *Burlingame* | *Robert Talbot Archit. Assoc.* | *44.S. -'73* | *2800* | 9/72 | | 4/73 | |
| 69 *Office Bldg* | | *Alfred Ross* | | *2800* | 7/73 | | | |
| 68 *Robert Talbot Bldg* | *S.F.* | *L. Hudson* | | *800* | 9/73 | | | |
| 7/1 *Linda Hill Hodes* | *S. S.F.* | *[illegible]* | *Penuro* | *500* | 12/73 | | 1/73 | |
| 72 *[illegible]* | *S.F.* | *Adelman (Bau)* | | *40,000* | 4/73 | | | |
| 73 *[illegible]* | | *I.E.O.* | | *6,000* | 9/73 | | | |
| 74 *[illegible]* | *[illegible]* | *Ideal Mosaics* | | *[illegible]* | | | | |
| 75 *[illegible]* | *[illegible]* | | | | | | | |

55

MONO-KOTE ORDERS 1971

Page 2

| PROJECT | LOCATION | BAGS | PLANT | ANTICIPATED STARTING DATE | TYPE MK |
|---------|----------|------|-------|---------------------------|---------|
| St. Francis Hotel | S.F. | 40,000 | Newark | 1/71 | 3 |
| Pacific Med. Ctr. | S.F. | 30,000 | | 2/71 | |
| Trans-America | S.F. | 35,000 | | 6/71 | |
| Union Sq. Hyatt | S.F. | 30,000 | | 3/71 | |
| Airport Terminal | S.F. | 10,000 | | 6/71 | |
| Diamond Heights Sch. | S.F. | 5000 | | 9/71 | |
| Sonoma Co. Hosp. | Santa Rosa | 6000 | | 1/71 | |
| Park Towers | Menlo Park | 5000 | | 10/71 | |
| Pine St. Bldg. | S.F. | 5000 | | 4/71 | |
| Harkness Hospital | S.F. | 1000 | | 5/71 | |
| Pac. Ins. Co. | S.F. | 40,000 | | 9/71 | |
| No. Cty Courthse. | So.S.F. | 500 | | 6/71 | |
| Salvation Army | S.F. | 2000 | | 9/71 | |
| West Coast Life | S.F. | 55,000 | | 6/71 | |
| Miyako Hotel | S.F. | 1000 | | 5/71 | |
| UAL OMB | S.F.Airport | 3500 | | 4/71 | |
| Elderly Housing | S.F. | 1000 | | 9/71 | |
| Dept.Mtr.Vehicle | Daly City | 500 | | 1/71 | |
| Tanforan Penney's | San Bruno | 4500 | | 2/71 | |
| Glen Park Conval. | S.F. | 500 | | 6/71 | |
| Iwamasa Theatre | S.F. | 1500 | | 4/71 | |
| Mercy High School | S.F. | 500 | | 5/71 | |
| Creative Arts, S.F. City Coll. | S.F. | 300 | | 5/71 | |
| Quantas Off. Bldg. | S.F. | 3000 | | 8/71 | |
| Delmas Garden Shop | S. F. | 500 | | 6/71 | |

20060191

62



MVA, Inc.
Excellence in —
Microanalysis

COPY

24 April 1992

Mr. Alan Runyan
Speights & Runyan
304 Lee Avenue
Hampton, South Carolina 29924

Re:    100 Pine Street Building
       MVA Project No. 0257

Dear Mr. Runyan:

Enclosed please find our final report for the above referenced project.  If you have any questions, please do not hesitate to contact me.

Thank you for consulting MVA, Inc.

