# Exhibit 1

| 12540 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
|-------|----|---------|---------------------------------|---------------------------------------------------------------------------|-----------------------------|--------------------|
| 12540 | CN | 9/26/01 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12540 | CN | 9/16/02 | Report | Final Report Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |