IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO FORTY-SIXTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2005 THROUGH AUGUST 31, 2005
[RE: DOCKET NO. 9527]**

On September 29, 2005, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Forty-Sixth Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 9527] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on October 19, 2005. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Klett Rooney $9,512.40 which represents eighty percent (80%) of the total fees ($11,890.50), and $134.58, which represents 100% of the expenses requested in the Application upon the filing of this

KRLSWLM: #63502 v1 - Wr Grace-CNO re: 46th monthly fee app of KRLS

Certification and without the need for entry of a Court order approving the Application.

                                              **KLETT ROONEY LIEBER & SCHORLING**
                                              **A Professional Corporation**

By: _____
           Teresa K. D. Currier (No. 3080)
           The Brandywine Building
           1000 West St., Suite 1410
           Wilmington, DE 19801

                                                             -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100

Co-Counsel to the Official Committee of
Equity Holders

Dated: October 21, 2005

KRLSWLM: #63502 v1 - Wr Grace-CNO re: 46th monthly fee app of KRLS