# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10536 | TN | 12/2/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Report | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 3/5/2002 | NESHAP Documents | Site Detail Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 3/5/2002 | NESHAP Documents | Notification Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 3/5/2002 | NESHAP Documents | Facility Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 3/5/2002 | NESHAP Documents | Building Size | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 3/5/2002 | NESHAP Documents | Asbestos Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 3/5/2002 | NESHAP Documents | Removal Start & Stop Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 3/5/2002 | NESHAP Documents | Target Inforamtion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 3/5/2002 | NESHAP Documents | Action Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 3/5/2002 | NESHAP Documents | Permit Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Documents | Site Detail Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Documents | Notification Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Documents | Facility Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Documents | Building Size | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Documents | Asbestos Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Documents | Removal Start & Stop Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Documents | Target Inforamtion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Documents | Action Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10536 | TN | 2/25/2004 | NESHAP Documents | Permit Information | 100 Oak Street Hampton, SC | Speights & Runyan |