# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | **PD Claim No. 6943** |
| | ) | **State of Washington** |
| | ) | **WSU Beasley Performing** |
| | ) | **Arts Coliseum** |
| | ) | **Pullman, Washington** |

### CLAIMANT STATE OF WASHINGTON, WSU BEASELY PERFORMING ARTS COLISEUM (CLAIM NO. 6943) EXHIBIT LIST

Ex. 1    Letter from W.V. Culver [Grace] to State of Washington, Sept. 8, 1986

Ex. 2    Claim Form

Ex. 3    Air Sampling Results