# EXHIBIT 1

Exhibit 91   Date 6/22/00
Witness Culver
Kathleen Brodie. Notary 624-6604

# GRACE

Construction Products Division

W.R. Grace & Co.
P.O. Box A
102 C Street, S.W.
Auburn, WA 98001

(206) 833-2555 / 852-5725

September 8, 1986

Washington Department of Transportation
Attn: Rex Swartz/ Asst. Safety Officer
Transportation Building - Room #3A3
Olympia, WA 98504

Dear Mr. Richards:

I am writing you regarding W. R. GRACE & CO's MONOKOTE(R)-3 fireproofing product.

Prior to 1973, W. R. GRACE & CO. produced a fireproofing material, MONOKOTE-3, which did contain commercially-added asbestos. However, MONOKOTE should not be confused with those products which were formulated with high asbestos contents (up to 90%) and were air sprayed to form a low density, fluffy, lightly-bound mat. By contrast, MONOKOTE contained approximately 12-13% chrysotile asbestos and was combined with water on the job site to produce a dense, cementitious, plaster-type mixture which firmly bonded to the surface to which it was applied. The asbestos fibers are encapsulated in the plaster matrix, and if undamaged, are not subject to release into the environment.

In deciding on an appropriate course of action when dealing with asbestos-containing materials, one should consider the type of product used, the physical condition of the in-place material, and the vulnerability of the material to physical damage. For that reason, I have included a copy of Asbestos In Buildings, published by the Safe Buildings Alliance. It discusses rational, scientific approaches to buildings with asbestos-containing materials.

I hope this information is useful. If you have any further questions, please feel free to call me.

Sincerely,

Bill (kn)
W.V. Culver
District Manager

Enclosure

WVC/kn

W.R. GRACE 100246
BOSTON PRODUCTION