# EXHIBIT 3

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530    335-3041

A2542

REQUEST FOR ANALYTICAL SERVICES

**SAMPLE INFORMATION**

| Sample No.: 89 - 345A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec 9, Row 32, seat 9 |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation
                      Mechanical

**AIR**

| Pump No.: P.P. 2109 | Flow Rate: 12L/M |
|---|---|
| Time Started: 9:35    min | Time Ended: 1:15    12.06 /M |
| Volume: 2640L | |
| Comments: Pre clean up scrim | |

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe
Sample Color:
Texture:
Comments:

**ANALYSIS INFORMATION**

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 12-14-89 | George Li | M. Pearson |

**AIR**

Results:

Fiber Concentration is less than 0.001.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|
| Other Material Present | |

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A252

SAMPLE INFORMATION

| | | |
|---|---|---|
| Sample No.: **89-346A** | Date: **12-13-89** | Sampler: **PJB** |
| Building: **Coliseum** | Room No.: **Sec 7, Row 37 and 9** | |
| Department: **P.A.** | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

**AIR**

| Pump No.: **2697** | Flow Rate: **12 L/M** |
|---|---|
| Time Started: **9:48**          **min** | Time Ended: **1:23      120 L/M** |
| Volume:    **2580 L** | |
| Comments:    Pre clean up    scrim | |

**BULK**

Sample Location (circle):    Ceiling        Wall        Pipe
Sample Color:
Texture:
Comments:

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. PEARSON |
|---|---|---|

**AIR**

Results:

Fiber concentration is less than 0.001.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|

Other Material Present

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A 253

SAMPLE INFORMATION

| Sample No.: 89 — 347A | | Date: 12-13-89 | Sampler: PJB |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 1, Row 36, seat 17 | |
| Department: | PJP | | |
| Address: | | | |
| Room Use (circle): | Class    Lab    Office    Residence    Storage    Recreation | | |
| | Mechanical | | |

**AIR**

| Pump No.: 2076 | | Flow Rate: 12 L/M |
|---|---|---|
| Time Started: 10:12 | min | Time Ended: 1:28    169 4/M |
| Volume: 2352 L | | |
| Comments: | | |
| Pre Cleanup scrim | | |

**BULK**

| Sample Location (circle):    Ceiling    Wall    Pipe |
|---|
| Sample Color: |
| Texture: |
| Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. Pearson |
|---|---|---|

**AIR**

Results:

Fiber concentration is less than 0.001.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|
| Other Material Present | |

Comments: 5x16 = 196 mm

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A254

SAMPLE INFORMATION

| Sample No.: 89 - 348A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec 2, Row 33, seat 3 |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation
Mechanical

| AIR | Pump No.: 2095 | | Flow Rate: 12.L/M |
|---|---|---|---|
| | Time Started: 10:25 | min | Time Ended: 1:32    11.9L/M |
| | Volume: 2244 L | | |
| | Comments: Pre clean up scrim | | |

| BULK | Sample Location (circle):    Ceiling    Wall    Pipe |
|---|---|
| | Sample Color: |
| | Texture: |
| | Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. Pearson |
|---|---|---|

| AIR | Results:  Fiber concentration is less than 0.001. |
|---|---|

| BULK | Percent Asbestos | Type Asbestos |
|---|---|---|
| | Other Material Present | |

Comments:  3+7 = 185 mm

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A255

SAMPLE INFORMATION

| Sample No.: 89 - 349A | | Date: 12-13-89 | Sampler: PJB |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 4, Row 30, Seat 14 | |
| Department: P.P. | | | |
| Address: | | | |
| Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation | | | |
| Mechanical | | | |

| AIR | Pump No.: 2094 | Flow Rate: 12L/M |
|---|---|---|
| | Time Started: 10:46          min | Time Ended: 1:39      1200L/M |
| | Volume: 2076 | |
| | Comments: Pre clean up scrim | |

| BULK | Sample Location (circle):    Ceiling        Wall        Pipe |
|---|---|
| | Sample Color: |
| | Texture: |
| | Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. Pearson |
|---|---|---|

| AIR | Results: Fiber concentration is less than 0.001. |
|---|---|

| BULK | Percent Asbestos | Type Asbestos |
|---|---|---|
| | Other Material Present | |

