## Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: **Beasley**

Project Name: _____

Sampled by: **D.A.A**

*For Analytical Lab Use Only*

Lab Name: **Precision Analytics, Inc.**

Received by Lab: **12/28/89** Analysis Complete: **12/29/**

Analyzed by: **George Li**

Analyst Signature: **George Li**

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 5 P 12-20-89 Personal D.W. A277 | 8:00 269 | 3 | 807 | HALF FACE VAC MICRO | Clean up Beasley DOUG WICKHAM 000-78-8 | | | 0.006 |
| 6 P 12-20-89 Personal S.P. A278 | 8:00 233 | 3 | 699 | HALF FACE VAC MICRO | Clean up Beasley ~~DOUG WICKHAM~~ Steve Pea 2-395 W | 9.5/100 | 0.001 | 0.009 |
| 7 P 12-20-89 Personal D.B A279 | 8:00 383 | 3 | 1149 | HALF FACE VAC MICRO | Clean up Beasley ~~DOUG WICKHAM~~ (DAVE BENSON 2331 W | 13.5/100 12/100 | 0.001 0.001 | 0.005 |

**Code***

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2)    A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator.
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88   LB)

## Asbestos Air Sample Data Sheet

Organization: _____
Street Address: _____
City/State/Zip: _____

Location: WSW
Building or Area: Beasley Coliseum
Project Name: _____
Sampled by: Doug Wickham

For Analytical Lab Use Only
Lab Name: Precision Analytics, Inc.
Received by Lab: 12/28/89 Analysis Complete 12/29/8
Analyzed by: George Li
Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 8-P 12-21-89 Personal B.M. A380 | 7:30 3:30 460 | 3 | 1440 | Half Face microtrap Vac | Clean up Beasley Bruce McDonald 002334-01 | 14.5/100 | 0.001 | 0.005 |
| 9-P 12-21-89 Personal G.J. A381 | 7:30 3:30 460 | 3 | 1440 | Half Face MicroTrap Vac. | clean up Beasley Gary Johnson 006980 | 12/100 | 0.001 | 0.004 |

Code*

(1)  A = Area
     B = Breathing Zone
     C = Clearance
     G = Glove Bag
     H = HEPA Fan  Exhaust
     I = Inside Regulated Area
     O = Outside Regulated Area

TWA = Estimated Time
        Weighted Average
        Exposure
X = Aggressive

(2)  A = Supplied Air
     C = Coveralls and Hood
     D = Decontamination Area
     F = Full Face respirator
     H = HEPA Vacuum
     M = 1/2 face HEPA respirator
     N = Negative Air
     P = PAPR
     S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless otherwise noted) by NI-OSH PAT Participants, or air monitoring technicians.  Calibrate air sampling pump with precision rotometer before and after sampling.  Calculate the statistically reliable detection lim-it according to EPA "purple book" or WISHA regulation.  If the ac-ual fiber count is less than the detection limit then the detection limit is the figure to use.  (Revised 12/88  LB)

# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: U.S.U.

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Doug Wickham

For Analytical Lab Use Only

Lab Name: Precision Analytics, Inc.

Received by Lab: 2/28/89 Analysis Complete: 12/29/

Analyzed by: George Li

Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start / Stop / Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 3-m 12-21-89 micro-exh. ours A88a | 7:35 / 3:35 / | 3 | 1440 | | Micro-exh. | 6/100 | 0.001 | 0.002 |
| 4-m 12-21-89 micro-exh ours A283 | 7:35 / 3:35 / 480 | 3 | 1440 | | Micro-exh. | 6.5/100 | 0.001 | 0.002 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Code***

(1)  A = Area
     B = Breathing Zone
     C = Clearance
     G = Glove Bag
     H = HEPA Fan Exhaust
     I = Inside Regulated Area
     O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2)  A = Supplied Air
     C = Coveralls and Hood
     D = Decontamination Area
     F = Full Face respirator
     H = HEPA Vacuum
     M = 1/2 face HEPA respirator
     N = Negative Air
     P = PAPR
     S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88  LB)

# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: U.S.II.

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Doug Wickham

Lab Name: For Analytical Lab Use Only Precision Analytics, Inc.

