

**HEALTH HAZARD CONTROL SERVICES**
**HAZCON** INC.
4636 E. Marginal Wy So. Suite 215
Seattle, WA 98134
(206) 763-7364

## ASBESTOS BULK SAMPLE DATA

An AIHA #414
and
NVLAP #1106
Accredited Laboratory

**Number of Samples: 10**

**Project #: 4065**

**Log #: 8634**

Client Name: **Washington State University**          PO #

Job Location: **Coliseum**

---

**SAMPLE #:** 122892JBT001

**SOURCE:** Dust

**LAB #:** 8634.1    **PRIORITY:** Regular

**LOCATION:** Inside mixing box, catwalk
section 14, pre air filter

**MATERIAL DESCRIPTION:** HOMOGENEOUS
*Brown dust on gray & black fibrous filter*

### RESULTS:

*No Asbestos Detected*

ASBESTOS TYPE          %

| OTHER FIBERS | % |
|---|---|
| Cellulose | 10 |
| Synthetic | 5 |
| Fibrous Glass | 10 |
| Hair | Trace |

| OTHER MATERIALS | % |
|---|---|
| Insect Parts | Trace |
| Mineral Particles | 75 |

Note:

---

**SAMPLE #:** 122892JBT002

**SOURCE:** Dust

**LAB #:** 8634.2    **PRIORITY:** Regular

**LOCATION:** Inside mixing box, catwalk
section 14, primary air filter

**MATERIAL DESCRIPTION:** HOMOGENEOUS
*Dust on gray & pink fluffy fibrous filter*

### RESULTS:

*No Asbestos Detected*

ASBESTOS TYPE          %

| OTHER FIBERS | % |
|---|---|
| Cellulose | 5 |
| Synthetic | 1 |
| Fibrous Glass | 10 |

| OTHER MATERIALS | % |
|---|---|
| Mineral Particles | 84 |

Note:

---

**SAMPLE #:** 122892JBT003

**SOURCE:** Dust

**LAB #:** 8634.3    **PRIORITY:** Regular

**LOCATION:** Inside mixing box, catwalk
section 14, soundproofing

**MATERIAL DESCRIPTION:** HOMOGENEOUS
*Brown dust on gray fibrous material*

### RESULTS:

*No Asbestos Detected*

ASBESTOS TYPE          %

| OTHER FIBERS | % |
|---|---|
| Cellulose | 3 |
| Synthetic | 1 |
| Fibrous Glass | 5 |
| Hair | Trace |

| OTHER MATERIALS | % |
|---|---|
| Mineral Particles | 91 |

Note:

---

| SAMPLED BY: Bruce Thoreen | DATE: 12/28/92 | COMPANY: Hazcon, Inc. |
|---|---|---|
| RECEIVED BY: Bruce Thoreen | DATE: 12/29/92 | SIGNED: *Patricia Lukens* |
| ANALYZED BY: Barbara Gloyd | DATE: 12/29/92 | Laboratory Manager |

HAZCON participates in the NIST/NVLAP Program and is accredited by NVLAP. Accreditation by NVLAP does not indicate endorsement by NVLAP or any other government agency. All bulk samples are analyzed using Polarized Light Microscopy (PLM) and dispersion staining techniques by trained technicians. Analyses are cross-checked by other in-house technicians and other laboratories for quality assurance and verification. The percent values reported above are based on a visual estimate by volume unless verification by Point Counting is indicated. Test results reported relate only to the samples submitted by the client to HAZCON. Trace amounts of asbestos could possibly be missed by PLM, therefore negative results cannot be guaranteed.



**HAZCON** INC.
HEALTH HAZARD CONTROL SERVICES
4636 E. Marginal Way So., Suite 215
Seattle, WA 98134
(206) 763-7364

## ASBESTOS BULK SAMPLE DATA

An AIHA #414
and
NVLAP #1106
Accredited Laboratory

Number of Samples: 10

Project #: 4065

Log #: 8634

Client Name: **Washington State University**

Job Location: **Coliseum**

PO #

---

**SAMPLE #:** 122892JBT004
**SOURCE:** New Fireproofing

**LAB #:** 8634.4   **PRIORITY:** Regular

**LOCATION:** Top of beam, section 14

**MATERIAL DESCRIPTION:** HOMOGENEOUS
*Gray soft foamy powdery fibrous lumpy loose material*

### RESULTS:

*No Asbestos Detected*

ASBESTOS TYPE          %

Note:

