# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: _____

Building or Area: Beasley

Project Name: _____

Sampled by: D.A.A

Lab Name: **Precision Analytics, Inc.**

*For Analytical Lab Use Only*

Received by Lab: 12/28/89 Analysis Complete: 12/29/8...

Analyzed by: George Li

Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 5 P 12-30-89 Personal D.W. | 8:00 | 3 | 807 | HALF Face MICRO | Clean up Beasley DOUg WicKhAm 007-88-28 | 9.5/100 | 0.001 | 0.006 |
| A277 | 269 | | | | | | | |
| 6 P 12-30-89 Personal S.P. | 8:00 | 3 | 698 | HALF Face MICRO | Clean up Beasley STeVe PeA 2395 W | 13.5/100 | 0.001 | 0.009 |
| A278 | 233 | | | | | | | |
| 7 P 12-30-89 Personal D.B | 8:00 | 3 | 1149 | HALF Face MICRO | Clean up Beasley DAVe BENSON ~2331 W | 12/100 | 0.001 | 0.005 |
| A279 | 383 | | | | | | | |

Code*
(1) A = Area
    B = Breathing Zone
    C = Clearance
    G = Glove Bag
    H = HEPA Fan
    I = Inside Regulated Area
    O = Outside Regulated Area
    Area

TWA = Estimated Time
      Weighted Average
      Exposure
X = Aggressive

(2) A = Supplied Air
    C = Coveralls and Hood
    D = Decontamination Area
    F = Full Face respirator
    H = HEPA Vacuum
    M = 1/2 face HEPA respirator
    N = Negative Air
    P = PAPR
    S = Shower

*All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI. OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)*

## Asbestos Air Sample Data Sheet

Location: U.S.U.

Building or Area: Beasley Coliseum

Organization:

Street Address:

City/State/Zip:

Project Name:

Sampled by: Doug Wickham

For Analytical Lab Use Only

Lab Name: Precision Analytics, Inc.

Received by Lab 12/28/89 Analysis Complete 12/29/

Analyzed by: George Li

Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start | Stop | Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-m 12-21-89 micro-exh. ours A 88a | 7:35 | 3:35 | 440 | 3 | 440 | | Micro-exh. | 6/100 | 0.001 | 0.002 |
| 4-m 12-21-89 micro-exh ours A283 | 7:35 | 3:35 | 480 | 3 | 440 | | Micro-exh. | 6.5/100 | 0.001 | 0.002 |
| | | | | | | | | | | |
| | | | | | | | | | | |

Code*

(1)  A = Area
     B = Breathing Zone
     C = Clearance
     G = Glove Bag
     H = HEPA Fan Exhaust
     I = Inside Regulated Area
     O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2)  A = Supplied Air
     C = Coveralls and Hood
     D = Decontamination Area
     F = Full Face respirator
     H = HEPA Vacuum
     M = 1/2 face HEPA respirator
     N = Negative Air
     P = PAPR
     S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Becket graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection lim-it according to EPA "purple book" or WISHA regulation. If the ac-tual fiber count is less than the detection limit then the detection limit is the figure to use.  (Revised 12/88  LB)

# Asbestos Air Sample Data Sheet

For Analytical Lab Use Only
**Precision Analytics, Inc.**

Lab Name: _____

Location: W.S.U.

Building or Area: Beasley Coliseum

Received by Lab: 12/28/89

Organization: _____

Project Name: _____

Analyzed by Lab: 12/29/89Analysis Complete:12/29/89

Street Address: _____

Sampled by: Doug Wickham

Analyzed by: George Li

City/State/Zip: _____

Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start | Stop | Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equip- ment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|---|---|
| A284 12-22-89 Personal | 7:15 | 7:15 | 3 | 3 | 1080 | Half Face Vac, Micro-trap | Clean up Beasley Dave Benson 2331W | 2.5/100 | 0.001 | 0.001 |
| A285 12-22-89 Personal S.P. | 7:15 | 7:15 | 3 | 3 | 1080 | Half Face Vac, micro-trap | Clean up Beasley Steve 70ea 2395W | 14.5/100 | 0.001 | 0.007 |
| A288 12-22-89 Personal O.W. | | | | | | Half Face micro-Trap | Clean up Beasley Doug Wickham 807828 | | | |

## Code*

**(1)**
A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan  Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time
Weighted Average
Exposure
X = Aggressive

**(2)**
A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckel graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection lim-i according to EPA "purple book" or WISHA regulation. If the ac-ual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 1288 LB)

# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: W.S.U

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Doug Wickham

For Analytical Lab Use Only

Lab Name: Precision Analytics, Inc.

