ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa. 99164-4530   335-3041

REQUEST FOR ANALYTICAL SERVICES

A273

## SAMPLE INFORMATION

| Sample No.: 89-361A | Date: 12-29-89 | Sampler: PJB |
|---|---|---|
| Building: Coliseum | Room No.: Sec5, Row34, seat 5 | |
| Department: P.P. | | |
| Address: | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation
                      Mechanical

**AIR**

| Pump No.: 2109 | Flow Rate: 12 L/M  12.3 avg |
|---|---|
| Time Started: 9:42    335 min | Time Ended: 3:17 dark |
| Volume: 4120 L | |
| Comments:  Crew of 3  Vacuuming seating area only |  |
| Final flow 15.8 Rate Vol 12.0 | |

**BULK**

| Sample Location (circle):    Ceiling    Wall    Pipe |
|---|
| Sample Color: |
| Texture: |
| Comments: |

## ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 1/2/90 | George Li | |

**AIR**

Results:

Fiber concentration is less than 0.001 f/cc.

**BULK**

| Percent Asbestos | Type Asbestos |
|---|---|
| Other Material Present | |

Comments:

ENVIRONMENTAL HEALTH SERVICES
391 Eastlick
Pullman, Wa.  99164-4530    335-3041

REQUEST FOR ANALYTICAL SERVICES

A274

## SAMPLE INFORMATION

| | | | |
|---|---|---|---|
| Sample No.: 89-362A | | Date: 12-29-89 | Sampler: PJB |
| Building: Coliseum | | Room No.: Sec 5, Row 30, seat | |
| Department: P.P. | | | |
| Address: | | | |

Room Use (circle):    Class    Lab    Office    Residence    Storage    Recreation

Mechanical

**AIR**

| | |
|---|---|
| Pump No.: 2097 | Flow Rate: 12 L/M |
| Time Started: 9:48        325 min | Time Ended: 3:13    12:01 |
| Volume:        3900 L | |
| Comments:    Crew of 3  Vacuuming seating area only | |

**BULK**

Sample Location (circle):    Ceiling    Wall    Pipe
Sample Color:
Texture:
Comments:

## ANALYSIS INFORMATION

| Date of Analysis | Analyst | Reviewed By |
|---|---|---|
| 1/2/90 | George Li | |

**AIR**

Results:

Fiber concentration is less than 0.001 f/cc.

**BULK**

Percent Asbestos                              Type Asbestos

Other Material Present

Comments:

CONTACT: 208-835-9398

# Asbestos Air Sample Data Sheet

Organization: 

Street Address: 

City/State/Zip: 

Location: 

Building or Area: SAFety Bld.

Project Name: 

Sampled by: D.A.A.

*For Analytical Lab Use Only*

Lab Name: Precision Analytics, Inc.

Received by Lab: 12/9/89 Analysis Complete: 12/9/89

Analyzed by: George Li

Analyst Signature: George Li

| Sample Number Date and Type (1) * | Time: Start / Stop / Minutes | Flow Rate: liters/min. | Liters | Controls, Protective Equipment in use (2) * | Type of Abatement, Location, Employee Name, Social Security Number, Asb. Certificate No., Observations | Fibers/Fields | Detection Limit f/cc | Actual Fibers per cc counted |
|---|---|---|---|---|---|---|---|---|
| 1F 12-9-89 Rm. 2D Final | 10:00 / 12:30 / 150 | 12Lm | 1800 | | | 4/100 | 0.001 | 0.001 |
| 2F 12-9-89 Final Rm 13 | 10:00 / 12:30 / 150 | 12Lm | 1800 | | | 5/100 | 0.001 | 0.001 |
| 3F 12-9-89 Final Rm 14A | 10:00 / 12:30 / 15 | 12Lm | 1800 | | DEC 1 4 | 2/100 | 0.001 | Less Than 0.001 |

A354 A355 A356

**Code***

(1) A = Area
B = Breathing Zone
C = Clearance
G = Glove Bag
H = HEPA Fan Exhaust
I = Inside Regulated Area
O = Outside Regulated Area

TWA = Estimated Time Weighted Average Exposure
X = Aggressive

(2) A = Supplied Air
C = Coveralls and Hood
D = Decontamination Area
F = Full Face respirator
H = HEPA Vacuum
M = 1/2 face HEPA respirator
N = Negative Air
P = PAPR
S = Shower

*All samples are to be collected and analyzed according to NIOSH 7400 and or OSHA/Labor & Industries Reference Method (25 mm filters and Walton Beckett graticule unless noted otherwise) by NIOSH PAT Participants, or air monitoring technicians. Calibrate air sampling pump with precison rotometer before and after sampling. Calculate the statistically reliable detection limit according to EPA "purple book" or WISHA regulation. If the actual fiber count is less than the detection limit then the detection limit is the figure to use.* (Revised 12/88 LB)

# AIR MONITORING RESULTS

ALPHA Engineering Group, Inc.
22232 – 17th Avenue S.E. #301
Bothell, WA 98021-7425

CLIENT: WSU
SAMPLED BY: Michael Smith
DATE SAMPLED: 7/9/92
ANALYZED BY: Michael Smith

PROJECT NAME/LOCATION: Specialty Asbestos Beasley Coliseum
CONTRACTOR: Specialty Asbestos
RECEIVED: 7/9/92
SIGNED: _Michael Smith_
COMPLETE: 7/10/92
JOB NUMBER: 17.389701

PAGE 1 OF 2

ANALYTICAL METHOD: NIOSH 7400 "A" RULES — MICROSCOPE NO. OMI — FIELD AREA: .00785 mm²

| SAMPLE # | TYPE | CONTROLS (PRO./SEC. / ENVIRON.) | LOCATION (BLDG #, FLOOR #, ROOM #) / WORKER CERTIFICATION #, S.S. # / TYPE OF ABATEMENT, NOTES | ROTA NO. / PUMP NO. | TIME START | TIME STOP | TIME MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIBERS / FIELDS | L.Q.L. | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W5u-A 134 | I | PAC / DSW, HN | INSIDE SCAFFOLD CONTAINMENT CENTRALLY AT SECTION 03, 4' UP OFF DECK, DURING GROSS ACM REMOVAL. | CP-5 | 0615 | 1619 | 2.5 | 49 | 1500 | 49/100 | .003 | .02 |
| W5u-A 135 | H | — | INSIDE HEPA EXHAUST AT NW CORNER OF CONTAINMENT, DURING GROSS ACM REMOVAL. | CP-2 | 0617 | 1620 | 3.4 | 4.0 | 2171 | 3.5/100 | .002 | .003 |
| | | — | | CLR-1 | 000 | 603 | 3.6 | 2.5 | /100 | | | <.002 |
| W5u-A 136 | O | — | AT BASE OF SEATING SEC. 2 CONCOURSE LEVEL, UNDER OUTSIDE OF CONTAINMENT DURING GROSS ACM REMOVAL. | CP-3 | 0642 | 1635 | 3.9 | 4.3 | 1919 | 20/100 | .003 | .003 |
| | | | | CLR-1 | | | | | | | | |
| 137 | I | PAC / DSW, HN | INSIDE ACOUSTICAL PANEL REMOVAL AREA, DURING CLEAN UP OF OVERSPRAY. TAKEN AT SEC. 2.5 | CP-5 | 1001 | 1530 | 3.5 | 3.5 | 1152 | 53/100 | .005 | .02 |

