# Exhibit 1

| 12394 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12394 | CN | 10/07/99 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12394 | CN | 7/16/96 | Report | Final Report Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12394 | CN | 4/12/96 | Report | Air Monitoring & Site Supervision for Asbestos Removal of One Classroom Ceiling | 100 Oak Street Hampton, SC | Speights & Runyan |