IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTLEY RICE MASTER EXHIBIT LIST

| | | | |
|---|---|---|---|
| PD Claim Nos. | 2977 | CHP Associates Inc. | Cherry Hill, NJ |
| | 3405 | Fargo Housing and Redevelopment Authority | Fargo, ND |
| | 3406 | American Legion | Fargo, ND |
| | 3512 | The Church of St. Helena of Minneapolis | Minneapolis, MN |
| | 3515 | Catholic Diocese of Little Rock | Little Rock, AR |
| | 4075 | Church of St. Joseph | W. St. Paul, MN |
| | 6932 | First United Methodist Church | S. St. Paul, MN |
| | 6933 | Church of the Most Holy Redeemer | Montgomery, MN |
| | 6934 | The Church of St. Luke | St. Paul, MN |
| | 6935 | Church of St. Leo the Great | St. Paul, MN |
| | 6936 | City of Barnesville | Barnesville, MN |
| | 6937 | State of Washington General Administration Building-Capitol Complex | Olympia, WA |
| | 6938 | State of Washington Edmunds Community College | Lynnwood, WA |
| | 6939 | State of Washington WSU Kruegel McAllister Central | Pullman, WA |
| | 6940 | State of Washington WSU Johnson Hall & Annex | Pullman, WA |
| | 6941 | State of Washington WSU Daggy Hall, Bldg. #0803 | Pullman, WA |
| | 6942 | State of Washington WSU Dana Hall, Bldg. #0056 | Pullman, WA |
| | 6943 | State of Washington WSU Beasley Performing Arts Coliseum | Pullman, WA |
| | 6944 | State of Washington WSU McCoy Hall, Bldg. #0044 | Pullman, WA |

| | | |
|---|---|---|
| 9645 | Port of Seattle Main Terminal Building | SeaTac, WA |
| 9646 | Port of Seattle North Satellite Building | SeaTac, WA |
| 9647 | Port of Seattle South Satellite Building | SeaTac, WA |

## MOTLEY RICE MASTER EXHIBIT LIST

Ex. 1     Libby Operations Summary Report – March 1992

Ex. 2     Deposition Excerpts, James Cintani, July 25, 1995, Transamerica Ins. Corp. v. W.R. Grace & Co. – Conn., No. C94-4083 (N.D. Cal.)

Ex. 3     Alliance for Safe Buildings (Safe Buildings Alliance) Memo, June 12, 1984

Ex. 4     Safe Buildings Alliance publication, What You Should Know About Asbestos in Buildings, 1986

Ex. 5     Safe Buildings Alliance, "Public Health Regulations for the Control of Asbestos Exposures in Buildings," January 1988