# MOTLEY RICE MASTER EXHIBIT 1

## LIBBY OPERATIONS SUMMARY REPORT - MARCH 1992

There were 1,154 tons of concentrate sold during the month resulting in sales of only $128,494.

| SALES | | | INVENTORY | |
|---|---|---|---|---|
| L#2 | - | 0.0 | L#2 - | 0.0 |
| L#3 | - | 385.8 | L#3 - | 4,728.1 |
| L#4 | - | 768.7 | L#4 - | 5,642.2 |
| L#4G | - | 0.0 | L#4G - | 341.6 |
| L#5 | - | 0.0 | L#5 - | 360.4 |
| LTEV | - | 0.0 | LTEV - | 592.9* |
| | | 1,154.5 | | 11,665.2 |

*Does not include 101 extra tons bagged from silo inventory.

Although the inventory of L#4 shows 5,642.2 tons, it is now obvious that this number is significantly wrong. A more compete report on the estimate of available tons will be made in my April report. There was a $3,242 favorable adjustment made to the reclamation account this month as a result of a error in posting the 1991 year end employee bonus of $.25/hour to this account rather than to Boca. Demolition work during the month consisted of clean up of the Screen Plant building and removal of all the steel siding from the outside of the OS & B building. A meeting with Schafer & Associates concerning the draft report on the tailings dam restoration was held. As a result numerous changes were made with a final report being published in late March. This report as well as the final report from Harding & Lawson will be sent to the Department of State Lands along with a request to set up a meeting for sometime in April.

It is definitely spring time in the rockies and as a result we will discontinue demolition work and concentrate exclusively on reclamation work. Dependent upon the weather, it unlikely that we will get back to any type of demolition work until some time in June.

We received a visit from the Occupational Health Bureau of the Montana Department of Health and Environmental Sciences. The purpose of the visit was in response to an anonymous concern that an asbestos hazard existed on our access roadway now that we were no longer operating. We were also informed that we were not complying with the new NESHAP (National Emission Standards for Hazardous Air Pollutants) regulations with respect to obtaining the proper permits prior to beginning any demolition work. At the time of the visit we were not doing any type of demolition work, however, prior to resuming any demolition work we will have to insure that no asbestos exists on the property and that the necessary permits are obtained. No one presently employed or employed at the time of closure was aware of these regulations, nor were we informed of any such regulations by Cambridge personnel. As we have stopped demolition in order to do the required spring

C0097101

LCD-0774