# MOTLEY RICE
# MASTER EXHIBIT 2

```
 1         UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
 2
    TRANSAMERICA INSURANCE
 3  CORPORATION OF CALIFORNIA,
    a California Corporation,
 4
                         Plaintiff,
 5
              vs.         CASE NO. C94-4083
 6
    W. R. GRACE & CO.-CONN,
 7   a Connecticut Corporation,

 8                       Defendant.

 9

10

11

12  DEPOSITION OF:    JAMES CINTANI

13  DATE:             July 25, 1995

14  TIME:             9:05 AM

15
    LOCATION:         Law offices of
16                    Hoyle, Morris & Kerr
                      1650 Market Street, Suite 4900
17                    Philadelphia, PA

18  TAKEN BY:         Counsel for the Plaintiff

19  REPORTED BY:      DENISE A. RYAN,
                      Court Reporter
20

21  ─────────────────────────────────────────────

22  Computer-Aided Transcription By:

23       A. WILLIAM ROBERTS, JR., & ASSOCIATES

24  Charleston, SC      Columbia, SC       Charlotte, NC
    (803) 722-8414      (803) 731-5224     (704) 573-3919
25
```

A. WILLIAM ROBERTS, JR., & ASSOCIATES

```
 1     APPEARANCES OF COUNSEL:

 2           ATTORNEYS FOR THE PLAINTIFF
                 TRANSAMERICA INSURANCE CORPORATION
 3           OF CALIFORNIA, a California Corporation

 4               NESS, MOTLEY, LOADHOLT,
                 RICHARDSON & POOLE
 5               BY:  EDWARD J. WESTBROOK
                 151 Meeting Street, Suite 600
 6               Charleston SC  29402
                 (803) 577-6747
 7
         ATTORNEYS FOR THE DEFENDANT
 8           W. R. GRACE & CO.-CONN.,
             a Connecticut Corporation
 9
             CAHILL, GORDON & REINDEL
10           BY:  JOHN H. deBOISBLANC
             80 Pine Street
11           New York, NY  10005
             (212) 701-3000
12
         ALSO PRESENT:
13
             Susan Herschal, Esq.
14

15

16           (INDEX AT REAR OF TRANSCRIPT)

17

18

19

20

21

22

23

24

25
```

```
 1                    JAMES CINTANI,
 2   being first duly sworn, testified as follows:
 3                    EXAMINATION
 4   BY MR. WESTBROOK:
 5        Q.   Good morning, Mr. Cintani.  State your
 6   name and address for the record, please.
 7        A.   My name is James Cintani.
 8        Q.   And your address, sir?
 9        A.   30 Highland Drive, Yardley, Pennsylvania.
10        Q.   Are you employed, sir?
11        A.   No; I am retired.
12        Q.   Did you previously work for W.R. Grace?
13        A.   Yes, I did.
14        Q.   When did you retire from Grace?
15        A.   In April of 1990.
16        Q.   Since retiring from Grace have you
17   consulted with Grace at all?
18        A.   Yes, I have.
19        Q.   Do you have a financial arrangement with
20   Grace for that consulting?
21        A.   At this time?
22        Q.   Starting with when you retired in April
23   1990 did you have an arrangement with Grace for
24   consulting?
25        A.   Yes, I had a consulting arrangement with
```

A. WILLIAM ROBERTS, JR., & ASSOCIATES

JAMES CINTANI - EX. BY MR. WESTBROOK

1    A.   No, he is not.

2    Q.   During the period beginning in 1968 and
3 going through the early 1970's were you involved in
4 the sales of Mono-Kote?

5    A.   Yes, I was.

6    Q.   What was your position during that period
7 of time?

8    A.   1968 I was district manager in the
9 eastern region for architectural sales, which
10 included Mono-Kote fireproofing.

11    Q.   Did that title stay the same through the
12 period 1968 to 1973?

13    A.   No; the title changed in I believe 1970,
14 I became architect -- I mean regional products
15 manager of architectural products.

16    Q.   Was your region primarily the New York -
17 Philadelphia Metropolitan area?

18    A.   No; in 1973 as regional products manager
19 the eastern region had been expanded to include all
20 of North Carolina-Virginia north and Michigan-Ohio
21 east and all of New England.

