# MOTLEY RICE
# MASTER EXHIBIT 5

Circulated: 1) Front page
           2) pp. I-II.

1614
Code  00
      01
      04
      69
      76
      80

COPY

PUBLIC HEALTH REGULATIONS
FOR THE CONTROL OF
ASBESTOS EXPOSURES IN BUILDINGS

A Background Paper

of the

SAFE BUILDINGS ALLIANCE

January 1988

PUBLIC HEALTH REGULATIONS
FOR THE CONTROL OF
ASBESTOS EXPOSURES IN BUILDINGS

TABLE OF CONTENTS

|  | Page |
|---|---|
| EXECUTIVE SUMMARY | iii |
| INTRODUCTION | 1 |
| I. STANDARDS ARE NEEDED FOR DETERMINING WHETHER THE PRESENCE OF ASBESTOS-CONTAINING MATERIALS IN BUILDINGS POSES ANY SIGNIFICANT PUBLIC HEALTH RISK | 3 |
| A. Numerous Scientific Groups Have Found Asbestos-Containing Materials in Buildings Rarely Pose Significant Risks | 3 |
| B. Even Upper Bound Estimates Predict Risks From Asbestos in Buildings Well Below Commonly Accepted Everyday Risks | 10 |
| C. Standards for Determining When Asbestos-Containing Materials Pose Significant Risks Has Been Lacking in the Past | 14 |
| D. Many Abatement Actions Have Increased Asbestos Exposures | 18 |
| E. An Adequate Infrastructure of Experienced Contractors and Enforced Regulations to Assure Well-Controlled Removal Does Not Exist | 25 |
| F. Standards Are Needed for Assessing and Addressing the Risks of Asbestos in Buildings | 29 |

|      |                                                                                                                                                                                  | Page |
|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| II.  | AN EXPOSURE ACTION LEVEL IS IMPORTANT IN IDENTIFYING BUILDINGS THAT MIGHT POSE SIGNIFICANT RISKS ................................                                                | 38   |
|      | A. Without an Action Level, Undue Concern About the Presence of Asbestos-Containing Products in Buildings Will Inevitably Lead to Costly Abatement Actions that May Increase Exposures ...................... | 39   |
|      | B. An Action Level Would Distinguish Possibly Hazardous Settings from Settings that Do Not Pose Significant Risks ................................................               | 44   |
|      | C. Electron Microscopy Analysis Is Essential to Accurate Measurement of Building Asbestos Levels ................                                                                | 50   |
|      | D. Representative Sampling Will Determine Whether Significant Exposures Exist ........................................                                                           | 57   |
| III. | NO ASBESTOS ABATEMENT ACTIVITIES SHOULD BE CONDUCTED UNTIL ALL POSSIBLE CONTROL ACTIVITIES HAVE BEEN THOROUGHLY ASSESSED ..........                                               | 63   |
|      | A. Careful Assessment Is Needed to Assess Asbestos Conditions and to Choose the Most Cost-Effective Control Alternative ........................                                 | 64   |
|      | B. Continuing Inspection and Maintenance Programs Will Normally Assure that Asbestos-Containing Materials Do Not Pose Significant Risk ........................                  | 66   |
| IV.  | WHEN MAJOR ASBESTOS ABATEMENT PROCEDURES ARE CONDUCTED, THEY SHOULD BE PERFORMED BY COMPETENT CONTRACTORS EMPLOYING WELL-DEVELOPED PROCEDURES ........................            | 72   |

D.   Representative Sampling Will
     Assure That Exposures Do Not
     Pose Significant Risk.

Air monitoring is not always necessary to make rational judgments about appropriate actions to be taken when friable asbestos-containing materials are identified in a building. Some abatement decisions can responsibly be made on the basis of comprehensive visual inspection. For example, obviously and significantly deteriorated materials typically require abatement. On the other hand, materials in good condition can often be found to pose no probability of significantly contributing to airborne exposures. In particular, wrapped pipe and boiler insulation in good condition can typically be assessed based on visual inspection and determined not to require abatement. 101/ Many experts nonetheless recommend airborne monitoring as a method of assuring that building owners and occupants are aware of the exposures occurring in the building and thus of the actual risks that are or are not being posed.

Despite the importance of determining airborne exposures to identify situations where asbestos abatement is warranted, EPA has cautioned against sole reliance on air monitoring to assess conditions in buildings with asbestos-

_____

101/ See EPA 1985 Guidance at 4-10.