# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10590 | MN | 10/27/1966 | Inter-Office Memo with Attahcmnets | Monokote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 10/27/1966 | Inter-Office Memo with Attahcmnets | 1961 Mono-Kote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 10/4/1966 | Letter with Attachment | Partial Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 10/4/1966 | Letter with Attachment | Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Site Detail Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Notification Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Facility Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Site Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Building Size (Square Footage & Number of Floors) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Owner Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Asbestos Information (Square Footage) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | ACM Demolition/Renovation Start-Stop Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Target Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Action Information | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10590 | MN | 1995 - 2003 | Minnesota State NESHAP Documents | Permit Information | 100 Oak Street Hampton, SC | Speights & Runyan |