# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10672 | NC | 9/14/1999 - 10/19/1999 | Laboratory Analysis Reports | Schneider Laboratories, Inc. - Asbestos Identification Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 11/16/1999 - 4/7/2000 | Laboratory Analysis Reports | RJ Lee Group, Inc. - Bulk Sample Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 9/20/1999 - 3/30/2000 | Laboratory Test Requests | Phoenix EnviorCorp., Chain of Custody Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 7/4/2000 | Material Assessment Notebook No. 2 | Homogeneous Areas with Material Description for entire building area, room # and square footage abated or remaining. (pages 478 - 1131) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 11/30/2004 | Network Construction Services Letter | Costs spent on abatement of building since October 1999 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 3/1/1996 | New Hanover Health Network Facilities Services Document | Asbestos Control Program - Policy & Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | No Date | NHRMC Building Renovation Chronology | List (5 pgs.) of rooms, floors, wings within building that have been renovated | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 2/2005 | Beckwith Report | Construction Projects - List of completed, on-going or pending | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 2/24/2005 | Material Conditions Reports | Homogeneous Areas with Material Description for entire building area, room # and square footage abated or remaining. (1151 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | No Date | WRG - State Joblist | S&R Document - MS-4 -- List of WR Grace Jobsites by State | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 4/21/2005 | S&R Form | Signed Document from Building Owner that all Documents have been submitted to S&R for WRG Proof of Claim | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 1994 - 2005 | NC State NESHAP Documents | ACM Abatement Permit Number & NESHAP Number | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 1994 - 2005 | NC State NESHAP Documents | Building Location & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 1994 - 2005 | NC State NESHAP Documents | ACM Location | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 1994 - 2005 | NC State NESHAP Documents | Building Square Feet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 1994 - 2005 | NC State NESHAP Documents | Name, Address, Contact & Contact Number for All Parties Involved with ACM Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 1994 - 2005 | NC State NESHAP Documents | Abatement Start & Completed Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10672 | NC | 1994 - 2005 | NC State NESHAP Documents | Amounts of ACM Abated from Building | 100 Oak Street Hampton, SC | Speights & Runyan |