# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10946 | KY | 1967 | Zonolite Brochure | Article (Ad) Regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |