# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10860 | SC | 3/22/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 4/29/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 6/22/2005 | Letter with Attachments | Additional Building Information to Submit to WRG. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | I. Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | II. Asbestos Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | III. ACM Locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | IV. Cleanup or Damaged Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | V. Maintenance of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | VI. Employee Responsibilities and Training Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | VII. Medical Surveillance and Employee Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | VIII. Notification Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | IX. Maintenace Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | X. Emergency Operating Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | XI. Inspection Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | XII. Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | Attachment 1 - Contractor Notification Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | Attachment 2 - Asbestos Abatement Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | Attachment 3 - Building Inspection Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | Appendix A - Department of Health and Environmental Control Guidance Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10860 | SC | 1/12/1999 | Operations and Maintenance Plan for Asbestos-Containing Materials | Daily Work Order Log | 100 Oak Street Hampton, SC | Speights & Runyan |