# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10675 | NC | 6/12/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10675 | NC | 6/1/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10675 | NC | 6/19/1972 | List of Bids | Monokote Jobs List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10675 | NC | 1999 - 2005 | NC State NESHAP Documents | ACM Abatement Permit Number & NESHAP Number | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10675 | NC | 1999 - 2005 | NC State NESHAP Documents | Building Location & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10675 | NC | 1999 - 2005 | NC State NESHAP Documents | ACM Location | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10675 | NC | 1999 - 2005 | NC State NESHAP Documents | Building Square Feet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10675 | NC | 1999 - 2005 | NC State NESHAP Documents | Name, Address, Contact & Contact Number for All Parties Involved with ACM Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10675 | NC | 1999 - 2005 | NC State NESHAP Documents | Abatement Start & Completed Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10675 | NC | 1999 - 2005 | NC State NESHAP Documents | Amounts of ACM Abated from Building | 100 Oak Street Hampton, SC | Speights & Runyan |