# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10951 | NY | 2/24/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10951 | NY | 2/24/1970 | Truck Loading Report | Freight - Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10951 | NY | 2/16/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10951 | NY | 2/16/1970 | Truck Loading Report | Freight - Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |