# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10744 | IL | 1978 - 1979 | Zonolite Monokote Fireproofing Brochure | Article (Ad) regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |