# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10955 | NV | No Date | Zonolite Monokote Fireproofing Brochure | Article (Ad) Regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |