# Exhibit 1

| 12527 | CN | 03/29/03 | Letter (attached to claim form) | Letter from Hudson's Bay Company to Pinchin Environmental re: proof of age (construction date) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12527 | CN | 4/12/01 | Report | Review of Damaged and Non-Compliant Asbestos Containing Building Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12527 | CN | 6/00/94 | Report | Asbestos Abatement by A.C.M. Services Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12527 | CN | 2/02/01 | Report | Asbestos Materials Review by Salus Services Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12527 | CN | 12/17/99 | Report | Asbestos and Lead Survey | 100 Oak Street Hampton, SC | Speights & Runyan |