# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10957 | NV | 3/1/1973 | S&R Document JS-129 | Monokote Job Schedule for Building | 100 Oak Street Hampton, SC | Speights & Runyan |