# Exhibit 1

| 12521 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Providence Health Care to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |