# Exhibit 1

| 12522 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Providence Health Care to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12522 | CN | 3/28/03 | Letter/Report (attached to claim form) | Expert Report from PHH Environmental to Providence Health Care re: Identification of Fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 07/00/97 | Brochure | Asbestos Indentification Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | June/July 1997 | Chart | St. Paul's Hospital Repair Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 7/11/97 | Report | Identification Program Report by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 5/21/97 | Letter | Letter from PHH to St. Paul's Hospital re: Asbestos Labeling Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 5/27/97 | Letter | Letter from PHH to St. Paul's Hospital re: Asbestos Labeling Program - Delisting of Asbestos Contaminated Ceiling Spaces | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 7/04/97 | Report | Asbestos Removal Summary - Room 2C213A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 6/09/97 | Letter | Letter from PHH Environmental re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 6/20/97 | Letter | Letter from PHH Environmental re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 6/27/97 | Letter | Letter from PHH Environmental re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 7/08/97 | Letter | Letter from PHH Environmental re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 7/11/97 | Letter | Letter from PHH Environmental to St. Paul's Hospital re: Asbestos Labeling Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 6/19/98 | Letter | Letter from PHH Environmental to St. Paul's Hospital re: Asbestos Labeling Program and Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 7/02/97 | Report | PHH Environmental Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 7/02/97 | Chart | PHH Environmental - Air Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12522 | CN | 6/09/97 | Chart | Hazard Assessment Field Records (EPA) | 100 Oak Street Hampton, SC | Speights & Runyan |