# Exhibit 1

| 12576 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12576 | CN | 12/18/01 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12576 | CN | 10/12/99 | Report | Final Report on Asbestos Abatement and PCB Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12576 | CN | 11/16/00 | Report | Final Report on Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |