# Exhibit 1

| 12577 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12577 | CN | 8/28/96 | Letter | Letter from PHH Environmental to Edmonton Public Schools re: Jasper Place 3rd Floor Library - Final Report Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12577 | CN | 10/04/96 | Letter | Letter from PHH Environmental to Edmonton Public Schools re: Asbestos Assessment at Jasper Place C.H.S. Tower | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12577 | CN | 12/02/97 | Report | Final Report Asbestos Abatement - Jasper Place High School - Floors 5 & 6 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12577 | CN | 8/04/98 | Report | Final Report Asbestos Abatement - Jasper Place High School - Floors 3 & 4 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12577 | CN | 10/12/99 | Report | Final Report on Asbestos Abatement and PCB Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12577 | CN | 5/16/00 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |