**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO., *et al.*,** | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Heard Robins Cloud & Lubel L.L.P. ("HRCL") and The Eaves Law Firm ("Eaves") hereby appear by their counsel, Joseph D. Frank and Frank/Gecker LLP; such counsel hereby enters his appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following person at the following address, telephone number and facsimile number:

> Joseph D. Frank
> Frank/Gecker LLP
> 325 North LaSalle Street
> Suite 625
> Chicago, Illinois 60610
> Telephone:  (312) 276-1400
> Facsimile:  (312) 276-0035

Counsel authorizes service by email to the following email address:  jfrank@fgllp.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or

request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the right of HRCL and Eaves (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over HRCL or Eaves; or (v) of any other rights, claims, actions, setoffs, or recoupments to which HRCL or Eaves may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments HRCL and Eaves expressly reserve.

Dated: October 21, 2005                             HEARD ROBINS CLOUD & LUBEL L.L.P.
                                                    and THE EAVES LAW FIRM


                                                    By:     /s/ *Joseph D. Frank*

Joseph D. Frank (IL ARDC # 6216085)
FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois  60610
Telephone:     (312) 276-1400
Facsimile:     (312) 276-0035

## CERTIFICATE OF SERVICE

The undersigned attorney states that on **October 21, 2005**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.

By: /s/ *Joseph D. Frank*