# Exhibit 1

| 12531 | CN | 8/22/00 | Report | Bulk Sample Analysis by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12531 | CN | 10/97 - 02/98 | Billing Memos | Billing Memos re: work done at Bayshore Shopp Center, 100 Bayshore Drive | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12531 | CN | 2/28/97 | Faxnote | Faxnote with attachments from Don Pinchin to T. Eaton Company re: Asbsetos Training Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12531 | CN | 12/11/96 | Report | Bulk Sample Analysis by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12531 | CN | 3/29/2003 | Letter (attached to claim form) | Letter from Labatt to Pinchin Environmental re: Proof of Age (construction date) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12531 | CN | 3/26/2003 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to The Hudson's Bay Company re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |