# Exhibit 1

| 12533 | CN | 8/11/92 | Project Information Sheet | Project No. M3925 - London Life - Asbestos Survey Whole Building & TEM | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12533 | CN | 8/27/92 | Report | Bulk Sample Analysis by Pinchin & Associates for London Life - Lab Reference # b4299 - 1992 (11 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12533 | CN | 9/4/92 | Report | Transmission Electron Microscopy Air Sample Collection and Analysis for London Life Bldg prepared by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12533 | CN | 9/22/92 | Report | Letter from PHH Laboratory Services to Pinchin & Associates enclosing TEM results for Project # M3925 - Edifice London Life | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12533 | CN | 9/29/92 | Report | Asbestos Building Materials Survey at London Life Building prepared by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12533 | CN | 3/26/2003 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to Great West Life re: identification of fireproofing from 199 Bay Street as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12533 | CN | 3/25/2003 | Letter (attached to claim form) | letter from GWL Realty Advisors to Pinchin Environmental re: construction of Commerce Court West (199 Bay Street) | 100 Oak Street Hampton, SC | Speights & Runyan |