# Exhibit 1

| 12534 | CN | August 2004 | Report | Asbestos Building Materials Re-Assessment Survey - Commerce Court Complex by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12534 | CN | August 2004 | Report | Asbestos Management Program Document by Pinchin Environmental - Commerce Court Complex | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | Undated | Chart | Asbestos-Containing Building Materials - Commerce Court Complex West Tower - chart of ACM locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | August 2004 | Report | Pinchin Environmental Report of Asbestos-containing Materials Findings and Recommendations for Commerce Court Complex - West Tower | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | Undated | Chart | Chart of Asbestos-containing Building Materials for each floor of the West Tower (Court through 57th Floor) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | Undated | Chart | Stacking Plan of Asbestos-containing Building Materials for Commerce Court Complex - West Tower | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | August 2004 | Report | Pinchin Environmental Report of Asbestos-containing Materials Findings and Recommendations for Commerce Court Complex - East Tower | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | August 2004 | Report | Pinchin Environmental Report of Asbestos-containing Materials Findings and Recommendations for Commerce Court Complex - North Tower | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | August 2004 | Report | Pinchin Environmental Report of Asbestos-containing Materials Findings and Recommendations for Commerce Court Complex - South Tower | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | August 2004 | Report | Pinchin Environmental Report of Asbestos-containing Materials Findings and Recommendations for Commerce Court Complex - Sub-Grade Levels | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | Undated | Chart | Pinchin Chart of Asbetos-Containing Building Materials floor by floor for Commerce Court Complex - West Tower (Pinchin Project 23067) | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12534 | CN | 6/10/04 | Report | Facsimile from Pinchin Environmental to GWL with attached bulk sample analysis for Commerce Court West - Project No. 26005 - Lab Ref. No. b27549 - 2004 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12534 | CN | Undated | Chart | List of Tenants floor by floor for CCW - 199 Bay Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 9/26/02 | Report | Bulk sample analysis for CCW - Floors 58, 56 & 16 - Project No. 20034 - Lab Ref. No. b22819 - 2002 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | Undated | Form | Pinchin Environmental Bulk Sample Transmittal Form for samples from CCW, Floors 58, 56 & 16 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 6/25/04 | Report | Bulk Sample Analysis by Pinchin Evironmental for GWL - Commerce Court - Project No. 23067 - Lab Ref. No. b27624 - 2004 (20 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 6/14/02 | Letter | Letter from Pinchin Environmental to GWL Realty, Attn: Roberto Cordovado, Manager, Technical Services re: Asbestos Re-Assessment Survey, Commerce Court | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 7/26/02 | Letter | Letter from Pinchin Environmental to GWL Realty, Attn: John O'Neill, Manager Security & Safety re: Project: Commerce Court West, Pinchin File # 19493 - outlines Pinchin's involvement with CIBC tenant space re-staking | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 8/7/02 | Letter | Letter from Pinchin Environmental to GWL Realty, Attn: John O'Neill, Manager Security & Safety re: Project: Commerce Court West, Pinchin File # 19493 - outlines Pinchin's involvement with CIBC tenant space re-staking | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 10/2/02 | Letter | Letter from Pinchin Environmental to GWL Realty, Attn: Roberto Cordovado, Manager, Technical Services re: CCW Elevator Equipment Upgrade Project - Inspection for Asbestos Materials - Pinchin File 20034 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 1/14/03 | Report | Fax from Pinchin Environmental to R. Cordovado at GWL attaching bulk sample analysis report for Loading Dock Area Adjacent to Shipping Office (3 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12534 | CN | 9/5/03 | Proposal | Fax from Pinchin Environmental to R. Cordovado at GWL attaching proposal to perform Asbestos Re-assessment Survey of Commerce Court Complex | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12534 | CN | Undated | Chart | Asbestos-Containing Building Materials - Commerce Court Complex North Tower - chart of ACM locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | Undated | Chart | Asbestos-Containing Building Materials - Commerce Court Complex Subgrade Levels - chart of ACM locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 4/8/02 | Proposal/Project Sheet | Proposal No. P18555 - Asbestos Re-assessment of Commerce Court Complex, Toronto, Ontarior | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 7/19/02 | Proposal/Project Sheet | Project - GWL Realty Advisors Inc., Comemrce Court West Tower, Toronto, ON - Asbestos Consulting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 9/26/02 | Proposal/Project Sheet | Project - Commerce Court West, Toronto, ON - Air & Bulk Sampling in Elevator Machines Rooms on Floors 58 & 16 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 1/10/03 | Proposal/Project Sheet | Project - GWL Realty Advisors - CCW Loading Dock, Asbestos Bulk Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 8/14/03 | Proposal/Project Sheet | Project No. 23067 - GWL Realty Advisors, Inc., Commerce Court Complex, Toronto, ON - Asbestos Reassessement Survey Proposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 6/10/04 | Proposal/Project Sheet | Project - GWL Realty Advisors, Commerce Court Complex, Toronto, ON - Asbestos Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 8/31/02 | Invoice | Invoice from Pinchin Environmental to GWL Realty in amount of $535.00 re: GWL Realty, Commerce Court West Tower - Asbestos Consulting - Job # 19493 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 10/31/02 | Invoice | Invoice from Pinchin Environmental to GWL Realty in amount of $1,123.50 re: Commerce Court West - Air & Bulk Sampling in Elevator Machines Rooms on Floors 58 & 16 - Job # 20034 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 3/20/03 | Invoice | Invoice from Pinchin Environmental to GWL Realty in amount of $1,190.38 re: GWL Realty, Commerce Court West Loading Dock - Asbestos Bulk Sampling, Inspection & Air Monitoring - Job # 20929 | | |

| 12534 | CN | 7/30/04 | Invoice | Invoice from Pinchin Environmental to GWL Realty in amount of $353.10 re: GWL Realty, Commerce Court Complex - Asbestos Sampling - Job # 26005 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12534 | CN | 11/29/04 | Invoice | Invoice from Pinchin Environmental to GWL Realty in amount of $8,666.29 re: Commerce Court Complex - Asbestos Reassessment Survey and Asbestos Management Program - Job # 23067 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN |  | Drawings | Floor Plans for Commerce Court West | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to Great West Life re: identification of fireproofing from 199 Bay Street as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12534 | CN | 3/25/03 | Letter (attached to claim form) | letter from GWL Realty Advisors to Pinchin Environmental re: construction of Commerce Court West (199 Bay Street) | 100 Oak Street Hampton, SC | Speights & Runyan |