# Exhibit 1

| 12584 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12584 | CN | 2/20/03 | Letter | Letter from Fraser Academy to City of Vancouver enclosing Asbestos Management binder | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 7/22/03 | Letter | Letter from Fraser Academy to City of Vancouver enclosing records regarding asbestos removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 1/14/03 | E-mail | E-mail re: Fraser Academy | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 1/03/03 | Report | Bulk Material Identification Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 4/21/99 | Report | Bulk Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 3/27/1992 | Letter | Letter from CES Thermal Services to IBI Group re: Asbestos Abatement - Fraser Academy | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 1/11/92 | Letter | Letter from Econotech to CES Thermal re: sample results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 1/16/03 | Letter | Letter from City of Vancouver to Fraser Academy re: 2294 West 10th Avenue, Asbestos Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 5/01/02 | Letter | Letter from ACM Environmental to Fraser Academy re: Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 8/30/99 | E-mail | E-mail re: Fraser Academy Risk Assessment & Costs Analysis Invoices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 7/21/99 | Letter | Letter from aCM Environmental to City of Vancouver re: Fraser Academy | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 4/21/99 | Report | Bulk Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 4/14/94 | Memo | Inter-Office memo from Kolvane Yuh to John Yalkin re: Fraser Academy with attached excerpts from Environmental Site Assessment - Summary Report dated April 1993 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 4/25/02 | Letter | Letter from City of Vancouver to Fraser Academy re: 2294 West 10th Avenue, Asbestos Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 8/13/99 | Letter | Letter from City of Vancouver to Fraser Academy School re: 2294 West 10th Avenue - Renovation with attached Asbestos Risk Assessment Report dated April-May 1999 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12584 | CN | 1/08/03 | Report | Bulk Asbestos Analysis by Levelton Analytical | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 1/07/03 | Form | Workers Compensation Board - Asbestos removal project at Fraser Academy by Levelton Consulting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | Undated | Notes | Handwritten notes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12584 | CN | 6/29/99 | Fax | Fax from ACM Environmental to City of Vancouver with attached Asbestos Risk Assessment Report dated April-May 1992 | 100 Oak Street Hampton, SC | Speights & Runyan |