# SUMMARY OF EXHIBITS PURSUANT TO
# JUDGE FITZGERALD'S CHAMBERS' PROCEDURE # 2

| EXHIBIT LETTER | DESCRIPTION |
| --- | --- |
| A | 5/10/2001 Power of Attorney |
| B | 4/11/2001 Power of Attorney/Letter |
| C | Grace Schedule F |
| D | 4/27/01 Letter of Daniel Speights |
| E | US Trustee Appointment of Committee Members in Grace |
| F | Motion of Anderson Memorial Hospital for Class Certification |
| G | First Amended Class Action Complaint |
| H | Order of Certification of Anderson Class |
| I | Letters dated 4/12/2001 and 4/16/2001 Withdrawing Argument that Speights & Runyan Would not Be Adequate Class Counsel |
| J | Order dated June 29, 2001 |
| K | Order Regarding Estimation of Asbestos Property Damage Claims for Voting Purposes in Celotex |
| L | Order Confirming the Plan of Reorganization for The Celotex Corporation and Carey Canada, Inc. |
| M | Order dated 12/2000 of Hon. Perry M. Buckner |

051021145728