# TAB A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| W.R. Grace & Co., et al., ) | Chapter 11 |
| ) | Case Nos. 01-1139 through 01-1200 (JJF) |
| Debtors. ) | Jointly Administered |

## GENERAL POWER OF ATTORNEY

DANIEL A. SPEIGHTS of SPEIGHTS & RUNYAN:

The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends; and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case

Dated: 5/10/01

John E. Miller, Jr.
President and Chief Executive Officer of
Anderson Area Medical Center
800 N. Fant Street
Anderson, South Carolina 29621

Acknowledged before me on 5/10/01, by John E. Miller, Jr., who says that he is President of the corporation named above and is authorized to execute this power of attorney in its behalf.

Notary for South Carolina
My Commission Expires: 3/13/2010

TOTAL P.02