# TAB B

LAW OFFICES
# WATKINS, VANDIVER, KIRVEN, GABLE & GRAY

500 SOUTH McDUFFIE STREET
ANDERSON, SOUTH CAROLINA 29621
SINCE 1904

Mailing Address:
P.O. Box 4086
Anderson, SC 29622

WM. DOUGLAS GRAY

TELEPHONE: (864) 225-2527
FACSIMILE: (864) 224-1471
E-MAIL: DGRAY@WATKINSLAW.COM

April 11, 2001

Via Facsimile and U.S. Mail (803-943-4599)

Daniel E. Speights, Esquire
**Speights & Runyan**
P.O. Box 685
Hampton, SC 29924

C. Alan Runyan, Esquire
**Speights & Runyan**
P.O. Box 685
Hampton, SC 29924

    Re:    W.R. Grace & Company, et al.
            Case No: 01-1139 through 01-1200

Dear Dan and Alan:

    As counsel for Anderson Area Medical Center, Inc. (AAMC), I request that you protect the interests of AAMC in the above-entitled matter pending in the United States Bankruptcy Court for the District of Delaware.

    With best regards, I remain

                              Cordially yours,

                              WATKINS, VANDIVER, KIRVEN,
                              GABLE & GRAY

                              Wm. Douglas Gray

WDG/mb
cc:    Mr. John A. Miller, Jr.
       President and CEO, Anderson Area Medical Center, Inc.

       Timothy B. Arellano, Esquire
       General Counsel & Director of Safety & Risk Management,
       Anderson Area Medical Center, Inc.