# TAB C

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1099131 - 10319105<br>ANDERSON GENERAL INDUSTRIAL CONTRAC<br>1531 DESOTO RD.<br>BALTIMORE   MD   21230 | TRADE PAYABLE | | $34,884.87 |
| 1137022 - 10326518<br>ANDERSON MEMORIAL HOSPITAL<br>Attn DANIEL SPEIGHTS<br>c/o SPEIGHTS  RUNYAN<br>P. O. BOX 685<br>PO BOX 685<br>HAMPTON   SC   29924 | OPEN LITIGATION-PLAINTIFF<br>92CP25279 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1694494 - 10328026<br>ANDERSON MEMORIAL HOSPITAL | GENERAL LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1619557 - 10071463<br>ANDERSON PRODUCTS INC | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1102700 - 10319801<br>ANDON SPECIALTIES INC.<br>1215 POST OAK RD., STE. #2<br>SULPHUR   LA   70663 | TRADE PAYABLE | | $14,228.09 |
| 1096996 - 10320412<br>ANDON SPECIALTIES, INC.<br>PO BOX 4573<br>HOUSTON   TX   77210-4573 | TRADE PAYABLE | | $103.19 |
| 1137111 - 10323400<br>ANDRADE DAVID M<br>c/o ROBINS CLOUD GREENWOOD  LUBEL<br>910 TRAVIS<br>SUITE 2020<br>HOUSTON   TX   77002 | ASBESTOS CLAIM | Contingent,<br>Disputed | $3,400.00 |
| 1096043 - 10320239<br>ANDRESS ENGINEERING ASSOC., INC.<br>Attn DRAWER 153<br>PO BOX 830769<br>BIRMINGHAM   AL   35283-0769 | TRADE PAYABLE | | $602.14 |
| 1687941 - 10323798<br>ANDREWS JAMES W<br>c/o PORTER MALOUF<br>P.O. BOX 12768<br>PO BOX 12768<br>JACKSON   MS   392362768 | ASBESTOS CLAIM | Contingent,<br>Disputed | $2,200.00 |
| 1689171 - 10323202<br>ANDREWS RICHARD<br>c/o THE LAW FIRM OF LARRY NORRIS<br>101 FERGUSON STREET<br>PO BOX 8<br>HATTIESBURG   MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,750.00 |
| 1689190 - 10323300<br>ANDREWS WENDELL<br>c/o THE LAW FIRM OF LARRY NORRIS<br>101 FERGUSON STREET<br>PO BOX 8<br>HATTIESBURG   MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,750.00 |