# TAB I

✓ All Attys

# Moore&VanAllen

April 12, 2001

**Bruce E. Miller**
Certified Specialist
Employment & Labor Law
South Carolina Supreme Court

T  843 679 7033
F  843 579 7099
brucemiller@mvalaw.com

Honorable John C. Hayes, III
Moss Justice CEnter
1675-H York Hwy.
York, SC  29745

Moore & Van Allen PLLC

Suite 300
40 Calhoun Street
Post Office Box 22828
Charleston, SC 29413-2828

Re:  Anderson Memorial Hospital
     MVA File 029002-4

Dear Judge Hayes:

Defendant United States Mineral Products Company (U.S. Mineral) withdraws all of its argument that Speights and Runyan would not be adequate class counsel for plaintiff in this action. U.S. Mineral retains all other arguments in opposition to Class Certification.

If you have any questions, do not hesitate to contact me.

Respectfully,

Moore & Van Allen PLLC

Bruce E. Miller

BEM/kmg
cc:   Paul F. Slater, Esquire
      Daniel A. Speights, Esquire
      Donald A. Cockrill, Esquire
      Timothy W. Bouch, Esquire
      Steven W. Ouzts, Esquire
      Raymond T. Cullen, Esquire
      Allen S. Joslyn, Esquire
      Paul J. Hanly, Jr., Esquire



CHARLESTON\82351

Charlotte, NC
Raleigh, NC
Durham, NC



# LEATH, BOUCH & CRAWFORD LLP

PRACTICE LIMITED TO COMMERCIAL LITIGATION & CREDITORS RIGHTS
WITH EMPHASIS ON CONSTRUCTION & ENVIRONMENTAL LAW

April 16, 2001

**VIA FACSIMILE ONLY AND MAIL**

Honorable John C. Hayes, III
Moss Justice Center
1675-H York Highway
York, SC 29745

    RE: Anderson Memorial Hospital vs. Turner & Newall, et al.
          Case No. 92-CP-25-279
          LB&C File No. 1032.1

Dear Judge Hayes:

    Defendant Turner & Newall withdraws all of its argument that Speights and Runyan would not be adequate class counsel for Plaintiff in this action. Turner & Newall retains all other arguments in opposition to Class Certification. Thank you and with best personal regards, I am

                Very truly yours,

                LEATH, BOUCH & CRAWFORD, LLP

                Timothy W. Bouch

TWB:jsw
cc via fax and mail:
    Daniel A. Speights, Esq.
    Steven W. Ouzts, Esq.
    Donald A. Cockrill, Esq.
    Bruce E. Miller, Esq.



CHARLESTON: P.O. BOX 59, CHARLESTON, SC 29402 • 134 MEETING STREET • 4TH FLOOR • CHARLESTON, SC 29401 • 843-937-8811 • FACSIMILE 843-937-0606
COLUMBIA: P.O. BOX 5066, COLUMBIA, SC 29250 • 1640 ST. JULIAN PLACE, SUITE 103, COLUMBIA, SC 29204 • 803-254-0048 • FACSIMILE 803-254-0063