# TAB K

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                          Chapter 11

THE CELOTEX CORPORATION, et al.,                Consolidated Case Nos.
                                                90-10016-8B1
Debtors.                                        90-10017-8B1
_____/

ORDER REGARDING ESTIMATION OF
ASBESTOS PROPERTY DAMAGE CLAIMS FOR VOTING PURPOSES

THIS MATTER was presented to the Court on April 2, 1996, upon notice to all

necessary parties, to consider the Motion of the Debtors for Entry of an Order Establishing

Procedures for Estimating Asbestos Property Damage Claims for Voting Purposes (the

"Motion"). Present at the hearing were Jeffrey W. Warren, Esquire, and Stephen A. Madva,

Esquire, as counsel for The Celotex Corporation ("Celotex") and Carey Canada Inc. ("Carey

Canada") (collectively, the Debtors"), Sheldon S. Toll, Esquire, as counsel for the Asbestos

Health Claimants Committee (the "AH Committee"), James L. Patton, Jr., Esquire, as counsel

for the Legal Representative for Unknown Asbestos Claimants (the "Legal Representative"),

John W. Kozyak, Esquire, as counsel for the Asbestos Property Damage Claimants Committee

(the "PD Committee"), Charles M. Tatelbaum, Esquire, as counsel for the Trade Creditors

Committee, as well as other interested parties.

After negotiations, the Debtors, the AH Committee, the Legal Representative and the PD

Committee have agreed to the entry of this Order on the following terms and conditions.

Accordingly, it is

ORDERED that the Motion is granted to the extent provided herein. It is further

ORDERED that no dollar amount will appear on ballots to be sent to asbestos property damage claimants. Each ballot will state that the amount of the claimant's claim has been estimated for voting purposes only by order of the Court. It is further

ORDERED that claimants who have filed asbestos property damage claims against either Celotex or Carey Canada, or against both Celotex and Carey Canada, can vote their claims in the appropriate case pursuant to the full estimated amount determined for such claim as provided by this Order and as set forth in Exhibit "A" attached hereto and incorporated herein. It is further

ORDERED that for purposes of determining whether the creditors in Class 8 have accepted the Debtors' plan of reorganization, the "two-thirds in amount" requirement of 11 U.S.C. §1126(c) will be determined for each voting claim using the estimated amount of each such claim as established by this Order and as set forth on Exhibit "A" attached hereto. It is further

ORDERED that this Order shall govern and control the voting of all asbestos property damage claims, including those that have entered into other stipulations with the Debtors for voting purposes. It is further

ORDERED that nothing contained in this order shall be used in any other way for any other purpose, either by the Debtors, any party in interest, or the trust, including estimation, allowance, feasibility, or valuation of individual claims. It is further

2

ORDERED that only claimants who filed an asbestos property damage claim on or before July 29, 1993 or who have been granted relief to file a late proof of claim will be entitled to vote on the Debtors' plan. It is further

ORDERED that claimants filing duplicate or amended claims will only be entitled to vote with respect to the latest filed claim, and all prior claims relating to such claim will not receive a value for voting purposes, as set forth in Exhibit "A" attached hereto. It is finally

ORDERED that no claim shall be disallowed for voting purposes based solely on anything contained in Debtors' plan.

DONE AND ORDERED at Tampa, Florida, this 6 day of May, 1996.

THOMAS E. BAYNES, JR.
United States Bankruptcy Judge

Copies furnished to:

Debtors
Jeffrey W. Warren, Esquire
Confirmation Service List
  by counsel for the Debtors

95849.01

3

## CONFIRMATION SERVICE LIST

The Celotex Corporation
ATTN: George N. Wood, Esq.
4010 Boy Scout Blvd.
Tampa, FL 33607
Telephone: 813/873-4199
Facsimile: 813/873-4472

Jeffrey W. Warren, Esq.
Bush Ross Gardner Warren
& Rudy, P.A.
220 S. Franklin Street
Tampa, FL 33602
Telephone: 813/224-9255
Facsimile: 813/225-2601

Stephen A. Madva, Esq.
Montgomery, McCracken,
Walker & Rhoads
Three Parkway, 20th Floor
Philadelphia, PA 19102
Telephone: 215/665-7200
Facsimile: 215/636-9373

Bruce T. Bishop, Esq.
Willcox & Savage, P.C.
1800 NationsBank Center
One Commercial Place
Norfolk, VA 23510-2197
Telephone: 804/628-5500
Facsimile: 804/628-5566

Sara Kistler, Esq.
Assistant U.S. Trustee
4919 Memorial Highway, Suite 110
Tampa, FL 33634
Telephone: 813/243-5000
Facsimile: 813/243-5022

Charles M. Tatelbaum, Esq.
Johnson, Blakely, Pope, Bokor, Ruppel
& Burns, P.A.
911 Chestnut Street
Clearwater, FL 34616
Telephone: 813/461-1818
Facsimile: 813/441-8617

