## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: October 31, 2005 @ 9:00 a.m. |
| | ) | Objection Deadline: October 21, 2005 |
| | ) | |
| | ) | RE: DOCKET NOS. 9346 AND 9311 |

### CERTIFICATE OF SERVICE OF
### SPEIGHTS & RUNYAN'S RESPONSE TO DEBTORS'
### BRIEF IN SUPPORT OF 13TH OMNIBUS OBJECTION SEEKING
### THE DISALLOWANCE AND EXPUNGEMENT OF 1900 CLAIMS

I, Christopher D. Loizides, hereby certify that I caused trued and correct copies of the above-captioned brief to be served on the parties on the attached service list in the manner indicated thereon on this 21st of October, 2005.

                                        Christopher D. Loizides (#3968)
                                        Michael J. Joyce (#4563)
                                        LOIZIDES & ASSOCIATES
                                        Legal Arts Bldg.
                                        1225 King Street, Suite 800
                                        Wilmington, DE 19801
                                        Telephone: (302) 654-0248
                                        Facsimile: (302) 654-0728 (fax)

Dated: October 21, 2005

**SERVICE LIST**

**VIA HAND DELIVERY**

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 North Market Street, Suite 1700
P. O. Box 8705
Wilmington, DE 19899-8705

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19801

Marla Eskin, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 No. Broom Street
Wilmington, DE 19806

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

051021145728

**VIA FEDERAL EXPRESS AND TELECOPIER**

Janet S. Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
**FAX: (312) 861-2200**

**VIA FEDERAL EXPRESS**

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 So. Biscayne Boulevard, Suite 2500
Miami, FL 33131

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

2