# Exhibit 1

| 12489 | CN | 3/21/03 | Letter (attached to claim form) | Letter from City of Edmonton to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12489 | CN | 3/21/03 | Letter/Report (attached to claimform) | Expert Report from PHH Environmental to City of Edmonton re: identification of fireproofing - MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12489 | CN | 4/22/99 | Report | PHH Report on Air Monitoring and Asbestos Assessment for Century Place | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12489 | CN | 10/00/98 | Report | PHH Report on Air Monitoring and Asbestos Assessment for Century Place | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12489 | CN | 7/21/03 | Report | PHH - Hazardous Materials Abatement, 17th Floor, Century Place | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12489 | CN | 1/19/04 | Report | PHH - Hazardous Materials Abatement, 7th Floor, Century Place | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12489 | CN | 7/13/00 | Report | PHH Report on Air Monitoring and Asbestos Assessment for Century Place | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12489 | CN | 2/05/02 | Report | Report on Air Monitoring and Asbestos Hazard Abatement for Century Place | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12489 | CN | 3/04/03 | Report | Report on Air Monitoring and Asbestos Hazard Abatement for Century Place | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12489 | CN | 3/10/04 | Report | Report on Air Monitoring and Asbestos Hazard Assessment for Century Place | 100 Oak Street Hampton, SC | Speights & Runyan |