# Exhibit 1

| 12512 | CN | 3/24/03 | Letter (attached to claim form) | Letter from City of Richmond to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12512 | CN | 1/19/98 | Report | Removal of Asbestos-Containing Materials - Richmond City Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12512 | CN | 11/24/92 | Report | Asbestos Abatement Project - Final Report by Monenco Inc./HBT Agra Limited | 100 Oak Street Hampton, SC | Speights & Runyan |