# Exhibit 1

| 12513 | CN | 3/25/03 | Letter (attached to claim form) | Letter from City of Richmond to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12513 | CN | 3/14/94 | Report | Asbestos Management Program - Richmond Arena Site Manual | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12513 | CN | 9/20/94 | Report | Final Report - Asbestos Abatement in Staff Washrooms, Richmond Arena | 100 Oak Street Hampton, SC | Speights & Runyan |

46