45

Exhibit 1

| 12514 | CN | 1/02/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12514 | CN | 1/02/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/02/02 | Letter | Letter from PHH to Hyatt re: Asbestos Abatement Risk Assessment Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/03/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/03/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/03/02 | Letter | Letter from PHH to Hyatt re: Asbestos Abatement Activity Risk Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/04/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/04/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/04/02 | Chart | Fibrous Aerosol Monitor (FAM) Readings by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/04/02 | Procedures | Site Specific Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/04/02 | Form | Workers Compensation Board - Notice of Project for Employment Involving Asbestos or Lead | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/05/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/06/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/07//01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/07/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/07/02 | Letter | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/08/01 | Chart | Fibrous Aerosol Monitor (FAM) Readings by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/08/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/09/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/09/02 | Letter | Letter from PHH to Hyatt re: Review of Change Order Requests - Asbestos Materials - Phase I | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/10/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/11/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 1/14/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12514 | CN | 1/15/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/16/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/17/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/18/01 | Chart | Fibrous Aerosol Monitor (FAM) Readings by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/18/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/18/02 | Letter | Letter from PHH to Hyatt re: Asbestos Abatement Time and Materials Summary (attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/19/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/20/98 | Report | Asbestos Survey Report by ATC Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/21/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/21/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/22/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/22/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/23/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/23/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/24/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/24/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/24/02 | Letter | Letter from PHH to Hyatt re: Asbestos Abatement Time and Materials Summary (attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/25/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/25/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/26/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/26/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/27/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/27/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/28/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 1/28/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12514 | CN | 1/29/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/29/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/30/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/30/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/31/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/31/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/03/89 | Letter | Letter from Pinchin Harris Holland Associates to Hyatt Regency Vancouver re: Bulk Sample Results (attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/06/01 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/06/01 | Report | Site Inspection Report by PHH - Project 10137B | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/07/01 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/07/01 | Report | Site Inspection Report by PHH - Project 10137B | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/08/01 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/08/01 | Report | Site Inspection Report by PHH - Project 10137B+E122 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/06/01 | Report | Asbestos Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/13/01 | Procedures | NOPA and work procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/14-27/02 | Chart | Time and Materials Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/17/01 | Report | Bulk Material Identfcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/17/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/18/01 | Report | Asbestos Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/18/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/19/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/19-20/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/20/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/20/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 12/21/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12514 | CN | 12/21-22/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/22/01 | List | Action List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/22/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/22-23/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/23/01 | Chart | Fibrous Aerosol Monitor (FAM) Readings by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/23/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/26-27/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/27/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/27/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/27/01 | Form | Asbestos Abatement Risk Assessment Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/27/01 | Procedures | Moderate Risk Work Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/28/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/29/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/29/01 | Letter | Letter from PHH to Hyatt re: Summary of Asbestos Containing Material | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/30/01 | Chart | Fibrous Aerosol Monitor (FAM) Readings by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/30/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/31/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/31/01 | Form | Asbestos Abatement Risk Assessment Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/01/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/01/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/02/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/02/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/03/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/03/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 2/04/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12514 | CN | 2/04/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/05/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/05/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/06/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/06/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/07/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/07/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/08/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/08/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/09/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/09/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/10/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/10/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/11/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/11/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/12/02 | Report | Site Inspection Report by PHH- Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/12/02 | Report | Site Inspection Report by PHH- Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/13/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/13/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/14/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/14/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/15/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/15/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/18/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/19/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12514 | CN | 2/20/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/20/01 | Letter | Letter from PHH to Hyatt re: Asbestos Abatement Time and Materials Summary (attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/21/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/21/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/22/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/25/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/26/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/21/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/27/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/28/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/01/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/01/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/02/02 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/04/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/04/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/05/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/05/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/09/02 | Report | Site Inspection Report by PHH - Project 10137A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/09/02 | Report | Site Inspection Report by PHH - Project 10137C | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/25/03 | Letter (attached to claim form) | Letter from Hyatt Regency Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 4/06/01 | Report | Limited Asbestos Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 4/17/01 | Letter | Letter from PHH to Hyatt re: Proposal for Abatement Services - Preliminary Budgets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 4/23/02 | Report | Final Report Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 5/11/01 | Report | Asbestos Buildings Materials Proposal - Ground, Second & Third Levels | 100 Oak Street Hampton, SC | Speights & Runyan |

51

| 12514 | CN | 5/11/01 | Letter | Letter from PHH to Hyatt re: Asbestos Building Materials Proposal | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12514 | CN | 6/05/01 | Report | Asbestos Buildings Materials Proposal - Ground, Second & Third Levels | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/05/01 | Letter | Letter from PHH to Hyatt re: Asbestos Building Materials Proposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/11/01 | Chart | Abatement Budget Figures by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/11/01 | Chart | Risk Assessment Field Record by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/12/01 | Letter | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/13/01 | Letter | Letter from PHH to Hyatt re: Asbestos Building Material Consulting Agreement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/15/01 | Letter | Letter from PHH to Hyatt re: Preliminary Budgets for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/22/01 | Chart | Risk Assessment Field Record by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/00/01 | Specs | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/05/01 | Chart | Risk Assessment Field Record by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/14/01 | Report | Asbestos Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/17/01 | Letter | Letter from PHH to Hyatt re: Asbestos Abatement Specifications - Phase I | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/20/00 | Report | Asbestos Operations and Maintenance Program for Hyatt Regency Vancouver by ATC Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/27/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/27/01 - 11/07/01 | Report | Air Sample Report by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/27/01 - 5/03/02 | Report | Air Sample Report by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | Undated | Chart | Asbestos Abatement Estimates by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/22/01 - 3/01/04 | Chain of Custody Form | Sample Custody Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | Undated | Chart | ACM Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/01/02 - 02/20/02 | Report | Air Sample Report by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 2/21/02 - 2/28/02 | Report | Air Sample Report by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12514 | CN | 5/28/01 | Report | Air Sample Report by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/10/02 - 1/13/03 | Report | Air Sample Reporty by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/14/03 - 1/17/03 | Report | Air Sample Reporty by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/12/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/13/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/14/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/15/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/17/01 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/17/02 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/18/02 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/19/02 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/20/02 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 5/28/02 | Report | Site Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/10/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/11/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/12/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/13/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/16/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/17/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/18/02 | Report | Inspection Report by PHH - Report No. 7 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/18/02 | Report | Inspection Report by PHH - Report No. 8 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/19/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/20/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/23/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/24/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 12/30/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12514 | CN | 12/31/02 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/02/03 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/03/03 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/13/03 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/14/03 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/15/03 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/16/03 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/17/03 | Report | Inspection Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/14/01 | Report | Bulk Material Identifcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/30/01 | Letter | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/31/01 | Letter | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/06/01 | Letter | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/06/01 | Letter | Letter from PHH to Hyatt re: Asbestos Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/26/01 | Report | Bulk Material Identifcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/04/01 | Report | Bulk Material Identifcation Report (15 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/04/01 | Report | Bulk Material Identification Report (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/05/01 | Report | Bulk Material Identification Report (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/05/01 | Report | Bulk Material