## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 21st day of October, 2005, one copy of the foregoing *Limited Response Of The Official Committee Of Asbestos Property Damage Claimants To Debtors' Fifteenth Omnibus Objection (Substantive) To Asbestos Property Damage Claims* was served on the following parties in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)