SUMMARY OF EXHIBITS TO MOTION PURSUANT
TO JUDGE FITZGERALD'S CHAPTER 11/7 CHAMBERS' PROCEDURES RULE #2

| EXHIBIT NUMBER/LETTER | DESCRIPTION |
| --- | --- |
| A | Claim numbers and corresponding properties |
| 1 | W.R. Grace invoices |
| 2 | Letter denying asbestos contamination |
| 3 | Memorandum of Law of National Gypsum Co. |
| 4 | Brief of National Gypsum Co. |
| 5 | Order denying Defendant's Motion for decertification |
| 6 | EPA Report |
| 7 | Letter from the Honorable John C. Hayes, III |