# EXHIBIT 1

**GRACE**

**ZONOLITE DIVISION**
**W. R. GRACE & CO.**
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

Shipped 8/31/67

114177

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 9/5/67 | 20-155 | 2-24-051 | 13 | 21 | 23 | | |

SHIPPED VIA: Zonolite Truck 24226

SHIPPED FROM: Little Rock

CAR NO.: 

BILL OF LADING NO.: 

CHECKED: 

SOLD TO:
M. C. Rippetto Supply Co.
North 10 Mile Drive
Jefferson City, Missouri 65102

SHIP TO:
Same
Nationwide Nursing Home
C. E. Still Hospital
Jefferson City, Missouri

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 600 | 600 | 50-lb. Bags Zonolite Mono-Kote (41-06-01-1-19) 30,000 lbs. 15 tons | $85.00/TON | $1275.00 |
| | | 3% Missouri Sales Tax: | | 38.25 |
| | | Delivery Charge: | | 98.04 |
| | | | | $1411.29 |

Handwritten notes:
60. 2116-24
13-750.3
21. 614-98.04
13. 514   (98.04)

☒ $ 25.50 CASH DISCOUNT ALLOWED IF 9/15/67
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.

SALES ANALYSIS



(Invoice, rotated — Zonolite Division, W.R. Grace & Co., Chicago, Illinois. Invoice date 2/1, 5/67, 2-71. Sold to: Zonolite Div., W.R. Grace & Co., New Orleans, Louisiana. Ship to: Little Rock. 600 Bags Insulating-Fill. Received by signature. Ben Kendora. Delivery Receipt.)

**W. R. GRACE & CO.**
**GRACE**

## ZONOLITE
### CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093    CHICAGO, ILLINOIS 60680

22.71

| ATTN | PLANT | DIST | TERRITORY | OUI | ORDER NO. AND DATE |
|---|---|---|---|---|---|
| 1- | 663 | 661 | 633 | | 1/21/71 |

Ace Alkire

SHIPPED FROM: 00906    Omaha

OF LADING NO: 663-027

**Sold To:**
Allied Construction Services, Inc.
2122 Fleur Drive
Des Moines, Iowa  50312

**Ship To:**
YMCA Bldg.
8th & Grand
Des Moines, Iowa

| QUANTITY ORDERED | QUANTITY SHIPPED | | AMOUNT |
|---|---|---|---|
| 500 | 500 | Bags Monokote  T/L Price with | $2.48 |
| | | Additional Freight charge for partial load | 25.00 |

ST# 77-26981

NOTE: Driver to stop at YMCA first and then drop off
Remainder of load to Employment Security Bldg.
10th and Grand
Des Moines.

CASH DISCOUNT-N  0 DAYS    AMOUNT ALL    BY

**SHIPPING COPY**

**GRACE** **ZONOLITE**
CONSTRUCTION PRODUCTS DIVISION
Shipped 12/3/70   P.O. BOX 7093   CHICAGO, ILLINOIS 60680

113964

| INVOICE DATE | INVOICE NO. | LOCATION | | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|---|
| 12/7/70 | 33-061 | 4-006-003 | CUST. NO. | 654 | 654 | 541 | 059 | Verbal |
| SHIPPED VIA | | | | SHIPPED FROM | | | CAR NO. | BILL OF LADING NO. CHECKED |
| Pickup 15053 | | | | Easthampton | | | | |

SOLD TO: Jet-A-Coustics
135 Day Street
Newington, Conn. 06111

SHIP TO: Founders Plaza
c/o Standard Builders
Gilbert St.
East Hartford, Conn.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | BAGS INSULATING FILL | (-01-01-1-02) | | |
| | | BAGS ATTIC INSULATION | (-01-02-1-04) | | |
| | | BAGS MASONRY FILL | (-04-01-1-02) | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | (-02-02-1-02) | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | (-02-01-1-02) | | |
| | | BAGS PLASTER AGGREGATE | (-03-01-1-02) | | |
| | | BAGS INDUSTRIAL INSULATION | (-07-01-1-02) | | |
| | | BAGS PERL-AG PLASTER | (35-09-02-1-02) | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | (35-09-01-1-02) | | |
| 650 | 210 | BAGS MONOKOTE | (41-06-01-1-19) | 2.40 | 504.00 |

TOTAL  $504.00
Plus 5% Conn. sales tax  25.20
GRAND TOTAL  $529.20

$-10.08 CASH DISCOUNT ALLOWED IF PAID BY 12/19/70
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

SALES ANALYSIS

| ZB-9 (60M-6/69) EPC | | | INVOICE | | | | |
|---|---|---|---|---|---|---|---|
| W. R. GRACE & CO. **GRACE** | | | **ZONOLITE** CONSTRUCTION PRODUCTS DIVISION P.O. BOX 7093   CHICAGO, ILLINOIS 60680 | | | | 113584 |

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 6/18/70 | 10-680 | 4-001-047 | 611 | 611 | 111 | | VERBAL |
| SHIPPED VIA | | CUST. NO. | SHIPPED FROM | | CAR NO. | | BILL OF LADING NO. / CHECKED |
| ZONOLITE TRUCK | | 19584 | ATLANTA | | | | 6-99 |

Sold To: CLINTON MILES PLASTERING CO.
1005 CHERRY AVE.
ALBANY, GA. 31701

Ship To: MEDICAL CENTER HOSP. JOB
SELMA, ALA.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 700 | 700 | 50# BAGS ZONOLITE-MK (41-06-01-1-19) | 2.15 | $ 1505.00 |
| | | PLUS 4% SALES TAX | | 60.20 |
| | | | | $ 1565.20 |

FRT$13.

