# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------x
                                 :
IN RE:   ASBESTOS SCHOOL         :
         LITIGATION              :
---------------------------------x   MASTER FILE NO. 83-0268
                                 :
THIS DOCUMENT RELATES TO:        :
ALL ACTIONS                      :
                                 :
---------------------------------x

---

MEMORANDUM OF NATIONAL GYPSUM COMPANY,
UNITED STATES GYPSUM CO., AND W.R. GRACE & CO.
IN SUPPORT OF CERTIFICATION OF A
MANDATORY CLASS ACTION AGAINST ALL DEFENDANTS

---

The cases pending before this Court are but two of thirty-seven cases pending in federal and state courts through- the country arising from the presence of asbestos-containing products in school buildings  In addition, defendants have received demand letters from numerous other school boards where we believe suit is imminent  Thus, we are beginning to see in asbestos school litigation the first saplings of a forest potentially similar to the asbestos personal injury litigation with which the courts and defendants are all too familiar

The legal system is being asked to make complex factual determinations on issues where there is a rapidly growing -- but conflicting -- body of medical and scientific thought  Decisions made will necessarily have a great impact on the school boards



of class members against the other defendants in this litigation.

                                                           Respectfully submitted,

SCHNADER, HARRISON, SEGAL &      Lawrence T. Hoyle, Jr.
   LEWIS                                     Attorney for National
Suite 3600                                 Gypsum Co.
1600 Market Street
Philadelphia, Pennsylvania 19103

HERRICK & SMITH                   Shepard M. Remis
100 Federal Street                Attorney for W.R. Grace & Co.
Boston, Massachusetts 02110

MORGAN, LEWIS & BOCKIUS        Richard P. Brown, Jr.
2000 One Logan Square          Attorney for U.S. Gypsum Co.
Philadelphia, Pennsylvania 19103

                              Of Counsel

Dated    May 2    1984.