# EXHIBIT
# 6

Westlaw.

55 FR 5144-01                                                      Page 1
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

NOTICES

ENVIRONMENTAL PROTECTION AGENCY

[OPTS-62085;   FRL-3687-9]

Asbestos;   Publication of Identifying Information

Tuesday, February 13, 1990

AGENCY: Environmental Protection Agency (EPA).

ACTION: Notice.

SUMMARY: This notice provides summaries of the information submitted to EPA by
manufacturers and processors of certain asbestos products in accordance with the
Asbestos Information Act of 1988 (the Act). It also explains how individuals may
obtain more or all of the information submitted to EPA.

FOR FURTHER INFORMATION CONTACT: Michael M. Stahl, Director, Environmental
Assistance Division (TS-799), Office of Toxic Substances, Environmental Protection
Agency, Rm. E-545, 401 M St., SW, Washington, DC 20460, (202) 554- 1404, TDD:
(202) 554-0551.

SUPPLEMENTARY INFORMATION:

I. Background

   On October 31, 1988, the President signed into law the Asbestos Information Act of
1988, Pub. L. 100-577 (the Act), which requires former and current manufacturers
and processors of certain asbestos products to submit information identifying their
products to EPA and requires EPA to organize and publish the submitted information.
EPA issued a notice in the Federal Register of April 18, 1989 (54 FR 15622), which
explained how and where these manufacturers and processors were to submit the
information required by the Act. On August 7, 1989, EPA issued a notice in the
Federal Register (54 FR 32430) which established a deadline of October 6, 1989, for
these manufacturers and processors to submit to EPA the information required by the
Act. On September 20, 1989, EPA issued a notice in the Federal Register (54 FR
38736) which informed submitters of information under the Act that EPA will not
accept claims of business confidentiality.

II. Summaries of Information Submitted to EPA

   Most of the manufacturers which submitted information to EPA provided a summary of
the required information in the order that the Agency requested in Unit II of the
April 18, 1989 Federal Register notice.   EPA requested summaries from the
manufacturers, because the Agency anticipated that the total amount of information
submitted would be too voluminous to publish easily. That has proven to be the

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                                Page 2
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

case.    Therefore, EPA has decided to publish in this Federal Register notice only
summaries of the information submitted. Instructions on how to obtain any or all
additional information submitted to EPA are available in Unit III of this notice.

In some cases, EPA has reorganized the submitted information into a uniform
summary format for inclusion in this Federal Register notice.    However, the
substance of the information submitted to EPA has not been altered.

Summaries of the information submitted to EPA before November 17, 1989 are
included below in alphabetical order by name of manufacturer:

1. The Amtico Division of American Biltrite Inc.

(a) Name and address of manufacturer. The Amtico Division of American Biltrite
Inc., 3131 Princeton Pike, Lawrenceville, NJ 08648.    Prior to American Biltrite's
purchase of the assets for producing vinyl asbestos tile and asphalt tile in
Hamilton Township, NJ from Bonafide Mills Inc. on January 1, 1961, Bonafide Mills
manufactured vinyl asbestos tile, asphalt tile (containing asbestos), and sheet
vinyl flooring utilizing an "asbestos felt backing" at this same location.
American Biltrite Inc. has no records regarding dates or patterns of vinyl asbestos
tile manufactured by Bonafide Mills prior to American Biltrite's purchase on
January 1, 1961.    Prior to American Biltrite's purchase of the assets for
producing sheet vinyl flooring in Norwood, MA from New London Mills in 1974, New
London Mills manufactured sheet vinyl flooring utilizing an "asbestos felt backing"
at this same location.    American Biltrite has no records regarding dates or
patterns of sheet vinyl flooring produced by New London Mills prior to American
Biltrite's purchase in 1974.

(b) Years of manufacture. 1961 through 1980.

(c) Types or classes of products. Vinyl asbestos floor tile, asphalt tile
(containing asbestos), and sheet vinyl flooring (utilizing an asbestos felt
backing).

(d) Other identifying characteristics. Vinyl asbestos floor tile (produced January
1, 1961 through early December 1985) was available in a variety of colors,
patterns, and surface textures.    Many of the same colors, patterns, and surface
textures produced prior to December 1985, which contained asbestos, have
subsequently been produced in the non-asbestos tile construction after December
1985 and have the same visual appearance as the former asbestos-containing tile.

Asphalt tile containing asbestos (produced January 1, 1961 through 1970) was also
marketed as plastic asphalt floor tile.    It was available in a variety of colors,
patterns, and surface textures, including:   travatile, dot, cork, and marbleized.

Sheet vinyl flooring (produced January 1, 1962 to 1968, and 1974 through 1980)
utilized an "asbestos felt backing" (flooring felt containing asbestos) bonded to
the under side of the vinyl sheet flooring.    It was available in a variety of
colors, patterns, and surface textures; among the styles were: Casa Royale, Sun
Court, Sunfire, Serenata, Natural State, Forum, Chatam Square, Royal Clan, Suntide,
Contessa, and Kings Inn.

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                                                    Page 3
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

(e) Additional information. Additional information is available.

2. Armstrong World Industries, Inc.

(a) Name and address of manufacturer. Armstrong World Industries, Inc., formerly known as Armstrong Cork Company, P.O. Box 3001, Liberty and Charlotte Streets, Lancaster, PA 17604. Predecessors: Forms + Surfaces, Inc., Box 5215, Santa Barbara, CA 93150; and The W. W. Henry Company, 5608 Soto Street, Huntington Park, CA 90255.

(b) Years of manufacture. 1909 through April 1987.

(c) Types or classes of products. Thermal system insulation material, fire-resistant vapor barrier and adhesive for cork, resilient floor tile, lining felt and backing for sheet vinyl, asphalt "cutback" floor tile adhesive, acoustic cement, and decorative wall treatment.

(d) Other identifying characteristics. Nonpareil High Pressure Covering, Block, and Cement (produced 1909 to 1932 by Armstrong) were high temperature thermal system insulations for pipe covering and block and cement. These products were last offered more than 50 years ago. The only formula information available to Armstrong is that which is taken from the United States Patent Office documents.

LT Cork Covering (produced with asbestos 1956 to 1959 by Armstrong) was a low temperature thermal system cork insulation. It was a wrap-around insulation consisting of wedge-shaped cork segments cemented to a laminate consisting of aluminum foil and asbestos paper. It is unique in its appearance and can be easily distinguished visually by its physical structure.

Armaspray (produced 1966 to 1968 by Armstrong) was a spray- on thermal system insulation.

*5145 CC Navy Sealer (LT Sealer) (produced approximately 1942 to 1962 by Armstrong) was a fire-resistant vapor barrier and adhesive for cork. CC Navy Sealer was light tan in color and had a trowel and brush consistency; LT Sealer was white and had a trowel and brush consistency.

Vinyl Composition Tile (produced with asbestos 1954 to June 1981 in a commercial grade and 1954 to 1982 in a residential grade by Armstrong) was a resilient floor tile made of non- friable material. Visual identification may be possible using designated pattern book volumes.

Rubber Tile (produced with asbestos 1955 to 1966 by Armstrong) was a resilient floor tile made of non-friable material. Visual identification may be possible using designated pattern book volumes.

Asphalt Tile (produced 1931 to 1972 by Armstrong) was a resilient floor tile made of non-friable material. Visual identification may be possible using designated pattern book volumes.

Hydrocord (produced 1955 to 1983 by Armstrong) was a lining felt and backing for sheet vinyl made of non-friable material.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

S-89 (produced with asbestos 1965 to January 1983 by Armstrong) was an asphalt "cutback" floor tile adhesive.   It was non-friable, black in color, and had a dried consistency of a heavy-bodied tar.

S-90 (produced with asbestos 1934 to January 1983 by Armstrong) was an asphalt "cutback" floor tile adhesive.   It was non-friable, black in color, and had a dried consistency of a heavy-bodied tar.

Acoustic Cement, also known as 314 Acoustic Cement, (produced as an asbestos-containing material 1945 to 1953 by Armstrong) was an adhesive for acoustical tile installation.   It was used for chemical bonding of the acoustic ceiling tiles to a structural member.

"Bonded Bronze" Panels (produced 1970 to 1971 by Forms + Surfaces) used a commercially available asbestos cement board as a backing material and had an end use as decorative wall treatment.   Forms + Surfaces was not the manufacturer of the asbestos cement board and, therefore, the type and percentage of asbestos and other formula information is unknown.

232 Asphalt Cutback Adhesive (produced with asbestos November 1965 to April 1987 by The W. W. Henry Company) was a floor tile adhesive.   It was a non-friable asphalt cutback adhesive, black in color with a dried consistency of a heavy-bodied tar.   Formula information for 232 Asphalt Cutback Adhesive is as follows: 63% asphalt by weight, 5% chrysotile asbestos, and 32% solvent.

(e) Additional information. Additional information is available.

3. The BFGoodrich Company

(a) Name and address of manufacturer. The BFGoodrich Company, 3925 Embassy Parkway, Akron, OH 44313.

(b) Years of manufacture. Approximately 1945 through 1963.

(c) Types or classes of products. Floor tile.

(d) Other identifying characteristics. Self-explanatory by class description.

(e) Additional information. No additional information is available.

4. The Celotex Corporation

(a) Name and address of manufacturer. The Celotex Corporation, P.O. Box 31602, Tampa, FL 33631-3062.   Predecessors: Panacon Corporation, Briggs Manufacturing Corporation, Philip Carey Corporation, Smith & Kanzler Company, Glen Alden Corporation, and Philip Carey Manufacturing Company.

(b) Years of manufacture. 1906 through 1984.

(c) Types or classes of products. Surfacing material, thermal system insulation (pipe coverings and block, cements, accessory products), and miscellaneous

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(d) Other identifying characteristics. Spraycraft surfacing material (produced 1969 to 1971) was 35% asbestos, 60% mineral wool, 2.5% white cement, 2.5% clay.

The following were pipe covering and block products:

85% Magnesia (produced 1906 to 1961) was 85% magnesia, 11 to 15% asbestos (filter molded);

Super Light 85% Magnesia (produced 1951 to 1958) contained normal carbonate magnesium, 15% asbestos (precision molded);

Alltemp (produced 1954 to 1958) was 60% perlite, 20% magnesia plastic, 10% bentonite clay, 10 to 12% asbestos;

Careytemp (produced 1958 to 1969, asbestos removed 1969) was 90% perlite, 6 to 7% asbestos and binders;

Paper Pipe Products (produced 1906 to the early 1970's) contained approximately 60% asbestos, 25% organic fiber, 15% silicate.   Product names: Aircel, Careycel, Carocel, Defendex, Excel, Glosscell, Multi-Ply.

Asbestos Sponge contained 60% asbestos, 2 to 3% asbestos sponge, organic felt, and silicate.

Fyrex contained 60+% asbestos, organic material, and silicate.

Other Pipe Coverings (produced 1906 to February 1967): Tempcheck--20% magnesium plastic, 60% diatomaceous earth, 20% asbestos; Hi-temp 19--80% diatomaceous earth, 20% asbestos; Hi-temp 12 and 15--60% diatomaceous earth, 20% magnesia plastic, 20% asbestos; Careytemp Aluminum Jacketed and Traced Pipe Insulation--Careytemp with aluminum or stainless steel jacket; Careytemp 2000--93.6% diatomaceous earth, 6.4% asbestos; Dual Careytemp--2% bentonite clay, 17% starch, 19% phenolic resin, 10% asbestos; 62% perlite.

The following were cement products:

707 Cement (produced 1906 to 1960) contained 43% asbestos, 57% ground gypsum;

Super 606 Cement (produced 1906 to 1960) contained 20% bentonite, 10% kaolin clay, 10% asbestos, 60% mineral wool;

100 Cement (produced 1906 to 1967) contained 55% asbestos, 50% gypsum;

303 Cement (produced 1906 to 1967) contained 55% asbestos, 35% gypsum, 10% kaolin clay;

Careytemp Finishing Cement (produced 1966 to 1968) contained cement, bentonite clay, perlite, 22% asbestos, limestone, silica, wetting agent;

MW-0 Cement (produced 1950 to 1952) contained 70% mineral wool, 10% asbestos, 20%

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                    Page 5
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

55 FR 5144-01                                                        Page 6
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

bentonite clay;

 MW-0 Cement (produced 1940 to 1967) contained 90% mineral wool, 10% asbestos;

 LF-0 Asbestos Cement (exact date manufacture began is unknown; manufactured up to
1967) contained 60 to 70% asbestos, kaolin clay, hardeners;

 Vitricel Cement (10 and 19) (produced 1940 to 1967) contained 15 to 25% asbestos,
50% cement/slate flour;

 A-01 Cement (produced 1906 to 1967) contained 100% asbestos;

 7M-0 Asbestos Shorts Cement (produced 1950 to 1977, brokered) contained 100%
asbestos.

 The following are accessory products:

 45-pound Asbestos Waterproof Jacket (produced 1906 to 1982) contained 85%
asbestos, asphalt, organic paper fillers;

 Asbestos Rope and Wick (produced 1925 to 1945) contained 85% asbestos, 15% cotton
fiber;

 Asbestos Papers and Roll Boards (produced 1906 to February 1982) contained 60 to
80% asbestos, organic fiber, silicate;

 Asbestos Tank Jackets (produced 1906 to 1945) contained 60% asbestos, 25% organic
fiber, 15% silicate;

 Thermalite (produced 1906 to 1937) contained 85% asbestos, 15% sodium silicate;

 *5146 Firefoil Board and Panel (produced 1940 to 1960) contained 60% asbestos, 25%
organic fiber, 15% silicate;

 Vitricel Asbestos Sheets (produced 1941 to 1960) contained 60% asbestos, organic
fiber, silicate, waterproofing solution;

 Thermotex-B (produced 1906 to 1984) contained 14% asbestos, asphalt and mineral
stabilizer;

 228 Fibrated Emulsion (manufacture began 1906, exact date manufacture stopped is
unknown) contained bentonite clay, asphalt, 3.6% asbestos;

 Insulation Seal (produced 1930 to 1984) contained 20% asbestos, asphalt cutback,
naphtha, mineral spirits;

 Fire Resistant Insul Seal (years of production unknown) contained 20% asbestos,
asphalt and chlorinated solvent;

 Fibrous Adhesive (1906 to 1984) contained 85% sodium silicate, 15% asbestos;

 BTU Cement (produced 1930 to 1965) contained 25 to 30% asbestos, asphalt cutback;

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Careytemp Adhesive (produced 1961 to 1968) contained 80% silicate, 15% asbestos, 4.8% diatomaceous earth, 2% wetting agent.

The following are miscellaneous materials:

Thermo-bord (produced 1925 to 1969) contained non-asbestos insul covered with A-C sheets (20% asbestos);

Industrial A-C Boards (produced 1925 to 1970) contained 78% cement, 22% asbestos;

Cemesto Board (produced 1930's to early 1960's) was similar to Thermo-bord;

Marine Panel (produced 1941 to 1950) contained Aircel and asbestos cement (60% asbestos);

Millboards (produced 1906 to February 1982) had various formulations: 65 to 97% asbestos and cement, clay, or starch;

Careyduct (produced 1940 to 1955) contained 60 to 85% asbestos, 15 to 40% starch;

Carey Asphalt Floor Tiles (produced 1930's to 1975) contained 40% asbestos, 60% asphalt and sand;

Careyduct Adhesive (produced 1940 to 1955) contained 15% asbestos, 85% sodium silicate;

Ceiling Tiles (produced 1960 to 1975) contained 1.5 to 3% asbestos, 70 to 72% mineral wool, 18% clay, 7% starch, and 1 to 2% wax.

(e) Additional information. No additional information is available.

5. Congoleum Corporation

(a) Name and address of manufacturer. Congoleum Corporation, P.O. Box 3127, Trenton, NJ 08619.

(b) Years of manufacture. 1947 through 1983.

(c) Types or classes of products. Counter tops, asphalt tile, vinyl asbestos tile, 6 foot sheet flooring, sheet flooring with asbestos felt.

(d) Other identifying characteristics. Counter tops (produced 1952 to 1960) were available in a variety of patterns and styles, including: Vinyl Top, Nairon Top, Viscount, and Marble.

Asphalt Tile (produced 1952 to 1971) was available in a variety of patterns and styles, including: Gala, Corkette, Tweed Texture, Featherveining, and Sequin.

Vinyl Asbestos Tile (produced 1959 to 1975) was available in a variety of patterns and styles, including: Thru Style, Grandview, Corinthian, Selected Color Series, Cameo, Samara, Fontenay, Shelburne, Regalwood, Sunburst, Bedford Slate, Canyon

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

Page 8

Stone, English Brick, Park Ridge, Sonoma, Caribbean, Catalina, Woodgrain, Cimarron, Parthenon, Capella, Orion, El Camino, Feathervein, Brushwood, Sparklewood, Gala, Vinylstone, Romanaire, Rondelle, Dominique, Woodgrain, Travertine, Ranch Tile, Corsicana, Corinthian, Dominique, Carillon, Manorwood, Aztec, San Paulo, Libra, Capella, Venus, Orion, Fontenay, Ventura, and Shelburne.

