| | | |
|---|---|---|
| Laura Davis Jones, Esquire<br>David Carickhoff, Esquire<br>Pachulski Stang Ziehl Young Jones &<br>Weintraub, PC<br>919 No. Market Street, 16th Floor<br>Wilmington, DE 19801 | Francis A. Monaco, Jr., Esquire<br>Walsh, Monzack & Monaco, P.A.<br>1201 No. Orange Street, Suite 400<br>Wilmington, DE 19801 | Adam G. Landis, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |
| Hamid R. Rafatjoo, Esquire<br>Pachulski Stang Ziehl Young Jones &<br>Weintraub<br>10100 Santa Monica Bl., Suite 1100<br>Los Angeles, CA 90067-4100 | Frederick B. Rosner, Esquire<br>Jaspan Schlesinger Hoffman LLP<br>913 No. Market Street, 12th Floor<br>Wilmington, DE 19801 | John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 No. Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130 | Joseph Grey, Esquire<br>Stevens & Lee, PC<br>1105 No. Market Street, 7th Floor<br>Wilmington, DE 19801 | David M. Fournier, Esquire<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 |
| Marla Rosoff Eskin, Esquire<br>Campbell & Levine, LLC<br>800 King St., Suite 300<br>Wilmington, DE 19801 | Michael R. Lastowski, Esquire<br>Duane Morris & Heckscher, LLP<br>1100 No. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 | Eric Lopez Schnabel, Esquire<br>James H. Joseph, Esquire<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |
| William H. Sudell, Jr., Esquire<br>Eric D. Schwartz, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 No. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Laurie Selber Silverstein, Esquire<br>Monica Leigh Loftin, Esquire<br>Potter Anderson & Corroon LLP<br>1313 No. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | William D. Sullivan, Esquire<br>Buchanan Ingersoll PC<br>1007 No. Orange Street, Suite 1110<br>Wilmington, DE 19801-1236 |
| Anton Volovsek<br>Rt2 – Box 200 #42<br>Kamiah, ID 83536-9229 | Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox 35<br>Wilmington, DE 19801 | James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1800 "M" Street, NW, Suite 1000<br>Washington, D.C. 20036-5802 |
| Mark S. Chehi<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | Todd C. Schiltz, Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Thomas G. Whalen, Esquire<br>Stevens & Lee, PC<br>1105 No. Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Robert J. Dehney<br>Michael G. Busenkell<br>Morris, Nichols Arsht & Tunnell<br>1201 No. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903-7040 | Teresa K.D. Currier, Esquire<br>Klett Rooney Lieber & Schorling, PC<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 |
| Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 | David E. Wilks, Esquire<br>Buchanan Ingersoll PC<br>1007 No. Orange St., Suite 1110<br>Wilmington, DE 19801 | Rachel B. Mersky, Esquire<br>Walsh Monzack & Monaco, P.A.<br>1201 No. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031 |
| Jeffrey C. Wisler, Esquire<br>Michelle McMahon, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, 10th Floor<br>Box 2207<br>Wilmington, DE 19899-2207 | Curtis Crowther, Esquire<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>Wilmington, DE 19801 | James H.M. Sprayregen, Esquire<br>James Kapp, III, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 |

| | | |
|---|---|---|
| Derrick Tay, Esquire<br>Meighen Demers<br>Ogilvy Renault<br>Suite 3800, Royal Bank Plaza, South Tower<br>Toronto, Ontario MSJ 2Z4<br>CANADA | Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 | Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 |
| David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Office of Reorganization<br>Securities & Exchange Commission<br>Suite 1000<br>3475 Lenox Road, N.E.<br>Atlanta, GA 30326-1232 | Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>3101 So. Packerland<br>P.O. Box 2545<br>Green Bay, WI 54306 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Michael A. Berman, Esquire<br>Securities and Exchange Commission<br>450 Fifth Street, N.W. (Mail Stop 6-6)<br>Washington, D.C. 20549 | David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 |
| Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY 10022 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903-7040 | Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 |
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | James D. Freeman, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement, Section 999<br>18th Street, Suite 945-North Tower<br>Denver, CO 80202 | T. Kellan Grant, Esquire<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| Scott L. Baena, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>Wachovia Financial Center<br>200 So. Biscayne Blvd, Suite 2500<br>Miami, FL 33131 | Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan &<br>McGarvey PC<br>745 South Main<br>Kalispell, MT 59904 | Pamela Zilly, Richard Shinder,<br>David Blechman, Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 |
| Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022-3852 | Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 | Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY 10020 |
| D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Jan M. Hayden, Esquire<br>William H. Patrick, Esquire<br>Heller Draper Hayden Patrick & Horn, LLC<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 |
| J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Ira S. Greene, Esquire<br>Squadron Ellenoff Plesent & Sheinfeld, LLP<br>875 Third Avenue<br>New York, NY 10022-6225 | Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD 21226-1595 |
| Nancy Worth Davis, Esquire<br>Ness Motley Loadhold Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465-1792 | James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 | Joseph F. Rice, Esquire<br>Ness Motley Loadholt Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465-1792 |

| | | |
|---|---|---|
| Steven T. Baron, Esquire<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor<br>Dallas, TX 75204 | Alan Kolod, Esquire<br>Moses & Singer LLP<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6076 | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |
| Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, 4th Floor<br>New York, NY 10006 | Peter A. Chapman<br>572 Fernwood Lane<br>Fairless Hills, PA 19030 |
| W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | John P. Dillman, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Paul M. Matheny<br>The Law Offices of Peter G. Angelos, PC<br>5905 Harford Rd.<br>Baltimore, MD 21214 |
| Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 | Sander L. Esserman, Esq.<br>Stutzman Bromberg Esserman & Plifka, PC<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689 | Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd, Suite G<br>Brownsville, TX 78520 |
| Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Steven T. Hoort, Esquire<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ 07663 |
| Russell W. Budd, Esquire<br>Alan B. Rich, Esquire<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue<br>P.O. Box 8705<br>Dallas, TX 75219-8705 | Paul M. Baisier, Esquire<br>Seyfarth Shaw<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA 30309 | Attn: Meridee Moore and Kirsten Lynch<br>Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 1325<br>San Francisco, CA 94111 |
| Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan Hyden Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 | Bernice Conn, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067 | John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 |
| Charles E. Gibson, III, Esquire<br>Attorney at Law<br>620 North Street, Suite 100<br>Jackson, MS 39202 | Steven R. Schlesinger, Esquire<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 | Joseph T. Kremer, Esquire<br>Lipsiptz Green Fahringer Roll Salisbury &<br>Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 |
| Courtney M. Labson, Esquire<br>The Mills Corporation<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209 | Steven J. Kherkher, Esquire<br>Laurence G. Tien, Esquire<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite #600<br>Houston, TX 77017 | Paul D. Henderson, Esquire<br>Paul D. Henderson, P.C.<br>712 W. Division<br>Orange, TX 77630 |
| Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P.O. Box 151<br>Bryan, OH 43506 | Kimberly W. Osenbaugh, Esquire<br>Preston Gates & Ellis LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 | Robert Jacobs, Esquire<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899-1271 |

| | | |
|---|---|---|
| Elizabeth S. Kardos, Esquire<br>Gibbons, Del Deo, Dolan Griffinger<br>& Vecchione PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, NY 10019-0602 | Credit Manager<br>Belz Enterprises<br>100 Peabody Place, Suite 1400<br>Memphis, TN 38103 |
| Thomas J. Noonan, Jr.<br>c/o R&S Liquidation Company<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 | State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, 2nd Floor<br>Columbus, OH 43215 | James P. Ruggeri, Esquire<br>Scott A. Shail, Esquire<br>Hogan & Harton L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 |
| Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Daniel H. Slate, Esquire<br>Hughes Hubbard & Reed LLP<br>350 So. Grand Avenue<br>Los Angeles, CA 90071-3442 |
| William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101-0570 | Robert Jacobs, Esquire<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899-1271 | Andrea L. Hazzard, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| William S. Katchen, Esquire<br>Duane, Morris & Heckscher LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ 07102 | Stephanie Nolan Deviney<br>Brown & Connery, LLP<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ 08108-0539 | Arthur Stein, Esquire<br>1041 W. Lacey Road<br>P.O. Box 1070<br>Forked River, NJ 08731-1070 |
| Paul G. Sumers, Esquire<br>TN Atty. General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Barbara M. Cook, County Solicitor<br>Katherine Taylor, Sr. Asst. Co. Solicitor<br>Howard County Office of Law<br>3430 Courthouse Drive<br>Ellicott City, MD 21043 | Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 |
| Scott Wert, Esquire<br>Foster & Sear, LLP<br>524 East Lamar Bl., Suite 200<br>Arlington, TX 76011 | Danice Sims<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Maggie De La Rosa<br>Provost & Umphrey Law Firm, LLP<br>490 Park Street<br>Beaumont, TX 77701 |
| C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway, Suite 150<br>San Rafael, CA 94903 | M. Diane Jasinski, Esquire<br>Michael D. Hess<br>Corporation Counsel of the City of NY<br>100 Church Street, Room 6-127<br>New York, NY 10007 | Dorine Vork, Esquire<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, NY 10022 |
| Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 | Suexirda Prayaga<br>7365 MacLeod Lane<br>Ofallon, MO 63366 | Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>457 Haddonfield Road, Suite 700<br>P.O. Box 2570<br>Cherry Hill, NJ 08034-2570 |
| Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Bl., MS 35<br>Tallahassee, FL 32399-3000 | Janet Napolitano<br>Robert R. Hall<br>Russell W. Savory<br>1275 West Washington Street<br>Phoenix, AZ 85007-1278 | Kevin James<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-1413 |

| | | |
|---|---|---|
| Bart Hartman<br>Treasurer – Tax Collector<br>Attn: Elizabeth Molina<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | Michael T. Kay, Esquire<br>Nancy Draves, Esquire<br>The Dow Chemical Company<br>2030 Dow Center<br>Midland, MI 48674 | Michael B. Willey, Esquire<br>Legal Services, 27th Floor<br>312 8th Avenue North<br>Nashville, TN 37243 |
| David Aelvoet, Esquire<br>Linebarger Goggan Blair<br>& Sampson, LLP<br>Travis Park Plaza Building<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>Liberty View – Suite 700<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 | Jeffrey L. Glatzer, Esquire<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 |
| Michael H. Pinkerson, Esquire<br>James M. Garner, Esquire<br>Sher Garner Cahill Richter Klein McAlister<br>& Hilbert, L.L.C.<br>909 Poydras Street, Suite 2800<br>New Orleans, LA 70112 | Ronald S. Beacher, Esquire<br>Pitney, Hardin, Kipp & Szuch LLP<br>711 Third Avenue, 20th Floor<br>New York, NY 10017-4014 | Thomas V. Askounis, Esquire<br>Askounis & Borst, P.C.<br>303 East Wacker Drive<br>Suite 1000<br>Chicago, IL 60601 |
