# Exhibit 1

| 12490 | CN | 2/11/2003 | Report | Asbestos Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12490 | CN | 11/29/2002 | Letter | Letter from Maritime Testing to Pat Poirier, Halifax Developments Limited re: Inspection of Asbestos Srpayed-on Fireproofing - Cogswell Tower | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12490 | CN | 11/5/1991 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion Staining - Lab Ref. # Db-0013-1991 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12490 | CN | 10/24/1991 | Letter | Letter from Pinchin & Associates to Power Vac re: Asbestos Abatement - 13th Floor, Cogswell Tower on October 19, 1991 with enclosed Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12490 | CN | 2/17/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion Staining - Lab Ref. # Db-2992-2003 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12490 | CN | 3/25/03 | Letter (attached to claim form) | Letter from Halifax Developments, a div. of Atlantic Shopping Centres to Trevor Houweling of Pinchin LeBlanc re: construction of Cogswell Tower | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12490 | CN | 2/17/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin LeBlanc to Halifax Developments, a divs. Of Atlantic Shopping Centres re: identification of fireproofing in Cogswell Tower as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |