# Exhibit 1

46

| 12515 | CN | 3/19/03 | Letter (attached to claim form) | Letter from Shell Canada Products to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |