# Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 12517 | CN | 3/19/03 | Letter (attached to claim form) | Letter from Shell Canada Products to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 4/18/95 | Letter | Letter from PHH Environmental to Shell Canada re: Proposed New Unit Rates for Asbestos Consulting & Air Sampling Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/31/96 | Report | May 1996 Asbestos Hazard and Labeling Assessment Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 11/29/1996 | Report | November 1996 Asbestos Hazard and Labeling Assessment Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 1/10/97 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 7/24/97 | Report | Analysis Report by Can Test Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 7/28/97 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 10/22/97 | Letter | Letter from PHH to Shell Canada re: Proposal for Asbestos Hazard Assessment - 1998 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 3/02/98 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 3/05/98 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 11/23/00 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 8/28/91 | Letter | Letter from Pinchin Harris Holland Associates to Shell Canada re: Collpase of Asbestos Containing Texture Coat in Mail Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 9/20/91 | Letter/Reports | Letter from Pinchin Harris Holland Associates to Shell Canada re: Final Results for the Asbestos Removal of the Texture Spray in the Administration Building with enclosures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 9/00/91 | Report | Asbestos Management Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 9/4/91 | Letter | Letter from Pinchin Harris Holland Associates to Shell Canada re: Shellburn Refinery, Mail Room Ceiling Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 9/10/91 | Report | Assessment of Hazardous Asbestos Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/07/92 | Report | Semi-Annual Asbestos Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 11/09/92 | Report | Semi-Annual Asbestos Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/28/93 | Report | Semi-Annual Asbestos Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12517 | CN | 5/00/94 | Report | Semi-Annual Asbestos Hazard & Labeling Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 11/00/93 | Report | Semi-Annual Asbestos Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 11/00/94 | Report | Asbestos Hazard & Labeling Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/00/95 | Report | Asbestos Hazard & Labeling Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 11/00/95 | Report | Asbestos Hazard & Labeling Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | Undated | Specs | Asbestos Removal Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/02/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/24/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 6/14/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 7/05/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 7/11/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 8/14/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 8/30/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 9/20/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 9/27/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 10/16/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 10/29/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 11/15/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 12/19/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 12/28/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 1/09/96 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 2/06/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 3/11-12/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 4/8-9/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/13-14/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 6/23-24/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12517 | CN | 7/23-24/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 8/21-22/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 9/04-05/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 10/16-17/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 11/26-27/97 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 1/06-07/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 2/05-06/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 3/04-05/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 4/22/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/29/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 6/18/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 7/30/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 8/26/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 9/23/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 10/16/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 10/16/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 11/18/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 12/16/98 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 1/15/99 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 2/15/99 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 3/13/99 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/05/99 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 5/28/99 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 7/24/99 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 8/19/99 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 9/06/00 | Report | PHH Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12517 | CN | 1996 | Table | PHH Environmental - 1996 Air Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 1997-1998 | Table | PHH Environmental - Air Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12517 | CN | 1998-2000 | Table | PHH Environmental - Air Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |