# Exhibit 1

| 12519 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Providence Health Care to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12519 | CN | 1/00/90 | Report | Report on the Presence and Condition of Asbestos Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12519 | CN | 2/07/90 | Report | Bulk Material Identification Report | 100 Oak Street Hampton, SC | Speights & Runyan |