# Exhibit 1

| 12548 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12548 | CN | 10/13/99 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12548 | CN | 11/08/04 | Letter | Letter from PHH Environmental to Edmonton Public Schools re: Completion Report for Asbestos Duct Lining Abatement - Boiler Room, Victoria Composite School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12548 | CN | 12/06/04 | Report | Hazardous Materials Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |