# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10539 | IN | 4/30/1968 | Letter | Order to Furnish Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |