# Exhibit 1

| 12557 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Edmonton Public Schools to Speights & Runyan re: Proof of Age | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12557 | CN | 3/21/00 | Report | Asbestos Building Material Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12557 | CN | 10/6/00 | Report | Final Report on the Asbestos Abatement at Eastglen Library | 100 Oak Street Hampton, SC | Speights & Runyan |