# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10696 | MO | 11/17/1967 | Letter | Use of direct-to-steel fire protection on building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | I. - Goals and Objectives | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | II. - Types of Asbestos Containing Mtls.; Facility Survey (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | III. - Regulatory Compliance (8 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | IV. - Organizational and Administrative Procedures (7 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | V. - Training and Medical Surveillance (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | VI. - Asbestos Abatement Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | VII. - Operations and Maintenance Program (18 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | VIII. - Asbestos Fiber Release Response Program (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | IX. - Air Monitoring Program (6 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | X. - Transportation and Disposal of Waste (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | XI. - ACM Surveillance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | Appendix A - Glossary of Terminology and Acronyms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | Appendix B - OSHA 29 CFR 1910.1001; 1926.1101; 1910.134 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | Appendix C - EPA 40 CFR 61 Subpart M | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | Appendix D - State of Missouri 10 CSR 10-6.020; 10-6.240; 10-6.250 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | Appendix E - St. Louis county Dept. of Health Rules and Regulations 612.530 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | Appendix F - Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 12/1/2001 | Asbestos Management Program | Appendix G - Respiratory Protection Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 11/17/1967 | Letter | Letter regarding use of Mono-Kote on job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | No Date | Technical Bulletin | Installation instructions for Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 6/10/1968 | Memo | Internal Memo mentioning job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10696 | MO | 11/17/1967 | Letter | Use of direct-to-steel fire protection on building | 100 Oak Street Hampton, SC | Speights & Runyan |

051021 93329.doc