# Exhibit 1

| 12423 | CN | 4/00/02 | Report | ACM in the Merrill Lynch Tower, TD Tower & Edmonton City Centre Retail Complex - A Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12423 | CN | 3/14/02 | Report | Air and Work Procedure Monitoring - TD Tower 9th Floor - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 3/13/02 | Report | Air and Work Procedure Monitoring - TD Tower 9th, 25th and 27th Floor Washrooms - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 6/05/02 | Report | Air and Work Procedure Monitoring - TD Tower 17th Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 5/14/02 | Report | Air and Work Procedure Monitoring - TD Tower - 4th Floor Phase 1 & 2 - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 3/13/02 | Report | Air and Work Procedure Monitoring - TD Tower 6th Floor Phase 1 & 2 - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 5/13/02 | Report | Air and Work Procedure Monitoring - TD Tower 20th Floor Phase 1 & 2 - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 1/28/03 | Report | Specification Manual - TD tower 25th Floor - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 8/31/02 | Report | Air and Work Procedure Monitoring - TD Tower 21st Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 12/30/02 | Report | Air and Work Procedure Monitoring - TD Tower 12th Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 6/07/02 | Report | Specification Manual - Edmonton City Centre Mall - TD Tower 14th & 13th Floors - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 10/28/02 | Report | Air and Work Procedure Monitoring - TD Tower 13th Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 10/08/02 | Report | Air and Work Procedure Monitoring - TD Tower 14th Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12423 | CN | 1/17/02 | Report | Air and Work Procedure Monitoring - TD Tower 10th Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12423 | CN | Various Years | ACM Results | Toronto Dominion Tower - ACM Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 2/12/01 | Report | Specification Manual - 10th Floor TD Tower - Asbestos Abatement Project - Toronto Dominion Tower - Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 2/27/01 | Report | Asbestos Abatement Project - 23rd Floor Vacant Space - Toronto Dominion Tower - Edmonton, Alberta - December 15, 2000 to February 9, 2001 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | Spring 2001 | Report | Asbestos Containing Materials in the Merrill Lynch Tower, TD Tower & Edmonton Centre Retail Complex - A Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 10/12/01 | Report | Specification Manual - TD Tower 6th Floor - Asbestos & PCB Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 6/04/02 | Report | Air and Work Procedure Monitoring - Toronto Dominion Tower 10th Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 6/25/01 | Report | Specification Manual - 17th & 20th Floor TD Tower - Asbestos Abatement Project - Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 12/05/01 | Report | Specification Manual - TD Tower 25th Floor - Asbestos & PCB Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 7/20/01 | Report | Specification Manual - 4th Floor Phase 2 - Asbestos Abatement Project - Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 3/24/00 | Report | Asbestos Abatement Monitoring - HVAC Replacement & Repair - TD Tower 21st Floor - Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 11/02/00 | Report | Coring and Spot Removal Monitoring Project - 12th & 13th Floors TD Tower, Edmonton, Alberta, November 1, 2000 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 5/05/00 | Report | Specification - TD Tower 23rd Floor - Asbestos Abatement Project - Toronto Dominion Tower - Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12423 | CN | 2/10/00 | Report | Industrial Hygiene Survey - Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - 27th Floor Lobby - Toronto Dominion Tower - Edmonton, Alberta - January 7 to 9, 2000 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12423 | CN | 9/15/99 | Report | Industrial Hygiene Survey - Toronto Dominion Tower - Mechanical Room Water Tank - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 5/15/99 | Report | Industrial Hygiene Monitoring - TD Tower Asbestos Abatement Project - Toronto Dominion Tower - 10088 - 102nd Avenue, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 12/08/98 | Report | Industrial Hygiene Survey Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - 3rd Floor Mechanical Room - Toronto Dominion Tower, Edmonton, Alberta - November 11-20, 1998 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 9/23/97 | Report | Industrial Hygiene Survey - Oxford Development Group Inc. - Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - Toronto Dominion Tower, 23rd Floor Elevator Lobby Area, Edmonton, Alberta - September 23, 1997 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 9/23/97 | Report | Industrial Hygiene Survey - Oxford Development Group Inc. - Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - Toronto Dominion Tower, 23rd Floor, Edmonton, Alberta - September 23, 1997 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 7/23/97 | Report | Specification - Change Orders - Asbestos Abatement Project - 23rd Floor, Toronto Dominion Tower, Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 5/23/95 | Report | Air Monitoring for Asbestos - 23rd and 24th Floors - Toronto Dominion Tower - Edmonton Centre - May 20, 1995 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12423 | CN | 2/21/03 | Report | Air and Work Procedure Monitoring - TD Tower 25th Floor (Elevator Lobby and Hallway) Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |