# Exhibit 1

| 12405 | CN | 7/29/02 | Report | Bulk sample analysis by Pinchin Evironmental re: 1243 Islington Avenue, Toronto - Project No. 19471 - Lab Reference No. b22458-2002 | 100 Oak Street | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12405 | CN | 4/11/03 | Report | Bulk sample analysis by Pinchin Evironmental re: 1243 Islington Avenue, Toronto - Project No. 20300 - Lab Reference No. b24178-2003 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 1/21/04 | Report | Bulk sample analysis by Pinchin Evironmental re: 1243 Islington Avenue, Toronto - Project No. 24157 - Lab Reference No. b26214-2004 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 2/00/03 | Report | Sprayed Fireproofing - 1243 Islington Avenue, 11th Floor, Pinchin Project No. 20300 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 2/00/03 | Report | Asbestos Abatement Type 1- 1243 Islington Avenue, 11th Floor, Pinchin Project No. 20300 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 2/00/03 | Report | Asbestos Abatement Type 2- 1243 Islington Avenue, 11th Floor, Pinchin Project No. 20300 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 2/00/03 | Report | Asbestos Abatement Type 3- 1243 Islington Avenue, 11th Floor, Pinchin Project No. 20300 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | Undated | Photos | | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 3/19/02 | Letter | Letter from Pinchin Environmental to I.F. Propco Holdings re: 11th Floor 1243 Islington Avenue - Abatement Management Proposal - Pinchin File # 20300 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12405 | CN | 9/30/02 | Invoice | Invoice from Pinchin Environmental to I.F. Propco Holdings re: 1243 Islington Avenue Asbestos Survey, 11th Floor - July 2002 - Job # 19471 - $1,605.00 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 3/25/03 | Letter | Letter from Pinchin Environmental to ZSI Environmental Ltd. re: 1243 Islington Avenue - 11th Floor Abatement & Fireproofing | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 4/22/03 | Letter | Letter from Pinchin Environmental to E.S. Fox Ltd. re: 1243 Islington Avenue - Electrical Connections - Pinchin File # 20300 | 100 Oak Street | Speights & Runyan |

| 12405 | CN | 4/24/03 | Letter | Letter from Pinchin Environmental to I.F. Propco Holdings re: 11th Floor 1243 Islington Avenue - Fee to Re-insall electrical & mechanical items - Pinchin File # 20300 | 100 Oak Street | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12405 | CN | 4/25/03 | Letter | Letter from Pinchin Environmental to E.S. Fox Ltd. re: 1243 Islington Avenue - 11th Floor Electrical and Mechanical - Pinchin File # 20300 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 4/30/03 | Invoice | Invoice from Pinchin Environmental to I.F. Propco Holdings re: 1243 Islington Avenue, Construction Management, 11th Floor - October 2002 - Job # 20300 - $74,952.19 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 5/9/2003 | Change Order | Pinchin Environmental Change Order No. 1 - 1243 Islington Avenue - 11th Floor | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 5/12/03 | Letter | Letter from Pinchin Environmental to Fireproofing Plus re: 1243 Islington Avenue, 11th Floor - New Fireproofing - Pinchin File # 20300 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 7/15/03 | Invoice | Invoice from Pinchin Environmental to I.F. Propco Holdings re: 1243 Islington Avenue, Toronto, Construction Management, 11th Floor - Job # 20300 - $14,972.86 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 7/14/04 | Invoice | Invoice from Pinchin Environmental to I.F. Propco Holdings re: 1243 Islington Avenue, Toronto, Asbestos Reassessment Survey, 11th Floor - Job # 24157 - $3,905.50 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 3/29/04 | Invoice | Invoice from Pinchin Environmental to I.F. Propco Holdings re: 1243 Islington Avenue, Toronto - Asbestos Reassessment Survey - Additional Work - $1,005.80 | 100 Oak Street | Speights & Runyan |
| 12405 | CN | 3/27/03 | Letter (attached to claim form) | Letter from Southern Ontario Property Management Corp. to Pinchin Environmental re: Constructiond date, 1243 Islington Avenue, Toronto, Ontarior | 100 Oak Street | Speights & Runyan |