# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10700 | MO | 8/4/1972 | Letter | Mono-Kote Direct-to-Steel Fireproofing for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10700 | MO | No Date | Mono-Kote Project Report #5 | Specification Received | 100 Oak Street Hampton, SC | Speights & Runyan |