# Exhibit 1

| 12397 | CN | 4/1/92 | Report | Bulk sample analysis - Project R3643 - Lab Reference No. b3834-1992 (15 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12397 | CN | 6/11/92 | Letter | Letter from Dr. D.J. Pinchin to Bell Canada re: Asbestos Consulting Services - Eastern Canada - Project No. R3643 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 9/2/92 | Report | TEM Airborne Asbestos Measurements - Bell Canada | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 5/29/92 | Invoice | Invoice from Pinchin to Bell Canada in the amount of $5,992 for base services related to Asbestos Building Materials Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 11/2/92 | Invoice | Invoice from Pinchin to Bell Canada in the amount of $1,605 for collection, analysis and reporting of asbestos airborne measurements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 6/15/92 | Report | Qualifications for Asbstos Consulting Services - Bell Canada | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 3/7/92 | Letter | Letter from Dr. D. J. Pinchin to Bell Canada re: Reports on 100 Wynford Drive dating from 1982-83 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 4/2/92 | Letter | Letter from Pinchin & Associates to Bell Canada re: Asbestos Building Materials at 100 Wynford Drive, Pinchin Report R3643 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 4/3/92 | Letter | "Draft for Discussion" - Letter from Pinchin & Associates to Bell Canada re: Preliminary Budget Estimate for Removal of Asbestos Building Materials at 100 Wynford Drive, North York, Pinchin Report R3643 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 4/6/93 | Letter | Letter from Pinchin & Associates to Bell Canada re: Preliminary Budget Estimate for Removal of Asbestos Building Materials at 100 Wynford Drive, Pinchin Report R3643 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 3/18/92 | Project Information Sheet | Project Number R3643 - Job Estimate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 8/12/92 | Project Information Sheet | Project Number R4032 - Job Estimate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 8/19/93 | Project Information Sheet | Project Number R4829 - Job Estimate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 7/21/92 | Letter | Letter from Pinchin & Associates to Bell Canada re: Proposal for Asbestos Survey, Power Plant, Resources Road | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 5/27/92 | Report | Revised PCB and Asbestos Building Materials Survey for Bell Canada | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12397 | CN | 3/2/93 | Report | PCB and Asbestos Materials Survey - Belll Canada, 100 Wynford Drive, North York, Ontario - Revised March 2, 1993 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12397 | CN | 3/23/92 | Report | Revised PCB and Asbestos Materials Survey - Belll Canada, 100 Wynford Drive, North York, Ontario | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 3/23/92 | Report | PCB and Asbestos Materials Survey - Belll Canada, 100 Wynford Drive, North York, Ontario | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 7/13/93 | Letter | Letter from Pinchin & Associates to Bell Sygma re: Asbestos Materials Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12397 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to Bell Canada re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |