# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10509 | NV | 3/1/1973 | S&R Document JS-129 | Monokote Job Scheduled July 1972 for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10509 | NV | 2/1/2000 - 4/20/2000 | NESHAP Documentation | Site Detail Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10509 | NV | 2/1/2000 - 4/20/2000 | NESHAP Documentation | Notification Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10509 | NV | 2/1/2000 - 4/20/2000 | NESHAP Documentation | Facility Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10509 | NV | 2/1/2000 - 4/20/2000 | NESHAP Documentation | Building Square Feet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10509 | NV | 2/1/2000 - 4/20/2000 | NESHAP Documentation | Product Square Feet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10509 | NV | 2/1/2000 - 4/20/2000 | NESHAP Documentation | Owner Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10509 | NV | 2/1/2000 - 4/20/2000 | NESHAP Documentation | Asbestos Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10509 | NV | 2/1/2000 - 4/20/2000 | NESHAP Documentation | Removal Start & Stop Dates | 100 Oak Street Hampton, SC | Speights & Runyan |