# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10758 | MI | 6/1952 | Document | Partial List of Recent Zonolite Plaster Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10758 | MI | 8/20/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |