# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10767 | NY | 3/7/2005 | Fax | Fax accompanying information submittal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 4/1/1992 | Survey | Survey of Asbestos Containing Materials (9 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 4/1/1992 | Report | Table 1 - Summary of Bulk Sample Results (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 4/1/1992 | Report | Appendix A - Lab Analytical Methods for Analysis of Asbestos in Bulk Samples (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 4/1/1992 | Report | Appendix B - Lab Reports and Chain of Custody (18 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 10/11/1968 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 11/1/1968 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 11/11/1968 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 1/8/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 1/16/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 1/23/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 2/3/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 2/7/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 2/13/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 2/20/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 2/26/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 3/6/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 3/13/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 3/17/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 3/24/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 3/25/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10767 | NY | 4/22/2005 | S&R Form | Signed Document by Building Owner that all Documents have been submitted to S&R for WRG Proof of Claim | 100 Oak Street Hampton, SC | Speights & Runyan |