# Exhibit 1

Case 01-01139-AMC    Doc 10049-1    Filed 10/22/05    Page 1 of 2

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10795 | MO | 8/4/1972 | Letter | Mono-Kote direct-to-steel fireproofing on building | 100 Oak Street Hampton, SC | Speights & Runyan |