# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 6599 (11139 Dupl.) | OK | Undated | Job listing | Job listing referencing jobsite (6 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | Undated | Memo | Memo referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma Department of Labor Operations & Maintenance Monthly Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Quarry Landfill Waste Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma Department of Labor - Inspectors Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma Department of Labor - Abatement Preparation Inspection Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma Department of Labor - Asbestos Consultation - Compliance Program Conference Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma Department of Labor - Asbestos Consultation - Compliance Program Conference Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Quarry Landfill - Asbestos Waste Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Air Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | OSDH Report of Bulk Asbestos Analysis Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma Department of Labor - Asbestos Project Checklist | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Request for Variance | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Facility Inspection & Bulk Analysis Summary Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | ACM Abatement Drawing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Asbestos Abatement Work Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma Department of Labor - Inspectors Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Request for Variance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | (NESHAPS) Oklahoma Department of Labor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Asbestos Removal / Abatement Notice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Application for Permit to Operate: Asbestos Demolition / Renovation / Spraying | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Supplemental Inspection & Bulk Analysis Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | State of Oklahoma Department of Labor - Invoice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma State Department of Labor - Abatement Preparation Inspection Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma State Department of Labor - Abatement Preparation Inspection Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | OSDL - Consultation / Incident Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Oklahoma State Department of Labor - Abatement Preparation Inspection Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | OSDL - Consultation / Incident Form | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | OSDL - Consultation / Incident Form | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Asbestos Project Checklist | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Waste Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | American Environmental Specialties, Inc. Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Generator's Special Waste Profile Sheet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | NESHAP Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Inspectors Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Memo | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Asbestos Removal / Abatement Notice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Waste Shipment Record | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Removal Procedures for City Hall Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Facility Inspection & Bulk Analysis Summary Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | Project Design for Asbestos Abatement Maxwell Convention Center - Tulsa, OK | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | Project Design Certification | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | Project Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | 1. Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | A. Purpose | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | B. Facility Inspection Date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | C. Overview of Abatement Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | D. Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | E. Project Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | F. Contract Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | 2. General Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | A. Responsibility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | B. Asbestos Materials Scheduled for Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | C. Applicability of Laws and Regulations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | D. Cooperation with Regulatory Agencies | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | E. Oklahoma Department of Labor Rules Apply | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | F. Permits | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | G. Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | H. Variance from DOL Rules | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | I. Respiratory Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | J. Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | 3. Scope of Abatement Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | A. General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | B. Lock Out/Tag Out | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | C. Background Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | D. General Prep Work Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | E. Abatement Work Procedures - Attic Decontamination | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | F. Glovebag Work Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | G. Air Monitoring and Clearance Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | H. disposal of Asbestos Waste Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | 4. Products | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | A. Amended Water | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | B. Lockdown | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | 5. Owners' Responsibilities | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | 6. Project Management | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | Diagrammatic Plans | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/12/1994 | Oklahoma State NESHAP Documents | Attachments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Quest Environmental Inc. - Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Project Design for Asbestos Abatement Central Library - Abandoned Booklift Shaft | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Project Design Certification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Project Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | General Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Scope of Abatement Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Projects | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Additional Contractor Requirements - Temporary Facilities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Owner's Responsibilities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Authority to Stop Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Project Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 9/22/1998 | Oklahoma State NESHAP Documents | Inspection Data and Laboratory | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Asbestos Abatement and Reconstruction Tulsa Assembly Center Complex | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Division 0 - Bid Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Division 1 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Division 2 - Site Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Division 4 - Masonry | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Division 6 - Wood and Plastics | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Division 7 - Thermal and Moisture Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Division 9 - Finishes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Division 15 - Mechanical | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Division 16 - Electrical | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 3/4/1998 | Oklahoma State NESHAP Documents | Special Specifications - Project Design for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6599 (11139 Dupl.) | OK | 1989 - 2000 | Oklahoma State NESHAP Documents | Air Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |