# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10796 | MO | 1/13/1970 | Letter | Mono-Kote Product direct-to-steel fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |