# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10778 | NE | No Date | Border to Border Coast to Coast Brochure | Zonoloite Plaster or Acoustical Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10778 | NE | 6/11/1986 | NESHAP Information | Asbestos Abatement, Waste Manifest, etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10778 | NE | 2/18/1986 | NESHAP Information | Asbestos Abatement, Waste Manifest, etc. | 100 Oak Street Hampton, SC | Speights & Runyan |