# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11086 | AR | 10/15/1968 | Invoice | W.R. Grace & Company (Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11086 | AR | 10/8/1968 | Customer Receipt | W.R. Grace & Company (Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |