# Exhibit 1

| 12384 | IL | 3/21/03 | Letter (attached to claim form) | Letter from Coca-Cola Bottling Company of California to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |