# Exhibit 1

| 12323 | CN | 3/20/03 | Letter (attached to claim form) | Letter from Westin Harbour Castle to Pinchin Environmental re: proof of age of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 3/27/97 | Letter | Letter from Pinchin Environmental to Kessinger/Hunter & Co. re: Lighthouse Restaurant: Texture Coat | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 9/14/99 | Letter | Letter from Pinchin Environmental to Kessinger/Hunter & Co. re: Harbour Foyer Ceiling - Asbestos Consulting, Specification and Inspection Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 9/17/99 | Letter | Letter from Pinchin Environmental to Kessinger Hunter Management re: Harbour Square - Exterior Soffits - Texture Coat Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 11/23/99 | Letter | Letter from Pinchin Environmental to Kessinger Hunter Management re: Convention Hall Corridor Renovation - Bid Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 1/6/00 | Letter | Letter from Pinchin Environmental to Kessinger Hunter Management re: Asbestos Samples for Elevator Machine Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 11/16/00 | Letter | Letter from Pinchin Environmental to Kessinger Hunter Management re: Asbestos Management Program Questionnaire | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 11/17/00 | Report | Asbestos Building Materials Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 5/10/01 | Report | Asbestos Management Program Document (Draft) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 11/17/00 | Report | Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 5/24/01 | Report | Asbestos Management Program Document (Draft) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | Undated | Specs | Service/Maintenance Specifications - Kessinger/Hunter Management on behalf of The Westin Harbour Castle | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 10/00/99 | Procedures | Asbestos Abatement -Type 3 - Westin Harbour Castle | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 10/00/99 | Procedures | Instructions to Bidders by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 10/00/99 | Procedures | General Requirements - Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 10/00/99 | Procedures | Acoustic Ceilings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 11/16/99 | Procedures | Addendum No. 1 - Instructions to Bidders | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12323 | CN | Undated | Procedures | Type 2 Work Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12323 | CN | | Drawings | Floor Plans | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 2/16/00 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $2,846.20 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 3/24/00 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $635.58 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 4/6/00 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $4,954.10 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 4/30/00 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $274.11 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 4/30/00 | Invoice | Invoice from Pinchin Environmental to I&I Construction - $274.11 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 8/29/00 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $9,416.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 11/23/00 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $9,416.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 1/31/01 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $2,889.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 3/16/01 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $5,029.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 3/16/01 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $1,605.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12323 | CN | 3/16/01 | Invoice | Invoice from Pinchin Environmental to Kessinger/Hunter Management - $5,457.00 | 100 Oak Street Hampton, SC | Speights & Runyan |