# Exhibit 1

| 12433 | CN | 8/9/88 | Report | Bulk Sample Analysis using PLM - Project No. 278.1-1988 (17 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12433 | CN | 8/23/88 | Report | Asbestos Survey - Kitchener -Waterloo Record - 225 Fairway Road, Kitchener, Ontario | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12433 | CN | 4/30/03 | Report | Bulk Sample Analysis using PLM by Pinchin Environmnetal - Project No. 21613 - Lab Reference # b24281-2003 (13 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12433 | CN | 11/10/03 | Letter | Letter from Pinchin Environmental to The Record re: Proposal for Asbestos Survey Re-assessment, TEM Air Monitoring and Hygiene Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12433 | CN | 11/12/03 | Report | Bulk Sample Analysis using PLM by Pinchin Environmnetal - Project No. 23840 - Lab Reference # b25758 - 2003 (3 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12433 | CN | 11/17/03 | Report | TEM Airborne Asbestos Measurements & Dust Sampling - The Record | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12433 | CN | 12/15/03 | Invoice | Invoice from Pinchin Environmental to The Record for Consulting Services - $4,927.35 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12433 | CN | 12/30/03 | Invoice | Invoice from Pinchin Environmental to The Record for Emgergency TEM Sampling Telemarketing Area - $1,856.29 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12433 | CN | 1/26/04 | Invoice | Invoice from Pinchin Environmental to The Record for Remedial Work following Sruvey - $2,733.85 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12433 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental to The Record re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12433 | CN | 3/25/03 | Letter (attached to claim form) | Letter from The Record confirming construction date | 100 Oak Street Hampton, SC | Speights & Runyan |