# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10799 | MO | No Date | Mono-Kote Report | Specification Received | 100 Oak Street Hampton, SC | Speights & Runyan |