# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10985 | AL | 3/15/1985 | Request | Grace - Request for Technical Service | 100 Oak Street Hampton, SC | Speights & Runyan |