# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10961 | IN | 9/1963 | Zonolite Job Record Card | Beams & Steel Deck - Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |