# Exhibit 1

| 12368 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental to McMaster University re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12368 | CN | 3/24/03 | Letter (attached to claim form) | Letter from McMaster University to Pinchin Environmental re: Proof of Age of McMaster University Medical Centre (construction date) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12368 | CN | 1/11/95 | Report | Bulk Sample Analysis using PLM by Pinchin Environmental Consultants - Lab Reference No. b7625-1995 (43 bulk samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12368 | CN | 2/24/95 | Report | Bulk Sample Analysis using PLM by Pinchin Environmental Consultants - Lab Reference No. b7821-1995 (1 bulk sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12368 | CN | 12/22/94 | Proposal/Project Sheet | Project No. P-1342 - fireproof material sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12368 | CN | 2/23/95 | Invoice | Invoice from Pinchin Envrirontmental to McMaster University Medical Centre in the amount of $6,767.75 re: sampling of encapsulated fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |