# Exhibit 1

| 12467 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12467 | CN | 6/26/95 | Specs | Asbestos Removal Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12467 | CN | 1996 | Log | Log for Sunset C.C. Gym Ceiling Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12467 | CN | 7/18/96 | Specs | Asbetos Removal Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12467 | CN | 11/19/98 | Report | Asbestos Air Report | 100 Oak Street Hampton, SC | Speights & Runyan |