# Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 12367 | CN | 3/27/03 | Letter (attached to claim form) | Letter from Morguard Investments to Pinchin Environmental re: Proof of Age (year built) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12367 | CN | 8/00/99 | Report | British Columbia Assets & Land Corporation - Stage 1 - Preliminary Site Investigation of Block A of Sections 7 & 9, Victoria District (part of Town & Country Shopping Centre Parking Lot) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12367 | CN | 10/00/99 | Report | Phase I ESA Review and Phase II Environmental Site Assessment - Vacant Land (Parking Lot) of Town & Country Shopping Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12367 | CN | 5/18/95 | Report | Underground Waste Oil Tank Removal and Replacement - Former Woolworth Automotive Centre - Town & Country Shopping Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12367 | CN | 11/00/94 | Report | Decommissioning of an Underground Storage Tank and Surrounding Soil Assessment at Wal-Mart, 3601 Douglas Street, Victoria, BC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12367 | CN | 5/18/94 | Report | Asbestos Abatement Report - Town and Country Mall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12367 | CN | 3/11/93 | Report | Reporty to Identify Asbestos Containing Materials in Town and Country Mall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12367 | CN | 9/20/96 | Report | Phase I Environmental Site Assessment Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12367 | CN | 6/26/95 | Letter | Letter from Woolworth Canada Inc. to Morguard Investments re: Automotive Waste Oil Storage Tanks, Town & Country, Crossroads and Place Rosemere | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12367 | CN | 1/10/95 | Letter | Letter from Morguard Investments to OHA Consulting re: enclosed Environmental Policies and Procedures Manual | 100 Oak Street Hampton, SC | Speights & Runyan |