# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10966 | TN | 9/7/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10966 | TN | 8/3/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10966 | TN | 8/3/1972 | Customer Order | Zonolite - W.R. Grace & Co. Product | 100 Oak Street Hampton, SC | Speights & Runyan |