# Exhibit 1

| 12475 | CN | 3/17/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12475 | CN | 2/09/89 | Report | Hazard Assessment Survey by Pinchin-Harris and Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | Undated | Report | Hazard Assessment of Asbestos Containing Materials prepared by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 10/12/95 | Report | Asbestos Control Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 10/03/95 | Report | Air Monitoring Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 10/04/95 | Report | Air Monitoring Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 10/05/95 | Report | Air Monitoring Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 10/06/95 | Report | Air Monitoring Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 10/10/95 | Report | Air Monitoring Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 10/11/95 | Report | Air Monitoring Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 5/16/96 | Report | Bulk Sample Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 10/30/92 | Report | Bulk Sample Results by ACM Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | Undated | Report | Hazard Assessment Survey Conducted by Pinchin Harris Holland | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12475 | CN | 7/31/91 | Report | Asbestos Hazard Re-Survey | 100 Oak Street Hampton, SC | Speights & Runyan |