# Exhibit 1

| 12476 | CN | 3/17/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12476 | CN | 6/06/84 | Report | Building Inspection for the Presence and Condition of Friable Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | 2/17/89 | Report | Hazard Assessment Survey by Pinchin-Harris and Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | 4/05/89 | Report | Hazard Assessment Survey by Pinchin Harris Holland Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | 11/17/89 | Report | Monitoring of Asbestos Abatement - Projection Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | 11/00/89 | Report | Occupational Health Hazard Assessment of Asbestos prepared by Monenco | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | 5/29/91 | Report | Asbestos Hazard Re-Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | 6/11/91 | Report | Asbestos Analyses Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | 6/23/92 | Chart | Asbestos Hazard Assessment Record | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | 7/13/92 | Letter/Report | Letter from ACM Services to City of Vancouver re: Queen of Elizabeth Theatre Restaurant Asbestos Removal Project with attached inspection reports and air sampling results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | 6/22/95 | Report | Air Monitoring Results - Queen Elizabeth Theatre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | Undated | Report | Hazard Assessments Survey conducted by Pinchin Harris Holland | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | Undated | Specs | Asbestos Removal Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | Undated | Report | Tender Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12476 | CN | Undated | Report | Tender Documents with attached drawings | 100 Oak Street Hampton, SC | Speights & Runyan |