# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10967 | PA | 6/2/1972 | Invoice | Invoice showing sale of Monokote for Jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10967 | PA | 6/9/1972 | Invoice | Invoice showing sale of Monokote for Jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |