# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10983 | IL | 9/25/1970 | Letter | Mono-Kote Jobsite List Under Contract | 100 Oak Street Hampton, SC | Speights & Runyan |