# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10968 | PA | 5/5/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10968 | PA | 6/14/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10968 | PA | 6/1/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10968 | PA | 6/1/1970 | Purchase Order | Monokote Product Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10968 | PA | 6/4/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10968 | PA | 5/1/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10968 | PA | 5/1/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10968 | PA | 5/14/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10968 | PA | 5/8/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10968 | PA | 6/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |