# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10749 (10948 Dupl.) | NY | 8/1/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10749 (10948 Dupl.) | NY | 8/3/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10749 (10948 Dupl.) | NY | 9/7/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10749 (10948 Dupl.) | NY | 6/30/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10749 (10948 Dupl.) | NY | 5/26/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10749 (10948 Dupl.) | NY | 7/12/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10749 (10948 Dupl.) | NY | 10/13/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10749 (10948 Dupl.) | NY | 6/1/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |