# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10944 | CA | 11/1965 | California Plasterer Brochure | Article Regarding Product In Building | 100 Oak Street Hampton, SC | Speights & Runyan |