# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11724 | TN | 1971 | Mono-Kote Orders 1971 | Jobsite Locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11724 | TN | 3/30/1971 | Memo with Attachment | Up to date list of Monokote Orders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11724 | TN | 3/30/1971 | Memo with Attachment | Jobsite Building with Locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11724 | TN | 10/4/1966 | Letter with Attahcment | Partial List of Mono-Kote Orders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11724 | TN | 10/4/1966 | Letter with Attahcment | Jobsite Building with Locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11724 | TN | 3/30/1971 | Letter with Attahcment | Monokote Orders Pending | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11724 | TN | 3/30/1971 | Letter with Attahcment | Jobsite Building with Locations | 100 Oak Street Hampton, SC | Speights & Runyan |