# Exhibit 1

| 12479 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City ofVancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12479 | CN | 6/26/02 | Report | Asbestos Abatement Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12479 | CN | 1998 | Quotation/Tender | Quotation/Tender - Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12479 | CN | July 1998 | Report | Asbestos Air Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12479 | CN | Nov - Dec. 1998 | Report | Asbestos Air Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12479 | CN | Undated | Quotation/Tender | Quotation/Tender - Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12479 | CN | 5/21/02 | Quotation/Tender | Quotation/Tender - Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12479 | CN | 5/13/02 | Bid Request | Bid Request for Asbesetos Consulting Services | 100 Oak Street Hampton, SC | Speights & Runyan |