# Exhibit 1

.

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11723 | SD | 10/27/1966 | Inter-Office Memo with Attachments | Monokote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11723 | SD | 10/27/1966 | Inter-Office Memo with Attachments | Jobsite Buildings List | 100 Oak Street Hampton, SC | Speights & Runyan |