# Exhibit 1

| 12480 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12480 | CN | 6/15/00 | Report | Risk Assessment of Ceiling Insulation Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12480 | CN | 7/19/00 | Report | Workers' Comp Notice of Project for Employment Involving Asbestos with dealited site-specific work procedures attached | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12480 | CN | June 2000 | Specs | Asbestos Removal Specifications - Contract Documents | 100 Oak Street Hampton, SC | Speights & Runyan |