# Exhibit 1

| 12469 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12469 | CN | 4/12/90 | Report | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12469 | CN | 10/00/89 | Specs | Specifications for Asbestos Abatement Project 1989 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12469 | CN | 9/10/02 | Quote | Quotation/Tender - Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12469 | CN | 9/02/03 | Quote | Quotation/Tender - Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12469 | CN | 9/17/03 | Report | Asbestos Abatement Close-Out Report | 100 Oak Street Hampton, SC | Speights & Runyan |