# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10848 (10870 Dupl.) | SC | 7/2/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10848 (10870 Dupl.) | SC | 1/4/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10848 (10870 Dupl.) | SC | 1/16/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10848 (10870 Dupl.) | SC | 6/1/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10848 (10870 Dupl.) | SC | 12/2/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10848 (10870 Dupl.) | SC | 12/29/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10848 (10870 Dupl.) | SC | 2/1/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10848 (10870 Dupl.) | SC | 2/17/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10848 (10870 Dupl.) | SC | 3/3/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10848 (10870 Dupl.) | SC | 6/21/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |