# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11722 | TN | 1/22/2003 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 1/22/2003 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Chapter 3 - Conclusions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | MVA, Inc. Report of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | Table - Summary of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | Appendix - Analytical Results and Interpretation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | Data Interpretation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | Photomicrograph Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | SEM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | EDS Spectrum and SEM Micrograph Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | AEM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | AEM-EDS Spectrum Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | Acid Soluble Weight Percent Determination | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | PLM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11722 | TN | 12/5/2002 | Letter with Attachments | Chain-of-Custody Form | 100 Oak Street Hampton, SC | Speights & Runyan |