# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10974 | NC | Undated | Job listing | Monokote job listing referencing jobsite (7 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10974 | NC | Undated | Job listing | Handwritten job listing referencing jobsite (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10974 | NC | Undated | Job listing | Monokote job listing referencing jobsite (7 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10974 | NC | 1998 - 2004 | NC State NESHAP Documents | ACM Abatement Permit Number & NESHAP Number | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10974 | NC | 1998 - 2004 | NC State NESHAP Documents | Building Location & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10974 | NC | 1998 - 2004 | NC State NESHAP Documents | ACM Location | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10974 | NC | 1998 - 2004 | NC State NESHAP Documents | Building Square Feet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10974 | NC | 1998 - 2004 | NC State NESHAP Documents | Name, Address, Contact & Contact Number for All Parties Involved with ACM Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10974 | NC | 1998 - 2004 | NC State NESHAP Documents | Abatement Start & Completed Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10974 | NC | 1998 - 2004 | NC State NESHAP Documents | Amounts of ACM Abated from Building | 100 Oak Street Hampton, SC | Speights & Runyan |