# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11721 | TN | 10/4/1966 | Letter with Attachments | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11721 | TN | 10/4/1966 | Letter with Attachments | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11721 | TN | 1971 | Mono-Kote Order | 1971 Mono-Kote Jobsite Orders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11721 | TN | 3/30/1971 | Letter with Attachments | Monokote Orders Pending | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11721 | TN | 3/30/1971 | Letter with Attachments | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |