# Exhibit 1

| 12448 | CN | 3/17/03 | Letter (attached to claim form) | Letter from University to Speiths & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12448 | CN | 12/13/03 - 12/24/04 | Report | Air Monitoring Bulletins by Bersch & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12448 | CN | Undated | Chart | Asbestos Data Spreadsheet - Arts | 100 Oak Street Hampton, SC | Speights & Runyan |