# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10977 | AR | 7/15/1970 | Invoice | W.R. Grace & Company (Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |