# Exhibit 1

| 12484 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12484 | CN | 4/14/00 | Report | Worker' Comp Activity Management Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12484 | CN | 9/12/99 | Report | Asbestos Removal Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12484 | CN | 9/01/99 - 9/06/99 | Report | Air Monitoring Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12484 | CN | 9/02/99 | Report | Workers' Comp Notice of Project for Employment Involving Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |