# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11181 (11182 Dupl.) | WV | 11/16/1971 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11181 (11182 Dupl.) | WV | 5/12/1971 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |