IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: December 2, 2005 |
| | ) | Hearing Date: December 19, 2005 @ 12:00 |
| | ) | p.m. noon E.S.T. |

Re: Docket No. 10014

## CORRECTED CERTIFICATE OF SERVICE OF THE MOTION OF ANDERSON MEMORIAL HOSPITAL FOR CLASS CERTIFICATION

I, Christopher D. Loizides, hereby certify that on October 21, 2005, true and correct copies of the Motion of Anderson Memorial Hospital for Class Certification (the "Motion") were served upon the parties listed on Exhibits A and B hereto by first class mail. Those parties listed on Exhibit B were served with the Motion, including all of the exhibits thereto.

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

051022111737

Those parties listed on Exhibit A hereto were served only with the Motion, the Notice and the Proposed Order, but not the exhibits, unless such parties' name also appears on Exhibit B, in which case the exhibits were included. Undersigned counsel will provide any party in interest with copies of the exhibits to the Motion on request.

DATED: October 22, 2005

                                                         Christopher D. Loizides (No. 3968)
                                                       Michael J. Joyce (No. 4563)
                                                       LOIZIDES & ASSOCIATES
                                                       1225 King Street, Suite 800
                                                       Wilmington, DE  19801
                                                       Telephone:   (302) 654-0248
                                                       Facsimile:    (302) 654-0728
                                                       Email:          loizides@loizides.com

**EXHIBIT A – SERVICE OF MOTION WITHOUT EXHIBITS** *UNLESS OTHERWISE INDICATED ON EXHIBIT B*

051022111737

| | | |
|---|---|---|
| Laura Davis Jones, Esquire<br>David Carickhoff, Esquire<br>Pachulski Stang Ziehl Young Jones &<br>Weintraub, PC<br>919 No. Market Street, 16th Floor<br>Wilmington, DE 19801 | Francis A. Monaco, Jr., Esquire<br>Walsh, Monzack & Monaco, P.A.<br>1201 No. Orange Street, Suite 400<br>Wilmington, DE 19801 | Adam G. Landis, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |
| Hamid R. Rafatjoo, Esquire<br>Pachulski Stang Ziehl Young Jones &<br>Weintraub<br>10100 Santa Monica Bl., Suite 1100<br>Los Angeles, CA 90067-4100 | Frederick B. Rosner, Esquire<br>Jaspan Schlesinger Hoffman LLP<br>913 No. Market Street, 12th Floor<br>Wilmington, DE 19801 | John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>1105 No. Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130 | Joseph Grey, Esquire<br>Stevens & Lee, PC<br>1105 No. Market Street, 7th Floor<br>Wilmington, DE 19801 | David M. Fournier, Esquire<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 |
| Marla Rosoff Eskin, Esquire<br>Campbell & Levine, LLC<br>800 King St., Suite 300<br>Wilmington, DE 19801 | Michael R. Lastowski, Esquire<br>Duane Morris & Heckscher, LLP<br>1100 No. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 | Eric Lopez Schnabel, Esquire<br>James H. Joseph, Esquire<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |
| William H. Sudell, Jr., Esquire<br>Eric D. Schwartz, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 No. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Laurie Selber Silverstein, Esquire<br>Monica Leigh Loftin, Esquire<br>Potter Anderson & Corroon LLP<br>1313 No. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | William D. Sullivan, Esquire<br>Buchanan Ingersoll PC<br>1007 No. Orange Street, Suite 1110<br>Wilmington, DE 19801-1236 |
| Anton Volovsek<br>Rt2 – Box 200 #42<br>Kamiah, ID 83536-9229 | Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox 35<br>Wilmington, DE 19801 | James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1800 "M" Street, NW, Suite 1000<br>Washington, D.C. 20036-5802 |
| Mark S. Chehi<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | Todd C. Schiltz, Esquire<br>Young Conaway Stargatt & Taylor<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Thomas G. Whalen, Esquire<br>Stevens & Lee, PC<br>1105 No. Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Robert J. Dehney<br>Michael G. Busenkell<br>Morris, Nichols Arsht & Tunnell<br>1201 No. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903-7040 | Teresa K.D. Currier, Esquire<br>Klett Rooney Lieber & Schorling, PC<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 |
| Mark D. Collins, Esquire<br>Deborah E. Spivack, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 | David E. Wilks, Esquire<br>Buchanan Ingersoll PC<br>1007 No. Orange St., Suite 1110<br>Wilmington, DE 19801 | Rachel B. Mersky, Esquire<br>Walsh Monzack & Monaco, P.A.<br>1201 No. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031 |
| Jeffrey C. Wisler, Esquire<br>Michelle McMahon, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1220 Market Street, 10th Floor<br>Box 2207<br>Wilmington, DE 19899-2207 | Curtis Crowther, Esquire<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>Wilmington, DE 19801 | James H.M. Sprayregen, Esquire<br>James Kapp, III, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 |

