# Exhibit 1

| 12430 | CN | 3/27/03 | Letter (attached to claim form) | Letter from Morguard to Pinchin Environmental re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12430 | CN | 3/26/03 | Letter/Report (attached to claim form) | Pinchin Environmental Expert Report re: Identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 2/02/01 | Report | Asbestos Materials Review by Salus Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/12/01 | Report | Review of Damaged and Non-Compliant Asbestos Containing Building Materials by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 12/17/99 | Report | Asbestos and Lead Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/00/89 | Report | Report on the Hazard Assessment and Control of Asbestos Containing Materials - Woodwards Store - 7 Oaks | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/23/89 | Letter | Letter from ACM Environmentatl to The Bay re: The Bay Abbotsford - O&M Update | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/19/95 | Report | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 12/01/97 | Report | Phase 1 Environmental Site Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 11/25/96 | Letter/Report | Decommissioning of Underground Storage Tank and Abandoned Gasoline Piping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 9/18/00 | Report | Environmental Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/26/98 | Certificate | Certificate of Destruction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 12/13/88 | Letter/Report | Proposed 1988 Expansion - Report on Soil Conditions and Foundation Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/00/92 | Report | Asbestos Survey and Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/00/01 | Report | Report on Phase I Environmental Site Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/23/01 | Report | Report on Phase 2 Environmental Site Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 12/22/93 | Report | Asbsestos Abatement Project Final Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 1/13/94 | Letter | Letter from HBT AGRA Limited to Seven Oaks Shopping Centre : Abandoned Underground Storage Tank (UST) Results - Garden Centre, The Bay | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 12/17/99 | Report | Asbestos and Lead Survey | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12430 | CN | 6/30/99 | Letter | Letter from Levelton Engineering to Grosvenor International re: Seven Oaks Shopping Mall, Abbotsford | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12430 | CN | 6/08/89 | Letter/Report | Bulk Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/14/92 | Letter | Letter from Monenco to Grosvenor International re: Sevenoaks Shopping Centre - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 9/20/89 | Letter | Letter from Monenco to Norsan Construction re: Seven Oaks Mall - Extra Foods - Respray Testing Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 10/25/89 | Letter | Letter from Monenco to Norsan Construction re: Seven Oaks Mall - Extra Foods - Respray Testing Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 10/16/91 | Report | Environmental Review - Sevenoaks Shopping Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 12/19/91 | Letter | Letter from Monenco to Grosvenor International re: Sevenoaks Shopping Centre, Clearbrook - Extended Sampling for Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/13/91 | Report | Monitoring of Asbestos Abatement at Sevenoaks Shopping Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/11/90 | Letter | Letter from Monenco to Grosvenor International re: Mall Renovations, Additional Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/20/90 | Letter | Letter from Monenco to Grosvenor International re: Mall Renovations, Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 10/21/88 | Letter/Report | Analytical Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/30/89 | Letter/Report | Bulk Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 2/08/91 | Letter | Letter from Monenco to Grosvenor International re: Spray Applied Fireproofing - Existing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 10/09/91 | Letter | Letter from Monenco to Grosvenor International re: Spray-Applied Fireproofing - Eaton's | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/29/89 | Letter | Letter from Monenco to Grosvenor International re: Woodward's Electrical Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/24/01 | Letter | Letter from PHH to Morguard Investments re: Location of Damaged Friable Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 2/12/98 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 2/27/98 | Report | Asbestos Abatement by Salus Services | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12430 | CN | 1/10/95 | Manual | Environmental Policies and Procedures Manual for Morguard Investments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 9/07/00 | Report | Final Report Hazardous Materials Abatement - Former Eaton's Store, Sevenoaks Shopping Centre, Abbotsford, BC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 2/27/98 | Letter | Letter from Salus Services to Brookfield Management Services re: Sevenoaks Shopping Centre - Ceiling Condition Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 11/10/00 | Letter | Letter from Salus Services to Gentra Brookfield re: The Gap - CRU 164: Hazardous Building Materials Review | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 2/27/98 | Letter | Letter from Salus Services to Brookfield Management Services re: Sevenoaks Shopping Centre - Mechanical Room Material Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 9/23/97 | Letter | Letter from Salus Services to Grosvenor International re: Sevenoaks Shopping Centre - The Bay (asbestos) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 1/04/01 | Letter/Report | Letter/Report fom Salus Services to Lawson Projects re: Sevenoaks Shopping Centre - The Gap (CRU 164) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/06/90 | Letter/Report | Letter/Report from Thurber Engineering to Grosvenor International re: Sevenoaks Expansion Geotechnical Investigation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 2/20/91 | Letter | Letter from Thurber Environmental to Grosvenor re: Sevenoaks Expansion - Removal of Underground Storage Tanks | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/10/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/13/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/14/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/17/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/18/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/19/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/20/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/25/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12430 | CN | 4/26/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12430 | CN | 4/27/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/28/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/01/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/01/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/02/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/03/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/04/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/05/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/08/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/09/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/10/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/11/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/12/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/13/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/15/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/16/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/17/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/19/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/19/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/23/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/24/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/25/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/26/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/29/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/30/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12430 | CN | 5/31/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12430 | CN | 6/01/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/02/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/03/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/05/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/14/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/15/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/16/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/19/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/20/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/21/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/22/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/23/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/25/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/26/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/27/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/28/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/29/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/30/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/04/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/05/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/22/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/23/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/24/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/25/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/27/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12430 | CN | 8/28/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12430 | CN | 8/29/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/30/00 | Report | Site Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/24/01 | Letter | Letter from PHH to Morguard Investments re: Location of Damaged Friable Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/12/01 | Letter/Report | Review of Damaged and Non-Compliant Asbestos Containing Building Materials by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/00/00 | Specs | Asbestos Abatement Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/00/00 | Specs | Sprayed Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/11-17/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/27/00 - 5/01/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/01-08/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/08-13/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/13-25/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/25/00 - 6/02/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/02-26/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/27/00 - 8/30/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 8/24-30/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/27/00 - 8/30/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/27/00 - 8/30/00 | Report | Air Sample Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/04/00 | Meeting Minutes | Record of Conversation/Meeting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/05/00 | Meeting Minutes | Record of Conversation/Meeting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/18/00 | Report | Contract Documents - Hazardous Materials Abatement - Mall Entrance to Former Eaton's Store & B Corridor, Sevenoaks Shopping Centre | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12430 | CN | 3/29/00 | Memo | Memo from PHH to Gentra re: Recommendations for Further Sampling and Wording of Final Report Considering Remaining Asbestos Materials for Hazardous Material Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/28/00 | Memo | Memo from PHH to Lawson Projects re: Claims for Additional Work for Asbestos Removal/Hazardous Material Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/16/00 | Memo | Memo from PHH to Quantum re: Sevenoaks Mall Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/18/00 | Memo | Memo from PHH to Lawson Projects re: Proposed Change Order, Hazardous Mterial Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/29/00 | Memo | Memo from PHH to Lawson Projects re: Quantum Environmental Progress Invoice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/30/00 | Memo | Memo from PHH to Quantum re: Authorization of Extra Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/30/00 | Memo | Memo from PHH to Quantum re: Authorization of Extra Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/30/00 | Memo | Memo from PHH to Lawson Projects re: Claims for Additional Work for Asbestos Removal/Hazardous Material Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/02/00 | Memo | Memo from PHH to Lawson Projects re: Summary of Additional Work for Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/09/00 | Memo | Memo from PHH to Quantum re: Authorization of Extra Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/19/00 | Memo | Memo from PHH to Quantum re: Authorization of Extra Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/19/00 | Memo | Memo from PHH to Lawson Projects re: Quantum Evironmental Progress Invoice - May 2000 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/27/00 | Memo | Memo from PHH to Lawson Projects re: Extra Asbestos Abatement Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | Undated | Photos | Former Eaton's Store - Removal Stage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | Undated | Photos | | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/28/00 | Memo | Memo from PHH to Dawson Wallace Construction re: Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 3/27/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 4/03/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |

