# Exhibit 1

| 12447 | CN | 3/17/03 | Letter (attached to claim form) | Letter from University to Speiths & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12447 | CN | 9/00/03 | Report | Asbestos Hazard Assessment Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12447 | CN | 1/14-15/03 | Report | Bulk Sample Analysis Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12447 | CN | Undated | Report | ACM Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |