# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10715 | NE | 1/25/1973 | Invoice | W.R. Grace & Company (Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10715 | NE | 3/5/1973 | Invoice | W.R. Grace & Company (Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10715 | NE | 3/8/1973 | Invoice | W.R. Grace & Company (Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10715 | NE | 2/28/1973 | Invoice | W.R. Grace & Company (Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |