# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10997 | PA | 3/13/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10997 | PA | 3/7/1972 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |