# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11720 | TN | 12/14/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 12/18/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 12/22/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 12/17/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 12/8/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 12/1/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 12/10/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 12/7/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 10/4/1966 | Letter with Attachment | Particial List of Mono-Kote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 10/4/1966 | Letter with Attachment | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 1971 | Mono-Kote Order | 1971 Mono-Kote Job Order with Building Names | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 3/30/1971 | Letter with Attachment | Monokote Orders Pending | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 3/30/1971 | Letter with Attachment | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 3/30/1971 | Memo with Attachment | Up to date Monokote orders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 3/30/1971 | Memo with Attachment | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 6/28/1979 | Request for Technical Service | To determine if Fireproofing is ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 6/6/1979 | Letter | Sample of Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 4/26/1978 | Letter | Data on Composition of Built-Up Material from Monokote Mixers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11720 | TN | 4/19/1978 | Request for Technical Service | Rock Sample Identification | 100 Oak Street Hampton, SC | Speights & Runyan |