# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10999 | PA | 12/18/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/11/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/19/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/7/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/18/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/10/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 7/27/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/11/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/25/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/24/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 8/21/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 7/31/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 8/18/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 8/26/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/25/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 8/26/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/2/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/30/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/16/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/6/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/24/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10999 | PA | 10/8/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10999 | PA | 10/1/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/16/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/26/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/21/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/16/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/25/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/7/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/24/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/23/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/6/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/8/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/24/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/1/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 7/31/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 7/22/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/18/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/30/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/16/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 8/1//1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/2/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/10/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/16/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 8/26/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10999 | PA | 10/16/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 10999 | PA | 12/3/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/17/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/3/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/5/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 12/15/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/12/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/28/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/23/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 8/12/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 8/24/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 8/24/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/8/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/9/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/15/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/10/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/20/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/26/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 11/24/1970 | Notes | Notes referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/19/1970 | Notes | Notes referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/1/1970 | Notes | Notes referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/23/1970 | Notes | Notes referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 7/31/1970 | Notes | Notes referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 10/26/1970 | Notes | Notes referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10999 | PA | 9/2/1970 | Notes | Notes referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |