# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10980 | AR | 12/6/1972 | Invoice | W.R. Grace & Company (Mono-Kote) | 100 Oak Street Hampton, SC | Speights & Runyan |

42