42

# Exhibit 1

| 12429 | CN | 3/10/00 | Letter/Report | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12429 | CN | 3/15/00 | Letter/Report | Room-to-Room Asbestos Survey Final Report bby AGRA | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 7/22/99 | Letter/Report | Turnkey Asbestos Abatement and Inspection by AGRA | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | October 1996 | Report | Waste Audit Update Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 6/04/02 | Letter/Report | Asbestos Abatement Report - Suite 607- by AMEC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 8/21/00 | Letter/Report | Asbestos Abatement Report - Suite 706 - by AMEC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 8/23/00 | Letter/Report | Asbestos Abatement Report - Suite 604 - by AMEC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 3/26/02 | Letter/Report | Asbestos Abatement Report - P1 Chiller Room - by AMEC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 1/31/02 | Letter/Report | Asbestos Abatement and Inspection Program by AMEC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 7/17/02 | Letter/Report | Asbestos Sample Analysis by AMEC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 5/31/96 | Letter | Letter from Contech to Morguard Investments re: certificate of destruction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 5/01/96 | Letter | Letter from Dillon Consulting to Morguard Investments enclosing draft of Specification Addendum for Asbestos Abatement Type I | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 9/20/02 | Report | Asbestos Abatement Report - Suite 908 - by Dillon | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 3/24/98 | Report | Asbestos Management Services for Suite 1107 - Final Report by Dillon | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 11/25/02 | Letter | Letter from Dillon to Morguard re: Asbestos Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 2/28/98 | Report | Asbestos Sampling Survey for Suite 1107 - Final Report by Dillon | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 7/09/97 | Report | Designated Substance Survey for Suites 802 and 805 - Final Report by Dillon | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 5/06/96 | Report | Final Report for Designated Substance Survey for Selected Suites by Dillon | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 10/30/96 | Report | Final Report for Designated Substance Survey for Building Exterior (Partial) by Dillon | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 1/27/98 | Letter | Letter from Ottawa Hydro to Morguard re: Electrical High Voltage Service Rooms at 350 Sparks Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 10/26/95 | Letter | Letter from Ottawa Hydro to Morguard re: Transformer Oil Testing at 350 Sparks Street | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12429 | CN | 8/30/96 | Report | Phase I Environmental Site Assessment for Pensionfund Property #712, 350-356 Sparks Street by Sandex Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12429 | CN | 1/12/96 | Report | Bulk Material Sample Analysis Results by T. Harris Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 12/19/95 | Letter | Letter from Yukon to Morguard re: attached indoor air quality assessemnt report on Delta Tower, 350 Sparks Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 1/25/03 | Letter | Letter from Dillon Consulting to Morguard re: Asbestos Abatement with attached reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 10/21/04 | Letter | Letter from Golder Associates to Morguard Investments re: Site Remediation, Suite 1200, 350 Sparks Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 4/16/03 | Letter/Report | Occupational Hygiene Services - Indoor Air Quality Investigation by Dillon Consulting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 4/25/03 | Letter | Letter from Dillon Consulting to Morguard Investments re: Asbestos Abatement with attached reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 2/14/03 | Letter | Letter from Dillon Consulting to Morguard re: Abestos Sampling with attached certificate of analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 2/07/03 | Report | Asbestos Abatement - Suites 809 & 1000 by Dillon Consulting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 8/06/04 | Letter/Report | Letter/Report by S2S Environmental - Asbestos Abatement Program - Suite 510 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 10/04/04 | Letter/Report | Letter/Report by S2S Environmental - Asbestos Abatement Program - Suite 1200 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 8/19/04 | Letter/Report | Letter/Report by S2S Environmentatl - Asbestos Sampling Pogram - Suites 401 and 402 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12429 | CN | 2/11/05 | Letter/Report | Letter/Report by S2S Environmental - Asbestos Sampling Program - Suites 400, 807, 907 and 1002 | 100 Oak Street Hampton, SC | Speights & Runyan |