# Exhibit 1

| 12494 | CN | 5/23/2001 | Report | Asbestos Materials Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12494 | CN | 2/12/2001 | Report | Asbestos Materials Assessment - Selected Ceiling Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12494 | CN | 05/02/03 - 06/19/04 | Report | Inspection Reports re: Work in Progress | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12494 | CN | 5/6/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion Staining - Lab Ref. # Db3081-2003 (6 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12494 | CN | 5/7/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion Staining - Lab Ref. # Db3084-2003 (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12494 | CN | 5/8/2003 | Report | Analysis of Bulk Samples for Asbestos Content by PLM and Dispersion Staining - Lab Ref. # Db3087-2003 (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12494 | CN | 5/30/2003 | Invoice | Invoice from Pincin LeBlanc to Health Care Corp of St. John's for professional services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12494 | CN | 3/26/2003 | Letter (attached to claim form) | Letter from Health Care Corporation of St. John's to Pinchin LeBlanc re: construction of St. Clare's Mercy Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |