# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11715 | KS | 12/27/1972 | Zonolite Construction Products Division - Phone Message | Confirmation of Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11715 | KS | 10/10/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11715 | KS | 10/2/1972 | Customer Order Form | Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11715 | KS | 10/2/1972 | Zonolite Construction Products Division - Phone Message | Confirmation of Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11715 | KS | No Date | Truck Loading Report | For Delivery of Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11715 | KS | 10/19/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11715 | KS | 10/9/1972 | Customer Order Form | Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |