# Exhibit 1

| 12446 | CN | 3/17/03 | Letter (attached to claim form) | Letter from University to Speiths & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12446 | CN | 7/04/03 - 3/30/05 | Report | Air Monitoring Bulletins by Bersch & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12446 | CN | 2/21/02 | Letter | Letter from Bersch & Associates to University of Sasketchewan re: Health Sciences Building - Electrical Renovations - Ceiling Space Access | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12446 | CN | Undated | Chart | Asbestos Data Spreadsheet - Health Science | 100 Oak Street Hampton, SC | Speights & Runyan |