# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11714 | CO | 10/27/1966 | Western Mineral Products Company - Memo | Listing of Mono-Kote Jobsites | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11714 | CO | 1968 | Specification and Date Vermiculite Type MK Brochure | Article (Ad) regarding building | 100 Oak Street Hampton, SC | Speights & Runyan |