# Exhibit 1

| 12428 | CN | 3/27/03 | Letter (attached to claim form) | Letter from Morguard Investments to Pinchin Environmental re: Proof of Age (year built) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12428 | CN | Undated | Drawings | Floor Plans | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12428 | CN | Undated | Photos | | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12428 | CN | 7/14/86 | Report | Survey of Bramalea City Centre for Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12428 | CN | 1/10/95 | Letter | Letter from Morguard Investments to OHA Consulting Limited with enclosed Environmental Policies and Procedures Manual | 100 Oak Street Hampton, SC | Speights & Runyan |