# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11698 | NY | 9/15/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11698 | NY | 9/15/1970 | Truck Loading Report | For Product Delivery to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11698 | NY | 8/31/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11698 | NY | 10/1/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11698 | NY | 9/3/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11698 | NY | 9/3/1970 | Truck Loading Report | For Product Delivery to Building | 100 Oak Street Hampton, SC | Speights & Runyan |