# Exhibit 1

| 12451 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Calgary Board of Education to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12451 | CN | 3/10/00 | Chart | CBE Facility Asbestos Database | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12451 | CN | 4/15/02 | Report | Gymnasium Wall Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12451 | CN | 8/22/02 | Report | Gymnasium Wall Asbestos Abatement -Final Report | 100 Oak Street Hampton, SC | Speights & Runyan |