# Exhibit 1

| 12427 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental to McMaster University re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12427 | CN | 3/27/03 | Letter (attached to claim form) | Letter from Morguard Investments to Pinchin Environmental re: Proof of Age (year built) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 4/20/00 | Report | Pinchin Environmental's Report on Sampling and Analysis of Settled Dust Inside Rigid Ductwork - 55 City Centre Drive, Mississauga, ON | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 4/24/02 | Report | Pinchin Environmental's Inspection and Air Monitoring Asbestos Removal Summary Report - 55 City Centre Drive, Mississauga, ON | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 4/29/02 | Report | Pinchin Environmental's Inspection and Air Monitoring Asbestos Removal Summary Report - 55 City Centre Drive, Mississauga, ON | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 9/1/01 | Report | Bulk Sample Analysis using PLM by Pinchin Environmental - Lab Reference No. b20177-2001 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 9/21/01 | Report | Bulk Sample Analysis using PLM by Pinchin Environmental - Lab Reference No. b20289-2001 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 10/16/01 | Report | Bulk Sample Analysis using PLM by Pinchin Environmental - Lab Reference No. b20446-2001 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 11/8/01 | Report | Bulk Sample Analysis using PLM by Pinchin Environmental - Lab Reference No. b20606-2001 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 11/8/01 | Report | Bulk Sample Analysis using PLM by Pinchin Environmental - Lab Reference No. b20613-2001 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 5/17/00 | Letter | Letter from Pinchin Environmental to Morguard Investments re: Cost of Work at Mississauga City Centre Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 5/23/00 | Letter | Letter from Pinchin Environmental to Morguard Investments re: Various Letters and Reports related to Asbestos listed in attached Schedule A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 5/25/00 | Letter | Letter from Pinchin Environmental to Morguard Investments re: Re-assessment of Friable Asbestos and Budget for Removing/Repairing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 11/12/01 | Letter | Letter from Pinchin Environmental to Morguard Investments re: Results of Asbestos Investigation - 55 City Centre Drive - Elevators | 100 Oak Street Hampton, SC | Speights & Runyan |

45

| 12427 | CN | 1/3/02 | Letter | Letter from Pinchin Environmental to ZSI Environmental re: 55 City Centre Drive - 3rd Floor Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12427 | CN | 4/15/02 | Letter | Letter from Pinchin Environmental to Morguard Investments re: Asbestos Abatement - 55 City Centre Drive | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 5/21/02 | Letter | Letter from Pinchin Environmental to Morguard Investments re: 3rd Floor Perimeter Column Re-spray - 55 City Centre Drive | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 7/6/02 | Letter | Letter from Pinchin Environmental to Morguard Investments re: Contract Completion Letter - 55 City Centre Drive | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 6/11/03 | Letter | Letter from Pinchin Environmental to Morguard Investments re: 55 City Centre Drive - Proposed Project and asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 6/27/03 | Letter | Letter from Pinchin Environmental to Morguard Investments re: 55 City Centre Drive - Proposed Project and asbestos-containing materials - Revised | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 7/4/03 | Letter | Letter from Pinchin Environmental to Morguard Investments re: 55 City Centre Drive - Proposed Project and asbestos-containing materials - Revised | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | Undated | Photos | Elevator Photos and photos of other areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 7/6/00 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Re-assessment of asbestos and preparation of budget estimates - Job # 13778 - $6,901.50 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 9/20/01 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Management Work Inspection and Air Monitoring and Management - Job # 17094 - $206,082.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 9/30/01 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Inspection and Air Monitoring - Job # 16805 - $4,945.91 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12427 | CN | 10/24/01 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Inspection and Air Monitoring and Management - Job # 16805 - $5,633.02 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12427 | CN | 10/31/01 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Contractor and Project Management Work Inspection and Air Monitoring and Management - Job # 17094 - $309,123.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 11/23/01 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Inspection and Air Monitoring and Management - Job # 16805 - $6,315.92 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 12/18/01 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Contractor and Project Management Work Inspection and Air Monitoring and Management - Job # 17094 - $59,763.78 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 12/21/01 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Inspection and Air Monitoring and Management, Job # 16805 - $9,957.99 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 1/18/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Inspection and Air Monitoring and Management, Job # 16805 - $7,232.56 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 2/25/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Inspection and Air Monitoring and Management - Job # 16805 - $5,123.91 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 3/18/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Inspection and Air Monitoring and Management - Job # 16805 - $958.24 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12427 | CN | 3/18/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Contractor and Project Management Work Inspection and Air Monitoring and Management - Job # 17094 - $56,817.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12427 | CN | 4/22/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Inspection and Air Monitoring and Management - Job # 16805 - $5,605.30 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 5/21/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Contractor and Project Management Work Inspection and Air Monitoring and Management - Job # 17094 - $73,612.78 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 4/22/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Contractor and Project Management - Job # 17094 - $78,344.45 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 5/23/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Inspection and Air Monitoring and Management - Job # 16805 - $3,009.64 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 6/30/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Sprayed Fireproofing Consulting - Job # 16805 - $2,111.47 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 8/31/02 | Invoice | Invoice from Pinchin Environmental to Morguard Investments Limited re: 55 City Centre Drive - Asbestos, Inspection and Air Monitoring and Management - Job # 16805 - $409.29 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12427 | CN | 1/10/95 | Letter | Letter from Morguard Investments to OHA Consulting with enclosed Environmental Policies and Procedures Manual | 100 Oak Street Hampton, SC | Speights & Runyan |