# Exhibit 1

| 12303 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Bloor Collegiate Institute - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 6/16/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Bloor Collegiate Institute by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 11/15/83 | Report | Inspection of Asbestos Removal at Bloor Collegiate Institute by D.J. Pinchin Technical Consulting Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 10/31/84 | Report | Report from Pinchin - Inspection of Asbestos Removal from Bloor Collegiate Institute | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 2/21/92 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3742-1992 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 3/12/92 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # 3794-1992 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 6/30/94 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Reference # b7017-1994 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 11/8/00 | Letter | Letter from Pinchin Environmental to Toronto District School Board re: TDSB - Bloor Collegiate Institute - Type 3 Asbestos Abatement - Boiler Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 11/8/00 | Letter | Letter from Pinchin Environmental to Crosby Insulation, Inscan Contractors and Dewar Insulation re: TDSB - Bloor Collegiate Institute - Type 3 Asbestos Abatement - Boiler Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 12/31/00 | Invoice | Invoice from Pinchin Environmental to TDSB - Bloor Collegiate Institute - Asbestos Consulting - $1,380.30 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12303 | CN | 12/00/77 | Drawings | Floor Plans - Bloor Collegiate Institute | 100 Oak Street Hampton, SC | Speights & Runyan |