# Exhibit 1

| 12445 | CN | 3/17/03 | Letter (attached to claim form) | Letter from University to Speiths & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|-------|----|---------|--------------------------------|------------------------------------------------------------------------------|----------------------------|-------------------|
| 12445 | CN | 12/00/02 | Report | Asbestos Hazard Assessment Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12445 | CN | 04/00/04 | Report | Asbestos Hazard Assessment Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12445 | CN | 8/6/04 - 1/7/05 | Report | Air Monitoring Bulletins by Bersch & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12445 | CN | 9/15/04 | Letter | Letter from Bersch & Associates to University of Sasketchewan re: Bulk Material Identification Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12445 | CN | 12/3/02 | Letter | Letter from Bersch & Associates to University of Sasketchewan re: Bulk Material Identification Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12445 | CN | 9/9/04 | Letter | Letter from Bersch & Associates to University of Sasketchewan re: Arts Tower Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12445 | CN | Undated | Chart | Asbestos Data Spreadsheet - Arts | 100 Oak Street Hampton, SC | Speights & Runyan |