# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11711 | CO | 10/27/1966 | Western Mineral Products Company Inter-Office Memo | Mono-Kote Jobsite Listings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11711 | CO | 10/31/1966 | Mono-Kote Jobs | Mono-Kote Jobsite Listings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11711 | CO | 10/4/1966 | Letter with Attachments | Partial List of Mono-Kote Fireproofing Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11711 | CO | 10/4/1966 | Letter with Attachments | Job Listings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11711 | CO | 1989 - 1999 | Colorado State NESHAP Documents | Asbestos Removal Permits | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11711 | CO | 1989 - 1999 | Colorado State NESHAP Documents | Contractor Name | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11711 | CO | 1989 - 1999 | Colorado State NESHAP Documents | Beginning / Ending Actual Work Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11711 | CO | 1989 - 1999 | Colorado State NESHAP Documents | Building Name & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11711 | CO | 1989 - 1999 | Colorado State NESHAP Documents | Actual Square Feet of ACM Removed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11711 | CO | 1989 - 1999 | Colorado State NESHAP Documents | Landfill Name | 100 Oak Street Hampton, SC | Speights & Runyan |