# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 11712 | CO | 10/27/1966 | Western Mineral Products Company - Memo | Listing of Mono-Kote Jobsites | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11712 | CO | 10/4/1966 | Letter with Attachments | Partial List of Mono-Kote Fireproofing Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11712 | CO | 10/1/1997 | Colorado State NESHAP Documents | Asbestos Removal Permit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11712 | CO | 10/1/1997 | Colorado State NESHAP Documents | Contractor Name | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11712 | CO | 10/1/1997 | Colorado State NESHAP Documents | Beginnning / Ending Actual Work Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11712 | CO | 10/1/1997 | Colorado State NESHAP Documents | Building Name & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11712 | CO | 10/1/1997 | Colorado State NESHAP Documents | Actual Square Feet of ACM Removed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11712 | CO | 10/1/1997 | Colorado State NESHAP Documents | Landfill Name | 100 Oak Street Hampton, SC | Speights & Runyan |