# Exhibit 1

Case 01-01139-AMC    Doc 10163-1    Filed 10/22/05    Page 2 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 12425 | CN | 3/25/03 | Letter (attached to claim form) | Letter from Morguard to Pinchin Environmental re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 7/28/03 | Letter | Letter from Golder Associates to Morguard REIT re: Phase I Environmental Site Assessment Update | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 4/01/99 | Letter | Letter from AGRA to Morguard re: 17th Floor Asbestos Abatement and Re-insulation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 1/10/95 | Report | Environmental Policies and Procedures Manual | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 1/17/94 | Report | Annual Inspection of Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 08/00/95 | Report | Asbestos Removal Summary - 15th Floor Lobby | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 9/19/95 | Report | Air Sampling Results by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 10/23/95 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 7/31/95 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 1/23/96 | Report | Annual Inspection of Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 1/11/93 | Letter | Letter from PHH to CES, Donalco and Enviro-Vac re: UK Building Asbestos Removal bid letters | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 1/15/93 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 3/25/93 | Letter | Letter from PHH to Morguard re: UK Building Mechanical Room Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 12/10/92 | Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 10/30/92 | Report | Asbestos Material Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 10/00/98 | Report | Asbestos Indentification Program by AGRA | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 2/24/00 | Report | Bulk Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 3/24/00 | Report | Final Room-to-Room Asbestos Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 11/12/02 | Report | Asbestos Inspection Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 11/15/01 | Report | Asbestos Inspection Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 11/16/02 | Report | Asbestos Inspection Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 11/19/02 | Report | Asbestos Inspection Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |

45

| 12425 | CN | 9/27/01 | Report | Asbestos Inspection Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12425 | CN | 11/13/02 | Report | Asbestos Abatement Inspections and Air Monitoring Closure Report (Sept. 24, 2002 to October 1, 2002) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 11/13/02 | Report | Asbestos Abatement Inspections and Air Monitoring Closure Report (Sept. 20-21, 2002) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 5/17/00 | Report | Ambient Air Monitoring - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 5/26/00 | Report | Ambient Air Monitoring - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 9/20/96 | Report | Phase I Environmental Site Assessment Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 10/12/00 | Report | Environmental Update by Trow Consulting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 7/17/00 | Report | Environmental Update by Trow Consulting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 8/26/03 | Letter/Report | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 2/06/04 | Letter | Letter from Golder Associates to Morguard enclosing 9/22/03 Site Inspection Report for Cocoon Athletics - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | Undated | Report | PHH Inspection Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 3/29/96 | Letter | Letter from PHH to Morguard re: Reassessment of Morguard Investment Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 2/06/96 | Letter | Letter from PHH to Morguard re: Proposal for Asbestos Abatement Site Consulting, Air Monitoring and Reinspections at Morguard Buildings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 2/21/96 | Report | Annual Inspection of Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12425 | CN | 1/00/04 | Report | Environmental State 1 - Preliminary Site Investigation | 100 Oak Street Hampton, SC | Speights & Runyan |