# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 1.0 - Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 2.0 - Asbestos Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 2.1 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 2.3 - Conclusion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 2.4 - Cost of Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 3.0 - Lead-Based Paint Screeing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 3.1 - Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 3.2 - Conclusion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 4.0 - PCB-Containing Fluorescent Ballasts and Mercury-Containing Lamps | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 4.1 - PCB Ballasts | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | 4.2 - Mercury Lamps | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | Appendix 1 - Asbestos Sample Results and Chain of Custody (Initial Survey) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | Appendix 2 - Asbestos Sample Results and Chain of Custody (Additional Sampling) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | Appendix 3 - Lead Paint Testing Procedures and Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | Appendix 4 - Lead Testing Field Data Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 1/27/2003 | Hazardous Materials Survey Report | Attachment 1 - Eagle Environmental Inspection Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 7/20/1972 | Bader Company | Mono-Kote Price Protection List -- See #17 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 7/28/1972 | Zonolite Memo | Revisions and Additions to Northeast District Monokote Job Price Protect List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11005 | CT | 4/25/2005 | S&R Form | Signed Document from Building Owner that all documents have been submitted to S&R for WRG Proof of Claim | 100 Oak Street Hampton, SC | Speights & Runyan |