# Exhibit 1

| 12305 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Bloor Collegiate Institute - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12305 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12305 | CN | 12/10/81 | Report | Survey of Dewson Junior Public School Carried Out for The Board of Education for the City of Toronto by Trevor Harris & Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12305 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Bloor Collegiate Institute - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12305 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12305 | CN | 12/10/81 | Report | Survey of Dewson Junior Public School Carried Out for The Board of Education for the City of Toronto by Trevor Harris & Associates Limited | 100 Oak Street Hampton, SC | Speights & Runyan |