# Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 12432 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to Labatt re: identification of fireproofing from 451 Rideout Street as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 3/26/03 | Letter (attached to claim form) | Letter from Labatt to Pinchin Environmental re: renovation of 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 9/18/86 | Report | Site Inspection and Recommendation regarding 435 Ridout Street prepared by D.J. Pinchin Technical Consulting Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 11/17/86 | Report | Airborne Asbestos Measurements by Transmission Electron Microscopy in 451 Ridout Street prepared by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 11/29/93 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b6034-1993 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 7/7/95 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Reference No. b8427-1995 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 8/24/95 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Reference No. b9116-1995 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 1/11/96 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Reference No. b10255-1996 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | Undated | Drawings | Floor Plans for Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 5/17/99 | Letter | Letter from Pinchin Environmental to Malhotra Nicholson Architects re: Asbestos Abatement, 451 Ridout - Weldon Park Academy | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 4/22/99 | Letter | Letter from Pinchin Environmental to Malhotra Nicholson Architects re: 451 Ridout Street - progress billing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 5/17/99 | Letter | Letter from Pinchin Environmental to Malhotra Nicholson Architects re: Asbestos Abatement - 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 5/17/99 | Letter | Letter from Pinchin Environmental to Malhotra Nicholson Architects re: Asbestos Abatement - 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 9/6/99 | Letter | Letter from Pinchin Environmental to Weldon Park Academy, 451 Ridout Street re: Mould Contamination at 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 9/22/99 | Letter | Letter from Pinchin Environmental to Weldon Park Academy, 451 Ridout Street re: Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12432 | CN | 1/15/99 | Report | Pinchin Environmental's Asbestos Abatement Plans - Type 3, Section 02083 for 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 2/25/99 | Report | Pinchin Environmental's Asbestos Abatement Plans - Type 2, Section 02082 for 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 2/25/99 | Report | Pinchin Environmental's Asbestos Abatement Plans - Type 3, Section 02083 for 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 2/26/99 | Report | Pinchin Environmental's Asbestos Abatement Plans - PCB Package and Handling, Section 02085 for 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 3/1/99 | Report | Pinchin Environmental's Asbestos Abatement Plans - Microbiological De-contamination for 441-451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 3/12/99 | Report | Pinchin Environmental's Addendum to Asbestos Abatement Plans for 441-451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 5/23/99 | Faxnote | Faxnote from Pinchin Environmental to MN Arch re: ballast destruction at 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 5/28/99 | Faxnote | Faxnote from Pinchin Environmental to Malhotra Nicholson Architects re: additional work at 451 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 5/17/99 | Invoice | Invoice from Pinchin Environmental to Malhotra Nicholson re: asbestos consulting services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 6/23/99 | Invoice | Invoice from Pinchin Environmental to Malhotra Nicholson re: asbestos consulting services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 7/31/99 | Invoice | Invoice from Pinchin Environmental to Malhotra Nicholson | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12432 | CN | 9/30/99 | Invoice | Invoice from Pinchin Environmental to Malhotra Nicholson | 100 Oak Street Hampton, SC | Speights & Runyan |