# Exhibit 1

| 12424 | CN | 3/21/03 | Letter (attached to claim form) | Letter from Shell Canada Products to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12424 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental re: Identification of Fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12424 | CN | 5/25/94 | Report | Bulk Sample Analysis by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12424 | CN | July 1990 | Chart | Oakville Research Centre - Insulation Sampling Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12424 | CN | 5/25/94 | Letter | Letter from Pinchin Environmental to AC&I Environmental re: Cost and Qualifications for Air Monitoring as Required During Decommissioning of Shell Research Centre, Oakville | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12424 | CN | 5/31/94 | Data Form | Lead Pain Survey Data Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12424 | CN | 7/29/94 | Invoice | Invoice from Pinchin Environmental to Shell Canada re: Lead Paint Survey, Shell Research - Oakville | 100 Oak Street Hampton, SC | Speights & Runyan |