# Exhibit 1

| 12309 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Indian Road Crescent Junior Public School - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12309 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12309 | CN | 6/23/81 | Report | Sampling of Materials Suspected to Contain Asbestos Carried Out at Indian Road Public School by Trevor Harris & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12309 | CN | 1/10/92 | Report | Bulk Sample Analys by Pinchin & Associates (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12309 | CN | 7/00/84 | News Article | Article from The Village, "Asbestos: A deadly time bomb in our schools"? --- comments on asbestos removal at Indian Road Crescent) | 100 Oak Street Hampton, SC | Speights & Runyan |