44

# Exhibit 1

| 12431 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to Labatt re: identification of fireproofing from 435 Rideout Street as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12431 | CN | 3/26/03 | Letter (attached to claim form) | Letter from Labatt to Pinchin Environmental re: renovation of 435 Ridout Street | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12431 | CN | 9/18/86 | Report | Site Inspection and Recommendation regarding 435 Ridout Street prepared by D.J. Pinchin Technical Consulting Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |