# Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 12422 | CN | 5/13/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 114 & 122 - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 6/30/02 | Report | Air and Work Procedure Monitoring - CRU 122 (Infinity Leather) - Asbsetos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 3/25/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 126 - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 6/30/02 | Report | Air and Work Procedure Monitoring - CRU 126 - Asbestos Abatement - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 6/30/02 | Report | Air and Work Procedure Monitoring - CRU 244 - Evelyn Charles South - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 3/18/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 244 - Asbestos & PCB Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 4/00/02 | Report | ACM in the Merrill Lynch Tower, TD Tower & Edmonton City Centre Retail Complex - A Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 2/22/02 | Report | Air and Work Procedure Monitoring - CRU 237 - Madamme Angelo - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 5/13/02 | Report | Air and Work Procedure Monitoring - Evelyn Charles Corridor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 3/12/02 | Report | Air and Work Procedure Monitoring - CRU 54, 140, 228, 248 - Edmonton City Centre East - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 3/14/02 | Report | Air and Work Procedure Monitoring - CRU 203/204/205 - Edmonton City Centre East - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 6/05/02 | Report | Air and Work Procedure Monitoring - CRU 27A - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 1/09/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 54, 228 & 248 - Asbestos & PCB Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 6/30/02 | Report | Air and Work Procedure Monitoring - CRU 219/220 - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12422 | CN | 3/25/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 219/220 - Asbestos & PCB Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12422 | CN | 9/30/03 | Report | Air and Work Procedure Monitoring - CRU-3 (GC Café) - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 8/18/03 | Report | Specification Manual - Edmonton City Centre Mall - CRU 3 (GC Café) - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 6/25/03 | Report | Air and Work Procedure Monitoring - CRU-76 (Mobilcom) - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 4/11/03 | Report | Specification Manual - Edmonton City Centre Mall - CRU 76 (Mobilcom) - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 12/05/02 | Report | Air and Work Procedure Monitoring - Retail Mall - East Side Escalators - Asbestos Isolation Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 11/12/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 142 (Hero's) - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 1/17/03 | Report | Air and Work Procedure Monitoring - CRU 142 (Hero's) - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 11/12/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 56 (Carlton Cards) - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 1/17/03 | Report | Air and Work Procedure Monitoring - CRU 56 (Carlton Cards) - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 10/28/02 | Report | Air and Work Procedure Monitoring - CRU 299 (Urban Men) - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 9/17/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 299 (Urban Men) - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 10/24/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 112 (Smitty's) - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 10/31/02 | Report | Air and Work Procedure Monitoring - The Bay 3rd Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12422 | CN | 6/30/02 | Report | Air and Work Procedure Monitoring - CRU 66 (Things Engraved) - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12422 | CN | 6/07/02 | Report | Specification Manual - Edmonton City Centre Mall - CRU 66 (Things Engraved) - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 6/30/02 | Report | Air and Work Procedure Monitoring - CRU 20 - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | Various Years | ACM Results | Edmonton Centre Retail - Main Level - ACM Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | Various Years | ACM Results | Edmonton Centre Retail - Lower Level - ACM Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | Various Years | ACM Results | Edmonton Centre Retail Second Level - ACM Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 3/15/01 | Report | Asbestos Abatement Project - CRU #10, Edmonton Centre, Edmonton, Alberta - February 16 - March 13, 2001 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 1/05/01 | Report | Air and Milestone Monitoring - Asbestos Abatement Project - Edmonton Centre CRU #211 - Edmonton, Alberta - November 20 to December 18, 2000 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | Spring 2001 | Report | Asbestos Containing Materials in the Merrill Lynch Tower, TD Tower & Edmonton Centre Retail Complex - A Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 2/12/01 | Report | Specification