# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11010 | NY | 5/4/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 5/10/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 5/12/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 6/19/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 7/1/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 7/5/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 7/9/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 7/12/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 7/16/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 7/20/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 8/1/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 9/1/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 8/19/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 9/7/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 12/3/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 3/22/1989 | Letter with Attachments | Bulk Sample Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 1/22/1999 | Affidavit | Square Feet of Building with ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 9/3/1997 | Location & Assessment of Asbestos-Containing Materials Report | Certification of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 9/3/1997 | Location & Assessment of Asbestos-Containing Materials Report | Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 9/3/1997 | Location & Assessment of Asbestos-Containing Materials Report | 1.0 Purpose and Scope of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 9/3/1997 | Location & Assessment of Asbestos-Containing Materials Report | 2.0 Building Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 9/3/1997 | Location & Assessment of Asbestos-Containing Materials Report | 3.0 Inspection Personnel, Definitions & Methods | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11010 | NY | 9/3/1997 | Location & Assessment of Asbestos-Containing Materials Report | 3.1 Inspection Personnel | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 9/3/1997 | Location & Assessment of Asbestos-Containing Materials Report | 3.2 Defionition of Key Inspection Terms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 9/3/1997 | Location & Assessment of Asbestos-Containing Materials Report | 4.0 Observation and Findings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11010 | NY | 1989 - 2001 | Client Invoices / Payment Verification | Client Payment Verification on all Project Work, Analysis, Project Management etc. on All Asbestos Abatement Work for Building | 100 Oak Street Hampton, SC | Speights & Runyan |