# Exhibit 1

| 12324 | CN | 3/27/03 | Chart (attached to claim form) | List of buildings with date building and square feet | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12324 | CN | 3/20/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref # b1037 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 3/20/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref # b1038 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 3/20/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref # b1051 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/17/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref # b1142 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/20/90 | Invoice | Bulk Sample Analysis by Pinchin & Associates - Lab Ref # b1185 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 5/16/90 | Invoice | Invoice from Pinchin & Associates - $7,000.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/23/90 | Report | Addendum One, Asbestos Removal, 4 and 8 Assiniboine Road, York University | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/17/90 | Letter | Letter from Pinchin & Associates to Robert Halsall and Associates re: Asbestos Removal Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/17/90 | Letter | Letter from Pinchin & Associates to York University re: Clarification re: Consulting Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/17/90 | Letter | Letter from Pinchin & Associates to York University re: Consulting Services, Asbestos Removal, 4 and 8 Assiniboine Drive Apts. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 3/28/90 | Letter | Letter from Pinchin to York University re: Asbestos Texture Plaster, The Assiniboine Apts. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/18/90 | Letter | Letter from Pinchin to York University re: Impact of Column Recladding on Asbestos Texture Plaster, 6 Assiniboine Drive | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/11/90 | Letter | Letter from Pinchin to York University re: Friable Asbestos Materials - 2,4,6,8 Assiniboinne Road | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | Undated | Report | Specifications - Asbestos Removal - Type 3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 5/8/90 | Letter | Letter from Pinchin to York University re: Impact of Texture Plaster, Re-cladding of 6 Assiniboine | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 5/29/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref. # b1297 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 6/5/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref. # b1331 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 6/5/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref. # b1334 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 6/8/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref. # b1358 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12324 | CN | 7/17/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref. # b1502 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12324 | CN | 9/20/90 | Invoice | Invoice from Pinchin & Associates - $45,854.89 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 1/22/91 | Report | Inspection and Air Monitoring Asbestos Removal at 4 and 8 Assiniboine Road, York University | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 5/14/90 | Report | Job 1948 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 6/8/90 | Letter | Letter from Pinchin to York University re: Concrete Levellilng Compound - 4 and 8 Assiniboine Road | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 1/30/91 | Invoice | Invoice from Pinchin & Associates - $2,040.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 8/15/90 | Report | Inspection and Air Monitoring Asbestos Removal at 4 and 8 Assiniboine Road, York University | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 1/22/91 | Report | Asbestos-Containing Concrete Levelling Compound at 4 and 8 Assiniboine Road, York University | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/18/94 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Ref. # b6637 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 5/4/94 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Ref. # b6737 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 9/21/94 | Invoice | Invoice from Pinchin Environmental - $1,968.69 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 4/13/94 | Letter | Letter from Pinchin to York University re: Boiler No. 4 - Central Utility Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 6/7/94 | Memo | Faxnote from Pinchin Environmental to York University | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 6/00/94 | Report | Project Scope and Details - Central Utility Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 6/00/94 | Report | Asbestos Removal - Type 2 Method - Central Utility Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 6/00/94 | Report | Asbestos Removal - Type 3 Method - Central Utility Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12324 | CN | 6/07/94 | Report | Pinchin Summary | 100 Oak Street Hampton, SC | Speights & Runyan |