# Exhibit 1

| 12421 | CN | 6/30/02 | Report | Air and Work Procedure Monitoring - Merrill Lynch Tower 10, 15 & 16th Floors - Asbsetos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12421 | CN | 4/15/02 | Report | Specification Manual - Edmonton City Centre Mall - Merrill Lynch Tower 10th, 15th & 16th Floors - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 4/00/02 | Report | ACM in the Merrill Lynch Tower, TD Tower & Edmonton City Centre Retail Complex - A Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 6/07/02 | Report | Specification Manual - Edmonton City Centre Mall - Merrill Lynch Tower 21st, 22nd & 23rd Floor - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 3/14/02 | Report | Air and Work Procedure Monitoring - Merrill Lynch Tower - 3rd Floor Chiller Room - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 2/22/02 | Report | Air and Work Procedure Monitoring - Merrill Lynch Tower - 18th Floor - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 6/25/03 | Report | Air and Work Procedure Monitoring - 10025-102A Ave Tower 23rd Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 7/31/03 | Report | Air and Work Procedure Monitoring - 10025-102A Ave Tower 22nd Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 5/08/03 | Report | Specification Manual - 10025-102A Avenue, 16th Floor - Asbsestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 7/21/03 | Report | Specification Manual - 1802, 1804 - 10025 - 102A Ave Tower - 801, 803 - TD Tower - Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 5/31/02 | Report | Air and Work Procedure Monitoring - Merrill Lynch Tower 13th Floor - Baffle Installation Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | Various Years | ACM Results | Midland Walwyn Tower - ACM Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 12/18/01 | Report | Air and Work Procedure Monitoring - Merrill Lynch 5th Floor - Asbestos Abatement Project - Oxford Properties | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12421 | CN | 1/15/01 | Report | Asbestos Abatement Project - Merrill Lynch Tower Electrical Rooms - Edmonton, Alberta - November 2, 2000 to January 13, 2001 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12421 | CN | Spring 2001 | Report | Asbestos Containing Materials in the Merrill Lynch Tower, TD Tower & Edmonton Centre Retail Complex - A Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 1/21/01 | Outline | Asbestos Containing Materials in the Merrill Lynch Tower - Management Plan Outline | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 9/01/01 | Report | Specification Manual - Merrill Lynch Tower - 18th Floor - Asbestos Abatement Project - Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | March - Oct 2001 | Report | EMSL Analytical Inc. - PLM Results - 1108 Merrill Lynch Tower Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 9/25/00 | Report | Specification Asbestos Abatement Project - Merrill Lynch Tower - Edmonton, Alberta - 4th to 24th Floor Electrical Rooms - September-October 2000 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 2/10/00 | Report | Industrial Hygiene Survey - Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - 6th Floor Lobby - Merrill Lynch Tower - Edmonton, Alberta - January 14 to 16, 2000 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | Undated | Report | Asbestos Management Program - Royal Bank Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 12/08/98 | Letter | Letter from Occutech to Oxford Properties re: Asbestos Abatement Project - 15th Floor Lobby of Midland Walwyn Tower with attached Industrial Hygiene Survey Air Monitoring and Work Procedure Evaluation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 9/29/98 | Report | Industrial Hygiene Survey Air Monitoring and Work Procedure Evaluation - Asbestos Abatement Project - 19th & 13th Floor Lobbies - Midland Walwyn Tower, Edmonton, Alberta - July 31-August 10, 1998 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 1/16/98 | Report | Industrial Hygiene Survey - Oxford Development Group Inc. - Asbestos Code of Practice Work Procedure Evaluation - Airworks Media - Midland Walwyn Tower, Edmonton, Alberta - December 11, 1997 - January 13, 1998 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12421 | CN | 1/12/96 | Report | Air Monitoring and Work Procedure Evaluation Asbestos Abatement Project - 7th, 8th and 9th Floors - Midland Walwyn Tower, Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12421 | CN | 10/21/96 | Letter | Letter from Occutech to Oxford Development re: Air Monitoring during Bulkhead Demolition, Ceiling Tile Cleaning and Light Fixture Cleaning at Midland Walwyn Tower 22nd Floor with attached results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12421 | CN | 9/14/95 | Report | Specification - Asbestos Abatement Project - 7th, 8th and 9th Floors - Midland Walwyn Tower - Edmonton Centre, Edmonton, Alberta | 100 Oak Street Hampton, SC | Speights & Runyan |