# Exhibit 1

| 12471 | CN | 3/26/03 | Letter (attached to claim form) | Letter from TONKO to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12471 | CN | 8/18/00 | Report | Final Report on Asbestos Abatement at TELUS Plaza South | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12471 | CN | Undated | Scope of Work | Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12471 | CN | Undated | Scope of Work | PCB Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12471 | CN | Undated | Specs | Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12471 | CN | Undated | Addendum | Addendum to Specs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12471 | CN | Undated | Addendum | Addendum #2 to Specs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12471 | CN | 1/13/05 | Report | Asbestos Building Material Assessment Report - Telus Plaza South Tower | 100 Oak Street Hampton, SC | Speights & Runyan |