# Exhibit 1

| 12589 | CN | 3/26/03 | Letter (attached to claim form) | Letter from TELUS to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12589 | CN | 8/10/98 | Letter | Letter from PHH to TELUS re: Len Werry Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12589 | CN | 7/21/98 | Report | Site Inspection Report - Soundtex Interiors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12589 | CN | 7/21/98 | Report | Site Inspection Report - Donalco, Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12589 | CN | Undated | Report | Air Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12589 | CN | 10/10/97 | Letter | Letter from PHH to TELUS re: Asbestos Abatement Project 4th Floor, Len Werry Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12589 | CN | 11/23/99 | Report | Asbestos Abatement - Telus Communications - Len Werry Building - 14th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12589 | CN | 3/13/97 | Letter | Letter from PHH to TELUS re: Len Werry Building, 14th Floor - Moderate Risk Asbestos Safe Work Procedure for Minor Amounts of Spray-applied Fire Proofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12589 | CN | 2/01/00 | Report | Site Inspection Report - Sealtech | 100 Oak Street Hampton, SC | Speights & Runyan |