# Exhibit 1

| 12483 | CN | 8/11/03 - 9/12/04 | Report | Inspection Reports re: Work in Progress | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12483 | CN | 3/26/2003 | Letter (attached to claim form) | Letter from Health Care Corporation of St. John's to Pinchin LeBlanc re: construction of Health Science Centre | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 2/17/2003 | Letter/Report (attached to claim form) | Expert Report from Pinchin LeBlanc to Health Care Corporation of St. John's re: identification of fireproofing in Health Science Centre as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 3/19/03 | Letter (attached to claim form) | Letter from City of Vancouver to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | June 1999 | Report | Air Monitoring Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | June 1999 | Report | Air Monitoring Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 5/18/98 | Bid Request | Bid Request - Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 6/22/98 | Report | Renfrew Shutdown | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | May 1999 | Bid Documents | Asbestos Removal Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | June 1998 | Report | Air Monitoring Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | June 1998 | Work Plan | Fall Protection Site Work Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 6/15/98 | Quote | Asbestos Removal Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 5/27/99 | Instructions | Instructions to Bidders - Renfrew Pool Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 6/08/99 | Quote | Renfrew Pool Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | June 1999 | Quote | Renfrew Pool Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 3/26/04 | Quote | Renfrew Park CC - Cementitious Stipple Ceiling Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 6/10/04 | Quote | Renfrew Park CC - Cementitious Stipple Ceiling Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 6/28/04 | Report | Abatement Summary Report (Phase 1) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12483 | CN | 8/19/04 | Report | Abatement Summary Report (Phase 2) | 100 Oak Street Hampton, SC | Speights & Runyan |

051021100514.doc