# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11213 | LA | 3/30/1971 | Zonolite Construction Division Message/Memo with Attachment | Up to date list of Orders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11213 | LA | 3/30/1971 | Zonolite Construction Division Message/Memo with Attachment | Mono-Kote Orders 1971 | 100 Oak Street Hampton, SC | Speights & Runyan |