# Exhibit 1

| 11620 | CN | 2/26/03 | Letter (attached to claim form) | Letter from Recliff to Pinchin Environmental re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11620 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Expert Report from Pinchin Environmental to Redcliff Realty re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11620 | CN | 8/04/93 | Report | Asbestos Survey of Office Buildling at 287 Broadway | 100 Oak Street Hampton, SC | Speights & Runyan |