# Exhibit 1

| 11621 | CN | 3/28/03 | Letter (attached to claim form) | Letter from School District 68 to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11621 | CN | 3/00/98 | Report | Asbestos Management Updated Site Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11621 | CN | 10/25/00 | Report | Report on Occupied Building Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11621 | CN | 6/00/92 | Report | Asbestos Management Site Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11621 | CN | 1992 | Report | Analytical Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11621 | CN | 10/31/00 | Specs | Sprinkler Upgrade | 100 Oak Street Hampton, SC | Speights & Runyan |