# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11399 | NJ | 9/26/1973 | Letter | Buildings Planned to have Monokote Installed | 100 Oak Street Hampton, SC | Speights & Runyan |