# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11514 | MA | 7/27/1971 | Letter/Memo with Attachments | Easter Region Monthly Report - June 1971 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11514 | MA | 7/27/1971 | Letter/Memo with Attachments | Zonolite Sales Report and Forecast | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11514 | MA | 7/7/1971 | Letter with Attachment | Roof Deck Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11514 | MA | 7/7/1971 | Letter with Attachment | Letter of July 2, 1971 - Listed Buildings for Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11514 | MA | 6/28/1971 | Letter with Attachment | Jobs Prior to May 1, 1971 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11514 | MA | 6/28/1971 | Letter with Attachment | Zonolite Price Protection Lists Jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |