# Exhibit 1

| 12295 | CN | Undated | Chart (attached to claim form) | List of Campus Buildings with area square feet and construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12295 | CN | 1/11/93 | Report | Bulk Asbestos Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12295 | CN | 4/2/93 | Report | Bulk Asbestos Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |