# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11518 | NE | 3/15/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 3/19/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 4/14/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 5/3/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 5/25/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 6/7/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 6/9/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 4/10/2001 | NESHAP Documents | Asbestos Abatements, Waste Manifests etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 9/1/1993 | NESHAP Documents | Asbestos Abatements, Waste Manifests etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 4/23/2001 | NESHAP Documents | Asbestos Abatements, Waste Manifests etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 9/25/1989 | NESHAP Documents | Asbestos Abatements, Waste Manifests etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 10/15/1990 | NESHAP Documents | Asbestos Abatements, Waste Manifests etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 10/8/1990 | NESHAP Documents | Asbestos Abatements, Waste Manifests etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 10/3/1990 | NESHAP Documents | Asbestos Abatements, Waste Manifests etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 9/18/1990 | NESHAP Documents | Asbestos Abatements, Waste Manifests etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11518 | NE | 4/11/2001 | NESHAP Documents | Asbestos Abatements, Waste Manifests etc. | 100 Oak Street Hampton, SC | Speights & Runyan |