# Exhibit 1

| 12462 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Calgary Board of Education to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12462 | CN | 3/10/00 | Chart | CBE Facility Asbestos Database | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12462 | CN | 9/08/03 | Letter | Letter from PHH to Calgary Board of Education re: Completion Letter for Asbestos Abatement / Disturbance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12462 | CN | 4/23/03 | Report | Contract Documents - Asbestos Abatement - Lord Shaughnessy High - Boiler Room Upgrades | 100 Oak Street Hampton, SC | Speights & Runyan |