# Exhibit 1

| 12359 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Calgary Board of Education to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|-------|----|---------|--------------------------------|-----------------------------------------------------------------------------------|----------------------------|--------------------|
| 12359 | CN | 3/10/00 | Chart | CBE Facility Asbestos Database | 100 Oak Street Hampton, SC | Speights & Runyan |