# Exhibit 1

| 12361 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Calgary Board of Education to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12361 | CN | 3/09/00 | Chart | CBE Facility Asbestos Database | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12361 | CN | 12/16/02 | Report | Asbestos Abatement Final Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12361 | CN | | Drawing | Floor Plan | 100 Oak Street Hampton, SC | Speights & Runyan |