# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 6697 (11252 Dupl.) | NE | 10/27/1966 | Inter-Office Memo with Attachments | MK Jobs List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 10/27/1966 | Inter-Office Memo with Attachments | 1961 Monokote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 10/4/1966 | Letter with Attachments | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 10/4/1966 | Letter with Attachments | Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 11/6/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 12/20/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 11/3/1972 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 12/27/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/2/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 12/29/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/11/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/9/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/9/1973 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/16/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/12/1973 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/18/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6697 (11252 Dupl.) | NE | 1/23/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/25/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/26/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/30/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 2/1/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 2/7/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 2/28/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 3/1/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 3/2/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 3/6/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 3/13/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 2/2/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 2/2/1973 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/17/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/12/1973 | Purchase Order | SAV-40 Products | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 1/12/1973 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6697 (11252 Dupl.) | NE | 6/8/1992 | NESHAP Information | Asbestos Abatement, Waste Manifest etc. | 100 Oak Street Hampton, SC | Speights & Runyan |

43

| 6697 (11252 Dupl.) | NE | 9/6/1989 | NESHAP Information | Asbestos Abatement, Waste Manifest etc. | 100 Oak Street Hampton, SC | Speights & Runyan |