Exhibit 1

| 11622 | CN | 3/28/03 | Letter (attached to claim form) | Letter from School District 68 to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|-------|----|---------|---------|---------|---------|---------|
| 11622 | CN | 6/00/92 | Report | Asbestos Management Site Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11622 | CN | 10/25/00 | Report | Report on Occupied Building Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11622 | CN | 6/10/92 | Report | Bulk Material Identification Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11622 | CN | 1/28/94 | Specs | Asbestos Specifications - Abatement and Safety Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |