# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10533 | TN | 10/4/1966 | Letter with Attachments | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 10/4/1966 | Letter with Attachments | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 1971 | Mono-Kote Order | 1971 Mono-Kote Jobsite Orders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 3/30/1971 | Letter with Attachments | Monokote Orders Pending | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 3/30/1971 | Letter with Attachments | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/7/1970 | Invoice | W.R. Grace & Company (600 bags Mono-kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 7/1/2004 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Chapter 1 - Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 7/1/2004 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Chapter 2 - Images and Copies of Sample Analysis Pages from the NEA 2004 Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 7/1/2004 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Survey Report of Positive Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 7/1/2004 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Laboratory Report Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 7/1/2004 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Chapter 3 - Conclusions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | Table 1 - Summary of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | Appendix - Analytical Results and Interpretation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | Data Interpretation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | PLM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | Acid Soluble Weight Percent Determination | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | PLM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | Photomacrograph Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | SEM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | EDS Spectrum and SEM Micrograph Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | AEM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | AEM-EDS Spectrum Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10533 | TN | 12/1/2003 | MVA, Inc. Report of Results | Acid Soluble Weight Percent Determination | 100 Oak Street Hampton, SC | Speights & Runyan |