# Exhibit 1

| 11627 | CN | 3/28/03 | Letter (attached to claim form) | Letter from School District 68 to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11627 | CN | 1/00/01 | Report | Asbestos Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11627 | CN | 1986 | Report | Asbestos Removal and Control | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11627 | CN | Undated | Report | Asbestos Hazard Evaluation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11627 | CN | 6/12/01 | Letter | Letter from PHH to School District 68 re: Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |