Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10534 | TN | 10/4/1966 | Letter with Attachment | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 10/4/1966 | Letter with Attachment | Distribution List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 10/4/1966 | Letter with Attachment | Mono-Kote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 12/21/1970 | Invoice | W.R. Grace & Company (350 bags Mono-kote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/25/2002 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Chapter 1 - Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/25/2002 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Chapter 2 - Images and Copies of Sample Analysis Pages From the Original CEAT Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/25/2002 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/25/2002 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Bulk Sample Summary Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/25/2002 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Laboratory Analysis - Polarized Light Microscopy | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/25/2002 | Facility Asbestos-Containing Spray-On Fireproofing Identification Report | Chapter 3 - Conclusions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | Table 1 - Summary of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | Appendix - Analytical Results and Interpretation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | Photomicrograph of Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | SEM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | EDS Spectrum and SEM Micrograph Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | AEM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |

| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | AEM-EDS Spectrum Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | Acid Soluble Weight Percent Determination | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10534 | TN | 11/11/2002 | MVA, Inc. Report of Results | PLM Constituent Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |