# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10729 (11118 Dupl.) | CA | 3/1/1973 | S&R Jobsite - JS-36 | Mono-Kote Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10729 (11118 Dupl.) | CA | 3/4/1972 | S&R Jobsite - JS-27 | Mono-Kote Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |