# Exhibit 1

| 12415 | CN | 1/15/90 | Report | Asbestos-Containing Materials Survey for Russel and Grenville Houses Residence - Building No. 14 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12415 | CN | 9/7/90 | Report | Bulk Sample Analysis by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12415 | CN | 3/22/91 | Project Information Sheet | Project Estimate - Project Number Z2764  - Russell House Consulting & TEM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12415 | CN | 5/9/91 | Project Information Sheet | Project Estimate - Project Number Z2911  - Russell House Asbestos Materials Survey Verification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12415 | CN | Undated | List (attached to claim form) | List of buildings with year built | 100 Oak Street Hampton, SC | Speights & Runyan |