# Exhibit 1

| 12417 | CN | 1/15/90 | Report | Asbestos-Containing Materials Survey for Glengarry House Residence Building No. 18 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12417 | CN | 9/8/89 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b0493 - 1989 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12417 | CN | 1/15/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b0810 - 1990 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12417 | CN | 5/13/92 | Project Information Sheet | Project Number Z3657 - Project Estimate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12417 | CN | 10/13/93 | Project Information Sheet | Project Number Z4905 - Project Estimate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12417 | CN | 10/15/93 | Report | Bulk Sample Analysis by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12417 | CN | Undated | List (attached to claim form) | List of buildings with year built | 100 Oak Street Hampton, SC | Speights & Runyan |