# Exhibit 1

| 12418 | CN | 1/15/90 | Report | Asbestos-Containing Materials Survey for The Commons - Building No. 19 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12418 | CN | 10/5/93 | Report | Bulk Sample Analysis by Pinchin & Associates - Project No. Z4904 - Lab Ref. No. b5874-1993 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12418 | CN | 5/15/91 | Project Information Sheet | Project Estimate for Project No. Z-2913 - Commons Building - 1991 Level 2 Plumbing Upgrade | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12418 | CN | 9/28/93 | Project Information Sheet | Project Estimate for Project No. Z-4904 - Commons Building - Air Monitoring/Bulk | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12418 | CN | Undated | List (attached to claim form) | List of buildings with year built | 100 Oak Street Hampton, SC | Speights & Runyan |