# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10992 | CA | 1972 | S&R Jobsite JS28 | Mono-Kote Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 10992 | CA | 6/1972 | Brochure | Article (Ad) on Building | 100 Oak Street Hampton, SC | Speights & Runyan |