# Exhibit 1

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 12416 | CN | 1/15/90 | Report | Asbestos-Containing Materials Survey for Loeb Building - Building No. 15 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 12/22/89 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b0765 - 1989 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 7/19/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b3164 - 1991 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 7/19/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b3181 - 1991 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 7/24/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b3194 - 1991 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 7/26/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b3199 - 1991 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 5/17/91 | Project Information Sheet | Project Number Z2938 - Project Estimate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 6/7/91 | Project Information Sheet | Project Number Z2942 - Project Estimate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 7/15/91 | Project Information Sheet | Project Number Z3035 - Project Estimate | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 5/22/90 | Project Information Sheet | Project Estimate - Loeb Cafeteria | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | 7/9/90 | Project Information Sheet | Project Estimate - Loeb Levels 4 & 5 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12416 | CN | Undated | List (attached to claim form) | List of buildings with year built | 100 Oak Street Hampton, SC | Speights & Runyan |