# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10994 | IN | 6/1963 | Zonolite Job Record Card | Job to be Completed July 1963 | 100 Oak Street Hampton, SC | Speights & Runyan |