# Exhibit 1

| 12419 | CN | 1/15/90 | Report | Asbestos-Containing Material Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12419 | CN | 11/22/89 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b0653 - 1989 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12419 | CN | 12/15/89 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference No. b0771 - 1989 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12419 | CN | Undated | List (attached to claim form) | List of buildings with year built | 100 Oak Street Hampton, SC | Speights & Runyan |