# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 10996 | CA | 11/72 | S&R Jobsite | Mono-Kote Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |