# Exhibit 1

| 12420 | CN | 1/15/90 | Report | Asbestos-Containing Materials Survey for Administration Building - Building No. 17 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12420 | CN | Undated | List (attached to claim form) | List of buildings with year built | 100 Oak Street Hampton, SC | Speights & Runyan |