# Exhibit 1

| 12434 | CN | 1/15/90 | Report | Asbestos-Containing Materials Survey for Norman Patterson Hall - Building No. 3 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12434 | CN | 10/3/89 | Report | Bulk Sample Analysis by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12434 | CN | 2/23/90 | Project Information Sheet | Job Estimate - HVAC Upgrade - Patterson Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12434 | CN | Undated | List (attached to claim form) | List of buildings with year built | 100 Oak Street Hampton, SC | Speights & Runyan |