# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11427 | WA | 1/2/1973 | Bill of Lading | Bill of Lading showing shipment of Monokote for job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 3/23/1973 | Bill of Lading | Bill of Lading showing shipment of Monokote for job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/2/1973 | Bill of Lading | Bill of Lading showing shipment of Monokote for job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/6/1973 | Bill of Lading | Bill of Lading showing shipment of Monokote for job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/11/1973 | Bill of Lading | Bill of Lading showing shipment of Monokote for job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/23/1973 | Bill of Lading | Bill of Lading showing shipment of Monokote for job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/12/1973 | Bill of Lading | Bill of Lading showing shipment of Monokote for job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 11/30/1972 | Purchase order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 3/21/1973 | Purchase order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 3/24/1973 | Purchase order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/4/1973 | Purchase order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/10/1973 | Purchase order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/12/1973 | Purchase order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/16/1973 | Purchase order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 1/2/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 3/23/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/2/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/12/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/12/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/23/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 12/1/1972 | Letter | Letter from Labor Dept. re Monokote application at jobsite (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 10/3/1972 | Plans and Maps | Plans and Maps of Jobsite (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | Undated | Report | Report about jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11427 | WA | Undated | Advertisement | Ad using jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11427 | WA | 4/6/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |