# Exhibit 1

| 12437 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Calgary Board of Education to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12437 | CN | 3/09/00 | Chart | CBE Facility Asbestos Database | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12437 | CN | 9/11/03 | Report | Library - Spray-Applied Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |