# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11447 | SD | 7/10/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11447 | SD | 5/7/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11447 | SD | 6/28/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11447 | SD | 7/26/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11447 | SD | 10/10/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11447 | SD | 9/10/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11447 | SD | 11/27/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11447 | SD | 11/27/1971 | Customer Order | Zonolite - W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11447 | SD | 5/7/1971 | Pool Shipment Advice | Mono-Kote Shipment | 100 Oak Street Hampton, SC | Speights & Runyan |