# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11541 | DC | 3/26/1968 | Letter | Confirmation of delivery of approximately 11,000 bags of Mono-Kote to Comsat Center | 100 Oak Street Hampton, SC | Speights & Runyan |