# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11542 | DC | 11/25/1963 | Zonolite Mono-Kote Jobs | Jobsite List of Buildings in Washington District | 100 Oak Street Hampton, SC | Speights & Runyan |