# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11575 | NJ | 2/15/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |