# Exhibit 1

| 11619 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to University of Toronto re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11619 | CN | 3/00/90 | Report | Asbestos Survey of Medical Science Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 2/23/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b0912-1990 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 12/11/02 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Reference # b23306-2002 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 12/12/02 | Report | Bulk Sample Analysis by Pinchin Environmental - Lab Reference # b23308-2002 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 12/13/02 | Report | Asbestos Survey of Medical Science Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 4/14/89 | Letter | Letter from Pinchin & Asssociates to University of Toronto re: Proposal for an Asbestos Building Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 2/12/90 | Report | List of rooms in Medical Sciences Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 3/13/90 | Report | Medical Science Building, Electrical Rooms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 2/00/97 | Report | Asbestos Abatement - Scope of Work - by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 2/00/97 | Report | Asbestos Abatement - Addendum No. 1 by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 3/30/90 | Invoice | Invoice from University of Toronto - $5,660.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 4/20/94 | Invoice | Invoice from Pinchin Environmental to University of Toronto - $1,712.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 1/30/03 | Invoice | Invoice from Pinchin Environmental to University of Toronto - $6,392.79 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | 12/00/02 | Drawings | Floor Plans - Medical Sciences Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11619 | CN | Undated | Photos | Photos | 100 Oak Street Hampton, SC | Speights & Runyan |