# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11043 | NY | Undated | Border to Border Coast to Coast Brochure | Jobsite Listing of Building | 100 Oak Street Hampton, SC | Speights & Runyan |