# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11013 | PA | 1/9/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/13/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 1/9/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 7/6/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 6/30/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 1/16/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/20/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/19/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/19/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/22/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/23/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/5/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/12/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/10/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/10/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/10/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/13/1970 | Shipping Ticket | Shipping Ticket showing delivery of Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11013 | PA | 2/23/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |