# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11026 | CA | 3/7/1972 | S&R Jobsite JS28 | Mono-Kote Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 1.0 Survey Overview | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 2.0 Summary Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 3.0 Materials Tables | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 3.1 Summary Table of All Suspect ACBM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 3.2 Summary Table of All Asbestos Containing Surfacing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 3.3 Summary Table of All Asbestos Containing Miscellaneous Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 3.4 Summary Table of All Asbestos Containing Thermal Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 4.0 Risk Assessments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 4.1 Prioritized Summary Table of Risk Assessments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 5.0 Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 5.1 Abatement Response Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | 5.2 Operations and Maintenance Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | Appendices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | A. Laboratory Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | B. Inspector Accrediations | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | C. Field Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | D. Maps and Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11026 | CA | 9/24 - 28/1990 | Survey & Hazard Assessment (Phase 1 & 2) | E. Glossary | 100 Oak Street Hampton, SC | Speights & Runyan |