# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11014 | CA | No Date | Brochure | Article (Ad) - Zonolite Monokote Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |