# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11028 | CA | 1979 | Brochure | Article (Ad) - Zonolite Monokote Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11028 | CA | 8/1971 | Brochure | Article (Ad) - Zonolite Monokote Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11028 | CA | 6/1972 | Brochure | Article (Ad) - Zonolite Monokote Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |