# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11045 | CA | 3/3/1972 | S&R Jobsite JS26 | Mono-Kote Jobsite Listings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11045 | CA | 11/1965 | Plastering Industries Brochure | Article (Ad) regarding Buildng | 100 Oak Street Hampton, SC | Speights & Runyan |