# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11034 | CA | 3/4/1972 | S&R Jobsite JS27 | Mono-Kote Jobsite Listings | 100 Oak Street Hampton, SC | Speights & Runyan |