# Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 11106 (11144 Dupl.) | PA | 3/25/2005 | Letter | Letter accompanying submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 1/28/1986 | Asbestos Survey Report | A - Introduction (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 1/28/1986 | Asbestos Survey Report | B - Floor Plans - Basement; Ground Fl.; First Fl.; Second Fl. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 1/28/1986 | Asbestos Survey Report | C - Sample Analysis Results (12 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 5/21/1985 | Asbestos Survey Report | D - Asbestos exposure calculations (16 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 1/28/1986 | Asbestos Survey Report | E - Background (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 1/28/1986 | Asbestos Survey Report | F - Recommendations (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 1/28/1986 | Asbestos Survey Report | Appendix A - Letter of Authorization | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 1/28/1986 | Asbestos Survey Report | Appendix B - OSHA Asbestos Regs.; Floor plans (12 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 1/28/1986 | Asbestos Survey Report | Asbestos Abatement Log (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 7/26/1991 | Proposal | Proposals to remove and dispose of ACMs (15 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 8/6/1991 | Report | Certificate of Analysis (6 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 9/6/1991 | Proposal | Proposals to remove and dispose of ACMs (5 pgs). | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 9/3/1991 | Report | Certificate of Analysis (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 9/6/1991 | Proposal | Proposals to remove and dispose of ACMs (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 8/29/1991 | Report | Certificate of Analysis (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11106 (11144 Dupl.) | PA | 9/11/1991 | Proposal | Proposals to remove and dispose of ACMs (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11106 (11144 Dupl.) | PA | 9/19/1991 | Proposal | Proposals to remove and dispose of ACMs (10 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 10/11/1991 | Report | Certificate of Analysis (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 10/3/1991 | Notice | State Environmental Agency notice of removal (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 10/7/1991 | Report | Analysis Report (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 12/18/1991 | Notice | State Environmental Agency notice of removal (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 12/30/1991 | Report | Analysis Report (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 2/20/1992 | Notice | State Environmental Agency notice of removal (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 3/4/1992 | Notice | State Environmental Agency notice of removal (8 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 3/5/1992 | Report | Analysis Report (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 3/11/1992 | Proposal | Proposals to remove and dispose of ACMs (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 3/31/1992 | Notice | State Environmental Agency notice of removal (21 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 3/11/1992 | Report | Analysis Report (56 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | No Date | Notice | State Environmental Agency notice of removal (6 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 3/27/2001 | Report | Analysis Report (10 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | No Date | Notice | State Environmental Agency notice of removal (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 1/25/2002 | Report | Analysis Report (11 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11106 (11144 Dupl.) | PA | No Date | Notice | State Environmental Agency notice of removal (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 8/28/2001 | Report | Analysis Report (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | No Date | Notice | State Environmental Agency notice of removal (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 4/5/2002 | Report | Analysis Report (8 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | No Date | Memo | Internal Memo mentioning Titusville 3000 bags | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 5/14/1970 | Purchase Order | Order for Monokote for Titusville Hosp job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 5/14/1970 | Invoice | Invoice for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 7/6/1970 | Invoice | Invoice for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11106 (11144 Dupl.) | PA | 7/6/1970 | Invoice | Invoice for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |