# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11133 | LA | 11/2004 | Asbestos Survey | Asbestos Inspection Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 12/1/2004 | Asbestos Survey | Asbestos Plan Sample Locations (3 Drawings) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 9/8/2004 - 11/18/2004 | Asbestos Survey | Bulk Data Sample Analysis Report (Lab Test Results) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/21/2004 | Abatement Drawings | Building Drawings (10) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Asbestos Drawings Locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Instruction to Bidders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Base Bid "A" & "B" Foms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | General Conditions and Supplementary Conditions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Contract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01010 - Summary of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01027 - Application for Payment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01035 - Modification Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01040 - Coordination | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01045 - Cutting & Patching | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01100 - Special Project Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01200 - Project Meetings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01300 - Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01400 - Quality Control | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01500 - Construction Facilities and Temporary Controls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 01700 - Contract Closeout | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 02070 - Selective Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 02080 - Removal and Disposal of Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 02085 - Hazardous Materials - PCB Ballasts | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11133 | LA | 10/2004 | Project Manual | Section 07255 - Replacement Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 15001 - Mechanical General Provisions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 16001 - Electrical General Provisions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 10/2004 | Project Manual | Section 16010 - Basic Electrical Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 11/4/2004 | Project Manual | Base Bid "A" & "B" Foms Revised Forms & Revised Bid Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 11/4/2004 | Project Manual | Addendum No. 1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11133 | LA | 11/4/2004 | Project Manual | Addendum No. 2 | 100 Oak Street Hampton, SC | Speights & Runyan |