# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11021 | CA | 10/1961 | California Plasterer Brochure | Article about Building | 100 Oak Street Hampton, SC | Speights & Runyan |