# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11040 | IA | 9/14/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 10/2/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 11/4/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 11/16/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 12/7/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 10/6/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 11/15/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 12/7/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 9/26/1971 | Truck Loading Sheet | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 9/28/1971 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 12/7/1971 | Truck Loading Sheet | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 11/15/1971 | Truck Loading Sheet | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 10/27/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 10/6/1971 | Truck Loading Sheet | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 10/6/1971 | Purchase Order | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 10/28/1971 | Truck Loading Sheet | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 11/4/1971 | Truck Loading Sheet | Delivery of Product to Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | 10/7/1971 | Tip Top Distribution Company | Confirming Phone Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | No Date | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11040 | IA | No Date | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |