# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11041 | CO | No Date | Zonolite Monokote Jobsite List | Jobsite List with Architect | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11041 | CO | 10/4/1966 | Letter with Attachment | Partial List of Mono-Kote Fireproofing Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11041 | CO | 10/4/1966 | Letter with Attachment | Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11041 | CO | 10/27/1966 | Letter with Attachment | MK Jobs List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11041 | CO | 1994 - 2000 | Colorado State NESHAP Documents | Asbestos Removal Permits | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11041 | CO | 1994 - 2000 | Colorado State NESHAP Documents | Contractor Name | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11041 | CO | 1994 - 2000 | Colorado State NESHAP Documents | Beginning / Ending Actual Work Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11041 | CO | 1994 - 2000 | Colorado State NESHAP Documents | Building Name & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11041 | CO | 1994 - 2000 | Colorado State NESHAP Documents | Actual Square Feet of ACM Removed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11041 | CO | 1994 - 2000 | Colorado State NESHAP Documents | Landfill Name | 100 Oak Street Hampton, SC | Speights & Runyan |