# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11069 | IL | 9/25/1970 | Letter | Mono-Kote Jobs Under Contract | 100 Oak Street Hampton, SC | Speights & Runyan |