# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11071 | IL | No Date | S&R Document JS90 | Louis Galie Plastering - Zonolite Mono-Kote Projects | 100 Oak Street Hampton, SC | Speights & Runyan |