# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11153 | IA | 3/8/2005 | Letter | Letter accompanying submittal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 3/14/1991 | Notification | Proof of Notification of NESHAP (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 3/14/1991 | Notification | Proof of Notification of State agencies (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | No Date | Report | Scope of Work (12 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | No Date | Report | Asbestos Abatement Submittal by ICM Insulation (9 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | No Date | Report | Air Monitoring and Analysis (83 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 7/1/1991 | Certification | Final Work Certification - Removal Project (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 4/12/1991 | Log | Disposal Log for Hazardous Wastes (15 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 1/21/1971 | Invoice/Shipping Ticket | Invoices/Shipping Tix showing sale and delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | No Date | Invoice/Shipping Ticket | Invoices/Shipping Tix showing sale and delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 1/21/1971 | Invoice/Shipping Ticket | Invoices/Shipping Tix showing sale and delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 1/21/1971 | Invoice/Shipping Ticket | Invoices/Shipping Tix showing sale and delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 1/22/1971 | Invoice/Shipping Ticket | Invoices/Shipping Tix showing sale and delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 1/22/1971 | Invoice/Shipping Ticket | Invoices/Shipping Tix showing sale and delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 1/22/1971 | Invoice/Shipping Ticket | Invoices/Shipping Tix showing sale and delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11153 | IA | 1/26/1971 | Invoice/Shipping Ticket | Invoices/Shipping Tix showing sale and delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |