# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11155 | IL | 11/22/1963 | Letter/Memo | Added Duponal in Mono-Kote | 100 Oak Street Hampton, SC | Speights & Runyan |