# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 6620 | CT | 12/23/1998 | Letter from Hartford Hospital with Enclosures | Enclosures with letter, architectural master plans of Hartford Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 8/21/1998 | Capital Expenditure Requisition | Asbestos Abatement for Dental/Eye Care/Elevator Lobby - 3rd Floor Curtis Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | No Date | Building Sketches | 6th Floor-North & South Wings (4 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | No Date | Building Sketches | 4th Floor-East (North) (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 8/3/1998 | Letter | Quotation for Asbestos Abatement - Hartford Newington Campus-Dental/Eye Care | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 2/9/1996 | Letter | AMADON & Associates, Inc. - In-depth analysis of real estate complex owned & occupied by Newington Children's Hospital | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 1.0 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 1.01 - Objectives | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 1.02 - Revision Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 2.0 - Program Responsibilities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 2.01 - Program Administrator | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 2.02 - Asbestos Coordinator | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 3.0 - Recordkeeping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 3.01 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 3.02 - Project Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 3.03 - Contractor Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6620 | CT | 10/2000 | Operations & Maintenance Program | 4.0 - Nortification / Communication | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 4.01 - EPA Notification Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 4.02 - State of Connecticut Notification Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 4.03 - Outside Contractors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 4.04 - Asbestos Coordinator | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 4.05 - New Employees | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 4.06 - Work Order Request | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 5.0 - Training and Licensure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 5.01 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 5.02 - Training Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 6.0 - Emergency Response | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 6.01 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 6.02 - Minor Disturbance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 6.03 - Substantial Asbestos Distrubance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 7.0 - Respirator Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 7.01 - Responsibilities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 7.02 - Respirator Limitations / Warnings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | A. - Half-Face Negative Pressure Respirator with HEPA Cartridges | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6620 | CT | 10/2000 | Operations & Maintenance Program | B. - Powered Air Purifying Respirators (PAPR) with HEPA Cartridge | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 7.03 - Standard Operating Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | A. - Respirator Inspection - Before Each Use | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | B. - Cartridge Installation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | C. - Donning and Fit-Check of Negative Pressure Respirators | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | D. - Donning and Fit Check of PAPR'S | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | E. - Special Considerations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | F. - Respirator Cleaning and Storage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 8.0 - Medical Surveillance Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 8.01 - Hartford Hospital Medical Surveillance Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 8.02 - Contractor Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.0 - Standard Operating Procedures - In House | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.01 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.02 - Abatement of Less Than Three (3) Square or Linear Feet of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.03 - Govebag Technique | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | A. - Equipment and Supplies | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | B. - Work Practice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.04 - Mini-Enclosure Technique | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6620 | CT | 10/2000 | Operations & Maintenance Program | A. - Equipment and Supplies | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6620 | CT | 10/2000 | Operations & Maintenance Program | B. - Work Practice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.05 - Abatements of Greater Than Three (3) Square or Linear Feet of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.06 - Preparation of ACM for Disposal - Asbestos Dumpster/Storage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.07 - Personal and Respiratory Protection Maintenance Workers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.08 - Encapsulation - Pipe, Vessel and Boiler Coverings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.09 - Permanent Enclosure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.10 - Routine Building Cleaning | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.11 - Periodic Surveillance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 9.12 - In-House Operations Check-List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 10.0 - Visual Inspections and Air Testing Criteria | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 10.01 - Visual Inspection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 10.02 - Personal Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 10.03 - Area Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 10.04 - Personnel Performing Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 11.0 - Outside Contractors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 11.01 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 11.02 - Practices and Procedures for Abatement of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6620 | CT | 10/2000 | Operations & Maintenance Program | 11.03 - Project Work/Outside Contractor Checklist | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 11.04 - Contractor Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 12.0 - Decontamination Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 12.01 - Project Disturbing Less Than Three (3) Square or Linear Feet of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | 12.02 - Projects Disturbing Greater Than Three (3) Square or Linear Feet of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | Appendix 1 - Glossary of Terms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 10/2000 | Operations & Maintenance Program | Chart which includes Description of Buildings, Building Number, Date of Contruction, Square Feet, Gross Square Feet, Type Construction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | No Date | Drawing | Hartford Hospital Newington Campus Drawing (1 pg.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | No Date | Description of Buildings | (1 pg.) - Lists All buildings on the Newington Campus along with number of buildings, date of construction, square feet, gross square feet and type of construction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 3/22/2003 | Letter with Attachments | MAS - PLM Analysis with proof of Monokote-3 product in the Hartford Hospital - Curtis Building (50 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6620 | CT | 8/12/2003 | Letter | Compass Environmental Letter to Speights & Runyan re: quantities of ACM fireproofing in Hartford Hospital - East Building. | 100 Oak Street Hampton, SC | Speights & Runyan |