# Exhibit 1

| 11673 | CN | 11/23/04 | Notes | Handwritten notes by A. Harthholt of Pinchin Environmental re: Grange Public School | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11673 | CN | Undated | Drawing | Floor plan of Grange indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11673 | CN | 4/7/93 | Report | PLM Results by Chopra-Lee, Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11673 | CN | 9/28/98 | Report | Bulk Sample Analysis by Chopra-Lee, Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11673 | CN | 12/13/99 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11673 | CN | 2/19/01 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11673 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |