# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11161 | OH | 7/21/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 7/24/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 7/21/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 8/6/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 8/6/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 8/6/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 8/6/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 8/11/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 8/21/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 8/21/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 8/28/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/2/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/2/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/3/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/4/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/10/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/14/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/18/1970 | Invoice | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/9/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/16/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11161 | OH | 9/18/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11161 | OH | 9/21/1970 | Hand Written Note | W.R. Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/23/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/24/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/21/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/21/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/21/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/25/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/26/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/25/1970 | Hand Written Note | W.R. Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/29/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 9/30/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 10/1/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 10/5/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 10/6/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 10/7/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 10/26/1970 | Memo Letter | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 10/26/1970 | Memo Letter | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 10/7/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 10/21/1970 | Delivery Ticket | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11161 | OH | 10/26/1970 | Truck Loading Report | Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11161 | OH | 11/11/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |