# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11052 | CA | 3/2/1972 | S&R Jobsite JS24 | Jobsite List with Applicator Name | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11052 | CA | 8/21/1972 | S&R Jobsite | Jobsite List with Applicator Name | 100 Oak Street Hampton, SC | Speights & Runyan |