# Exhibit 1

| 11672 | CN | 11/23/04 | Notes | Handwritten notes by A. Harthholt of Pinchin Environmental re: Glendale School | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11672 | CN | Undated | Drawings | Floor plans of Glendale indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 12/13/89 | Report | Bulk Sample Analysis by Chatfield Technical Consulting Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 2/2/90 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 6/27/90 | Report | Bulk Sample Analysis by McMaster University Lab (2 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 5/17/91 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 1/18/94 | Report | Bulk Sample Analysis by McMaster University Lab (3 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 4/19/94 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 4/20/94 | Report | Bulk Sample Analysis by McMaster University Lab (2 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 5/18/94 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 6/21/95 | Report | Bulk Sample Analysis by McMaster University Lab (10 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 6/27/95 | Report | Bulk Sample Analysis by McMaster University Lab (23 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 7/6/95 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 7/14/95 | Report | Bulk Sample Analysis by McMaster University Lab (2 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 8/29/95 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 3/11/96 | Report | Bulk Sample Analysis by McMaster University Lab (6 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 5/14/96 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 5/30/96 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 6/25/96 | Report | Bulk Sample Analysis by McMaster University Lab (4 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 6/26/96 | Report | Bulk Sample Analysis by McMaster University Lab (2 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 6/26/96 | Report | Bulk Sample Analysis by McMaster University Lab (5 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 6/27/96 | Report | Bulk Sample Analysis by McMaster University Lab (6 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 5/14/96 | Report | Bulk Sample Analysis by McMaster University Lab (2 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 6/19/01 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11672 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11672 | CN | 5/16/91 | Report | Bulk Sample Analysis by McMaster University Lab (2 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |