# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11053 | CA | 11/2/1972 | S&R Jobsite | Jobsite List with Applicator Name | 100 Oak Street Hampton, SC | Speights & Runyan |