# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11054 | CA | No Date | S&R Jobsite MS4 | Jobsite List with Applicator Name | 100 Oak Street Hampton, SC | Speights & Runyan |