# Exhibit 1

| 11671 | CN | 11/11/04 | Notes | Handwritten notes by A. Harthholt of Pinchin Environmental re: Glen Brae - affected areas of spary texture coat | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11671 | CN | Undated | Drawings | Floor plans of Glen Brae indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11671 | CN | 11/14/89 | Report | Bulk Sample Analysis by Chatfield Technical Consulting Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11671 | CN | 3/3/97 | Report | Bulk Sample Analysis by McMaster University Lab (2 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11671 | CN | 3/31/97 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11671 | CN | 5/20/98 | Report | Bulk Sample Analysis by Chopra-Lee Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11671 | CN | 3/25/99 | Report | Bulk Sample Analysis by McMaster University Lab (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11671 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |