# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11437 (11436 Dupl.) | OH | 10/30/1967 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11437 (11436 Dupl.) | OH | 12/28/1967 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |