# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11055 | CA | 4/18/2005 | Letter | Reports and Documents submitted to S&R | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | I. Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | II. Methods | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | A. Algorithm | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | B. Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | III. Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | A. Algorithm | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | Table 1. Exposure Assessment Algorithm Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | B. Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | Table 2. Sample Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | IV. Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/24/1984 | Report of an Asbestos Risk Assessment | Figure 1. Exposure assessment algorithm | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 1.0 Planning | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 1.1 Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 1.2 Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 1.3 Materials | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 2.0 Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 2.1 Cover or Move Furniture/Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 2.2 Carpet Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 2.3 Cover Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 3.0 Setting Up Dust Containment System for Work Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 3.1 Plastic Wall Barriers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 3.2 Doors and Other Openings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 3.3 Airlock | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 3.4 Microtrap | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 3.5 HVAC Exhaust Grills | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 3.6 Warning Signs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 3.7 Fire Extinguishers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.0 Working In Wall Removal Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.1 HVAC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.2 Personal Protective Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.3 Entry | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.4 Working - Wall Removal | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.5 Waste Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.6 Exit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.7 Clean-Up | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.7.1 Airlock | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.7.2 Work Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.7.2.1 Floors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 4.7.2.2 Microtrap | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 5.0 Removing Dust Containment Barriers and Seals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 5.1 HVAC Exhaust Grills | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 5.2 Flooring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 5.3 Other Seals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 5.4 Airlock Booth | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 6.0 Disposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/19/1984 | Revised Draft (1 of 4) - Standard Operating Procedure | 7.0 Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 1.0 Planning | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 1.1 Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 1.2 Area | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 1.3 Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 2.0 Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 3.0 HVAC | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 4.0 Set Up Sealed Off Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 4.1 Walls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 4.2 Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 4.3 Vacuum System | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 5.0 Entry | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 5.1 Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 5.2 Worker | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 5.2.1 Personal Protective Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 5.2.2 Entering Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 6.0 Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 7.0 Clean Up | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 8.0 Waste Material | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 9.0 Exit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 10.0 Removal of Booth | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 10.1 Evacuating Air | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 10.2 Dismantling and Discarding Plastic | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | 11.0 Clean Up of Ambient Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 10/18/1984 | Revised Draft (2 of 4) - Standard Operating Procedure | Appendix A - Vacuums to Be Used | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 1.0 Planning | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 1.1 Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 1.2 Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 2.0 Air Sampling Before Project Begins | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 3.0 Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 4.0 HVAC Shutdown | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 5.0 Set Up of Sealed Off Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 5.1 Walls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 5.2 Floors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 5.3 Furniture in Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 5.4 Decontamination Chamber | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 5.5 Microtraps | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 5.6 Warning Signs | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 5.7 Repair of Plastic | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 6.0 Working in Sealed Off Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 6.1 Personal Protective Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 6.2 Entry | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 6.3 Exit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 6.4 Daily Vacuuming | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 6.5 Waste Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 6.6 Emergency Exit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 7.0 Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 8.0 Demolishing Plastic Barriers of Sealed Off Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 8.1 Vacuum | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 8.2 Microtraps | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 8.3 Asbestos Level in Air | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 8.4 Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 8.5 Wet Mop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | 9.0 Air Sampling Before Reoccupation by Tenant | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (3 of 4) - Standard Operating Procedure | Appendix A - Vacuums to Be Used | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 1.0 Planning | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 1.1 Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 1.2 Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 2.0 Air Sampling Before Project Begins | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 3.0 Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 4.0 HVAC Shutdown | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 5.0 Set Up of Sealed Off Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 5.1 Walls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 5.2 Floors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 5.3 Furniture in Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 5.4 Double Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 5.5 Decontamination/Shower Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 5.6 Microtraps | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 5.7 Warning Signs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 5.8 Repair of Plastic | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.0 Working in Sealed Off Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.1 Personal Protective Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.1.1 Workers Disturbing Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.1.2 Workers Not Disturbing Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.2 Entry | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.3 Removing Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.4 Bagging | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.5 Vacuuming | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.6 Exit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.6.1 Workers Disturbing Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.6.2 Workers Not Disturbing Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.7 Waste Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 6.8 Emergency Exit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 7.0 Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.0 Demolishing Plastic Barriers of Sealed Off Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.1 Vacuum | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.2 Remove Top Layer of Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.3 Vacuum | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.4 Microtraps | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.5 Asbestos Level in Air | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.6 Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.6.1 General Area | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.6.2 Decontamination/Shower Unit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 8.7 Wet Mop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | 9.0 Air Sampling Before Reoccupation by Tenant | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/29/1984 | Revised Draft (4 of 4) - Standard Operating Procedure | Appendix A - Vacuums to Be Used | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Health Effects | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Asbestos Characteristics | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Release of Airborne Fibers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Regulatory Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Certification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Summary of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Equipment and Analytical Methods | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Inspection and Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Discussion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Floor