# Exhibit 1

| 11670 | CN | 11/23/89 | Report | Asbestos Products Survey - Room by Room Observations - The Education Centre - by Pinchin | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11670 | CN | 11/11/04 | Notes | Handwrittten notes by A. Hartholt of Pinchin re: Education Centre - texture coat removed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11670 | CN | 11/11/04 | Notes | Handwrittten notes by A. Hartholt of Pinchin re: Education Centre - spray texture still present | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11670 | CN | 11/12/04 | Notes | Handwrittten notes by A. Hartholt of Pinchin re: Education Centre - texture coat present | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11670 | CN | Undated | Drawings | Floor plans of Education Centre indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11670 | CN | 11/30/89 | Report | Bulk sample analysis by Pinchin & Associates (17 samples) - Lab Ref. # b0692 - 1989 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11670 | CN | 10/19/93 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11670 | CN | 7/14/94 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11670 | CN | 8/5/94 | Report | Bulk Sample Analysis by McMaster University Lab (6 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11670 | CN | 6/15/99 | Report | Bulk Sample Analysis by McMaster University Lab (4 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11670 | CN | 3/6/02 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |