# Exhibit 1

| 11669 | CN | 12/12/89 | Report | Asbestos Products Survey - Room by Room Observations - Dalewood School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11669 | CN | 11/12/04 | Notes | Handwritten notes by A. Harthold of Pinchin Environmental re: Dalewood School re: sprayed texture coat present | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11669 | CN | Undated | Drawing | Floor plans of Dalewood School indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11669 | CN | 12/12/89 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Ref. # b0752 - 1989 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11669 | CN | 12/1/89 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11669 | CN | 9/1/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11669 | CN | 6/24/98 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11669 | CN | 6/1/01 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11669 | CN | 1/27/03 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11669 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |