# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11057 | CT | 4/3/1970 | Letter/Memo | Mono-Kote Sales - New England | 100 Oak Street Hampton, SC | Speights & Runyan |