# Exhibit 1

| 11668 | CN | 10/9/89 | Report | Asbestos Products Survey - Room by Room Observations - Cardinal Heights School | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11668 | CN | 11/12/04 | Notes | Handwritten notes by A. Harthold of Pinchin Environmental re: Cardinal Heights | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11668 | CN | Undated | Drawing | Floor plans of Cardinal heights indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11668 | CN | 10/12/89 | Report | Bulk Sample Analysis by Pinchin & Associates - Project 1439 - Lab Ref. # b0560 - 1989 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11668 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |