# Exhibit 1

| 12329 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to University of Guelph re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12329 | CN | 1/11/05 | Letter | Letter from Mary Childs, University of Guelph to Pinchin Environmental enclosing documents (listed below) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | Undated | Questionnaire | Building Questionnaire - University of Guelph | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 10/00/00 | Drawings | Floor Plans Showing Locations of Sprayed Asbestos Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | Undated | Charts | Computer Screen Printouts - Hazardous Material Survey Entry | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | Undated | Charts | Asbestos Surveys for Buildings 27, 46, 70 and 51 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 2/19/02 | Report | Designated Substance and PCB Report - University of Guelph - Chemistry/Microbiology Building (#27) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 1/28/02 | Report | Bulk Sample Analysis - Lab Reference # b21050 - 2002 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 1/29/02 | Report | Bulk Sample Analysis - Lab Reference # b21062 - 2002 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 1/29/02 | Report | Bulk Sample Analysis - Lab Reference # b21038 - 2002 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 6/11/02 | Letter | Letter from Pinchin Environmental to Robbie/Young + Wright Architects re: Mercury Abatement Quotation-Sink Traps and Drain Piping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 2/22/02 | Invoice | Invoice from Pinchin Environmental to University of Guelph - $6,157.85 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 4/16/02 | Invoice | Invoice from Pinchin Environmental to University of Guelph - $3,839.16 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 7/18/02 | Invoice | Invoice from Pinchin Environmental to University of Guelph - $4,861.92 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 8/27/02 | Invoice | Invoice from Pinchin Environmental to University of Guelph - $9,185.89 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 9/30/02 | Invoice | Invoice from Pinchin Environmental to University of Guelph - $1,757.48 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | 10/18/02 | Invoice | Invoice from Pinchin Environmental to University of Guelph - $2,182.80 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12329 | CN | Undated | Photos | Various photos of building | 100 Oak Street Hampton, SC | Speights & Runyan |