# Exhibit 1

45

| 11667 | CN | 11/12/04 | Notes | Handwritten notes by A. Harthold of Pinchin Environmental re: Buchanan Park | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11667 | CN | 2/7/90 | Report | Asbestos Products Survey - Room by Room Observations - Buchanan Park School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11667 | CN | Undated | Drawing | Floor plan of Buchanan Park indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11667 | CN | 2/6/90 | Report | Bulk Sample Analysis by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11667 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |