# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11059 | CT | 7/31/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11059 | CT | 3/17/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11059 | CT | 10/7/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11059 | CT | 9/17/1969 | Grace Zonolite - Memo | Credit | 100 Oak Street Hampton, SC | Speights & Runyan |