# Exhibit 1

| 11666 | CN | 11/23/04 | Notes | Handwritten notes by A. Harthold of Pinchin Environmental re: Bell Stone Public School | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11666 | CN | Undated | Drawing | Floor plan of Bell Stone indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11666 | CN | 12/30/91 | Report | PLM Results by Chopra-Lee, Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11666 | CN | 3/23/93 | Report | PLM Results by Chopra-Lee, Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11666 | CN | 6/25/98 | Report | Bulk Sample Analysis by PLM by Chopra-Lee, Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11666 | CN | 8/24/98 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11666 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |