# Exhibit 1

| 11665 | CN | 3/14/90 | Report | Asbestos Products Survey - Room by Room Observations - Barton School prepared by Pinchin | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11665 | CN | 11/12/?? | Notes | Handwritten Notes re Barton by A. Hartholt re: affected area of ACM fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11665 | CN | Undated | Drawings | Floor plans indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11665 | CN | 3/26/90 | Report | Bulk Sample Analysis by Pinchin & Associates - Project No. 1439.508 - Lab Reference # b1042 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11665 | CN | 9/11/96 | Report | Bulk Sample Analysis by McMaster University for Barton | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11665 | CN | 12/17/96 | Report | Bulk Sample Analysis by McMaster University for Barton | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11665 | CN | 5/21/99 - 5/24/99 | Report | Analysis Results by Chopra-Lee Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11665 | CN | 7/5/00 | Report | Bulk Sample Analysis by McMaster University for Barton | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11665 | CN | 9/6/01 | Report | Bulk Sample Analysis by McMaster University for Barton | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11665 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |