# Exhibit 1

| 11664 | CN | 11/23/04 | Notes | Handwritten Notes re: Ancaster High by A. Harthold of Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11664 | CN | Undated | Drawings | Floor plans indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11664 | CN | 12/20/90 | Report | Analytical Results for Ancaster High School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11664 | CN | 4/6/00 | Report | Bulk sample analysis - Ancaster High School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11664 | CN | 11/17/99 | Report | Bulk sample analysis by McMaster University for Ancaster High School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11664 | CN | 6/28/99 | Report | Bulk sample analysis by McMaster University for Ancaster High School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11664 | CN | 8/27/98 | Report | Bulk sample analysis by McMaster University for Ancaster High School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11664 | CN | 4/5/93 | Report | PLM Results by RJ Lee Group | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11664 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to Hamilton-Wentworth District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11664 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |