# Exhibit 1

| 11648 | CN | 3/25/03 | Letter (attached to claim form) | Letter from Bristol Investments to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11648 | CN | 1/19/01 | Report | Asbestos Management Program Manual | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 1/16/01 | Report | Asbestos Survey and Risk Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | Undated | Work Procedures | Moderate Risk Work Procedures for the Emergency Removal and Repair of Asbestos Containing Materials at Bristol Management Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 9/25/00 | Memo | Memo from PHH to Bristol Management re: Draft Letter for WCB Compliance on Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 11/03/00 | Letter/Report | Bulk Sample Analysis by Enviro-Works Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 11/07/00 | Letter/Report | Bulk Sample Analysis by Enviro-Works Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 2/22/01 | Letter | Letter from PHH to Bristol Management re: Asbestos Training Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 2/23/01 | Letter | Letter from PHH to Bristol Management re: Asbestos Labelling Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 3/02/01 | Letter | Letter from PHH to Bristol Management re: Asbestos Labelling Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 3/06/01 | Letter | Letter from PHH to Workers' Comp Board re: Emergency Work Procedure for Bristol Management | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 3/08/01 | Memo | Memo from PHH to Bristol Management re: Building Managers Asbestos Awareness Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 3/09/01 | Letter | Letter from PHH to Bristol Management re: Air monitoring and site inspections | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 11/07/00 | Letter/Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 1/08/01 | Report | PHH Asbestos Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 1/09/01 | Report | PHH Asbestos Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 8/16/00 | Notice | Workers' Compensation Board Notice of Project for Employment Involving Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 11/03/00 | Report | PHH Risk Assessment Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 8/18-19/00 | Report | PHH Air Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |

Omitted

| 11648 | CN | 8/21/00 | Letter/Minutes | Letter from PHH to Bristol Management re: Meeting, PHH Environmental, Bristol Management and WCB re: Silver Avenue Apartments, Burnaby, August 18, 2000 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11648 | CN | 9/05/00 | Letter | Letter from PHH to Bristol Management re: Summary of Activities at Silver Avenue Apartments, Burnaby | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 9/12/00 | Letter | Letter from PHH to Bristol Management re: Installation of Air Barrier and Ventillation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 9/21/00 | Letter | Letter from PHH to Bristol Management re: Installation of Air Barrier and Ventillation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11648 | CN | 8/09/00 | Letter | Letter from PHH to Bristol Management re: Proposal for Mold/Asbestos Abatement Supervision, Silver Avenue Apartments, Burnaby | 100 Oak Street Hampton, SC | Speights & Runyan |