# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11064 | IA | 9/1972 | Purchase Order | 600 Bags Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 9/29/1972 | Bill-of-Lading | Freight Carrier | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 9/22/1972 | Customer Order Form | Monokote III order for 600 bags | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 9/22/1972 | Truck Loading Report | Monokote III order for 600 bags | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 9/22/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 9/26/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 10/6/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 5/5/2005 | Spreadsheet | Spreadsheet includes costs related to abatement. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 5/13/2005 | Contracts | Construction contracts, abatement contracts, renovation documents, asbestos abatement project design and report. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 9/9/1998 | Final Lien Waiver | Furnish Asbestos Abatement for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 9/2/1998 | Final Lien Waiver | Furnish Asbestos Abatement for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 7/23/1998 | Final Lien Waiver | Furnish Asbestos Abatement for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 6/8/1998 | Final Lien Waiver | Furnish Asbestos Abatement for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 5/11/1998 | Final Lien Waiver | Furnish Asbestos Abatement for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 3/25/1998 | Final Lien Waiver | Furnish Asbestos Abatement for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 8/24/1998 | Invoice | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 7/20/1998 | Invoice | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 5/26/1998 | Invoice | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 4/15/1998 | Invoice | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 1/20/1998 | Invoice | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 11/4/1998 | Invoice | Allender Butzke Engineers, Inc. - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 7/7/1998 | Invoice | Allender Butzke Engineers, Inc. - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 6/17/1998 | Invoice | Allender Butzke Engineers, Inc. - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11064 | IA | 8/28/1998 | Construction Contract | ACM Contract Change Order - Lobby | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11064 | IA | 7/22/1998 | Construction Contract | Asbestos Containing Materials Removal - Change Order #1 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 1/27/1998 | Construction Contract | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 1/17/1998 | National Travelers Life Building Asbestos Abatement Contract - Attachment A | 1. Scope of Work Clarification Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 1/17/1998 | National Travelers Life Building Asbestos Abatement Contract - Attachment A | 2. Demolition Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 1/17/1998 | National Travelers Life Building Asbestos Abatement Contract - Attachment A | 3. Final Layout Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/15/1997 | Construction Contract | Asbestos Abatement Consulting & Tesing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 1/5/1998 | Bid Recapitulation - Asbestos Abatement | Contractor, Environmental Fees | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 1/2/1998 | Renovation - Bid Form | ACM Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 3/31/1997 | Renovation - Bid Form | ACM Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 1. Request for Bids | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 2. Instructions to Bidders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Time Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Project Design | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Bid | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Bid Bond | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Bid Withdrawal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Change Orders (Extra Work) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Contracts | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Payments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3. Bid Form | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Renovation | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Demolition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 4. AIA Form A107 Modified February 3, 1997 (ACM) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 5. Asbestos Abatement Project Design | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Part 1 - General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 1.01 Scope | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 1.02 Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 1.04 Definitions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 1.05 Applicable Standards and Guidelines | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 1.1 Quality Assurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 1.2 Submittals and Notices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. Pre-Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. During Abatement Activities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 1.3 Site Security | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 1.4 Emergency Planning | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Part 2 - Materials and Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 2.01 Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 2.02 Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Removal Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Part 3 - Execution | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.01 Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. General | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Floors | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | C. Walls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.02 Workplace Exits | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. Worker Decontamination Enclosure System | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Waste Container Pass Out Airlock | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | C. Emergency Exits | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.03 Isolation of the Workplace | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. Construction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Maintenance of Enclosure Systems | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.04 Workplace Entry and Exit Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. Personnel Entry and Exit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Waste Container Pass Out Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.05 Personal Protection Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Respiratory Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | C. Fit Testing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | D. Protective Clothing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.06 Commencement of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.07 Removal Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. General Asbestos Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Specific Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.08 Cleanup Prodecures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.09 Clearance Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.10 Disposal Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Transportation to the Landfill | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | C. Disposal at the Landfill | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | 3.11 Re-establishment of the Work Area and Systems | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | Appendix | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | A. ACM Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 12/1997 | Request for Bids - Asbestos Abatement | B. Floor Plans | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 9/9/1998 | Construction Contract | Data / Communications / Power Wiring for Individual Work Stations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 8/31/1998 | Letter | Voice / Data and Electric Wiring for Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 1998 | Warranty Checklist | List of Contractors / Sub-Contractors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 8/27/1998 | Asbestos Abatement Project Report | Asbestos Sampling Results Summary (8/17/98 - 8/24/98) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 8/27/1998 | Asbestos Abatement Project Report | Air Monitoring Results Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 8/27/1998 | Asbestos Abatement Project Report | Analytical Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11064 | IA | 8/27/1998 | Asbestos Abatement Project Report | Remaining Asbestos-Containing Materials (ACM) Print - Building Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |