# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11066 | IL | 9/25/1970 | Asbestos-Spray Contractors, Inc. | Job Listings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/12/1987 | Letter with Attachments | Bulk Sampling Results for Kitchen | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/12/1987 | Letter with Attachments | Sample Location Layout | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/12/1987 | Letter with Attachments | Bulk Sampling Field Data Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Asbestos Policy | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Responsibilities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Purpose | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Scope | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Annual Inspection, Repair & Clean-Up of Asbestos-Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Repair/Clean-Up as Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Personal Protective Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | General Conditions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Respirator Selection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Maintenance & Repair | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Cleaning & Disinfecting | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Fit Testing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Documentation/Recordkeeping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Maintenance/Repair Procedures for Asbestos-Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | General | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Method of Recognition | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Equipment/Supplies Kit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Pre-Work Steps | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Pipe, Duct & Fan/Tank Insulation Repair/Sealing Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Repair Techniques for Small Damaged Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Asbestos Fan/Duct Isolator Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Sprayed-On or Trowelled-On | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Acoustical/Fireproofing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Asbestos Cement Wallboard & Vinyl Asbestos Tile Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Disposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Reporting/Recordkeeping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Employee Training/Education Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Program Specification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Frequency | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Attendance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Documentation & Recordkeeping | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Subject Matter to be Covered | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Medical Surveillance Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | General Sample Locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Number of Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Required Equipment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Volume/Flowrates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Equipment Calibration | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Laboratory Selection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Sample Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Appendix | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | 29 CFR 1910.1001 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | 29 CFR 1910.134 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | NIOSH 7400 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/21/1989 | Operations & Maintenance Program | Instructions for Sampling Airborne Fibers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 6/19/2000 | Invoice | Ceiling Tile Vacuuming (3rd & 4th Floors) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 6/19/2000 | Waiver of Lien | Pepper Environmental Technologies, Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 7/24/2000 | Letter with Attachments | Final Waiver of Lien | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/22 - 25/2000 | Final Air Monitoring Report | Nurse Station Renovation 3rd & 4th Floors | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11066 | IL | 5/22 - 25/2000 | Final Air Monitoring Report | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/22 - 25/2000 | Final Air Monitoring Report | Summary of Findings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/22 - 25/2000 | Final Air Monitoring Report | Observations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/22 - 25/2000 | Final Air Monitoring Report | Forms-Attachments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/22 - 25/2000 | Final Air Monitoring Report | Quality Assurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 6/2/2000 | Fax Transmittal with Attachment | Owner Contract - Project work for 3rd & 4th Floors Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/15/2000 | Exhibit A | Work Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/15/2000 | Exhibit A | Air Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/25/2000 | Fax Transmittal with Attachment | Air Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/10/2000 | Letter | Outline of work to be preformed by Pepper Environmental Technologies, Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | I. Scope of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | II. Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | A. Pre-Job Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | B. Post-Job Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | III. Worker Protection | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | IV. Utilities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | A. Electrical | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | B. Water | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | V. Work Area Preparation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | A. General | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | B. PPE & Safety | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | C. Ceiling Tile Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | B. Visual Observations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | C. Phase Contrast Microscopy (PCM) Air Clearance Testing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | VII. Disposal of Asbestos-Containing Waste Material | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | A. Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | No Date | Project Manual for Removal of Ceiling Tiles | B. Execution | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 4/27/2000 | Letter | Proposal for Vacuuming Asbestos from Ceiling Tiles 3rd & 4th Floors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 3/24/2000 | Invoice | Solarium Abatement Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 3/24/2000 | Invoice | Nurses Station Renovations Floors 3 & 4 Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 3/24/2000 | Invoice | Coil Removal Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 4/11/2000 | Fax Transmittal with Attachment | Final Waiver of Lien for Nurses Station Remodel on Floors 3 & 4 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/6 - 10/1999 | Reports | Daily Employee Report Logs, PCM Analysis Requests, Phase Contrast Microscopy Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Sampling Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Light Microscopy | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Project Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | General Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Air Sampling Summary | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Conclusion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Air Sampling Results Table | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Appendix A - Daily Project Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Appendix B - Air Sample Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/13/1992 | Air Monitoring/Project Management Report | Certification & Licensing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1998 | Palos Community Hospital Job # 980963 Index | Invoices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1998 | Palos Community Hospital Job # 980963 Index | Proposal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1998 | Palos Community Hospital Job # 980963 Index | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1998 | Palos Community Hospital Job # 980963 Index | License / Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1998 | Palos Community Hospital Job # 980963 Index | Daily Logs & Sign-In Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1998 | Palos Community Hospital Job # 980963 Index | Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1998 | Palos Community Hospital Job # 980963 Index | Waste Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1998 | Palos Community Hospital Job # 980963 Index | Workers Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/24/1995 | Letter with Attachments | Laboratory Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/24/1995 | Letter with Attachments | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/24/1995 | Letter with Attachments | Purchase Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 11/19/1996 | Letter with Attachments | Laboratory Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 11/19/1996 | Letter with Attachments | Air Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/17/1996 | Reports | ACM Bulk Sample Forms | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11066 | IL | 3/7/1997 | Reports | ACM Bulk Sample Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 4/16/1997 | Letter with Attachments | Laboratory Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 4/16/1997 | Letter with Attachments | Air Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 8/19/1997 | Reports | Polarized Light Microscopy Results - South Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 4/18 - 9/4/1997 | Reports | ACM Bulk Sample Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/24/1999 | Reports | Waste Shipment Record | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1999 / 2004 | Reports | Polarized Light Microscopy Results and ACM Bulk Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/13/1997 | Purchase Order | Building Inspector / Course | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/16/1997 | Purchase Order | Asbestos Refresher Course | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/9/1998 | Purchase Order | Registration, ACM Inspector Class | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 4/24/1998 | Purchase Order | Registration, Abatement Work Class | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/30/1998 | Purchase Order | Education, Abatement Worker Training & Refresher | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/2/2000 | Purchase Order | Course, Abatement Worker Refresher, Asbestos Building Inspection & Asbestos Abatement Worker | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/14/2001 | Purchase Order | Course, Abatement Worker Refresher | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/14/2001 | Purchase Order | Building Inspector / Course Refresher | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 7/31/2001 | Purchase Order | Course, Abatement Worker Refresher | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/24/2002 | Purchase Order | Course, Asbestos Inspector Refresher | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/30/2002 | Purchase Order | Course, Abatement Worker Refresher | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 9/11/2002 | Purchase Order | Course, Abatement Worker | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 9/23/2002 | Purchase Order | Course, Abatement Worker | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11066 | IL | 6/26/2003 | Purchase Order | Course, Abatement Worker Refresher | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 9/25/2003 | Purchase Order | Building Inspector / Course Refresher | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 8/26/2004 | Purchase Order | Courses, Building Inspector Refresher & Asbestos Abatement Worker Refresher | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 3/6/2001 | Purchase Order | Training, Asbestos Awareness | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 11/6/2001 | Purchase Order | ACM Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/2005 | CAD Drawing | Palos Community Hospital - Ground Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 5/1998 | CAD Drawing | Palos Community Hospital - First Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/2005 | CAD Drawing | Palos Community Hospital - Second Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/2005 | CAD Drawing | Palos Community Hospital - Third Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/2005 | CAD Drawing | Palos Community Hospital - Fourth Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 2/2005 | CAD Drawing | Palos Community Hospital - Fifth Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1999 - 2004 | Access Reports | Vendor: Asbestos Control, Inc. - Various entries for various jobs with Purchase Order Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/7/2004 | Purchase Order | ACM Removal, Demolition, Fireproofing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1999 - 2003 | Access Reports | Vendor: Premier Companies - Various entries for various jobs with Purchase Order Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1999 - 2000 | Access Reports | Vendor: Premier Companies - Various entries for various jobs with Purchase Order Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 11/13/1989 | Gabriel Laboratories, LTD | Air Sampling Data | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 9/8/1995 | Letter with Attachments | Notification of Demolition and Renovation for Asbestos Abatement Projects | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 11/29/1995 | Letter | Asbestos Abatement Notice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 10/3/1996 | Reports | Waste Shipment Records | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11066 | IL | 7/12/2001 | Letter of Transmittal with Attachment | Invoices, Work Authorizations, Daily Construction Log, Work Site Entry/Exit Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 7/23/2002 | Reports | Asbestos Records - Bulk Sample & Survey Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 8/2/2002 | Reports | Air Monitoring Results, Air Monitoring Costs, Bulk Sample Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 11/13/2002 | Report | Asbestos Abatement Project Documentation - 4th Floor Pediatric Nurses Station | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 4/5/2004 | Reports | Invoices, Purchase Orders, Work Site Entry/Exit Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 12/11/2002 | Reports | Bulk Sample Analysis Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 4/16/2002 | Reports | Asbestos Inspection - Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/19/2005 | Letter / Report with Analysis | 1st Floor Radiology - Oversight, Monitoring & Testing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/19/2005 | Letter / Report with Analysis | Lead Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/19/2005 | Letter / Report with Analysis | Asbestos Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/19/2005 | Letter / Report with Analysis | Asbestos Air Sampling Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/19/2005 | Letter / Report with Analysis | IFE&S Submittals | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/3/2005 | Letter with Attached Close-Out Documents 240's Wing South Sprinkler System | Report Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/3/2005 | Letter with Attached Close-Out Documents 240's Wing South Sprinkler System | Notification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/3/2005 | Letter with Attached Close-Out Documents 240's Wing South Sprinkler System | Certificate of Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/3/2005 | Letter with Attached Close-Out Documents 240's Wing South Sprinkler System | Consultants License and Daily Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 1/3/2005 | Letter with Attached Close-Out Documents 240's Wing South Sprinkler System | Abatement Contractor's License(s) | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11066 | IL | 1/3/2005 | Letter with Attached Close-Out Documents 240's Wing South Sprinkler System | Asbestos Sampling Information (Bulk & air) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11066 | IL | 4/22/2005 | S&R Form | Signed Document by Building Owner that all Documents have been submitted to S&R for WRG Proof of Claim | 100 Oak Street Hampton, SC | Speights & Runyan |