# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11386 | CA | 5/14/1964 | Mono Kote Job List | Mono-Kote Jobsite Listings Included Architect & Contractor | 100 Oak Street Hampton, SC | Speights & Runyan |