# Exhibit 1

| 11323 | CN | 11/12/04 | Notes | Handwritten notes by A. Hartholt of Pinchin Evironmental re: affected areas of texture coat | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11323 | CN | Undated | Drawings | Floor plans of Pauline Johnson School indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11323 | CN | 11/22/89 | Report | Asbestos Inventory of Scott Park School prepared by The Proctor and Redfern G roup (includes bulk sample analysis) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11323 | CN | 2/25/91 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11323 | CN | 8/6/92 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11323 | CN | 3/23/93 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11323 | CN | 7/20/95 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11323 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11323 | CN | 5/14/65 | Specs (attached to claim form) | Cover page of specifications for Scott Park Secondary | 100 Oak Street Hampton, SC | Speights & Runyan |