# Exhibit 1

| 11322 | CN | 11/23/04 | Notes | Handwritten notes by A. Hartholt of Pinchin Evironmental re: affected areas of texture coat | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11322 | CN | Undated | Drawings | Floor plans of Sherwood Secondary School indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 11/27/89 | Report | Asbestos Products Survey - Room by Room Observations - Sherwood Secondary School by Pinchin | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 11/29/89 | Report | Bulk Sample Analysis by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 5/12/93 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 9/21/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 2/28/95 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 6/19/95 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 2/12/96 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 3/4/96 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 12/19/96 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 2/2/98 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 8/11/00 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 3/29/01 | Report | Bulk Sample Analysis by Fine Analysis Laboratories Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 5/14/01 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | 3/26/2003 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental to Hamilton-Wentworth District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11322 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age | 100 Oak Street Hampton, SC | Speights & Runyan |