# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11177 | OH | 9/12/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |