# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11240 | OR | 1972-1973 | Notes | Handwritten notes referencing jobsite (7 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11240 | OR | 12/28/197 | Invoice | Invoice showing sale of Monokote for jobsite (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |