# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11235 | WA | 3/27/1972 | Letter | Letter from Zonolite re jobsite (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11235 | WA | 9/1/1970 | Report | Research report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11235 | WA | 11/4/1999 | Notice of Intent | NESHAP Information for Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11235 | WA | 4/5/1999 | Notice of Intent | NESHAP Information for Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11235 | WA | 10/29/1998 | Notice of Intent | NESHAP Information for Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11235 | WA | 10/12/1998 | Notice of Intent | NESHAP Information for Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11235 | WA | 2/4/2000 | Notice of Intent | NESHAP Information for Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |