# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11179 | OH | 4/26/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 5/27/1968 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | I. Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | II. Designated Person | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | III. Conflict of Interest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | IV. Operation & Mainteance Plan | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | V. Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | VI. Recordkeeping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | VII. Labeling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | VIII. Ohio Savings Plaza - Inventory of Homogeneous Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | IX. Response Recommendations - Quantification of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | X. Cost Estimates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XI. Park Plaza - Inventory of Homogeneous Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XII. Response Recommendations - Quantification of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XIII. Cost Estimates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XIV. Sample Locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XV. Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XVI. Photograph Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XVII. Photographs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XVIII. Lab Analysis Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XIX. Air Sampling Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 11/9 - 12/12/89 | Asbestos Management Plan | XX. Previous Abatement Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 1971 - 1991 | Building Documentation | ACM Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11179 | OH | 1971 - 1991 | Building Documentation | Bulk Analysis Reports and Sampling, | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 1971 - 1991 | Building Documentation | Air Monitoring Repots and Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 1971 - 1991 | Building Documentation | Employee Certification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 1971 - 1991 | Building Documentation | Employee Medical Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 1971 - 1991 | Building Documentation | Employee Time Sheets | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 1971 - 1991 | Building Documentation | Ohio EPA Filed Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11179 | OH | 1971 - 1991 | Building Documentation | Daily Site Reports | 100 Oak Street Hampton, SC | Speights & Runyan |