# Exhibit 1

45

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11234 | IL | 2/15/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11234 | IL | 3/28/2003 | S&R Document | Building Questionnaire | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11234 | IL | 9/25/1970 | Letter | Monokote Jobs under Contract | 100 Oak Street Hampton, SC | Speights & Runyan |