# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11183 | CA | 7/7/1970 | Letter | W.R. Grace & Company - Zonolite Division - Background Information on "Stop Orders" | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11183 | CA | 6/11/1970 | Division of Industrial Safety | Notice to Employer to Remedy Unsafe Conditions of Place of Employment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11183 | CA | 6/8/1970 | Intercommunication / Memo | Safety Standards to be Applied in Asbestos Spray Operations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11183 | CA | 6/11/1970 | Division of Industrial Safety | Notice to Employer to Remedy Unsafe Conditions of Place of Employment - Detailed | 100 Oak Street Hampton, SC | Speights & Runyan |