# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11232 | CA | 1/4/1973 | Job Listing | Job Listing referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |