# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11231 | CA | 12/1967 | Plastering Industries Brochure | Article on Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11231 | CA | 3/1968 | California Plasterer Brochure | Article on Building | 100 Oak Street Hampton, SC | Speights & Runyan |