# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 11230 | CA | 3/1/1973 | S&R Jobsite JS36 | Mono-Kote Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11230 | CA | 3/3/1972 | S&R Jobsite JS26 | Mono-Kote Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |