# Exhibit 1

| 12317 | CN | Undated | Brochure (attached to claim form) | Toronto District School Board Brochure re: Withrow Avenue Junior Public School - proof of construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12317 | CN | 3/26/03 | Letter/Report (attached to claim form) | Letter/Report from Pinchin Environmental to Toronto District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12317 | CN | 1981 | Report | Survey of Withrow Avenue Junior Public School by Trevor Harris & Associated Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12317 | CN | 1981 | Report | The Toronto Board of Education - Withrow Avenue Junior Public School - Asbestos Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12317 | CN | 9/6/91 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b3311 - 1991 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12317 | CN | 8/19/92 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b4276 - 1992 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12317 | CN | 3/12/92 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # 3794-1992 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |