# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11229 | CA | 3/4/1972 | S&R Jobsite JS27 | Mono-Kote Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11229 | CA | 3/1/1972 | S&R Jobsite JS36 | Mono-Kote Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |