# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11225 | CA | No Date | S&R Jobsite JS39 | Mono-Kote Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11225 | CA | 3/7/1972 | S&R Jobsite JS28 | Mono-Kote Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |