# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11173 | NC | 10/17/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 9/26/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 10/14/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 9/12/1969 | Customer Order | 350 Bags Zonelite Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 2004 - 2005 | NC State NESHAP Documents | ACM Abatement Permit Number & NESHAP Number | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 2004 - 2005 | NC State NESHAP Documents | Building Location & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 2004 - 2005 | NC State NESHAP Documents | ACM Location | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 2004 - 2005 | NC State NESHAP Documents | Building Square Feet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 2004 - 2005 | NC State NESHAP Documents | Name, Address, Contact & Contact Number for All Parties Involved with ACM Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 2004 - 2005 | NC State NESHAP Documents | Abatement Start & Completed Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11173 | NC | 2004 - 2005 | NC State NESHAP Documents | Amounts of ACM Abated from Building | 100 Oak Street Hampton, SC | Speights & Runyan |