# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11145 | CT | 7/27/1971 | Letter/Memo | Eastern Region Monthly Report - June 1971 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11145 | CT | 7/7/1971 | Zonolite Sales | Report & Forecast | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11145 | CT | 7/16/1971 | Desk Memo | Do not take any more order for Zonolite by name | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11145 | CT | 7/7/1971 | Letter/Memo with Attachment | Roof Deck Joblist | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11145 | CT | 6/28/1971 | Letter/Memo | J.B. Eurell Company Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11145 | CT | 6/28/1971 | Letter/Memo | Zonolite Price Protection List | 100 Oak Street Hampton, SC | Speights & Runyan |