# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11137 | OR | 11/19/1970 | Memo | memo referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11137 | OR | 11/19/1970 | Report | Study report (7 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |