# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11130 | CA | 7/1971 | Brochure - Ad | W.R. Grace & Company - Zonolite Ad | 100 Oak Street Hampton, SC | Speights & Runyan |