# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11127 | CO | 5/23/1973 | Report | Internal report referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11127 | CO | 6/6/1973 | Report | Internal report referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11127 | CO | Undated | Trade information | Ad featuring jobsite (22 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11127 | CO | 8/15/2001 - 9/15/2001 | Colorado State Neshap Documents | Asbestos Removal Permit | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11127 | CO | 8/15/2001 - 9/15/2001 | Colorado State Neshap Documents | Contractor Name | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11127 | CO | 8/15/2001 - 9/15/2001 | Colorado State Neshap Documents | Beginning / Ending Actual Work Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11127 | CO | 8/15/2001 - 9/15/2001 | Colorado State Neshap Documents | Building Name & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11127 | CO | 8/15/2001 - 9/15/2001 | Colorado State Neshap Documents | Actual Square Feet of ACM Removal | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11127 | CO | 8/15/2001 - 9/15/2001 | Colorado State Neshap Documents | Landfill Name | 100 Oak Street Hampton, SC | Speights & Runyan |