43

# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11125 (11151 Dupl.) | IA | 12/24/1970 | WR Grace Document | Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |