41

# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11124 | WI | 10/27/1966 | Memo | Memo referencing jobsite (12 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11124 | WI | 10/4/1966 | Letter | Letter referencing jobsite (6 pgs) | 100 Oak Street Hampton, SC | Speights & Runyan |