# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11123 | WA | 10/25/1968 | Letter | Injurious Effects of All Fireproofing Within the Referenced Building | 100 Oak Street Hampton, SC | Speights & Runyan |