# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11122 | PA | 3/12/1971 | Invoice | Invoice showing sale of Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |