# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 11120 | IA | 4/7/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11120 | IA | 4/13/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11120 | IA | 4/7/1971 | Cagle, Inc. | Purchase Order for Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |