# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11119 | KS | 4/12/1968 | Letter | Internal letter referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |