# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11117 | CA | 8/1968 | Brochure | Article on Building | 100 Oak Street Hampton, SC | Speights & Runyan |