# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11112 | AL | 6/18/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11112 | AL | 4/19/2005 | Letter with Attachments | NESHAP Informtion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11112 | AL | 4/19/2005 | Letter with Attachments | Records of Work Performed at Jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |