# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11111 | AL | 6/23/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11111 | AL | 10/28/2004 | S&R Doc. | Building Questionnaire | 100 Oak Street Hampton, SC | Speights & Runyan |