# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11104 | IL | 9/25/1970 | Letter | Listing of Jobs Under Contract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11104 | IL | 4/1/2003 | S&R Document | Building Questionnaire | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11104 | IL | 1/16/2004 | S&R Doc. E-Mail | Square Footage | 100 Oak Street Hampton, SC | Speights & Runyan |