# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11092 | CT | 6/16/1972 | Letter/Memo | Monokote Price Protection for Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |