# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11080 | CA | 9/1971 | Zonolite Division Brochure | Article (Ad) on Building | 100 Oak Street Hampton, SC | Speights & Runyan |

44