# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11705 | WV | 10/7/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11705 | WV | 8/25/1969 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11705 | WV | Undated | Note | Handwritten note referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11705 | WV | Undated | Advertisement | Advertisement featuring jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11705 | WV | 9/12/1969 | Note | Handwritten note referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |