# Exhibit 1

| 11682 | CN | 11/22-23/04 | Notes | Handwritten notes by A. Hartholt of Pinchin Evironmental re: affected areas of texture coat | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11682 | CN | Undated | Drawings | Floor plans of Sir John A. McDonald Secondary School indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 10/29/89 | Report | Asbestos Products Survey - Room by Room Observations - Sir John A. McDonald Secondary School by Pinchin | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 10/24/89 | Report | Bulk Sample Analysis by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 12/14/90 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 4/10/92 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 11/30/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 5/3/95 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 2/11/97 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 6/29/01 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 7/26/01 | Report | Bulk Sample Analysis by Fine Analysis Laboratories Ltd. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | Unreadable | Specs (attached to claim form) | Cover page of lanscaping & planting layout for Sir John A. MacDonald Secondary School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11682 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental to Hamilton-Wentworth District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |