# Exhibit 1

| 11681 | CN | 11/12/04 | Notes | Handwritten notes by A. Hartholt of Pinchin Evironmental re: affected areas of texture coat | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | Undated | Drawings | Floor plans of Sir Allan MacNab Secondary School indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | 10/29/89 | Report | Asbestos Products Survey - Room by Room Observations - Sir Allan MacNab Secondary School by Pinchin | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | 8/23/89 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | 9/6/89 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | 9/12/89 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | 10/31/89 | Report | Bulk Sample Analysis by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | 9/28/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | 12/20/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | 3/26/99 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | 3/26/2003 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental to Hamilton-Wentworth District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11681 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age | 100 Oak Street Hampton, SC | Speights & Runyan |