# Exhibit 1

| 11680 | CN | 11/12/04 | Notes | Handwritten notes by A. Hartholt of Pinchin Evironmental re: affected areas of texture coat | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11680 | CN | Undated | Drawing | Floor plan of Sherwood Heights School indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | 3/15/90 | Report | Asbestos Products Survey - Room by Room Observations - Sherwood Heights School by Pinchin | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | 3/23/90 | Report | Bulk Sample Analysis by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | 4/8/91 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | 5/10/91 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | 5/13/91 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | 6/21/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | 7/24/91 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | 10/11/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental to Hamilton-Wentworth District School Board re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11680 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age | 100 Oak Street Hampton, SC | Speights & Runyan |