# Exhibit 1

| 11678 | CN | 11/23/04 | Notes | Handwritten notes by A. Hartholt of Pinchin Evironmental re: affected areas of texture coat | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11678 | CN | Undated | Drawings | Floor plans of Pauline Johnson School indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | 2/17/90 | Report | Asbestos Products Survey - Room by Room Observations - Pauline Johnson School by Pinchin | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | 2/21/90 | Report | Bulk Sample Analysis by Pinchin & Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | 6/20/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | 8/26/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | 9/12/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | 11'8/94 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | 6/10/98 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | 6/2/00 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11678 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |