# Exhibit 1

| 11677 | CN | 11/23/04 | Notes | Handwritten notes by A. Hartholt of Pinchin Evironmental re: affected areas of texture coat | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11677 | CN | Undated | Drawings | Floor plans of Parkdale indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11677 | CN | 2/19/90 | Report | Bulk Sample Analysis by Chatfield Technical Consulting Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11677 | CN | 1/8/01 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11677 | CN | 5'25/04 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11677 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |