# Exhibit 1

45

| 11676 | CN | 11/23/2004 | Notes | Handwritten notes by A. Hartholt of Pinchin Evironmental re: affected areas of texture coat | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11676 | CN | Undated | Drawings | Floor plans of Mt. Hope indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11676 | CN | 1/3/92 | Report | PLM Results by Chopra-Lee Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11676 | CN | 11/3/1998 | Report | Bulk Sample Analysis by Chopra-Lee Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11676 | CN | 8/2798 | Report | Bulk Sample Analysis by McMaster University Lab | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11676 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |