42

# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11259 | OR | 1972-1973 | Notes | Handwritten notes referencing jobsite (6 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |