# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11251 | AZ | 6/23/1967 | Memorandum | W.R. Grace & Company MK Sales for the year | 100 Oak Street Hampton, SC | Speights & Runyan |