# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11249 | IA | No Date | Grace Truck Loading Report | Monokote Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 10/5/1970 | Customer Order Form | Monokote Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 4/13/1970 | Grace Truck Loading Report | Monokote Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 4/13/1970 | Customer Order Form | Monokote Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 4/14/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 3/4/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 4/14/1970 | Grace Truck Loading Report | Monokote Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 4/15/1970 | Customer Order Form | Monokote Product | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 4/20/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 4/23/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 4/10/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 4/15/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11249 | IA | 3/5/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |