# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11201 | PA | 5/20 1970 | Letter | Letter referencing jobsite (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11201 | PA | 5/1/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11201 | PA | 5/22/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11201 | PA | 6/22/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11201 | PA | 6/22/1970 | Shipping Ticket | Shipping ticket showing delivery of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |