# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11248 | NE | 3/21/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11248 | NE | 5/13/1987 | NESHAP Documents | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11248 | NE | 3/17/1986 | NESHAP Documents | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11248 | NE | 4/24/1985 | NESHAP Documents | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |