# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11185 | OK | Undated | Advertisement | Advertisement featuring jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11185 | OK | 11/4/1994 | Oklahoma State NESHAP Documents | State of Oklahoma Department of Labor ACM Inspector Review | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11185 | OK | 11/7/1994 | Oklahoma State NESHAP Documents | State of Oklahoma Department of Labor Invoice | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11185 | OK | 8/20/1994 - 8/22/1994 | Oklahoma State NESHAP Documents | Quarry Landfill Manifest | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11185 | OK | 1/23/1994 | Oklahoma State NESHAP Documents | Asbestos Division - Consultation / Incident Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11185 | OK | 1/22/1994 | Oklahoma State NESHAP Documents | State of Oklahoma Department of Labor Abatement Prepartation Inspection Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11185 | OK | 1/22/1994 | Oklahoma State NESHAP Documents | Asbestos Division - Consultation / Incident Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11185 | OK | 2/24/1994 | Oklahoma State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11185 | OK | 2/14/1994 | Oklahoma State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11185 | OK | 2/17/1994 | Oklahoma State NESHAP Documents | Letter | 100 Oak Street Hampton, SC | Speights & Runyan |