# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11244 | AR | 3/30/1971 | Letter with Attachment | Monokote Orders Pending | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/30/1971 | Letter with Attachment | Monokote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 5/10/1971 | Letter | Job Scheduled to Start June 1, 1971 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | No Date | S&R Doc. - AR 88 | Draft Letter | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 9/17/1971 | Letter with Attachments | Mono-Kote Problems | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 9/17/1971 | Letter with Attachments | 9/14/1971 Letter from Rhea Taylor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 9/17/1971 | Letter with Attachments | 9/16/1971 Letter from Rhea Taylor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/27/1971 | Statement | Downtime | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 9/3/1971 | Letter | Fireproofing Problems | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 5/30/1972 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/4/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/5/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/10/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/1/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/12/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/12/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/16/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/16/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 9/8/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/19/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/20/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/23/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/21/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11244 | AR | 8/25/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/26/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 8/30/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 9/13/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 9/17/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 10/28/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 11/4/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 12/16/1971 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 2/11/1972 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 1/14/1972 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 5/11/1972 | Invoice | W.R. Grace & Company (Monokote) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Arkansas Department of Environmental Quality - Asbestos Notice of Intent | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Abatement Start / End Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Contractor / Consultant Name, Address & Contact Person | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Facility Owner Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Name of Structure(s) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Project Designer Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Inspector Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Air Monitor Contractor Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Amount & Type of ACM to be Abated | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Description of Planned Demolition or Renovation Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Waste Transporter Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Waste Disposal Site Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11244 | AR | 3/10/2003 | Arkansas State NESHAP Documents | Asbestos Priority Rating Form | 100 Oak Street Hampton, SC | Speights & Runyan |