# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11242 | PA | Undated | Job Listings | Job listings referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |