# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11170 | NE | 10/27/1966 | Inter-Office Memo with Attachments | MK Jobs List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11170 | NE | 10/27/1966 | Inter-Office Memo with Attachments | 1961 Monokote Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11170 | NE | 10/4/1966 | Letter with Attachments | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11170 | NE | 10/4/1966 | Letter with Attachments | Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11170 | NE | 10/4/1966 | Letter with Attachments | Job List - Vermiculite Acoustical Plastic Direct-To-Steel Buildings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11170 | NE | 7/30/1987 | NESHAP Information | Asbestos Abatement, Waste Manifest, etc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11170 | NE | 12/22/1986 | NESHAP Information | Asbestos Abatement, Waste Manifest, etc. | 100 Oak Street Hampton, SC | Speights & Runyan |