# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11217 | OR | 5/11/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11217 | OR | Undated | Notes | Notes/joblisting referencing jobsite (9 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |