# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11210 | LA | No Date | Brochure | Jobsite List by State | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11210 | LA | No Date | Mono-Kote Jobs | State Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |