# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11140 | OK | Undated | Advertisement | Ad featuring jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |