# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11208 | LA | 3/30/1971 | Zonolite Construction Division Message with Attachment | Up to Date List of MK Orders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11208 | LA | 3/30/1971 | Zonolite Construction Division Message with Attachment | Mono-Kote Orders 1971 | 100 Oak Street Hampton, SC | Speights & Runyan |