# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11207 | LA | 10/4/1966 | Letter with Attachment | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11207 | LA | 10/4/1966 | Letter with Attachment | Distribution List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11207 | LA | 10/4/1966 | Letter with Attachment | Mono-Kote Job List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11207 | LA | 1968 | Zonolite Spray-On Fireproofing Brochure | Article (Ad) regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11207 | LA | No Date | Brochure | State Jobsite List | 100 Oak Street Hampton, SC | Speights & Runyan |