# Exhibit 1

45

| 12300 | CN | 3/18/03 | Letter (attached to claim form) | Letter from Fraser Health Authority to Speights and Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |