# Exhibit 1

| 12328 | CN | 2/27/90 | Report | Bulk sample analysis by Pinchin & Associates - Project 1552 - Lab Reference # b0960-1990 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 4/10/92 | Report | Bulk sample analysis by Pinchin & Associates - Project R2554 - Lab Reference # b3892-1992 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 8/22/94 | Report | Bulk sample analysis by Pinchin Environmental - Project 5670 - Lab Reference # b7188-1994 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 10/24/94 | Report | Bulk sample analysis by Pinchin Environmental - Project 5670 - Lab Reference # b7393-1994 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/27/03 | Report | Bulk sample analysis by Pinchin Environmental - Project 22092 - Lab Reference # b24483-2003 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/30/03 | Report | Bulk sample analysis by Pinchin Environmental - Project 22092 - Lab Reference # b24520-2003 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 9/16/03 | Letter/Report | Letter/Report from Pinchin Environmental to Ryerson University re: Kerr Hall - Room W177 - Air Monitoring - Pinchin Project No. 23285 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 4/00/91 | Report | Asbestos Removal - Lower Gymnasium and Theatre Arts Workshop - Ryerson Polytechnical Institute - Pinchin Project No. 2771 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | Undated | Report | Asbestos Removal - Project No. 2771 - Instructions to Bidders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 9/7/94 | Change Request | Proposed changes by Pinchin & Associates to abatement project at Ryerson Polytechnical University re: Alterations to 3rd Floor, South Kerr Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | Undated | Chart (attached to claim form) | Ryerson Polytechnic University Building List - proof of age | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 9/7/94 | Report | Pinchin Environmental Procudres for Type 2 Mech. & Elec. Work - Ryerson University - Alterations to 3rd Floor South Kerr Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 9/7/94 | Report | Pinchin Environmental Scope of Work - Type 2 Asbestos Abatement Contractor - Ryerson University - Alterations to 3rd Floor South Kerr Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 7/00/03 | Report | Hazardous Building Materials Report for Kerr Hall, Ryerson University | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | Undated | Chart | List of buildings with age, square feet | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12328 | CN | 10/2/89 | Letter | Letter from Pinchin & Associates to Ryerson re: Ceiling Containment Upper Gymnasium | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12328 | CN | 10/18/89 | Letter | Letter from Pinchin & Associates to Ryerson summarizing tenders to Ceiling Containment Project - Upper Gymnasium - Kerr Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 4/25/91 | Report | Addendum No. 1 by Pinchin & Associates to contract documents re: asbestos removal - Ryerson - Lower Gym and Theatre Arts Workshop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/2/91 | Minutes | Minutes of Meeting No. 1 at Ryerson Polytechnical Institute re: Asbestos Removal - Lower Gym and Theatre Arts Workshop | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 6/14/91 | Letter | Letter from Pinchin & Associates to Biggs and Narcisco Construction re: Asbestos Removal - Gym and Theatre Arts Workshop - Project # 2772 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 7/2/91 | Letter | Letter from Pinchin & Associates to Ryerson Polytechnical re: Asbestos Removal - Kerr Hall Lower Gym and Theatre Arts Workshop - Project # 2772 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 7/22/91 | Letter | Letter from Pinchin & Associates to Ryerson Polytechnical re: Roof Repairs - Kerr Hall - Project # 2554 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/4/92 | Letter | Letter from Pinchin & Associates to Ryerson Polytechnical re: Dust Sampling - Howard Kerr Hall - Room E132 - Project # 2554 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/5/92 | Letter | Letter from Pinchin & Associates to Ryerson Polytechnical re: Asbestos Inspection - Howard Kerr Hall - Room N-4 - Project # 2554 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/2/94 | Letter | Letter from Pinchin Environmental to Ryerson Polytechnical re: Asbestos Removal - Various Areas - Howard Kerr Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 6/22/94 | Letter | Letter from Pinchin Envrironmental to Ryerson Polytechnical re: Asbestos Removal Third Floor - South Kerr Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 6/22/94 | Letter | Letter from Pinchin Environmental to Ryerson Polytechnical re: Asbestos Removal - Various Areas - Howard Kerr Hall | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 10/21/94 | Letter | Letter from Pinchin Environmental to Ryerson Polytechnical re: Asbestos Removal - N107 & N107a - Howard Kerr Hall | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12328 | CN | 1/31/01 | Letter/Report | Letter/Report from Pinchin Environmental to Ryerson University re: Budget Fees for Asbestos Consulting Services Ryerson University Campus - Pinchin Project R15416 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/8/03 | Letter | Leter from Pinchin Environmental to Kongats Architects re: Fee Proposal for Consulting Services at Kerr Hall Ryerson - File No. 22092 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/28/03 | Letter | Letter from Pinchin Environmental to Ryerson University re: Letter of Findings - Kerr Hall, Ryerson University - Room W-177A - Pinchin File 22092 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 6/3/03 | Letter | Letter from Pinchin Environmental to Ryerson University re: Letter of Findings - Kerr Hall, Ryerson University - Room W-177A - Pinchin File 22092 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 6/4/03 | Memo | Memo from Tim Lee of Kongats Architects to Jule Mycan re: Ryerson University - Kerr Hall - W-177 Classroom/Existing Server Room | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 6/17/03 | Letter | Letter from Pinchin Environmental to Ryerson University re: Letter of Findings - Kerr Hall, Ryerson University - Room W-177A REVISED- Pinchin File 22092 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 6/00/03 | Drawings | Floor Plans - Ryerson Kerr Hall, Toronto, Ontario | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 6/28/90 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Kerr Hall Mechanical Room -- $645.00 -- consulting, inspection and air monitoring services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 12/10/90 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Room 277, inspection and air monitoring services - $1,054.60 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 11/26/90 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Asbsetos Removal, Room 277, etc. - $4,040.85 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 2/28/91 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Kerr Hall , Texture Coat Removal - $749.00 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/30/91 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Asbestos Removal - Kerr Hall - Lower Gym & Theatre Arts Workshop - $4,750.80 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 6/30/91 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Kerr Hall, Texture Coat Removal - $417.30 | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12328 | CN | 6/30/91 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Asbestos Removal - Kerr Hall - Lower Gym & Theatre Arts Workshop - $7,554.81 | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 12328 | CN | 8/30/91 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Asbestos Removal - Gym & Theatre Arts - Kerr Hall - $1,540.80 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 8/30/91 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Kerr Hall, Texture Coat Removal - $2,109.09 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 5/29/92 | Invoice | Invoice from Pinchin & Associates to Ryerson re: Howard Kerr Hall, Room E-132 and Room N-4 - inspection & consulting services - $838.77 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 7/29/94 | Invoice | Invoice from Pinchin Environmental to Ryerson re: Consulting & Inspections, Howard Kerr Hall - $2,573.34 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 9/30/94 | Invoice | Invoice from Pinchin Environmental to Ryerson re: Asbestos Inspection at Kerr Hall - $2,052.14 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 10/31/94 | Invoice | Invoice from Pinchin Environmental to Ryerson re: Asbestos Inspection at Kerr Hall - $3,060.62 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 11/28/94 | Invoice | Invoice from Pinchin Environmental to Ryerson re: Asbesetos Inspection - $608.39 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 9/12/03 | Invoice | Invoice from Pinchin Environmental to Ryerson re: Consulting Services, Asbestos Survey and Specifications at Kerr Hall - $3,197.16 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12328 | CN | 11/24/03 | Invoice | Invoice from Pinchin Environmental to Ryerson re: Air Sampling and Analysis, Kerr Hall - $433.70 | 100 Oak Street Hampton, SC | Speights & Runyan |