# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 6880 (11102 Dupl.) | NY | 12/29/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6880 (11102 Dupl.) | NY | 2/2/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6880 (11102 Dupl.) | NY | 4/19/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6880 (11102 Dupl.) | NY | 5/28/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6880 (11102 Dupl.) | NY | 6/19/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6880 (11102 Dupl.) | NY | 7/6/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6880 (11102 Dupl.) | NY | 8/1/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6880 (11102 Dupl.) | NY | 12/29/1970 | Truck Loading Report | Shipment for Product Delivery | 100 Oak Street Hampton, SC | Speights & Runyan |