Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description |
|---|---|---|---|---|
| **Building Name:** | | | Olympus 555 Properties LLC, Huntington, NY | |
| 9684 | NY | 3/19/2003 | Letter | Letter to Grace claims agent outlining documentation and costs associated with claim (2 pgs.) |
| 9684 | NY | 3/23/2003 | Proposal | Proposal to abate asbestos in building from VRC Corporation (2 pgs.) |
| 9684 | NY | 3/24/2003 | Proposal | Proposal to abate asbestos in building from Tech Constr. Corp. (2 pgs.) |
| 9684 | NY | 3/30/2003 | Confirmation | Delivery confirmation of of package to Rust Cons. |
| 9684 | NY | 5/13/1996 | Assessment | Environmental assessment of property by Langan Engineering |
| 9684 | NY | 6/26/1996 | Investigation | Limited Asbestos Investigatiion of property by Langan Engineering (12 pgs.). Includes licenses, etc. |
| 9684 | NY | 3/18/2003 | Complaint Form | W. R. Grace Asbestos Property Damage Claim Form (12 pgs.) |
| 9684 | NY | 7/22/2005 | Letter | Letter from Mr. Pilavas to Grace Claims processing agent describing testing enclosed showing presence of Monokote 3 in building (3 pgs.) |
| 9684 | NY | 6/12/2003 | Bulk Sample analysis | Bulk Sample Analysis of testing done on subject property (10 pgs.) |
| 9684 | NY | 9/6/2005 | Receipt | Receipt from Grace indicating receipt of claim form from property owner |

40