# Exhibit 1

| 12426 | CN | 3/20/03 | Letter (attached to claim form) | Letter from Morguard Investments to Pinchin Environmental re: Proof of Age (year built) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12426 | CN | 2/23/95 | Report | Asbestos Airborne Fibre Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 2/22 & 25/95 | Report | Asbestos Monitoring (5th & 8th Fls.) During Cable Installation by AGRA | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 8/00/94 | Report | Phase I Environmental Site Assessment by AGRA | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 10/00/00 | Report | Report on Phase I Environmental Site Assessment by Golder Associates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 3/30/94 | Report | Indoor Air Quality Investigation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 11/12/194 | Report | Ceiling Tile Removal and Cable Installation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 11/29/99 | Report | Final Report on Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 1/21/97 | Report | Final Report Asbestos Abatement - Basement, Storage Rooms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 3/24/97 | Report | Report on Asbestos Containing Decorative Texture Ceilings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 6/28/94 | Letter/Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 8/12/94 | Letter/Report | Asbestos Removal Level 11 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 9/01/94 | Report | Annual Review of Asbestos Materials and Asbestos Operation and Maintenance Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 11/05/99 | Letter/Report | Bulk Asbestos Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 12/10/99 | Letter/Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 5/31/00 | Letter/Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 10/12/01 | Letter/Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 8/20/02 | Letter/Report | Review of Asbestos Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 10/04/02 | Letter/Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 12/23/02 | Letter/Report | Air Monitoring Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 11/28/00 | Report | Review of Asbestos Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 7/25/84 | Letter/Report | Bulk Sample Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12426 | CN | 9/17/03 | Report | Update Phase I Environmental Site Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |

| 12426 | CN | 1/10/95 | Letter | Letter from Morguard Investments to OHA Consulting with enclosed Environmental Policies and Procedures Manual | 100 Oak Street Hampton, SC | Speights & Runyan |