# Exhibit 1

| 12491 | CN | 6/7/1997 | Report | Asbestos Abatement - Phase I | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12491 | CN | 3/14/1997 | Report | Asbestos Building Material Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12491 | CN | Undated | Report | Hazard Assessment Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12491 | CN | Undated | Letter (attached to claim form) | Letter from Avalon East School District to Pinchin LeBlanc re: construction of Hazelwood Elementary School | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12491 | CN | 2/17/03 | Letter (attached to claim form) | Letter from Pinchin LeBlanc to Avalon East School District re: identification of fireproofing from Hazelwood Elementary as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |