# Exhibit 1

| 12508 | CN | 2/25/03 | Letter (attached to claim form) | Letter from Saskatchewan Property Management to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12508 | CN | 1/00/02 | Report | Asbestos Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |