# Exhibit 1

| 12524 | CN | 12/9/93 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b6072 - 1993 (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12524 | CN | 12/3/01 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b20743 - 2001 (4 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 10/23/02 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b22999 - 2002 (4 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 5/6/04 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b27099 - 2004 (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 5/6/04 | Report | Bulk Sample Analysis by Pinchin & Associates - Lab Reference # b27102 - 2004 (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 5/704 | Report | Bulk Sample Analysis by Pinchin Associates - Lab Reference # b27100 - 2004 (10 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 5/7/04 | Report | Bulk Sample Analysis by Pinchin Associates - Lab Reference # b27101 - 2004 (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 5/7/04 | Report | Bulk Sample Analysis by Pinchin Associates - Lab Reference # b27104 - 2004 (8 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 5/11/04 | Report | Bulk Sample Analysis by Pinchin Associates - Lab Reference # b27103 - 2004 (9 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 10/7/02 | Proposal/Project Sheet | Project: Great West Life, 60 Osborne Street North, Winnipeg, MB - Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 12/16/93 | Proposal/Project Sheet | Project: Great West Life Assurance Co. - Project No. W5090 - Dust Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 11/26/01 | Proposal/Project Sheet | Project: Great West Life Assurance Co. - Chiller & Generator Replacement Asbestos Investigation & Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12524 | CN | 12/31/01 | Invoice | Invoice from Pinchin Environmental to SMS Engineering in amount of $1,915.30 re: Great West Life Assurance Co. - Chiller & Generator Replacement Asbestos Investigation & Specifications | 100 Oak Street Hampton, SC | Speights & Runyan |

@