# Exhibit 1

| 12525 | CN | 2/18/05 | Report | Environmental Investigation of Store 1120 by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12525 | CN | 2/18/2005 | Chart | Environmental Summary Table by Pinchin Environmental summarizing asbestos findings in Store 1120 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12525 | CN | 03/26/2003 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to The Hudson's Bay Company re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12525 | CN | 03/29/2003 | Letter (attached to claim form) | Letter from Labatt to Pinchin Environmental re: Proof of Age (construction date) | 100 Oak Street Hampton, SC | Speights & Runyan |