# Exhibit 1

| 12529 | CN | 6/14/95 | Report | Bulk Sample Analysis by Pinchin Environmental (7 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12529 | CN | 5/18/95 | Proposal/Project Sheet | Project: Asbestos Survey - The Bay, 73 Rideau Street, Ottawa | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12529 | CN | 7/25/95 | Invoice | Invoice from Pinchin Environmental to The Bay in amount of $1,957.35 for Asbsestos Survey, 73 Rideau Street, Ottawa | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12529 | CN | 3/29/2003 | Letter (attached to claim form) | Letter from Labatt to Pinchin Environmental re: Proof of Age (construction date) | 100 Oak Street Hampton, SC | Speights & Runyan |