# Exhibit 1

| 12544 | CN | 3/27/2003 | Report | Hazardous Building Materials Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 12544 | CN | 4/00/03 | Report | Asbestos Management Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12544 | CN | 3/26/2003 | Letter | Letter from Mycotaxon Consulting to Pinchin LeBlanc re: list of fungi recovered from bulk samples for project 01-3559 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12544 | CN | 5/20/2003 | Letter | Letter from Pinchin LeBlanc to Northwood Care, Inc. re: asbestos related costing estimates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12544 | CN | Undated | Report | Scope of Work Northwood Projects for Asbestos Abatement Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 12544 | CN | 3/28/03 | Letter (attached to claim form) | Letter from Northwood to Trevor Houweling at Pinchin LeBlanc re: construction of Northwood Manor | 100 Oak Street Hampton, SC | Speights & Runyan |

45