# Exhibit 1

| 13950 | CN | 11/12/04 | Notes | Handwritten notes by A. Harthold of Pinchin Environmental re: Delta S.S. | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 13950 | CN | Undated | Drawing | Floor plans of Delta Secondary indicating locations of asbestos-containing materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 13950 | CN | 11/2/89 | Report | Bulk Sample Analysis by Chatfield Technical Consulting Limited | 100 Oak Street Hampton, SC | Speights & Runyan |
| 13950 | CN | 5/28/90 | Report | Bulk Sample Analysis by McMaster University Lab (19 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 13950 | CN | 8/27/92 | Report | Bulk Sample Analysis by McMaster University Lab (3 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 13950 | CN | 7/28/94 | Report | Bulk Sample Analysis by McMaster University Lab (10 samples) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 13950 | CN | 3/7/95 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 13950 | CN | 3/8/02 | Report | Bulk Sample Analysis by McMaster University Lab (5 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 13950 | CN | 12/11/02 | Report | Bulk Sample Analysis by McMaster University Lab (1 sample) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 13950 | CN | 3/26/03 | Letter/Report (attached to claim form) | Expert Report by Pinchin Environmental re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 13950 | CN | Undated | Chart (attached to claim form) | School Facilities Inventory System: Facility Area and Age Data | 100 Oak Street Hampton, SC | Speights & Runyan |