# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 6901 (11236 Dupl.) | NJ | 3/24/2005 | Letter | Letter accompanying reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 12/11/2003 | Report | Air Sampling Report (8 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 12/11/2003 | Appendix I | Certificate of Completion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 12/11/2003 | Appendix I | Asbestos Fiber Analysis (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 12/11/2003 | Appendix II | Notification; Licenses; Worker Permits (8 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 12/11/2003 | Report | Areas with Asbestos to be removed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 12/11/2003 | Report | Clean areas (no asbestos) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 12/11/2003 | Report | Square footages & percentages | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 6/18/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 6/19/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 6/25/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 6/25/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 6/25/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 7/6/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 7/9/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 7/12/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |

| 6901 (11236 Dupl.) | NJ | 7/12/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 6901 (11236 Dupl.) | NJ | 7/15/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 7/20/1971 | Invoice/Shipping ticket | Invoice showing shipment of Monokote to job | 100 Oak Street Hampton, SC | Speights & Runyan |
| 6901 (11236 Dupl.) | NJ | 5/18/2005 | S&R Document | Signed-Certification Document to S&R from Building Owner that all Information on ACM has been submitted for WR Grace Proof of Claim | 100 Oak Street Hampton, SC | Speights & Runyan |