## Huben, Brian D.

**From:** Huben, Brian D.

**Sent:** Wednesday, December 17, 2003 11:44 AM

**To:** 'clane@kirkland.com'

**Subject:** WR Grace - Allegheny Center Associates (KMZR File No. 206522-46)

Chris:

As we discussed earlier today, attached below are copies of a lab report (from Matco Associates, Inc) and an e-mail from John Henningson of W.R. Grace.

Although I'm not fully versed on the science issues, it appears that the asbestos-containing material found in One Allegheny Square and Two Allegheny Center is consistent with the Monokote-3 formula generally described by Mr. Henningson: The major component (55 - 59% by weight) being "Plaster of Paris" (*i.e.*, Gypsum), and the minor component being Chrysotile Asbestos (10 - 14%). The Matco report identifies the major component of the samples as Gypsum, and Chrysotile Asbestos as a trace material. I'm advised that the "trace" characterization translates to Chrysotile Asbestos level of 10 - 20%.

In addition to the documents previously attached to Allegheny Center's claim, this should be adequate documentation for purposes of resolving the "lack of adequate documentation" objection to the claim. I understand that other objection are reserved.

Please confirm at your convenience that the claim objection will be withdrawn at or prior to the adjourned January 26, 2004 hearing. Thank you.

Brian

Brian D. Huben, Esq.
Katten Muchin Zavis Rosenman
2029 Century Park East, 26th Floor
Los Angeles, California 90067-3012
310.788.4771 (telephone)
310.712.8254 (fax)
brian.huben@kmzr.com

12/17/2003



Report of: Analysis of Two Structural Steel Fireproof Insulation Samples

Report to: PSI, Inc.
800 Poplar Street
Pittsburgh, PA 15220

Matco Project No. 903-50494
PO No. 816-03-036
October 1, 2003

Attn:    Mr. Curt Shaw

**Introduction**

Our client submitted two structural steel fireproof insulation samples identified as Allegheny Center Associates sample No. ACA-B1-01, fireproofing from the elevator machine room in Building No. 1; and sample No. ACA-B2-01, fireproofing from the rooftop mechanical room in Building No. 2. Both samples were further identified as PSI project No. 816-3A068.

**Visual Examination**

Both as received fireproof insulation samples were examined at low to moderate magnifications using an optical stereomicroscope. Both samples were observed to be a mixture of a specular, plate-like mineral in a white powdery matrix as shown in Figures 1 and 2.

**SEM/EDS Examination**

The fireproof insulation samples were further analyzed for their elemental compositions using a scanning electron microscope (SEM) equipped with an energy dispersive x-ray spectrometer (EDS). The resulting spectra are shown in Figures 3 and 4.

**X-ray Diffraction Analysis**

Portions of each fireproof insulation sample were ground with a mortar and pestle and then examined with a Siemens D5000 diffractometer using copper radiation. The resulting x-ray diffraction patterns are shown in Figures 5 and 6. The results are given in the table below.

**X-ray Diffraction Results**

|  | Sample ACA-B1-01 | Sample ACA-B2-01 |
|---|---|---|
| Gypsum (Ca SO4 (H2O)2) | Major | Major |
| Dolomite (Ca Mg (CO3)2) | Minor | Minor |
| Clinochrysotile Asbestos (Mg3Si2O5(OH)4) | Trace | Trace |
| Amosite Asbestos (FeSiO3·nH2O) | ----- | Trace |

4640 Campbells Run Road  •  Pittsburgh, PA 15205  •  Tel: (412) 788-1263  •  Fax: (412) 788-1283



## Chemical Analysis

A quantitative chemical analysis was performed on a portion of each fireproof insulation sample and the results are given in the tables below. Both fireproof insulation samples exhibited similar chemistries.

### Chemical Analysis (wt%)

| Element | Sample ACA-B1-01 | Sample ACA-B2-01 |
|---|---|---|
| Carbon | 1.46 | 1.20 |
| Sulfur | 9.22 | 10.2 |
| Magnesium | 7.69 | 6.45 |
| Silicon | 8.34 | 8.09 |
| Aluminum | 2.36 | 2.28 |
| Potassium | 1.45 | 1.21 |
| Calcium | 14.5 | 15.8 |
| Titanium | 0.42 | 0.44 |
| Iron | 2.67 | 2.82 |
| Ammonia | 0.038 | 0.011 |

## Infrared Analysis

Portions of each fireproof insulation sample were analyzed by Fourier transform infrared (FTIR) spectroscopy and the resulting spectra are shown in Figures 7 and 8. The infrared spectra indicated that both insulation samples contained gypsum ($CaSO_4 \cdot 2H_2O$).

## Conclusion

The two fireproof insulation samples were found to be similar and to consist of asbestos in a white powdery matrix of gypsum and dolomite.

Prepared By:

*Edward S. Larkin*

Edward S. Larkin
Manager
Materials Engineering Dept

Reviewed By:

*M. Zamanzadeh*

M. Zamanzadeh, Ph.D.
NACE Certified Corrosion
Coatings/Materials Selection Specialist

*IMPORTANT NOTICE: It is the policy of MATCO Associates that samples submitted as part of contracted investigations are the responsibility of MATCO for only one month after final reports on those samples have been issued. They may then be discarded or otherwise disposed of. If you would like samples returned or safeguarded for longer than one month, please make such arrangements with this office in writing (include shipping provider and account number). If the submitted samples are part of a claim or potential lawsuit it is the client's responsibility to make arrangements to have the samples returned. Any testing not performed in MATCO's facility has been performed by established laboratories used by MATCO Associates.*



Figure 1: Photograph at 15X showing the visual appearance of sample ACA-B1-01.



Figure 2: Photograph at 15X showing the visual appearance of sample ACA-B2-01.



Figure 3:  EDS spectrum of sample ACA-B1-01.



Figure 4:  EDS spectrum of sample ACA-B2-01.



Figure 5:   X-ray diffraction spectrum of sample ACA-B1-01.



Figure 6:  X-ray diffraction spectrum of sample ACA-B2-01.

903-50494



Figure 7:  Infrared spectrum of sample ACA-B1-01.



Figure 8:  Infrared spectrum of sample ACA-B2-01.

## Andrew Raynovich

**From:** <John.J.Henningson@grace.com>
**To:** <araynovich@alleghenycenter.com>
**Sent:** Friday, October 03, 2003 10:20 AM
**Attach:** BDY.TXT
**Subject:** FW: MK-3

Andy, the following are the major components contained in Mk-3
throughout the time Grace sold the product, 1960-1973. The
formula is as follows:
Plaster of Paris (55-59% by weight)
Chrysotile Asbestos (10-14%)

The lab analysis we discussed should be as as complete an
analysis as possible (identifying all ingredients). Please provide this
analysis so I can confirm (if necessary)if the material is MK-3. (Your
records may already confirm this.)

Please call me at the phone number below if you would like to discuss
further.

John J. Henningson
Product Steward (Americas)
W. R. Grace & Co.
EHS Department
62 Whittemore
Cambridge, MA 02140
617-498-4560 (ph)
617-498-4947 (fax)
mail to:john.j.henningson@grace.com

10/3/03