# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11405 | CT | 4/3/1970 | Letter / Memo | Mono-Kote Sales - New England | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11405 | CT | 3/6/1970 | Letter / Memo | Mono-Kote Sales in Northeast | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11405 | CT | 7/1/1953 | Acoustical Plastic Jobs | List of Zonolite Acoustical Plastic Jobs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11405 | CT | 3/24/2003 | S&R Document | Building Questionnaire | 100 Oak Street Hampton, SC | Speights & Runyan |