IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | PD Claim Nos. 9645, 9646, 9647 |
| | ) | Port of Seattle: |
| | ) | Main Terminal Building |
| | ) | North Satellite Building |
| | ) | South Satellite Building |
| | ) | SeaTac, Washington |

**CLAIMANT PORT OF SEATTLE (MAIN TERMINAL BUILDING,
NORTH SATELLITE BUILDING, SOUTH SATELLITE BUILDING)
AMENDED RESPONSE TO DEBTORS' OBJECTIONS (CLAIM NOS. 9645, 9646, 9647)**

Claimant Port of Seattle (Main Terminal Building, North Satellite Building, and South Satellite Building) hereby amend and supplement their response to Grace's objections.

**1.    Incorrect Claim Numbers on Original Responses**

Through transposition of the first two numbers of the claim numbers, the three Port of Seattle building responses were incorrectly identified as 6945 (Main Building), 6946 (North Satellite), and 6947 (South Satellite). The correct claim numbers on the Original Responses should be: 9645 (Main Building), 9646 (North Satellite), and 9647 (South Satellite).

**2.    Objection C-4 – Claims Failing to Rule Out Non-Grace Products**

Claimants for the Port Authority filed with their Claims a document entitled "Mono Kote Orders – 1971." [Ex. 1 to this Amended Response] That document shows the following for each of the Claimants:

| | |
|---|---|
| Port of Seattle Main Building (SeaTac) | 50,000 bags |
| Port of Seattle North Satellite | 5,000 bags |

    Port of Seattle South Satellite                            5,000 bags

Thus, Grace's objection that the SeaTac buildings may have had other asbestos containing products in them does not relieve Grace for liability for the 60,000 bags of Monokote that were in the Port of Seattle SeaTac terminal buildings.

Mt. Pleasant, SC                           Respectfully submitted,
October 21, 2005

                                            JASPAN SCHLESINGER HOFFMAN LLP

                                        By:   /s/ Frederick B. Rosner
                                                  Frederick B. Rosner (No. 3995)
                                                  913 N. Market Street, 12th Floor
                                                  Wilmington, DE  19801
                                                  Telephone:  (302) 351-8000
                                                  Facsimile:  (302) 351-8010

                                                      - and -

                                          MOTLEY RICE LLC

                                          /s/ James M. Hughes
                                          James M. Hughes, Esq.
                                          28 Bridgeside Blvd.
                                          P.O. Box 1792
                                          Mount Pleasant, SC 29465
                                          Telephone: (843) 216-9133
                                          Facsimile: (843) 216-9440
                                          E-mail: jhughes@motleyrice.com

                                                      - and -

                                          John J. Preefer, Esq.
                                          60 East 42nd Street, Suite 1201
                                          New York, New York 10165
                                          Telephone:  (212) 490-9524
                                          Facsimile:  (212) 682-3053

                                          Co-Counsel for Claimant Port of Seattle,
                                          Main Terminal Building