# EXHIBIT 1

## MONO KOTE ORDERS - 1971

| JECT | LOCATION | BAGS | PLANT | ANTICIPATED STARTING DATE | TYPE MK |
|---|---|---|---|---|---|
| iseum | Pullman | 1500 | S | Sept. 1971 | IV |
| ine Shop | Bremerton | 1000 | P | Sept. 1971 | II |
| orage West-ard | Anchorage | 7000 | P | March 1971 | II |
| ice Bldg. | Juneau | 7000 | P | October 1971 | II |
| tlett Hi | Anchorage | 10,000 | P | August 1971 | II |
| iak Hi | Kodiak | 5000 | P | - 1971 | II |
| -Tac | Seattle | 50,000 | P | March 1971 | II |
| Satellite | Seattle | 5000 | P | Sept. 1971 | II |
| Satellite | Seattle | 5000 | P | 1971 | II |
| of W. Hosp. | Seattle | 18,000 | P | Jan. 1971 | II |
| tle Rock Hi | CastleRock | 2000 | P | March 1971 | II |
| .Tech School | Tacoma | 1500 | P | 1971 | II |
| t Hi | Kent | 2000 | P | October 1971 | II |
| eral Way Hi | Federal Way | 2000 | P | October 1971 | II |
| oma Hi | Maple Valley | 2000 | P | April 1971 | II |
| urn Air Control | Auburn | 1000 | P | Feb. 1971 | II |
| rgreen Hospital | Kirkland | 4000 | P | Jan. 1971 | II |
| onds Com.Col. | Edmonds | 4000 | P | Jan. 1971 | II |
| oma Off. Bldg. | Tacoma | 6000 | P | August 1971 | II |
| -Story Con-omin.-Office | Seattle | 15,000 | P | Nov. 1971 | II |
| rst Natl Bank | Portland | 30,000 | P | In progress | II |
| cred Heart Hosp. | Eugene | 6000 | P | July, 1971 | II |
| que Valley Hosp. | Medford | 3000 | P | Feb. 1971 | II |

NMLRP 0004077