**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Case No. 01-01139 (JKP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

      I, Frederick B. Rosner, hereby certify that on this 24th day of October 2005, I caused to have delivered one copy of the attached ***Claimant Port of Seattle (Main Terminal Building, North Satellite Building, South Satellite Building) Amended Response to Debtors' Objections (Claim Nos. 9645, 9646, 9647)*** to be served on the parties listed below via First Class Mail and facsimile:

Katherine Phillips, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
kphillips@kirkland.com

David W. Carickhoff, Jr.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
dcarickhoff@pszyjw.com

        **JASPAN SCHLESINGER HOFFMAN LLP**

By:   /s/ Frederick B. Rosner
       Frederick B. Rosner (No. 3995 )
       913 Market Street, 12th Floor
       Wilmington, DE  19801
       Telephone:  (302) 351-8000
       Fascimile:   (302) 351-8010

#15363.1