# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11253 | NE | 8/4/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11253 | NE | 7/29/1970 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11253 | NE | 7/29/1970 | Customer Order Form | Monokote Order | 100 Oak Street Hampton, SC | Speights & Runyan |