# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11407 | MS | 3/6/1967 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11407 | MS | 3/6/1967 | Bill-of-Lading | Freight Carrier of Product | 100 Oak Street Hampton, SC | Speights & Runyan |