# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11411 | WV | Undated | Delivery Receipt | Delivery Receipt showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11411 | WV | 7/19/1968 | Delivery Receipt | Delivery Receipt showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11411 | WV | 7/18/1968 | Delivery Receipt | Delivery Receipt showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11411 | WV | 8/12/1968 | Delivery Receipt | Delivery Receipt showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11411 | WV | 10/7/1968 | Delivery Receipt | Delivery Receipt showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11411 | WV | 7/23/1968 | Delivery Receipt | Delivery Receipt showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11411 | WV | Undated | Delivery Receipt | Delivery Receipt showing delivery of Monokote to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11411 | WV | 10/7/1968 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11411 | WV | Undated | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |