IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al., | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | Re: Docket 9315 |
| | ) | |
| | ) | Claimants: All Speights & Runyan Claimants |

**CERTIFICATE OF SERVICE OF THE
SUPPLEMENTAL RESPONSE OF SPEIGHTS & RUNYAN
ON BEHALF OF ALL SPEIGHTS & RUNYAN CLAIMANTS SUBJECT TO
DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE)**

I, Christopher D. Loizides, hereby certify that I caused true and correct copies of the above-referenced supplemental response to be served on the parties on the attached service list in the manner indicated thereon on this 24th day of October, 2005.

                                        Christopher D. Loizides (#3968)
                                        Michael J. Joyce (#4563)
                                        LOIZIDES & ASSOCIATES
                                        Legal Arts Bldg.
                                        1225 King Street, Suite 800
                                        Wilmington, DE 19801
                                        Telephone: (302) 654-0248
                                        Facsimile: (302) 654-0728 (fax)
                                        E-mail: loizides@loizides.com

Dated: October 24, 2005

1

VIA TELECOPIER AND FIRST CLASS MAIL

David W. Carickhoff, J
Pachulski Stang Ziehl Young Jones & Weinbtraub, PC
919 North Market Street, Ste. 1600
P.O. Box 8705
Wilmington, DE 19899
FAX: (302) 652-4400

Ms. Kathleen Phillips
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
FAX: (312) 861-2200