42

# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11412 | WV | 4/23/1971 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |