# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|------------------|-------------------|---------|
| 11262 | OR | 5/26/1905 | Notes | Handwritten notes referencing jobsite (11 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |