# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11532 | IL | No Date | Louis Galie Platering Zonolite Mono-Kote Projects | Jobsite Listings | 100 Oak Street Hampton, SC | Speights & Runyan |