# Exhibit 1

44

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11533 | IL | 5/6/1968 | Certificate of Approval | Zonolite Mono-Kote Fireproofing on Air Ducts | 100 Oak Street Hampton, SC | Speights & Runyan |