# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11559 | PA | 10/29/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 1/8/1971 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 1/8/1971 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 12/30/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 12/30/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 1/4/1971 | Shipping Ticket | Shipping ticket for delivery to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 6/1/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 5/22/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 11/3/1970 | Shipping Ticket | Shipping ticket for delivery to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 5/26/1970 | Notes | Handwirtten notes - orders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 6/22/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 10/28/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 6/1/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 6/8/1970 | Shipping Ticket | Shipping ticket for delivery to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 5/22/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 6/1/1970 | Purchase Order | Purchase order for Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 5/26/1970 | Shipping Ticket | Shipping ticket for delivery to jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11559 | PA | 11/9/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |