# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11534 | CO | No Date | Zonelite Monokote Fireproofing Brochure | Article (Ad) regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11534 | CO | 1979 | Zonelite Monokote Fireproofing Brochure | Article (Ad) regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11534 | CO | 1978 | Zonelite Monokote Fireproofing Brochure | Article (Ad) regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11534 | CO | 1978 | Zonelite Monokote Fireproofing (Construction Products Division) Brochure | Article (Ad) regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11534 | CO | 1991 - 1997 | Colorado State NESHAP Documents | Asbestos Removal Permits | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11534 | CO | 1991 - 1997 | Colorado State NESHAP Documents | Contractor Name | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11534 | CO | 1991 - 1997 | Colorado State NESHAP Documents | Beginning / Ending Actual Work Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11534 | CO | 1991 - 1997 | Colorado State NESHAP Documents | Building Name & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11534 | CO | 1991 - 1997 | Colorado State NESHAP Documents | Actual Square Feet of ACM Removed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11534 | CO | 1991 - 1997 | Colorado State NESHAP Documents | Landfill Name | 100 Oak Street Hampton, SC | Speights & Runyan |