# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11590 | NC | 6/6/1972 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11590 | NC | 5/16/1972 | Letter | Underwriters' Laboratory Test | 100 Oak Street Hampton, SC | Speights & Runyan |