# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11560 | PA | 12/19/1967 | Memo | Internal memo referencing jobsite (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |