Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11535 | CO | No Date | Zonolite Monokote Jobsite List | Jobsite List with Architect | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11535 | CO | 10/19/1954 | Partial List of Zonolite Acoustical Plaster Installations | Jobsite List with Square Footage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11535 | CO | 1987 - 2005 | Colorado State NESHAP Documents | Asbestos Removal Permits | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11535 | CO | 1987 - 2005 | Colorado State NESHAP Documents | Contractor Name | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11535 | CO | 1987 - 2005 | Colorado State NESHAP Documents | Beginning / Ending Actual Work Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11535 | CO | 1987 - 2005 | Colorado State NESHAP Documents | Building Name & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11535 | CO | 1987 - 2005 | Colorado State NESHAP Documents | Actual Square Feet of ACM Removed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11535 | CO | 1987 - 2005 | Colorado State NESHAP Documents | Landfill Name | 100 Oak Street Hampton, SC | Speights & Runyan |