# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11393 | NJ | 4/2/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11393 | NJ | 9/23/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11393 | NJ | 11/15/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11393 | NJ | 12/15/1969 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11393 | NJ | 5/10/1967 | Letter | Chicago Monokote Meeting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11393 | NJ | 3/27/1967 | Letter with Attachments | Zonolite Mono-Kote Direct-to-Steel Fireproofing on Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11393 | NJ | 3/27/1967 | Letter with Attachments | Deck Type with Details | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11393 | NJ | 3/27/1967 | Letter with Attachments | Mono-Kote Unit Prices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11393 | NJ | 3/27/1967 | Letter with Attachments | Cafco Type D Unit Prices | 100 Oak Street Hampton, SC | Speights & Runyan |