# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11561 | OH | 4/5/1971 | Letter | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |