# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11419 | WA | 6/12/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11419 | WA | 6/12/1973 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11419 | WA | 6/12/1973 | Purchase Order | Purchase order for Monokote | 100 Oak Street Hampton, SC | Speights & Runyan |