# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11562 | OH | 6/12/1966 | Job Record Card | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |