# Exhibit 1

Case 01-01139-AMC    Doc 10588-1    Filed 10/24/05    Page 1 of 2

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11398 | NJ | 10/13/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |