IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| ) | Hearing Date: November 14, 2005 |
| Debtors. ) | Response Deadline: December 8, 2005 |
| ) | |
| | Re: Docket No. 9315 |

| CLAIM # | CREDITOR |
|---|---|
| 5587 | STATE OF OKLAHOMA – Griffin Memorial Hospital Activities Ctr, Bldg 40 |
| 5588 | STATE OF OKLAHOMA – Eddie Warrior Unit Auditorium & Programs Bldg. |
| 5589 | STATE OF OKLAHOMA – Classen Building 1411 |
| 5590 | STATE OF OKLAHOMA - Western Hills Lodge |
| 5591 | STATE OF OKLAHOMA – Jess Dunn Correctional Unit –Bldg 500 |
| 5592 | STATE OF OKLAHOMA - Wiley Post Historical Bldg |
| 5644 | CITY OF TUCSON, ARIZONA - Transportation Contract Service Center |
| 5645 | CITY OF TUCSON, ARIZONA - Old Pima Bank Building |
| 5646 | CITY OF TUCSON, ARIZONA - Civic Center Complex / Meeting Rooms |
| 5647 | CITY OF TUCSON, ARIZONA - Civic Center Complex / Leo Rich Theater |
| 5648 | CITY OF TUCSON, ARIZONA - Civic Center Complex / Music Hall |
| 5649 | CITY OF TUCSON, ARIZONA - City Hall Annex |
| 5650 | CITY OF TUCSON, ARIZONA – City Hall |
| 5651 | CITY OF PHOENIX, ARIZONA – Squaw Peak Water Treatment Plant - Administration Building #1 |
| 5652 | CITY OF PHOENIX, ARIZONA - Multi Center Waste Treatment Plant - Maintenance Shop |
| 5653 | CITY OF PHOENIX, ARIZONA - Multi Center Waste Treatment Plant – Digester Control #1 |
| 5654 | CITY OF PHOENIX, ARIZONA - Civic Center North Plaza & Parking Garage |

| CLAIM # | CREDITOR |
|---|---|
| 5655 | CITY OF PHOENIX, ARIZONA - Sky Harbor Airport - Terminal 2 |
| 5656 | CITY OF AMARILLO, TEXAS – Bivins Building |
| 5657 | EL PASO COUNTY, TEXAS – Landmark Building |
| 5658 | COLEMAN HOUSING AUTHORITY - High Rise Bldg |
| 5659 | HARLINGEN HOUSING AUTHORITY - Heritage Manor |
| 5660 | SABINE RIVER AUTHORITY OF TEXAS - Iron & Bridge Division Office |
| 5661 | CITY OF AMARILLO, TEXAS - Amarillo Airport |
| 5662 | OREGON - UNIVERSITY OF OREGON - Riley Hall |
| 5663 | OREGON - UNIVERSITY O F OREGON - Gerlinger Annex |
| 5664 | OREGON - UNIVERSITY OF OREGON - Lawrence Hall |
| 5665 | OREGON - UNIVERSITY OF OREGON - Oregon Hall |
| 5666 | OREGON - UNIVERSITY OF OREGON - Esslinger Hall |
| 5667 | OREGON - UNIVERSITY OF OREGON - Prince Lucien Campbell Building |
| 5668 | OREGON - UNIVERSITY OF OREGON - Klamath Hall |
| 5669 | OREGON - UNIVERSITY OF OREGON - Friendly Hall |
| 5670 | OREGON - CITY OF EUGENE - Eugene Public Library |
| 5671 | OREGON - UNIVERSITY OF OREGON - Computing Center |
| 5673 | OREGON - OREGON STATE UNIVERSITY - Nash Hill |
| 5674 | OREGON - OREGON STATE UNIVERSITY - Kerr Administration Building |
| 5675 | OREGON - PORTLAND STATE UNIVERSITY – Peter W. Stott (HPE) Center |

1

| CLAIM # | CREDITOR | CLAIM # | CREDITOR |
|---|---|---|---|
| 5676 | OREGON - PORTLAND STATE UNIVERSITY – Neuberger Hall | 6954 | STATE OF OKLAHOMA - Central Oklahoma Comm Mental Health Ctr - Bldg B |
| 5677 | OREGON - PORTLAND STATE UNIVERSITY - Cramer Hall | 6955 | STATE OF OKLAHOMA - Central Oklahoma Comm Mental Health Ctr - Bldg C |
| 5678 | OREGON - OREGON STATE UNIVERSITY - Valley Library | 6956 | STATE OF OKLAHOMA – Central Oklahoma Comm Mental Health Ctr - Bldg D |
| 5679 | OREGON - OREGON STATE UNIVERSITY - Oswald Wester Cafeteria | 6957 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior - Dorm 1 |
| 5680 | OREGON - SOUTHERN OREGON UNIVERSITY – Music Building | 6958 | STATE OF OKLAHOMA – Department of Corrections - Eddie Warrior - Dorm 2 |
| 5681 | OREGON - SOUTHERN OREGON UNIVERSITY -Education & Psychology Building | 6959 | STATE OF OKLAHOMA – Department of Corrections - Eddie Warrior - Dorm 3 |
| 5682 | OREGON - SOUTHERN OREGON UNIVERSITY – Churchill Hall | 6960 | STATE OF OKLAHOMA – Department of Corrections - Eddie Warrior - Dorm 4 |
| 5683 | OREGON - PORTLAND STATE UNIVERSITY – University Services Bldg | 6961 | STATE OF OKLAHOMA – Department of Corrections - Eddie Warrior - Dorm 5 |
| 5684 | OREGON - PORTLAND STATE UNIVERSITY – University Center | 6962 | STATE OF OKLAHOMA – Department of Corrections - Eddie Warrior - Dorm 6 |
| 5685 | OREGON - PORTLAND STATE UNIVERSITY – Smith Memorial Center | 6963 | STATE OF OKLAHOMA – Department of Corrections - Eddie Warrior - Dorm 7 |
| 5686 | OREGON - PORTLAND STATE UNIVERSITY – Science II Bldg | 6964 | STATE OF OKLAHOMA - Department of Corrections - Eddie Warrior - Dorm 8 |
| 5687 | OREGON - WESTERN OREGON UNIVERSITY – Neal Werner University Center | 6965 | STATE OF OKLAHOMA – Department of Corrections - Eddie Warrior - Bldg 8 |
| 6066 | OREGON - EASTERN OREGON UNIVERSITY - Hoke Student Center | 6966 | STATE OF OKLAHOMA - Jess Dunn Correctional Unit - Bldg 400 |
| 6065 | CITY OF PHOENIX, ARIZONA - Symphony Hall | 6967 | STATE OF OKLAHOMA - Mental Health & Substance Abuse Srvs |
| 6067 | MARICOPA COUNTY, ARIZONA - Arizona Courts - East Courts Building | 6968 | CITY OF HOUSTON, TEXAS - Police Department Bldg (1200 Travis) |
| 6068 | MARICOPA COUNTY, ARIZONA - Board of Supervisors | 6969 | CITY OF HOUSTON, TEXAS - Public Works Building (611 Walker) |
| 6069 | MARICOPA COUNTY, ARIZONA - Hospital Power Plant Building | 8016 | STATE OF OKLAHOMA - Department of Health Headquarters |
| 6070 | MARICOPA COUNTY, ARIZONA - Public Health Administration Offices | 8017 | OREGON - HEALTH & SCIENCE UNIVERSITY – Multnomah Pavilion |
| 6071 | MARICOPA COUNTY, ARIZONA - Health Building | 12672 | STATE OF ARKANSAS - Arkansas State Capitol |
| 6072 | MARICOPA COUNTY, ARIZONA - Juvenile Court Center | 12673 | STATE OF ARKANSAS – Ledbetter Building |
| 6073 | MARICOPA COUNTY, ARIZONA - Arizona Courts - West Courts Building | 12674 | STATE OF ARKANSAS - Booneville Human Develop. Ctr – Judge Joseph Hill Bldg. |
| 6074 | MARICOPA COUNTY, ARIZONA - Courts Complex - Sheriff Offices Administration | 12675 | STATE OF ARKANSAS – ARKLA Building |
| 6102 | CITY OF PHOENIX, ARIZONA - FAA Tracon Building | 12676 | STATE OF ARKANSAS – Arkansas State Hospital - Nursing Administration Bldg |
| 6953 | STATE OF OKLAHOMA - Central Oklahoma Comm Mental Health Ctr - Bldg A | | |

2

| CLAIM # | CREDITOR |
|---|---|
| 12677 | STATE OF ARKANSAS - Arkansas State Hospital – Canteen Building |
| 12678 | STATE OF ARKANSAS - Arkansas State Hospital – Administration Bldg |
| 12679 | STATE OF ARKANSAS – Arkansas State Hospital - Vocational Shops (aka Maintenance Shop) |
| 12680 | STATE OF ARKANSAS - Arkansas State Hospital - Hendrix Hall |
| 12681 | STATE OF CONNECTICUT - Connecticut Supreme Court Bldg |
| 12682 | STATE OF CONNECTICUT – Merritt Hall |
| 12683 | STATE OF CONNECTICUT - Veteran's Commissary |
| 12684 | ILLINOIS - COOK COUNTY - Children's Hospital |
| 12685 | STATE OF ARKANSAS - Finance & Administration Building |
| 12686 | STATE OF ARKANSAS – Arkansas Health Ctr - Mental Health Srvs - Bldg #18 - Maintenance - Credit Union |
| 12687 | STATE OF ARKANSAS – Employment Security Dept - 501 W. Arch |
| 12688 | STATE OF ARKANSAS - SBS Building |
| 12689 | STATE OF ARKANSAS – Alexander Human Devel. Ctr - Bond Building |
| 12690 | STATE OF ARKANSAS – School for the Deaf - Wilbur Mills Library |
| 12691 | STATE OF ARKANSAS - Justice Building |
| 12692 | STATE OF ARIZONA - Senate Building |
| 12693 | STATE OF ARIZONA - House of Representatives |
| 12694 | STATE OF ARIZONA - Corrections Facility |
| 12695 | STATE OF ARIZONA - Historical Society Museum |
| 12696 | STATE OF ARIZONA - Executive Tower |
| 12697 | STATE OF ARIZONA - Arizona State Hospital - Cholla |
| 12698 | STATE OF ARIZONA – Arizona State Hospital - General Services |
| 12699 | STATE OF ARIZONA – DES Office |
| 12700 | COUNTY OF ORANGE |
| 12701 | STATE OF ARKANSAS - Conway Develop. Ctr – 32 Poplar |
| 12702 | STATE OF ARKANSAS - Conway Develop. Ctr – #30 Hickory |

| CLAIM # | CREDITOR |
|---|---|
| 12712 | STATE OF ARKANSAS - Conway Develop. Ctr – #26 Cedar |
| 12713 | STATE OF ARKANSAS - Conway Develop. Ctr – #6 Cedar |
| 12714 | STATE OF ARKANSAS - Conway Develop. Ctr – #5 Cedar |
| 12715 | STATE OF ARKANSAS - Conway Develop. Ctr – #4 Cedar |
| 12716 | STATE OF ARKANSAS - Conway Develop. Ctr – Residence #2 |
| 12717 | STATE OF ARKANSAS - Conway Develop. Ctr – #3 Cedar |
| 12718 | STATE OF ARKANSAS - Conway Develop. Ctr - SCT Office |
| 12719 | STATE OF ARKANSAS – Conway Develop. Ctr - Administration Bldg |
| 12720 | STATE OF ARIZONA – Arizona State Hospital - Dietary Building |
| 12721 | STATE OF ARIZONA - Veterans Memorial Coliseum |
| 12722 | STATE OF ARKANSAS – Conway Develop. Ctr – Classroom #6 & #8 |
| 12723 | STATE OF ARKANSAS – Conway Develop. Ctr – Classroom #3 & #5 |
| 12724 | STATE OF ARKANSAS - Conway Develop. Ctr - Classroom #10 |
| 12725 | STATE OF ARKANSAS - Conway Develop. Ctr - #25 Cedar |
| 12726 | STATE OF ARKANSAS – Conway Develop. Ctr – Classroom #7 & #9 |
| 12727 | STATE OF ARKANSAS – Conway Develop. Ctr – Classroom #2 & #4 |
| 12728 | STATE OF ARKANSAS – Conway Develop. Ctr – #29 Cedar |
| 12729 | STATE OF ARKANSAS - Conway Develop. Ctr - #28 Cedar |
| 12730 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #6 |
| 12731 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #5 |
| 12732 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #1 |
| 12733 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #2 |

| CLAIM # | CREDITOR |
|---|---|
| 12734 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #3 |
| 12735 | STATE OF ARKANSAS - Arkansas State Hospital - Unit #4 |
| 12736 | STATE OF ARKANSAS – Arkansas State Hospital - Admissions Bldg |

| CLAIM # | CREDITOR |
|---|---|
| 5672 | EPEC REALTY, INC. - El Paso Building |
| 5690 | SIX HUNDRED CORPORATION - 600 Building |
| 5688 | BNC FORUM LP - Mercantile Building (1712 Commerce) |

## PRELIMINARY RESPONSE OF CREDITORS REPRESENTED BY DIES & HILE, LLP ("DIES & HILE CLAIMANTS") TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS

Dies & Hile Claimants, the States of Arkansas, Arizona, Connecticut, Oklahoma and Oregon; the City of Amarillo, Texas, City of Eugene, Oregon, City of Houston, Texas, City of Tucson, Arizona, and City of Phoenix, Arizona; Cook County, Illinois, El Paso County, Texas, Maricopa County, Arizona and Orange County Texas, individually and as Class Representative on behalf of Class Members; Coleman Housing Authority, Harlingen Housing Authority and the Sabine River Authority of Texas[1] (hereinafter referred to as "Governmental Creditors" )[2] and EPEC Realty, Inc., Six Hundred Corporation, and BNC Forum LP, file this preliminary response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims ("Omnibus Objections") and would show as follows:

### I.    INTRODUCTION

1.    The above-named claimants respectfully submit this response to the Debtors' Fifteenth Omnibus Objection. Claimants previously filed their Bar date Proof of Claim ("POC") and attached evidence that a Grace asbestos containing product ("ACM") had been installed in each of the buildings-at-issue. Dies & Hile Claimants additionally attached voluminous

---

[1] Coleman Housing Authority, Harlingen Housing Authority, and Sabine River Authority of Texas also filed individual Bar Date Proofs of Claim.
[2] Attached hereto as Exhibit A is a list of claims filed by the Governmental Creditors, the claim number,

4

documentation as required in the POC and the Bar date Order. Debtors have on more than one occasion pointed to the claims filed by the Dies & Hile Creditors as being the best documented of any PD Claims filed in the bankruptcy.[3]

2. Under the pertinent applicable authority, the Dies & Hile Claimants have submitted "facts sufficient to support the claims," and there is a presumption that their claims are "prima facie" valid. *In re Allegheny, Inc.*, 954 F.2d 167 (3rd Cir. 1992). The burden has shifted to the Debtors to come forward with specific evidence and/or authority to negate the claim. As will be discussed in greater detail in a supplemental response to be filed prior to the extended deadline as agreed with Debtors (see para. 3), Dies & Hile Claimants do not believe that Debtors can meet this burden.

3. Debtor has granted the Dies & Hile Claimants an extension of time to respond to Debtors Fifteenth Omnibus Objection until December 8, 2005 due to the near destruction of Counsel's office by hurricane Rita, and for other reasons.[4] Thus, Dies & Hile Claimants have designated this response as preliminary response. Dies & Hile Claimants will timely supplement this preliminary response prior to the agreed response date of December 8, 2005.

---

identity of the building and the specific objections filed by Debtors.

[3] Statements made by Grace's former general counsel, senior litigation counsel, and bankruptcy counsel.

[4] Counsel's office formerly located at 1009 Green Avenue, Orange, Texas was seriously damaged and rendered uninhabitable and unusable by hurricane Rita. Counsel has been in the process of relocating his office to Austin, Texas which is a major undertaking. See e-mail from Michelle Browdy dated September 26, 2005 with copies to Robert Beber, Richard Finke and Janet Baer, which stated "This will confirm that you may <u>file your responses to our 15th Omnibus on 12/8</u>."

Dated: October 24, 2005

Respectfully submitted,

/s/ Christopher D. Loizides
Christopher D. Loizides (Bar No. 3968)
Michael J. Joyce (No. 4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com

-- and --

Martin W. Dies
DIES & HILE
1009 Green Avenue
Orange, TX 77630
Telephone: (409) 883-4394
Facsimile: (409) 883-8414

*Co-Counsel for the Governmental Creditors*

6