# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11567 | VA | 6/16/1960 | Memo | Internal job list showing jobsite (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11567 | VA | 6/16/1960 | Memo | Internal job list showing jobsite (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11567 | VA | 11/25/1963 | Job list | Monokote job list showing job site (3 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |