# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11426 | MN | 4/24/1972 | Grace Office Memo | Assistance on the Subject Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11426 | MN | 5/23/1972 | Letter | Fire Protection & Insulation Needs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11426 | MN | 6/8/1972 | Letter | Information on Product being forwarded to Architect | 100 Oak Street Hampton, SC | Speights & Runyan |