# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11569 | VA | 7/26/1971 | Memo | Price protection memo listing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |

43