# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11543 | DC | 9/30/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11543 | DC | 10/4/1971 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11543 | DC | 10/1/1971 | W.R. Grace & Company-Zonolite Division Memo | National Applicator - Job 842-H - Dart Drug | 100 Oak Street Hampton, SC | Speights & Runyan |