# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11599 | NY | 1/8/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11599 | NY | 1/20/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11599 | NY | 4/8/1971 | Invoice | W. R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |