# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11544 | DC | 11/25/1963 | Zonolite Mono-Kote Jobs | Jobsite Washington District | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11544 | DC | 2/12/1996 | Asbestos Management Plan | General building description, facility layout, history of asbestos detection & abatement efforts, summary of bldg inspection, hazard assessment and response action evaluation & Narrative. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11544 | DC | 2/10/1995 | Limited Indoor Air Quality Study Conducted at Fannie Mae | Summary, background & objectives, methodology, results & recommendations. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11544 | DC | 2/27/1996 | Asbestos Abatement Summary Report | Summary, background & objectives, methodology, results & recommendations. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11544 | DC | 9/9/1996 | Phase Contrast Microscopy | 9/9/96- 10/16/96 laboratory Analysis | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11544 | DC | 10/1/1996 | USI Environmental Group | Final documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11544 | DC | 10/19/1996 | Executive Summary | Custer Environmental - project management/air monitoring suport: field reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11544 | DC | 5/13/2005 | Client E-Mail | 1995 - 1997 Compiled expenses for ACM Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |