# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11572 | NV | 2/10/1967 | Letter | Mono-Kote fire tested at Underwriters' Laboratories | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 2/17/1967 | Letter | Notarized Copy - Mono-Kote fire tested at Underwriters' Laboratories | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 9/20/2000 | Certificate | Certification of the Contractor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 2/29/2000 | Form | Periodical Estimate for Partial Payment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 3/3/2000 | Waiver | Unconditional Waiver and Release Upon Final Payment Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1998 - 2000 | Vendor Form | Vendor Claims and Purchase Order Print-Out | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 9/20/2000 | Log | Payment Tracking Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 2001 - 2004 | Form | Yearly Budgets for Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 12/20/1999 | Document | Increase Cost on Vendor's Contract | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/24/1999 | Contract | Agreement Between Owner and Contractor for Comprehensive Grant Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 7/8/1999 | Document | Contract Change Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 10/26/1999 | Document | Contract Change Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1/21/2000 | Document | Contract Change Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 2/4/2000 | Document | Contract Change Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 4/15/1994 | Proposal | Proposal to Perform Complete Asbestos Project Monitoring, Sampling and Final Clearances | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/5/1994 | Memorandum | Approval of Proposal to Prepare Contract for a Representative Bulk Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/12/1994 | Purchase Order | Complete the Asbestos Survey of the Pipe Spaces. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/9/1994 | Memorandum with Attachment | Fully Executed Contract - Pipe Spaces Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/2/1994 | Invoice | Costs for Asbestos Survey - Seniors Complex | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/13/1994 | Letter with Attachment Report | Results of Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/13/1994 | Letter with Attachment Report | 1.0 Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11572 | NV | 5/13/1994 | Letter with Attachment Report | 2.0 Project Scope and Objective | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11572 | NV | 5/13/1994 | Letter with Attachment Report | 3.0 Methods | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/13/1994 | Letter with Attachment Report | 4.0 Standards | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/13/1994 | Letter with Attachment Report | 5.0 Discussion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/13/1994 | Letter with Attachment Report | 6.0 Conclusion | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/13/1994 | Letter with Attachment Report | Appendix A - Bulk Sampling Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/13/1994 | Letter with Attachment Report | Appendix B - Bulk Sample Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/13/1994 | Letter with Attachment Report | Appendix C - Photo Log | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/6/1994 | Memorandum | Request for copy of Purchase Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/6/1994 | Memorandum | Approval of Proposal to Prepare Technical Specification for the Removal of Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/2/1994 | Invoice | Costs for Site Specifications for Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/14/1994 | Memorandum with Attachment | Advertisement Notification - Removal of ACM | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/17/1994 | Invoice | Copy charges for production of Asbestos documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/20/1994 | Purchase Order | Plans and Documents | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/20/1994 | Purchase Order | Printing of Specs. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/24/1994 | Check (Copy) | Payment Check Number 47457 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 6/30/1994 | Invoice | Copy/Printing Costs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 7/1/1994 | Bid Form | Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 7/29/1994 | Letter | Pre-Award Documentation for Low Bid Evaluation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/17/1994 | Document | Certificate of Insurance / License | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 11/1/1994 | Memorandum | Statement on Commissioners Meeting 11/16/94 - Approval of Contractor for Asbestos Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 11/1/1994 | Memorandum | General Contractor Low Bid Evaluation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/31/1994 | Document | Schedule of Amounts for Contract Payments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 10/11/1994 | Letter | Schedule of Amounts for Contract Payments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 12/2/1994 | Letter | Notice to Proceed | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11572 | NV | 12/14/1994 | Photos | Asbestos Removal Photos | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11572 | NV | 12/22/1994 | Letter / Proposal | Harry C. Levy Gardens Apartments Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 12/25/1994 | Document | Request for Proposal for Professional Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 2/1/1995 | Memorandum | Approval of Change Order #1 for QHI | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1/10/1995 | Letter | Change in Scope of Work 1 and 2 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1/26/1995 | Letter | Amend the Scope of Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1/6/1995 | Meeting Minutes | Harry Levy Gardens - Construction Meeting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 2/17/1995 | Letter with Attachment | Contract Change Order | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 2/24/1995 | Letter with Attachments | Removal of Fireproofing & TSI | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/1/1995 | Invoice | Field Report, Abatement Monitoring, Final Project Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/15/1995 | Letter with Attachment | Agreement Between Owner and Professional Service for Asbestos Consulting Services Including Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/15/1995 | Letter with Attachment | Exhibit A - Additional Clauses and Requirements | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/15/1995 | Letter with Attachment | Notice to Proceed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1/12/1996 | Document | Resident Reimbursement for Relocation Expenses | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1/12/1996 | Document | Relocation Claim Form for Damaged Goods | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1/26/1996 | Memorandum | Request to Approve Asbestos Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1/24/1996 | Letter with Attachment | Professional Services for Bulk Survey | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1/24/1996 | Letter with Attachment | First Floor Reflected Ceiling Plan Drawing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 1996 - 1998 | Documents | Proposals, Invoices, Approved Change Orders | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/4/1998 | Memorandum with Attachments | Certificate of Completion - Consolidated Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 5/4/1998 | Memorandum with Attachments | Floors 1 - 3 Abatement Project Drawings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.0 Background | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.1 What is Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.2 Exposure to Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.3 When Asbestos is a Problem | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.4 Purpose of an O&M Program | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.5 Organization of an O&M Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.5.1 Site Manager Responsibilities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.5.2 Organized Structure for O&M Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.6 Notification of Tenants and Workers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7 Asbestos Regulations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.1 Occupational Safety and Health Administration (OSHA) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.2 Environmental Protection Agency (EPA) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.3 Department of Transportation (DOT) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.4 State Agencies - Nevada Administrative Code (NAC) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.5 Current and Proposed OSHA Standards | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.6 Exposure Levels | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.7 Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.8 Regulated Areas | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.9 Environmental Protection Agency (EPA) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.10 Department of Transportation (DOT) - 49 CFR 173.1090 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 1.7.11 State Regulations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 2.0 ACM Surveillance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 2.1 Reinspection and Periodic Surveillance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 2.2 Risk Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.0 Worker Protection Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.1 Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.1.1 Awareness Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.1.2 O&M Worker 14 Additional Hours of Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.1.3 Abatement Worker Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.1.4 Training Providers | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.1.5 Outside Contractors Training | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.2 Medical Surveillance Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.3 Respiratory Protection Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.3.1 Employee Training Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.3.2 Respirator Fit-Testing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.3.3 Cleaning and Disinfecting Respirators | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.3.4 Routine Inspection of Respirators | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.3.5 Respirator Repair | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.3.6 Respirator Storage | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.3.7 Surveillance of Working Conditions | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 3.3.8 Respiratory Program Evaluation and Record Keeping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 4.0 Documentation and Permitting System | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 4.1 Fiber Release Episodes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 4.2 Work Permitting | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 4.2.1 Job Request Form/Work Authorization | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 4.2.2 Evaluation of Work Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.0 ACM Work Practices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.1 Initial and Periodic Cleaning | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.1.1 Initial Cleaning Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.1.2 Periodic Cleaning Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.2 Removal Work Practices and Engineering Controls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.2.1 Class III Asbestos Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.2.2 Class IV Asbestos Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.2.3 Mini-Enclosures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.3 Emergency Response Activities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.3.1 Minor Episodes | 100 Oak Street Hampton, SC | Speights & Runyan |

| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 5.3.2 Major Episodes | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 6.0 Airborne Fiber Concentration Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 6.1 Baseline and Periodic Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 6.2 Personnel Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 6.3 Area Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 6.4 Final Clearance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 7.0 Recordkeeping | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 7.1 Facility File | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 8.0 Asbestos Waste Disposal Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 8.1 Packaging Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 8.2 Disposal Documentation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | 9.0 Summary of When to Apply Key O&M Work Practices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | Appendix A - Asbestos Survey by Ab-Haz Environmental Services | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | Appendix B - Form 1 Reassessment Program Evaluation Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | Form 2 Certificate of Worker's Acknowledgment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | Form 3 Respiratory Program Evaluation Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | Form 4 Fiber Release Episode Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | Form 5 Job Request Form for Maintenance Work | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | Form 6 Work Authorization Form | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11572 | NV | 8/30/1999 | Operations and Maintenance Plan | Form 7 Evaluation of Work Affecting ACM | 100 Oak Street Hampton, SC | Speights & Runyan |