# Exhibit 1

45

| 11629 | CN | 3/28/03 | Letter (attached to claim form) | Letter from School District 68 to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11629 | CN | 1/00/99 | Report | Asbestos Management Updated Site Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11629 | CN | 6/00/92 | Report | Asbestos Management Site Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11629 | CN | 10/31/00 | Specs | Sprinkler Upgrade | 100 Oak Street Hampton, SC | Speights & Runyan |