# Exhibit 1

45

| 11632 | CN | 3/28/03 | Letter (attached to claim form) | Letter from School District 68 to Speights & Runyan re: construction date | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11632 | CN | 1/16/02 | Report | Final Report Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11632 | CN | 6/00/92 | Report | Asbestos Management District Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11632 | CN | 6/12/01 | Letter | Letter from PHH to School District 68 re: Asbestos Abatement Project | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11632 | CN | 11/30/01 | Scope of Work | Scope of Work for Asbestos Abatement and Mechanical Re-insulation | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11632 | CN | 6/00/01 | Instructions | Instructions to Tenderers - Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |