Exhibit 1

| 11633 | CN | 3/25/03 | Letter (attached to claim form) | Letter from Bristol Investments to Speights & Runyan re: construction date of building | 100 Oak Street Hampton, SC | Speights & Runyan |
|---|---|---|---|---|---|---|
| 11633 | CN | 1/19/01 | Report | Asbestos Management Program Manual | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 1/16/01 | Report | Asbestos Survey and Risk Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | Undated | Work Procedures | Moderate Risk Work Procedures for the Emergency Removal and Repair of Asbestos Containing Materials at Bristol Management Properties | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 9/25/00 | Memo | Memo from PHH to Bristol Management re: Draft Letter for WCB Compliance on Asbestos | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 11/03/00 | Letter/Report | Bulk Sample Analysis by Enviro-Works Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 11/07/00 | Letter/Report | Bulk Sample Analysis by Enviro-Works Inc. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 2/22/01 | Letter | Letter from PHH to Bristol Management re: Asbestos Training Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 2/23/01 | Letter | Letter from PHH to Bristol Management re: Asbestos Labelling Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 3/02/01 | Letter | Letter from PHH to Bristol Management re: Asbestos Labelling Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 3/06/01 | Letter | Letter from PHH to Workers' Comp Board re: Emergency Work Procedure for Bristol Management | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 3/08/01 | Memo | Memo from PHH to Bristol Management re: Building Managers Asbestos Awareness Training | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 3/09/01 | Letter | Letter from PHH to Bristol Management re: Air monitoring and site inspections | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 11/07/00 | Letter/Report | Bulk Material Identification Report by PHH | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 1/08/01 | Report | PHH Asbestos Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 1/09/01 | Report | PHH Asbestos Bulk Sample Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 9/15/00 | Report | PHH Risk Assessment Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 9/19/00 | Letter | Letter from PHH to Bristol Management re: Bulk Material Identification Report (no report attached) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11633 | CN | 9/25/00 | Report | Asbestos Survey Report | 100 Oak Street Hampton, SC | Speights & Runyan |