# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11553 | IL | 12/7/1967 | Letter | Ingrediants of the Monokote fireproofing material | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11553 | IL | 12/19/1967 | Letter | Formulation of the Mono-Kote cannot be released | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11553 | IL | 3/28/1967 | Letter/Memo with Attachment | Updated Potential Bad Job Listing | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11553 | IL | 3/28/1967 | Letter/Memo with Attachment | Jobsite Listing | 100 Oak Street Hampton, SC | Speights & Runyan |