# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11554 | CA | 12/18/1974 | Letter with Attachments | National Emissions Standards for Hazardous Air Pollutants | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 12/18/1974 | Letter with Attachments | Monokote Fireproofing Job & Appicator List | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/12/2005 | Abatement Project Monitoring | Air Quality Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/12/2005 | Abatement Project Monitoring | Daily Air Sampling Record | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/12/2005 | Abatement Project Monitoring | QA/QC Documentation Forms | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | 1.0 Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | 2.0 Inspection Methods, Accessibility and Personnel | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | 2.1 Inspection Methods | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | 2.2 Accessibility | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | 2.3 Inspector Qualifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Table One - Original ACM Inspection Report 10/5/94 | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Table Two - Summary of Asbestos Activities | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendices Condition Assessment and Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | ACM Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | ACM Floor Plans | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix A - Basement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix B - 1st Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix C - 2nd Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix D - 3rd Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix E - 4th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix F - 5th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix G - 6th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix H - 7th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix I - 8th Floor | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix J - Roof | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 3/2005 | Annual Re-Inspection Report | Appendix K - Central Plant | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | I. Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | II. Summary of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | III. Building Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | IV. Survey Methodology | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | V. Types and Quantities of Asbestos-Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | VI. Automated Asbestos Inventory System | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | VII. Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | VIII. Discussion/Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | IX. Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | Appendix A. List of Bulk Samples | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | Appendix B. Automated Asbestos Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | Appendix C. Quality Control Sample Key | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 7/1991 | Asbestos Investigative Survey Report | Appendix D. Bulk Sample Locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Summary Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Work Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Protective Controls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Removal and Decontamination Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Disposal Methods | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Air Monitoring and Results | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Comments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Daily Summaries | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Specification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Schedule | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Final Approval | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Entry / Exit Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Register of Approved Workers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume III of VII | Contractor Air Monitoring | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Summary Report | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Work Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Protective Controls | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Removal and Decontamination Procedures | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Disposal Methods | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Air Monitoring and Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Comments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Air Sampling | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Daily Summaries | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Final Approval | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Manometer Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Entry / Exit Logs | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume II of VII | Register of Approved Workers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Comments | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Specification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Notifications | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Licenses | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Insurance | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Subcontractors | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Waste Manifests | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Register of Approved Workers | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Worker Training Certification | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Physician's Medical Release | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Worker Respirator Fit Test | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Contractor's Standard Operating Procedure | 100 Oak Street Hampton, SC | Speights & Runyan |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Contractor's Written Respirator Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Contractor's Security / Emergency Program | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | MSDS | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Meeting Minutes | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 1/1991 | Project Summary Report Asbestos Abatement Volume I of VII | Correspondence | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | I. Executive Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | II. Summary of Results | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | III. Introduction | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | IV. Area Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | V. Survey Methodology | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | VI. Types and Quantities of Asbestos-Containing Materials | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | VII. Hazard Assessment | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | VIII. Discussion/Recommendations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | IX. Summary | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | Appendices | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | Appendix A. Asbestos Inventory | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | Appendix B. Bulk Sample Locations | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11554 | CA | 2/14/1991 | Asbestos Investigative Survey Report | Appendix C. Preliminary Cost Estimates for Asbestos Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |