# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11577 | NJ | 5/12/1972 | Letter | List of Buildings planned for Monokote Installation | 100 Oak Street Hampton, SC | Speights & Runyan |