# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11604 | MN | 7/20/1961 | Release from Zonolite Company | Fireproofing Techniques with Jobsite Listings | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 8/14/1958 | Letter | Information on Zonolite Acoustical Plastic | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Site Detail Reports | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Notification Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Facility Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Site Description | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Building Size (Square Footage & Number of Floors) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Owner Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Asbestos Information (Square Footage) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | ACM Demolition/Renovation Start-Stop Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Target Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Action Information | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11604 | MN | 1993 - 2001 | Minnesota State NESHAP Documents | Permit Information | 100 Oak Street Hampton, SC | Speights & Runyan |