# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11450 | VT | 9/25/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11450 | VT | 10/7/1970 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11450 | VT | 9/25/1970 | Shipping Manifest | Shipping manifest referencing Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11450 | VT | 10/7/1970 | Shipping Manifest | Shipping manifest referencing Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |

43