# Exhibit 2

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11424
**Claimant:** AUGUSTANA LUTHERAN HOME,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

    ☐ No documents were provided.

    ☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

    ☐ No documents were provided.

    ☑ Documents provided are insufficient because:

    they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

    ☑ No documents were provided.

    ☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

    ☐ No documents were provided.

    ☑ Documents provided are insufficient because:

    building air sample results were not included.

10/17/2005
BMCID Rev3a