# Exhibit 1

| 11618 | CN | 7/15/93 | Report | Bulk Sample Analysis by Pinchin Environmental | 100 Oak Street Hampton, SC | Speights & Runyan |
| --- | --- | --- | --- | --- | --- | --- |
| 11618 | CN | 7/29/93 | Report | Bill 208 Designated Substance Report prepared by Pinchin for Kmart Canada Ltd., Store 5450, Thunder Bay, Ontario | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11618 | CN | 7/29/93 | Report | Survey for Asbestos Building Materials prepared by Pinchin for Kmart Canada Ltd., Store 5450, Thunder Bay, Ontario | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11618 | CN | 3/29/2003 | Letter (attached to claim form) | Letter from Labatt to Pinchin Environmental re: Proof of Age (construction date) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11618 | CN | 3/26/2003 | Letter/Report (attached to claim form) | Expert Report from Pinchin Environmental to The Hudson's Bay Company re: identification of fireproofing as MK-3 | 100 Oak Street Hampton, SC | Speights & Runyan |