42

# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11451 | VA | 7/1/1971 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11451 | VA | 7/20/1971 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |