# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|-----------|-------|------|---------------|-------------------|-------------------|---------|
| 11454 | VA | 2/1/1971 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11454 | VA | 2/4/1971 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11454 | VA | 3/2/1971 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11454 | VA | 2/10/1971 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11454 | VA | 1/20/1971 | Note | Handwritten note referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11454 | VA | 2/2/1971 | Note | Handwritten note referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11454 | VA | 2/5/1971 | Note | Handwritten note referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |