# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11581 | NC | No Date | Brochure | Article (Ad) Regarding Building | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11581 | NC | 4/9/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |