# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11455 | VA | 3/30/1973 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11455 | VA | 5/7/1973 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11455 | VA | 5/18/1973 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |