# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11403 | IN | 11/1966 | Zonolite Job Record Card | Building Information & Status | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11403 | IN | No Date | Zonolite Division - Grace Document | Building Information & Status | 100 Oak Street Hampton, SC | Speights & Runyan |

42