# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11456 | VA | 7/18/1972 | Letter | Letter for approval of Monokote referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11456 | VA | 9/19/1972 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11456 | VA | 9/20/1972 | Invoice | Invoice showing sale of MK3 for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |