# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11489 | WI | 8/1/1950 | Job listing | Job listing referencing jobsite (5 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |