# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11490 | SD | 10/27/1966 | Notes | Handwritten notes referencing jobsite (21 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |