# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11491 | CO | 10/27/1966 | Notes | Handwritten notes referencing jobsite (2 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11491 | CO | 1/1/1961 | Job listing | Job listing referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11491 | CO | Undated | Notes | Notes referencing jobsite (9) pgs. | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11491 | CO | 10/4/1966 | Letter | Letter asking for Monokote job listing (9 pgs) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11491 | CO | 1993 - 2003 | Colorado State NESHAP Documents | Asbestos Removal Permits | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11491 | CO | 1993 - 2003 | Colorado State NESHAP Documents | Contractor Name | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11491 | CO | 1993 - 2003 | Colorado State NESHAP Documents | Beginning / Ending Actual Work Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11491 | CO | 1993 - 2003 | Colorado State NESHAP Documents | Building Name & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11491 | CO | 1993 - 2003 | Colorado State NESHAP Documents | Actual Square Feet of ACM Removed | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11491 | CO | 1993 - 2003 | Colorado State NESHAP Documents | Landfill Name | 100 Oak Street Hampton, SC | Speights & Runyan |