# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11463 | OH | 8/13/1968 | Memo | Note | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11463 | OH | 5/7/1966 | Job Record Card | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |