# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11512 | MA | 2/6/1973 | Invoice | W.R. Grace & Company | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11512 | MA | 12/5/1973 | Order Confirmation | Zonolite Order | 100 Oak Street Hampton, SC | Speights & Runyan |