# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11515 | MD | Undated | Job listing | Job listing referencing jobsite (7 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11515 | MD | Undated | Job listing | Job listing referencing jobsite (7 pgs.) | 100 Oak Street Hampton, SC | Speights & Runyan |