# Exhibit 1

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11517 | NC | 5/27/1971 | Note | Handwritten note referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 5/11/1971 | Note | Handwritten note referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 7/6/1971 | Invoice | Invoice showing sale of Monokote for jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 4/23/1971 | Note | Handwritten note referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 1994 | NC State NESHAP Documents | ACM Abatement Permit Number & NESHAP Number | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 1994 | NC State NESHAP Documents | Building Location & Address | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 1994 | NC State NESHAP Documents | ACM Location | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 1994 | NC State NESHAP Documents | Building Square Feet | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 1994 | NC State NESHAP Documents | Name, Address, Contact & Contact Number for All Parties Involved with ACM Abatement | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 1994 | NC State NESHAP Documents | Abatement Start & Completed Dates | 100 Oak Street Hampton, SC | Speights & Runyan |
| 11517 | NC | 1994 | NC State NESHAP Documents | Amounts of ACM Abated from Building | 100 Oak Street Hampton, SC | Speights & Runyan |