# Exhibit 1

43

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11495 | CA | Undated | Job listing | Job listing referencing jobsite | 100 Oak Street Hampton, SC | Speights & Runyan |