# Exhibit 1

42

| Claim No. | State | Date | Document Name | Brief Description | Document Location | Custody |
|---|---|---|---|---|---|---|
| 11519 | IN | 9/25/1970 | Letter | Monokote Jobs Under Contract | 100 Oak Street Hampton, SC | Speights & Runyan |