Sincerely,

Thomas J. Hopen
Senior Chemical Microscopist

TJH/mtw

Enclosure



5500 Oakbrook Parkway #200
Norcross, Georgia 30093

Telephone 404-662-8509
Facsimile 404-662-8532

Report of Results: MVA0257

100 Pine Street Building

Prepared for:

Speights & Runyan
304 Lee Avenue
Hampton, South Carolina 29924

Prepared by:

MVA, Inc.
5500 Oakbrook Parkway, Suite 200
Norcross, Georgia 30093



24 April 1992



MVA, Inc.
Excellence in
Microanalysis

5500 Oakbrook Parkway #200
Norcross, Georgia 30093
404-662-8509

Report of Results: MVA0257
100 Pine Street Building

### Introduction

This report contains the analytical results and their interpretation for the samples received relative to the above referenced project. The samples were received on March 18, 1992. The samples were first examined by polarized light microscopy (PLM) including microchemical tests. One (1) sample was further analyzed by scanning electron microscopy (SEM) combined with energy dispersive x-ray spectrometry (EDS) and analytical electron microscopy (AEM), utilizing EDS and/or selected area electron diffraction (SAED). Wet chemistry was also performed on the sample to determine a soluble weight percent.

The samples were grouped according to their composition, as determined by the PLM analysis, and location. For this project, the samples were placed into one group. One sample from Group 1 was analyzed using SEM-EDS, AEM and SAED, and wet chemistry. The results of all analyses and a data interpretation sheet for the group of samples are included as an appendix to this report.

Product formula matches were derived from comparison between determined sample composition and available product formulas provided for this project. In any case where more than one product formula matched the determined composition, each match was noted. If no available product formula matched the determined sample composition, a no match was indicated.

### Results

PLM examination of the four (4) samples revealed that they belonged to one group. A complete sample listing for this report is included in Table 1.

The results of product formula matching for the sample group, along with a list of the samples in the group are found in Table 2. The data on which the matches rely are included on the Data Interpretation page in the appendix.

The Group 1 samples had the same composition as "Mono-Kote (MK-3)" manufactured by W.R. Grace & Company.

Respectfully submitted,

Thomas J. Hopen
Senior Chemical Microscopist

TJH/ds



**Table 1: Sample Listing**

| Client Sample Identification | Location | MVA# |
|---|---|---|
| 100P · 465 · FP | 4th Floor, Suite 465 | MVA0257-C2450 |
| 100P · 2740 · FP | 27th Floor, Suite 2740 | MVA0257-C2451 |
| 100P · 2525 · FP | 25th Floor, Suite 2525 | MVA0257-C2452 |
| 1QOP · 1750 · FP | 17th Floor, Suite 1750 | MVA0257-C2453 |



66

04/31/2003   14:52    MVA: INC → 18039434599                          NO.617    P06

## Table 2:  Summary of Results

**Group 1**
**Product Formula(s) Matched:**           "Mono-Kote (MK-3)" manufactured by
                                            W.R. Grace & Company

| Client Sample ID | MVA Sample ID |
|---|---|
| 100P · 465 · FP | MVA0257-C2450 |
| 100P · 2740 · FP | MVA0257-C2451 |
| 100P · 2528 · FP | MVA0257-C2452 |
| 100P · 1750 · FP | MVA0257-C2453 |



# APPENDIX

### Analytical Results and Interpretation



## MVA, Inc.

### Data Interpretation

Group:  1

Sample ID:  MVA0257-C2450, -C2451, -C2452 and -C2453

Project:  100 Pine Street Building

Location:  San Francisco, California

Type:  Fireproofing

Construction Date:  Not provided

Product Formula Matched:  "Mono-Kote (MK-3)"

Manufacturer:  W.R. Grace & Company



| Constituent Identified | Estimated Weight Percent (Avg)* |
|---|---|
| Chrysotile | ~ 12% |
| Vermiculite | ~ 23% |
| Gypsum | ~ 65% |

Comments:  The minor amounts of anhydrite and carbonate detected are included in the gypsum percentage.

*Estimated weight percent based on light microscopy in conjunction with acid soluble test result.

69

MVA, Inc.
**PLM Constituent Analysis**

Date:    03/30/92

MVA#:    0257              Location:    4th Floor, Suite 465

Sample I.D.#:    C2450       Client Sample I.D.#:    100P · 465 · FP

Examination using the stereomicroscope:    An off-white material with tan flakes and white fibers.

| CONSTITUENT | PERCENT | CONSTITUENT | PERCENT | CONSTITUENT | PERCENT |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | - - - | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite | - - - | Iron Oxide | < 1% |
| Wool | - - - | Gypsum | ~ 45% | Limestone | Minor |
| Mineral Wool | - - - | Anhydrite | Minor | Magnetite | < 1% |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | Precipitated | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | Carbonate | - - - | Pumice | - - - |
| Synthetic | - - - | Starch | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | Vermiculite | ~ 32% |

### Asbestos Minerals

| Chrysotile | ~ 23% | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

Comments:    Minor anhydrite and limestone are included in gypsum percentage.

Analyst:    T. Hopen



03/31/2003    14:52    MVA, INC → 10039434599                                    NO.617    P10



Photomacrograph of sample MVA0267-C2450.
(Total Magnification = 23X)





Photomicrograph of sample MVA0267-C2450 showing chrysotile, vermiculite and
binder.  (Total Magnification = 150X)

MVA, Inc.

SEM Constituent Analysis

Date:  04/01/92

MVA#:  0257

*Particles identified are consistent in morphology and elemental composition with known references.

Sample I.D.#:   C2450

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| **Fibers:** | | **Pigments:** | |
| Glass | - - - | Titanium | - - - |
| Mineral Wool | - - - | Barium | - - - |
| Other | - - - | Zinc | - - - |
| | | Sr-S | Trace |
| **Fillers:** | | **Binders:** | |
| Diatoms | - - - | Clay | |
| Fe Particle | Trace | Kaolin | - - - |
| Mica | - - - | Montmorillonite | - - - |
| Perlite | - - - | Other | - - - |
| Talc (elong) | - - - | Ca | - - - |
| Talc (platy) | - - - | Ca-Mg | - - - |
| Si | - - - | Ca-S (gypsum) | Common |
| Vermiculite | Common | Ca-Si | - - - |
| Other | - - - | Ca-Al-Si | - - - |
| | | Ca-Fe-Al-Si | - - - |
| **Asbestos Minerals:** | | Mg-Fe | - - - |
| | | Al-Si | - - - |
| Amosite | - - - | Mg-Si particles | Trace |
| Anthophyllite | - - - | | |
| Chrysotile | Common | | |
| Crocidolite | - - - | | |
| Tremolite/Actinolite | Trace | | |

**Comments:**  Chrysotile, vermiculite and gypsum are common.  One tremolite/actinolite fiber was detected.

**Microscopist:**   R.S. Brown



```
01-APR-92 08:54:16 EDAX READY
RATE=   549CPS       TIME=  117LSEC
FS=     672CNT       PRST=  120CSEC
A =MVA0257-C2450 LRG AREA SCAN
```

EDS spectrum (above) and SEM micrograph (below) of
MVA0257-C2450. Large Area Scan





EDS spectrum (above) and SEM micrograph (below) of
vermiculite. MVA0257-C2450





74



01-APR-92 09:00:22 EDAX READY
RATE-    664CPS         TIME-    66LSEC
FS-     1109CNT         PRST- 120CSEC
A -MVA0257-C2450 CHRYSOTILE

EDS spectrum (above) and SEM micrograph (below) of
chrysotile. MVA0257-C2450







EDS spectrum (above) and SEM micrograph (below) of gypsum. MVA0257-C2450







```
01-APR-92 09:17:07 EDAX READY
RATE-    807CPS          TIME-    43LSEC
FS=    1142CNT           PRST= 120CSEC
A =MVA0257-C2450 TREM/ACTIN.
```

EDS spectrum (above) and SEM micrograph (below) of
tremolite/actinolite, MVA0257-C2450





MVA, Inc.

**AEM Constituent Analysis**

Date: 04/13/92

MVA#: 0257

Sample I.D.#: C2450

| CONSTITUENT | PRESENT | CONSTITUENT | PRESENT |
|---|---|---|---|
| Fibers: | | Pigments: | |
| Glass fibers | - - - | $TiO_2$ | - - - |
| Others | - - - | $BaSO_4$ | - - - |
| | | ZnS | - - - |
| | | Other | - - - |
| Fillers: | | Binders: | |
| Diatoms | - - - | Clay | |
| Fe Particle | - - - | Kaolin (xltn) | - - - |
| Mica | - - - | Kaolin (calc.) | - - - |
| Perlite | - - - | Smectite | - - - |
| Talc (elong) | - - - | Ca (ppt) | - - - |
| Talc (platy) | - - - | Ca (xtln) | - - - |
| Quartz | Present | Ca-Mg, particle | - - - |
| Vermiculite | Common | Ca-S (ppt) | Common |
| Other | - - - | Ca-S (xtln) | - - - |
| | | Ca-Si (ppt) | - - - |
| Asbestos Minerals: | | Ca-Si, particle | - - - |
| | | Ca-Al-Si | - - - |
| Amosite | - - - | Ca-Fe-Al-Si | - - - |
| Anthophyllite | - - - | Mg-Fe, particle | - - - |
| Chrysotile | Common | Mg-S | - - - |
| Crocidolite | - - - | Si (ppt) | - - - |
| Tremolite/Actinolite | - - - | Si (xtln) | - - - |
| | | Others | - - - |

Comments: Chrysotile, vermiculite and Ca-S particles are common. A single
quartz particle was detected.

Analyst: Randy Boltin





13-APR-92 11:44:38 EDAX READY
RATE= 3170CPS       TIME=    24LSEC
FS=    1204CNT        PRST=  60LSEC
A =MVA0257-C2450 CHRYSOTILE

1CNT     0.00KEV  10eV/ch A EDAX

AEM-EDS spectra of chrysotile (above) and
a Ca-S particle (below), MVA0257-C2450



13-APR-92 11:46:00 EDAX READY
RATE= 2984CPS       TIME=    11LSEC
FS=    1211CNT        PRST=  60LSEC
A =MVA0257-C2450 CA-S PARTICLE

1CNT     0.00KEV  10eV/ch A EDAX



79



```
13-APR-92 11:52:02 EDAX READY
RATE= 5297CPS        TIME=    11LSEC
FS=   1040CNT        PRST=    60LSEC
A =MVA0257-C2450 VERMICULITE
```

AEM-EDS spectra of vermiculite (above) and
quartz (below), MVA0257-C2450



```
13-APR-92 12:18:34 EDAX READY
RATE= 2646CPS        TIME=    10LSEC
FS=   1381CNT        PRST=    60LSEC
A =MVA0257-C2450 QUARTZ
```



**MVA, Inc.**

**Acid Soluble Weight Percent Determination**

Date:  03/03/92

MVA#:  0257

Sample I.D.#:  C2450

Initial Weights

|   |   | (in grams) |
|---|---|---|
| 1. | Vial w/lid | 4.96926 |
| 2. | Vial + Sample | 5.24779 |
| 3. | Sample Weight (S2-S1) | 0.27853 |
| 4. | Filter (in container) | 9.95268 |

Weights Following Acid Treatment

| 5. | Filter + Sample | 10.04950 |
|---|---|---|
| 6. | Insoluble Residue (S5-S4) | 0.09682 |
| 7. | Soluble Fraction (S3-S6) | 0.18171 |

Calculation

| 8. | % Soluble (S7/S3) x 100% | 65% |
|---|---|---|

Comments:

Analyst:  Shirlisa Foster



MVA, Inc.
PLM Constituent Analysis

Date:    03/31/92

MVA#:  0257              Location:    27th Floor, Suite 2740

Sample I.D.#:  C2451      Client Sample I.D.#:    100P - 2740 - FP

Examination using the stereomicroscope:    C2451 is a white powder with brass-colored flakes and white fibers.

| CONSTITUENT | PERCENT | CONSTITUENT | PERCENT | CONSTITUENT | PERCENT |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | - - - | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite | - - - | Iron Oxide | < 1% |
| Wool | - - - | Gypsum | ~ 39% | Limestone | ~ 3% |
| Mineral Wool | - - - | Anhydrite | * | Magnetite | ~ 1% |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | Precipitated | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | Carbonate | - - - | Pumice | - - - |
| Synthetic | - - - | Starch | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | Vermiculite | ~ 37% |

### Asbestos Minerals

| | | | | | |
|---|---|---|---|---|---|
| Chrysotile | ~ 20% | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

Comments:    *Anhydrite is trace/minor and is included in gypsum percentage.

Analyst:    Randy Boltin

03/31/2003    14:52    MVA, INC → 18039434599                    NO.617    022

MVA, Inc.
**PLM Constituent Analysis**

**Date:**    03/31/92

**MVA#:**    0257    **Location:**    25th Floor, Suite 2525

**Sample I.D.#:**    C2452    **Client Sample I.D.#:**    100P · 2525 · FP

**Examination using the stereomicroscope:**    C2452 is a white powder with brass-colored flakes and white fibers.

| CONSTITUENT | PERCENT | CONSTITUENT | PERCENT | CONSTITUENT | PERCENT |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | - - - | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite | - - - | Iron Oxide | - - - |
| Wool | - - - | Gypsum | ~ 40% | Limestone | ~ 2% |
| Mineral Wool | - - - | Anhydrite | < 1% | Magnetite | ~ 1% |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | Precipitated | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | Carbonate | < 1% | Pumice | - - - |
| Synthetic | - - - | Starch | - - - | Quartz | < 1% |
| | | | | Talc | - - - |
| | | | | Vermiculite | ~ 37% |

**Asbestos Minerals**

| Chrysotile | ~ 20% | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | - - - | Actinolite | - - - |

**Comments:**



**Analyst:**    Randy Boltin

03/31/2003   14:52   MVA, INC → 18239434559                              NO.617    923

MVA, Inc.
PLM Constituent Analysis

**Date:**   04/09/92

**MVA#:**   0257           **Location:**   17th Floor, Suite 1750

**Sample I.D.#:**   C2453     **Client Sample I.D.#:**   100P · 1750 · FP

**Examination using the stereomicroscope:**   C2453 is a white powder with brass-colored flakes and white fibers.

| CONSTITUENT | PERCENT | CONSTITUENT | PERCENT | CONSTITUENT | PERCENT |
|---|---|---|---|---|---|
| Fibers: | | Pigment: | - - - | Fillers: | |
| Cotton | - - - | Binders: | | Diatoms | - - - |
| Fiberglass | | Kaolinite | - - - | Iron Chromite | - - - |
| Filament | - - - | Montmorillonite | - - - | Iron Oxide | - - - |
| Wool | - - - | Gypsum | - 40% | Limestone | - 3% |
| Mineral Wool | - - - | Anhydrite | * | Magnetite | - 2% |
| Hair | - - - | Portland Cement | - - - | Mica | - - - |
| Paper/Wood | | Lime (hydrated) | - - - | Perlite | - - - |
| Chem. Proc. | - - - | Precipitated | | Synthetic Foam | - - - |
| Mech. Proc. | - - - | Carbonate | - - - | Pumice | - - - |
| Synthetic | - - - | Starch | - - - | Quartz | - - - |
| | | | | Talc | - - - |
| | | | | Vermiculite | - 37% |

### Asbestos Minerals

| Chrysotile | - 18% | Anthophyllite | - - - | Tremolite/ | |
| Amosite | - - - | Crocidolite | | Actinolite | - - - |

**Comments:**   *Anhydrite is trace/minor and is included in gypsum percentage.

**Analyst:**   Randy Boltin