Comments:          173

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

**A25 6**

REQUEST FOR ANALYTICAL SERVICES

SAMPLE INFORMATION

| Sample No.: 89- 350A | Date: 12-19-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec 1, Row 30, Sec E 13 |
| Department: P.P | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

| (AIR) | Pump No.: 2097 | | Flow Rate: 12 L/M |
|---|---|---|---|
| | Time Started: 1:37    146 ~~&~~ min | | Time Ended: 4:03, 12.0 L/M |
| | Volume: 1752 L | | |
| | Comments: During clean up scrim in Micro Trap exhaust area, N. Side of scaffold | | |
| (BULK) | Sample Location (circle):    Ceiling    Wall    Pipe | | |
| | Sample Color: | | |
| | Texture: | | |
| | Comments: | | |

ANALYSIS INFORMATION

| Date of Analysis 12/20/89 | Analyst George Li | Reviewed By |
|---|---|---|
| AIR | Results: The fiber concentration is less than 0.001 f/cc. | |
| BULK | Percent Asbestos | Type Asbestos |
| | Other Material Present | |

Comments:    2:16 = 146 min

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530   335-3041

REQUEST FOR ANALYTICAL SERVICES



SAMPLE INFORMATION

| Sample No.: 89- 351A | | Date: 12-19-89 | Sampler: RB |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 3 | |
| Department: | | | |
| Address: | | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation
Mechanical  walk way below Sec 3

| | Pump No.: 2109 | | Flow Rate: 2 L/M |
|---|---|---|---|
| (AIR) | Time Started: 1:56     30 min | | Time Ended: 4:06 |
| | Volume:          156DL | | |
| | Comments:    During clean up of scrim | | |
| | S. of work scaffold | | |

| | Sample Location (circle):    Ceiling    Wall    Pipe |
|---|---|
| BULK | Sample Color: |
| | Texture: |
| | Comments: |

ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 12/20/89 | George Li | M Pearson |

| | Results: |
|---|---|
| AIR | The fiber concentration is less than 0.001 f/cc. |

| | Percent Asbestos | Type Asbestos |
|---|---|---|
| BULK | Other Material Present | |

Comments:    2:10 :
130

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

_- 262_
_A - 352_

SAMPLE INFORMATION

| Sample No.: 89 - 352A | Date: 12-20-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec 2, Row 38, seat 10 |
| Department: PP | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation
                      Mechanical

| | | | |
|---|---|---|---|
| **AIR** | Pump No.: 2109 | | Flow Rate: 12L/M    12.0L |
| | Time Started: 10:06    62 min | | Time Ended: 11:08 |
| | Volume: 744L | | |
| | Comments: Area During Clean-up    scrim | | |
| **BULK** | Sample Location (circle):    Ceiling    Wall    Pipe | | |
| | Sample Color: | | |
| | Texture: | | |
| | Comments: | | |

ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 12/21/89 | George Li  _G.L._ | |

| | |
|---|---|
| **AIR** | Results:  The fiber concentration is less than 0.001 f/cc. |
| **BULK** | Percent Asbestos                     Type Asbestos |
| | Other Material Present |

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A _263

SAMPLE INFORMATION

| Sample No.: 89 - 353A | | Date: 12-20-89 | Sampler: AJB |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 1, Row 29, seat 3 | |
| Department: | p.p. | | |
| Address: | | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

**AIR**

| Pump No.: 2047 | | Flow Rate: 2 L/M | 2.0 L/M |
|---|---|---|---|
| Time Started: 11:16    257 min | | Time Ended: 3:33 | |
| Volume: 3084 L | | | |
| Comments:  Area during clean up    scrim | | | |

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe
Sample Color:
Texture:
Comments:

ANALYSIS INFORMATION

| Date of Analysis 12/21/89 | Analyst George Li | Reviewed By |
|---|---|---|

**AIR**

Results:

The fiber concentration is 0.005 f/cc.

**BULK**

Percent Asbestos    Type Asbestos

Other Material Present

Comments:  4:17 = 257 min

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530   335-3041

REQUEST FOR ANALYTICAL SERVICES

A266

## SAMPLE INFORMATION

| Sample No.: 89 - 354A | Date: 12-22-89 | Sampler: PB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec 7, Row 31, sed 9 |
| Department: Pip | | |
| Address: | | |

Room Use (circle):   Class   Lab   Office   Residence   Storage   Recreation

Mechanical

**AIR**

| Pump No.: 2169 | Flow Rate: 12.0L/M   11.8L/M |
|---|---|
| Time Started: 9:37   217 min | Time Ended: 1:14 |
| Volume: 2604 L | |

Comments:   Area during cleanup of scrim sec 6
Micro trap exhaust toward sec 5

**BULK**

Sample Location (circle):   Ceiling   Wall   Pipe
Sample Color:
Texture:
Comments:

## ANALYSIS INFORMATION

| Date of Analysis 12/28/89 | Analyst George Li | Reviewed By |
|---|---|---|

**AIR**

Results:

Fiber concentration is less than 0.001 f/cc.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|

Other Material Present

Comments:   254 ÷ ? = 217/min

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A267

SAMPLE INFORMATION

| Sample No.: 89- 355A | Date: 12-22-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum PAC | Room No.: Sec 7, Row 34, seat 7 | |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

**AIR**

| Pump No.: 2097 | Flow Rate: 12.01/M  11.81/M |
|---|---|
| Time Started: 10:23    173 m'n | Time Ended: 1:16 |
| Volume: 2076 L | |
| Comments: Area During clean up serum Sec 6 Micro trap exhaust toward sec 5 | |

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe
Sample Color:
Texture:
Comments:

ANALYSIS INFORMATION

| Date of Analysis 12/28/89 | Analyst George Li | Reviewed By |
|---|---|---|

**AIR**

Results:

Fiber concentration is less than 0.001 f/cc.

**BULK**

Percent Asbestos                    Type Asbestos

Other Material Present

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A271

SAMPLE INFORMATION

| Sample No.: 89-359A | Date: 12-27-89 | Sampler: P.B |
|---|---|---|
| Building: Coliseum | Room No.: Sec 7, Row 36, seat 8 | |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

| AIR | Pump No.: 2097 | Flow Rate: 12L/M, 11.8L/M |
|---|---|---|
| | Time Started: 10:48    261 min | Time Ended: 3:09 |
| | Volume: 3132L | |
| | Comments: during 2 min clean up scrim see 6 | |

| BULK | Sample Location (circle):    Ceiling    Wall    Pipe |
|---|---|
| | Sample Color: |
| | Texture: |
| | Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12/28/89 | Analyst George Li | Reviewed By |
|---|---|---|

| AIR | Results: |
|---|---|
| | Fiber concentration is less than 0.001 f/cc. |

| BULK | Percent Asbestos | Type Asbestos |
|---|---|---|
| | Other Material Present | |

Comments: 240+21 = 261 min

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

Aa7a

SAMPLE INFORMATION

| Sample No.: 89-360A | Date: 12-27-89 | Sampler: PB |
|---|---|---|
| Building: Coliseum | Room No.: Sec 7, Row 31, seat 8 | |
| Department: p.p. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

| | | |
|---|---|---|
| AIR | Pump No.: 2109 | Flow Rate: 12 L/M |
| | Time Started: 10:42    264 min | Time Ended: 3:06 |
| | Volume: 2868 L | |
| | Comments:    during 2 man clean up  scrim, Sec 6 | |
| BULK | Sample Location (circle):    Ceiling    Wall    Pipe | |
| | Sample Color: | |
| | Texture: | |
| | Comments: | |

ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 12/28/89 | George Li | |

| | Results: |
|---|---|
| AIR | Fiber concentration is less than 0.001 f/cc. |

| | Percent Asbestos | Type Asbestos |
|---|---|---|
| BULK | Other Material Present | |

Comments:    240+24 = 264 min

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530  335-3041

REQUEST FOR ANALYTICAL SERVICES

Aa73

## SAMPLE INFORMATION

| Sample No.: 89-36/A | Date: 12-29-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | Room No.: Sec 5, Row 34, seat 5 | |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):  Class  Lab  Office  Residence  Storage  Recreation

Mechanical

**AIR**

| Pump No.: 2109 | Flow Rate: 12 L/M  12.3 avg |
|---|---|
| Time Started: 9:42    335 min | Time Ended: 3:17  dark |
| Volume: 4120 L | |
| Comments:    Crew of 3  Vacuuming seating area only |
| [final flow 15 start flow 12.6] | |

**BULK**

Sample Location (circle):  Ceiling  Wall  Pipe

Sample Color:

Texture:

Comments:

## ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 1/2/90 | George Li | |

**AIR**

Results:

Fiber concentration is less than 0.001 f/cc.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|
| Other Material Present | |

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

Aa74

SAMPLE INFORMATION

| Sample No.: 89-362 A | Date: 12-29-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec 5, Row 30, seat |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):   Class   Lab   Office   Residence   Storage   Recreation

Mechanical

**AIR**

| Pump No.: 2077 | | Flow Rate: 12 L/M |
|---|---|---|
| Time Started: 9:48    325 min | | Time Ended: 3:13    12.0 L/... |
| Volume: 3900 L | | |
| Comments:    Crew of 3   Vacuuming seating area only | | |

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe
Sample Color:
Texture:
Comments:

ANALYSIS INFORMATION

| Date of Analysis 1/2/90 | Analyst George Li | Reviewed By |
|---|---|---|

**AIR**

Results:

   Fiber concentration is less than 0.001 f/cc.

**BULK**

Percent Asbestos                          Type Asbestos

Other Material Present

Comments:

# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Reasley Colisum

Project Name: _____

Sampled by: Dennis Auslam

**For Analytical Lab Use Only**

Lab Name: Precision Analytics

Received by Lab: _____

Analyzed by Lab: Complete

Analyst Signature: Mike Ferguson

Before concert — 144

During concert — 198

| Sample Number Date and Type (1) * | Time: Start / Stop / Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 10 A 9-19-89 TOP Seating By sect. 7 | 8:00 / 10:30 / 150 | 12 Lm | 1800 | | Dennis Auslam 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 2330W = Certification # | 5/100 | .001 | .001 |
| 11 A 9-19-89 TOP seating By section 2 | 8:00 / 10:30 / 150 | 12 Lm | 1800 | | Dennis Auslam 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 2330W = Certification # | 5/100 | .001 | .001 |
| 12 A 9-19-89 West side By sect 6 cnty | 10:30 / 11:30 / 60 | 12 Lm | 720 | | Dennis Auslam 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 2330W = Certification # | 2/100 | .001 | <.001 |

Code*

(1) A = Air
W = Breathing Zone
P = Personal
I = Impinger
F = Filter Bag
M = Micro Vac
B = Bulk
O = Other [please specify]

TWA = Estimated Time Weighted Average
Responsive
X = Aggressive
Aggressive
Applicable

(2) A = Supplied Air
F = Full Face and Hand
H = Decontamination Area
R = Respiratory
G = Gloves

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA after a Industries Reference Method [3] and fibers and Walton Beckett Graticule indices must come according to OSHA PAT Certificants, or air monitoring performing performed by NIOSH

# Asbestos Air Sample Data Sheet

meter concert  A201

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Brooksley Coliseum

Project Name: _____

Sampled by: Dennis Auslam

**For Analytical Lab Use Only**

Lab Name: Precision Analytics

Received by Lab: _____

Analyzed by: _____

Analysis Complete: _____

Analyst Signature: Mike Pearson

| Sample Number Date and Type (1)* | Time: Start / Stop / Minutes | Flow Rate: liters/min | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 13 A 4-19-89 Top sampling By sect 7 | 10:32 11:30 60 | 12 LM 700 | | | Dennis Auslam 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 = Certification # | 3/100 | .001 | .001 |
| 14 A 9-18-89 Top sampling By sect a | 10:30 12 LM 11:30 60 | 700 | | | Dennis Auslam 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 = Certification # | 3/100 | .001 | .001 |
| | | | | | Dennis Auslam 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 233000 = Certification # | | | |

Code*

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Becket graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

meter concert / A201

## Asbestos Air Sample Data Sheet

**For Analytical Lab Use Only**

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Dennis Auslam

Lab Name: Precision Analytics

Received by Lab: _____

Analyzed by: _____

Analyst Signature: _Mike Precission_

Analysis Complete: _____

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 13 A 9-19-89 Top Senting By Sect 7 | 10:30 11:30 60 | 12 L/m 720 | | | Dennis Auslam 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 233CW = certification # | 3/ 100 | .001 | .001 |
| 14 A 9-19-89 Top senting By sect 2 | 10:30 11:30 60 | 12 Lm 720 | | | Dennis Auslam 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 233CW = certification # | 3/ 100 | .001 | .001 |

**Code\***

(1)
- A = Area
- B = Breathing Zone
- C = Clearance
- G = Glove Bag
- H = HEPA Fan Exhaust
- I = Inside Regulated Area
- O = Outside Regulated Area
- Area

TWA = Estimated Time Weighted Average
Exposure
X = Aggressive

(2)
- A = Supplied Air
- C = Coveralls and Hood
- D = Decontamination Area
- F = Full Face respirator
- H = HEPA Vacuum
- M = 1/2 face HEPA respirator
- N = Negative Air
- P = PAPR
- S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

_after concert_      _During concert_

200  199  198

## Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Dennis Auslam

**For Analytical Lab Use Only**

Lab Name: Precision Analytics

Received by Lab: _____

Analyzed by Lab: Analysis Complete: _____

Analyzed by: Mike Ferguson

Analyst Signature: _____

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Ash. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 10 A 9-19-89 TDP sect. 19 By sect. 7 | 8:00 10:30 150 | 12 Lm 1800 | | | Dennis Auslam 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 2330cw = certification # | 5/ 100 | .001 | .001 |
| 11 A 9-19-89 TDP seating By section a. | 8:00 10:30 150 | 12 Lm 1800 | | | Dennis Auslam 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 2330cW = certification # | 5/ 100 | .001 | .001 |
| 12 A 9-19-89 West side By sect 6 entr | 10:30 11:30 60 | 12 Lm | 700 | | Dennis Auslam 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 2330cw = certification # | 2/ 100 | .001 | <.001 |

**Code***
(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area
Area

TWA = Estimated Time Weighted Average
Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Becket graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88  LB)

# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Dennis Auslam

**For Analytical Lab Use Only**

Lab Name: Precision Analytics

Received by Lab: _____

Analyzed by: _____  Analysis Complete: _____

Analyst Signature: Hugh Patterson

*DURING SETUP*

| Sample Number Date and Type (1)* | Time: Start / Stop / Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Ash, Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 4A 4-14-89 Top Seating B section 2 | 12:50 / 3:20 / 150min | 12 LM | 1800 | | Dennis Auslam 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 2330W = certification # | 3/100 | .001 | <.001 |
| 5A 9-14-89 Area westside by section 6 | 3:10 / 3:30 / 150 | 12 LM | 1800 | | Dennis Auslam 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 2330W = certification # | 1/1000 | .001 | <.001 |
| 6A 9-14-89 By Theater stage | 3:15 / 5:45 / 150 | 12 LM | 1800 | | Dennis Auslam 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 2330W = certification # | 5.5/100 | .001 | .001 |

**Code***

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88  LB)

## Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Dennis Auslam

**For Analytical Lab Use Only**

Lab Name: Precision Analytics, Inc.

Received by Lab: _____

Analyzed by: _____ Analysis Complete: _____

Analyst Signature: Mike Paregren

*MIXING SETUP*    M-176    M-145    —MIXING SETUP

| Sample Number Date and Type (1)* | Time Start Stop Minutes | Flow Rate liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Ash, Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 7A 9-14-89 Top Seating By Section 7 | 3:20 5:50 150 | 12Um | 1800 | | Dennis Auslam 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 2330cu = certification # | 4 | .001 | <.001 |
| 8A 9-14-89 Top Seating By Section 2 | 3:20 5:50 150 | 12Um | 1800 | | Dennis Auslam 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 2330cu= Certification # | 100 | ,001 | <.001 |
| 9A 9-14-89 Fluexside By Sole entry | 8:00 6:30 150 | 12Um | 1800 | | Dennis Auslam 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 2330cu = Certification # | 100 | .001 | .003 |

(1) Code*
A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NJ-OSH PAT Participant, or air monitoring technicians. **Calibrate** air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

For Analytical Lab Use Only

Lab Name: **Precision Analytics**

Received by Lab:

Analyzed by: **Mike Peacock**

Analysis Complete:

Analyst Signature:

Organization:

Street Address:

City/State/Zip:

Location:

Building or Area: **Beasley Coliseum**

Project Name:

Sampled by: **Dennis Auslam**

| Sample Number | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * Observations | Type of Abatement, Location, Employee Name, Social Security Number, Ash. Certificate No., | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| A191 During set up Area A 9-19-89 1225 EPA 0.75 on Top Seating B Section 7 | 12:30 3:00 150 min | 12 Lm | 1800 | | Dennis Auslam 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 2336W = certification # | 45/100 | .001 | <.001 |
| 2 A 9-19-89 AREA | 12:45 3:15 150 min | 12 Lm | 1900 | | Dennis Auslam 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 2336W = certification # | 65/100 | .001 | .002~ |
| 3 A 9-19-89 Top Seating B Section 7 | 12:50 3:20 150 min | 12 Lm | 1800 | | Dennis Auslam 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 2336W = certification # | 2.0/100 | .001 | <.001 |

**Code***

(1) A = Area
    B = Breathing Zone
    C = Clearance
    G = Glove Bag
    H = HEPA Fan
    I = Inside Regulated Area
    O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
    C = Coveralls and Hood
    D = Decontamination Area
    F = Full Face respirator
    H = HEPA Vacuum
    M = 1/2 face HEPA respirator
    N = Negative Air
    P = PAPR
    S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by Niosh PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Samples
## Data Sheet

835 - 457

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: D.A.A

For Analytical Lab Use Only
Lab Name: Precision Analytics, Inc.
Received by Lab: 12/19/88
Analyzed by: _____ George Li
Analysis Complete: 12/19/8
Analyst Signature: George Li

| Sample Number | Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|---|
| A258 | 1 P 12-19-89 | 7:30 | 3LPM | 753 | Supplied Air micros + VACS | CLEANUP N.W. side of Beasley (DAVE Benson) 2331 W    Pump 16 | 6/100 | 0.001 | 0.004 |
| A259 | 2P 12-19-89 | 7:30 | 3LPM | 348 | supplied Air micros + VACS | CLEANUP N.W. side Steve Pea of Beasley 2395 W    Pump 18 | 4.5/100 | 0.001 | 0.006 |
| A260 | 3 P 12-19-89 | 7:30 | 3 LPm | 1227 | supplied Air micros + VACS | CleanuP N.W. side of Beasley Doug Whicklam 2337 W    Pump 17 | 5.5/100 | 0.001 | 0.002 |
|  |  | 409 |  |  |  |  |  |  |  |

Code*
(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

A* = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH P&T Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

A061

# Asbestos Air Sample
## Data Sheet

**For Analytical Lab Use Only**
Lab Name: Precision Analytics, Inc.

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: DAA

Received by Lab 12/19/89 Analysis Complete: 12/19/8

Analyzed by: _____

Analyst Signature: _George Li_

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Ash, Certificate No., | | | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|---|---|
| 4P 12-19-89 personal | 7:30 219 | 3 LPM | 657 | Supplied AIR Micros vacs | Clean up N.W. Side of Beasley Bruce McDonald 002334-01 | | | 3.5/100 | 0.001 | 0.003 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Code\***

(1)  A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time
Weighted Average
Exposure
X = Aggressive

(2)  A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and/or Walton Beckel graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling.  Calculate the statistically reliable detection limit according to EPA, "purple book" or NISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use.  (Revised 12/88  LB)