Received by Lab: 12/28/89 Analysis Complete: 12/29/4

Analyzed by: George Li

Analyst Signature: George Li

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| A284 12-22-89 Personal D.B. | 7:15 1:15 360 | 3 | 1090 | Half Face Vac. Micro-Trap | Clean up Beasley Dave Benson 2331 W | 2.5/100 | 0.001 | 0.001 |
| A285 12-22-89 Personal S.P. | 7:15 1:15 360 | 3 | 1090 | Half Face Vac. Micro-Trap | clean up Beasley Steve Pea 2395 W | 14.5/100 | 0.001 | 0.007 |
| A288 12-22-89 Personal D.W. | 7:15 | 3 | | Half Face Micro-Trap | Clean up Beasley Doug Wickham 007828 | | | |

Code*

(1) A = Area
    B = Breathing Zone
    C = Clearance
    G = Glove Bag
    H = HEPA Fan Exhaust
    I = Inside Regulated Area
    O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2)  A = Supplied Air
     C = Coveralls and Hood
     D = Decontamination Area
     F = Full Face respirator
     H = HEPA Vacuum
     M = 1/2 face HEPA respirator
     N = Negative Air
     P = PAPR
     S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use.   (Revised 12/88   LB)

# Asbestos Air Sample Data Sheet

**Location:** U.S.L

**Building or Area:** Beasley Coliseum

**Project Name:**

**Sampled by:** Doug Wickham

Organization:

Street Address:

City/State/Zip:

**Lab Name:** _For Analytical Lab Use Only_ Precision Analytics, Inc.

**Received by Lab:** 12/28/89 **Analysis Complete:** 12/29

**Analyzed by:** George Li

**Analyst Signature:** George Li

| Sample Number Date and Type (1) * | Time: Start / Stop / Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| A 286 12-22-89 Micro-Trap IDAHOS | 7:15 1:15 360 | 3 | 1080 | | Micro Trap exhaust | 2/100 | 0.001 | Less than 0.001 |
| A 287 12-22-89 Micro-trap OUVS | 7:15 1:15 360 | 3 | 1080 | | Micro Trap exhaust | 3/100 | 0.001 | 0.001 |
| | | | | | | | | |
| | | | | | | | | |

**Code\***

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Becket graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA 'purple book' or WISHA regulation. If the actual fiber count is less than the detection limit than the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

Organization:

Street Address:

City/State/Zip:

Location:

Building or Area: BEASLEY COLISEUM

Project Name:

Sampled by: Doug Wickham

**For Analytical Lab Use Only**

Lab Name: Precision Analytics, Inc.

Received by Lab: 12/28/89 Analysis Complete 12/29/89

Analyzed by: George Li

Analyst Signature: George Li

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 1M 12-20 micRO exh. IOSHOS. A275 | 8:30 173 | 3 | 519 | (--) | MiCRO exh. | 3.5/100 | 0.001 | 0.003 |
| 2M 12-20 MiCRO exh. Oils A276 | 8:30 305 | 3 | 945 | | m:cRO exh. | 4/100 | 0.001 | 0.002 |
| | | 3 | | | | | | |

**Code***

(1)  A = Area
    B = Breathing Zone
    C = Clearance
    G = Glove Bag
    H = HEPA Fan Exhaust
    I = Inside Regulated Area
    O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2)  A = Supplied Air
    C = Coveralls and Hood
    D = Decontamination Area
    F = Full Face respirator
    H = HEPA Vacuum
    M = 1/2 face HEPA respirator
    N = Negative Air
    P = PAPR
    S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Becket graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88  LB)

**HAZCON**
HEALTH HAZARD CONTROL SERVICES
4636 EAST MARGINAL WAY, SOUTH, SUITE 215
SEATTLE, WA 98134
206-763-7364

**LETTER OF TRANSMITTAL**

Date: 4/15/93
Job #: 4066
Attention: Bruce Benson, PE Engr Mgr
Re: Performaming Arts Coliseum
Pest Response Abatement Prep

To:
WSM
PHYSICAN PLANT
PULLMAN, WA 99164-1110
(509) 445-9000

We are sending you: ☒ Attached  ☐ Under separate cover via _____ the following items:

☐ Shop Drawings  ☐ Prints  ☐ Plans  ☐ Samples  ☐ Specifications
☐ Copy of Letter  ☐ Change Order  ☐

| Copies | Date | No. | Description |
|---|---|---|---|
| 1 | various | | Temporary Document Submittals Reports in |
| | | | Hazcon Report |

THESE ARE TRANSMITTED as checked below:

☐ For Approval  ☐ Approved as submitted  ☐ Resubmit___copies for approval
☒ For your use  ☐ Approved as noted  ☐ Submit___copies for distribution
☐ As requested  ☐ Returned for corrections  ☐ Return___corrected prints
☐ For review and comment
☐ For Bid Due _____19___  ☐ Prints returned after loan to us

REMARKS:

Bruce — I hope that we got eversum things you gave us back into this shipment to you. If not please let me know. Thanks for all your assistence on this project. It was my pleasure to be in Pullman again.
Sincerely,
Bruce Olson

COPY TO _____

IF ENCLOSURES ARE NOTE AS NOTED, KINDLY NOTIFY US AT ONCE.

SIGNED: _____



**HAZCON, INC.**
HEALTH HAZARD CONTROL SERVICES
4638 E. Marginal Way So., Suite 215
Seattle, Washington 98134
(206) 763-7364 • Fax (206) 763-4189

January 28, 1993

**Ms Sandy Vibber**
Washington State University
Safety Division
Pullman, WA 99164-7300

RE:    **BEASLEY PERFORMING ARTS COLISEUM**
Post Asbestos Abatement Review

Dear Sandy,

Enclosed is our review and comments of the asbestos issues at the Coliseum as we understand them. We do apologize for the extra time we have taken to process this information. We have had input from our various in-house asbestos divisions (training, design, air monitoring and management) as well as from Washington State Department of Labor and Industries. We do hope that the review does satisfy your immediate concerns regarding this issue.

We have held onto the documents given to us for review so that if you have questions beyond the abatement review, then we would be able to respond. We would like to maintain the records for a duration which you think appropriate, but not to exceed one month. We plan to return the documents to Bruce Benson at the first of February. Please call if you want them back before then.

Please thank all individuals we met during our brief site visit. They were all very helpful and candid regarding our review process, communication of the previous abatement work, and understanding of the physical aspects of the Coliseum.

Sincerely,
HAZCON, Inc.

Bruce Thoreen
Project Manager

# POST ASBESTOS ABATEMENT REVIEW

## AT

# BEASLEY PERFORMING ARTS COLISEUM
## WASHINGTON STATE UNIVERSITY
## PULLMAN, WASHINGTON

Submittal Date: January 26, 1993

Prepared for:

Washington State University
Safety Division
Pullman, WA 99164-7300
Attention: Sandy Vibber



HAZCON INC.

HEALTH HAZARD CONTROL SERVICES
4636 East Marginal Way S. #215
Seattle, Washington  98134
(206) 763-7364

Post Asbestos Abatement Review
W.S.U. - Beasley Performing Arts Coliseum

# Table of Contents

| Title | Page |
|-------|------|
| Executive Summary | 3 |
| Scope of Work | 3-4 |
| Methods of Inspection | 4 |
| Project Review | 5-7 |
| Laboratory Findings | 8 |
| Remaining ACM Assessment & Recommendations | 9-10 |
| Limitations of the Report | 11 |

III.    Appendices

A.    TEM - Air Sample Data Sheets

B.    PCM - Air Sample Data Sheets

C.    PLM - Bulk Sample Data Sheets

D.    Sample Location Plan

# EXECUTIVE SUMMARY

A large asbestos abatement project conducted during the summer of 1992 in **Beasley Performing Arts Coliseum** included the removal of fireproofing from structural framing in selected areas of the building interior. Because of recent concerns over the quality and safety of the project, this follow-up study was commissioned.

A review of the available documents and on-site observations indicate that the job mostly appeared to be specified and documented properly. Exceptions involving air monitoring are noted in detail herein. Note that there is no way for HAZCON to confirm after the fact that the abatement was carried out properly, not having observed the contractor.

Asbestos-containing fireproofing that was not part of the 1992 abatement scope of work remains in the Coliseum on a portion of the structural steel at the perimeter of the roof truss system. It is cementitious and is in generally good condition. There is little risk of potential disturbance from below. However, disturbance of the asbestos fireproofing from above has occurred in the past and may continue. The disturbance appears to be caused by foot traffic on top of the beams which are sprayed with fireproofing. The cleanup of asbestos-containing debris, repair of damaged fireproofing, and prevention of further damage must be addressed in a written operations and management (O & M) plan. If future disturbance of the asbestos cannot be avoided, then removal is recommended in those areas.

Follow-up air sampling was performed during the on-site portion of this review as an effort to determine the current airborne fiber level in the Coliseum. All air samples were found to contain less than the EPA recommended "safe occupancy" fiber level of 0.01 f/cc (fibers per cubic centimeter of air), even when collected aggressively and analyzed by electron microscopy.

Bulk sampling of debris showed areas that need cleanup. Bulk samples collected from the air duct interior surface indicate that asbestos did not appear to be passing through the ventilation system.

# SCOPE OF WORK

On December 28, 1992, J. Bruce Thoreen, an EPA AHERA (Asbestos Hazard Emergency Response Act) accredited asbestos inspector/management planner from HAZCON, Inc., performed a field investigation in Beasley Performing Arts Coliseum at Washington State University in Pullman, Washington. The field investigation was conducted as part of a review of an asbestos abatement project performed in the summer of 1992 at the facility. The abatement work in the project consisted of the removal of asbestos containing fireproofing from portions of the structural framing of the building. Asbestos containing fireproofing still exist on portions of the structural framing. The inspection areas included abated areas as well as areas in which asbestos-containing fireproofing remains in-place. The review was conducted at the request of Sandy Vibber of the WSU Safety Division.

The verbal scope of work for the post asbestos abatement review at Beasley Performing Arts Coliseum at Washington State University in Pullman Washington was as follows:

1.) Perform both static and aggressive air sampling and analysis (PCM & TEM) of the ambient air to determine if current conditions for building occupants are "safe", plus collect and analyze (PLM) bulk samples of suspect asbestos containing debris.

2.) Summarize the condition of the remaining asbestos-containing materials in the building and provide recommendations regarding asbestos management options.

3.) Review documents pertaining to the asbestos abatement project conducted at Beasley Performing Arts Coliseum during the Summer of 1992 for conformance with applicable regulations and industry standards.

# METHODS OF INSPECTION

A walk through inspection of areas of the facility was performed to identify suspect asbestos containing materials (ACM) which may be exposed to building occupants and users. Bulk samples were collected of suspect materials including dust and debris within the interiors of air ducts. The samples were analyzed in the EPA accredited HAZCON laboratories using the standard method, Polarized Light Microscopy (PLM).

In addition to bulk sampling, aggressive air sampling was performed in seating areas and the outer concourses to simulate heavy use conditions. Air sampling at the catwalk areas was performed using non-aggressive methods. Analysis was done by both Transmission Electron Microscopy (TEM) and Phase Contrast

Post Asbestos Abatement Review
W.S.U. - Beasley Performing Arts Coliseum

Microscopy (PCM). PCM analysis is specified by OSHA for measuring asbestos
workers' exposures. It has been adapted for "clearance" or "re-entry" analysis
as well, primarily because of speed and low cost. PCM "counts" all fibers of a
certain size and shape but cannot differentiate between fiber types. Thus, if
fibers are very tiny, as from floor tile, they may not be counted. However, if
fiberglass or cellulose fibers are present, these may be counted as asbestos.
TEM can not only count all sizes of fibers, but it can also differentiate between
asbestos fibers and other non-asbestos fibers. TEM analysis is required by
EPA under AHERA for clearance on almost all abatement jobs in K through 12
schools.

# FINDINGS

The following is a summary of our findings:

1.  Three Transmission Electron Microscopy (TEM) aggressive air samples
    were collected from the seating area and outer concourse and analyzed.
    The laboratory results revealed no asbestos structures detected on two samples
    and a single asbestos structure per square millimeter on the remaining
    sample. This is well below the criteria for TEM clearance under AHERA-
    an average of 70 structures per square millimeter of filter surface. See
    "LABORATORY FINDINGS" for a summary of sample results and
    Appendices A for laboratory data sheets.

2.  Three Phase Contrast Microscopy (PCM) air samples were taken on the
    catwalks and seating areas and analyzed. The laboratory results were
    all less than 0.004 fibers per cubic centimeter of air (f/cc), well below
    EPA's recommended clearance or "safe" fiber level of less than 0.01 f/cc.
    See "LABORATORY FINDINGS" for a summary of sample results and
    Appendix B for laboratory data sheets.

3.  Ten Polarized Light Microscopy (PLM) bulk samples were taken and
    analyzed. Asbestos was detected in non-abated debris on a soffit in
    Section 32 on top of insulation (8% Chrysotile); a trace amount (<1%
    Chrysotile) was detected on the floor of the mechanical room in Section
    36; and was in dust (1% Chrysotile) on the lower level at the vertical shaft
    at the counter weights, on the counter weight framing. No asbestos was
    detected in debris and dust in other areas tested. No asbestos was
    detected in the replacement fireproofing, "mudded duct fittings", or on the duct
    insulation tested. See "LABORATORY FINDINGS" for a summary of
    sample results and Appendix C for laboratory data sheets.

4.  The review of project documents revealed the following:

    A.  Project Specifications, Section 02085, paragraphs 1.05B and
        3.04.B.5 may conflict with the published "Clean-up" criteria as
        stated in WAC 296-62-07713 (2)(c). Washington State regulations

HAZCON, INC.                    5                    Project #: 4065

**Post Asbestos Abatement Review**
**W.S.U. - Beasley Performing Arts Coliseum**

state that final clearance samples must be below the "action level" (0.1 f/cc); or, at or below pre-abatement levels, whichever is lower. We have been informed by Jim Catalano at the Department of Labor and Industries that asbestos inspectors may require that a work area be re-cleaned until final air clearance levels are at or below the documented pre-abatement levels, even if clearance levels are found to be below the EPA's 0.01 f/cc criteria. The project specifications state that the clearance criteria for this job was 0.01 f/cc. Most clearance data we found was below this level Exceptions are shown below in section C.

In light of the above regulations, the standard sampling protocol would be to take pre-abatement and clearance samples at approximately the same locations to allow for comparison of fibers before and after abatement. This protocol does not appear to have been followed during the project. Because the pre-abatement and clearance samples were not taken in the same location, direct comparison is difficult. It appears that some clearance data, shown in the table below, was not technically below pre-abatement levels. However, it must be noted that because of the "error" inherent in the PCM method, only sample # 021 was "significantly" higher.

| Phase | Pre-abatement Sample # | Fibers/CC | Clearance Sample # | Fibers/CC |
|---|---|---|---|---|
| I | 001 | <0.004 | 195 | 0.004 |
| I | 002 | <0.004 | 196 | 0.004 |
| I | 003 | <0.004 | 197 | <0.003 |
| I | 009 | <0.002 | | |
| I | 022 | <0.003 | 304 | 0.003 |
| I | 026 | <0.004 | 305 | 0.005 |
| I | 027 | <0.005 | 306 | 0.005 |
| I | 028 | <0.004 | | |
| III | 021 | <0.003 | 383 | 0.008-0.009 |
| II | 023 | <0.004 | 384 | 0.004 |
| II | 025 | <0.004 | 385 | 0.005 |

B.  On several occasions, the airborne monitoring results exceed the project specifications for outside the work area (0.01 f/cc) during set-up prior to abatement and during abatement. This control is used to prevent exposure to other contractors or building occupants that may be near the project. Little or no mention of why the levels were high or what corrective action was taken was written in the inspection reports reviewed. The two tables below list the air samples in question.

**Post Asbestos Abatement Review**
**W.S.U. - Beasley Performing Arts Coliseum**

Air samples that exceeded 0.01 fibers/cc during set-up, prior to abatement:

| Date | Sample # | Fibers/cc | Review Comments |
|---|---|---|---|
| 6/26/92 | 067 | 0.016 | no action |
| 6/29/92 | 077 | 0.03 | no mention in report, no action |
| 6/29/92 | 078 | 0.04 | no mention in report, no action |
| 6/30/92 | 082 | 0.014 | no mention in report, no action |
| 7/02/92 | 090 | 0.02 | no mention in report, no action |
| 7/02/92 | 091 | 0.02 | no mention in report, no action |
| 7/13/92 | 152 | 0.01 - 0.011 | no mention in report, no action |
| 7/21/92 | 198 | 0.02 | no mention in report, no action |
| 7/21/92 | 199 | 0.02 | no mention in report, no action |

Air samples that exceeded 0.01 fibers/cc outside of work area during abatement:

| Date | Sample # | Fiber/CC | Review Comments |
|---|---|---|---|
| 7/22/92 | 209 | 0.016 | No mention of high count in report or what response action was taken |
| 7/24/92 | 227 | 0.015 | No mention of high count in report |
| 7/27/92 | 235 | 0.01 - 0.02 | little mention and no response in report, should be rounded up to .02, not .01 |
| 7/27/92 | 236 | <.031 | Error in calculation, should be 0.003 fibers/cc |
| 8/22/92 | 394 | Unreadable | No mention or response in report |

C.    Project Specification 02085, 3.04.5 states that Post Abatement Air Samples must be at or less than 0.01 fibers per cubic centimeter or equal to or less than the pre-abatement samples, whichever is greater. Two problems arise. First, there appear to be post abatement air samples above 0.01 fibers per cubic centimeter and above pre-abatement levels. Second, we do not agree with a policy of allowing clearance above 0.01 f/cc, whether the pre-abatement levels were high or not. If there are other confounding factors, like demolition or fiberglass work nearby, TEM must be employed to get at the true asbestos fiber count and assure that it is low enough. Refer to the following data:

| Date | Baseline Sample # | Fibers/CC | Date | Clearance Sample # | Fibers/CC |
|---|---|---|---|---|---|
| 6/5/92 | WSU-A-005 | <0.005 | 8/27/92 | 413 | 0.011 |
| | | | 8/27/92 | 417 | 0.012 |
| | | | 8/27/92 | 418 | 0.013 |
| | | | 8/27/92 | 419 | 0.010 (should be 0.11) |

D.    Field reports do not indicate aggressive air sampling was used during clearance testing. HAZCON maintains that if PCM is used for clearance, aggressive sampling methods are a necessity.

Post Asbestos Abatement Review
W.S.U. - Beasley Performing Arts Coliseum

E.    Laboratory results from Industrial Standards Analysis do not indicate the field area of microscopes on the data sheets.

# LABORATORY FINDINGS

## HAZCON Collected Air Samples

The following summary lists the TEM samples collected and analyzed:

| Sample No | Location | Type | # Structures | Fiber Concentration |
|---|---|---|---|---|
| TEM 607 | Seating area, Section 3, new FP | aggressive | 0 Asbestos 0 Nonasbestos | <0.0039 |
| TEM 624 | Outer concourse, Section 14 | aggressive | 1 Asbestos 0 Nonasbestos | 0.0038 |
| TEM 638 | Seating area, Section 25, ACM FP | aggressive | 0 Asbestos 0 Nonasbestos | <0.0041 |

The following summary lists the PCM samples collected and analyzed:

| Sample No | Location | Type | Fiber Concentration |
|---|---|---|---|
| BO427 | Catwalk, Section 14, new FP | non-aggressive | <0.004 |
| TEM 609 | Seating area, Section 3, new FP | aggressive | <0.003 |
| BP 428 | Catwalk, Section 32, ACM FP | non-aggressive | <0.002 |

## HAZCON Collected Bulk Samples

The following summary lists the PLM samples collected and analyzed:

| Sample No | Location | Matl | Asbestos Content |
|---|---|---|---|
| 1228JBT001 | Sec. 14, Catwalk, HVAC mixing box | Dust | No asbestos detected |
| 1228JBT002 | Sec. 14, Catwalk, HVAC mixing box | Dust | No asbestos detected |
| 1228JBT003 | Sec. 14, Catwalk, HVAC mixing box | Dust | No asbestos detected |
| 1228JBT004 | Sec. 14, Catwalk, top of beam | New FP | No asbestos detected |
| 1228JBT005 | Sec. 32, Soffit, top of batt insulation | Debris | 8% Chrysotile |
| 1228JBT006 | Sec. 36, Catwalk, Unit ST, CW Supply | Pipe elbow insul | No asbestos detected |
| 1228JBT007 | Sec. 36, Catwalk, Mech Rm, SF1, floor | Debris | <1% Chrysotile |
| 1228JBT008 | Lower Level, Inside air duct | Duct insulation | No asbestos detected |
| 1228JBT009 | Lower Level, Vert Sft @ Ctr-Wgls | Dust | 1% Chrysotile |
| 1228JBT010 | Sec. 35, catwalk | Pipe elbow insul | No asbestos detected |

TEM = Transmission Electron Microscopy. Counts only asbestos fibers collected.
PCM = Phase Contrast Microscopy. Counts all types of fibers (asbestos and non-asbestos).
PLM = Polarized Light Microscopy. Bulk sample analysis.

**Post Asbestos Abatement Review**
W.S.U. - Beasley Performing Arts Coliseum

## REMAINING ACM ASSESSMENT

Fireproofing on structural framing:

Asbestos fireproofing remains on structural steel at the catwalk areas that were not part of the 1992 abatement project. The material is above the Upper Level seating area and is physically open to the seating area below. It is not within reach of the building occupants. The material is cementitious and appears to be well bonded to the steel substrate.

The material appears to be in generally good condition with limited areas of deterioration. Fireproofing deterioration is apparent at areas were walking on the top flange of the beam has occurred. At those areas, the black painted finish has been damaged, with friable fireproofing resting on top of the beam.

The batt insulation at the soffit area is littered with ACM that has fallen from deteriorated fireproofing on adjacent beams. Deterioration appears to have been the result of minor foot traffic in the area.

Recommended Response Actions:

1. Clean up existing asbestos contamination and repair all damaged fireproofing. Future disturbance of the ACM fireproofing must be avoided. Do not allow foot traffic on top of framing where unprotected ACM fireproofing remains. If employees must have access to reach areas beyond or need a platform to do work, the fireproofing must be protected or removed where disturbance could occur. -or-

2. The alternative would be to clean up and repair currently damaged areas, leave remaining ACM in place, and perform all future work that may disturb it from below.

3. Provide communication to all personnel entering the catwalk areas of ACM fireproofing that ACM exists therein. Install "DANGER ASBESTOS" signs at the catwalk area and at the soffit area to inform them to avoid accidental disturbance of the fireproofing.

4. Provide a "Good Faith" Inspection report to all contractors entering areas of remaining ACM per WAC 296-62-07707, Identification.

Fireproofing at Vertical Shafts:

The dust sample collected at the elevator counter-weight shaft indicates the presence of 1% asbestos dust. The dust is spread lightly through the area near maintenance activities. The dust appears to be from the original structural framing ACM fireproofing over-spray. The shaft walls are splattered with the over-spray. The over-spray is in good condition and appears to have good cohesion to the concrete wall substrate.

**Post Asbestos Abatement Review**
**W.S.U. - Beasley Performing Arts Coliseum**

Recommended Response Action:

1. Provide communication to all personnel entering the shaft area. Install "DANGER ASBESTOS" signs at the area to avoid accidental disturbance of the dust and over-spray.

2. Removal of asbestos containing dust is recommended for the counterweight shaft or other shafts that are exposed to periodic maintenance or serve as temporary cable routes. Abatement of dust should include the use of wet methods and/or HEPA vacuuming of contaminated surfaces.

3. Removal of the ACM over-spray is recommended at shafts where future activity is expected to occur or at shafts where ACM over-spray has been or will likely be damaged.

4. Provide a "Good Faith" Inspection report to all contractors entering areas of remaining ACM per WAC 296-62-07707, Identification.

Establishment of Asbestos Operations & Maintenance Program

If asbestos containing materials (ACM) remain on site, an Operations and Maintenance (O&M) Plan should be established. Suspect material not analyzed should be treated as ACM until such time as it is proven otherwise. The plan should stay in effect as long as ACM remains on site. Key components of an O&M Plan include:

1. Methods to recognize and clean up contamination.

2. Methods to minimize future fiber release by controlling access to ACM.

3. Methods to maintain ACM until it is eventually removed.

4. Assigning an Asbestos Control Program Manager to the facility, whose duties would include knowing where the ACM is located, insuring it is not disturbed and that it is handled only by properly trained personnel. The Program Manager should receive at minimum an equivalency of the AHERA (Asbestos Hazard Emergency Response Act) two hour asbestos awareness course.

5. The Asbestos Control Program Manager inspects the site every six months, with findings documented and attached to the O&M Plan. A properly prepared O&M plan provides guidance for others and documents the owner's prudence in managing the asbestos in the building.

*HAZCON, INC.*

Post Asbestos Abatement Review
W.S.U. - Beasley Performing Arts Coliseum

# Limitations of This Report

Within the limitations of scope, schedule, and budget, our services have been executed in accordance with generally accepted practices in this area at the time this report was prepared. No other conditions, expressed or implied, should be understood.

It was a pleasure being of service. If any questions arise or further assistance is required, please call.

Sincerely,
HAZCON, Inc.

J. Bruce Thoreen
E.P.A accredited Asbestos Building Inspector/Designer

Michael L. Kato
E.P.A accredited Asbestos Building Inspector/Designer

Michael W. Krause, CIH
Vice-President

# Appendix A

## TEM - Air Sample Data Sheets

The Transmission Electron Microscopy (TEM) air samples were analyzed by EMSL (Electron-Microscopy Service Laboratories Inc). TEM counts asbestos fibers only. Non-asbestos fibers are not part of the final fiber level results.

TEM samples were collected using aggressive methods (a leaf blower in the area for approximately 10 minute duration prior to start of air collection).



ELECTRON·MICROSCOPY SERVICE LABORATORIES INC

Westmont, N.J.    Piscataway, N.J.    Lendovr, M.D.    Atlanta, GA.    Melbourne, FL.    Ann Arbor, M.I.    Lisle, IL.    San Mateo, CA.
609-858-4600    908-980-0550    301-459-6510    404-366-4046    407-725-5225    313-665-6510    706-241-1901    415-570-5401



Hazcon, Inc.
4636 East Marginal Way South
Suite 215
Seattle, WA    98134

Thursday, January 7th, 1993

**ASBESTOS FIBER ANALYSIS by TRANSMISSION ELECTRON MICROSCOPY (TEM), SELECTIVE AREA ELECTRON DIFFRACTION (SAED) and ENERGY DISPERSIVE X-RAY MICROANALYSIS (EDX) - PERFORMED by EPA LEVEL II METHOD.**

Project : #4065/WSU,Beasley Coliseum

## Basic TEM Summary Report

| SAMPLE ID | VOLUME (liters) | TYPE OF ASBESTOS | ASB #STRUCTURES | NONASB #STRUCTURES | CONCENTRATION OF ASBESTOS STRUCTURES AFP/cc | AFP/mm² | Detection Limit |
|---|---|---|---|---|---|---|---|
| TEM 607 | 1667.00 | None Detected | 0 | 0 | < 0.0039 | < 16.6667 | 0.0039 |
| TEM 624 | 1710.00 | Chrysotile | 1 | 0 | 0.0038 | 16.6667 | 0.0038 |
| TEM 638 | 1586.00 | None Detected | 0 | 0 | < 0.0041 | < 16.6667 | 0.0041 |

*NVLAP PLM/TEM Accredited # 1048
AFP - Asbestos Fibrous Particulates.
Number under AFP/cc are detection limits for 'None Detected' samples.
AFP/cc - Concentration of Asbestos in AFP/cc; for blank sample AFP/cc represents number of AFP in millions of Fibers/Filter.

Peter Frasca, Ph.D.
President

Laboratory Supervisor

Approved Signatory

EMSL of California, Inc.JEOL JEM 100CXII WED 06-JAN-93 10:49
Cursor: 0.000KeV = 0

HAZCON, INC
SAMPLE: TEM 624
PROJECT: #4065/WSU, BEASELEY COLISEUM
CHRYSOTILE ASBESTOS
MG
SI
FE
CU
CU
0.000
41
A
VFS = 128
10.240

W.S.U. - Beasley Performing Arts Coliseum
Post Asbestos Abatement Review

# Appendix B

## PCM - Air Sample Data Sheets

The Phase Contrast Microscopy air samples were analyzed by HAZCON, Inc. PCM method counts all fibers of determined size and does not distinguish between asbestos and non-asbestos fibers.

PCM samples were collected using aggressive methods (leaf blower at area for approximately 10 minute duration and prior to start of air collection) at lower collection areas. Samples at the upper (catwalk) areas were collected using non-aggressive methods.

# HAZCON INC.
### HEALTH HAZARD CONTROL SERVICES

4454 E. Marginal Way So., Suite 215
Seattle, WA 98134
(206) 763-7364

## ASBESTOS AIR SAMPLE DATA

Log # 73638
Project # 4065
Number of Samples: 5

AN AIHA ACCREDITED LABORATORY #414

Client: WSU
Job Location: Beasley Performing Arts Coliseum
PO #:
Abatement Firm:

---

**SAMPLE # BP428**
SAMPLE TYPE: Area
PUMP # H1098
PRIORITY: Regular
DATE: 12-28-92
LOCATION: catwalk-section 32 at landing, access from door 360 N.
OBSERVATIONS: non aggressive at area below original fireproofing
CONTROLS:
NAME: N/A  N/A  N/A

| TIME | | | FLOW RATE (LPM) | | | VOLUME | Fibers/ Fields | Quantitative Limit | | RESULTS IN FIBERS/CC: |
|---|---|---|---|---|---|---|---|---|---|---|
| Start 13:18 | End 16:10 | Total 172 | Start 13.90 | End 13.90 | Ave= 13.90 | Liters= 2391 | 4 | 0.002 | / 100 | < 0.002 |

SS#    CERT#

---

**SAMPLE # TEM609**
SAMPLE TYPE: Area
PUMP # H1098
PRIORITY: Regular
DATE: 12-28-92
LOCATION: section 3-upper seating area below new fireproofing
OBSERVATIONS: sample on TEM cassette aggressive w/leaf blower on seats & floor
CONTROLS:
NAME: N/A  N/A  N/A

| TIME | | | FLOW RATE (LPM) | | | VOLUME | Fibers/ Fields | Quantitative Limit | | RESULTS IN FIBERS/CC: |
|---|---|---|---|---|---|---|---|---|---|---|
| Start 10:33 | End 13:12 | Total 159 | Start 11.80 | End 11.80 | Ave= 11.80 | Liters= 1876 | 3 | 0.003 | / 100 | < 0.003 |

SS#    CERT#

---

**SAMPLE # BQ427**
SAMPLE TYPE: Area
PUMP # H1056
PRIORITY: Regular
DATE: 12-28-92
LOCATION: catwalk-section 14 below new fireproofing
CONTROLS:
NAME: N/A  N/A  N/A
OBSERVATIONS: non aggressive-walking activity areas

| TIME | | | FLOW RATE (LPM) | | | VOLUME | Fibers/ Fields | Quantitative Limit | | RESULTS IN FIBERS/CC: |
|---|---|---|---|---|---|---|---|---|---|---|
| Start 9:36 | End 10:58 | Total 82 | Start 13.90 | End 13.30 | Ave= 13.60 | Liters= 1115 | 6.5 | 0.004 | / 100 | < 0.004 |

SS#    CERT#

---

| Blank cassette: | Ave.Blank count: | | Rotameter # | Microscope field area: | Filter size: |
|---|---|---|---|---|---|
| TEM608 | 0 / 100 | | | 0.00785 | 385 |

Sampled by: Bruce Thoreen
Received by: Bruce Thoreen    Date: 12-28-92
Analyzed by: Mike Parrish
Company: HAZCON INC.
Checked by: [signature]    Date: 12-31-92

Samples are collected and analyzed according to NIOSH 7400 and/or State/OSHA Reference Methods via Phase Contrast Microscope (PCM) by NIOSH 582 trained, PAT and AIHA Registry participating analyst. Flow calibration is performed before and after sampling with calibrated rotameters. The statistically reliable "quantitative limit" shown is calculated from the EPA formulas and is proportional to the volume sampled. We are responsible only for our own work and cannot verify the accuracy of air sampling data supplied by customers or of sampling not supervised or observed by HAZCON professionals.

\* Fibers per cubic centimeter of air.

Post Asbestos Abatement Review
W.S.U. - Beasley Performing Arts Coliseum

# Appendix C

## PLM - Bulk Sample Data Sheets

For all asbestos samples, the first six numbers of the bulk sample identification number indicate the month, day, and year on which the sample was taken, the next three letters identify the inspector taking the sample, and the last three numbers indicate the numerical sequence in which the samples were taken.

For Example:      021792JPD001

0217          Sample taken on February 17th, 1992
JPD           Sample taken by John Paul Doe
001           First sample taken.

The amount of asbestos in the sample is shown along with an observation of the condition of the material. Approximately 1% asbestos in the bulk materials is the limit of PLM detection for most laboratories. If the microscopist can see no fibers in the sample, the % is reported as "None Detected". There will be no entry under the columns "chrysotile" or "amosite".

The bulk ACM samples are analyzed in our own National Voluntary Laboratory Accreditation Program (NVLAP) laboratory by polarized light microscopy (PLM) and dispersion staining.  Our experienced Industrial Hygiene Analysts, trained in 40-hour McCrone or Microlab Northwest microscopy courses, participate in the inter- and intra-laboratory quality control programs.