| OTHER FIBERS | % |
|---|---|
| Cellulose | 30 |

| OTHER MATERIALS | % |
|---|---|
| Gypsum Filler & Binder | 70 |

---

**SAMPLE #:** 122892JBT005
**SOURCE:** Debris

**LAB #:** 8634.5   **PRIORITY:** Regular

**LOCATION:** Section 32 soffit, on top of insulation

**MATERIAL DESCRIPTION:** LAYERED
*White, black & brown fibrous powdery loose lumps*

### RESULTS:
*Layers Homogenized for Analysis*

ASBESTOS TYPE          %
Chrysotile          8

Note:

| OTHER FIBERS | % |
|---|---|
| Cellulose | 30 |
| Fibrous Glass | 1 |
| Synthetic | Trace |

| OTHER MATERIALS | % |
|---|---|
| Mineral Filler & Binder | 46 |
| Vermiculite | 15 |

---

**SAMPLE #:** 122892JBT006
**SOURCE:** Mudded Elbow

**LAB #:** 8634.6   **PRIORITY:** Regular

**LOCATION:** Section 36 at unit S1, cold water supply

**MATERIAL DESCRIPTION:** HOMOGENEOUS
*Light gray soft fibrous powdery lumps*

### RESULTS:

*No Asbestos Detected*

ASBESTOS TYPE          %

Note:

| OTHER FIBERS | % |
|---|---|
| Cellulose | Trace |
| Fibrous Glass | 40 |

| OTHER MATERIALS | % |
|---|---|
| Mineral Filler & Binder | 57 |
| Diatoms | 3 |

---

| SAMPLED BY: Bruce Thoreen | DATE: 12/28/92 | COMPANY: Hazcon, Inc. |
| RECEIVED BY: Bruce Thoreen | DATE: 12/29/92 | |
| ANALYZED BY: Barbara Gloyd | DATE: 12/29/92 | SIGNED: *Patricia Lukens* |
| | | Laboratory Manager |

HAZCON participates in the NIST/NVLAP Program and is accredited by NVLAP. Accreditation by NVLAP does not indicate endorsement by NVLAP or any other government agency. All bulk samples are analyzed using Polarized Light Microscopy (PLM) and dispersion staining techniques by trained technicians. Analyses are cross-checked by other in-house technicians and other laboratories for quality assurance and verification. The percent values reported above are based on a visual estimate by volume unless verification by Point Counting is indicated. Test results reported relate only to the samples submitted by the client to HAZCON. Trace amounts of asbestos could possibly be missed by PLM, therefore negative results cannot be guaranteed.



# ASBESTOS BULK SAMPLE DATA

**HEALTH HAZARD CONTROL SERVICES**
**HAZCON INC.**
4636 E. Marginal Way So. Suite 215
Seattle, WA 98134
(206) 763-7364

An AIHA #414
and
NVLAP #1106
Accredited Laboratory

**Number of Samples: 10**
**Project #: 4065**
**Log #: 8634**

Client Name: **Washington State University**                    PO #
Job Location: **Coliseum**

---

**SAMPLE #:** 122892JBT007
**SOURCE:** Debris

**LAB #:** 8634.7    **PRIORITY:** Regular
**LOCATION:** Section 36 mechanical room SF1 on floor

**MATERIAL DESCRIPTION:** LAYERED
*Loose debris & fibers*

**RESULTS:**
Layers Homogenized for Analysis

**ASBESTOS TYPE** %
Chrysotile    Less than 1

*Note:*

| OTHER FIBERS | % |
|---|---|
| Cellulose | 5 |
| Fibrous Glass | 10 |
| Synthetic | 5 |
| Hair | Trace |

| OTHER MATERIALS | % |
|---|---|
| Mineral Particles | 30 |
| Insect Parts | 10 |
| Metal Filings | 40 |
| Vermiculite | Trace |

---

**SAMPLE #:** 122892JBT008
**SOURCE:** Duct Insulation

**LAB #:** 8634.8    **PRIORITY:** Regular
**LOCATION:** Lower level inside air duct

**MATERIAL DESCRIPTION:** HOMOGENEOUS
*Black & gray loose fibrous material*

**RESULTS:**
*No Asbestos Detected*

**ASBESTOS TYPE** %

*Note:*

| OTHER FIBERS | % |
|---|---|
| Cellulose | Trace |
| Fibrous Glass | 95 |
| Spider Silk | Trace |

| OTHER MATERIALS | % |
|---|---|
| Binder | 5 |

---

**SAMPLE #:** 122892JBT009
**SOURCE:** Dust

**LAB #:** 8634.9    **PRIORITY:** Regular
**LOCATION:** Lower level vertical shaft at counter weights, on counter weight framing

**MATERIAL DESCRIPTION:** HOMOGENEOUS
*Loose brown & white sandy & soft debris*

**RESULTS:**

**ASBESTOS TYPE** %
Chrysotile    1

*Note:*

| OTHER FIBERS | % |
|---|---|
| Cellulose | Trace |
| Fibrous Glass | 3 |
| Glass Fragments | 45 |

| OTHER MATERIALS | % |
|---|---|
| Metal Filings | 1 |
| Mineral Filler & Binder | 5 |
| Sand/Mineral Particles | 40 |
| Vermiculite | 5 |

---

SAMPLED BY: Bruce Thoreen    DATE: 12/28/92
RECEIVED BY: Bruce Thoreen    DATE: 12/29/92
ANALYZED BY: Barbara Gloyd    DATE: 12/29/92

COMPANY: Hazcon, Inc.
SIGNED: *Patricia Lukens*
Laboratory Manager

HAZCON participates in the NIST/NVLAP Program and is accredited by NVLAP. Accreditation by NVLAP does not indicate endorsement by NVLAP or any other government agency. All bulk samples are analyzed using Polarized Light Microscopy (PLM) and dispersion staining techniques by trained technicians. Analyses are cross-checked by other in-house technicians and other laboratories for quality assurance and verification. The percent values reported above are based on a visual estimate by volume unless verification by Point Counting is indicated. Test results reported relate only to the samples submitted by the client to HAZCON. Trace amounts of asbestos could possibly be missed by PLM, therefore negative results cannot be guaranteed.

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

353

## SAMPLE INFORMATION

| Sample No.: 90-003A | Date: 1-5-90 | Sampler: PIB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec 8, Row 38, seat "12" |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

**AIR**

| Pump No.: 2097 | Flow Rate: 12 L/M |
|---|---|
| Time Started: 9:05    235 min | Time Ended: 1:00    11.8 L/M |
| Volume: 2820 L | |

Comments: during prep for removal in Sec 7-8 chase

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe

Sample Color:

Texture:

Comments:

## ANALYSIS INFORMATION

| Date of Analysis 1/8/90 | Analyst George Li | Reviewed By |
|---|---|---|

**AIR**

Results:

   Fiber concentration is less than 0.001 f/cc.

**BULK**

Percent Asbestos

Type Asbestos

Other Material Present

Comments: 240-5735

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A255

SAMPLE INFORMATION

| Sample No.: 89 - 349 A | Date: 12-13-89 | Sampler: RJB |
|---|---|---|
| Building: Coliseum | Room No.: Sec 4, Row 30, seat 14 | |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation
                      Mechanical

**AIR**

| Pump No.: 2099 | Flow Rate: 12L/M |
|---|---|
| Time Started: 10:46          min | Time Ended: 1:39    12.0L/M |
| Volume: 2076 | |

Comments:    Pre clean up scrim

**BULK**

| Sample Location (circle):    Ceiling    Wall    Pipe |
| Sample Color: |
| Texture: |
| Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. PEARSON |
|---|---|---|

**AIR**

Results:

Fiber concentration is less than 0.001.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|
| Other Material Present | |

Comments:        ℓℓℓ: 173

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

A254

REQUEST FOR ANALYTICAL SERVICES

SAMPLE INFORMATION

| Sample No.: 89 - 348A | | Date: 12-13-89 | Sampler: PJB |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 2, Row 33, seat 3 | |
| Department: P.P. | | | |
| Address: | | | |
| Room Use (circle): | Class    Lab    Office    Residence    Storage    Recreation | | |
| | Mechanical | | |

| | Pump No.: 2095 | | Flow Rate: 12.L/M | |
|---|---|---|---|---|
| AIR | Time Started: 10:25 | min | Time Ended: 1:32 | 11.9L/M |
| | Volume: 22.44 L | | | |
| | Comments: | | | |
| | Pre clean up scrim | | | |
| BULK | Sample Location (circle):    Ceiling      Wall      Pipe | | | |
| | Sample Color: | | | |
| | Texture: | | | |
| | Comments: | | | |

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. PEARCON |
|---|---|---|
| AIR | Results:    Fiber concentration is less than 0.001. | |
| BULK | Percent Asbestos | Type Asbestos |
| | Other Material Present | |
| Comments:    3+7 = 187min | | |

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530   335-3041

REQUEST FOR ANALYTICAL SERVICES

A 253

SAMPLE INFORMATION

| Sample No.: 89 - 347A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | Room No.: Sec 1, Row 36, sect 17 | |
| Department: P.A. | | |
| Address: | | |
| Room Use (circle):   Class   Lab   Office   Residence   Storage   Recreation   Mechanical | | |

| | | |
|---|---|---|
| **AIR** | Pump No.: 2076 | Flow Rate: 12L/M |
| | Time Started: 10:12   min | Time Ended: 1:28   16.9 L/M |
| | Volume: 2352 L | |
| | Comments:   Pre Cleanup scrim | |
| **BULK** | Sample Location (circle):   Ceiling   Wall   Pipe | |
| | Sample Color: | |
| | Texture: | |
| | Comments: | |

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. Pearson |
|---|---|---|
| **AIR** | Results:   Fiber concentration is less than 0.001. | |
| **BULK** | Percent Asbestos | Type Asbestos |
| | Other Material Present | |
| Comments: | 4-16: 196 mm | |

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A252
SAMPLE INFORMATION

| Sample No.: 89-346A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | Room No.: Sec 7, Row 37 seat 9 | |
| Department: P.A. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation
Mechanical

**AIR**

| Pump No.: 2097 | | Flow Rate: 124/M |
|---|---|---|
| Time Started: 9:48    min | | Time Ended: 18:23    120 L/M |
| Volume: 2580 L | | |
| Comments: | Pre clean up    Scrim | |

**BULK**

| Sample Location (circle):    Ceiling    Wall    Pipe |
|---|
| Sample Color: |
| Texture: |
| Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. Pearson |
|---|---|---|

**AIR**

Results:

Fiber concentration is less than 0.001.

**BULK**

| Percent Asbestos. | Type Asbestos |
|---|---|
| Other Material Present | |

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530   335-3041

REQUEST FOR ANALYTICAL SERVICES

A 25 #2

SAMPLE INFORMATION

| Sample No.: 89 - 345A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|

Building: Coliseum          Room No.: Sec 9, Row 32, seat 9
Department: P.A.
Address:

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

**AIR**

| Pump No.: P.P. 2109 | Flow Rate: 12L/M |
|---|---|
| Time Started: 9:35          min | Time Ended: 1:15    12.06/M |
| Volume: 2640L | |

Comments:        Pre clean up    scrim

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe
Sample Color:
Texture:
Comments:

ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 12-14-89 | George Li | M. Pearson |

**AIR**

Results:

   Fiber Concentration is less than 0.001.

**BULK**

Percent Asbestos.                    Type Asbestos

Other Material Present

Comments:

# Asbestos Air Sample Data Sheet

| | | | Location | WASHINGTON STATE UNIVERSITY | | | *For Analytical Lab Use Only* |
|---|---|---|---|---|---|---|---|
| Organization | PHYSICAL PLANT | | Building or Area | ISLE AROUND COLISEUM | | Lab Name | |
| Street Address | McCLUSKEY | | Project Name | SORT SAMPLE NUMBER 0611 | | Received by Lab | _____ Analysis Complete |
| City/State/Zip | PULLMAN, WA 99163 | | Sampled By | | | Analyzed by | _____ |
| | | | | | | Analyst Signature | _____ |

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A611 | 9:26 15:26 6:00 | 1.995 | 1.972 | | SAMPLE #5 ENV. HEALTH | | | 0.004 |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vacuum
H = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit than the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

For Analytical Lab Use Only

| | | |
|---|---|---|
| Organization | PHYSICAL PLANT | Location  WASHINGTON STATE UNIVERSITY |
| Street Address  McCLUSKEY | | Building or Area   SECT. 2, ROW 38, SEAT 1 |
| City/State/Zip PULLMAN, WA 99163 | | Project Name  SORT SAMPLE NUMBER 0613 |

| Lab Name | |
|---|---|
| Received by Lab | Analysis Complete |
| Analyzed by | |
| Analyzed by | |
| Analyst Signature | |

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Sampled By | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|---|
| A 613 | 9:23 15:35 6:12 | 2,000 | 1.965 | | | SAMPLE # 7 ENV. HEALTH | | | 0.001 |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure

X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vacuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI- OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the ac tual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

## Asbestos Air Sample Data Sheet

For Analytical Lab Use Only

| Location | WASHINGTON STATE UNIVERSITY | | Lab Name | |
|---|---|---|---|---|
| Organization PHYSICAL PLANT | Building or Area  SECT. 23, ROW 30, SEAT 14 | | Received by Lab | |
| Street Address  McCLUSKEY | Project Name   SORT SAMPLE NUMBER 0614 | | Analyzed by | Analysis Complete |
| City/State/Zip PULLMAN, WA 99163 | Sampled By | | Analyst Signature | |

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equip- ment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A614 | 9:28 15:29 6:01 | 1.991 | 1.951 | | SAMPLE #6 ENV. HEALTH | | | 0.003 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Code *

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time
Weighted Average
Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vacuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the ac tual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

*For Analytical Lab Use Only*

| Organization | PHYSICAL PLANT | Location | WASHINGTON STATE UNIVERSITY | | Lab Name | |
|---|---|---|---|---|---|---|
| Street Address | McCLUSKEY | Building or Area | SECT. 32 FRONT RAILING | | Received by Lab | |
| | | Project Name | SORT SAMPLE NUMBER 0615 | | Analyzed by | |
| City/State/Zip | PULLMAN, WA 99163 | Sampled By: | | | Analyst Signature | Analysis Complete |

| Sample Number Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fiber per cc Counted |
|---|---|---|---|---|---|---|---|---|
| A 615 | 9:30 16:31 6:01 | 2.038 | 1.875 | | SAMPLE # 9 ENV. HEALTH | | | 0.005 |

**Code***

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face Respirator
H = HEPA Vacuum
M = 1/2 face HEPA Respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the ac tual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Dennis Auslam

For Analytical Lab Use Only

Lab Name: Precision Analytics, Inc.

Received by Lab: _____

Analyzed by: _____  Analysis Complete: _____

Analyst Signature: Mike Peterson

H-197   A-196   A-195 — ...... setup

| Sample Number Date and Type (1) | Time Start Stop Minutes | Flow Rate liters/min. | Liters | Controls, Protective Equipment in use (2) | Type of Abatement, Location, Employee Name, Social Security Number, Ash. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 7A 9-14-89 Top Seating By Section 7 | 3:20 5:50 150 | 12um | 1800 | | Dennis Auslam 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 233cw = certification # | 4 | .001 | <.001 |
| 6A 9-14-89 Top Seating By Section 2 | 3:30 5:50 150 | 12um | 1800 | | Dennis Auslam 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 233cw = certification # | / | .001 | <.001 |
| 9A 9-14-89 West side By sub entry | 8:00 6:30 150 | 12um | 1800 | | Dennis Auslam 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 233cw = certification # | 11 | .001 | .003 |

**Code\***

A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(1) A = Area
B = Breathing Zone
C = Clearance
D = Decontamination Area
G = Glove Bag
H = HEPA Vacuum
I = Inside Regulated Area
O = Outside Regulated Area
Area

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection line according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

Duffield set up

A191

# Asbestos Air Sample Data Sheet

Location: _____

Building or Area: Beasley Colliseum

Project Name: _____

Sampled by: Dennis Auslam

Organization: _____

Street Address: _____

City/State/Zip: _____

For Analytical Lab Use Only

Lab Name: Precision Analytics

Received by Lab: _____

Analyzed by Lab: _____

Analysis Complete: _____

Analyzed by: Mike Peterson

Analyst Signature: _____

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 4A Entry test 10:10 test 11:15 test 150 | 12:30 3:00 150 min | 12 LM 1800 | | | Dennis Auslam 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 2335W = certification # | 45/ | .001 | < .001 |
| 2A 9-19-89 AREA Entry test 11:30 test 11:45 test 150 | 12:45 3:15 150 min | 12 LM 1800 | | | Dennis Auslam 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 2335W = certification # | 65/ | .001 | .007 |
| 3A 9-19-89 Top seating by section 7 | 12:50 3:20 150 min | 12 LM 1800 | | | Dennis Auslam 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 2335W = certification # | 7.0/ | .001 | < .001 |

## Code*

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by Ni-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

For Analytical Lab Use Only

Lab Name: __PRECISION ANALYTICS__

Received by Lab: _____

Analyzed by: _____    Analysis Complete: _____

Analyst Signature: __MIKE PETERSON__

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: __Beasley ColiSeum__

Project Name: _____

Sampled by: __Dennis Auslam__

During setup

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 1A Set up During Setup | | | | | | | | |
| 19 Top Seating by Section 2 | 12:50 3:20 150 min | 12 Lm | 1800 | | Dennis Auslam 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 2380W = certification # | 3/100 | .001 | < .001 |
| 4A 9-19-84 Top Seating By Section 2 | 12:50 3:20 150 | 12 Lm | 1800 | | | | | |
| 5A 9-19-84 West side By Section 6 | 3:00 5:30 150 | 12 Lm | 1800 | | Dennis Auslam 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 2380W = certification # | 2/100 | .001 | < .001 |
| 6A 9-19-84 By Theater Stage | 3:15 5:45 150 | 12 Lm | 1800 | | Dennis Auslam 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 2380W = certification # | 5.5/100 | .001 | .001 |

## Code*

(1)  A = Area
  B = Breathing Zone
  C = Clearance
  G = Glove Bag
  H = HEPA Fan Exhaust
  I = Inside Regulated Area
  O = Outside Regulated Area

TWA = Estimated Time
  Weighted Average
  Exposure
  X = Aggressive

(2)  A = Supplied Air
  C = Coveralls and Hood
  D = Decontamination Area
  F = Full Face respirator
  H = HEPA Vacuum
  M = 1/2 face HEPA respirator
  N = Negative Air
  P = PAPR
  S = Shower

*All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or NISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 1288 LB)*

After concert

During concert

149    198

# Asbestos Air Sample Data Sheet

Lab Name: _Precision Analytics_

For Analytical Lab Use Only

Received by Lab: _____

Analyzed by Lab: _____

Analysis Complete: _____

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: _Beasley Coliseum_

Project Name: _____

Sampled by: _Dennis Auslam_

Analyzed by: _MIKE_

Analysis Signature: _____

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls; Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit/fcc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 10 A 9-19-89 Top seating By sect. 7 | 8:00 10:30 150 | 12LM | 1800 | | Dennis Auslam 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 233CW = certification # | 5/100 | .001 | .001 |
| 11 A 9-19-89 Top seating By section a | 8:00 10:30 150 | 12LM | 1800 | | Dennis Auslam 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 233CW = certification # | 5/100 | .001 | .001 |
| 12 A 9-19-89 West side By sect 6 entry | 10:30 11:30 60 | 12LM | 720 | | Dennis Auslam 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 233CW = certification # | 2/100 | .001 | <.001 |

Code*

(1)  A = Area
    B = Breathing Zone
    C = Clearance
    G = Glove Bag
    H = HEPA Fan Exhaust
    I = Inside Regulated Area
    O = Outside Regulated Area

TWA = Estimated Time
    Weighted Average
    Exposure
    X = Aggressive

(2)  A = Supplied Air
    C = Coveralls and Hood
    D = Decontamination Area
    F = Full Face respirator
    H = HEPA Vacuum
    M = 1/2 face HEPA respirator
    N = Negative Air
    P = PAPR
    S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Watson Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

## Asbestos Air Sample Data Sheet

*After concert, A201*

**Organization:** _____

**Street Address:** _____

**City/State/Zip:** _____

**Location:** _____

**Building or Area:** Beckley Coliseum

**Project Name:** _____

**Sampled by:** Dennis Auslam

**For Analytical Lab Use Only**
**Lab Name:** PRECISION ANALYTICS

**Received by Lab:** _____

**Analyzed by Lab:** _____

**Analysis Complete:** _____

**Analyzed by:** _____

**Analyst Signature:** MIKE PRANDER

| Sample Number, Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 13 A 4-14-89 Top seating By sect 7 | 10:32 11:30 60 | 12 Lpm | 720 | | Dennis Auslam 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 233cw = certification # | 3/100 | .001 | .001 |
| 14 A 4-14-89 Top seating By sect 2 | 10:30 11:30 60 | 12 Lpm | 720 | | Dennis Auslam 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 233cw = certification # | 3/100 | .001 | .001 |
| | | | | | Dennis Auslam 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 233cw = certification # | | | |

**Code***
(1)  A = Area
  B = Breathing Zone
  C = Clearance
  G = Glove Bag
  H = HEPA Fan Exhaust
  I = Inside Regulated Area
  O = Outside Regulated Area

TWA = Estimated Time
  Weighted Average
  Exposure
X = Aggressive

(2)  A = Supplied Air
  C = Coveralls and Hood
  D = Decontamination Area
  F = Full Face respirator
  H = HEPA Vacuum
  M = 1/2 face HEPA respirator
  N = Negative Air
  P = PAPR
  S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

#11350

SAMPLE INFORMATION

| Sample No.: 90-001 A | | Date: 1-3-90 | Sampler: PJB |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 8, Row 38, Seat 12 | |
| Department: P.P. | | | |
| Address: | | | |
| Room Use (circle): | Class    Lab    Office    Residence    Storage    Recreation | | |
| | Mechanical | | |

| | | | | |
|---|---|---|---|---|
| **AIR** | Pump No.: 2047 | | Flow Rate: 12 L/M | |
| | Time Started: 9:24    295 min | | Time Ended: 2:19    11.8 L/M | |
| | Volume: 3540 L | | | |
| | Comments: After scrim clean up. During enclosure building above Sec 7-8 Chase | | | |

| | | | | |
|---|---|---|---|---|
| **BULK** | Sample Location (circle): | Ceiling    Wall    Pipe | | |
| | Sample Color: | | | |
| | Texture: | | | |
| | Comments: | | | |

ANALYSIS INFORMATION

| Date of Analysis 01/05/90 | Analyst George Li | Reviewed By |
|---|---|---|
| **AIR** | Results: Fiber Concentration is Less than 0.001 f/cc. | |
| **BULK** | Percent Asbestos | Type Asbestos |
| | Other Material Present | |

Comments: 5:100
            100·5=295

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530   335-3041

REQUEST FOR ANALYTICAL SERVICES

A 36 /

SAMPLE INFORMATION

| Sample No.: 90-002A | Date: 1-3-90 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | Room No.: Sec 8, Row 34, seat 9 | |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):  Class   Lab   Office   Residence   Storage   Recreation

Mechanical

| AIR | Pump No.: 2109 | | Flow Rate: 12 L/M | |
|---|---|---|---|---|
| | Time Started: 9:33 | 291 min | Time Ended: 2:24 | 120 L/M |
| | Volume: | 3492 L | | |
| | Comments: After scrim cleanup. during enclosure building above Sec 7-8 chase | | | |

| BULK | Sample Location (circle):   Ceiling   Wall   Pipe |
|---|---|
| | Sample Color: |
| | Texture: |
| | Comments: |

ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 01/05/90 | George Li | |

| AIR | Results: Fiber concentration is Less than 0.001  f/cc. |
|---|---|

| BULK | Percent Asbestos | Type Asbestos |
|---|---|---|
| | Other Material Present | |

Comments: 3cc-9=291

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

353

SAMPLE INFORMATION

| Sample No.: 90-004A | Date: 1-5-90 | Sampler: |
|---|---|---|
| Building: Coliseum | Room No.: Sec 8, Row 34, seat 9 | |
| Department: PP | | |
| Address: | | |
| Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation | | |
| Mechanical | | |

<table>
<tr><td rowspan="3">AIR</td><td>Pump No.: 2169</td><td>Flow Rate: 12 L/M</td></tr>
<tr><td>Time Started: 9:13          230 min</td><td>Time Ended: 1:03          11.84/M</td></tr>
<tr><td colspan="2">Volume: 2760L<br>Comments:<br>during prep for removal in Sec 7-8 chase</td></tr>
<tr><td rowspan="4">BULK</td><td colspan="2">Sample Location (circle):    Ceiling        Wall        Pipe</td></tr>
<tr><td colspan="2">Sample Color:</td></tr>
<tr><td colspan="2">Texture:</td></tr>
<tr><td colspan="2">Comments:</td></tr>
</table>

ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 1/8/90. | George Li | |

<table>
<tr><td>AIR</td><td>Results:<br><br>Fiber concentration is less than 0.001 f/cc.</td></tr>
<tr><td rowspan="3">BULK</td><td>Percent Asbestos                              Type Asbestos</td></tr>
<tr><td>Other Material Present</td></tr>
<tr><td></td></tr>
</table>

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530    335-3041

353

REQUEST FOR ANALYTICAL SERVICES

SAMPLE INFORMATION

| Sample No.: 90-003A | Date: 1-5-90 | Sampler: PIB |
|---|---|---|
| Building: Coliseum | Room No.: Sec 8, Row 38, Seat "12" | |
| Department: P.P. | | |
| Address: | | |
| Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation | | |
| Mechanical | | |

| | Pump No.: 2097 | Flow Rate: 12 L/M |
|---|---|---|
| AIR | Time Started: 9:05    235 min | Time Ended: 1:00    11.84/M |
| | Volume: 2820 L | |
| | Comments: during prep for removal in Sec 7-8 chase | |
| BULK | Sample Location (circle):    Ceiling    Wall    Pipe | |
| | Sample Color: | |
| | Texture: | |
| | Comments: | |

ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 1/8/90 | George Li | |

| | Results: |
|---|---|
| AIR | Fiber concentration is less than 0.001 f/cc. |

| | Percent Asbestos | Type Asbestos |
|---|---|---|
| BULK | Other Material Present | |

| Comments: 240-5.38 |
|---|

## Asbestos Air Sample Data Sheet

For Analytical Lab Use Only

Lab Name: Precision Analytics, Inc.

Location: _____

Organization: Washington State University

Building or Area: Beasley Coliseum

Received by Lab: 1/5/90   Analysis Complete: 1/5/90

Street Address: Mtce/Const. Div. - Physical Plant

Project Name: _____

Analyzed by: George Li

City/State/Zip: Pullman WA 99164-1150

Sampled by: Dennis Ausley

Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Ash. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| A 348 1-3-90 Personal 0.8 | 6:30 | 3 LPm | 1440 | micro. HAIF Face UACS, | Clean up Screen | | 0.001 | 0.002 |
| A344 1-3-90 Personal S.P. | 6:30 480 | 3LPm | 1440 480 | micro HAIF Face UACS- | clean up Screen | 9/100 | 0.001 | 0.003 |

**Code***
(1)
A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area
P = Pre-Abatement

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2)
A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (2 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA, "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

**Organization:** Washington State University

**Street Address:** Mtce/Const. Div. - Physical Plant

**City/State/Zip:** Pullman WA 99164-1150

**Location:** W.S.U.

**Building or Area:** Coliseum

**Project Name:**

**Sampled by:** Doug Wickham

For Analytical Lab Use Only

**Lab Name:** Precision Analytics, Inc.

**Received by Lab:** 1/8/90  **Analysis Complete:** 1/8/90

**Analyzed by:** George Li

**Analyst Signature:** George Li

| Sample Number Date and Type (1) * | Time: Start | Stop | Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|---|---|
| #307 1-8-89 Final Containment | 10:00 | 12:30 | 150 | 12 | 1800 | | | 10/100 | 0.001 | 0.003 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Code\***

(1)  A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area
P = Pre-Abatement

TWA = Estimated Time Weighted Average
Exposure
X = Aggressive

(2)  A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: W.Silv

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Doug Wickham

*For Analytical Lab Use Only*

Lab Name: Precision Analytics, Inc.

Received by Lab: 12/28/89 Analysis Complete: 12/29/89

Analyzed by: George Li

Analyst Signature: _____

| Sample Number Date and Type (1) | Time: Start | Stop | Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-P 12-21-89 Personal B.M. A380 | 7:30 | 460 | 330 | 3 | 1440 | Half Face micro trap Vac. | Clean up Beasley Bruce McDonald 002334-01 | 14.5/100 | 0.001 | 0.005 |
| 9-P 12-21-89 Personal G.J. A381 | 7:30 | 330 | 460 | 3 | 1440 | Half Face Microtrap Vac. | Clean up Beasley Gary Johnson 006880 | 12/100 | 0.001 | 0.004 |

Code*
(1) A = Area
    B = Breathing Zone
    C = Clearance
    G = Glove Bag
    H = HEPA Fan Exhaust
    I = Inside Regulated Area
    O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
    C = Coveralls and Hood
    D = Decontamination Area
    F = Full Face respirator
    H = HEPA Vacuum
    M = 1/2 face HEPA respirator
    N = Negative Air
    P = PAPR
    S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and/or Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)