Received by Lab: 12/28/89 analysis Complete: 12/29/

Analyzed by: George Li

Analyst Signature: George Li

| Sample Number Date and Type (1) | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Social Security Number, Asb. Certificate No., Employee Name, Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| A286 12-22-89 Micro-Trap IDAHO5 | 7:15 1:15 360 | 3 | 1080 | | Micro Trap exhaust | 2/100 | 0.001 | Less than 0.001 |
| A287 12-22-89 Micro-trap OUVS | 7:15 1:15 360 | 3 | 1080 | | Micro Trap exhaust | 3/100 | 0.001 | 0.001 |

Code*

(1)  A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area
Area

TWA = Estimated Time
Weighted Average
Exposure
X = Aggressive

(2)  A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method. (25 mm filters and or Walton Becket graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: U.S.U.
Building or Area: Beasley Coliseum
Project Name: _____
Sampled by: Doug Wickham

Lab Name: Precision Analytics, Inc.
*For Analytical Lab Use Only*
Received by Lab: 1/5/90   Analysis Complete: 1/5/90
Analyzed by: George Li
Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start / Stop / Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name; Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| A-288 12-28-89 Personal B.M. | 7:00 #3:00 480 | 3 | 1440 | Half Face Micro Trap Vac. | Clean-up Beasley Bruce McDonald 002334-01 | 25/100 | 0.001 | 0.009 |
| A-289 12-28-89 personal G.J. | 7:00 3:00 480 | 3 | 1440 | Half Face micro Trap Vac. | Clean up Beasley Gary Johnson 006880 | 10/100 | 0.001 | 0.003 |
| A-290 12-28-89 Personal D.W. | 7:00 3:00 480 | 3 | 1440 | Half Face Micro Trap Vac. | Clean-up Beasley Doug Wickham 007828 | 14/100 | 0.001 | 0.005 |

**Code***

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA Labor & Industries Reference Method (25 mm filters and Walton Becket graticule unless noted otherwise) by NIOSH PAT Participants or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88  LB)

# Asbestos Air Sample Data Sheet

For Analytical Lab Use Only

Organization: _____

Location: W.S.U.

Building or Area: Beasley Coliseum

Lab Name: Precision Analytics, Inc.

Street Address: _____

Project Name: _____

Received by Lab: 1/5/90    Analysis Complete: 1/5/90

City/State/Zip: _____

Sampled by: Doug Wichhaer

Analyzed by: George Li

Analyst Signature: _____

| Sample Number Date and Type (1) * | Time: Start | Stop | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields. | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|---|
| A291 12-28-89 micro-Trap Ours | 7:00 | 3:00 | 3 | 1440 | | Micro-Trap exhaust | 7/100 | 0.001 | 0.002 |
| A292 12-28-89 micro-Trap Ours | 7:00 | 3:00 | 3 | 1440 | | micro-Trap exhaust | 3/100 | 0.001 | 0.001 |
| | 4:80 | | | | | | | | |
| | 4:80 | | | | | | | | |

Code*
(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time
Weighted Average
Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI- OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection lim- it according to EPA "purple book" or WISHA regulation. If the ac- tual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

Organization: _____

Street Address: _____

City/State/Zip: _____

Location: W.S.U.

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: Doug Wickham

*For Analytical Lab Use Only*

Lab Name: Precision Analytics, Inc.

Received by Lab: 1/5/90  Analysis Complete: 1/5/90

Analyzed by: George Li

Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| A 293 12-29-89 Personal B.M. | 7:00 2:00 420 | 3 | 1260 | Half Face Micro-Trap Vac. | Clean-up Beasley Bruce McDonald 002354-01 | 6/100 | 0.001 | 0.002 |
| A 294 12-29-89 Personal G.J. | 7:00 2:00 420 | 3 | 1260 | Half Face Micro-Trap Vac. | Clean-up Beasley Gary Johnson 006880 | 15/100 | 0.001 | 0.006 |
| A 295 12-29-89 Personal D.W. | 7:00 2:00 420 | 3 | 1260 | Half Face Micro-Trap Vac. | Clean-up Beasley Doug Wickham 007828 | 4.5/100 | 0.001 | 0.002 |

**Code\***

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA 'purple book' or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

Location: W.S.U.

Building or Area: Beasley Coliseum

Project Name: _____

Sampled by: _____

Organization: _____

Street Address: _____

City/State/Zip: _____

For Analytical Lab Use Only

Lab Name: Precision Analytics, Inc.

Received by Lab: 1/5/90  Analysis Complete: 1/5/90

Analyzed by: George Li

Analyst Signature: George Li

| Sample-Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| A 296 12-29-89 Micro Trap oves | 7:00 2:00 420 | 3 | 1260 | | Micro-Trap exhaust | 4.5/100 | 0.001 | 0.002 |
| A 297 12-29-89 micro-trap IDAHO'S | 7:00 2:00 420 | 3 | 1260 | | Micro-Trap exhaust | 1/100 | 0.001 | Less than 0.001 |
| | | | | | | | | |
| | | | | | | | | |

Code*

(1)  A = Area
     B = Breathing Zone
     C = Clearance
     G = Glove Bag
     H = HEPA Fan Exhaust
     I = Inside Regulated Area
     O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure

X = Aggressive

(2)  A = Supplied Air
     C = Coveralls and Hood
     D = Decontamination Area
     F = Full Face respirator
     H = HEPA Vacuum
     M = 1/2 face HEPA respirator
     N = Negative Air
     P = PAPR
     S = Shower.

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Becket graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use.  (Revised 12/88  LB)

## Asbestos Air Sample Data Sheet

**Organization:** Washington State University

**Street Address:** Mtce/Const. Div. - Physical Plant

**City/State/Zip:** Pullman  WA  99164-1150

**Location:**

**Building or Area:** Beasley

**Project Name:**

**Sampled by:** DAA

*For Analytical Lab Use Only*

**Lab Name:** Precision Analytics, Inc.

**Received by Lab:** 1/8/90  **Analysis Complete:** 1/8/90

**Analyzed by:** George Li

**Analyst Signature:** George Li

| Sample Number | Date and Type (1)* | Time: Start Stop Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|---|
| 1-8-90 Final | | 7:00 9:30 150 | 12 | 800 | | | 7/100 | 0.001 | 0.002 |
| A503 F,1141 | | 1:00 9:30 150 | 1.2 | 1800 | | | 10/100 | 0.001 | 0.003 |
| 1-8-90 Final | | 7:00 9:30 150 | 12 | 1800 | | | 8/100 | 0.001 | 0.002 |

**Code\***

**(1)**
A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan  Exhaust
I = Inside Regulated Area
O = Outside Regulated Area
P = Pre-Abatement

TWA = Estimated Time
Weighted Average
Exposure
X = Aggressive

**(2)**
A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

*All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)*

# Asbestos Air Sample Data Sheet

**Organization:** Washington State University

**Street Address:** Mtce/Const. Div. - Physical Plant

**City/State/Zip:** Pullman WA 99164-1150

Location: _____

Building or Area: Beasley

Project Name: _____

Sampled by: DAA

Lab Name: Precision Analytics, Inc.

For Analytical Lab Use Only

Received by Lab: 1/8/90  Analysis Complete: 1/8/90

Analyzed by: George Li

Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 1-8-90 Final | 7:00 7:30 15D | .2 | 18D | | | 7/100 | 0.001 | 0.002 |
| 1-8-90 Final | 9:30 7:00 9:30 1:3D | .2 | 18D | | | 7/100 | 0.001 | 0.002 |
| | | | | | | | | |
| | | | | | | | | |

**Code\***

**(1)**
A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area
P = Pre-Abatement

TWA = Estimated Time
Weighted Average
Exposure
X = Aggressive

**(2)**
A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and/or OSHA/Labor & Industries Reference Method 0.8 µm filters and Walton Beckett graticule unless otherwise noted by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use. (Revised 12/88 LB)

# Asbestos Air Sample Data Sheet

Location: _____
Building or Area: Beasley Coliseum
Street Address: _____
Project Name: _____
City/State/Zip: _____
Organization: _____
Sampled by: D.A.A

For Analytical Lab Use Only

Lab Name: Precision Analytics, Inc.
Received by Lab: 12/19/88
Analyzed by: George Li
Analysis Complete: 12/19/88
Analyst Signature: George Li

| Sample Number Date and Type (1)* | Time: Start | Stop | Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equipment in use (2)* | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 P 12-19-89 | 7:30 | | 251 | 3 LPM | 753 | supplied air micros & vacs | clean up n.w. side of Beasley (Dave Benson) 8331 W  Pump 16 | 6/100 | 0.001 | 0.004 |
| 2P 12-19-89 | 7:30 | | 251 | 3 LPM | 348 | supplied air micros & vacs | clean up n.w. side Pea Beasley 8395 W  Pump 18 | 4.5/100 | 0.001 | 0.006 |
| P 12-19-89 | 7:30 | 409 | 116 | 3 LPM | 1227 | supplied air micros & vacs | clean up n.w. side of Beasley Doug Whicklam 233 ___  Pump 17 | 5.5/100 | 0.001 | 0.002 |

Code*

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower.

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotameter before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use.  (Revised 1288 LB)

A061

# Asbestos Air Sample Data Sheet

Location: _____

Building or Area: Beasley College Gym

Organization: _____

Street Address: _____

Project Name: _____

City/State/Zip: _____

Sampled by: DAA

For Analytical Lab Use Only

Lab Name: Precision Analytics, Inc.

Received by Lab: 12/19/89   Analysis Complete: 12/19/8[?]

Analyzed by: George Li

Analyst Signature: George L—

| Sample Number Date and Type (1) * | Time: Start Stop Minutes | Flow Rate: liters/ min. | Liters | Controls, Protective Equip- ment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/ Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| #0 12-19-89 personal | 7:30 | 3 LPM | 657 | SUPPlieD AIR mickos vacs | cleaninp nw. SiDe OF Beasley Bruce mcDonald 00233-4-01 | 3.5/100 | 0.001 | 0.003 |
| | 21.9 | | | | | | | |

## Code*
(1)  A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2)  A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NI-OSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precision rotometer, before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the ac-tual fiber count is less than the detection limit then the detection limit is the figure to use.   (Revised 12/88  LB)

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530   335-3041

REQUEST FOR ANALYTICAL SERVICES

- 262
A - 352

SAMPLE INFORMATION

| Sample No.: 89 - 352A | | Date: 12-20-89 | Sampler: RLB |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 2, Row 38, seat 10 | |
| Department: PP | | | |
| Address: | | | |
| Room Use (circle):     Class     Lab     Office     Residence     Storage     Recreation | | | |
| Mechanical | | | |

| | Pump No.: 2109 | | Flow Rate: 12 L/M   12.0 L | |
|---|---|---|---|---|
| **AIR** | Time Started: 10:06        62 min | | Time Ended: 11:08 | |
| | Volume:              744 L | | | |
| | Comments:   Area During clean-up  scrim | | | |
| **BULK** | Sample Location (circle):     Ceiling     Wall     Pipe | | | |
| | Sample Color: | | | |
| | Texture: | | | |
| | Comments: | | | |

ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 12/21/89 | George Li | |

| | Results: | |
|---|---|---|
| **AIR** | The fiber concentration is less than 0.001 f/cc. | |

| | Percent Asbestos | Type Asbestos |
|---|---|---|
| **BULK** | Other Material Present | |

| Comments: |
|---|
| |

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530   335-3041

A _263

REQUEST FOR ANALYTICAL SERVICES

SAMPLE INFORMATION

| Sample No.: 89 – 353A | Date: 12-20-89 | Sampler: RJB |
|---|---|---|
| Building: Collseum | | Room No.: Sec 1, Row 29, seat 3 |
| Department: | P.P. | |
| Address: | | |

Room Use (circle):   Class   Lab   Office   Residence   Storage   Recreation
Mechanical

| AIR | Pump No.: 2097 | | Flow Rate: 2 L/M   1200L/M |
|---|---|---|---|
| | Time Started: 11:16   257 min | | Time Ended: 3:33 |
| | Volume: 3084 L | | |
| | Comments: Area during clean up   scrim | | |

| BULK | Sample Location (circle):   Ceiling   Wall   Pipe |
|---|---|
| | Sample Color: |
| | Texture: |
| | Comments: |

ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 12/21/89 | George Li | |

| AIR | Results:<br><br>The fiber concentration is 0.005 f/cc. |
|---|---|

| BULK | Percent Asbestos | Type Asbestos |
|---|---|---|
| | Other Material Present | |

Comments: 4:17 = 257 min

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES



**SAMPLE INFORMATION**

| Sample No.: 89 - 345A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|

| Building: Coliseum | Room No.: Sec 9, Row 32, seat 9 |
|---|---|
| Department: P.P. | |
| Address: | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

<table>
<tr><td rowspan="4">AIR</td><td>Pump No.: P.P. 2109</td><td>Flow Rate: 12L/M</td></tr>
<tr><td>Time Started: 9:35          min</td><td>Time Ended: 1:15    12-04-19</td></tr>
<tr><td colspan="2">Volume: 2640L</td></tr>
<tr><td colspan="2">Comments:          Pre clean up     scrim</td></tr>
</table>

<table>
<tr><td rowspan="4">BULK</td><td>Sample Location (circle):    Ceiling        Wall          Pipe</td></tr>
<tr><td>Sample Color:</td></tr>
<tr><td>Texture:</td></tr>
<tr><td>Comments:</td></tr>
</table>

**ANALYSIS INFORMATION**

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. PEARSON |
|---|---|---|

<table>
<tr><td>AIR</td><td>Results:<br><br>     Fiber Concentration is less than 0.001.</td></tr>
</table>

<table>
<tr><td rowspan="3">BULK</td><td>Percent Asbestos</td><td>Type Asbestos</td></tr>
<tr><td colspan="2">Other Material Present</td></tr>
<tr><td colspan="2"></td></tr>
</table>

| Comments: |
|---|
| |

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A252

SAMPLE INFORMATION

| Sample No.: 89-346A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec 7, Row 37 seat 9 |
| Department: P.A. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

**AIR**

| Pump No.: 2097 | Flow Rate: 120/M |
|---|---|
| Time Started: 9:48    min | Time Ended: 1:23    120 L/M |
| Volume: 2580 L | |
| Comments: Pre clean up    scrim | |

**BULK**

| Sample Location (circle):    Ceiling    Wall    Pipe |
|---|
| Sample Color: |
| Texture: |
| Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. Pearson |
|---|---|---|

**AIR**

Results:

Fiber concentration is less than 0.001.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|

Other Material Present

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A 253

SAMPLE INFORMATION

| Sample No.: 89 - 347A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | Room No.: Sec 1, Row 36, seat 17 | |
| Department: P.P. | | |
| Address: | | |
| Room Use (circle):   Class   Lab   Office   Residence   Storage   Recreation | | |
| Mechanical | | |

**AIR**

| Pump No.: 2076 | Flow Rate: 12 L/M |
|---|---|
| Time Started: 10:12       min | Time Ended: 128      16.9 L/M |
| Volume: 2352 L | |
| Comments: Pre Cleanup scrim | |

**BULK**

| Sample Location (circle):   Ceiling   Wall   Pipe |
|---|
| Sample Color: |
| Texture: |
| Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. Pearson |
|---|---|---|

**AIR**

Results:

   Fiber concentration is less than 0.001.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|
| Other Material Present | |

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530    335-3041

Aa54

REQUEST FOR ANALYTICAL SERVICES

SAMPLE INFORMATION

| Sample No.: 89 - 348A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | Room No.: Sec Z, Row 33, seat 3 | |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

**AIR**

| Pump No.: 2095 | Flow Rate: 12.4/M |
|---|---|
| Time Started: 10:25              m/n | Time Ended: 1:32    11.9L/M |
| Volume: 2244L | |

Comments:

Pre clean up scrim

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe

Sample Color:

Texture:

Comments:

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. Pearson |
|---|---|---|

**AIR**

Results:

  Fiber concentration is less than 0.001.

**BULK**

Percent Asbestos                    Type Asbestos

Other Material Present

Comments:

  3+7 = 15%

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A255

SAMPLE INFORMATION

| Sample No.: 89 - 349A | Date: 12-13-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec 4, Row 30, Seat 14 |
| Department: p.p. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

**AIR**

| Pump No.: 2099 | Flow Rate: 12 L/M |
|---|---|
| Time Started: 10:46               min | Time Ended: 1:39     12.0 L/M |
| Volume: 2076 | |

Comments:
Pre clean up scrim

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe

Sample Color:

Texture:

Comments:

ANALYSIS INFORMATION

| Date of Analysis 12-14-89 | Analyst George Li | Reviewed By M. Pearson |
|---|---|---|

**AIR**

Results:

Fiber concentration is less than 0.001.

**BULK**

Percent Asbestos

Type Asbestos

Other Material Present

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530   335-3041

**AaS 6**

REQUEST FOR ANALYTICAL SERVICES

SAMPLE INFORMATION

| Sample No.: 89- 350A | Date: 12-19-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | | Room No.: Sec1, Row 30, Seat 13 |
| Department: P.P | | |
| Address: | | |

Room Use (circle):   Class   Lab   Office   Residence   Storage   Recreation

Mechanical

**(AIR)**

| Pump No.: 2097 | Flow Rate: 12L/M |
|---|---|
| Time Started: 1:37   146 ~~153~~ min | Time Ended: 4:03, 12.0L/M |
| Volume: 1752L | |

Comments: During clean up scrim
in Micro Trap exhaust area, N. Side of scaffold

Sample Location (circle):   Ceiling   Wall   Pipe

Sample Color:

Texture:

**BULK**

Comments:

ANALYSIS INFORMATION

| Date of Analysis 12/20/89 | Analyst George Li | Reviewed By |
|---|---|---|

**AIR**

Results:

The fiber concentration is less than 0.001 f/cc.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|

Other Material Present

Comments:   2:16 = 146 min

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES



SAMPLE INFORMATION

| Sample No.: 89- 351A | Date: 12-19-89 | Sampler: PJB |
|---|---|---|

**Building:** Coliseum    **Room No.:** Sec 3

**Department:**

**Address:**

**Room Use (circle):**    Class    Lab    Office    Residence    Storage    Recreation
                          Mechanical    walk way below Sec 3

**AIR**

| Pump No.: 2109 | Flow Rate: 2L/M |
|---|---|
| Time Started: 1:56    30 ~~min~~ min | Time Ended: 4:06 |
| Volume: ~~156~~ 156 DL | |

Comments:    During clean up of scrim

S. of work scaffold

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe

Sample Color:

Texture:

Comments:

ANALYSIS INFORMATION

| Date of Analysis 12/20/89 | Analyst George Li | Reviewed By M Pearson |
|---|---|---|

**AIR**    Results:

The fiber concentration is less than 0.001 f/cc.

**BULK**

Percent Asbestos                    Type Asbestos

Other Material Present

Comments:    2:10 =
130

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530   335-3041

REQUEST FOR ANALYTICAL SERVICES

A267

## SAMPLE INFORMATION

| Sample No.: 89- 355A | Date: 12-22-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum PAC | | Room No.: Sec 7, Row 34, unt 7 |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):   Class   Lab   Office   Residence   Storage   Recreation
Mechanical

| | | |
|---|---|---|
| **AIR** | Pump No.: 2697 | Flow Rate: 12.0L/M  11.8L/M |
| | Time Started: 10:23   173 min | Time Ended: 1:16 |
| | Volume:   2076 L | |
| | Comments: Area During clean up scrim Sec 6 Micro trap exhaust is toward Sec 5 | |

| | | |
|---|---|---|
| **BULK** | Sample Location (circle):   Ceiling   Wall   Pipe | |
| | Sample Color: | |
| | Texture: | |
| | Comments: | |

## ANALYSIS INFORMATION

| Date of Analysis 12/28/89 | Analyst George Li | Reviewed By |
|---|---|---|
| **AIR** | Results:  Fiber concentration is less than 0.001 f/cc. | |
| **BULK** | Percent Asbestos | Type Asbestos |
| | Other Material Present | |

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530   335-3041

REQUEST FOR ANALYTICAL SERVICES

A266

SAMPLE INFORMATION

| Sample No.: 89 - 354A | | Date: 12-22-89 | Sampler: PB |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 7, Row 31, seat 9 | |
| Department: P.D. | | | |
| Address: | | | |

Room Use (circle):   Class   Lab   Office   Residence   Storage   Recreation

Mechanical

**AIR**

| Pump No.: 2109 | | Flow Rate: 12.01/M   11.86/M |
|---|---|---|
| Time Started: 9:37   217 min | | Time Ended: 11:14 |
| Volume: 2604 L | | |
| Comments: Area during cleanup of scrim sec 6 Micro trap exhaust toward sec 5 | | |

**BULK**

| Sample Location (circle):   Ceiling   Wall   Pipe |
|---|
| Sample Color: |
| Texture: |
| Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12/28/89 | Analyst George Li | Reviewed By |
|---|---|---|

**AIR**

Results:

Fiber concentration is less than 0.001 f/cc.

**BULK**

| Percent Asbestos | | Type Asbestos |
|---|---|---|
| Other Material Present | | |

Comments: 254 ... 217 min

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

A271

REQUEST FOR ANALYTICAL SERVICES

SAMPLE INFORMATION

| Sample No.: 89-359A | | Date: 12-27-89 | Sampler: RJB |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 7, Row 34, seat 8 | |
| Department: P.P. | | | |
| Address: | | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

| | Pump No.: 2097 | Flow Rate: 12L/M, 11.8L/M |
|---|---|---|
| (AIR) | Time Started: 10:48    261 min | Time Ended: 3:09 |
| | Volume: 3132L | |
| | Comments: during 2 min clean up scrim sec 6 | |

| | Sample Location (circle):    Ceiling    Wall    Pipe |
|---|---|
| BULK | Sample Color: |
| | Texture: |
| | Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12/28/89 | Analyst George Li | Reviewed By |
|---|---|---|
| AIR | Results: Fiber concentration is less than 0.001 f/cc. | |
| BULK | Percent Asbestos | Type Asbestos |
| | Other Material Present | |

Comments:    2097 21: 261min

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

Aa72

SAMPLE INFORMATION

| Sample No.: 89-360A | | Date: 12-27-89 | Sampler: P/B |
|---|---|---|---|
| Building: Coliseum | | Room No.: Sec 7, Row 31, seat 8 | |
| Department: p.p. | | | |
| Address: | | | |
| Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation | | | |
| Mechanical | | | |

| AIR | Pump No.: 2109 | | Flow Rate: 12L/M |
|---|---|---|---|
| | Time Started: 10:42        264 min | | Time Ended: 3:06 |
| | Volume: 2868L | | |
| | Comments:    during 2 man clean up   serim, Sec 6 | | |

| BULK | Sample Location (circle):    Ceiling        Wall        Pipe |
|---|---|
| | Sample Color: |
| | Texture: |
| | Comments: |

ANALYSIS INFORMATION

| Date of Analysis 12/28/89 | Analyst George Li | Reviewed By |
|---|---|---|

| AIR | Results:   Fiber concentration is less than 0.001 f/cc. |
|---|---|

| BULK | Percent Asbestos | Type Asbestos |
|---|---|---|
| | Other Material Present | |

Comments:    360-31 = 264min