---

## SAMPLE TYPES

| | |
|---|---|
| A - AGGRESSIVE | H - HEPA EXHAUST |
| AM - AMBIENT | I - INSIDE REG. AREA |
| B - BREATHING ZONE PERSONAL | O - OUTSIDE REG. AREA |
| C - CEILING | P - PRE-ABATEMENT |
| CL - CLEARANCE | TWA - TIME WEIGHTED AVERAGE |
| G - GLOVE BAG | BL - BLANK |

## PROTECTIVE CONTROLS

CAC - CONTINUOUS FLOW AIR, COVERALLS
FC - FULL FACE HEPA, COVERALLS
MC - HALF MASK, COVERALLS
PAC - PRESSURE DEMAND AIR, COVERALLS
PC - PAPR, COVERALLS

## DECONTAMINATION CONTROLS

D - DECON WITHOUT SHOWER
DS - DECON WITH SHOWER
DSW - DECON WITH SHOWER & WASTE
NONE - NONE

## ENVIRONMENT

H - HEPA VACUUM
HN - BOTH
N - NEGATIVE AIR

## MILITARY TIME

EXAMPLE:
4:00 AM IS 0400
1:30 PM IS 1330
MIDNIGHT IS 0000
NOON IS 1200

(Rev. 10/25/90)

RCD 7/23/92 · S-7 · LVS · S/5 · ROUTE

DATE SAMPLED: 7/9/92    JOB NUMBER: 1738970?    PAGE 2 OF 2

| SAMPLE # | TYPE CONTROLS PRO./DEC. | ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION #; S.S. #; TYPE OF ABATEMENT; NOTES | PUMP NO. / ROTA NO. | TIME START / TIME STOP / TOTAL MIN. | FLOW: PRE/POST AVG. | TOTAL LITERS | FIBERS / FIELDS | DETECT LIMIT | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|
| WSU-A 138 | O | − | OUTSIDE OF ACOUSTICAL PANEL REMOVAL AREA 5- OUTSIDE OF MATERIAL LOADOUT | CHF-5 | 10:12 / 8.0 / 2152 | | 13/100 | .5/100 | .002 | .003 |
| WSU-A 139 | B / L | | BLANK | CHR-1 | 14:41 / 8.0 / 269 | | | 1.5/100 | | AVG. BLANK 1/100 |
| WSU-A 140 | B / L | | BLANK | | | | | | | |

# AIR MONITORING RESULTS

**ALPHA Engineering Group, Inc.**
22232 - 77th Avenue S.E., #301
Bothell, WA 98021-7425

CLIENT: WSU

SAMPLED BY: MICHAEL SMITH
DATE SAMPLED: 7/16/92
ANALYZED BY: MICHAEL SMITH
RECEIVED: 7/10/92
SIGNED: _(signature)_

PROJECT NAME/LOCATION: BEASLEY COLISEUM
CONTRACTOR: SPECIALTY ASBESTOS
COMPLETE: 7/10/92
JOB NUMBER: 17389761

PAGE 1 OF 2

ANALYTICAL METHOD: NIOSH 7400 "A" RULES
MICROSCOPE NO. CMI
FIELD AREA .00785 mm²

LOCATION (BLDG #, FLOOR #, ROOM #):
WORKER CERTIFICATION #, S.S. #:
TYPE OF ABATEMENT; NOTES

| SAMPLE # | TYPE | CONTROLS PROJ-DEC | ENVIRON | TYPE OF ABATEMENT; NOTES | PUMP NO. | ROTA NO. | TIME START | TIME STOP | TOTAL MIN | FLOW PRE/POST AVG | TOTAL LITERS | FIELDS/FIBERS | L.Q.L. | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WSU-A 141 | H | / | - | SCAFFOLD CONTAINMENT AREA. HEPA EXHAUST OF ON NORTHERNMOST SIDE OF CONTAINMENT. | CP-2 | | 0715 | | 4⁰ | | 2075 | 2/100 | .002 | <.002 |
| WSU-A 142 | I | DSW / | - | INSIDE SCAFFOLD CONTAINMENT CENTRALLY AT SEC. 03, 4" UP OFF OF THE DECK DURING GROSS ACM REMOVAL. | CLR2-1 | | 1607 | | 3.7 | | 1330 | 43/100 | .004 | .02 |
| | | | | | CP-1 / CLR1 | | 532 | | 2.5 | | | /100 | .004 | .004 |
| WSU-A 143 | O | / | - | OUTSIDE OF DEBRIS ON FLOOR AT PIPE CHASE AT SEC. 2, DURING CLEANUP | CP-5 | | 1527 | | 12.5 | | 1025 | 7.5/100 | .005 | <.005 |
| | | | | | CHR-5 | | 1405 | 1527 | 12.5 | | | /100 | | |
| | | | | | CHR-3 | | 82 | | 2.5 | | | /100 | | |
| WSU-A 144 | CL | / / | - | ACOUSTICAL PANEL CONTAINMENT, SOUTH END AT SEC. 21 | PHR-7 | | 1408 | | 13.6 | | 1251 | 4/100 | .004 | <.004 |
| | | | | | CHR-3 | | 1540 | | 13.6 | | | /100 | | |

(Rev. 10/25/90)

### SAMPLE TYPES

| | |
|---|---|
| A - AGGRESSIVE | H - HEPA EXHAUST |
| AM - AMBIENT | I - INSIDE REG. AREA |
| B - BREATHING ZONE PERSONAL | O - OUTSIDE REG. AREA, |
| C - CEILING | P - PRE-ABATEMENT |
| CL - CLEARANCE | TWA - TIME WEIGHTED AVERAGE |
| G - GLOVE BAG | BL - BLANK |

### PROTECTIVE CONTROLS

CAC - CONTINUOUS FLOW AIR, COVERALLS
EC - FULL FACE HEPA, COVERALLS
M.C - HALF MASK, COVERALLS
PAC - PRESSURE DEMAND AIR, COVERALLS
PC - PAPR, COVERALLS

### DECONTAMINATION CONTROLS

D - DECON WITHOUT SHOWER
DS - DECON WITH SHOWER
DSW - DECON WITH SHOWER & WASTE
NONE - NONE

### ENVIRONMENT

H - HEPA VACUUM
H/N - BOTH
N - NEGATIVE AIR

### MILITARY TIME EXAMPLE:

4:00 AM IS 0400
1:30 PM IS 1330
MIDNIGHT IS 0000
NOON IS 1200

DATE SAMPLED: 7/10/92    JOB NUMBER: 17389701    PAGE 2 OF 2

| SAMPLE # | TYPE | CONTROLS PRO./DEC. ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION #, S.S.S. #; TYPE OF ABATEMENT, NOTES | PUMP NO. ROTA NO. | TIME START TIME STOP TOTAL MIN. | FLOW: PRE/POST AVG. | TOTAL LITERS | FIBERS / FIELDS | DETECT LIMIT | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|
| W54-A 145 | C L | / | ACOUSTICAL PANEL CONTAINMENT NORTH END AT SEC-25 | | | | | | | |
| W54-A 146 | B L | X X | BLANK | eMF-8 | 14.09 / 15.41 / 136 | 13.6 | 1251 | 2-5 / 100 | .004 | <.004 |
| W54-A 147 | B L | X X | BLANK | CHR-3 | 13.6 / 92 / 13.6 | | | .5 / 100 | | |
| | | / | | | | | | 0 / 100 | | AVG. BLANK .25 / 100 |
| | | / | | | | | | / 100 | | |
| | | / | | | | | | | | |
| | | / | | | | | | | | |
| | | / | | | | | | | | |

# AIR MONITORING RESULTS

**ALPHA Engineering Group, Inc.**
22232 - 17th Avenue S.E. #301
Bothell, WA 98021-7425

(Rev. 10/25/90)

| CLIENT: WSU | PROJECT NAME/LOCATION | PAGE 1 OF 2 |
|---|---|---|
| SAMPLED BY: MICHAEL SMITH | CONTRACTOR: SPECIALTY ASBESTOS | |
| DATE SAMPLED: 7/13/92 | RECEIVED: 7/13/92  COMPLETE: 7/13/92 | |
| ANALYZED BY: MICHAEL SMITH | SIGNED: Michael Smith | PROJECT NAME/LOCATION: BEASLEY COLISEUM |
| | | JOB NUMBER: 17.3847-01 |

ANALYTICAL METHOD: NIOSH 7400 "A" RULES    MICROSCOPE NO. CMI    FIELD AREA .00785 mm²

LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION #, S.S. #; TYPE OF ABATEMENT, NOTES

| SAMPLE # | TYPE | CONTROLS PRO./DEC. | ENVIRON. | NOTES | PUMP NO. / ROTA NO. | TIME START | TIME STOP | TOTAL MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIELDS | L.Q.L. | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WSU-A 148 | I | PAC | HN | ON TOP OF DUCT AT SOFFIT, DURING GROSS REMOVAL OF ACM. | CP-2 | 0705 | 1500 | 475 | 2.5 | 1188 | 71/100 | | .004 |
| WSU-A 144 | - | - | - | IN EXHAUST OF HEPA MACHINE AT SECTION 1 TOP OF SCAFFOLD, DURING GROSS ACM REMOVAL | CP-1 | 0706 | | 475.5 | 2.5 | 1188 | /100 | | .03 |
| WSU-A | - | MC / H | - | AT BASE OF PIPE CHASE DURING CLEANUP OF DEBRIS FROM CONTAMINATED (PIPE CHASE at SEC. 2) | CP-5 | 0706 | 1502 | 476 | 3.8 | 1809 | 4.5/100 | .003 | <.03 |
| WSU-A 150 | O | MC / H | - | AT BASE OF SEATING SEC. 03 OUTSIDE OF SCAFFOLD CONTAINMENT | CHF-5 / CHR3 | 1040 | 1155 | 75 | 12.5 | 938 | 11/100 | .005 | .003 |
| WSU-A 151 | O | - | - | OUTSIDE OF WORK AREA. | CHF 7 / CHR3 | 1046 / 1620 | | 334 | 8.0 | 2672 | 17/100 | .002 / .006 | .003 |

**CONTROLS PRO./DEC.**
- A - AGGRESSIVE
- AM - AMBIENT
- B - BREATHING ZONE PERSONAL
- C - CEILING
- CL - CLEARANCE
- G - GLOVE BAG

**SAMPLE TYPES**
- H - HEPA EXHAUST
- I - INSIDE REG. AREA
- O - OUTSIDE REG. AREA.
- P - PRE-ABATEMENT
- TWA - TIME WEIGHTED AVERAGE
- BL - BLANK

**PROTECTIVE CONTROLS**
- CAC - CONTINUOUS FLOW AIR, COVERALLS
- FC - FULL FACE HEPA, COVERALLS
- M/C - HALF MASK, COVERALLS
- PAC - PRESSURE DEMAND AIR, COVERALLS
- PC - PAPR, COVERALLS

**DECONTAMINATION CONTROLS**
- D - DECON WITHOUT SHOWER
- DS - DECON WITH SHOWER
- DSW - DECON WITH SHOWER & WASTE
- NONE - NONE

**ENVIRONMENT**
- H - HEPA VACUUM
- H.N - BOTH
- N - NEGATIVE AIR

**MILITARY TIME EXAMPLE:**
- 4:00 AM IS 0400
- 1:30 PM IS 1330
- MIDNIGHT IS 0000
- NOON IS 1200

DATE SAMPLED: 7/13/92    JOB NUMBER: 17389701    PAGE 2 OF 2

| SAMPLE # | TYPE | CONTROLS PRO./SEC. ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION #, S.S. #; TYPE OF ABATEMENT; NOTES | PUMP NO. ROTA NO. | TIME START | TIME STOP | TOTAL MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIBERS/FIELDS | DETECT LIMIT | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W5u-A 152 | O | MC | IN 2ND SCAFFOLD CONTAINMENT PREP. AREA AT SEC 09 | CP-6 | 10:52 | 17:02 | 3.0 | 3.0 | 1110 | 24/100 | .004 | .01 |
| W5u-A 153 | I | DSW / HN | INSIDE DECON IN DIRTY END OF WASTE LOAD OUT CHAMBER | CLR 1 | | 3:70 | 3.0 | 3.0 | 1354 | 9/100 | .004 | <.004 |
| W5u-A 154 | B L | | BLANK | CP-3 | 11:01 | 17:07 | 3.8 | 3.6 | | 0/100 | ↓ | ↓ |
| W5u-A 155 | B L | | BLANK | CLR-1 | | 3:66 | 3.7 | | | 0/100 | ↓ | AVG BLANK 0/100 |

# AIR MONITORING RESULTS

**ALPHA Engineering Group, Inc.**
22232 – 17th Avenue S.E. #301
Bothell, WA 98021-7425

CLIENT: WSU
SAMPLED BY: Michael Smith
DATE SAMPLED: 7/14/92
ANALYZED BY: Michael Smith

PROJECT NAME/LOCATION
CONTRACTOR: Specialty Asbestos
RECEIVED: 7/14/92   COMPLETE: 7/15/92
SIGNED: _(signature)_   JOB NUMBER: 12389701

PROJECT NAME/LOCATION: Beasley Coliseum

PAGE 1 OF 2

FIELD AREA: .00785 mm²

ANALYTICAL METHOD: NIOSH 7400   "A" RULES
MICROSCOPE NO. CM I

| SAMPLE # | TYPE | CONTROLS PRO./DEC. | ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION #, S.S. #; TYPE OF ABATEMENT; NOTES | PUMP NO. ROTA NO. | TIME START | TIME STOP | TOTAL MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIBERS/FIELDS | L.Q.L. | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W54-A 156 | I | PAC/DSW | HN | INSIDE SCAFFOLD CONTAINMENT AT BASE OF STAIRWELL SEC 2-5, DURING GROSS REMOVAL IN CONTAINMENT | CP6 CLR-1 | 0715 | 1540 | 505 | 2.5 | 1263 | 97/100 | .004 | .04 |
| W54-A 157 | I | PAC/DSW | HN | INSIDE SCAFFOLD CONTAINMENT AT SEC. 2 DURING GROSS ACM REMOVAL. | CP-5 CLR-1 | 0717 | 1505 | 2.5 | 2.5 | 1170 | X | .004 | TOO DIRTY TO COUNT |
| W54-A 158 | H | — | — | IN HEPA EXHAUST OF MACHINE AT SEC. 3 OF SCAFFOLD CONTAIN-MENT. | CP-2 CLR-1 | 0718 | 1507 | 469 | 3.7 | 1829 | 12/100 | .003 | .003 |
| W54-A 159 | O | — | — | SCAFFOLD CONTAINMENT CLEAN ROOM OF DECON. CHAMBER | CP-7 CLR 1 | 0755 | 1449 | 414 | 3.8 / 3.9 | 1615 | 31/100 | .003 | .009 |

**SAMPLE TYPES**

A - AGGRESSIVE
AM - AMBIENT
B - BREATHING ZONE PERSONAL
C - CEILING
CL - CLEARANCE

H - HEPA EXHAUST
1 - INSIDE REG. AREA
O - OUTSIDE REG. AREA
P - PRE-ABATEMENT
TWA - TIME WEIGHTED AVERAGE

**PROTECTIVE CONTROLS**

CAC - CONTINUOUS FLOW AIR, COVERALLS
FC - FULL FACE HEPA, COVERALLS
M.C. - HALF MASK, COVERALLS
PAC - PRESSURE DEMAND AIR, COVERALLS
PC - PAPR, COVERALLS

**DECONTAMINATION CONTROLS**

D - DECON WITHOUT SHOWER
DS - DECON WITH SHOWER
DSW - DECON WITH SHOWER & WASTE
NONE - NONE

**ENVIRONMENT**

H - HEPA VACUUM
H.N - BOTH
N - NEGATIVE AIR

**MILITARY TIME EXAMPLE:**
4:00 AM IS 0400
1:30 PM IS 1330
MIDNIGHT IS 0000

(Rev. 10/25/90)

DATE SAMPLED: 7/14/92    JOB NUMBER: 17389701    PAGE 2 OF 2

| SAMPLE # | TYPE | CONTROLS PRO./DEC. / ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #): WORKER CERTIFICATION #, S.S. #: TYPE OF ABATEMENT: NOTES | PUMP NO. / ROTA NO. | TIME START | TIME STOP | TOTAL MIN. | FLOW: PRE/POST AVG. | TOTAL LITERS | FIBERS / FIELDS | DETECT LIMIT | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WSu-A 160 | O | / | AT SEC 1-5 10' FROM ACOUSTICAL PANEL WALL UNDER SCAFFOLD CONTAINMENT. | CHF-5 | 07.59 | 12:00 | 241 | 8.0 | 1928 | 16.5/100 | .003 | .004 |
| WSu-A 161 | O | / | IN 2ND SCAFFOLD CONTAINMENT PREP. AREA AT SEC. 10 DURING POLY FLOORING WORK | CHF-3 | 08:10 | 15:58 | 468 | 4.3 4.0 4.2 | 1966 | 12/100 | .003 | .003 |
| WSu-A 162 | B L | ✕ | BLANK | CP-4 | | | | | | 0/100 | ↓ | ↓ |
| WSu-A 163 | B L | ✕ | BLANK | CUR1 | | | | | | 8/100 | ↓ | AVG. BLANK 0/100 |
| | | / | | | | | | | | | | |
| | | / | | | | | | | | | | |
| | | / | | | | | | | | | | |
| | | / | | | | | | | | | | |

# AIR MONITORING RESULTS

**ALPHA Engineering Group, Inc.**
22322 - 17th Avenue S.E., #301
Bothell, WA 98021-7425

CLIENT: WSU
SAMPLED BY: Michael Smith
DATE SAMPLED: 7 / 15 / 92
ANALYZED BY: Michael Smith

PROJECT NAME/LOCATION: BEASLEY COLISEUM
CONTRACTOR/SPECIALTY: BEASLEY ASBESTOS
RECEIVED: 7 / 15 / 92
SIGNED: [signature]
COMPLETE: 7 / 16 / 92
JOB NUMBER: 17389701

PAGE 1 OF 2

ANALYTICAL METHOD: NIOSH 7400    "A" RULES
MICROSCOPE NO.: CMI
FIELD AREA: .00785 mm²

| SAMPLE # | TYPE | CONTROLS PRO/DEC | ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION #, S.S. #; TYPE OF ABATEMENT, NOTES | PUMP NO. / ROTA NO. | TIME START | TIME STOP | TOTAL MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIBERS / FIELDS | L.Q.L. | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WSU-A 164 | O | — / — | — | AT SECTION 1.5 15' FROM ACOUSTICAL PANEL WALL DURING DETAILING IN CONTAINMENT & CLEANUP OF FLOOR DEBRIS. | HF-5 | 0830 | 1306 | 276 | 8.0 | 2208 | 17 / 160 | .002 | .004 |
| WSU-A 165 | H | / | — | IN EXHAUST OF 2ND SOUTHERNMOST HEPA MACHINE IN SCAFFOLD CONTAINMENT DURING DETAIL CLEANUP. | CHR-3 | 0903 | 1435 | 302 | 3.5 / 3.9 | 1117 | 4 / 100 | .004 | <.004 |
| WSU-A 166 | I | DSW | HN | NORTH SIDE OF SCAFFOLD CONTAINMENT AT SEC.01, 5' UP OFF OF DECK DURING DETAIL CLEANUP. | CP-5 | 1438 | | 330 | 2.5 | 825 | 43.5 / 100 | .006 | .03 |
| WSU-A 167 | I | PAC / DSW | HN | SOUTH SIDE OF SCAFFOLD CONTAINMENT AT SEC.05, 4' UP OFF OF THE GROUND DURING DETAIL CLEANUP, | CP-4 | 0905 | 1439 | 334 | 2.0 | 668 | 47 / 100 | .007 | .03 |

(Rev. 10/25/90)

**TYPE**
A - AGGRESSIVE
AM - AMBIENT
B - BREATHING ZONE PERSONAL
C - CEILING
CL - CLEARANCE
G - GLOVE BAG

**SAMPLE TYPES**
H - HEPA EXHAUST
I - INSIDE REG. AREA
O - OUTSIDE REG. AREA
P - PRE-ABATEMENT
TWA - TIME WEIGHTED AVERAGE
BL - BLANK

**PROTECTIVE CONTROLS**
CAC - CONTINUOUS FLOW AIR, COVERALLS
FC - FULL FACE HEPA, COVERALLS
MC - HALF MASK, COVERALLS
PAC - PRESSURE DEMAND AIR, COVERALLS
PC - PAPR, COVERALLS

**DECONTAMINATION CONTROLS**
D - DECON WITHOUT SHOWER
DS - DECON WITH SHOWER
DSW - DECON WITH SHOWER & WASTE
NONE - NONE

**ENVIRONMENT**
H - HEPA VACUUM
H.N - BOTH
N - NEGATIVE AIR

**MILITARY TIME EXAMPLE**
4:00 AM IS 0400
1:30 PM IS 1330
MIDNIGHT IS 0000
NOON IS 1200

DATE SAMPLED: 7 / 15 / 92     JOB NUMBER: 17389702     PAGE 2 OF 2

| SAMPLE # | TYPE | CONTROLS PROJ./DEC. ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION #, S.S. #; TYPE OF ABATEMENT; NOTES | PUMP NO. ROTA NO. | TIME START TIME STOP TOTAL MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIBERS / FIELDS | DETECT LIMIT | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|
| WSV-A- 168 | B L | | B & ADK | | | | | 0/100 | ↙ | ↙ |
| WSU-A 169 | B L | | B & ADK | | | | | 0/100 | ↙ | AVG. BLANK 0/100 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

# AIR MONITORING RESULTS

ALPHA Engineering Group, Inc.
22232 - 17th Avenue S.E. #301
Bothell, WA 98021-7425

| CLIENT: WSU | PROJECT NAME/LOCATION: BEASLEY COLISEUM |
|---|---|
| SAMPLED BY: Michael Smith | CONTRACTOR: SPECIALTY ASBESTOS |
| DATE SAMPLED: 7 / 10 / 92 | |
| ANALYZED BY: Michael Smith | |
| RECEIVED: 7 / 10 / 92 | COMPLETE: 7 / 17 / 92 |
| SIGNED: _Michael Smith_ | JOB NUMBER: 17389701 |

PAGE 1 OF 2

ANALYTICAL METHOD: NIOSH 7400 "A" RULES

FIELD AREA .00785 mm²

| SAMPLE # | TYPE | CONTROLS PRO./DEC. | ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION #, S.S. #; TYPE OF ABATEMENT; NOTES | MICROSCOPE NO. / CMI | PUMP NO. / ROTA NO. | TIME START | TIME STOP | TOTAL MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIBERS / FIELDS | L.Q.L. | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WSU-A 170 | H | / | — | SCAFFOLD CONTAINMENT SAMPLE IN SOUTHERN 2ND HEPA EXHAUST DURING DETAIL CLEANUP. | CMI | CP-2 / CLR1 | 0720 | 1543 | 503 | 3.8 / 3.6 | 1811 | 3/100 | .003 | <.003 |
| WSU-A 171 | I | PAC / DSW | HN | AT SEC.04 ON DUCT DURING DETAIL CLEANUP. | | CP-6 / CLR1 | 0722 | 1544 | 502 | 2.0 / 2.0 | 1064 | 66/100 | .005 | .03 |
| WSU-A 172 | I | PAC / DSW | HN | INSIDE CONTAINMENT ½ WAY UP STAIRWELL TO DECK, DURING ACM DETAIL CLEANUP | | CHR 5 / CHR-3 | 0929 | 1522 | 293 | 5.0 / 5.0 | 1465 | 44/100 | .003 | .015 |
| WSU-A 173 | I | / / | HN | AT BASE OF SEATING CONCOURSE LEVEL, UNDER OUTSIDE EDGE OF CONTAINMENT AND PREP. AREA OF 2ND CONTAINMENT. | | CHR 7 / CHR3 | 0940 | 1524 | 344 | 5.0 / 5.0 | 1720 | 21.5/100 | .003 | .006 |

**SAMPLE TYPES**

A - AGGRESSIVE
AM - AMBIENT
B - BREATHING ZONE PERSONAL
C - CEILING
CL - CLEARANCE
G - GLOVE BAG
H - HEPA EXHAUST
I - INSIDE REG. AREA
O - OUTSIDE REG. AREA
P - PRE-ABATEMENT
TWA - TIME WEIGHTED AVERAGE
BL - BLANK

**PROTECTIVE CONTROLS**

CAC - CONTINUOUS FLOW AIR, COVERALLS
FC - FULL FACE HEPA, COVERALLS
MC - HALF MASK, COVERALLS
PAC - PRESSURE DEMAND AIR, COVERALLS

**DECONTAMINATION CONTROLS**

D - DECON WITHOUT SHOWER
DS - DECON WITH SHOWER
DSW - DECON WITH SHOWER & WASTE
NONE - NONE

**ENVIRONMENT**

H - HEPA VACUUM
H.N. - BOTH
N - NEGATIVE AIR

**MILITARY TIME EXAMPLE:**

4:00 AM IS 0400
1:30 PM IS 1330
MIDNIGHT IS 0000
NOON IS 1200

(Rev. 10/25/90)

DATE SAMPLED: **7/17/92**   JOB NUMBER: **173897oI**   PAGE 2 OF 2

| SAMPLE # | TYPE | CONTROLS PROJ./SEC. ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION #, S.S. #; TYPE OF ABATEMENT; NOTES | PUMP NO. ROTA NO. | TIME START / TIME STOP / TOTAL MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIBERS / FIELDS | DETECT LIMIT | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|
| W54-A 174 | I | D / — | In side of waste load out; clean chamber. | CP-3 | 0942 / 15:28 / 43.8 | 4.3 / 3.8 | 1460 | 5.5 | .003 | <.003 |
| W54-A 175 | O | — | In concourse 4' up off of the ground at sec. 05, | CLR1 | 0948 / 15:30 / 342 | 5.0 | 1710 | 9/100 | .003 | <.003 |
| W54-A 176 | O | AC. / — | Centrally at sec. 8.5, 2nd scaffold containment prep area during prep, | CHF8 / CP-4 | 1002 / 15:35 / 333 | 3.5 / 3.4 | 1160 | 16/100 | .004 | .007 |
| W54-A 177 | | — | In first aid Rm #104 under air duct. | CLR1 / CP-7 | 1008 / 15:29 / 321 | 3.0 | 963 | 4/100 | .005 | <.005 |
| W54-A 178 | ✗ | — | BLANK | | | | | .5/100 | → | → |
| W54-A 179 | ✗ | | BLANK | | | | | .5/100 | | AVG. BLANK .5/100 |

# AIR MONITORING RESULTS

**ALPHA Engineering Group, Inc.**
22252 - 17th Avenue S.E. #301
Bothell, WA 98021-7425

| Field | Value |
|---|---|
| CLIENT: | WSU |
| SAMPLED BY: | Michael Smith |
| DATE SAMPLED: | 7/17/92 |
| ANALYZED BY: | Michael Smith |
| PROJECT NAME/LOCATION: | Beasley Coliseum |
| CONTRACTOR: | Specialty Asbestos |
| RECEIVED: 7/17/92 | COMPLETE: 7/17/92 |
| SIGNED: Michael Smith | JOB NUMBER: 17389701 |

PAGE 1 of 2

ANALYTICAL METHOD: NIOSH 7400 "A" RULES    MICROSCOPE NO. OMI    FIELD AREA .00785 mm²

| SAMPLE # | TYPE | CONTROLS PRO/DEC | ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #); WORKER CERTIFICATION # S.S. #; TYPE OF ABATEMENT; NOTES | PUMP NO. / ROTA NO. | TIME START | TIME STOP | TIME MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIELDS | L.Q.L. | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WSU-A 180 | H | - | - | INSIDE OF EXHAUST OF 3rd from SOUTH HEPA MACHINE IN SCAFFOLD. CONTAINMENT DURING DETAIL CLEANUP INSIDE. | EP-2 | 0717 | | 3.6 | | 15 | /100 | .003 | <.003 |
| 181 | I | - / HN | | INSIDE CONTAINMENT AT SEL-02. 4' UP OFF OF DECK ON BEAM, DURING DETAIL CLEANUP. | CLR-I | 1505 | 3.5 | 1685 | | | /100 | .003 | |
| | | | | | ep-G | 0719 | 2.0 | | | — | — | | — |
| | | | | | CLR-I | | 15062.0 | | | — | — | | T.D.T.C |
| WSU-A 182 | I | 0 / — | | IN CLEAN ROOM OF DECON, SCAFFOLD CONTAINMENT. | CR3 | 1005 | 35 | | | — | — | | |
| | | | | | CLR1 | 1525 | 3.3 | 904 | | 6.5/ /00 | | .005 | <.005 |
| | | | | | CLR1 | 266 | 3.4 | 904 | | 6.5/ /00 | | .005 | <.005 |
| WSU-A 183 | I | PAC / DSW / HN | | MIDWAY UP STAIRWELL TO SCAFFOLD CONTAINMENT DURING ACM DETAIL CLEANUP. | CHR-5 | 10:07 | 3.0 | 15263.0 | 957 | 6.5/ /100 | | .005 | .03 |
| | | | | | CHR-3 | 319 | 3.0 | | | /100 | | .005 | .03 |

(Rev. 10/25/90)

**SAMPLE TYPES**

| | |
|---|---|
| A - AGGRESSIVE | H - HEPA EXHAUST |
| AM - AMBIENT | I - INSIDE REG. AREA |
| B - BREATHING ZONE PERSONAL | O - OUTSIDE REG. AREA |
| C - CEILING | P - PRE-ABATEMENT |
| CL - CLEARANCE | TWA - TIME WEIGHTED AVERAGE |
| G - GLOVE BAG | BL - BLANK |

**PROTECTIVE CONTROLS**

- CAC - CONTINUOUS FLOW AIR, COVERALLS
- FC - FULL FACE HEPA, COVERALLS
- MC - HALF MASK, COVERALLS
- PAC - PRESSURE DEMAND AIR, COVERALLS
- PC - PAPR, COVERALLS

**DECONTAMINATION CONTROLS**

- D - DECON WITHOUT SHOWER
- DS - DECON WITH SHOWER
- DSW - DECON WITH SHOWER & WASTE
- NONE - NONE

**ENVIRONMENT**

- H - HEPA VACUUM
- H.N - BOTH
- N - NEGATIVE AIR

**MILITARY TIME**

EXAMPLE:
4:00 AM IS 0400
1:30 PM IS 1330
MIDNIGHT IS 0000
NOON IS 1200

DATE SAMPLED: 7 / 17 / 92     JOB NUMBER: 173847 0 1     PAGE 2 OF 2

| SAMPLE # | TYPE | CONTROLS PRO./SEC. / ENVIRON. | LOCATION (BLDG #, FLOOR #, ROOM #, WORKER CERTIFICATION #, S.S. #); TYPE OF ABATEMENT; NOTES | PUMP NO. / ROTA NO. | TIME START / TIME STOP / TOTAL MIN. | FLOW PRE/POST AVG. | TOTAL LITERS | FIBERS / FIELDS | DETECT LIMIT | FIBERS PER CC |
|---|---|---|---|---|---|---|---|---|---|---|
| W3u-A 184 | O | / — | At Sec. 04 at base of seating under outside of containment | CHF 7 | 1045 / 1528 / 283 | 5.0 / 5.0 / 5.0 | 1415 | 4 / 100 | .004 | <.004 |
| W3u-A 185 | B | / | BLANK | CHF 8 | | | | 0 / 100 | ↓ | ↓ |
| W3u-A 186 | B' | / | BLANK | CH28 | | | | .5 / 100 | ↓ | Ave. Blank .25 / 100 |
| W3u-A | L | / | | | | | | | | |

# DAILY OBSERVATION REPORT
## OF
## ASBESTOS REMOVAL, RENOVATION, AND DEMOLITION

Date: 3-9-92    Sheet 1 of 2

PROJECT NAME: Beasley Coliseum    PROJ. NO.: 17389701

LOCATION WSU

CONTRACTOR Specialty Asbestos    SUPERINTENDENT Vic Mshar

INSPECTOR Michael Smith    TIME IN 0615    OUT 1730

DESCRIPTION OF WORK AREA Coliseum Arena Perimeter    SQ. FT. _____

DRWG. NO. 4.3.92, AA1 thru AA5

| | | | | |
|---|---|---|---|---|
| 1. WORK SITE CONTAINMENT (YES) NO | | 2. NEGATIVE AIR PRESSURE (YES) NO |
| 3. ASBESTOS WARNING SIGNS (YES) NO | | 4. PROTECTIVE EQUIPMENT (YES) NO |
| 5. SHOWERS (YES) NO | | 6. PERMIT(S) NUMBER N/A |

NOTES: Specialty had twelfth people on site today. Fourteen men worked in the scaffold containment. Progress is slow only three (out of five) panel points have the gross material scraped off right now. Work is still also occurring on the north end mech. room and the soffits. Although air fiber counts are low, I told Vic I would still like to see some more water usage in the containment. Specialty is doing a good job of not letting gross material accumulate on the floors of the containment. Neg. air pressure within the containment is staying at approx -0.c. to -0.015" $H_2O$. Two workers continue working throughout. The acoustical panel containment sec. 2I - 25 final cleaning is being done & specialty plans on completing this area by the end of.

_____ Signature of Inspector

ALPHA Engineering Group, Inc.
22232 - 17th Avenue S.E. #301
Bothell, WA 98021-7425

# DAILY OBSERVATION REPORT
# OF
# ASBESTOS REMOVAL, RENOVATION, AND DEMOLITION
## CONTINUATION SHEET

Date: 7-9-92
Sheet 2 of 2

OF THE SHIFT OR POSSIBLY TOMORROW MORN. SPECIALTY EXPERIENCED AN ELECTRICAL PROBLEM WITH THEIR AIR COMPRESSOR TODAY SHORTING OUT, THE PROBLEM ENDED UP BEING A LOOSE GROUND CONNECTION AND WAS REPAIRED. IVY HIGH LIFT FINISHED FRAMING UP TO SECTION 17 TODAY AND LEFT JOBSITE EARLY THIS AFTERNOON. AIR SAMPLES ARE ACCEPTABLE TO THIS POINT.

Michael Smit[signature]

ALPHA Engineering Group,Inc.
22232 - 17th Avenue S.E. #301
Bothell, WA 98021-7426.

# DAILY OBSERVATION REPORT
## OF
## ASBESTOS REMOVAL, RENOVATION, AND DEMOLITION

Date: 3-10-92
Sheet 1 of ___

PROJECT NAME Beverly Coliseum          PROJ. NO. 1738947.01

LOCATION WSU

CONTRACTOR Specialty Asbestos   SUPERINTENDENT Vic Mshak

INSPECTOR Michael Smith    TIME IN 0915    OUT 0415

DESCRIPTION OF WORK AREA Coliseum Arena Perimeter.

_____ SQ. FT.

DRWG. NO. 4-3-92 AH1 Thru AH5    3. ASBESTOS WARNING SIGNS (YES) NO

1. WORK SITE CONTAINMENT (YES) NO    4. PROTECTIVE EQUIPMENT (YES) NO
2. NEGATIVE AIR PRESSURE (YES) NO    5. SHOWERS (YES) NO

6. PERMIT(S) NUMBER  N/A

NOTES: Specialty Had Thirteen Workers On Site Today.
Work Continued on Top of Scaffold in 1ST Area
Containment with Seven Laborers Finishing up
Gross Removal on One More Panel Point along with
Containment. Continuing To work in the Soffit. Inspected Acoustical
Containment Area For Clearance (21-25) Authorized.
Encapsulation following wiping up a few spots.
Doug From WSU Pointed out some Debris He
had Noticed Next to The Chase at Section 2, Specialty
was Notified ; Immediately Cleaned it up. Air Sample
Taken During Debris Cleanup Did Not Indicate Area
Contamination. Took Air Clearances in Acoustical Panel
Work Area. Told Vic Would Still Like To See More
Water Usage in Soffit Containment. No Revised Schedule
Revd. Yet. Contractor off Site @ 1513 Hrs.

_____
Signature of Inspector

# DAILY OBSERVATION REPORT
## OF
## ASBESTOS REMOVAL, RENOVATION, AND DEMOLITION

Date: 7-13-92
Sheet 1 of 1

PROJECT NAME Beasley Coliseum    PROJ. NO. 173897.07

LOCATION WSU

CONTRACTOR SPECIALTY ASBESTOS    SUPERINTENDENT Vic Mshar

INSPECTOR Michael Smith    TIME IN 0615    OUT 1835

DESCRIPTION OF WORK AREA Coliseum Arena Perimeter

SQ. FT.

DRWG. NO. 4-3-92  AM1 - AH5

1. WORK SITE CONTAINMENT  YES  NO
2. NEGATIVE AIR PRESSURE  YES  NO
3. ASBESTOS WARNING SIGNS  YES  NO
4. PROTECTIVE EQUIPMENT  YES  NO
5. SHOWERS  YES  NO
6. PERMIT(S) NUMBER  N/A

NOTES: Specialty Had Twenty Laborers On Site Today - Fifteen Laborers Continued To Work In 1st Scaffold Area Containment. Gross Fireproofing Was Removed From The Last Panel Point, Much Work Remains To Be Done In Soffits, On Floor Cleanup, On Hangers, Overspray, Gaps & Crevices. Water Usage Appears To Be Satisfactory So Far Today. Jim Crow Looked Jobs Over Today And Expressed Some Scheduling Concerns, Told Jim We Would Address Schedule With Specialty At Tomorrow's Progress Meeting. At Approx. 10:00 AM Inspection Under Scaffold Resulted In Finding More Debris In Same Area As Last Time. A Small Water Leak Was Noted As Well (Slow Drip) Both Problems Were Dealt With Accordingly, Rec'd. New Schedule From Vic Today, Also Vic Said For Sure He Is Going To Start A Night Shift Next Monday.

Signature of Inspector: Michael X Smith

ALPHA Engineering Group, Inc.
22232 - 17th Avenue S.E. #301
Bothell, WA 98021-7426

# DAILY OBSERVATION REPORT
## OF
## ASBESTOS REMOVAL, RENOVATION, AND DEMOLITION

Date: 3-14-92
Sheet __1__ of __1__

PROJECT NAME __BEASLEY Coliseum__   PROJ. NO. __17389702__

LOCATION __WSU__

CONTRACTOR __Speciality Asbestos__   SUPERINTENDENT __Vic MSHAR__

INSPECTOR __Michael Smith__   TIME IN __0015__   OUT __1815__

DESCRIPTION OF WORK AREA __Coliseum Arena Perimeter__

_____ SQ. FT.

DRWG. NO. __4-3-92   AA1 thru AA5__   3. ASBESTOS WARNING SIGNS (YES) NO

1. WORK SITE CONTAINMENT (YES) NO    4. PROTECTIVE EQUIPMENT (YES) NO

2. NEGATIVE AIR PRESSURE (YES) NO    5. SHOWERS (YES) NO

6. PERMIT(S) NUMBER __N/A__

NOTES: Specialty HAS Twenty-one workers on site today.
Sixteen men in Scaffold Containment Continued to
work on Soffit AND wipe Brushing on Beams AND
Bolts. Told Vic Too Much wiping Down Going on with
Dirty Rags Thus Leaving Residues on Beams. Told him
This would cause containment To Fail A Final Inspection.
Upon Inspection under Scaffolding More Debris was
Noted, Told Vic To Clean it up AND Plan on Discussing
it at Todays Progress Meeting. Ryan Barbwen Arrived on
Site at 0900 Am. Shower, Ryan Debris AND Discussed
Progress TO THIS Point. Three Workers on Peeling
The 2ⁿᵈ Scaffold work Area, Vic would like TO HAVE
THIS Area Prefet AND The Present work Area Cleared.
TSI Fr. 3-13, AIR Counts ARE Acceptable TO THIS
Point.

_____
Signature of Inspector

▲ ALPHA Engineering Group, Inc.
22232 - 17th Avenue S.E. #301
Bothell, WA 98021-7426

# DAILY OBSERVATION REPORT
## OF
## ASBESTOS REMOVAL, RENOVATION, AND DEMOLITION

Date: 7-15-92

Sheet 1 of ___

PROJECT NAME Beasley Coliseum          PROJ. NO. 123897401

LOCATION WSU

CONTRACTOR Specialty Asbestos   SUPERINTENDENT Vic MSHAR

INSPECTOR Michael Smith   TIME IN 0615   OUT 1730

DESCRIPTION OF WORK AREA Coliseum Arena Perimeter.

_____ SQ. FT.

DRWG. NO. 4-3-92, AA1 thru AM5   3. ASBESTOS WARNING SIGNS (YES) NO

1. WORK SITE CONTAINMENT (YES) NO   4. PROTECTIVE EQUIPMENT (YES) NO

2. NEGATIVE AIR PRESSURE (YES) NO   5. SHOWERS (YES) NO

6. PERMIT(S) NUMBER N/A

NOTES: Specialty had Twenty-Three workers on
site today, Fifteen workers continued to work
inside of 1st Scaffold Containment area in the
soffits and brushing beams and overspray. Noted that
the neg air pressure was a little low, told Vic to
fix it and the problem was resolved by resealing a
neg air exhaust which had become disconnected and was
blowing inside the containment rather than outside.
More debris was noted under scaffold & Vic was told
to clean it up. Vic feels he will be finished
by Fri. 7-17. Appears to be more than 2 shifts worth
of work remaining to do I think. Workers also continued to
lay flooring and prep second scaffold area, appears
to be a lot of work left in this area also.

Air Samples OK.                    Signature of Inspector [signature]

▲ ALPHA Engineering Group, Inc.
22232 - 17th Avenue S.E. #301
Bothell, WA 98021-7425

# DAILY OBSERVATION REPORT
## OF
# ASBESTOS REMOVAL, RENOVATION, AND DEMOLITION

Date: 7-16-92

Sheet I of I

PROJECT NAME _Beasley Coliseum_    PROJ. NO. _17389701_

LOCATION _WSU_

CONTRACTOR _Specialty Asbestos_    SUPERINTENDENT _Vic Mshar_

INSPECTOR _Michael Smith_    TIME IN _0615_    OUT _1815_

DESCRIPTION OF WORK AREA _Coliseum Arena Perimeter_

_____ SQ. FT.

DRWG. NO. _4-3-92_    _AA1 thru AA5_    3. ASBESTOS WARNING SIGNS  (YES)  NO

1. WORK SITE CONTAINMENT  (YES)  NO    4. PROTECTIVE EQUIPMENT  (YES)  NO

2. NEGATIVE AIR PRESSURE  (YES)  NO    5. SHOWERS  (YES)  NO

6. PERMIT(S) NUMBER  _N/A_

NOTES: Specialty had Eighteen Workers on site today.
Fourteen workers were in containment doing detail
cleanup and soffits. Vic still feels complete by friday, he
has scheduled Respray Company for this weekend.
Specialty still definately plans on starting a second
shift Monday 7-20. Michael Lueper from Alpha Engineering Group
arrived this Afternoon to cover future night shifts +
possible weekend work. Acoustical panel area 21-25 is
presently undergoing reinsulation, three workers
are presently working on second scaffold area
prep. After work crew had left @ 1700 Mike Lueper,
Vic Mshar and myself inspected the containment. I
showed him what would expected prior to clearance.
Vic then decided he would not be finished by tomorrow
and cancelled respray weekend plans.

Signature of Inspector _[signature]_

ALPHA Engineering Group, Inc.
22232 — 17th Avenue S.E.  #301
Bothell, WA 98021-7425

# DAILY OBSERVATION REPORT
## OF
# ASBESTOS REMOVAL, RENOVATION, AND DEMOLITION

Date: 3-12-92
Sheet I of I

PROJECT NAME Beasley Couseum          PROJ. NO. 17389707

LOCATION WSU

CONTRACTOR Specialty Asbestos     SUPERINTENDENT Vic Mshar

INSPECTOR Michael Smith     TIME IN 0550     OUT 1630

DESCRIPTION OF WORK AREA Coliseum Arena Perimeter

_____ SQ. FT.

DRWG. NO. 43-92 AA1 thru AA5

1. WORK SITE CONTAINMENT    (YES)    NO
2. NEGATIVE AIR PRESSURE    (YES)    NO
3. ASBESTOS WARNING SIGNS   (YES)    NO
4. PROTECTIVE EQUIPMENT     (YES)    NO
5. SHOWERS   (YES)   NO
6. PERMIT(S) NUMBER   N/A

NOTES: Specialty Had Fourteen (14) workers on site today.
Vic is having problems with workers who want to
overtime on Fridays. Specialty still has yet to replace
small pce of glass in Fire hose panel. Talked with
Jr. Crosby who expressed concerns of Fireproofing
Falling on winches, which cables, tracks for lighting,
and lighting fixtures. Told Vic of these concerns
and he assured me these areas would be protected.
Ten workers continued to do detail cleanup in the
containment and work in the soffits, w/c plans on
being finished by Monday. The area is starting
to look considerably cleaner. Two men worked in
2nd scaffold prep. area. This area will not be finished
until the 1st area is complete and equipment can
be transfered over.

Signature of Inspector ___[signature]___

ALPHA Engineering Group, Inc.
22232 - 17th Avenue S.E. #301
Bothell, WA 98021-7426