22    Q.   Prior to the time that you became the
23 regional manager in 1970, from the period 1968 to
24 1970 while you were district manager, what was the
25 geographical region that you had responsibility for?

A. WILLIAM ROBERTS, JR., & ASSOCIATES

Case 01-01139-AMC   Doc 9944-2   Filed 10/21/05   Page 6 of 9

10

JAMES CINTANI - EX. BY MR. WESTBROOK

1    A. It was all of New England, all of New
2 York State, Eastern Pennsylvania, all of New Jersey
3 and a portion of Delaware.
4    Q. To your knowledge did the product
5 Mono-Kote have as one of its main ingredients
6 vermiculite?
7    A. I guess the main ingredient would be
8 gypsum. Secondary ingredient would be vermiculite,
9 yes.
10    Q. And do you know the Grace sources of
11 vermiculite during the late 1960's?
12    A. Basically there were two sources, one was
13 in Libby, Montana and the other was in South
14 Carolina.
15    Q. During the period 1968 to 1973 did you
16 have any knowledge that vermiculite that came from
17 Libby could be contaminated with asbestos?
18    MR. deBOISBLANC: I object to the form of
19 the question.
20    A. No.
21    Q. During that same time period did you have
22 any knowledge that workers at the Libby vermiculite
23 mine were contracting diseases related to asbestos?
24    A. No, I did not.
25    Q. Did you have any source of communication

A. WILLIAM ROBERTS, JR., & ASSOCIATES

JAMES CINTANI - EX. BY MR. WESTBROOK

1     A.   I am sure they would have not been happy.

2     Q.   And when Dr. Selikoff was asked, Dr.
3 Selikoff said that his concern was about all types of
4 spray fireproofing, didn't he?

5     MR. deBOISBLANC:   I object to the form of
6 the question; no foundation.

7     A.   There was some -- I think Dr. Selikoff
8 did mention that there was -- he mentioned about all
9 types of fireproofing particularly as it related to
10 having asbestos in the building and the subsequent
11 demolition of the building, that the asbestos in
12 demolition could pose a problem if not controlled and
13 Dr. Selikoff went on to describe the control by
14 saying prior to demolition that the building or the
15 fireproofing should be wetted down to control the
16 amount of airborne contamination.

17     Q.   And subsequent the federal government
18 enacted regulations requiring special precautions
19 during the demolitions of buildings containing
20 Mono-Kote and other friable asbestos; you are
21 familiar with that?

22     A.   No, I am not familiar with that.

23     Q.   Do you know the regulations called the
24 NESHAP regulations?

25     A.   No.

A. WILLIAM ROBERTS, JR., & ASSOCIATES

```
 1        I have read the foregoing transcript
 2   of my examination given on July 25, 1995, and it is
 3   true, correct, and complete, to the best of my
 4   knowledge, recollection, and belief, except for the
 5   list of corrections, if any, attached on a separate
 6   sheet herewith.
 7
 8
 9   9/1/95                          James Cintani
10     Date                        JAMES CINTANI
11
12
13   Sworn to and subscribed
14   before me this  1st day
15   of  Sept , 1995.
16
17   _____
18   Notary Public
```

Notarial Seal
French, Notary Public
field Twp., Bucks County
ssion Expires July 12 96

Member, Pennsylvania Association of Notaries

```
 1    COMMONWEALTH OF PENNSYLVANIA    :
      COUNTY OF PHILADELPHIA          :  SS.
 2

 3              I, Denise A. Ryan, a
 4    Notary Public in and for the Commonwealth of
 5    Pennsylvania, do hereby certify that the
 6    witness was by me first duly sworn to
 7    testify the truth, the whole truth, and
 8    nothing but the truth; that the foregoing deposition
 9    was taken at the time and place stated herein; and
10    that the said deposition was recorded
11    stenographically by me and then reduced to
12    typewriting under my direction and constitutes a true
13    record of the testimony given by said witness.
14              I further certify that I am not a
15    relative, employee or attorney of any of the parties,
16    or a relative or employee of either counsel, and that
17    I am in no way interested directly or indirectly in
18    this action.
19              In witness whereof, I have hereunto set
20    my hand and affixed my seal of office this ____ day
21    of_____, 19__.
22    _____
      Denise A. Ryan
23    Court Reporter
      Notary Public
24

25
```

A. WILLIAM ROBERTS, JR., & ASSOCIATES