John W. Kozyak, Esq.
Kozyak Tropin & Throckmorton, P.A.
200 S. Biscayne Blvd., Suite 2800
Miami, FL 33131-2335
Telephone: 305/372-1800
Facsimile: 305/372-3508

Roberta A. Colton, Esq.
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A.
101 E. Kennedy Blvd., Ste #2700
Tampa, FL 33602
Telephone: 813/223-7474
Facsimile: 813/229-6553

Harry C. Goplerud, Esq.
Honigman Miller Schwartz and Cohn
401 East Jackson Street, Ste. #2700
Tampa, FL 33602-5233
Telephone: 813/221-6600
Facsimile: 813/223-4410

Sheldon S. Toll, Esq.
Honigman Miller Schwartz and Cohn
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: 313/256-7800
Facsimile: 313/962-0176

Sandra L. Jasinski, Esq.
Honigman Miller Schwarts and Cohn
222 N. Washington Square, Suite 400
Lansing, MI 48933-1800
Telephone: 517/377-0706
Facsimile: 517/484-8286

David S. Shrager, Esq.
Shrager, McDaid, Loftus, Flum & Spivey
2001 Market Street, 32nd Floor
Philadelphia, PA 19103
Telephone: 215/568-7771
Facsimile: 215/568-7495

James L. Patton, Jr., Esq.
Young, Conaway, Stargatt & Taylor
1100 N. Market Street
Wilmington Trust Center
Wilmington, DE 19801
Telephone: 302/571-6600
Facsimile: 302/571-1253

Richard A. Nielsen, Esq.
Salem, Saxon & Nielsen, P.A.
101 East Kennedy Blvd., Ste. #3200
Tampa, FL 33602
Telephone: 813/224-9000
Facsimile: 813/221-8811

Michael B. Colgan, Esq.
Hoyt, Colgan & Andreu, P.A.
101 E. Kennedy Blvd., Ste. #2900
Tampa, FL 33602
Telephone: 813/229-6688
Facsimile: 813/229-3331

Steven M. Pesner, Esq.
Akin, Gump, Strauss, Hauer
& Feld, L.L.P.
399 Park Avenue
New York, NY 10022
Telephone: 212/872-1000
Facsimile: 212/872-1002

Daniel A. Speights, Esq.
Speights & Runyan
304 Lee Avenue
P.O. Box 685
Hampton, SC 29924
Telephone: 803/943-4444
Facsimile: 803/943-4599

Burgess Jackson, Esq.
Natural Resources Division
300 West 15th Street
10th floor
Austin, TX 78701
Telephone: 512/463-2012
Facsimile: 512/320-0052

Tony M. Davis, Esq.
Baker & Botts, L.L.P.
901 Louisiana
3000 One Shell Plaza
Houston, TX 77002
Telephone: 713/229-1547
Facsimile: 713/229-1522

Richard S. Hessenius, Esq.
Mitchell, Silberberg & Knupp
11377 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: 310/312-2000
Facsimile:310/312-3786

Charles E. Koob, Esq.
David E. Massengill, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
Telephone: 212/455-2000
Facsimile: 212/455-2502

Gene Locks, Esq.
Jonathan W. Miller, Esq.
Greitzer and Locks
1500 Walnut Street
Philadelphia, PA 19102
Telephone: 215/893-0100
Facsimile: 215/985-2960

Charles M. Friedman, Esq.
Mapother & Mapother
801 West Jefferson Street
Louisville, KY 40202
Telephone: 502/587-5426
Facsimile: 502/587-5444

Terry E. Richardson, Jr., Esq.
Edward J. Westbrook, Esq.
Ness, Motley, Loadholt,
  Richardson & Poole
2202 Jackson Street
Barnwell, SC 29812
Telephone: 803/259-9900
Facsimile: 803/259-7048

and

Joseph F. Rice, Esq.
Ness, Motley, Loadholt,
  Richardson & Poole
151 Meeting Street, Suite 600
P.O. Box 1137
Charleston, SC 29402
Telephone: 803/577-6747
Facsimile: 803/577-7513

Matthew G. Leonard, Esq.
The Chase Manhattan Bank, N.A.
1 Chase Manhattan Plaza, 29th Fl.
New York, NY 10081
Telephone: 212/552-4742
Facsimile: 212/552-1201

Frederick M. Baron, Esq.
Baron & Budd
3102 Oak Lawn Avenue
Dallas, TX 75219
Telephone: 214/521-3605
Facsimile: 214/520-1181

Marsha Griffin Rydberg, Esq.
Rydberg & Goldstein, P.A.
Suite 200
500 East Kennedy Boulevard
Tampa, FL 33602
Telephone: 813/229-3900
Facsimile: 813/229-6101

84488.01

Exhibit "A" – Estimated Values of Asbestos Property Damage Claims

I.   SCHOOLS

A.   General

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Acadia Parish School - LA[1] | 7662 | -- | $ 0 |
| Adams Public School - ND | -- | 2652 | 3,033 |
| Akron City School District - OH[2] | 1685 | | 0 |
| Akron City School District - OH | 6906 | -- | 5,000 |
| Allen Parish School - LA[1] | 7663 | -- | 0 |
| Anne Arundel Cty. - MD | 7640 | -- | 5,000 |
| Bishop Edward J. O'Donnell - MO | 6910 | 2566 | 5,000 |
| Boulder Valley - CO | 7416 | 2654 | 675 |
| Board of Ed. of Baltimore, MD | 7638 | -- | 5,000 |
| Brea-Olinda Unif. - CA | 6981 | 2621 | 675 |
| Brighton School No. 27J[2] | 78 | | 0 |
| Brighton School No. 27J[2] | 136 | | 0 |
| Brighton School No. 27J | 7401 | -- | 2,375 |
| Bronson Comm. - MI | 6678 | -- | 675 |
| Calcasieu Parish School - LA[1] | 7664 | -- | 0 |
| Cincinnati Board of Education | 6932 | 2577 | 5,000 |
| City of Ent. - AL | 7615 | 3212 | 675 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Clarksville-Mtgy. Cty. Bd. of Ed. - TN | 7614 | 3211 | $ 675 |
| Denver Public School - CO | 7400 | -- | 5,000 |
| East Baton Rouge - LA | 7616 | -- | 1,501 |
| El Paso Cty. Dist. No. 11 - CO | 6938 | -- | 5,000 |
| Eliz. Andrews-DeKalb Cty. School - GA | 7609 | 3206 | 675 |
| Fairfax Cty. - VA | 6879 | -- | 2,160 |
| Grandville Public Schools | 7661 | -- | 0 |
| Huntsville City - AL | 7610 | 3207 | 675 |
| Iberia Parish School - LA[1] | 7665 | -- | 0 |
| Jefferson Cty. Dst. R-1 - CO | 7419 | 2657 | 5,000 |
| Jefferson Davis Parish - LA[1] | 7666 | -- | 0 |
| Lafayette Parish School - LA[1] | 7667 | -- | 0 |
| Lancaster Cty. Vo-Tech - PA | 7643 7644-7645 | 3232 3233-3234 | 5,000 0 |
| LaSalle Parish - LA[1] | 7668 | -- | 0 |
| Los Angeles Unif. - CA | 7659 | 3244 | 5,000 |
| Louden Cty. - TN | 7407 | 2645 | 1,634 |
| Maine Twshp. H.S. - IL | 7599 | 3198 | 5,000 |
| Michigan School - MI | 6903 | 2560 | 5,000 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Multnomah Cty. - OR | 6918 | 2572 | $ 5,000 |
| So. West City - OH | 7642 | 3230 | 5,000 |
| Spartanburg Cty - SC | 7611 | 3208 | 675 |
| St. Martin Parish - LA[1] | 7669 | – | 0 |
| Hooksett - AL | 7606 | 3203 | 675 |
| Twshp. H.S. Dist. 211 - IL | 7598 | 3197 | 5,000 |
| Tullahoma City - TN | 7604 | 3201 | 675 |
| Unified School Dist. No. 500 - KS | 6905 | 2562 | 675 |
| Unified Dist. No. 512 - KS | 6902 | 2559 | 750 |
| Vermillion Parish - LA[1] | 7670 | – | 0 |
| Weld Cty. Dist. No. 6 - CO | 7415 | 2653 | 5,000 |

-3-

B.  **Illinois Schools**

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Arlington Heights | 6957 | 2597 | $ 5,000 |
| Alton Community | 6971 | 2611 | 5,000 |
| Aurora East Public | 6945 | 2585 | 5,000 |
| Blue Island | 6967 | 2607 | 5,000 |
| Board of Ed. of City of Chicago | 6984 | 2624 | 5,000 |
| Bond County Comm. | 6969 | 2609 | 5,000 |
| Consolidated H.S. | 6962 | 2602 | 5,000 |
| DeKalb Community | 6964 | 2604 | 5,000 |
| Downers Grove #58 | 6949 | 2589 | 5,000 |
| Downers Grove #99 | 6963 | 2603 | 5,000 |
| Elmhurst | 6954 | 2594 | 5,000 |
| Evanston #65 | 6948 | 2588 | 5,000 |
| Evanston Twshp. #202 | 6944 | 2584 | 5,000 |
| Evergreen Park | 6970 | 2610 | 5,000 |
| Glenview Comm. | 6966 | 2606 | 5,000 |
| Joliet Elementary | 6982 | 2622 | 5,000 |
| J. Sterling Morton H.S. | 6947 | 2587 | 5,000 |
| Lake Forest Elementary | 6960 | 2600 | 5,000 |
| N. Chicago Comm. | 6946 | 2586 | 5,000 |
| Northfield Twshp. H.S. | 6965 | 2605 | 5,000 |

-4-

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Oaklawn | 6943 | 2583 | $ 5,000 |
| Oak Paru-River Forest | 6950 | 2590 | 5,000 |
| Palatine | 6953 | 2593 | 5,000 |
| Pikeland Comm. | 6968 | 2608 | 5,000 |
| Plainfield | 6955 | 2595 | 5,000 |
| Skokie | 6959 | 2599 | 5,000 |
| Tentopolis | 6952 | 2592 | 5,000 |
| Tinley Park | 6972 | 2612 | 5,000 |
| Township H.S. | 6958 | 2598 | 5,000 |
| Waukegan Comm. | 6956 | 2596 | 5,000 |
| Wheeling | 6951 | 2591 | 5,000 |
| Woodstock Comm. | 6961 | 2601 | 5,000 |

C.  **Philadelphia Schools**

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| School Dist. of Philadelphia | 6922 | -- | $ 5,000 |
| School Dist. of Philadelphia | 6923 - 6929 | -- | 0 |

-6-

D. Texas Schools

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Albany | 7448 | 2687 | $ 675 |
| Aldine | 7446 | 2685 | 675 |
| Angleton | 7444 | 2683 | 675 |
| Banquete | 7440 | 2679 | 675 |
| Belton | 7439 | 2678 | 675 |
| Big Spring | 7436 | 2675 | 675 |
| Breckenridge | 7434 | 2673 | 675 |
| Brenham | 7433 | 2672 | 675 |
| Bridge City | 7432 | 2671 | 675 |
| Brownfield | 7431 | 2670 | 675 |
| Calhoun | 7430 | 2669 | 675 |
| Canyon | 7429 | 2668 | 675 |
| Claude | 7553 | 3152 | 675 |
| Coahoma | 7552 | 3151 | 675 |
| Coldspring-Oakhurst | 7551 | 3150 | 675 |
| Colorado | 7515 | 3114 | 675 |
| Corpus Christi | 7514 | 3113 | 675 |
| Crosby | 7512 | 3111 | 675 |
| Crystal | 7511 | 3110 | 675 |
| Cypress-Fairbanks | 7510 | 3109 | 675 |
| Dayton | 7506 | 3105 | 675 |

-7-

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Eagle Mountain-Saginaw | 7538 | 3137 | $ 675 |
| Edgewood | 7503 | 3102 | 675 |
| El Lampo | 7537 | 3136 | 675 |
| Evadale | 7535 | 3134 | 675 |
| Everman | 7534 | 3133 | 675 |
| Frenship | 7532 | 3131 | 675 |
| Gainsville | 7531 | 3130 | 675 |
| Galveston | 7494 | 3093 | 675 |
| Grapevine | 7556 | 3155 | 675 |
| Groom | 7480 | 3079 | 675 |
| Gregory-Portland | 7479 | 3078 | 675 |
| Hitchcock | 7580 | 3179 | 675 |
| Jacksboro | 7582 | 3181 | 675 |
| Jim Hogg | 7559 | 3158 | 675 |
| Keller | 7583 | 3182 | 675 |
| Killeen | 7584 | 3183 | 675 |
| Kirbyville | 6983 | 2623 | 675 |
| Klein | 7585 | 3184 | 675 |
| La Grange | 7587 | 3186 | 675 |
| La Feria | 7586 | 3185 | 675 |
| Little Cypress | 7593 | 3192 | 675 |
| Los Fresnos | 7566 | 3165 | 675 |
| McAllen | 7567 | 3166 | 675 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| McKinney | 7568 | 3167 | $ 675 |
| Meadow | 7570 | 3169 | 675 |
| Mineral Wells | 7571 | 3170 | 675 |
| Nederland | 7572 | 3171 | 675 |
| New Braunfels | 7573 | 3172 | . 675 |
| Odem-Edroy | 7575 | 3174 | 675 |
| Olton | 7576 | 3175 | 675 |
| Plains | 7578 | 3177 | 675 |
| Plainview | 7539 | 3138 | 675 |
| Port Aransas | 7540 | 3136 | 675 |
| Rio Hondo | 7542 | 3141 | 675 |
| San Marcos | 7544 | 3143 | 675 |
| Schertz-Cibolo | 7545 | 3144 | 675 |
| Sealy | 7548 | 3147 | 675 |
| Sinton | 7549 | 3148 | 675 |
| Snyder | 7550 | 3149 | 675 |
| Spring Branch | 7517 | 3116 | 675 |
| Temple | 7520 | 3119 | 675 |
| Terrell | 7521 | 3120 | 675 |
| Texarkara | 7469 | 2708 | 675 |
| Tulia | 7471 | 2710 | 675 |
| Tuloso-Midway | 7472 | 2711 | 675 |
| Tyler | 7473 | 2712 | 675 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Waelder | 7484 | 3083 | $ 675 |
| Weslaco | 7487 | 3086 | 675 |
| West OSO | 7488 | 3087 | 675 |
| West Rusk | 7489 | 3088 | 675 |
| Wharton | 7491 | 3090 | 675 |
| White Settlement | 7492 | 3091 | 675 |

## II. · STATES

| Claimant[1] | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Arkansas | 7412 | 2649 | $ 5,000 |
| California | 6995 | 2633 | 5,000 |
| Colorado | 7392 | 2640 | 5,000 |
| Delaware | 6920 | 2574 | 5,000 |
| Hawaii | 6912 | 2568 | 5,000 |
| Illinois | 6930 | 2575 | 4,500 |
| Kansas | 6890 | 2553 | 5,000 |
| Kentucky | 6999 | 2637 | 5,000 |
| Louisiana | 6989 | 2628 | 5,000 |
| Maryland | 7656 | 3242 | 5,000 |
| Massachusetts | 6934 | 2579 | 5,000 |
| Mississippi | 7389 | -- | 5,000 |
| Mississippi | 7362-7388 | -- | 0 |
| Nebraska | 7620 | 3214 | 4,500 |
| New Hampshire[2] | 7596 | 3195 | 0 |
| New Hampshire | 7683 | 3251 | 5,000 |
| New York | 7000 | 2638 | 5,000 |
| North Dakota | 6976 | 2616 | 4,500 |
| Oklahoma | 7619 | 3213 | 5,000 |
| Pennsylvania | 6996 | 2634 | 5,000 |
| Rhode Island | 7418 | 2656 | 4,500 |

-11-

III. MUNICIPALITIES

A.   Cities (General)

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Baltimore, MD | 7594 | 3193 | $ 5,000 |
| Birmingham, MI | 7648 | 3237 | 5,000 |
| Boston, MA | 6973 | 2613 | 3,410 |
| Erie, PA (class action)[2] | 2799 | 1604 | 0 |
| Erie, PA (class action) | 6941 | 2581 | 5,000 |
| Louisville, KY[2] | 955 | -- | 0 |
| Louisville, KY[2] | 967 | -- | 0 |
| Louisville, KY | 6730 | -- | 5,000 |
| New York, NY | 6994 | 2632 | 5,000 |
| San Leandro, CA | 7403 | 2641 | 1,350 |

B.    Counties (General)

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Erie, NY | 6888 | 2551 | $ 1,350 |
| Fairfax, VA | 6908 | 2564 | 5,000 |
| Monroe, NY | 7409 | 2647 | 5,000 |
| Suffolk, NY | 7657 | -- | 1,500 |
| Wayne, MI | 6898 | -- | 5,000 |
| Wayne, MI | 6899 | 2558 | 5,000 |
| Wayne, MI | 6900 | -- | 4,982 |

C.   Texas Cities

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|----------|---------------------|---------------------------|----------------------------------------------|
| Amarillo | 7428 | 2667 | $ 1,350 |
| Arlington | 7427 | 2666 | 1,350 |
| Austin | 7449 | 2688 | 1,350 |
| Benbrook | 7426 | 2665 | 1,350 |
| Big Spring | 7425 | 2664 | 1,350 |
| Brownfield | 7424 | 2663 | 1,350 |
| Brownsville | 7423 | 2662 | 1,350 |
| Carrollton | 7422 | 2661 | 1,350 |
| Corpus Christi | 7462 | 2701 | 1,350 |
| Dallas | 7461 | 2700 | 1,350 |
| Denton | 7460 | 2699 | 1,350 |
| El Paso | 7459 | 2698 | 1,350 |
| Fort Worth | 7458 | 2697 | 1,350 |
| Galveston | 7457 | 2696 | 1,350 |
| Garland | 7456 | 2695 | 1,350 |
| Grand Prairie | 7455 | 2694 | 1,350 |
| Grapevine | 7454 | 2693 | 1,350 |
| Groves | 7453 | 2692 | 1,350 |
| Haltown City | 7452 | 2691 | 1,350 |
| Harlingen | 7451 | 2690 | 1,350 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Houston | 7450 | 2689 | $ 1,350 |
| Irving | 7468 | 2707 | 1,350 |
| Killeen | 7467 | 2706 | 1,350 |
| Lake Bridgeport | 7466 | 2705 | 1,350 |
| Lake Worth | 7465 | 2704 | 1,350 |
| Laredo | 7464 | 2703 | 1,350 |
| Liberty | 7463 | 2702 | 1,350 |
| Lockhart | 7502 | 3101 | 1,350 |
| Longview | 7501 | 3100 | 1,350 |
| Lubbock | 7500 | 3099 | 1,350 |
| McAllen | 7499 | 3098 | 1,350 |
| Mesquite | 7498 | 3097 | 1,350 |
| Mexia | 7497 | 3096 | 1,350 |
| Midland | 7496 | 3095 | 1,350 |
| Newark | 7528 | 3127 | 1,350 |
| Odessa | 7527 | 3126 | 1,350 |
| Pasadena | 7526 | 3125 | 1,350 |
| Plainview | 7525 | 3124 | 1,350 |
| Plano | 7524 | 3123 | 1,350 |
| Richardson | 7523 | 3122 | 1,350 |
| San Antonio | 7522 | 3121 | 1,350 |
| Sherman | 7565 | 3164 | 1,350 |
| Snyder | 7564 | 3163 | 1,350 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| South Lake | 7563 | 3162 | $ 1,350 |
| Texas City | 7562 | 3161 | 1,350 |
| Tyler | 7561 | 3160 | 1,350 |
| Victoria | 7555 | 3154 | 1,350 |
| Waco | 7560 | 3159 | 1,350 |
| Wichita Falls | 7554 | 3153 | 1,350 |

D.    Texas Counties

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|----------|----------------------|---------------------------|----------------------------------------------|
| Archer | 7443 | 2682 | $ 1,350 |
| Austin | 7442 | 2681 | 1,350 |
| Bailey | 7441 | 2680 | 1,350 |
| Bexar | 7438 | 2677 | 1,350 |
| Crane | 7513 | 3112 | 1,350 |
| Dallas | 7509 | 3108 | 1,350 |
| Denton | 7505 | 3104 | 1,350 |
| Ellis | 7536 | 3135 | 1,350 |
| Galveston | 7529 | 3128 | 1,350 |
| Grayson | 7477 | 3076 | 1,350 |
| Harris | 7481 | 3080 | 1,350 |
| Liberty | 7592 | 3191 | 1,350 |
| Orange | 7577 | 3176 | 1,350 |
| Tarrant | 7518 | 3117 | 1,350 |
| Travis | 7493 | 3092 | 1,350 |
| Waller | 7485 | 3084 | 1,350 |

IV.    COLLEGES

A.    General

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| California State | 7417 | 2655 | $ 5,000 |
| C.U.N.Y. | 6937 | 2580 | 5,000 |
| Clemson Univ. | 7613 | 3210 | 1,159 |
| Cleveland State Univ. | 7410 | – | 5,000 |
| Columbia College | 7605 | 3202 | 1,159 |
| Concordia College | 6978 | 2618 | 1,159 |
| Los Angeles Comm. College | 6974 | 2614 | 1,159 |
| Los Angeles Comm. College | 6985 6986-6987 | 2625 2626-2627 | 1,159 0 |
| Los Angeles Comm. College | 7404 7405 | 2642 2643 | 1,159 0 |
| Michigan State | 7650 | 3239 | 5,000 |
| New Hampshire College | 7607 | 3204 | 1,159 |
| Oakland Community College | 7628 | 3221 | 5,000 |
| University of California² | 6001 | – | 0 |
| University of California | 6991 | 2629 | 5,000 |
| University of Michigan | 7647 | 3236 | 5,000 |
| University of Miami | – | 3199 | 1,159 |
| University System of New Hampshire | 7393 | – | 5,000 |
| University of Pennsylvania | 7603 | 3200 | 5,000 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| University of Vermont[2] | 7618 | – | $ 0 |
| University of Vermont | 7698 | – | .1,159 |
| Walla Walla College[5] | 6921 | – | 1,287 |
| National Universities Class Action (Central Wesleyan) | 7653 | 3240 | 20,000 |

B.    **Texas Colleges**

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Alamo Community College District | 7447 | 2686 | $    1,159 |
| Amarillo Junior College District | 7445 | 2684 | 1,159 |
| Grayson County College | 7478 | 3077 | 1,159 |
| Houston Community College | 7581 | 3180 | 1,159 |
| Lamar University at Beaumont | 7588 | 3187 | 1,159 |
| Lamar University at Orange | 7589 | 3188 | 1,159 |
| Lamar University at Port Arthur | 7590 | 3189 | 1,159 |
| Lee College District | 7591 | 3190 | 1,159 |
| McLennan Community | 7569 | 3168 | 1,159 |
| North Harris Montgomery Community College | 7574 | 3173 | 1,159 |
| San Jacinto College District | 7543 | 3142 | 1,159 |
| South Plains Junior College | 7516 | 3115 | 1,159 |
| Texas Southmost Junior College | 7470 | 2709 | 1,159 |
| Tyler Junior College | 7482 | 3081 | 1,159 |
| Victoria College | 7483 | 3082 | 1,159 |
| Weatherford College District | 7486 | 3085 | 1,159 |
| Wharton County Junior College | 7490 | 3089 | 1,159 |

V. **HOSPITALS**

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| American Hospital Assoc. (AHA) Claims | 7001 7002-7361 | 2639 2713-3072 | $ 20,000 0 |
| Anderson Memorial Nationwide Class Action | 6911 | 2567 | 20,000 |
| Barnes, St. L.M.D. | 6904 | 2561 | 1,500 |
| City Hospital E. Liverpool, OH | 6942 | 2582 | 3,945 |
| T.C. Cooke, NY, NY | 6891 | -- | 2,631 |
| Crotched Mt. Rehab., NH | 7608 | 3205 | 1,350 |
| Medina Gen., Medina, OH | 6939 | -- | 5,000 |
| St. Johns, Springfield, MD | 7651 | -- | 5,000 |
| St. Joseph, GA | 7601 | -- | 5,000 |
| Univ. of Calif.² | 6002 | -- | 0 |
| Univ. of Calif. | 6992 | 2630 | 5,000 |
| Univ. Hosp., Augusta, GA | 7652 | -- | 5,000 |
| Misc. Texas Hospitals | | | |
| a) Bexar County | 7437 | 2679 | 1,350 |
| b) Bowie Mem. | 7435 | 2674 | 1,350 |
| c) Dallas Cty. | 7508 | 3107 | 1,350 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| d) Harris Cty. | 7579 | 3178 | $ 1,350 |
| e) Schleicher County | 7546 | 3145 | 1,350 |
| f) Tarrant Cty. | 7519 | 3118 | 1,350 |

## VI. LOCAL AUTHORITIES (E.G. HOUSING, AIRPORTS)

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Boston Housing | 7597 | 3196 | $ 1,311 |
| Boston Housing | 7622 | 3215 | 1,311 |
| Cleveland Public Library | 7399 | -- | 1,457 |
| Dallas-Fort Worth Airport (TX) | 7507 | 3106 | 1,311 |
| Danton (TX) Housing | 7504 | 3103 | 1,311 |
| Fort Worth (TX) Housing | 7533 | 3132 | 1,311 |
| Galvaston (TX) Parks Board | 7530 | 3129 | 1,311 |
| Galvaston (TX) Library | 7495 | 3094 | 1,311 |
| Galvaston (TX) Housing | 7474 | 3073 | 1,311 |
| Granbury (TX) Housing | 7475 | 3074 | 1,311 |
| Grandview (TX) Housing | 7476 | 3075 | 1,311 |
| Hatton (TX) Housing | 7557 | 3156 | 1,311 |
| Harris County (TX) Flood District | 7558 | 3157 | 1,311 |
| Port of Houston (TX) | 7541 | 3140 | 1,311 |
| Schulmburg (TX) Housing | 7547 | 3146 | 1,311 |
| Kansas City Int'l Airport | -- | 2563 | 5,000 |
| N.Y. City Housing | 7632 | 3225 | 5,000 |
| N.Y. City Housing (Harborview Terrace)[2] | 5521 | -- | 0 |
| N.Y. City Housing (Harborview Terrace) | 6882 | -- | 3,850 |
| N.Y. City Transit[2] | 6993 | -- | 0 |

-24-

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| N.Y. City Transit | 382250 | 2631 | $ 5,000 |
| N.Y. Port Authority | 7421 | 2660 | 5,000 |

-25-

VII.  PRIVATE COMPANIES/MANUFACTURERS

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Ford Motor Co. | 7600 | 3231 | $ 4,500 |
| The May Department Stores Co. | 7654 | 3241 | 5,000 |
| Praxair, Inc. | 6998 | 2636 | 4,500 |
| Rhone-Poulenc, Inc. | 7637 | 3228 | 4,500 |
| UCAR, Carbon Company, Inc. | 7408 | 2646 | 4,500 |
| Union Carbide Chemicals & Plastics Co. | 7406 | 2644 | 5,000 |
| Welch Foods, Inc. | 7602 | --- | 4,500 |

## VIII. PRIVATE AND PUBLIC BUILDING OWNERS

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Chase Manhattan Bank | 7391 | -- | $ 5,000 |
| Consumers Power Co. | 7631 | 3224 | 5,000 |
| Detroit Edison Co. | 6896 | 2556 | 5,000 |
| Fed. Home Loan Mortg. Corp. - VA | 7621 | -- | 1,800 |
| Gate City Fed. Bank - ND | 6979 | 2619 | 1,800 |
| Met. Fed. Bank - ND | 6977 | 2617 | 1,800 |
| Mich. Bell | 7623 | 3216 | 5,000 |
| Montana - Dak. Util. | 6975 | 2615 | 1,800 |
| Natl. Bank of Detroit | 7625 | 3218 | 5,000 |
| N.Y. Telephone Co.[2] | 1325 | -- | 0 |
| N.Y. Telephone Co. | 6917 | 2570 | 5,000 |
| St. Anthony's Church | 7595 | 3194 | 1,800 |
| 888 7th Avenue Assoc., Ltd., NY | 6997 | 2635 | 5,000 |
| Associated YM-YWHA'S Greater New York, Inc. | 7413 | 2650 | 5,000 |
| Barrington Plaza, Ltd.[2] | 3223 | -- | 0 |
| Barrington Plaza, Ltd. | 6875 | -- | 5,000 |
| Brickell Town House Ass., Inc. | 7633 | 3226 | 5,000 |
| British Columbia Building Corp. | -- | 2658 | 5,000 |
| Capital West Associates | 6872 | -- | 5,000 |
| Comerica | 7641 | 3229 | 5,000 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Commerce Center | 7629 | 3222 | $ 3,000 |
| Herbert L. Friedman | 7635 | – | 2,000 |
| J.A. Green & Associates, Inc. | 7636 | 3227 | 4,000 |
| Hall (Properties) Financial Group, Inc. | 7626 | 3219 | 5,000 |
| Natl. Assoc. of Broadcasters | 6893 | 2555 | 5,000 |
| The Park Shelton Hotel | 7630 | 3223 | 3,000 |
| Port Huron Office Center | 7649 | 3238 | 5,000 |
| Prince George Center[2] | 6936 | – | 0 |
| Prince George Center | 6990 | – | 20,000 |
| Premier Realty | 7646 | 3235 | 5,000 |
| Prudential Insurance Co. of America (N.J.) | 6988 | – | 5,000 |
| Ramco/Gershenson | 7624 | 3217 | 5,000 |
| The Taubman Co. | 7627 | 3220 | 5,000 |
| Brookfield Minnesota, Inc. (IDS Center)[2] | 2808 | 1606 | 0 |
| Brookfield Minnesota, Inc. (IDS Center)[2] | 2883 | 1658 | 0 |
| Brookfield Minnesota, Inc. (IDS Center) | 6919 | 2573 | 5000 |
| Ralph Davidson, Individually and Davidson Corp. (TX) | 446 | – | 1800 |
| Westvaco Corporation | 10361 | – | 1800 |
| Boksy Company[1] | 9991 | – | 0 |
| Sixth & New Hampshire Assoc.[1] | 9992 | – | 0 |
| Sunset Vine K Tower, Ltd.[1] | 9993 | – | 0 |

IX.  LOW PRIORITY (Residences/Less Than $100K)

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Terrance Manning, NY | 6700 | -- | $ 500 |
| St. Clement School, HI | 6723 | 2417 | 936 |
| Helen Hart, IL | 6740 | -- | 200 |
| Alfred Stankowich, WA | 6868 | 2546 | 60 |
| Michael Howell, OH (BI Claim) | 6881 | -- | 175 |
| John Brownston (Sacramento Correction Bldg) | 6883 | 2548 | 424 |
| Undercroft Montossari | 6895 | -- | 160 |
| USX Corp., PA | 6907 | -- | 336 |
| C. Alan Runyan | 6909 | 2565 | 150 |
| Anthony Iona, OH | 6913 | -- | 1 |
| Allen D. Rector, FL | 6915 | 2571 | 186 |
| Edward Tucker, MA | 6935 | -- | 1 |
| State of MS (Farmers Central Mkt.) | 7367 | -- | 500 |
| State of MS (State Fire Acad.) | 7370 | -- | 250 |
| State of MS (Indust. for Blind) | 7368 | -- | 250 |
| State of MS (Dept. Natural Resources | 7373 | -- | 500 |
| L.A. Comm. College | 7390 | -- | 69 |
| L.A. Comm. College | 7402 | -- | 122 |
| Anna Arundel Cty., MD | 7639 | -- | 786 |
| Jackson, MS Public School | 7660 | -- | 1,000 |

| Claimant | Celotex Claim Number | Carey Canada Claim Number | Estimated Value of Claim for Voting Purposes |
|---|---|---|---|
| Patrick Hastings, CA (Four-Plex Cinema)[1] | 7674 | -- | $ 0 |
| Patrick Hastings, CA (Four-Plex Cinema)[1] | 7675 | -- | 0 |
| Arthur Bergner, VT | 7676 | -- | 50 |
| Stanley Fagre, IA | -- | 2569 | 1 |
| Wendel Oak, Maine | -- | 2550 | 1 |
| Trizec Prop. c/o Philip Goodman - MI | 6897 | 2557 | 600 |

[1]Claim filed subsequent to July 29, 1993 property damage bar date.

[2]Duplicate or amended claim.

-30-

93200.03