Identification Report (32 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/19/01 | Report | Bulk Material Identifcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/20/01 | Report | Bulk Material Identifcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/21/01 | Report | Bulk Material Identifcation Report (22 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/21/01 | Report | Bulk Material Identifcation Report (3 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/22/01 | Report | Bulk Material Identifcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 12/29/01 | Report | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12514 | CN | 1/07/02 | Report | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/11/02 | Report | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/24/02 | Report | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/28/02 | Report | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/29/02 | Report | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/04/02 | Report | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/05/02 | Report | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/08/02 | Report | Letter from PHH to Hyatt re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 9/20/02 | Report | Bulk Material Identifcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/24/02 | Report | Bulk Material Identifcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/31/02 | Report | Bulk Material Identifcation Report (4 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/31/02 | Report | Bulk Material Identifcation Report (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/04/02 | Report | Bulk Material Identifcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/05/02 | Report | Bulk Material Identifcation Report (2 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/05/02 | Report | Bulk Material Identifcation Report (2 5 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/01/04 | Report | Bulk Material Identifcation Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 4/18/01 | Letter | Letter from PHH to Hyatt re: Completion Letter for Minor Asbestos Abatement and Sub-trade Support | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/28/01 | Letter | Letter from PHH to Hyatt re: Additional Sampling for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 8/30/01 | Letter | Letter from PHH to Hyatt re: Proposal for Asbestos Consulting - Additional Services | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12514 | CN | 9/13/01 | Letter | Letter from PHH to Hyatt re: Additional Sampling for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/12/01 | Letter | Letter from PHH to Hyatt re: attached Asbestos Abatement Specifications - Phase 2 - Main, 2nd & 3rd Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/12/01 | Letter | Letter from PHH to Hyatt re: Sampling for Suspect-Asbestos Material -- 4th thru 34th floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/24/01 | Letter | Letter from PHH to Stuarat Olson Construction re: Site Walkthrough - Clarification and Agenda | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/07/01 | Letter | Letter from PHH to Hyatt re: Sampling and Investigation of Suspect Asbestos Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/17/01 | Letter | Letter from PHH to Hyatt re: Proposal for Asbestos Consulting - Additional Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/17/01 | Letter | Letter from PHH to Hyatt re: Proposal for Asbestos Consulting - Additional Services - REVISED | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/18/01 | Letter | Letter from PHH to Hyatt re: Proposal for Asbestos Consulting - Additional Services - REVISED | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/21/01 | Letter | Letter from PHH to Hyatt re: Sampling and Investigation of Suspect Asbestos Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/02/02 | Letter | Letter from PHH to Hyatt re: Proposal for Asbestos Support for Re-Fit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 4/25/02 | Letter | Letter from PHH to Hyatt re: Minor Asbestos Abatement and Sub-trade Suppord | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 5/14/02 | Letter | Letter from PHH to Hyatt re: Proposal for Asbestos Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 6/06/02 | Letter | Letter from PHH to Hyatt re: Proposal for Asbestos Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 8/12/02 | Letter | Letter from PHH to Hyatt re: Proposal for Asbestos Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/04/02 | Letter | Letter from PHH to Hyatt re: Asbestos Removal Estimate - Property Tax Appeal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/16/02 | Report | Hazardous Building Material Survey Report - 4th and 34th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/28/02 | Letter | Letter from PHH to Hyatt re: Asbestos Location Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 11/13/02 | Letter | Letter from PHH to Hyatt re: Revised Pre-renovation Survey and Risk Assessment Hazardous Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12514 | CN | 11/22/02 | Report | Asbestos Building Material Survey Report for Demolition Purposes - HVAC Upgrade | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/27/02 | Letter | Letter from PHH to Hyatt re: Proposal for Asbestos Building Material Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/27/02 | Letter | Letter from PHH to Hyatt re: Asbestos Abatement Estimate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/18/02 | Letter | Letter from PHH to Hyatt re: Asbestos O&M Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/21/03 | Letter | Letter from PHH to Hyatt re: Budget for Asbestos Building Material Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 1/23/03 | Letter | Letter from PHH to Hyatt re: Proposal for Additional Sampling for Asbestos Building Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/21/03 | Letter | Letter from PHH to Hyatt re: Budget Detailed Breakdown for Asbestos Building Materials Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/11/03 | Report | Final Report Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/11/03 | Letter | Letter from PHH to Hyatt re: Breakdown for Amendment No. 2 and Amendment No. 1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/27/03 | Letter | Letter from PHH to Hyatt re: Summary of Amendment No. 3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 3/03/04 | Letter | Letter from PHH to Hyatt re: Asbestos Building Materials Collection & Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | Undated | Specs | Scope of Work for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/07/02 | Report | Asbestos Building Material Pre-renovation Survey Report - 4th & 34th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/18/02 | Report | Abestos Operations & Maintenance Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/15/01 | Specs | Asbestos Abatement - Phase III (4th - 34th Floor) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 10/00/01 | Specs | Asbestos Abatement - Phase II (Main, 1st - 3rd Floor) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 11/25/03 | Report | Asbestos Awareness Seminar by PHH Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 12/02/02 | Guidelines | Asbestos Abatement Risk Assessment & Disturbance Guidelines | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | Undated | Chart | Msc & Levelling Summary by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | Undated | Chart | Asbestos Summary by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12514 | CN | 9/20/02 | Report | Project Number 10137D | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12514 | CN | Undated | Chart | Asbestos Material Quantities and Abatement Budgets Summary by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | Undated | Drawings | Floor Plans | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12514 | CN | 2/28/00 | Bulletin | City of Vancouver Bulletin 2000-065-EV - Harzardous Materials Report Form | 100 Oak Street Hampton, SC | Speights & Runyan |