X $27.44 AFT FRT CASH DISCOUNT ALLOWED IF PAID BY 7/20/70
☐ NO CASH DISCOUNT - NET 30 DAYS

**PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.**

SALES ANALYSIS                                                          30088517





**GRACE**

## ZONOLITE DIVISION
W. R. GRACE & CO.
P.O. BOX 7097 · CHICAGO, ILLINOIS 60680

| Shipped | Invoice No. | Customer No. | Salesman | Our Order No. | Invoice Date |
|---|---|---|---|---|---|
| 3/17/69 | 31-145 | 1-031-041 | 558 523 | 183 | 3/18/69 |

Customer Order No.: 20298
Dept.: PR-163

**Sold To:**
Morell Rubber Inc.
Plastering Contr.
15 Des[o]sa St.
New York, New York 10002

**Ship To:**
Same B/O Zep Rook
52 Avenue A & 4th St.
New York, N.Y.

| Quantity Ordered | Quantity Shipped | Description | Price | Amount |
|---|---|---|---|---|
| 55 | 55 | Zono Foam 50# bags #209 lbs. 2.10/bags (41-03-03-1-19) | | 676.70 |
| | | Plus 5% N.Y. Sales Tax | | 8.82 |
| | | Plus Trans. Charges | | 30.00 |
| | | **Total** | | **$715.22** |

Paid: 3/29/69
$14.53 CASH DISCOUNT ALLOWED IF PAID BY
NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION W. R. GRACE & CO.



DELIVERY ZONOLITE BILL OF INFORMATION

CONSTRUCTION PRODUCTS DIVISION
CHICAGO, ILLINOIS 60680

P.O. BOX 7093

DRIVER: Note/Important
If this load is delayed,
call customer collect:
Before 7AM 216-351-7234
After 5PM 216-431-4063

SHIPPED VIA: ZONOLITE TRUCK
DATE: JUL 24 1970

PHONE NO: 2-034-153
CUST NO: 26959
PLANT: 641  DIST: 641  TERRITORY: 411
SHIPPED FROM: NEW CASTLE
CAR NO: 003
CUST. ORDER NO AND DATE: PH 7/21/70
BILL OF LADING NO:
CHECKED: OH

SOLD TO:
SMALLWOOD PLASTERING CO.
1632 E. 39TH ST.
CLEVELAND, OHIO 44114

SHIP TO:
SAME
C/O ALLSTATE INSURANCE JOB
OHIO REGIONAL OFFICE BLDG.
HUDSON, OHIO

IN VICINITY OF BOSTON MILLS ROAD AND EXECUTIVE PARKWAY

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | BAGS INSULATING FILL | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |
| | | BAGS DRI-PAC | | |
| 700 | | BAGS MONO-KOTE | $2.25 | 1575.00 |
| FREIGHT | | PLUS 4% OHIO SALES TAX | | 63.00 |
| | | | | 1638.00 |

Free time allowed for unloading of freight: trailer load 2 hrs., ½ trailer load 1 hr. Delays beyond free time provided above will be charged at the rate of _____ per _____.
Arrival: _____  Departure: 11AM

DETENTION OF VEHICLES

CASH DISCOUNT ALLOW _____ IF PAID BY _____
CASH DISCOUNT-NET 30 DAYS

SHIPPING COPY

**GRACE**

# ZONOLITE DIVISION
W. R. GRACE & CO.
P.O. BOX 7093
CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | SHIPPED VIA | DATE SHIPPED | CAR NO. | CUSTOMER'S ORDER NO. | OUR ORDER NO. |
|---|---|---|---|---|---|---|
| 6-25-66 | 25-228 | | 6-24-66 | | Howard Maher | Verbal 4-17-66 |

Sold To:
Asbestos Spray Cont., Inc.
448 N. LaSalle St.
Chicago, Illinois 60610

Ship To:
Same Investment Asbes.
c/o Turner Const. Co.
1801 E. Ninth St.
Cleveland, Ohio

Zonolite Truck 6-23-66 Elmhurst City

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 675 | MONO KOTE MK-3 47-85-91-1-99 | 2.00 | 1350.00 |

Exempt

$ 25.86 CASH DISCOUNT ALLOWED IF PAID BY 5-5-66
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO ZONOLITE DIVISION, W. R. GRACE & CO.

DISTRICT MANAGER



**W. R. GRACE & CO** — **GRACE**

**ZONOLITE BILLING INFORMATION**

CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7083   CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO | LOCA | PLANT | DIST | TERRITORY | OUR ORDER NO | CUST. ORDER NO AND DATE |
|---|---|---|---|---|---|---|---|
| JUL 28 1970 | 25119 | 4-034-155 | 643 | 643 | 412 | 120 | PH 7/21/70 |

SHIPPED VIA: ZONOLITE TRUCK    CSI NO 08925    SHIPPED FROM: NEW CASTLE    CAR NO. 120    BILL OF LADING NO / CHECKE

**SOLD TO:**
EASLEY & RIVERS
MC GEE IND. PARK
MONROEVILLE, PA. 15145

**SHIP TO:**
SAME
C/O WARREN GENERAL HOSPITAL
WARREN, OHIO

— MR. PAUL VEROSTIK, W. R. GIBSON CO., CONT.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 700 | BAGS INSULATING FILL | | |
| | | BAGS ATTIC INSULATION | | |
| | | BAGS MASONRY FILL | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | | |
| | | BAGS PLASTER AGGREGATE | | |
| | | BAGS INDUSTRIAL INSULATION | | |
| | | BAGS PERL-AG PLASTER | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | | |
| | | BAGS DRI-PAC | | |
| | | BAGS MONO-KOTE | 2.40 | 1680.00 |

**DETENTION OF VEHICLES**
Free time allowed for unloading of freight; trailer load 2 hr. All time beyond free time per will be charged at the rate of
Departure: 12  Per 1

(31.76)

TAX EXEMPT
FREIGHT: $92.00

FREIGHT [ ADDED ☐ ALLOWED ☐ ] [ PREPAID ☐ COLLECT ☐ ] [ ☐ ] [ ☐ NO CASH ]



ZH-9 (35M-2/71) RBS

W. R. GRACE & CO.

**GRACE**

INVOICE

**ZONOLITE**

CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

9-15-71

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 9-17-71 | 23-311 | 4-037-003 | 661 | 641 | 413 | 112 | PH 9/10/71 |

| SHIPPED VIA | CUST NO | SHIPPED FROM | CAR NO. | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|---|
| PICK UP | 20349 | NEW CASTLE | | | |

SOLD TO: J. J. MORRIS & SONS INC.
P. O. BOX 14038
PITTSBURGH, PA. 15239

SHIP TO: SAME
AAA DISTRICT OFFICE
PITTSBURGH, PA.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 150 | 150 | BAGS MONO-KOTE MK-3   41-06-01-1-67 PLUS 6% SALES TAX | 2.25 | $337.50 20.25 |
| | | | | $357.75 |

☒ 6.75 CASH DISCOUNT ALLOWED IF PAID BY 9-27-71
☐ NO CASH DISCOUNT - NET 30 DAYS

DISTRICT MANAGER

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

PA-101

# 97

**GRACE**

**ZONOLITE**

3/1/77

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/ /7 3 | 4-0 7.077 | 6. 15. 5 | 3 | 4.7 | ph | cd |
| 7. 087. | | 1 | | | | |
| | | enron | | 3-2 3 | | |

Duggan Marcon
P. O. Box 2324
entown, Pa. 600

| QUANTITY SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 600 | Bags 50# Monokote MK-3 (A1-06-01-1-19) | 2.30 | 1380.00 |
| | D & M P entering | | 1380.00 |
| | c/o Fountain R1 | | |
| | Nursing Home | | |
| | Delaware Avenue | | |
| | Fountain 11, ? | | |
| | (Near St. Luke Hospital) | | |
| | Plus 6% Pa. sales tax | | 82.80 |
| | TOTAL | | $1462.80 |

☒ $ 26.30 CASH DISCOUNT ALLOWED IF PAID BY 3/24/77
☐ NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

INVOICE

W. R. GRACE & CO.

GRACE

# ZONOLITE

CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093 CHICAGO, ILLINOIS 60680

9/23/71

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NO. | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 10/1/71 | 41-095 | 1-024-095 | 663 | 662 | 315 | | 9/22/71 |

| SHIPPED VIA | CUST. NO. | SHIPPED FROM | CAR NO. | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|---|
| ACB PPD | 25472 | OMAHA | | 662-013 | |

SOLD TO:
SCHONEMGERDT PLASTERING CO.
1016 W. 26 TH ST.
KANSAS CITY, MISSOURI

SHIP TO:
SAME
% INDEPENDENCE SANITARIUM
1509 W. TRUMAN RD
INDEPENDENCE, MO.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 600 | 600 | BAGS MONOKOTE (41-06-01-1-19) | 2.70 | $1620.00 |
| | | SALES TAX | | 48.40 |
| | | | | $1668.40 |

☐ $ 32.40 CASH DISCOUNT ALLOWED IF PAID BY 10/16/71
☐ NO CASH DISCOUNT – NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

MO 49