Tile (produced 1952 to 1962) was available in a variety of patterns and styles, including: Standard, Venetian, Designer, Bermuda Hues, Tiffany Vinyl Tile, Translucent Vinyl Tile, Vinyl Dynasty Tiles and Tile Inserts, Berylstone, Sequin, Venetian, and Marble.

Asbestos Sheet Flooring (produced 1974 to 1977; 1981 to 1983) was available in a variety of patterns and styles, including: Ultraflor, Ultraflor Majestic, Ultraflor Regal, Reflection, Fashionflor, Prestige, Dynasty, Pavillion, Spring, Highlight, Cushionflor Supreme, Villager, Pacemaker, Profile, and Flor-Ever.

6 Foot Sheet Flooring (produced 1952 to 1954) was available in a variety of patterns and styles, including: Vinylflor, Berylstone, Marble, and Picnic.

Sheet Flooring with Asbestos Felt (produced 1965 to 1980) was available in a variety of patterns and styles, including: Pebble, Brick, Colony Square, Georgian Marble, Persian Tile, Casa Grande, Town & Country, Williamsburg Brick, The Rembrandt, The Stuart, The Degas, The Goya, Caliente, Hampstead Brick, Royal Court, Westbury, Fairmont, Topaz, La Mesa, Colonnade, Majesty, Espana, Pennhurst, Camelot, Italian Terrazzo, and Willowbrook.

(e) Additional information. Additional information is available.

6. Eagle-Picher Industries, Inc.

(a) Name and address of manufacturer. Eagle-Picher Industries, Inc., 580 Walnut Street, Cincinnati, OH 45202. Corporate Predecessors: The Eagle-Picher Company, The Eagle-Picher Lead Company.

(b) Years of production. 1930 through 1971.

(c) Types or classes of products. Insulating cement, insulating and finishing cement,

(d) Identifying characteristics. Super "66" asbestos-containing insulating cement, formerly called Eagle "66," was manufactured from 1930 to August 1971. Super "66" was an insulating cement which dried to a grayish-white color with dark mineral wool fiber nodules of generally uniform size ( 1/4 '' to 1/2 ' ''), evenly dispersed through the binder, and compressible and resilient when pressed between the fingers. Super "66" was formulated as follows: 42 to 67% granulated mineral wool (dark) fiber nodules by weight; 22 to 33% (1931 to 1963) and 44 to 52% (1963 to 1971) bentonite clay by weight; 8 to 10% (1931 to 1963) and 3 to 4% (1964 to 1971) chrysotile asbestos fibers by weight; less than 5% other ingredients by weight.

One-Cote Insulating and Finishing Cement was manufactured from 1960 to August 1971. One-Cote was a hydraulic setting insulating and finishing cement which

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                             Page 9
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

dried to a smooth, white to off-white, hard finish with high compressive strength
and abrasion resistance.   It contained dark mineral wool fiber nodules of
generally uniform size ( 1/8 '' to 3/8 ''), evenly disbursed through the binder,
and compressible and resilient when pressed between the fingers. One-Cote was
formulated as follows:  19 to 31% granulated mineral wool (dark) fiber nodules by
weight;  27 to 33% portland cement by weight;  5 to 18% (1960 to 1966) and 23 to
35% (1967 to 1971) bentonite clay by weight;  24 to 30% (1960 to 1966) and 7 to 14%
(1967 to 1971) diatomaceous earth by weight;  5 to 6%  (April 1960 to 1967) and 2
to 5% (1968 to August 1971) chrysotile asbestos fibers by weight (product did not
contain asbestos prior to April 1960 or after August 1971);  less than 4% other
ingredients by weight.

  Eagle-Picher has developed an extensive set of analytical procedures and testing
protocols specifically designed for precise identification of distinguishing
characteristics of Eagle-Picher's Super "66" and One-Cote in the laboratory
setting.   For further information and assistance in performing the analytical
procedures *5147 contact James A. Ralston at the address provided above in 6(a).

  (e) Additional information. No additional information is available.

7. Fibreboard Corporation

  (a) Name and address of manufacturer. Fibreboard Corporation, 1000 Burnett, Galaxy
Office Park, Concord, CA 94520.   Formerly Fibreboard Paper Products and Pabco
Corporation.

  (b) Years of production. 1920 to 1971.

  (c) Types or classes of products. Block, pipe- covering, and cement thermal
insulation, thermal insulating cement, floor covering, cement products, roof paint,
floor- coating asphalt saturated felts or roll roofings with asbestos-containing
base sheets, caulking compounds, plastic cements, gypsum board, taping and
finishing compounds, insulating tape, and gaskets and packings.

  (d) Identifying characteristics. Prasco, a block, pipe-covering, and cement
thermal insulation manufactured from about 1928 to 1957, contained 85% diatomaceous
earth and binders and about 15% asbestos (color:  yellow or red).

  85% magnesia block, pipe-covering, and cement thermal insulation manufactured from
about 1928 to 1966, contained about 85% or more basic magnesium carbonate and 15%
or less asbestos (color:  white).

  Caltemp (or Caltherm), a block, pipe-covering, and cement thermal insulation
manufactured from about 1952 to 1968, contained about 88% calcium silicate and
about 12% asbestos (color:  pink until mid-1960's, then white or gray).

  Supercaltemp, a block, pipe-covering, and cement thermal insulation manufactured
from the late 1960's until 1971, contained calcium silicate and other non-asbestos
material increasing from about 88% to 96 1/2 %, and asbestos material decreasing
from about 12% to 3 1/2 % (color:  white or gray).

  FI thermal insulating cement, manufactured from about 1963 to 1966, contained

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

about 95% calcium silicate and binders and about 5% asbestos (color: pink until mid-1960's, then white or gray).

No. 127 thermal insulating cement, manufactured from about 1966 to 1971, contained about 95% calcium silicate and binders and about 5% asbestos (color: white or gray).

Aircell or asbestos paper insulation, manufactured prior to 1948, was composed of asbestos paper and sodium silicate (color: grayish).

Kaylo, LK Insulation, and Pyrocal, block and pipe-covering thermal insulation, under rebrand agreements and specifications for Owens-Corning Fiberglas, Armstrong Contracting and Supply, and PPG Industries, respectively, were manufactured 1960 to 1971, 1964 to 1971, and 1968 to 1971.

Pabco Floron floor covering, manufactured from about 1952 to 1954, contained about 15% asbestos.

Colorok, Stormlap, Pabflex, and Stonite asbestos-cement products, manufactured from about 1948 to 1963, contained portland cement and about 15-20% asbestos.

Alumishield roof paint, manufactured from about 1946 to 1968, and Gripdeck floor-coating, manufactured from about 1942 to 1968, contained paint vehicles, pigments, and about 5 to 10% asbestos.

Asphalt-saturated felts or roll roofings, manufactured sporadically from 1920 to 1968 at various locations, may have had asbestos-containing base sheets.

Caulking compounds, plastic cements, and roof coatings manufactured until 1968 may have contained about 5 to 10% asbestos.

Flamecurb gypsum board, manufactured from about 1951 to 1960, contained a small percentage of asbestos.

Gypsum board and lath, manufactured for a few months in 1954, contained 0.2 to 0.3% asbestos.

Taping and finishing compounds, manufactured from about 1951 to 1960, contained about 5 to 10% asbestos.

Insulating tape manufactured in the 1940's may have contained some asbestos.

Gaskets, packings, and a product called Asbestofelt manufactured by a predecessor prior to 1948 may have contained some asbestos, and said predecessor may have sold some asbestos- cement roofing, siding, refractories, textiles, paper, millboard, or other materials manufactured by others which may have contained some asbestos.

(e) Additional information. Additional information is available.

8. The Flintkote Company

(a) Name and address of manufacturer. The Flintkote Company, 100 The Embarcadero,

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Third Floor, San Francisco, CA 94105.

 (b) Years of manufacture. 1945 through 1982.

 (c) Types or classes of products. Vinyl asbestos floor tile, floor tile cements.

 (d) Other identifying characteristics. Vinyl Asbestos Floor Tile (produced 1945 to
November 1980) was manufactured and sold in hundreds of patterns and color
combinations.   The amount of chrysotile fiber contained in the product varied, but
generally ranged from 5 to 25%.   No physical or chemical testing protocol is known
for Flintkote floor tile, however, it can be identified through visual inspection
by persons knowledgeable in the trade.

 GF-8/R-14-C Floor Tile Cements (produced 1945 to approximately 1982) contained
chrysotile.   The amount of chrysotile fibers contained in these products ranged
from approximately 5 to 11%.   No physical or chemical testing protocol is known
for Flintkote floor tile cements.

9. GAF Building Materials

 (a) Name and address of manufacturer. GAF Building Materials Corporation, 1361
Alps Road, Wayne, NJ 07470.   Predecessor:  The Ruberoid Company.

 (b) Years of manufacture. 1928 through 1981.

 (c) Types or classes of products. Pipe covering, asbestos paper and millboard
products, and insulating cements.

 (d) Other identifying characteristics. Calsilite (produced from approximately 1944
to June 1947 for the U.S. Navy;  from July 10, 1947 to March 7, 1949 by Ruberoid on
an experimental basis;  from March 7, 1949 to 1967 by Ruberoid on a commercial
basis;  in 1967 by Aniline & Film Corporation on a commercial basis;  and from 1968
to October 1971 by GAF Corporation on a commercial basis) was a pipe covering and
block insulation.   Calsilite was a lightweight, hard, calcium silicate insulation
designed to withstand temperatures up to 1250 ° F.   Calsilite pipe covering was
manufactured in 3 foot lengths and in varying thicknesses.   It was available in
half-sectional pieces, and, at various times, in three-segmental and regular
segmental shapes, for assembly around a pipe in single or double layers.   Pipe
covering normally was provided with standard weight cotton or canvas jackets
applied with silicate of soda.   No "T's," elbows or joints were produced.   Flat
Calsilite blocks were manufactured, at various times, in 18'' or 36'' lengths, in
widths from 3'' to 36'', and in thicknesses up to 4''.   Six-inch wide curved
segmental blocks, capable of contouring more easily for insulation of large pipes
and circular vessels, also were available.   Calsilite was manufactured by a "pan-
molding" method until 1964 when Ruberoid began using a "filter-press" method or
process.

 Pan-molded Calsilite was grayish-white and relatively smooth, with some small
holes.   Calsilite filter press was grayish-white with screen marks on the outer
surfaces.   Calsilite-Hi, developed in or around 1960, could withstand temperatures
up to 1,800 ° F.   In the mid-*5148 to-late 1960's, Ruberoid developed Calsilite
SS, an "inhibited" product designed specifically to prevent stress corrosion and

     ®  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

cracking of stainless steel piping.   In addition to formula changes made in connection with product development, the Calsilite formula was adjusted often in order to compensate for changes in the quality and availability of raw materials.

Asbestos Paper and Millboard Products (produced by Ruberoid from 1928 to 1967, by General Aniline & Film Corporation in 1967, and by GAF Corporation from 1968 to 1981).   Asbestos paper was designed to be used alone or in the manufacture of other products.   It was manufactured in various thicknesses, according to customer specifications.   Asbestos paper had a temperature limit of 250 ° F. Its primary constituent was chrysotile asbestos, generally a mixture of grades 5 to 7.   Other constituents included sulphite pulp, diatomaceous earth, and starch, although in the early years of manufacture this product may have consisted only of chrysotile and starch (which was sometimes in the form of tapioca).

Rollboard was an asbestos paper product, consisting of plies of asbestos paper bonded together without glue to create thicknesses varying from 1/16'' to 1/8''. Rollboard had a temperature limit of 250 ° F.

Millboard was a stiffer product than asbestos paper or rollboard and was manufactured in sheets of varying thicknesses according to customer specifications. Millboard consisted generally of chrysotile asbestos, (usually grades 5D, 5R, and 6D), sulphite pulp and often other constituents, bonded with portland cement and/or starch.   In later years, at least as early as 1974, latex was added as a binder.

Corrugated asbestos paper was designed to be used alone or in the manufacture of other products.   It was made in three types:  1/4 '' thickness per ply (4 plies per inch);  1/8 '' thickness per ply (6 plies per inch);  and 1/16 ' '' thickness per ply (8 plies per inch).   It was manufactured by adhering 36''' to 37 1/2 '' wide flat sheets of asbestos paper (usually 6 lb. paper) with silicate of soda to sheets of the same paper which had been corrugated using characteristic "Roman Arch" shaped corrugations, 26 to 28 to the inch. Its constituents were those of the asbestos paper from which it was constructed.   Corrugated asbestos paper was sold in 250 and 500 square foot rolls.

Air Cell was a corrugated asbestos paper product manufactured from 1928 to approximately 1958.   It was constructed of layers to the thickness specified by the customer of 36 or 37 1/2 '' wide flat asbestos paper which was adhered to corrugated asbestos paper with silicate of soda.   The corrugations of this product had a characteristic "Roman Arch" shape.   As of 1938, the corrugated paper component had 28 corrugations per lineal foot.   Each ply was 1/4 '' thick and air cell came in three standard thicknesses--2-ply, 3-ply, and 4- ply.   Air cell pipe covering, sheets and blocks were sold.   Often a canvas, cloth, or pyroxiline jacket was applied to the outer surface of air cell pipe covering with an adhesive, usually a starch or cereal paste. 2 1/2 brass lacquered bands were provided for each canvas-jacketed section of air cell pipe covering to hold it to the pipe. With the pyroxiline jacket, three 1'' wide black japan bands were supplied with each section.   Air cell had a temperature limit of 250° to 350 ° F.   Prior to 1935, air cell may have been sold only under the name "Celasbestos," which was available in 5, 6, 7, and 8-ply versions and well as 1-4 ply versions.

Watocell was a corrugated asbestos paper product manufactured as Watocoel from 1928 to 1934, as Supercell from 1935 to 1942, and as Watcocell from 1942 to 1960.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

In 8-ply per inch Watcocell, the corrugations were 1/16 '' thick; in 6-ply, the
corrugations measure about 1/8 '' thickness.  Watcocell was sold in rolls, sheets,
and blocks.   Watcocell's temperature limit was 250 ° F.

Imperial insulation was manufactured from at least 1936 to approximately 1960.
It had a temperature limit of 500° to 700 ° F.   Imperial paper consisted of two
plies of flat asbestos paper which were passed through an indenting roll resulting
in a waffle-like appearance with closely spaced square indentations.

Imperial pipe covering was wound on a mandrel to achieve the desired thickness and
canvas-covered.   In early years of production, layers of Imperial may have been
stapled together or stitched with strands of wire rather than wound on a mandrel.
Imperial sheets and blocks were made of layers of Imperial paper glued to the
desired thickness with a fireproof glue, such as silicate of soda.   This product
was sold with a canvas, asphalted felt, or pyroxylin jacket.

Aristo Insulation was listed for sale in and around 1940, but the years of
manufacture of Aristo Insulation are unknown.   It was a corrugated asbestos paper
product with carefully measured indentations and 23 to 25 laminations per inch of
thickness.   Its temperature limit was 700° to 750 ° F.   The asbestos paper used in
this product was treated with a surface treatment, possibly Bennett size.   This
product was sold in a standard thickness of one inch, but often was used in
thicknesses up to and exceeding three inches.   Standard canvas and waterproof
jackets were available for this product.

Sponge felt was manufactured from 1936 to approximately 1960.   It consisted of
asbestos sponge paper made by imbedding small pieces of sponge into asbestos paper.
Its temperature limit was 750 ° F.   It was sold in 36'' wide rolls, sheets, and
blocks which were produced in the same manner as Imperial products.

Woolfelt, a wool or rag felt insulation manufactured from 1928 to approximately
1959, did not contain asbestos, but was sometimes sold with an asbestos paper liner
or backing paper.   Tar-lined woolfelt was sold with a tar paper liner which did
not contain asbestos.   Twin-purpose woolfelt was sold with a liner of asphalt
coated asbestos paper.

Anti-Sweat Pipe Covering was manufactured until approximately 1958, and intended
exclusively for residential use on cold water pipes.   At least as early as 1936
this product was composed of an inner layer of asphalt-saturated asbestos paper
followed by a 1/2 '' layer of woolfelt, two layers of asphalt-saturated asbestos
paper, another 1/2 '' layer of woolfelt, and two final layers of asphalt-saturated
asbestos paper.   The outermost layer had a flap extending at least 3 inches beyond
the longitudinal joint.   GAF does not know whether a jacket was ever provided with
this product.   This product was sold in 36" wide rolls and had a temperature limit
of 50 ° F.

Frost-Proof Pipe Covering was apparently constructed of a layer of felt made from
cattle, goat, or other animal hair with layers of asphalt-saturated asbestos paper
and a layer of woolfelt.   Its years of manufacture, appearance, and temperature
limit are unknown to GAF.

Range Boiler Jacket consisted of a series of plies of corrugated asbestos paper

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                          Page 14
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

built up to the required thickness on mandrels that were the same size as the range
boilers the product was designed to fit.   The corrugated paper used was a coarse
variety with 4 plies per inch of thickness.    These jackets were furnished in two
sections--upper half and lower half.    Five extra-wide bands were provided to
attach the jacket to the range boiler.    The outside surface was painted or covered
with canvas.    GAF does not know the years of manufacture of this product.

115 Insulation Cement was a chrysotile asbestos product which, in some instances,
was produced at Ruberoid/GAF's Vermont facility and in *5149 other instances was
purchased from various other asbestos suppliers and resold.    Some of the product
purchased from other suppliers may have been milled again at Ruberoid/GAF's Vermont
facility prior to resale.    Asbestos insulation cements produced at GAF's Vermont
facility could generally be distinguished from asbestos insulation cements produced
by other manufacturers inasmuch as the Vermont product was a slip chrysotile
asbestos rather than a cross vein asbestos and was generally of a lower grade and
contained a greater percentage of impurities, such as dirt and rock particles.    It
is believed that this product was sold from at least as early as 1937 to 1975.    It
is believed that the "115" designation was employed from approximately 1950 to 1975
and the designation "Grade B" was also employed in years prior to 1950. The basic
ingredients of this cement product were:  chrysotile determined to pass the 0-0- 1-
15 Quebec test, and impurities (dirt, rock, earth).   The particular formulas
utilized by entities which purchased this product for construction are not known by
GAF, but this product was normally mixed with portland cement, water, and/or other
substances.

214 Insulation Cement was also a chrysotile asbestos product which, in some
instances, was produced at GAF's Vermont facility and in other instances was
purchased from various other asbestos suppliers and resold.    Some of the product
purchased from other suppliers may have been milled again at Ruberoid/GAF's Vermont
facility prior to resale.    Ruberoid/GAF's Vermont product was a lower grade cement
which contained a greater percentage of impurities, such as dirt and rock
particles, making it lightly mottled and giving it an overall darker appearance.
It is believed that this product was sold from at least as early as 1937 to 1975.
It is believed that the "214" designation was employed from approximately 1950 to
1975 and the designation "Grade BB" was also employed in years prior to 1950.    The
basic ingredients of this cement product were:  chrysotile determined to pass the
0-0-2-14 Quebec test, and impurities (dirt, rock, earth).    The particular formulas
utilized by entities which purchased this product for construction are not known by
GAF, but this product was normally mixed with portland cement, water and/or other
substances.

Calsilite Insulation Cement was a combination of chrysotile asbestos fiber, ground
Calsilite pipe covering or block, and portland and other cements.    It is believed
that this product was made with Vermont-produced asbestos and thus contained
certain impurities, such as rock, dirt and earth particles.    This product was
never widely or frequently sold.    To the extent that such sales took place, they
ceased completely in or around 1960.

Grade AA Insulating Cement was manufactured by Ruberoid using a high grade of pure
asbestos fiber together with suitable binding materials that had low conductivity.
It was designed to yield a hard, durable surface.    Its temperature limit was 1,200
° F.

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                   Page 15
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

Grade A Insulating Cement was a factory-prepared cement consisting of fibers which
were not as long as those used in the better grade AA, together with suitable
binding materials.    Its temperature limit was 1,000 ° F.

Grade H F--Hard Finish--was a hard finish cement designed to be used as a final
protective coating over other coats of cement.    It had a smooth, glossy, hard
finish.    Grade HF was recommended to be applied in a 1/4 '' thick layer. It had a
temperature limit of 1,500 ° F and was a prepared cement manufactured by Ruberoid.

Grade H. T.--High Temperature--Cement was designed to withstand temperatures of
1,600° to 1,800 ° F.    This material was not designed to be used for finishing
purposes.

Grade 203 Insulating Cement was a 100% chrysotile cement which had a screen test
of approximately 0-0-1-16 which made it the lowest grade cement sold by
Ruberoid/GAF.

Satin Finish Cement consisted of 87% chrysotile, 10% portland cement, and 3%
Medusa cement.

Grade A-11 Insulating Cement consisted of vermiculite, chrysotile, and binding
substances.    It was recommended for temperatures up to 1,500 ° F, or 1,800 ° F if
the applicator did not intend to reclaim the material.  Grade A-11 was designed to
be an insulation material, not a finishing cement.

Coverkote was designed to be a weatherproofing coating for insulated surfaces,
rather than an insulating cement.    It was a combination of emulsified asphalt and
25 to 28% chrysotile.    It was a black plastic material particularly designed for
protection of insulation on large tanks and vessels and for insulated equipment
such as smoke breechings and ducts.    The temperature limit for Coverkote was 400 °
F.

Rock Wool Cement was apparently available from Ruberoid in the late 1940's and
early 1950's.    It consisted of a mixture of rock wool and chrysotile asbestos and
had a temperature limit of 1,500 ° F.

(e) Additional information. Additional information is available.

10. General Refractories Company

(a) Name and address of manufacturer. General Refractories Company, Valley Forge
Corporate Center, 2661 Audubon Road, Valley Forge, PA 19403.    General Refractories
Company purchased certain assets from Ohio Lime Company, located in Woodville, OH
in August 1967 and formed OLC.

(b) Years of manufacture. 1955 through 1973.

(c) Types or classes of products. Hydraulic setting insulating castable, paste-
like silicate cement, acoustical plaster, decorative spray coating.

(d) Other identifying characteristics. Litecast 30 (produced 1962 to 1968;  1970

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                                    Page 16
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

to 1973 by General Refractories Company) was a hydraulic setting insulating
castable.    Constituent composition of Litecast 30 by weight of each constituent:
40% expanded Perlite Grade P-38;  23% chrysotile asbestos 7K 15; 36% Lumnite
Cement; and 1% bentonite.    Litecast 30 was shipped dry in 30 lb. valve type bags.
It was mixed with water, then cast or sprayed onto a furnace surface for use in the
aluminum and petrochemical industry.    Litecast 30 was manufactured at the
Company's facilities in Sproul, PA and in Troup, TX.

Fibrous Adhesive (produced 1955 to 1972 by General Refractories Company) was a
paste-like silicate cement used to hold refractory insulating block to which
General added 14% chrysotile asbestos.    Constituent composition of Fibrous
Adhesive by weight of each constituent: 86% Sodium Silicate; 14% chrysotile
asbestos.    Fibrous Adhesive was sold in 1 gallon, 32 gallon, or 55 gallon drums,
24 or 36 drums per pallet.

Mute Acoustical Plaster (produced from October 1961 to May 1964 by OLC) contained
approximately 15% asbestos.    It was packaged for sale in 10 lb. Kraft paper sewn
end bags with blue lettering.

Decorative Spray Coating, "DSC," (produced from approximately February 1969 to
January 1973 by OLC) contained 16.4% asbestos, consisting of asbestos short fibers,
purchased from Cary of Canada.    DSC was packaged in 50 lb. bleached Kraft paper
bags with red lettering.    Total production of DSC was a little over 300 tons.

(e) Additional information. No additional information is available.

11. Georgia-Pacific Corporation

(a) Name and address of manufacturer. Georgia-Pacific *5150 Corporation, 133
Peachtree Street, N.E., P.O. Box 105605, Atlanta, GA 30348.    Predecessor: Bestwall
Gypsum Company.

(b) Years of manufacture. 1956 through 1977.

(c) Types or classes of products. Acoustical plaster, joint compounds, textures,
and specialty products.

(d) Other identifying characteristics. Trowel Applied Acoustical Plaster was
manufactured from 1956 to 1959.    It was off-white in color, if not painted, and
was applied on smooth or textured surfaces, normally ceilings.    The components of
this product were approximately 2.5% asbestos;  28% gypsum;  and 70% pumice.

Machine Applied Acoustical Plaster was manufactured from 1958 to 1963.    It was
off-white in color, if not painted, and was applied on smooth or textured white
surfaces;  normally ceilings.    The components of this product were approximately
25 to 30% asbestos;  13 to 15% clay, and 50 to 60% perlite.

Dry Mixed Joint Compound was manufactured from 1956 to 1977.    It was off-white in
color, if not painted, and was applied on smooth or textured white surfaces.
Normally, it was applied over bedding or taping compounds over joints, fastener
heads, corners, and entire areas of a gypsum board on interior walls and ceiling
surfaces.    The components of this product were approximately 2.5 to 7% asbestos;

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

50 to 90% calcium carbonate (limestone); or 80 to 90% calcium sulfate (gypsum); 5 to 20% mica; and 2 to 6% casein and/or vinyl binder(s).

Wet Mixed Joint Compound was manufactured from 1963 to 1977. It was off-white in color, if not painted, and was applied on smooth or textured surfaces. Normally the texture was applied as a taping, finishing, or texturing material over joints, fastener heads, corners and entire areas of gypsum board in walls and ceilings. The components of this product were approximately 1.5 to 5% asbestos; 45 to 70% calcium carbonate (limestone); or 45 to 70% calcium sulfate (gypsum); 5 to 10% mica; 2 to 5% vinyl binder(s); and 30 to 40% water.

Textures were manufactured from 1956 to 1974. The color appeared white to off-white with aggregate particles providing a rough surface. Normally the texture was applied as a decorative finish over drywall, sprayed-on or trowel applied. The components of this product were approximately 2 to 12% asbestos; 25 to 90% calcium carbonate (limestone), or 25 to 90% calcium sulfate (gypsum); 5 to 15% clay; 4 to 30% expanded perlite; 10 to 15% expanded vermiculite; 2% shredded expanded polystyrene; 2 to 9% casein, vinyl and/or starch binder(s); and 7 to 15% mica.

Patching was manufactured from 1956 to 1975. This product was off-white, unless painted, and smooth. It was normally applied to repair plaster cracks and holes in wall and ceiling surfaces. The components of this product were approximately 2% asbestos, and 98% calcium sulfate (gypsum).

Spackling was manufactured from 1956 to 1971. This product was off-white and smooth. It was normally applied to patch fine cracks in plaster surfaces. The components of this product were approximately 5% asbestos; 70% calcium carbonate (limestone); 16% mica; and 2 to 4.5% casein or vinyl binder(s).

Laminating Compound was manufactured in 1969. It was white to off-white in color, and was normally applied between two layers of gypsum board in special multi-layer applications. The components of this product were approximately 4% asbestos; 80% calcium carbonate (limestone); and 2 to 8% vinyl binder(s).

Drywall Adhesive was manufactured in 1972. It was white to off-white in color; and was normally applied between gypsum board and framing member. The components of this product were approximately 1% asbestos; 80% calcium carbonate (limestone); and 2 to 8% organic binder(s).

(e) Additional information. No additional information is available.

12. H. K. Porter Co., Inc.

(a) Name and address of manufacturer. H. K. Porter Co., Inc., Porter Building, Pittsburgh, PA 15219. (Predecessor of Emhart Glass of Laclede Christy Clay Products Company, P.O. Box 580, Owensville, MO 65066.)

(b) Years of manufacture. 1970 through 1973.

(c) Types or classes of products. Wet cement.

(d) Other identifying characteristics. Porter Bonding Mortar 20.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                                Page 18
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

(e) Additional information. No additional information is available.

13. Kaiser Cement Corporation

(a) Name and address of manufacturer. Kaiser Cement Corporation, 1333 North California Blvd., Suite 445, Walnut Creek, CA 94596-1209. Formerly Kaiser Cement & Gypsum Corporation (1964 to 1979), and Permanente Cement Company (1939 to 1964).

(b) Years of manufacture. 1944 through 1946, and 1959 through 1979.

(c) Types or classes of products. Plastic gun cement, plastic cement, masonry cement, stucco.

(d) Other identifying characteristics. Kaiser Permanente Plastic Gun Cement (produced 1959 to 1976) was a grey powder composed primarily of portland cement and plasticizing and air-entraining agents. Sold in sacks, the product was used to make stucco for building exteriors and was applied by gun with a plastering machine. The product contained a small amount of chrysotile asbestos. Plastic gun cement was sold primarily in California, but also in several other Pacific Coast States and Nebraska.

Kaiser Permanente Plastic Cement (Hand) (produced 1961 to 1973) had the same composition and use as plastic gun cement, with the exception that it was applied manually with a trowel. The distribution area for sales of this product was the same as for the plastic gun cement.

Kaiser Permanente Masonry Cement (produced 1973) was sold in 78 lb. bags and used as mortar in building construction. The product's ingredients included a trace amount of chrysotile asbestos, probably less than 1% when product was applied, and was primarily composed of a combination of portland cement and air-entraining additives. This masonry cement was manufactured and sold in the Phoenix, AZ area.

Plastite (produced 1944 to 1945) was sold in 100 lb. sacks, and used to make manually applied stucco for building exteriors. The product was primarily composed of portland cement, adhesive, plasterizing and water repellant agents, and contained a small amount of asbestos. It was sold in Northern California and in Washington.

(e) Additional information. No additional information is available.

14. Kaiser Gypsum Company, Inc.

(a) Name and address of manufacturer. Kaiser Gypsum Company, Inc., 1333 North California Blvd., Suite 445, Walnut Creek, CA 94596-1209.

(b) Years of manufacture. 1952 through 1976.

(c) Types or classes of products. Texture paints, joint compounds, joint compound premixes, mineral fiber acoustical ceiling tile and lay-in board, specialized surface- finish products.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(d) Other identifying characteristics. Cover-Tex, Spray-Tex, Spray Cover-Tex, and Kaiser-Tex were produced 1952 to 1967.  These texture paints were sold by the bag in dry powder form and were composed of casein, limestone, mica and a small amount of chrysotile asbestos.

Cover-Tex Wall Texture, (TSS), (produced 1968 to 1975) was similar to the other texture paints described *5151 above.  K-Spray Ceiling Texture (KSV or KSP and KSS) were produced 1961 to 1975.  Ceiling texture paints were manufactured in dry form and had the same primary composition as the texture paints described above.

Joint Compound-Powder, Finishing Compound-Powder, One-Day Joint Compound-Powder, and 3-Purpose Compound-Powder were produced 1953 to 1975.  Joint compounds were sold by the bag in dry form and were primarily composed of casein or polyvinyl, clay, talc, limestone and mica, with a small amount of chrysotile asbestos.

Premix Joint Compound, Premix Finishing Compound, Dual Purpose Premix Compound, and Premix Topping Compound were produced 1959 to 1976.  Joint compound premixes were sold in paste form in cartons or pails and composition was essentially the same as dry form with the addition of a liquefying agent.

Kaiser Mineral Fiberboard UL-Fire Rated (Underwriters' Laboratories, Inc. Design) was produced 1963 to 1974.  Mineral fiber acoustical ceiling tile and lay-in board contained a small amount of chrysotile asbestos and was primarily composed of mineral wool and various wool fibers, clays and starch.  Sold in boxes, the face side had a fissured or swirl, or pin-punched design for acoustical treatment.

"Laminating Compound," an adhesive for laminating wallboard to wallboard or to sound deadening board, was primarily composed of soya flour and limestone.

"Filler Compound," for covering radiant heat system ceiling surfaces, was primarily composed of limestone and mica.

"Radiant Heat Compound," for covering radiant heat cables stapled to ceiling surfaces, was primarily composed of sand and white portland cement.

"Radiant Heat Surfacing Compound," for covering radiant heat cables embedded in ceiling surfaces, was primarily composed of silica, flour and mica, as was "Radiant Heat Scrimless Surfacing Compound."

"Radiant Heat Joint Compound," for filling cracks and embedded tape grooves in radiant heat gypsum wallboard ceiling surfaces, was primarily composed of casein, clay, mica and limestone.

"X-Terior Premix Prefill Compound," for prefilling joints in gypsum wallboard, was primarily composed of raw gypsum, PVA emulsion and mica.

"X-Terior Premix Wall Texture Compound," for providing surface texture to gypsum wallboard installed on building exteriors only, was primarily composed of limestone, acrylic emulsion, and mica.  The only form of asbestos used in these products was chrysotile.

(e) Additional information. No additional information is available.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                           Page 20
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)


15. Keene Corporation

   (a) Name and address of manufacturer. Keene Corporation, 200 Park Avenue, New
York, NY 10017.    Former subsidiary: Keene Building Products Corporation ("KBPC").
KBPC's corporate predecessors: Baldwin-Ehret-Hill, Inc. ("BEH"), a Pennsylvania
Corporation; Ehret Magnesia Manufacturing Company ("EHRET"), a Pennsylvania
Corporation; Baldwin Hill Company ("B-H"), a New Jersey Corporation.

   (b) Years of manufacture. 1904 through approximately 1972.

   (c) Types or classes of products. Pipe and block covering, cement, insulation
materials, insulated pipe, spray-on acoustical coverings, acoustical ceiling tiles.

   (d) Other identifying characteristics. 85% Magnesia (Thermalite) Pipe and Block
Covering (produced 1904 to 1964 by Ehret and BEH) was a molded insulation for use
on hot surfaces having temperatures up to 600 ° F.    Little information exists on
the product, and the best estimate is that it was composed primarily of magnesium
carbonate (85%).    Although there has been diverse testimony on the product, the
best information is that up until World War II it contained 10 to 15% asbestos
fiber, composed primarily of amosite and a small amount of chrysotile.
Thereafter, it contained 10 to 15% amosite.    It was manufactured in cylindrical
sections and in curved segments.    It was also made in the form of blocks.    The
product was packaged in corrugated cardboard boxes according to size.    The
remnants from the molding and shaping process were sold as 85% Magnesia Cement or
Thermalite Cement for use in sealing joints between the block and pipe covering,
which was packaged in multiwall open mouth paper bags in 60 lb. weights and 75 lb.
barrels (85% Magnesia Cement) and in multiwall open mouth paper bags in 50 lb.
weights (Thermalite Cement).    Investigation of this product is ongoing.

   No. 1 Plus Cement/No. 1 Cement (produced 1938 to 1971 by B- H, BEH, and KBPC) was
a dry mixture of spun mineral wool granules, bentonite clay binder, chrysotile
asbestos fiber (7.5%) and other ingredients.    Mixed with water and applied with a
trowel, it formed a thermal insulation capable of withstanding temperatures from
1,800° to 2,100 ° F.    Asbestos was removed from this product in 1971.    The
product was packaged in paper bags by 40 or 50 lb. weights. For approximately 1
year around 1970, a Military Formulation of No. 1 Plus Cement was manufactured.
Investigation of this product is ongoing.

   Mono-Block (produced 1941 to 1968 by B-H and BEH) was a lightweight, moisture-
resistant, non-corrosive, incombustible and chemically stable insulation product.
Mono-Block contained 0.95% amosite asbestos, which amount was removed in 1968.
The product was packaged in corrugated cardboard boxes according to size.
Investigation of this product is ongoing.

   Thermasil Pipe & Block Covering and Cement (produced 1956 to 1972 by Ehret, BEH,
and KBPC) was a lightweight, molded, hydrous calcium silicate insulation,
manufactured from a blend of special inorganic ingredients, reinforced with amosite
asbestos fibers.    Although one witness testified it contained chrysotile, the best
available information is that Thermasil contained approximately 10% amosite
asbestos fiber from 1956 to February 1969.    The amount was reduced to
approximately 8.6% until 1970, when the amount was further reduced to 2%.    In

                 ® 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                                    Page 21
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

November 1972, all remaining amounts of asbestos fiber were removed and KBPC
purchased a license to manufacture an asbestos-free calcium silicate product.  The
product was packaged in corrugated cardboard boxes according to size.    The
remnants from the molding process were sold as Thermasil cement.  Investigation of
this product is ongoing.

Military Formulation of Super Powerhouse Cement (produced 1957 to 1971 by B-H,
BEH, and KBPC) contained 5% chrysotile asbestos and was developed to conform to
government specification.  This product was manufactured and sold exclusively for
U.S. government military installations.  The commercial formulation without
asbestos continued in production.  Both products were dry, mixtures containing
spun mineral-wool, hydraulic setting binders, clays and other ingredients.
Asbestos was removed from the military formulation in 1971. Super Powerhouse Cement
was sold in dry mixture in 50 lb. bags.  Investigation of this product is ongoing.

Enduro Pipe Covering and Block Cement (produced 1924 to 1955 by Ehret) consisted
of specially selected pre-calcined diatomaceous earth, clays, and asbestos fibers.
Enduro is believed to have contained a blend of 1.1% No. 373 chrysotile asbestos
and 8.7% amosite fiber.  The dry formula of this product was sold as Enduro
Cement.  Investigation of this product is ongoing.

*5152 Durant Insulated Pipe (produced 1938 to 1945 by Durant) was a piping system
exclusively for outdoor and underground use.  Durant was metal piping insulated
with 85% magnesia and then protected with a thick layer of a special high melting
point asphalt which was cast inside of a heavy sheet metal jacket.  Investigation
of this product is ongoing.

Pyrospray Types I, T & S (produced 1963 to the early 1970's by BEH and KBPC) were
packaged in multiwall open mouth paper bags in 40 or 50 lb. weights.  Pyrospray
Type I was a dry mixture of mineral wool, 32% chrysotile asbestos and inorganic
binders and inhibitors which was mixed with water at a nozzle and applied
pneumatically.  Pyrospray Type T was a combination of dry mineral wool, 15%
asbestos and inorganic binders and inhibitors, which was mixed with water at a
nozzle and applied pneumatically.  Pyrospray Type S (also known as Uni-Coustic)
was a dry mixture of mineral wool, 22% chrysotile asbestos, and hydraulic setting
binders and inhibitors, which was mixed with water at a nozzle and applied
pneumatically.  Asbestos was removed from all three types of Pyrospray prior to
1972.  Investigation of these products is ongoing.

Mono-spray (produced 1963 to 1970 by BEH) was a dry-mixed blend of mineral wool
with asbestos fibers and inorganic binders which was mixed with water at a nozzle
and applied pneumatically.  Mono-Spray contained 13% chrysotile asbestos from 1963
to 1968, and 12.5% chrysotile asbestos from 1968 to 1970. Production was terminated
in 1970.  The product was packaged in multiwall open mouth paper bags in 40 lb.
weights.  Investigation of this product is ongoing.

Mono-K (produced from 1964 to 1968 by BEH) is a high temperature insulating
material which was manufactured by laminating asbestos-free mineral wool felts to
Mono-Block.  Mono- Block contained 0.95% amosite asbestos.  Mono-K was
discontinued for lack of a sales market.  Investigation of this product is
ongoing.  Styltone AF, FR-2, and FR-3 (produced from 1957 to 1972 by B-H, BEH, and
KBPC) were acoustical ceiling tiles which are believed to have contained

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                          Page 22
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

approximately 4.3% amosite asbestos fiber.   Sales of asbestos containing Styltone
ceased in 1972.    Styltone AF, FR-2 and FR-3 was a preformed, natural fissured,
ridged mineral fiber acoustical tile for use on mechanical suspension systems.
Styletone also was produced as a non-asbestos containing product from 1957 to 1975.
Investigation of this product is ongoing.

  (e) Additional information. No additional information is available.

16. Kentile Floors Inc.

  (a) Name and address of manufacturer. Kentile Floors Inc., 58 Second Avenue,
Brooklyn, NY 11215.

  (b) Years of manufacture. 1907 through 1986.

  (c) Types or classes of products. Resilient flooring--tiles and sheet goods.

  (d) Other identifying characteristics. Kentile Asphalt Tile:  Asbestos Filler;
Standard size:  9''x9'';  Thickness:  1/8 '' and 3/16 '' (heavy duty);  Border
size:  18''x24'';  Edging:  1''x18'';  25 Tile Colors;  3 Styles:  Regular
marbleized Kentile noted for its uniform marbleization, Carnival Kentile noted for
multi-color mottling, and Corktone Kentile which has a cork look.

  KenFlex Vinyl Asbestos Tile:  Blend of vinyl and asbestos fibers;  Size:  9'
''x9'';  Thickness:  1/16 '' and 1/8 '' (heavy duty);  Styles include: Regular,
Carnival, Corktone, Terrazzo Style, Woven Tones, Woodgrain KenFlex Vinyl Asbestos
Tiles.

  Kentile Vinyl Sheet Flooring:  Styles vary in width of rolls and thickness.

  (e) Additional information. Additional information is available.

17. Mannington Mills, Inc.

  (a) Name and address of manufacturer. Mannington Mills, Inc., P.O. Box 30, Salem,
NJ 08079.

  (b) Years of manufacture. 1963 through 1983.

  (c) Types or classes of products. Cushioned vinyl floor covering sheet goods,
counter top coverings.

  (d) Other identifying characteristics. The following styles of cushioned vinyl
floor covering sheet goods contained asbestos backing:  Royal Air (produced from
approximately 1967 to 1977;  unavailable 1967, 1968, 1977, and 1978);  Marquis
(produced from approximately 1968 to 1983);  Vinyl-Ease 100 (produced from
approximately 1968 to 1983;  unavailable 1971 and 1973);  Million Air (produced
from approximately 1970 to 1983);  Vega (produced from approximately 1970 to 1983;
unavailable 1971 and 1973);  Aristocon (produced from 1974 to 1983);  Lustrecon
(produced from approximately 1976 to 1983);  Classicon (produced from approximately
1975 to 1983;  unavailable 1976);  Decora (produced from approximately 1975 to
1983;  unavailable from 1976 to 1983);  Architect's Choice (produced from 1977 to

®  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                                    Page 23
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

1983; unavailable 1977); Duracon (produced 1981 to 1983); Special "Y" (produced
1980 to 1981; unavailable 1980 and 1981); Price Buster (produced 1981 to 1983;
unavailable 1981 to 1983); Boca (produced 1983; unavailable).

The following styles from Mannington Mills Inc.'s Vinyl-1 line contained asbestos
backing: Estoril (produced 1967 to approximately 1970; unavailable 1967 and
1968); Laurentian (produced 1966 to approximately 1970; unavailable 1967 to
1969); Tahiti (produced 1963 to 1967; unavailable 1963, 1965 to 1967); Pebble
Beach (produced 1963 to 1971; unavailable 1963, 1967 to 1971); Castanet (produced
1964 to approximately 1970; unavailable 1967 to 1970); Costa Bella (produced 1966
to 1971; unavailable 1966 to 1968, and 1971); Marvel Air (produced 1969 to 1971;
unavailable 1971); Villa Madrid (produced 1969 to 1971; unavailable 1971).

The following styles of Mannington Mills, Inc. products also contained asbestos:
Counter Top (produced 1963 to 1972; unavailable 1971 and 1972); Casina (produced
1969 to 1971; unavailable 1969 to 1971); Sea Isle (produced 1969 to 1971;
unavailable 1969 to 1971); Marvel Air (produced 1969 to 1971; unavailable 1971).

(e) Additional information. Additional information is available.

18. Manville Corporation

(a) Name and address of manufacturer. Manville Corporation, P.O. Box 5108, Denver,
CO 80217 (1982 to the present).    Predecessor: Johns Manville Corporation, Ken-
Caryl Ranch, Denver, CO 80217 (1972 to 1981), 22 East 40th Street, New York, NY
10016 (1907 to 1971).

(b) Years of manufacture. 1891 through 1983.

(c) Types or classes of products. Packing, insulation, construction materials,
friction materials, asbestos-cement pipe, and asbestos fiber.

(d) Other identifying characteristics. Chempac: 2012, 2011, 2009, 2008, 2006,
2013, 2014, 2024, 2005, 2004, 587, and Valve Stem Packing (produced 1891 to 1983)
was a packing which contained white asbestos yarns, 0 to 90%; blue asbestos yarns,
0 to 90%, commercial grade T asbestos, 0 to 90%; TFE, 0 to 10%; mineral oil, 0 to
1%; wax and oil, 0 to 1%. Description: braid-over-braid, square cross section;
braided in the interlocked pattern; twisted to form a round cross section.

Interlocked: 255, 253, 263, 270, 257, 254, 2009 (produced 1891 to 1983) was a
packing which contained white asbestos yarns, 60 to 98%; petroleum base wax, 0 to
35%; petroleum base oil, 0 to 1%; neoprene cement, 0 to 35%; inorganic fillers,
0 to 10%; copper wire 0 to 10%; graphite finish, 0 to 1%. Description: square
cross section; a resilient braided packing, its construction of interlocking *5153
braided asbestos yarn prevents unraveling or coming apart.

Centripac: 4, 7, 11, 18, 19, 2018, 2021, 2036, 350, 351, 2022 (produced 1891 to
1983) was a packing which contained white asbestos yarns, 0 to 90%; blue asbestos
yarns, 0 to 90%; petroleum base wax, 0 to 35%; petroleum base oil, 0 to 1%;
mineral oil, 0 to 2%; inorganic fillers, 0 to 10%; lead ribbon, 0 to 10%; copper
wire, 0 to 10%; graphite finish, 0 to 1%.    Description: square plaited cross
section.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Thermacore: 398, 397, 399 (produced 1891 to 1983) was a packing which contained white asbestos yarns, 50 to 90%; inconel wire, 0 to 10%; neoprene, 0 to 30%; mica, 0 to 1%; graphite finish, 1 to 2%. Description: braid-over asbestos/plastic core, with a square cross section.

Rajah: 6, 2 (produced 1891 to 1983) was a packing which contained white asbestos yarns, 95 to 98%; natural and buna-S rubbers, 0 to 2%; graphite finish, 1 to 2%. Description: braid-over-braid, with square or round cross-section.

Mogul: 223, 222 (produced 1891 to 1983) was a packing which contained white asbestos yarns, 95 to 98%; light petroleum base oil, 1 to 2%; graphite finish, 1 to 2%. Description: braid-over-braid, and calendered to a square cross-section.

Braided: 2020, 10 Jewett, 55, 2053, 323, 14, 322, 2017 (produced 1891 to 1983) was a packing which contained white asbestos yarns, 0 to 98%; blue asbestos yarns, 0 to 98%; petroleum base waxes, 0 to 2%; petroleum base oils, 0 to 2%; inert inorganic fillers, 0 to 2%; copper wire, 0 to 5%; lead ribbon, 0 to 10%; neoprene base cement, 0 to 5%; graphite finish, 0 to 2%. Description: Braid-over braid, and calendered to a square cross-section.

Asbestos-metallic: 344, 360, 379, 392, 393 (produced 1891 to 1983) was a packing which contained white asbestos yarns, 25 to 60%; blue asbestos yarns, 25 to 60%; copper mesh, 45 to 60%; antimony-lead ribbon, 45 to 60%; lead-alloy ribbon, 45 to 60%; aluminum foil, 45 to 60%; lead foil, 45 to 60%, petroleum base oil, 0 to 2%; hydrocarbon waxes, 0 to 2%; graphite, 1 to 2%. Description: constructions include braid-over-braid, square plaited twisted foil, knitted mesh, spiral and others.

Asbestos fabrics: 166 Kearsarge, 167 Superheat Steam, 168 Kearsarge (produced 1891 to 1983) were packings which contained asbestos cloth, 90 to 94%; natural and buna-S rubber compound, 5 to 8%; graphite finish, 0 to 2%; mica, 0 to 1%. Description: Square cross-section.

Groove: 17, 790, 872, 216 (produced 1891 to 1983) was a packing which contained white asbestos yarns, 98 to 100%; copper wire, 1 to 2%; copper wire mesh, 0 to 2%; buna-S cement, 0 to 1%; graphite finish, 0 to 1%. Description: braided, square, or rectangular cross-section.

Inconel mesh core groove: 164, 163 (produced 1891 to 1983) was a packing which contained asbestos yarns, 90 to 94%; inconel mesh, 5 to 10%, buna-S and neoprene cement, 0 to 5%; viton cement, 0 to 5%; graphite finish, 0 to 2%. Description: asbestos cloth wrapped around inconel core, form to a square or rectangular form.

Folded groove: 176, 177, 128, 129 (produced 1891 to 1983) was a packing which contained asbestos cloth, 94 to 98%; buna-S cement, 0 to 4%; copper wire, 0 to 2%. Description: asbestos cloth wrapped around asbestos rope, or asbestos folded core, in square or rectangular cross-section.

165 Moulded autoclave packing (produced 1891 to 1983) was a packing which contained asbestos yarns, 90 to 94%; buna-S and neoprene rubbers, 3 to 6%; inconel wire, 1-5 to 4%. Description: variety of cross-sectional shapes. Supplied also in rings.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

124 Tubular gasketing (produced 1891 to 1983) was a packing which contained asbestos cloth, 94 to 96%; brass wire, 2 to 4%; lead insert, 2 to 4%; natural and buna-S rubber cement, 2 to 4%. Description: round cross-section with hollow core.

Thermo-Pac rope: 500, 750, 1000, Blue (produced 1891 to 1983) was a packing which contained asbestos fibers, 0 to 100%; blue asbestos fiber, 0 to 98%; nylon thread, 0 to 1%. Description: soft, twisted, felted strands.

Braided rope: 566, 702, 733, 787, 788, 873, 857, 869 (produced 1891 to 1983) was a packing which contained 95 to 98% asbestos fibers. Description: braided jacket over twisted core, or jacket, with round or square cross-section.

Asbestos wick: 4180, 4197, 4198, 4199, 195, 535 (produced 1891 to 1983) was a packing which contained 95 to 99% asbestos fibers. Description: twisted strands of rovings or felted strips of asbestos, 1/4 '' to 3/8 '' in size. Twisted rope: 4185, 4186, 4188, 4196, 4200 (produced 1891 to 1983) was a packing which contained 95 to 99% asbestos fibers. Description: asbestos roving twisted together, into 3/8 '' and up.

Gasketing tape: 122, 121, 119, 2032, 132, 131, 142, 141, Besto-Tak, 120 (produced 1891 to 1983) was a packing which contained asbestos fibers, 80 to 98%; natural and buna-S rubber cement, 0 to 4%; TFE, 0 to 5%; silicone cement, 0 to 5%; adhesive backing. Description: Strip of woven or folded asbestos material sometimes wire-inserted and impregnated with sealants; used to seal joints or closure in mechanical equipment; for applications where design does not permit use of cut or preformed gaskets.

Tadpole tapes: 123, 191, 150, 151, 152, 153, 154, 155, 156, 157, 160, 192 (produced 1891 to 1983) were packings which contained asbestos rope, 0 to 30%; asbestos cloth, 50 to 70%; brass wire, 0 to 5%; inconel mesh, 0 to 5%; inconel wire, 0 to 5%; natural and buna-S rubber, 0 to 10%; neoprene base compound, 0 to 10%; silicone rubber, 0 to 10%; aluminum finish, 0 to 2%; teflon suspensoid, 0 to 5%. Description: Tadpole packing is made by wrapping a core with asbestos cloth cover. The edges of the cloth are stitched or cemented together to form a tail structure.

Compressed asbestos sheets: style 60, 61, 70, 70C, 71, 78, 86A, 52, 76 (produced 1891 to 1983) were packings which contained white chrysotile asbestos, 60 to 80%; SBR rubber compound, 0 to 20%; neoprene compound, 0 to 20%; nitrile, buna-N compound, 0 to 20%. Description: compressed asbestos sheets, with thickness from 1/64 '' to 1/4 ''.

Felted asbestos sheets: 219, 83 B (produced 1891 to 1983) were packings which contained white chrysotile asbestos, 95 to 98%; inorganic binder, 2 to 5%. Description: asbestos sheets, with thicknesses from 1/3 '' to 1/2 ''.

Flexible asbestos firewall sheets: 95, 96, 89, 88 (produced 1891 to 1983) were packings which contained asbestos fabric, 90 to 98%; brass wire, 0 to 2%, inconel, 0 to 2%, neoprene compound, 0 to 10%; fluoro elastomer compound, 0 to 10%. Description: flexible flameproof asbestos sheets, supplied in three thicknesses:

® 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

3/64 '', 1/16 '', 1/8 ''.

Asbestos textiles (produced 1891 to 1983) were packings which contained carded
asbestos fibers, 97 to 98%; cotton fiber, 0 to 2%; rayon fiber, 0 to 2%.
Description: asbestos fiber twisted, woven or felted into cloth, yarn, tape,
tubing, etc.; usually a small percentage of organic fiber such as cotton or rayon
is woven in with the asbestos.

Molded packings: Conepac, Cumpac, Uneepac, O-ring, V-ring, Clipper seal
(produced 1891 to 1983) were packings which contained asbestos fibers, 0 to 40%;
elastomer compound, 0 to 40%; natural rubber compound, 0 to 40%; inorganic
fillers, 0 to 20%. Description: packing precision-molded from rubber compounds,
often combined with asbestos fiber, cotton duck, etc. Furnished in three basic
shapes: Type "A", Type "U", and hat-shaped.

Clutch facings: HDM, STM, Spiral Wound, Gear Tooth, SWAB, UHS, Asbestos-Metallic
(produced 1892 to 1972) were friction materials which contained asbestos fiber, 40
to 50%; *5154 friction particles, 20 to 30%; brass chips, 2 to 10%; phenol-
elastomer compound, 15 to 25%. Description: Metallic facings designed for truck,
car and other industrial applications. They are engineered to resist high
temperatures, fade or slipping and wear on mating surfaces; has good spin strength
and torque capacity.

Brake blocks: high, medium and low friction levels, Asbestos Metallic,
Trailiners, Trukliners (produced 1892 to 1972) were friction materials which
contained asbestos fiber, 20 to 30%; brass chips, 10 to 15%; phenol-elastomer
compound, 40 to 50%. Description: molded blocks of friction element for
commercial service on trucks, buses, and industrial equipment.

Brake linings: Custom Four Star, WK (produced 1892 to 1972) were friction
materials which contained asbestos fiber, 45 to 60%; friction particles, 20 to
30%; phenol-elastomer compound, 30 to 40%. Description: molded materials that
can be drilled, bonded, and rivetted on braking shoe for cars and trucks.

Railroad brake block and lining: Cobra (produced 1892 to 1980) were friction
materials which contained asbestos fiber, 45 to 60%; friction particles, 0 to 30%,
metallic chips, 0 to 10%; phenol-elastomer compound, 40 to 50%. Description: an
incombustible mineral, found in nature, which separates into fibers.   Sold in
fiber form packaged in bags.

Transite Ring-Tite water pipes (produced 1929 to 1983) were asbestos-cement pipes
which contained asbestos fibers, 15 to 25%; silica flour, 25 to 35%; portland
cement, 45 to 55%. Description: asbestos-cement pipes of various diameter sizes.

Transite electrical ducts: Conduit Type II, Korduct Type II (produced 1929 to
1983) were asbestos-cement pipes which contained: asbestos fibers, 15 to 25%;
silica flour, 25 to 35%, portland cement, 45 to 55%. Description: asbestos-
cement pipes from 2'' in diameter to 6'' in diameter.

Transite telephone ducts (produced 1902 to 1983) were asbestos-cement pipes which
contained: asbestos fibers, 15 to 25%; silica flour, 25 to 35%; portland cement,
45 to 55%. Description: asbestos-cement pipes from 2'' in diameter to 6'' in

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

diameter.

Magnesia, 85% High Temperature Insulation: Pipe covering and block form
(produced 1902 to 1970) was an insulation which contained: asbestos fibers, 12 to
18%; ground clay, 2 to 5%; basic magnesia carbonate, 85 to 90%. Description:
white pipe covering and block form.

Superex M & Superex 1900: Pipe covering and block form (produced 1922 to 1972)
was an insulation which contained asbestos fibers, 8 to 14%; celite, 55 to 60%;
magnesia, 25 to 35%.   Description: grey-white pipe covering and block forms, used
for high temperature insulation.

Thermobestos: Pipe covering and block form (produced 1939 to 1973) was an
insulation which contained asbestos fibers, 5 to 10%; diatomaceous earth, 45 to
50%; quicklime, 40 to 46%.   Description: white pipe covering and block forms.

Asbestos Millboard: C, 101, 102, 103, 104, 105, 106, 106-B, 106-H, 219, Type A,
XXX (produced 1878 to 1980) was an insulation which contained asbestos fibers, 65
to 75%; clay and lime, 15 to 25%; starch, 2 to 8%; sodium silicate, 2 to 5%.
Description: sheets or board furnished in thicknesses 1/32 '' to 1/2 ''.

Asbestos-Binder cements: 0352, 300, 301, 302, 304, 319, 340, 352, 364, 400, 450,
500, 678, Superex, 85% Magnesia (produced 1930 to 1973) was an insulation which
contained asbestos, 10 to 100%; diatomaceous earth, 0 to 30%; clay, 0 to 30%;
portland cement, 0 to 30%; mineral wool, 0 to 30%.   Description: off-white to
grey in color.   Packaged in cans or pails.

Putty-like Sealing Compound: Albaseal, Body Sealer, Branchtite, Duxseal,
Nordseal, Stove Putty, TranolSeal, Navaseal, Uniseal (produced 1957 to 1977) was an
insulation which contained asbestos, 25 to 65%; butane polymer, 0 to 40%; calcium
carbonate, 0 to 20%; titanium dioxide, 0 to 5%; carbon black, 0 to 1%; castor
oil, 0 to 40%; magnesium oxide, 0 to 1%; chlorinated paraffin, 0 to 55%; stearic
acid, 0 to 1%.   Description: Pugs- packaged in fiberboard cartons.

Asbestos Pipe Blanket (produced 1898 to 1960) was an insulation which contained
asbestos fiber, 95 to 98%.   Description: blanket.

Asbestos Roll Fire Felt: Vitro Firefelt, Gold Line (produced 1891 to 1973) was an
insulation which contained asbestos fiber, 95 to 98%.   Description: felt.

Asbestos Sponge Felted (produced 1890 to 1961) was an insulation which contained
asbestos fiber, 95 to 98%.   Description: felt.   Asbestos Turbine Blankets
(produced 1951 to 1973) were insulation which contained asbestos fiber, 95 to 98%;
stainless steel tufting discs, 1 to 2%; monel wire, 1 to 2%.   Description:
blanket.

Asbestos Weatherproof Felt: 50 Asbestos Weatherproofing, 15A Asbestos Jacket, 45A
Asbestos Jacket, 7700 Coated Asbestos Jacket (produced 1931 to 1969) was an
insulation which contained asbestos fiber, 95 to 98%.   Description: felt and
jacket.

White Surface Asbestos Jacket (produced 1931 to 1968) was an insulation which

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

contained asbestos fiber, 95 to 98%.   Description:   felt.

Asbestos Felts-Corrugated:  Vitrobestos, VitroFire Felt (produced 1907 to 1959)
was an insulation which contained asbestos fiber, 95 to 98%. Description:
corrugated felt.

Neoprene coated asbestos:  Thermotape, Thermowrap (produced 1951 to 1964) was an
insulation which contained asbestos fiber, 95 to 98%;  neoprene, 2 to 5%.
Description:  neoprene coated pad and blanket.

Asbestos Firefelt, Asbestos Firetard (produced 1891 to 1962) was an insulation
which contained asbestos, 95 to 98%;  inorganic binder, 2 to 5%;  asphalt, 0 to
10%.   Description:  asbestos felt.

Asbestos paper and rollboard:  Armaturo, Doublex, Fibroid, Long Fiber,
Microbestos, Non-Burn, Welding Paper (produced 1900 to 1965) was an insulation
which contained asbestos, 40 to 99%;  inorganic binder, 1 to 60%.

Fibrous adhesive (produced 1930 to 1981) was an insulation which contained
asbestos fiber, 15 to 20%;  sodium silicate, 80 to 85%.   Description:  off-white
liquid, packaged in cans, pails, or drums.

Refractory cement:  Firelite Furnace Cement, Heat Treating Cement (produced 1954
to 1973) was an insulation which contained asbestos fiber, 1 to 3%;  silica sand, 55
to 65%;  sodium silicate, 25 to 35%;  clay, 4 to 6%;  water, 1 to 3%.
Description:  liquid, packaged in cans, pails, or drums.

Asbestos Bitumen cement:  Insulkote, Duplex, Asbestile, Laptite (produced 1952 to
1984) was an insulation which contained asbestos fiber, 5 to 10%;  asphaltic
emulsion, 0 to 30%;  limestone, 0 to 20%;  clay, 0 to 3%, asphalt, 0 to 45%;
mineral spirits, 0 to 35%.   Description:  black thick liquid, packaged in cans,
pails, or drums.

Asbestos calcium silicate sheet:  Marimet 45, Marinite, Marinite 23, 36, 65, Metal
Veneered, Veneered, Molten Metal, Imperial, Heat Treated 30 (produced 1936 to 1978)
was an insulation which contained asbestos fiber, 25 to 65%;  lime, 20 to 36%,
diatomaceous earth, 20 to 35%;  clay, 10 to 15%. Description:  grey-brownish sheet.

Molded:  Min-K 1301, 2000, 500, Min-Klad;  Blanket:  Min-K Flexible, High Temp,
Standard (produced 1958 to 1974) was an insulation which contained asbestos fiber,
5 to 20%;  colloidal silica, 70 to 80%;  carbon black, 0 to 10%;  titanium dioxide,
0 to 20%;  phenol-formaldehyde resin, 0 to 6%;  silicon metal powder, 0 to 20%;
glass clothes, 0 to 30%;  glassfiber thread, 0 to 4%. *5155 Description:  solid
form for molded Min-K and flexible blankets.

Electrical insulation paper and millboard: Quinorgo, Quinorgobord, Quinterra,
Quinterrabord, Quintex, Quintexbord (exact date manufacture began is unknown;
manufactured up to 1975) was an insulation which contained asbestos fiber, 80 to
95%;  starch, 8 to 12%;  kraft pulp, 0 to 10%;  nitrile rubber, 0 to 10%.
Description:  paper and board that has good electrical insulation properties.

Marinite veneer-aluminum:  Reeferite (produced 1950 to 1974) was an insulation

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                           Page 29
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

which contained asbestos fiber, 25 to 35%; portland cement, 40 to 45%; silica, 25
to 30%; aluminum sheet, 1 to 3%.   Description: solid sheet.

Molded Insulation: Sonite (produced 1969 to 1974) was an insulation which
contained asbestos fiber, 3 to 8%; colloidal silica, 85 to 95%; phenol-
formaldehyde resin, 3 to 8%.   Description: Molded solid used for acoustical
insulation.

Molded felt sheet and molding compound: Thermomat (produced 1963 to 1970) was an
insulation which contained asbestos fiber, 90 to 98%; phenol-formaldehyde resin, 2
to 5%.   Description: in sheet or tape form.

Asbestos cement sheet: Marine Veneer, Pallite, Transite Core Plate, Dekeran
Transite Board (produced 1938 to 1978) was an insulation which contained asbestos
fiber, 5 to 50%; portland cement, 40 to 45%; silica, 25 to 30%. Description:
asbestos- cement sheet or board.

Asbestos-cement: corrugated and flat transite, transite acoustical panel
(produced 1930 to 1982) was a construction product which contained asbestos fiber,
25 to 35%; portland cement, 40 to 45%; silica, 25 to 30%.

Asbestos-cement Architectural Panel: Splitwood, Stonehenge, Transitop,
Transifoam, Thermocore, Thermostone, Agean, Santone (produced 1907 to 1982) was a
construction product which contained asbestos fiber, 25 to 50%; portland cement,
30 to 50%; silica, 10 to 15%; pigment, 2 to 10%; wood fiber 0 to 25%; asphaltic
compounds, 0 to 25%; expanded polystyrene board, 0 to 10%, fesco board, 0 to 10%.
Description: Gray or colored, flat or perforated panels.

Asbestos-cement extrusion products: ACE Stone, Colorsil, Corspan, Facespan
(produced 1907 to 1976) were construction products which contained asbestos fiber,
25 to 50%; portland cement, 30 to 50%; silica, 10 to 15%. Description: Flat or
wedge shaped window sills, stools.

Asbestos-cement sheet: Asbestoboard, Asbestos Ebony, Chemstone, Colorceran,
Colorlith, Electrobestos, Flexboard (produced 1934 to 1987) was a construction
product which contained asbestos fiber, 40 to 70%; portland cement, 15 to 50%;
dry asphalt size, 0 to 8%; pigment, 0 to 12%.   Description: Gray or colored
smooth sheets or boards.

Asbestos-cement shingles: Cedargrain, Salem Colonial, Salem American,
Durosbestos, Rock-Shakes, Western Shade Corrgrain, Deepgrain, Trugrain (produced
1907 to 1976) was a construction material which contained asbestos fiber, 15 to
30%; portland cement, 20 to 60%; silica, 15 to 50%; pigment, 5 to 10%.
Description: roof and sidewall shingles.

Asbestos Roofing felts: Centurian, Blue Chip Felts, Asbestos finishing felts,
coated asbestos base felts, ventsulation felts (produced 1907 to 1979) was a
construction product which contained asbestos fiber, 50 to 70%; asphalt saturant,
30 to 50%; inorganic filler, 0 to 10%; sand, 0 to 20%. Description: asphalt-
impregnated asbestos felts.

Asbestos-asphalt roofing shingles: Fire-Glass Seal-O-Matic, Fire-King Seal-O-

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Matic, Flexbetos, FGA, Townsend Seal-O-Matic (produced 1907 to 1979) were
construction products which contained asbestos fiber, 30 to 50%; fiberglass, 20 to
40%; asphalt saturant, 30 to 50%; inorganic filler, 0 to 5%; sand, 0 to 10%.
Description: asphalt-impregnated asbestos-fiberglass- reinforced shingles.

Asbestos-vinyl floor tile: Terraflex, Terraschip, Allegro, Seastone, Granada,
Larado, Abode (produced 1933 to 1969) was a construction product which contained
asbestos fiber, 30 to 50%; Gilsonite, 5 to 15%; Vinyl resin, 20 to 30%;
plasticizer, 10 to 20%; inorganic fillers, 20 to 40%; pigments, 0 to 20%.
Description: vinyl floor tiles of various colors and design backed with asbestos
reinforced asphalt adhesive. Asbestos fiber available in over 60 standard and
special grades. Each designation defines a distinct grade that is suitable for
certain industrial applications. These grades are further defines as to textural
characteristics. It is used in a variety of products such as textiles, paper,
plastics, cement products, friction materials, coatings, caulkings, to name a few.
Produced 1912 to 1983. Contained 80 to 100% asbestos fiber. Description:
Asbestos fiber is inorganic, fibrous, strong, flexible, and nonflammable. It
bulks, reinforces, adds flexibility, provides dimensional stability, and resists
time, weather, and fire.

(e) Additional information. No additional information is available.

19. National Gypsum Company

(a) Name and address of manufacturer. National Gypsum Company, 4500 Lincoln Plaza,
500 North Akard Street, Dallas, TX.

(b) Years of manufacture. 1933 through 1972.

(c) Types or classes of products. Acoustical plasters, acoustical treatment,
fireproofing.

(d) Other identifying characteristics. Rockwall Acoustic Plaster (produced 1936 to
1940) contained the following ingredients: molding plaster, 35.5% (by weight);
pumice, 53.2%; asbestos, 6.4%; cork, 2.5%; retarder, 2%, fiber, 2.1%.

Standard Gold Bond Macoustic (produced 1933 to 1936) contained the following
ingredients: asbestos, 39.90% (by weight); rock wool, 9.98%; slag, 24.94%;
stucco, 24.94%; aluminum sulphate, 0.05%; retarder, 0.20%. This product was
available in colors; the pigments used are not listed in the above formula or
accounted for in calculations.

New Smooth Trowel Finish Macoustic (also called New Trowel Finish Macoustic and
Trowel Finish Macoustic) had varied formulations. The formula for September 27,
1935 was: pumice, 34.94% (by weight); cork, 11.98%; asbestos, 17.97%; hydrated
finish lime, 24.96%; keenes cement, 9.99%; soap bark powdered, 0.15%. The
formula for October 8, 1936 was: pumice, 35.95% (by weight); cork, 11.98%;
asbestos, 3.99%; hydrated finish lime, 29.96%; keenes cement, 14.98%; soap bark
powdered, 0.15%; ground paper, 1.50%; wood fiber, 1.50%. The formula for March
8, 1937 was: pumice, 35.30% (by weight); cork, 11.98%; asbestos, 5.99%;
hydrated finish lime, 29.96%; keenes cement, 14.98%; soap bark powdered, 0.15%;
ground paper, 1.50%; wood fiber, 1.50%. The formula for October 7, 1943 was:

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                    Page 31
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

pumice, 42.42% (by weight);   cork, 14.47%;  asbestos, 7.49%;  hydrated finish lime,
12.47%; keenes cement, 18.71%;  ground paper, 1.88%;  wood fiber, 1.88%;  Nacconal
Hg, 0.19%.   This product was available in colors;  pigments used are not listed in
the above formulas or accounted for in calculations.

Macoustic Plaster (produced 1942 to 1947) had varied formulations over the years.
The formula for October 5, 1942 was: moulding plaster, 33.47% (by weight);
pumice, 54.39%;  asbestos, 10.88%;  wood fiber, 0.84%;  Naccanol Hg, 0.16%;
retarder, 0.25%.    The formula for January 23, 1946 was: moulding plaster, 29.24%
(by weight);  pumice, 62.38%;  asbestos, 5.85%;  wood fiber, 2.34%;  retarder,
0.16%;  Duponol Me Dry, 0.04%.   The formula for February 18, 1946 was:  moulding
plaster, 29.43% (by weight);  pumice, 60.17%;  asbestos, 7.85%;  wood fiber, 2.35%;
retarder, 0.16%;  Duponol Me Dry, 0.04%.   The formula for December *5156 30, 1947
was:  moulding plaster, 28.62% (by weight);  pumice, 61.07%;  asbestos, 7.63%;
wood fiber, 2.29%;  powdered locust gum, 0.25%;  arctic syntex M beads, 0.08%;
Dowicide G, 0.05%.   This product was available in colors;  the pigments are not
listed in the above formulas or accounted for in calculations.

Perlite Macoustic (also called Perlite Acoustical Plaster and Acoustical Plaster)
contained the following ingredients:  stucco, 48.63% (by weight);  asbestos, 12.97%;
wood fiber, 3.89%;  perlite, 33.72%;  powdered locust gum, 0.43%;  arctic syntex M
beads, 0.27%;  Dowicide G, 0.08%;  retarder, as required.   This product was
available in colors;  pigments used are not listed in the above formula or
accounted for in calculations.

Thermacoustic (produced 1949 to 1957) had varied formulations.   The formula for
August 10, 1949 was: mineral wool, 80% (by weight);  asbestos, 12%; starch, 8%.
The formula for December 22, 1949 was: mineral wool, 79.84% (by weight);
asbestos, 11.98%;  starch, 7.98%;  cut fungicide, 0.2%.   The formula for January
24, 1951 was: mineral wool, 70.67% (by weight);  asbestos, 18.90%;  portland
cement, 4.52%;  starch, 5.75%;  cut fungicide, 0.16%.   The formula for January 12,
1953 was: mineral wool, 70.67% (by weight);  asbestos, 18.90%;  portland cement,
4.52%;  starch, 4.96%;  cut fungicide, 0.99%.   The formula for August 23, 1956
was: mineral wool, 65.09% (by weight);  asbestos, 21.16%;  portland cement, 4.88%;
starch, 2.85%;  cut fungicide, 1.22%; diethylene glycol, 1.95%;  vegetable
cellulose adhesive, 2.85%.

Fire-Shield Plaster (produced 1958 to 1970) was also known as Steel Deck
Fireproofing Plaster for Spray.   The product had varied formulations over the
years.   The formula for August 27, 1958 was:  perlite, 36.89% (by weight);  stucco,
50.44%;  asbestos, 12.61%;  Monad G, 0.05%.   The formula for February 4, 1959 was
the same.   The formula for April 11, 1960 was the same, except for the asbestos
content, which increased to 24.37% (by weight), and the Monad G content, which
increased to 0.06%.   The formula for May 1, 1968 was the same. The formula for
September 30, 1968 was: perlite, 23.74% (by weight);  stucco, 50.23%;  asbestos,
24.35%;  bentonite, 1.52%;  Monad G, 0.15%.

White Spray-On Acoustical Plaster (produced 1955 to 1956) had two formulations.
The formula for October 6, 1955 was: perlite, 59.32% (by weight);   bentonite,
15.21%;  asbestos, 7.60%;  limestone, 15.21%;  titanium dioxide, 2.09%;  Monad G,
0.57%.   The formula for December 15, 1955 was: perlite, 59.04% (by weight);   bentonite,
15.14%;  asbestos, 7.57%;  limestone, 15.14%; titanium dioxide, 2.08%;  Monad G,

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                      Page 32
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

0.57%;  sodium nitrite, 0.47%.

Superwhite Sprayolite (produced 1956 to 1968) had varied formulations.  The
formula for April 6, 1956 was:  perlite, 59.04% (by weight);  bentonite, 15.14%;
asbestos, 7.57%;  calcium carbonate, 15.14%;  asbestos, 7.57%;  calcium carbonate,
15.14%;  titanium dioxide, 2.08%;  Monad G, 0.57%;  sodium nitrate, 0.47%.  The
formula for September 3, 1956 was:  perlite, 58.87% (by weight);  bentonite,
15.09%;  asbestos, 7.55%;  calcium carbonate, 15.09%;  titanium dioxide, 2.08;
Monad G, 0.57;  sodium nitrite, 0.47%;  boric acid, 0.28%.   The formula for
January 21, 1958 was the same.   The formula for March 27, 1958 was:  perlite,
63.20% (by weight);  bentonite, 13.50%;  titanium dioxide, 1.86%;  Monad G, 0.51%;
sodium nitrate, 0.42%;  boric acid, 0.25%. The formula for July 30, 1958 was
perlite, 58.37% (by weight);  bentonite, 12.47%;  asbestos, 9.35%;  calcium
carbonate, 18.71%;  Monad G, 0.47%;  sodium nitrite, 0.39%;  boric acid, 0.23%.

Gold Bond Acoustical Plaster Type C (produced 1952 to 1956) was also called Gold
Bond Acoustical Plaster High Humidity.   The formula for this product was:
asbestos, 6.95% (by weight);  Monad G, 0.35%;  white portland cement, 23.17%;
pumice, 69.52%.

(e) Additional information. Additional information is available.

20. Owens-Corning Fiberglas Corporation

(a) Name and address of manufacturer. Owens-Corning Fiberglas Corporation
("OCF"), Fiberglas Tower, Toledo, OH 43659.

(b) Years of manufacture. 1938 through 1972.

(c) Types or classes of products. Asbestos paper facing for blankets of fiberglass
insulation, asbestos yarn ties, high temperature insulation, insulating cement,
finishing cement.

(d) Other identifying characteristics. Blankets of fiberglass insulation with an
asbestos paper facing were produced 1938 to 1941.   OCF did not manufacture the
asbestos paper, but offered, as a special order option, to sew it on to blankets of
its fiberglass insulation.

Asbestos yarn ties were produced 1938 to approximately 1952.   OCF sold fiberglass
blankets which had a metal mesh attached to the blanket.   The metal mesh was
affixed to the fiberglass insulation blanket by wire ties.   Yarn ties were offered
as a special order option for this product.

Kaylo high temperature insulation (produced 1958 to 1972) contained 15% asbestos,
quicklime, silica, diatomaceous earth, clay, chromite, limestone, and sodium
silicate.

Unarcoboard, later called Fyrcor, (produced 1970 to 1972) was a high temperature
industrial insulation, produced in sheet form.   It contained a small amount of
amosite asbestos and was generally grayish/white in color.

Insulating cement (produced for 6 months in 1951) may have contained asbestos.

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)                                    Page 33

The modulated insulation was dry mixed with refractory type materials.

Asbestos-containing finishing cement (produced 1940 to 1949) was a light density fibrous material combined with asbestos fibers and suitable binders.

(e) Additional information. No additional information is available.

21. Pfizer Inc.

(a) Name and address of manufacturer. Pfizer Inc., 235 East 42nd Street, New York, NY 10017.   Predecessor: Gibsonburg Lime Products Co. (GLPC).

(b) Years of manufacture. January 19, 1962 through December 31, 1964 by GLPC; December 31, 1964 through approximately December 31, 1972 by Pfizer Inc.

(c) Types or classes of products. Kilnoise acoustical ceiling plaster.

(d) Other identifying characteristics. The formula for Kilnoise was 89.1% hydrated dolomitic lime, 9.9% chrysotile asbestos, 0.25% fiberglass, and 0.75% Duponol (sodium lauryl sulfate).   Kilnoise was a white (on rare occasions, cream or buff) powder mixed with water, then trowelled on by hand over gypsum brown coat.   After being applied to approximately 1/4 '' thickness, Kilnoise was brush stippled and nail perforated by hand while wet, and then allowed to dry to a hard, uniformly textured surface, which could thereafter be painted if desired.   Kilnoise was not a spray-on insulation material.

Rapid screening test: To a 300-mg sample of the building material add 2 to 3 drops of dilute (1 N) hydrochloric acid.   If there is not an immediate evolution of gas (carbon dioxide), the sample is not Kilnoise and no further testing is necessary. (Note: If there is only a very small amount of gas evolution, the binder may contain hydrated lime that has reacted with carbon dioxide in the air to form small amounts of carbonate.   Lime- based material, however, may be differentiated from dolomitic material on the basis of its greater alkalinity.)

(e) Additional information. Additional information is available.

*5157 22. Rhone-Poulenc Ag Company

(a) Name and address of manufacturer. Rhone-Poulenc Ag Company, or "Rhone-Poulenc", P.O. Box 12014, 2 T.W. Alexander Drive, Research Triangle Park, NC 27709. Predecessor:  Achem Products, Inc., formerly American Chemical and Paint Company and Benjamin Foster Company (office address from 1930 to 1946: 1411 Walnut Street, Philadelphia, PA), (factory address from 1930 to 1946: 31st Street and Magazine Lane, Philadelphia, PA), (office and factory address 1946 to 1976:  4635-37 West Girard Avenue, Philadelphia 31, PA).

(b) Years of manufacture. Early 1930's through 1976.

(c) Types or classes of products. Adhesives, coatings and sealants, and mastics.

(d) Other identifying characteristics. The following products which contained small amounts of encapsulated asbestos were manufactured and sold by the Benjamin

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                    Page 34
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

Foster division of Amchem Products, Inc. and/or its predecessors in interest and
may have been used in the construction industry:

Adhesives: Thermas Extruded Heat Transfer Cement (designed 1955);  Black Spot
Adhesive (designed 1959);  INSULFAS (designed 1941);  Fibrous Adhesive (designed
1942, 1966, 1957);  Fire Resistive Adhesive (designed 1943);  Fire Resistive
Insulation Adhesive (designed 1959);  Metal Adhesive (designed 1959);  Black
Adhesive;  C.C. Adhesive;  Fire Resistive Linoleum Adhesive; Cement, Adhesive, Fire
Retardant, Type 1;  Steel Floor Plate Adhesive, Part A; Insulation Adhesive, Part
B;  Adhesive Sealer, Charcoal Gray, Part A;  Adhesive Sealer, Part A;  Adhesive
Sealer, White, Part A;  Mariner Adhesive;  Cold Storage Adhesive;  Adhesive,
Foster IBM Asphalt Fibre Roof Cement;  Black Cat Roof Cement (Asphalt with
Asbestos);  Foster IBM Red Plastic Roof Cement; Foster IBM Green Plastic Roof
Cement;  Foster IBM Green Fibre Roof Coating Cement.

Mastics: Sealfas Mastic (designed 1959);  Sealfas Mastic, Sand  (Temporary) (Low
Temperature Grade) (designed 1959);  Sealfas Mastic, Mediterranean, Blue (Low
Temperature Alt.) (designed 1959);  Sealfas Mastic, Sand, (designed 1959);  Sealfas
Mastic, White, (designed 1959);  SEALFAS G-P-M Mastic;  Cork-filled Mastic
(designed 1959);  C.I. Mastic;  Fire Resistive Mastic;  C.I. Mastic, Aluminum;
Fire Resistive Mastic, Aluminum;  STACKFAS Mastic (designed 1960);  Safetie H. I.
Mastic (designed 1955);  Hilastic Mastic (designed 1958);  Fire Resistive Asphalt
Material (designed 1965); Safetie C. I. Mastic (designed 1964);  H. I. Mastic
(designed 1941);  Low Temperature H. I. Mastic (designed 1962);  Climastic MASTIC;
Sealfas Mastic; Sealfas G-P-M Mastic;  Cork-Filled Sealfas;  Sealfas Mastic Trowel;
Cork Filled Fire Resistive Mastic;  Fire Resistive Mastic;  Safetee Cork-Filled
Fire Resistive Asphalt Mastic;  O. C. Mastic.

Sealants: Flame Resistant High Velocity Duct Sealant (designed 1960);  Asphalt
Seam Sealer (designed 1959);  Fire Resistive Navy Sealer (designed 1955);  Heat
Resistant Sealant (designed 1949);  FOAMSEAL Sealant (designed 1960); Insulation
Sealant (designed 1963);  Contraction Joint Sealant (designed 1969);  High Velocity
Duct Sealer (designed 1962);  Flame Resistant High Velocity Duct Sealant Cartridge
Grade (designed 1968);  Flashing Compound (designed 1960);  Elastolar Sealant
(designed 1966);  Extruded Sealant Tape; Duct Sealer, Gray;  Flame Resistant High
Velocity Duct Sealant, Gray;  Insulation-Sealer Undercoating;  Flexible Joint
Sealer;  Flextra Sealant (Spray);  Gray Caulking Compound;  Fitting Filler;  Foster
Black Caulking Compound-Gun Grade;  Joint Filler.

Coatings: Protection Kote (designed 1953);  Fire Retardant Vapor Barrier
(designed 1955);  LAGTONE Coating (designed 1962);  Tite-Fit Coating;  White
Insulation Coating;  Lagtone (designed 1956);  FOAMSEAL Coating (designed 1972);
Masonry Coating;  Stackfas-Hi Solids;  Heat Resistant Metal Coating; Foster IBM
Asphalt Fibre Roof Coating;  Black Cat Roof Coating (Asphalt with Asbestos);
Foster IBM Red Fibre Roof Coating.

(e) Additional information. Additional information is available.

23. The Sherwin-Williams Company

(a) Name and address of manufacturer. The Sherwin- Williams Company, 101 Prospect
Ave., N.W., Cleveland, OH 44101.  Purchased subsidiary: Dutch Boy Group, 101

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                    Page 35
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

Prospect Ave., N.W., Cleveland, OH 44101.

 (b) Years of manufacture. Before 1972.    Records were reviewed back to 1964.

 (c) Types or classes of products. Cement block fillers.

 (d) Other identifying characteristics. The coatings are used as a thin film and
the asbestos is bound in a resin.    There usually is a non-asbestos top coat
applied over these coatings.    The only way to distinguish these products from
other manufacturers' is by purchase records.

 (e) Additional information. No additional information is available.

24. Tremco Incorporated

 (a) Name and address of manufacturer. Tremco Incorporated, 3735 Green Road,
Beachwood, OH 44122.    Also operated by Tremco:  Adhesives System Division,
BFGoodrich Company, 123 West Bartges, Akron, OH 44311.

 (b) Years of production. 1930 through the present.

 (c) Types or classes of products. Extruded Butyl Tapes (produced 1955 to the
present by Tremco Incorporated);  Acrylic Sealant (produced 1961 to the present by
Tremco Incorporated);  Polyurethane Coatings & Sealants (produced 1979 to the
present by Tremco Incorporated);  Butyl Sealants (produced 1960 to the present by
Tremco Incorporated);  Drying Sealants (produced 1950 to the present by Tremco
Incorporated);  Non-Drying Sealants (produced 1952 to the present by Tremco
Incorporated);  Oil Based Paints (produced 1930 to 1973 by Tremco Incorporated);
Adhesives (produced 1960 to 1983 by Adhesives Systems Division, BFGoodrich
Company).

 (d) Identifying characteristics. The above products contain chrysotile asbestos;
identifying characteristics are unavailable.

 (e) Additional information. No additional information is available.

25. Union Carbide Corporation

 (a) Name and address of manufacturer. Union Carbide Corporation, 39 Old Ridgebury
Road, Danbury, CT 06817-0001.    Predecessor:  Calidria Corporation, Bakelite
Corporation.

 (b) Years of manufacture. 1939 through approximately 1974.

 (c) Types or classes of products. Raw chrysotile asbestos, phenolic resin
material.

 (d) Other identifying characteristics. Calidria (initially sold as Union Carbide
Asbestos), (produced 1963 to June 30, 1985), consisted entirely of raw chrysotile
asbestos in a unique short fiber form.    The chemical formula was $Mg_6 (OH)_8 Si_4 O_{10}$.  Union Carbide produced four grades of Calidria asbestos: standard, super
standard, high purity, and resin grade;  the different grades reflect varying

degrees of purity of content.    Union Carbide packaged some of the Calidria products which were sold by domestic distributors under the following trade names: Arcovis, Imcobest, Oilbestos, Super Visbestos, Telvis, Univis, Visbestos, and Visquick.    Calidria asbestos consisted of raw chrysotile asbestos in a unique short fiber form and can thus be *5158 distinguished from other chrysotile asbestos by its short fiber length.    Calidria asbestos was sold in fibrous and pelletized forms.    In appearance, Calidria was grey (pelletized) or white (fibrous) in color and powdery in substance.

Bakelite (produced from approximately 1939 to mid 1974), was manufactured at Union Carbide's Bound Brook Facility, 1 River Road, Bound Brook, NJ 08805. Union Carbide affiliates also manufactured asbestos containing Bakelite in Monterey and Mexico City, Mexico, and in Belleville, Ontario, Canada, however, none of these facilities sold Bakelite to customers in the United States. Prior to Union Carbide, from 1931 until 1939, Bakelite was manufactured by the Bakelite Corporation at the same Bound Brook facility as Union Carbide's Bakelite plant.    The Bakelite Corporation and facility at Bound Brook was formed and created from a merger of the Bakelite Company, originally located at Bloomfield, IN; the General Plastics Company, of Perth Amboy, NJ;  and the Redmonal Company, of Chicago, IL. Bakelite consisted of a phenolic resin material, sold to customers in a coarse granular (sand-like) form. Bakelite's purchasers consisted of molders who used the intermediate products sold to additional manufacturers.    Bakelite customers would heat and melt the powder to create a molten resin (to which some purchasers would add other substances) and then mold, harden and cool the resin into the finished product.    Most Bakelite did not contain asbestos.    At its peak, asbestos containing Bakelite comprised 40% of the Bakelite produced by Union Carbide.    The great bulk of non-asbestos Bakelite contained wood flour as a filler in lieu of asbestos. Asbestos containing Bakelite fell into three classes of Bakelite, which differed on the basis of the quantity and type of asbestos:  General Purpose Bakelite, Heat Resistant Bakelite, and High Impact Heat Resistant.

General Purpose Bakelite contained less than 12% asbestos content.    The asbestos consisted of short fiber usually purchased from the Carey-Canada Corporation. General Purpose Bakelite was marketed for use in certain electrical devices such as electrical panels, electrical plug receptacles, and electrical switches.    General Purpose Bakelite consisted of the following Bakelite product designations (which differed with respect to either resin components or asbestos proportions):  BMMA 5138, BMRS 5314, BMMA 5440, BMMA 5330, BMMC 5333, BMMS 5333, BMRS 5440, BMMA 5441.

Heat Resistant Bakelite contained 25 to 30% asbestos content (with one exception noted below).    The asbestos consisted of short fiber asbestos usually purchased from the Carey Canada Corporation.    Heat Resistant Bakelite was marketed for high voltage electrical switches or switch boxes and consisted of the following product designations:  BMMC 2035;  BMMA 5303;  BMMD 5303; BMRS 2035;  BMRS 5303;  BMRC 2035;  BMMA 5353 (only 10% asbestos).

High Impact Heat Resistant (only manufactured until the mid 1960's) consisted of 50% asbestos.    The asbestos consisted of long fiber African Blue (trade name) Asbestos.    High Impact Heat Resistant was marketed for use in or with very high voltage industrial electrical switch gear and consisted of the following product designation: BMMZ 5250.

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

As indicated above, Bakelite was sold in a granular form.  Bakelite was brown;
however, a pigment was usually added to give it a black appearance.  Some of the
long-fiber asbestos had a green hue to it.  Asbestos containing Bakelite can be
distinguished from Bakelite or other phenolics which contained wood flour as a
filler by appearance or weight:  the asbestos-containing Bakelite had a smoother
appearance and a greater specific gravity (by a factor of approximately 1.3).
Asbestos containing Bakelite can only be distinguished from phenolics with asbestos
or other, non-asbestos, mineral filler (as opposed to wood flour) by an ash
chemical analysis.

Any asbestos contained in general purpose Bakelite or Heat Resistant Bakelite was
fully encapsulated by the resin in the Bakelite sold by Union Carbide. Any asbestos
in High Impact Heat Resistant Bakelite would be encapsulated when the resin was
molded, hardened and cooled into the finished product by the purchasers of
Bakelite.   Therefore, any asbestos in Bakelite found in buildings is encapsulated
and thus not respirable.

(e) Additional information. No additional information is available.

26. Uniroyal Holdings, Inc., Textile Division

(a) Name and address of manufacturer. Uniroyal Holdings, Inc., Textile Division,
455 Chase Parkway, Waterbury, CT 06708-3392.   Formerly named U.S. Rubber Company.

(b) Years of manufacture. 1941 through 1976.

(c) Types or classes of products. Asbestos cloth.

(d) Other identifying characteristics. From about 1941 until 1976, Uniroyal's
Textile Division made and marketed asbestos-containing cloth containing a
significant quantity by weight and volume of chrysotile asbestos fiber. Uniroyal
sold this cloth for a great variety of uses, and did not market it specifically as
an insulation material for use in buildings.   The chrysotile fibers in the cloth
were combined with cotton or other natural or synthetic fibers, and the woven cloth
was often coated with resin to achieve a smooth and uniform finish.   Uniroyal's
asbestos cloth, generally light in weight as compared to other manufacturers'
asbestos-containing cloth, was graded depending on the percentage of asbestos in
the finished product.   Generally speaking, the grades were Underwriters, AA and
AAA;  the range of gauges .023 to .078;  and the weight in pounds per square yards
ranged from .75 to 2.5, with the predominant sales in the lighter weight fabric.

(e) Additional information. No additional information is available.

27. United States Gypsum Company

(a) Name and address of manufacturer. United States Gypsum Company, 101 South
Wacker Drive, Chicago, IL 60606.   United States Gypsum Company in NJ was
incorporated December 27, 1901 and dissolved August 23, 1920.   Avery Gypsum
Company in NJ was incorporated August 23, 1920 and dissolved October 14, 1927.
United States Gypsum Company in IL was incorporated August 12, 1920 and dissolved
December 24, 1936.   United States Gypsum Company in DE was incorporated December
24, 1936 and dissolved in August 1952.   United States Gypsum Company was

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                              Page 38
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

incorporated August 1952 and dissolved February 4, 1966. USG Corporation in DE was
incorporated February 2, 1966 and dissolved July 1, 1966.  The United States
Gypsum Company in DE was incorporated August 1, 1966.

  (b) Years of manufacture. 1930 through 1977.

  (c) Types or classes of products. Ceiling tile, fireproofing plaster, thermal
insulation, rigid block insulation, texture, simulated acoustical ceiling texture,
paper and felt, and pipe covering.

  (d) Other identifying characteristics. Acoustone 120 ceiling tile was produced
1968 to 1976 in Gypsum, OH.

Shadowline ceiling tile was produced 1968 to 1976 in Walworth, MI.

Acoustone 180 ceiling tile was produced 1966 to 1975 in Gypsum, OH.

Red Top Firecode Plaster (D) fireproofing plaster was produced 1962 to 1963 in
Boston, MA;  1962 to 1963 in *5159 Detroit, MI;  1959 to 1964 in East Chicago, IN;
1960 to 1964 in Empire, NY;  1959 to 1964 in Fort Dodge, IA;  1961 to 1964 in
Gypsum, OH;  1959 to 1964 in New Brighton, NY;  1962 to 1963 in Oakfield, NY;  1962
to 1963 in Philadelphia, PA;  1961 to 1963 in Sperry, IA;  1962 to 1963 in Stony
Point, NY;  1964 only in Hagersville, CAN.

Red Top Firecode "V" Plaster fireproofing plaster was produced 1965 to 1969 in
Baltimore, MD;  1962 to 1963 in Boston, MA;  1962 to 1963 in Detroit, MI;  1962 to
1969 in East Chicago, IN;  1962 to 1969 in Empire, NY;  1964 to 1965 in Fort Dodge,
IA;  1962 to 1963 in Galena Park, TX;  1962 to 1968 in Gypsum, OH;  1963 to 1967 in
Midland, CA;  1962 to 1969 in New Brighton, NY;  1962 to 1963 in Oakfield, NY;
1962 to 1963 in Philadelphia, PA;  1967 to 1968 in Plaster City;  CA;  1962 to 1963
in Stony Point, NY;  1963 to 1969 in Sweetwater, TX;  1963 to 1969 in Hagersville,
CAN.

Spraydon Standard A fireproofing plaster was produced 1965 to 1971 in Plainfield,
NJ;  1965 to 1971 in Torrance, CA.

Spraydon Standard G fireproofing plaster was produced 1968 to 1970 in Plainfield,
NJ;  1968 to 1970 in Torrance, CA. Spraydon

Powercote thermal insulation was produced 1969 to 1971 in Plainfield, NJ;
Torrance, CA;  and Corsicana, TX.

K-Fac Industrial Insulating Block rigid block insulation was produced 1943 to 1950
in East Chicago, IN.

K-Fac 19 rigid block insulation was produced 1970 to 1973 in Greenville, MS.

Pac-Tex Texture Paint was produced 1962 to 1963 in Dallas, TX;  1943 to 1970 in
South Gate, CA;  1949 to 1962 in Sweetwater, TX.

A-B Tex Texture Paint was produced 1959 to 1973 in Chamblee, GA;  1935 to 1949 in
Gypsum, OH;  1954 to 1973 in Gypsum, OH;  1973 only in Midway, IL;  1935 to 1949 in

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                      Page 39
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

New Brighton, NY;  1954 to 1968 in New Brighton, NY;  1943 to 1944 in South Gate,
CA;  1954 to 1974 in South Gate, CA;  1948 to 1950 in Sweetwater, TX;  1962 to 1963
in Hagersville, CAN;  1973 only in Hagersville, CAN.

  Texture Paint was produced 1959 to 1973 in Chamblee, GA;  1964 to 1973 in Dallas,
TX;  1930 to 1973 in Gypsum, OH;  1937 to 1973 in New Brighton, NY;  1948 to 1970 in
South Gate, CA;  1948 to 1964 in Sweetwater, TX.

  Texolite Dry Fill texture was produced 1959 to 1961 in New Brighton, NY.

  Texolite Drywall Surfacer, Aggregated, (renamed Drywall Surfacer, Texture XII in
1965) was produced 1963 to 1965 in Dallas, TX;  1961 to 1977 in Gypsum, OH;  1970 to
1972 in Midway, IL;  1963 to 1965 in New Brighton, NY;  1963 to 1965 in South Gate,
CA.

  Spray Texture Paint (or Finish) was produced 1961 to 1976 in Chamblee, GA;  1961
to 1976 in Dallas, TX;  1960 to 1976 in Gypsum, OH;  1970 to 1976 in Midway, IL;
1966 to 1968 in New Brighton, NY;  1963 to 1973 in South Gate, CA;  1959 to 1961 in
Sweetwater, TX.

  Multi-purpose Texture Finish was produced 1964 to 1976 in Chamblee, GA;  1963 to
1976 in Dallas, TX;  1965 to 1976 in Gypsum, OH;  1971 to 1976 in Midway, IL;  1965
to 1966 in New Brighton, NY. Improved Spray Texture B-8 was produced 1963 to 1973
in South Gate, CA.

  Sanded, Colored, Texture Paint was produced 1952 to 1953 in New Brighton, NY;
1952 to 1955 in Sweetwater, TX.

  Concrete Ceiling Texture was produced 1970 to 1973 in South Gate, CA. Textone
Texture Finish was produced 1959 to 1972 in Chamblee, GA;  1962 to 1972 in Dallas,
TX;  1928 to 1975 in Gypsum, OH;  1937 to 1972 in New Brighton, NY;  1944 to 1972 in
South Gate, CA;  1949 to 1972 in Sweetwater, TX;  1965 to 1977 in Hagersville, CAN.

  Texolite Block Filler was produced 1961 to 1966 in Chamblee, GA;  1966 to an
unknown date in Dallas, TX;  1958 to an unknown date in Gypsum, OH;  1958 to an
unknown date in New Brighton, NY;  1959 to 1966 in South Gate, CA;  1959 to 1966 in
Sweetwater, TX.

  Sheetrock Smoothcoat texture was produced 1966 to 1974 in Dallas, TX;  1965 to
1974 in Gypsum, OH;  1971 to 1974 in Midway, IL.

  Sheetrock Radiant Heat Simulated Acoustical Texture ceiling texture was produced
1970 to 1972 in South Gate, CA.

  Special Texture Paint was produced from 1963 to 1964 to Dallas, TX;  1971 to 1972
in Dallas, TX;  1955 only in New Brighton, NY.

  Texture XII, Super Vinyl was produced 1970 to 1976 in Gypsum, OH;  1970 to 1976 in
Midway, IL.

  Aggregated Spray Finish, White texture was produced 1967 to 1968 in Dallas, TX;
1964 to 1968 in Gypsum, OH;  1971 only in Midway, IL.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                                    Page 40
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

Smooth Hard Finish texture was produced 1968 to 1969 in South Gate, CA.

Superhard Spray Texture Finish was produced 1968 to 1969 in South Gate, CA.

Exterior Texture Wallboard Finish was produced 1971 to 1973 in Dallas, TX; 1971 to 1972 in South Gate, GA.

Simulated Acoustical Spray Texture/Finish was produced 1964 only in Chamblee, GA; 1963 to 1964 in Dallas, TX; 1959 to 1964 in Gypsum, OH; 1961 to 1964 in New Brighton, NY; 1959 to 1964 in South Gate, CA; 1961 to 1962 in Sweetwater, TX.

"QT" Simulated Acoustical Spray Texture was produced 1963 to 1973 in South Gate, CA.

Imperial "QT" (Spray) Texture Finish-Regular was produced 1964 to 1965 in Dallas, TX; 1967 to 1976 in Dallas, TX; 1964 to 1968 in New Brighton, NY; 1966 only in South Gate, CA; 1968 to 1973 in South Gate, CA.

Imperial "QT (Spray) Texture Finish-LC was produced 1965 to 1968 in Dallas, TX; 1965 to 1968 in Gypsum, OH; 1965 to 1966 in New Brighton, NY; 1965 to 1966 in Hagersville, CAN; 1966 only in Montreal, CAN.

Imperial "QT" (Spray) Texture Finish-NC-LC was produced 1968 to 1976 in Chamblee, GA; 1966 to 1974 in Dallas, TX; 1966 to 1976 in Gypsum, OH; 1966 to 1975 in New Brighton, NY.

Imperial "QT" (Spray) Texture Finish-Extra Hard Fine was produced 1964 to 1974 in Chamblee, GA; 1964 to 1971 in Dallas, TX; 1964 to 1974 in Gypsum, OH; 1964 to 1973 in New Brighton, NY.

Imperial "QT" (Spray) Texture Finish-Vermiculite, Coarse and Regular was produced 1967 to 1976 in Chamblee, GA; 1966 to 1976 in Dallas, TX; 1968 to 1976 in Gypsum, OH; 1970 to 1976 in Midway, IL; 1968 to 1976 in New Brighton.

Imperial "QT" (Spray) Texture Finish-Polystyrene, Coarse and Regular was produced 1967 to 1976 in Dallas, TX.

Imperial "QT" (Spray) Texture Finish-NC4 was produced 1968 to 1972 in Chamblee, GA; 1968 to 1971 in Dallas, TX; 1967 to 1972 in Gypsum, OH; 1970 to 1972 in Midway, IL; 1967 to 1972 in New Brighton, NY.

Ready-Mixed Imperial "QT" Spray Finish was produced 1966 to 1967 in New Brighton, NY.

Asbestos Paper was produced 1938 to 1939 in Jersey City, NJ.

Asbestos Felts and Coverings were produced 1936 to 1939 in Jersey City, NJ.

Commercial Asbestos Paper was produced 1936 to 1939 in Jersey City, NJ.

Asbestos Corrugated Paper-Corrugated Wool Felt was produced 1936 to 1939 in Jersey

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

City, NJ.

Asbestos Air Cell Pipe Covering was produced 1936 to 1939 in Jersey City, NJ.

Corrugated Wool Felt Air Cell Covering was produced 1936 to 1939 in Jersey City, NJ. Wool Felt Pipe Covering was produced 1936 to 1939 in Jersey City, NJ.

Laminated Asbestos & Sponge Pipe Covering was produced 1936 to 1939 in Jersey City, NJ.

Hair & Wool Felt Pipe Covering-Frost Proof was produced 1936 to 1939 in Jersey City, NJ.

*5160 Anti-Sweat Pipe Covering was produced 1936 to 1939 in Jersey City, NJ.

Range Boiler Jackets pipe covering was produced 1936 to 1939 in Jersey City, NJ.

Asbestos Air Cell Board pipe covering was produced 1936 to 1938 in Jersey City, NJ.

Laminated Sponge & Asbestos Board pipe covering was produced 1936 to 1939 in Jersey City, NJ.

Asbestos Cement pipe covering was produced 1936 to 1939 in Jersey City, NJ.

Pyrobestos Pipe Covering Board & Stack Lining was produced 1936 to 1939 in Jersey City, NJ.

(e) Additional information. Additional information is available.

28. W.R. Grace & Company

(a) Name and address of manufacturer. W. R. Grace & Company, Grace Plaza, 1114 Avenue of the Americas, New York, NY 10036-7794.

(b) Years of manufacture. Approximately 1938 through 1978; exact years of production for many of the products are unknown.

(c) Types or classes of products. Surfacing material, concrete leveler or block filler, window glazing compound or paste, elastomeric caulking and sealing compounds, extrudable chalking compound, non-staining oil base caulking compound, waterproofing compounds, bonding agent, epoxy based adhesive, epoxy resin floor surfacing, slip resistant coating, exterior masonry coating, acrylic sealant, and waterproofing sealant.

(d) Other identifying characteristics. Zonolite Acoustical Plaster (produced 1945 to approximately 1972) was a surfacing material which contained approximately 20% TM chrysotile asbestos by weight. It did not contain commercially-added amphibole asbestos or commercially-added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite, but not both. It was spray-applied or troweled on wet. It was light beige or tan in color. Zonolite Acoustical Plaster may also have been marketed as Zonolite Acoustical Plastic, Vermiculite Acoustical

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                    Page 42
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

Plaster, and Vermiculite Acoustical Plastic, it may have been manufactured in the 1950's with 5D or 7D chrysotile asbestos.

Zono-Coustic (produced 1980 to 1973) was a surfacing material which contained approximately 10 to 14% 7M chrysotile asbestos by weight. It was an acoustical base coat for walls and ceilings. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite but not both. It was spray-applied or trowelled on wet. It was off-white in color. Zono-Coustic may also have been marketed as Zono-Coustic 1, Zono-Coustic 2, Zono-Coustic 3, Zono-Coustic Type 2 and Zono-Coustic (MK 2).

Zonolite Finish Coat (produced 1950 to approximately 1971) was a surfacing material which contained approximately 11 to 14% 7M chrysotile asbestos by weight. It was a decorative textured finish for ceilings. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite but not both. It was spray-applied wet. It was white in color. Zonolite Finish Coat may also have been marketed as Zonolite Finish Coat, Decorator's White, Zonolite Acoustical Finish, and Zonolite Finish Coat Decorator's White Extra Hard.

Zonolite Spra-Tex (produced approximately 1965 to 1972) was a surfacing material which contained approximately 25 to 36% chrysotile asbestos by weight. It was a decorative textured finish for ceilings. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite but not both. It was spray-applied wet. It was white in color. Zonolite Spra-Tex may also have been marketed as Zonolite Spra-Tex EH.

Econo-White 70 (produced 1956 to approximately 1970) was a surfacing material which contained approximately 11 to 17% 7M chrysotile asbestos by weight. It was an acoustical plaster for walls and ceilings. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite but not both. It was spray-applied or trowelled on wet. It was white in color. Econo-White 70 may also have been marketed as Econo-White Acoustical Texture or Econo-White Super White.

Z-Tex (produced approximately 1958 to 1962) was a surfacing material which contained approximately 9 to 17% 7M chrysotile asbestos by weight. It was a spray acoustical texture product. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite but not both. It was spray-applied wet. It was white or beige in color. Z-Tex may also have been marketed as EZ-Tex.

Zonolite Board of Education Texture (produced approximately 1952 or 1963) was a surfacing material which contained approximately 9 to 21% 7M chrysotile asbestos by weight. It was a textured acoustical plaster coat. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite but not both. It was spray-applied or trowelled on wet. It was white in color. Zonolite Board of Education Texture was manufactured for one job site only.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                    Page 43
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

Zonolite Mono-Kote MK-1 (produced 1958 to approximately 1962) was a surfacing material which contained approximately 10 to 13% 7M chrysotile asbestos by weight. It was a cementitious fireproofing. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite, but not both. It was spray-applied or trowelled on wet. It was light beige in color. Zonolite Mono-Kote MK-1 was also sold under the generic name Mono-Kote.

Zonolite Spray Insulation (produced approximately 1959 to 1973) was a surfacing material which contained approximately 10 to 13% 7M chrysotile asbestos by weight. It was a cementitious insulation and acoustical material for application to metal building interiors. It did not contain commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite, but not both. It was spray-applied or trowelled on wet. It was dark beige in color.

Zonolite Mono-Kote MK-3 (produced 1959 to 1973) was a surfacing material which contained approximately 10 to 14% 7M or 7R chrysotile asbestos by weight. It was a cementitious fireproofing. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite, but not both. It was spray-applied or trowelled on wet. It was light beige in color. Zonolite Mono-Kote MK-3 was also sold under the generic name Mono-Kote.

Zonolite High Temperature Cement (produced approximately 1958 to 1970) was a surfacing material which contained approximately 15 to 19% 7D or 8D-20 chrysotile asbestos by weight. It was a cementitious insulation and fireproofing for high temperature applications. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite, but not both. It was trowelled on wet. It was light beige in color. Zonolite High Temperature Cement was also marketed as Hi Temp Insulating Cement, Zonolite Hi-Temperature Cement and Zonolite High Temperature Insulating Cement. It was *5161 marketed primarily for industrial applications.

A-1 Zonolite Texture (produced approximately 1961 to 1964) was a surfacing material which contained approximately 10% chrysotile asbestos by weight. It was a cementitious sprayed texture product. It was used to cover grooves in a pre-mixed ceiling board. It did not contain commercially added amphibole asbestos. It was spray-applied wet. It was off-white in color.

Perltex Super-40 Perlite (exact date manufacture began is unknown; manufactured up to approximately 1973) was a surfacing material which contained approximately 6 to 8% chrysotile asbestos by weight. It was a decorative textured coating. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite, but not both. It was spray-applied wet. It was white or beige in color. It may also have been marketed as Perltex Perlite or Super 40 Perlite.

Perltex Super-40 SAV (exact date manufacture began is unknown; up to approximately 1973) was a surfacing material which contained approximately 5 to 7% chrysotile asbestos by weight. It was a decorative textured coating. It did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. It contained perlite or vermiculite, but not both. It

©    2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

Page 44

was spray-applied wet. it was white or beige in color. Perltex Super-40 SAV may also have been marketed as Perltex SAV or Super-40 SAV.

Perltex Super-40 Polycoarse (exact date manufacture began is unknown, manufactured up to approximately 1973) was a surfacing material which contained approximately 4 to 6% chrysotile asbestos by weight. it was a spray texture coating. it did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. it was spray-applied wet. it was white or beige in color. Perltex Super-40 Polycoarse may also have been marketed as Perltex Polycoarse, Perltex Super-40 Poly or Perltex Poly.

Perltex Super-40 Fog (exact date manufacture began is unknown. manufactured up to approximately 1973) was a surfacing material which contained approximately 4 to 7% chrysotile asbestos by weight. it was used as a base coat under paint or decorative textured finish products. it did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. it was spray-applied wet. it was white or beige in color. Perltex Super-40 Fog may also have been marketed as Perltex Fog.

Perltex Spray Surfacer (exact date manufacture began is unknown. manufactured up to approximately 1973) was a surfacing material which contained approximately 6 to 11.7% TFT or 7RF9 chrysotile asbestos by weight. it was a spray texture coating applied over board, concrete, metal or plaster. it did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. it contained perlite or vermiculite, but not both. it was spray-applied wet. it was white in color. Perltex Spray Surfacer may also have been marketed as Plastercex, Perltex Super-40 Spray Surfacer, Perltex Super-40, and Gun Coat Spray Surfacer.

Hi Sorb Acoustical Plaster (exact date manufacture began is unknown. manufactured up to approximately 1973) was a surfacing material which contained approximately 7% to 10% chrysotile asbestos by weight. it was an acoustical textured ceiling plaster. it was to be applied over gypsum plaster, portland cement, and lime plaster base coats, and directly to monolithic concrete surfaces. it did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. it was spray-applied or trowelled on wet. it was oyster white or white in color. it was also sold as Hi Sorb Acoustical Plaster Oyster White and XX White.

Spra-Wyt (produced 1954 to approximately 1973) was a surfacing material which contained approximately 16 to 20% 7M chrysotile asbestos by weight. it was an acoustical finish coat. it did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. it contained perlite or vermiculite, but not both. it was spray-applied wet. Spra-Wyt may also have been marketed as Spra-Wyt Finish, Spra-Wyt Acoustical, or Spra-Wyt Acoustical Finish.

Versakote (exact date manufacture began is unknown. manufactured up to approximately 1973) was a surfacing material which contained approximately 4 to 7% chrysotile asbestos by weight. it was a decorative exterior finish. it did not contain commercially added amphibole asbestos or commercially added glass fibers, mineral wool or rock wool. it contained perlite or vermiculite, but not both. it

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

was spray applied wet; it was white or beige in color. Versakote may also have
been marketed as Perltex Versakote or Prep Coat 4.

Prep Coat 3 (exact date manufacture began is unknown; manufactured up to
approximately 1972) was a surfacing material which contained approximately 4 to 8%
chrysotile asbestos by weight; it was a decorative exterior finish; it did not
contain commercially added amphibole asbestos or commercially added glass fiber,
mineral wool or rock wool; it was spray applied wet.  Prep Coat 3 may also have
been marketed as Perltex Prep Coat 3.

Perlacoustic (years of production unknown) was a surfacing material which contained
approximately 15 to 17% 7%chrysotile asbestos by weight; it was an acoustical
finish coat; it did not contain commercially added amphibole asbestos or
commercially added glass fibers, mineral wool or rock wool; contained Perlite
or vermiculite, but not both; it was spray applied wet.

Concrete Leveler or Block Filler (produced late 1960's to approximately 1973) was
a cement-like product used to patch or fill concrete and brick.

Horn Glazing Compound (produced 1966 to 1970) was a commercial window glazing
compound or paste; it was off-white in color.  Hornflex Sealants (produced 1964
to 1975) were elastomeric caulking and sealing compounds; they were a gray heavy
paste and a brown viscous liquid.

Hornseal (produced 1969 to 1975) was an extrudable chalking compound; it was sold
in tubes or pails; it was available in various colors, including gray, black,
white aluminum, and limestone.

Vulcatex Professional Grade (produced approximately 1972 to 1977) was a
polymerized, non-staining oil base caulking compound; it was gray or white in
color.

Waterproofing Compounds (produced 1964 to 1977) were sold in the form of a black
mastic.

Epoxy Liquid Bonding Agent (produced approximately 1969 to 1975) was a two-
component bonding agent; it contained two viscous brown-colored liquids.

Epoxy Base Adhesive (produced approximately 1964 to 1966) was an epoxy based
adhesive; it contained two viscous brown colored liquids.

Epoxy Resin Floor Surfacing (produced approximately 1966 to 1971) was an epoxy
resin bond coat and seal coat for use on floors; it was applied in two stages;  it
contained a two-component bond coat and a two-component seal coat; it was available
in a wide range of colors including:  platinum, cashmere, iroquois, cedar, iron
gray, feather green, sand, palmetto, meadowlark, lagoon, beech, graystone, rattan,
medium gray, and white.

*5162 Slip Resistant Coating (produced 1966 to 1978) was a viscous liquid slip
resistant coating;  it was available in gray, green, red, and yellow.

Exterior Masonry Coating (produced approximately 1966 to 1972) was a heavy-bodied

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                    Page 46
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)

liquid exterior masonry coating; it was available in a wide range of colors, including: white, sandstone, tea rose, birch gray, ash gray, shadow green, cedar, baltic, dusty rose, sherwood green, and dove gray.

Acrylic Sealant (produced 1965 to approximately 1969) was a one-component acrylic sealant used for caulking, glazing and sealing joints not subject to abrasion or emersion; it was available in black, white, off-white, limestone, natural gray, and aluminum gray.

Waterproofing Sealant (produced 1969 to 1975) was a sealant accessory product for waterproofing; it was sold as a black extrudable paste.

(e) Additional information. No additional information is available.

III. Obtaining Additional Information

In addition to the summaries in unit II of this notice, some submitters provided EPA with such information as product catalogs, product formulas, protocols for samples, and photographs. The availability of additional information about each submission is indicated in paragraph (e) at the end of each summary in Unit II. To assist individuals in ordering any additional information, the following table has been prepared to show the total number of pages in each submission:

Number of Pages in Each AIA Submission

| Manufacturer | Total pages | Summary pages | Additional information pages |
|---|---|---|---|
| American Biltrite Inc., Amtico Division | 264 | 3 | 261 |
| Armstrong World Industries, Inc. | 562 | 9 | 553 |
| The BFGoodrich Company | 1 | 1 | 0 |
| The Celotex Corporation | 4 | 4 | 0 |
| Congoleum Corporation | 5,594 | 2 | 5,592 |
| Eagle-Picher Industries | 5 | 5 | 0 |
| Fibreboard Corporation | 16 | 11 | 5 |
| Flintkote Company | 4 | 4 | 0 |
| GAF Building Materials | 571 | 35 | 536 |
| General Refractories Company | 3 | 3 | 0 |
| Georgia-Pacific Corporation | 4 | 4 | 0 |
| H. K. Porter Company, Inc. | 1 | 1 | 0 |
| Kaiser Cement | 3 | 3 | 0 |
| Kaiser Gypsum Company, Inc. | 5 | 5 | 0 |
| Keene Corporation | 7 | 7 | 0 |
| Kentile Floors, Inc. | 38 | 1 | 37 |
| Mannington Mills, Inc. | 1,245 | 2 | 1,243 |
| Manville Corporation | 14 | 14 | 0 |
| National Gypsum Company | 388 | 2 | 386 |
| The Owens/Corning Fiberglas Corporation | 3 | 3 | 0 |

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

55 FR 5144-01                                                    Page 47
55 FR 5144-01, 1990 WL 336881 (F.R.)
(Cite as: 55 FR 5144)


| | | | |
|---|---|---|---|
| Pfizer, Inc | 8 | 2 | 6 |
| Rhone-Poulenc Ag Company | 190 | 3 | 187 |
| The Sherwin Williams Corporation | 1 | 1 | 0 |
| Tremco, Inc., Adhesives System Division | 4 | 4 | 0 |
| Union Carbide Corporation | 5 | 5 | 0 |
| Uniroyal Holding, Inc | 1 | 1 | 0 |
| U.S. Gypsum Company | 1,090 | 10 | 1,080 |
| W. R. Grace & Company | 37 | 37 | 0 |
| Total | 10,068 | 182 | 9,886 |


Copies of the information described above and any additional information submitted
to EPA after November 17, 1989, are available for a fee of fifteen cents per page
to cover reproduction costs.   To obtain additional information, interested
individuals should contact the following:  ATLIS Federal Services, Inc., EPA/AIA
Program, 6011 Executive Blvd., Rockville, MD 20852, (301) 816-0873.

Dated:  February 3, 1990.

Linda J. Fisher,

Assistant Administrator for Pesticides and Toxic Substances.

[FR Doc. 90-3370 Filed 2-12-90;  8:45 am]

BILLING CODE 6560-50-D

55 FR 5144-01, 1990 WL 336881 (F.R.)

END OF DOCUMENT

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.