| Robert Cimino, Esquire<br>Suffolk County Attorney<br>100 Veterans Memorial Highway<br>P.O. Box 6100<br>Hauppauge, NY 11788-0099<br>Attn: Diane Leonardo Beckmann | Attn: Diane Stewart<br>Peoples First Community Bank<br>P.O. Box 59950<br>Panama City, FL 32412-0950 | Attn: Ted Weschler<br>Peninsula Capital Advisors, L.L.C.<br>404 East Main Street, 2nd Floor<br>Charlottesville, VA 22902 |
| Robert T. Aulgur, Jr., Esquire<br>P.O. Box 617<br>Odessa, DE 19730 | Pamela H. Walters, Esquire<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 | E. Katherine Wells, Esquire<br>South Carolina Department of Health and<br>Environmental Control<br>2600 Bull Street<br>Columbia, SC 29201-1708 |
| Pillsbury Winthrop LLP<br>One Battery Park Plaza<br>New York, NY 10004-1490 | DAP Products, Inc.<br>c/o Julien A. Hecht, Esquire<br>2400 Boston Street, Suite 200<br>Baltimore, MD 21224 | Deirdre Woulfe Pacheco, Esquire<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095-0010 |
| William H. Johnson, Esquire<br>Norfolk Southern Corporation<br>Law Department<br>Three Commercial Place<br>Norfolk, VA 23510-9242 | Jeffrey Kaufman, Esquire<br>Gerald F. Ellesdorfer, Esquire<br>Kaufman & Logan LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 | Michael B. Schaedle, Esquire<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 |
| Craig Barbarosh, Esquire<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626-7122 | Steven B. Flancher, Esquire<br>Assistant Attorney General<br>Dept. of Atty. Gen'l. Revenue Div.<br>First Floor Treasury Building<br>Lansing, MI 48992 | Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Matthew W. Cheney, Esquire<br>Swidler Berlin Schereff & Friedman, LLP<br>3000 K Street, NW, Suite 300<br>Washington, D.C. 20007 |
| Edward B. Cottingham, Jr.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>MT. Pleasant, SC 29465 | Julie Quagliano<br>Quagliano & Seeger<br>3243 P Street, NW<br>Washington, DC 20007 | Kay D. Brock, Esquire<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| John W. Havins, Esquire<br>Burt Barr Havins & O'Dea, L.L.P.<br>1001 McKinney, Suite 500<br>Houston, TX 77002 | Judith Greenspan, Esquire<br>Associate Counsel<br>The Amalgamated Industries and Service<br>Workers Benefit Fund<br>730 Broadway, Tenth Floor<br>New York, NY 10003-9511 | Randall A. Rios<br>Floyd, Isgur, Rios & Wahrlich, P.C.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 |

| | | |
|---|---|---|
| Mark Browning, Esquire<br>Assistant Attorney General<br>c/o Sherri K. Simpson, Legal Assistant<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Donna J. Petrone, Esquire<br>Exxon Mobil Chemical Company<br>Law Department – Bankruptcy<br>13501 Katy Freeway, Room W1-562<br>Houston, TX 77079-1398 | Elizabeth J. Cabraser, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LL<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA 94111 |
| Leonard P. Goldberger, Esquire<br>White & Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 | David W. Wirt, Esquire<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, IL 60601 | Scott Barker<br>Phelps Dodge Corporation<br>1 N. Central Avenue<br>Phoenix, AZ 85004-4464 |
| General Motors Acceptance Corporation<br>P.O. Box 5055<br>Troy, MI 48007-5055 | Alan H. Katz, Esquire<br>Entergy Services, Inc.<br>693 Loyola Avenue, Suite 2600<br>New Orleans, LA 70113 | Coudert Brothers<br>Attn: Joseph D. Farrell, Esquire and<br>Edward H. Tillinghast, III, Esquire<br>1114 Avenue of the Americas<br>New York, NY 10036 |
| Cynthia C. Hemme, Esquire<br>Senior Counsel<br>Nortel Networks, Inc.<br>4010 E. Chapel Hill-Nelson Hwy.<br>Research Triangle Park, NC 27709 | Glen W. Morgan<br>Reaud, Morgan & Quinn, Inc.<br>40 Capitol Square, S.W.<br>Atlanta, GA 30334 | Margery N. Reed, Esquire<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 |
| Daniel A. Speights, Esquire<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, SC 29924-0685 | Barry D. Kleban, Esquire<br>Adelman Lavine Gold and Levin<br>Suite 900<br>Four Penn Center<br>Philadelphia, PA 19103 | Darrell W. Scott<br>Lukins & Annis, P.S.<br>1600 Washington Trust Financial Center<br>717 West Sprague Avenue<br>Spokane, WA 99201-0466 |
| William F. Taylor, Jr., Esquire<br>McCarter & English<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801 | Michael Selig<br>Westover Investments, L.L.C.<br>555 Old Garth Road<br>Charlottesville, VA 22901 | Theresa L. Wasser, Esquire<br>Burns, White & Hickton, LLC<br>120 Fifth Avenue, Suite 2400<br>Pittsburgh, PA 15222 |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Gary L. Barnhart<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Allan H. Ickowitz, Esq.<br>Nossaman, Guthner, Knox & Elliott, LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071 | Michael S. Davis, Esquire<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 |
| Marsha A. Penn<br>P.O. Box 3725<br>Houston, TX 77253-3725 | Oscar B. Fears, III<br>Assistant Attorney General<br>DACA V, LLC<br>Attn: Julie Bubnack<br>2120 W. Washington Street<br>San Diego, CA 92110 | Stephen A. Donato, Esquire<br>Hancock & Estabrook, LLP<br>1400 MONY Tower I<br>P.O. Box 4976<br>Syracuse, NY 13221-4976 |
| Marsha A. Penn<br>P.O. Box 3725<br>Houston, TX 77253-3725 | Sheri Levine<br>Amroc Investments, LLC<br>535 Madison Avenue, 15th Floor<br>New York, NY 10022 | Barbara G. Billet, Esquire<br>Elaine Z. Cole, Esquire<br>NY State Dept. of Taxation & Finance<br>Archer & Greiner, P.C.<br>1300 No. Market St., Suite 700<br>Wilmington, DE 19801 |
| Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Ronald D. Gorsline<br>Chambliss, Bahner, & Stophel, P.C.<br>1000 Tallan Building Two Union Square<br>Chattanooga, TN 37402-2552 | Thomas Tew, Esquire<br>Jeffrey Tew, Esquire<br>Tew Cardenas Rebak Kellogg Lehman<br>DeMaria Tague Raymond & Levine LLP<br>201 So. Biscayne Bl., Suite 2600<br>Miami, FL 33131 |

| | | |
|---|---|---|
| Christopher R. Momjian<br>Senior Deputy Attorney General<br>I.D. No. 057482<br>Office of Attorney General<br>21 S. 12th Street, 3rd. Floor<br>Philadelphia, PA 19107-3603 | Jon Bauer<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 | James E. Wimberley, Esquire<br>McPherson, Monk, Hughes, Bradley<br>& Wimberley, L.L.P<br>3120 Central Mall Drive<br>Port Arthur, TX 77642 |
| Denise A. Kuhn<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Martha E. Romero<br>Law Offices of Martha E. Romero and Associates<br>7743 South Painter Avenue, Suite E<br>Whittier, CA 90602 | Greif, Inc.<br>Attn: Credit Department<br>366 Greif Parkway<br>Delaware, OH 43015 |
| Vahe Melkonian<br>Newco Management Co., LLC<br>6320 Canoga Avenue, Suite 1430<br>Woodland Hills, CA 91367 | Ronald D. Gorsline<br>Chambliss, Bahner & Stophel, P.C.<br>1000 Tallan Building<br>Two Union Square<br>Chattanooga, TN 37402-2552 | Thomas O. Bean<br>Peter M. Action, Jr.<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210 |
| David W. Baddley, Esquire<br>Greenberg Traurig, P.A.<br>515 East Las Olas Bl., Suite 1500<br>Fort Lauderdale, FL 33301 | Michael S. Davis, Esquire<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Marc Abrams, Esquire<br>Willkie, Farr & Gallagher<br>787 Seventh Avenue<br>New York, NY 10019-6099 |
| Richard B. Spector, Esquire<br>Mark M. Monachino, Esquire<br>Corbett & Steelman<br>18200 Von Karman Avenue, Suite 200<br>Irvine, CA 92612-1086 | Daniel J. Cohn, Esquire<br>Christopher M. Candon, Esquire<br>Cohn & Whitesell LLP<br>101 Arch Street<br>Boston, MA 02110 | Joanne B. Wills, Esquire<br>Klehr Harrison Harvey Branzburg & Eller<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 |
| Frederick P. Furth, Esquire<br>Michael P. Lehman, Esquire<br>Christopher L. Lebsock, Esquire<br>The Furth Firm, LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104 | Charlotte Transit Center, Inc.<br>c/o Kennedy Covington Lobdell<br>& Hickman, LLP<br>214 No. Tyron Street, 47th Floor<br>Charlotte, NC 28202 | Charles Trascher, III, Esquire<br>Snellings Breard Sartor Inabnett & Trascher, LLP<br>PO Box 2055<br>Monroe, LA 71207-2055 |
| Kirk A. Patrick, III, Esquire<br>Donohue Patrick P.L.L.C.<br>1500 Bank One Centre – North Tower<br>4500 Laurel Street<br>Baton Rogue, LA 70821 | Robert Jacobs, Esquire<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>Wilmington, DE 19801 | Cornell University<br>Office of University Counsel<br>300 CCC Building, Garden Avenue<br>Ithaca, NY 14853-2601 |
| Steven R. Bourne, Esquire<br>Nutter, McClennen & Fish, LLP<br>155 Seaport Blvd.<br>Boston, MA 02210-2604 | Bruce D. Levin, Esquire<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, MA 02110 | Thomas D. Walsh, Esquire<br>McCarter & English, LLP<br>919 Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899-0111 |
| John Preefer, Esquire<br>60 East 42nd St., Suite 1021<br>New York, NY 10165 | John C. Phillips, Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Todd Meyers, Esquire<br>Kathleen M. O'Connell, Esquire<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, #2800<br>Atlanta, GA 30309 |
| Elio Battista, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Thomas G. Macauley, Esquire<br>Zuckerman Spaeder LLP<br>919 N. Market St., Suite 1705<br>Wilmington, DE 19801 | General Counsel<br>Enron Energy Services<br>1400 Smith Street, EB 0889<br>Houston, TX 770022 |

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C.<br>Attn: S. Jay Novatney<br>131 So. Dearborn St., 36th Floor<br>Chicago, IL 60603 | Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 | Steven T. Davis, Esquire<br>Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>One Penn Center, Suite 1900<br>1617 John F. Kennedy Bl.<br>Philadelphia, PA 19103 |
| Afshin Miraly, Esquire<br>Assistant City Solicitor<br>Law Department - City Hall<br>93 Highland Avenue<br>Somerville, MA 02143 | Lynn K. Neuner, Esquire<br>Simpson Thacher, & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017-3954 | DACA V, LLC<br>Attn: Julie Bubnack<br>2120 W. Washington Street<br>San Diego, CA 92110 |
| John V. Fiorella, Esquire<br>Archer & Greiner, P.C.<br>1300 No. Market St., Suite 700<br>Wilmington, DE 19801 | Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095 | James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Ralph R. Mabey, Esquire<br>Penrod W. Keith, Esquire<br>LeBoeuf Lamb Greene & MacRae, LLP<br>1000 Kearns Building<br>Salt Lake City, UT 84101 | Allison E. Reardon<br>Delaware Division of Revenue<br>820 No. French Street, 8th Floor<br>Wilmington, DE 19801 | Ted N. Pettit, Esquire<br>Case Bigelow & Lombardi<br>Grosvenor Center, Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813 |
| Kelley B. Gelb, Esquire<br>700 Southeast Third Av., #100<br>Fort Lauderdale, FL 33316-1186 | Christopher R. Momjian<br>Office of Attorney General<br>21 So. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10400 Viking Drive, Suite 560<br>Eden Prairie, MN 55344 |
| Margaret A. Holland<br>Deputy Attorney General<br>NJ Atty. General's Office Division of Law<br>P.O. Box 106<br>Trenton, NJ 08625 | Jonathan D. Berger, Esquire<br>Russell Henkin, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829 |
| Craig A. Slater, Esquire<br>Angela M. Demerle, Esquire<br>Harter Secrest & Emery LLP<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, NY 14202-2293 | Paul P. Daley, Esquire<br>George W. Shuster, Jr., Esquire<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street; #945-North Tower<br>Denver, CO 80202 |
| Rachel Jeanne Lehr<br>Deputy Attorney General<br>Office of the Attorney General<br>P.O. Box 093<br>Trenton, NJ 08625 | Nicholas J. LePore, III, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Ann Beimdiek Kinsella<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2127 |
| Larry A. Feind<br>133 Peachtree Street, NE, 7th Floor<br>Atlanta, GA 30303 | Don C. Fletcher, Esquire<br>The Cavanagh Firm, P.A.<br>1850 North Central Ave., Suite 2400<br>Phoenix, AZ 85004 | Deborah L. Thorne, Esquire<br>Fabel Haber LLC<br>55 E. Monroe Street, 40th Floor<br>Chicago, IL 60603 |
| Elizabeth Weller, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1720<br>Dallas, TX 75201-2691 | Noel C. Burnham, Esquire<br>Richard G. Placey, Esquire<br>Montgomery McCracken Walker & Rhoads LLP<br>123 So. Broad Street<br>Philadelphia, PA 19109 | Jenny J. Hyun, Associate Counsel<br>Weingarten Realty Investors<br>2600 Citadel Plaza Drive<br>Houston, TX 77008 |