| | | |
|---|---|---|
| Derrick Tay, Esquire<br>Meighen Demers<br>Ogilvy Renault<br>Suite 3800, Royal Bank Plaza, South Tower<br>Toronto, Ontario M5J 2Z4<br>CANADA | Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 | Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 |
| David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Office of Reorganization<br>Securities & Exchange Commission<br>Suite 1000<br>3475 Lenox Road, N.E.<br>Atlanta, GA 30326-1232 | Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>3101 So. Packerland<br>P.O. Box 2545<br>Green Bay, WI 54306 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Michael A. Berman, Esquire<br>Securities and Exchange Commission<br>450 Fifth Street, N.W. (Mail Stop 6-6)<br>Washington, D.C. 20549 | David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 |
| Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY 10022 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903-7040 | Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 |
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | James D. Freeman, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement, Section 999<br>18th Street, Suite 945-North Tower<br>Denver, CO 80202 | T. Kellan Grant, Esquire<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| Scott L. Baena, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>Wachovia Financial Center<br>200 So. Biscayne Blvd, Suite 2500<br>Miami, FL 33131 | Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan &<br>McGarvey PC<br>745 South Main<br>Kalispell, MT 59904 | Pamela Zilly, Richard Shinder,<br>David Blechman, Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 |
| Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022-3852 | Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 | Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY 10020 |
| D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Jan M. Hayden, Esquire<br>William H. Patrick, Esquire<br>Heller Draper Hayden Patrick & Horn, LLC<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 |
| J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Ira S. Greene, Esquire<br>Squadron Ellenoff Plesent & Sheinfeld,<br>LLP<br>875 Third Avenue<br>New York, NY 10022-6225 | Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD 21226-1595 |
| Nancy Worth Davis, Esquire<br>Ness Motley Loadhold Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465-1792 | James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 | Joseph F. Rice, Esquire<br>Ness Motley Loadholt Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465-1792 |

| | | |
|---|---|---|
| Steven T. Baron, Esquire<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor<br>Dallas, TX 75204 | Alan Kolod, Esquire<br>Moses & Singer LLP<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6076 | Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |
| Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, 4th Floor<br>New York, NY 10006 | Peter A. Chapman<br>572 Fernwood Lane<br>Fairless Hills, PA 19030 |
| W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | John P. Dillman, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Paul M. Matheny<br>The Law Offices of Peter G. Angelos, PC<br>5905 Harford Rd.<br>Baltimore, MD 21214 |
| Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 | Sander L. Esserman, Esq.<br>Stutzman Bromberg Esserman & Plifka, PC<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689 | Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd, Suite G<br>Brownsville, TX 78520 |
| Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Steven T. Hoort, Esquire<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ 07663 |
| Russell W. Budd, Esquire<br>Alan B. Rich, Esquire<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue<br>P.O. Box 8705<br>Dallas, TX 75219-8705 | Paul M. Baisier, Esquire<br>Seyfarth Shaw<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA 30309 | Attn: Meridee Moore and Kirsten Lynch<br>Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 1325<br>San Francisco, CA 94111 |
| Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer, Esquire<br>Jordan Hyden Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 | Bernice Conn, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067 | John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 |
| Charles E. Gibson, III, Esquire<br>Attorney at Law<br>620 North Street, Suite 100<br>Jackson, MS 39202 | Steven R. Schlesinger, Esquire<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 | Joseph T. Kremer, Esquire<br>Lipsitz Green Fahringer Roll Salisbury &<br>Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 |
| Courtney M. Labson, Esquire<br>The Mills Corporation<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209 | Steven J. Kherkher, Esquire<br>Laurence G. Tien, Esquire<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite #600<br>Houston, TX 77017 | Paul D. Henderson, Esquire<br>Paul D. Henderson, P.C.<br>712 W. Division<br>Orange, TX 77630 |
| Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P.O. Box 151<br>Bryan, OH 43506 | Kimberly W. Osenbaugh, Esquire<br>Preston Gates & Ellis LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 | Robert Jacobs, Esquire<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899-1271 |

| | | |
|---|---|---|
| Elizabeth S. Kardos, Esquire<br>Gibbons, Del Deo, Dolan Griffinger<br>& Vecchione PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, NY 10019-0602 | Credit Manager<br>Belz Enterprises<br>100 Peabody Place, Suite 1400<br>Memphis, TN 38103 |
| Thomas J. Noonan, Jr.<br>c/o R&S Liquidation Company<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 | State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, 2nd Floor<br>Columbus, OH 43215 | James P. Ruggeri, Esquire<br>Scott A. Shail, Esquire<br>Hogan & Harton L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 |
| Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Daniel H. Slate, Esquire<br>Hughes Hubbard & Reed LLP<br>350 So. Grand Avenue<br>Los Angeles, CA 90071-3442 |
| William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101-0570 | Robert Jacobs, Esquire<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899-1271 | Andrea L. Hazzard, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| William S. Katchen, Esquire<br>Duane, Morris & Heckscher LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ 07102 | Stephanie Nolan Deviney<br>Brown & Connery, LLP<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ 08108-0539 | Arthur Stein, Esquire<br>1041 W. Lacey Road<br>P.O. Box 1070<br>Forked River, NJ 08731-1070 |
| Paul G. Sumers, Esquire<br>TN Atty. General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Barbara M. Cook, County Solicitor<br>Katherine Taylor, Sr. Asst. Co. Solicitor<br>Howard County Office of Law<br>3430 Courthouse Drive<br>Ellicott City, MD 21043 | Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 |
| Scott Wert, Esquire<br>Foster & Sear, LLP<br>524 East Lamar Bl., Suite 200<br>Arlington, TX 76011 | Danice Sims<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Maggie De La Rosa<br>Provost & Umphrey Law Firm, LLP<br>490 Park Street<br>Beaumont, TX 77701 |
| C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway, Suite 150<br>San Rafael, CA 94903 | M. Diane Jasinski, Esquire<br>Michael D. Hess<br>Corporation Counsel of the City of NY<br>100 Church Street, Room 6-127<br>New York, NY 10007 | Dorine Vork, Esquire<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, NY 10022 |
| Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 | Suexirda Prayaga<br>7365 MacLeod Lane<br>Ofallon, MO 63366 | Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>457 Haddonfield Road, Suite 700<br>P.O. Box 2570<br>Cherry Hill, NJ 08034-2570 |
| Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Bl., MS 35<br>Tallahassee, FL 32399-3000 | Janet Napolitano<br>Robert R. Hall<br>Russell W. Savory<br>1275 West Washington Street<br>Phoenix, AZ 85007-1278 | Kevin James<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-1413 |

| | | |
|---|---|---|
| Bart Hartman<br>Treasurer – Tax Collector<br>Attn: Elizabeth Molina<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | Michael T. Kay, Esquire<br>Nancy Draves, Esquire<br>The Dow Chemical Company<br>2030 Dow Center<br>Midland, MI 48674 | Michael B. Willey, Esquire<br>Legal Services, 27th Floor<br>312 8th Avenue North<br>Nashville, TN 37243 |
| David Aelvoet, Esquire<br>Linebarger Goggan Blair<br>& Sampson, LLP<br>Travis Park Plaza Building<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>Liberty View – Suite 700<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002 | Jeffrey L. Glatzer, Esquire<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020-1182 |
| Michael H. Pinkerson, Esquire<br>James M. Garner, Esquire<br>Sher Garner Cahill Richter Klein McAlister<br>& Hilbert, L.L.C.<br>909 Poydras Street, Suite 2800<br>New Orleans, LA 70112 | Ronald S. Beacher, Esquire<br>Pitney, Hardin, Kipp & Szuch LLP<br>711 Third Avenue, 20th Floor<br>New York, NY 10017-4014 | Thomas V. Askounis, Esquire<br>Askounis & Borst, P.C.<br>303 East Wacker Drive<br>Suite 1000<br>Chicago, IL 60601 |
| Robert Cimino, Esquire<br>Suffolk County Attorney<br>100 Veterans Memorial Highway<br>P.O. Box 6100<br>Hauppauge, NY 11788-0099<br>Attn: Diane Leonardo Beckmann | Attn: Diane Stewart<br>Peoples First Community Bank<br>P.O. Box 59950<br>Panama City, FL 32412-0950 | Attn: Ted Weschler<br>Peninsula Capital Advisors, L.L.C.<br>404 East Main Street, 2nd Floor<br>Charlottesville, VA 22902 |
| Robert T. Aulgur, Jr., Esquire<br>P.O. Box 617<br>Odessa, DE 19730 | Pamela H. Walters, Esquire<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 | E. Katherine Wells, Esquire<br>South Carolina Department of Health and<br>Environmental Control<br>2600 Bull Street<br>Columbia, SC 29201-1708 |
| Pillsbury Winthrop LLP<br>One Battery Park Plaza<br>New York, NY 10004-1490 | DAP Products, Inc.<br>c/o Julien A. Hecht, Esquire<br>2400 Boston Street, Suite 200<br>Baltimore, MD 21224 | Deirdre Woulfe Pacheco, Esquire<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095-0010 |
| William H. Johnson, Esquire<br>Norfolk Southern Corporation<br>Law Department<br>Three Commercial Place<br>Norfolk, VA 23510-9242 | Jeffrey Kaufman, Esquire<br>Gerald F. Ellesdorfer, Esquire<br>Kaufman & Logan LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 | Michael B. Schaedle, Esquire<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 |
| Craig Barbarosh, Esquire<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626-7122 | Steven B. Flancher, Esquire<br>Assistant Attorney General<br>Dept. of Atty. Gen'l. Revenue Div.<br>First Floor Treasury Building<br>Lansing, MI 48992 | Roger Frankel, Esquire<br>Richard H. Wyron, Esquire<br>Matthew W. Cheney, Esquire<br>Swidler Berlin Shereff & Friedman, LLP<br>3000 K Street, NW, Suite 300<br>Washington, D.C. 20007 |
| Edward B. Cottingham, Jr.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>MT. Pleasant, SC 29465 | Julie Quagliano<br>Quagliano & Seeger<br>3243 P Street, NW<br>Washington, DC 20007 | Kay D. Brock, Esquire<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| John W. Havins, Esquire<br>Burt Barr Havins & O'Dea, L.L.P.<br>1001 McKinney, Suite 500<br>Houston, TX 77002 | Judith Greenspan, Esquire<br>Associate Counsel<br>The Amalgamated Industries and Service<br>Workers Benefit Fund<br>730 Broadway, Tenth Floor<br>New York, NY 10003-9511 | Randall A. Rios<br>Floyd, Isgur, Rios & Wahrlich, P.C.<br>700 Louisiana, Suite 4600<br>Houston, TX 77002 |

| | | |
|---|---|---|
| Mark Browning, Esquire<br>Assistant Attorney General<br>c/o Sherri K. Simpson, Legal Assistant<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Donna J. Petrone, Esquire<br>Exxon Mobil Chemical Company<br>Law Department – Bankruptcy<br>13501 Katy Freeway, Room W1-562<br>Houston, TX 77079-1398 | Elizabeth J. Cabraser, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LL<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA 94111 |
| Leonard P. Goldberger, Esquire<br>White & Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 | David W. Wirt, Esquire<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, IL 60601 | Scott Barker<br>Phelps Dodge Corporation<br>1 N. Central Avenue<br>Phoenix, AZ 85004-4464 |
| General Motors Acceptance Corporation<br>P.O. Box 5055<br>Troy, MI 48007-5055 | Alan H. Katz, Esquire<br>Entergy Services, Inc.<br>693 Loyola Avenue, Suite 2600<br>New Orleans, LA 70113 | Coudert Brothers<br>Attn: Joseph D. Farrell, Esquire and<br>Edward H. Tillinghast, III, Esquire<br>1114 Avenue of the Americas<br>New York, NY 10036 |
| Cynthia C. Hemme, Esquire<br>Senior Counsel<br>Nortel Networks, Inc.<br>4010 E. Chapel Hill-Nelson Hwy.<br>Research Triangle Park, NC 27709 | Glen W. Morgan<br>Reaud, Morgan & Quinn, Inc.<br>40 Capitol Square, S.W.<br>Atlanta, GA 30334 | Margery N. Reed, Esquire<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 |
| Daniel A. Speights, Esquire<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, SC 29924-0685 | Barry D. Kleban, Esquire<br>Adelman Lavine Gold and Levin<br>Suite 900<br>Four Penn Center<br>Philadelphia, PA 19103 | Darrell W. Scott<br>Lukins & Annis, P.S.<br>1600 Washington Trust Financial Center<br>717 West Sprague Avenue<br>Spokane, WA 99201-0466 |
| William F. Taylor, Jr., Esquire<br>McCarter & English<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801 | Michael Selig<br>Westover Investments, L.L.C.<br>555 Old Garth Road<br>Charlottesville, VA 22901 | Theresa L. Wasser, Esquire<br>Burns, White & Hickton, LLC<br>120 Fifth Avenue, Suite 2400<br>Pittsburgh, PA 15222 |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Gary L. Barnhart<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Allan H. Ickowitz, Esq.<br>Nossaman, Guthner, Knox & Elliott, LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071 | Michael S. Davis, Esquire<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 |
| Marsha A. Penn<br>P.O. Box 3725<br>Houston, TX 77253-3725 | Oscar B. Fears, III<br>Assistant Attorney General<br>DACA V, LLC<br>Attn: Julie Bubnack<br>2120 W. Washington Street<br>San Diego, CA 92110 | Stephen A. Donato, Esquire<br>Hancock & Estabrook, LLP<br>1400 MONY Tower I<br>P.O. Box 4976<br>Syracuse, NY 13221-4976 |
| Marsha A. Penn<br>P.O. Box 3725<br>Houston, TX 77253-3725 | Sheri Levine<br>Amroc Investments, LLC<br>535 Madison Avenue, 15th Floor<br>New York, NY 10022 | Barbara G. Billet, Esquire<br>Elaine Z. Cole, Esquire<br>NY State Dept. of Taxation & Finance<br>Archer & Greiner, P.C.<br>1300 No. Market St., Suite 700<br>Wilmington, DE 19801 |
| Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Ronald D. Gorsline<br>Chambliss, Bahner, & Stophel, P.C.<br>1000 Tallan Building Two Union Square<br>Chattanooga, TN 37402-2552 | Thomas Tew, Esquire<br>Jeffrey Tew, Esquire<br>Tew Cardenas Rebak Kellogg Lehman<br>DeMaria Tague Raymond & Levine LLP<br>201 So. Biscayne Bl., Suite 2600<br>Miami, FL 33131 |

| | | |
|---|---|---|
| Christopher R. Momjian<br>Senior Deputy Attorney General<br>I.D. No. 057482<br>Office of Attorney General<br>21 S. 12th Street, 3rd. Floor<br>Philadelphia, PA 19107-3603 | Jon Bauer<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 | James E. Wimberley, Esquire<br>McPherson, Monk, Hughes, Bradley<br>& Wimberley, L.L.P<br>3120 Central Mall Drive<br>Port Arthur, TX 77642 |
| Denise A. Kuhn<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Martha E. Romero<br>Law Offices of Martha E. Romero and Associates<br>7743 South Painter Avenue, Suite E<br>Whittier, CA 90602 | Greif, Inc.<br>Attn: Credit Department<br>366 Greif Parkway<br>Delaware, OH 43015 |
| Vahe Melkonian<br>Newco Management Co., LLC<br>6320 Canoga Avenue, Suite 1430<br>Woodland Hills, CA 91367 | Ronald D. Gorsline<br>Chambliss, Bahner & Stophel, P.C.<br>1000 Tallan Building<br>Two Union Square<br>Chattanooga, TN 37402-2552 | Thomas O. Bean<br>Peter M. Action, Jr.<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210 |
| David W. Baddley, Esquire<br>Greenberg Traurig, P.A.<br>515 East Las Olas Bl., Suite 1500<br>Fort Lauderdale, FL 33301 | Michael S. Davis, Esquire<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022 | Marc Abrams, Esquire<br>Willkie, Farr & Gallagher<br>787 Seventh Avenue<br>New York, NY 10019-6099 |
| Richard B. Spector, Esquire<br>Mark M. Monachino, Esquire<br>Corbett & Steelman<br>18200 Von Karman Avenue, Suite 200<br>Irvine, CA 92612-1086 | Daniel J. Cohn, Esquire<br>Christopher M. Candon, Esquire<br>Cohn & Whitesell LLP<br>101 Arch Street<br>Boston, MA 02110 | Joanne B. Wills, Esquire<br>Klehr Harrison Harvey Branzburg & Eller<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 |
| Frederick P. Furth, Esquire<br>Michael P. Lehman, Esquire<br>Christopher L. Lebsock, Esquire<br>The Furth Firm, LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104 | Charlotte Transit Center, Inc.<br>c/o Kennedy Covington Lobdell<br>& Hickman, LLP<br>214 No. Tyron Street, 47th Floor<br>Charlotte, NC 28202 | Charles Trascher, III, Esquire<br>Snellings Breard Sartor Inabnett & Trascher, LLP<br>PO Box 2055<br>Monroe, LA 71207-2055 |
| Kirk A. Patrick, III, Esquire<br>Donohue Patrick P.L.L.C.<br>1500 Bank One Centre – North Tower<br>4500 Laurel Street<br>Baton Rogue, LA 70821 | Robert Jacobs, Esquire<br>Jacobs & Crumplar, P.A.<br>2 East 7th Street<br>Wilmington, DE 19801 | Cornell University<br>Office of University Counsel<br>300 CCC Building, Garden Avenue<br>Ithaca, NY 14853-2601 |
| Steven R. Bourne, Esquire<br>Nutter, McClennen & Fish, LLP<br>155 Seaport Blvd.<br>Boston, MA 02210-2604 | Bruce D. Levin, Esquire<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, MA 02110 | Thomas D. Walsh, Esquire<br>McCarter & English, LLP<br>919 Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899-0111 |
| John Preefer, Esquire<br>60 East 42nd St., Suite 1021<br>New York, NY 10165 | John C. Phillips, Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | Todd Meyers, Esquire<br>Kathleen M. O'Connell, Esquire<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, #2800<br>Atlanta, GA 30309 |
| Elio Battista, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Thomas G. Macauley, Esquire<br>Zuckerman Spaeder LLP<br>919 N. Market St., Suite 1705<br>Wilmington, DE 19801 | General Counsel<br>Enron Energy Services<br>1400 Smith Street, EB 0889<br>Houston, TX 770022 |

| | | |
|---|---|---|
| Citadel Investment Group, L.L.C.<br>Attn: S. Jay Novatney<br>131 So. Dearborn St., 36th Floor<br>Chicago, IL 60603 | Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 | Steven T. Davis, Esquire<br>Edmond M. George, Esquire<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>One Penn Center, Suite 1900<br>1617 John F. Kennedy Bl.<br>Philadelphia, PA 19103 |
| Afshin Miraly, Esquire<br>Assistant City Solicitor<br>Law Department - City Hall<br>93 Highland Avenue<br>Somerville, MA 02143 | Lynn K. Neuner, Esquire<br>Simpson Thacher, & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017-3954 | DACA V, LLC<br>Attn: Julie Bubnack<br>2120 W. Washington Street<br>San Diego, CA 92110 |
| John V. Fiorella, Esquire<br>Archer & Greiner, P.C.<br>1300 No. Market St., Suite 700<br>Wilmington, DE 19801 | Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095 | James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Ralph R. Mabey, Esquire<br>Penrod W. Keith, Esquire<br>LeBoeuf Lamb Greene & MacRae, LLP<br>1000 Kearns Building<br>Salt Lake City, UT 84101 | Allison E. Reardon<br>Delaware Division of Revenue<br>820 No. French Street, 8th Floor<br>Wilmington, DE 19801 | Ted N. Pettit, Esquire<br>Case Bigelow & Lombardi<br>Grosvenor Center, Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813 |
| Kelley B. Gelb, Esquire<br>700 Southeast Third Av., #100<br>Fort Lauderdale, FL 33316-1186 | Christopher R. Momjian<br>Office of Attorney General<br>21 So. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10400 Viking Drive, Suite 560<br>Eden Prairie, MN 55344 |
| Margaret A. Holland<br>Deputy Attorney General<br>NJ Atty. General's Office Division of Law<br>P.O. Box 106<br>Trenton, NJ 08625 | Jonathan D. Berger, Esquire<br>Russell Henkin, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 | Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829 |
| Craig A. Slater, Esquire<br>Angela M. Demerle, Esquire<br>Harter Secrest & Emery LLP<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, NY 14202-2293 | Paul P. Daley, Esquire<br>George W. Shuster, Jr., Esquire<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street; #945-North Tower<br>Denver, CO 80202 |
| Rachel Jeanne Lehr<br>Deputy Attorney General<br>Office of the Attorney General<br>P.O. Box 093<br>Trenton, NJ 08625 | Nicholas J. LePore, III, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Ann Beimdiek Kinsella<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2127 |
| Larry A. Feind<br>133 Peachtree Street, NE, 7th Floor<br>Atlanta, GA 30303 | Don C. Fletcher, Esquire<br>The Cavanagh Firm, P.A.<br>1850 North Central Ave., Suite 2400<br>Phoenix, AZ 85004 | Deborah L. Thorne, Esquire<br>Fabel Haber LLC<br>55 E. Monroe Street, 40th Floor<br>Chicago, IL 60603 |
| Elizabeth Weller, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1720<br>Dallas, TX 75201-2691 | Noel C. Burnham, Esquire<br>Richard G. Placey, Esquire<br>Montgomery McCracken Walker & Rhoads LLP<br>123 So. Broad Street<br>Philadelphia, PA 19109 | Jenny J. Hyun, Associate Counsel<br>Weingarten Realty Investors<br>2600 Citadel Plaza Drive<br>Houston, TX 77008 |

## EXHIBIT B—SERVICE OF MOTION WITH EXHIBITS

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub, PC
919 North Market Street, Suite 1700
P. O. Box 8705
Wilmington, DE  19899-8705

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE  19801

Marla Eskin, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE  19801

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 No. Broom Street
Wilmington, DE  19806

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801

051022111737

Janet S. Baer, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 So. Biscayne Boulevard, Suite 2500
Miami, FL 33131

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Richard H. Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007