46

| 12430 | CN | 4/07/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12430 | CN | 4/19/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/01/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/16/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/18/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/24/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/29/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 5/30/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/06/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/07/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/21/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/10/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/14/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 7/17/00 | Letter | Letter from PHH to Gentral re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 9/08/00 | Letter | Letter from PHH to Sportcheck re: Asbestos Abatement Project - Sevenoaks | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/08/00 | Letter | Letter from PHH to Lawson Projects re: Hazardous Materials Abatement - Former Eaton's Store, Sevenoaks Shopping Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 6/20/00 | Letter | Letter from PHH to Dawson Wallace Construction Limited re: Electrical Room Asbestos Clearance | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12430 | CN | 1/23/01 | Letter | Letter from PHH to Lawson Projects re: Hazardous Materials Abatement - Final Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12430 | CN | 5/29/00 | Letter | Letter from PHH to Lawson Projects re: Proposal for Asbestos Survey, Assessment and Review | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 9/07/00 | Report | Final Report Hazardous Materials Abatement - Former Eaton's Store, Sevenoaks Shopping Centre, Abbotsford, BC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 9/19/00 | Report | Final Report Hazardous Materials Abatement - Former Eaton's Store, Sevenoaks Shopping Centre, Abbotsford, BC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 3/16/00 | Report | Gentra - Contract Documents - Hazardous Materials Abatement - Former Eaton's Store, Sevenoaks Shopping Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 3/16/00 | Report | Lawson Projects Ltd. - Contract Documents - Hazardous Materials Abatement - Former Eaton's Store, Sevenoaks Shopping Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12430 | CN | 2000 | Correspondence/Memos | PHH Environmental Correspondence and Memos re: Sevenoaks Mall | 100 Oak Street Hampton, SC | Speights & Runyan |