Manual - CRU #10, Edmonton Centre Retail - Asbestos Abatement Project - Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 5/01/01 | Report | Specification Manual - CRU-27 Expansion - Asbestos Abatement Project - Edmonton Centre Retail - Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 10/01/01 | Report | Specification Manual - Edmonton City Centre - Retail Upgrade Project - Asbestos & PCB Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 10/30/00 | Report | Asbestos Abatement Monitoring - SW Bay Penthouse Mechanical Room - Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 7/07/00 | Report | Air and Milestone Monitoring Asbestos Abatement Project - Edmonton Centre CRU # 32, Edmonton, Alberta - June 16 to 30, 2000 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12422 | CN | 8/00/00 | Report | Air and Milestone Monitoring Asbestos Abatement Project - Edmonton Centre CRU # 22, Edmonton, Alberta - July 10 to August 28, 2000 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12422 | CN | 9/07/99 | Letter | Letter from Occutech to Oxford Properties re: Edmonton Centre Retail Common Corridor Survey for Asbestos with attached Bulk Sample Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 2/24/99 | Report | Industrial Hygiene Survey - Asbestos Abatement Project - Four Rooms Restaurant - Edmonton Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 2/24/99 | Report | Industrial Hygiene Survey - Asbestos Abatement Project - Mayfair Shoes - Edmonton Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 1/18/99 | Report | Industrial Hygiene Survey - Air Monitoring and Work Procedure Evaluation - Toronto Dominion Bank Abatement Project - TD Bank Lobby Main Floor & Mezzanine, Edmonton, Alberta - July 29 - September 2, 1998 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 7/27/98 | Report | Site Specific Procedures - Asbestos Removal for Toronto Dominion Bank, 102 Ave. - 101 Street, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 7/15/98 | Report | Specification - Toronto Dominion Bank - Asbestos Abatement Project - Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 12/17/98 | Report | Specification - CRU 236-Mayfair Shoes - Asbestos Abatement Project - Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 9/23/98 | Letter | Letter from Occutech to Oxford Properties re: ACM Survey of CRU 138 (old Hallmark location), back corridors and stairwell with attached Bulk Sample Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 10/01/98 | Report | Specification - CRU 138 (extended) - Asbestos Abatement Project - Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 2/19/98 | Report | Industrial Hygiene Survey - Oxford Development Group Inc. - Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - CRU #222, 223 - Edmonton Centre, Edmonton, Alberta - January 13 - February 13, 1998 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12422 | CN | 3/12/98 | Report | Specification Asbestos Abatement Project - CRU 214, 273, 274 - Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12422 | CN | 5/19/98 | Report | Industrial Hygiene Survey - Asbestos Abatement Project - CRU 214, 273, 274 - Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 10/01/97 | Report | Industrial Hygiene Survey - Oxford Development Group Inc. - Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - Smith and Wight - Edmonton Centre, Edmonton, Alberta - October 1, 1997 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 8/27/97 | Report | Specification - Asbestos Abatement Project - "The Rig" Restaurant, 5th Floor, The Bay - Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 10/01/97 | Report | Industrial Hygiene Survey - Oxford Development Group Inc. - Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - "The Rig Restaurant" - The Bay 5th Floor, Edmonton Centre, Edmonton, Alberta - October 1, 1997 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 10/01/97 | Report | Industrial Hygiene Survey - Oxford Development Group Inc. - Air Monitoring and Work Procedure Evaluation - Asbetos Containment Project - Globe Fashions, Edmonton Centre, Edmonton, Alberta - October 1, 1997 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 12/17/97 | Report | Industrial Hygiene Survey - Oxford Development Group Inc. - Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - CRU #4, Edmonton Centre, Edmonton, Alberta - November 19-26, 1997 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 12/22/97 | Report | Specification - Asbestos Abatement Project - CRU #222 - 323, Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 8/01/97 | Report | Specification - Asbestos Abatement Project - CRU #58 -Astral Photo, Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | 12/23/96 | Letter | Letter from Occutech to Oxford Development re: Bulk Samples taken at CRU's #44 (Loonie Plus), #86-87 (Manhattan Clearance) and #219 (The Visionary) with attached Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |

52

| 12422 | CN | 6/28/95 | Report | Air Monitoring for Asbestos During Asbestos Removal - Anosa Space (79) - June 16-30, 1995 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12422 | CN | April 1993 | Report | ACM Removal and Disposal - Devonshire Cream Retail Space - Edmonton Centre | 100 Oak Street Hampton, SC | Speights & Runyan |