Covering | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Ceiling Tiles | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Cooling Tower | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Duct Wrap | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Wallboard | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Firedoors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Roof Coverings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Sprayed on Structural Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Cement Asbestos Duct | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Sample Location Descriptions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/30/1989 | Building Inspection, Bulk Sampling & Analysis Report | Table 1 - Bulk Sample Analysis Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/23/1996 | Demolition & Abatement Building Documents | Addendum No. 1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/23/1996 | Demolition & Abatement Building Documents | Questions from Bidders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/23/1996 | Demolition & Abatement Building Documents | Responses to Questions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/23/1996 | Demolition & Abatement Building Documents | Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 5/23/1996 | Demolition & Abatement Building Documents | Revised Scope of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 5/23/1996 | Demolition & Abatement Building Documents | Changes to Plans | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1. Bid Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.1 Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.2 Specification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.3 Asbestos Inspection and Bulk Asbestos Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.4 General Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.5 Instructions to Bidders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.6 Bid Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.7 Subcontract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.8 Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.9 Lien Release Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.10 Bonds | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.11 Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.12 Contract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 1.13 Questions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 2. Specific Bidding Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 2.1 Terms & Conditions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | 2.2 Bid Date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | Attachment A | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | Appendix A - Bidders Shall Include in Cost of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 5/7/1996 | Instruction to Bidders for Bid Package 1 - Hazardous Materials Abatement | Appendix B - Asbestos Abatement and Non-Structural Demolition Scope of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Section I - Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Part One - Work Practices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Part Two - Employee Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Part Three - Air Monitoring and Inspection Policies | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | A. Quarterly Area Air Monitoring and Visual Inspections | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | B. Construction Clearance Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | C. Personnel Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Part Four - Emergency Response Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | A. Earthquake Disturbance of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | B. Water Leak Damage to ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | C. Failed Post-Construction Clearance Air Tests | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Part Five - Recordkeeping (Building Asbestos Archives) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | A. Employee Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | 1. Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | 2. Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | 3. Medical Surveillance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | B. Quarterly Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | C. Job-Related Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | D. 211 Main Street Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | E. Notification to Building Tenants, Employees & Contractors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Appendix One - CAL/OSHA Asbestos Regulations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Appendix Two - Bay Area Air Quality Management | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Regulation 11 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Hazardous Pollutants - Rule 2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Appendix Three - EPA National Emission Standards | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Hazardous Air Pollutants (NESHAP'S) Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Regulations (40 CFR 61 Subpart M) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Appendix Four - Assembly Bill 2040 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Senate Bill 2572 and Assembly Bill 3713 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Appendix Five - OSHA Asbestos Regulations (1926.58) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Appendix Six - CAL/OSHA Respiratory Protection Regulations (GISO 5144) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Appendix Seven - 211 Main Street Building Notification to Contractors and Tenants | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | No Date | Asbestos Operations & Maintenance Plan | Appendix Eight - 211 Main Street Building Air Sampling Protocol and NIOSH Methods 7400, 7402, and OSHA 29 CFR 1926.58 Appendix A Methods | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/24/1998 | Draft - Report on Hazardous Materials Abatement | Exhibit A - ACM Locations Drawings (Sheet No. 2.3 - 2.12) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/24/1998 | Draft - Report on Hazardous Materials Abatement | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/24/1998 | Draft - Report on Hazardous Materials Abatement | Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/24/1998 | Draft - Report on Hazardous Materials Abatement | Abatement and Monitoring Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 8/24/1998 | Draft - Report on Hazardous Materials Abatement | Hazardous Materials Disposal | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 8/24/1998 | Draft - Report on Hazardous Materials Abatement | Discussion | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.1 Garage Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.2 Ground Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.3 Exit Crossover Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.4 2nd Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.5 Floors 3 - 8 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.6 9th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.7 10th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.8 11th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.9 Floors 12 - 13 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.10 Floors 14 - 16 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.11 17th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.12 Penthouse Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 2.13 Penthouse Roof | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 3.1 Exterior Elevations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 3.2 Penthouse East Elevation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.1 Enlarged Garage Floor | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.2a Partial Enlarged Ground Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.2b Partial Enlarged Ground Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.2c Partial Enlarged Ground Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.3 Enlarged Exit Crossover Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.4 Enlarged 2nd Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.5 Enlarged Floors 3 - 8 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.6 Enlarged 9th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.7 Enlarged 10th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.8 Enlarged 11th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.9 Enlarged Floors 12 - 13 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.10 Enlarged Floors 14 - 16 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.11 Enlarged 17th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 4.12 Enlarged Penthouse Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 11/12/1997 | Drawing - ACM Location | 5.1 Spandrel Detail | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | Part One - Work Practices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | Part Two - Employee Training | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | Part Three - Air Monitoring and Inspection Policies | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | A. Construction Clearance Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | B. Personnel Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | Part Four - Emergency Response Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | A. Earthquake Disturbance of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | B. Water Leak Damage to ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | C. Replacement of Damaged Spandrel Glass | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | D. Failed Post-Construction Clearance Air Tests | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | Part Five - Recordkeeping (Building Asbestos Archives) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | A. Employee Records | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | 1. Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | 2. Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | 3. Medical Surveillance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | B. Annual Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | C. Job-Related Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | D. Notification to Tenants, Employees & Contractors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 9/2/1998 | Asbestos Operations & Maintenance Plan | Part Six - Regulatory Overview | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11055 | CA | 9/23/1996 - 8/26/1997 | Laboratory Reports - Asbestos | TEM Airborne Asbestos Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11055 | CA | 3/6/1998 - 6/1/1998 | Laboratory Reports - Lead | Flame AA - Lead in Wipe Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |